ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE WHITNEY<br><br>and<br><br>HIGH RESOLUTION OPTICS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | No. 06-601 C<br><br>FILED<br>AUG 23 2006<br>U.S. COURT OF FEDERAL CLAIMS |

## PLAINTIFF HIGH RESOLUTION OPTICS CORPORATION'S DISCLOSURE OF CORPORATE AFFILIATIONS

As required by Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for Plaintiff High Resolution Optics Corporation ("HROC") certifies that to the best of his knowledge, HROC is a wholly-owned subsidiary of Acacia Patent Acquisition Corporation ("APAC"). APAC is a wholly-owned subsidiary of Acacia Research Corporation, which is a publicly traded entity. All of these entities have a principal place of business located at 500 Newport Center Drive, Suite 700, Newport Beach, California 92660.

These representations are made to allow judges of this Court to determine the need for recusal.

Respectfully submitted,

Dated: August 21, 2006.

David C. Tobin, P.C.
TOBIN O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC 20015
(202) 362-5900
(202) 362-6579 (fax)

Of counsel:
Jonathan T. Suder
Edward E. Casto, Jr.
FRIEDMAN SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

**ATTORNEYS FOR PLAINTIFF**