IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORP., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-601 C |
| THE UNITED STATES, | ) | Chief Judge Edward J. Damich |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant, the United States, moves pursuant to Rule 6(b), Rules of the Court of Federal Claims ("RCFC"), for an enlargement of time to respond to Plaintiffs' Complaint, filed August 23, 2006. Defendant requests an extension of sixty (60) days from October 23, 2006, the time now set, to and including December 22, 2006. This is the government's first motion for an enlargement of its time to respond to the Complaint. By telephone conference on October 17, 2006, counsel for Plaintiffs advised counsel for the government that Plaintiffs do not oppose the requested sixty (60) day enlargement.

This case concerns a claim of infringement of patent relating to an particular optical element intended to remove certain aberration and chromatic dispersion through the use of transmission grating designed to delay the phase of incident light waves. See Complaint, Ex. A, col. 4, lns. 5-30 & col. 28, ln. 62 - col. 30., ln. 6. Defendant seeks this enlargement so as to permit counsel for the government an adequate amount of time to complete his investigation and to prepare the government's Answer, or response to the Complaint, with as much information as possible. The Army, through its Communications and Electronics Command ("CECOM"), and Night Vision

Laboratories and Automotive and Tank Command ("TACOM"), is still gathering information to be provided to the government's counsel. In addition, it appears that the government may lack detailed knowledge regarding the manufacture of the devices identified in the Complaint, which are believed to have been manufactured by the Raytheon Company. The requested enlargement would permit counsel to complete tasks such as investigating the facts surrounding the issues of this lawsuit, locating relevant documents and interviewing knowledgeable agency employees, as well as seeking information from the Army's contractor. The government will make every effort to complete its response within the time requested.

For the above reasons, the government respectfully requests that this unopposed Motion be granted, and the time to respond to Plaintiffs' Complaint be extended to and including December 22, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

October 17, 2006