# In the United States Court of Federal Claims

No. 06-601 C

(Filed: November 2, 2006)

| | |
|---|---|
| ********************************** | |
| **WHITNEY, et al.**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

Defendant's Motion to Notify Interested Party, filed on October 31, 2006, and unopposed by Plaintiff, is hereby **GRANTED**. Pursuant to RCFC 14(b), the Clerk's Office is directed to issue the appropriate notice to the following:

Raytheon Company
Attention: Karl Vick, Esq.
870 Winter Street
Waltham, Massachusetts 02451

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge