**U.S. Department of Justice**

Civil Division

SB
154-06-601

Telephone: (202) 307-0262
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

November 9, 2006

**VIA REGISTERED MAIL – Return Receipt Requested**

Raytheon Company
Attn: Karl Vick, Esquire
870 Winter Street
Waltham, Massachusetts 02451

Re: *Whitney, et al. v. United States,*
Court of Federal Claims No. 06-601 C

Dear Mr. Vick:

Pursuant to the November 2, 2006 Order in the above-captioned case, I have enclosed original Notice issued to Raytheon Company by the United States Court of Federal Claims. In addition, I have enclosed copies of the:

Plaintiff's Complaint;
Defendant's Unopposed Motion for Rule 14 Notice to Raytheon Company;
November 2, 2006 Order; and
November 7, 2006 Letter from Debra Samler to Scott Bolden

If you have any questions, please do not hesitate to call me at the above number.

Very truly yours,

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

cc: Kevin Meek, Esq.
BAKER BOTTS LLP

David Tobin
TOBIN, O'CONNER, EWING & RICHARD

Dkt'd 03.0030 / 154-06-601

# In the United States Court of Federal Claims

**THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION**

**vs.** **No. 06-601 C**

**THE UNITED STATES**

# NOTICE

**To:** **Raytheon Company**
**Attn: Karl Vick, Esquire**
**870 Winter Street**
**Waltham, MA 02451**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **plaintiff's complaint, and defendant's motion to notice third party.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 7th day of November, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

No. 06-601 C

(Filed: November 2, 2006)

************************************
**WHITNEY, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

Defendant's Motion to Notify Interested Party, filed on October 31, 2006, and unopposed by Plaintiff, is hereby **GRANTED**. Pursuant to RCFC 14(b), the Clerk's Office is directed to issue the appropriate notice to the following:

Raytheon Company
Attention: Karl Vick, Esq.
870 Winter Street
Waltham, Massachusetts 02451

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 7, 2006

Scott Bolden, Esquire
U.S. Department of Justice
Civil Division -
Commercial Litigation Branch
8th Floor
1100 L Street, NW
Washington, DC 20530

*Re: Theodore Whitney, et al. v. The United States,*
*No. 06-601 C*

Dear Mr Bolden:

On November 2, 2006, Chief Judge Damich issued an order, in the above case, granting defendant's motion to notice third party. In accordance with the order and RCFC 14(b)(4) please find, enclosed, the Notice to be issued on Raytheon Company. As stated in RCFC 14(b)(5), it is the moving party's responsibility to cause the Notice to be served on the individual (or entity) to be notified. If you have any questions, please feel free to contact the Clerk's Office at (202) 357-6406. Thank you.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Chief Judge Edward J. Damich

7001 2510 0002 1940 0503

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

*Sent To* Raytheon Company
*Street, Apt. No.; or PO Box No.* 870 Winter Street
*City, State, ZIP+4* Waltham, Mass 02451

PS Form 3800, January 2001 See Reverse for Instructions