IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE WHITNEY and<br>HIGH RESOLUTION OPTICS CORP., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-601 C |
| | ) | |
| THE UNITED STATES, | ) | Chief Judge Edward J. Damich |
| | ) | |
| Defendant. | ) | |

# LIMITED NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of William S. Foster, Jr. as attorney of record for Raytheon Company ("Raytheon), who is appearing before this Court for the limited purpose of responding to the Court's Notice under Rule 14 of the Rules of the Court of Federal Claims that was served upon Raytheon on November 14, 2006.

Service of all papers in the matter should be addressed as follows:

William S. Foster, Jr.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Respectfully submitted,

s/ William S. Foster, Jr.

WILLIAM S. FOSTER, JR.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel.: (202) 639-1321
Fax: (202) 639-1185

December 15, 2006