IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE WHITNEY and<br>HIGH RESOLUTION OPTICS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-601 C<br><br>Chief Judge Edward J. Damich |

**RAYTHEON'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE RULE 14 NOTICE**

Raytheon Company ("Raytheon"), who is not a party to the above-captioned case, moves pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC") for an enlargement of time to respond to the Court' Notice pursuant to RCFC 14(b) that was served upon Raytheon on November 14, 2006. Raytheon requests an enlargement of forty-five (45) days from December 26, 2006, up to and including February 9, 2007. This is Raytheon's first request for an enlargement to respond to the Court's RCFC 14(b) Notice. Raytheon's counsel have discussed this Motion with Plaintiffs' Counsel and Defendant's Counsel, who both indicated that they do not oppose the requested forty-five (45) day enlargement.

The Court's RCFC 14(b) Notice issued in response to Defendant's Motion for Rule 14 Notice, filed October 31, 2006, to issue such notice to Raytheon as a potentially interested party, but the Notice does not compel Raytheon to appear. As stated in Defendant's Motion for an Enlargement, filed October 17, 2006, this case concerns a claim of patent infringement related to an optical element allegedly manufactured by Raytheon pursuant to contracts with Defendant. Raytheon seeks this enlargement to provide additional time for performing an adequate investigation regarding Raytheon's potential involvement in this matter,

such as the details cited in the Defendant's Motion for an Enlargement, and the scope of Raytheon's interest in the subject-matter of this litigation. Thus, Raytheon would be able to make an informed decision as whether to appear in this litigation as an interested party. Raytheon will make every effort to complete its investigation, and file its response should it choose to appear, within the time requested.

For the above reasons, Raytheon respectfully requests that this unopposed Motion for an enlargement be granted, and the time to respond to the Court's RCFC 14(b) Notice be extended up to and including February 9, 2006.

Respectfully submitted,

s/ William S. Foster, Jr.

WILLIAM S. FOSTER, JR.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel.: (202) 639-1321
Fax: (202) 639-1185

December 15, 2006