# In the United States Court of Federal Claims

No. 06-601 C

(Filed: December 21, 2006)

```
***********************************
WHITNEY, et al.,                  *
                                  *
              Plaintiffs,         *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
***********************************
```

**ORDER**

On December 15, 2006, counsel for Raytheon Company ("Raytheon") submitted a Notice of Appearance to appear before this Court for the limited purpose of responding to the Court's Notice pursuant to Rule 14(b) of the United States Court of Federal Claims ("RCFC").

The Notice of Appearance is hereby stricken from the record pursuant to RCFC 83.1(c)(3) (only counsel for the Government shall file a Notice of Appearance). Counsel for Raytheon will be designated attorney of record if Raytheon moves to intervene in this case and the Court grants intervention.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge