# In the United States Court of Federal Claims

No. 06-601 C

(Filed: December 21, 2006)

************************************

**WHITNEY, et al.**, *

Plaintiffs, *

v. *

**THE UNITED STATES,** *

Defendant. *

************************************

## ORDER

On December 15, 2006, Raytheon Company ("Raytheon") filed an unopposed Motion for a 45-day enlargement of time in which to respond to the Court's Notice pursuant to Rule 14(b) of the United States Court of Federal Claims ("RCFC"). The Court hereby GRANTS Raytheon's Motion to Enlarge. Raytheon shall file its response to the Court's RCFC 14(b) Notice on or before **February 9, 2007**.

The deadline for the parties' Joint Preliminary Status Report, which was previously to be filed on or before February 12, 2007, is hereby postponed indefinitely pending resolution of any motion to intervene.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge