**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORP., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 06-601 C<br>Chief Judge Edward J. Damich |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT THE INITIAL DISCLOSURES REQUIRED BY PARAGRAPH 8 OF THE COURT'S SPECIAL PROCEDURES ORDER**

Plaintiffs, Theodore Whitney and High Resolution Optics Corp., and Defendant, the United States ("the government"), hereby move for an enlargement of time to submit the initial disclosures required by Paragraph 8 of the Court's Special Procedures Order ("SPO"). Pursuant to Paragraph 8(a) of the SPO, Plaintiffs must serve an Initial Disclosure of Asserted Claims "[n]o later than 15 days after the answer." The parties jointly request an extension of fifty-three (53) days from January 4, 2007, the time now set, to and including February 26, 2007 to begin filing the disclosures required by Paragraph 8 of the SPO. This is the first joint motion for an enlargement of its time for this purpose.

The requested enlargement would allow the parties to efficiently coordinate their initial disclosures in light of the potential entrance of Raytheon Company ("Raytheon") as a third-party defendant in this lawsuit. On December 15, 2006, Raytheon filed an Unopposed Motion for an Enlargement of Time to Respond to the Rule 14 Notice. On December 21, 2006, the Court granted

Raytheon's Motion and extended the deadline for Raytheon's response to February 9, 2007. The Court also postponed the parties' Joint Preliminary Status Report. The first set of initial disclosures in the SPO, however, are due fifteen days after the Answer. The government filed its Answer on December 20, 2006. The requested enlargement would postpone the deadline for the first set of initial disclosures until fifteen days after Raytheon's deadline to respond to the Rule 14 Notice.

In the event that Raytheon enters into this lawsuit, the requested enlargement would give all parties an ample amount of time to consider the issues regarding the accused devices, and to prepared their respective submissions required by the Special Procedures Order. If Raytheon enters, the enlargement will allow the parties to coordinate their responses. Finally, the requested enlargement would also benefit the Court in that it would receive the views of all litigants at the same time, avoiding any need for supplemental submissions.

For the above reasons, the parties respectfully request that this joint Motion be granted, and the time to begin filing the disclosures required by Paragraph 8 of the SPO be extended to and including February 26, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

OF COUNSEL:
KIRBY W. LEE
Attorney

January 3, 2007

Respectfully submitted,

Dated: January 3, 2007.

David C. Tobin, P.C.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC 20015
(202) 362-5900
(202) 362-6579 (fax)

Of counsel:
Jonathan T. Suder
Edward E. Casto, Jr.
FRIEDMAN SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)