# In the United States Court of Federal Claims

No. 06-601 C

(Filed: January 5, 2007)

```
***********************************
WHITNEY, et al.,                  *
                                  *
          Plaintiffs,             *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
                                  *
***********************************
```

**ORDER**

On January 3, 2007, the parties filed a joint motion to enlarge the amount of time in which to begin submitting initial disclosures, pursuant to Paragraph 8 of the Court's Special Procedures Order, to February 26, 2007. The parties have requested this extension "to efficiently coordinate their initial disclosures in light of the potential entrance of Raytheon Company ("Raytheon") as a third-party defendant in this lawsuit."

The Court hereby GRANTS the parties' motion. Accordingly, Plaintiffs shall submit the "Initial Disclosure of Asserted Claims" on or before **February 26, 2007**, or in the event that Raytheon files a motion to intervene, fifteen (15) days after the Court issues a decision on that motion, whichever is later. Other disclosures shall be submitted thereafter pursuant to the Court's Special Procedures Order.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge