IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE WHITNEY and<br>HIGH RESOLUTION OPTICS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 06-601 C<br><br>Chief Judge Edward J. Damich |

**<u>RAYTHEON COMPANY'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel for Raytheon Company ("Raytheon") certifies that Raytheon has no parent corporation and further certifies that no publicly traded corporation owns 10% or more of Raytheon's stock.

Respectfully submitted,

s/William S. Foster, Jr.

William S. Foster, Jr.
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel.: (202) 639-1321
Fax: (202) 639-1185

February 9, 2007