# In the United States Court of Federal Claims

No. 06-601 C

(Filed: February 16, 2007)

| | |
|---|---|
| **WHITNEY, et al.**, | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On February 9, 2007, Raytheon Company submitted a third-party answer pursuant to Rule 14(c) of the Rules of the Court of Federal Claims ("RCFC"). However, the document submitted to the court was not properly signed by the attorney of record pursuant to Rule 11(a). Therefore, Docket Number 21 is hereby stricken from the record. Raytheon Company shall file its third-party answer with the electronic signature of its attorney of record on or before **February 21, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge