# In the United States Court of Federal Claims

No. 06-601 C

(Filed: April 27, 2007)

```
***********************************
WHITNEY, et al.,                  *
                                  *
            Plaintiffs,           *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
                                  *
***********************************
```

**ORDER**

A preliminary telephonic status conference shall be held on **May 1, 2007 at 10:30 AM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge