# In the United States Court of Federal Claims

No. 06-601 C

(Filed: May 1, 2007)

| | |
|---|---|
| **WHITNEY, et al.**, | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant, | * |
| **RAYTHEON COMPANY**, | * |
| Third Party Defendant. | * |

## SCHEDULING ORDER

As agreed to at the preliminary status conference held on May 1, 2007, fact discovery on liability and damages shall commence immediately to be followed by expert discovery on liability only. The Court hereby adopts the following schedule as proposed by the parties:

| | |
|---|---|
| **May 25, 2007** | Plaintiffs' Claim Chart |
| **May 25, 2007** | Plaintiffs' Proposed Claim Construction Statement |
| **July 24, 2007** | Defendants' Response Chart |
| **July 24, 2007** | Defendants' Response to Proposed Claim Construction |
| **August 14, 2007** | Meet and Confer for Joint Claim Construction Statement |
| **August 29, 2007** | Joint Claim Construction Statement. |

The Claim Construction Hearing shall be held on **Thursday, October 18, 2007, at 2 PM** Eastern Time in Courtroom #4 of the National Courts Building, Washington, DC. With respect to the Claim Construction Hearing, on or before **September 12, 2007**, Plaintiffs shall serve and file their opening brief and supporting evidence. The parties shall thereafter comply with the briefing schedule set forth in ¶ 12(d) of the Court's Special Procedures Order.

As discussed at the status conference, the parties shall confer and, on or before **May 7, 2007**, file a joint status report ("JSR") in which they propose the following: (1) a duration of time to continue fact discovery on liability and damages following the Court's decision on claim construction; and (2) a duration of time after the close of fact discovery in which to conduct expert discovery on liability only. Within 14 days after the close of expert discovery, the parties shall file a JSR regarding their intention to file any dispositive motions on liability. The Court will notify the parties of the date and time of a status conference, to be held if necessary, regarding any issues raised in the JSR.

Also as discussed at the status conference, the presumptive limits for depositions and interrogatories shall not apply in this case. Each "side" (Plaintiffs being one "side" and Defendants being the other "side") may serve up to 30 interrogatories and there may be a total of 60 hours of depositions per side that are not limited as between parties and non-parties.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge