IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE WHITNEY and<br>HIGH RESOLUTION OPTICS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>RAYTHEON COMPANY,<br><br>Third-Party Defendant. | ) | No. 06-601 C<br><br>Chief Judge Edward J. Damich |

**JOINT STATUS REPORT AS OF MAY 7, 2007**

Pursuant to the May 1, 2007 Court Order, Plaintiffs, Theodore Whitney ("Whitney") and High Resolution Optics Corp. ("HROC"); Defendant, the United States ("the government"); and Third-Party Defendant, Raytheon Company ("Raytheon"), hereby submit the following Joint Status Report as of May 7, 2007.

## I. Modifications to the Claim Construction Schedule

As the parties indicated in the May 1, 2007 telephonic status conference, the parties jointly request that certain deadlines in the claim construction schedule be extended to accommodate expected births in Mr. Bolden's family and Mr. Casto's family. Specifically, the parties request that Plaintiffs' obligations under Paragraphs 9 and 11 of the Court's Special Procedures Order ("SPO") be extended forty-five (45) days from May 25, 2007, the time now set, to and including July 9, 2007. Similarly, the parties request that Defendants' obligations under Paragraphs 9 and 11 of the SPO be

extended from July 24, 2007, the time now set, to and including October 8, 2007. This extension would incorporate the sixty (60) day deadline set forth in the SPO, plus an additional extension of thirty (30) days.

If the parties' joint proposal is accepted, the parties anticipate that the following documents will be due to be served and/or filed on the following dates:

| Document | Date |
|---|---|
| Plaintiffs' Claim Chart | July 9, 2007 |
| Plaintiffs' Proposed Claim Construction Statement | July 9, 2007 |
| Defendants' Response Chart | October 8, 2007 |
| Defendants' Response to Proposed Claim Construction | October 8, 2007 |
| Meet and Confer for Joint Claim Construction Statement | October 29, 2007 |
| Joint Claim Construction Statement | November 13, 2007 |

If the Court adopts the parties' proposed schedule, the parties request that the Court adjust the date and time of the Claim Construction Hearing in accordance with this schedule.

## II. Proposal for the Completion of Fact Discovery on Liability and Damages

The parties jointly propose that fact discovery on liability and damages should be completed within 90 days after the issuance of this Court's claim construction decision.

## III. Proposal for the Completion of Expert Discovery on Liability

The parties jointly propose that expert discovery related to liability issues should be completed within 60 days of the conclusion of fact discovery. Furthermore, the parties propose that each party shall identify its expert witness(es) related to liability issues no later than 21 days after

the Court's decision on claim construction. Each party should submit its expert reports addressing any liability issues for which the party bears the burden of proof no later than 21 days after the conclusion of fact discovery. Any rebuttal expert reports should be submitted no later than 14 days after the initial expert reports. Each party will make its experts available for deposition during the time period between serving the rebuttal reports and the conclusion of expert discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Counsel for the United States

OF COUNSEL:
KIRBY W. LEE
Attorney

Dated: May 7, 2007

Respectfully submitted,

Dated: May 7, 2007

David C. Tobin By Jonathan T. Suder

David C. Tobin, P.C.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC 20015
(202) 362-5900
(202) 362-6579 (fax)

Of counsel:
Jonathan T. Suder
Edward E. Casto, Jr.
FRIEDMAN SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

Counsel for Plaintiffs

Respectfully submitted,

Dated: May 7, 2007

William S. Foster, Jr.
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel.: (202) 639-1321
Fax: (202) 639-1185

Kevin J. Meek
Douglas M. Kubehl (Admission to USCFC Pending)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
Tel.: (214) 953-6680
Fax: (214) 661-4680

Counsel for Raytheon Company