# In the United States Court of Federal Claims

No. 06-601 C

(Filed: May 25, 2007)

| | |
|---|---|
| **WHITNEY, et al.**, Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** Defendant, | |
| **RAYTHEON COMPANY**, Third Party Defendant. | |

## REVISED SCHEDULING ORDER

On May 7, 2007, the parties filed a joint status report in which they proposed to modify the Court's Scheduling Order dated May 1, 2007. The Court adopts the parties' joint proposal and hereby ORDERS that the schedule be revised as follows:

| | |
|---|---|
| **July 9, 2007** | Plaintiffs' Claim Chart |
| **July 9, 2007** | Plaintiffs' Proposed Claim Construction Statement |
| **October 8, 2007** | Defendants' Response Chart |
| **October 8, 2007** | Defendants' Response to Proposed Claim Construction |
| **October 29, 2007** | Meet and Confer for Joint Claim Construction Statement |
| **November 13, 2007** | Joint Claim Construction Statement. |

In addition, the Claim Construction Hearing is rescheduled for **Tuesday, February 26, 2008, at 2:00 PM** Eastern Time in Courtroom No. 4 of the National Courts Building, Washington, DC. With respect to the Claim Construction Hearing, the parties shall adhere to the following briefing schedule:

| | |
|---|---|
| **December 14, 2007** | Plaintiffs shall serve and file their opening brief and supporting evidence |
| **January 4, 2008** | Defendants shall serve and file their responding brief and supporting evidence |
| **January 11, 2008** | Plaintiffs shall serve and file their reply brief. |

Fact discovery on liability and damages shall close 90 days after the Court issues its decision on claim construction. Expert discovery related to liability issues shall close 150 days after the Court issues its decision on claim construction. Each party shall identify its expert witness(es) within 21 days following the Court's decision on claim construction. Expert reports shall be submitted addressing any liability issues for which the party bears the burden of proof within 21 days following the close of fact discovery. Any rebuttal expert reports shall be submitted no later than 14 days after the initial expert reports have been submitted. Each party shall make its experts available for deposition during the time period between serving the rebuttal reports and the conclusion of expert discovery.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge