IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORP., Plaintiffs, | ) | |
| v. | ) | No. 06-601 C |
| THE UNITED STATES, Defendant, | ) | Chief Judge Edward J. Damich |
| and | ) | |
| RAYTHEON COMPANY, Third-Party Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiffs, Theodore Whitney ("Whitney") and High Resolution Optics Corp. ("HROC"), Defendant, the United States ("the government"), and Third-Party Defendant, Raytheon Company ("Raytheon"), hereby jointly move for entry of the attached Stipulation and Protective Order, executed by counsel for the parties.

This is an action brought under 28 U.S.C. § 1498(a) by Plaintiffs Whitney and HROC, seeking reasonable and entire compensation for the alleged unauthorized use or manufacture by or for the United States of Plaintiffs' patented invention. Plaintiffs' patented invention is described and claimed in U.S. Patent No. 5,386,319 ("the '319 patent"), entitled "High Resolution Imagery Systems and Methods," and issued January 31, 1995. The attached Stipulation and Protective Order is necessary in order to permit the parties to conduct discovery in an orderly fashion, especially in light of the fact that documents containing proprietary information will be produced.

For the above-stated reasons, the parties jointly request that this Motion be granted and that the attached Stipulation and Protective Order be entered.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Counsel for the United States

OF COUNSEL:
KIRBY W. LEE
Attorney

Dated: June 28, 2007

Respectfully submitted,

Dated: June 26, 2007

David C. Tobin, P.C.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC 20015
(202) 362-5900
(202) 362-6579 (fax)

Of counsel:
Jonathan T. Suder
Edward E. Casto, Jr.
FRIEDMAN SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

Counsel for Plaintiffs

Respectfully submitted,

Dated: June 27, 2007

William S. Foster, Jr.
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel.: (202) 639-1321
Fax: (202) 639-1185

Kevin J. Meek
Douglas M. Kubehl
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
Tel.: (214) 953-6680
Fax: (214) 661-4680

Counsel for Raytheon Company