**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**RAYTHEON COMPANY,**

**Third-Party Defendant.**

**Case No.: 06-601 C**

**Chief Judge Edward J. Damich**

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO COMPLETE CLAIM CONSTRUCTION SCHEDULE**

Plaintiffs Theodore Whitney and High Resolution Optics Corporation, with the consent of defendants United States and Raytheon Company, respectfully request an enlargement of time to complete the joint claim construction statement as well as the briefing and hearing dates for claim construction issues. Plaintiffs request that the current dates be extended by 28 days as reflected in the attached proposed Order. In support of this request, the parties state that they have been diligently working on a joint claims construction statement with the goal of reducing the number of contested claims. Additional time will permit the parties to complete this process, as well as allow for briefing on claims issues in an orderly fashion.

For the above-stated reasons, plaintiffs request that this motion be granted and that the dates for the claim construction schedule be extended by 28 days as reflected in the attached proposed Order.

Respectfully submitted,

Dated: November 13, 2007 By: /s/ David C. Tobin________________________

David C. Tobin, Esq.
TOBIN, O'CONNOR & EWING
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
(202) 362-5900
(202) 362-6579 (fax)

Of counsel:
Jonathan T. Suder, Esq.
Edward E. Casto, Jr., Esq.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time To Complete Claim Construction Schedule and [Proposed] Revised Scheduling Order were served by electronic filing service on:

Scott Bolden, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

/s/ David C. Tobin__________________
David C. Tobin