**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 06-601 C** |
| **THE UNITED STATES,** | ) | **Chief Judge Edward J. Damich** |
| **Defendant,** | ) | |
| **and** | ) | |
| **RAYTHEON COMPANY,** | ) | |
| **Third-Party Defendant.** | ) | |

**[PROPOSED] REVISED SCHEDULING ORDER**

In light of the Unopposed Motion To Revise Claims Construction Schedule, the Court hereby ORDERS that the schedule be revised as follows:

| | |
|---|---|
| **December 11, 2007** | Joint Claim Construction Statement |
| **January 11, 2008** | Plaintiffs shall serve and file their opening brief and supporting evidence |
| **February 1, 2008** | Defendants shall serve and file their responding brief and supporting evidence |
| **February 8, 2008** | Plaintiffs shall serve and file their reply brief |

The Claim Construction Hearing shall be held on or after **Monday, March 24, 2008**, or as soon thereafter as the Court's schedule permits.

____________________________________

Edward J. Damich
Chief Judge