# In the United States Court of Federal Claims

No. 06-601 C

(Filed: December 4, 2007)

| | |
|---|---|
| ************************************ | |
| **WHITNEY, et al.**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant, | * |
| | * |
| **RAYTHEON COMPANY**, | * |
| | * |
| Third Party Defendant. | * |
| | * |
| ************************************ | |

**REVISED SCHEDULING ORDER**

On November 13, 2007, the Plaintiffs filed an unopposed motion for an enlargement of time for all claim construction-related deadlines. Plaintiffs requested that all dates of the Court's May 25, 2007 scheduling order be extended by twenty-eight days, in order to allow the parties more time to work towards jointly reducing the number of contested claims. March 24, 2008, was suggested as the new date for the claim construction hearing.

The Court's schedule does not permit for a claim construction hearing to be held on Plaintiffs' suggested date. The Court therefore ORDERS that the scheduling order of May 25, 2007, be revised as follows:

| | |
|---|---|
| **January 4, 2008** | The Parties shall file a joint claim construction statement. |
| **February 13, 2008** | Plaintiffs shall serve and file their opening brief and supporting evidence. |
| **March 19, 2008** | Defendants shall serve and file their responding brief and supporting evidence. |

**April 4, 2008** Plaintiffs shall serve and file their reply brief.

In addition, the Claim Construction Hearing is rescheduled for **Tuesday, June 24, 2008, at 2:00 PM** Eastern Time in Courtroom No. 4 of the National Courts Building, Washington, DC.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge