IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-601 C
Filed: August 23, 2006

| | | |
|---|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION, Plaintiffs, | ) | |
| v. | ) | |
| | ) | No. 06-601 C |
| THE UNITED STATES, Defendant, | ) | Chief Judge Edward J. Damich |
| and | ) | |
| RAYTHEON COMPANY, Third-Party Defendant. | ) | |

**DECLARATION OF DAVID C. TOBIN IN SUPPORT OF PLAINTIFFS' OPENING BRIEF ON CLAIM CONSTRUCTION**

I, David C. Tobin, declare as follows:

1. My name is David C. Tobin. I am a member of the Bar of this Court and am an attorney of record in this matter.
2. I make this declaration in support of Plaintiffs' Opening Brief on Claim Construction. I am competent to testify to the matters stated in this declaration, have personal knowledge of the facts and statements herein, and each of the facts and statements is true and correct.
3. Attached as Exhibit 1 is a true and correct copy of an excerpt taken from http://www.micron.com/k12/semiconductors/photo (last visited February 8, 2008).
4. Attached as Exhibit 2 is a true and correct copy of an excerpt taken from http://classes.engr.oregonstate.edu/cbee/fall2007/che571/Topic11.pdf (last visited February 8, 2008).

5. Attached as Exhibit 3 is a true and correct copy of an excerpt taken from http://amazing-space.stsci.edu/resources/explorations//groundup/lesson/basics/g11/index.php?t=spherical_aberration_in_lenses (last visited February 8, 2008).

6. Attached as Exhibit 4 is a true and correct copy of an excerpt taken from http://amazing-space.stsci.edu/resources/explorations//groundup/lesson/basics/g15/index.php (last visited February 8, 2008).

7. Attached as Exhibit 5 is a true and correct copy of an excerpt taken from http://en.wikipedia.org/wiki/Chromatic_aberration (last visited February 8, 2008).

8. Attached as Exhibit 6 is a true and correct copy of the Joint Claim Construction filed on January 4, 2008, Docket # 34.

9. Attached as Exhibit 7 is a true and correct copy of excerpts taken from the McGraw-Hill Dictionary of Scientific and Technical Terms, 4th ed., 1989.

10. Attached as Exhibit 8 is a true and correct copy of excerpts taken from Chambers Science and Technology Dictionary, 1988.

11. Attached as Exhibit 9 is a true and correct copy of an excerpt taken from http://www.photonics.com/directory/dictionary/lookup.asp?url=lookup&entrynum=1436&letter=d (last visited February 8, 2008).

12. Attached as Exhibit 10 is a true and correct copy of an excerpt taken from http://www.lhup.edu/~dsimanek/scenario/lenses.htm (last visited on February 8, 2008).

13. Attached as Exhibit 11 is a true and correct copy of an excerpt taken from *Optics* by Francis Weston Sears, 1949.

14. Attached as Exhibit 12 is a true and correct copy of an excerpt taken from the Oxford American Dictionary, 1980.

15. Attached as Exhibit 13 is a true and correct copy of M.G. Moharam *et al.*, *Criteria for Bragg Regime Diffraction By Phase Gratings*, Optics Communications, Vol. 32 No. 1, January 1980.

16. Attached as Exhibit 14 is a true and correct copy of J. Christopher Clemens and Scott Seagroves, *Volume Holographic Gratings*, Goodman Laboratory Technical Report.

17. Attached as Exhibit 15 is a true and correct copy of Herwig Kogelnik, *Coupled Wave Theory for Thick Hologram Gratings*, The Bell System Technical Journal, Vol. 48 No. 9, November 1969.

18. Attached as Exhibit 16 is a true and correct copy of an excerpt taken from http://en.wikipedia.org/wiki/Aspheric_lens (last visited February 8, 2008).

19. Attached as Exhibit 17 is a true and correct copy of an excerpt taken from http://www.photonics.com/directory//dictionary/lookup.asp?url=lookup&entrynum=270&letter=a (last visited February 8, 2008).

20. Attached as Exhibit 18 is a true and correct copy of an excerpt taken from http://www.kreischer.com/aspheric%20primer.htm (last visited February 8, 2008).

21. Attached as Exhibit 19 is a true and correct copy of an excerpt taken from Rudolf Kingslake, *Applied Optics and Optical Engineering*, Vol. 3, 1965.

22. Attached as Exhibit 20 is a true and correct copy of an excerpt taken from Max Born and Emil Wolf, *Principles of Optics, Electromagnetic Theory of Propagation, Interference and Diffraction of Light*, 1959.

23. Attached as Exhibit 21 is a true and correct copy of Dale Buralli et al., *Optical Performance of Holographic Kinoforms*, Applied Optics, Vol. 28 No. 5, March 1989.

24. Attached as Exhibit 22 is a true and correct copy of an excerpt taken from http://physics-animations.com/Physics/English/DG10/dg10.htm (last visited February 8, 2008).

25. Attached as Exhibit 23 is a true and correct copy of an excerpt taken from Alexander Gleichen, *The Theory of Modern Optical Instruments*, 2nd ed., 1921.

26. Attached as Exhibit 24 is a true and correct copy of an excerpt taken from E. Percival Lewis, *Physics for Students of Science and Engineering*, 7th ed., 1932.

27. Attached as Exhibit 25 is a true and correct copy of an excerpt taken from Walter G. Driscoll, *Handbook of Optics*, 1978.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2008, in Washington, D.C.

David C. Tobin