# EXHIBIT 2

# Photolithography

- Photolithography: Transfer patterns to the wafer
- Photoresist (PR): A polymer with a photoactive component (PAC) whose solubility changes upon exposure to radiation (light)
  - Positive resist: irradiated regions more soluble (dominant at CD < 1 μm)
  - Negative resist: irradiated regions less soluble (dominant at CD > 2 μm)

**EXAMPLE of PAC:**




**Effect of UV light exposure on positive PR**



*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Photolithography: Process

- **Apply** photoresist
- **Expose** photoresist through a patterned mask or reticle
- **Develop** photoresist by immersing it in a solvent which preferentially dissolves the PR of higher solubility
- **Process** the exposed part of the wafer
- **Strip** away the remaining photoresist









*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Steps of Pattern Transfer




Photolithography

Prof. Milo Koretsky
Chemical Engineering Dept.

# Photo Process Flowchart




Photolithography

Prof. Milo Koretsky
Chemical Engineering Dept.

# HMDS: adhesion promoter



Add HMDS: $[Si(CH_3)_3]_2NH$



**Which surface will photoresist (a polymer, hydrocarbon) stick to better?**

*Photolithography*

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Spin Coat






1. Dispense PR to center of wafer. Wafer is held by vacuum chuck and slowly rotated (200 rpm for 1 sec)
2. Accelerate the wafer to final rotation speed (≈ 5000 rpm)
3. Spin at constant speed for 30 - 60 sec. to spread out PR into a uniform film. The solvent also evaporates during this process.



*Photolithography*

*... Koretsky*
*Chemical Engineering Dept.*

# Exposure



- Exposure optimization depends on:
  - PR thickness
  - softbake time and temperature
  - Exposure parameters
    (time, intensity, spectrum)
  - Developer time, temperature, agitation
  - postbake time and temperature




- Standing Waves Radiation reflects off of the wafer surface and travels back through the photoresist interfering (constructively and destructively) with the incoming waves leading to non-uniformities in PR patterns. Anti-reflective coatings (ARC) are used to avoid standing waves.

*Photolithography*

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Exposure techniques




*Photolithography*

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Optics of exposure techniques




*Photolithography*

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Projection Printing

1:1 Scanning Projection Printers

- By projecting only a small portion of the *mask* at a time, optical difficulties are avoided.

Step and Repeat Projection Printers (Steppers)

- Refractive system is designed to project *recticle* image onto a small portion of the wafer
- Focusing/ Alignment occur for each exposure.
- Image field is stepped and repeated across wafer
- N:1 reduction can be accomplished
- Reduction reduces the depth of field

Pattern registration/ alignment: Alignment is accomplished via alignment marks.

*Photolithography*

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Optics of Projection Printing

Numerical Aperture (*NA*): Capability of a lens to collect light

typical value: *NA* =0.6




$$NA = n \sin \alpha$$




resolution (b):

want b to be small

$$b \approx \frac{\lambda}{NA}$$

depth of focus (σ)

want σ to be large

$$\sigma \approx \frac{\lambda}{NA^2}$$

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Phase-shifting




*Photolithography*

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Develop

Dissolve PR if higher solubility



Immersion developing | Spray developing | Puddle technique




pH and # of lots processed are monitored

fresh developer with each batch

fixed amount of developer dispensed and rinsed

- Original thickness of positive resist should not be measurably reduced
- development time should be short
- minimum pattern distortion (negative resists tend to **swell**)



# Plasma "descum" and Strip



- Not all the resist is removed during development. Plasma "descum" or ashing is used to remove the residue.
- Plasmas are also used to strip the PR
- Barrel or downstream etchers are used.
- Gases used:
  $O_2$
- Role of gases:
  $O_2$ makes **O free radicals** which etch the C-H polymer
  C-H polymer(s) + O(g) ⇒ $CO_2$(g) + $H_2O$ (g)

# Downstream Plasma

**Plasma Ashing: Downstream Etcher**

- Charged particles (ions & electrons) stay in plasma.
- Free radicals flow to wafer.
- Free radicals etch the wafer isotropically
- No surface damage and heating due to ion bombardment.




Wafer is downstream of the plasma



*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Key Parameters of a PR

- **Resolution**: The smallest opening or island structure that can be made under a given set of process conditions (related to contrast).
- **Registration:** Overlay accuracy from layer to layer.
- **Sensitivity**: The number of photons it takes to cause the chemical response in the PR. A resist is more sensitive if it takes a lower dose to reproduce the mask geometry on the wafer.
- **Shelf life**: The time you can reliably store a PR.
- **Etch resistance**: The ability of the resist which remains on the wafer after it is patterned to withstand the process environment that the exposed wafer is subjected to.



*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Contrast

Contrast (γ): Slope of the response curve which is generated by exposing PR of a given thickness to various doses (D) of radiation and measuring the remaining film thickness after a fixed development step.

$$\gamma = Log_{10}\left[\frac{D_0}{D_C}\right]$$

- Positive PR
  - ≈ rate of chain scission
- Negative PR
  - ≈ rate of cross-linking

Dose = intensity x time






Prof. Milo Koretsky
Chemical Engineering Dept.

# Modulation Transfer Function

Critical Resist Modulation Transfer Function:

$$CMTF_{resist} = \frac{I_{100} - I_0}{I_{100} + I_0}$$

$I_{100}$: minimum exposure energy for 100% film loss

$I_0$: maximum energy for zero exposure

The CMTF tells us the smallest feature size which can be processed

**MTF ≥ $CMTF_{resist}$**

Modulation Transfer Function:

$$MTF = \frac{I_{max} - I_{min}}{I_{max} + I_{min}}$$






Prof. Milo Koretsky
Chemical Engineering Dept.

# Generations of Photo




...graphy

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Generations of Photo

| | 436 nm (g line) near UV ⇒ 365 nm (i line) mid UV ⇒ | 248 nm deep UV ⇒ | 193 nm |
|---|---|---|---|
| Light source | Hg-Xe lamp | KrF Laser | ArF Laser |
| Feature size | 0.25 μm | 0.18 μm | 0.10 μm |
| PAC | diazonapthaquinone | Onium salts $Ar_2I^+X^-$ $X=BF_4, PF_6, AsF_6, \ldots$ | Chemically* Amplified Resists (CAR) |
| Matrix | novolak resin | Poly hydroxystyrene | |
| Solvent | acetate and xylene | | |

*Photolithography*

*Prof. Milo Koretsky*
*Chemical Engineering Dept.*

# Chemically Amplified Resists

*Chemical Amplification: photogeneration of an acid species that catalyzes (leads to a cascade) many subsequent chemical events such as deblocking of a protective group or cross- linking of a matrix resin = higher sensitivity.

Processing Issues






# Multilayer Resist Processing

- Multilayer resists are a way to address depth of focus and PR thickness variations (as you cover steps ...).
- Use layers of different resist materials.
- Advantage: better resolution
  Disadvantage: increased complexity
- In a bilayer resist, a (thick)planarization layer is applied followed by the (thin) PR.
- Various multilayer schemes have been proposed.



# Future in Lithography

- Deep (extreme?)UV Lithography (DUV)
  $\lambda$ = 13 nm
- Electron Beam Lithography
  - Direct write (EBDW)
  - Scattering with angular limitation (SCALPEL)
  0.05 μm resolution, Slow (low throughput)
- x-ray Lithography
  0.10 μm resolution, Mask materials & size (no lenses)
- Ion beam lithography



*Prof. Milo Koretsky*
*Chemical Engineering Dept.*