# EXHIBIT 4

GET TO THE ROOT OF IT

## Chromatic aberration: A problem of lenses

**Looking at only red and blue light:**




**Result:** A fringe of color may appear around bright objects seen through the lens:



A star, as seen through a telescope without chromatic aberration



A star, as seen through a telescope with chromatic aberration (exaggerated)

Visible light is made of different colors. When visible light passes through a glass lens or prism, it gets **dispersed**, or split, into its many colors.

A lens focuses each of those colors at a different point, causing a fringe of color to appear around bright objects seen through the lens. This problem is called chromatic aberration.

Return to "Telescopes from the Ground Up"

GET TO THE ROOT OF IT

## Chromatic aberration: A problem of lenses

Visible light is made of different colors. When visible light passes through a glass lens or prism, it gets dispersed, or split, into its many colors.

A lens focuses each of those colors at a different point, causing a fringe of color to appear around bright objects seen through the lens. This problem is called chromatic aberration.

Return to "Telescopes from the Ground Up"