# EXHIBIT 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-601 C
Filed: August 23, 2006

| | | |
|---|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION, | ) | |
| Plaintiffs, | ) | No. 06-601 C |
| v. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| RAYTHEON COMPANY, | ) | |
| Third-Party Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Paragraph 12(b) of the Court's Special Procedures Order, counsel for Plaintiffs THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION (collectively, "Plaintiffs") and Defendants THE UNITED STATES and RAYTHEON COMPANY (collectively, "Defendants") have met and conferred on multiple occasions for the purpose of finalizing a list, narrowing and resolving differences, and facilitating the ultimate preparation of a joint claim construction statement for certain terms/phrases in the asserted claims (Claims 33, 34, 36, 37 and 42) of United States Patent No. 5,386,319 ("the '319 patent"). In further compliance with the Court's Scheduling Order, the parties hereby file this Joint Claim Construction Statement which includes the following:

- A Chart for the parties' Agreed Claim Constructions attached as Exhibit "A."
- A Chart for the parties' Disputed Claim Constructions attached as Exhibit "B."

In addition, Defendants note that Paragraph 12(b)(ii) of the Court's Special Procedures Order ("SPO") requires that the parties support each disputed claim and term with "the same information" provided pursuant to Paragraph 11 of the ("SPO"). On January 2, 2008, Plaintiffs cited new references in support of their constructions of "Aberration," "Bragg regime," and "Negative chromatic dispersion," and deleted a reference in support of its construction of "Bragg regime." Counsel for the Defendants have not had enough time or opportunity to review these modifications. Therefore, counsel for the Defendants reserve the right to object to these modifications as untimely and reserve the right to support Defendants' constructions of these terms with additional references.

Plaintiffs contend that both parties, including Defendants, have made revisions to their proposed constructions in the course of negotiating this joint statement. These revisions, as well as all references, were timely disclosed among the parties before this statement was filed. Plaintiffs further point out that Paragraph 12(b)(ii) of the SPO states that the proposed construction statement shall be supported by the same information "required" by Paragraph 11, and is not a limitation to the same information "provided" by Paragraph 11, as suggested by Defendants. It is disingenuous for Defendants to now object to Plaintiffs' revisions when Defendants have made revisions of their own.

Dated: January 4, 2008

Respectfully submitted,

Jonathan T. Suder

Case 1:06-cv-00601-EJD Document 34 Filed 01/04/2008 Page 3 of 28

Edward E. Casto, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

David C. Tobin
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, NW, Suite 700
Washington, D.C. 20015
(202) 362-5900
(202) 362-5901 (fax)

**ATTORNEYS FOR PLAINTIFFS**

Case 1:06-cv-00601-EJD Document 34 Filed 01/04/2008 Page 4 of 28

Respectfully submitted,

William S. Foster, Jr.
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel.: (202) 639-1321
Fax: (202) 639-1185

Kevin J. Meek
Douglas M. Kubehl
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
Tel.: (214) 953-6680
Fax: (214) 661-4680

***Counsel for Raytheon Company***

January 4, 2008

Case 1:06-cv-00601-EJD Document 34 Filed 01/04/2008 Page 5 of 28

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/ Scott Bolden
SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

**Counsel for the United States**

OF COUNSEL:
KIRBY W. LEE
Attorney

January 4, 2008

**EXHIBIT "A"**

WHITNEY, et al vs. UNITED STATES, et al

**JOINT AGREED CLAIM CONSTRUCTION CHART**

| '319 PATENT | |
|---|---|
| **Claim Language** | **Agreed Construction** |
| Optical path delay<br>(Claim 33) | Amount of time it takes a wave of light traveling along a path to get from one point to another. |
| Wavelet components<br>(Claim 34) | Subset of the components of a wave. |
| One of more aspheric<br>(Claim 36) | One or more of the aspheric elements of the optical system. |
| Elements thereof<br>Elements themselves<br>(Claim 36) | Elements of the optical system. |
| Plurality of refractive lenses<br>(Claim 42) | Two or more lenses (as construed herein) that each operate to alter a light wave by changing its velocity when it passes from one medium into another of different index of refraction. |
| Transmission grating<br>(Claim 42) | A diffraction grating produced on a transparent base so radiation is substantially transmitted through the grating instead of being reflected from it. |

