# EXHIBIT 7

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



**Sybil P. Parker**

EDITOR IN CHIEF

**McGRAW-HILL BOOK COMPANY**

New York
St. Louis
San Francisco

Auckland, Bogotá, Caracas, Colorado Springs, Hamburg, Lisbon, London, Madrid, Mexico, Milan, Montreal, New Delhi, Oklahoma City, Panama, Paris, San Juan, São Paulo, Singapore, Sydney, Tokyo, Toronto

**On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)**

**On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)**

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, *White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0 DOW/DOW 9 5 4 3 2 1 0

ISBN 0-07-045270-9

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1989 503'/21 88-13490
ISBN 0-07-045270-9

For information about our audio products, write us at:
Newbridge Book Clubs, 3000 Cindel Drive, Delran, NJ 08370

**For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.**

**asphalt base** *See* naphthene base. { 'a,sfölt ¦bās }

**asphalt base crude** [MATER] A crude oil which yields naphthenic asphalt residues when processed. { 'a,sfölt ¦bās 'krüd }

**asphalt block** [MATER] A paving block composed of a mixture of 88–92% crushed stone with the balance asphalt cement. { 'a,sfölt ,bläk }

**asphalt cement** [MATER] Fluxed or unfluxed asphalt especially prepared for direct use in making bituminous pavements. { 'a,sfölt si'ment }

**asphalt cutter** [MECH ENG] A powered machine having a rotating abrasive blade; used to saw through bituminous surfacing material. { 'a,sfölt ,kəd·ər }

**asphalt emulsion** [MATER] Asphalt cement in water containing a small amount of emulsifying agent. { 'a,sfölt i'məl·shən }

**asphalt-emulsion slurry seal** [MATER] A mixture of slow-setting emulsified asphalt, fine aggregate, and mineral filler, with water added to produce a slurry consistency. { 'a,sfölt i'məl·shən 'slə·rē ,sēl }

**asphalt enamel** [MATER] A surface coating composed of a mixture of asphalt, finely pulverized mica, clay, soapstone, or talc; applied to pipe that will be buried. { 'a,sfölt i'nam·əl }

**asphaltene** [MATER] Any of the dark, solid constituents of crude oils and other bitumens which are soluble in carbon disulfide but insoluble in paraffin naphthas; they hold most of the organic constituents of bitumens. { a'sfōl,tēn }

**asphalt flux** [MATER] An oil used to reduce the consistency or viscosity of hard asphalt to the point required for use. { 'a,sfölt ,fləks }

**asphalt fog seal** [MATER] An asphalt surface treatment consisting of a light application of liquid asphalt without a mineral aggregate cover. { 'a,sfölt 'fäg ,sēl }

**asphalt heater** [ENG] A piece of equipment for raising the temperature of bitumen used in paving. { 'a,sfölt 'hēd·ər }

**asphaltic base oil** [MATER] A crude oil that has asphaltum as the predominating solid residual. { a'sfölt·ik ¦bās ,öil }

**asphaltic concrete** [MATER] A special concrete consisting of a mixture of graded aggregate and heated asphalt; must be applied and spread while hot. { a'sfölt·ik 'kän,krēt }

**asphaltic material** [MATER] A solid, liquid, or semisolid mixture of heavy hydrocarbons and nonmetallic derivatives; obtained from naturally occurring bituminous deposits or from residues of petroleum refining. { a'sfōl·tik mə'tir·ē·əl }

**asphaltic road oil** [MATER] A thick, fluid solution of asphalt. { a'sfölt·ik 'rōd ,öil }

**asphaltic sand** [GEOL] Deposits of sand grains cemented together with soft, natural asphalt. { a'sfölt·ik 'sand }

**asphaltite** [GEOL] Any of the dark-colored, solid, naturally occurring bitumens that are insoluble in water, but more or less completely soluble in carbon disulfide, benzol, and so on, with melting points between 250 and 600°F (121–316°C); examples are gilsonite and grahamite. { a'sfōl,tīt }

