# EXHIBIT 8

# Chambers Science and Technology Dictionary

General Editor:
Professor PETER M. B. WALKER, CBE, FRSE

CHAMBERS CAMBRIDGE

CAMBRIDGE EDINBURGH
NEW YORK NEW ROCHELLE MELBOURNE SYDNEY

Published jointly by W & R Chambers Limited
43-45 Annandale Street, Edinburgh EH7 4AZ, and
The Press of the Syndicate of the University of Cambridge
The Pitt Building, Trumpington Street, Cambridge CB2 1RP
32 East 57th Street, New York, N.Y. 10022, USA
10 Stamford Road, Oakleigh, Melbourne 3166, Australia

© W & R Chambers Ltd and Cambridge University Press 1988
First published (as *Chambers's Technical Dictionary*) 1940

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the copyright holders.

**British Library Cataloguing in Publication Data**
Chambers science and technology dictionary.—New ed.
1. Science. Encyclopaedias—Bibliographies
2. Technology. Encyclopaedias
I. Walker, Peter II. Dictionary of science and technology
503'.21

ISBN 1-85296-150-3
ISBN 0-85296-151-1 Pbk

Typeset by H. Charlesworth Ltd, Huddersfield

Printed by Richard Clay Ltd, Bungay, Suffolk

# A

**a-** *(Genrl.)*. Prefix signifying *on*, Also shortened form of *ab-*, *ad-*, *an-*, *ap-*.

*a* *(Genrl.)*. Symbol for: acceleration; relative activity; linear absorption coefficient; amplitude.

*a-* *(Chem.)*. An abbrev. for: (1) asymmetrically substituted; (2) *ana-*, i.e. containing a condensed double aromatic nucleus substituted in the 1.5 positions.

$\alpha$ *(Genrl.)*. See under alpha. Symbol for: absorption coefficient; attenuation coefficient; acceleration, angular acceleration; fine structure constant; helium nucleus.

$\alpha$- *(Chem.)*. Symbol for: (1) substitution on the carbon atom of a chain next to the functional group; (2) substitution on a carbon atom next to one common to two condensed aromatic nuclei; (3) substitution on the carbon atom next to the hetero-atom in a hetero-cyclic compound; (4) a stereo-isomer of a sugar.

**A** *(Eng.)*. Same as Ae. The equilibrium temperature of a *phase transformation*.

Å *(Phys.)*. Symbol for Ångström.

*A* *(Genrl.)*. Symbol for: area; ampere; absolute temperature; relative atomic mass (atomic weight); magnetic vector potential; Helmholtz function.

**[A]** *(Phys.)*. A strong absorption band in deep red of the solar spectrum (wavelength 762.128 nm) caused by oxygen in the earth's atmosphere. The first of the Fraunhofer lines.

$[\alpha]_D^t$ *(Chem.)*. Symbol for the specific optical rotation of a substance at $t$°C, measured for the D line of the sodium spectrum.

**A & AEE** *(Aero.)*. Abbrev. for *Aeroplane & Armament Experimental Establishment*, at Boscombe Down, UK.

**A-amplifier** *(Acous.)*. One associated with, or immediately following, a high-quality microphone, as in broadcasting studios. N.B. Not the same as class-A amplifier.

**A and R display** *(Radar)*. See r-display.

**ab** *(Build.)*. Abbrev. for *As Before* in bills of quantities, etc.

**ab-** *(Elec.Eng.)*. Prefix to name of unit, indicating derivation in the CGS system.

**ABA** *(Bot.)*. Abbrev. for *ABscisic Acid*.

**abactinal** *(Zool.)*. See abambulacral.

**abacus** *(Arch.)*. The uppermost part of a column capital or pilaster, on which the architrave rests.

**abacus** *(Maths.)*. A bead frame. Used as an arithmetical calculating aid.

**abambulacral** *(Zool.)*. Pertaining to that part of the surface of an Echinoderm lacking tube feet.

**abamurus** *(Arch.)*. A supporting wall or buttress, built to add strength to another wall.

**abandonment** *(Min.Ext.)*. Voluntary surrender of legal rights or title to a mining claim.

**abapical** *(Zool.)*. Pertaining to, or situated at, the lower pole: remote from the apex.

**abatjour** *(Arch.)*. An opening to admit light, and generally to deflect it downwards; a skylight.

**abaxial** *(Bot.)*. The surface of a leaf, petal etc., that during early development faced away from the axis. Usually it is therefore the under-surface of an expanded leaf.

