# EXHIBIT 9

# Photonics Dictionary

DOCTER® OPTICS



## diverging lens

See **PREVIOUS** | **NEXT** term in listing

**Definition:**

Also known as divergent lens, negative lens, concave lens or dispersive lens. A lens that causes parallel light rays to spread out. The lens surfaces may be plano-concave, double concave or concavo-convex. The edge of a diverging lens is always thicker than the center.



Return to term listing for **d**

or

**Click a letter to view a listing of terms**

A B C D E F G H I J K L M N

O P Q R S T U V W X Y Z

**Your Term of the Moment is...**

**orthoscopic**

***definition:*** Corrected for distortion.




