# EXHIBIT 11



*rinting. The only change is*
*ar in the frontispiece.*

PRINCIPLES OF PHYSICS SERIES

# OPTICS

*by*

FRANCIS WESTON SEARS

*Department of Physics*
*Massachusetts Institute of Technology*

ADDISON-WESLEY PUBLISHING COMPANY, INC.
READING, MASSACHUSETTS, U.S.A.

*Copyright © 1949*

**ADDISON-WESLEY PUBLISHING COMPANY, Inc.**

*Printed in the United States of America*

ALL RIGHTS RESERVED. THIS BOOK, OR PARTS THEREOF, MAY NOT BE REPRODUCED IN ANY FORM WITHOUT WRITTEN PERMISSION OF THE PUBLISHERS.

Third Edition
Fifth printing — April 1958

PRI

This book is the third volume of course in general physics. Several edition as a result of suggestions is particularly grateful to his col and Siebert Q. Duntley.

The order of presentation in the so that, without sacrificing general of thick lenses may be omitted if de have been largely rewritten. Polariz tion, and Fraunhofer diffraction is The limit of resolution of an optic unified treatment.

Many of the diagrams are new. formation by lenses and optical inst and will awaken memories of *Light f* first studied Optics from Edser's adn of Mr. Joseph S. Banks in making edged.

The letter symbols have been revis by the Committee on Letter Symbol Association of Physics Teachers, a ASA–Z10, published in 1947.

Cambridge, Mass.
September 1948

# CHAPTER 4

## LENSES

**4-1 Lenses.** A lens is an optical system bounded by two or more refracting surfaces having a common axis. If the lens has two surfaces only, it is called a *simple* lens; if there are more than two surfaces, a *compound* lens. All high quality lenses are compound lenses, that is, they consist of a number of simple lenses having a common axis. The surfaces of the lenses may be in contact, or there may be air spaces between them.

Except when it is incident normally on one of the surfaces, a ray passing through a simple lens undergoes deviation at both surfaces. The axial thickness of many simple lenses is sufficiently small so that the entire deviation of a ray can be considered to take place in a single plane through the center of the lens. When this approximation can be made, the lens is called a *thin* lens. Any lens, simple or compound, that is not a thin lens, is called for brevity a *thick* lens.

**4-2 The simple lens in air.** The general problem of refraction by a lens is solved by applying the methods of Sec. 3-1 to each surface in turn, the object for each surface after the first being the image formed by the preceding surface.

Fig. 4-1 shows a pencil of rays[1] diverging from point $Q$ of an object $PQ$ and incident on a simple lens $L$. Let $n$ represent the index of refraction of the material of which the lens is constructed, and $R_1$ and $R_2$ the radii of curvature of its first and second surfaces. The lens is in air. The first surface of the lens forms a virtual image of $Q$ at $Q'$. This virtual image serves as a real object for the second surface, which forms a real image of $Q'$ at $Q''$. The distance of the object from the first vertex is $s_1$. The corresponding image distance, $s_1'$, is found from Eq. (3-5).

$$\frac{1}{s_1} + \frac{n}{s_1'} = \frac{n-1}{R_1}. \tag{4-1}$$

The distance of the object $P'Q'$ from the second vertex is

$$s_2 = t - s_1', \tag{4-2}$$

[1] The formulas in this chapter are based on first-order theory and apply to paraxial rays. For clarity, all diagrams have been exaggerated laterally and aberrations have been ignored.








FIG. 4-1. Formation of an image by a sin
surface serves as the

where $t$ is the axial thickness of the le
$t + s_1'$, since the image distance $s_1'$ is

When Eq. (3-5) is applied to the

$$\frac{n}{s_2} + \frac{1}{s_2'} =$$

Eqs. (4-1), (4-2), and (4-3) may r
distance of the final image $P''Q''$ fro
the final image is obtained by multip
the product of the lateral magnificati

Obviously this method of determi
can be extended to any number of su

**4-3 Focal points and focal planes**
be defined as that object point on the
at infinity. In other words, rays di
parallel to the axis of the lens after
The first focal point is lettered $F$.

A plane through the first focal poi
the *first focal plane*. Fig. 4-2 (b) sho
point $P$ in the first focal plane. T
after refraction, but not parallel to t
to an infinitely distant image of the

The *second focal point* of a lens m
an infinitely distant point object on
incident on the lens, parallel to the le
point after refraction as in Fig. 4-2 (c
$F'$.