# EXHIBIT 12

# OXFORD AMERICAN DICTIONARY

EUGENE EHRLICH
STUART BERG FLEXNER GORTON CARRUTH
JOYCE M. HAWKINS

New York Oxford
OXFORD UNIVERSITY PRESS
1980

Copyright © 1980 by Oxford University Press, Inc.
Based on *The Oxford Paperback Dictionary*
© 1979 Oxford University Press

Library of Congress Cataloging in Publication Data
Oxford American dictionary.
1. English language—Dictionaries.
2. English language in the United States.
PE2835.09 423 80-16510 ISBN 0-19-502795-7

Printed in the United States of America

This n
for the
words
of slan
States
each st
world,
cities a
We t
nary D
particu
Edition
We are
York, r
for help
We w
dictiona
wish to
Felice I
Pamela
David I
Ackerm
Patricia

*Pleasant*
*June 19*

whose business is to refine crude oil or metal or sugar etc.
**re·fin·er·y** (ri-fi-nĕ-ree) *n.* (*pl.* **-er·ies**) a plant where crude substances are refined.
**re·fit** (ree-fit) *v.* (**re·fit·ted, re·fit·ting**) to renew or repair the fittings of. **refit** *n.* refitting.
**refl.** *abbr.* 1. reflex. 2. reflexive.
**re·flect** (ri-flekt) *v.* 1. to throw back (light or heat or sound). 2. to be thrown back in this way. 3. (of a mirror etc.) to show an image of. 4. to correspond to (a thing) because of its influence, *improved methods of agriculture were soon reflected in larger crops.* 5. to bring (credit or discredit). 6. to bring discredit, *this failure reflects upon the whole industry.* 7. to think deeply, to consider, to remind oneself of past events. **re·flec′tive·ly** *adv.* □**reflecting telescope,** a telescope provided with a curved mirror for gathering light.
**re·flec·tion** (ri-flek-shŏn) *n.* 1. reflecting, being reflected. 2. reflected light or heat etc., a reflected image. 3. discredit, a thing that brings this. 4. deep thought; an idea or statement produced by this.
**re·flec·tive** (ri-flek-tiv) *adj.* 1. reflecting. 2. thoughtful, *in a reflective mood.* **re·flec′tive·ly** *adv.*
**re·flec·tor** (ri-flek-tŏr) *n.* 1. a thing that reflects light or heat or images. 2. a reflecting telescope.
**re·flex** (ree-fleks) *n.* 1. a reflex action. 2. a reflex camera. **reflex** *adj.* 1. of or caused by a reflex. 2. bent back. **reflex** (ree-fleks) *v.* to flex again. □**reflex action,** an involuntary or instinctive movement in response to a stimulus. **reflex angle,** an angle of more than 180°. **reflex camera,** one in which the image given by the lens is reflected to the viewfinder.
**re·flex·ive** (ri-flek-siv) *adj.* (of a word or form) referring back to the subject of the verb, in which the action of the verb is performed on its subject, as in *he washed himself.* **reflexive** *n.* a reflexive word or form. **re·flex′ive·ly** *adv.* **re·flex′ive·ness** *n.* □**reflexive pronoun,** *see* **pronoun.**
**re·flux** (ri-fluks) *v.* to boil so that a vapor is liquefied and returned to the boiler. **reflux** (ree-fluks) *n.* 1. this method of boiling. 2. a backward flow.
**re·for·est** (ree-for-ist) *v.* to plant new trees in (an area formerly forested). **re·for·est·a·tion** (ree-for-i-stay-shŏn) *n.*
**re·form** (ri-form) *v.* to make or become better by removal or abandonment of imperfections or faults. **reform** *n.* reforming, being reformed. **re·formed′** *adj.* **re·form′a·ble** *adj.* **re·form′a·tive** *adj.* **re·form′er** *n.* □**Reformed Church,** one that accepted the principles of the Reformation, especially the Calvinist Church. **reformed spelling,** any of several suggested systems for simplifying the spelling of English words, especially by leaving out unpronounced letters.
**re-form** (ree-form) *v.* to form again. **re-for·ma·tion** (ree-for-may-shŏn) *n.