# EXHIBIT 13

Case 1:06-cv-00601-EJD Document 35-15 Filed 02/13/2008 Page 2 of 6

Volume 32, number 1 OPTICS COMMUNICATIONS January 1980

# CRITERIA FOR BRAGG REGIME DIFFRACTION BY PHASE GRATINGS

M.G. MOHARAM, T.K. GAYLORD and R. MAGNUSSON
*School of Electrical Engineering, Georgia Institute of Technology, Atlanta, GA 30332, USA*

Received 18 September 1979

Four alternative criteria for the occurrence of Bragg regime diffraction by phase gratings are presented and evaluated.

## 1. Introduction

Phase gratings are of considerable importance as diffracting elements in the coupling, deflection, filtering, guidance, and modulation of light in applications such as acousto-optics, holography, integrated optics, and spectroscopy. The concept of Bragg regime diffraction is well established in grating diffraction theory. However, the terminology "Bragg regime" is usually not explicitly defined. It is usually taken as being synonymous with "thick" grating diffraction or the presence of only a single diffracted wave (beam) and a single transmitted wave (beam). Thick gratings may be defined in terms of the parameter $Q'$ or $Q$ where

$$Q' = Q/\cos\theta = 2\pi\lambda d/n_0\Lambda^2 \cos\theta, \qquad (1)$$

and where $\lambda$ is the free-space wavelength, $d$ is the grating thickness, $n_0$ is the average refractive index, $\Lambda$ is the grating spacing, and $\theta$ is the angle of incidence inside the grating (in the present work $\theta$ is assumed to be at or near the Bragg angle). Thick gratings have sometimes been defined as gratings with $Q > 10$ [e.g., 1,2] or $Q > 4\pi$ [3]. But generally more recently it has been realized that the modulation level must also be specified [e.g., 4–9]. The modulation is commonly given in terms of the modulation parameter

$$\gamma = \pi n_1 d/\lambda \cos\theta, \qquad (2)$$

where $n_1$ is the amplitude of the sinusoidal refractive index grating. If the modulation parameter is sufficiently small, thick grating or Bragg regime diffraction behavior can be observed at very small values of $Q'$. Thus both $Q'$ and $\gamma$ are, in general, needed to specify the type of diffraction behavior that will occur.

An approximate description of the Bragg regime is obtained [10] using the parameter $\rho$ first introduced by Nath [11] where

$$\rho = Q'/2\gamma = \lambda^2/\Lambda^2 n_0 n_1 . \qquad (3)$$

In this description, the total of all of the diffraction efficiencies of the higher-order diffracted waves is less than or approximately equal to $1/\rho^2$ [10,12]. Notably, the parameter $\rho$ is independent of thickness.

It is apparent from this discussion that the Bragg regime does not have a clear unique definition. It is the purpose of this paper to present and evaluate four alternative, but explicitly defined, criteria for the occurrence of the Bragg regime. The appropriate criterion to be used in any particular case is shown to depend on the application of the grating device.

## 2. Bragg regime criteria

Two-wave thick grating diffraction theory [1] predicts a diffracted wave of amplitude $S_1 = -\mathrm{j} \sin\gamma$ and a transmitted wave of amplitude $S_0 = \cos\gamma$ for a wave incident at the Bragg angle. These well-known expressions, in fact, represent two possible criteria for defining the Bragg regime. That is, when the first of these expressions is valid to within a specified error limit, Bragg regime diffraction may be said to exist according to the *Diffracted Beam Criterion*. This is important in applications such as deflection where control of the diffracted power is important. If the second expression is valid to within a specified error limit for

describing the transmitted wave, then Bragg regime diffraction may be said to exist according to the *Transmitted Beam Criterion*. This would be important in applications such as modulation, where control of the transmitted beam is important.

The Bragg regime may alternatively be defined as the diffraction situation where, to within some error limit, only two waves (the transmitted and diffracted waves) are present. This may be referred to as the *Two-Wave Criterion* for Bragg regime diffraction. This would be important in applications such as scanning where having no more than one diffracted beam is important. This criterion would equivalently be defined by the sum of all higher-order waves being less than some specified value.

In the most restrictive case, Bragg regime diffraction may be defined as occurring when all three of the above criteria are met. That is, the diffracted beam intensity must be given by $\sin^2\gamma$, the transmitted beam intensity must be given by $\cos^2\gamma$, and the higher-order waves must be zero, all to within some error limit. This could be referred to as the *Composite Criterion*. It occurs when all of the three previous criteria are simultaneously satisfied. It is useful when overall accuracy is needed.

### 3. Evaluation of criteria

The four criteria listed above can be simply expressed in exact mathematical terms. The fundamental and higher-order diffraction efficiencies oscillate with increasing modulation and may be near zero for various values of modulation. As a result, the absolute error in the diffraction efficiency is probably more meaningful than percentage error (which may approach infinity).




Fig. 1. Diffracted beam criterion for Bragg regime plotted as X's for 1% absolute error. Approximating analytical expression $\gamma = Q'/2\rho$ plotted for $\rho = 10$ as continuous curve for comparison.

