# EXHIBIT 14

# Goodman Laboratory Technical Report

## Volume Holographic Gratings

J.Christopher Clemens and Scott Seagroves

## 1. Introduction

Recently, Barden et al. (1998)[1] explored the potential for using volume holographic optical elements (VHOEs) in preference to the surface relief gratings typically found in astronomical spectrographs. Volume holographic gratings disperse light via Bragg diffraction within a volume of material whose optical density or refractive index is modulated. Barden et al. evaluated a volume holographic grating made by Kaiser Optical Systems, Inc. (KOSI) that exhibited higher peak efficiency at 700 nm than a comparable ruled, blazed grating in use at NOAO. More importantly, by changing the grating tilt to satisfy the Bragg condition for different wavelengths, Barden et al. found they could tune the efficiency maximum to values between 400 to 800 nm, and perhaps beyond, while maintaining a peak efficiency near 80%.

Based on the promise exhibited by the KOSI grating, we have proposed a concept for a high throughput spectrograph for the SOAR telescope that incorporates only volume holographic gratings. Validating our concept has required a more thorough investigation of the merits and drawbacks of volume holographic gratings than Barden et al. provided. This report contains the results of a broad inquiry into the feasibility of using volume holographic gratings in a spectrograph for the SOAR telescope. Among other things, we have measured grating efficiencies at wavelengths shorter than 400 nm, and verified that the properties Barden et al. measured for a 600 l/mm element can be obtained from gratings of different frequency. Our main goal has been to determine whether the advantages offered by these gratings justify the development effort and expense required to build a spectrograph incorporating them.

## 2. Theory

The theoretical properties of volume holographic gratings have been explored in a large number of papers. We recommend the review by Gaylord & Moharam (1985)[2] for a summary. In this report we focus on the minimum theory necessary to understand basic grating properties. These rudiments provide a valuable guide for specifying grating properties to vendors, and for estimating limits to grating performance. We will use them in section 3 to motivate our empirical investigations of sample gratings.

We will restrict our discussion to the case where fringe planes are parallel to the surface normal of the grating (Figure 1). This restriction is not a practical necessity, but offers several advantages. The incident and emergent beams will have

[1] Barden, S., Arns, J. & Colburn, W., 1998, Proceedings SPIE 3355, 866
[2] Gaylord, T. & Moharam, M., 1985, Proceedings IEEE, 73, 894

approximately the same angle with the surface normal, which means the same anti-reflection coating, presumably tuned to a mean of the working angles, can be used on both external surfaces of the grating. Second, the largest number of transmitted diffraction orders emerge from the glass in this condition. Barden et al. showed that higher diffraction orders can have useful efficiency when the angle of the grating is increased until it satisfies the appropriate Bragg condition. Finally, the construction of these gratings is simpler and more reliable, because slanted fringes tend to curve in the processing required to create refractive index modulations in the exposed emulsion (Rallison, 1999)[3].




**Figure 1: Geometry of a grating with fringes parallel to the surface normal. The glass substrate has been omitted from this idealization.**

Under the restricted geometry pictured in Figure 1, the Bragg condition is

$$m\lambda = \Lambda 2n\sin(\alpha), \qquad (1)$$

where $m$ is the integer order, $\lambda$ is the wavelength, $\Lambda$ is the grating period, $n$ is the refractive index of air, and $\alpha$ is the incident angle. Equation 1 is a condition for efficient diffraction at specified wavelength, but it is not sufficient for understanding grating efficiency. Precisely modeling grating efficiency requires solving a set of coupled second order linear differential wave equations. These equations describe wave propagation for all relevant reflected and transmitted diffraction orders (see Gaylord and Moharam). Figure 2 shows an example efficiency calculation by Jim Arns of KOSI using proprietary coupled wave analysis software.

[3] Richard Rallison, Ralcom Inc., 1999, private communication.




