# EXHIBIT 16

# Aspheric lens

From Wikipedia, the free encyclopedia

An **aspheric lens** or **asphere** is a lens whose surfaces have a profile that is neither a portion of a sphere nor of a circular cylinder. In photography, a lens assembly that includes an aspheric element is often called an **aspherical lens**.

The asphere's more complex surface profile can eliminate spherical aberration and reduce other optical aberrations compared to a simple lens. A single aspheric lens can often replace a much more complex multi-lens system. The resulting device is smaller and lighter, and possibly cheaper than the multi-lens design.

Aspheric lenses are also sometimes used for eyeglasses. These provide clearer vision and a wider unaberrated field of view than conventional eyeglass lenses, and also distort the viewer's eyes less as seen by other people, producing better aesthetic appearance. The complex front surface curves from the center of the lens to the edge. With a prescription for the farsighted, the lens curve flattens toward the edge of the glass, and in the nearsighted, the surface becomes steeper to the lens edge, which offers vision superior to a conventional lens.

## Contents


- 1 Manufacture
- 2 History
- 3 Aesthetic curvature combinations in an aspheric lens prescription
- 4 References


## Manufacture

Small glass or plastic aspheric lenses can be made by molding, which allows cheap mass production. Due to their low cost and good performance, molded aspheres are commonly used in inexpensive consumer cameras, camera phones, and CD players. They are also commonly used for laser diode collimation, and for coupling light into and out of optical fibers.

Larger aspheres can be made by diamond turning, a process in which a computer-controlled lathe directly cuts the desired profile into a piece of glass or another optical material. This is a slow process. A faster and newer technology is *deterministic microgrinding*, where computer-controlled grinding wheels are used to shape the aspheric profile which is then polished to the final shape. Lenses produced by these techniques are used in telescopes, projection TVs, missile guidance systems, and scientific research instruments.

Another method for producing aspheric lenses is by depositing optical resin onto a spherical lens to form a composite lens of aspherical shape. Plasma ablation has also been proposed, such as by RAPT Industries.

As defined by the adjective, an aspheric lens does not have a spherical curvature. Carrier curvatures are blended from a spherical, into an aspherical curvature by grinding the curvatures off-axis. Dual rotating axis grinding can be used for high index glass that isn't easily spin molded like the CR-39 resin lens is.

## History



In 984, Ibn Sahl first discovered the law of refraction, usually called Snell's law,[1][2] which he used to work out the shapes of anaclastic lenses that focus light with no geometric aberrations.

Early attempts at making aspheric lenses to correct spherical aberration were made by René Descartes in the 1620s, and by Constantijn Huygens in the 1630s. The Visby lenses produced by Vikings on the island of Gotland in the 10th or 11th century are also aspheric, but there is no

evidence that the science behind the technique was known, they were 'simply' produced by craftsmen working from experience of what worked.

Francis Smethwick ground the first high-quality aspheric lenses and presented them to the Royal Society on February 27, 1667/8.[3] A telescope containing four aspheric elements was judged superior to a "common, yet very good" telescope used for comparison, and aspheric reading and burning glasses also outdid their spherical equivalents.

Moritz von Rohr is usually credited with the design of the first aspheric lenses for eyeglasses. He invented the eyeglass lens designs that became the Zeiss Punktal® lenses.

## Aesthetic curvature combinations in an aspheric lens prescription

High minus lenses, especially finished in a plastic resin lens, have dangerously curved edges that do not bevel off sufficiently to protect the eye from injury. Serious injury to the eye is often seen from blunt trauma, when the edge of a thick lens has been mounted in a poorly fit frame. Bi-concave lens design is different from the usual plus four base curvature ordered in thin lens prescriptions, but by splitting the curvature in thirds or so, a thinner lens is developed, although costing more, and more difficult to mount into a frame.



## References


1. ^ K. B. Wolf, "Geometry and dynamics in refracting systems", *European Journal of Physics* **16**, p. 14-20, 1995.
2. ^ R. Rashed, "A pioneer in anaclastics: Ibn Sahl on burning mirrors and lenses", *Isis* **81**, p. 464–491, 1990.
3. ^ (1668) "An Account of the Invention of Grinding Optick and Burning-Glasses, of a Figure Not-Spherical, Produced before the Royal Society (http://www.journals.royalsoc.ac.uk/link.asp?id=k4572442582r1255)" (PDF). *Philisophical Transactions of the Royal Society* 3: 631. Retrieved on 2006-11-03.


Retrieved from "http://en.wikipedia.org/wiki/Aspheric_lens"

Categories: Lenses


- This page was last modified 15:33, 13 January 2008.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.