# EXHIBIT 17

# Photonics Dictionary






## aspheric lens

See **PREVIOUS** | **NEXT** term in listing

**Definition:**

A lens element in which at least one face is shaped to a surface of revolution about the lens axis, including conic sections but excluding a sphere.

Return to term listing for **a**

or

**Click a letter to view a listing of terms**

A B C D E F G H I J K L M N

O P Q R S T U V W X Y Z

**Your Term of the Moment is...**

**depletion region**

***definition:*** The region at the PN junction in a semiconductor radiation detector where the potential energies of the two materials create an energy barrier, which results in an electrical field that depletes the semiconductor of mobile charge carriers. In a detector, the depletion region is the active area.




