# EXHIBIT 18

KREISCHER Optics
optical design, engineering
& manufacturing

Clearly Your Choice for
PRECISION OPTICS

Custom Lens

## Aspheric Primer

### Definition:

Aspheric optical surfaces are those who's shapes are not constrained to be spherical (or flat). In optical systems, the most commonly used aspl surfaces are rotationally symmetric and defined by this equation (or a variation).

$$Z = \frac{cr^2}{1+\sqrt{1-(1+k)c^2r^2}} + Ar^4 + Br^6 + Cr^8 + Dr^{10} + Er^{12} + Fr^{14}$$




Z =sag height r =radial distance from vertex C=curvature at the vertex (1/radius of curvature) K=conic constant A,B,C...=polynomial terms.

**Why Aspheres?** The ability to shape a surface within an optical design to something other than a sphere adds many extra degrees of fre Often one aspheric component can replace 3 or more spherical components. A simple example is shown here in which a plano-convex BK-7 s is used to form a collimated beam of 644nm light at an aperture ratio of F/1.

BK-7, F/1 SPHERICAL SINGLET



Note that the scale of the drawing is not exaggerated. Clearly the aberrations are massive (over 670 waves!) By allowing the surf be an asphere the design performance can be made essentially perfect (under .001 waves!) as shown here.

BK-7, F/1 ASPHERIC SINGLET



To achieve nearly perfect design performance with only spherical surfaces and BK-7 glass, a 5 element system is needed. (____ waves)

BK-7, F/1 ALL SPHERICAL



Or by using a high index, higher cost glass of 3 element design will suffice.

SF-6, F/1 ALL SPHERICAL



The use of aspheric lenses in the past has been limited by costly manufacturing techniques. With our new technology from Satisl the cost of producing an aspheric lens is reduced to compete with a spherical system.

SPHERICAL AND ASPHERICAL SURFACES TOGETHER



© 2007 Kreischer Optics, Ltd. Revised April 2004.