# EXHIBIT 19

# APPLIED OPTICS

# and

# OPTICAL ENGINEERING

EDITED BY

RUDOLF KINGSLAKE

*Eastman Kodak Company*
*Rochester, New York*

VOLUME III

Optical Components

ACADEMIC PRESS, New York and London 1965

A combination of basic theory with some ray tracing is actually the quickest way to a solution. A preliminary study aimed at securing a likely set of Seidel aberration residuals will bring us quickly to a point which is close to the desired solution. After inserting thicknesses and tracing a few rays, it becomes evident what changes should be made in the chosen set of Seidel residuals, and a second thin-lens solution with the modified residuals will be very much closer to the desired form. This can be repeated as many times as necessary to achieve an even closer form.

As has been already indicated, the thin-lens solution falls into three stages: (a) arbitrary choice of one variable, for later use as a distortion modifier; (b) solution of four degrees of freedom to correct the two chromatic aberrations, Petzval sum and focal length; (c) bending of the three elements to correct spherical aberration, coma, and astigmatism.

There are various ways of dividing stages (a) and (b), the easiest to understand being that given by Schwarzschild.[17] For a set of air-spaced thin lenses having powers $\phi_a$, $\phi_b$, and $\phi_c$, assuming a distant object, we have, in Conrady's notation (Fig. 18), the following:

| | | |
|---|---|---|
| Focal power | $1/F = 1/y_1 \sum y\phi$ | |
| Longitudinal chromatic aberration | $L'_{ch} = -\frac{1}{u_0'^2}\sum\frac{y^2\phi}{V}$ | |
| Petzval sum | $\mathrm{Ptz} = \sum \phi/n$ | (8) |
| Lateral color | $T'_{ch} = -\frac{1}{u'_0}\sum\frac{y y_{pr}\phi}{V}$ | |

Here, at each thin lens, $y$ represents the incidence height of a paraxial ray running from object to image, and $y_{pr}$ represents the incidence height of a paraxial principal ray.




FIG. 18. Passage of marginal and principal rays through a Cooke Triplet objective.

[17] K. Schwarzschild, "Untersuchungen zur geometrischen Optik," Vol. III, pp. 40–50. Weidmann, Berlin, 1905.

1.

If we assume a set of valu
each of the three lens elements,
are linear in the three lens pow

$y_a\phi_a +$

$(y_a^2/V_a)\phi_a + (y_b^2/V$

$(1/n_a)\phi_a + (1/n$

and they can be solved uniquel
of deciding upon a set of suitabl
to give the desired value of the le
the distortion.

To compute the lateral col
that we must first determine th
principal ray at each thin eleme
the stop is in contact with the

$$y_{pr_a} = \frac{u_{pr_a}(y_a - y_b)}{\phi_a y_b}$$

where $S_1$ and $S_2$ are the two air

We may without loss of ge
$y_b$ and $y_c$ to give the desired ra
distortion correction, and the c
plished by first selecting a pair of
the three parts of Eq. (9) are tl
and the values of $S_2/S_1$ and $T_{ch}$
by a small amount and the who
its desired value. Now $y_c$ is alte
color considerably, but this cha
in $S_2/S_1$. At this point $y_b$ is aga
and so on. The progress of the
necting $T_{ch}$ as ordinate with $S_2/$
sented by a dot and each change
further trials will enable the corr

Unfortunately, it often work
cially if the types of glass and th
poorly chosen. Indeed, the predes
is so full of pitfalls and imaginar
that Taylor ever succeeded in rea

Having determined the powe
bendings of the three elements
spherical aberration, coma, and