# EXHIBIT 20

# Principles of Optics

## *Electromagnetic Theory of Propagation, Interference and Diffraction of Light*

*by*

MAX BORN
M.A., Dr.Phil., F.R.S.
Nobel Laureate
*Professor Emeritus at the Universities of Göttingen and Edinburgh*

*and*

EMIL WOLF
Ph.D., D.Sc.
*Visiting Associate Professor, Institute of Optics, University of Rochester, N.Y.*

*with contributions by*

A. B. BHATIA, P. C. CLEMMOW, D. GABOR, A. R. STOKES,
A. M. TAYLOR, P. A. WAYMAN and W. L. WILCOCK

PERGAMON PRESS
LONDON · NEW YORK · PARIS · LOS ANGELES
1959

we find that

$$n_i\left(\frac{h_{i+1}}{s_{i+1}}\right)^2\delta s_{i+1} - n_{i-1}\left(\frac{h_i}{s_i}\right)^2\delta s_i = -h_i^2K_i\left(\frac{\delta n_i}{n_i}-\frac{\delta n_{i-1}}{n_{i-1}}\right). \tag{6}$$

Let $\alpha$ denote the number of surfaces in the system. Then by adding all the equations of the form (6) it follows that

$$n_\alpha\left(\frac{h_{\alpha+1}}{s_{\alpha+1}}\right)^2\delta s_{\alpha+1} = n_\alpha\left(\frac{h_\alpha}{s_\alpha'}\right)^2\delta s_\alpha' = n_0\left(\frac{h_1}{s_1}\right)^2\delta s_1 - \sum_{i=1}^{\alpha} h_i^2K_i\left(\frac{\delta n_i}{n_i}-\frac{\delta n_{i-1}}{n_{i-1}}\right).$$

Since the position of the object is independent of the wavelength, $\delta s_1 = 0$, and we obtain the following expression for the *chromatic change $\delta s_\alpha'$ in the position of the image:*

$$\delta s_\alpha' = -\frac{1}{n_\alpha}\left(\frac{s_\alpha'}{h_\alpha}\right)^2\sum_{i=1}^{\alpha} h_i^2K_i\left(\frac{\delta n_i}{n_i}-\frac{\delta n_{i-1}}{n_{i-1}}\right). \tag{7}$$

Next consider the chromatic change in the magnification $M$ of the system. We have

$$M = \frac{l_1}{l_0}\frac{l_2}{l_1}\frac{l_3}{l_2}\cdots\frac{l_\alpha}{l_{\alpha-1}}. \tag{8}$$

Now by § 5.5 (8),

$$\frac{l_i}{l_{i-1}} = \frac{n_{i-1}}{n_i}\frac{s_i'}{s_i},$$

so that

$$M = \frac{n_0}{n_\alpha}\left(\frac{s_1'}{s_1}\frac{s_2'}{s_2}\frac{s_3'}{s_3}\cdots\frac{s_\alpha'}{s_\alpha}\right). \tag{9}$$

By logarithmic differentiation,

$$\begin{aligned}\frac{\delta M}{M} &= \frac{\delta n_0}{n_0} - \frac{\delta n_\alpha}{n_\alpha} + \sum_{i=1}^{\alpha}\left(\frac{\delta s_i'}{s_i'} - \frac{\delta s_i}{s_i}\right)\\ &= \left(\frac{\delta n_0}{n_0} - \frac{\delta n_\alpha}{n_\alpha}\right) + \frac{\delta s_\alpha'}{s_\alpha'} - \frac{\delta s_1}{s_1} - \sum_{i=2}^{\alpha}\delta s_i\left(\frac{1}{s_i} - \frac{1}{s_{i-1}'}\right).\end{aligned} \tag{10}$$

The sum entering this expression may be rewritten as follows

$$\sum_{i=2}^{\alpha}\delta s_i\left(\frac{1}{s_i} - \frac{1}{s_{i-1}'}\right) = \sum_{i=2}^{\alpha}\frac{d_{i-1}\delta s_i}{s_is_{i-1}'} = \sum_{i=2}^{\alpha}\frac{d_{i-1}}{s_i^2}\frac{h_i}{h_{i-1}}\delta s_i.$$

But by § 5.5 (18),

$$\frac{d_{i-1}}{h_{i-1}} = (k_i - k_{i-1})h_in_{i-1},$$

so that

$$\sum_{i=2}^{\alpha}\delta s_i\left(\frac{1}{s_i} - \frac{1}{s_{i-1}'}\right) = \sum_{i=2}^{\alpha}h_i^2n_{i-1}\left(\frac{k_i - k_{i-1}}{s_i^2}\right)\delta s_i,$$

or, re-arranging according to the $k_i$'s,

$$\begin{aligned}\sum_{i=2}^{\alpha}\delta s_i\left(\frac{1}{s_i} - \frac{1}{s_{i-1}'}\right) = &-n_0\left(\frac{h_1}{s_1}\right)^2k_1\delta s_1 + n_\alpha\left(\frac{h_{\alpha+1}}{s_{\alpha+1}}\right)^2k_\alpha\delta s_{\alpha+1}\\ &-\sum_{i=1}^{\alpha}k_i\left[n_i\left(\frac{h_{i+1}}{s_{i+1}}\right)^2\delta s_{i+1} - n_{i-1}\left(\frac{h_i}{s_i}\right)^2\delta s_i\right].\end{aligned}$$

5.7]
Rewriting
with the
On substi
But, by §
so that we
*magnificati*
If the refr
the case, t
achromati
vanishes, a
the positio
and
For a *thi*
ing express
and
where $h, k,$
sponding ex
magnificatio
(11) respecti
17