# EXHIBIT 23

T. R. WHITNEY

# THE THEORY

OF

# MODERN OPTICAL INSTRUMENTS

A REFERENCE BOOK FOR PHYSICISTS
MANUFACTURERS OF OPTICAL INSTRUMENTS
AND FOR OFFICERS IN THE ARMY AND NAVY

BY

DR. ALEXANDER GLEICHEN

TRANSLATED FROM THE GERMAN BY

H. H. EMSLEY, B.Sc., AND W. SWAINE, B.Sc.

SECOND EDITION

LONDON
Printed and Published for the Department of Scientific and Industrial Research by
HIS MAJESTY'S STATIONERY OFFICE
1921

ray corresponding to this
.rface of separation, and is
s traversing the glass and
face are reflected back into
**reflected** rays.
ss ; $EE_1$ is the surface of
)w
:e-
$A_2$,
:al
ay
ay
.ly




FIG. 3.

**h a Prism.**

n is defined as a refracting
.ng plane surfaces. In
ded by *two* planes. The
intersect is called the **Edge**
le is called the **Refracting**
lar to the edge a **Principal**
.ing in the principal section
: same plane, because the
nt of incidence lies in the
nts a principal section of a
unded by air, the refractive
: equal to unity.*
. the edge cuts the principal




FIG. 4.

by $\sigma$, and the angle at $D$,
. with the original incident
Fig. 4,

... ... ... (2)
$' - \sigma$ ... ... (3)

f air is 1·00029.



Further, it follows from the Law of Refraction :

$$\sin i = n \sin i'' \qquad \dots \qquad \dots \qquad (4)$$
$$n \sin i_1 = \sin i_1' \qquad \dots \qquad \dots \qquad (4a)$$

If a ray traverse the prism symmetrically, so that $i = i_1'$ and $i'' = i_1$, then it can be shown that the deviation $\omega$ will be a minimum.*

If the angles of incidence and refraction be very small, their circular measures may be substituted for their sines, and the last two equations become :

$$i = n\, i''$$
$$n\, i_1 = i_1'$$

and introducing these into equations (2) and (3) we obtain†

$$\omega = (n-1)\, \sigma \qquad \dots \qquad \dots \qquad (5)$$

Ex. 1.

In a prism of refracting angle $\sigma = 3°$, and refractive index $n = 1·62$, what is the total deviation it produces?

From equation (5)

$$\omega = 0·62 \times 3° = 1°·86 = 1°\ 52'.$$

If a ray be caused to pass through several prisms, the total deviation produced is equal to the sum of the deviations produced by the separate prisms. If the prisms be placed with their refracting angles opposed, the deviations are to be reckoned with opposite signs.

### 6. Plates with Parallel Faces.

If the refracting angle $\sigma$ be equal to zero, we have a parallel-sided plate. Then equation (2) becomes $i'' = -i_1$ ; (4) and (4a) give $i = -i_1'$ ; hence $\omega = 0$ from (3).

A parallel-sided plate does not change the direction of a ray passing through it, but, if the incidence be oblique, merely gives it a lateral displacement.

### 7. Dispersion of Light.

The refractive index of a medium varies with the colour of the light.

White light, as we learn from physical optics, is a combination of light of different colours, which have different refractive indices in any given medium. By refraction, a beam of white light is decomposed into a number of

* *See* Gleichen "Lehrbuch der geometrischen Optik." Leipzig, 1902, p. 33.

† In a prism of small refracting angle, for small angles of incidence the deviation is independent of the angle of incidence. This is of importance in the Rangefinder.—Trans.

The magnification $\beta$ of the combination follows from these equations

$$\beta = \frac{y_2'}{y_1} = \frac{f_2}{f_1'} \cdot \frac{x_1'}{x_2} \quad \ldots \quad \ldots \quad (27a)$$




FIG. 16.

