# EXHIBIT 24

# PHYSICS

## FOR STUDENTS OF SCIENCE & ENGINEERING

*MECHANICS AND SOUND*
A. Wilmer Duff (*Editor*)

*WAVE MOTION AND LIGHT*
E. Percival Lewis
Revised by R. T. Birge and E. E. Hall

*HEAT*
Charles E. Mendenhall

*ELECTRICITY AND MAGNETISM*
Albert P. Carman and C. T. Knipp

SEVENTH REVISED EDITION

*Six hundred thirty*
*Illustrations*

PHILADELPHIA
P. BLAKISTON'S SON & CO., Inc.
1012 WALNUT STREET

Copyright, 1932, by P. Blakiston's Son & Co., Inc.

PRINTED IN U. S. A.
BY THE MAPLE PRESS COMPANY, YORK, PA.

# PREFACE TO THE SE

In this edition all parts have b make them more teachable and par account as can be taken in an eleme developments in Physics in the las improvements the editor has been able assistance of Professors Birge California in revising the excellen Light originally contributed by th same University. Extensive chang purposes, have been made in the par which always presents special diffic students.

Since the book first appeared in covering the same general field h teacher. With the improvements it is hoped that the book will contin prefer a somewhat more comprehen

It may be of interest to note th the sixth edition, lacking only the n has appeared in China. The autho

As in the past, corrections and c examine the book will be welcomed

Worcester, Mass.

The following table showing the differences between the refractive indices of various substances for the $A$, $D$, $F$, and $G$ Fraunhofer lines illustrates irrationality of dispersion. It will be seen that the ratio $(n_F - n_D)/(n_D - n_A)$, for example, is not the same for the different substances.

| | $n_D - n_A$ | $n_F - n_D$ | $n_G - n_F$ | $\frac{n_F - n_D}{n_D - n_A}$ |
|---|---|---|---|---|
| Crown glass | 0.00485 | 0.00515 | 0.00407 | 1.062 |
| Heavy flint glass | .01097 | .01271 | .01062 | 1.158 |
| Water | .00409 | .00415 | .00344 | 1.015 |
| $CS_2$ | .01898 | .02485 | .02446 | 1.309 |

The index of refraction of transparent substances increases as the wave-length decreases, throughout the range of the visible spectrum, but when the entire spectral range is investigated, the relations are found to be more complicated, as discussed under the head of anomalous dispersion (§778).




Fig. 540.




Fig. 541.

**676. Achromatic and Direct-vision Prisms.**—The unequal dispersive power of different substances is utilized for making prismatic combinations for producing deviation with very little dispersion (Fig. 540), or dispersion without deviation of the spectrum as a whole (Fig. 541). These two types are respectively called *achromatic* and *direct-vision* prisms.

## LENSES

**677. Lenses** are transparent bodies, generally with spherical surfaces, which form images by changing the curvature of light waves. The ordinary types of single lenses are shown in Fig. 542. The first three forms, known as double-convex, plano-convex, and concavo-convex, are *thicker at the center than at the edges.* If sur-



ounded by a less refractive medium, th ncident wave is more retarded than the e he curvature of the wave is diminished These lenses have, therefore a convergen onvex or *converging* lenses. In the seco double-concave, convexo-concave and p dges are *thicker than the center,* so that incident wave are more retarded than the center. The curvature of the wave is increased and the lenses have a divergent effect. Such lenses are called *concave* or *diverging* lenses. If the two types of lenses are placed in a more refractive mediur these effects.



**678. Equivalent Air Path or Reduced** instant a wave front is in a given positio ent position, and may have its orienta modified by reflection or refraction. Th always be fulfilled, if the wave is to pres time required for the disturbance to t




Fig. 543.

original wave front to the correspon front is the same for all parts of the turbance traveling from $S$ by the pa $S_1$ at the same time as the disturbance and traveling along $SACES_1$. The retarded by passing through a great pensate for the greater distance in time required for the wave to travel f from $B$ to $D$.

wing the differences between the refrac-
ances for the $A$, $D$, $F$, and $G$ Fraunhofer
of dispersion. It will be seen that the
, for example, is not the same for the

| | $n_D - n_A$ | $n_F - n_D$ | $n_G - n_F$ | $\frac{n_F - n_D}{n_D - n_A}$ |
|---|---|---|---|---|
| .... | 0.00485 | 0.00515 | 0.00407 | 1.062 |
| .... | .01097 | .01271 | .01062 | 1.158 |
| .... | .00409 | .00415 | .00344 | 1.015 |
| .... | .01898 | .02485 | .02446 | 1.309 |

on of transparent substances increases
ses, throughout the range of the visible
ntire spectral range is investigated, the
nore complicated, as discussed under the
on (§778).




FIG. 541.

Direct-vision Prisms.—The unequal dis-
ubstances is utilized for making prismatic
ig deviation with very little dispersion
without deviation of the spectrum as a
two types are respectively called *achro-*
ms.

LENSES

parent bodies, generally with spherical
ges by changing the curvature of light
es of single lenses are shown in Fig. 542.
wn as double-convex, plano-convex, and
r *at the center than at the edges.* If sur-



rounded by a less refractive medium, the central portion of the incident wave is more retarded than the edges by these lenses, and the curvature of the wave is diminished or reversed in direction. These lenses have, therefore a convergent effect. They are called *convex* or *converging* lenses. In the second group, embracing the double-concave, convexo-concave and plano-concave lenses, *the edges are thicker than the center*, so that the outer portions of an incident wave are more retarded than the center. The curvature of the wave is increased and the lenses have a divergent effect. Such lenses are called *concave* or *diverging* lenses. If the two types of lenses are placed in a more refractive medium there is a reversal of these effects.



FIG. 542.

**678. Equivalent Air Path or Reduced Optical Path.**—At a given instant a wave front is in a given position; later it will be in a different position, and may have its orientation and curvature greatly modified by reflection or refraction. The one condition that must always be fulfilled, if the wave is to preserve its identity, is that the time required for the disturbance to travel from a point in the




FIG. 543.

original wave front to the corresponding point in the new wave front is the same for all parts of the wave. For example, the disturbance traveling from $S$ by the path $SPRQS_1$ (Fig. 543) reaches $S_1$ at the same time as the disturbance leaving $S$ at the same instant and traveling along $SACES_1$. The latter has been sufficiently retarded by passing through a greater thickness of glass to compensate for the greater distance in air $SPRQS_1$. Similarly, the time required for the wave to travel from $P$ to $Q$ is the same as that from $B$ to $D$.