# EXHIBIT 25

INTEREST

echanical Engineers
gy

d Formulas
Statistics with Tables

Control

ıdbook
nentation

al Engineers

ndbook

ions

ok
itists and Engineers

ıd Charts
er
k

eering—Processes
ties

# Handbook of Optics

Sponsored by the
OPTICAL SOCIETY OF AMERICA

**Walter G. Driscoll**
*Editor*

**William Vaughan**
*Associate Editor*

MCGRAW-HILL BOOK COMPANY

New York St. Louis San Francisco Auckland Bogotá Düsseldorf
Johannesburg London Madrid Mexico Montreal
New Delhi Panama Paris São Paulo
Singapore Sydney Tokyo Toronto

Library of Congress Cataloging in Publication Data
Main entry under title:

Handbook of optics.
Includes index.
1. Optics—Handbooks, manuals, etc. I. Driscoll, Walter G. II. Vaughan, William, date. III. Optical Society of America.
QC369.H35 535 77-22123
ISBN 0-07-047710-8

Copyright © 1978 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

34567890 KPKP 765432109

*The editors for this book were Harold B. Crawford and Beatrice Carson, the designer was Naomi Auerbach, and the production supervisor was Teresa F. Leaden. It was set in Lino 21 by Bi-Comp, Incorporated.*

*Printed and bound by The Kingsport Press.*

**Contributors** vii
**Preface** ix
**Acknowledgments** xi

1. **Radiometry and Photometr**
2. **Image Formation: Geometri**
3. **Optical Radiators and Sourc**
4. **Nonimaging Detectors** *by .*
5. **Photosensitive Materials** *b*
6. **Microscope Objectives and** *E. Rosenberger . . . .*
7. **Properties of Optical Mater**
8. **Coatings and Filters** *by J.*
9. **Colorimetry** *by Gunter W*
10. **Polarization** *by Jean M. Be*
11. **Spectroscopy** *by D. J. Lo*
12. **The Eyes and Vision** *by M*
13. **Fiber Optics** *by Walter P.*
14. **Optical Properties of the A** *W. Fenn, John E. A. Selby,*
15. **Optical Properties of Water**
16. **Optical Instruments for Me** *Rowan, and J. Richard Vyc*
17. **Optical Modulators** *by Edw*

**Appendix A. Physical Constant**
**Appendix B. Conversion Facto**
**Appendix C. Lens Data** . .
**Appendix D. Standard Screw T**

**Index follows Appendix D**

*Distortion* is the amount by which an image point is closer to or further from the axis than its ideal position as given by first-order optics. The linear amount of (simple) distortion varies with $h^3$; thus nonradial straight lines are imaged as curved lines, as shown in Fig. 19.




**Fig. 18** The undercorrected astigmatism and field curvature of a simple lens. [*After Smith* (1966).]




**Fig. 19** (*a*) Pincushion and (*b*) barrel distortion. [*After Smith* (1966).]

The preceding are called monochromatic aberrations; they exist in monochromatic light, and although they vary with wavelength, the rate of change is usually relatively small.

*Axial chromatic aberration* is the longitudinal variation of focal position with wavelength. The longitudinal chromatic aberration is the distance from the long-wavelength focus to the short-wavelength focus (see Fig. 20).




**Fig. 20** A simple positive lens has undercorrected longitudinal chromatic aberration because the blue (shorter-wavelength) rays undergo a greater refraction. [*After Smith* (1966).]

*Lateral chromatic aberration* is the variation of image size with wavelength. It is the vertical distance from the off-axis image of a point in long-wavelength light to that in short-wavelength light, as shown in Fig. 21.

The monochromatic aberrations vary with wavelength. The chromatic variation of spherical aberration, or spherochromatism, is the most common. In the usual form the spherical aberration for the shorter wavelength is more overcorrected (or less undercorrected) than the longer wavelength. Thus a typical system might have the spherical aberration overcorrected in blue light, corrected in yellow light, and undercorrected in red light, as shown in Fig. 23. Chromatic variations of the other aberrations are less frequently found and are usually less serious, although




**Fig. 21** Lateral color, or chromatic
(1966).]

chromatic variation of distortion, whi
CDM (lateral chromatic) with obliqu
photo lenses.

**15. Wave-Aberration Polynomial** (H
system is expressed as an optical-pat
reasons of symmetry) that the OPD ca

OPD$(h,\rho,\phi)$ =

where $C_{ABC}$ is a numerical coefficient, .
$A = 2l + C$, $B = 2n + C$, $h$ is the ima
of the ray intersection with the system
the term $C_{020}\rho^2$ is equivalent to a simpl
plane; the term $C_{111}h\rho \cos\phi$ is equivale
a change in image height. These latt
The "order" is given by $A + B - 1$.
The next five terms in the series
as follows:

Spherical aberration $C_{040}\rho^4$
Coma $C_{131}h\rho^3$ c
Astigmatism and Petzval $C_{220}h^2\rho^2$ -
Distortion $C_{311}h^3\rho$ c

The fifth-order aberrations are represe
Spherical aberration $C_{060}\rho^6$
Linear coma $C_{151}h\rho^5$ c
Elliptical coma $C_{331}h^3\rho^3$ c
Oblique spherical $C_{240}h^2\rho^4$ -
Astigmatism and Petzval $C_{420}h^4\rho^2$ -
Distortion $C_{511}h^5\rho$ c

There are 2 first-order terms, 5 third-or
terms, 20 ninth-order terms, and 2 + 3
The wave-aberration polynomial, E
wavefront from a perfect spherical
axial intercept of the exit pupil and
the $y$ and $z$ components of the tr
expressed in terms of the wave aberrat

$$TA_y = -\frac{l}{n}\frac{\partial OP}{\partial y}$$

where $l$ = distance from exit pupil to
$n$ = index of final medium
OPD = optical-path difference, Eq.

where $y_p^*$ = ray height of new principal ray after stop is shifted
$y_p$ = old principal-ray height
$y$ = height of axial ray

Since $Q$ is an invariant, it can be evaluated at any convenient surface of the system; a further consequence of the invariance of $Q$ is that the starred and unstarred terms of Eqs. (100) to (106) may represent the contributions of an entire optical system or any part of it, e.g., a single surface or element.

