# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph. D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

COPYRIGHT © 1981 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1981 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of
the English language, unabridged.

Includes index.
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. G. & C. Merriam Company.
PE1625.W36 1981 423 81-16878
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram) AACR2

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

3738KP8584

¹aslant \"\ adj : SLANTING, OBLIQUE ⟨with head ~⟩
¹asleep \ə'slēp\ adj [ME aslepe, adj. & adv., fr. ¹a- + slepe sleep] 1 : being in a state of sleep : SLEEPING ⟨he has been ~ since noon⟩ 2 : being in the sleep of death : DEAD ⟨we would not have you ignorant . . . concerning those who are ~ —1 Thess 4:13 (RSV)⟩ 3 : lacking sensation or feeling : NUMB ⟨my arm is ~⟩ 4 : being in a state of mental or physical inactivity, sluggishness, or indifference : not alert : INACTIVE, DORMANT ⟨a weak, timid, lethargic government usually ~ —Sir Winston Churchill⟩ ⟨the sea ~ and at peace —Thomas Wood †1950⟩ 5 of a sail : MOTIONLESS, UNRUFFLED — asleep at the switch : not alert to a duty or opportunity
²asleep \"\ adv [ME aslepe] 1 : into a state of sleep ⟨he fell ~ at noon⟩ 2 : into the sleep of death : DEAD ⟨God will bring with him those who have fallen ~ —1 Thess 4:14 (RSV)⟩ 3 : into a state of inactivity, sluggishness, or indifference ⟨the falling ~ of the critical faculty —R.W. Southern⟩
as long as conj 1 : during the time that : WHILE ⟨enjoyed success as long as she lived⟩ 2 : provided that ⟨they can go where they please as long as they return on time⟩ 3 : inasmuch as : SINCE ⟨as long as you are going, I'll go too⟩
¹aslope \ə'slōp\ adj [ME, adj. & adv.] : SLOPING, SLANTING
²aslope \"\ adv [ME] : in a sloping or slanting direction : SLOPINGLY ⟨he was leaning ~ against the building⟩
asm abbr assembly
as·ma·ra \azmärə, as'-, -marə\ adj, usu cap [fr. Asmara, Eritrea] : of or from Asmara, the capital of Eritrea : of the kind or style prevalent in Asmara
asmoke \ə'-\ adj [¹a- + smoke, v.] : SMOKING
asmonaean or asmonean usu cap, var of HASMONAEAN
asmt abbr assortment
as much pron : nearly the same
as much as adv : in effect : ALMOST ⟨he as much as admitted the whole story⟩
as nas var of ³AS
asocial \(')ā+\ adj [²a- + social] 1 : inconsiderate of or hostile to the needs, desires, or customs of others : SELFISH ⟨a defensory wall of ~ behavior —F.H.Allport⟩ 2 : withdrawn from society and from normal social intercourse : unable or unwilling to conform to social demands — sometimes distinguished from antisocial ⟨a vast difference between an acceptable social attitude and an ~ or reclusive attitude —A.T.Weaver⟩ — asocialism \(')ā+\ n -s — asociality \ā+\ n -ES
as of \ˌaz(v)\ prep : at or on (a specific time or date) ⟨the rule takes effect as of July 1⟩
aso·ka \ə's(h)ōkə\ also as·ok or as·oak \'asək\ n -s [Hindi asok, fr. Skt aśoka] : a showy tree (Saraca indica) of the family Leguminosae of tropical Asia that is cultivated for its orange scarlet flowers and is used to decorate temples
asoka column \ə's(h)ōkən-\ n, usu cap A [Asoka the Great †232 B.C. king of Magadha, ancient kingdom of India, at whose behest they were erected + B -ən] : a stone column found in India and usu. of considerable height on which Buddhist inscriptions were cut — compare ³LAT
aso·ma·tog·no·sia \ˌā,sōmə,täg'nōzh(ē)ə\ n [NL, fr. ²a- + somat- + -gnosia] : ignorance of paralysis as a result of brain damage
asomatophyte \ā+\ n -s [²a- + somat- + -phyte] : a plant in which body and reproductive cells are not distinct and which lacking permanent tissue loses none of its capacity to grow and multiply — compare SOMATOPHYTE
aso·ma·tous \(')ā;sōmət·əs\ adj [LL asomatus, fr. Gk asōmatos, fr. a- ²a- + sōmatos (fr. sōmat-, sōma body) — more at -SOMA] : INCORPOREAL, IMMATERIAL
asonant \(')ā+\ adj [²a- + sonant] : not sonant
as·or \'a,sō(ə)r\ n -s [Heb 'āsōr, fr. 'ĕsĕr ten] : an ancient Hebrew zitherlike instrument having 10 strings and played with a plectrum
¹asp \'asp, 'aa(ə)-, 'ai- also 'ä-\ n -s [ME aspe — more at ASPEN] : ASPEN
²asp \"\ n -s [ME aspis, fr. L, fr. Gk] : a small venomous snake of Egypt variously identified as the horned viper or a small African cobra (Naja haje) — see URAEUS
as·pal·a·thus \a'spaləthəs\ n [L, fr. Gk aspalathos] 1 -es : a biblical shrub yielding a fragrant oil and generally believed to be a member of the genus Alhagi or of the genus Convolvulus 2 [NL, fr. L] cap : a genus of southern African shrubs (family Fabaceae) with heathlike often tufted leaves and yellow or rarely purple flowers
aspar \ə'spär\ adv [¹a- + spar] chiefly Scot : wide apart
as·pa·rag·i·nase \ˌaspə'rajə,nās, -āz\ n -s [asparagine + -ase] : an enzyme obtained esp. from liver extracts that hydrolyzes asparagine to aspartic acid and ammonia
as·par·a·gine \ə'sparə,jēn, -jən\ n -s [F, fr. L asparagus + F -ine] : a white crystalline amino acid $H_2NOCCH_2CH(NH_2)COOH$ found in most plants (as asparagus and leguminous plants) and used in culture media for some bacteria (as lactobacilli and tubercle bacilli); α-amino-succinamic acid
as·pa·rag·i·nyl \ˌaspə'rajənəl, -nēl\ n -s [asparagine + -yl] : the univalent acyl radical $H_2NCOCH_2CH(NH_2)CO—$ of asparagine
as·par·a·gus \ə'sparəgəs also -er-\ n [in sense 1, fr. NL, fr. L, asparagus (plant), fr. Gk asparagos, aspharagos; in other senses, fr. L, asparagus (plant); akin to Gk spargan to swell — more at SPARK] 1 cap : a genus of Old World perennial herbs (family Liliaceae) having erect much-branched stems, minute scalelike leaves, and linear cladophylls often mistaken for leaves 2 -ES a : any plant of the genus Asparagus; esp : a plant (A. officinalis) widely cultivated for its tender edible young shoots b : the root of cultivated asparagus formerly used as a diuretic
asparagus bean n : a So. American bean (Vigna sesquipedalis) having very long succulent pods
asparagus bed n : a military obstacle consisting of series of steel, wood, or concrete uprights planted in the ground
asparagus beetle n : a small dark-colored but brightly marked beetle (Crioceris asparagi) of which both the adult and larva feed on asparagus; also : SPOTTED ASPARAGUS BEETLE
asparagus broccoli n : CALABRESE
asparagus fern n : a feathery cultivated asparagus (A. plumosus) resembling a fern
asparagus lettuce n : a variety (Lactuca sativa angustana) of the common lettuce grown for its thick edible stem
asparagus pea n : GOA BEAN
asparagus stone n : a variety of apatite occurring in yellow-green crystals
as·par·tase \ə'spär,tās, -āz\ n -s [aspartic + -ase] : an enzyme that occurs in various bacteria, yeasts, and higher plants and that catalyzes the conversion reaction of aspartic acid to fumaric acid by the removal of ammonia and also the reverse reaction of the addition of ammonia to fumaric acid
as·par·tate \-,tāt\ n -s [ISV aspartic + -ate] : a salt or ester of aspartic acid
as·par·tic acid \-·tik-\ n [ISV aspar- (fr. L asparagus) + connective -t- + -ic] : a crystalline amino dicarboxylic acid $HOOCCH_2CH(NH_2)COOH$ that is found esp. in many plants (as young sugar cane) and is obtained by hydrolysis of asparagine and proteins, that takes part in transamination reactions in the living organism, and that is used in bacteriological culture media; amino-succinic acid
as·par·to·yl \-tə,wil\ also as·par·tyl \-rd·ᵊl, -r,tēl\ n -s [aspartic + -oyl, -yl] : the bivalent radical $—OCCH_2CH(NH_2)CO—$ of aspartic acid; amino-succinyl
¹as·pect \'a,spekt, 'aa- sometimes -,spēkt or -,spikt\ n -s [ME, fr. L aspectus, fr. aspectus, past part. of aspicere, adspicere to look at, fr. ad- + -spicere (fr. specere to look) — more at SPY] 1 a (1) : the position of planets or stars with respect to one another held by astrologers to exert an influence upon human affairs : the joint look of planets or stars upon each other or upon the earth ⟨the shepherd's issue at whose birth heaven did afford a gracious ~ —Christopher Marlowe⟩ (2) : the effect of this position ⟨astrologers call the evil influences of the stars evil ~s —Francis Bacon⟩ b archaic : the direction in which influence is brought to bear c (1) : a position facing or fronting a particular direction : a position in relation to the points of the compass : EXPOSURE ⟨the house has a southern ~⟩ (2) : a view of a plane from a given direction : the manner of presentation of a plane to a fluid (as the air) through which it is moving or to a current (3) : orientation of a slope in respect to the compass : exposure to sunlight ⟨lands are planted with vines where soil and ~ permit⟩ d : the part of an object in a particular position ⟨a sandbag placed over the dorsal ~s of the feet will prevent them from slipping —Med. Radiography & Photography⟩ 2 a (1) obs : CONSIDERATION, RESPECT (2) : appearance to the eye or mind ⟨the ~ of affairs —T.B.Macaulay⟩ (3) : a particular status or phase in which anything appears or may be regarded ⟨a question having many ~s⟩ ⟨in other ~s of our living conditions —W.C.Allee⟩ b (1) : a particular appearance of the face : COUNTENANCE, MIEN, AIR ⟨serious in ~ —John Dryden⟩ (2) : the apparent position of a body in the solar system with reference to the sun including conjunction, quadrature, and opposition (3) : the appearance of a fixed railroad signal as viewed from the direction of an approaching train or the appearance of a cab signal as viewed by an observer in the cab c : the distinctive seasonal appearance of a plant community ⟨spring ~⟩ — see ASPECTION 3 archaic a : act of looking or gazing : GAZE ⟨his ~ was bent on the ground —Sir Walter Scott⟩ b : GLANCE, LOOK 4 [trans. of Russ vid] a : a set of inflectional forms of a verb that indicate the nature of the action or the manner in which the action is regarded esp. with reference to its beginning, duration, completion, or repetition and without reference to its position in time — used first of the Slavic languages, later of many others; compare COMPLETIVE, IMPERFECTIVE, INCHOATIVE, ITERATIVE, PERFECTIVE b : the nature of the action of a verb or the manner in which that action is regarded esp. with reference to its beginning, duration, completion, or repetition and without reference to its position in time, whether indicated by a set of inflectional forms (as in sense 4a), by the meaning of the verb itself (as in find, expressing momentary or completed action, by contrast with seek, expressing continuing action), by an adverbial modifier (as in sit down, meaning "get into a sitting position", by contrast with sit there till the doctor is ready, where sit means "remain in a sitting position"), by such devices as the so-called progressive tenses in English (as was eating, which expresses continuing action, by contrast with left, which expresses momentary or completed action, in "he left while I was eating"), or by some other means 5 in the Midwestern system for American archaeology : a unit of classification constituting a group of foci that have an approximate majority of determinant types in common — see PHASE; compare COMPONENT, PATTERN syn see APPEARANCE, PHASE
²as·pect \", a'spekt\ vt -ED/-ING/-S [L aspectare, fr. aspectus, past part. of aspicere] 1 astrol, of a planet or constellation : to look upon (a person, house, or another planet) in a particular aspect ⟨when badly ~ed the subjects of Scorpio are, however, most destructive —W.T.&Kate Pavitt⟩ 2 obs : to look at : BEHOLD
as·pect·a·ble \a'spektəbəl, 'a,spek-\ adj [L aspectabilis, fr. aspectare to look at + -abilis -able] archaic : capable of being seen : VISIBLE
as·pec·tion \a'spekshən\ n -s [L aspection-, aspectio, fr. L aspectus (past part. of aspicere) + -ion-, -io -ion] 1 archaic : VIEWING 2 : seasonal variation in the appearance or makeup of a plant community usu. relatable to seasonal climatic variation — compare ANNUATION
aspect ratio n 1 : the ratio of span to mean chord of an airfoil 2 : the ratio of the width of a television image to its height 3 : the ratio of the longer to the shorter dimension of the cross section of an air duct opening in an air-conditioning system
as·pec·tu·al \a'spekchə(wə)l, 'a,s-\ adj [L aspectus aspect + E -al] : of or belonging to an aspect (as the aspect of a verb)
¹as·pen \'aspən, 'aas-, 'ais- also 'äs- or -pin\ adj [ME, fr. aspe, n. + -en] 1 a : of, relating to, or resembling the aspen b : made of the wood of the aspen 2 : quivering like the leaves of the aspen : TREMULOUS, QUAKING
²aspen \"\ n -s [alter. (influenced by ¹aspen) of ME aspe, fr. OE æspe, æpse; akin to OHG aspa aspen, ON ǫsp, Latvian apsa, Russ osina] : any of several poplars (esp. Populus tremula of Europe and P. tremuloides and P. grandidentata of No. America) the leaves of which flutter in the lightest wind on account of their flattened petioles
aspen poplar n : WHITE POPLAR 1b
aspen tortrix n : a tortricid moth (Archips conflictana) having a larva that feeds on and may seriously defoliate various species of aspen esp. in parts of Canada
¹asper adj [ME aspre, asper, fr. MF & L; MF aspre, fr. L asper, lit., rough] obs : HARSH, BITTER, STERN
²as·per \'aspə(r)\ n -s [ME, fr. MF aspre or It aspro, fr. MGk aspron, fr. neut. of aspros white, fr. L asper rough, newly minted] 1 : any one of several small silver coins circulating in the eastern Mediterranean area from the 12th to the 17th centuries: a : a coin issued by the Comneni of Trebizond b : a coin issued by the Knights of Rhodes equivalent to the denier of western Europe c : a Turkish coin first issued in the 14th century 2 : a Turkish unit of value that continued in use after the disappearance of the Turkish asper at one time equivalent to the 120th part of a piaster
¹as·per·ate \'asperət\ adj [L asperatus, past part. of asperare to make rough, fr. asper rough] archaic : somewhat rough or harsh to the touch : ASPEROUS
²as·per·ate \-,rāt\ vt -ED/-ING/-S [L asperatus] archaic : to make rough or harsh
as·perge \ə'spərj, a'-\ vt -ED/-ING/-S [MF asperger, fr. L aspergere — more at ASPERSE] : to sprinkle esp. with holy water
as·per·ges \-(,)jēz\ n, sometimes cap [L, thou wilt sprinkle, 2d pers. sing. fut. indic. of aspergere] : the ceremony of sprinkling altar, clergy, and people with holy water
as·per·gil·la·ce·ae \,asparjə'lāsē,ē\ n pl, cap [NL, fr. Aspergillus, type genus + -aceae] : a family of fungi (order Eurotiales) including the common molds of the genera Aspergillus and Penicillium and the fungus Thielavia basicola which is the cause of root rot or black root rot of numerous hosts
as·per·gil·la·les \-ā(,)lēz\ [NL, fr. Aspergillus + -ales] syn of EUROTIALES
as·per·gil·li·form \'asper'jilə,fȯrm\ adj [ISV aspergill- (fr. NL aspergillus) + -iform] : like a brush; specif : resembling the sporophore of Aspergillus ⟨an ~ stigma⟩
as·per·gil·lin \-lən\ n -s [ISV aspergill- (fr. NL Aspergillus) + -in] 1 : an amorphous black pigment found in the spores of various fungi of the genus Aspergillus 2 : an antibacterial substance obtained from cultures of two molds (Aspergillus flavus and A. fumigatus) reported to possess activity against both gram-positive and gram-negative bacteria
as·per·gil·lo·sis \,asparjə'lōsəs\ n, pl aspergillo·ses \-ō-,sēz\ [NL, fr. Aspergillus + -osis] : infection with or disease caused by molds of the genus Aspergillus: a : a severe respiratory disease of birds caused by a mold (A. fumigatus or rarely A. niger) and marked by unthriftiness, emaciation, and pulmonary calcification resembling that of tuberculosis or in young chickens and turkeys taking the form of an acute rapidly fatal pneumonia — called also brooder pneumonia b : a disease of man usu. occurring in agricultural workers, hair or fur cleaners and others exposed to inhalation of spores (esp. A. fumigatus) and characterized by formation of lumps in the skin, ears, sinuses, and respiratory organs
as·per·gil·lum \,aspə(r)'jiləm\ or as·per·gil or as·per·gill \'aspə(r)jil\ n, pl aspergil·la \-'jilə\ or aspergil·lums \-'jiləmz\ or aspergils or aspergills \-jilz\ [NL aspergillum, fr. L aspergere to sprinkle] : a short-handled brush or a perforated globe holding a sponge used for sprinkling holy water


