# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

THIRD EDITION

on·ar·y

HOUGHTON MIFFLIN COMPANY
*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*

The American heritage college dictionary. —3rd ed.
p. cm.
ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
1. English language—Dictionaries. 2. Americanisms.
PE1628.A6227 1993
423—dc20 92-42124
CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

, Lake. See Lake Geneva.
of NW France WSW of Paris; fa-
's car races. Population, 147,697.
nmunity of E-central MO, a suburb

'm•mas or lem•ma•ta (lĕm′ə-tə).
on assumed to be valid and used to
proposition. 2. A theme, an argu-
ted in a title. 3. A word or phrase
milar listing. [Lat. lēmma < Gk. <

he outer or lower of the two bracts
. a grass spikelet. [Gk., husk < le-

y of various small thickset rodents,
s, of northern regions, known for
etimes end in drowning. [Norw.]
n., pl. -nis•ci (-nĭs′ī′, -nĭs′kī′)
r band of sensory nerve fibers. [Lat.
lēmniskos.]
ĕm′nôs) also Lím•nos (lēm′nôs).
n the Aegean Sea off the coast of

spiny Asian evergreen tree (Citrus
-shaped fruit. b. The fruit of this
omatic rind and juicy, acid pulp.
. Informal. One that is unsatisfac-
. Color. Lemon-yellow. 2.a. Made
r smelling like lemons. [ME limon
Ar. laymūn, līmūn < Pers. līmūn.]
n. A drink made of lemon juice,

i.
grass (lĕm′ən-grăs′) n. A tropical
is) native to southern India and Sri
matic oil.
. lemon half garnished with a pep-
ch the lemon juice is sucked.
tic shrub (Aloysia triphylla) native
ving fragrant foliage and flowers,
laving the characteristic odor, fla-

noderate to brilliant vivid yellow.
ı-yĕl′ō) adj.
: table at currency. [Am.Sp., after
onduran Indian leader.]
everal small arboreal, mostly noc-
he family Lemuridae of Madagas-
ong slim muzzle, and a long tail.
: < Lat. lemurēs, lemures.]
′yə-rēz′) pl.n. The spirits of the
Rome as frightening specters and
omes in rituals. [Lat. Lemurēs.]
of E Russia rising near Lake Baikal
2,670 mi) to the Laptev Sea.
enape or -pes. See Delaware[1] 1.
l•ing, lends. — tr. 1.a. To give or
on the condition that the same or
ned. b. To provide (money) tem-
he amount borrowed be returned,
. To contribute or impart. 3. To
lf) to; be suitable for. — intr. To
te at loan. — Idiom. lend a help-
ce. [ME lenden < OE lǣnan. See

Available for lending.
. A library from which books may
a minimal fee.
of E KS, a suburb of Kansas City.

′), Pierre Charles. 1754–1825.
designed the basic city plan for

The state, quality, or fact of being
: the extent of something along its
ce, often of a standard size, nor-
reatest dimension. 4. A measure
istances: won by a length. 5. Ex-
ing to end. 6. The amount of time
the duration. 7. Extent or degree
licy is carried. Often used in the
tion of a vowel. b. The duration
extent of a garment. Often used
gth; floor-length. — Idiom. at
eventually. 2. For a considerable
thu. See del-[1]*.]
′-) tr. & intr.v. -ened, -en•ing.
nger. — length′en•er n.
lĕngth′-) adv. Lengthwise.
ĕngth′-) adv. & adj. Of, along,
on of the length; longitudinally.
dj. -i•er, -i•est. 1. Of consider-

able length, esp. in time; extended. 2. Tediously long; drawn-out. — length′i•ly adv. — length′i•ness n.

le•ni•ence (lē′nē-əns, lēn′yəns) n. Leniency.

le•ni•en•cy (lē′nē-ən-sē, lēn′yən-) n., pl. -cies. 1. The condition or quality of being lenient. See Syns at mercy. 2. A lenient act.

le•ni•ent (lē′nē-ənt, lēn′yənt) adj. Inclined not to be harsh or strict; merciful, generous, or indulgent. [Obsolete Fr. < Lat. lēniēns, lēnient-, pr.part. of lēnīre, to pacify < lēnis, soft. See lē-*.] — le′ni•ent•ly adv.

Le•nin (lĕn′ĭn, lyĕ′nyĭn), Vladimir Ilich. 1870–1924. Russian founder of the Bolsheviks, leader of the Russian Revolution (1917), and first head of the U.S.S.R. (1917–24).

Le•nin•a•kan (lĕn′ĭ-nə-kän′, lyĭ-nĭ-). A city of NW Armenia SSE of Tbilisi; orig. a Turkish fortress. Pop. 223,000.

Len•in•grad (lĕn′ĭn-grăd′, lyĭ-nĭn-grät′). See Saint Petersburg.

Len•in•ism (lĕn′ə-nĭz′əm) n. The theory and practice of proletarian revolution as developed by Lenin. — Len′in•ist, Len′in•ite′ (lĕn′ə-nīt′) adj. & n.

Lenin Peak. A mountain, 7,138.5 m (23,405 ft), in the Trans Alai on the Kirghiz-Tadzhikistan border.

le•nis (lē′nĭs, lā′-) adj. Ling. Articulated with relatively low pressure of the airstream below the glottis, as English (b) and (d) compared with (p) and (t). [Lat. lēnis, soft. See lē-*.]

len•i•tive (lĕn′ĭ-tĭv) adj. Capable of easing pain or discomfort. — n. A lenitive medicine. [ME lenitif < OFr. < Med.Lat. lēnitīvus < Lat. lēnītus, p.part. of lēnīre, to soothe < lēnis, soft. See lē-*.] — len′i•tive•ly adv.

len•i•ty (lĕn′ĭ-tē) n. The condition or quality of being lenient. See Syns at mercy. [Lat. lēnitās < lēnis, soft. See lē-*.]

Len•ni Len•a•pe or Len•i Len•a•pe (lĕn′ē lĕn′ə-pē) n. See Delaware[1] 1.

