# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



Sybil P. Parker
EDITOR IN CHIEF

McGRAW-HILL BOOK COMPANY

New York
St. Louis
San Francisco

Auckland Bogotá
Caracas Colorado Springs
Hamburg Lisbon
London Madrid
Mexico Milan
Montreal New Delhi
Oklahoma City Panama
Paris San Juan
São Paulo Singapore
Sydney Tokyo
Toronto

Raytheon002646

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, *White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0 DOW/DOW 9 5 4 3 2 1 0

ISBN 0-07-045270-9

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1989 503'/21 88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

CHRISTMAS TREE




Typical layout of a Christmas tree.

CHROMATICITY DIAGRAM




International Committee on Illumination chromaticity diagram. The wavelengths of the visible spectrum in units of $10^{-9}$ meter are indicated along the curve. W represents a white composed of equal amounts of the three primaries. *(Adapted from A. C. Hardy, ed., Handbook of Colorimetry, copyright 1936 by The MIT Press)*

**chrematophobia** [PSYCH] An abnormal fear of money. { krə,mad·ə'fō·bē·ə }

**Christiansen effect** [ANALY CHEM] Monochromatic transparency effect when finely powdered substances, such as glass or quartz, are immersed in a liquid having the same refractive index. { 'kris·chən·sən i'fekt }

**Christiansen filter** [OPTICS] A type of color filter, a solid-in-liquid suspension, which scatters all incident energy except that of a narrow frequency range out of the direct beam. Also known as band-pass filter. { 'kris·chən·sən 'fil·tər }

**Christmas disease** [MED] A hereditary, sex-linked, hemophilia-like disease involving failure of the clotting mechanism due to a deficiency of Christmas factor. { 'kris·məs di,zēz }

**Christmas factor** [BIOCHEM] A soluble protein blood factor involved in blood coagulation. Also known as factor IX; plasma thromboplastin component (PTC). { 'kris·məs ,fak·tər }

**Christmas tree** [PETRO ENG] An assembly of valves, tees, crosses, and other fittings at the wellhead, used to control oil or gas production and to give access to the well tubing. { 'kris·məs ,trē }

**Christoffel symbols** [MATH] Symbols which represent particular functions of the coefficients and their first-order derivatives of a quadratic form. { 'kris·tōf·əl ,sim·bəlz }

**christophite** *See* marmatite. { 'kris·tə,fīt }

**chroma** [OPTICS] **1.** The dimension of the Munsell system of color that corresponds most closely to saturation, which is the degree of vividness of a hue. Also known as Munsell chroma. **2.** *See* color saturation. { 'krō·mə }

**chroma band-pass amplifier** *See* burst amplifier. { 'krō·mə 'band ,pas 'am·plə,fī·ər }

**chroma control** [ELECTR] The control that adjusts the amplitude of the carrier chrominance signal fed to the chrominance demodulators in a color television receiver, so as to change the saturation or vividness of the hues in the color picture. Also known as color control; color-saturation control. { 'krō·mə kən'trōl }

**chromadizing** [MET] Treating the surface of aluminum or aluminum alloys with chromic acid to improve paint adhesion. { 'krō·mə,dīz·iŋ }

**Chromadoria** [INV ZOO] A subclass of nematode worms in the class Adenophorea. { ,krō·mə'dōr·ē·ə }

**Chromadorida** [INV ZOO] An order of principally aquatic nematode worms in the subclass Chromadoria. { ,krō·mə'dōr·ə·də }

**Chromadoridae** [INV ZOO] A family of soil and fresh-water, free-living nematodes in the superfamily Chromadoroidea; generally associated with algal substances. { ,krō·mə'dōr·ə,dē }

**Chromadoroidea** [INV ZOO] A superfamily of small to moderate-sized, free-living nematodes with spiral, transversely ellipsoidal amphids and a striated cuticle. { ,krō·mə·də'rȯid·ē·ə }

**chromaffin** [BIOL] Staining with chromium salts. { krō'ma·fən }

**chromaffin body** *See* paraganglion. { krō'ma·fən ,bäd·ē }

**chromaffin cell** [HISTOL] Any cell of the suprarenal organs in lower vertebrates, of the adrenal medulla in mammals, of the paraganglia, or of the carotid bodies that stains with chromium salts. { krō'ma·fən ,sel }

**chromaffin system** [PHYSIO] The endocrine organs and tissues of the body that secrete epinephrine; characterized by an affinity for chromium salts. { krō'ma·fən ,sis·təm }

**chroma oscillator** [ELECTR] A crystal oscillator used in color television receivers to generate a 3.579545-megahertz signal for comparison with the incoming 3.579545-megahertz chrominance subcarrier signal being transmitted. Also known as chrominance-subcarrier oscillator; color oscillator; color-subcarrier oscillator. { 'krō·mə 'äs·ə,lād·ər }

**chromascope** [OPTICS] An instrument used to determine the optical effects of color. { 'krō·mə,skōp }

**chromate** [INORG CHEM] $CrO_4^{2-}$ **1.** An ion derived from the unstable acid $H_2CrO_4$. **2.** A salt or ester of chromic acid. [MINERAL] A mineral characterized by the cation $CrO_4^{2-}$. { 'krō,māt }

**chromate treatment** [MET] Treatment of metal with a solution of a hexavalent chromium compound to produce a protective coating of metal chromate. { 'krō,māt ,trēt·mənt }

**Chromatiaceae** [MICROBIO] A family of bacteria in the suborder Rhodospirillineae; motile cells have polar flagella, photosynthetic membranes are continuous with the cytoplasmic membrane, all except one species are anaerobic, and bacteriochlorophyll *a* or *b* is present. { ,krō·mad·ē'as·ē,ī }

**chromatic** [OPTICS] Relating to color. { krō'mad·ik }

**chromatic aberration** [ELECTR] An electron-gun defect causing enlargement and blurring of the spot on the screen of a cathode-ray tube, because electrons leave the cathode with different initial velocities and are deflected differently by the electron lenses and deflection coils. [OPTICS] An optical lens defect causing color fringes, because the lens material brings different colors of light to focus at different points. Also known as color aberration. { krō'mad·ik ab·ə'rā·shən }

**chromatic diagram** *See* chromaticity diagram. { krō'mad·ik 'dī·ə,gram }

**chromaticity** [OPTICS] The color quality of light that can be defined by its chromaticity coordinates; depends only on hue and saturation of a color, and not on its luminance (brightness). { ,krō·mə'tis·əd·ē }

**chromaticity coordinates** [OPTICS] The fractional amounts of the $x$, $y$, and $z$ primary colors, specified by the International Committee on Illumination, in a color sample; more precisely, $x = X/(X + Y + Z)$, $y = Y/(X + Y + Z)$, $z = Z/(X + Y + Z)$, where $X$, $Y$, and $Z$ are the integrals over wavelength $\lambda$ of the product of the amount of light emerging from the sample per unit wavelength, and the tristimulus values, $\bar{x}(\lambda)$, $\bar{y}(\lambda)$, and $\bar{z}(\lambda)$ respectively. { ,krō·mə'tis·əd·ē kō'ȯrd·ən,əts }

