9/1/87 OR 4,690,506

**United States Patent** [19]
**Kita et al.**

[11] **Patent Number: 4,690,506**
[45] **Date of Patent: Sep. 1, 1987**

[54] **METHOD OF PRODUCING VARIED LINE-SPACE DIFFRACTION GRATINGS**

[75] Inventors: **Toshiaki Kita**, Nishitama; **Tatsuo Harada**, Fuchu, both of Japan

[73] Assignee: **Hitachi, Ltd.**, Tokyo, Japan

[21] Appl. No.: **783,363**

[22] Filed: **Oct. 3, 1985**

[30] **Foreign Application Priority Data**

Oct. 3, 1984 [JP] Japan ............ 59-206278

[51] **Int. Cl.**[4] ............ **G02B 5/18;** B43L 13/24

[52] **U.S. Cl.** ............ **350/320;** 33/19.2; 33/32.1; 33/32.3

[58] **Field of Search** ............ 350/320; 33/19.1, 19.2, 33/32.1, 32.3

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,012,843 3/1977 Harada et al. ............ 33/19.2

*Primary Examiner*—Bruce Y. Arnold
*Attorney, Agent, or Firm*—Antonelli, Terry & Wands

[57] **ABSTRACT**

In a method of producing diffraction gratings by feeding either one of a blank or a groove-ruling tool by an amount consisting of the amount of constant transference and the amount of variable transference that is added thereto, or subtracted therefrom, while reciprocally moving the other one of said blank or said groove-ruling tool, in order to rule grooves of irregular intervals on said blank, a method of producing varied line-space diffraction gratings wherein the region of ruling is divided into a plurality of small regions so that the difference between a maximum value and a minimum value of distance between grooves becomes smaller than a predetermined value, and the amount of constant transference is set to the nearly equal to an average distance between grooves in each of said small regions.

**4 Claims, 4 Drawing Figures**



FIG. 1 (PRIOR ART)




FIG. 2



FIG. 3


1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

FIG. 4


0.6
0.5
0.4
0.3
0.2
0.1
1
2
3
σa1=0.35μm
Δσn
σa2=0.41μm
σa3=0.47μm
DISTANCE BETWEEN GROOVES σn (μm)
-100
-33
0
33
100
POSITION OF GROOVE w (mm)

## METHOD OF PRODUCING VARIED LINE-SPACE DIFFRACTION GRATINGS

### BACKGROUND OF THE INVENTION

The present invention relates to a method of mechanically producing diffraction gratings having grooves of varied line space, and particularly to a method of producing diffraction gratings in which the distance between grooves is changed continuously and greatly.

Nearly two hundred years have passed since the diffraction grating was first invented, and performance was improved strikingly. However, groove spacing of an equal distance have long been inherited irrespective of whether it is a plane diffraction grating or a concave diffraction grating.

In recent years, however, it has been proposed to arrange the grooves at irregular distances instead of arranging the grooves at equal invervals. That is, by arranging the grooves at irregular intervals on the concave diffraction grating, there have been proposed a variety of so-called aberration-corrected diffraction gratings having little or no aberration in the spectral image. So far, the plane diffraction grating did not have a light focusing property, and the cylindrical diffraction grating did not, either, have a light focusing property on a plane that includes a cylindrical axis. Recently, however, there have also been proposed plane diffraction gratings and cylindrical diffraction gratings having dispersing and focusing properties as a result of arranging the grooves at irregular intervals.

The aberration-corrected concave diffraction gratings have heretofore been produced by a method which is based upon the holography technology and by a mechanical method. However, the methods of producing aberration-corrected concave diffraction gratings are not applicable to the production of plane diffraction gratings having a focusing property or to the production of cylindrical diffraction gratings having focusing property.

According to the method based upon the holography technology, darkness and brightness of interference fringes by the recording laser beam are converted into rugged patterns of a photosensitive emulsion or a photosensitive resin, and a thin metal film is formed on the surface by vacuum evaporation or the like. In this method, limitation is imposed on the position of the source of recording laser beam and on the wavelength of the beam, making it difficult to impart a desired focusing property to the plane diffraction grating or the cylindrical diffraction grating. In particular, the diffraction gratings of this kind are usually used in a soft X-ray region through up to a vacuum ultraviolet region where strict limitations are required concerning the position of the source of recording laser beam and the wavelength of the beam. Therefore, it is virtually difficult to produce the diffraction gratings relying upon the holography technology.

Described below are a conventional method of mechanically producing the aberration-corrected concave diffraction grating and an apparatus therefor in conjunction with FIG. **1**. Such a method has been taught, for example, in Japanese Patent Publication No. 33562/1982. In FIG. **1**, the rotational force of a main motor **1** is transmitted to a worm reduction gear **3** via a belt **2**. The rotational force is then transmitted to a tool reciprocating link device **4** which causes a tool carriage **5** to reciprocate, the tool carriage **5** being equipped with a groove-ruling tool. Rotational force of the worm reduction gear **3** is further transmitted to a feed screw **8** via a speed change gear **6** and a differential gear **7**. A switch **9** is closed after every completion of a ruling, whereby a pulse motor **10** is turned by a predetermined angle, and the rotational force is transmitted to the feed screw **8** via the differential gear **7**. A blank carriage **12** mounting a blank **11** is moved depending upon the rotational angle of the feed screw **8**. While the tool is ruling the blank **11**, the blank carriage **12** and the blank **11** are moved at a speed corresponding to a rotational speed determined by the speed change gear **6**. During the period of from the completion of ruling by the tool to the next start of ruling, the blank carriage **12** and the blank **11** are moved by an amount consisting of a feeding amount (the amount of constant transference) corresponding to the rotational speed determined by the speed change gear **6** and a feeding amount (the amount of variable transference) corresponding to the number of pulses generated by a pulse generator **13**, which is added thereto or is subtracted therefrom. Therefore, the grooves can be ruled at desired irregular intervals by controlling the number of pulses generated from the pulse generator **13** by a computer **14**. The pulse generator **13** produces a predetermined number of pulses responsive to the instruction from the computer **14** after each opening and closing of the switch **9**. The pulse motor **10** is turned by a rotational angle corresponding to the number of pulses generated from the pulse generator **13**, and the rotational force is transmitted to the differential gear **7**.

Here, the amount of variable transference is the product of a feeding amount of the blank **11** per unit pulse and the number of pulses. When the pulse motor **10** is used as a source for driving the blank **11** by unequal distances, the distance between grooves changes discretely strictly speaking. Usually, however, the blank **11** is fed by an amount of as small as 0.2 angstrom per unit pulse, so that the distance between grooves will virtually appear to change continuously. There has been realized a pulse motor which operates at a maximum drive frequency of about 10 kHz. If the pulse motor **10** is rotated at such a high speed, however, the rotational speed of a rotation transmission system subsequent to the differential gear **7** changes abruptly when the pulse motor **10** is started or stopped, and it becomes very difficult to properly feed the blank **11**. To properly feed the blank **11**, therefore, a maximum drive frequency for the pulse motor **10** must be limited to about 500 Hz. Further, the time in which the pulse motor **10** is allowed to turn is shorter than one-half the reciprocating period of the tool. Usually, the period for reciprocating the tool is about 6 seconds. Therefore, the time in which the pulse motor **10** is allowed to turn is about 3 seconds at the greatest. From the above fact, a maximum amount of variable transference is $0.2\times10^{-4}\times500\times3=0.03$ $\mu$m.

Here, the object of the concave diffraction grating having groove spacing of irregular intervals is to correct the aberration. Therefore, the difference between the distance among grooves and the average distance of grooves is usually very small, i.e., the change of distance is very small, and the difference seldom exceeds 0.03 $\mu$m at the greatest. Accordingly, the aberration-corrected concave diffraction grating can be sufficiently manufactured by the aforementioned conventional method. However, the object of the plane diffrac-

tion grating and the cylindrical diffraction grating having groove spacing of irregular intervals, are to exhibit the focusing property that had not hitherto been provided. In this case, therefore, the change of distance of grooves becomes inevitably large and a maximum value thereof greatly exceeds 0.03 μm as will be mentioned later. Therefore, the conventional method tailored to producing the concave diffraction gratings is not virtually effective to produce the desired plane diffraction gratings or the cylindrical diffraction gratings. Even with the concave diffraction grating, it is difficult to perform the ruling by the conventional method if a maximum change of distance between grooves exceeds 0.03 μm.

As described above, neither the method based upon the holography technology nor the mechanical method is effective for producing diffraction gratings having groove spacing of irregular intervals in which the distance between grooves vary greatly, such as the plane diffraction gratings and cylindrical diffraction gratings having focusing function.

## SUMMARY OF THE INVENTION

The present invention was accomplished in order to solve the above-mentioned problems, and its object is to provide a method of producing varied line-space diffraction gratings in which the distance between grooves is greatly changed.

