# Holographic correction of both chromatic and spherical aberrations of single glass lenses

H. Madjidi-Zolbanine and C. Froehly

Chromatic and spherical aberration of Fresnel-zoned diffraction gratings may be of the opposite sign and the same magnitude as for glass lenses. This peculiarity is used to improve the stigmatism of single glass lenses in polychromatic radiation. Two types of compensation gratings are studied: point holograms reconstructed out of stigmatic conditions and holograms of the aberrating wave surface itself, reconstructed in the conjugate order.

## I. Introduction

Chromatic, i.e., wavelength-dependent, and geometric, i.e., wavelength-independent, aberrations of any optical system may be corrected by means of compensating components with opposite chromatic and geometrical stigmatism defects. A well-known example is the Clairaut correction of chromatism and spherical aberration of a converging single glass lens with the help of one diverging element that has a different index of refraction, opposite constringence, and sphericity. In this case, the glass of the compensating component must have well-defined optical characteristics, which may not be compatible with actual technological possibilities.

New correction methods were possible with the advent of holography. Holograms in monochromatic light have demonstrated their capacity to rigorously solve the problem of geometrical aberration compensation: some workers[1-14] take advantage of the "conjugated wave" diffracted from holographic recordings of aberrating pupils; others[5] affect the reference beam with the same phase deformation occurring in the "object" wave transmitted by the aberrating system.

On the other hand, holograms, like diffraction gratings, exhibit dispersive behavior opposite to that of transparent materials. These effects are largely used[6-12] for achromatizing polychromatic images or interference fields.

The work presented here applies the basic ideas developed in the references cited above to an important practical problem: simultaneous on-axis compensation of chromatism and spherical aberration of any given glass lens at moderate numerical apertures.

Two different techniques are described and compared. The first performs correction of both chromatism and third-order spherical aberration with the help of zoned gratings made by photographic recordings of Newton's circular fringes, i.e., point holograms. The second performs correction of both chromatism and on-axis geometrical aberration with the help of a hologram of the aberrating wave surface itself. Experimental results illustrate the efficiencies of these two methods.

## II. Compensation Techniques for Reducing Chromatic and Spherical Lens and Aberrations Using Zoned Gratings

First, let us recall that elementary considerations on aberrations of lenses and zoned diffraction gratings suggest the following:

### A. On-Axis Aberrations of Spherical Lenses

If a lens works in the Gaussian approximation (narrow beams nearly parallel to the lens axis), the only aberration perturbing image formation is chromatic aberration: the image of one polychromatic point source through this lens consists of a sequence of colored spots aligned along the optical axis of the system.

This aberration is caused by dispersion of lens glasses: transparent materials exhibit significant increases of their refractive indexes with frequency of light vibration. Thus, the focal length of a lens increases with the wavelength of illuminating radiations.

In monochromatic radiation, chromatic aberration vanishes. Stigmatism defects of a lens are then dependent on beam aperture and inclination. On-axis

H. Madjidi-Zolbanine is with Iran College of Science & Technology, Teheran, Iran, and C. Froehly is with Université de Limoges, Laboratoire d'Optique, UER Sciences, 87060-Limoges Cedex, France.

Received 4 November 1978.
0003-6935/79/142385-09$00.50/0.
© 1979 Optical Society of America.



G3565

A95

aberration is denoted as spherical aberration. In the case of simple—converging or diverging—lenses, spherical aberration is caused by an excess of convergence—divergence—of the edge of spherical lenses with respect to their central regions.

Now, we shall consider a class of diffracting pupils exhibiting opposite chromatic and spherical aberrations.

### B. On-Axis Aberrations of Zoned Diffraction Gratings

There exists a class of plane circular gratings whose stigmatic properties allow image formation by diffraction. Radial spatial frequency of such gratings (called zoned gratings) regularly increases from center to edge of the grating plane. For example, let us consider the set of concentric circular fringes resulting from interference of spherical waves emitted by two different point sources and observed in a plane normal to the source line. A photographic recording of this interference field is a circular diffraction grating, which may be used as an image-forming system.




Fig. 1. On-axis aberrations of Fresnel-zoned gratings (FZG). In the Gaussian approximation, converging zoned gratings exhibit chromatic aberration opposite to that of converging glass lenses. $(L)$ = spherical glass lens; $F_r$ = red focus; $F_y$ = yellow focus; $F_b$ = blue focus.




Fig. 2. Geometrical conditions for photographic recording of three gratings exhibiting the same convergence in the Gaussian approximation but different spherical aberrations out of this approximation: (a) spherical aberration opposite to that of a spherical glass lens (lack of convergence of the edge); (b) spherical aberration rigorously vanishes; (c) spherical aberration with the same sign as for a spherical glass lens (excess of convergence of the edge).

In the Gaussian approximation, converging zoned gratings exhibit chromatic aberration opposite to that of converging glass lenses (Fig. 1).

In monochromatic radiation, chromatic aberration vanishes; on axis geometrical aberration (spherical aberration) strongly depends on geometrical disposition of the two point sources with respect to the plane in which the interference field will be recorded. In Fig. 2(a) a situation is shown where spherical aberrations of converging zoned gratings may be opposite to the spherical aberration of a converging lens, that is, where peripherical regions of the grating exhibit some lack of convergence with respect to the central paraxial region (see Appendix).

Section II.C discusses a technique for compensating chromatic and spherical aberrations of a lens, which takes advantage of these observations.

### C. Lens–Grating Compounds with Reduced Chromatic and Third-Order Spherical Aberrations

It is possible to make zoned gratings fitted to compensate for chromatic and spherical aberrations of any given lens.

#### 1. *Chromatic Correction*

Zoned gratings suitable for correction of chromatic aberration only may be obtained in the following way.

First, we measure the longitudinal chromatic aberration of the lens to be corrected, that is, the longitudinal distance $F_bF_r$ between its blue ($F_b$) and red ($F_r$) paraxial foci. Therefore the aberrating angle $\epsilon(r) = (MF_b, MF_r)$ of blue and red rays emerging from the lens at point $M$ is, in the Gaussian approximation, given by

$$\epsilon(r) \simeq \frac{r}{f^2} \times (F_bF_r). \quad (1)$$

The notations are defined in Fig. 3(a).




Fig. 3. (a) Spherical glass lens with (b) Fresnel-zoned grating fitted to its optimal compensation.



G3566

A96




Fig. 4. $(S_1,S_2)$, $(S'_1,S'_2)$,$(S''_1, S''_2)$ = pairs of point sources whose interference fields exhibit the same chromatic aberration in the Gaussian approximation.




Fig. 5. $S_1,S_2$ = laser-illuminated pinhole at two successive positions; $(H)$ = photographic plate. First step: recording of two in-line aberration-free images $S_1,S_2$ of the pinhole. Second and third steps: reconstruction of $S'_1,S'_2$, real stigmatic images of $S_1,S_2$; photographic recording of the interference field gives the compensating zoned grating $G_z$.

Second, we consider the zoned grating whose angular dispersion (chromatic aberration) at the same point $M$ just equals $[-\epsilon(r)]$ [Fig. 3(b)].

Its local spatial frequency $N(r)$ must fulfill the condition in the Gaussian approximation

$$N(r) = \frac{\epsilon(r)}{\lambda_r - \lambda_b} = \frac{r \times F_bF_r}{f^2(\lambda_r - \lambda_b)}, \tag{2}$$

where $\lambda_r$ and $\lambda_b$ denote the wavelengths of the blue and red radiations, respectively, and $f$ is the focal length of the lens to be corrected.

Such a grating may be made by photographically recording the circular interference field of two monochromatic spherical waves coming from axial point sources $S_1,S_2$, the geometrical position of which is given by relationship

$$\alpha(r) = N(r)\lambda_0 \tag{3}$$

where $\alpha(r)$ denotes the angle $(MS_1,MS_2)$ (see Fig. 4) and $\lambda_0$ is the wavelength of the monochromatic radiation emitted by sources $S_1$ and $S_2$.

Taking Eq. (2) into account, Eq. (3) may be rewritten:

$$\alpha(r) = \frac{\lambda_0}{\lambda_r - \lambda_b}\epsilon(r) \tag{4}$$

Obviously, there exists an infinite set of source couples $(S_1,S_2)$ satisfying Eq. (4), as shown by Fig. 5. Their distances $d_1,d_2$ to the grating plane satisfy the paraxial relations

$$\frac{1}{d_1} - \frac{1}{d_2} \simeq \frac{N(r)\lambda_0}{r}, \tag{5}$$

$$\frac{1}{d_1} - \frac{1}{d_2} \simeq \frac{F_bF_4}{f^2}\frac{\lambda_0}{\lambda_r - \lambda_b}. \tag{6}$$

Consequently, there exists an infinite set of zoned gratings whose spatial frequency $N(r)$ will compensate the chromatic aberration of a given lens in the Gaussian approximation.

This chromatic aberration is folded in a way similar to that which occurs in achromatic systems consisting of two glasses with different constringences (Clairaut doublets).

## 2. *Correction of Spherical Aberration*

For larger apertures, the gratings above are no longer equivalent: one of them at the same time compensates for third-order spherical aberration of the lens. This occurs if the lack of convergence of the diffracting peripherical region exactly compensates for the excess of convergence of the lens edge.

Third-order spherical aberration of zoned gratings is calculated in the Appendix: distance $\Delta f$ from marginal to paraxial focus is related to zone radius $r$ and positions $d_1,d_2$ of interfering sources $S_1,S_2$ by the approximated Exp. (7):

$$\frac{\Delta f}{f_0} \simeq \frac{3}{2}\frac{r^2}{d_1d_2}, \tag{7}$$

where $f_0$ is the grating paraxial focal length $[1/f_0 = (1/d_1) - (1/d_2)]$. This simplified expression is valid within a few percent up to numerical apertures of the order of $f/5$.

In these conditions, the zoned grating that corrects both chromatic and third-order spherical aberration of any given glass lens (focal length $f$) is calculated as briefly summarized in the following steps.

(a) Measurement of $F_bF_4$, longitudinal chromatic aberration of the lens on the range $(\lambda_b,\lambda_r)$. The focal length $f_0$ of the compensating grating, given by Eq. (8) according to Exp. (6), is thus

$$\frac{1}{f_0} = \frac{1}{d_1} - \frac{1}{d_2} \simeq \frac{1}{f}\frac{F_bF_r}{f}\frac{\lambda_0}{\lambda_r - \lambda_b}. \tag{8}$$

(b) Measurement of $\Delta f$, longitudinal (third-order) spherical aberration of a lens working at (moderate) aperture $r$; a complementary relation on distances $d_1,d_2$ of sources $S_1,S_2$ is thus

$$d_1d_2 \simeq \frac{3}{2}r^2[(f_0)/(\Delta f)]. \tag{9}$$

Positions $d_1,d_2$ of the interfering sources are finally calculated as the two real roots of the classical second-degree equation:



G3567

$$X^2 - SX + P = 0, \quad (10)$$

where $S = d_2 - d_1$ and $P = -d_1 \times d_2$.

### 3. *Experimental Construction of the Compensating Grating*

As noted above, making the zoned grating should be a simple operation: photographic recording of the circular interference field of spherical waves emitted by two in-line point sources. Two-beam interferometric devices seem to bring obvious solutions. In fact, there is the practical problem that the two aligned images available at the interferometer output must be aberration free. At the large apertures involved in this work, geometrical wave distortion affects nonparallel (converging or diverging) beams propagating through plane parallel beam splitters.

