# HAND-BOOK

OF

# NATURAL PHILOSOPHY.

BY

DIONYSIUS LARDNER, D.C.L.

FORMERLY PROFESSOR OF NATURAL PHILOSOPHY AND ASTRONOMY IN UNIVERSITY COLLEGE LONDON.

## OPTICS.

WITH TWO HUNDRED AND NINETY ILLUSTRATIONS.



LONDON:

WALTON AND MABERLY,

UPPER GOWER STREET, AND IVY LANE, PATERNOSTER-ROW.

1856.

which fall upon the border of the object glass upon the right of the observer will arrive at the eye glass, and the field of view will then appear, as shown at *f*, half illuminated and half dark. If the microscope be moved beyond this position, the field will be entirely dark, no rays being transmitted to the eye glass.

If the microscope, on the contrary, be moved to the other side of the graduated semicircle, the same appearances will be produced, and when it assumes the position *m' m'*, the field will be again half illuminated, and beyond that point it will be dark.

The arc of the graduated semicircle, included between the two positions *m m* and *m' m'*, will then be the measure of the angular aperture of the object glass, since that arc will correspond with the greatest obliquity, at which rays diverging from the object to the object glass, can pass through the latter, so as to arrive at the eye glass.

474. **To produce perfect achromatism.**—From what has been explained (207. *et seq.*), it is evident that compound object lenses may be produced by which an achromatic image will be formed; but unless the lenses which form the eye piece, that is, the eye glass and the field glass, also form an achromatic combination, the chromatic aberration which has been effaced by the perfection of the object glass will be more or less reproduced by the imperfection of the eye piece.

This defect might, it is true, be remedied by making both the field glass and eye glass achromatic; but independently of other objections to such an expedient, it would be needlessly expensive, and the same purpose is attained in a much more simple manner; since, by a suitable combination of lenses, differing in form and material, the dispersion produced by a simple converging lens can be neutralised, so that the extreme coloured images, red and violet, may be made to coalesce. It is easy to conceive that the forms of the lenses may be so modified as to produce, not the coincidence of these extreme images, but their interchange of position, so that the violet image which was nearest to the lens shall be most distant from it, and the red, which was most distant from it, shall be nearest to it.

The chromatic aberration produced by a simple converging lens, in which the violet image is nearest to the lens, and the red most distant from it, being designated *positive chromatic aberration*, that of a compound converging lens, such as has been just described, in which the positive chromatic aberration is *over corrected*, and in which, consequently, the red image is nearest to, and the violet most distant from, the lens, is called *negative chromatic aberration*.

It is evident that the forms of the component parts of a compound lens, may always be such as to give it any required degree of negative chromatic aberration.

Now the lenses composing the eye piece, being simple converging lenses, will necessarily have positive chromatic aberration. If the lenses composing the object piece be so formed and combined that they shall have a degree of negative chromatic aberration precisely equal to the positive chromatic aberration of the eye piece, it is plain that the two contrary aberrations will neutralise each other, and the result will be that the image seen through the eye piece will be, for all practical purposes, achromatic.

To make this more evident, let L L, *fig.* 222., be the compound object glass, consisting of a double convex lens of crown glass, and a plane or convex lens of flint glass, formed so as to produce negative chromatic aberration; let F F be the field glass, E E the eye glass, and O the object.

Let V V R R be the coloured images of the objects, which would be produced by L L, if F F were not interposed; these images will be slightly concave towards L L, and since L L is supposed to have negative aberration, the red images R R will be nearest to it, and the violet ones, V V, most remote from it.

But the rays which would converge upon the various points of these images being intercepted by the field glass F F, are rendered more convergent by it, and the images are accordingly formed nearer to it. This lens, F F, also increases the convergence of the violet rays, which are most refrangible, more than it increases that of the red rays, which are least refrangible. The consequence of this is, that the violet and red images are brought closer together than they were, as shown in the figure; but still the violet images are more distant from F F than the red, so that the chromatic aberration of L L and F F conjointly is still negative, though less than the aberration of L L alone.

There is another effect produced by the lens F F, which it is important to notice. The images produced by L L, which were slightly concave towards F F, are changed in their form, so as to be slightly concave towards E E.

In fine, then, the rays diverging from the images R′ R′ V′ V′, after passing through the eye glass E E, have their divergence diminished, so as to diverge from more distant points, I I. The divergence of the violet rays, V V, being most refrangible, is most diminished, and that of the red rays, R R, being least refrangible, is least diminished. If their divergence were equally diminished, a series of coloured images would be formed at I I, the violet being nearer, and the red farther from E E; but the divergence of the violet, which is already greater than the red, is just so much greater than the latter, that the difference of the effects of E E upon it is such as to bring the images ogether at I I.

Thus it appears that the positive aberration of the eye glass E E is exactly equal to the negative aberration of L L and F F taken conjointly, so that the one exactly neutralises the other, all the coloured images coalescing at I I, and producing an image altogether exempt from chromatic aberration.

There is another important effect produced by the eye glass; the images R′ R′ V′ V′, which are slightly concave towards E E, are rendered straight and flat at I I.




Fig. 222.

Thus, it appears that, by this masterly combination, a multiplicity of defects, chromatic, spherical, and distortive, are made, so to speak, to efface each other, and to give a result, practically speaking, exempt from all optical imperfection.

There is still another source of inaccuracy which, though it is more mechanical than optical, demands a passing notice. All the lenses composing the microscope require to be set in their respective tubes, so that their several axes shall be directed upon the same straight line with the greatest mathematical precision. This is what is called *centring* the lenses, and it is a process, in the case of microscopes, which demands the most masterly skill on the part of the workman. The slightest deviation from true centring would cause the images produced by the different lenses to be laterally displaced, one being thrown more or less to the right and the other to the left, or one upwards and the other downwards; and even though the aberrations should be perfectly effaced, the superposition of such displaced images would effectually destroy the efficiency of the instrument.

475. **Compound object pieces.** — In what precedes, we have, to simplify the explanation, supposed the object glass to consist of a single achromatic lens, a circumstance which never takes place except when very low powers are sufficient. A single lens, having a very high magnifying power, would have so short a focus and such great curvature, that it would be attended with great spherical aberration, independently of other objections; great powers therefore, have been obtained by combining several achromatic lenses in the same object piece, so that the rays proceeding from the object are successively refracted by each of them, and the image submitted to the eye glass is the result of the whole.

The optical effect of such a combination will be more clearly understood by reference to *fig.* 223., where L L, L′ L′, and L″ L″, represent a combination of three achromatic object glasses.

Let O O be the object, placed a little within the focus $f$ of the lens L L. The image of O O, produced by L L, would then be an imaginary one in the position I I; (158. *et seq.*). After passing through L L, the rays, therefore, fall upon L′ L′, as if they diverged from the several points of the image I I, which may, therefore, be considered as an object placed before the lens L′ L′. Let $f'$ be the focus of L′ L′; the image of I I produced by L′ L′ will therefore be imaginary, and will be at I′ I′; the rays, after passing through L′ L′ will fall upon L″ L″, as if they diverged from the several points of I′ I′. This image I′ I′ therefore may be considered as an object placed before the lens L″ L″. Let $f''$ be the focus of the lens; the image of I′ I′ produced by L″ L″ will then be I″ I″, and will be real; this will then, in fact, be the image transmitted to the eye piece.