**EXHIBIT "B"**

WHITNEY, et al vs. UNITED STATES, et al

**JOINT CLAIM CONSTRUCTION CHART FOR DISPUTED CLAIM TERMS**

| '319 PATENT | | |
|---|---|---|
| **Claim Language** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| Plate<br>(Claims 33, 37 & 42) | A surface that can alter a beam of light.<br><br>Figs. 1, 2, 3, 5, 6, 8-11, & 15; Col. 3 ln. 36 thru Col. 4 ln. 2; Col. 4 lns. 37-59; Col. 5 lns. 21-37, 47-50, 56-68; Col. 4 lns. 1-57.<br><br>See definitions of Phase Plate and Plate.<br><br>See W.A. Kleinhans, Aberrations of Curved Zone Plates and Fresnel Lenses, *Applied Optics*, Vol. 16(6), June 1977, pp. 1701-04.<br><br>See G.G. Sliusarev, Optical Systems with Phase Layers, *Soviet Physics-Doklady*, Vol. 2(2)., Mar/April 1957, pp. 161-63. | A substantially flat optical element.<br><br>'319 Patent<br><br>Claims 1, 10, 33, 37, and 42.<br><br>1:53-2:11, 4:49-52, 5:65-6:25, 12:31-66, 15:63-68, 17:65-18:18, 21:1-22:54, 25:3, 25:54.<br><br>Figs. 1 (60, 64), 3 (60, 64), 4 (60,64), 7 (60), 8(60), 9(204), 10 (204), 12 (60), 13(262), 14 (272), 15 (282), 16 (282).<br><br>Prosecution History of U.S. Patent No. 4,936,665 (App. No. 108,435)<br><br>October 26, 1988 Office Action at page 6.<br><br>Response to Office Action dated Apr. 25, 1989, at p. 23-26.<br><br>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)<br><br>Request for Reconsideration dated Dec. 13, 1991.<br><br>December 10, 1991 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to: |

| | | |
|---|---|---|
| | | Declaration at page 2;<br>Exhibit A at page 3-1, pages 3-2 through 3-4, page 3-6, page 3-8, page 3-13, Figure 3-3, Figure 3-8a, page 3.1.2-2, page 3.1.3-3, page 3.2-1, page 3.2-2, page 3.2-3, page 5-1, pages 7-1 through 7-2;<br>Exhibit E at pages 2-4.<br><br><u>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)</u><br>Response to Office Action dated Aug. 19, 1993, at p. 1.<br>Office Action dated Oct. 25, 1993.<br>Response to Office Action dated Apr. 22, 1994 at 7.<br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br>Declaration at page 2;<br>Exhibit A at page 3-1, page 3-2, pages 3-4 through 3-6, page 3-8, page 3-13, Figure 3-3, Figure 3-8a, page 3.1.2-2, page 3.1.3-3, page 3.2-1, page 3.2-2, page 3.2-3, page 5-1, pages 7-1 through 7-2;<br>Exhibit E at pages 2-4.<br>Considered U.S. Patent No. 4,895,790 (Swanson '790) at 4:59-62 and Figure 1.<br>Considered U.S. Patent No. 5,161,059 (Swanson '059) at |