**asphaltite coal** *See* albertite. { a'sfōl,tīt ,kōl }

**asphalt lamination** [MATER] A laminate of sheet material, such as paper or felt, which uses asphalt as the adhesive. { 'a,sfölt ,lam·ə'nā·shən }

**asphalt leveling course** [CIV ENG] A layer of an asphalt-aggregate mixture of variable thickness, used to eliminate irregularities in contour of an existing surface, prior to the placement of a superimposed layer. { 'a,sfölt 'lev·əl·iŋ ,kōrs }

**asphalt macadam** [MATER] Pavement made with an asphalt binder rather than tar. { 'a,sfölt mə'kad·əm }

**asphalt mastic** [MATER] A mixture of asphalt with sand, asbestos, crushed rock, or similar material; used like cement. Also known as mastic asphalt. { 'a,sfölt 'mas·tik }

**asphalt overlay** [CIV ENG] One or more layers of asphalt construction on an existing pavement. { 'a,sfölt 'ōv·ər,lā }

**asphalt paint** [MATER] Asphaltic material dissolved in volatile solvent with or without pigments, drying oils, resins, and so on. { 'a,sfölt 'pānt }

**asphalt paper** [MATER] A paper that is coated or impregnated with asphalt. { 'a,sfölt 'pā·pər }

**asphalt pavement** [CIV ENG] A pavement consisting of a surface layer of mineral aggregate, coated and cemented together with asphalt cement on supporting layers. { 'a,sfölt 'pāv·mənt }

**asphalt primer** [MATER] Low-viscosity, liquid asphaltic material applied to and absorbed by nonbituminous surfaces, as in waterproofing. { 'a,sfölt 'prīm·ər }

ASPIDORHYNCHIFORMES



*Aspidorhynchus acutirostris* (Blainville), Upper Jurassic, Bavaria, length to 3 feet (91 centimeters); a typical fish of the order Aspidorhynchiformes. (*After Assmann*)

**asphalt rock** [GEOL] Natural rock asphalt or asphalt-containing rock, such as porous sandstones and dolomites. Also known as asphalt stone; bituminous rock; rock asphalt. { 'a,sfölt 'räk }

**asphalt roofing** [MATER] A roofing material made by impregnating a dry roofing felt with a hot asphalt saturant, applying asphalt coatings to the weather and reverse sides, and embedding a mineral surfacing in the coating on the weather side. { 'a,sfölt 'rüf·iŋ }

**asphalt shingle** [MATER] A roof shingle made of felt impregnated with asphalt and covered with mineral granules. { 'a,sfölt 'shiŋ·gəl }

**asphalt soil stabilization** [CIV ENG] The treatment of naturally occurring nonplastic or moderately plastic soil with liquid asphalt at normal temperatures to improve the load-bearing qualities of the soil. { 'a,sfölt ¦söil ,stāb·ə·lə'zā·shən }

**asphalt stone** *See* asphalt rock. { 'a,sfölt 'stōn }

**asphalt tile** [MATER] Floor tile composed of asbestos fibers, mineral coloring pigments, and inert fillers bound together, used on rigid subfloors or hardwood floors. { 'a,sfölt 'tīl }

**asphaltum** [MATER] Bituminous material in oil of turpentine; used in photomechanical work because of its ability to be rendered insoluble in light. { a'sfōl·təm }

**aspheric surface** [OPTICS] A lens or mirror surface which is altered slightly from a spherical surface in order to reduce aberrations. { ā'sfir·ik 'sər·fəs }

**asphradium** [INV ZOO] An organ, believed to be a chemoreceptor, in mollusks. Also spelled osphradium. { a'sfrād·ē·əm }

**asphyxia** [MED] Suffocation due to oxygen deprivation, resulting in anoxia and carbon dioxide accumulation in the body. { a'sfik·sē·ə }