**abaxial** *(Image Tech.,Phys.)*. Said of rays of light which do not coincide with the optical axis of a lens system.

**abaxial** *(Zool.)*. Remote from the axis.

**Abbe refractometer** *(Chem.)*. An instrument for measuring directly the refractive index of liquids.

**abdominal air sac** *(Zool.)*. Posterior part of the lung in Birds.

**abdominal cavity** *(Med.)*. See peritoneal cavity.

**abdominal gills** *(Zool.)*. In the aquatic larvae of many Insects, paired segmental leaflike or filamentous expansions of the abdominal cuticle for respiration.

**abdominal limbs** *(Zool.)*. Segmented abdominal appendages in most Crustacea which are used for swimming, setting up currents of water for feeding and/or respiration or carrying eggs and young. In Diplopoda, segmented ambulatory appendages on the abdomen.

**abdominal pores** *(Zool.)*. Apertures leading from the coelom to the exterior in certain Fish and in Cyclostomata.

**abdominal reflex** *(Zool.)*. Contraction of the abdominal wall muscles when the skin over the side of the abdomen is stimulated.

**abdominal regions** *(Med.)*. Nine regions into which the human abdomen is divided by two horizontal and two vertical imaginary planes, i.e. right and left hypochondriac, right and left lumbar, right and left iliac, epigastric, umbilical and hypogastric.

**abducens** *(Med.)*. In Vertebrates, the 6th cranial nerve, purely motor in function, supplying the rectus externus muscle of the eye.

**abduction** *(Med.)*. The action of pulling a limb or part away from the median axis.

**abductor** *(Zool.)*. Any muscle that draws a limb or part away from the median axis by contraction; e.g. the abductor pollicis, which moves the thumb outward.

**Abegg's rule** *(Chem.)*. Empirical rule that solubility of salts of alkali metals with strong acids decreases from lithium to caesium, i.e. with increase of rel. at. mass, and those with weak acids follow the opposite order. Sodium chloride is an exception to this rule, being less soluble than potassium chloride.

**Abegg's rule of eight** *(Chem.)*. The sum of the maximum positive and negative valencies of an element is eight, e.g. S in $SF_6$ and $H_2S$.

**Abel flash-point apparatus** *(Min.Ext.)*. A petroleum-testing apparatus for determining the flash-point.

**Abelian group** *(Maths.)*. A group in which the group operation is commutative. It is important in the study of rings and vector spaces.

**abelite** *(Chem.)*. Explosive, composed mainly of ammonium nitrate and trinitrotoluene.

**aberrant** *(Bot.,Zool.)*. Having characteristics not strictly in accordance with the type.

**aberration** *(Astron.)*. An apparent change of position of a heavenly body, due to the velocity of light having a finite ratio to the relative velocity of the source and the observer.

**aberration** *(Phys.)*. In an image-forming system e.g., an optical or electronic lens, failure to produce a true image i.e. a point object as a point image etc. Five geometrical aberrations are recognized by von Seidel, viz., spherical aberration, coma, astigmatism, curvature of the field and distortion. See also chromatic aberration.

**abiogenesis** *(Bot.,Zool.)*. *Spontaneous generation*. The development of living organisms from non-living matter; either the spontaneous generation of yeasts, bacteria etc. believed in before Pasteur, or the gradual process postulated for the early Precambrian in modern theories of the origin of life.

**abiotic** *(Bot.)*. Pertaining to non-living things.

**ablation** *(Med.)*. Removal of body-tissue by surgery.

**Abney law** *(Phys.)*. If a spectral colour is de-saturated by the addition of white light, and if its wavelength is less than 570 nm, its hue then moves towards the red end of the spectrum, while if the wavelength is more than 570 nm its hue moves towards the blue.

**Abney level** *(Surv.)*. Hand-held instrument in which angles of steep sights are measured while simultaneously viewing a spirit-level bubble.

**Abney mounting** *(Phys.)*. A form of mounting for a concave diffraction grating, in which the eye-piece (or