*
**ref·or·ma·tion** (ref-ŏr-may-shŏn) *n.* reforming, being reformed, a great change for the better in public affairs. □**the Reformation,** the 16th-century religious movement for reform of certain doctrines and practices of the Roman Catholic Church, resulting in the establishment of Reformed or Protestant Churches.
**re·form·a·to·ry** (ri-fór-mă-tohr-ee) *n.* (*pl.* **-ries**) an institution where young offenders against the law are sent to be reformed.
**re·fract** (ri-frakt) *v.* to subject to refraction. **re·frac′tive** *adj.* **re·frac′tive·ness** *n.* **re·frac·tiv·i·ty** (ree-frak-tiv-i-tee) *n.*
**re·frac·tion** (ri-frak-shŏn) *n.* the bending of a ray of light or heat or sound at the boundary between two mediums of dissimilar nature.
**re·frac·tor** (ri-frak-tŏr) *n.* a telescope using a lens to produce an image.
**re·frac·to·ry** (ri-frak-tŏ-ree) *adj.* 1. resisting control or discipline, stubborn, *a refractory child.* 2. (of a disease etc.) not yielding to treatment. 3. (of a substance) resistant to heat, hard to fuse or work. **re·frac′to·ri·ly** *adv.* **re·frac′to·ri·ness** *n.*
**re·frain**[1] (ri-frayn) *n.* 1. the lines of a song that are repeated at the end of each verse. 2. the main part of a song, after the verse. 3. the music for either of these.
**refrain**[2] *v.* to keep oneself from doing something, *please refrain from talking.* **re·frain′ment** *n.*
**re·fresh** (ri-fresh) *v.* 1. to restore the strength and vigor of (a person etc.) by food or drink or rest. 2. to make cool again. □**refresh a person's memory,** to stimulate his memory by reminding him.
**re·fresh·er** (ri-fresh-ĕr) *n.* (*informal*) a drink. □**refresher course,** a course of instruction enabling a qualified person to keep abreast of recent developments in his subject.
**re·fresh·ing** (ri-fresh-ing) *adj.* 1. restoring strength and vigor. 2. welcome and interesting because of its novelty. **re·fresh′ing·ly** *adv.*
**re·fresh·ment** (ri-fresh-mĕnt) *n.* 1. refreshing, being refreshed. 2. something that refreshes, especially food and drink. 3. *refreshments,* food and drink that does not constitute a meal.
**refrig.** *abbr.* 1. refrigerating. 2. refrigeration.
**re·frig·er·ant** (ri-frij-ĕ-rănt) *n.* a substance used for cooling things or for keeping things cold.
**re·frig·er·ate** (ri-frij-ĕ-rayt) *v.* (**re·frig·er·at·ed, re·frig·er·at·ing**) to make extremely cold, especially in order to preserve and store food. **re·frig·er·a·tion** (ri-frij-ĕ-ray-shŏn) *n.*
**re·frig·er·a·tor** (ri-frij-ĕ-ray-tŏr) *n.* a cabinet or room in which food is stored at a very low temperature.
**re·fu·el** (ree-fyoo-ĕl) *v.* (**re·fu·eled, re·fu·el·ing**) to replenish the fuel supply of.
**ref·uge** (ref-yooj) *n.* shelter from pursuit or danger or trouble, a place giving this; *took refuge in silence,* became silent in order to avoid difficulty.
**ref·u·gee** (ref-yŭ-jee, ref-yŭ-jee) *n.* a person who has left his home and seeks refuge elsewhere, as from war or persecution or some natural disaster.
**re·ful·gence** (ri-ful-jĕns) *n.* a shining and gloriously bright state. **re·ful′gent** *adj.*
**re·fund** (ri-fund) *v.* to pay back (money received,

**re·fin′ish** *v.*
**re·float′** *v.*
**re·flow′er** *v.*
**re·fo′cus** *v.* (**-cused, -cus·ing**)
**re·fold′** *v.*
**re·forge′** *v.* (**-forged, -forg·ing**)
**re·for′mu·late** *v.* (**-lat·ed, -lat·ing**)
**re·for·mu·la′tion** *n.*
**re·for′ti·fy** *v.* (**-fied, -fy·ing**)
**re·frac′ture** *v.* (**-tured, -tur·ing**)
**re·frame′** *v.* (**-framed, -fram·ing**)
**re·freeze′** *v.* (**-froze, -fro·zen, -freez·ing**)