Therefore, the Bragg regime of diffraction may be defined according to the above criteria as:

1. Diffracted Beam Criterion

$$|S_1 S_1^* - \sin^2\gamma| \leqslant \epsilon \qquad (4)$$

2. Transmitted Beam Criterion

$$|S_0 S_0^* - \cos^2\gamma| \leqslant \epsilon \qquad (5)$$

3. Two-Wave Criterion

$$\sum_{\substack{i \\ i\neq 0,1}} |S_i S_i^*| \leqslant \epsilon \qquad (6)$$

4. Composite Criterion

$$|S_1 S_1^* - \sin^2\gamma|, |S_0 S_0^* - \cos^2\gamma|, \sum_{\substack{i \\ i\neq 0,1}} |S_i S_i^*| \leqslant \epsilon \qquad (7)$$

where $\epsilon$ is an arbitrary absolute error. Each of these is a legitimate definition of the Bragg regime, and each is useful in a different set of applications.

To evaluate exactly when each is valid requires extensive calculations and comparisons to an essentially exact theory. From the general multiwave coupled-wave theory [13] the transmitted ($S_0$), fundamental ($S_1$), and all higher-order ($S_i$) wave amplitudes (and thus intensities) may be calculated. Using these results, the various criteria may be evaluated exactly.

As an illustrative example, the error ($\epsilon$) was set equal to 0.01. Then the points in $\gamma$ and $Q'$ were calculated that produced an error of 0.01. These points are plotted as X's in figs. 1 through 4 for the four criteria. The ranges of the modulation parameter $\gamma$ and thickness parameter $Q'$ were chosen to cover virtually all practical physical cases.




Fig. 2. Transmitted beam criterion for Bragg regime plotted as X's for 1% absolute error. Approximating analytical expression $\gamma = Q'/2\rho$ plotted for $\rho = 10$ as continuous curve for comparison.




Fig. 3. Two-wave criterion for Bragg regime plotted as X's for 1% absolute error. Approximating analytical expression $\gamma = Q'/2\rho$ plotted for $\rho = 10$ as continuous curve for comparison.

All grating diffraction situations represented by points to the right of the boundary satisfy that particular Bragg regime criterion. For comparison $\gamma = Q'/2\rho$ is plotted in each figure for $\rho = 10$. This also gives an error of 1% ($1/\rho^2 = 0.01$) by that approximate criterion. Figs. 1 through 4 illustrate the very good utility of the $\gamma = Q'/2\rho$ boundary. Only in a limited number of cases, is the actual error greater than the 1% predicted by this simple approximate theory. In the case of the two-wave criterion, it is observed that the boundary given by $\gamma = Q'/2\rho$ is an accurate regime boundary at which the total of all the higher-order diffraction efficiencies are equal to or less than $1/\rho^2$. In the composite criterion case only the limiting 1% boundary points are shown. To the right of this boundary one is assured that the error does not exceed 1% in the diffracted beam, in the transmitted beam, or in the two-wave criterion.

In addition to $\epsilon = 0.01$, complete regime boundary calculations have been performed by us for other values of $\epsilon$. The same trends shown here in figs. 1 through 4 were predictably repeated for these other values.

## 4. Conclusions

The concept of Bragg regime diffraction by gratings is well known. However, the diffraction regime boundary is seldom explicitly defined or calculated. Four alternative, mathematically defined, Bragg regime boundaries are defined, calculated, and compared to the approximate expression $\gamma = Q'/2\rho$. Each criterion is appropriate to a different set of applications. The calculated regime boundaries determine when the well-known two-wave coupled-wave theory [1] may be accurately used according to each Bragg regime criterion.




Fig. 4. Composite criterion for Bragg regime plotted as X's for 1% absolute error. Approximating analytical expression $\gamma = Q'/2\rho$ plotted for $\rho = 10$ as continuous curve for comparison.


## Acknowledgement

This work was sponsored by the National Science Foundation and by the Army Research Office.


## References


[1] H. Kogelnik, Bell Syst. Techn. J. 48 (1969) 2909.
[2] A. Schmackpfeffer, W. Jarisch and W.W. Kulcke, IBM J. Res. Dev. 14 (1970) 533.
[3] G.W. Willard, J. Acous. Soc. Am. 21 (1949) 101.
[4] L. Bergstein and D. Kermisch, Proc. Symp. Mod. Opt. 17 (1967) 655.
[5] R.S. Chu and T. Tamir, IEEE Trans. Microwave Theory Techn. MIT-18 (1970) 486.
[6] H.M. Smith, J. Opt. Soc. Am. 62 (1972) 1531.
[7] S.F. Su and T.K. Gaylord, J. Opt. Soc. Am. 65 (1975) 59.
[8] R. Alferness, J. Opt. Soc. Am. 66 (1976) 353.
[9] R. Magnusson and T.K. Gaylord, J. Opt. Soc. Am. 68 (1978) 809.
[10] M.G. Moharam and L. Young, Appl. Opt. 17 (1978) 1757.
[11] N.S.N. Nath, Proc. Ind. Acad. Sci. 8 (1938) 499.
[12] P. Phariseau, Proc. Ind. Acad. Sci. 44A (1956) 165.
[13] R. Magnusson and T.K. Gaylord, J. Opt. Soc. Am. 67 (1977) 1165.