**Figure 2: Rigorous coupled wave analysis of a 600 l/mm grating by KOSI**

We have commissioned KOSI to produce the grating modeled in Figure 2, but they have not been able to meet the production schedule we requested. Consequently, a comparison between the detailed calculations and the actual grating will have to wait for a future report. The gratings we have measured for this report were acquired from another vendor, Ralcon Development Labs, and were apparently constructed without relying on rigorous coupled wave analysis. Until we have comparable measurements of the KOSI grating, we will not know how vital it is to conduct the rigorous analysis; if the manufacturing process does not allow precise control over grating parameters, it may be better to proceed by trial and error with approximate theory as a guide.

The approximate theory of Kolgelnik (1969)[4] is extremely useful for developing intuition about how gratings with different parameters behave. Kogelnik derived closed solutions to the wave equations retaining only the 0th and 1st transmitted orders. His formulae yield sinusoidally modulated efficiencies with maxima up to 100% in a single order. The Kolgelnik approximation is generally valid when

$$\rho \equiv \frac{\lambda^2}{\Lambda^2 n_2 \Delta n_2} \geq 10, \qquad (2)$$

[4] Kogelnik, H., 1969, The Bell System Technical Journal, 48, 2909

where $\Delta n_2$ is the amplitude of the modulations in the refractive index of the diffracting medium ($n_2$). This condition is a distillation of many different criteria for limiting the power dissipated into unwanted orders (see Gaylord and Moharam).

Our goal is to specify gratings that are highly efficient, meaning that they diffract most incident light into a single order when operating near the Bragg condition for that order. This is the same condition that makes the Kolgelnik approximation valid, so we may think of equation 2 as a prescription for making highly efficient gratings. Gratings built to satisfy equation 2 operate in what Gaylord and Moharam refer to as the "Bragg regime", where almost all of the incident power is transmitted into a single order. For our purposes, the grating period, $\Lambda$, and the wavelength, $\lambda$, will be dictated by the design parameters of the spectrograph, and $n_2$ by the dichromated gelatin emulsion, leaving $\Delta n_2$ as the only adjustable parameter.

Equation 2 provides a necessary but not sufficient condition for high efficiency gratings. Using Kolgelnik's approximations, the efficiency at Bragg angle for a selected wavelength is given by

$$\eta = \sin^2\left[\frac{\pi \Delta n_2 d}{\lambda \cos(\alpha_{2B})}\right]. \qquad (3)$$

The subscript 2 indicates that $\alpha$ now refers to the Bragg angle within the grating medium. The B is a reminder that this formula is only valid at the Bragg condition, i.e. the values used for $\lambda$ and $\alpha$ in this equation must satisfy the Bragg condition within the medium. As a consequence, this equation is not appropriate for calculating the efficiency envelopes like those depicted in Figure 2. Rather, it shows how efficiency drops as the grating angle is "tuned" to different Bragg angles.

The Bragg efficiency given by formula 3 reaches 100% when the argument of the sin function is a multiple of $\pi/2$. Physically, $d$ is the grating thickness and $d/\cos(\alpha)$ is the projected thickness for transmitted light, so we can think of $\Delta n_2 d/\cos(\alpha)$ as a projected "effective thickness" of the grating. The efficiency reaches a maximum when this "effective thickness" is equal to a half integer number of wavelengths. Here again, the wavelength and Bragg angle will be determined by scientific requirements, leaving $\Delta n_2$ and the grating thickness $d$ as free parameters for optimizing the efficiency at a chosen wavelength.

In addition to completing the prescription for making highly efficient gratings at a single wavelength, equation 3 also provides a way to estimate how "tunable" a grating will be. Barden et al. found that the peak efficiency of the 600 l/mm KOSI grating they tested could be moved from 400 to 800 nm by changing the angle from 8 to 14 degrees, without much drop in peak efficiency. Formula 3 suggests that a 600 l/mm grating built to operate in the Bragg regime would not be as versatile. A grating optimized for 700 nm operation using equation 3 would have very low efficiency when tuned to the Bragg condition near ½ that wavelength ($\cos(\alpha_{2B})$ is changing so

slowly that at 350 nm $\eta$ is approximately $\sin^2(\pi)=0$). Based on the high efficiency at 400 nm, Barden's grating showed better tunability but lower peak efficiency at design wavelength (700 nm) than expected from a Bragg regime grating, suggesting that there is a design trade between these 2 quantities. We will return to this trade in the next section.