If $e = o$, *the two adjacent focal planes of the component systems coincide and*

$$x_1' + x_2 = 0 \quad \text{or} \quad \frac{x_1'}{x_2} = -1.$$

Hence

$$\beta = -\frac{f_2}{f_1'} \quad \ldots \quad \ldots \quad (27b)$$

In this case the system is said to be **telescopic.** The negative sign of $\beta$ simply signifies that in the arrangement of Fig. 16 the object at $P$ and the image at $P''$ are both on the same side of the axis. We can express the rule as follows :

**In telescopic systems the magnification is constant and equal to the ratio of the adjacent focal distances of the two component systems.**

## 25. Lenses.

A medium bounded by two (centred) spherical surfaces is called a **lens.** The rules for the formation of images by lenses depend on the results of § 24 if we consider the two separate refracting surfaces as being parts of a combination. According to the positions of these bounding surfaces there are six different forms of lenses which fall into two main groups—**convex** lenses and **concave** lenses—according as rays parallel to the axis are made to converge or diverge after refraction.* Convex lenses are considered positive, concave as negative lenses.

* We here assume, as is generally the case, that the thickness of the lens is small compared with the radii of curvature of the bounding surfaces ; otherwise the above classification is incomplete.



Convex lenses may l
convex (Fig. 18), or
of the last kind are usu
positive meniscus lenses
lenses are easily reco;
they are thicker at t
than at the edge.

Concave lenses may
bi-concave (Fig. 20), |
negative meniscus form
centre than at the edge.

If a lens be placed in
first focal distance is
the second ; and for
referred to the principa
we have, from equatio
§ 17,

## 26. Infinitely Thin I

For many practical p
be neglected, *i.e.*, we
coincide ; also the two
coincide at the vertex.
(23), (26) and (27) m
last two equations it fol
**points of a thin lens coin**

When $d = 0$, equation

If the lens be situated
the medium of the l
becomes, if $r_1$ is the firs

$f_1 = \frac{}{n}$

and taking into consid
becomes

$\frac{1}{f} = (n -$

where the distances $a$ a
vertex.

29129

nbination follows from these

$\frac{f_2}{f_1'} \cdot \frac{x_1'}{x_2}$ ... ... (27a)




. 16.

*focal planes of the component*

or $\frac{x_1'}{x_2} = -1$.

$-\frac{f_2}{f_1'}$ ... ... (27b)

is said to be **telescopic.** The
gnifies that in the arrangement
id the image at $P''$ are both on
We can express the rule as

**agnification is constant and equal**
**:al distances of the two component**

vo (centred) spherical surfaces is
for the formation of images by
ts of § 24 if we consider the two
as being parts of a combination.
of these bounding surfaces there
lenses which fall into two main
**concave** lenses—according as rays
ide to converge or diverge after
; are considered positive, concave

he case, that the thickness of the lens is small
ure of the bounding surfaces; otherwise the



Convex lenses may be either bi-convex (Fig. 17), plano-convex (Fig. 18), or concavo-convex (Fig. 19). Lenses of the last kind are usually called positive meniscus lenses. Convex lenses are easily recognized as they are thicker at the centre than at the edge.



FIG. 17. FIG. 18. FIG. 19.

Concave lenses may be either bi-concave (Fig. 20), plano-concave (Fig. 21), or of the negative meniscus form (Fig. 22), and are thinner at the centre than at the edge.

If a lens be placed in air, the first focal distance is equal to the second; and for distances referred to the principal points we have, from equation (15), § 17,



FIG. 20. FIG. 21. FIG. 22.

$$\frac{1}{a} + \frac{1}{a'} = \frac{1}{f} \quad \ldots \quad \ldots \quad \ldots \quad (28)$$

## 26. Infinitely Thin Lenses.

For many practical purposes the thickness of lenses may be neglected, *i.e.*, we may assume the two surfaces to coincide; also the two principal points of a spherical surface coincide at the vertex. Hence the value of $d$ in equations (23), (26) and (27) may be put equal to zero. From the last two equations it follows that $h = h' = 0$, *i.e.*, **the principal points of a thin lens coincide at the common vertex.**