**19. Thin-Lens Aberrations** See Par. 70 for sample calculation. If the elements of an optical system can be regarded as thin lenses, i.e., of zero thickness, surrounded by air, the following equations give the third-order aberration contribution of each element, assuming that the stop (pupil) is in contact with the element:

$$\text{TSC} = -y^4(G_1C^3 - G_2C^2C_1 + G_3C^2v + G_4CC_1^2 - G_5CC_1v + G_6Cv^2)/u_k' \quad (108)$$

$$= -y^4(G_1C^3 + G_2C^2C_2 - G_3C^2v' + G_4CC_2^2 - G_5CC_2v' + G_6Cv'^2)/u_k' \quad (108a)$$

$$\text{CC} = -hy^2(\tfrac{1}{4}G_5CC_1 - G_7Cv - G_8C^2) \quad (109)$$

$$= -hy^2(\tfrac{1}{4}G_5CC_2 - G_7Cv' + G_8C^2) \quad (109a)$$

$$\text{TAC} = -\tfrac{1}{2}h^2\phi u_k' \quad (110)$$

$$\text{TPC} = \frac{-\tfrac{1}{2}h^2\phi u_k'}{n} = \frac{\text{TAC}}{n} \quad (111)$$

$$\text{DC} = 0 \quad (112)$$

$$\text{TLchC} = \frac{-y^2\phi}{Vu_k'} \quad (113)$$

$$\text{TchC} = 0 \quad (114)$$

Paraxial rays are traced through the system using Eqs. (29) and (30); a principal and an axial ray (as defined in Par. 17) are traced. Equations (100) to (106) are used with $Q = y_p/y$ to determine the contributions of each element for the actual stop position. The contributions from the elements are summed to determine the aberrations of the whole system.

In Eqs. (108) to (114) $C$ represents the total curvature of the element, and $C_1$ and $C_2$ are the curvatures of the left and right surfaces, so that $C = C_1 - C_2 = \phi/(n-1)$. The symbol $v$ is the reciprocal object distance (for the element) and $v = u/y$; similarly $v' = u'/y$. $V$ is the Abbe $\nu$ number of the lens material, equal to $(n_D - 1)/(n_F - n_C)$ in the visible region. $G_1$ to $G_8$ are functions of the index, as follows:

$$G_1 = \frac{n^2(n-1)}{2} \qquad G_2 = \frac{(2n+1)(n-1)}{2}$$
$$G_3 = \frac{(3n+1)(n-1)}{2} \qquad G_4 = \frac{(n+2)(n-1)}{2n}$$
$$G_5 = \frac{2(n+1)(n-1)}{n} \qquad G_6 = \frac{(3n+2)(n-1)}{2n} \quad (115)$$
$$G_7 = \frac{(2n+1)(n-1)}{2n} \qquad G_8 = \frac{n(n-1)}{2}$$

The aspheric terms of Eqs. (91) to (95) can be added to the thin-lens aberrations obtained from Eqs. (100) to (104) when the thin lenses have aspheric surfaces.

**20. Interpretation of Third-Order Aberration Contributions** To the extent that the third-order aberrations approximate the complete aberration polynomial, the values of the aberrations computed by means of the equations of Pars. 17 to 19 will correspond to the values of the aberrations as determined by actual ray tracing. Thus $\Sigma$TSC will approximate the intersection height (in the paraxial image plane) of a trigonometrically traced axial ray, i.e., the transverse spherical aberration. Similarly 3$\Sigma$CC will approximate the tangential coma and $\Sigma$DC the linear distortion, with 100$\Sigma$DC/$h$ the percentage distortion. The longitudinal curvature (sag) of field is approximated by $x_s \approx (\Sigma\text{TAC} + \Sigma\text{TPC})/u_k'$ and $x_t \approx (3\Sigma\text{TAC} + \Sigma\text{TPC})/u_k'$ for the sagittal and tangential fields, respectively. Since the chromatic-aberration equations are first-order relationships, we have the

relations

$\Sigma$TL
$u$
$\Sigma$T

where $l_F - l_C$ is the paraxial lo
is the paraxial lateral chrom
matic difference of magnificatio

**21. Aberration Representatio**
image size, a simple single nu
of the state of correction of a
of representing the aberrations ar

*Longitudinal.* Spherical aberr
tudinal position of the ray int
at which the ray strikes the ent
aberration for several wavelengt
tion (see Fig. 23). The variatio
plotted with the spherical abe
position with aperture); the d
the amount of low-obliquity
system.

Field curvature is usually re
a function of image height o
sagittal focal surfaces are plo
astigmatism.

Figure 23 shows examples of




**Fig. 23** Longitudinal represent
chromatism and (*b*) residual
(1966).]

*Lateral.* The lateral represen
complete description of the corr
a fan of rays from an object poi
of the ray intersection with
plotted as a function of the
by the slope of the ray (tan
two major advantages: (1) the
in terms of the size of the b
longitudinally shifting the refer