aspergillum

as·per·gil·lus \,aspə(r)'jiləs\ n [NL, alter. of aspergillum] 1 pl aspergil·li \-,lī\ : ASPERGILLUM 2 cap : a genus (the type of the family Aspergillaceae) of fungi including besides common molds species pathogenic to plants and animals and characterized by spores borne in chains on numerous simple or branched usu. bottle-shaped sterigmata that radiate from the upper part or the whole of the swollen tip of the conidiophore — see ASPERGILLOSIS
as·per·i·fo·li·ate \'asperə;fōlēət, -ē,āt\ or as·per·i·fo·li·ous \-ēəs\ adj [asperifoliate fr. NL asperifolius + E -ate; asperifolious fr. NL asperifolius, fr. L asper rough + -i- + -folius (fr. folium leaf) — more at BLADE] : rough-leaved
as·per·i·ty \a'sperəd·ē, ə'-, -ətē, -i\ n -ES [alter. (influenced by MF asperite — fr. L asperitat-, asperitas, fr. asper rough + -itat-, -itas -ity — or by L asperitas) of ME asprete, fr. OF aspreté, fr. aspre rough (fr. L asper) + -té -ty] 1 : a characteristic making for hardship : RIGOR, SEVERITY ⟨the path of beauty is not soft and smooth, but full of harshness and ~ —Havelock Ellis⟩ 2 a (1) : roughness of surface (as of a leaf) : UNEVENNESS (2) asperities pl : rough places : EXCRESCENCES ⟨ultramicroscopic asperities . . . upon the solid surface —J.W.McBain⟩ b obs : roughness to the taste : SOURNESS, TARTNESS c : roughness or harshness of sound : RAUCOUSNESS ⟨the elderly ladies in his audience had been shocked by the asperities of the new style in music —Aaron Copland⟩ 3 : a characteristic making for bitterness : roughness of manner or of temper ⟨he repented of his ~, however, when he saw Shiloh droop his head and wither visibly into sadness —Elinor Wylie⟩ ⟨it caused him a passing ~ to observe her lay places for three —A.J.Cronin⟩ : SEVERITY ⟨the portrait . . . on the wall, whose painted eyes, it seemed, were now inhumanly surveying them . . . with some little ~ —Walter de la Mare⟩ : TARTNESS ⟨a little ~ was in her voice —George Meredith⟩
aspermatism \(')ā+\ n -s [ISV ²a- + spermatism] : ASPERMIA
asper·mia \ā'spərmēə\ n -s [NL, fr. ²a- + -spermia] : inability to produce or ejaculate semen — compare AZOOSPERMIA — asper·mic \(')ā;spərmik\ adj
as·per·ous \'asp(ə)rəs\ adj [L asper rough + E -ous] : ROUGH, SCABROUS — as·per·ous·ly adv
aspers pl of ASPER
as·perse \ə'spərs, a'-, -ās, -ōis\ vt -ED/-ING/-S [L aspersus, past part. of aspergere, adspergere to sprinkle, fr. ad- + -spergere (fr. spargere to strew, scatter) — more at SPARK] 1 a archaic (1) : to besprinkle (a person or thing) with a liquid or with dust (2) : to sprinkle (as water or dust) upon anybody or anything b (1) : to baptize by sprinkling ⟨use of sprinkling and aspersing was made in old times but only exceptionally and in the case of dying and dangerously sick persons —C.N.Callinicos⟩ (2) : to sprinkle with holy water 2 : to attack with foul reports or false and injurious charges : utter damaging charges or imputations against in order to hurt the reputation of ⟨~ a man's character⟩ syn see MALIGN
as·pers·er \-sə(r)\ n -s : one that asperses
as·per·sion \ə'spərzhən, -ōzh-, -oizh- also a's-, Brit usu & US also -shən\ n -s [L aspersion-, aspersio, fr. aspersus + -ion-, -io -ion] 1 a : a sprinkling with water esp. in religious ceremonies (as some forms of baptism) ⟨~s of holy water —F.B.Artz⟩ b archaic : SHOWER, SPRAY 2 a : the act of calumniating : DEFAMATION ⟨groundless ~ of his wife's fidelity⟩ b : a calumnious or defamatory expression or reflection ⟨some of his more detailed ~s seem trigger-happy —P.H.Nowell-Smith⟩ ⟨greets you by casting ~s on your honesty —E.W.Lumsden⟩
as·per·so·ri·um \,aspər'sōrēəm, -sōrē-\ n, pl asperso·ria \-ēə\ or aspersoriums [ML, fr. L aspersus + -orium] 1 : a stoup, basin, or other vessel for holy water 2 : ASPERGILLUM
as·per·so·ry \a'spərsərē, ə'-\ n -ES [ML aspersorium] : ASPERGILLUM
as·per·u·la \a'sper(y)ələ, ə'-\ n, cap [NL, fr. fem. of asperulus] : a genus of Old World herbs (family Rubiaceae) with small flowers and whorled leaves — see WOODRUFF
as·per·u·late \-,lāt, -lət\ adj [NL asperulus + E -ate] bot : delicately roughened
as·per·u·lous \-ləs\ adj [NL asperulus, fr. L asper rough + -ulus] bot : slightly rough
¹as·phalt \'a,sfolt, 'aa-, Brit usu & US sometimes -falt, sporadic & old-fash -felt\ or as·phal·tum \-'ftəm\ also as·phaltus \like ASPHALT\ n -s often attrib [alter. (prob. influenced by LL asphaltus, fr. Gk asphaltos) of earlier aspaltum, alter. (prob. influenced by assumed ML aspaltum, alter. of LL aspaltus) of ME aspaltoun, aspalt, fr. (assumed) ML aspaltum & LL aspaltus, fr. Gk asphaltos, asphalton, perh. fr. a- ²a- + -sphaltos, -sphalton (akin to Gk sphallein to cause to fall); fr. its possible use as a binding agent in stone walls — more at SPELL] 1 : a brown to black bituminous substance found native around the Dead sea, in Trinidad, and elsewhere and also obtained as a residue from certain petroleums consisting chiefly of a mixture of hydrocarbons, varying from hard and brittle to plastic in form, melting on heating, being insoluble in water but soluble in gasoline, and used esp. for paving and roofing, in paints and varnishes, and because light renders certain grades insoluble in oil of turpentine for photomechanical work 2 a : a composition of ground asphalt rock and bitumen, of bitumen, lime, and gravel, or even of coal tar, lime, and sand used for forming pavements and as a waterproof cement (as for bridges and roofs) b : a surface (as a path or roadway) paved with asphalt 3 a : SMOKE BROWN b asphaltum : CONGO 4
²asphalt \"\ vt -ED/-ING/-S 1 : to cover or pave with asphalt or a mixture containing asphalt ⟨the road itself was magnificently ~ed from side to side —Max Beerbohm⟩ 2 : to impregnate (as paper) with asphalt ⟨~ed bags, placed between the outer case and the packaged food —Science News Letter⟩
asphalt-base \'ₛ,ₛ;ₛ\ adj : containing relatively large amounts of asphalt-forming substances : yielding asphaltic residues on refining — used esp. of crude petroleum; compare NAPHTHENE-BASE, PARAFFIN-BASE
asphalt cement n : a refined asphalt free from water and coarse foreign material and containing less than one percent of ash
as·phal·tene \ₛ'ₛ,tēn\ n -s [F asphaltène, fr. asphalte asphalt + -ène -ene] : any of the components of a bitumen (as asphalt) that are soluble in carbon disulfide but not in paraffin naphtha and that are held to constitute the solid dispersed particles of the bitumen and to consist chiefly of high-molecular-weight hydrocarbons — compare CARBENE
as·phal·tic \(')ₛ;ₛ,tik, -ēk\ adj : of or containing asphalt
asphaltic felt n : a roofing and waterproofing material consisting of saturated asbestos or rag felt cemented together with asphalt or tar pitch
as·phal·tite \ₛ'ₛ,tīt, 'ₛ,ₛ,ₛ\ n -s [Gk asphaltitēs, fr. asphaltos + -itēs -ite] : a native asphalt occurring in vein deposits below the surface of the ground
asphalt lamination n : lamination (as of kraft papers) in which asphalt is used as the adhesive
asphalt macadam n : a pavement similar to tarmacadam but having asphaltic binder in place of tar
asphalt mastic n : a mixture of asphalt and other material (as sand, crushed rock, or asbestos) used like cement
asphalt paper n : paper that is impregnated, coated, or laminated with asphalt
asphalt process n : BITUMEN PROCESS
asphalt rock n : rock (as sandstone or limestone) impregnated naturally with asphalt
asphaltum var of ASPHALT
asphaltus n [LL — more at ASPHALT] obs : ASPHALT
aspheric \(')ā+\ or aspherical \(')ā+\ adj [²a- + spheric, spherical] 1 : departing slightly from the spherical form — used of an optical surface 2 : free from spherical aberration
as·pho·del \'asfə,del, 'aas-\ n, pl asphodel also asphodels [L asphodelus, fr. Gk asphodelos] : any of various Old World usu. perennial herbs of the family Liliaceae and chiefly of the genera Asphodelus and Asphodeline that bear their flowers in long erect racemes — see FALSE ASPHODEL
asphodel green n : a moderate yellow green that is greener and paler than average moss green, yellower and less strong than average pea green, and yellower and paler than spinach green
as·pho·del·i·ne \,asfə'delə,nē\ n, cap [NL, fr. Gk asphodeline, fem. of asphodelinos of asphodel, fr. asphodelos] : a genus of asphodels native to the Mediterranean region that have usu. yellow or white flowers in long bracted racemes
as·phod·e·lus \a'sfädᵊləs\ n, cap [NL, fr. L] : a genus of asphodels native to southern Asia and the Mediterranean region that have white, pink, or yellow flowers and clustered fleshy roots
as·phyx·ia \a'sfiksēə, ə's-, -kshə\ n -s [NL, fr. Gk, stopping of the pulse, fr. a- ²a- + -sphyxia (fr. sphyzein to throb)] : local or systemic deficiency of oxygen and excess of carbon dioxide in living tissues usu. as a result of interruption of respiration; broadly : ANOXIA — compare SUFFOCATION
as·phyx·i·al \-ksēəl\ adj [NL asphyxia + E -al] : marked by or relating to asphyxia
as·phyx·i·ant \-ksēənt\ n -s [asphyxiate + -ant] : an agent (as a gas) capable of causing asphyxia

Raytheon002608

**le·nite** \lə'nīt, lē-\ *vb* -ED/-ING/-S [back-formation fr. *lenition*] *vt* : to transform by lenition ~ *vi* : to undergo lenition
**le·nit·ic** \-'nid·ik\ *adj* [L *lenitas* mildness + E *-ic*] : LENTIC
**le·ni·tion** \-'nishən\ *n* -S [L *lenitus* (past. part. of *lenire* to soften) + E *-ion*; intended as trans. of G *lenierung*] **1** : the change from fortis to lenis articulation **2** : the replacement of a consonant in a Celtic language by a phonetically related consonant requiring less energy of articulation (as voiceless \k\ by voiced \g\ or stopped \k\ by continuant \k\)
**¹len·i·tive** \'lenəd·iv\ *adj* [MF *lenitif*, fr. ML *lenitivus*, fr. L *lenitus* (past part. of *lenire* to soften, alleviate) + *-ivus* -ive — more at LENIENT] **1** : alleviating pain or acrimony : ASSUASIVE, MITIGATING, SOOTHING ‹this is not a ~ novel —John Barkham› **2** *obs* : of mild or lenient disposition : GENTLE
**²lenitive** \"\ *n* -S **1** *archaic* : a soothing medicine or application **2** : a means of mitigation or alleviation : PALLIATIVE ‹the gentle ~ of sleep —Elinor Wylie›
**len·i·ty** \-nəd·ē\ *n* -ES [L *lenitat-, lenitas*, fr. *lenis* soft, mild + *-itat-, -itas* -ity] : the quality or state of being lenient : MILDNESS, GENTLENESS, LENIENCY **syn** see MERCY
**len·ni·lite** \'lenᵊl,īt\ *n* -S [*Lenni* Mills, Pa., its locality + E *-lite*] : a mineral consisting of a vermiculite
**len·no·ace·ae** \,lenə'wāsē,ē\ *n pl, cap* [NL, fr. *Lennoa*, type genus + *-aceae*] : a family of fleshy parasitic herbs (order Ericales) that are natives of California and Mexico and that lack green foliage, have small flowers in a head or compact thyrse and 5 to 10 stamens, and produce a 2-celled capsular fruit — **len·no·aceous** \'lenə'wāshəs\ *adj*
**len·now** \'le(,)nō\ *adj* [origin unknown] *dial chiefly Eng* : LIMP
**le·no** \'lē(,)nō\ *n* -S [perh. fr. F *linon* linen fabric, lawn, fr. MF *lin* flax, linen, fr. L *linum* — more at LINEN] **1** *also* **leno weave** : an open weave in which pairs of warp yarns cross one another and thereby lock the filling yarn in position **2** : a fabric made with a leno weave; *esp* : MARQUISETTE
**¹lens** \'lenz\ *n, pl* **lenses** *except sense 6* [NL, fr. L, lentil (plant); fr. its shape — more at LENTIL] **1 a** *also* **lense** \"\ : a piece of glass or other transparent substance that has two opposite regular surfaces either both curved or one curved and the other plane and that is commonly used in an optical instrument (as a camera, microscope, eyeglasses) to form an image by focusing rays of light — see CONVERGING LENS, DIVERGING LENS; CAMERA illustration **b** : a combination of two or more simple lenses — see OPTICAL SYSTEM **c** : a piece of plane colorless glass or colored or polarizing glass used (as in safety goggles or sunglasses) to protect the eye from dust or glare **2** : a device for directing or focusing radiation other than light (as sound waves, radio microwaves, electrons) ‹a revolutionary metal ~ capable of focusing radio waves —*Mech. Engineering*› **3** : a medium that focuses or clarifies ‹this artist . . . is the ~ through which the 16th century can be examined microscopically and understood —F.H.Taylor› **4** *also* **lense** : something shaped like a double-convex optical lens: as **a** : LENTIL 2 ‹a ~ of ore› ‹a ~ of sandstone› **b** : a deposit of archaeological material (as ashes or shells) that has a lens-shaped cross section on excavation **5** *also* **lense** : a highly transparent biconvex lens-shaped or nearly spherical body in the eye that focuses light rays entering the eye typically onto the retina, in the vertebrate lying immediately behind the pupil and being made up of slender curved rod-shaped ectodermal cells in concentric lamellae surrounded by a tenuous mesoblastic capsule and through a peripheral suspensory ligament continuous with the ciliary muscle contraction of which relaxes the ligament allowing the lens to become more spherical and thereby altering its focal length — compare ACCOMMODATION; see EYE illustration **6** *cap* [NL, fr. L, lentil] : a genus of small erect or partly climbing herbs with pinnate leaves, small inconspicuous whitish flowers, and small flattened pods — see LENTIL



lens 1a: *1* plano-convex, *2* biconvex, *3* converging meniscus, *4* plano-concave, *5* biconcave, *6* diverging meniscus