Len•non (lĕn′ən), John. 1940–80. British musician and composer who wrote many of the Beatles' songs.

le•no (lē′nō) n., pl. -nos. 1. Weaving in which the warp yarns are paired and twisted. 2. A fabric having such a weave. [Perh. < Fr. linon, linen fabric < lin, flax < OFr. < Lat. līnum. See LINEN.]

lens (lĕnz) n., pl. lens•es. 1. A ground or molded piece of glass, plastic, or other transparent material with opposite surfaces either or both of which are curved, by means of which light rays are focused to form an image. 2. A combination of two or more lenses, sometimes with other optical devices such as prisms, used to form an image for viewing or photographing. 3. A device analogous to an optical lens that focuses radiation other than light. 4. A transparent, biconvex body of the eye between the iris and the vitreous humor that focuses light rays entering through the pupil to form an image on the retina. — tr.v. lensed, lens•ing, lens•es. Informal. To photograph or film. [NLat. lēns < Lat., lentil.] — lensed adj.

lent (lĕnt) v. P.t. and p.part. of lend.

Lent (lĕnt) n. The 40 weekdays from Ash Wednesday until Easter observed by Christians as a season of penitence. [ME lente, spring, Lent < OE lencten. See del-[1]*.]

len•ta•men•te (lĕn′tə-mĕn′tā) adv. & adj. Mus. Lento. [Ital. < lento, slow. See LENTO.]

len•tan•do (lĕn-tän′dō) adv. & adj. Mus. With gradual slowness. [Ital., pr.part. of lentare, to make slow < lento, slow. See LENTO.]

Lent•en (lĕn′tən) adj. 1. Of or relating to Lent. 2. Characteristic of or appropriate to Lent; meager.

len•ti•cel (lĕn′tĭ-sĕl′) n. One of the small corky pores or narrow lines on the surface of the stems of woody plants that allow the interchange of gases between the interior tissue and the surrounding air. [NLat. lenticella, dim. of lēns, lent-, lens. See LENS.] — len′ti•cel′late (-sĕl′ĭt) adj.

len•tic•u•lar (lĕn-tĭk′yə-lər) adj. 1. Shaped like a biconvex lens. 2. Of or relating to a lens. [Lat. lenticulāris, lentil-shaped < lenticula, lentil. See LENTIL.]

len•ti•go (lĕn-tī′gō) n., pl. -tig•i•nes (-tĭj′ə-nēz′). A small flat pigmented spot on the skin. [Lat. lentīgō, lentīgin- < lēns, lent-, lentil.] — len•tig′i•nous (-tĭj′ə-nəs), len•tig′i•nose′ (-nōs′) adj.

len•til (lĕn′təl) n. 1. A leguminous plant (Lens culinaris) native to southwest Asia and having flat pods containing lens-shaped edible seeds. 2. The round flattened seed of this plant. [ME < OFr. lentille < VLat. *lentīcula < Lat. lenticula, dim. of lēns, lent-, lentil.]

len•tis•si•mo (lĕn-tĭs′ĭ-mō′, -tē′sē-) adv. & adj. Mus. Very slowly. [Ital., superl. of lento, slow. See LENTO.]

len•to (lĕn′tō) Mus. — adv. & adj. In a slow tempo. — n., pl. -tos. A lento passage or movement. [Ital. < Lat. lentus, slow.]

Le•o (lē′ō) n. 1. A constellation in the Northern Hemisphere near Cancer and Virgo. 2.a. The fifth sign of the zodiac in astrology. b. One born under Leo. [Lat. Leō < leō, lion. See LION.]

Leo I, Saint. "Leo the Great." A.D. 400?–461. Pope (440–461) whose negotiations with Attila (452) and Genseric (455) saved Rome from barbarian invasion.

Leo III, Saint. d. 816. Pope (795–816) who crowned Charlemagne emperor (800).

Leo X. Orig. Giovanni de Medici. 1475–1521. Pope (1513–21) who excommunicated Martin Luther (1521).

Leo Minor n. A constellation in the Northern Hemisphere near Leo and Ursa Major. [NLat. Leō Minor.]

Leom•in•ster (lĕm′ĭn-stər). A city of N-central MA SSE of Fitchburg. Pop. 38,145.

Le•ón (lā-ōn′). 1. A historical region and former kingdom of NW Spain; conquered by Castile in 1037, became independent in 1157, and was rejoined with Castile in 1230. 2. A city of central Mexico ENE of Guadalajara; founded in the 1570's. Pop. 593,002. 3. A city of W Nicaragua NW of Managua; moved to its present site after a severe earthquake in 1610. Pop. 92,764. 4. A city of NW Spain at the foot of the Cantabrian Mts. SSE of Oviedo; reconquered from the Moors in 882. Pop. 133,658.

Le•o•nar•do da Vin•ci (lē′ə-när′dō də vĭn′chē, dä, lā′-). 1452–1519. Italian painter, engineer, musician, and scientist whose works include The Last Supper (c. 1495).

Le•on•ca•val•lo (lā′ōn-kə-vä′lō, -kä-väl′-), Ruggiero. 1858–1919. Italian composer who wrote Pagliacci (1892).

le•one (lē-ōn′) n. See table at currency. [After SIERRA LEONE.]

Le•o•nid (lē′ə-nĭd) n., pl. Le•o•nids or Le•on•i•des (lē-ŏn′ĭ-dēz′). One of the falling stars of the annual meteor shower in mid-November. [< Lat. Leō, Leōn-, Leo. See LEO.]

le•o•nine (lē′ə-nīn′) adj. Of, relating to, or characteristic of a lion. [ME < OFr. leonin < Lat. leōnīnus < leō, leōn-, lion. See LION.]

Le•on•tief (lē-ŏn′tyĕf, -ŏn′-), Wassily. b. 1906. Russian-born Amer. economist who won a 1973 Nobel Prize.

leop•ard (lĕp′ərd) n. 1.a. A large African or Asian cat (Panthera pardus) having spotted tawny or black fur. b. Any of several felines, such as the cheetah. c. The pelt or fur of these animals. 2. Her. A lion in side view, having one forepaw raised and the head facing the observer. [ME < OFr. leupart < LLat. leopardus < Gk. leopardos : Gk. leōn, lion; see LION + Gk. pardos, pard; see PARD.]

leop•ard•ess (lĕp′ər-dĭs) n. A female leopard.

Le•o•pold I (lē′ə-pōld′). 1640–1705. King of Hungary (1655–1705) and Bohemia (1656–1705) and Holy Roman emperor (1658–1705).