**chromaticity diagram** [OPTICS] A triangular graph for specifying colors, whose ordinate is the $y$ chromaticity coordinate and whose abscissa is the $x$ chromaticity coordinate; the apexes of the triangle represent primary colors. Also known as chromatic diagram. { ,krō·mə'tis·əd·ē dī·ə,gram }

**chromatic mineral** [MINERAL] A mineral with color. { krō'mad·ik ,min·rəl }

**chromatic number** [MATH] For a specified surface, the smallest number $n$ such that for any decomposition of the surface into regions the regions can be colored with $n$ colors in such a way that no two adjacent regions have the same color. { krō'mad·ik 'nəm·bər }

**chromatic parallax** [OPTICS] A type of optical parallax that arises from the dependence of the position of the focal plane on the wavelength of light. { krō'mad·ik 'par·ə,laks }

**chromatic resolving power** [OPTICS] The difference between two equally strong spectral lines that can barely be separated by a spectroscopic instrument, divided into the average wavelength of these two lines; for prisms and gratings Rayleigh's criteria are used, and the term is defined as the width of the emergent beam times the angular dispersion. { krō'mad·ik rə'zälv·iŋ ,pau̇·ər }

**chromatics** [OPTICS] **1.** The branch of optics concerned with the properties of colors. **2.** The part of colorimetry concerned with hue and saturation. { krō'mad·iks }

**chromatic sensitivity** [OPTICS] The smallest change in wavelength of light that produces a change in hue which is just large enough to be detected by human vision. { krō'mad·ik sen·sə'tiv·əd·ē }

**chromatic vision** [PHYSIO] Vision pertaining to the color sense, that is, the perception and evaluation of the colors of the spectrum. { krō'mad·ik 'vizh·ən }

**chromatid** [CYTOL] **1.** One of the pair of strands formed by longitudinal splitting of a chromosome which are joined by a single centromere in somatic cells during mitosis. **2.** One of a tetrad of strands formed by longitudinal splitting of paired chromosomes during diplotene of meiosis. { 'krō·mə·təd }

**chromatin** [BIOCHEM] The deoxyribonucleoprotein complex forming the major portion of the nuclear material and of the chromosomes. { 'krō·mə·tən }

**chromating** [MET] Performing a chromate treatment. { 'krō,mād·iŋ }

**Chromatium** [MICROBIO] A genus of bacteria in the family Chromatiaceae; cells are ovoid to rod-shaped, are motile, do not have gas vacuoles, and contain bacteriochlorophyll *a* on vesicular photosynthetic membranes. { krō'māsh·ē·əm }

**chromatogram** [ANALY CHEM] The pattern formed by zones of separated pigments and of colorless substance in chromatographic procedures. { krō'mad·ə,gram }

**chromatograph** [ANALY CHEM] To employ chromatography to separate substances. { krō'mad·ə,graf }

**chromatographic adsorption** [ANALY CHEM] Preferential adsorption of chemical compounds (gases or liquids) in

Case 1:06-cv-00601-EJD Document 36-5 Filed 03/19/2008 Page 4 of 8



fabric made by twisting two warp yarns around each other. { 'lē·nō }

**lens** [ANAT] A transparent, encapsulated, nearly spherical structure located behind the pupil of vertebrate eyes, and in the complex eyes of many invertebrates, that focuses light rays on the retina. Also known as crystalline lens. [COMMUN] A dielectric or metallic structure that is transparent to radio waves and can bend them to produce a desired radiation pattern; used with antennas for radar and microwave relay systems. [ELECTR] *See* electron lens. [ELECTROMAG] *See* magnetic lens. [GEOL] **1.** A geologic deposit that is thick in the middle and converges toward the edges, resembling a convex lens. **2.** An irregularly shaped formation consisting of a porous, permeable sedimentary deposit surrounded by impermeable rock. [MATER] *See* acoustic lens. [OPTICS] A curved piece of ground and polished or molded material, usually glass, used for the refraction of light, its two surfaces having the same axis; or two or more such surfaces cemented together. Also known as optical lens. { lenz }

**lens antenna** [ELECTROMAG] A microwave antenna in which a dielectric lens is placed in front of the dipole or horn radiator to concentrate the radiated energy into a narrow beam or to focus received energy on the receiving dipole or horn. { 'lenz an,ten·ə }

**lens coating** [OPTICS] A transparent substance coated on an optical surface to derive maximum light transmission. { 'lenz ,kōd·iŋ }

**lens element** [OPTICS] Separate component lens of a multielement lens. { 'lenz ,el·ə·mənt }

**lens equation** [OPTICS] Any equation which relates the distance of a point object from some well-defined reference point in an optical system to the distance of its image from a similar point. { 'lenz i,kwā·zhən }

**Lense-Thirring effect** *See* dragging of inertial frames. { 'len·zə 'tir·iŋ i,fekt }

**lens placode** [EMBRYO] The ectodermal anlage of the lens of the eye; its formation is induced by the presence of the underlying optic vesicle. { 'lenz 'pla,kōd }

**lens shim** [OPTICS] Thin piece of material used to position and focus a lens. { 'lenz ,shim }

**lens stop** *See* diaphragm. { 'lenz ,stäp }

**lens tissue** [MATER] Specially prepared paperlike material for cleaning lenses. { 'lenz ,tish·ü }

**lentic** [ECOL] Of or pertaining to still waters such as lakes, reservoirs, ponds, and bogs. Also spelled lenitic. { 'len·tik }

**lenticel** [BOT] A loose-structured opening in the periderm beneath the stomata in the stem of many woody plants that facilitates gas transport. { 'len·tə·səl }

**lenticle** [GEOL] A bed or rock stratum or body that is lens-shaped. { 'len·tə·kəl }

**lenticular** [OPTICS] Of or pertaining to a lens. [SCI TECH] Having the shape of a lentil or double convex lens. { len'tik·yə·lər }

**lenticular cloud** *See* lenticularis. { len'tik·yə·lər 'klaüd }

**lenticular film process** [GRAPHICS] An additive color-photography process in which the camera lens carries a three-color banded filter, the film is embossed on the back with minute lenses facing the camera lens, development by reversal produces a photograph broken up into minute elements each of which is an image of the filter, and projection through a similar filter gives a color reproduction. { len'tik·yə·lər 'film ,prä·səs }

**lenticular galaxy** [ASTRON] A galaxy of type S0, consisting of a nucleus surrounded by a disklike structure without arms, and containing little gas and few if any young stars. { len'tik·yə·lər 'gal·ik·sē }