To achieve the above object, the present invention deals with a method of producing diffraction gratings by feeding either one of a blank or a groove-ruling tool by an amount consisting of the amount of constant transference and the amount of variable transference that is added thereto, or subtracted therefrom, while reciprocally moving the other one of said blank or said groove-ruling tool, in order to rule grooves of irregular intervals on said blank, wherein the region of ruling is divided into a plurality of small regions so that the difference between a maximum value and a minimum value of distance between grooves becomes smaller than a predetermined value, and the amount of constant transference is set to be nearly equal to an average distance between grooves in each of said small regions.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram showing a conventional method and an apparatus for mechanically producing aberration-corrected concave diffraction gratings;

FIG. **2** is a diagram for explaining the principle of the present invention;

FIG. **3** is a diagram showing a method and an apparatus for producing varied line-space diffraction gratings according to an embodiment of the present invention; and

FIG. **4** is a graph showing a relation between the position of groove and the distance between grooves of a varied line-space plane diffraction grating produced according to the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **2** is a diagram explaining the principle of the present invention, wherein the abscissa represents a groove number n and the ordinate represents the distance $\sigma_n$ between grooves. Considered below is the case where the diffraction grating is ruled while changing the distance $\sigma_n$ between grooves from a minimum value



$\sigma_{min}$ to a maximum value $\sigma_{max}$ as represented by a curve in FIG. **2**.

Here, the region of ruling is divided in the direction of groove number n so that the difference between a maximum value and a minimum value of the distance $\sigma_n$ between grooves becomes smaller than, for example, 0.06 μm in each of the small regions that are denoted by 1, 2, . . . m and average distances between grooves in each of the small regions are denoted by $\sigma_{a1}$, $\sigma_{a2}$, . . . $\sigma_{am}$. Then, the change of distance $\Delta\sigma_n$ between grooves is $\sigma_n-\sigma_{al}$ in the region **1**, $\sigma_n-\sigma_{a2}$ in the region **2**, . . . and $\sigma_n-\sigma_{am}$ in the region m. In this case, a maximum value of $\Delta\sigma_n$ is smaller than 0.03 μm. Therefore, if the small region **1** is ruled with the amount of constant transference being set to the average distance $\sigma_{a1}$, the amount of variable transference does not exceed 0.03 μm. Similarly, if the small regions **2**, . . . m are ruled with the amount of constant transference being set to average distances $\sigma_{a2}$, . . . $\sigma_{am}$, the amount of variable transference can be confined with 0.03 μm. Thus, the grooves can be ruled without increasing the amount of variable transference even when the distance between grooves changes greatly, i.e., even when the value $\sigma_{max}-\sigma_{min}$ is great.

FIG. **3** is a diagram showing an apparatus for putting into practice the method of producing varied line-space gratings according to the present invention. In this apparatus, a speed change gear **15** is provided between the speed change gear **6** and the differential gear **7**. By changing the speed change ratio of the speed change gear **15**, therefore, the feeding amount corresponding to an average distance among grooves of the whole diffraction grating set by the speed change gear **6** can be varied into any value at any moment prior to starting the ruling on the diffraction grating or after the ruling has been started.

Described below is the method of producing a plane diffraction grating using the apparatus of FIG. **3**. FIG. **4** is a graph showing a relation between the position w of groove and the distance $\sigma_n$ between grooves of the plane diffraction grating in which the distance $\sigma_n$ between grooves changes nearly linearly from $\sigma_{min}\approx 0.32\mu m$ to $\sigma_{max}\approx 0.51$, with $\sigma_{max}-\sigma min=0.19$ μm. Here, the region of ruling is divided into three small regions as shown in FIG. **4**, i.e., divided into a region **1** ($-100mm\leqq w<-33mm$), a region **2** ($-33mm\leqq w\leqq 33mm$), and a region 3 ($33mm<w\leqq 100$ mm). A speed change ratio of the speed change gear **6** is so set that the amount of constant transference is 0.41 μm which is close to the average distance among the grooves of the whole diffraction grating when the speed change ratio of the speed change gear 15 is 1. Next, the speed change ratio of the speed change gear **15** is so set that the amount of constant transference becomes equal to the average distance $\sigma_{a1}=0.35$ μm of the small region **1**, and the number of pulses generated from the pulse generator **13** is so controlled that the amount of variable transference becomes equal to a change of distance between the grooves $\Delta\sigma_n=\sigma_n-\sigma_{a1}$, thereby to rule the small region **1**. When the ruling of the small region **1** is finished, the speed change ratio of the speed change gear 15 is set to 1, i.e., the amount of constant transference is set to be equal to the average distance $\sigma_{a2}=0.41$ μm of the small region **2**, and the number of pulses generated by the pulse generator **13** is so controlled that the amount of variable transference becomes equal to a change of distance between the grooves $\Delta\sigma_n=\sigma_n-\sigma_{a2}$, thereby to rule the small re-

gion **2**. When the ruling of the small region **2** is finished, the speed change ratio of the speed change gear **15** is so set that the amount of constant transference becomes equal to the average distance $\sigma_{a3}=0.47$ $\mu$m of the small region **3**, and the number of pulses generated by the pulse generator **13** is so controlled that the amount of variable transference becomes equal to a change of distance $\Delta\sigma_n=\sigma_n-\sigma_{a3}$, thereby to rule the small region **3**. The above-mentioned method makes it possible to produce a plane diffraction grating having groove spacing at desired irregular intervals in which the distance $\sigma_n$ between grooves changes continuously from a minimum value of $\sigma_{min}=0.32$ $\mu$m to a maximum value of $\sigma_{max}=0.51$, and hence to realize a novel monochromator for synchrotron radiation.

In the above-mentioned embodiment, the speed change gear **6** that determines the feeding amount corresponding to an average distance of grooves of the whole diffraction grating and the speed change gear **15** that sets the amount of constant transference to become equal to an average distance of each small region, are combined in cascade. However, the same effects can also be obtained even when the speed change gears **6**, **15** are combined as a unitary structure to change the speed change ratio for each of the small regions. Further, the above embodiment has dealt with the case where the groove-ruling tool is reciprocally moved while feeding the blank **11**. As a matter of course, however, the method of the present invention can also be adapted even when the blank **11** is reciprocally moved while feeding the groove-ruling tool.

According to the method of producing varied line-space diffraction gratings of the present invention as described above, it is possible to produce varied line-space diffraction gratings having greatly varying distance between grooves, such as plane diffraction gratings and cylindrical diffraction gratings having dispersing and focusing properties. As described above, the present invention offers remarkable effects.



What is claimed is:

**1**. In a method of producing diffraction gratings by feeding either one of a blank or a groove-ruling tool by an amount consisting of the amount of constant transference and the amount of variable transference that is added thereto, or subtracted therefrom, while reciprocally moving the other one of said blank or said groove-ruling tool, in order to rule grooves of irregular intervals on said blank, a method of producing varied line-space diffraction gratings wherein the region of ruling is divided into a plurality of small regions so that the difference between a maximum value and a minimum value of distance between grooves becomes smaller than a predetermined value, and the amount of constant transference is set to be nearly equal to an average distance between grooves in each of said small regions.

**2**. A method of producing varied line-space diffraction gratings according to claim **1**, wherein said amount of constant transference and said amount of variable transference are determined by speed change gears.

**3**. A method of producing varied line-space diffraction gratings according to claim **1**, wherein the groove-ruling tool is reciprocally moved while feeding said blank.

**4**. A method of producing varied line-space diffraction gratings according to claim **1**, wherein said blank is reciprocally moved while feeding said groove-ruling tool.

* * * * *

BEST AVAILABLE COPY

United States Patent [19]
Swanson et al.
[11] Patent Number: 4,895,790
[45] Date of Patent: Jan. 23, 1990

[54] HIGH-EFFICIENCY, MULTILEVEL, DIFFRACTIVE OPTICAL ELEMENTS

[75] Inventors: Gary J. Swanson; Wilfrid B. Veldkamp, both of Lexington, Mass.

[73] Assignee: Massachusetts Institute of Technology, Cambridge, Mass.

[21] Appl. No.: 99,307

[22] Filed: Sep. 21, 1987

[51] Int. Cl.⁴ ........................ G03C 5/00; B29D 11/00
[52] U.S. Cl. .................................. 430/321; 430/320; 430/323; 430/394; 156/643; 156/654; 156/659.1; 350/162.2; 350/162.21; 350/162.24; 350/409; 350/417
[58] Field of Search .................... 156/643, 659.1, 654; 350/417, 663, 162.17, 162.19, 162.2, 409, 162.21, 417, 162.24; 430/22, 321, 296, 323, 394, 942, 5, 322, 323, 312, 313, 302, 360, 319, 320, 329, 4, 6

[56] References Cited

U.S. PATENT DOCUMENTS

3,726,732 4/1973 Richardson et al. .............. 430/323
4,252,891 2/1981 Kostyshin et al. ................ 430/323
4,327,171 4/1982 Poler ................................ 430/323
4,414,059 11/1983 Blum et al. ........................ 430/323
4,434,224 2/1984 Yoshikawa et al. ............... 430/323
4,564,584 1/1986 Fredericks et al. ............... 430/323
4,579,812 4/1986 Bower .............................. 430/323
4,632,898 12/1986 Fister et al. ...................... 430/323
4,690,880 9/1987 Suzuki et al. ...................... 430/323
4,724,043 2/1987 Bergendahl ....................... 430/323

FOREIGN PATENT DOCUMENTS

0209123 12/1983 Japan ................................ 430/323
2129157 5/1984 United Kingdom .