Holographic interferometry provides an efficient, simple, aberration-free technique (Fig. 5).

First, we record the double-exposure hologram of one point source (laser-illuminated pinhole) at two successive positions $S_1,S_2$ separated by distance $S = d_2 - d_1$ (see Sec. II.C.2). The reference wave is a high-quality plane wave.

Second, we illuminate the double-exposure hologram with a plane wave having exactly opposite direction. This process reconstructs two aberration-free, mutually coherent, real images, $S_1',S_2'$, the interference of which is a high-quality circular fringe pattern.

Third, we photographically record this pattern on a high-resolution emulsion situated in a geometrical plane defined by Eq. (10). This photographic circular diffraction grating is the expected correcting pupil. Its practical efficiency compared with theoretical performance will only be limited by the optical quality (flatness, homogeneity) of the photographic materials available.

We have discussed correction of both chromatic and third-order spherical aberration. Further compensation of fifth-order spherical aberration would need refinement of calculations, which would lead to a new condition on distances $d_1$ and $d_2$ defined above. This third condition would not be compatible with Eqs. (8) and (9), which means that zoned gratings performing such higher-order aberration correction no longer result from interference of two point sources, that is, a diffraction structure with two degrees of freedom only—but from interference of one point source with a geometric caustic: it affords structures with three degrees of freedom. We shall consider this in Sec. II.D.

## D. Lens-Grating Compounds with Reduced Chromatic and Vanishing On-Axis Geometric Aberrations

Again in this section, lens aberration compensation is carried out with the help of aberrating zoned gratings, but the radial spatial frequency of the grooves is no longer determined from approximated computations. Now the gratings are made analogically—by holography—allowing for the exact geometrical aberration of the lens to be corrected.




Fig. 6. Holographic compensation of geometrical aberrations in monochromatic light. (a) hologram recording: $(\mathcal{J}_0)$, stigmatic image focused at $F_o$; $(\mathcal{J})$, aberrating image with paraxial focus $F_p$; (b) aberration-corrected imaging through hologram $H = (\mathcal{J}_0)$ aberration-free diffracted image: $(\mathcal{J})$, aberrating transmitted image; $(\mathcal{J}')$, strongly aberrating diffracted image of the monochromatic source $S_0$.

### 1. *Making a Hologram That Will Exactly Correct Geometrical Aberrations On-Axis of a Lens*

As mentioned in Sec. I of this paper, it is well known that any lens aberration may be holographically corrected in monochromatic light. Figure 6 illustrates the compensation method: an aberrating wave $(\Sigma)$ issuing from the aberrating optical system to be corrected is brought to interference with a reference stigmatic wave $(\Sigma_0)$ issuing from an aberration-free optical system. The interference field may be recorded on photographic plate $(H)$. At the image reconstruction step, this hologram of the lens aberration caustics behaves as an aberration-correcting diffracting pupil [Fig. 6(b)].

In our work, $F_o,F_p,F_p'$ are in-line points; thus hologram $(H)$ is a rotation symmetrical zoned grating. We should note that, for correction to be efficient, the aberrating wave $(\Sigma)$ must have constant modulus on the whole hologram. This would require the hologram recording plane to lie as near as possible to the aberrating lens plane, because of the occurrence of strong intensity fluctuations (caustics) at the edge of the illuminated field. Such a geometrical situation obviously hinders introduction of the tilted reference beam $(\Sigma_0)$.

The solution we used to make the correcting pupil again consists of a two-step holographic process outlined in Figs. 7 and 8.

First (Fig. 7), the auxiliary double-exposure hologram $Ha$ records the shapes of the wave $(\Sigma)$ to be corrected and of a stigmatic spherical wave $(\Sigma_0)$, successively. In the postfocal region, wave $(\Sigma)$ exhibits the smoothness required, as caustics phenomena vanish. Reference wave $\Sigma_R$ is a high-quality plane wave. Distance $d$ between successive positions of aberrating $(\mathcal{J})$ and stigmatic $(F_o)$ images is a free parameter allowing chromatic correction to be completed.

Second, hologram $Ha$ illuminated by $\Sigma_R^*$ (that is, $\Sigma_R$ with opposite direction) reconstructs stigmatic $(\Sigma_0)$ and



G3568




Fig. 7. Recording of images ($\mathcal{J}$) and $F_o$ on auxiliary hologram *Ha* using double exposition holographic technique: (a) first exposure; (b) second exposure; ($\Sigma_R$) = reference phase wave, ($\Sigma$) = aberrating wave to be corrected, ($\Sigma_0$) = stigmatic spherical wave issued from pinhole $F_o$. Distance *d* is to be calculated according to the complementary condition of chromatic correction.




Fig. 8. Recording of *Hc*, circular zoned grating fitted to compensation of geometrical on-axis aberrations of lens ($L$).




Fig. 9. On-axis geometrical aberration compensation by holographic zoned grating *Hc*. ($L$) = aberrating lens; $S_0$ = monochromatic point source; $F_o$ = stigmatic image of $S_0$; ($\mathcal{J}$), ($\mathcal{J}'$) = stigmatic images of $S_0$.




Fig. 10. Variations of focal length of the lens vs wavelength before (curve *I*) and after (curves *II* or *III*) chromatism correction.

aberrating waves ($\Sigma$), the interference of which will be recorded on holographic plate *Hc* situated, as shown Fig. 8, in front of the image of the aberrating lens ($L$) (see Fig. 7).

*Hc* is a holographic zoned grating with grooves having radial spatial frequency exactly fitted to compensation of lens ($L$) spherical aberration (and even on-axis aberrations exhibiting no rotation symmetrical structure, e.g., due to residual errors of the optical polishing operation).

The correction device is shown in Fig. 9. One ($F_o$) of the three images of the monochromatic point source $S_o$ given by the optical system (lens–grating compound) is aberration-corrected. It is focused inside the beams of the aberrating images ($\mathcal{J}$) and ($\mathcal{J}'$). This stray light plays the role of a background which affects the information flux transmitted by the optical channel. Improving SNR would be possible if the hologram *Hc* could be blazed in a way similar to kinoforms, but this is a difficult practical problem that we did not study in this work.

### 2. *Chromatism Compensation*

As our correcting hologram is a circular zoned grating, it is able to perform further compensation of lens on-axis chromatism, according to the arguments of Sec. II.C.1. Distances $d, d_1, d_2$ defined in Figs. 8 and 9 have again to fulfill conditions (5) and (6). Then, the first variation of focal length $f(\lambda)$ of the lens grating optical system vanishes at $\lambda = \lambda_0 (\lambda_b < \lambda_0 < \lambda_r)$:

$$\frac{d}{d\lambda}[f(\lambda)] = 0; \qquad \lambda = \lambda_0.$$

## III. Experimental Results: Practical Efficiency of the Compensation Techniques

### A. Efficiency of Chromatism Compensation Only

We have to compare wavelength dependences of focal lengths of the uncorrected aberrating lens and of the lens–grating chromatism corrected system.

As effects of geometrical aberration must be carefully prevented in this experiment, observations will be performed in Gaussian approximation conditions: lens diaphragmation will not change chromatic aberration.




Fig. 11. Images of a slit at three wavelengths *without* (column 1) and *with* chromatism correction (column 2: first method; column 3: second method).




Fig. 12. Compensation of spherical aberration in monochromatic light by first (photographs $a$–$f$) and second (photographs $g$–$l$) methods, respectively.



G3570

A100



(a)



(b)



(c)

Fig. 13. (a) Object; (b) on-axis uncorrected image; (c) on-axis corrected image in white light.

As shown in Fig. 10, the two compensation techniques (curves *II* and *III*) prove similar efficiencies: chromatism correction is of the order of 75% in the case of a flint lens with 220-mm average uncorrected focal length (corrected focal length of lens–grating system is 205 mm). Measurements reported here were performed at $f/15$ numerical aperture.

Uncorrected as well as corrected images of a thin slit through the lens and through the lens–grating compound are photographed at various wavelengths in the focal planes corresponding to the 5800-Å average wavelength. Fig. 11 also demonstrates that improvement of image quality is of the same order of magnitude after application of either chromatism correction grating.

Now, let us compare the two compensation techniques from the point of view of geometrical aberrations at a larger aperture.

### B. Efficiency of Spherical Compensation Only

Efficiency of spherical compensation will be estimated by observing paraxial point images in monochromatic radiation: caustics and circles of least confusion give good information about residual uncorrected geometrical aberrations. The photographs in Fig. 12 were recorded at $f/4$ numerical aperture. They show that holographic correction gives much better results than compensation for third-order spherical aberration using only zoned gratings made by interference of spherical waves. In the first case (photograph *f*), there are about fifteen caustic fringes inside the circle of least confusion; in the second case, only three. The deviation between ideal spherical wave and corrected wave surfaces falls from $15\lambda$ to $3\lambda$ if we use holographic rather than Fresnel zoned gratings.

Note that our experiments with holographic gratings did not fully succeed in exact aberration correction. This is caused by the optical defects of the holographic plates, as shown in photographs *c*, *d*, and *i*, *j*, which differ from *a*, *b*, and *g*, *h*, respectively, because of the optical irregularities of these plates (Kodak 649F). A solution would be to coat either good glass plates or the exit surface of the lens itself with the high-resolution photosensitive material.

### C. Observations of Images in White Light at Full Aperture

Simultaneous correction of chromatism and spherical aberration is illustrated in Fig. 13 which gives white-light, $f/4$ images of a 2-mm test object consisting of circular distribution of Iranian letters. The correction technique demonstrated here is the holographic one, which demonstrated better efficiency. Overall resolution in the corrected image is of the order of $5 \times 10^{-2}$ mm, that is, $100\lambda$ at $\lambda = 0.5\ \mu$m, which is not so bad a result compared to the theoretical resolution limit ($5\lambda$) of an $f/4$ stigmatic circular pupil. The uncorrected image is blurred in such a way that no letter is visible at all.

In Fig. 13, we should observe that the SNR in the corrected image does not seem to be catastrophically lowered by the background stray light contained in the other in-line images the hologram transmits. But it would be increased by an order of magnitude if the correcting hologram would be a phase- rather an amplitude-modulating pupil.

## IV. Conclusion

We have demonstrated two techniques for simultaneous correction of chromatism and spherical aberration of a lens at moderate aperture ($f/4$). One, using holography, leads to particularly good experimental results: a practical limit of resolution twenty times smaller than the theoretical one and the possibility of rigorous compensation for any curvature deviation of the lens surfaces. Both techniques give corrected lens–grating compounds having focal lengths shorter than the focal length of the lens alone; so the lens thickness is much smaller in the case of the equivalent Clairaut system, thus strongly reducing uncorrected off-axis aberrations.

For off-axis aberration compensation, we need a new degree of freedom. Adjusting the distance between the lens to be corrected and the correcting zoned grating allows[13] astigmatism and coma compensation in a small angular field around the optical axis of the system, which then becomes equivalent to a Clairaut-Mossoti lens.