| | | |
|---|---|---|
| | | 5:30-33 and Figure 1.<br><br>Extrinsic Evidence<br><br>plate: "1.a. a smooth usu. nearly flat and relatively thin piece of metal or other material . . . 4a. a flat thin smooth piece (as of metal) on or from which something is or is to be embossed, molded, engraved, grained, deposited, or written." Webster's Third New International Dictionary 1734 (1981).<br><br>plate: "A smooth, flat, thin, rigid body of uniform thickness." American Heritage College Dictionary 1047 (1997).<br><br>Max Boron, Principles of Optics, 424-425 (1965). |
| Plurality of concentric patterns (Claim 33) | More than one concentric ring.<br><br>Figs. 2-5; Col. 4 lns. 37-42; Col. 5 lns. 56-64; Col. 6 lns. 50-57; Col. 15 lns. 63-66; Col. 16 lns. 54-59; Col. 22 lns. 40-45. | Concentric rings with a selected number of plateaus formed through a process other than mechanical cutting.<br><br>'319 Patent<br><br>Claims 1, 10, 14, 16, 33.<br><br>1:53-2:11, 4:5-30, 4:49-52, 5:38-6:25, 12:31-66, 13:57-60, 12:31-66, 15:63-68, 17:65-18:18, 20:1-22:54, 25:3, 25:54.<br><br>Figs. 1 (60, 64), 3 (60, 64), 4 (60,64), 7 (60), 8(60), 9(204), 10 (204), 12 (60), 13(262), 14 (272), 15 (282), 16 (282).<br><br>Prosecution History of U.S. Patent No. 4,936,665 (App. |

| | | |
|---|---|---|
| | | No. 108,435)<br>October 26, 1988 Office Action at page 6.<br>Response to Office Action dated Apr. 25, 1989, at p. 23-26.<br>U.S. Patent No. 4,637,697 (Freeman) at 1:38-42.<br>U.S. Patent No. 4,690,506 (Kita) at 1:32-2:32; 3:15-21; Figure 1.<br>Madjidi-Zolbanine et al, "Holographic Correction of Both Chromatic and Spherical Aberrations of Single Glass Lenses," Applied Optics, Vol. 18, No. 14, pp. 2385-93 (Jul. 15, 1979).<br>Loewen, "Grating Efficiency Theory as it Applies to Blazed and Holographic Gratings," Applied Optics, Vol. 16, No. 10, pp. 2711-21 (Oct. 1977).<br>S.K. Case et al, "Multifacet Holographic Optical Elements for Wave Front Transformations," Applied Optics, Vol. 20, No. 15, pp. 2670-75 (Aug. 1981).<br><br>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)<br>Request for Reconsideration dated Dec. 13, 1991.<br>December 10, 1991 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br>Declaration at page 2;<br>Exhibit A at page 3-1, |

Case 1:06-cv-00601-EJD Document 34 Filed 01/04/2008 Page 13 of 28

| | | |
|---|---|---|
| | | pages 3-2 through 3-4, page 3-6, page 3-8, page 3-13, Figure 3-3, Figure 3-8a, page 3.1.2-2, page 3.1.3-3, page 3.2-1, page 3.2-2, page 3.2-3, page 5-1, pages 7-1 through 7-2;<br><br>Exhibit E at pages 2-4.<br><br><u>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)</u><br><br>Response to Office Action dated Aug. 19, 1993, at p. 1.<br><br>Office Action dated Oct. 25, 1993.<br><br>Response to Office Action dated Apr. 22, 1994 at 7.<br><br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at page 2;<br><br>Exhibit A at page 3-1, page 3-2, pages 3-4 through 3-6, page 3-8, page 3-13, Figure 3-3, Figure 3-8a, page 3.1.2-2, page 3.1.3-3, page 3.2-1, page 3.2-2, page 3.2-3, page 5-1, pages 7-1 through 7-2;<br><br>Exhibit E at pages 2-4.<br><br>Considered U.S. Patent No. 4,895,790 (Swanson '790) at 4:59-62 and Figure 1.<br><br>Considered U.S. Patent No. 5,161,059 (Swanson '059) at 5:30-33 and Figure 1. |
| Introduce an aspheric function | Introduce the ability to alter | Correcting at least spherical |