**aspiculate** [INV ZOO] Lacking spicules, referring to Porifera. { a'spik·yə·lət }

**Aspidiotinae** [INV ZOO] A subfamily of homopteran insects in the superfamily Coccoidea. { a,spid·ē'ät·ə,nē }

**Aspidiphoridae** [INV ZOO] An equivalent name for the Sphindidae. { a,spid·ə'fōr·ə,dē }

**Aspidobothria** [INV ZOO] An equivalent name for the Aspidogastrea. { ¦as·pə,dō'bäth·rē·ə }

**Aspidobothroidea** [INV ZOO] A group of trematodes accorded class rank by W. J. Hargis. { ¦as·pə,dō·bə'thröid·ē·ə }

**Aspidobranchia** [INV ZOO] An equivalent name for the Archaeogastropoda. { ¦as·pə,dō'braŋk·ē·ə }

**Aspidochirotacea** [INV ZOO] A subclass of bilaterally symmetrical echinoderms in the class Holothuroidea characterized by tube feet and 10–30 shield-shaped tentacles. { ¦as·pə,dō,kī·rə'tās·ē·ə }

**Aspidochirotida** [INV ZOO] An order of holothurioid echinoderms in the subclass Aspidochirotacea characterized by respiratory trees and dorsal tube feet converted into tactile warts. { ¦as·pə,dō,kī'räd·ə·də }

**Aspidocotylea** [INV ZOO] An equivalent name for the Aspidogastrea. { ¦as·pə,dō,käd·ə'lē·ə }

**Aspidodiadematidae** [INV ZOO] A small family of deep-sea echinoderms in the order Diadematoida. { ¦as·pə,dō,dī·də'mad·ə,dē }

**Aspidogastrea** [INV ZOO] An order of endoparasitic worms in the class Trematoda having strongly developed ventral holdfasts. { ¦as·pə,dō'gas·trē·ə }

**Aspidogastridae** [INV ZOO] A family of trematode worms in the order Aspidogastrea occurring as endoparasites of mollusks. { ¦as·pə,dō'gas·trə,de }

**Aspidorhynchidae** [PALEON] The single family of the Aspidorhynchiformes, an extinct order of holostean fishes. { ¦as·pə,dō'riŋ·kə,dē }

**Aspidorhynchiformes** [PALEON] A small, extinct order of specialized holostean fishes. { ¦as·pə,dō,riŋk·ə'fōr,mēz }

**aspidospermine** [PHARM] $C_{22}H_{30}O_2N_2$ White to brownish-yellow crystals with a melting point of 132–136°C; soluble in water, alcohol, chloroform, and ether; used in medicine. { ¦as·pə,dō'spər,mēn }

**Aspinothoracida** [PALEON] The equivalent name for Brachythoraci. { a,spīn·ō·thə'ras·əd·ə }

**aspirating** *See* dedusting. { 'as·pə,rād·iŋ }

**aspirating burner** [ENG] A burner in which combustion air at high velocity is drawn over an orifice, creating a negative static pressure and thereby sucking fuel into the stream of air; the mixture of air and fuel is conducted into a combus-

**index of a radical** [MATH] The number above and to the left of the radical sign indicating the root to be extracted. { 'in,deks əv ə 'rad·ə·kəl }

**index of aridity** [CLIMATOL] A measure of the precipitation effectiveness or aridity of a region, given by the following relationship: index of aridity = $P/(T+10)$, where $P$ is the annual precipitation in centimeters, and $T$ the annual mean temperature in degrees Celsius. { 'in,deks əv ə'rid·əd·ē }

**index of a subgroup** [MATH] The quotient of the order of the group by the order of a subgroup. { 'in,deks əv ə 'səb,grüp }

**index of cooperation** [COMMUN] In rectilinear scanning or recording, the product of the total length of a scanning or recording line by the number of scanning or recording lines per unit length. { 'in,deks əv kō,äp·ə'rā·shən }

**index of modulation** *See* modulation factor. { 'in,deks əv ,mäj·ə'lā·shən }

**index of precision** [STAT] The constant $h$ in the normal curve $y = K \exp[-h^2(x-u)^2]$; a large value of $h$ indicates a high precision, or small standard deviation. { 'in,deks əv prə'sizh·ən }

**index of refraction** [OPTICS] The ratio of the phase velocity of light in a vacuum to that in a specified medium. Also known as absolute index of refraction; absolute refractive constant; refractive constant; refractive index. { 'in,deks əv ri'frak·shən }