As a final complication, equations 2 and 3 are appropriate for light polarized perpendicular to the plane of incidence, but must be reduced by a term that depends on incident angle for the opposite polarization state. At Bragg angles near 45 degrees this will reduce efficiency and polarize the ouput light. We can avoid these problems by restricting the Bragg angle to less than ~30 degrees within the diffracting medium.

## 3. Practice

In practice, the complex modeling problem reduces to specifying the two parameters $d$ and $\Delta n_2$ for a set of gratings with different $\Lambda$s covering the range of resolutions we want (or can realistically achieve) in our spectrograph. In dichromated gelatin (DCG), there are limits to the values $\Delta n_2$ and $d$ can assume. KOSI typically uses thicknesses between 4 and 20 μm, with $\Delta n_2$ up to 0.10. Ralcon Development Labs provides a useful discussion of these parameters on their web page[5], giving 25 μm and 0.25 as practical upper limits for DCG.

Applying these constraints, and using 1.35 as the average refractive index of DCG, we find that for short wavelengths (e.g. 350 nm), it is not possible to satisfy equations 2 and 3 simultaneously for grating frequencies lower than 600 l/mm. In this limit, equation 2 requires $\Delta n_2$ to be so small that no practical value for $d$ in equation 3 can compensate. This is not as terrible a situation as it may seem at first: equation 2 is the condition required for the Kolgelnik formulae to apply within 1%. Useable gratings can be made with lower values of $\rho$, but the theoretical efficiency will be <99%. Also, because of the $\lambda_2$ dependence of $\rho$, low frequency gratings (< 600 l/mm) will generally exhibit lower efficiency in the UV than at optical wavelengths. Design changes can partially compensate for this, but will sacrifice efficiency in the optical. The result may be that we require 2 different gratings to cover our entire design wavelength range (320-850 nm) at high efficiency.

Predictions for gratings not designed for Bragg regime operation cannot be made without rigorous coupled wave analysis. Our only experience here comes from KOSI through Figure 2 and others like it. The theoretical peak efficiencies are lower than for Bragg regime diffraction, but the details of the distribution depend upon how power is dissipated into higher order modes. The relatively high efficiencies at 350 nm (roughly ½ the design wavelength of 710 nm) reinforce our suspicion that increased tunability is possible for gratings operating outside the Bragg regime. In figure 2, the modulation of peak efficiency seen as the envelope moves from 350 nm

[5] http://www.xmission.com/~ralcon/phasemat.html

to 700 nm probably reflects an underlying phase matching condition like that of equation 3.

Because we have obtained and tested gratings from another vendor, we do not think it is necessary to wait for the KOSI grating to resolve the more important question of whether volume holographic gratings are appropriate for the SOAR high throughput spectrograph. Our main concern not resolved by Barden et al. is efficiency in the UV. They did not evaluate their grating below 400 nm, but we intend to operate down to 320 nm. A secondary concern is whether the tunability of the efficiency envelope continues gracefully into the UV. Finally, before committing a large investment to design and build the complex mechanisms required to exploit volume holographic gratings, we would like to convince ourselves that other samples exhibit the excellent performance Barden et al. found for their grating.

The gratings we have tested were generously provided (at no charge) by Dr. Richard Rallison of Ralcon Development Lab. They were not constructed to our specifications nor were they optimized for our purposes. The grating parameters were apparently chosen to optimize efficiency at various wavelengths on the basis of equation 3; we are not aware that they were the subjects of any rigorous coupled wave analysis. The 4 samples range in size from approximately 1 cm round to 150 mm square, with frequencies from 310 to 1990 l/mm. All but the 1990 l/mm grating were capped with a cover plate using UV curing cement, which is a poor transmitter of UV radiation. The 1990 l/mm grating has an anti-reflection coating, but we do not know its nature.