When $d = 0$, equation (23) § 24 becomes

$$f = \frac{f_1 f_2}{f_1' + f_2} \quad \ldots \quad (29)$$

If the lens be situated in air, whilst the refractive index of the medium of the lens be $n$, then equation (5) § 10 becomes, if $r_1$ is the first radius and $r_2$ the second,

$$f_1 = \frac{r_1}{n-1} \qquad f_2 = \frac{nr_2}{1-n}$$

and taking into consideration that $f_1' = nf_1$, equation (29) becomes

$$\frac{1}{f} = (n-1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right) = \frac{1}{a} + \frac{1}{a'} \quad \ldots \quad (30)$$

where the distances $a$ and $a'$ are measured from the common vertex.

# CHAPTER III.

## Power and Convergence.

### 29 Power. The Dioptre.

If we use a lens as a simple magnifying glass, it is observed that the glass is "stronger" the shorter the focal length; its strength is inversely proportional to the focal length. A lens having a very long focal length acts more like a simple parallel-sided glass disc, and if its focal length be infinitely great it becomes identical with one. An infinitely great focal length therefore corresponds to a strength or *power* of zero. Hence the reciprocal value of the focal length is called the **power** and is designated by the letter $D$, *i.e.*,

$$\frac{1}{f}=D \quad \ldots \quad \ldots \quad \ldots \quad (1)$$

Expressing the focal length $f$ in metres and putting $f=1$m., the power of such a lens is

$$D=1$$

This unit of power is called a **Dioptre** (Dp.) and a lens having a dioptric strength of unity, has a focal length of 1 metre. Thin lenses, *e.g.*, spectacle lenses having focal lengths of 2, 3 and 4 metres, have dioptric strengths of $\frac{1}{2}$, $\frac{1}{3}$, and $\frac{1}{4}$ dioptres.

Ex. 18.

What is the power of a lens of 15 cm. focal length?

Here $f=0\cdot15$ m; therefore $D=\frac{1}{0\cdot15}=6\frac{2}{3}$ dioptres (contracted to $6\frac{2}{3}$ *Dp.*).

Ex. 19.

What is the power of a lens of 225 mm. focal length?

We have $f=0\cdot225$ m; therefore $D=\frac{1}{0\cdot225}=4\frac{4}{9}$ *Dp.*

Ex. 20.

What is the power of a lens whose focal length is 10 inches?

$$1 \text{ inch} = 2\cdot54 \text{ cm.} = 0\cdot0254 \text{ m.}$$

$$\therefore f = 0\cdot254 \text{ m. and } D=\frac{1}{0\cdot254}=3\tfrac{15}{16}\ Dp.$$

Ex. 21.

If the radii of the curved surfaces of a positive meniscus be 15 cm. and 20 cm., what is its power, if the refractive index of the glass be 1·5?



The formula $\frac{1}{f}=(n-1$
$r_2=0\cdot2$ m whilst $n=\frac{3}{2}$.

$D=\frac{1}{2}$

Ex. 22.

A bi-concave lens has ra
of the glass be 1·5, what is

The focal length must be
dioptres.

$\frac{1}{f}=\frac{1}{2}(-$

$f=-\frac{126}{16}$

$\therefore D=-$

A very important ap
in dioptres is seen in tl

As we have seen ab
series of very thin lens
whose focal lengths ar
length of $f$ given by th

$\frac{1}{f}=$

Since

$\frac{1}{f_1}=$

then

$D=$

The rule is expressed t

**The power of a series**
**to the sum of the powers**

A lens of power $4L$
the same result as a
$+5Dp.$ be combined w
negative lens whose po

### 30. Spectacle Nom

In earlier days, spe
bi-concave were classi
curved surfaces express
term spectacle number
strength of a lens is al