**²lens** \"\ *vb* -ED/-ING/-ES *vt* : to deposit or form a geologic lens ~ *vi* : to take a picture of : PHOTOGRAPH; *esp* : to make a motion picture of
**³lens** \"\ [NL, fr. L, lentil] *syn of* ENTADA
**len·sat·ic compass** \(')len¦zad·ik-\ *n* [¹*lens* + *-atic* (as in *quadratic*)] : a magnetic compass having a magnifying lens for reading the compass scale
**lens board** *n* : a removable panel support for a camera lens usu. equipped with iris diaphragm and shutter mounted in the lens barrel
**lens cell** *n* : a cell whose function is assumed to be light sensitivity that is found in the epidermis of leaves and other organs
**lensed** \'lenzd\ *adj* [¹*lens* + *-ed*] : provided with a lens
**lens hood** *n* : a shade for excluding stray light from a camera lens
**lens·less** \'lenzləs\ *adj* : having no lens
**lenslike** \'‑,‑\ *adj* : having the shape or function of a lens
**lens louse** *n, pl* **lens lice** : a person overeager to get into a news photograph or one who seeks undue prominence before a television or motion picture camera
**lens·man** \-zmən\ *n, pl* **lensmen** : PHOTOGRAPHER, CAMERAMAN ‹it was common to see a Leatherneck ~ wield a .45 automatic pistol in one hand and a 16 mm. camera in the other —Sam Jaffe›
**lens mount** *n* : the housing containing the components of a lens
**lens paper** *or* **lens tissue** *n* : a soft nonabrasive lintless tissue paper used for wiping and wrapping lenses
**lens placode** *n* : an ectodermal placode from which the lens of the embryonic eye develops
**lens turret** *n* : a device that can be rotated to allow the user of a photographic or television camera his choice of two or more lenses of different focal length
**¹lent** *past of* LEND
**²lent** \'lent\ *n* -S *usu cap* [ME *lente, lenten, leinte* springtime, Lent, fr. OE *lengten, langten, lencten*; akin to OS *lentin* spring, MD *lente, lenten, lentin*, OHG *lenglzin, lenzin*; all fr. a prehistoric WGmc compound whose constituents are represented respectively by E *long* and Goth *-tein-* in *sinteins* daily; akin to Skt *dina* day, L *dies* — more at DEITY] **1 a** : a period of penitence and fasting observed on the 40 weekdays from Ash Wednesday to Easter in the Roman Catholic and some other churches of Western Christianity : QUADRAGESIMA **b** : a somewhat longer Lent observed in Eastern Orthodox churches — compare XEROPHAGY **2** : a period of fasting ordained by any religion
**³lent** \"\ *n* -S [ME *lente*, fr. *lent*, past part. of *lenden* to lend — more at LEND] *dial Brit* : LOAN
**⁴lent** \"\ *adj* [ME *lente*, fr. MF *lent*, fr. OF, fr. L *lentus* slow, calm, flexible — more at LITHE] **1** *obs* : SLOW — used esp. of a fever or a fire **2** *archaic* : LENTO
**len·ta·men·te** \,lentə'men·(,)tā\ *adv (or adj)* [It, lit., slowly, fr. *lento*, adj., slow, fr. L *lentus*] : SLOWLY — used as a direction in music
**len·tan·do** \len·'tän(,)dō\ *adv (or adj)* [It, lit., becoming slower, fr. L *lentandus*, gerundive of *lentare* to lengthen in time, make flexible, fr. *lentus* slow, flexible] : in a retarding manner — used as a direction in music
**lent corn** *or* **lent grain** *n, usu cap L* [²*lent*] *dial Eng* : grain sown in Lent
**lent·en** \'lentᵊn, -ntən\ *adj, often cap* [ME *lenten, leinten*, fr. OE *lengten, lencten, lencten* of spring, Lenten, fr. *lencten, lengten* Lent, springtime — more at LENT] **1** : of or relating to Lent **2** : suitable to Lent : suggestive of fasting or abstinence : MEAGER, SOMBER, SPARE ‹a somewhat rigorous and *Lenten* manner in which to pass the happy festival of Easter —Elinor Wylie› **3** : MEATLESS ‹~ soup›
**lenten lily** *n, usu cap 1st L* : DAFFODIL
**lenten pie** *n, usu cap L* : meatless pie
**len·tib·u·lar·i·a·ce·ae** \(,)len-,tibyə,la(a)rē'āsē,ē\ *n pl, cap* [NL, fr. *Lentibularia*, type genus (prob. irreg. fr. L *lent-, lens* lentil + *tubulus* small tube, dim. of *tubus* tube) + *-aceae* — more at LENTIL, TUBE] : a family of insectivorous aquatic or bog herbs (order Polemoniales) having irregular flowers and capsular fruits — see BLADDERWORT, PINGUICULA, UTRICULARIA — **len·tib·u·lar·i·a·ceous** \(,)‑;‑‑,‑‑'āshəs\ *adj*
**len·tic** \'lentik\ *adj* [L *lentus* slow, calm, sluggish + E *-ic*] : of, relating to, or living in still waters (as lakes, ponds, swamps) — compare LOTIC
**len·ti·cel** \'lentə,sel\ *n* -S [NL *lenticella*, lit., small lentil, dim. of *lent-, lens* lentil] : a pore that is common in the stems of woody plants, is usu. opposite a stoma, is composed chiefly of loosely packed unsuberized cells produced by a phellogen, and is the path of exchange of gases between the atmosphere and the stem tissues
**len·ti·cel·late** \¦lentə¦selət\ *adj* [NL *lenticellatus*, fr. *lenticella* lenticel + L *-atus* -ate] : having or producing lenticels
**len·ti·cle** \'lentəkəl\ *n* -S [L *lenticula* lentil (plant, seed)] : a geological lens of moderate extent : LENTIL
**len·tic·u·la** \len·'tikyələ\ *n, pl* **lenticulas** \-ləz\ *or* **lenticulae** \-,lē\ [L, freckly eruption, freckles, lentil, dim. of *lent-, lens* lentil — more at LENTIL] **1** *med* : FRECKLE **2** [NL, dim. of *lent-, lens* lens] : a small optical lens
**len·tic·u·lar** \(')‑;‑‑lə(r)\ *adj* [L *lenticularis*, fr. *lenticula* lentil + *-aris* -ar] **1** : like a lentil in size or form : having the shape of a double-convex lens ‹a ~ cloud› ‹a ~ truss› **2** : of or relating to a lens **3** : of, relating to, mediated by, or indicating the lenticular nucleus **4** *photog* **a** : LENTICULATED ‹~ film› **b** : utilizing lenticules ‹a ~ photographic process› — **len·tic·u·lar·ly** *adv*
**lenticular ganglion** *n* : CILIARY GANGLION
**len·tic·u·lar·is** \(,)len-,tikyə'la(a)rəs\ *adj* [L, lenticular] : shaped like a lens — used of clouds
**lenticular nucleus** *n* : the larger and external nucleus of the corpus striatum including the outer reddish putamen and two inner pale yellow globular masses constituting the globus pallidus
**¹len·tic·u·late** \(')‑;‑‑lət, -,lāt\ *adj* [LL *lenticulatus* like a lentil in form, fr. L *lenticula* lentil + *-atus* -ate] : having lenticels
**²len·tic·u·late** \-,lāt\ *vt* -ED/-ING/-S [*lenticule* + *-ate*] *photog* : to provide with lenticules (as by embossing, molding, or coating) ‹*lenticulated* film›
**len·tic·u·la·tion** \(,)‑,‑‑'lāshən\ *n* -S **1** : the process of lenticulating **2** : LENTICULE 3
**len·ti·cule** \'lentə,kyül\ *n* -S [L *lenticula*] **1** *med* : FRECKLE **2** [influenced in meaning by NL *lent-, lens*] : a small geological lentil **3** [influenced in meaning by NL *lent-, lens*] : any of the minute lenses produced (as by embossing) on the base side of a photographic film, serving to record elements of two or more photographic images, and used in stereoscopic or color photography
**len·ti·form** \-,fȯrm\ *adj* [L *lent-, lens* lentil + E *-iform*] : LENTICULAR
**len·tig·i·nous** \(')len-,tijənəs\ *also* **len·tig·i·nose** \-,nōs\ *adj* [L *lentiginosus*, fr. *lentigin-, lentigo* lentigo + *-osus* -ous] : of or relating to lentigo : FRECKLED
**len·ti·go** \len·'tī(,)gō, -tē(-\ *n, pl* **len·tig·i·nes** \-tijə,nēz\ [L, fr. *lent-, lens* lentil] **1** : a small melanotic spot in the skin, the pigmentation being unrelated to exposure to sunlight and the lesion potentially malignant; *esp* : NEVUS — compare FRECKLE **2** : FRECKLE
**len·til** \'lentᵊl\ *n* -S [ME, fr. OF *lentille*, fr. L *lenticula*, dim. of *lent-, lens*; akin to Gk *lathyros* chickling, *lathyris* caper spurge] **1 a** : a widely cultivated Eurasian annual plant (*Lens culinaris*) grown for its flattened seeds that are cooked like peas or beans and are also ground into meal and for its leafy stalks that are used as fodder **b** : the seed of the lentil **2** : a thin-edged geological stratum of limited extent enclosed by strata of different material
**len·tile** \'lentᵊl\ *archaic var of* LENTIL
**lentil tare** *n* : SLENDER VETCH
**len·tisc** *or* **len·tisk** \'len·,tisk, ‑'‑\ *n* -S [ME *lentisk*, fr. L *lentiscus*] : LENTISCUS
**len·tis·cus** \len·'tiskəs\ *n, pl* **lentiscus·es** \-iskəsəz\ *or* **lentis·ci** \-i,sī, -i(,)skē\ [L] **1** : MASTIC TREE **2** : a preparation of mastic leaves
**len·tis·si·mo** \len·'tisə,mō\ *adv (or adj)* [It, lit., very slow, fr. L *lentissimus*, superl. of *lentus* slow] : in a very slow manner — used as a direction in music
**len·ti·tude** \'lentə,tüd, -,tyüd\ *n* -S [F or L; F, fr. L *lentitudo*, fr. *lentus* flexible, slow + *-tudo* -tude — more at LITHE] *archaic* : SLOWNESS, SLUGGISHNESS
**lent lily** *or* **lent rose** *n, usu cap Lent* [²*lent*] **1** *dial chiefly Eng* : DAFFODIL **2** : MADONNA LILY
**len·to** \'len·(,)tō\ *adv (or adj)* [It, adv., fr. *lento*, adj., slow, fr. L *lentus*] : in a slow manner — used as a direction in music
**¹len·toid** \'len,tȯid\ *adj* [NL *lent-, lens* lens + E *-oid*] : shaped like a lens ‹a ~ gem› ‹~ bodies in the retina›
**²lentoid** \"\ *n* -S : a lens-shaped structure
**len·tor** \'len·,tȯ(ə)r\ *n* -S [L, fr. *lentus* sticky, flexible, slow + *-or*] **1** *archaic* : VISCIDITY — used of the blood **2** *archaic* : SLOWNESS
**len·zi·tes** \'lenzə,tēz\ *n, cap* [NL, fr. H. O. *Lenz* 19th cent. Ger. botanist + L *-ites* -ite] : a genus of bracket fungi (family Polyporaceae) having the hymenium of frequently interconnected plates resembling gills and including a fungus (*L. sepiaria*) that causes a dry rot of timber
**lenz's law** \'len(t)səz-, -nzəz-\ *n, usu cap 1st L* [after H. F. E. *Lenz* †1865 Ger. physicist, its formulator] : a law in physics: the electromotive force due to electromagnetic induction tends to produce a current in such direction that the reaction of the current with the inducing flux opposes whatever change is responsible for the induction
**leo** \'lē(,)ō\ *n* -S *usu cap* [L, lit., lion — more at LION] : the fifth sign of the zodiac — see SIGN table, ZODIAC illustration
**le·od·i·ce** \lē'ädə(,)sē\ *n, cap* [NL, prob. irreg. fr. Gk *Laodikē* Laodice, a proper name] : a genus (the type of the family Leodicidae) of polychaete worms that includes the largest known polychaetes
**¹le·od·i·cid** \-,səd, -,sid\ *adj* [NL *Leodicidae*] : of or relating to the Leodicidae
**²leodicid** \"\ *n* -S : a worm of the family Leodicidae
**le·o·dic·i·dae** \,lēə'disə,dē\ *n pl, cap* [NL, fr. *Leodice*, type genus + *-idae*] : a family of polychaete worms related to the Nereidae
**le·o·nar·desque** \¦lēə¦när¦desk\ *adj, usu cap* [*Leonardo* da Vinci †1519 Florentine painter, sculptor, architect, engineer, and scientist + E *-esque*] : of, relating to, or suggesting Leonardo or the subjects or style of his paintings
**le·o·nar·di·an** \¦lēə¦närdēən\ *adj, usu cap* [*Leonard* Mountain, Brewster co., Tex. + E *-ian*] : of or relating to a subdivision of the Permian following the Wolfcamp and preceding the Guadalupian — see GEOLOGIC TIME table
**le·on·ci·to** \,lēən'sē(,)tō\ *n* -S [Sp *león* lion (fr. L *leon-, leo*) + *-cito* (dim. suffix)] : LION MONKEY
**le·o·nese** \¦lēə¦nēz, ¦lēə-, -ēs\ *n, pl* **leonese** *cap* [Sp *leonés*, fr. *León*, region and ancient kingdom of Spain + Sp *-és* (adj. & n. suffix), fr. (assumed) VL *-esis* — more at -ESE] **1** : a native of León **2** : the Spanish dialect spoken in León
**le·on·har·dite** \,lēən'här,dīt\ *n* -S [G *leonhardit*, fr. Karl C. von *Leonhard* †1862 Ger. mineralogist + G *-it* -ite] : a laumontite altered by loss of water
**¹le·o·nine** \'lēə,nīn, -,nən\ *adj* [ME, fr. L *leoninus*, fr. *leon-, leo* lion + *-inus* -ine — more at LION] **1** : resembling or suggesting that of a lion ‹a ~ head and shoulders —Albert Spalding› ‹evoked the ~ rage of the master —F.J.Mather› **2** : of or relating to a lion
**²leonine** \"\ *adj, usu cap* [ML *Leoninus*, fr. *Leon-, Leo* Pope Leo IV †855 + L *-inus* -ine] : of or relating to Pope Leo IV ‹thenceforth known as the *Leonine* city, it contained St. Peter's —M.W.Baldwin›
**³leonine** \"\ *adj, usu cap* [NL *Leoninus*, fr. *Leon-, Leo* Pope Leo XIII †1903 + L *-inus* -ine] : of or relating to Pope Leo XIII ‹the translation . . . is from the Latin of the *Leonine* edition —W.L.Farrell›
**leonine partnership** *n* [trans. of L *leonina societas*] : a partnership in which one partner is made liable for the losses but is not entitled to share in the profits and which is usu. regarded as not legally permissible
**leonine rhyme** *n* [prob. trans. of F *rime léonine*, fr. MF] : internal rhyme used in leonine verse
**le·o·nines** \'lēə,nīnz, -,nənz\ *n pl* : LEONINE VERSE
**leonine verse** *n* [prob. fr. F *léonin*, fr. MF, fr. OF] **1** : Latin verse in which the last word in the line rhymes with the word just before the middle caesura (as in "gloria factorum temere conceditus horum") **2** : English verse in which the end of the line rhymes with a sound occurring near the middle of the line (as in Tennyson's "the long light shakes across the lakes")
**le·o·nite** \'lēə,nīt\ *n* -S [G *leonit*, fr. *Leo* Strippelmann 19th cent. Ger. director of salt works + connective *-n-* + G *-it* -ite] : a mineral $K_2Mg(SO_4)_2.4H_2O$ consisting of a hydrous magnesium potassium sulfate occurring in monoclinic crystals
**le·o·no·tis** \,‑‑'nōd·əs\ *n, cap* [NL, fr. Gk *leōn* lion + *ōt-, ous* ear — more at LION, EAR] : a small genus of tropical herbs or low shrubs (family Labiatae) of southern Africa with whorls of showy very irregular red, yellow, or white flowers — see DAGGA 2
**le·on·ti·a·sis** \,lēən·'tīəsəs\ *n, pl* **leontia·ses** \-ə,sēz\ [NL, fr. Gk *leontiasis* early stage of elephantiasis, fr. *leont-, leōn* lion + *-iasis*] **1** : leprosy affecting the flesh of the face and giving it a leonine appearance **2** *or* **leontiasis ossea** : an overgrowth of the bones in the head producing enlargement and distortion of the face
**le·on·to·ce·bus** \lē,äntə'sēbəs\ *n, cap* [NL, fr. Gk *leont-, leōn* lion + NL *Cebus*] : a genus of So. American marmosets comprising the tamarins
**le·on·to·don** \lē'äntə,dän\ *n, cap* [NL, fr. Gk *leont-, leōn* lion + NL *-odon*] : a genus of Old World weedy herbs (family Compositae) having pinnatifid leaves, solitary heads of mostly yellow ray flowers, and achenes with a plumose pappus — see FALL DANDELION
**le·on·to·po·di·um** \,‑,‑‑'pōdēəm\ *n, cap* [NL, fr. L *leontopodion*, a plant, lion's-foot, fr. Gk, fr. *leont-, leōn* lion + *-podion* -podium] : a small genus of herbs (family Compositae) that are natives of mountainous regions of Eurasia and So. America and have small discoid flower heads much exceeded by the white woolly black-tipped bracts
**le·o·nu·rus** \,lēə'n(y)ùrəs\ *n, cap* [NL, fr. Gk *leōn* lion + NL *-urus*] : a genus of stout Old World herbs (family Labiatae) having cut-lobed leaves, close whorls of axillary flowers and angled nutlets — see MOTHERWORT
**leop·ard** \'lepə(r)d\ *n* -S *often attrib* [ME *leupard, leopard, lepard*, fr. OF *lepart, leupart, liepart*, fr. LL *leopardus*, fr. Gk *leōn* lion + *pardos* pard — more at LION, PARD] **1 a** : a large strong cat (*Felis pardus*) of southern Asia and Africa that is usu. tawny or buff with black spots arranged in broken rings or rosettes, is somewhat arboreal, and often lies in ambush for its prey that consists of most animals small or weak enough for it to overcome — called also *panther* **b** : any of several other cats closely resembling a leopard — usu. used with a qualifying word ‹hunting ~› **2 a** (1) : a heraldic representation of a lion passant guardant (2) : a heraldic representation of a lion guardant **b** : a heraldic representation of a leopard **3** : a leopard that is a symbol of unchangeableness ‹can the Ethiopian change his skin or the ~ his spots? —Jer 13:23 (RSV)› **4** : the fur or pelt of a leopard