Leopold II. 1835–1909. King of Belgium (1865–1909) who also reigned in the Congo Free State (now Zaire) from 1876 to 1904, when he was forced to abdicate.

Le•o•pold•ville (lē′ə-pōld-vĭl′, lā′-). See Kinshasa.

le•o•tard (lē′ə-tärd′) n. 1. A snugly fitting, stretchable one-piece garment with or without sleeves that covers the torso, worn esp. by dancers, gymnasts, acrobats, and those engaging in exercise workouts. 2. leotards. Tights. [After Jules Léotard (1830–70), French aerialist.] — le′o•tard′ed adj.

Le•pan•to (lĭ-păn′tō, lĕ′pän-tō), Gulf of. See Gulf of Corinth.

Lep•cha (lĕp′chə) n., pl. Lepcha or -chas. 1. A member of a Buddhist people living in Sikkim. 2. The Tibeto-Burman language of the Lepcha.

lep•er (lĕp′ər) n. 1. A person affected by leprosy. 2. One who is avoided by others. [ME < lepre, leprosy < OFr. < LLat. lepra < Gk. lepros, scaly < lepis, lepos, scale.]

lepido– pref. Scale; flake: lepidopteran. [Gk. < lepis, lepid-.]

le•pid•o•lite (lĭ-pĭd′l-īt′) n. A lilac or pink to gray mineral of the mica group, $K(Li,Al)_3(Si,Al)_4O_{10}(F,OH)_2$, used as lithium ore and in ceramic production. [LEPIDO– + –LITE.]

lep•i•dop•ter•an (lĕp′ĭ-dŏp′tər-ən) n. An insect belonging to the large order Lepidoptera, which includes the butterflies and moths, characterized by four membranous wings covered with small scales. [< NLat. Lepidoptera, order name : LEPIDO– + Gk. ptera, pl. of pteron, wing, winged creature; see –PTER.] — lep′i•dop′ter•an, lep′i•dop′ter•ous adj.

lep•i•dop•ter•ist (lĕp′ĭ-dŏp′tər-ĭst) n. An entomologist specializing in the study of butterflies and moths.

lep•i•dote (lĕp′ĭ-dōt′) adj. Covered with small scurfy scales. [Gk. lepidōtos, scaly < lepis, lepid-, scale.]

Lep•i•dus (lĕp′ĭ-dəs), Marcus Aemilius. d. 13 B.C. Roman leader and member of the triumvirate with Augustus and Mark Antony (43–36).

Le•pon•tic (lĭ-pŏn′tĭk) n. An ancient Indo-European language of northeast Italy and southern Switzerland. [< Lat. Lēpontiī, a people of Cisalpine Gaul.] — Le•pon′tic adj.

Le•pon•tine Alps (lĭ-pŏn′tīn′). A range of the central Alps in S Switzerland and along the Swiss-Italian border rising to 3,563.3 m (11,683 ft).

lep•o•rine (lĕp′ə-rīn′, -ər-ĭn) adj. Of or characteristic of rabbits or hares. [Lat. leporīnus < lepus, lepor-, hare.]

lep•re•chaun (lĕp′rĭ-kŏn′, -kôn′) n. An elf in Irish folklore who can reveal hidden treasure if caught. [Ir.Gael. luprachán, alteration of MIr. luchrupán < OIr. luchorpān : luchorp (lū-, small; see legʷh-* + corp, body < Lat. corpus; see kʷrep-*) + -ān, dim. suff.] — lep′re•chaun′ish adj.

*Word History:* Nothing seems more Irish than the leprechaun; yet, hiding within the word leprechaun is a word from another language entirely. If we look back beyond Modern Irish Gaelic luprachán and Middle Irish luchrupán to Old Irish luchorpān, we can see the connection. Luchorpān is a compound of Old Irish lū, meaning "small," and the Old Irish



John Lennon
Photographed in 1969



lens
Light passing through a double-convex lens (top) and a double-concave lens (bottom); f indicates the focus



Leo



Leonardo da Vinci
c. 1512 self-portrait

plash•es. —*tr.* To spatter (liquid)
› cause a light splash. [Poss. < ME
OE *plæsc.*]
ɔwth; development: *achondroplasia.*
ıolding < *plassein*, to mold. See

**rm plasm** 3.
**no–.**
ning cells or tissue: *cytoplasm.* [<

**ısm** (plăz′əm) *n.* **1.a.** The clear yel-
lood, lymph, or intramuscular fluid
ed. **b.** Blood plasma. **2.** *Medic.* Cell-
ma, used in transfusions. **3.** Proto-
he fluid portion of milk from which
oagulation; whey. **5.** *Phys.* A highly
arly equal numbers of positive ions
< LLat., image, figure < Gk. <
ə-2*.] —**plas•mat′ic** (plăz-măt′ĭk),

y-producing cell found in lymphoid
B cell upon reaction with a specific

t′) *n.* See **plasma cell.**
′) *n.* A jellylike state of cytoplasm,
g in the pseudopod of the amoeba.
ĕn′) *n.* A self-replicating hereditary
in cytoplasm and function in a man-
ependent of chromosomal genes.
mə-lĕm′ə) *n.* See **cell membrane.**
ısk; see LEMMA².]
**cell membrane.**
′mə-fĕr′ĭ-sĭs, -fə-rē′-) *n.* A process
rom donated blood and the remain-
ned to the donor. [PLASM(A) + Gk.
PHAERESIS.]
′, -sŏl′, -sōl′) *n.* A state of cyto-
than plasmagel.
ı circular double-stranded unit of
in a cell independently of the chro-
ɔst often found in bacteria.
proteolytic enzyme in plasma that
blood clotting factors.
ı′-ə-jən) *n.* The inactive precursor to
body fluids and blood plasma.
Plasma: *plasmin.* [< PLASMA.]
mə-dĕz′mə) also **plas•mo•desm**
*l.* **-ma•ta** (-mə-tə) or **-mas** also
cytoplasm that passes through open-
nnects the protoplasts of adjacent
– + Gk. *desma*, bond (< *dein*, to

′dē-əm) *n.*, *pl.* **-di•a** (-dē-ə). **1.** A
toplasm formed by the fusion of a
. **2.** A protozoan of the genus *Plas-*
the parasites that cause malaria.
ıs name : PLASM(O)– + *-odium*, re-
ar. of *-oeidēs*, -oid).] —**plas•mo′-**