**lenticularis** [METEOROL] A cloud species, the elements of which have the form of more-or-less isolated, generally smooth lenses; the outlines are sharp. Also known as lenticular cloud. { len,tik·yə'lar·əs }

**lenticule** [GRAPHICS] One of the minute lenses embossed on the back of a color photographic film in the lenticular film process. { 'len·tə,kyül }

**lentiginose** [ANAT] Of or pertaining to pigment spots in the skin; freckled. { len'tij·ə,nōs }

**lentil** [BOT] *Lens esculenta.* A semiviny annual legume having pinnately compound, vetchlike leaves; cultivated for its thin, lens-shaped, edible seed. [GEOL] **1.** A rock body that is lens-shaped and enclosed in a stratum of different material. **2.** A rock stratigraphic unit that is a subdivision of a formation and has limited geographic extent; it thins out in all directions. { 'lent·əl }

**lentor** *See* stoke. { 'len,tȯr }

**Lenz's law** [ELECTROMAG] The law that whenever there is an induced electromotive force (emf) in a conductor, it is always in such a direction that the current it would produce would oppose the change which causes the induced emf. { 'lenz·əz ,lȯ }

**leo** [MECH] A unit of acceleration, equal to 10 meters per second per second; it has rarely been employed. { 'lē·ō }

**Leo** [ASTRON] A northern constellation, right ascension 11 hours, declination 15° north. Also known as Lion. { 'lē·ō }

**Leo Minor** [ASTRON] A northern constellation, right ascension 10 hours, declination 35° north. Also known as Lesser Lion. { 'lē·ō 'mīn·ər }

**Leonardian** [GEOL] A North American provincial series: Lower Permian (above Wolfcampian, below Guadalupian). { ¦lā·ə¦när·dē·ən }

**Leon firedamp tester** [MIN ENG] A device, based on a form of Wheatstone bridge, that is used to detect firedamp. { 'lē,än 'fīr,damp ,tes·tər }

**Leonids** [ASTRON] A meteor shower, the radiant of which lies in the constellation Leo; it is visible between November 10 and 15. { 'lē·ə·nədz }

**leonite** [MINERAL] $K_2Mg(SO_4)_2 \cdot 4H_2O$ A colorless, white, or yellowish mineral composed of hydrous magnesium potassium sulfate, occurring in monoclinic crystals. { 'lē·ə,nīt }

**leopard** [VERT ZOO] *Felis pardus.* A species of wildcat in the family Felidae found in Africa and Asia; the coat is characteristically buff-colored with black spots. { 'lep·ərd }

**leopoldite** *See* sylvite. { 'lē·ə,pōl,dīt }

**Leo I system** [ASTRON] A dwarf elliptical galaxy about 900,000 light-years distant, having a diameter of about 5000 light-years, and a luminosity about $10^6$ that of the sun. { 'lē·ō 'wən ,sis·təm }

**Leo II system** [ASTRON] A dwarf elliptical galaxy about 750 light-years distant, having a diameter of about 5000 light-years and a luminosity about $8 \times 10^5$ that of the sun. { 'lē·ō 'tü ,sis·təm }

**Leotichidae** [INV ZOO] A small Oriental family of hemipteran insects in the superfamily Leptopodoidea. { ,lē·ə'tik·ə,dē }

**Lepadomorpha** [INV ZOO] A suborder of barnacles in the order Thoracica having a peduncle and a capitulum which is usually protected by calcareous plates. { ,lep·ə·də'mȯr·fə }

**LEPD** *See* low-energy positron diffraction.

**leper** [MED] A person afflicted with Hansen's disease. { 'lep·ər }

**Leperditicopida** [PALEON] An order of extinct ostracods characterized by very thick, straight-backed valves which show unique muscle scars and other markings. { ,le·pər,did·ə'käp·ə·də }

**Leperditillacea** [PALEON] A superfamily of extinct paleocopan ostracods in the suborder Kloedenellocopina including the unisulcate, nondimorphic forms. { ,le·pər,did·ə'lās·ē·ə }

**Lepiceridae** [INV ZOO] Horn's beetle, a family of Central American coleopteran insects composed of two species. { ,lep·ə'ser·ə,dē }

**lepidine** [ORG CHEM] $C_9H_6NCH_3$ An alkaloid derived as an oily liquid from cinchona bark; boils at 266°C; soluble in ether, benzene, and alcohol; used in organic synthesis. { 'lep·ə,dēn }

**lepidoblastic** [PETR] Of the texture of a metamorphic rock, having a fabric of minerals characterized as flaky or scaly, such as mica. { ¦lep·ə·dō¦blas·tik }

**Lepidocentroida** [INV ZOO] The name applied to a polyphyletic assemblage of echinoids now regarded as members of the Echinocystitoida and Echinothurioida. { ,lep·ə·dō,sen'trȯid·ə }

**lepidocrocite** [MINERAL] α-FeO(OH) A ruby- or blood-red mineral crystallizing in the orthorhombic system; it is associated with limonite in iron ores and is a component of meteorites. { ,lep·ə·dō'krō,sīt }

**Lepidodendrales** [PALEOBOT] The giant club mosses, an order of extinct lycopods (Lycopodiopsida) consisting primarily of arborescent forms characterized by dichotomous branching, small amounts of secondary vascular tissue, and heterospory. { ,lep·ə·dō,den'drā·lēz }

**lepidolite** [MINERAL] $K(Li,Al)_3(Si,Al)_4O_{10}(F,OH)_2$ A rose-

LENTICEL




A lenticel as seen in a cross section of the stem periderm of *Sambucus nigra.*

LEO




Line pattern of the constellation Leo. The grid lines represent the coordinates of the sky. Right ascension (E–W) is in hours, and declination (N–S) in degrees, corresponding to the longitude and latitude of the earth. The apparent brightness, or magnitude, of the stars is shown by the sizes of the dots, which are graded by appropriate numbers as indicated.