OTHER PUBLICATIONS

Sonek et al., Ultraviolet Grating Polarizers, Aug. 17, 1981 (Refer to Figs. on p. 921).
d'Auria et al., Optics Comm., vol. 5, No. 4, Jul. 1972, pp. 232-235.
Vannucci, Applied Optics, vol. 25, No. 16, Aug. 15, 1986, pp. 2831-2834.
Mikaltsova et al., Optik, vol. 67, No. 3, 1984, pp. 267-277.
Koronkevich et al., Optik, vol. 67, No. 3, 1984, pp. 257-265.

*Primary Examiner*—Jose G. Dees
*Assistant Examiner*—Donald J. Loney
*Attorney, Agent, or Firm*—Fish & Richardson

[57] ABSTRACT

The method utilizes high resolution lithography, mask aligning, and reactive ion etching. In particular, at least two binary amplitude masks are generated. A photoresist layer on an optical element substrate is exposed through the first mask and then etched. The process is then repeated for the second and subsequent masks to create a multistep configuration. The resulting optical element is highly efficient.

14 Claims, 8 Drawing Sheets




G3496

BEST AVAILABLE COPY






FIG. 1

BEST AVAILABLE COPY



FIG.2




G3498

BEST AVAILABLE COPY



# BINARY ELEMENT FABRICATION




FIG.3

G3499

BEST AVAILABLE COP






FIG. 4

BEST AVAILABLE COP





FIG. 5b



FIG. 5a

BEST AVAILABLE COPY






FIG.6



FIG 7c



FIG 7b



FIG 7a

BEST AVAILABLE COPY



FIG.8



BEST AVAILABLE COPY






FIG.9

## HIGH-EFFICIENCY, MULTILEVEL, DIFFRACTIVE OPTICAL ELEMENTS

The Government has rights in this invention pursuant to Contract Number F19628-85-C-0002 awarded by the Department of the Air Force.

### BACKGROUND OF THE INVENTION

This invention relates to high-efficiency, on-axis, multilevel, diffractive optical elements. The high efficiency of these elements allows planar or spherical elements to be diffractively converted to generalized aspheres, and dispersive materials can be diffractively compensated to behave as achromatic materials over broad wavebands. The technique of this disclosure allows ready implementation of this mixed reflective, refractive and diffractive optics in real systems.

The ability to produce arbitrary phase profiles allows for an additional degree of freedom in designing optical systems. Many optical systems now incorporate aspheric refractive surfaces to produce such phase profiles. System design is restricted by constraints imposed by factors such as cost, size, and allowable asphericity. Diffractive elements are potentially as versatile and useful as aspheric surfaces and are less expensive, and not as subject to asphericity constraints. Another objective in designing optical systems is to minimize chromatic aberrations. Refractive optical materials are chromatically dispersive. Conventionally, the approach to minimizing chromatic aberrations is to balance the dispersive effects of two different refractive materials. Diffractive surfaces are also wavelength dispersive. It is therefore possible to take a dispersive refractive element, and by placing a diffractive profile on one of its surfaces, produce an element that balances the chromatic effects of the refractive element against the chromatic effects of the diffractive surface. Computer generated diffractive elements have been proposed for numerous applications such as chromatic correction, aberration compensated scanners, and high numerical aperture lenses. A major obstacle to implementing on-axis diffractive elements in actual systems is the, up to now, low diffraction efficiency (<50%).

Theoretically, on-axis diffractive phase elements can achieve 100% diffraction efficiency. To achieve this efficiency, however, a continuous phase profile is necessary. (See, Miyamoto, K., 1961, JOSA 51, 17 and Lesem, L., Hirsch, P., Jordan, J., 1969, IBM J. Res. Dev. 13, 150.) The technology for producing high-quality, high-efficiency, continuous phase profiles does not exist. It has been suggested to quantize the continuous phase profile into discrete phase levels as an approximation to the continuous phase profile. (Goodman, J., Silvestri, A., 1970, IBM J. Res. Dev. 14, 478.) It is known to make such structures using thin-film deposition techniques and material cutting technology. (See, U.K. Patent Application No. 8327520 entitled "Bifocal Contact Lenses Having Diffractive Power".) L. d'Auria et al. in "Photolithographic Fabrication of Thin Film Lenses", OPTICS COMMUNICATIONS, Volume 5, Number 4, July, 1972 discloses a multilevel structure involving successive maskings and etchings of a silicon dioxide layer. Each mask gives only one additional level in the structure and is therefore inefficient. The invention disclosed herein is a method for accurately and reliably making multilevel diffractive surfaces with diffraction efficiencies that can be as high as 99%.



### SUMMARY OF THE INVENTION

The method for making high-efficiency, multilevel, diffractive, optical elements according to the invention comprises generating a plurality of binary amplitude masks which include the multilevel phase information. The masks are configured to provide $2^N$ levels where N is the number of masks. The information in each mask is utilized serially for serial etching of the multilevel structures into the optical element. The masks may be made by electron beam lithography and it is preferred that the etching be accomplished by a dry etching technique such as reactive ion etching or ion bonbardment. In general, the etching process includes coating the optical element substrate with a photoresist, exposing the photoresist through the masks, developing the photoresist, and etching the substrate. In order to achieve greater than 95% efficiency, three masks and three etching steps are used to produce eight phase levels. An important use of the structures of the invention is in UV lithography.

### BRIEF DESCRIPTION OF THE DRAWING

FIGS. 1*a*, 1*b*, and 1*c* are schematic illustrations of Fresnel phase zone plate profiles;

FIG. 2 is a graph of first order diffraction efficiency in a multilevel zone plate as a function of the number of phase levels and fabrication masks;

FIG. 3 is a schematic representation of a binary element fabrication technique disclosed herein;

FIG. 4 is a scanning electron microscope photomicrograph of an eight-level Fresnel zone plate made in accordance with the present invention;

FIGS. 5*a* and 5*b* are diffraction patterns showing spherical aberration in an uncorrected and corrected quartz lens, respectively;

FIG. 6 is a graph showing diffractive and refractive dispersion;

FIGS. 7*a*, *b* and *c* are point spread function plots showing diffractive correction of silicon lenses;

FIG. 8 is a photograph of the diffractively corrected silicon lens; and

FIG. 9 is a schematic illustration of a UV lithographic exposure system utilizing the multilevel structures of the invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1*a* shows an example of a Fresnel zone plate having a continuous phase profile capable of achieving 100% efficiency. The $2\pi$ phase depth corresponds to a material depth of about one micrometer for visible light. Because the technology to produce the continuous phase profile of FIG. 1*a* does not exist, an approximation to the continuous phase is desirable. FIGS. 1*b* and 1*c* show Fresnel phase zone plate profiles quantized to two and four phase levels, respectively. The two-level phase profile of FIG. 1*b* results in a diffraction efficiency of 40.5%, and the four-level profile of FIG. 1*c* results in an efficiency of 81%. For certain optical applications, such discrete phase structures need to achieve a diffraction efficiency of 95% or higher. FIG. 2 shows the diffraction efficiency as a function of the number of discrete phase levels. Eight phase levels achieve 95% efficiency.

BEST AVAILABLE COPY



The method of the invention accurately and reliably produces multilevel, on-axis, diffractive optical surfaces. Optical elements can be made for use at wavelengths ranging from the ultraviolet to the infrared. These multilevel structures are useful not only for monochromatic light, but also for systems operating with fractional bandwidths as large as 40%. The methods disclosed herein take advantage of technology developed for electronic circuit fabrication such as high resolution lithography, mask aligning, and reactive ion etching. The process for defining the phase profile to be constructed will now be discussed.

Collimated monochromatic light incident on a phase Fresnel zone plate (FIG. 1*a*) will be diffracted with the light being focused perfectly. The necessary phase profile can be expressed in the simple form

$$|\phi(x,y)|_{2\pi} = \frac{2\pi}{\lambda}\sqrt{x^2+y^2+F^2} \quad (1)$$

where $\lambda$ is the wavelength, F the focal length, and $\phi$ is evaluted modulo $2\pi$. The phae Fresnel zone plate is an interesting yet limited example of a profile. In general, it is desirable to define arbitrary difractive phase profiles.

There exist numerous commercially available lens design programs. Many of these programs allow one to describe a general diffractive phase profile on a given surface. The phase profile is described by making an analogy to the optical recording of holographic optical elements. The wavelength and location in space of two coherent point sources are defined and the resulting interference pattern described the diffractive phase profile. This process described more general profiles than a simple zone plate, however, which is still a small subset of the possible profiles. In order to make the phase profiles span a much larger set of possibilities, an additional phase term

$$\phi(x,y) = \frac{2\pi}{\lambda}\sum_{n,m} a_{nm}x^ny^m \quad (2)$$

can be added onto the phase determined from the two point sources. For on-axis phase profiles, the two point sources must lie on the optical axis. Furthermore, if the locations of the two point sources are both set to infinity, then the effect of their interference is null and the phase profile is completely described by the general polynomial expansion of equation (2). One of these general diffractive phase profiles can therefore be placed on any surface of an optical system.