We should point out in connection with the image SNR that photographic emulsions, in this work, would be profitably replaced by photosensitive materials with reduced detection noise even at the price of considerable loss of sensitivity. Using phase materials such as photoresists or thermoplastic films, it should be possible to make blazed holographic gratings either by computational or analogical methods, leading to higher diffraction efficiencies. This technique would be compatible with the attractive solution evoked above, in which the axis surface of the lens to be corrected would be coated by the correcting holographic film, resulting in a compact Clairaut-type lens–grating compound optical system.

This work was performed at the Optics Laboratory of the University of Besançon, France, under the direction of J. C. Vienot, to whom we express our gratitude for his interest and encouragement.

## V. Appendix: Spherical Aberration of Circular Diffraction Gratings Made by Interference of Two Spherical Waves

### A. Spatial Frequency Radial Variation

Two mutually coherent monochromatic point sources, $S_1,S_2$ (wavelength $\lambda$) give rise to circular interference fringes having spatial frequency ($N(r)$ in the recording plane (II) at distance $r$ of the optical axis $S_1S_2$ (Fig. 14). $N(r)$ is given by Eq. (A1):

$$\lambda \times N(r) = \sin i_1 - \sin i_2 \quad \text{(A1)}$$

where $\lambda$ denotes the radiation wavelength and $i_1,i_2$ are the angles defined in Fig. 14.

If the variable $r$ ranges over a domain of moderate




Fig. 14. Recording of a circular Fresnel-zoned grating in plane ($\pi$).

apertures (say, up to $f/5$) Eq. (A1) may be rewritten as a second-order limited polynomial development in increasing powers of $r$:

$$\lambda \times N(r) = r\left\{(d_1)^{-1} - (d_2)^{-1} - \frac{1}{2}r^2\left[(d_1^{-3} - (d_2)^{-3}\right] + \mathcal{O}(r^4)\right\}. \quad \text{(A2)}$$

Distances $d_1,d_2$ are defined in Fig. 14.

### B. Focal Length of Nonparaxial Diffracting Zones

If used as an imaging system, the circular fringe system considered above focuses beams parallel to its optical axis at distance $f(r)$ depending on variable $r$ (Fig. 15).

Let us calculate $f(r)$ in the approximation which led us to Eq. (A2). We have the rigorous relations

$$f(r) \times tg i' = r, \quad \text{(A3)}$$

$$tg i' = \sin i' \times (1 - \sin^2 i')^{-1/2}, \quad \text{(A4)}$$

$$\sin i' = \lambda' \times N(r), \quad \text{(A5)}$$

where $\lambda'$ is the wavelength of the parallel beam diffracted through the circular grating. Then we can write:

$$f(r) = r\,(\sin i')^{-1}\,(1 - \sin^2 i')^{1/2}, \quad \text{(A6)}$$

or, in approximate form,




Fig. 15. Focal length $f(r)$ of the circular grating made by recording interferences of waves coming from $S_1$ and $S_2$. $F_p$ and $F_m$ are paraxial and marginal foci, respectively.

$$f(r) \simeq \frac{\lambda}{\lambda'}\frac{d_1d_2}{d_2 - d_1}\left\{1 + \frac{r^2}{2}(d_1d_2)^{-2}\left[(d_1^2 + d_2^2)\left(1 - \frac{\lambda'}{\lambda}\right) + d_1d_2\left(1 + 2\frac{\lambda'}{\lambda}\right)\right]\right\}. \quad \text{(A7)}$$

The spherical aberration may be measured with the help of the total variation $\Delta f(r)$ of $f(r)$ from $r = 0$ to $r = r_0$.

$$\Delta f(r_0) \simeq \frac{\lambda}{\lambda'}\frac{(d_2 - d_1)^{-1}(d_2d_1)^{-1}}{2}\left[(d_1^2 + d_2^2)\left(1 - \frac{\lambda'}{\lambda}\right) + d_1d_2\left(1 + \frac{2\lambda'}{\lambda}\right)\right] r_0^2. \quad \text{(A8)}$$

The corresponding relative focal length variation between these limits is

$$\frac{\Delta f(r_0)}{f(0)} \simeq \frac{(d_1d_2)^{-2}}{2}\left[(d_1^2 + d_2^2)\left(1 - \frac{\lambda'}{\lambda}\right) + d_1d_2\left(1 + \frac{2\lambda'}{\lambda}\right)\right] r_0^2, \quad \text{(A9)}$$

which, in the particular case where $\lambda' \simeq \lambda$, takes the simpler form used in this paper:

$$\frac{\Delta f(r_0)}{f(0)} \simeq \frac{3}{2}\frac{r_0^2}{d_1d_2}. \quad \text{(A10)}$$

### References


1. J. Upatnieks, A. Vander Lugt, and E. N. Leith, Appl. Opt. **4**, 589 (1966).
2. T. Tsuruta and Y. Itoh, Appl. Opt. **7**, 2139 (1968).
3. J. E. Ward, D. C. Auth, and F. P. Carlson, Appl. Opt. **10**, 896 (1971).
4. Yu. N. Denisyuk and S. I. Soskin, Opt. Spectrosc. **31**, 535 (1971).
5. M. Noguchi and T. Ose, Seisan Kenkyu **20**, 464 (1968).
6. F. Talbot, Philos. Mag. **3**, 401 (1832).
7. C. B. Burckhardt, Bell Syst. Tech. J. **45**, 1841 (1966).
8. D. J. De Bitetto, Appl. Phys. Lett. **9**, 416 (1966).
9. E. N. Leith and J. Upatnieks, J. Opt. Soc. Am. **57**, 975 (1967).
10. O. Bryngdahl and A. W. Lohmann, J. Opt. Soc. Am. **60**, 281 (1970).
11. H. W. Rose, J. Opt. Soc. Am. **61**, 667A (1971).
12. R. H. Katyl, Appl. Opt. **11**, 1241 (1972).
13. H. Madjidi-Zolbanine, Thesis, Université Besançon (1974).




G3573

DO

College of William & Mary Interlibrary Loan

ILLiad TN: 177958

**Borrower:** DOJ

**Lending String:** *VWM,DID,DCU,NRL,OLA

**Patron:** Bolden

**Journal Title:** Applied optics.

**Volume:** 16 **Issue:** 10
**Month/Year:** 1979 **Pages:** 2711-2721

**Article Author:** E.G. Loewen

**Article Title:** Grating efficiency theory as it applies to blazed and holographic gratings

**Imprint:** Easton, Pa. ; Optical Society of America

**ILL Number:** 30158170

**Call #:** Printout

**Location:**

**Mail**
**Charge**
**Maxcost:** $0.00

**Shipping Address:**
DOJ - U.S. Department of Justice
Civil Divisio
Interlibrary Loans (DOJ)
Federal Programs Branch
20 Mass. Ave., N.W. ATTN: Melanie F. MI
Washington, DC 20530

**Fax:** 202-616-8470
**Ariel:**

NOTICE: This Material may be protected by copyright law. (Title 17 US Code)

# Grating efficiency theory as it applies to blazed and holographic gratings

E. G. Loewen, M. Nevière and D. Maystre

Recently developed rigorous theories have been used to investigate the diffraction efficiency behavior of both blazed and holographic gratings. In order to assist designers of spectrometric systems we have covered a complete range of blaze angles for triangular grooves and modulations for sinusoidal groove shape in first and second orders. Several types of mountings are included together with the role played by finite conductivity of aluminum. Useful classifications of both types of gratings are given, as they apply from the near uv to ir regions. Comparisons showing the close agreement between theory and experiment are presented.

## I. Introduction

Generations of physicists, starting with Rowland, have attempted to solve the problem of diffraction grating energy distribution within a given order. Due to the difficulty of the problem, all authors ended up making approximations that limited the validity of the results to the region where the wavelength to groove spacing ratio ($\lambda/d$) is low (less than about 0.2). At higher values, polarization effects make it obvious that the electromagnetic nature of light must be taken into account. This confronts us with the difficult boundary value problem involved in the integration of Maxwell equations. It is not surprising that only with the help of a large high-speed computer does it become possible to obtain accurate solutions. The first publication in this direction was by Meecham,[1] followed by Stroke,[2] Bousquet,[3] Petit and Cadilhac,[4] Wirgin,[5] and Uretsky.[6] These papers concentrated on $P$-plane (electric vector parallel to the grooves) behavior and rather restricted groove geometries. The paper by Pavageau and Bousquet[7] was an important breakthrough in that it provided the integral formalism from which one could calculate $S$- and $P$-plane efficiencies for any profile ($S$ plane has the electric vector perpendicular to the grooves), subject only to the restriction of an infinitely conducting surface. Maystre and Petit[8] and McPhedran *et al.*[9] used this approach for a wide variety of practical problems concerning blazed and holographic gratings. At the same time a conformal mapping approach was developed by Nevière and Cadilhac[10] which showed good agreement with the integral formalism when applied to bare metal gratings and, in addition, was able to give the first results for dielectric coated gratings.

The next major step toward expanding the usefulness of theory was to include in it the effects of finite conductivity of real metals. The first results, by Neureuther and Zaki,[11] used an approach based on coupling of two integral equations. Unfortunately, in the $P$ plane the application of this approach was limited. This difficulty was overcome by Maystre who derived an efficient single integral equation formalism that could handle real metals with no geometric restrictions for both $S$ and $P$ polarization.[12] As a result, it is now possible to handle virtually every type of grating over the entire spectrum.

On the other hand, a completely different approach was developed by Nevière *et al.*,[13] when they discovered that a differential formalism could not only lead to the same results as above, but was also capable of including the effects of dielectric overcoatings. In addition, it proved capable of handling other periodic diffracting structures, such as cylinders or grating couplers.[14] [Recently the integral formalism has been generalized to these problems also by one of the authors (D.M.).]

In this paper we apply these recently developed theories to describe the behavior of the two types of gratings most commonly used, i.e., blazed and holographic. By covering a complete range of blaze angles and sinusoidal modulations, together with several types of mountings, both for perfectly conducting and real metals, it is possible to provide a rather complete insight into the behavior of nearly all spectroscopic systems. Most of the results concern first order diffraction, which is the most commonly used and also has the greatest complexity. Some second order results are also included.

E. G. Loewen is with Bausch & Lomb, Inc., Rochester, New York 14625; the other authors are with Laboratoire d'Optique Electromagnetique, Equipé de recherche associée au CNRS, Faculté des Sciences, St. Jerome, 13397 Marseille Cedex 4, France.

Received 12 February 1977.



A105

## II. First-Order Gratings

### A. Blazed Gratings

#### *1. Infinite Conductivity Theory*

According to infinite conductivity theory the diffraction behavior, as a function of $\lambda/d$, is determined solely by groove geometry and angle of incidence. Since for all practical purposes we can take the optimum blaze geometry as a 90° apex triangle, the geometry is determined completely by the blaze angle $\theta_B$. The important conclusion is that a family of efficiency curves, for various blaze angles, describes the behavior of all gratings, regardless of groove spacing. Comparison with finite conductivity theory, confirmed by many measurements, has shown that infinite conductivity theory is remarkably accurate in the ir region; in fact, provided that the actual reflectances are allowed for, the correspondence is perfect for $\lambda > 4$ $\mu$m and sufficiently accurate for nearly all practical purposes for $\lambda > 1$ $\mu$m.[15] While in the visible region $S$-plane behavior begins to depart from this theory, valuable insights can still be realized for most practical gratings. In the $P$ plane of polarization, infinite conductivity gives accurate results even in the uv region, provided merely that reflectance is taken into account. As will be shown later the theory holds with surprising accuracy in both $S$ and $P$ planes, even in the uv region, provided that the blaze angle is small enough.