| | | |
|---|---|---|
| (Claim 33) | aberrations.<br><br>Col 13, lns. 39-44; Col. 14 lns. 53-56.<br><br>See definition of Aspheric Surface.<br><br>See also Walter T. Welford, *Useful Optics*, p. 40-41. | aberrations.<br><br>'319 Patent<br><br>Claims 33, 36, 37.<br><br>2:32-50, 11:57-68, 13:39-44, 14:48-64, 23:60-63, 28:40-48.<br><br>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)<br><br>Request for Reconsideration dated Dec. 13, 1991.<br><br>December 10, 1991 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at pages 1-2;<br><br>Exhibit A at page 3-1, page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3;<br><br>Exhibit E at pages 2-4.<br><br>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)<br><br>April 22, 1994 Response to Office Action at p. 7.<br><br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at pages 1-2;<br><br>Exhibit A at page 3-1, |

| | | |
|---|---|---|
| | | page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3;<br><br>Exhibit E at pages 2-4.<br><br><u>Extrinsic Evidence</u><br><br>aspheric: "2. free from spherical aberration" <u>Webster's Third New International Dictionary</u> 129 (1981). |
| Aberration (Claims 36 & 37) | Departure from a true image.<br><br>Abstract; Col. 1 lns. 45-53; Col. 3 ln. 65 thru Col. 4 ln. 2; Col. 4 lns. 5-24, 30-68; Col. 5 lns. 1-2, 39-47; Col. 11 lns. 50-68; Col. 14 lns. 28-64.<br><br>See definition of Aberration.<br><br>See also United States Patent No. 5,044,706 at Col. 1 lns. 13-27. | Deviation from perfect image formation, including at least spherical aberration.<br><br><u>'319 Patent</u><br><br>Claims 33, 36, 37.<br><br>2:32-50, 4:17-20, 11:57-68, 13:39-44, 14:48-64, 28:40-48.<br><br><u>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)</u><br><br>Request for Reconsideration dated Dec. 13, 1991, at 3.2-1.<br><br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at pages 1-2;<br><br>Exhibit A at page 3-1, page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3; |

| | | |
|---|---|---|
| | | Exhibit E at pages 2-4.<br><br>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)<br><br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at pages 1-2;<br><br>Exhibit A at page 3-1, page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3;<br><br>Exhibit E at pages 2-4.<br><br>Extrinsic Evidence<br><br>optical aberration: "Deviation from perfect image formation by an optical system; examples are spherical aberration, coma, astigmatism, curvature of field, distortion, and chromatic aberration." McGraw-Hill Dictionary of Scientific and Technical Terms 1325 (4th ed. 1989). |
| The aspheric function (Claim 36) | The ability to alter aberrations.<br><br>Col 13, lns. 39-44; Col. 14 lns. 53-56.<br><br>See definition of Aspheric Surface.<br><br>See also Walter T. Welford, *Useful Optics*, p. 40-41. | The aspheric function of Claim 33.<br><br>'319 Patent<br><br>Claims 33 and 36. |
| Lens (Claims 37 & 42) | A piece of material that is transparent to some or all of the light rays passing through it by means of which the light | A piece of transparent material with opposite regular surfaces either or both of which are curved, by means of which |

| | | |
|---|---|---|
| | rays may be altered.<br><br>Figs. 1 and 7; Col. 1 lns. 39-45; Col. 11 lns. 29-54; Col. 14 lns. 59-64; Col. 15 lns. 18-21; Col. 16 lns. 43-48; Col. 21 lns. 16-35.<br><br>See definitions of Lens | light rays are focused to form an image.<br><br>'319 Patent<br><br>1:39-45, 11:29-54, 14:59-64, 15:18-21, 16:43-48, 21:16-35.<br><br>Figs. 1 (58, 62), 7 (58, 62).<br><br>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)<br><br>Request for Reconsideration dated Dec. 13, 1991, at 7-2.<br><br>December 10, 1991 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Exhibit A at 3-1, page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3, pages 7-1 through 7-2.<br><br>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)<br><br>April 22, 1994 Response to Office Action at p. 7.<br><br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Exhibit A at 3-1, page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3, |