**index of unsaturation** [ORG CHEM] A numerical value that represents the number of rings or double bonds in a molecule; a triple bond is considered to have the numerical value of 2. { 'in,deks əv ¦ən,sach·ə'rā·shən }

**index plane** [GEOL] A surface used as a reference point in determining geological structure. { 'in,deks ,plān }

**index plate** [DES ENG] A plate with circular graduations or holes arranged in circles, each circle with different spacing; used for indexing on machines. { 'in,deks ,plāt }

**index point** [COMPUT SCI] A hardware reference mark on a disk or drum for use in timing. { 'in,deks ,pȯint }

**index prism** [NAV] A sextant prism which can be rotated to any angle corresponding to altitudes between established limits; the bubble or pendulum sextant counterpart of the index mirror of a marine sextant. { 'in,deks ,priz·əm }

**index ratio** [ELECTROMAG] The ratio of the radius of a conductor used in induction heating to its skin depth at the frequency used. { 'in,deks ,rā·shō }

**index register** [COMPUT SCI] A hardware element which holds a number that can be added to (or, in some cases, subtracted from) the address portion of a computer instruction to form an effective address. Also known as base register; B box; B line; B register; B store; modifier register. { 'in,deks ,rej·ə·stər }

**index stock** [GRAPHICS] A stiff paper receptive to writing ink and to printing; available in smooth and antique finishes and used for index records and business cards. { 'in,deks ,stäk }

**index thermometer** [ENG] A thermometer in which steel index particles are carried by mercury in the capillary and adhere to the capillary wall in the high and low positions, thus indicating minimum and maximum inertial scales. { 'in,deks thər'mäm·əd·ər }

**index word** *See* modifier. { 'in,deks ,wərd }

**india ink** [MATER] A permanent black ink made of lampblack and blue binder; some varieties are waterproof. Also known as Chinese ink; sumi ink. { 'in·dē·ə 'iŋk }

**indialite** [MINERAL] $Mg_2Al_4Si_5O_{18}$ A hexagonal cordierite mineral; it is isotypic with beryl. { 'in·dē·ə,līt }

**Indian** *See* Indus. { 'in·dē·ən }

**indianaite** [MINERAL] A white porcelainlike clay mineral; a variety of halloysite found in Indiana. { ,in·dē'a·nə,īt }

**Indiana limestone** *See* spergenite. { ,in·dē'a·nə 'līm,stōn }

**Indian balsam** *See* Peru balsam. { 'in·dē·ən 'bȯl·səm }

**Indian grass oil** *See* palmarosa oil. { 'in·dē·ən 'gras ,ȯil }

**Indian gum** [MATER] Any of the gums, such as ghatti gum and sterculia gum, with mucilage consistency from trees in the forests in India and Ceylon. { 'in·dē·ən 'gəm }

**Indian Ocean** [GEOGR] The smallest and geologically the most youthful of the three oceans, whose surface area is 29,300,000 square miles (75,900,000 square kilometers); it is bounded on the north by India, Pakistan, and Iran; on the east by the Malay Peninsula; on the south by Antarctica; and on the west by the Arabian peninsula and Africa. { 'in·dē·ən 'ō·shən }

**Indian red** [MATER] Iron-oxide-base, maroon pigment; used to polish gold, silver, and other metals. Also known as iron saffron. { 'in·dē·ən 'red }

**Indian spring low water** [OCEANOGR] An arbitrary tidal datum approximating the level of the mean of the lower low waters at spring time, first used in waters surrounding India. Also known as harmonic tide plane; Indian tide plane. { 'in·dē·ən ¦spriŋ ¦lō 'wȯd·ər }

**Indian summer** [CLIMATOL] A period, in mid- or late autumn, of abnormally warm weather, generally clear skies, sunny but hazy days, and cool nights; in New England, at least one killing frost and preferably a substantial period of normally cool weather must precede this warm spell in order for it to be considered a true Indian summer; it does not occur every year, and in some years there may be two or three Indian summers; the term is most often heard in the northeastern United States, but its usage extends throughout English-speaking countries. { 'in·dē·ən 'səm·ər }