The gratings were fabricated on PPG starphire substrate or low iron glass. Starphire is an architectural window glass used in applications where the green hue of ordinary window glass is undesirable. Its transmission is not as good as optical glasses like BK7, and is particularly poor in the UV. It is available economically in the large sizes required for some of Ralcon's gratings, which reach dimensions up to 400 mm x 400 mm. In the near future Ralcon will attempt meter-sized gratings.

## Measurements

We began our tests with UV efficiency measurements of the 1990 l/mm grating, because it is the only sample optimized for operation in the UV (355nm). This grating has fringe planes tilted at an angle so that light at normal incidence meets the Bragg condition for a wavelength of approximately 360 nm. The DCG emulsion is 5 um thick and the refractive index modulation has an amplitude of about 0.1.

The light source we used for evaluation consisted of a feedback-stabilized 100 W quartz-tungsten-halogen lamp coupled to an integrating sphere. We fed light from the integrating sphere into an Oriel monochromater with matched entrance and exit slits chosen to yield a 2 nm bandpass. Light from the output slit was collimated using a 3" diameter fused silica singlet, and then passed through a 3" variable iris, which we adjusted to reduce the beam size so that it fit within the active area of the grating. We

mounted the grating on a rotation stage behind the iris, and could remove it from the beam without disturbing any of the optics. Finally, we re-imaged the slit onto our detector using another singlet with ½ the focal length of the collimator. Our detector was a Pixelvision spectroscopic camera with a UV-AR coated, thinned, back-illuminated SITe CCD. It was thermoelectrically cooled to reduce the dark count below 1 electron /s for the short integrations we required.

To measure the absolute efficiency of the grating, we took separate images of the slit with the grating in and out of the beam for a range of wavelengths at each grating angle. For each slit image we also acquired a background image by occulting the light at the exit slit. We subtracted these from the slit images to remove the bias and stray light. We did not apply a flat field correction, because tests showed that the slit image varied by less than 1% with position on the CCD. The ratio of the counts in the diffracted image of the slit to those in the direct image is the measured diffraction efficiency of the grating.

Comparisons of direct images at the beginning, middle and end of the 6 hour session required to acquire our full curves showed that the lamp intensity drifted by less than 1% during the measurements. Our exposure times were chosen so that Poisson noise from the signal and background was smaller than the errors introduced by changes in the background, lamp intensity changes, CCD read noise and spatial variations in the CCD intensity. The combined errors from all identified sources yield 1 $\sigma$ error bars typically less than 1% . To reduce the possibility of systematic errors, we repeated a subset of the measurements on 4 separate days, after disassembling and reassembling portions of the test equipment. Our results were consistent within the error bars.




**Figure 3: Absolute efficiency for the 1990 grating at 1 degree incidence. The red line shows the transmission of the glass.**

Figure 3 shows efficiency measurements in the UV for the Ralcon 1990 l/mm grating, and answers the question of whether volume holographic gratings can operate efficiently in the UV. The measured efficiency is almost 75 % at 370. This is especially remarkable considering that the glass is not particularly transparent. To understand how absorption affects the efficiency, and how it might improve if a similar grating were constructed on fused silica, we measured transmission losses by narrowing our collimated beam and passing it through a section near the edge of the grating that did not include the hologram. These measurements are plotted as a red line in the figure.

To test for tunability in the UV we measured efficiencies at different incident angles. Figure 4 shows the results. As Barden et al. found, the efficiency envelope moves with incident angle. The efficiencies in this plot have been corrected for the transmission and reflection losses to estimate the true diffraction efficiencies. With careful choices for material and coating, we should be able to achieve curves within 5%-10% of those shown. If so, we will have the most efficient UV grating ever used for astronomical research. We have added a bar to this plot to indicate the size of the wavelength region our concept spectrograph would cover in one exposure using this grating and a 4096 pixel wide CCD with 15 μm/pixel.