In Ex. 15 it was found that for a thin bi-convex lens of refractive index 1·5,

$$f = r.$$

In this case the radius of the curved surface gives also the focal length. A spectacle lens whose number was formerly $p$, would have $0{\cdot}025\,p$ metres focal length, and consequently its power is

$$D = \frac{1}{0{\cdot}025\,p}$$

hence $$p.D = 40 \quad \ldots \quad \ldots \quad (3)$$

The product of the old and new spectacle numbers is therefore equal to 40. If $n = 1{\cdot}528$, which is the value for ordinary plate glass, $f = \dfrac{r}{1{\cdot}056}$.

## 31. Convergence

If, in Fig. 25, $P$ be a luminous point on the optical axis, then the light from $P$ incident on the lens will have a certain divergence. Consider the rays $PA$ and $PB$ emanating from $P$ and striking the upper and lower edges of the lens $L$. It is easily seen that the divergence of these rays is greater as $P$ approaches the lens, and smaller as it recedes from the lens. For an infinitely distant point the divergence is zero. The divergence of a bundle of rays is inversely proportional to the distance of the point $P$ from the vertex $S$ of the lens. We may also have convergent light striking a lens, as for instance when the light has previously traversed a convex lens placed in a suitable position in the path of the rays. The divergence or convergence of a bundle of rays is changed in a characteristic manner by refraction through a lens. When the luminous point lies at a considerable distance from the convex lens $L$, the divergence in the object space is changed by refraction to convergence in the image space, the beam converging on $P'$. As the luminous point approaches the lens, the convergence in the image space diminishes and reaches a zero value when $P$ coincides with the first focal point. If now the luminous point approach still closer to the lens, the lens is not able to change the great divergence in the object space to convergence. In this case only a diminution of divergence results.




FIG. 25.



Convergence and div
portions of a scale o
high and low temperat
thermometric scale ; th
and are separated by a
Gullstrand has deriv
the above relationship.

$\frac{1}{a} = A$

where $A$ and $A'$ are
spaces respectively of
we are dealing with the
rather than the general
The formula

for a lens in air may nc

We have therefore th

**The sum of the verger**
**to the power of the lens.**
Employing this new
simple relation for the

By introducing the ver

***i.e.*, the magnification is**
**in the object and image**

The relations become
object space are reckone
has been employed previo
for the path of rays throu
sidered convergent, then t
in the object space and co
Thus instead of equation

$A' -$

It will be seen from t
is obtained from $A$, the
power $D$ of the lens as a c

for a thin bi-convex lens of

r.

the curved surface gives also
le lens whose number was
5 p metres focal length, and

$$\frac{1}{\cdot 025\, p}$$

$= 40$ ... ... (3)

nd new spectacle numbers is
1·528, which is the value for

;

ous point on the optical axis,
on the lens will have a certain
s $PA$ and $PB$ emanating from
lower edges of the lens $L$. It
ice of these rays is greater as $P$
ler as it recedes from the lens.
the divergence is zero. The
s is inversely proportional to
m the vertex $S$ of the lens. We
light striking a lens, as for
previously traversed a convex
ition in the path of the rays.




FIG. 25.

e space, the beam converging
oint approaches the lens, the
pace diminishes and reaches a
with the first focal point. If
roach still closer to the lens,
e the great divergence in the
In this case only a diminution



Convergence and divergence may be conceived as different portions of a scale of **'Vergence,'** in the same way that high and low temperatures are related to one another on the thermometric scale; they are merely two forms of vergence, and are separated by a zero point.

Gullstrand has derived the following notation to express the above relationship.

$$\frac{1}{a} = A \qquad \frac{1}{a'} = A'.$$

where $A$ and $A'$ are the values in the object and image spaces respectively of the vergence, or convergence, since we are dealing with the particular conception of convergence rather than the general idea of vergence.