leopard 1a

**leopard cat** *n* **1** : a small spotted cat (*Felis bengalensis*) of southern Asia and Malaysia **2** : OCELOT
**leop·ard·ess** \'lepə(r)dəs\ *n* -ES : a female leopard
**leopard flower** *n* : BLACKBERRY LILY
**leopard frog** *n* **1** : a common American frog (*Rana pipiens*) that is bright green with large black white-margined blotches on the back **2** : a frog (*Rana sphenocephala*) of the southeastern U. S. similar to the leopard frog
**leop·ard·ine** \'lepə(r),dēn\ *n* -S [*leopard* + *-ine*] : rabbit fur processed to simulate leopard
**leopard lily** *n* **1** : a Californian lily (*Lilium pardalinum*) with mottled orange flowers **2** : a plant (*Lachenalia pendula*) of southern Africa with spotted flowers **3** : a plant of the genus *Sansevieria* **4** : BLACKBERRY LILY
**leopard lizard** *n* : a large blotched and barred iguanid lizard (*Crotaphytus wislizenii* syn. *Gambelia wislizenii*) of Mexico and the western U. S.
**leopard man** *n, pl* **leopard men** : a member of a West African native secret society that practices clawing its victims to death for ritual or cannibalistic purposes
**leopard moth** *n* : a large European moth (*Zeuzera pyrina*) that has white wings thickly spotted with black, bores in fruit and shade trees in its larval stage, and is now abundant in eastern No. America
**leopard of england** *usu cap E* : LION OF ENGLAND
**leopard plant** *n* : an herb (*Ligularia kaempferi*) native to Japan; *esp* : the ornamental form of the leopard plant (*L. k. aureomaculata*)
**leopard's-bane** \'‑‑,‑\ *n, pl* **leopard's-banes** **1** *also* **leopardbane** \'‑‑,‑\ : a plant of the genus *Doronicum* **2** : a perennial herb (*Arnica eucanilis*) with a glandular stem and sessile or short-based leaves **3** : HERB PARIS
**leopard seal** *n* : a spotted antarctic seal (*Hydrurga leptonyx*) occas. encountered on the south coasts of Australia and New Zealand — called also *sea leopard*
**leopard's face** *n, pl* **leopard's faces** *or* **leopards' faces** : a heraldic representation of the head of a leopard affronté without any of the neck showing — compare LION'S FACE
**leopard shark** *n* : any of several sharks more or less mottled or blotched with black on a lighter ground: as **a** : a small widely distributed Pacific cat shark (*Triakis semifasciata*) of commercial importance as a food fish in California **b** : TIGER SHARK **c** : a sluggish mollusk-eating Indo-Pacific shark (*Stegostoma fasciatum*)
**leopard's head** *n, pl* **leopard's heads** *or* **leopards' heads** **1** : LEOPARD'S FACE **2 a** : a heraldic representation of the head and neck of a leopard affronté **b** : a heraldic representation of the head and neck of a leopard in profile
**leopard-skin chief** \'‑‑,‑\ *n* : a mediator or arbitrator who settles disputes and feuds among the Nuer
**leopard snake** *n* : a widely distributed European spotted colubrid snake (*Elaphe situla*) closely related and similar in habits to the American corn snake
**leopard squirrel** *n* : THIRTEEN-LINED GROUND SQUIRREL
**leopard tortoise** *n* : a large black yellow-spotted African land tortoise (*Geochelone pardalis*) often attaining a shell length of 20 inches and weighing more than 50 pounds
**leopard tree** *n* : an Australian tree (*Flindersia maculosa*) whose bark splits off in irregular pieces thereby giving the trunk a spotted appearance — called also *leopardwood*
**leopardwood** \'‑‑,‑\ *n* **1 a** : LETTERWOOD **b** : a tree yielding such wood **2 a** : leopard tree wood **b** : LEOPARD TREE
**le·o·pol·din·ia** \,lēə,pōl'dinēə\ *n, cap* [NL, fr. Maria *Leopoldina* †1826 wife of Dom Pedro I of Brazil + NL *-ia*] : a small genus of very large pinnate-leaved palms mostly confined to the Amazon valley including some (as *L. piassaba*) that yield a piassava fiber
**le·o·pold·ite** \'‑‑,dīt\ *n* -S [G *leopoldit*, fr. *Leopoldshall*, town in Germany (now part of Stassfurt), its locality + G *-it* -ite] : SYLVITE
**le·o·pold·ville** \'lēə,pōl(d),vil\ *adj, usu cap* [fr. *Léopoldville*, Congo] : of or from Léopoldville, capital of Congo : of the kind or style prevalent in Léopoldville
**le·o·tard** \'lēə,tärd\ *n* -S [after Jules *Léotard*, 19th cent. Fr. aerial gymnast] **1** : a close-fitting garment for the torso that sometimes has long sleeves, a high neck, or ankle-length legs and that is worn for practice or performance by dancers, acrobats, and aerialists — often used in pl. **2** : TIGHTS — often used in pl.


leotard 1

**¹lep·a·did** \'lepəd·əd, -,did\ *adj* [NL *Lepadidae*] : of or relating to the Lepadidae
**²lepadid** \"\ *n* -S : a barnacle of the family Lepadidae
**le·pad·i·dae** \lə'padə,dē\ *n pl, cap* [NL, fr. *Lepad-, Lepas*,