′ĭ-sĭs) *n.*, *pl.* **-ses** (-sēz′). Shrinkage
ɔtoplasm away from the wall of a
ell, caused by water loss. —**plas′-**
) *adj.* —**plas′mo•lyt′i•cal•ly** *adv.*
′) *v.*
tructure, particle, or granule, esp. of
*oplast.* [< Gk. *plastos*, molded <
lə-2*.]
mixture of lime or gypsum, sand,
o a smooth solid, used for coating
ter of Paris. **3.** A pastelike mixture
dy for healing or cosmetic purposes.
hesive bandage. —*v.* **-tered, -ter•**
over, coat, or repair with plaster.
or as if with a coat of plaster: *plas-*
To apply a plaster to. **4.a.** To cover
ings pasted on; overspread. **b.** To
with a paste. **5.** To make smooth by
ıce. **6.** To make adhere to another
› inflict heavy damage or injury on.
*intr.* To apply plaster. [ME < OE,
OFr. *plastre*, cementing material,
dressing < Gk. *emplastron* < *em-*
m-, in, on; see EN–² + *plassein*, to
**s′ter•er** *n.* —**plas′ter•y** *adj.*
ɔôrd′, -bōrd′) *n.* A board of layers
nded to a gypsum plaster core, used
d panels for walls.
ıred mold or cast in plaster of Paris.

*Slang.* Intoxicated; drunk.
*n.* **1.** A layer or coating of plaster.
g defeat; a beating.

**plaster of Par•is** (păr′ĭs) *n.* Any of a group of gypsum cements, made up essentially of hemihydrated calcium sulfate, $CaSO_4 \cdot \frac{1}{2}H_2O$, a powder that forms a paste when mixed with water and hardens into a solid, used in making casts, molds, and sculpture. [ME, after PARIS², France.]

**plas•ter•work** (plăs′tər-wûrk′) *n.* Construction or ornamental work done with plaster.

**plas•tic** (plăs′tĭk) *adj.* **1.** Capable of being shaped or formed. **2.** Relating to or dealing with shaping or modeling. **3.** Having the qualities of sculpture; well-formed. **4.** Giving form or shape to a substance. **5.** Easily influenced; impressionable. **6.** Made of a plastic or plastics. **7.** *Phys.* Capable of undergoing continuous deformation without rupture or relaxation. **8.** *Biol.* Capable of building tissue; formative. **9.** Marked by artificiality or superficiality; synthetic. **10.** *Informal.* Of or obtained by means of credit cards. —*n.* **1.** Any of various organic compounds produced by polymerization and capable of being molded, extruded, cast into shapes and films, or drawn into filaments used as textile fibers. **2.** An object or objects made of plastic. **3.** *Informal.* A credit card or credit cards. [Lat. *plasticus* < Gk. *plastikos* < *plastos*, molded < *plassein*, to mold. See **pelə-²***.] —**plas′ti•cal•ly** *adv.* —**plas•tic′i•ty** (plăs-tĭs′ĭ-tē) *n.*

**-plastic** *suff.* Forming; growing; changing; developing: *metaplastic.* [Gk. *plastikos*, fit for molding. See PLASTIC.]

**plastic explosive** *n.* A moldable explosive substance used in bombs detonated by fuse or electrical impulse.

**plas•ti•cize** (plăs′tĭ-sīz′) *tr. & intr. v.* **-cized, -ciz•ing, -ciz•es.** To make or become plastic. —**plas′ti•ci•za′tion** (-sĭ-zā′shən) *n.*

**plas•ti•ciz•er** (plăs′tĭ-sī′zər) *n.* Any of various substances added, as to plastics, for softness or pliability.

**plastic surgery** *n.* Surgery to remodel, repair, or restore body parts, esp. by the transfer of tissue. —**plastic surgeon** *n.*

**plas•tid** (plăs′tĭd) *n.* Any of several pigmented cytoplasmic organelles found in plant cells and other organisms and having various functions such as food synthesis and storage. [< Gk. *plastis*, *plastid-*, fem. of *plastēs*, molder < *plastos*, molded. See PLASTIC.] —**plas•tid′i•al** (plăs-tĭd′ē-əl) *adj.*

**plas•tron** (plăs′trən) *n.* **1.** A metal breastplate worn under a coat of mail. **2.** A quilted pad worn by fencers to protect the torso and side. **3.** A trimming on a bodice. **4.** The front of a man's dress shirt. **5.** *Zool.* The ventral part of the shell of a turtle or tortoise. [Fr. < OFr. < OItal. *piastrone*, aug. of *piastra*, thin metal plate. See PIASTER.] —**plas′tral** (-trəl) *adj.*

**-plasty** *suff.* Molding or forming surgically; plastic surgery: *dermatoplasty.* [Gk. *-plastia* < *plastos*, molded < *plassein*, to mold. See **pelə-²***.]

**-plasy** *suff.* Var. of **–plasia.**

**plat¹** (plăt) *tr.v.* **plat•ted, plat•ting, plats.** To plait or braid. —*n.* A braid. [ME *platen*, alteration of *plaiten*, to fold, braid. See PLAIT.]

**plat²** (plăt) *n.* **1.** A piece of land; a plot. **2.** A map showing actual or planned features, such as streets. —*tr.v.* **plat•ted, plat•ting, plats.** To make a plat of. [ME, prob. alteration (influenced by *plat*, something flat) of *plot*. See PLOT.]

**plat.** *abbr.* **1.** Plateau. **2.** Platform. **3.** Platoon.

**Pla•ta** (plä′tə, -tä), **Río de la.** A wide estuary of SE South America between Argentina and Uruguay formed by the Paraná and Uruguay rivers and opening on the Atlantic.

**Pla•tae•a** (plə-tē′ə). An ancient city of Greece SW of Thebes; site of a Greek victory over the Persians in 479 B.C.

**plat du jour** (plä′ də zhŏŏr′) *n.*, *pl.* **plats du jour** (plä′ də zhŏŏr′). A featured dish of the day at a restaurant. [Fr. : *plat*, plate + *du*, of the + *jour*, day.]