LEPIDOLITE



2.5 cm

Group of lepidolite crystals found in Zinnwald, Czechoslovakia. *(Specimen from Department of Geology, Bryn Mawr College)*

**opisthaptor** [INV ZOO] A posterior adhesive organ in monogenetic trematodes. { ¦äp·əs¦thap·tər }

**opisthobranchia** [INV ZOO] A subclass of the class Gastropoda containing the sea hares, sea butterflies, and sea slugs; generally characterized by having gills, a small external or internal shell, and two pairs of tentacles. { ə‚pis·thə'braŋ·kē·ə }

**opisthocoela** [VERT ZOO] A suborder of the order Anura; members have opisthocoelous trunk vertebrae, and the adults typically have free ribs. { ə‚pis·thə'sē·lə }

**opisthocoelous** [ANAT] Of, related to, or being a vertebra with the centrum convex anteriorly and concave posteriorly. { ə‚pis·thə¦sē·ləs }

**opisthocomidae** [VERT ZOO] A family of birds in the order Galliformes, including the hoatzins. { ə‚pis·thə'käm·ə‚dē }

**opisthocranion** [ANTHRO] The point, wherever it may lie in the sagittal plane on the occipital bone, which marks the posterior extremity of the longest diameter of the skull, measured from the glabella. { ə‚pis·thə'krā·nē‚än }

**opisthognathous** [INV ZOO] Having the mouthparts ventral and posterior to the cranium. [VERT ZOO] Having retreating jaws. { ¦ä·pəs¦thäg·nə·thəs }

**opisthonephros** [VERT ZOO] The fundamental adult kidney in amphibians and fishes. { ə‚pis·thə'ne‚fräs }

**opisthopora** [INV ZOO] An order of the class Oligochaeta distinguished by meganephridiostomal, male pores opening posteriorly to the last testicular segment. { ¦ä·pəs¦thäp·ə·rə }

**opisthotic** [ANAT] Of, relating to, or being the posterior and inferior portions of the bony elements in the inner ear capsule. { ¦ä·pəs¦thäd·ik }

**opisthotonus** [MED] A condition, caused by a tetanic spasm of the back muscles, in which the trunk is arched forward while the head and lower limbs are bent backward. { ‚ap·əs'thät·ən·əs }

**opium** [PHARM] A narcotic obtained from the unripe capsules of the opium poppy (*Papaver somniferum*); crude extract contains alkaloids such as morphine (5–15%), narcotine (2–8%), and codeine (0.1–2.5%). { 'ō·pē·əm }

**opoka** [PETR] A porous, flinty, and calcareous sedimentary rock with conchoidal or irregular fracture, consisting of fine-grained opaline silica (up to 90%), and hardened by the presence of silica of organic origin. { ō'päk·ə }

**opomyzidae** [INV ZOO] A family of cyclorrhaphous myodarian dipteran insects in the subsection Acalypteratae. { ‚äp·ə'miz·ə‚dē }

**opossum** [VERT ZOO] Any member of the family Didelphidae in the order Marsupialia; these mammals are arboreal and mainly omnivorous, and have many incisors, with all teeth pointed and sharp. { ə'päs·əm }

**Oppenauer oxidation** [ORG CHEM] The oxidation of a primary or secondary hydroxyl compound to form the corresponding carbonyl compound; aluminum alkoxide and an excess amount of a carbonyl hydrogen acceptor, such as benzophenone or acetone, are required. { 'äp·ə‚nau̇·ər ‚äk·sə'dā·shən }

**Oppenheimer-Phillips reaction** [NUC PHYS] A type of stripping reaction which can occur when a deuteron passes near a nucleus, in which the proton in the deuteron experiences Coulomb repulsion from the nucleus while the neutron is attracted to the nucleus by nuclear forces, with the result that the neutron-proton bond in the deuteron is broken, the neutron is absorbed by the nucleus, and the proton is repelled. { 'äp·ə‚nau̇·ər 'fil·əps rē'ak·shən }

**Oppenheimer-Volkoff limit** [ASTRON] The upper limit on the mass of a neutron star, above which there is no stable equilibrium configuration and it is predicted that matter will collapse into a black hole. { 'äp·ən‚hī·mər 'fȯl‚kȯf ‚lim·ət }

**Oppenheim's disease** *See* amyotonia congenita. { 'äp·ən‚hīmz di‚zēz }

**opponent-colors theory** [OPTICS] A theory of color vision according to which various processes in the visual system are capable of responding in two opposite ways; the Hering theory is an example. { ə'pō·nənt 'kəl·ərz ‚thē·ə·rē }

**opportunistic microorganism** [MICROBIO] A normally harmless endogenous microorganism that produces disease due to fortuitous events that affect the host. { ¦äp·ər‚tü¦nis·tik ¦mī·krō'ȯr·gə‚niz·əm }

**opposed engine** [MECH ENG] A reciprocating engine having the cylinders on opposite sides of the crankshaft, with the piston strokes on each side working in a direction opposite to the direction of the strokes on the other side. { ə'pōzd 'en·jən }

**opposing wind** [OCEANOGR] In wave forecasting, a wind blowing in opposition to the direction that the waves are traveling. { ə'pōz·iŋ 'wind }

**opposite** [BOT] **1.** Located side by side. **2.** Of leaves, being in pairs on an axis with each member separated from the other of the pair by half the circumference of the axis. { 'äp·ə·zət }

**opposite tide** [OCEANOGR] A high tide at a corresponding place on the opposite side of the earth which accompanies a direct tide. { 'äp·ə·zət 'tīd }

**opposition** [ASTRON] The situation of two celestial bodies having either celestial longitudes or sidereal hour angles differing by 180°; the term is usually used only in relation to the position of a superior planet or the moon with reference to the sun. [PHYS] The condition in which the phase difference between two periodic quantities having the same frequency is 180°, corresponding to one half-cycle. { ‚äp·ə'zish·ən }

**opsonic action** [IMMUNOL] The effect produced upon susceptible microorganisms and other cells by opsonins, which renders them vulnerable to phagocytes. { äp'sän·ik 'ak·shən }

**opsonic index** [IMMUNOL] A numerical measure of the opsonic activity of sera, expressed as the ratio of the average number of bacteria engulfed per phagocytic cell in immune serum compared with the corresponding value for normal serum. { äp'sän·ik 'in‚deks }

**opsonin** [IMMUNOL] A substance in blood serum that renders bacteria more susceptible to phagocytosis by leukocytes. { 'äp·sə·nən }

**opsonize** [IMMUNOL] To render microorganisms susceptible to phagocytosis. { 'äp·sə‚nīz }

**-opsy** [MED] A combining form denoting examination, or denoting a condition of vision. { 'äp·sē }

**optic** [BIOL] Pertaining to the eye. [OPTICS] Pertaining to the lenses, prisms, and mirrors of a camera, microscope, or other conventional optical instrument. { 'äp·tik }

**optical** [OPTICS] Pertaining to or utilizing visible or near-visible light; the extreme limits of the optical spectrum are about 100 nanometers (0.1 micrometer or 3 × $10^{15}$ hertz) in the far ultraviolet and 30,000 nanometers (30 micrometers or $10^{13}$ hertz) in the far infrared. { 'äp·tə·kəl }

**optical aberration** [OPTICS] Deviation from perfect image formation by an optical system; examples are spherical aberration, coma, astigmatism, curvature of field, distortion, and chromatic aberration. Also known as aberration. { 'äp·tə·kəl ‚ab·ə'rā·shən }

**optical achromatism** *See* visual achromatism. { 'äp·tə·kəl ā'krō·mə‚tiz·əm }

**optical activity** [OPTICS] The behavior of substances which rotate the plane of polarization of plane-polarized light, as it passes through them. Also known as rotary polarization. { 'äp·tə·kəl ak'tiv·əd·ē }