Lens design programs have optimization routines that treat the curvatures of surfaces, the thickness of elements, and the element spacings as variables. Likewise, if a diffractive phae profile is in the system, the optimization routine can treat the polynomial coefficients, $a_{nm}$, as variables. A lens optimization program will determine the optimum coefficients, $a_{nm}$, of the diffractive phase profile for any particular lens systems.

The diffractive phase profile determined by the lens design program and defined by equation (2) contains no information on how to achieve high diffraction efficiency. Out approach is to take the optimized $a_{nm}$'s and from them define a set of binary amplitude masks. The algorithm for designing these masks is shown in Table 1.

The equation $\phi(x,y)=C$, where C is a constant, describes an equiphase contour. Mask 1 describes the set of equiphase contours that are integer multiple of $\pi$.



Mask ($n=2,3,\ldots$) describes the set of equiphase contours that are integer multiples of $\pi/2(n-1)$.

The area between the first two sequential equiphase boundaries is lithographically exposed. The areas between subsequent sequential equiphase boundaries alternate from not being exposed to being exposed. This process is repeated until the total pattern is drawn, covering the full optical aperture.

Table 1 also indicates the phase depth $\theta$ to which various lithographic mask patterns are etched. The relationship between phase depth and materials depth d is simply

$$d = \frac{\lambda\theta}{2\pi(n-1)}$$

where n is the refractive index of the optical material. Column 4 of Table 1 indicates the relationship between the number of phase levels $k=2^N$ and the number of masks N.

Column 5 indicates the achievable diffraction efficiency $\eta$. It is remarkable and an important point of this disclosure that with a mere four masks, 99% diffraction efficiency can be achieved. These binary amplitude masks will then be used in the actual construction of a highly efficient diffractive phase profile.

TABLE 1

Multimask Design Algorithm

$$\phi(x,y) = \frac{2\pi}{\lambda}\sum_{n,m} a_{nm}x^ny^m$$

| Mask #N | Equi-phase Boundaries ($l=0,\pm1,\pm2,\ldots$) | Phase Etch Depth $\theta$ | #Phase Levels $\kappa$ | % eff. $\eta$ |
|---|---|---|---|---|
| 1 | $\phi(x,y)=(l+1)\pi$ | $\pi$ | 2 | 40.5 |
| 2 | $\phi(x,y)=\frac{(l+1)\pi}{2}$ | $\pi/2$ | 4 | 81.0 |
| 3 | $\phi(x,y)=\frac{(l+1)\pi}{4}$ | $\pi/4$ | 8 | 95.0 |
| 4 | $\phi(x,y)=\frac{(l+1)\pi}{8}$ | $\pi/8$ | 16 | 99.0 |

Three tools necessary for practicing the method of the present invention have been developed over the past ten years by the semiconductor industry. They include sub-micron lithography, ion etchers, and mask aligners. Lithographic pattern generators are capable of drawing binary amplitude masks with feature sizes of 0.1 $\mu$m and positioning the features to an even greater accuracy. Reactive ion etchers can etch a binary profile to depths of a few microns with an accuracy on the order of tens of angstroms. Mask aligners are used routinely to align two patterns with an accuracy of fractions of a micron. These are the key technological advances that make it possible to produce high quality diffractive phase profiles.

Electron beam pattern generators produce masks that have binary transmittance profiles. A thin layer of chromium on an optically flat quartz substrate is patterned by e-beam lithography. The input to the e-beam pattern generator is a file stored on a computer tape and properly formatted for the particular machine. For multilevel diffractive elements, the algorithm described in Table 1 defines the patterns to be drawn. The number of phase levels in the final diffractive element constructed from these masks in $2^N$, where N is the number of

BEST AVAILABLE COF



masks. For example, only four masks will produce 16 phase level resulting in an efficiency of 99%.

The binary amplitude masks produced from the pattern generator are then used in a serial fashion to construct the multilevel optical element. The fabrication process using the first mask is shown in FIG. 3. An optical substrate 10 such as $SiO_2$ on which the diffractive profile is to reside is coated with a layer of chromium 12 and a layer of photoresist 14. An e-beam generated mask 16 is then placed over the substrate 10 and illuminated with a standard uv photoresist exposure system (not shown). The photoresist layer 14 is then developed resulting in a properly patterned layer of photoresist. The photoresist acts as an etch stop for the reactive ion etching.

Reactive ion etching (RIE) is a process in which an RF electric field excites a gas to produce ions. The ions react with the material of the substrate and etch away the surface at a controlled rate. The reactive ion etching process is anisotropic so that the vertical side walls of the discrete phase profile are retained. Typical RIE etch rates are on the order of 100 Angstroms to 200 Angstroms per minute. As an example, the required first level etch depth for a quartz substrate to be used at a wavelength of 6328 Angstroms is 7030 Angstoms. The necessary etch time is on the order of one-half hour and numerous elements can be etched simultaneously. After the pattern of the first mask has been etched into the substrate, any residual photoresist and chromium are stripped away.

The same procedure outlined above is then repeated on the optical substrate 10, only this time using a second mask and etching to one half the depth of the first etch. For the second and subsequent masks an additional complication arises. These masks have to be accurately aligned to the already existing pattern produced from an earlier etch. Fortunately, the problem of accurately aligning patterns has been solved by the integrated circuit industry. Commercially available mask aligners are capable of aligning two patterns to a fraction of a micron. This accuracy is sufficient to retain diffraction limited performance for the majority of the multilevel structures designed to operate in the visible and infrared.

The simplest example of a diffractive optical element is the Fresnel zone plate described by equation (1). The applicants herein have carried out the above procedure and produced, with three masks, an eight level Fresnel zone plate. FIG. 4 is an SEM photograph of the element. The element was designed for use with a HeNe laser of wavelength 6328 Angstroms and is a quartz substrate with a diameter of two inches. The experimentally measured diffraction efficiency of the element was 92%. Other multilevel phase Fresnel zone plates have been made for use with GaAs laser diodes.

In addition to Fresnel zone plates, the methods of the invention are utilized in making refractive/diffractive combination optical elements. Fresnel zone plates are, in practice, useful for collimating a monochromatic point source of light. As aspheric conventional lens can perform the same function at considerably higher cost. A spherical lens is significantly less expensive yet cannot achieve perfect collimation. It is, however, possible to take a spherical lens and calculate from a lens design program the necessary diffractive profile that when etched into a surface of the spherical lens will result in perfect collimation.

FIGS. 5a and 5b illustrate aberration correction utilizing the optical elements according to the present invention. FIG. 5a shows an uncorrected spherical aberration pattern produced by a quartz lens when tested with a HeNe laser at 6328 Angstroms. Note that FIG. 5a shows a 150 micron wide point-spread function exhibiting classical spherical aberration. FIG. 5b shows the results when the lens includes an eight-phase-level pattern etched into the back surface of a plano-spherically convex quartz lens. The eight-phase-level pattern made using three masks in effect turns a spherical lens into a near-diffraction-limited asphere. Note that the power of the six micron focal point shown in FIG. 5b is increased nearly two hundred-fold over a similar spot in FIG. 5a. Such an optical element will have both refractive and diffractive properties.

The disclosed technique can not only correct for spherical aberrations in imperfect optics but for chromatic aberrations as well. All optical materials are dispersive. Dispersion is an undesirable property that must be avoided in broadband optical systems. Generally this is done by balancing the dispersive property of two different optical materials. An achromatic lens is therefore usually a doublet or a triplet lens. This approach leads to expensive and bulky optics. With efficient diffractive optics as disclosed in this patent application chromatic balancing with multiple elements can be avoided altogether. The diffractive focal power of a combined diffractive-refractive lens can be used to balance the chromatic dispersion of the conventional lens provided the ratio of the diffractive to refractive focal lengths at the center wavelength is

$$\frac{F_{diff}}{F_{conv}} = \frac{(n_c - 1)}{\lambda_c d} \qquad (3)$$

in Equation 3, $n_c$ is the index of refraction of the conventional material at the center wavelength, $\lambda_c$, and d is the dispersion constant of the material, i.e., the slope of the index of refraction vs. wavelength curve.

FIG. 6 shows this concept. The compensating dispersion is linearly proportional to the focal length of the diffractive component. Curve 20 represents the dispersion due to the bulk dielectric of the conventional lens and curve 22 to the dispersion of the diffractive component. The horizontal axis represents the wavelength bandwidth over which the compensation occurs and the vertical axis represents the optical power (1/F). Adding the optical powers of the refractive and diffractive components together results in curve 24. By satisfying Equation 3, the optical power (and therefore focal length) can be made constant over the wavelength band.

Balancing of the chromatic aberration can occur over a very large bandwidth. Its width clearly depends on the used wavelength, the system's application, and on the linearity of the chromaticity of the refractive lens component.

FIGS. 7a, b and c show a design comparison of an F/2 silicon lens in the 3–5 micron waveband. FIG. 7a shows the point spread function of a conventional spherical lens. FIG. 7b shows the point spread function of a conventional aspheric lens and FIG. 7c shows the diffraction limited operation when both spherical and chromatic aberration corrections are etched into the surface of a simple spherical lens. FIG. 8 shows a corrected silicon lens made by the multilevel process.