One interesting conclusion of this survey is that one can classify gratings by their behavior in six blaze angle regions. They are the very low (1–5°), low (5–10°), medium (10–18°), special low anomaly (18–22°), high (22–38°), very high (38–64°) blaze angles. As a result, we can conveniently describe all gratings by giving examples of an efficiency curve from each region. Absolute efficiency in the $m$th order is defined, for a given wavelength, as the ratio of diffracted energy in that order to the incident energy. The convention used follows Liller,[16] the order $m$ is positive when the diffracted beam is on the same side of the zero order reflection as the incident beam. It is negative on the other side. It should be pointed out that the European convention used in virtually all the references is just the opposite, as explained by Petit.[17]

Since the majority of spectrometric systems use gratings in their first order and not far from the Littrow condition, most of the efficiency curves presented in this paper cover this range. This includes virtually all monochromators and most spectrographs. However, some second order calculations are included as well.

In the very low blaze angle region, grating behavior is unusually simple. We can see from Fig. 1, when the blaze angle is only 2°, that polarization effects are negligible, which also means negligible $S$-plane anomalies. For reference purposes, it is convenient to use the Littrow configuration, where the angular deviation (A.D.) between incident and diffracted beams is zero (autocollimation). This fact is explained by the low $\lambda/d$ ratios at which such gratings are used and where scalar theories[18] fully explain the behavior. The efficiency peak is always found where $\lambda/d = 2 \sin\theta_B$, where $\theta_B$ is the blaze angle, and approaches 100%. Fifty percent efficiency and above is obtained over a wavelength region from ⅔ to 1.8 times the blaze wavelength $\lambda_B = 2d \sin\theta_B$, i.e., more than one octave. When such gratings have blaze angles between 3° and 5° and are used beyond their normal range, sharp anomalies in the $S$ plane appear at $\lambda/d = 0.4$ and 0.67. There are the well known Woods anomalies associated with higher orders passing off at diffraction angles approaching 90°.

In the low blaze angle region (5–10°) (Fig. 2), polarization effects begin to arise and show up particularly in the form of Rayleigh passoff anomalies, which are always strongest for the −1 and +2 passing off orders, i.e., near $\lambda/d = ⅔$.[15] The $S$-plane efficiency peak, always 100%, occurs exactly at the blaze angle or wavelength. The $P$-plane peak, always less (90% typical), is now shifted slightly to shorter wavelengths. The practical effect is negligible. It is characteristic for all $P$-plane efficiency curves to decrease monotonically from their peak to zero, as $\lambda/d$ increases to its limiting value of 2. In the $S$ plane we see the perhaps surprising behavior of having the efficiency increase again to 100 at the diffraction angle of $(90° - \theta_B)$. This has been explained in simple electromagnetic theory by Maréchal and Stroke.[19] The previously noted rule of thumb for the range of 50% minimum efficiency still holds here (from $⅔\lambda_B$ to $1.8\lambda_B$).

The medium blaze angle region, 10–18°, shows stronger polarization effects, as one would expect (Fig. 3). This is especially noticeable at high angles of diffraction. It should be noted that for unpolarized light grating behavior is always the average of the $S$ and $P$




Fig. 1. First order efficiency curves for a 2° blaze angle echelette grating and Littrow mounting in the case of infinite conductivity. Solid line, $S$ plane; dashed line, $P$ plane.




Fig. 2. Same as Fig. 1, except $\theta_B = 8°$.




Fig. 3. Same as Fig. 1, except $\theta_B = 14°$; the curve for unpolarized light is also given.




Fig. 4. Same as Fig. 1, except $\theta_B = 19°$.




Fig. 5. Same as Fig. 1, except $\theta_B = 26.75°$.




Fig. 6. Same as Fig. 1, except $\theta_B = 46°$.




Fig. 7. First order efficiency curves for an 8° 38′ blaze angle echelette grating, perfectly conducting, used with 45° between incident and diffracted beams. Solid curve, $S$ plane; dashed curve, $P$ plane. The light lines give the results for Littrow mount as reference.




Fig. 8. Same as Fig. 7 except $\theta_B = 21° 6′$.




Fig. 9. First order efficiency curves for a 26°45′ blaze angle echelette grating, perfectly conducting. Solid curve, $S$ plane; dashed curve, $P$ plane. Heavy lines 45 deviation between incident and diffracted beams, light lines 8° between beams.

curves. The 50% efficiency range shifts slightly upward, going from 72% to twice the blaze wavelength $\lambda_B$. Here one can also see more pronounced the reduction and shift of the $P$-plane efficiency peak from the nominal blaze wavelength.

The region of 18–22° blaze angle occupies a unique position. Due to the fact that the strong primary Rayleigh passoff anomalies occur in the blaze direction they are completely suppressed (Fig. 4), as pointed out before.[15] However, it can be shown that this is true only if the groove apex angle is close to 90°. This anomaly suppression has been confirmed experimentally. It may be noted that this minimal anomaly $S$-plane behavior is accompanied by the lowest first order $P$-plane peaks of any blazed grating, about 80%. The range for above 50% unpolarized efficiency again moves up slightly, from 0.75 to 1.9 times the blaze wavelength.

High blaze angle (22–38°) gratings are widely used. Their outstanding characteristic is a very strongly developed Rayleigh passoff anomaly near $\lambda/d = 2/3$, which coincides with the maximum efficiency in the $P$ plane (Fig. 5). A second and very useful attribute is wide angular bands in the $S$ plane over which very high efficiencies can be observed. This property is often used to maximum advantage when gratings serve as laser and mirror tuning elements. The effect of high $P$-plane efficiency is to reduce in practice the effect of the $S$-Plane anomaly, so that the 50% efficiency band extends from 60% to nearly twice the nominal blaze wavelength, but it must be remembered that the upper limit is not always usable in spectrometers because corresponding angles of diffraction exceed a practical 60° value for first order diffraction.

Very high blaze angle gratings, from 38° to 64°, show peculiar first order diffraction efficiencies (Fig. 6), explained by their relatively symmetric groove geometry. Such gratings are rarely used in first order, although on occasion the high $P$-plane peak efficiency is useful in laser pulse compression, because of the relatively large dispersion available with the high diffraction angles.[20]

### 2. *Departure from Littrow*

Except for laser tuning applications, gratings are never used in pure Littrow mounting. Monochromator mounts usually operate with constant deviation between incident and diffracted beams. Spectrographs usually operate at constant angles of incidence, but in most practical systems their behavior can be fairly well diagnosed from constant deviation curves. It seems adequate, therefore, to describe here only constant deviation systems. The effects, for the same departure from Littrow, vary from negligible to significant, depending on the blaze angle. This is why no results are shown for the very low blaze angle gratings. Some of the data are from Wilson *et al.*[21]

For low blaze angles, Fig. 7 shows the effect of 45° A.D. (angular deviation). The only significant difference is the shift of the main Rayleigh passoff wavelengths, those corresponding to negative orders passing off shifting to longer and those corresponding to positive orders shifting to shorter wavelengths. As is normal,



Fig. 10. Same as Fig. 9 with 46° blaze angle.



Fig. 11. First order efficiency curves for a 5°10′ blaze angle 1200-groove/mm aluminum grating used in Littrow mount. Solid curve, *S* plane; dashed curve, *P* plane.



Fig. 12. First order efficiency curves for a 26°45′ blaze angle, 1800-groove/mm aluminum grating, used in Littrow mount. Solid curve, *S* plane; dashed curve, *P* plane. For reference the infinite conductivity curves are shown lightly.

anomalies near the blaze peak are suppressed. For reference, the location of passing-off orders are labeled on the abscissa. Similar effects are observed in the medium blaze angle region. In this and many subsequent figures, the effect of departures from simpler conditions is made easier to observe by including calculations of the latter, drawn lightly. In this case, the reference consists of the corresponding Littrow curves.

The special low anomaly gratings ($\theta_B$ 18–22°) maintain their properties quite well for A.D. values up to 15°. Beyond that, anomalies start to grow, to an extent shown in Fig. 8 for A.D. = 45°. In other words low anomaly properties are not automatically maintained. *P*-plane efficiency is also reduced slightly and shifted somewhat in the direction of shorter wavelengths by departure from the Littrow values also shown.

In the high blaze angle region departure from Littrow has more significant consequences (Fig. 9). From comparison with Fig. 5 it is evident that the effect of small A.D. (8°) is to smooth out the principal *S*-plane anomaly at negligible expense in the *P* plane. When A.D. becomes large (45°) the *S*-plane anomaly is virtually suppressed, but at the expense of significant shrinkage of the *S*-plane peak and of the entire *P*-plane curve.

One can also observe in Fig. 10 that for steep blaze angles (>38°) departure from Littrow is accompanied by reductions like those observed before, except much stronger, and in addition, the *P*-plane wavelength peak is shifted in the longer wavelength direction.

### 3. *Finite Conductivity*

Finite conductivity of metals, in the form of its complex index, affects *P*-plane behavior only in direct proportion to the corresponding reflectance changes. In the *S* plane, the interaction can be much more complicated, roughly in proportion to the blaze angle or the corresponding $\lambda/d$ ratio. Except when an anomaly shift gives a wrong impression, the effect of finite conductivity is always to reduce diffraction efficiencies.

### 4. *Scalar Domain Blazed Gratings*

The scalar region is defined by a $\lambda/d$ ratio less than 0.2, which corresponds to blaze angles of less than 6°. Since most concave gratings operate in this domain, the behavior of such gratings is of considerable interest. Fortunately, experience has shown that from the energy point of view, plane grating results describe concave gratings quite closely.

A key property of the scalar domain is that polarization effects are very small or even negligible. In the course of the calculations we discovered that presumably because of this fact the role of finite conductivity, even in the uv, is merely one of accounting for the metal reflectance. A typical result for $\theta_B = 5°\ 10'$ is shown in Fig. 11 for a 1200-groove/mm grating that would be used from 1100 Å to 2200 Å ($\lambda/d$ = 0.13–0.26) in the first order. It should be emphasized that this very useful simple state of affairs applies only to low blaze angle gratings. As already pointed out,[22] outside the scalar region uv gratings must be analyzed on the basis of finite conductivity.

### 5. *Electromagnetic Domain*

The only Littrow case to be described here is an 1800-groove/mm, 26° 45′ blaze grating, aluminum coated, because of its potential for dye laser tuning (Fig. 12). The *P*-plane loss compared with infinite conductivity is small, but the peak is too narrow to be attractive for tuning purposes. In the *S* plane we can observe a reduction in the strength of the anomaly together with a general wavelength shift, both effects having been confirmed experimentally. Most significant is a reduction in *S*-plane efficiency over the $\lambda/d$ region from 0.7 to 1.7 by a variable amount that can reach twice the reflectance loss. Nonetheless, the *S*-plane efficiency is still likely to be effective for dye laser tuning. For reference in this and most of the following figures the efficiency values for infinite conductivity surfaces are shown, drawn lightly.