| | | |
|---|---|---|
| | | pages 7-1 through 7-2.<br><br>Extrinsic Evidence:<br>lens: "1. a piece of glass or other transparent substance that has two opposite regular surfaces either both curved or one curved and the other plane and that is commonly used in an optical instrument (as a camera, microscope, eyeglasses) to form an image by focusing rays of light." Webster's Third New International Dictionary 1294 (1981).<br>lens: "A curved piece of ground and polished or molded material, usually glass, used for the refraction of light, its two surfaces having the same axis; or two or more such surfaces cemented together." McGraw-Hill Dictionary of Scientific and Technical Terms 1067 (4th ed. 1989).<br>lens: "A ground or molded piece of glass, plastic, or other transparent material with wit opposite surfaces either or both of which are curved, by means of which light rays are focused to form an image." American Heritage College Dictionary 777 (1997). |
| A number of refractive elements arranged as a lens system<br>(Claim 37) | One or more elements that bend light at the boundary to some or all the light rays passing through it by means of which the light rays may be altered.<br><br>Col. 1 lns. 42-45; Col. 3 lns. | Two or more lenses (as construed herein) that each operate to alter a light wave by changing its velocity when it passes from one medium into another of different index of refraction. |

| | | |
|---|---|---|
| | 52-65; Col. 5 lns. 39-47; Col. 11 lns. 33-49; Col. 13 lns. 36-39; Col. 14 lns. 59-64; Col. 23 lns. 60-63.<br><br>See definitions of Index of Refraction, Lens, Refract, and Refraction. | <u>'319 Patent</u><br><br>1:39-54, 4:45-49, 11:29-50, 14:59-64, 15:18-21, 16:43-48, 21:16-35<br><br>Figs. 1 (58, 62), 7 (58, 62)<br><br><u>Prosecution History of U.S. Patent No. 4,936,665 (App. No. 108,435)</u><br><br>April 25, 1989 Response to Office Action at pp. 27-28.<br><br><u>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)</u><br><br>Request for Reconsideration dated Dec. 13, 1991.<br><br>December 10, 1991 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Exhibit A at pages 3-1 through 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3, pages 7-1 through 7-2.<br><br><u>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)</u><br><br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Exhibit A at pages 3-1 |

| | | |
|---|---|---|
| | | through 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3, pages 7-1 through 7-2.<br><br>April 22, 1994 Response to Office Action at p. 7.<br><br>Extrinsic Evidence<br><br>lens: "1. a piece of glass or other transparent substance that has two opposite regular surfaces either both curved or one curved and the other plane and that is commonly used in an optical instrument (as a camera, microscope, eyeglasses) to form an image by focusing rays of light." Webster's Third New International Dictionary 1294 (1981).<br><br>optical system: "1. a combination of lenses, mirrors, and prisms that constitutes the optical part of an optical instrument." Webster's Third New International Dictionary 1584 (1981).<br><br>refraction: "b. the deflection from a straight path undergone by a light ray or a wave of energy in passing obliquely from one medium (as air) into another (as water, glass) in which its velocity is different." Webster's Third New International Dictionary 1909 (1981). |