**Indian tide plane** *See* Indian spring low water. { 'in·dē·ən 'tīd ,plān }

**Indian tragacanth** *See* karaya gum. { 'in·dē·ən 'trag·ə,kanth }

**Indian yellow** [MATER] A yellow pigment which may be aureolin, made of cobalt and potassium nitrates; or puree, the impure basic magnesium salt of euxanthic acid; or the synthetic dye primuline. { 'in·dē·ən 'yel·ō }

**indican** [BIOCHEM] $C_8H_6NOSOK$ The potassium salt of indoxylsulfate found in urine as a result of bacterial action on tryptophan in the bowel. [ORG CHEM] $C_{14}H_{17}O_6N$ A glucoside of indoxyl occurring in the indigo plant; on hydrolysis indican gives rise to indoxyl, which is oxidized to indigo by air. { 'in·də,kan }

**indicated airspeed** [AERO ENG] The airspeed as shown by a differential-pressure airspeed indicator, uncorrected for instrument and installation errors; a simple computation for altitude and temperature converts indicated airspeed to true airspeed. Abbreviated IAS. { 'in·də,kād·əd 'er,spēd }

**indicated air temperature** [METEOROL] The uncorrected reading from the free air temperature gage. Also known as outside air temperature. { 'in·də,kād·əd 'er ,tem·prə·chər }

**indicated altitude** [AERO ENG] The uncorrected reading of a barometric altimeter. { 'in·də,kād·əd 'al·tə,tüd }

**indicated horsepower** [MECH ENG] The horsepower delivered by an engine as calculated from the average pressure of the working fluid in the cylinders and the displacement. Abbreviated ihp. { 'in·də,kād·əd 'hȯrs,paù·ər }

**indicated ore** [MIN ENG] A known mineral deposit for which quantitative estimates are made partly from inference and partly from specific sampling. Also known as probable ore. { 'in·də,kād·əd 'ȯr }

**indicating gage** [ENG] A gage consisting essentially of a case and mounting, a spindle carrying the contact point, an amplifying mechanism, a pointer, and a graduated dial; used to amplify and measure the displacement of a movable contact point. { 'in·də,kād·iŋ ,gāj }

**indication** [ENG] In ultrasonic testing, determination of the presence of a flaw by detection of a reflected ultrasonic beam. { ,in·də'kā·shən }

**indicative data** [COMPUT SCI] Data which describe a specific item. { in'dik·əd·iv 'dad·ə }

**indicator** [COMPUT SCI] A device announcing an error or failure. [ELECTR] A cathode-ray tube or other device that presents information transmitted or relayed from some other source, as from a radar receiver. [ENG] An instrument for obtaining a diagram of the pressure-volume changes in a running positive-displacement engine, compressor, or pump cylinder during the working cycle. { 'in·də,kād·ər }

**indicator card** [ENG] A chart on which an indicator diagram is produced by an instrument called an engine indicator which traces the real-performance cycle diagram as the machine is running. { 'in·də,kād·ər ,kärd }

**indicator diagram** [ENG] A pressure-volume diagram representing and measuring the work done by or on a fluid while performing the work cycle in a reciprocating engine, pump, or compressor cylinder. { 'in·də,kād·ər 'dī·ə,gram }

**indicator element** [ELECTR] A component whose variability under conditions of manufacture or use is likely to cause the

INDICATOR DIAGRAM




Pressure-volume diagrams for a diesel engine. (a) Theoretical ideal conditions; (b) actual two-cycle engine card. The areas outlined by the curve represent the effective work of the cycle.

gathers light and forms a real image of an object. Also known as refractor telescope. { ri'frak·tiŋ 'tel·ə,skōp }

**refraction** [PHYS] The change of direction of propagation of any wave, such as an electromagnetic or sound wave, when it passes from one medium to another in which the wave velocity is different, or when there is a spatial variation in a medium's wave velocity. { ri'frak·shən }