**Figure 4: Diffraction efficiencies at various angles, corrected for transmission losses. The black bar shows the size of the spectral region our concept spectrograph would cover.**

Finally, Figure 5 shows curves for the same grating at optical wavelengths. Light longer than about 500 nm does not emerge from this grating because of the tilted fringe planes. The dip near 420 nm is real, and is probably analogous to the dip near 500 nm in the theoretical plot of Figure 2. It arises when the argument of the sin function in equation 3 is near a multiple of $\pi$ rather than $\pi/2$. Dips like this must occur in every grating, but their spacing in wavelength will be smaller for high frequency gratings, because the $\cos(\alpha_{2B})$ term changes more quickly at the larger Bragg angles required when $\Lambda$ is small. ( The Bragg angles for Figure 5 range from 14-20 degrees, but are different from the incident angles because of the tilted fringe planes).

One strategy for handling these dips is to design and build gratings as matched pairs with a ½ (for example) effective thickness ratio. From equation 3, the second member of the pair would have high efficiency in the dips of the first. If the pair were exposed and processed together, any parameter drift in the processing might occur equally in both, keeping them matched.




**Figure 5: Absolute efficiencies for the 1990 l/mm grating at various angles. These have not been corrected for reflection and absorption losses.**

Because of the UV absorbing glue and other problems, we were not confident of the reliablilty of UV measurements for the low-density gratings. However, we wanted to compare their properties to Barden's grating in the optical, so we evaluated a 474 l/mm grating at 3 angles. Figure 6 shows the results. The peak efficiency is 75%, but recall that the substrate is uncoated window glass. Good coatings alone would put

this grating over 80% efficiency at optical wavelengths, superior to the figures Barden et al. measured for their 600 l/mm grating.

Our ultraviolet measurements look less promising, but are highly uncertain. We were unable to reduce the uncertainty by measuring a transmission curve because there was no clear area of adequate size on the grating. The low peak in the 4 degree curve suggests that we have exceeded the limits of this grating's tunability, but since this grating was designed for good optical performance we are not too disturbed by the numbers. They do reinforce our suspicion that more than one grating may be required to maintain high efficiency in the UV.




**Figure 6: Absolute efficiencies for the 474 l/mm grating, again uncorrected.**

## 5. Conclusions

We have conducted a study of volume holographic gratings to determine whether we should use them in a high throughput spectrograph for the SOAR telescope. Our main conclusions are:

- As predicted by theory, volume holographic gratings can show high diffraction efficiency into the ultraviolet. After correction for absorption losses, these exceed 90% for the 1990 l/mm grating we tested (> 70% before correction).
- Both gratings we tested for tunability showed excellent performance, comparable to that Barden et al. measured. There are limits to the tunability and we can

calculate (pessimistic) values using the simple theoretical efficiency condition of equation 3.

- We were not able to evaluate the UV efficiency of the low frequency gratings, but suspect it is lower than we measured for the 1990 l/mm grating. The optical efficiency of our 474 l/mm grating matched the KOSI grating Barden et al. evaluated, even though it is not anti-reflection coated, and is made of window glass.

- The output of a KOSI theoretical model and the approximate theory of Kolgelnik both predict that it will be possible to make lower frequency gratings (at least down to 600 l/mm) with high UV efficiency, but we have not yet demonstrated that this is true.

- We have identified a vendor, Ralcon Development Lab, who can fabricate gratings up to 400 mm x 400 mm in size.

In the near future, we expect to receive the 600 l/mm grating made by KOSI to our specifications. Tests of this grating will tell us how accurately we can specify parameters in advance. We will use that information to formulate a strategy for acquiring science gratings. We will also use it to measure the UV performance of a low frequency grating built on fused silica with a multi-layer anti-reflection coating. These measurements will be the subject of a future report.