The formula

$$\frac{1}{a} + \frac{1}{a'} = \frac{1}{f}$$

for a lens in air may now be written in the simpler way.

$$A + A' = D \qquad \ldots \qquad \ldots \qquad (4)$$

We have therefore the rule:

**The sum of the vergences before and after refraction is equal to the power of the lens.**

Employing this new conception, it is possible to obtain a simple relation for the magnification from the equation

$$\frac{y'}{y} = \frac{a'}{a}.$$

By introducing the vergences $A$ and $A'$ we obtain

$$\beta = \frac{y'}{y} = \frac{A}{A'} \qquad \ldots \qquad \ldots \qquad (5)$$

***i.e.*, the magnification is equal to the quotient of the vergences in the object and image spaces.**

The relations become particularly clear when distances in the object space are reckoned in the opposite direction to that which has been employed previously. For example, in the normal figure for the path of rays through a thin lens, if the incident light is considered convergent, then the opposite sign must be given to distances in the object space and consequently to the vergences in the same. Thus instead of equation (4) we obtain

$$A' - A = D \text{ or } A' = A + D.$$

It will be seen from this that $A'$, the vergence after refraction is obtained from $A$, the vergence before refraction, by adding the power $D$ of the lens as a constant.

## 52. Special Cases.

If $w=1$, then $\beta=\frac{n}{n'}$ and the circle degenerates to a straight line perpendicular to the axis at a distance $\frac{e}{2}$ from $P$.

If $w$ is much greater than unity we may write the above expressions

$$KP=\frac{e}{w};\quad Radius\ KM=-\frac{e}{w};\quad MP'=-e.$$

The centre of the circle then lies at the object point $P$ and its radius has the numerical value $\frac{e}{w}$. The sign of $KM$ signifies that the point $M$ lies to the left of $K$. For a microscope objective of a hundred magnification with object and image points at a distance 200 mm. apart, this radius is 2 mm.; therefore the sine-condition fixes a limit (of 4 mm.) for the aperture of the objective in question.

## Translators' Appendix on Sign Convention.

British optics at the present time suffers considerably from a lack of uniformity in treatment. The subject as treated from the standpoints of the photographer, the optician, the university student, &c., is hardly recognizable as being one and the same subject. Such a confusion arises partly from the method of treatment and partly from the terminology adopted in these various branches of opto-technics. Hence the need is frequently expressed, especially in the case of the more elementary treatises, for some consistent terminology and a convention which will indicate the direction of measurement in such a way as to permit of ready application both in practice and also to many of the standard books on the subject. Dr. A Gleichen, on account of a similar confusion arising in Germany, has endeavoured to introduce a system of applied optics aiming at a compromise between the requirements of the various branches of technical optics.

A consistent method of indicating the direction of measurement in a system of optics is the first essential consideration, and many of the existing British conventions do not find approbation from the more practical opticians. For example, it is frequently found stated in books that a "positive" converging lens has a "negative" focal length, that the direction in which the light travels is the negative direction, &c. Sometimes in other books, the reverse is the case, that the direction of the light is the positive direction, &c. Such a variety of impositions tends to confuse the beginner.

It will be observed that the underlying aim of the convention, adopted here by Dr. Gleichen in the form of *Normal Figures*, reduces most distances which enter into more common practice, to positive distances. A positive lens has a positive focal length; image inversion and the formation of real images, which is so common in many lens actions is thus designated positive. Such a convention



commends itself to the practic
mathematical abstractions an
entailed in the applications of
convention uncertainty arises
with the direction of measure
summary is intended to indica
the various normal figures.