site limbs (as in various complex reflexes and some dance patterns) 7 : the relationship of partial difference between two partially similar elements of a language (as oral versus nasal with *b* and *m* or singular versus plural with *man's* and *men's*)
**op·po·si·tion·al** \ˌ••ˈzishən°l, -shnəl\ *adj* 1 : relating to or constituting opposition ⟨~ activities⟩ 2 : acting in opposition to one another ⟨~ alleles⟩
**op·po·si·tion·ary** \-shəˌnerē\ *adj* : OPPOSITIONAL 1
**op·po·si·tion·ism** \-ˌnizəm\ *n* -s : a policy of opposition (as in politics)
**op·po·si·tion·ist** \-nəst\ *n* -s : a member of an opposition or one who advocates or practices oppositionism
**op·po·si·tion·less** \-nləs\ *adj* : lacking opposition
**op·po·si·tious** \ˌ••ˈzishəs\ *adj* [*opposition* + *-ous*] : inclined to oppose : determined in opposition
**op·pos·i·tive** \əˈpäzəd·iv, -ətiv\ *adj* [L *oppositus* (past part. of *opponere* to set against) + E *-ive* — more at OPPOSE] : tending to oppose : functioning in the expression of contrariety — **op·pos·i·tive·ly** \-əvlē, -li\ *adv*
**op·po·sure** \əˈpōzhə(r)\ *n* -s [*oppose* + *-ure*] : OPPOSITION
**op·press** \əˈpres\ *vt* -ED/-ING/-ES [ME *oppressen*, fr. MF *oppresser*, fr. ML *oppressare*, fr. L *oppressus*, past part. of *opprimere* to press down, fr. *ob-* + *-primere* (fr. *premere* to press) — more at PRESS] 1 a *archaic* : to put down : SUPPRESS, QUELL b : to crush, burden, or trample down by or as if by abuse of power or authority : treat with unjust vigor or with cruelty ⟨rulers that ~ the people⟩ 2 a : to burden spiritually or mentally as if by pressure : weigh heavily upon : weigh down ⟨~*ed* by a sense of failure⟩ ⟨~*ed* by prolonged sultry weather⟩ b *obs* : HARASS, DISTRESS 3 *archaic* a : to press upon with physical violence : injure by physical pressure : CRUSH, TRAMPLE b : to overpower in or as if in battle : overwhelm by numbers c *obs* : OVERCOME — used of sleep, death, or other vital phenomena 4 *obs* a : to take unawares b : RAPE, RAVISH **syn** see DEPRESS, WRONG
**oppressed** *adj* [fr. past part. of *oppress*] : subjected to debruising
**op·press·ible** \əˈpresəbəl\ *adj* : subject to oppression : unable to resist oppression
**op·pres·sion** \əˈpreshən\ *n* -s [MF, fr. L *oppression-, oppressio*, fr. *oppressus* + *-ion-, -io* -ion] 1 a : unjust or cruel exercise of authority or power esp. by the imposition of burdens; *esp* : the unlawful, excessive, or corrupt exercise of power other than by extortion by any public officer so as to harm anyone in his rights, person, or property while purporting to act under color of governmental authority b : something that so oppresses : EXACTION ⟨unfair taxes and other ~s⟩ 2 a : the act of weighing down (as a person, his mind or spirits) ⟨the continued ~ of the heat⟩ b : the condition of being weighed down (as by misfortune) 3 : an act of pressing down : PRESSURE, WEIGHT 4 : a sense of heaviness or obstruction in the body or mind : DEPRESSION, DULLNESS, LASSITUDE ⟨an ~ of spirits⟩ ⟨an ~ of the lungs⟩
**op·pres·sive** \əˈpresiv, -sēv *also* -səv\ *adj* [ML *oppressivus*, fr. L *oppressus* + *-ivus* -ive] 1 : unreasonably burdensome : unjustly severe, rigorous, or harsh : constituting oppression ⟨~ legislation⟩ ⟨~ taxes⟩ ⟨~ exactions⟩ 2 : using or depending upon oppression : TYRANNICAL ⟨an ~ ruler⟩ 3 : overpowering or depressing to the spirit or senses : hard to be borne ⟨~ grief⟩ ⟨an ~ climate⟩ ⟨to ease the soul of one ~ weight —Alexander Pope⟩ **syn** see ONEROUS
**op·pres·sive·ly** \-səvlē, -li\ *adv* : in an oppressive manner : so as to oppress
**op·pres·sive·ness** \-sivnəs, -sēv-\ *n* -ES : the quality or state of being oppressive
**op·pres·sor** \-sə(r)\ *n* -s [ME, fr. AF *oppressour*, fr. L *oppressor* crusher, destroyer, fr. *oppressus* + *-or*] : one that oppresses esp. when in a position of public authority ⟨the orphan pines while the ~ feeds —Shak.⟩
**op·pro·bri·ate** \əˈprōbrēˌāt\ *vt* -ED/-ING/-S [ML *opprobriatus*, past part. of *opprobriare*, fr. L *opprobrium*] : to regard or speak of as opprobrious
**op·pro·bri·ous** \-ēəs\ *adj* [ME, fr. MF or LL; MF *opprobrieux*, fr. LL *opprobriosus*, fr. L *opprobrium* + *-osus* -ous] 1 : expressive of opprobrium : conveying or intended to convey disgrace : SCURRILOUS, CONTUMELIOUS — used chiefly of utterances ⟨~ language⟩ 2 : deserving of opprobrium : INFAMOUS, DESPICABLE ⟨this ~ monument to human greed⟩ ⟨this dark, ~ den of shame —John Milton⟩ — **op·pro·bri·ous·ly** *adv* — **op·pro·bri·ous·ness** *n* -ES
**op·pro·bri·um** \-ēəm\ *n* -s [L, fr. *opprobrare* to reproach, fr. *ob-* + *probrum* disgraceful act, infamy, reproach, fr. *prober* guilty, subject to reproach; akin to Gk *propherein* to bring forward, reproach — more at FOR, BEAR] 1 : something that gives occasion for disgrace or reprobation : opprobrious behavior 2 *obs* : opprobrious utterance 3 a : public or known disgrace or ill fame that ordinarily follows from or is attached to conduct considered grossly wrong or vicious : INFAMY ⟨I can name four from thereabouts who have been in the pen. To only one . . . who . . . turned out to be truly criminal, does ~ attach —Oliver La Farge⟩ b : contempt or distaste usu. mingled with reproach and an implication of inferiority ⟨*cold storage* was once a term of ~⟩ ⟨there has always been ~ attached to ignorance of grammar —Charlton Laird⟩ **syn** see DISHONOR
**op·pro·bry** \əˈprōbrē\ *n* -ES [ME, fr. L *opprobrium*] *archaic* : OPPROBRIUM
**op·pugn** \əˈpyün\ *vb* -ED/-ING/-S [ME *oppugnen*, fr. L *oppugnare*, fr. *ob-* + *pugnare* to fight — more at PUGNACIOUS] *vt* 1 a : to fight against b *obs* : WITHSTAND 2 : to call in question : challenge the accuracy, propriety, probity, or other quality of : CONTROVERT ~ *vi* : stand in opposition : CONTEND
**op·pug·nan·cy** \əˈpəgnənsē, -si\ *n* -ES [LL *oppugnantia*, fr. L *oppugnant-, oppugnans* + *-ia* -y] : OPPOSITION, HOSTILITY, RESISTANCE
¹**op·pug·nant** \-nənt\ *adj* [L *oppugnant-, oppugnans*, pres. part. of *oppugnare*] : HOSTILE, OPPOSING, ANTAGONISTIC
²**oppugnant** \"\ *n* -s : OPPONENT, ANTAGONIST
**op·pug·nate** \-ˌnāt\ *vt* -ED/-ING/-S [L *oppugnatus*, past part. of *oppugnare*] *archaic* : OPPUGN
**op·pug·na·tion** \ˌä(ˌ)pəgˈnāshən\ *n* -s [L *oppugnation-, oppugnatio*, fr. *oppugnatus* + *-ion-, -io*, -ion] : ATTACK, OPPOSITION
**op·pugn·er** \əˈpyünə(r)\ *n* -s : one that oppugns
**oppy** *abbr* opportunity
**opr** *abbr* operate; operator
**oprich·nik** \əˈprichnik\ *n, pl* **oprich·ni·ki** \-nəkē\ *or* **oprichniks** [Russ., fr. *oprichina* corps of life-guards of Ivan IV] : a member of an imperial Russian police force
**op·ry** \ˈäprē, -ri\ *dial var of* OPERA
**-ops** \ˌäps\ *n comb form* [Gk *-ōp-, -ōps*, fr. *ōp-, ōps* eye, face — more at EYE] 1 *pl* -ops *or* -opses : organism with a (specified) kind of eye or face — chiefly in generic names ⟨megalops⟩ ⟨Stylops⟩ ⟨Selenops⟩ 2 : organism resembling a (specified) thing — in generic names usu. combined with the names of other genera ⟨Echinops⟩ ⟨Dryobalanops⟩
**-op·sia** \ˈäpsēə\ *or* **-op·sy** \ˌäpsē, -si\ *n comb form, pl* **-opsias** *or* **-opsies** [*-opsia* fr. NL, fr. Gk, fr. *opsis* appearance, vision + *-ia* -y; *-opsy* fr. Gk *-opsia* — more at -OPSIS] : vision of a (specified) kind or condition ⟨anopsia⟩ ⟨hemiopsia⟩
**op·si·math** \ˈäpsəˌmath\ *n* -s [Gk *opsimathēs* late in learning, fr. *opse, opsi* late (akin to Gk *epi* on, to) + *-mathēs*, fr. *manthanein* to learn — more at EPI-, MATHEMATICAL] : a person who begins to learn late in life
**op·sin** \ˈäpsən\ *n* -s [prob. back-formation fr. *rhodopsin*] : any of various colorless proteins formed together with retinene by the action of light on a visual pigment (as rhodopsin or porphyropsin)
**-op·sis** \ˈäpsəs\ *n comb form* [NL, fr. Gk, fr. *opsis* appearance, vision — more at OPTIC] 1 a : organism resembling or having a part that resembles a (specified) thing — in generic names ⟨Chilopsis⟩ ⟨Ampelopsis⟩ b *pl* **-opses** : structure resembling a (specified) thing ⟨caryopsis⟩ 2 *pl* **-opses** : -OPSIA
**op·sis·form** \ˈäpsəsˌfȯrm\ *also* **op·sis·type** \-ˌtīp\ *n* [Gk *opsis* + E *form, type*] : a rust fungus that lacks uredinia — compare EU-FORM
**opson-** *or* **opsono-** *comb form* [*opsonin*] : opsonin ⟨opsonic⟩ ⟨opsonotherapy⟩ ⟨opsonophilic⟩
**op·son·ic** \(ˈ)äpˈsänik, -nēk\ *adj* [*opson-* + *-ic*] : of, relating to, or involving opsonin ⟨an ~ test⟩
**opsonic index** *n* : the ratio of the phagocytic index of a tested serum to that of normal serum taken as the unit
**op·son·i·fi·ca·tion** \(ˌ)äpˌsänəfəˈkāshən\ *n* -s [*opson-* + *-i-* + *-fication*] : the action or the effect of opsonins in making bacteria more readily phagocytized
**op·so·nin** \ˈäpsənən\ *n* -s [L *opsonium* relish (fr. Gk *opsōnion* victuals, money for victuals, fr. *opsōnein* to purchase victuals + E *-in* — more at DUOPSONY] : a constituent of blood serum that makes foreign cells (as invading pathogenic bacteria) more susceptible to the action of the phagocytes
**op·so·nize** \-ˌnīz\ *vt* -ED/-ING/-S : to modify (as a bacterium) by the action of opsonins
**op·so·no·cy·to·phag·ic test** \ˌäpsəˌnō+...\ *n* [*opson-* + *cytophagic*] : a test for immunity to or infection by a pathogenic organism (as of brucellosis or whooping cough) based on the assumption that the serum of an immune or infected individual contains specific opsonins capable of facilitating phagocytosis of the organism in question
**-op·sy** \ˌäpsē, -op-, -si\ *n comb form* -ES [Gk *-opsia*] 1 : -OPSIA 2 : examination ⟨biopsy⟩
**opt** \ˈäpt\ *vi* -ED/-ING/-S [F *opter* to choose, desire, fr. L *optare* — more at OPINE] 1 : to make a choice of citizenship; *esp* : to choose between a former citizenship and that of a new sovereign state made of a territory transferred by treaty ⟨~*ed* to retain his nationality⟩ 2 a : to decide to do one of two or more alternatively possible things ⟨~*ed* to go to Europe⟩ b : to decide in favor of one or more alternatively available things or courses ⟨give the people an opportunity to ~ for statehood —Rupert Emerson⟩ ⟨would still ~ for a good jazz band⟩
**opt** *abbr* 1 operate 2 optative 3 optical; optician; optics 4 option; optional
**opt·able** *adj* [L *optabilis* desirable, fr. *optare* + *-abilis*, -able] *obs* : worthy to be chosen : DESIRABLE
**op·tant** \ˈäptənt\ *n* -s [G & Dan, fr. L *optant-, optans*, pres. part. of *optare* to choose] : one who opts
**op·tate** \ˈäpˌtāt\ *vi* -ED/-ING/-S [L *optatus*, past part. of *optare*] : OPT 2 — **op·ta·tion** \äpˈtāshən\ *n* -s
¹**op·ta·tive** \ˈäptəd·iv, -ətiv; (ˈ)äpˈtād·iv, -ātiv\ *adj* [MF *optatif*, fr. LL *optativus*, fr. L *optatus* + *-ivus* -ive] 1 a : of, relating to, characterizing, or being a mood of verbs in Greek and other languages that is expressive of wish or desire and various related distinctions b : characterizing or being a sentence that is expressive of wish or hope and marked as optative by the subjunctive mood and by word order (as in *Heaven help him*) 2 : expressing desire or wish — **op·ta·tive·ly** \-ə̇vlē, -ətiv-, -li\ *adv*
²**optative** \"\ *n* -s 1 a : the optative mood b : a verb or verbal form denoting the optative mood 2 : something to be desired
¹**op·tic** \ˈäptik, -tēk\ *adj* [MF *optique*, fr. ML *opticus*, fr. Gk *optikos*, fr. *optos* (verbal of *opsesthai* to be going to see) + *-ikos* -ic; akin to Gk *opsis* sight, appearance, vision, *ōps* eye, face, *omma*, *omma* eye — more at EYE] 1 a : of or relating to vision ⟨~ phenomenon⟩ b : dependent chiefly on vision for orientation ⟨man is basically an ~ animal⟩ — compare OSMATIC 2 a : of or relating to the eye : OCULAR ⟨the ~ axis⟩ b : affecting the eye or an optic structure 3 *archaic* : relating to optics : OPTICAL
²**optic** \"\ *n* -s [in sense 1, prob. trans. of It *ottica*, fr. L *optice*, fr. Gk *optikē*, fr. fem. of *optikos*; in other senses, fr. ¹*optic*] 1 *obs* : OPTICS 2 : an organ of sight : EYE — not used technically 3 : any of the lenses, prisms, or mirrors of an optical instrument ⟨the ~s of this instrument⟩ ⟨interchangeable ~s of quartz, glass, rock salt —R.A.Sawyer⟩
**op·ti·cal** \-təkəl, -tēk-\ *adj* [in sense 1, fr. ²*optic* + *-al*; in other senses, fr. ¹*optic* + *-al*] 1 a : relating to the science of optics b : dealing with or expert in optics 2 : relating to vision : OCULAR, VISUAL ⟨an ~ illusion⟩ 3 a : designed or constructed to aid the vision ⟨an ~ magnifier⟩ b : acting by means of light or in accord with the principles of optics
**optical activity** *n* : ability to rotate the plane of polarization of light — compare OPTICAL ROTATION
**optical anomaly** *n* : an apparent lack of harmony between the crystal form of a mineral and its optical properties
**optical antipode** *n* : ENANTIOMORPH 2
**optical axis** *n* 1 a : a straight line perpendicular to the front of the cornea of the eye and extending through the center of the pupil b : the axis of symmetry of a radially symmetrical optical system 2 : OPTIC AXIS 1
**optical bench** *n* : a horizontal rod or movable track that is fitted with movable clamps, is usu. provided with a linear scale, and is used for the convenient location and adjustment of light sources, optical devices, and screens employed in the observation and measurement of optical phenomena
**optical bleach** *n* : FLUORESCENT BRIGHTENER
**optical calcite** *n* : calcite suitable for use in optical instruments
**optical center** *n* 1 : a point on the axis of a lens that is so located that any ray of light passing through it in passing through the lens suffers no net deviation and that may be within, without, or on either surface of the lens 2 : the part of a flat surface (as a printed page or sheet) that appears to the eye to be in the center esp. when not coincident with the geometric center
**optical constant** *n* : any of several quantities characteristic of the optical behavior of a substance (as the refractive index, absorption coefficient, or reflectivity for a specified wavelength)
**optical contact** *n* : juxtaposition of two surfaces (as of glass) with a separation small compared to the wavelength of light so that interference fringes are not observable
**optical correction** *n* : a slight modification of geometrically correct lines (as of a building) for the purpose of making them appear correct to the eye
**optical density** *n* : DENSITY 5
**optical double star** *also* **optical double** *or* **optical pair** *n* : DOUBLE STAR 2 — compare PHYSICAL DOUBLE STAR
**optical electron** *n* : VALENCE ELECTRON
**optical flat** *n* : FLAT 6 a
**optical gage** *n* : a gage (as a micrometer comparator) that makes no direct contact with the object measured but measures an optical image of it
**optical glass** *n* : flint or crown glass of extreme purity and well-defined optical characteristics that is used chiefly for making lenses, prisms, and other optical forms
**optical haze** *n* : a condition of impaired atmospheric transparency resulting when the juxtaposition of air masses of different densities over a heated surface induces irregular refraction
**optical inversion** *n* : INVERSION 5 a
**optical isomer** *n* : one of two or more forms of a compound exhibiting optical isomerism
**optical isomerism** *n* : stereoisomerism in which the isomers have different effects on polarized light and in which asymmetry of the molecule as a whole or the presence of one or more asymmetric atoms is held to be responsible for such effects — compare ASYMMETRIC CARBON ATOM, DIASTEREOISOMERISM, ENANTIOMORPHISM, GEOMETRIC ISOMERISM
**optical lever** *n* : an arm or lever the displacement of which is measured by an attached mirror and a fixed telescope and scale commonly used for measuring small lengths
**op·ti·cal·ly** \ˈäptək(ə)lē, -tēk-, -li\ *adv* [*optical* + *-ly*] 1 : by means of sight : with or to the eye ⟨as viewed ~⟩ ⟨an ~ accurate measurement⟩ 2 : with reference to or by means of optics or to optical properties ⟨vitamins measured ~⟩ ⟨~ ground surfaces⟩ — compare OPTICALLY ACTIVE
**optically active** *adj* : capable of rotating the plane of polarization of light to the right or left : either dextrorotatory or levorotatory ⟨*optically active* substances may be divided into two classes depending upon whether activity is due to crystal structure —R.L.Shriner & Roger Adams⟩ — see ASYMMETRIC CARBON ATOM
**optically inactive** *adj* : INACTIVE c (2)
**optical maser** *n* : LASER
**optical microscope** *n* : a microscope in which light rays are seen directly by the observer as distinguished from one (as an electron microscope) in which some transformation or system of indirect viewing is used
**optical path** *n* : the path followed by a ray of light through an optical system
**optical printer** *n* : an apparatus for transferring a photographic picture or sound image from one film to another by means of various optical elements and devices that permit changing the size of the image and the production of special effects (as fades, dissolves, wipes) not usu. possible with contact printing
**optical pyrometer** *n* : a pyrometer that measures temperature by means of determining the intensity of the light of a particular wavelength emitted by a hot body
**optical rotation** *n* : the angle through which the plane of polarization of polarized light that traverses an optically active substance is rotated depending on the nature of the substance, on the length of the layer of the substance traversed, and on the wavelength of the light
**optical section** *n* : a plane in a translucent object (as a slip of tissue or a cell) brought into view by adjustment of the focus of a microscope
**optical square** *n* : a small hand instrument used by surveyors for laying off a right angle by means of two mirrors set at an angle of 45 degrees
**optical system** *n* : a combination of lenses, mirrors, and prisms that constitutes the optical part of an optical instrument (as a microscope or telescope)
**optical train** *n* : OPTICAL SYSTEM
**optical wedge** *n* : a graded sheet or block (as of glass or film on which is coated a layer of neutral or colored substance varying progressively in transmittance with distance along the sheet) for reducing the intensity of light or radiation gradually or in steps
**optic angle** *n* 1 a : the angle formed by the optical axes of the two eyes when directed to the same point b : VISUAL ANGLE 2 : the angle between the optic axes of a biaxial crystal
**optic atrophy** *n* : degeneration of the optic nerve
**optic axis** *n* 1 : a line in a doubly refracting medium that is parallel to the direction in which all components of plane-polarized light travel with the same speed 2 : OPTICAL AXIS 1
**optic capsule** *n* : either of a pair of cartilaginous capsules that develop around the eyes of elasmobranch fishes and of embryos of higher vertebrates
**optic chiasma** *also* **optic chiasm** *n* : the X-shaped partial decussation on the undersurface of the hypothalamus through which the optic nerves are continuous with the brain
**optic cup** *n* : the optic vesicle after invaginating to form a two-layered cup from which the retina and pigmented layer of the eye will develop
**optic disk** *n* : the nearly circular light-colored area at the back of the retina where the optic nerve enters the eyeball
**optic foramen** *n* : the passage in the sphenoid bone traversed by the optic nerve and ophthalmic artery — see OPTIC GROOVE
**optic groove** *n* : a narrow transverse groove that lies near the front of the superior surface of the body of the sphenoid bone, is continuous with the optic foramen, and houses the optic chiasma
**op·ti·cian** \äpˈtishən\ *n* -s [F *opticien*, fr. ML *optica* optics + F *-ien* -ian] 1 *archaic* : one skilled in optics 2 a : a maker of or dealer in optical items and instruments b : one that grinds spectacle lenses to prescription and dispenses spectacles — compare OCULIST, OPTOMETRIST
**op·ti·cist** \ˈäptəsəst\ *n* -s : a specialist in optics
**optic lobe** *n* 1 : either of the anterior pair of corpora quadrigemina of a mammal 2 : either of the corpora bigemina of a lower vertebrate 3 : a lateral lobe of the forebrain of some arthropods containing the visual centers of the compound eyes
**optic nerve** *also* **op·tic** \ˈäptik, -tēk\ *n* -s [*optic nerve* trans. of MF *nerf optique*, trans. of ML *nervus opticus*; *optic* fr. ¹*optic*] : either of the second pair of cranial nerves being a sensory nerve, arising from the ventral part of the diencephalon, forming in higher vertebrates an optic chiasma before passing to the eye and spreading over the anterior surface of the retina, and serving to conduct visual stimuli from the retina to the brain; *sometimes* : the portion of this nerve lying between the retina and the optic chiasma — see EYE illustration; OPTIC TRACT
**optic neuritis** *n* : inflammation of the optic nerve
**optico-** *comb form* [F, fr. Gk *optikos* — more at OPTIC] 1 : optical and ⟨*optico*chemical⟩ 2 : relating or belonging to the eye : ocular ⟨*optico*pupillary⟩ 3 : optic and ⟨supra*opticohypophyseal*⟩ ⟨*optico*chiasmatic⟩
**op·ti·coel** \ˈäptəˌsēl\ *n* -s [blend of *optic* and *-coel* (fr. Gk *koilos* hollow) — more at CAVE] : the cavity of the optic vesicle
**op·ti·con** \-ˌkän\ *n* -s [NL, fr. Gk *optikon*, neut. of *optikos* optic] : an external enlargement of the optic lobe of the insect brain that is the innermost of the ganglionic masses connected with the compound eye
**-op·ti·con** \-ˌkən, -ˌkän\ *n comb form* -s [*stereopticon*] : stereopticon ⟨pan*opticon*⟩ ⟨sci*opticon*⟩
**optic orientation** *also* **optical orientation** *n* : the relation between the principal vibration directions of a crystal and the crystallographic axes
**optic papilla** *n* : a slight elevation that is nearly coextensive with the optic disk and is produced by the thick bundles of the fibers of the optic nerve in entering the eyeball
**optic placode** *n* : LENS PLACODE
**optic radiation** *n* : any of several neural radiations concerned with the visual function; *esp* : one made up of fibers from the pulvinar and lateral geniculate body to the cuneus and other parts of the occipital lobe
**optic rod** *n* : RHABDOM
¹**op·tics** \ˈäptiks, -tēks\ *n pl but usu sing in constr* [ML *optica*, fr. Gk *optika*, fr. neut. pl. of *optikos* optic] : a science that deals with light, its genesis and propagation, the effects that it undergoes and produces, and other phenomena closely associated with it — see GEOMETRICAL OPTICS, PHYSICAL OPTICS
²**optics** *pl of* OPTIC
**optic sign** *n* : the distinctive character of the double refraction of a crystal
**optic stalk** *n* : the constricted part of the optic vesicle by which it remains continuous with the embryonic forebrain
**optic thalamus** *n* : either of two masses of nerve tissue in the floor of the diencephalon from which the optic nerves take their origin
**optic tract** *n* : the portion of each optic nerve between the chiasma and the diencephalon proper
**optic vesicle** *n* : an outpouching of each lateral wall of the forebrain of a vertebrate embryo from which the essential nervous structures of the eye develop
**optima** *pl of* OPTIMUM
**op·ti·ma·cy** \ˈäptəməsē\ *n* -ES [NL *optimatia*, fr. L *optimat-*, *optimas* optimate + *-ia* -y] *archaic* : the best people : ARISTOCRACY
**op·ti·mal** \-məl\ *adj* [*optimum* + *-al*] : most desirable or satisfactory : OPTIMUM ⟨~ concentration of a drug⟩ — **op·ti·mal·i·ty** \ˌ••ˈmaləd·ē\ *n* -ES — **op·ti·mal·ly** \ˈ••məlē\ *adv*
**op·ti·mal·ize** \ˈ••məˌlīz\ *vt* -ED/-ING/-S : to make optimal; *specif* : to bring (as an industrial plant) to a peak of economic efficiency esp. by the use of precise analytical methods
**op·ti·me** \ˈäptəˌmē\ *n* -s [fr. the L phrase *optime disputasti* you have argued very well] : a student at Cambridge University, England, prior to the 20th century obtaining honors but failing to get placed among the wranglers in the mathematical tripos
**op·tim·e·ter** \äpˈtimədˌə(r)\ *n* [*optic* + *-meter*] : an instrument for measuring the accuracy of gage blocks or similar devices by means of an optical lever
**op·ti·mism** \ˈäptəˌmizəm\ *n* -s [F *optimisme*, fr. L *optimum* that which is best, (fr. neut. of *optimus* best) + F *-isme* -ism; akin to L *ops* power, wealth, help — more at OPULENT] 1 a : a doctrine that this world is the best possible world based on the argument that God being all-wise must know all possible worlds, being all-powerful must be able to create whichsoever he might choose, and being all-good must choose the best — used orig. in reference to this doctrine as formulated by Leibniz b : a doctrine or opinion that reality is essentially good, completely good, or as good as it conceivably could be c : a doctrine that the goods of life overbalance the pain and evil of it and that life is preponderantly good — compare PESSIMISM 2 a : the quality of being the best or for the best b : the best possible or conceivable condition 3 : an inclina-

**plas·ti·do·zoa** \ˌplastə̇dōˈzōə\ [NL, fr. ISV *plastid* + *-zoa*] *syn of* PROTOZOA

**plas·tid·u·lar** \(ˈ)plaˈstijələ(r)\ *adj* [ISV *plastidule* + *-ar*] : of or relating to a plastidule

**plas·tid·ule** \ˈplastə̇ˌd(y)ül\ *n* -s [ISV *plastid* + *-ule*; orig. formed as G *plastidul*] **1** : a hypothetical ultimate unit of protoplasm : ALTMANN'S GRANULES **2** : a structural subunit of a plastid

**-plasties** *pl of* -PLASTY

**plas·ti·fi·ca·tion** \ˌplastəfə̇ˈkāshən\ *n* -s [fr. *plastify*, after such pairs as E *identify*: *identification*] : PLASTICIZATION

**plas·ti·fy** \ˈplastəˌfī\ *vt* -ED/-ING/-ES [²*plastic* + *-fy*] : PLASTICIZE

**plas·ti·gel** \-ˌjel\ *n* [²*plastic* + *gel*] : a very viscous substance (as a paste resembling putty in consistency) obtained by adding a thickening agent to a plastisol

**plastiline** *also* **plastilina** *var of* PLASTELINE

**plas·tin** \ˈplastə̇n\ *n* -s [ISV *plast-* (fr. Gk *plastos*) + *-in*; prob. orig. formed in G] **1** : an acidophilic component of protoplasm more or less coextensive with the presumed highly polymerized protein framework of cytoplasm and nucleus **2** : the substance of the true nucleolus

**plas·ti·noid** \ˈplastəˌnȯid\ *adj* [*plastin* + *-oid*] : resembling plastin

**plas·tique** \plaˈstēk\ *n* -s [F, lit., plastic, fr. MF — more at PLASTIC] **1** : slow changes of position like moving sculpture without marked rhythm or dramatic theme in dancing **2** : the technique of statuesque posing in dancing