**plate** (plāt) *n.* **1.** A smooth, flat, thin, rigid body of uniform thickness. **2.a.** A sheet of hammered, rolled, or cast metal. **b.** A very thin applied or deposited coat of metal. **3.a.** A flat piece of metal forming part of a machine: *a boiler plate.* **b.** A flat piece of metal on which something is engraved. **4.a.** A thin piece of metal used for armor. **b.** Armor made of such pieces. **5.** *Print.* **a.** A sheet of metal, rubber, or other material prepared for use as a printing surface, such as an electrotype. **b.** A print of a woodcut or other engraved material, esp. when reproduced in a book. **c.** A full-page book illustration, often in color and printed on paper different from that used on the text pages. **6.** *Photography.* A light-sensitive sheet of glass or metal on which a photographic image can be recorded. **7.** *Dentistry.* A thin metallic or plastic support fitted to the gums to anchor artificial teeth. **8.** *Archit.* In wood-frame construction, a horizontal member, capping the exterior wall studs, upon which the roof rafters rest. **9.** *Baseball.* Home plate. **10.a.** A shallow dish for food. **b.** The contents of such a dish. **c.** A whole course served on such a dish. **11.** Service and food for one person at a meal. **12.** Household articles, such as hollowware, covered with a precious metal, such as gold. **13.** A dish passed, as in a congregation, for offerings. **14.** *Sports.* **a.** A dish or other article of silver or gold offered as a prize. **b.** A contest, esp. a horserace, offering such a prize. **15.** A thin cut of beef from the brisket. **16.** *Anat. & Zool.* **a.** A thin flat layer or scale, as that of a fish. **b.** A platelike part, organ, or structure, such as that covering some reptiles. **17.** *Elect.* **a.** An electrode, as in a storage battery or capacitor. **b.** The anode in an electron tube. **18.** *Geol.* In the theory of plate tectonics, one of the sections into which the earth's crust is divided that are in constant motion relative to each other. —*tr.v.* **plat•ed, plat•ing, plates. 1.** To coat or cover with a thin layer of metal. **2.** To cover with armor plate. **3.** *Print.* To make a plate from. **4.** To give a glossy finish to (paper) by pressing between metal sheets or rollers. [ME < OFr. < fem. of *plat*, flat < VLat. **plattus* < Gk. *platus*. See **plat-***.] —**plat′er** *n.*

**pla•teau** (plă-tō′) *n.*, *pl.* **-teaus** or **-teaux** (-tōz′). **1.** An elevated, relatively level expanse of land; a tableland. **2.** A relatively stable level, period, or state. —*intr.v.* **-teaued, -teau•ing, -teaus.** To reach a stable level; level off. [Fr. < OFr. *platel*, platter < *plat*, flat. See PLATE.]

**plat•ed** (plā′tĭd) *adj.* **1.** Coated with a thin adherent layer of metal. Often used in combination: *a gold-plated pen.* **2.** Covered with protective plates or sheets of metal. Often used in combination: *a steel-plated safe.* **3.** Knitted with two kinds of yarn, one on the face and one on the back.

**plate•ful** (plāt′fo͝ol′) *n.*, *pl.* **-fuls. 1.** The amount that a plate can hold. **2.** A generous portion of food.

**plate glass** *n.* A strong rolled and polished glass containing few impurities, used for mirrors and large windows.

**plate•let** (plāt′lĭt) *n.* A minute disklike cytoplasmic body in the blood plasma of mammals that promotes blood clotting.

**plat•en** (plăt′n) *n.* **1.** The roller in a typewriter that serves as the backing for the paper against which the type bars strike. **2.** *Comp. Sci.* The roller in a computer printer against which the print head strikes. **3.** A flat plate or rolling cylinder in a printing press that positions the paper and holds it against the inked type. [ME *plateine*, paten < OFr. *platine*, metal plate < *plat*, flat. See PLATE.]

**plate proof** *n.* *Print.* A proof taken from a master plate.

**plate tectonics** *n.* **1.** (*used with a sing. v.*) A theory of global dynamics holding that the movement of a small number of semirigid sections of the earth's crust, at whose margins seismic activity and volcanism occur, causes continental drift and changes the shape and size of ocean basins and continents. **2.** (*used with a sing. or pl. v.*) The dynamics of plate movement. —**plate′-tec•ton′ic** (plāt′tĕk-tŏn′ĭk) *adj.*

**plat•form** (plăt′fôrm′) *n.* **1.a.** A horizontal surface raised above the level of the adjacent area, as a stage for public speaking. **b.** A vessel, such as a submarine, from which weapons can be deployed. **c.** An oil platform. **2.** A place, a means, or an opportunity for public expression of opinion. **3.** A vestibule at the end of a railway car. **4.** A formal declaration of the principles on which a group makes its appeal to the public. **5.a.** A thick layer, as of cork, between the inner and outer soles of a shoe, giving added height. **b.** A shoe having such a construction. [Fr. *plate-forme*, diagram < OFr. : *plat*, flat; see PLATE + *forme*, form (< Lat. *forma*).]

**platform bed** *n.* A bed consisting of a mattress on a platform supported by legs, with available space on the floor beneath.

**platform scale** *n.* An industrial weighing instrument consisting of a platform coupled to an automatic system of levers and adjustable weights, used to weigh large or heavy objects.

**platform tennis** *n.* *Sports.* An outdoor court game played with paddles and a rubber ball on a raised and fenced wooden floor that is smaller than a tennis court.

**Plath** (plăth), **Sylvia.** 1932–63. Amer. writer whose poems are noted for their images of alienation.

**pla•ti•na** (plə-tē′nə) *n.* Platinum, esp. as found naturally in impure form. [Sp., dim. of *plata*, silver, plate < VLat. **plattus*. See PLATE.]

**plat•ing** (plā′tĭng) *n.* **1.** A thin layer of metal deposited on or applied to a surface. **2.** A coating of metal sheets or plates.

**pla•tin•ic** (plə-tĭn′ĭk) *adj.* Of, relating to, or containing platinum, esp. with valence 4.

**plat•i•nize** (plăt′n-īz′) *tr.v.* **-nized, -niz•ing, -niz•es.** To electroplate with platinum.

**platino–** or **platini–** or **platin–** *pref.* Platinum: *platinotype.* [< PLATINUM.]

**plat•i•no•cy•a•nide** (plăt′n-ō-sī′ə-nīd′) *n.* A double salt of platinous cyanide and another cyanide.

**plat•i•noid** (plăt′n-oid′) *adj.* Resembling platinum. —*n.* **1.** An alloy of copper, nickel, tungsten, and zinc, formerly used in electric coils. **2.** A metal chemically resembling platinum, esp. osmium, iridium, or palladium.