**optical air mass** [GEOPHYS] A measure of the length of the path through the atmosphere to sea level traversed by light rays from a celestial body, expressed as a multiple of the path length for a light source at the zenith. { 'äp·tə·kəl 'er ‚mas }

**optical amplifier** [ENG] An optoelectronic amplifier in which the electric input signal is converted to light, amplified as light, then converted back to an electric signal for the output. { 'äp·tə·kəl 'am·plə‚fī·ər }

**optical analysis** [OPTICS] Study of properties of a substance or medium, such as its chemical composition or the size of particles suspended in it, through observation of effects on transmitted light, such as scattering, absorption, refraction, and polarization. { 'äp·tə·kəl ə'nal·ə·səs }

**optical anisotropy** [OPTICS] The behavior of a medium, or of a single molecule, whose effect on electromagnetic radiation depends on the direction of propagation of the radiation. { 'äp·tə·kəl ‚an·ə'sä·trə·pē }

**optical anomaly** [PHYS CHEM] The phenomenon in which an organic compound has a molar refraction which does not agree with the value calculated from the equivalents of atoms and other structural units composing it. { 'äp·tə·kəl ə'näm·ə·lē }

**optical antipode** *See* enantiomorph. { 'äp·tə·kəl 'ant·i‚pōd }

**optical aspherical surface** [OPTICS] An optical surface that does not form part of a sphere, such as a paraboloidal or ellipsoidal surface. { 'äp·tə·kəl ā'sfer·ə·kəl 'sər·fəs }

**optical axis** [ANAT] An imaginary straight line passing

OPOSSUM



Common opossum, with long prehensile tail used to climb and to gather twigs and leaves for nest building.

Raytheon002650

instantaneous angle of a modulated wave and the angle of the sine-wave carrier. { 'fāzd ,dē·vē'ā·shən }

**phase diagram** [MET] *See* constitution diagram. [PHYS CHEM] A graphical representation of the equilibrium relationships between phases (such as vapor-liquid, liquid-solid) of a chemical compound, mixture of compounds, or solution. [THERMO] **1.** A graph showing the pressures at which phase transitions between different states of a pure compound occur, as a function of temperature. **2.** A graph showing the temperatures at which transitions between different phases of a binary system occur, as a function of the relative concentrations of its components. { 'fāz ,dī·ə,gram }

**phase difference** *See* phase angle. { 'fāz ,dif·rəns }

**phase discriminator** *See* phase detector. { 'fāz di,skrim·ə,nād·ər }

**phase distortion** [COMMUN] **1.** The distortion which occurs in an instrument when the relative phases of the input signal differ from those of the output signal. **2.** *See* phase-frequency distortion. { 'fāz di,stòr·shən }

**phase encoding** [COMPUT SCI] A method of recording data on magnetic tape in which a logical 1 is defined as the transition from one magnetic polarity to another positioned at the center of the bit cell, and 0 is defined as the transition in the opposite direction, also at the center of the cell. { 'fāz in'kōd·iŋ }

**phase equalizer** [ELECTR] A network designed to compensate for phase-frequency distortion within a specified frequency band. Also known as phase-correcting network. { 'fāz 'ē·kwə,līz·ər }

**phase equilibria** [PHYS CHEM] The equilibrium relationships between phases (such as vapor, liquid, solid) of a chemical compound or mixture under various conditions of temperature, pressure, and composition. { 'fāz ,ē·kwə'lib·rē·ə }

**phase excursion** [COMMUN] In angle modulation, the difference between the instantaneous angle of the modulated wave and the angle of the carrier. { 'fāz ik,skər·zhən }

**phase factor** [ELEC] *See* power factor. [SOLID STATE] The argument (phase) of a structure factor; it cannot be directly observed. { 'fāz ,fak·tər }

**phase-frequency distortion** [COMMUN] Distortion occurring because phase shift is not proportional to frequency over the frequency range required for transmission. Also known as phase distortion. { 'fāz ¦frē·kwən·sē di,stòr·shən }

**phase front** [PHYS] A surface of constant phase (or phase angle) of a propagating wave disturbance. { 'fāz ,frənt }

**phase function** [OPTICS] The angular distribution of light scattered from an object when it is illuminated by light from a specified direction. { 'fāz ,fəŋk·shən }

**phase generator** [ELECTR] An instrument that accepts single-phase input signals over a given frequency range, or generates its own signal, and provides continuous shifting of the phase of this signal by one or more calibrated dials. { 'fāz ,jen·ə,rād·ər }

**phase inequality** [OCEANOGR] Variations in the tide or tidal currents associated with changes in the phase of the moon. { 'fāz ,in·i'kwäl·əd·ē }

**phase integral** *See* action. { 'fāz ¦int·ə·grəl }

**phase integral method** *See* Wentzel-Kramers-Brillouin method. { 'fāz ¦int·ə·grəl ,meth·əd }

**phase inversion** [ELECTR] Production of a phase difference of 180° between two similar wave shapes of the same frequency. { 'fāz in,vər·zhən }

**phase inverter** [ELECTR] A circuit or device that changes the phase of a signal by 180°, as required for feeding a push-pull amplifier stage without using a coupling transformer, or for changing the polarity of a pulse; a triode is commonly used as a phase inverter. Also known as inverter. { 'fāz in,vərd·ər }

**phase jitter** [ELECTR] Jitter that undesirably shortens or lengthens pulses intermittently during data processing or transmission. { 'fāz ,jid·ər }

**phase lag** [OCEANOGR] Angular retardation of the maximum of a constituent of the observed tide behind the corresponding maximum of the same constituent of the hypothetical equilibrium tide. Also known as tidal epoch. [PHYS] *See* lag angle. { 'fāz ,lag }

**phase lead** *See* lead angle. { 'fāz ,lēd }

**phase localizer** [NAV] A localizer used by aircraft for landing guidance in which the on-course line is defined by the phase comparison of the emission from the side-band antenna system;

phase is determined by comparison with a carrier signal which is transmitted for this purpose. { 'fāz ,lō·kə,līz·ər }

**phase lock** [ELECTR] Technique of making the phase of an oscillator signal follow exactly the phase of a reference signal by comparing the phases between the two signals and using the resultant difference signal to adjust the frequency of the reference oscillator. { 'fāz ,läk }

**phase-locked communication** [COMMUN] A system in which oscillators at the receiver and transmitter are locked in phase, and intelligence is conveyed by phase shifts of the modulating signal. { 'fāz ¦läkt kə,myü·nə'kā·shən }

**phase-locked loop** [ELECTR] A circuit that consists essentially of a phase detector which compares the frequency of a voltage-controlled oscillator with that of an incoming carrier signal or reference-frequency generator; the output of the phase detector, after passing through a loop filter, is fed back to the voltage-controlled oscillator to keep it exactly in phase with the incoming or reference frequency. Abbreviated PLL. { 'fāz ¦läkt 'lüp }