BEST AVAILABLE COPY



A particularly useful embodiment of the present invention is in semiconductor UV lithographic systems where a lack of good transmissive materials (UV grade silica is one of a few) makes conventional broadband chromatic correction nearly impossible. Even microlithography systems based on KrF eximer lasers are severly limited by the lack of suitable UV transmitting and achromatic materials. At or below 2500 Angstroms, even fused silica is so dispersive that a few Angstroms bandwith imposes intolerable chromatic and spherical aberrations. The multilevel structures of the present invention will improve dramatically the capabilities of equipment such as contact printers, projection and proximity wafer printers, step-and-repeaters, microscopes, mask pattern generators, and mask aligners, all of which are based on UV mercury lamp or UV eximer laser optics. The binary corrective patterns for UV lithographic lenses have periodicities and feature sizes that are far larger than the UV wavelength used. A typical projection printer lens may have minimum features in the needed binary pattern of 2–5 microns. Thus, it is feasible to fabricate UV binary lenses, taking into consideration materials and pattern resolution constraints.

A shift from $\lambda = 3500$ Angstroms to $\lambda = 1900$ Angstroms can double circuit density. Present efforts with KrF eximer laser technology are limited to $10^{-4}$ fractional bandwidths. With binary optics chromatic corrections the limits can be extended to $10^{-2}$. Therefore, the throughput can increase by a factor of 100 with additional benefits or reduced sensitivity to image speckle and dust. Another less obvious benefit of the reduced wavelength is a doubling of depth of focus. This doubling relaxes mechanical alignment tolerances in proximity printers and extends mask lifetimes.

With the technique described in this disclosure a

(1) one hundred-fold increase in throughput of lithographically patterned circuitry may be possible;

(2) shift into deep UV may increase circuit density by a factor of two; and

(3) shift to deep UV will also relax proximity restrains in submicron circuit designs by increasing the depth of focus by as much as 75%. *Semiconductor International*, May 1987, page 49.

All this is possible because of fundamental dielectric materials constraints in purely refractive optical systems are eliminated or relaxed by the diffractive techniques described in this disclosure. The techniques according to the invention can thus be used for etching diffractive profiles into a lens surface to effect chromatic and spherical aberration correction for UV lithographic systems.

FIG. 9 shows a lithographic exposure system to reach deep UV for resolving 0.25 micron features. An eximer laser or mercury lamp source 30 illuminates a binary optics column 32 including on the order of 5 or 6 optical elements having the multilevel structures of the invention. The binary optics column 32 replaces conventional optics columns known in prior art lithographic exposure systems. Such conventional columns include many more optical elements than the column 32.

It should be noted that, as in circuit fabrication process, one set of masks can be used repeatedly to produce a large number of diffractive optical elements. Also, these diffractive surface profiles can be copied in metal using electroplating techniques. The metal master can then be used to emboss in plastic a large number of replicated optical components. The metal mastering and embossing replication is an established art.

What is claimed is:

1. Method for making high efficiency multilevel, diffractive, optical elements comprising:

generating a plurality of binary amplitude masks including the multilevel information, the masks being configured to provide $2^N$ levels where N is the number of masks; and

utilizing the masks' information serially for serial etching of $2^N$ levels into the optical element, the etching depths for the masks being related by a fixed ratio.

2. The method of claim 1 wherein the masks are made by lithographic pattern generators.

3. The method of claim 1 wherein the etching is by ion beam etching.

4. The method of claim 1 wherein the etching process includes coating the optical element substrate with photoresist, exposing the photoresist through the masks, developing the photoresist, and etching the substrate.

5. The method of claim 1 including three masks and eight levels.

6. The method of claim 1 wherein the binary amplitude masks are defined by calculating equiphase boundaries utilizing the equation

$$\phi(x, y) = \frac{2\pi}{\lambda} \sum_{n,m} a_{nm} x^n y^m$$

and the algorithm

| Mask #N | Equi-phase Boundaries ($l = 0, \pm 1, \pm 2, \ldots$) | Phase Etch Depth $\theta$ |
|---|---|---|
| 1 | $\phi(x, y) = (l + 1)\pi$ | $\pi$ |
| 2 | $\phi(x, y) = \frac{(l + 1)\pi}{2}$ | $\pi/2$ |
| 3 | $\phi(x, y) = \frac{(l + 1)\pi}{4}$ | $\pi/4$ |
| 4 | $\phi(x, y) = \frac{(l + 1)\pi}{8}$ | $\pi/8$ |

7. The method of claim 1 wherein the masks are made by electron beam pattern generators.

8. The method of claim 1 wherein the etching is by reactive ion etching.

9. The method of claim 1 wherein the optical element is a lens.

10. The method of claim 1 wherein the optical element corrects for spherical aberration.

11. The method of claim 1 wherein the optical element is corrected for chromatic aberration.

12. Method for making high-efficiency, multilevel diffractive optical elements comprising:

making a master optical element according to the method of claim 1; and

using the master optical element to emboss multiple replicated optical components.

13. The method of claim 12 wherein the master optical element is copied in metal which is used for the embossing.

14. Method for making high efficiency multilevel, diffractive, optical elements comprising:

BEST AVAILABLE COPY



generating a plurality of binary amplitude masks including the multilevel information by lithographic pattern generation, the masks configured to provide $2^N$ levels where N is the number of masks;

aligning a first one of the masks with respect to the optical element;

coating the optical element with photoresist;

exposing the photoresist through the aligned mask;

developing the photoresist;

etching the optical element;

aligning the next one of the masks with respect to the pattern etched with the first of the masks; and

repeating the coating, exposing, developing, etching, and aligning steps for each of the masks to produce $2^N$ levels into the optical element.

* * * * *

US005161059A

# United States Patent [19]

Swanson et al.

[11] Patent Number: 5,161,059

[45] Date of Patent: Nov. 3, 1992

[54] **HIGH-EFFICIENCY, MULTILEVEL, DIFFRACTIVE OPTICAL ELEMENTS**

[75] Inventors: **Gary J. Swanson; Wilfrid B. Veldkamp**, both of Lexington, Mass.

[73] Assignee: **Massachusetts Institute of Technology**, Cambridge, Mass.

[21] Appl. No.: **399,848**

[22] Filed: **Aug. 29, 1989**

**Related U.S. Application Data**

[62] Division of Ser. No. 99,307, Sep. 21, 1987, Pat. No. 4,895,790.

[51] **Int. Cl.**[5] ........................ **G02B 3/08**; G02B 27/44; B41M 5/00

[52] **U.S. Cl.** .................................... **359/565**; 359/355; 359/569; 359/742; 101/473; 353/53

[58] **Field of Search** ...................... 350/162.16, 162.21, 350/162.22, 162.17, 162.19, 162.20, 1.2, 452, 162.24; 353/122; 101/473, 470, 130; 355/53

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,586,412 | 6/1971 | Leith | 350/162.16 |
| 3,726,732 | 4/1973 | Richardson et al. | 430/323 |
| 4,252,891 | 2/1981 | Kostyshin et al. | 430/323 |
| 4,327,171 | 4/1982 | Poler | 430/323 |
| 4,414,059 | 11/1983 | Blum et al. | 430/323 |
| 4,434,224 | 2/1984 | Yushikawa et al. | 430/323 |
| 4,564,584 | 1/1986 | Fredericks et al. | 430/323 |
| 4,579,812 | 4/1986 | Bower | 430/323 |
| 4,632,898 | 12/1986 | Fister et al. | 430/323 |
| 4,690,880 | 9/1987 | Suzuki et al. | 430/323 |
| 4,724,043 | 2/1987 | Bergendahl | 430/323 |
| 4,737,447 | 4/1988 | Suzuki et al. | 350/452 X |
| 4,936,665 | 6/1990 | Whitney | 350/162.16 X |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0209123 | 12/1983 | Japan | 430/323 |
| 2129157 | 5/1984 | United Kingdom . | |

OTHER PUBLICATIONS

D'Auria, L., Huignard, J. P., Roy, A. M., and Sptiz, E., "Photolithographic Fabrication of Thin Film Lenses", *Optics Communications* vol. 5, No. 4, 1972, pp. 232–235.

Sonek et al., "Ultraviolet Grating Polarizers", *J. Vac. Sci. Technol.*, vol. 19, No. 4, Nov./Dec. 1981, pp. 921–923.

Vannucci, "A Tuned Fresnel Lens" *Applied Optics*, vol. 25, No. 10, Aug. 15, 1986, pp. 2831–2834.

Mikaltsova et al., "Kinoform Axicons", *Optik*, vol. 67, No. 3, 1984, pp. 267–277.

Koronkevich et al., "Fabrication of Kinoform Optical Elements", *Optik*, vol. 67, No. 3, 1984, pp. 257–265.

Miyamoto, "The Phase Fresnel Lens", *Journal of the Optical Society of America*, vol. 51, No. 1, Jan. 1961, pp. 17–20.

Lesem et al., "The Kinoform: A New Wavefront Reconstruction Device", *IBM J. Res. Develop.*, Mar. 1969, pp. 150–155.