To illustrate the progressively greater influence of finite conductivity properties for a given blaze angle when the wavelength becomes shorter (i.e., groove frequency increases), we have taken a 10° blaze angle grating, with a practical A.D. value of 8°, for two commonly used groove frequencies 1200, 1800/mm (Figs. 13 and 14). The *S*-plane behavior is sharply affected. The main Rayleigh passoff spike tends to be broadened and reduced in height at the shorter wavelength due to




Fig. 13. First order efficiency curve for a 10° blaze angle, 1200-groove/mm aluminum grating, 8° between incident and diffracted beams. Solid curve, *S* plane; dashed curve, *P* plane. For reference the infinite conductivity curves are shown lightly.




Fig. 14. Same as Fig. 13 except 1800 grooves/mm.




Fig. 15. Same as Fig. 12 except 8° deviation between incident and diffracted beams.




Fig. 16. Same as Fig. 12 except 25° deviation between beams.




Fig. 17. Same as Fig. 12 except 45° deviation between beams.




Fig. 18. First order efficiency curves for a 17° 27′ blaze angle, 1200-groove/mm aluminum grating used with 8° deviation between incident and diffracted beams. Solid curves, *S* plane; dashed curve *P* plane. For reference the infinite conductivity curves are shown lightly.




Fig. 19. Same as Fig. 18 except $\theta_B = 26°$ 45′.




Fig. 20. Same as Fig. 18 except $\theta_B = 46°$ 4′.

surface plasmon effects. The gratings now also show evidence of significant energy absorption at particular $\lambda/d$ ratios (over the $\lambda/d$ 0.4–0.8 band) the effect appearing as a whole new family of anomalies. Similar curves for 3600 grooves/mm were published in Ref. 23 and show identical effects, only more pronounced, as one would expect from working at shorter wavelengths.

In order to assess the cross effects of finite conductivity on gratings used off Littrow, we took a 26° 45′ blaze angle as being representative of high blaze angles and compared its behavior at A.D. values of 8°, 25°, and 45° (Figs. 15, 16, and 17). Several interesting conclusions can be drawn. The role of finite conductivity is greater for a large value of A.D.; and, in general, finite conductivity effects always decrease both efficiency and blaze width. Anomalies are always shifted toward longer wavelengths and sometimes may have their height attenuated. The effect is to reduce blaze width, especially in spectral regions where finite conductivity is important.

In view of the widespread use of 1200-groove/mm gratings, it seemed interesting to look at a representative series of blaze angles ($\theta_B = 17°$ 27′, 26° 45′, 46° 4′) (Figs. 18, 19, and 20), all based on an A.D. value of 8°. Once again it becomes clear that the role of finite conductivity increases with blaze angle, being quite small for $\theta_B = 17°$ and major for $\theta_B = 46°$. In the *P* plane we note that efficiency decreases in simple proportion to the reflectance of aluminun until the blaze angle reaches 27°, which is equivalent to a groove depth of 0.4*d*. Beyond that, efficiencies decrease more rapidly, for example, about twice the reflectance drop in the case of 46° blaze angle.

We should note the useful and relatively flat *S*-plane efficiency curve for the 26° 45′ grating over the $\lambda/d$ range of 0.8–1.7.

B. Holographic Gratings

1. *Infinite Conductivity Theory*

Experiments have shown that many holographic gratings generated by exposing photoresist in interference fringe fields have profiles sufficiently close to sinusoidal to base calculations on this profile.

This means that under infinite conductivity conditions, the efficiency, as a function of $\lambda/d$, depends only on the modulation depth, or $h/d$ ratio ($h$ = peak to peak groove height), and on the angle of incidence.

Calculations and experiment have both shown that such gratings can be conveniently classified into four groups, similar to what was done earlier for blazed gratings. They are the very low ($h/d \leq 0.05$), low ($h/d$ from 0.05 to 0.2), medium ($h/d$ from 0.2 to 0.3), and high modulation ($h/d > 0.3$). As in the case of blazed gratings, the infinite conductivity theory is very useful for gaining insight in all cases.

Since with the present state of the art it is not practical to make ultrafine pitch gratings (i.e., >6000/mm frequency) it is necessary in the far uv region to operate at low $\lambda/d$ ratios. To get usuable efficiency, this in turn calls for operating with very low modulation depths.

As will be shown from efficiency curves, these very low modulation gratings represent an optimum. Pieuchard has pointed out that such gratings can be considered to lie completely in the scalar domain.[24] Scalar theory leads to efficiency curves whose shape is independent of $h$ and for sinusoidal grooves always have a peak value of 34%. Electromagnetic theory, for all practical purposes, leads to the identical result (Fig. 21). As mentioned previously, the peak efficiency of blazed gratings in the same scalar domain is 100%, so that holographic gratings appear to operate at a disadvantage of approximately 3:1. Applying the electromagnetic theory to several gratings in this region we have studied the relation between the location of the blaze peak and $h/d$, obtaining the interesting and useful result that in the scalar region $\lambda_B = 3.4$ h. This can also be derived theoretically by Fourier Optics or Rayleigh expansion. If we recall that for blazed gratings in this scalar region $\lambda_B = 2d \sin\theta_B = 2h$, where $h$ is again the groove depth, we can see that the equivalent holographic groove depth is always 1.7 times less. This linear relation is exact for $h/d \leq 0.1$ and departs significantly only when $h/d > 0.15$.

The low modulation region, of which Fig. 22 represents a typical example, differs from the scalar region by entirely new behavior in the $S$ plane when $\lambda/d > 0.5$. We can see anomalies dominating from $\lambda/d = 0.5–0.75$ and beyond 0.75 much higher efficiencies than in the $P$ plane. Such gratings are characterized in unpolarized light (taking the arithmetic average of $S$ and $P$ curves) by low but fairly uniform efficiency over a rather wide spectral region.

Medium modulation gratings, of which Fig. 23 is a typical example, are the optimum choice for high efficiency sinusoidal gratings. Both $S$ and $P$ plane values are significantly greater than for the previous type, provided that $\lambda/d > 0.75$.

High modulations, such as $h/d = 0.36$ illustrated in Fig. 24, show markedly greater $P$-plane efficiency and better phasing with the $S$ plane. The result is that high efficiencies are observed already when $\lambda/d > 0.65$, but such gratings may be difficult to realize in practice.

2. *Departure from Littrow*

As was observed for blazed gratings, the effects of departure from Littrow on efficiency increase with groove depth. In the scalar region, once again, the effect is too small to report.

For low modulation gratings (Fig. 25), the grating behavior actually improves somewhat when A.D. = 45°. The $P$-plane peak increases and is shifted slightly to shorter wavelengths. In the $S$ plane, anomalies appear smoothed out, and efficiency increases at high $\lambda/d$ values.

For medium modulation gratings we can see in Fig. 26 the rather drastic effect due to a shift from Littrow to A.D. 45°, in that the $P$-plane efficiency drops considerably, with no change in peak location. The span of $S$-plane high efficiency contracts at both ends because the limiting 90° diffraction angle is reached for $\lambda/d = 1.707$.

For high modulation gratings (Fig. 27), we see the same effects as in Fig. 26, only with greater emphasis and a shift of the $P$-plane peak to longer wavelengths.




Fig. 21. First order efficiency curve for a perfectly conducting sinusoidal grating used in the scalar domain and Littrow mounting, $h/d = 0.05$. Solid curve, $S$ plane; dashed curve, $P$ plane.




Fig. 22. First order efficiency curves for a perfectly conducting sinusoidal grating used in Littrow mount, $h/d = 0.14$. Solid curve, $S$ plane; dashed curve, $P$ plane.




Fig. 23. Same as Fig. 22 except $h/d = 0.29$.




Fig. 24. Same as Fig. 22 except $h/d = 0.36$.




Fig. 25. Same as Fig. 22 except 45° deviation between incident and diffracted beams. Light lines are curves of Fig. 22 as reference.




Fig. 26. First order efficiency curves for a perfectly conducting sinusoidal grating used with 45° deviations between beams, $h/d = 0.25$. Solid curve, $S$ plane; dashed curve, $P$ plane. Light lines are the same curve for Littrow mounting as reference.




Fig. 27. Same as Fig. 26 except $h/d = 0.36$.




Fig. 28. First order efficiency curves for a 1800-groove/mm sinusoidal grating with aluminum surface and Littrow mount; $h/d = 0.14$. Solid curves, $S$ plane; dashed curves, $P$ plane. For reference, light curves are for perfectly conducting surface.




Fig. 29. Same as Fig. 28 except 8° deviation between beams.




Fig. 30. Same as Fig. 28 except 45° deviation between beams.




Fig. 31. First order efficiency curves for a 1800-groove/mm sinusoidal grating with aluminum surface, used with 8° deviation between incident and diffracted beams, $h/d = 0.22$. Solid curve $S$ plane; dashed curves, $P$ plane. The light curves show the efficiencies for infinite conductivity as reference.




Fig. 32. Same as Fig. 31 except Littrow mount and $h/d = 0.29$.




Fig. 33. Same as Fig. 31 except $h/d = 0.29$.




Fig. 34. Same as Fig. 31 except 45° deviation between beams and $h/d = 0.29$.

We note that similar to 18–22° blazed gratings there exists an $h/d$ region (from 0.25 to 30) where the grating is substantially free of anomalies. However, the corresponding maximum groove depths are about 15% shallower. This freedom from anomalies is more easily lost by increasing A.D. than was observed for blazed gratings.

### 3. *Finite Conductivity*

Since holographic gratings are never used in the ir region, one is more often obliged to take into account the role of finite conductivity. In general, the role is very similar to that observed for blazed gratings.

### 4. *Scalar Domain*

The scalar region, defined by a $\lambda/d$ ratio less than 0.2, corresponds to $h/d$ ratios of up to about 0.05 and is of special interest for concave gratings. As for blazed gratings, polarization effects are very small, and as a result the only role played by the complex index of the metal used is to reduce efficiency by the reflectance at a given wavelength. We can conclude that even with finite conductivity taken into account, the theoretical efficiency of a holographic grating is always about ⅓ that of the corresponding blazed grating. This points to a disadvantage of holographic compared to blazed gratings in the UV. The fact that $\lambda_B$ is purely a function of the groove depth $h$ still holds for real gratings used in uv, unless there is a very sharp change of reflectance with wavelength.

### 5. *Electromagnetic Domain*

Since it represents a popular groove frequency for the visible spectrum and near uv, we analyzed the behavior of 1800-g/mm gratings. Figures 28–30 show the finite conductivity curves for the low $h/d$ ratio of 0.14 as calculated for A.D. values of 0° (Littrow), 8°, 45°. The obvious result is a small reduction in efficiency that increases with A.D. values. However, we should not overlook plasmon resonance effects. They are responsible for absorption bands that give rise to anomalies not previously observed.

For the medium low $h/d$ type grating, $h/d = 0.22$, where anomalies become more prominent, the character of the $S$-plane curve is more affected by finite conductivity (Fig. 31). The anomalies are shifted and changed in magnitude.

For medium high modulated gratings, $h/d = 0.29$, the curves of Figs. 32–34 show that the effects of finite conductivity again increase, particularly when the A.D. values also increase. It also decreases the width of the high efficiency wavelength band. As before, anomalies tend to be shifted to longer wavelengths. As long as one restricts the amount of angular deviation to no more than 15°, it is possible to continue operating free of anomalies.