| | | |
|---|---|---|
| | | refraction: "The change of direction of propagation of any wave, such as an electromagnetic or sound wave, when it passes from one medium to another in which the wave velocity is different, or when there is a spatial variation in a medium's wave velocity." McGraw-Hill Dictionary of Scientific and Technical Terms 1588 (4th ed. 1989).<br><br>refraction: "The turning or bending or any wave, such as a light wave, when it passes from one medium into another of different density." American Heritage College Dictionary 1148 (1997). |
| Phase plate (Claims 37 & 42) | A transparent plate that changes the relative phase of the incident light.<br><br>See Definition of Phase Plate.<br><br>See also Grant R. Fowles, *Introduction to Modern Optics 2nd Ed.*, p. 143.<br><br>See W.A. Kleinhans, Aberrations of Curved Zone Plates and Fresnel Lenses, *Applied Optics*, Vol. 16(6), June 1977, pp. 1701-04.<br><br>See G.G. Sliusarev, Optical Systems with Phase Layers, *Soviet Physics-Doklady*, Vol. 2(2)., Mar/April 1957, pp. 161-63. | A plate (as construed herein) formed through a process other than mechanical cutting to include concentric rings with a selected number of plateaus that change the phase of a beam.<br><br>'319 Patent<br><br>Claims 1, 10, 14, 16, 37, and 42.<br><br>1:53-2:11, 4:5-30, 4:49-52, 5:38-6:25, 12:31-66, 13:57-60, 15:63-68, 17:65-18:18, 20:1-22:54, 25:3, 25:54.<br><br>Figs. 1 (60, 64), 3 (60, 64), 4 (60,64), 7 (60), 8(60), 9(204), 10 (204), 12 (60), 13(262), 14 (272), 15 (282), 16 (282).<br><br>Prosecution History of U.S. Patent No. 4,936,665 (App. No. 108,435) |

| | | |
|---|---|---|
| | | Apr. 25, 1989 Response to Office Action, at p. 23-26.<br><br>U.S. Patent No. 4,637,697 (Freeman) at 1:38-42.<br><br>U.S. Patent No. 4,690,506 (Kita) at 1:32-2:32; 3:15-21; Figure 1.<br><br>Madjidi-Zolbanine et al, "Holographic Correction of Both Chromatic and Spherical Aberrations of Single Glass Lenses," <u>Applied Optics</u>, Vol. 18, No. 14, pp. 2385-93 (Jul. 15, 1979).<br><br>Loewen, "Grating Efficiency Theory as it Applies to Blazed and Holographic Gratings," <u>Applied Optics</u>, Vol. 16, No. 10, pp. 2711-21 (Oct. 1977).<br><br>S.K. Case et al, "Multifacet Holographic Optical Elements for Wave Front Transformations," <u>Applied Optics</u>, Vol. 20, No. 15, pp. 2670-75 (Aug. 1981).<br><br><u>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)</u><br><br>Request for Reconsideration dated Dec. 13, 1991.<br><br>December 10, 1996 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at page 2;<br><br>Exhibit A at page 3-1 through 3-4, page 3-6, page 3-13, Figure 3-3, Figure 3-8a, page 3.1.2-2, page 3.1.3-3, page 3.2-1, page 3.2-2, |

| | | |
|---|---|---|
| | | page 3.2-3, page 5-1, pages 7-1 through 7-2;<br>Exhibit E at pages 2-4.<br><br><u>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)</u><br>Response to Office Action dated Aug. 19, 1993, at p. 1.<br>Office Action dated Oct. 25, 1993.<br>Response to Office Action dated Apr. 22, 1994 at p. 7.<br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br>Declaration at page 2;<br>Exhibit A at page 3-1 through 3-4, page 3-6, page 3-13, Figure 3-3, Figure 3-8a, page 3.1.2-2, page 3.1.3-3, page 3.2-1, page 3.2-2, page 3.2-3, page 5-1, pages 7-1 through 7-2;<br>Exhibit E at pages 2-4.<br>Considered U.S. Patent No. 4,895,790 (Swanson '790) at 4:59-62 and Figure 1.<br>Considered U.S. Patent No. 5,161,059 (Swanson '059) at 5:30-33 and Figure 1. |
| Phase plate comprising a holographic element (Claim 37) | An optical plate whose optical thickness or index of refraction varies to change the phase of a beam.<br><br>Figs. 1, 2, 3, 5, 6, 8-11, & 15; Col. 3 ln. 36 thru Col. 4 ln. 2; Col. 4 lns. 37-59; Col. 5 lns. | A phase plate (as construed herein) formed using a photo-fabrication technique.<br><br><u>'319 Patent</u><br>1:53-57, 4:5-30, 11:32-36, 13:36-39. |