**refraction coefficient** [OCEANOGR] The square root of the ratio of the spacing between orthogonals in deep water and in shallow water; it is a measure of the effect of refraction in diminishing wave height by increasing the length of the wave crest. { ri'frak·shən ,kō·i,fish·ənt }

**refraction diagram** [OCEANOGR] A chart showing the position of the wave crests at a particular time, or the successive positions of a particular wave crest as it moves shoreward. { ri'frak·shən ,dī·ə,gram }

**refraction error** [NAV] An error due to refraction, particularly such an error in a sextant altitude, due to atmospheric refraction. { ri'frak·shən ,er·ər }

**refraction loss** [ELECTROMAG] Portion of the transmission loss that is due to refraction resulting from nonuniformity of the medium. { ri'frak·shən ,lós }

**refraction process** [ENG] Seismic (reflection) survey in which the distance between the explosive shot and the receivers (sensors) is large with respect to the depths to be mapped. { ri'frak·shən ,prä·səs }

**refraction profile** [ENG] A seismic profile obtained by designing the spread geometry in such a manner as to enhance refracted energy. { ri'frak·shən ,prō,fīl }

**refraction shooting** [ENG] A type of seismic shooting based on the measurement of seismic energy as a function of time after the shot and of distance from the shot, by determining the arrival times of seismic waves which have traveled nearly parallel to the bedding in high-velocity layers, in order to map the depth of such layers. { ri'frak·shən ,shüd·iŋ }

**refractive constant** *See* index of refraction. { ri'frak·tiv 'kän·stənt }

**refractive index** *See* index of refraction. { ri'frak·tiv ,in,deks }

**refractive modulus** *See* modified index of refraction. { ri'frak·tiv 'mäj·ə·ləs }

**refractivity** [ELECTROMAG] **1.** Some quantitative measure of refraction, usually a measure of the index of refraction. **2.** The index of refraction minus 1. { ,rē,frak'tiv·əd·ē }

**refractometer** [ENG] An instrument used to measure the index of refraction of a substance in any one of several ways, such as measurement of the refraction produced by a prism, measurement of the critical angle, observation of an interference pattern produced by passing light through the substance, and measurement of the substance's dielectric constant. { ,rē,frak'täm·əd·ər }

**refractometry** [OPTICS] The measurement of the index of refraction of a substance; it is an important tool in analytical chemistry. { ,rē,frak'täm·ə·trē }

**refractor telescope** *See* refracting telescope. { ri'frak·tər 'tel·ə,skōp }

**refractory** [MATER] **1.** A material of high melting point. **2.** The property of resisting heat. [MED] Not readily yielding to treatment. { ri'frak·trē }

**refractory cement** [MATER] Any of a variety of mixtures, such as fireclay-silica-ganister mixture, or fireclay mixed with crushed brick, or fireclay and silica sand, with a refractory range of 2600–2800°F (1412–1523°C); used for furnace and oven linings and for fillers. { ri'frak·trē si'ment }

**refractory clay** [MATER] Clay with a melting point above 1600°C; used to make firebrick and linings for furnaces and reactors. { ri'frak·trē ¦klā }

**refractory coating** [MATER] A coating composed of a refractory material. { ri'frak·trē ¦kōd·iŋ }

**refractory concrete** [MATER] Heat-resistant concrete made with high-alumina or calcium-aluminate cement and a refractory aggregate. { ri'frak·trē 'kän,krēt }

**refractory enamel** [MATER] An enamel for coating and protecting metals against attack by hot gases. { ri'frak·trē i'nam·əl }

**refractory hard metals** [CHEM] True chemical compounds composed of two or more metals in the crystalline form, and having a very high melting point and high hardness. { ri'frak·trē 'härd 'med·əlz }

**refractory-lined firebox boiler** [MECH ENG] A horizontal fire-tube boiler with the front portion of the shell located over a refractory furnace; the rear of the shell contains the first-pass tubes, and the second-pass tubes are located in the upper part of the shell. { ri'frak·trē ¦līnd 'fīr,bäks ,bȯil·ər }