1. Light is always to be c
this being the positive directi

2. The *positive* direction fo
axial object point from its co
object space, is towards the *le*
direction of the incident light
are measured *positive* to the
in the same direction as the i

3. An object is *erect* and
image is *inverted* and *positive*

4. *Angles in both the obj*
*measured in the clockwise dir*

A certain amount of unc
magnitudes in the text, ow
angles in Fig. 12 are not co
in Fig. 12 the angles $u$ and
This convention is not cons
require that both $u$ and $u$
direction, viz., the clockwise

$u=$

the angles $u$ and $u'$ must
positive. This explains the
$\gamma=\frac{u'}{u}=-\frac{n}{n'}$, or $n'u'=-nu$,
*i.e.* $nu=n'u'$. To preserve
we have the above *revised* c

Equation (16*a*) § 19, now

$\frac{u'}{u}$

and when $\beta=-1$, $nu=n'u$

Further for the nodal poi

$\gamma=1=-\frac{1}{\beta}\cdot\frac{n}{n'}$ a

$x=-f$

nerates to a straight
ce $\frac{e}{2}$ from $P$.
nay write the above

$MP' = -e$.

bject point $P$ and its
sign of $KM$ signifies

For a microscope
h object and image
his radius is 2 mm.;
(of 4 mm.) for the

**vention.**

nsiderably from a lack
treated from the stand-
university student, &c.,
same subject. Such a
ument and partly from
aches of opto-technics.
cially in the case of the
ent terminology and a
f measurement in such
in practice and also to
Dr. A. Gleichen, on
many, has endeavoured
ning at a compromise
branches of technical

tion of measurement in
sideration, and many of
l approbation from the
frequently found stated
has a "negative" focal
travels is the negative
he reverse is the case,
direction, &c. Such a
ginner.

aim of the convention,
*ormal Figures*, reduces
ion practice, to positive
focal length; image
which is so common in
ve. Such a convention



commends itself to the practical man on account of its freedom from mathematical abstractions and also on account of the visualization entailed in the applications of these normal figures. Even with this convention uncertainty arises, as will be seen below, in connection with the direction of measurement of angular ratios. The following summary is intended to indicate the general underlying plan linking the various normal figures.

1. Light is always to be considered as passing *from left to right*, this being the positive direction for the light to travel.

2. The *positive* direction for the measurement of the distance of an axial object point from its corresponding point of reference in the object space, is towards the *left*, and is consequently opposed to the direction of the incident light. Image distances on the other hand are measured *positive* to the *right* of the point of reference, *i.e.*, in the same direction as the incident light. (*Cf.* Fig. 11.)

3. An object is *erect* and *positive*, if it lies above the axis. An image is *inverted* and *positive* if it lies below the axis. (*Cf.* Fig 11.)

4. *Angles in both the object and image spaces are positive if measured in the clockwise direction.*

A certain amount of uncertainty arises in the case of angular magnitudes in the text, owing to the fact that the signs of the angles in Fig. 12 are not compatible with those of Fig. 11. Thus in Fig. 12 the angles $u$ and $u'$ are measured in opposite directions. This convention is not consistent with Fig. 11 or Fig. 13, which require that both $u$ and $u'$ be measured positive in the same direction, viz., the clockwise direction. Thus in Fig. 13

$$u = \frac{y}{a} \text{ and } u' = \frac{y'}{a'}$$

the angles $u$ and $u'$ must be positive since $y$, $a$, $y'$, and $a'$, are all positive. This explains the discrepancy between equation (17):— $\gamma = \frac{u'}{u} = -\frac{n}{n'}$, or $n'u' = -nu$, and the equation immediately following, *i.e.* $nu = n'u'$. To preserve the consistency in the convention then, we have the above *revised* convention for angular quantities.

Equation (16*a*) § 19, now becomes:

$$\frac{u'}{u} = \gamma = -\frac{1}{\beta} \cdot \frac{n}{n'}$$

and when $\beta = -1$, $nu = n'u'$.

Further for the nodal points, where $u' = u$

$$\gamma = 1 = -\frac{1}{\beta} \cdot \frac{n}{n'} \text{ and since } \beta = \frac{f}{x} = \frac{x'}{f'} \text{ and } \frac{n}{n'} = \frac{f}{f'}$$

$$x = -f' \text{ and } x' = -f$$

Trans.