**plas·ti·sol** \ˈplastəˌsȯl, -sōl\ *n* -s [²*plastic* + *-sol* (as in *hydrosol*)] : a relatively viscous dispersion of a powdered thermoplastic resin in a liquid plasticizer used chiefly in coatings, films, and molded products ⟨vinyl ~s⟩ — compare ORGANOSOL

**plasto-** *comb form* [Gk, fr. *plastos* formed, molded] **1** : formation : development ⟨*plasto*chron⟩ ⟨*plasto*type⟩ **2** : plasticity : plastic ⟨*plasto*meter⟩ ⟨*plasto*mer⟩ **3** : cytoplasm ⟨*plasto*gamy⟩ ⟨*plasto*mere⟩ **4** : plastid ⟨*plasto*gene⟩

**plas·to·chron** \ˈplastəˌkrän\ *n* -s [*plasto-* + Gk *chronos* time] : a unit of time corresponding to the interval between two successive similar, periodically repeated events (as the emergence of leaf primordia at any two successive nodes in a stem apex) — **plas·to·chron·ic** \ˌ••ˈkränik\ *adj*

**plas·to·cyte** \ˈ••ˌsīt\ *n* [*plasto-* + *-cyte*] : BLOOD PLATELET — **plas·to·cyt·ic** \ˌ••ˈsidik\ *adj*

**plas·to·gam·ic** \ˌ••ˈgamik\ *adj* : of or relating to plastogamy

**plas·tog·a·my** \plaˈstägəmē\ *n* -ES [ISV *plasto-* + *-gamy*] : PLASMOGAMY

**plas·to·gene** \ˈplastəˌjēn\ *n* [*plasto-* + *-gene*] : a submicroscopic factor or determiner reported to be present in the plastids in plant cells and to influence physiological and hereditary phenomena of the plastids — compare GENE, PLASMAGENE, PLASMON

**plas·tome** \ˈplaˌstōm\ *n* -s [by contr.] : PLASTIDOME

**plas·to·mer** \ˈplastəmə(r)\ *n* -s [*plasto-* + *-mer*] : a relatively tough usu. hard and rigid polymeric substance — compare ELASTOMER, ²PLASTIC 3

**plas·to·mere** \ˌmi(ə)r\ *n* -s [*plasto-* + *-mere*] : CHONDRIOMERE — compare CYTOMERE

**plas·tom·e·ter** \plaˈstämədə(r), -mətə-\ *n* [*plasto-* + *-meter*] : an instrument for measuring plasticity or viscosity (as of rubber) — **plas·to·met·ric** \ˌplastōˈmetrik\ *adj* — **plas·tom·e·try** \plaˈstämə·trē, -ri\ *n* -ES

**plas·to·some** \ˈplastəˌsōm\ *n* -s [ISV *plasto-* + *-some*] : CHONDRIOSOME

**plas·to·type** \-ˌtīp\ *n* [*plasto-* + *type*] : an artificial specimen cast or molded directly from a type specimen (as of a fossil)

**plas·tral** \ˈplastrəl, -laas-\ *adj* [*plastron* + *-al*] : of or relating to a plastron

**plas·tron** \-trən\ *n* -s [MF, fr. OIt *plastrone*, aug. of *plastra* thin metal plate — more at PLASTER] **1 a** : a metal breastplate worn under the hauberk **b** : a quilted pad worn during fencing practice to protect the chest, waist, and side on which the weapon is held **2 a (1)** : the ventral part of the shell of a tortoise or turtle consisting typically of nine symmetrically placed bones overlaid by horny plates **(2)** : the ventral armor of other animals (as some extinct amphibians or glyptodonts) **b** : the modified posterior interambulacral area on the under side of a heart urchin **c** : the ventral plate of the cephalothorax of a spider — compare STERNUM **3** : a separate or attached front for a garment usu. extending from neck to waist: **a** : a trimming like a bib for a woman's dress **b** : DICKEY 1 b **4** : a thin film of air held by hydrofuge hairs of certain aquatic insects

**plasts** *pl of* PLAST

**-plasts** *pl of* -PLAST

**-plasty** \ˌplastē, -laas-,-lais-, -tī\ *n comb form* -ES [F *-plastie*, fr. Gk *-plastia* form, mold, fr. *-plastos* -plast + *-ia* -y] : plastic surgery ⟨dermato*plasty*⟩ ⟨auto*plasty*⟩ ⟨cine*plasty*⟩

**-plasy** — *see* -PLASIA

¹**plat** \ˈplat, *usu* -ad·+V\ *n* -s [OE *plaett*; akin to MD *plat* slap, ME *platten* to slap, MHG *platzen*; prob. all of imit. origin] *chiefly dial* : BUFFET, SLAP; *also* : a slapping sound

²**plat** \"\ *adj* [ME *plat*, *platte*, fr. MF *plat*, fr. OF — more at PLATE] **1** *obs* : FLAT, LEVEL **2** *chiefly dial* : PLAIN, STRAIGHTFORWARD

³**plat** \"\ *vt* platted; platted; platting; plats [ME *platten*, fr. *plat*, *platte*, adj., flat] *chiefly dial* : FLATTEN

⁴**plat** \"\ *n* -s [ME, fr. MF, fr. *plat*, adj., flat] **1** *archaic* : a flat surface or thing (as the flat of a sword, a flat piece of stone, the sole of the foot) **2** *archaic* **a** : PLACE, LOCALITY **b** : an expanse of open level land : PLATEAU, TABLELAND **3** : a platform, floor, or surface in or about a mine used esp. for loading and unloading ore

⁵**plat** \"\ *vt* platted; platted; platting; plats [ME *platen*, alter. (perh. influenced by ³*plat*) of *platten* to plait — more at PLAIT] : to form by braiding or interweaving : PLAIT

⁶**plat** \"\ *n* -s : platted work : BRAID, PLAIT

⁷**plat** \"\ *n* -s [ME *platte*, fr. MF *plate*, fem. of *plat* something flat, fr. *plat*, adj. flat] : a small flat-bottomed, square-sterned rowboat

⁸**plat** \"\ *n* -s [prob. alter. (influenced by ⁴*plat*) of *plot* (ground)] **1** : a small piece of ground : PLOT, QUADRAT **2** : a plan, map, or chart ⟨started forth with a ~ of my destination that I made on a large sheet of notepaper —W.A. White⟩: as **a** : a precise and detailed plan showing the actual or proposed divisions, special features, or uses of a piece of land (as a town or town site or a real estate subdivision) **b** : an accurately scaled diagram showing boundaries and subdivisions of a piece of land together with data required for accurate identification of the various parts **3** *obs* : a plan, scheme, or outline (as of a course of action or a work of fiction or art) : ARRANGEMENT, DESIGN **4** *obs* **a** : a plan for securing adequate stipends from the endowments of the pre-Reformation church for the ministry of the Reformed Church of Scotland **b** : a commission in charge of such a plan

⁹**plat** \"\ *vt* platted; platted; platting; plats **1 a** *obs* : to lay out : PLAN, ARRANGE **b** : to lay out a plan for the future development of (as a town or subdivision) usu. with a formally drafted plat ⟨San Francisco was *platted* as if it were a prairie town —*Time*⟩ **2** : to make a plat of ⟨an entire project is laid out and *platted* —*Amer. Builder*⟩

¹⁰**plat** \ˈplä\ *n, pl* **plats** \-ä(z)\ [F, lit., plate, fr. *plat*, adj. flat] : a dish of food : food dressed for table

**plat-** — *see* PLATY-

**plat** *abbr* **1** platform **2** platoon

**plat·a·can·tho·my·i·dae** \ˌplad·əˌkan(t)thəˈmīəˌdē\ *n pl, cap* [NL, fr. *Platacanthomys*, type genus (fr. *platy-* + *acanth-* + *-mys*) + *-idae*] : a small family of myomorph rodents comprising the Asiatic spiny dormice and related forms

**pla·tae·an** \pləˈtēən\ *adj, usu cap* [L *plataeeus* plataean (fr. *Plataeae* Plataea, fr. Gk *Plataiai*) + E *-an*] : of or relating to Plataea, a city of Boeotia in ancient Greece

**plat·a·le·i·dae** \ˌplad·əˈlēəˌdē\ *n pl, cap* [NL, fr. *Platalea*, type genus (fr. L *platalea* spoonbill) + *-idae*; akin to Gk *platys* flat, broad — more at PLACE] : a family of birds (order Ciconiiformes) that consists of the spoonbills and is often ranked as a subfamily of Threskiornithidae

**plat·a·le·i·form** \ˌ••ˈ••ˌfȯrm\ *adj* [L *platalea* spoonbill + E *-iform*] : resembling a spoonbill : SPOON-BILLED

**plat·an** *or* **plat·ane** \ˈplatᵊn\ *n* -s [ME *platan*, fr. L *platanus*] : ²PLANE

**plat·a·na·ce·ae** \ˌplatᵊnˈāsēˌē\ *n pl, cap* [NL, fr. *Platanus*, type genus + *-aceae*] : a family of trees (order Rosales) coextensive with the genus *Platanus* — **plat·a·na·ceous** \ˌ••ˈāshəs\ *adj*

**plat·a·nist** \ˈplatᵊnə̇st\ *n* -s [NL *Platanista*] : an Indian susu

**plat·a·nis·ta** \ˌplatᵊnˈistə\ *n, cap* [NL, fr. L, a fish of the Ganges, fr. Gk *platanistēs*; akin to Gk *platē* oar, *platys* flat, broad] : the type genus of Platanistidae

**plat·a·nis·ti·dae** \-tə,dē\ *n pl, cap* [NL, fr. *Platanista*, type genus + *-idae*] : a family of toothed whales comprising the susu and related extinct forms

**pla·tan·na** \pləˈtanə\ *or* **plat·hand·er** \ˈplatˌhandə(r)\ *n* -s [Afrik *platanna*, prob. alter. of *plat-hander* one who is flat-handed, fr. D, fr. *plat* flat (fr. MD, fr. OF) + *hander* (fr. *hand*, fr. MD); akin to OHG *hant* hand — more at PLATE, HAND] : a frog (*Xenopus laevis*) of southern Africa that has strongly clawed feet

**pla·ta·no** \ˈplätəˌnō\ *n* -s [Sp *plátano* — more at PLANTAIN] : BANANA, PLANTAIN

**plat·a·nus** \ˈplatᵊnəs\ *n* [NL, fr. L, plane tree — more at PLANE] **1** *cap* : a genus of trees (family Platanaceae) comprising the plane trees, being native in temperate regions, and having light brown often deciduous flaky bark, large palmately lobed leaves, and small monoecious flowers in globose heads — see LONDON PLANE, SYCAMORE 3a **2** -ES : any tree of the genus *Platanus*

**platband** \ˈ••\ *n* [F *plate-bande*, lit., flat band, fr. MF, fr. *plate*, fem. of *plat* flat + *bande* band, strip — more at BAND] **1 a** : a horizontal band that is a member of a building and that takes the form of a lintel course, a flat arch, or one of a group of moldings **b** : ARCHITRAVE, EPISTYLE **c** : a list or fillet between the flutings of a column **2** : a border of flowers or turf

**platch** \ˈplach\ *vb* -ED/-ING/-ES [prob. imit.] *Scot* : SPLASH, SMEAR

**plat du jour** \ˌplädəˈzhü(ə)r\ *n, pl* **plats du jour** \"\ [F, lit., dish of the day] : a dish that is emphasized as a feature of a restaurant bill of fare on a particular day

¹**plate** \ˈplāt, *usu* -ād·+V\ *n* -s [ME, fr. OF, fr. *plate*, fem. of *plat*, adj., flat, fr. (assumed) VL *plattus*, prob. fr. Gk *platys* flat, broad — more at PLACE] **1 a (1)** : a smooth usu. nearly flat and relatively thin piece of metal or other material : a substantial slice or lamina **(2)** : a perfectly flat sheet of material of uniform thickness throughout; *esp* : a sheet of rolled iron or steel usu. a quarter of an inch or more thick **(3)** : a flat circular piece usu. of metal that is either perforated or provided with bubble caps and that is set horizontally as one of a series at specified distances one above another esp. in a fractionating column or tower for effecting intimate contact between rising vapors and condensed liquid falling from plate to plate — called also *tray* **b (1)** : forged, rolled, or cast metal in sheets usu. thicker than ¼ inch **(2)** : a very thin layer of usu. precious metal deposited on a surface of base metal by plating (as electroplating) ⟨the ~ has worn off these spoons⟩ ⟨quadruple ~ silverware⟩ **c (1)** : one of the broad pieces of metal often on a backing (as of leather) that were used to reinforce and complete armor of linked mail **(2)** : one of the thin pieces making up plate armor; *also* : armor of such plates : PLATE ARMOR **d (1)** : a lamina or plaque that forms part of an animal body ⟨a carapace of bony ~s⟩; *esp* : an enlarged scale (as on the belly of a snake) **(2)** : the thin under portion of the forequarter of beef; *esp* : the back half of this cut as distinguished from the brisket — see BEEF illustration **e** : slaty rock or shale (as in a mine) **f** *chiefly Brit* : PLATE RAIL 1; *broadly* : any railroad rail **g** : a very light horseshoe without calks that is used esp. for racing **h (1)** : HOME PLATE **(2)** : a rectangular slab of whitened rubber 6 inches by 24 inches in size that is anchored flush with the ground at the spot where a softball or baseball pitcher must stand when delivering the ball to the batter — called also *box*, *pitcher's plate*, *rubber*, *slab*; see BASEBALL illustration **i** : the belly or the back of a violin **j** : a square or oblong piece of fur composed usu. of waste fur and small inferior pieces that are matched and sewn together and used for inexpensive garments or linings **2** [ME; partly fr. OSp *plata* piece of silver, money, metal plate, fr. (assumed) VL *plattus* flat] **a (1)** *obs* : a piece of money; *esp* : a coin of silver **(2)** : Spanish silver money **(3)** : a piece of plate money **b** : precious metal; *esp* : silver bullion ⟨the Spanish ~ ships⟩ ⟨melting coin into ~⟩ **c** : a heraldic roundel of silver **3** [ME, fr. MF, fr. fem. of OF *plat*, adj., flat] **a (1)** : domestic hollow ware (as dishes, flagons, cups) of gold or silver **(2)** : such vessels of base metals or of plated ware **(3)** *chiefly Brit* : SILVER 4 **b (1)** : a shallow usu. circular vessel (as of china, wood, or plastic) from which food is eaten **(2)** : an often larger vessel (as a platter or vegetable dish) from which food is served ⟨pass the meat ~⟩ ⟨a cake ~⟩ **c (1)** : an individual serving on a plate : PLATEFUL ⟨have a ~ of spaghetti⟩ **(2)** : a main course of a meal served in individual portions on the plate from which it is to be eaten ⟨the special ~ includes liver and onions, potatoes, with gravy, and green salad⟩ **(3)** : the food and service supplied to one person at a particular meal or social affair ⟨a fund-raising dinner at $100 a ~⟩ **d (1)** : a prize (as a cup or other piece of plate) given to the winner in an athletic or other contest **(2)** : a sports competition for a prize; *esp* : a horse race in which the contestants compete for a prize rather than for personally wagered stakes **e (1)** : a dish or pouch passed (as in a church) in taking collections **(2)** : a collection taken for a specific purpose or particular organization ⟨the ~ was a generous one⟩ **f (1)** : a flat glass dish used chiefly for culturing microorganisms; *esp* : PETRI DISH **(2)** : a film of more or less solid culture medium or a culture contained in such a dish **4 a** : a flat thin smooth piece (as of metal) on or from which something is or is to be embossed, molded, engraved, grained, deposited, or written ⟨a ~ for etching⟩ **b** : a surface from which printing is done: as **(1)** : a stereotype, electrotype, or plastic plate molded from a page of letterpress matter **(2)** : a metal or plastic sheet from which an inked image is transferred to a blanket (as in photo-offset) or direct to the paper (as in lithography) **(3)** : a flat and comparatively thin piece of copper or steel engraved in intaglio (as for banknotes or calling cards) — compare DIE 6h **(4)** : PHOTOENGRAVING **c** : a sheet of glass, metal, porcelain, or other material coated with a light-sensitive photographic emulsion; *usu* : DRY PLATE **d** : a copper plate coated with silver amalgam that is used in the amalgam process of extracting metals **e (1)** : the usu. flat or grid-formed anode of an electron tube at which electrons collect **(2)** : a metallic grid with its interstices filled with active material that forms one of the structural units of a storage cell or battery **5** : a supporting or reinforcing element (as of a building); as **a (1)** : a horizontal timber laid on a wall or supported on posts or corbels to carry the trusses of a roof or the rafters directly **(2)** : either of the horizontal members at the top and bottom of a stud partition between which the studs are placed **(3)** : a supporting sill (as one over or under an opening) ⟨window ~s⟩ **b** : a heavy framed mine timber **c** : the part of an artificial set of teeth that fits to the mouth and holds the teeth in place; *broadly* : DENTURE **d** : a metal tab attached to the sole or heel of a shoe as a reinforcement intended esp. to minimize wear — compare CLEAT, HEEL PLATE, TOEPLATE **e** : the flat metal framework of a timepiece containing the bearing holes and jewels into which its wheel-pivots fit **f** : the metal structure that supports the strings of a piano **g** : a flat metal surface of or attached to a machine by which work is held fast (as for locating, indexing, leveling, turning, or machining) **h** : a thin flat narrow piece of metal (as stainless steel) that is used to repair bone defects or fractures **6** : a relatively large illustration ⟨prepared the ~s on bristol board⟩; *esp* : a full-page illustration printed on different paper from accompanying text pages ⟨a book with color ~s⟩ **7** [by shortening] **a** : BOOKPLATE **b** : FASHION PLATE **c** : PLATE GLASS **8** : a small cooking stove that is usu. heated with gas or electricity, has one or more heating units, and lacks an oven : HOT PLATE 2