**plat•i•no•type** (plăt′n-ō-tīp′) *n.* **1.** A process formerly used for making photographic prints, using a platinum salt and an iron salt in the sensitizing solution to produce prints in platinum black. **2.** A print produced by platinotype.

**plat•i•nous** (plăt′n-əs) *adj.* Of, relating to, or containing platinum, esp. with valence 2.

**plat•i•num** (plăt′n-əm) *n.* **1.** *Symbol* **Pt** A ductile malleable metallic element usu. occurring mixed with other metals such as iridium, osmium, or nickel and used as a catalyst and in electrical components, jewelry, dentistry, and electroplating. Atomic number 78; atomic weight 195.09; melting point 1,772°C; boiling point 3,827°C; specific gravity 21.45; valence 2, 3, 4. See table at **element. 2.** *Color.* A medium to



**plastron**
Fencer wearing a plastron



**Sylvia Plath**
Photographed in 1955

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)




refracting telescope

of the Protestant churches. —ref′or•ma′tion•al *adj.*

**re•for•ma•to•ry** (rĭ-fôr′mə-tôr′ē, -tōr′ē) *n., pl.* **-ries.** A penal institution for the discipline, reformation, and training of young or first offenders. —*adj.* Reformative.

**re•formed** (rĭ-fôrmd′) *adj.* **1.** Improved by the removal of faults or abuses. **2.** Improved in conduct or character. **3. Reformed.** Relating to or being the Protestant churches that follow the teachings of John Calvin and Ulrich Zwingli.

**re•form•ism** (rĭ-fôr′mĭz′əm) *n.* A doctrine or movement of reform. —**re•form′ist** *n.*

**Reform Judaism** *n.* The branch of Judaism that seeks to reconcile historical Judaism with modern life and does not require strict observance of traditional religious law and ritual.

**reform school** *n.* See **reformatory.**

**re•fract** (rĭ-frăkt′) *tr.v.* **-fract•ed, -fract•ing, -fracts. 1.** To deflect (light, for example) from a straight path by refraction. **2.** To alter by viewing through a medium. **3.** *Medic.* To determine the refraction of (an eye, for example). [Lat. *refringere, refrāct-*, to break up : *re-*, re- + *frangere*, to break; see **bhreg-***.]

**re•fract•ing telescope** (rĭ-frăk′tĭng) *n.* A telescope in which light from an object is gathered and focused by lenses.

**re•frac•tion** (rĭ-frăk′shən) *n.* **1.** The turning or bending of any wave, such as a light wave, when it passes from one medium into another of different density. **2.** *Astron.* The apparent change in position of celestial objects caused by the bending of light rays entering Earth's atmosphere. **3.** *Medic.* **a.** The ability of the eye to bend light to focus an image on the retina. **b.** Determination of the eye's refractive characteristics. —**re•frac′tion•al, re•frac′tive** *adj.* —**re•frac′tive•ly** *adv.* —**re•frac′tive•ness, re′frac•tiv′i•ty** (rē′frăk-tĭv′ĭ-tē) *n.*

**refractive index** *n. Phys.* See **index of refraction.**

**re•frac•tom•e•ter** (rē′frăk-tŏm′ĭ-tər) *n.* Any of several instruments used to measure the index of refraction of a substance.

**re•frac•tor** (rĭ-frăk′tər) *n.* **1.** One that refracts. **2.** A refracting telescope.

**re•frac•to•ry** (rĭ-frăk′tə-rē) *adj.* **1.** Obstinately resistant to authority or control. See Syns at **unruly. 2.** Difficult to melt or work; resistant to heat. **3.** Resistant to treatment. —*n., pl.* **-ries. 1.** One that is refractory. **2.** Material that has a high melting point. [Alteration of obsolete *refractary* < Lat. *refrāctārius* < *refrāctus*, p.part. of *refringere*, to break up. See REFRACT.] —**re•frac′to•ri•ly** *adv.* —**re•frac′to•ri•ness** *n.*

**re•frain¹** (rĭ-frān′) *v.* **-frained, -frain•ing, -frains.** —*intr.* To hold oneself back; forbear. —*tr. Archaic.* To restrain or hold back; curb. [ME *refreinen* < OFr. *refrener*, to restrain < Lat. *refrēnāre* : *re-*, re- + *frēnāre*, to restrain (< *frēnum*, bridle < *frendere*, to grind; see **ghrendh-***).] —**re•frain′er** *n.* —**re•frain′ment** *n.*

**re•frain²** (rĭ-frān′) *n.* **1.a.** A phrase, verse, or group of verses repeated at intervals throughout a song or poem, esp. at the end of each stanza. **b.** Music for the refrain of a poem. **2.** A song or melody. **3.** A repeated utterance or theme. [ME *refrein* < OFr. *refrain*, alteration of *refrait*, p.part. of *refraindre*, to break off, repeat < VLat. **refrangere*, to break off, alteration of Lat. *refringere*. See REFRACT.]

**re•fran•gi•ble** (rĭ-frăn′jə-bəl) *adj.* That can be refracted. [< Lat. *refringere*, to refract (influenced by REFRACT).] —**re•fran′gi•bil′i•ty, re•fran′gi•ble•ness** *n.*

**re•fresh** (rĭ-frĕsh′) *v.* **-freshed, -fresh•ing, -fresh•es.** —*tr.* **1.** To revive with or as if with rest, food, or drink. **2.** To give new freshness or brightness to; restore. **3.** To make cool, clean, or moist; freshen up. **4.** To renew by stimulation. **5.** To fill up again; replenish. —*intr.* **1.** To take refreshment. **2.** To become fresh again; revive. [ME *refresshen* < OFr. *refreschir* : *re-*, re- + *fres, fresche*, fresh (of Gmc. orig.).]

**re•fresh•er** (rĭ-frĕsh′ər) *n.* **1.** One that refreshes. **2.** Instruction that serves to reacquaint one with material previously studied or to bring one's knowledge or skills up to date.