**phase-locked oscillator** *See* parametron. { 'fāz ¦läkt 'äs·ə,lād·ər }

**phase-locked subharmonic oscillator** *See* parametron. { 'fāz ¦läkt ¦səb·här'män·ik 'äs·ə,lād·ər }

**phase-locked system** [ENG] A radar system, having a stable local oscillator, in which information regarding the target is gained by measuring the phase shift of the echo. { 'fāz ¦läkt ,sis·təm }

**phase magnet** [COMMUN] Magnetically operated latch used to phase a facsimile transmitter or recorder. Also known as trip magnet. { 'fāz ,mag·nət }

**phase margin** [CONT SYS] The difference between 180° and the phase of the loop ratio of a stable system at the gain-crossover frequency. { 'fāz ,mär·jən }

**phase matching** [OPTICS] A condition in which the polarization wave produced by two or more beams of incident radiation in a nonlinear medium has the same phase velocity as a freely propagating wave of the same frequency; the amplitude of the polarization wave is then greatly enhanced. { 'fāz ,mach·iŋ }

**phase meter** [ENG] An instrument for the measurement of electrical phase angles. Also known as phase-angle meter. { 'fāz ,mēd·ər }

**phase modifier** [ELEC] Machine whose chief purpose is to supply leading or lagging reactive volt-amperes to the system to which it is connected; may be either synchronous or asynchronous. { 'fāz ,mäd·ə,fī·ər }

**phase modulation** [COMMUN] A special kind of modulation in which the linearly increasing angle of a sine wave has added to it a phase angle that is proportional to the instantaneous value of the modulating wave (message to be communicated). Abbreviated PM. { 'fāz ,mäj·ə,lā·shən }

**phase-modulation detector** [ELECTR] A device which recovers or detects the modulating signal from a phase-modulated carrier. { 'fāz ,mäj·ə,lā·shən di,tek·tər }

**phase-modulation transmitter** [ELECTR] A radio transmitter used to broadcast a phase-modulated signal. { 'fāz ,mäj·ə,lā·shən tranz,mid·ər }

**phase modulator** [ELECTR] An electronic circuit that causes the phase angle of a modulated wave to vary (with respect to an unmodulated carrier) in accordance with a modulating signal. { 'fāz ,mäj·ə,lād·ər }

**phase plane analysis** [CONT SYS] A method of analyzing systems in which one plots the time derivative of the system's position (or some other quantity characterizing the system) as a function of position for various initial conditions. { 'fāz ¦plān ə'nal·ə·səs }

**phase plate** [OPTICS] In a polarizing microscope, a plate of doubly refracting material that changes the relative phase of the polarized light's components. { 'fāz ,plāt }

**phase portrait** [CONT SYS] A graph showing the time derivative of a system's position (or some other quantity characterizing the system) as a function of position for various values of initial conditions. { 'fāz ,pòr·trət }

**phase quadrature** *See* quadrature. { 'fāz ,kwäd·rə·chər }

**phaser** [COMMUN] Facsimile device for adjusting equipment so the recorded elemental area bears the same relation to the record sheet as the corresponding transmitted elemental area bears to the subject copy in the direction of the scanning line. [ELECTROMAG] Microwave ferrite phase shifter employing a

PHASE INVERTER



Circuit diagram for an emitter-coupled phase inverter. $V_{CC}$ = collector supply voltage, $e_S$ = input signal voltage. When emitter resistance $R_E$ is much larger than impedance seen looking into the emitter of each transistor, current $i_1$ equals $i_2$, and output voltages $e_{O1}$ and $e_{O2}$ are equal and opposite, and therefore 180° out of phase.

PHASE-LOCKED LOOP




Basic configuration of phase-locked loop.

PHASE MODULATOR




Circuit diagram for a simple phase modulator.

gathers light and forms a real image of an object. Also known as refractor telescope. { ri'frak·tiŋ 'tel·ə,skōp }

**refraction** [PHYS] The change of direction of propagation of any wave, such as an electromagnetic or sound wave, when it passes from one medium to another in which the wave velocity is different, or when there is a spatial variation in a medium's wave velocity. { ri'frak·shən }

**refraction coefficient** [OCEANOGR] The square root of the ratio of the spacing between orthogonals in deep water and in shallow water; it is a measure of the effect of refraction in diminishing wave height by increasing the length of the wave crest. { ri'frak·shən ,kō·i,fish·ənt }

**refraction diagram** [OCEANOGR] A chart showing the position of the wave crests at a particular time, or the successive positions of a particular wave crest as it moves shoreward. { ri'frak·shən ,dī·ə,gram }

**refraction error** [NAV] An error due to refraction, particularly such an error in a sextant altitude, due to atmospheric refraction. { ri'frak·shən ,er·ər }

**refraction loss** [ELECTROMAG] Portion of the transmission loss that is due to refraction resulting from nonuniformity of the medium. { ri'frak·shən ,lȯs }

**refraction process** [ENG] Seismic (reflection) survey in which the distance between the explosive shot and the receivers (sensors) is large with respect to the depths to be mapped. { ri'frak·shən ,prä·səs }

**refraction profile** [ENG] A seismic profile obtained by designing the spread geometry in such a manner as to enhance refracted energy. { ri'frak·shən ,prō,fīl }

**refraction shooting** [ENG] A type of seismic shooting based on the measurement of seismic energy as a function of time after the shot and of distance from the shot, by determining the arrival times of seismic waves which have traveled nearly parallel to the bedding in high-velocity layers, in order to map the depth of such layers. { ri'frak·shən ,shüd·iŋ }

**refractive constant** *See* index of refraction. { ri'frak·tiv 'kän·stənt }

**refractive index** *See* index of refraction. { ri'frak·tiv ,in,deks }

**refractive modulus** *See* modified index of refraction. { ri'frak·tiv 'mäj·ə·ləs }

**refractivity** [ELECTROMAG] **1.** Some quantitative measure of refraction, usually a measure of the index of refraction. **2.** The index of refraction minus 1. { ,rē,frak'tiv·əd·ē }

**refractometer** [ENG] An instrument used to measure the index of refraction of a substance in any one of several ways, such as measurement of the refraction produced by a prism, measurement of the critical angle, observation of an interference pattern produced by passing light through the substance, and measurement of the substance's dielectric constant. { ,rē,frak'täm·əd·ər }

**refractometry** [OPTICS] The measurement of the index of refraction of a substance; it is an important tool in analytical chemistry. { ,rē,frak'täm·ə·trē }

**refractor telescope** *See* refracting telescope. { ri'frak·tər 'tel·ə,skōp }

**refractory** [MATER] **1.** A material of high melting point. **2.** The property of resisting heat. [MED] Not readily yielding to treatment. { ri'frak·trē }