Goodman et al., "Some Effects of Fourier-Domain Phase Quantization", *IBM J. Res. Develop.*, Sep. 1970, pp. 478–484.

Burggraaf, "Excimer Laser Lithography", *Semiconductor International* May 1987, pp. 49–50.

*Primary Examiner*—Bruce Y. Arnold
*Assistant Examiner*—David R. Parsons
*Attorney, Agent, or Firm*—Choate, Hall & Stewart

[57] **ABSTRACT**

A high-efficiency, diffractive optical element having at least one surface including multilevel steps, the steps determined by calculating equiphase boundaries utilizing a disclosed equation and algorithm. The optical element can be adapted to correct for chromatic and/or spherical aberration, and can be used in UV lithographic apparatus.

**10 Claims, 8 Drawing Sheets**




G3510




FIG. 1A

FIG. 1B

FIG. 1C


100
80
60
40
20
0
% EFFICIENCY
2
3
4
5
6
7
8
16
NUMBER OF PHASE LEVELS
NUMBER OF MASKS
1
2
3
4

FIG. 2

G3512


16
CGH BINARY AMPLITUDE MASK
14
PHOTORESIST
12
Cr
10
SiO2 SUBSTRATE
EXPOSE AND WET ETCH
12
10
REACTIVE ION ETCH
Cr REMOVAL
10
BINARY PHASE ELEMENT

FIG. 3




FIG. 4

G3514



FIG. 5b



FIG. 5a




FIG. 6



FIG. 7a



FIG. 7b



FIG. 7c

FIG.8




EXIMER LASER OR MERCURY LAMP SOURCE
30
34
32
OPTICS COLUMN
LASER INTERFEROMETERS
LASER BEAMS
STAGE POSITION
DIFFERENCE
DESIRED LOCATION REGISTER
BLANKING
DEFLECTION
OPTICAL BEAM OR IMAGE
STAGE
Y
X
X-Y DRIVE FOR STAGE
STAGE-POSITION ERROR SIGNAL
BEAM CONTROL
DEFLECTION AMPLIFIER
PATTERN MEMORY
COMPUTER CONTROL
ARRAY PATTERN INFORMATION
DISK FILE

FIG. 9

G3518

## HIGH-EFFICIENCY, MULTILEVEL, DIFFRACTIVE OPTICAL ELEMENTS

The Government has rights in this invention pursuant to Contract Number F19628-85-C-0002 awarded by the Department of the Air Force.

This is a divisional of co-pending application Ser. No. 099,307 filed on Sep. 21, 1987 now U.S. Pat. No. 4,895,790.

### BACKGROUND OF THE INVENTION

This invention relates to high-efficiency, on-axis, multilevel, diffractive optical elements. The high efficiency of these elements allows planar or spherical elements to be diffractively converted to generalized aspheres, and dispersive materials can be diffractively compensated to behave as achromatic materials over broad wavebands. The technique of this disclosure allows ready implementation of this mixed reflective, refractive and diffractive optics in real systems.

The ability to produce arbitrary phase profiles allows for an additional degree of freedom in designing optical systems. Many optical systems now incorporate aspheric refractive surfaces to produce such phase profiles. System design is restricted by constraints imposed by factors such as cost, size, and allowable asphericity. Diffractive elements are potentially as versatile and useful as aspheric surfaces and are less expensive, and not as subject to asphericity constraints. Another objective in designing optical systems is to minimize chromatic aberrations. Refractive optical materials are chromatically dispersive. Conventionally, the approach to minimizing chromatic aberrations is to balance the dispersive effects of two different refractive materials. Diffractive surfaces are also wavelength dispersive. It is therefore possible to take a dispersive refractive element, and by placing a diffractive profile on one of its surfaces, produce an element that balances the chromatic effects of the refractive element against the chromatic effects of the diffractive surface. Computer generated diffractive elements have been proposed for numerous applications such as chromatic correction, aberration compensated scanners, and hiqh numerical aperture lenses. A major obstacle to implementing on-axis diffractive elements in actual systems is the, up to now, low diffraction efficiency (<50%).

Theoretically, on-axis diffractive phase elements can achieve 100% diffraction efficiency. To achieve this efficiency, however, a continuous phase profile is necessary (See, Miyamotc, K., 1961, JOSA 51, 17 and Lesem, L., Hirsch, P., Jordan, J., 1969, IBM J. Res. Dev 13, 150.) The technology for producing hiqh-quality, hiqh-efficiency, continuous phase profiles does not exist. It has been suggested to quantize the continuous phase profile into discrete phase levels as an approximation to the continuous phase profile. (Goodman, J., Silvestri, A., 1970, IBM J. Res. Dev. 14, 478.) It is known to make such structures using thin-film deposition techniques and material cutting technology (See, U K. Patent Application No. 8327520 entitled "Bifocal Contact Lenses Having Diffractive Power".) L. d'Auria et al. in "Photolithographic Fabrication of Thin Film Lenses", OPTICS COMMUNICATIONS, Volume 5, Number 4, July, 1972 discloses a multilevel structure involving successive maskings and etchings of a silicon dioxide layer. Each mask gives only one additional level in the structure and is therefore inefficient. The invention



disclosed herein is a method for accurately and reliably making multilevel diffractive surfaces with diffraction efficiencies that can be as hiqh as 99%.

### SUMMARY OF THE INVENTION

In one aspect, the invention is a high-efficiency, diffractive optical element having at least one surface including multilevel steps, the steps determined by calculating equiphase boundaries utilizing the equation

$$\phi(x, y) = \frac{2\pi}{\lambda} \sum_{n,m} a_{nm} x^n y^m$$

and the algorithm

| Level #N | Equiphase Boundaries ($l = 0, \pm 1, \pm 2, \ldots$) | Phase Etch Depth $\theta$ |
|---|---|---|
| 1 | $\phi(x, y) = (l + 1)\pi$ | $\pi$ |
| 2 | $\phi(x, y) = \frac{(l + 1)\pi}{2}$ | $\frac{\pi}{2}$ |
| 3 | $\phi(x, y) = \frac{(l + 1)\pi}{4}$ | $\frac{\pi}{4}$ |
| 4 | $\phi(x, y) = \frac{(l + 1)\pi}{8}$ | $\frac{\pi}{8}$ |

The optical element may be adapted to correct for chromatic aberration and/or spherical aberration.

In another aspect, the invention is an optical system in a UV lithographic apparatus, the optical system including at least one optical element with a multilevel step pattern adapted for aberration correction on one surface.

In yet another aspect, the invention is a UV lithographic exposure system including a source of UV radiation and an optics column for generating an optical beam or image. The optics column includes at least one optical element with a multilevel step pattern adapted for aberration correction on one surface. In one embodiment, the optical elements are adapted to correct for both spherical and chromatic aberration. In a preferred embodiment the steps of the multilevel step pattern are determined by calculating equiphase boundaries utilizing the above equation and algorithm. In embodiments, the UV radiation has a wavelength in the deep UV, and the source of the UV radiation is an eximer laser or a mercury lamp.

### BRIEF DESCRIPTION OF THE DRAWING

FIGS. **1***a*, **1***b*, and **1***c* are schematic illustrations of Fresnel phase zone plate profiles;

FIG. **2** is a graph of first order diffraction efficiency in a multilevel zone plate as a function of the number of phase levels and fabrication masks;

FIG. **3** is a schematic representation of a binary element fabrication technique disclosed herein;

FIG. **4** is a drawing made from a scanning electron microscope photomicrograph of an eight-level Fresnel zone plate made in accordance with the present invention;

FIGS. **5***a* and **5***b* are drawings of diffraction patterns showing spherical aberration in an uncorrected and corrected quartz lens, respectively;

FIG. **6** is a graph showing diffractive and refractive dispersion;

FIGS. 7*a*, *b* and *c* are point spread function plots showing diffractive correction of silicon lenses;

FIG. 8 is a drawing of the diffractively corrected silicon lens; and

FIG. 9 is a schematic illustration of a UV lithographic exposure system utilizing the multilevel structures of the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1*a* shows an example of a Fresnel zone plate having a continuous phase profile capable of achieving 100% efficiency. The $2\pi$ phase depth corresponds to a material depth of about one micrometer for visible light. Because the technology to produce the continuous phase profile of FIG. 1*a* does not exist, an approximation to the continuous phase is desirable. FIGS. 1*b* and 1*c* show Fresnel phase zone plate profiles quantized to two and four phase levels, respectively. The two level phase profile of FIG. 1*b* results in a diffraction efficiency of 40.5%, and the four-level profile of FIG. 1*c* results in an efficiency of 81%. For certain optical applications, such discrete phase structures need to achieve a diffraction efficiency of 95% or higher. FIG. 2 shows the diffraction efficiency as a function of the number of discrete phase levels. Eight phase levels achieve 95% efficiency.

The method of the invention accurately and reliably produces multilevel on axis, diffractive optical surfaces. Optical elements can be made for use at wavelengths ranging from the ultraviolet to the infrared. These multilevel structures are useful not only for monochromatic light, but also for systems operating with fractional bandwidths as large as 40%. The methods disclosed herein take advantage of technology developed for electronic circuit fabrication such as high resolution lithography, mask aligning, and reactive ion etching. The process for defining the phase profile to be constructed will now be discussed.