For high $h/d$ ratios (0.36) the efficiency loss due to finite conductivity becomes even more enhanced, and comparison among Figs. 35, 36, and 37 shows sharp drop and shift in the $P$ plane with increased values of A.D. It is worth reminding that as groove frequencies decrease, so will the role of finite conductivity. Conversely, the opposite is true for higher groove frequencies, as one can see from Maystre *et al.*[23] which provides a set of results for 3600-groove/mm gratings.

## III. Second Order Use of Gratings

An obvious characteristic of gratings used in higher orders is that since the peaks occur at the same $m\lambda/d$ values, $\lambda/d$ will always tend toward the scalar region as the order $m$ increases. This has been confirmed by many calculations and experiments. Higher orders are used sometimes to increase the wavelength coverage of a single grating, or to increase the dispersion, since the latter is proportional to the tangent of the angle of diffraction.

### A. Scalar Region

To show what happends to low modulated gratings, whose second order puts them into the scalar domain, we show as examples a 10° blazed grating and a sinusoidal one with $h/d = 0.14$. To be practical, an A.D. value of 8° was used. Corresponding Littrow curves for $S$ and $P$ polarization are almost identical. The 10° blaze curve (Fig. 38) shows such close approach to pure scalar behavior in second order that it is not practical to plot separately the $S$ and $P$ curves nor even that calculated for finite conductivity of 1800 grooves/mm for an aluminum surface. As usual, the $S$-plane theoretical efficiency peak is 100% for Littrow conditions.

By contrast, the approximately equivalent holographic grating ($h/d = 0.14$) once again operates with the low efficiency ceiling of such sinusoidal gratings, 28% in this instance (Fig. 39). Here, too, we found the role




Fig. 35. Same as Fig. 31 except Littrow mount and $h/d = 0.36$.




Fig. 36. Same as Fig. 31 except $h/d = 0.36$.




Fig. 37. Same as Fig. 31 except 45° deviation between beams and $h/d = 0.36$.




Fig. 38. Second order efficiency curves for a 10° blaze angle echelette grating perfectly conducting used with 8° deviation between incident and diffracted beams. Note that abscissa is plotted as $m\lambda/d$, where in this case $m = 2$. Solid curve, $S$ plane; dashed curve, $P$ plane.




Fig. 39. Same as Fig. 38 for a sinusoidal grating with $h/d = 0.14$.




Fig. 40. Same as Fig. 38 except blaze angle is 26° 45′.




Fig. 41. Same as Fig. 38 but for a sinusoidal grating with $h/d = 0.22$.




Fig. 42. Same as Fig. 38 but for a sinusoidal grating with $h/d = 0.36$. Also shown in this case drawn lightly are the efficiencies for an aluminum surface and 1800/mm groove frequency together with the corresponding wavelengths.




Fig. 43. Theoretical infinite conductivity curves for 26° 45′ blaze angle, 90° apex angle, 3.5° between incident and diffracted beams. Solid line, $S$ plane; dashed line, $P$ plane. Measured values of relative efficiency for a 150-groove/mm grating (●, $S$ plane; ○, $P$-plane) over a wavelength range of 3.75–12.5 μm.




Fig. 44. Comparison between theoretical and measured absolute efficiencies of a 1200-groove/mm aluminum grating, 26° 45′ blaze angle, 8° between incident and diffracted beams, 90° apex angle. Solid line, $S$ plane; dashed line, $P$ plane. Measured values: ●, $S$ plane; ○, $P$ plane. Wavelength scale added for reference.




Fig. 45. Same as Fig. 44 except 1800 grooves/mm and apex angle taken as 105°, in accordance with electron micrograph.




Fig. 46. Same as Fig. 45, except angular deviation between incident and diffracted beams 25°.




Fig. 47. Same as Fig. 45 except angular deviation between beams 45°.

of finite conductivity of an 1800-groove/mm aluminum grating too small to plot.

### B. Electromagnetic Region

As examples, here we took a blazed grating with a 26° 45′ blaze angle and holographic gratings with $h/d$ ratios of 0.22 and 0.36.

The blazed grating (Fig. 40) shows high $P$-plane efficiency and in the $S$ plane a double anomaly characteristic for the second order. A common property of higher order efficiency curves is to occupy a progressively narrower angular efficiency region until the curves become scalar. While not shown, for reasons of clarity, the role of finite conductivity is to reduce efficiencies and shift anomalies to longer wavelengths, the usual role.

For the $h/d = 0.22$ sinusoidal grating, Fig. 41 shows low efficiency and strong anomalies that make such a grating unattractive in second order, since we are in the intermediate electromagnetic region.[24] This view is not improved by considering finite conductivity.

In contrast, highly modulated gratings ($h/d = 0.36$) do give very useful efficiencies in the second order (Fig. 42). Contrary to what we noted in first order, a 0.29 modulation was not sufficient to get good second order efficiency. The effect of finite conductivity is also shown for an 1800-groove/mm aluminum grating. The effect in the $P$ plane is only just observable, while in the $S$ plane the effect is what we have come to expect.

## IV. Experimental Comparisons

Experimental comparisons have been of two kinds. Those due largely to Hutley *et al.*[25] and McPhedran and Maystre[26] take data one wavelength at a time with the angle of incidence varied over a very wide range. The orders of interest are picked up at their appropriate angles. Many anomalies show up here and, provided that finite conductivity theory is used, are invariably found to match theory very closely.

Other comparisons by Loewen *et al.*[15] have been based on more typical monochromator usage with a similar high degree of agreement between theory and experiment. To appreciate these statements a few such comparisons are made here.

The strong anomalies characteristic of 26° 45′ blazed gratings make them excellent models for testing the validity of theories. In the ir there is almost perfect correspondence between the simple infinite conductivity theory and grating behavior (Fig. 43), provided that groove geometry is close to that assumed and the small reflectance losses taken into account by taking measurements relative to a mirror made of the grating material.

In the visible region, the effects of finite conductivity are well confirmed by superimposing experimental measurements (Fig. 44), over the curves of Fig. 19 for a 1200-groove/mm grating. A similar comparison with an 1800-groove/mm grating over a wavelength range of 0.22–1.1 $\mu$m and the curves of Fig. 15 gave poor correspondence in the $S$ plane. The explanation was given by an electron micrograph which showed the apex angle to be 105° rather than 90°. Calculations with the 105° apex angle are shown with the data in Fig. 45. $S$-plane match is good. Residual discrepancies, especially in the $P$ plane, are probably due to neglecting the role of the radius in the bottom of the grating grooves.

Other comparisons were made to observe what happens to the match between theory and experiment when there is significant departure from Littrow, 25° and 45° A.D. (Figs. 46 and 47), respectively, for the same aluminum 1800-groove/mm grating of Fig. 45. Conformance between theory and experiment is seen to remain roughly the same for all values of A.D.

The curves of Figs. 48(a) and 48(b), taken from Ref. 21, were included to show that agreement between theory and experiment extends to higher orders as well. It is interesting to note how the angular range decreases with order and how $S$- and $P$-plane efficiencies approach each other as orders increase. Experimental points are from an older grating than shown in Fig. 43.

It may be useful to translate the dimensionless diagrams of this paper into wavelengths. A simple analog chart is given in Fig. 49 for several of the most commonly used groove frequencies. A cutout of a full-size copy will serve the reader as a wavelength chart.

## V. Conclusions

We have shown that it is convenient to classify both blazed and holographic gratings by their blaze angles and groove depth modulations, respectively. We have confirmed that the recently developed theoretical solutions represent with high accuracy and behavior of




Fig. 48. Comparison between Littrow efficiency curves calculated for perfectly conducting gratings with 26° 45′ blaze angle, 90° apex angle, 3.5° A.D., orders $m = 1, 2, 3$, and measurements of relative efficiency of a 150/mm aluminum ruled grating of the same blaze angle. Points are shown ●, ○, ▲ for orders 1, 2, 3, respectively. Note the curves are plotted against $m\lambda/d$: (a) in $P$ plane; (b) in $S$ plane.




Fig. 49. Wavelengths for several standard gratings groove frequencies plotted with the same $\lambda/d$ scale used throughout this paper. Copies can be used as overlays to convert the dimensionless scales to wavelength.

real gratings. With this as a base, we have calculated the effects of departures from Littrow and the effects of finite conductivity and their convolution.

This information makes it possible to optimize or appreciate the limitations of what one can do with gratings used in first and second orders under all conditions except grazing incidence, in both the ir and visible regions of the spectrum. As wavelengths become shorter, the efficiency of gratings measures less than that predicted, largely because minor mechanical deficiencies and surface roughness, not included in the theory, assume values that are a significant fraction of the wavelength.

We acknowledge the help of Ian Wilson who provided the first infinite conductivity efficiency calculations for angular deviations beyond 15°, a set of Littrow curves for the first three orders (Fig. 48),[26] and the first order Littrow curve for 2° blaze angle. Ross McPhedran supplied the data for the 14° blaze curve of Fig. 3.

## References


1. W. C. Meecham, J. Appl. Phys. 27, 361 (1956).
2. G. W. Stroke, Rev. Opt. 39, 350 (1960).
3. P. Bousquet, C. R. Acad. Sci. (Paris) 256, 3422 (1963).
4. R. Petit, et M. Cadilhac, C. R. Acad. Sci. (Paris) 259, 2077 (1964).
5. A. Wirgin, C. R. Acad. Sci. (Paris) 259, 259 (1964).
6. J. L. Uretsky, Ann. Phys. 33, 400 (1965).
7. J. Pavageau and J. Bousquet, Opt. Acta 17, 469 (1970).
8. D. Maystre and R. Petit, Opt. Commun. 4, 25 (1971); D. Maystre, et R. Petit, Nouv. Rev. Opt. 2, 115 (1971).
9. R. McPhedran and M. Waterworth, Opt. Acta, 20, 177 (1973); R. McPhedran, I. Wilson, and M. Waterworth, Opt. Commun. 7, 4 (1973).
10. M. Nevière and M. Cadilhac, Opt. Commun. 3, 349 (1971); IEEE Trans. Antennas Propag. AP-21, 37 (1973).
11. A. R. Neureuther and K. Zaki, Alta Freq. 38, 282 (1969).
12. D. Maystre, Opt. Commun. 6, 50 (1972).
13. M. Nevière, P. Vincent, et R. Petit, Nouv. Rev. Opt. 5, 65 (1974).
14. M. Nevière, R. Petit, and M. Cadilhac, Opt. Commun. 8, 113 (1973).
15. E. Loewen, D. Maystre, R. McPhedran, and I. Wilson, Jpn. J. Appl. Phys. 14, 143 (1975).
16. W. Liller, Appl. Opt. 2, 187 (1963).
17. R. Petit, Rev. Opt., 6, 249 (1966).
18. J. Strong, *Concepts of Classical Optics* (W. H. Freeman, San Francisco, 1958).
19. A. Maréchal et G. W. Stroke, C. R. Acad. Sci. (Paris) 249, 2032 (1959).
20. R. N. Einhorn, Electron. Des. 2, 36 (1969).
21. I. J. Wilson, L. C. Botten, and R. C. McPhedran, Report DGRG 7611, U. Tasmania (1976).
22. D. Maystre and R. Petit, J. Spectrosc. Soc. Jpn. 23, Suppl. 1, 61, (1974).
23. D. Maystre, R. Petit, M. Duban, et J. Gilewicz, Nouv. Rev. Opt. 5, 79 (1974).
24. G. Pieuchard and J. Flamand, Jpn. J. Appl. Phys. 14, 153 (1975).
25. M. C. Hutley, J. P. Verrill, R. C. McPhedran, M. Nevière, et P. Vincent, Nouv Rev. Opt. 6, 87 (1975).
26. R. C. McPhedran and D. Maystre, J. Spectrosc. Soc. Jpn. 23, Suppl. 1, 13 (1974).