| | | |
|---|---|---|
| | 21-37, 47-50, 56-68; Col. 4 lns. 1-57.<br><br>See definitions of Index of Refraction and Phase Plate.<br><br>See also Grant R. Fowles, *Introduction to Modern Optics 2nd Ed.*, p. 143; Mark Lucente, *Diffraction-Specific Fringe Computation for Electro-Holography*, Appendix A, Doctoral Thesis Dissertation, MIT Dept. of Electrical Engineering and Computer Science, Sept. 1994; and William C. Sweatt, *Describing holographic optical elements as lenses*, J. Opt. Soc. Am. Vol. 67, No. 6 June 1977. | Prosecution History of U.S. Patent No. 4,936,665 (App. No. 108,435)<br><br>Apr. 25, 1989 Response to Office Action, at p. 23-25.<br><br>U.S. Patent No. 4,637,697 (Freeman) at 1:38-42.<br><br>U.S. Patent No. 4,690,506 (Kita) at 1:32-2:32; 3:15-21; Figure 1.<br><br>Madjidi-Zolbanine et al, "Holographic Correction of Both Chromatic and Spherical Aberrations of Single Glass Lenses," Applied Optics, Vol. 18, No. 14, pp. 2385-93 (Jul. 15, 1979).<br><br>Loewen, "Grating Efficiency Theory as it Applies to Blazed and Holographic Gratings," Applied Optics, Vol. 16, No. 10, pp. 2711-21 (Oct. 1977).<br><br>S.K. Case et al, "Multifacet Holographic Optical Elements for Wave Front Transformations," Applied Optics, Vol. 20, No. 15, pp. 2670-75 (Aug. 1981).<br><br>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)<br><br>Request for Reconsideration dated Dec. 13, 1991.<br><br>December 10, 1991 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at page 2;<br><br>Exhibit A at page 3-1, |

Case 1:06-cv-00601-EJD Document 34 Filed 01/04/2008 Page 25 of 28

| | | |
|---|---|---|
| | | page 3-4, page 3-6, page 3-13, Figure 3-8a, page 3.1.3-3, page 3.2-1, page 3.2-3, page 5-1;<br><br>Exhibit E at page 3, page 4.<br><br><u>Prosecution History of U.S. Patent No. 5,386,319 (App. No. 897,248)</u><br><br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at page 2;<br><br>Exhibit A at page 3-1, page 3-4, page 3-6, page 3-13, Figure 3-8a, page 3.1.3-3, page 3.2-1, page 3.2-3, page 5-1;<br><br>Exhibit E at page 3, page 4.<br><br>U.S. Patent No. 4,895,790 (Swanson '790) at 3:29-30.<br><br>U.S. Patent No. 5,161,059 (Swanson '059) at 3:55-60. |
| Bragg regime (Claim 37) | Diffraction of electromagnetic waves (e.g., light) into primarily a single order.<br><br>Col. 13 lns. 36-39.<br><br>See also M.G. Moharam et al., *Criteria for Bragg Regime Diffraction by Phase Gratings*, pp.14-18, Optics Communication Vol. 32, No. 1, Jan. 1980. | A condition in a thick grating built to satisfy Kogelnik's equation where almost all of the incident power is transmitted into a single order.<br><br><u>'319 Patent</u><br><br>13:36-52, 15:48-50, 25:65-68.<br><br><u>Extrinsic Evidence</u><br><br>Draft ISO Standard 15902 |