**refractory metal** [MET] A metal or alloy that is heat-resistant, having a high melting point. { ri'frak·trē ¦med·əl }

**refractory sand** [MATER] Sand used for refractory which is capable of resisting high temperatures. { ri'frak·trē ¦sand }

**refrangible** [PHYS] Capable of being refracted. { ri'fran·jə·bəl }

**refresh** [COMPUT SCI] A process of periodically replacing data to prevent the data from decaying, as on a cathode-ray-tube display or in a dynamic random-access memory. { ri'fresh }

**refrigerant** [MATER] A substance that by undergoing a change in phase (liquid to gas, gas to liquid) releases or absorbs a large latent heat in relation to its volume, and thus effects a considerable cooling effect; examples are ammonia, sulfur dioxide, ethyl or methyl chloride (these are no longer widely used), and the fluorocarbons, such as Freon, Ucon, and Genetron. { ri'frij·ə·rənt }

**refrigerant 23** *See* fluoroform. { ri'frij·ə·rənt ¦twen·tē'thrē }

**refrigerated truck** [MECH ENG] An insulated truck equipped and used as a refrigerator to transport fresh perishable or frozen products. { ri'frij·ə,rād·əd 'trək }

**refrigeration** [MECH ENG] The cooling of a space or substance below the environmental temperature. { ri,frij·ə'rā·shən }

**refrigeration condenser** [MECH ENG] A vapor condenser in a refrigeration system, where the refrigerant is liquefied and discharges its heat to the environment. { ri,frij·ə'rā·shən kən,den·sər }

**refrigeration cycle** [THERMO] A sequence of thermodynamic processes whereby heat is withdrawn from a cold body and expelled to a hot body. { ri,frij·ə'rā·shən ,sī·kəl }

**refrigeration oil** [MATER] A mineral oil with all moisture and wax removed; used for lubricating refrigerating machinery. { ri,frij·ə'rā·shən ,ȯil }

**refrigeration system** [MECH ENG] A closed-flow system in which a refrigerant is compressed, condensed, and expanded to produce cooling at a lower temperature level and rejection of heat at a higher temperature level for the purpose of extracting heat from a controlled space. { ri,frij·ə'rā·shən ,sis·təm }

**refrigerator** [MECH ENG] An insulated, cooled compartment. { ri'frij·ə,rād·ər }

**refrigerator car** [MECH ENG] An insulated freight car constructed and used as a refrigerator. { ri'frij·ə,rād·ər ,kär }

**Refsum's disease** [MED] A familial disorder characterized by visual disturbances, ataxia, neuritic changes, and cardiac damage, associated with high blood level of phytinic acid. { 'ref·səmz di,zēz }

**Refugian** [GEOL] A North American stage of geologic time in the Eocene and Oligocene, above the Fresnian and below the Zemorrian. { rə'fyü·jē·ən }

**refugium** [ECOL] An area which has escaped the great changes which occurred in the region as a whole, often providing conditions in which relic colonies can survive; for example, a driftless area which has escaped the effects of glaciation because it projected above the ice. { rə'fyü·jē·əm }

**reg** [GEOL] An extensive, nearly level, low desert plain from which fine sand has been removed by wind, leaving a sheet of coarse, smoothly angular, wind-polished gravel and small stones lying on an alluvial soil, strongly cemented by mineralized solutions to form a broad desert pavement. Also known as gravel desert. { reg }

**RE galaxy** [ASTRON] A type of ring galaxy that consists of a single, relatively empty, ringlike structure, without any prominent condensation or nucleus. { ¦rē'ē ,gal·ik·sē }

**regelation** [HYD] Phenomenon in which ice melts at the bottom of droplets of highly concentrated saline solution that are trapped in ice which has frozen over polar waters, and freezes at the top of these droplets, so that the droplets move downward through the ice, leaving it hard and clear. [THERMO] Phenomenon in which ice (or any substance which expands upon freezing) melts under intense pressure and freezes again when this pressure is removed; accounts for phenomena such as the slippery nature of ice and the motion of glaciers. { ¦rē·jə'lā·shən }