²**plate** \"\ *vb* -ED/-ING/-S [ME *platen*, fr. *plate*, n.] *vt* **1** : to cover or equip with plate or plates: as **a** : to overlay with metal plates ⟨the first ironclads were wooden ships *plated* with iron⟩; *esp* : to arm with armor plate **b** : to cover with an adherent layer (as of metal) mechanically, chemically, electrically; *also* : to deposit (as a layer of metal) on surface of something by such means **c** : to shoe (as a hor[se]) with plates **d** : to adorn or cover with metal plate **e** : to fit with a specified kind of plate **2** : to form into or prepare a plate: as **a** : to beat (as metal) into thin flat sheets **b** : to make a plate from (for long press runs type is often *plated* —R.K.Karch) **c** : to make plates for **3 a** : to equip (as a printing press) with a plate or plates **b** : to tie or secure with a plate or plates **4 a** : to knit or weave (fabric) with a face and back of different colors or fibers **b** : to spin (yarn) with a core and outside wrapping of different fibers

**plate-and-frame filter** *n* : a filter press in which spaces for the caked solid matter are formed by inserting hollow frames between each pair of plates instead of providing the plates with raised edges

**plate armor** *n* **1** : body armor of plates of metal — see ARMOR illustration; compare MAIL 1b **2** : strong metal plate used esp. for protecting naval vessels or forts

¹**pla·teau** \(ˈ)plaˈtō *sometimes* pləˈt-\ *n, pl* **plateaus** *or* **plateaux** \-ōz\ [F, fr. MF, fr. *plat* flat — more at PLATE] **1 a (1)** : a flat and often galleried ornamental dish or salver **(2)** : an ornamental plaque **(3)** : a table top; *esp* : a removable and usu. decorated top (as of marble or inlay) **(4)** : an ornamental shelf **b** : a woman's hat of a flat or plate-shaped style **2 a** : a usu. extensive land area having a relatively level surface raised sharply above adjacent land on at least one side and often dissected by canyons : TABLELAND (the Columbia ~ in eastern Washington and Oregon) — compare MESA **b** : a similar undersea feature **3 a** : a region of little or no change in the dependent variable of a graph; *esp* : a horizontal section of a learning curve indicating neither progress nor decline **b** : a relatively stable level, period, or condition; *esp* : one showing cessation or minimization of cyclical phenomena or of fluctuations up or down

²**plateau** \"\ *adj, usu cap* **1** : ANASAZI **2** : of or relating to the Indians of the No. American plateau area between the Cascade mountains and the Rocky mountains south of the great bend of the Fraser river

³**plateau** \"\ *vi* -ED/-ING/-S : to reach a period or phase of stability : form a plateau : level off

**plateau-basalt** *n* : basalt extruded on continental areas that lacks olivine and may contain quartz

**plateband** \ˈ••\ *n* [by alter.] : PLATBAND 1

**plate battery** *n* : B BATTERY

**plate block** *n* : a plate number block

**plate bolt** *n* : a bolt grommeted into the foundation of a building for securing a sill or plate

**plate bone** *n* : SCAPULA

**plate budding** *n* : plant budding in which a rectangular scion with bud is inserted under a longitudinal flap of bark on the stock in such a manner as to cover the exposed wood on the stock

**plate bulb** *n* : a steel or iron plate with a thickened edge bulbous section

**plate calender** *or* **plate-glazing calender** *n* : PLATER

**plate circuit** *n* : an electric circuit including the plate and cathode of an electron tube

**plate clutch** *n* : DISK CLUTCH

**plate column** *n* : PLATE TOWER

**plate count** *n* : a determination of the degree of bacterial contamination of a sample (as of milk or semen) made by enumeration after a period of incubation of the colonies appearing in a plate that has been inoculated with a suitable dilution of the sample

**plate culture** *n* : a culture (as of bacteria) contained on a plate; *also* : the cultivation of such a culture

**plate current** *n* : a current flowing in the plate circuit of an electron tube that is equal to the electron flow from cathode to plate

**plate cut** *n* : a notch in the undersurface of a rafter at the point where it seats on the plate

**plate cylinder** *n* : the cylinder of a rotary printing press to which the printing plates are attached

**plat·ed** \ˈplād·əd, -ātəd\ *adj* [ME, fr. past part. of *platen* to plate — more at PLATE] **1** : covered or furnished with plates or with metal (as for defense, ornament, or strength) **2** : overlaid with a different and richer material (as gold or silver) ⟨~ forks⟩ ⟨~ ware⟩ **3** : consisting of or made into thin sheets **4** *of yarn or knitted goods* : having a surface of one color or kind and a backing or core of another

**plated leather** *n* : leather that has been pressed under heat and heavy pressure to improve appearance and give polish to its surface; *also* : leather grained by embossing

**plated lobster** *n* : CRAYLET

**plated parquet** *n* : parquetry in which the inlays (as of select hardwoods) are fixed on a framed deal backing

**plate finish** *n* : a finish that is applied to paper by plating; *also* : a similar finish that is produced by other means

**plate-finish** \ˈ••ˌ••\ *vt* [fr. *plate finish*, n.] : PLATE 2c

**plate·ful** \ˈplātˌfu̇l\ *n, pl* **platefuls** *also* **platesful** : a quantity to fill a plate; *also* : a generous serving (as of food)

**plate gear** *n* : a gear having a solid web of material between hub and rim

**plate girder** *or* **plate beam** *n* : a built-up girder resembling an I beam in cross section but having a rolled steel plate for a web and flanges that usu. consist of angles alone or angles and plates

**plate glass** *n* : flat glass of high quality formed by a process of continuous or semicontinuous rolling or sometimes by the rolling of metal cast on a table and then ground and polished so that the surfaces are plane and parallel

**plate-glaze** \ˈ••ˌ•\ *vt* : PLATE 2c

**plateholder** \ˈ••ˌ••\ *n* **1** : one that holds plates; *esp* : one that places plates for molds **2** : a flat lighttight container in which a light-sensitive photographic plate may be held in a camera and may be exposed by removal of a slide — see CAMERA illustration

**plate horse** *n* : PLATER 3

**plate keel** *n* : a ship's keel made of a flat plate or plates — compare BAR KEEL

**platelayer** \ˈ••ˌ•(•)\ *n* [¹*plate* + *layer*] *Brit* : a railroad laborer who lays and maintains rails : TRACKLAYER

**plate·less** \ˈplātlə̇s\ *adj* : having or requiring no plates ⟨~ printing⟩

**plate·let** \-lə̇t\ *n* -s [ISV *plate* + *-let*] : a minute flattened body; *specif* : BLOOD PLATELET

**plate letter** *n* : a letter on a note or piece of paper money indicating the position the note had on the printing plate

**platelike** \ˈ••ˌ•\ *adj* : resembling a plate esp. in smooth form ⟨a ~ scale on the head of a lizard⟩

**plat·el·min·thes** \ˌplad·əlˈmin(t)thēz, -ᵊlˈ•\ *syn of* PLATYHELMINTHES

**plate lock** *n* **1** : a lock having the outer case of hard wood and whose works are pivoted on a metal plate **2** : a lock whose works are pivoted on a metal plate

**plate·man** \ˈplātmən\ *n, pl* **platemen** **1** : MIDDLER 3 **2** : a worker at the breaker of a coal mine who picks rocks and oversize lumps from the coal before it is conveyed for further treatment or loading **3** : AMALGAMATOR 2b

Raytheon002611

produced by reflection 2 : bent or curved backward or downward ⟨~ petals⟩ ⟨~ leaves⟩

reflexed bow n : a bow whose limbs curve away from the string side when unbraced

re·flex·i·bil·i·ty \rə,fleksə'biləd·ē, (,)rē,f-\ n -ES : the quality or state of being reflexible

re·flex·i·ble \rə'fleksəbəl, rē'f-\ adj [L reflexus (past part. of reflectere) + E -able] : capable of being reflected

re·flex·ion Brit var of REFLECTION 1

re·flex·ism \'rē,flek,sizəm sometimes rə'f- or rē'f-\ n -s : the limitation of psychological research to the study of reflexes

¹re·flex·ive \rə'fleksiv, rē'f-, -sēv also -səv\ adj [ML reflexivus reflected, turned back, fr. L reflexus (past part. of reflectere to reflect) + -ivus -ive] 1 : capable of bending back 2 a : directed or turned back upon itself : INTROSPECTIVE — used of a mental act b : marked by or capable of reflection : REFLECTIVE 3 : relating to, characterized by, or being a relation that exists between an entity and itself ⟨the relation is equal to is ~ but the relation is the father of is not⟩ 4 : of, relating to, or constituting an action (as in "the witness perjured himself" or "I bethought myself") that is directed back upon the agent or the grammatical subject 5 : relating to or consisting of a reflex or reflexes ⟨the nervous process which forms the basis of all ~ actions —A.L.Schniermann⟩ — re·flex·ive·ly \-səvlē, -li\ adv — re·flex·ive·ness \-sivnəs, -sēv- also -səv-\ n -ES

²reflexive \"\ n -s : a reflexive pronoun or verb

reflexive pronoun n : a pronoun referring to the subject of the sentence, clause, or verbal phrase in which it stands; specif : a personal pronoun compounded with -self

re·flex·iv·i·ty \(,)rē,flek'sivəd·ē, rə,f-\ n -ES : the quality or state of being reflexive

re·flex·ly adv : in a reflex manner ⟨~ induced contractions⟩ : by means of reflexes ⟨~ contracting the iris⟩

re·flex·ness n -ES : the quality or state of being reflex

re·flexo·gen·ic \rə¦fleksə¦jenik\ or re·flex·og·e·nous \¦rē,flek'säjənəs\ adj [¹reflex + -o- + -genic or -genous] 1 : causing reflexes; esp : being the point of origin of reflexes ⟨a ~ zone⟩ 2 : originating reflexly ⟨~ components of respiration⟩

re·flexo·log·ic \rə¦fleksə¦läjik\ adj : relating to reflexology — re·flexo·log·i·cal·ly \-jək(ə)lē\ adv

re·flex·ol·o·gist \,rē,flek'säləjəst\ n -s : one who interprets behavior as consisting of reflexes

re·flex·ol·o·gy \-jē\ n -ES [ISV ¹reflex + -o- + -logy; orig. formed as Russ refleksologiya] 1 : the study and interpretation of behavior in terms of simple and complex reflexes 2 : the reflex component of the function of a body part or system or of a particular kind of activity ⟨the ~ of locomotion⟩

re·float \(')rē+\ vt [re- + float] : to set afloat again ⟨~ a grounded ship⟩

re·florescence \¦rē+\ n [L reflorescere to blossom again (fr. re- + florescere to begin to bloom) + E -ence — more at FLORESCENCE] : a renewed blossoming

re·florescent \"+\ adj [L reflorescent-, reflorescens, pres. part. of reflorescere to blossom again] : flowering again

re·flourish \(')rē+\ vi [ME reflorissen, fr. re- + florissen, florisshen to flourish] : to flourish again

¹re·flow \(')rē+\ vi [ME reflowen, fr. re- + flowen to flow] 1 : to flow back : EBB 2 : to flow in again : FLOOD ⟨universal deluge . . . that ebbs but to ~ —Lord Byron⟩

²re·flow \'rē+,-\ n 1 : REFLUX, EBB 2 : renewed flowing or flooding

re·flower \(')rē+\ vi [re- + flower] : to blossom or flourish anew

ref·lu·ence \'re,flüən(t)s, -,fləwən-\ n -s [L refluere to flow back (fr. re- + fluere to flow) + E -ence — more at FLUID] : refluent action : REFLUX

ref·lu·ent \-nt\ adj [L refluent-, refluens, pres. part. of refluere to flow back] : flowing back ⟨~ blood in the veins⟩ : EBBING, SUBSIDING ⟨~ tides⟩

¹re·flux \'rē,fləks\ n [ME, fr. ML refluxus, fr. L re- + fluxus flow — more at FLUX] 1 a : a flowing back : REFLUENCE ⟨the flux and ~ of the tides⟩ ⟨the fluxes and ~es of the mind when agitated by the great and simple affection —William Wordsworth⟩ b : a process of refluxing or the condition of being refluxed 2 : a reflux apparatus; esp : REFLUX CONDENSER 3 : the liquid condensed from the vapors in a refluxing operation

²reflux \"\ adj 1 : of or relating to reflux : RETURNING, EBBING 2 : admitting or controlling reflux ⟨~ tower in an oil field⟩

³reflux \"\ vt -ED/-ING/-ES : to cause to flow back or return; esp : to heat (as under a reflux condenser) so that the vapors formed condense to a liquid that flows back to be heated again

reflux condenser n : a condenser usu. placed upright so that the condensed vapors flow back into the distilling flask and continued boiling of easily volatile substances is possible with little loss from evaporation

reflux valve n : a back-pressure valve

re·fly \(')rē+\ vb [re- + fly] vi : to fly again : fly back ~ vt 1 : to travel or cover (a course) again in flight 2 : to transport again or back in flight

re·focil·late \rē'fäsə,lāt, -fōs-\ vt -ED/-ING/-S [LL refocillatus, refocilatus, past part. of refocillare, refocilare to warm into life again, fr. L re- + focilare, foculare to revive or refresh by warmth, fr. foculum chafing dish, brazier, fr. fovēre to warm, keep warm — more at DAY] : REFRESH, REVIVE ⟨refocillating their spirits with whiskey and soda⟩ — re·focil·la·tion \(,)rē,fäsə'lāshən\ n -s

re·focus \(')rē+\ vb [re- + focus] : to focus again

re·fold \"+\ vt [re- + fold] : to fold again : return to a folded state

re·fold·er \"ə(r)\ n : one that inspects and refolds garments

re·foot \(')rē+\ vt [re- + foot] : to provide (as a stocking, a pillar) with a new foot

re·ford \"+\ vt [re- + ford] : to ford again

re·forest \"+\ vt [re- + forest] : to renew forest cover on (denuded land) by natural seeding or artificial planting — re·forestation \(')rē+\ n

re·forge \(')rē+\ vt [ME reforgen, fr. MF reforgier, fr. re- + forgier to forge] : to forge again or anew : fashion or fabricate anew : make over ⟨reforging of the raw materials into a new and valid film form —Arthur Knight⟩

¹re·form \rə'fȯ(ə)rm, rē'f-, -ō(ə)m\ vb [ME reformen, fr. MF reformer, fr. OF, fr. L reformare, fr. re- + formare to form, fr. forma form — more at FORM] vt 1 obs : RESTORE, RENEW 2 a : to restore to a former good state : bring from bad to good ⟨hopes that Congress may, somehow, ~ itself —T.H.Eliot⟩ b : to amend or improve by change of form or by removal of faults or abuses ⟨the fact is that the world does not care to be ~ed —S.M.Crothers⟩ ⟨need for ~ing news writing in order to make it more readable —F.L.Mott⟩ c : to put or change into a new and improved form or condition ⟨his ambition to ~ the map of the world —Benjamin Farrington⟩ 3 : to put an end to (an evil) by enforcing or introducing a better method or course of action or behavior ⟨~ the abuses of political patronage⟩ 4 : to induce or cause to abandon an evil manner of living and follow a good one : change from worse to better ⟨attempts to ~ the criminal⟩ ⟨~ a drunkard⟩ 5 obs : CENSURE, REPROVE 6 obs : to improve by cutting : PRUNE ⟨labor to ~ yon flowery arbors —John Milton⟩ 7 a : to correct the errors in : EMEND ⟨~ the calendar⟩ b : to rectify (as an error in a legal instrument) in accordance with the real intention of the parties to a transaction 8 a obs : to form (a military unit) into a new organization (as by reduction in number) b obs : DISBAND 9 a : to subject (hydrocarbon oils or gases) to reforming b : to produce by reforming ⟨~ed gasoline⟩ ⟨~ed refinery oil gas⟩ ~ vi : to change for the better : amend or correct one's character or habits ⟨if given more time, I think the Church would have ~ed from within —A.N.Whitehead⟩ syn see CORRECT

²reform \"\ n -s [prob. fr. F réforme, fr. réformer to reform, fr. OF reformer] 1 a : amendment of what is defective, vicious, corrupt, or depraved ⟨~ of the law courts⟩ ⟨a school for ~ of young criminals⟩ b : a removal or correction of an abuse, a wrong, or errors ⟨calendar ~⟩ ⟨~ of election procedures⟩ 2 usu cap : REFORMATION 2 3 usu cap : REFORM JUDAISM