**re•fresh•ing** (rĭ-frĕsh′ĭng) *adj.* **1.** Serving to refresh. **2.** Pleasantly fresh and different. —**re•fresh′ing•ly** *adv.*

**re•fresh•ment** (rĭ-frĕsh′mənt) *n.* **1.** The act of refreshing or the state of being refreshed. **2.** Something, such as food, that refreshes. **3. refreshments.** A snack or light meal and drinks.

**re•fried beans** (rē′frīd′) *pl.n.* Beans that have been cooked and then mashed and fried with seasonings. [Transl. of Sp. *frijoles refritos*.]

**re•frig•er•ant** (rĭ-frĭj′ər-ənt) *adj.* **1.** Cooling or freezing; refrigerating. **2.** *Medic.* Reducing fever. —*n.* **1.** A substance, such as air or ammonia, used to provide cooling either as the working substance of a refrigerator or by direct absorption of heat. **2.** *Medic.* An agent used to reduce fever.

**re•frig•er•ate** (rĭ-frĭj′ə-rāt′) *tr.v.* **-at•ed, -at•ing, -ates. 1.** To cool or chill (a substance). **2.** To preserve (food) by chilling. [Lat. *refrīgerāre, refrīgerāt-* : *re-*, re- + *frīgerāre*, to make cool (< *frīgus, frīgor-*, coldness).] —**re•frig′er•a′tion** *n.* —**re•frig′er•a′tive, re•frig′er•a•to′ry** (-ər-ə-tôr′ē, -tōr′ē) *adj.*

**re•frig•er•a•tor** (rĭ-frĭj′ə-rā′tər) *n.* An appliance, a cabinet, or a room for storing substances at a low temperature.

**re•frin•gence** (rĭ-frĭn′jəns) *n.* Refractive power.

**re•frin•gent** (rĭ-frĭn′jənt) *adj.* Of, relating to, or producing refraction; refractive. [Lat. *refringēns, refringent-*, pr.part. of *refringere*, to break up. See REFRACT.]

**reft¹** (rĕft) *v.* A p.t. and p.part. of **reave¹.**

**reft²** (rĕft) *v.* A p.t. and p.part. of **reave².**

**re•fu•el** (rē-fyo͞o′əl) *v.* **-eled, -el•ing, -els** also **-elled, -el•ling, -els.** —*tr.* To supply again with fuel. —*intr.* To take on a fresh supply of fuel.

**ref•uge** (rĕf′yo͞oj) *n.* **1.** Protection or shelter, as from danger or hardship. **2.** A place providing protection or shelter. **3.** A source of help, relief, or comfort in times of trouble. —*v.* **-uged, -ug•ing, -ug•es.** —*tr.* To give refuge to. —*intr.* To take refuge. [ME < OFr. < Lat. *refugium* < *refugere*, to run away : *re-*, re- + *fugere*, to flee.]

**ref•u•gee** (rĕf′yo͞o-jē′) *n.* One who flees in search of refuge, as in times of war. [Fr. *réfugié* < p.part. of *réfugier*, to take refuge < OFr. < *refuge*, refuge. See REFUGE.]

**re•fu•gi•um** (rĭ-fyo͞o′jē-əm) *n., pl.* **-gi•a** (-jē-ə). *Ecol.* An area that has escaped ecological changes occurring elsewhere and so provides a suitable habitat for relict species. [Lat., refuge. See REFUGE.]

**re•ful•gent** (rĭ-fo͝ol′jənt, -fŭl′-) *adj.* Shining radiantly; resplendent. [Lat. *refulgēns, refulgent-*, pr.part. of *refulgēre*, to flash back : *re-*, re- + *fulgēre*, to flash; see **bhel-¹***.] —**re•ful′gence, re•ful′gen•cy** *n.* —**re•ful′gent•ly** *adv.*

**re•fund** (rĭ-fŭnd′, rē′fŭnd′) *v.* **-fund•ed, -fund•ing, -funds.** —*tr.* To give back, esp. money; return or repay. —*intr.* To make repayment. —*n.* (rē′fŭnd′). **1.** A repayment of funds. **2.** An amount repaid. [ME *refunden* < OFr. *refunder* < Lat. *refundere* : *re-*, re- + *fundere*, to pour; see **gheu-***.] —**re•fund′a•ble** *adj.* —**re•fund′er** *n.* —**re•fund′ment** *n.*

**re-fund** (rē-fŭnd′) *tr.v.* **-fund•ed, -fund•ing, -funds. 1.** To fund anew. **2.** To pay back (a debt) with new borrowing.

**re•fur•bish** (rē-fûr′bĭsh) *tr.v.* **-bished, -bish•ing, -bish•es.** To make clean, bright, or fresh again; renovate. —**re•fur′bish•ment** *n.*

**re•fus•al** (rĭ-fyo͞o′zəl) *n.* **1.** The act or an instance of refusing. **2.** The opportunity or right to accept or reject something before it is offered elsewhere.

**re•fuse¹** (rĭ-fyo͞oz′) *v.* **-fused, -fus•ing, -fus•es.** —*tr.* **1.a.** To indicate unwillingness to do, accept, give, or allow. **b.** To indicate unwillingness (to do something). **2.** To decline to jump (an obstacle). Used of a horse. —*intr.* To decline to do, accept, give, or allow something. [ME *refusen* < OFr. *refuser* < VLat. **refūsāre*, prob. Lat. *recūsāre*, to refuse; see RECUSE, and Lat. *refūtāre*; see REFUTE.] —**re•fus′er** *n.*

***Syns:*** *refuse, decline, reject, spurn, rebuff.* These verbs all mean to be unwilling to accept, consider, or receive someone or something. *Refuse* usually implies determination and often brusqueness: *"The commander . . . refused to discuss questions of right"* (George Bancroft). To *decline* is to refuse courteously: *"Now I must decline the Pulitzer Prize"* (Sinclair Lewis). *Reject* suggests the discarding of someone or something as unsatisfactory, defective, or useless; it implies categoric refusal: *"He again offered himself for enlistment and was again rejected"* (Arthur S.M. Hutchinson). To *spurn* is to reject scornfully or contemptuously: *"The more she spurns my love/The more it grows"* (Shakespeare). *Rebuff* pertains to blunt, often disdainful rejection: *"He had . . . been rebuffed"* (Robert Louis Stevenson).

**ref•use²** (rĕf′yo͞os) *n.* Items or material discarded or rejected as useless or worthless; trash or rubbish. [ME < OFr. *refus*, rejection, refuse < *refuser*, to refuse. See REFUSE¹.]