**refractory cement** [MATER] Any of a variety of mixtures, such as fireclay-silica-ganister mixture, or fireclay mixed with crushed brick, or fireclay and silica sand, with a refractory range of 2600–2800°F (1412–1523°C); used for furnace and oven linings and for fillers. { ri'frak·trē si'ment }

**refractory clay** [MATER] Clay with a melting point above 1600°C; used to make firebrick and linings for furnaces and reactors. { ri'frak·trē ¦klā }

**refractory coating** [MATER] A coating composed of a refractory material. { ri'frak·trē ¦kōd·iŋ }

**refractory concrete** [MATER] Heat-resistant concrete made with high-alumina or calcium-aluminate cement and a refractory aggregate. { ri'frak·trē 'kän,krēt }

**refractory enamel** [MATER] An enamel for coating and protecting metals against attack by hot gases. { ri'frak·trē i'nam·əl }

**refractory hard metals** [CHEM] True chemical compounds composed of two or more metals in the crystalline form, and having a very high melting point and high hardness. { ri'frak·trē 'härd 'med·əlz }

**refractory-lined firebox boiler** [MECH ENG] A horizontal fire-tube boiler with the front portion of the shell located over a refractory furnace; the rear of the shell contains the first-pass tubes, and the second-pass tubes are located in the upper part of the shell. { ri'frak·trē ¦līnd 'fīr,bäks ,bȯil·ər }

**refractory metal** [MET] A metal or alloy that is heat-resistant, having a high melting point. { ri'frak·trē ¦med·əl }

**refractory sand** [MATER] Sand used for refractory which is capable of resisting high temperatures. { ri'frak·trē ¦sand }

**refrangible** [PHYS] Capable of being refracted. { ri'fran·jə·bəl }

**refresh** [COMPUT SCI] A process of periodically replacing data to prevent the data from decaying, as on a cathode-ray-tube display or in a dynamic random-access memory. { ri'fresh }

**refrigerant** [MATER] A substance that by undergoing a change in phase (liquid to gas, gas to liquid) releases or absorbs a large latent heat in relation to its volume, and thus effects a considerable cooling effect; examples are ammonia, sulfur dioxide, ethyl or methyl chloride (these are no longer widely used), and the fluorocarbons, such as Freon, Ucon, and Genetron. { ri'frij·ə·rənt }

**refrigerant 23** *See* fluoroform. { ri'frij·ə·rənt ¦twen·tē'thrē }

**refrigerated truck** [MECH ENG] An insulated truck equipped and used as a refrigerator to transport fresh perishable or frozen products. { ri'frij·ə,rād·əd 'trək }

**refrigeration** [MECH ENG] The cooling of a space or substance below the environmental temperature. { ri,frij·ə'rā·shən }

**refrigeration condenser** [MECH ENG] A vapor condenser in a refrigeration system, where the refrigerant is liquefied and discharges its heat to the environment. { ri,frij·ə'rā·shən kən,den·sər }

**refrigeration cycle** [THERMO] A sequence of thermodynamic processes whereby heat is withdrawn from a cold body and expelled to a hot body. { ri,frij·ə'rā·shən ,sī·kəl }

**refrigeration oil** [MATER] A mineral oil with all moisture and wax removed; used for lubricating refrigerating machinery. { ri,frij·ə'rā·shən ,ȯil }

**refrigeration system** [MECH ENG] A closed-flow system in which a refrigerant is compressed, condensed, and expanded to produce cooling at a lower temperature level and rejection of heat at a higher temperature level for the purpose of extracting heat from a controlled space. { ri,frij·ə'rā·shən ,sis·təm }

**refrigerator** [MECH ENG] An insulated, cooled compartment. { ri'frij·ə,rād·ər }

**refrigerator car** [MECH ENG] An insulated freight car constructed and used as a refrigerator. { ri'frij·ə,rād·ər ,kär }

**Refsum's disease** [MED] A familial disorder characterized by visual disturbances, ataxia, neuritic changes, and cardiac damage, associated with high blood level of phytinic acid. { 'ref·səmz di,zēz }

**Refugian** [GEOL] A North American stage of geologic time in the Eocene and Oligocene, above the Fresnian and below the Zemorrian. { rə'fyü·jē·ən }

**refugium** [ECOL] An area which has escaped the great changes which occurred in the region as a whole, often providing conditions in which relic colonies can survive; for example, a driftless area which has escaped the effects of glaciation because it projected above the ice. { rə'fyü·jē·əm }

**reg** [GEOL] An extensive, nearly level, low desert plain from which fine sand has been removed by wind, leaving a sheet of coarse, smoothly angular, wind-polished gravel and small stones lying on an alluvial soil, strongly cemented by mineralized solutions to form a broad desert pavement. Also known as gravel desert. { reg }

**RE galaxy** [ASTRON] A type of ring galaxy that consists of a single, relatively empty, ringlike structure, without any prominent condensation or nucleus. { ¦rē'ē ,gal·ik·sē }

**regelation** [HYD] Phenomenon in which ice melts at the bottom of droplets of highly concentrated saline solution that are trapped in ice which has frozen over polar waters, and freezes at the top of these droplets, so that the droplets move downward through the ice, leaving it hard and clear. [THERMO] Phenomenon in which ice (or any substance which expands upon freezing) melts under intense pressure and freezes again when this pressure is removed; accounts for phenomena such as the slippery nature of ice and the motion of glaciers. { ,rē·jə'lā·shən }

Raytheon002652

of transparent humic degradation matter. Also known as humodurite. { tran'slüs·əns ə'trīd·əs }

**translucent medium** [OPTICS] A medium which transmits rays of light so diffused that objects cannot be seen distinctly; examples are various forms of glass which admit considerable light but impede vision. { tran'slüs·əns 'mēd·ē·əm }

**translucidus** [METEOROL] A cloud variety occurring in a layer, patch, or extensive sheet, the greater part of which is sufficiently translucent to reveal the position of the sun, or through which higher clouds may be discerned; this variety is found in the general altocumulus, altostratus, stratocumulus, and stratus. { tran'slüs·əd·əs }

**translunar** [ASTRON] Beyond the orbit of the moon. { tran'slü·nər }

**transmethylase** [BIOCHEM] A transferase enzyme involved in catalyzing chemical reactions in which methyl groups are transferred from a substrate to a new compound. { ¦tranz'meth·ə,lās }

**transmethylation** [BIOCHEM] A metabolic reaction in which a methyl group is transferred from one compound to another; methionine and choline are important donors of methyl groups. { ¦tranz,meth·ə'lā·shən }