Collimated monochromatic light incident on a phase Fresnel zone plate (FIG. 1*a*) will be diffracted with the light being focused perfectly. The necessary phase profile can be expressed in the simple form

$$|\phi(x, y)|_{2\pi} = \frac{2\pi}{\lambda}\sqrt{x^2 + y^2 + F^2} \quad (1)$$

where $\lambda$ is the wavelength, F the focal length, and $\phi$ is evaluted modulo $2\pi$. The phase Fresnel zone plate is an interesting yet limited example of a profile. In general, it is desirable to define arbitrary diffractive phase profiles.

There exist numerous commercially available lens design programs. Many of these programs allow one to describe a general diffractive phase profile on a given surface. The phase profile is described by making an analogy to the optical recording of holographic optical elements. The wavelength and location in space of two coherent point sources are defined and the resulting interference pattern describes the diffractive phase profile. This process describes more general profiles than a simple zone plate, however, which is still a small subset of the possible profiles. In order to make the phase profiles span a much larger set of possibilities, an additional phase term

$$\phi(x, y) = \frac{2\pi}{\lambda}\sum_{n,m} a_{nm}x^n y^m \quad (2)$$

can be added onto the phase determined from the two point sources. For on-axis phase profiles, the two point sources must lie on the optical axis. Furthermore, if the locations of the two point sources are both set to infinity, then the effect of their interference is null and the phase profile is completely described by the general polynomial expansion of equation (2). One of these general diffractive phase profiles can therefore be placed on any surface of an optical system.

Lens design programs have optimization routines that treat the curvatures of surfaces, the thickness of elements, and the element spacings as variables. Likewise, if a diffractive phase profile is in the system, the optimization routine can treat the polynomial coefficients, $a_{nm}$, as variables. A lens optimization program will determine the optimum coefficients, $a_{nm}$, of the diffractive phase profile for any particular lens systems.

The diffractive phase profile determined by the lens design program and defined by equation (2) contains no information on how to achieve high diffraction efficiency. Our approach is to take the optimized $a_{nm}$'s and from them define a set of binary amplitude masks. The algorithm for designing these masks is shown in Table 1.

The equation $\phi(x,y)=C$, where C is a constant, describes an equiphase contour. Mask 1 describes the set of equiphase contours that are integer multiple of $\pi$. Mask (n=2,3, . . . ) describes the set of equiphase contours that are integer multiples of $\pi/(2^{(n-1)})$.

The area between the first two sequential equiphase boundaries is lithographically exposed. The areas between subsequent sequential equiphase boundaries alternate from not being exposed to being exposed. This process is repeated until the total pattern is drawn, covering the full optical aperture.

Table 1 also indicates the phase depth $\theta$ to which various lithographic mask patterns are etched The relationship between phase depth and materials depth d is simply

$$d = \frac{\lambda\theta}{2\pi(n-1)}$$

where n is the refractive index of the optical material. Column 4 of Table 1 indicates the relationship between the number of phase levels $k=2^N$ and the number of masks N.

Column 5 indicates the achievable diffraction efficiency $\eta$. It is remarkable and an important point of this disclosure that with a mere four masks, 99% diffraction efficiency can be achieved. These binary amplitude masks will then be used in the actual construction of a highly efficient diffractive phase profile.

TABLE 1

Multimask Design Algorithm

$$\phi(x, y) = \frac{2\pi}{\lambda}\sum_{n,m} a_{nm}x^n y^m$$

| Mask #N | Equi-phase Boundaries (l = 0, ±1, ±2, . . .) | Phase Etch Depth $\theta$ | # Phase Levels $\kappa$ | % eff. $\eta$ |
|---|---|---|---|---|
| 1 | $\phi(x, y) = (l + 1)\pi$ | $\pi$ | 2 | 40.5 |
| 2 | $\phi(x, y) = \frac{(l + 1)\pi}{2}$ | $\frac{\pi}{2}$ | 4 | 81.0 |

G3520

TABLE 1-continued

Multimask Design Algorithm

$$\phi(x, y) = \frac{2\pi}{\lambda} \sum_{n,m} a_{nm} x^n y^m$$

| Mask #N | Equi-phase Boundaries (l = 0, ±1, ±2, . . .) | Phase Etch Depth θ | # Phase Levels κ | % eff. η |
|---|---|---|---|---|
| 3 | $\phi(x, y) = \frac{(l + 1)\pi}{4}$ | $\frac{\pi}{4}$ | 8 | 95.0 |
| 4 | $\phi(x, y) = \frac{(l + 1)\pi}{8}$ | $\frac{\pi}{8}$ | 16 | 99.0 |

Three tools necessary for practicing the method of the present invention have been developed over the past ten years by the semiconductor industry. They include sub-micron lithography, ion etchers, and mask aligners. Lithographic pattern generators are capable of drawing binary amplitude masks with feature sizes of 0.1 μm and positioning the features to an even greater accuracy. Reactive ion etchers can etch a binary profile to depths of a few microns with an accuracy on the order of tens of angstroms. Mask aligners are used routinely to align two patterns with an accuracy of fractions of a micron. These are the key technological advances that make it possible to produce high quality diffractive phase profiles.

Electron beam pattern generators produce masks that have binary transmittance profiles. A thin layer of chromium on an optically flat quartz substrate is patterned by e-beam lithography. The input to the e-beam pattern generator is a file stored on a computer tape and properly formatted for the particular machine. For multilevel diffractive elements, the algorithm described in Table 1 defines the patterns to be drawn The number of phase levels in the final diffractive element constructed from these masks is $2^N$, where N is the number of masks. For example, only four masks will produce 16 phase levels resulting in an efficiency of 99%.

The binary amplitude masks produced from the pattern generator are then used in a serial fashion to construct the multilevel optical element. The fabrication process using the first mask is shown in FIG. **3**. An optical substrate **10** such as $SiO_2$ on which the diffractive profile is to reside is coated with a layer of chromium **12** and a layer of photoresist **14**. An e-beam generated mask **16** is then placed over the substrate **10** and illuminated with a standard uv photoresist exposure system (not shown). The photoresist layer **14** is then developed resulting in a properly patterned layer cf photoresist. The photoresist acts as an etch stop for the reactive ion etching.

Reactive ion etching (RIE) is a process in which an RF electric field excites a gas to produce ions. The ions react with the material of the substrate and etch away the surface at a controlled rate. The reactive ion etching process is anisotropic so that the vertical side walls of the discrete phase profile are retained. Typical RIE etch rates are on the order of 100 Angstroms to 200 Angstroms per minute. As an example, the required first level etch depth for a quartz substrate to be used at a wavelength of 6328 Angstroms is 7030 Angstroms. The necessary etch time is on the order of one-half hour and numerous elements can be etched simultaneously. After the pattern of the first mask has been etched into the substrate, any residual photoresist and chromium are stripped away.

The same procedure outlined above is then repeated on the optical substrate **10**, only this time using a second mask and etching to one half the depth of the first etch. For the second and subsequent masks an additional complication arises. These masks have to be accurately aligned to the already existing pattern produced from an earlier etch. Fortunately, the problem of accurately aligning patterns has been solved by the integrated circuit industry. Commercially available mask aligners are capable of aligning two patterns to a fraction of a micron. This accuracy is sufficient to retain diffraction limited performance for the majority of the multilevel structures designed to operate in the visible and infrared.

The simplest example of a diffractive optical element is the Fresnel zone plate described by equation (1). The applicants herein have carried out the above procedure and produced, with three masks, an eight level Fresnel zone plate. FIG. **4** is a drawing made from an SEM photograph of the element. The element was designed for use with a HeNe laser of wavelength 6328 Angstroms and is a quartz substrate with a diameter of two inches. The experimentally measured diffraction efficiency of the element was 92%. Other multilevel phase Fresnel zone plates have been made for use with GaAs laser diodes.

In addition to Fresnel zone plates, the methods of the invention are utilized in making refractive/diffractive combination optical elements. Fresnel zone plates are, in practice, useful for collimating a monochromatic point source of light. An aspheric conventional lens can perform the same function at considerably higher cost. A spherical lens is significantly less expensive yet cannot achieve perfect collimation. It is, however, possible to take a spherical lens and calculate from a lens design program the necessary diffractive profile that when etched into a surface of the spherical lens will result in perfect collimation.

FIGS. **5a** and **5b** illustrate aberration correction utilizing the optical elements according to the present invention. FIG. **5a** shows an uncorrected spherical aberration pattern produced by a quartz lens when tested with a HeNe laser at 6328 Angstroms. Note that FIG. **5a** shows a 150 micron wide point-spread function exhibiting classical spherical aberration. FIG. **5b** shows the results when the lens includes an eight-phase-level pattern etched into the back surface of a plano-spherically convex quartz lens. The eight-phase-level pattern made using three masks in effect turns a spherical lens into a near-diffraction-limited asphere. Note that the power of the six micron focal point shown in FIG. **5b** is increased nearly two hundred-fold over a similar spot in FIG. **5a**. Such an optical element will have both refractive and diffractive properties.