Sarah H. Degenkolb of Baird-Atomic, Inc.

(17)

# Multifacet holographic optical elements for wave front transformations

S. K. Case, P. R. Haugen, and O. J. Løkberg

A new type of holographic optical element combines some of the flexibility of computer generated holograms with the high light efficiency of volume phase holograms to produce optical elements capable of arbitrary illumination transformations with nearly 100% light efficiency. The optical element is recorded by subdividing a volume hologram film surface into numerous small areas (facets), each of which is individually exposed. A final optical system consisting of two dichromated gelatin holograms in series is demonstrated. The first hologram spatially redistributes the incident light, and the second hologram produces a desired phase front on the redistributed light.

## I. Introduction

It is often necessary to expand and spatially redistribute a beam of laser light prior to its use in a coherent optical system. Frequently one wishes to provide uniform object illumination or, alternately, to illuminate only specific areas on an object. The various expansion and redistribution methods in use[1-6] vary greatly in ease of implementation and optical efficiency, with these two attributes often not simultaneously present.

In this paper we demonstrate a new type of holographic optical element with which a coherent beam of light can be readily transformed to provide arbitrary illumination at arbitrarily prescribed spatial locations. The method utilizes nearly all the energy in a Gaussian input beam and produces an output beam with a smooth phase front.

## II. New Optical System

We wish to coherently illuminate the edge of the hollow box in Fig. 1. Starting with a Gaussian intensity profile laser beam, a simple expansion of the beam, as in Fig. 1, would prove to be very light inefficient in that the intense center of the beam would fall into the hollow center of the box. If the walls of the box are thin compared to its lateral dimensions (a sparse object), only a very small fraction of the incident light would provide useful illumination (see the Appendix). A much more efficient illumination method for such an object would be to employ an optical system that would redistribute nearly all the laser light onto the periphery of the box. Our system for doing this is shown in Fig. 2 and employs two holographic optical elements in tandem. The first hologram acts to spatially redistribute the input light beam, and the second hologram produces a desired phase front on the redistributed light so that it can propagate toward a distant object.

### A. Hologram #1 Design

Hologram #1 must efficiently diffract the light in an input beam such that the diffracted light has the desired spatial and intensity distribution when it reaches the plane of hologram #2. We could consider computer generation, interferometric generation, or generation of the hologram by a hybrid technique[7-12] as described in this paper. Computer generation would allow great redistribution flexibility but optical efficiency limited to ~40%.[13] A conventional volume phase hologram, on the other hand, could have nearly 100% diffraction efficiency but would offer limited flexibility in that it must be interferometrically recorded.[14]

The hybrid hologram described in this paper combines the best features of the previous hologram types: flexibility and high efficiency. Its design principle is straightforward. While the interference pattern required to interferometrically record an entire redistribution hologram is quite complex, the required pattern within any small area on the hologram is relatively simple such that it can be produced by the interference of a pair of plane waves. Thus, our solution is to produce a multifacet hologram which is recorded by subdividing a volume hologram film surface into numerous

The authors are with University of Minnesota, Electrical Engineering Department, Minneapolis, Minnesota 55455.
Received 22 April 1981.
0003-6935/81/152670-06$00/0.
© 1981 Optical Society of America.



G3146




Fig. 1. Inefficient method for illuminating the periphery of a large hollow box.




Fig. 2. Wave front transformation system for efficient illumination of the object.

small cells (facets), each of which is individually exposed. Each facet contains a plane wave grating which diffracts the light from a given location in the input beam to the proper output location. By constructing the hologram in a volume phase material, such as dichromated gelatin, each facet can achieve nearly 100% diffraction efficiency into a single diffracted order.

The design of our optical element starts by assuming that the input beam will have a Gaussian irradiance profile. This input light distribution is shown in Fig. 3(a), where we have divided the Gaussian beam into forty-four cells and calculated the relative irradiance in each cell. All light out to the radius where the irradiance falls to $1/e^2$ of its peak value will be used in the redistribution. The light in the cells of Fig. 3(a) becomes the building blocks for the desired output pattern. By spatially redistributing the light in these cells, we can arrive at the desired box-shaped output distribution given by the top numbers in the cells in Fig. 3(b). We note, for example, that the light from the center of the Gaussian distribution will be mapped to the corners of the box. We also note that the forty-four input cells will be mapped to twenty-four output cells to achieve an output intensity distribution which varies by less than a factor of 2 (1$f$/stop). That is, the light from more than one input cell will often be mapped to a given output location. This particular intensity smoothing operation works well for some systems but will cause problems with others, as will be described later.

## B. Hologram #1 Recording

The individual facets in the hologram are serially constructed using the holographic setup shown in Fig. 4. The holographic film is held on a computer-controlled translation stage which is advanced by one facet width between each exposure. A thin stationary flexible mask containing an aperture used to select the facet shape and size is pressed lightly against the film. This geometry allows good construction beam overlap

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | .22 | .22 | | | |
| | .22 | .36 | .47 | .47 | .36 | .22 | |
| | .36 | .60 | .78 | .78 | .60 | .36 | |
| .22 | .47 | .78 | 1.0 | 1.0 | .78 | .47 | .22 |
| .22 | .47 | .78 | 1.0 | 1.0 | .78 | .47 | .22 |
| | .36 | .60 | .78 | .78 | .60 | .16 | |
| | .22 | .36 | .47 | .47 | .36 | .22 | |
| | | | .22 | .22 | | | |

(a)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.0<br>.96 | .78<br>.89 | .73<br>.74 | .69<br>.82 | .69<br>.74 | .73<br>.85 | .78<br>.89 | 1.0<br>1.0 |
| .78<br>.74 | | | | | | | .78<br>.81 |
| .82<br>.78 | | | | | | | .82<br>.90 |
| .69<br>.52 | | | | | | | .69<br>.59 |
| .69<br>.52 | | | | | | | .69<br>.70 |
| .82<br>.66 | | | | | | | .82<br>.77 |
| .78<br>.66 | | | | | | | .78<br>.78 |
| 1.0<br>.89 | .78<br>.78 | .71<br>.59 | .69<br>.65 | .69<br>.66 | .73<br>.74 | .78<br>.74 | 1.00<br>.89 |

(b)

Fig. 3. Irradiance distributions: (a) input beam and (b) output beam.




Fig. 4. Setup for recording multifacet holograms.



G3147

A117




Fig. 5. Top view of optical system showing redistributed light from hologram #1 being used as the object wave to record hologram #2.




Fig. 6. Multifacet hologram recorded in absorption material (for illustration). Volume phase holograms were used for all experiments.

and minimizes aperture diffraction effects or shadowing. The aperture mask allows one facet to be recorded at one time.

The grating within each facet is recorded by exposure with two coherent plane waves. The reference wave is incident normal to the film and is at the same angle for each facet. The object wave is incident at ~30° with respect to the film normal, with the exact incidence angle selected by reflecting the object beam from a pivotable mirror. The object beam angle for a given facet is merely set at the required angle, which will map the input light from a given location on hologram #1 to the desired output location in plane #2.

The holograms are recorded in dichromated gelatin at a wavelength $\lambda = 0.488\ \mu m$. The gelatin layer is obtained from Kodak 649-F plates by processing instructions given in Ref. 15. These are similar to those of Chang and Leonard.[16] A diffraction efficiency vs exposure curve for the film is given in Refs. 10 and 15. For an exposure of ~80 mJ/cm$^2$, the gratings have nearly 100% diffraction efficiency (ignoring surface reflections) so that all the incident light is diffracted toward the desired output.

After exposure of all the facets, and development, the hologram is illuminated with the expanded Gaussian input beam, as in the top view in Fig. 5. The Gaussian beam has a planar wave front and is normally incident on the hologram so that the Bragg condition for each facet is satisfied. The diffracted light propagates from the hologram and is spatially redistributed upon arrival at plane #2.

In addition to redistribution flexibility there are several advantages to constructing the hologram via a multifacet approach. First, the recording beams are plane waves, which are easy to produce. Because the individual facets to be recorded are small, the recording beams can be of small diameter, which leads to high exposure beam irradiance and short exposure times. In addition, one can ensure unity object beam/reference beam irradiance ratios and optimum exposure at each location on the hologram for maximum diffraction efficiency. Also, with plane wave recording one can specify both the spatial frequency and the Bragg angles of the grating within each facet so that arbitrary spatial redistribution and maximum diffraction efficiency are simultaneously possible. It is even possible to adjust the recording waves to produce holograms with the proper spatial frequency and Bragg angles to enact high efficiency redistribution when read out at a wavelength (e.g., $\lambda = 6328$ Å or 1.06 $\mu m$) for which efficient recording films are not sensitive.[17]

### C. Hologram #2

As shown in Fig. 5, the light arrives at plane #2 from many different angles. If our object can be located at plane #2, and we are only interested in the intensity at the object surface, no second hologram is required. However, it is often desirable or necessary to be able to illuminate a more distant object, to scale the illumination beam (for different size objects), or to illuminate the object from only one direction (for interferometry). For these purposes we require the spatially redistributed light to have a smooth phase front. Such a phase front can easily be produced by the use of a second hologram. The recording of a typical second hologram is illustrated in Fig. 5. Here, the spatially redistributed light arriving from hologram #1 and a planar reference wave coherently expose film #2. After development and exact replacement of the second hologram, the hologram pair can be used as shown in Fig. 2 to produce the square output beam, which, because of its flat phase front, will propagate toward a distant object. Slow beam degradation, of course, will result from Fresnel diffraction.

## III. Experimental Results

Hologram #1 contains forty-four facets, each of which is ~5 × 5 mm in size. The holograms were recorded in dichromated gelatin film as described earlier. Because it is difficult to photograph phase holograms, Fig. 6 shows a replica of hologram #1 recorded in Kodak 649-F.

As the light leaves the first hologram and propagates toward plane #2, the spatial light distribution changes from the near circular pattern to the square one. The gradual redistribution is shown in Fig. 7. Here the light distribution was photographed in five equally spaced planes to make the composite picture.




Fig. 7. Redistribution of light between input and output planes.



Fig. 8. Output light distribution.



(a) (b)

Fig. 9. Interferograms showing wave front quality: (a) output wave and (b) reference wave.