| | | |
|---|---|---|
| | | "Optics and Optical Instruments - Diffractive optics - terminology" (2002) (TW4361, TW4381).<br><br>J. Christopher Clemens and Scott Seagroves, "Volume Holographic Gratings" (Ex. A-11 to Plaintiffs' Proposed Claim Construction Statement).<br><br>H. Kogelnik, The Bell System Technical Journal (1969). |
| Functioning as an asphere (Claim 37) | Functioning as a non-spherical lens.<br><br>Col. 13 lns. 36-39.<br><br>See also Walter T. Welford, *Useful Optics*, p. 40-41. | Correcting at least spherical aberrations.<br><br><u>'319 Patent</u><br><br>Claims 33, 36, 37.<br><br>2:32-50, 11:57-68, 13:39-44, 14:48-64, 23:60-63, 28:40-48.<br><br><u>Prosecution History of U.S. Patent No. 5,156,943 (App. No. 520,629)</u><br><br>Request for Reconsideration dated Dec. 13, 1991.<br><br>December 10, 1991 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br><br>Declaration at pages 1-2;<br><br>Exhibit A at page 3-1, page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3;<br><br>Exhibit E at pages 2-4.<br><br><u>Prosecution History of U.S.</u> |

| | | |
|---|---|---|
| | | Patent No. 5,386,319 (App. No. 897,248)<br>April 22, 1994 Response to Office Action at p. 7.<br>April 22, 1994 Declaration Under Rule 1.131 and supporting exhibits, including but not limited to:<br>Declaration at pages 1-2;<br>Exhibit A at page 3-1, page 3-3, page 3-18, page 3.1, pages 3.1.1-1 through 3.1.1-7, pages 3.1.3-1 - 3.1.3-2, pages 3.2-1 through 3.2-3;<br>Exhibit E at pages 2-4.<br><br>Extrinsic Evidence<br>aspheric: "2. free from spherical aberration" Webster's Third New International Dictionary 129 (1981). |
| Negative chromatic dispersion<br><br>(Claim 42) | A property that causes shorter wavelengths (e.g., violet) to converge closer than longer wavelengths (e.g., red).<br><br>Col. 12, lns. 7-30.<br>See definition of dispersion.<br>See also Allen Nussbaum and Richard A. Phillips, *Contemporary Optics for Scientists and Engineers*, p. 321-22; and Rudolph Kingslake, *Applied Optics and Optical Engineering*, Vol. 3, p. 24 (Academic Press 1965).<br>See also M. Miller, Chromatic Aberration of the Gradient Lens, *Opto-Electronics* 2, | A property that causes longer wavelengths (e.g., red) to converge closer than shorter wavelengths (e.g., violet).<br><br>'319 Patent<br>12:7-8, 12:19-30<br><br>Extrinsic Evidence<br>chromatic aberration: "An optical lens defect causing color fringes, because the lens material brings different colors of light to focus at different points." McGraw- |

| | | |
|---|---|---|
| | 1970, pp. 109-12. (Raytheon 002654-002658).<br><br>See also Max Born and Emil Wolf. *Principles of Optics*, First Edition, p. 230, Pergamon Press 1959. | Hill Dictionary of Scientific and Technical Terms 348 (4th ed. 1989).<br><br>F.V. Hartemann, A.L. Troha, H.A. Baldis, "The Chirped-Pulse Inverse Free Electron Laser: A Tabletop, High-Gradient Vacuum Laser Accelerator" (U.S. Dept. of Energy, Lawrence Livermore National Laboratory March 5, 2001).<br><br>Dionysius Lardner, Hand-book of Natural Philosophy: Optics 337-38 (Walton and Maberly 1856).<br><br>M Miler, "Chromatic Aberration of the Gradient Lens," 2 Opto-Electronics 109, 112-13 (1970).<br><br>Karl Dieter Möller, Optics: Learning by Computing with Examples Using MathCaD 420 (Springer 2003). [Google Link]<br><br>Masataka Shirasaki , "Virtually Imaged Phased Array," Fujitsu Sci. Tech. J. 113-125 (July 1999). |