³reform \"\ adj : relating to or favoring reform ⟨~ movement⟩ ⟨~ bill⟩ ⟨~ candidate⟩

re-form \(')rē'f-\ vb [re- + form] vt : to form again ⟨the Mexicans re-formed their lines and came on again and again —Amer. Guide Series: Texas⟩ ⟨the cartel has recently been re-formed⟩ ~ vi : to take form again ⟨clouds were dissolving and re-forming⟩ : come together again in a formation ⟨escaped . . . by an epic retreat . . . later to re-form and become the spearhead of the Allied offensive —Atlantic⟩

re·form·abil·i·ty \rə,fȯ(r)mə'biləd·ē, (,)rē,f-\ n : the capability of being reformed ⟨question of the ~ of alcoholics⟩

re·form·able \-'məbəl\ adj [ME reformabyll, fr. reformen to reform + -abyll, -able -able] : capable of being reformed ⟨a ~ type of criminal offender⟩

reformade n -s [by alter.] obs : REFORMADO

ref·or·ma·do \,refə(r)'mä(,)dō, -mā(-\ n, pl reformados or reformadoes [Sp, fr. reformado, past part. of reformar to reform, reorganize, fr. L reformare to reform] 1 a : an officer deprived of command by the reorganization or disbandment of his troops but retaining rank and receiving full or half pay b : a volunteer serving without a commission but with an officer's rank 2 obs : a reformed person 3 obs : a supporter of reform

ref·or·ma·tion \,refə(r)'māshən\ n -s [ME reformacion, fr. MF reformation, fr. L reformation-, reformatio, fr. reformatus (past part. of reformare to reform) + -ion-, -io -ion] 1 : the act of reforming or state of being reformed: as a obs : RESTORATION, REESTABLISHMENT b : improvement in form or condition ⟨urging a radical ~ of society⟩ c : amendment of moral behavior ⟨satire lashes vice into ~ —John Dryden⟩ d : correction or improvement of what is faulty, defective, inefficient, or objectionable ⟨~ of the postal service⟩ e : the correction by a court of equity of errors and mistakes in or arising out of the execution of a written instrument to make the instrument conform to the real intention of the parties thereto 2 usu cap : a 16th century religious movement aimed at correcting real or assumed abuses in the Roman Catholic Church and marked ultimately by rejection of the supremacy of the pope, rejection or modification of much of Roman Catholic doctrine, and establishment of the Protestant churches

re-formation \,rē+\ n [re- + formation] : a shaping or forming again or anew ⟨re-formation of a granitic magma⟩ ⟨re-formation of a regiment⟩

ref·or·ma·tion·al \,refə(r)'māshən³l, -shnəl\ adj : of or relating to reformation ⟨~ zeal⟩

re·for·ma·tive \rə'fȯ(r)məd·iv, rē'f-, -mətiv\ adj [¹reform + -ative] : tending or disposed to reform ⟨~ and rehabilitative agencies⟩ ⟨the puritan conscience of the middle class was rousing itself for a final ~ fling —Roy Lewis & Angus Maude⟩ — re·for·ma·tive·ly \-əvlē, -li\ adv — re·for·ma·tive·ness \-ivnəs\ n -ES

¹re·for·ma·to·ry \-mə,tōrē, -tȯr-, -ri\ adj [¹reform + -atory] : intended for reformation : REFORMATIVE ⟨~ measures⟩

²reformatory \"\ n -ES : a penal institution to which young or first offenders or women are committed and in which repressive and punitive measures are held to be subordinated to training in industry and exercise of the physical, mental, and moral faculties — compare TRAINING SCHOOL 2

¹reformed adj 1 : restored to purity or excellence : AMENDED, IMPROVED, CORRECTED ⟨~ calendar⟩ 2 usu cap a : of or relating to the whole body of Protestant Christianity stemming from the Reformation : PROTESTANT ⟨Reformed theological doctrines⟩ b : of or relating to a Protestant church other than Lutheran formed in various European continental countries — used in official titles of several churches ⟨Dutch Reformed⟩ ⟨Christian Reformed Church⟩ 3 : observing a religious discipline more strictly conformable to the original rule or set of directives — used of a branch or congregation of a religious order ⟨the ~ Benedictines of that era⟩ 4 obs, of an officer : left without a command and retired on half or full pay 5 usu cap : of or relating to Reform Judaism

²reformed n, pl reformed usu cap : a member of a Protestant church; esp : a member of a Reformed church

reformed spelling n : any of several methods of spelling English words that use letters with more phonetic consistency than conventional English spelling and usu. discard some of the silent letters (as in thoro for thorough, markt for marked, laps for lapse)

re·form·er \rə'fȯrmər, rē'f-, -ō(ə)mə(r\ n -s 1 : one that effects or tries to effect a reformation or amendment : one that works for or urges reform ⟨once the moralist, the religionist, or the puritan ~ becomes the censor of art —Hunter Mead⟩ 2 usu cap : a leader of the Reformation in the 16th century ⟨this is not what the Reformers meant by faith —B.E.Meland⟩ 3 : an advocate or promoter of political reform: a : an advocate or promoter of parliamentary reform; esp : a participator in the reform movement in Great Britain in 1831–32 b usu cap : a member of a reform party (as in Canada or New Zealand) 4 : an apparatus for reforming hydrocarbon materials (as naphtha or natural gas) ⟨catalytic ~⟩

reforming n -s [fr. gerund of ¹reform] : cracking of various hydrocarbon oils or gases to form specialized products: as a : cracking of petroleum naphtha or straight-run gasoline of low octane number usu. to form gasoline containing lighter constituents and having a higher octane number — compare HYDROFORMING b : cracking of natural gas or other hydrocarbon gases often in the presence of steam to reduce the heating value or to produce hydrogen

re·form·ing·ly adv [reforming (pres. part. of ¹reform) + -ly] : in a reforming manner : so as to reform

re·form·ism \-,mizəm\ n -s [ISV ¹reform + -ism] : a doctrine or policy or movement of reform ⟨moral ~⟩ ⟨economic ~⟩

¹re·form·ist \-məst\ n -s [¹reform + -ist] 1 a : REFORMER b : one that advocates gradual rather than revolutionary change 2 : a member of a reformed branch or congregation of a religious group

²reformist \"\ or re·form·is·tic \·¦·'mistik\ adj : relating or belonging to a policy or movement of reform ⟨~ elements in the labor movement⟩ ⟨~ views⟩

reform jew n, usu cap R&J : an adherent of Reform Judaism

reform judaism n, cap R&J : a development of Judaism that began in Germany in the early part of the 19th century and is marked by an effort to promote faith in God through a rationalization of belief according to the truths of modern sciences, by an acceptance of the doctrine of ethical monotheism and a rejection of the legal authority of the Talmud, by a simplification of many ritual and ceremonial observances, and by the affirmation of the essentially religious rather than national character of Judaism — called also Liberal Judaism; compare CONSERVATIVE JUDAISM, ORTHODOX JUDAISM

reforms pres 3d sing of REFORM, pl of REFORM

reform school n : a reformatory for boys or girls

re·formulate \(')rē+\ vt [re- + formulate] : to formulate again; esp : to formulate in a different way — re·formulation \(')rē+\ n

re·fortify \(')rē+\ vt [re- + fortify] : to fortify again or afresh

¹re·found \"+\ vt [re- + found (to establish)] : to establish again

²refound \"\ past of REFIND

³refound \"\ vt [re- + found (to cast)] : to cast again ⟨~ type⟩

re·founder \(')rē+\ n [³refound + -er] : one that founds again ⟨~ of a monastery⟩

refr abbr 1 refraction 2 refrigerate; refrigerating; refrigeration

¹re·fract \rə'frakt, rē'f-\ vt -ED/-ING/-S [L refractus, past part. of refringere to refract, break off, fr. re- + frangere to break — more at BREAK] 1 obs : REFLECT 2 obs : to break up : DIVIDE 3 : to subject (rays of light) to refraction 4 : to determine the refracting power of or abnormality of refraction in (as an eye or a lens)

²refract adj [L refractus, past part. of refringere] obs : REFRACTED

re·frac·tary \rə'fraktərē, rē'f-, -teri\ adj [L refractarius, fr. refractus (past part. of refringere to refract, break off) + -arius -ary] : REFRACTORY

re·fract·ed \-təd\ adj [fr. past part. of ¹refract] : bent backward angularly as if half-broken ⟨~ stem⟩ ⟨~ spines⟩

re·frac·tile \-t³l\ adj : capable of refracting : REFRACTIVE ⟨~ cells⟩ — re·frac·til·i·ty \,·,·'tiləd·ē\ n -ES

refracting angle n : the dihedral angle (as of a prism) included between the planes of the two sides through which the refracted beam passes — compare REFRACTION ANGLE

refracting system n : REFRACTIVE SYSTEM

refracting telescope n : REFRACTOR

re·frac·tion \rə'frakshən, rē'f-\ n -s [LL refraction-, refractio, fr. L refractus (past part. of refringere) + -ion-, -io -ion] 1 : the action of refracting or the state of being refracted: as a : the deflection from a straight path undergone by a light ray or a wave of energy in passing obliquely from one medium (as air) into another (as water, glass) in which its velocity is different b obs : REFLECTION, REBOUND c obs : a breaking up d : the change in the apparent position of a celestial body that is due to the bending of the light rays emanating from it as they pass through the earth's atmosphere; also : the correction to be applied to the apparent position of a body because of this bending 2 obs : reduction of a bill : REBATE 3 a : the refractive power of the eye b : the act or technique of determining ocular refraction and identifying abnormalities as a basis for the prescription of corrective lenses 4 : the action of distorting an image by viewing through a medium ⟨looking at the world . . . observing it without the ~ of moral judgment —Janet Flanner⟩

refraction angle n 1 : the difference between the geometrical and observed altitude of a celestial body that is produced by atmospheric refraction 2 : ANGLE OF REFRACTION

re·fractionate \(')rē+\ vt [re- + fractionate] : to fractionate again (as by distillation) — re·fractionation \(')rē+\ n

refraction circle n : an instrument with a graduated circle for measuring deviations due to refraction

re·frac·tion·ist \rə'fraksh(ə)nəst, rē'f-\ n -s : one skilled in the practical application of the laws of refraction esp. to the determination of errors of refraction in the eye

re·frac·tive \-ktiv, -ktēv also -ktəv\ adj 1 : having power to refract ⟨~ lens⟩ 2 : relating to or due to refraction ⟨~ phenomena⟩ ⟨~ dispersion of light⟩ — re·frac·tive·ly \-təvlē, -li\ adv — re·frac·tive·ness \-tivnəs, -tēv- also -təv-\ n -ES

refractive index n : INDEX OF REFRACTION

refractive power n : the ability of a substance to refract light expressed quantitatively by either its index of refraction or its refractivity

refractive system n : an optical system in which lenses instead of mirrors are used for focusing light, forming an image, or changing the path of a beam of light by refraction; specif : a mode of lighting in lighthouses by a central lamp surrounded by a combination of lenses — called also refracting system

re·frac·tiv·i·ty \rə,frak'tivəd·ē, (,)rē,f-, -vətē, -i\ n -ES : REFRACTIVE POWER; specif : the index of refraction minus one — compare SPECIFIC REFRACTIVITY

re·frac·tom·e·ter \-'tämed·ə(r)\ n [ISV refraction + -o- + -meter] : an instrument for measuring indices of refraction

re·frac·to·met·ric \rə¦fraktə¦me·trik, rē¦f-\ adj : of or relating to refractometry

re·frac·tom·e·try \rə,frak'tämə·trē, (,)rē,f-\ n -ES [ISV refraction + -o- + -metry] : the art or process of measuring indices of refraction : the use of the refractometer

re·frac·tor \rə'fraktə(r), rē'f-\ n -s : something that refracts light rays; specif : a telescope in which the principal focusing element is a lens that is usu. an achromat with crown glass and flint glass components

re·frac·to·ri·ly \-kt(ə)rəlē, -,frak'tōrəlē, -ȯr-, -li\ adv : in a refractory manner

re·frac·to·ri·ness \-rēnəs, -rin-\ n -ES : the quality or state of being refractory: as a : the ability of a material to resist a high temperature b : the insensitivity to further immediate stimulation that develops in nervous or other irritable tissue as a result of intense or prolonged stimulation

¹re·frac·to·ry \rə'frakt(ə)rē, rē'f-, -)ri\ adj [alter. (influenced by -ory) of refractary] 1 : resisting control or authority : STUBBORN, UNMANAGEABLE, PERVERSE ⟨to persuade her ~ daughter to agree to the propriety of what she was going to do —Anthony Trollope⟩ ⟨bold attempts to reduce ~ material to poetic treatment —F.B.Millett⟩ ⟨the boy was solitary and ~ to all education save that of wide and desultory reading —F.J.Mather⟩ 2 a : resistant to treatment or cure ⟨a ~ fulminating lesion⟩ b : unresponsive to stimulus ⟨the ~ period of a muscle fiber⟩ c : resistant or not responding to an infectious agent : IMMUNE, INSUSCEPTIBLE ⟨after recovery the animals were completely ~ to reinfection⟩ 3 : resisting treatment under ordinary or various extraordinary conditions : difficult to fuse, corrode, reduce, or draw out ⟨~ ore⟩ ⟨~ metals⟩; esp : capable of enduring or resisting high temperature ⟨~ clays⟩ ⟨~ brick⟩ ⟨~ mortar⟩ syn see UNRULY

²refractory \"\ n -ES 1 obs : a refractory person 2 : a refractory material: as a : any of various nonmetallic ceramic substances that are characterized esp. by their suitability for use as structural materials at high temperatures usu. in contact with metals, slags, glass, or other corrosive materials (as in furnaces, crucibles, or saggers), that are classified chemically as acid (as silica and fireclay), basic (as magnesite and dolomite), or neutral (as high-alumina refractories, carbon, and silicon carbide), and that are produced in the form of brick and other shapes, finely ground cementing materials, castable concretes, plastics, and granular materials in bulk b : a substance resistant to corrosion by chemical agents and used esp. in chemical plants and laboratories

refractory clay n : FIRECLAY

refractory period or refractory phase n : the brief period immediately following the response of a muscle, nerve, or other irritable element before it recovers its capacity to make a second response

refractory rock n : a naturally occurring rock material that has refractory qualities and is used in the form of blocks for lining certain types of furnaces

refractory ware n : clayware so composed as to resist a high temperature and suitable for saggers, crucibles, blocks and pots for glass furnaces, blast-furnace linings, and heating elements

refracts pres 3d sing of REFRACT

¹re·frain \rə'frān, rē'f-\ vb -ED/-ING/-S [ME refreynen, fr. MF refraindre to restrain, moderate, echo, fr. OF, alter. (influenced by fraindre to break, fr. L frangere) of refreindre, fr. L refringere to refract, break off — more at REFRACT] vt 1 archaic : to hold back : put a restraint upon : CURB, GOVERN, RESTRAIN 2 obs : to abstain from : give up : AVOID, SHUN ~ vi : to keep oneself from doing, feeling, or indulging in something : hold aloof : FORBEAR, ABSTAIN ⟨had an impulse to speak, but on second thought ~ed⟩ ⟨promised to obey our laws, support our government and ~ from treachery —Kenneth Roberts⟩ ⟨carefully ~s from setting too great a store by miracle and prophecy —Times Lit. Supp.⟩

syn ABSTAIN, FORBEAR: REFRAIN is more suitable than ABSTAIN or FORBEAR to indicate checking or inhibiting an inclination or impulse, especially a momentary or passing one ⟨no tolerable parent could refrain from praising a child when it first walks and when it first says an intelligible word —Bertrand Russell⟩ ⟨I have since tried, not very successfully, to refrain from muttering proudly when the brighter young minds among contemporaries are mentioned: "Former student of mine!" —Irwin Edman⟩ ABSTAIN is applicable to deliberate self-denial, renunciation, or nonparticipation on principle ⟨the early Christians avoided contact with the State, abstained from the responsibilities of office, and were even reluctant to serve in the army —J.E.E.Dalberg-Acton⟩ ⟨in time of war it was incumbent upon all wives who were left behind to live chaste lives, to make offerings to the gods, and to abstain from cutting their hair —J.G.Frazer⟩ FORBEAR may apply to instances of restraining, checking, or withholding motivated by self-restraint, patience, stoicism, compassion, or clemency ⟨her prudent mother, occupied by the same ideas, forbore to invite him to sit by herself —Jane Austen⟩ ⟨he was not a seaman but a merchant who could not forbear the fun of setting sail with his merchandise —Times Lit. Supp.⟩

²refrain \"\ n -s [ME refreyn, fr. MF refrain, fr. refraindre to restrain, moderate, echo] : a phrase or verse which recurs regularly esp. at the end of each stanza or division of a poem or song : BURDEN, CHORUS; also : the musical setting of such a phrase or verse

refraination n -s [by alter. (influenced by ¹refrain)] obs : REFRENATION

re·frain·ment \rə'frānmənt, rē'f-\ n -s : the act of refraining

re·frame \(')rē+\ vt [re- + frame] : to frame or construct again or afresh : put in or provide with a new frame ⟨~ a statement⟩ ⟨~ a picture⟩

Raytheon002612