**re•fuse•nik** (rĭ-fyo͞oz′nĭk) *n.* A Soviet citizen denied the right to emigrate.

**ref•u•ta•tion** (rĕf′yo͞o-tā′shən) also **re•fut•al** (rĭ-fyo͞ot′l) *n.* **1.** The act of refuting. **2.** Something, such as an argument, that refutes someone or something.

**re•fute** (rĭ-fyo͞ot′) *tr.v.* **-fut•ed, -fut•ing, -futes. 1.** To prove to be false or erroneous; overthrow by argument or proof. **2.** To deny the accuracy or truth of: *refuted the results of the poll.* [Lat. *refūtāre*. See **bhau-***.] —**re•fut′a•bil′i•ty** (rĭ-fyo͞o′tə-bĭl′ĭ-tē, rĕf′yə-tə-) *n.* —**re•fut′a•ble** (rĭ-fyo͞o′tə-bəl, rĕf′yə-tə-) *adj.* —**re•fut′a•bly** *adv.* —**re•fut′er** *n.*

**reg.** *abbr.* **1.** Regent. **2.** Regiment. **3.** Region. **4.** Register; registered. **5.** Registrar. **6.** Registry. **7.a.** Regular. **b.** Regularly. **8.** Regulation. **9.** Regulator.

**re•gain** (rē-gān′) *tr.v.* **-gained, -gain•ing, -gains. 1.** To recover possession of; get back again. See Syns at **recover. 2.** To manage to reach again. —**re•gain′er** *n.*

**re•gal** (rē′gəl) *adj.* **1.** Of or relating to a monarch; royal. **2.** Belonging to or befitting a monarch. **3.** Magnificent; splendid. [ME < OFr. < Lat. *rēgālis* < *rēx, rēg-*, king. See **reg-***.] —**re•gal′i•ty** (rĭ-găl′ĭ-tē) *n.* —**re′gal•ly** *adv.*

**re•gale** (rĭ-gāl′) *v.* **-galed, -gal•ing, -gales.** —*tr.* **1.** To provide with great enjoyment; entertain. **2.** To entertain sumptuously with food and drink; feast. —*intr.* To feast. —*n.* **1.** A great feast. **2.** A choice food; a delicacy. **3.** Refreshment. [Fr. *régaler* < OFr. *regal*, feast < *gale* < *galer*, to make merry.] —**re•gale′ment** *n.*

**re•ga•lia** (rĭ-gāl′yə, -gā′lē-ə) *pl.n.* (*used with a sing. or pl. v.*) **1.** The emblems and symbols of royalty. **2.** The rights and privileges of royalty. **3.** The office, order, or society. **4.**
Lat. *rēgālia* < Lat., neut. p
**re•gard** (rĭ-gärd′) *v.* **-gard•e**
look at attentively; observe
sider in a particular way.
**4.** To relate or refer to; c
consider. **6.** *Obsolete.* To ta
gaze. **2.** To give heed; pay a
**2.** Careful thought or attent
or esteem. **b. regards.** Go
ment. **4.** A particular poin
motive. **6.** *Obsolete.* Appea
gards. Concerning. **in** (or
[ME *regarden* < OFr. *regar*
(of Gmc. orig.; see GUARD).]

***Usage Note:*** *Regard* is
in the phrase *in regard* (not
*regards* are also standard in
the same sense *with respect*
not. • *Respects* is sometime
in the sense of "particulars
*the books are alike.*

**re•gar•dant** (rĭ-gär′dnt) *adj*
file. [ME < OFr., pr.part. c
**re•gard•ful** (rĭ-gärd′fəl) *ad*
**2.** Showing deference; re
—**re•gard′ful•ness** *n.*
**re•gard•ing** (rĭ-gär′dĭng) *p*
to; concerning. See Usage
**re•gard•less** (rĭ-gärd′lĭs) *ad*
*continues to work regardl*
—**re•gard′less•ly** *adv.* —
**regardless of** *prep.* **1.** In sp
**re•gat•ta** (rĭ-gä′tə, -găt′ə)
boat races. [Ital. dial., a c
contend, perh. < *recatare*,
**recaptāre*, to contend : La
to catch, freq. of *capere*, t
**regd.** *abbr.* Registered.
**re•ge•la•tion** (rē′jə-lā′sh
blocks by pressure. **2.** Succ
freezing when pressure is
blocks.
**re•gen•cy** (rē′jən-sē) *n., pl*
lected to govern in place of
still in minority. **2.** The per
**3.** The office, area of jurisd
a regent. —*adj.* **1. Regenc**
of the style, esp. in furnitu
regency (1811–1820) of
George IV). **2. Regency.** C
the style prevalent in Franc
of Philippe, Duc d'Orléans
**re•gen•er•a•cy** (rĭ-jĕn′ər-ə
ated.
**re•gen•er•ate** (rĭ-jĕn′ə-rāt
**1.** To reform spiritually or
create anew, esp. in an im
energy to; revitalize. **4.** *Bio*
formation of new tissue.
constructed again. **2.** To u
birth; reform. **3.** To effect
who is spiritually reborn.
part. —*adj.* (-ər-ĭt). **1.**
**2.** Formed or created an
refreshed or renewed. [La
duce : *re-*, re- + *generā*
**gen′er•a•ble** (-ər-ə-bəl) *a*
**gen′er•a′tor** *n.*
**re•gen•er•a•tion** (rĭ-jĕn′ə
of regenerating or the stat
or moral revival or rebirt
stroyed parts or organs.
**re•gen•er•a•tive** (rĭ-jĕn′ə
to, or marked by regene
—**re•gen′er•a′tive•ly** *ad*
**Re•gens•burg** (rā′gənz-bo͝
Germany on the Danube
**re•gent** (rē′jənt) *n.* **1.** On
absence, or disability of a
or governor. **3.** A membe
tution, such as a univers
*regent-*, ruler < pr.part. o
**gent•al** (-jən-tl) *adj.*
**reg•gae** (rĕg′ā) *n. Mus.* Pop
ing elements of calypso, s
ult. < *rege-rege*, ragged c
**Reg•gio di Ca•la•bri•a** (r
**Reggio** or **Reggio Calabri**
Strait of Messina opposite
I.C. Pop. 171,324.