**transmissibility** [MECH] A measure of the ability of a system either to amplify or to suppress an input vibration, equal to the ratio of the response amplitude of the system in steady-state forced vibration to the excitation amplitude; the ratio may be in forces, displacements, velocities, or accelerations. { tranz,mis·ə'bil·əd·ē }

**transmission** [ELECTR] **1.** The process of transferring a signal, message, picture, or other form of intelligence from one location to another location by means of wire lines, radio, light beams, infrared beams, or other communication systems. **2.** A message, signal, or other form of intelligence that is being transmitted. [ELECTROMAG] *See* transmittance. [MECH ENG] The gearing system by which power is transmitted from the engine to the live axle in an automobile. Also known as gearbox. { tranz'mish·ən }

**transmission access** [ELEC] The use of electric power lines and other power transmitting facilities by parties other than the owners of the lines. Also known as common carriage. { tranz'mish·ən 'ak,ses }

**transmission anomaly** [ACOUS] The ratio of the transmission loss of underwater sound at a given distance from the source to the inverse square of this distance, usually expressed in decibels. { tranz'mish·ən ə,näm·ə·lē }

**transmission band** [ELECTROMAG] Frequency range above the cutoff frequency in a waveguide, or the comparable useful frequency range for any other transmission line, system, or device. { tranz'mish·ən ,band }

**transmission coefficient** [PHYS] **1.** The value of some quantity associated with the resultant field produced by incident and reflected waves at a given point in a transmission medium divided by the corresponding quantity in the incident wave. **2.** The ratio of transmitted to incident energy flux or flux of some other quantity at a discontinuity in a transmission medium; for sound waves, it is called the sound transmission coefficient. **3.** The ratio of the transmitted flux of some quantity to the incident flux for a substance of unit thickness. [QUANT MECH] *See* penetration probability. { tranz'mish·ən ,kō·i,fish·ənt }

**transmission control character** [COMMUN] A character included in a message to control its routing to the intended destination. { tranz'mish·ən kən'trōl ,kar·ik·tər }

**transmission diffraction** [ANALY CHEM] A type of electron diffraction analysis in which the electron beam is transmitted through a thin film or powder whose smallest dimension is no greater than a few tenths of a micrometer. { tranz'mish·ən di,frak·shən }

**transmission dynamometer** [ENG] A device for measuring torque and power (without loss) between a propulsion power plant and the driven mechanism, for example, wheels or propellers. { tranz'mish·ən ,dī·nə'mäm·əd·ər }

**transmission electron microscope** [ELECTR] A type of electron microscope in which the specimen transmits an electron beam focused on it, image contrasts are formed by the scattering of electrons out of the beam, and various magnetic lenses perform functions analogous to those of ordinary lenses in a light microscope. { tranz'mish·ən i'lek,trän 'mī·krə,skōp }

**transmission electron radiography** [ELECTR] A technique used in microradiography to obtain radiographic images of very thin specimens; the photographic plate is in close contact with the specimen, over which is placed a lead foil and then a light-tight covering; hardened x-rays shoot through the light-tight covering. { tranz'mish·ən i¦lek,tran ,rād·ē'äg·rə·fē }

**transmission facilities** [COMMUN] Cable or radio facilities constituting interswitch trunks and subscriber access lines. { tranz'mish·ən fə,sil·əd·ēz }

**transmission factor** [PHYS] The ratio of the flux of some quantity transmitted through a body to the incident flux. { tranz'mish·ən ,fak·tər }

**transmission function** [GEOPHYS] A mathematical formulation of relationships between infrared transmission in the atmosphere, the path length, and the concentration of absorbing gases. { tranz'mish·ən ,fəŋk·shən }

**transmission gain** *See* gain. { tranz'mish·ən ,gān }

**transmission gate** [ELECTR] A gate circuit that delivers an output waveform that is a replica of a selected input during a specific time interval which is determined by a control signal. { tranz'mish·ən ,gāt }

**transmission grating** [OPTICS] A diffraction grating produced on a transparent base so radiation is transmitted through the grating instead of being reflected from it. { tranz'mish·ən ,grād·iŋ }

**transmission interface converter** [COMPUT SCI] A device that converts data to or from a form suitable for transfer over a channel connecting two computer systems or connecting a computer with its associated data terminals. { tranz'mish·ən 'in·tər,fās kən,vərd·ər }

**transmission level** [COMMUN] The ratio of the signal power at any point in a transmission system to the signal power at some point in the system chosen as a reference point; usually expressed in decibels. { tranz'mish·ən ,lev·əl }

**transmission line** [ELEC] A system of conductors, such as wires, waveguides, or coaxial cables, suitable for conducting electric power or signals efficiently between two or more terminals. { tranz'mish·ən ,līn }

**transmission-line admittance** [ELEC] The complex ratio of the current flowing in a transmission line to the voltage across the line, where the current and voltage are expressed in phasor notation. { tranz'mish·ən ¦līn ad,mit·əns }

**transmission-line attenuation** [ELEC] The decrease in power of a transmission-line signal from one point to another, expressed as a ratio or in decibels. { tranz'mish·ən ¦līn ə,ten·yə,wā·shən }

**transmission-line cable** [ELEC] The coaxial cable, waveguide, or microstrip which forms a transmission line; a number of standard types have been designated, specified by size and materials. { tranz'mish·ən ¦līn ,kā·bəl }

**transmission-line constants** *See* transmission-line parameters. { tranz'mish·ən ¦līn ,kän·stəns }

**transmission-line current** [ELEC] The amount of electrical charge which passes a given point in a transmission line per unit time. { tranz'mish·ən ¦līn ,kə·rənt }

**transmission-line efficiency** [ELEC] The ratio of the power of a transmission-line signal at one end of the line to that at the other end where the signal is generated. { tranz'mish·ən ¦līn i,fish·ən·sē }

**transmission-line impedance** [ELEC] The complex ratio of the voltage across a transmission line to the current flowing in the line, where voltage and current are expressed in phasor notation. { tranz'mish·ən ¦līn im,pēd·əns }

**transmission-line parameters** [ELEC] The quantities which are necessary to specify the impedance per unit length of a transmission line, and the admittance per unit length between various conductors of the line. Also known as linear electrical parameters; line parameters; transmission line constants. { tranz'mish·ən ¦līn pə,ram·əd·ərz }

**transmission-line power** [ELEC] The amount of energy carried past a point in a transmission line per unit time. { tranz'mish·ən ¦līn ,paù·ər }

**transmission-line reflection coefficient** [ELEC] The ratio of the voltage reflected from the load at the end of a transmission line to the direct voltage. { tranz'mish·ən ¦līn ri'flek·shən ,kō·i,fish·ənt }

**transmission-line theory** [ELEC] The application of electrical and electromagnetic theory to the behavior of transmission lines. { tranz'mish·ən ¦līn ,thē·ə·rē }

**transmission-line transducer loss** [ELEC] The ratio of the power delivered by a transmission line to a load to that produced