The disclosed technique can not only correct for spherical aberrations in imperfect optics but for chromatic aberrations as well. All optical materials are dispersive. Dispersion is an undesirable property that must be avoided in broadband optical systems. Generally this is done by balancing the dispersive property of two different optical materials. An achromatic lens is therefore usually a doublet or a triplet lens. This approach leads to expensive and bulky optics. With efficient diffractive optics as disclosed in this patent application chromatic balancing with multiple elements can be avoided altogether. The diffractive focal power of a

combined diffractive-refractive lens can be used to balance the chromatic dispersion of the conventional lens provided the ratio of the diffractive to refractive focal lengths at the center wavelength is

$$\frac{F_{diff}}{F_{conv}} = \frac{(n_c - 1)}{\lambda_c d} \quad (3)$$

In Equation 3, $n_c$ is the index of refraction of the conventional material at the center wavelength, $\lambda_c$, and d is the dispersion constant of the material, i.e., the slope of the index of refraction vs. wavelength curve.

FIG. **6** shows this concept. The compensating dispersion is linearly proportional to the focal length of the diffractive component. Curve **20** represents the dispersion due to the bulk dielectric of the conventional lens and curve **22** to the dispersion of the diffractive component. The horizontal axis represents the wavelength bandwidth over which the compensation occurs and the vertical axis represents the optical power (1/F). Adding the optical powers of the refractive and diffractive components together results in curve **24**. By satisfying Equation 3, the optical power (and therefore focal length) can be made constant over the wavelength band.

Balancing of the chromatic aberration can occur over a very large bandwidth. Its width clearly depends on the used wavelength, the system's application, and on the linearity of the chromaticity of the refractive lens component.

FIGS. 7*a*, *b* and *c* show a design comparison of an F/2 silicon lens in the 3-5 micron waveband. FIG. 7*a* shows the point spread function of a conventional spherical lens. FIG. 7*b* shows the point spread function of a conventional aspheric lens and FIG. 7*c* shows the diffraction limited operation when both spherical and chromatic aberration corrections are etched into the surface of a simple spherical lens. FIG. **8** shows a corrected silicon lens made by the multilevel process.

A particularly useful embodiment of the present invention is in semiconductor UV lithographic systems where a lack of good transmissive materials (UV grade silica is one of a few) makes conventional broadband chromatic correction nearly impossible. Even microlithography systems based on KrF eximer lasers are severly limited by the lack of suitable UV transmitting and achromatic materials. At or below 2500 Angstroms, even fused silica is so dispersive that a few Angstroms bandwidth imposes intolerable chromatic and spherical aberrations. The multilevel structures of the present invention will improve-dramatically the capabilities of equipment such as contact printers, projection and proximity wafer printers, step-and-repeaters, microscopes, mask pattern generators, and mask aligners, all of which are based on UV mercury lamp or UV eximer laser optics. The binary corrective patterns for UV lithographic lenses have periodicities and feature sizes that are far larger than the UV wavelength used. A typical projection printer lens may have minimum features in the needed binary pattern of 2-5 microns Thus, it is feasible to fabricate UV binary lenses, taking into consideration materials and pattern resolution constraints.

A shift from $\lambda=3500$ Angstroms to $\lambda=1900$ Angstroms can double circuit density. Present efforts with KrF eximer laser technology are limited to $10^{-4}$ fractional bandwidths. With binary optics chromatic corrections the limits can be extended to $10^{-2}$. Therefore, the throughput can increase by a factor of **100** with additional benefits of reduced sensitivity to image speckle and dust. Another less obvious benefit of the reduced wavelength is a doubling of depth of focus. This doubling relaxes mechanical alignment tolerances in proximity printers and extends mask lifetimes.

With the technique described in this disclosure a

1) one hundred-fold increase in throughput of lithographically patterned circuitry may be possible;
2) shift into deep UV may increase circuit density by a factor of two; and
3) shift to deep UV will also relax proximity restraints in submicron circuit designs by increasing the depth of focus by as much as 75%. Semiconductor International. May 1987, page 49

All this is possible because of fundamental dielectric materials constraints in purely refractive optical systems are eliminated or relaxed by the diffractive techniques described in this disclosure. The techniques according to the invention can thus be used for etching diffractive profiles into a lens surface to effect chromatic and spherical aberration correction for UV lithographic systems.

FIG. **9** shows a lithographic exposure system to reach deep UV for resolving 0.25 micron features. An eximer laser or mercury lamp source **30** illuminates an optics column **32** including on the order of 5 or 6 optical elements having the multilevel structures of the invention. The optics column **32** replaces conventional optics columns known in prior art lithographic exposure systems. Such conventional columns include many more optical elements than the column **32**.

It should be noted that, as in circuit fabrication process, one set of masks can be used repeatedly to produce a large number of diffractive optical elements. Also, these diffractive surface profiles can be copied in metal using electroplating techniques. The metal master can then be used to emboss in plastic a large number of replicated optical components. The metal mastering and embossing replication is an established art.

What is claimed is:

**1**. High-efficiency, diffractive optical element having at least one surface including multilevel steps, the steps determined by calculating equiphase boundaries utilizing the equation

$$\phi(x, y) = \frac{2\pi}{\lambda} \sum_{n,m} a_{nm} x^n y^m,$$

where x and y denote coordinates on the optical element, $\lambda$ denotes wavelength, and $a_{nm}$ represents a series of optimized coefficients, and the algorithm

| Level #N | Equiphase Boundaries ($l = 0, \pm 1, \pm 2, \ldots$) | Phase Etch Depth $\theta$ |
|---|---|---|
| 1 | $\phi(x, y) = (l + 1)\pi$ | $\pi$ |
| 2 | $\phi(x, y) = \frac{(l + 1)\pi}{2}$ | $\frac{\pi}{2}$ |
| 3 | $\phi(x, y) = \frac{(l + 1)\pi}{4}$ | $\frac{\pi}{4}$ |
| 4 | $\phi(x, y) = \frac{(l + 1)\pi}{8}$ | $\frac{\pi}{8}$. |

2. The high-efficiency, diffractive optical element of claim 1, wherein the multilevel steps are adapted to correct for chromatic aberration.

3. The high-efficiency, diffractive optical element of claim 1 wherein the multilevel steps are adapted to correct for spherical aberration.

4. In UV lithographic apparatus, an optical system including at least one optical element, one surface of said optical element including a multilevel step pattern adapted for aberration correction.

5. UV lithographic exposure system comprising:

a source of UV radiation; and

an optics column for generating an optical beam or image, the optics column including at least one optical element, one surface of which includes a multilevel step pattern adapted for aberration correction.

6. The lithographic exposure system of claim 5 wherein the at least one optical element corrects both for spherical and chromatic aberration.

7. The lithographic exposure system of claim 5 wherein the steps of the multilevel step pattern are determined by calculating equiphase boundaries utilizing the equation

$$\phi(x, y) = \frac{2\pi}{\lambda} \sum_{n,m} a_{nm} x^n y^m,$$

where x and y denote coordinates on each optical element, $\lambda$ denotes wavelengths, and $a_{nm}$ represents a series of optimized coefficients, and the algorithm

| Level #N | Equiphase Boundaries (l = 0, ±1, ±2, . . .) | Phase Etch Depth $\theta$ |
|---|---|---|
| 1 | $\phi(x, y) = (l + 1)\pi$ | $\pi$ |
| 2 | $\phi(x, y) = \frac{(l+1)\pi}{2}$ | $\frac{\pi}{2}$ |
| 3 | $\phi(x, y) = \frac{(l+1)\pi}{4}$ | $\frac{\pi}{4}$ |
| 4 | $\phi(x, y) = \frac{(l+1)\pi}{8}$ | $\frac{\pi}{8}$ . |

8. The lithographic exposure system of claim 5 wherein the source of UV radiation has a wavelength in the range of substantially 190 nm to 300 nm.

9. The lithographic exposure system of claim 5 wherein the source of UV radiation is an eximer laser.

10. The lithographic exposure system of claim 5 wherein the UV radiation source is a mercury lamp.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO. : 5,161,059

DATED : November 3, 1992

INVENTOR(S) : Gary J. Swanson, et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, line 44: delete "hiqh" and insert therefor -- high --;

Column 1, line 51: delete "Miyamotc" and insert therefor -- Miyamoto --;

Column 1, line 52: delete "Dev" and insert therefor -- Dev. --;

Column 1, line 53: delete "hiqh-quality" and insert therefor -- high-quality --;

Column 1, line 53: delete "hiqh-" and insert therefor -- high- --;

Column 2, line 3: delete "hiqh" and insert therefor -- high --;

Column 4, line 41: after "etched" please insert -- . --;

Column 5, line 37: after "drawn" please insert -- . --;

Column 7, line 60, after "microns" insert --.--;and

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,161,059 Page 2 of 2

DATED : November 3, 1992

INVENTOR(S) : Gary J. Swanson, et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 8, lines 15-16, underscore "Semiconductor International".

Signed and Sealed this

First Day of February, 1994

Attest:

Bruce Lehman

BRUCE LEHMAN

*Attesting Officer* *Commissioner of Patents and Trademarks*

G3525