Plane #2 was located ~25 cm after plane #1. This distance was chosen as a compromise so that neither the range of deflection angles required from hologram #1 nor the effects of Fresnel diffraction from the individual facets would be excessively large. A photograph of the light distribution in plane #2 is shown in Fig. 8. Manual object beam steering was used to produce hologram #1 in this case and resulted in the small gaps between output cells. Steering for hologram recording is now done under computer control. The measured intensity distribution in plane #2 is shown as the lower number in each cell of Fig. 3(b). The intensities are normalized to compensate for surface reflection losses and allow easy comparison with the theoretical values (upper number in each cell). It is seen that the design goal of <50% output intensity variation has been met. Due to the nonperfect Gaussian readout beam, some cells are seen to have slightly greater than the predicted intensity.

As stated earlier, if our only concern is with output intensity no second hologram is required. To achieve a flat phase front on the output beam, however, we have employed a second dichromated gelatin hologram. In Fig. 9(a) we show an interferogram of the output wave front 50 cm after hologram #2. The straight fringes attest to the wave front quality. The square shape has also been retained after the 50-cm propagation. The rounding of the corners is due to finite sized interferometer optics. Figure 9(b) shows an interferogram of the plane wave used to record the second hologram (for reference).

If wave front phase correction (via the second hologram) is desired, the simple intensity smoothing operation, consisting of mapping the light from several cells in plane #1 to one output cell in plane #2, should be avoided. This is because intermodulation in the second hologram will result in the production of several diffracted output waves instead of just one desired output wave. Other intensity smoothing schemes such as using object beams with variable focal power could be used. Of course, if phase correction of the output light is not needed, the simple multiple mapping technique works very well.

## IV. Conclusion

We have demonstrated a technique whereby an input light distribution can be mapped to an arbitrarily prescribed output light distribution. The technique employs two holograms in which the first hologram enacts the spatial redistribution of light and the second hologram produces a desired (e.g., diverging, collimated, or converging) wave front on the output light. Digital control of the interferometric recording process allows precise production of custom optical elements. The use of volume phase holograms for the redistribution process leads to high optical efficiency.

To provide illumination to specific locations on an object, the light intensity obtained via our redistribution method is much greater than that obtained by simply expanding an incident laser beam, as is shown in the calculations in the Appendix. Although we have shown



G3149

one use of multifacet holograms in this paper, such holograms can find additional use for space variant optical processing, customized holographic optical elements, coding and decoding elements, pseudocoloring, and optical computing.

The authors thank the Research Corporation (grant #9000) and the University of Minnesota for the support of this research.

O. J. Løkberg is on leave from Norwegian Institute of Technology, Physics Department, N-7034 Trondheim, Norway.

## Appendix

We calculate the light efficiency gain obtained by using our custom redistribution hologram to redistribute most of the light in a Gaussian beam exactly onto the object, as opposed to simply expanding a Gaussian beam to provide object illumination.

We start with a Gaussian laser beam with amplitude

$$A(r) = A_0 \exp[-(r/\omega_0)^2]. \quad \text{(A1)}$$

For this calculation we assume that we want to optimally illuminate an annulus[18] with radius $r_0$ and width $\alpha r_0$, as in Fig. 10. The circular symmetry of our subject was chosen to enable a simple mathematical solution to the problem. If the laser beam is expanded to have a new waist radius $\omega_1$, it will have amplitude

$$A_1(r) = A_0 \frac{\omega_0}{\omega_1} \exp\left[-\left(\frac{r}{\omega_1}\right)^2\right]. \quad \text{(A2)}$$

We can show that the irradiance at radius $r_0$ is maximized if we expand the beam so that $\omega_1 = \sqrt{2} r_0$, which means that the beam is expanded to have an irradiance at radius $r_0$ equal to $1/e$ of its peak ($r = 0$) irradiance. Using this with Eq. (2) yields an irradiance

$$I_1(r) = \frac{A_0^2}{2}\left(\frac{\omega_0}{r_0}\right)^2 \exp\left[-\left(\frac{r}{r_0}\right)^2\right]. \quad \text{(A3)}$$

The total optical power falling on the annulus is then

$$P = \int_{r_{min}}^{r_{max}} I_1(r) 2\pi r dr, \quad \text{(A4)}$$

$$= \frac{\pi A_0^2 \omega_0^2}{2}\left\{\exp\left[-\left(\frac{r_{min}}{r_0}\right)^2\right] - \exp\left[-\left(\frac{r_{max}}{r_0}\right)^2\right]\right\}. \quad \text{(A5)}$$

Since the total power in the laser beam is

$$P_0 = \frac{\pi A_0^2 \omega_0^2}{2}, \quad \text{(A6)}$$

$$r_{min} = r_0\left(1 - \frac{\alpha}{2}\right), \qquad r_{max} = r_0\left(1 + \frac{\alpha}{2}\right), \quad \text{(A7)}$$

the fraction of total laser power used for illumination is

$$F = \frac{P}{P_0} = \left\{\exp\left[-\left(1 - \frac{\alpha}{2}\right)^2\right] - \exp\left[-\left(1 + \frac{\alpha}{2}\right)^2\right]\right\}. \quad \text{(A8)}$$

As stated earlier, our particular redistribution hologram utilizes the laser beam out to the radius where $I = I_{max}^2/\exp(2)$. The fraction of the beam power incident on our hologram is, therefore,

$$F' = [1 - \exp(-2)] = 86\%. \quad \text{(A9)}$$




Fig. 10. General object to be illuminated.




Fig. 11. Light gain when using one redistribution hologram.




Fig. 12. Light gain when using two redistribution holograms.

If our hologram has diffraction efficiency $\varepsilon$, the fraction of light arriving at the redistributed plane is $F_1' = 0.86\varepsilon$. The gain in light intensity with our new method is, therefore,

$$G_1 = F_1'/F = 0.86\varepsilon/F. \quad (10)$$

If a two-hologram redistribution system is used, the gain becomes

$$G_2 = 0.86\varepsilon^2/F. \quad (11)$$

These two gains are plotted in Figs. 11 and 12 with $\alpha$ as a parameter. We see that for high efficiency holograms and sparse objects ($\alpha < 0.1$), the gain can be greater than a factor of 10.

## References


1. M. Quintanilla and A. M. deFrutos, Appl. Opt. 20, 879 (1981).
2. See segmented mirror from Spawr Optical Research, Inc., 1527 Pomona Rd., Corona, Calif. 91720. This method does not produce illumination with a smooth phase front.
3. P. W. Rhodes and D. L. Shealy, Appl. Opt. 19, 3545 (1980).
4. Stencil Marker by Lumonics, Inc., 105 Schneider Rd., Kanata, Ontario, Canada K2K 1Y3.
5. N. C. Gallagher and D. W. Sweeney, IEEE J. Quantum Electron. QE-15, 1369 (1979).
6. D. W. Sweeney *et al.*, Appl. Opt. 15, 2959 (1976).
7. A multifacet volume hologram technique was first described by S. K. Case and V. Gerbig at the Deutsche Gesellschaft für Angewandte Optik annual meeting in Bad Harzburg, West Germany, June, 1979.
8. S. K. Case and V. Gerbig, Opt. Engineer. 19, 711 (1980).
9. V. Gerbig, Opt. Commun. 36, 90 (1981).
10. S. K. Case and V. Gerbig, Opt. Commun. 36, 94 (1981).
11. U. Levy, A. A. Friesem, and B. Sharon, Appl. Opt. 19, 1661 (1980).
12. The work in this paper was presented at the annual meeting of the Optical Society of America, 14–17 Oct. 1980, Chicago, Ill., J. Opt. Soc. Am. 70, 1625A (1980).
13. B. R. Brown and A. W. Lohmann, IBM J. Res. Develop. 13, 160 (1969).
14. Light reflected from an object could be used for one of the recording waves. This standard holographic technique could work if the object were available and small. For larger complicated objects, for which we may also desire arbitrary illumination intensities, this technique would not be easy to implement. One particularly limiting factor is that the high exposure levels required by efficient hologram materials such as dichromated gelatin coupled with the relatively weak light reflected from diffuse objects would mandate excessively long exposure times. The technique also would not work if $\lambda_{\text{recording}} \neq \lambda_{\text{readout}}$.
15. S. K. Case, *Multiple Exposure Holography in Volume Materials*, Ph.D. Thesis, U. Michigan, 1976 (Xerox University Microfilms order #76-27461).
16. B. J. Chang and C. D. Leonard, Appl. Opt. 18, 2407 (1979).
17. S. K. Case and W. J. Dallas, Appl. Opt. 17, 2537 (1978).
18. One could use an axicon to produce annular illumination; however, this is a special case where a conventional optical element could do our redistribution. We wish to treat the problem more generally.


**Meetings Calendar** *continued from page 2669*

**1981**
**October**

13–15 6th Ann. Conf. Materials for Coal Conversion & Utilization, NBS, Gaithersburg *S. Schneider, NBS, B-308 Materials Bldg., Wash., D.C. 20234*

19–23 Identification of Small Particles course, Chicago *N. Daerr, McCrone Res. Inst., 2508 S. Michigan Ave., Chicago, Ill. 60616*

19–23 Ceramitec 1982, Munich *W. Marzin, Muenchener Messe-und Austellungsgesselschaft mbH, Messegelaende, Postfach 12 10 09, D-800 Muenchen 12, F.R.G.*

20–23 34th Ann. Gaseous Electronics Conf., Boston *M. J. Boness, Avco Everett Res. Lab., Inc., 2385 Revere Beach Pkwy., Everett, Mass. 02149*

26–28 AIAA Computers in Aerospace III Conf., San Diego, Calif. *P. Rye, Tech. Program Chairman, C. S. Draper Lab, P.O. Box 1541, Downey, Calif. 92041*

26–30 **OSA Natl. Mtg.**, Kissimmee, Fla. *Mtgs. Dept., OSA, 1816 Jefferson Pl. N.W., Wash., D.C. 20036*

26–30 Applied Polarized Light Microscopy course, Chicago *N. Daerr, McCrone Res. Inst., 2508 S. Michigan Ave., Chicago, Ill. 60616*

26–30 Laser Safety course, Wash., D.C. *Laser Inst. Am., P.O. Box 9000, Waco, Tex. 76710*

**November**

? 1st Japanese Fiber Optics & Communications Expo., Tokyo *E. Bond, Info. Gatekeepers, Inc., 167 Corey Rd., Suite 111, Brookline, Mass. 02146*

2–6 APS Div. of Plasma Physics, Wash., D.C. *W.W. Havens, Jr., 335 E. 45 St., N.Y., N.Y. 10071*

3–9 Remote Sensing of Environment Int. Symp., Cairo *Remote Sensing Ctr., ERIM, P.O. Box 8618, Ann Arbor, Mich. 48107*

4–6 2nd EFOC Expo., Koln *Info. Gatekeepers, Inc., 167 Corey Rd., Suite 111, Brookline, Mass. 02146*

9–13 Scanning Electron Microscopy course, Chicago *N. Daerr, McCrone Res. Inst., 2508 S. Michigan Ave., Chicago, Ill. 60616*

9–13 Fusion Methods (Hot Stage) course, Chicago *N. Daerr, McCrone Res. Inst., 2508 S. Michigan Ave., Chicago, Ill. 60616*

9–13 Photographic Science course, Rochester *V. Johnson, RIT-GARC, 1 Lomb Memorial Drive, Rochester, N.Y. 14623*

16–18 Electrophotography, SPSE 4th Int. Conf., Wash., D.C. *R. Wood, SPSE, 7003 Kilworth Lane, Springfield, Va. 22151*

*continued on page 2693*