**DRAFT INTERNATIONAL STANDARD** ISO/DIS 15902

ISO/TC **172**/SC **9** Secretariat: **DIN**

Voting begins on **2002-06-13** Voting terminates on **2002-11-13**

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION • МЕЖДУНАРОДНАЯ ОРГАНИЗАЦИЯ ПО СТАНДАРТИЗАЦИИ • ORGANISATION INTERNATIONALE DE NORMALISATION

# Optics and optical instruments — Diffractive optics — Terminology

*Optique et instruments d'optique — Optique diffractive — Terminologie*

ICS 01.040.31; 31.260

Formal Publication due 15 March 04

**To expedite distribution, this document is circulated as received from the committee secretariat. ISO Central Secretariat work of editing and text composition will be undertaken at publication stage.**

**Pour accélérer la distribution, le présent document est distribué tel qu'il est parvenu du secrétariat du comité. Le travail de rédaction et de composition de texte sera effectué au Secrétariat central de l'ISO au stade de publication.**

THIS DOCUMENT IS A DRAFT CIRCULATED FOR COMMENT AND APPROVAL. IT IS THEREFORE SUBJECT TO CHANGE AND MAY NOT BE REFERRED TO AS AN INTERNATIONAL STANDARD UNTIL PUBLISHED AS SUCH.

IN ADDITION TO THEIR EVALUATION AS BEING ACCEPTABLE FOR INDUSTRIAL, TECHNOLOGICAL, COMMERCIAL AND USER PURPOSES, DRAFT INTERNATIONAL STANDARDS MAY ON OCCASION HAVE TO BE CONSIDERED IN THE LIGHT OF THEIR POTENTIAL TO BECOME STANDARDS TO WHICH REFERENCE MAY BE MADE IN NATIONAL REGULATIONS.

© International Organization for Standardization, 2002

**Copyright notice**

This ISO document is a Draft International Standard and is copyright-protected by ISO. Except as permitted under the applicable laws of the user's country, neither this ISO draft nor any extract from it may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, photocopying, recording or otherwise, without prior written permission being secured.

Requests for permission to reproduce should be addressed to ISO at the address below or ISO's member body in the country of the requester.

*Dr. Karlhanns Gindele*
*DIN Außenstelle Pforzheim*
*Turnplatz 2*
*75172 Pforzheim / Germany*
*tel. + 49 7231 9188-22*
*fax + 49 7231 9188-33*
*e-mail: karlhanns.gindele@din.de*

Reproduction may be subject to royalty payments or a licensing agreement.

Violators may be prosecuted.

 © ISO 2001 – All rights reserved

## Contents

Page

Foreword ....................iv
Introduction ....................v
1 Scope ....................1
2 Symbols and units of measurement ....................1
3 Terminology of diffractive optics ....................2
3.1 Diffractive optics technologies ....................2
3.2 Diffractive optical elements and their types ....................3
3.3 Structure of diffractive optical elements ....................3
3.3.1 Phase structure ....................4
3.3.2 Periodic structure ....................5
3.3.3 Design of diffractive optical elements ....................8
3.4 Properties in diffractive optical elements ....................8
3.4.1 General properties ....................8
3.4.2 Classification of diffraction ....................9
3.4.3 Dispersion properties ....................11
3.4.4 Polarization ....................13
3.5 Applications ....................15

© ISO 2001 – All rights reserved

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 3.

Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this International Standard may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

International Standard ISO 15902 was prepared by Technical Committee ISO/TC 172, *Optics and optical instruments*, Subcommittee SC 9, *Electro-optical systems*.



© ISO 2001 – All rights reserved

## Introduction

The term diffractive optical element is used for those optical elements which convert an input wavefront in a predetermined output wavefront (or wavefronts) in free space by means of the phenomenon of diffraction. There has been a rapid increase in the use of diffractive optical elements, especially in the field of optical data storage, and it appears that they will be essential components in the optics and electro-optical systems of the near future and will be used in a wide variety of applications.

© ISO 2001 – All rights reserved

# Optics and optical instruments — Diffractive optics — Terminology

## 1 Scope

This International Standard defines the basic terms for diffractive optics and diffractive optical elements in free space. The purpose of these definitions is to provide an agreed-upon common terminology that will reduce ambiguity and misunderstanding and thereby aid in the development of the field of diffractive optics.

## 2 Symbols and units of measurement

Table 1 lists symbols and units, which are defined in detail in clause 3.

**Table 1 — Symbols and units of measurements**

| Symbol | Unit | Term |
|---|---|---|
| $K$ | $mm^{-1}$ | $K$-vector |
| $K(\mathbf{x})$ | $mm^{-1}$ | $K$-vector defined as the function of the position vector $x$ on the diffractive surface |
| $N$ | | unit normal vector of the diffractive surface |
| $N_i$ | | unit vector along incident ($i$ = 1) or diffraction ($i$ = 2) ray |
| $P_{diff}$ | | effective partial dispersion of diffractive optical element |
| $P_{diff, gF}$ | | standard partial dispersion of diffractive optical element |
| $Q$ | | $Q$–factor ($Q$-value) |
| $T$ | µm | thickness of the grating |
| $V_{diff}$ | | effective Abbe number of diffractive optical element |
| $V_{diff, d}$ | | effective Abbe number of diffractive optical element at the d-line |
| $V_{diff, e}$ | | effective Abbe number of diffractive optical element at the e-line |
| $h$ | mm | height from the optical axis |
| $k_i$ | $mm^{-1}$ | wave number vector of incident ($i$ = 1) or diffraction ($i$ = 2) ray |
| $\pm m$ | | diffraction order |
| $n(\mathbf{x})$ | | refractive index of the grating, defined in terms of a function of the position vector $x$ on the diffractive surface |
| $n_{av}$ | | average refractive index of the grating |
| $n_i$ | | refractive index of incident ($i$ = 1) or exit ($i$ = 2) space |
| $x$ | mm | position vector which has coordinate ($x$, $y$, $z$) on the diffractive surface |

© ISO 2001 – All rights reserved

**Table 1** *(concluded)*

| Symbol | Unit | Term |
|---|---|---|
| $\Delta n$ | | amplitude of refractive index modulation |
| $\Delta\lambda$ | nm | change in wavelength |
| $\Lambda$ | µm | period of the grating |
| $\Lambda$ (x) | µm | period defined in terms of a function of the position vector $x$ on the diffractive surface |
| $\phi$ (x) | | phase function |
| $\varphi$ | $m^{-1}$ | optical power |
| $\varphi_{diff}$ | $m^{-1}$ | diffractive power of the diffractive surface |
| $\varphi_{ref}$ | $m^{-1}$ | refractive power of the original refractive surface |
| $\varphi_{tot}$ | $m^{-1}$ | total optical power of the surface |
| $\lambda$ | nm | wavelength in air |
| $\lambda_C$ | nm | wavelength at the C-line of Hydrogen (656,27 nm) |
| $\lambda_{C'}$ | nm | wavelength at the C'-line of Cadmium (643,85 nm) |
| $\lambda_F$ | nm | wavelength at the F-line of Hydrogen (486,13 nm) |
| $\lambda_{F'}$ | nm | wavelength at the F'-line of Cadmium (479,99 nm) |
| $\lambda_d$ | nm | wavelength at the d-line of Helium (587,56 nm) |
| $\lambda_e$ | nm | wavelength at the e-line of Mercury (549,07 nm) |
| $\lambda_g$ | nm | wavelength at the g-line of Mercury (435,84 nm) |
| $\nu$ | $mm^{-1}$ | local spatial frequency |
| $\nu$ (x) | $mm^{-1}$ | local spatial frequency defined as a function of the position vector $x$ on the diffractive surface |
| $\theta_i$ | rad | incident ($i$ = 1) or diffraction ($i$ = 2) angle |
| $\theta_B$ | rad | Bragg angle |

## 3 Terminology of diffractive optics

### 3.1 Diffractive optics technologies

**3.1.1**
**diffractive optics**
optical technology based on the phenomenon of the diffraction of radiation (see 3.3.3.8 and 3.3.3.9)

**3.1.2**
**binary optics**
diffractive optics technology whose optical components have a quantized surface structure in height

NOTE The word binary originally means a two-step structure in cross section, however, a staircase structure in cross section is usually referred to as binary as well regardless the number of the steps. This incorrect wording originates from that these structures are fabricated by using mask lithography technique.



© ISO 2001 – All rights reserved

**3.1.3**
**holographic optics**
diffractive optics technology that uses holograms as optical elements for transforming an incident wavefront into a specific wavefront or wavefronts

## 3.2 Diffractive optical elements and their types

**3.2.1**
**diffractive optical element**
**DOE**
optical element for which the phenomenon of the diffraction of optical radiation is the operating principle, which is usually characterized in terms of their periodic spatial structure

**3.2.2**
**amplitude diffractive optical element**
optical element which uses the diffraction created by its periodic spatial amplitude modulation

**3.2.3**
**phase diffractive optical element**
optical element which uses the diffraction created by its periodic spatial phase modulation

**3.2.4**
**transmission diffractive optical element**
diffractive optical element which operates with transmitted radiation

**3.2.5**
**reflection diffractive optical element**
diffractive optical element which operates with reflected radiation

**3.2.6**
**active diffractive optical element**
diffractive optical element whose diffraction characteristics can be dynamically changed

**3.2.7**
**holographic optical element**
**HOE**
diffractive optical element fabricated with an interferometric method

**3.2.8**
**computer generated diffractive optical element**
computer generated hologram (CGH)
computer-designed synthetic diffractive optical element

NOTE Computer generated diffractive optical element is generally fabricated with a mechanical method or by lithography, using optical radiation waves (including laser beams), electron beams, or ion beams, and is often referred to as "computer generated hologram (CGH)."

**3.2.9**
**binary optical element**
**BOE**
phase diffractive optical element having a binary-level or quantized multi-level surface-relief structure

## 3.3 Structure of diffractive optical elements

**3.3.1**
**substrate for diffractive optical elements**
basic body of the diffractive optical element

NOTE It may support the element's periodic structure on its surface, or it may contain that periodic structure within itself.

© ISO 2001 – All rights reserved

**3.3.2**
**grating**
periodic spatial structure for optical use

### 3.3.1 Phase structure

**3.3.3.1**
**phase profile**
phase distribution of a diffractive optical element, which is added to incident radiation

**3.3.3.2**
**surface relief diffractive optical element**
optical element whose diffraction is created by a periodic relief pattern deposited on or corrugated in the substrate

**3.3.3.3**
***Q*-factor**
*Q*-value
for a periodic structure with a sinusoidal refractive-index profile, it is given by

$$Q = 2\pi\lambda T / n_{av}\Lambda^2$$

where

$\lambda$ is the wavelength of the incident wave;

$T$ is the thickness of the grating;

$n_{av}$ is the average refractive index of the grating, and;

$\Lambda$ is the period of the grating

NOTE The measure used to categorize gratings as either thick or thin. It should be noted that it is defined only for sinusoidal refractive index profile.

**3.3.3.4**
**thin diffractive optical element**
diffractive optical element which produces Raman-Nath diffraction

NOTE For a diffractive optical element with a sinusoidal refractive index profile it is characterized by $Q < 1$.

**3.3.3.5**
**thick diffractive optical element**
diffractive optical element which produces Bragg diffraction

NOTE For a diffractive optical element with a sinusoidal refractive index profile, it is characterized by $Q >> 1$.

**3.3.3.6**
**volume phase diffractive optical element**
thick diffractive optical element whose diffraction is created by a periodic refractive index distribution within the substrate

**3.3.3.7**
**phase step**
stair step
step in binary phase structure


© ISO 2001 – All rights reserved

**3.3.3.8**
**binary phase structure**
discrete phase structure which may have either a simple binary or quantized phase steps

NOTE See Notes to 3.1.2 and 3.3.3.9.

**3.3.3.9**
**multi–level phase structure**
binary phase structure which has more than 2 levels in one period

NOTE 1 Multi-level phase structure includes binary phase structure in its definition, however, the both terms are sometimes used as a synonym to each other.

NOTE 2 See Note to 3.1.2.

**3.3.3.10**
**kinoform**
phase only diffractive optical element whose phase modulation is created by a surface relief profile with a discontinuous height function for which the discontinuous phase is $2\pi$

NOTE A kinoform which has a circular symmetric modulation pattern is usually referred to as kinoform lens.

**3.3.3.11**
**blazed diffractive optical element**
surface relief diffractive optical element able to concentrate the diffracted light energy in a specified diffraction order or orders

**3.3.3.12**
**deep grating**
surface relief grating whose phase depth is nearly equal to or greater than wavelength

**3.3.3.13**
**multi–diffraction–order structure**
diffractive optical element containing parts which generate different orders of diffraction

NOTE When parts form concentric zones, this structure is often referred to either as a harmonic Fresnel structure or a super zone structure.

### 3.3.2 Periodic structure

**3.3.4.1**
**period**
$\Lambda$
shortest length of the repetition in the spatial periodic structure of diffractive optical element

NOTE For the surface relief grating the period $\Lambda$ is shown in Figure 1.

© ISO 2001 – All rights reserved




**Figure 1 — Schematic drawing of a surface relief grating**

**3.3.4.2**
**local period**
local value of the period $\Lambda(x)$, defined in terms of a function of the position vector $x$ on the diffractive surface

**3.3.4.3**
**subwavelength structure**
periodic structure whose period is smaller than $\lambda/n$, where $\lambda$ is the wavelength and $n$ is the refractive index of the structure

NOTE It does not generate any diffracted light except the zero order light. Therefore, it is not a diffractive optical element. It is sometimes referred to as zero-order grating, anti-reflection structured surface or SWS.

**3.3.4.4**
**spatial frequency**
number of modulations per 1 mm (i. e. the reciprocal of the period)

**3.3.4.5**
**local spatial frequency**
reciprocal of the local period; $\nu(x) = 1/\Lambda(x)$

**3.3.4.6**
**chirped structure**
periodic structure whose period varies gradually

NOTE A grating having a gradually varying period is referred to as chirped grating.

**3.3.4.7**
***K*-vector**
grating vector
vector, whose absolute value is $2\pi\nu$ and whose direction is parallel to the direction of periodicity of a grating

NOTE $K$-vector is also referred to as grating vector. For the surface relief grating the $K$-vector is shown in Figure 1.

**3.3.4.8**
**amplitude of refractive index modulation**
$\Delta n$ when the index distribution of the diffractive surface is defined as

$$n(x) = n_{av} + \Delta n \cos(K \cdot x)$$



© ISO 2001 – All rights reserved

where

$n(\mathbf{x})$ is the index distribution of the diffractive surface;

$n_{av}$ is the average refractive index of the grating;

$K$ is grating $K$–vector, and

$x$ is position vector on the diffractive surface

**3.3.4.9**
**zone plate**
diffractive optical element which functions as a lens and is composed of concentric zones

**3.3.4.10**
**Fresnel zone plate**
diffractive optical element made up of concentric zones that are alternately opaque/transparent, in which the radius of each zone is proportional to the square root of that zone's number, with the number one being assigned to the centermost zone, and the number of each succeeding zone increasing by one

NOTE There are two types of these plates: those whose odd-numbered zones are transparent and those whose odd-numbered zones are opaque. The former type Fresnel zone plate is shown in figure 2.



**Figure 2 — Schematic drawing of a Fresnel zone plate**

**3.3.4.11**
**phase Fresnel zone plate**
Wood zone plate
diffractive optical element made up of concentric zones similar to a Fresnel zone plate, but here the zones, rather than alternating between opaque/transparent, alternate in terms of their phase: zero radian/$\pi$ radians/zero radians/etc. or $\pi$ radians/zero radian/ $\pi$ radians/etc.

NOTE Figure 3 shows the cross section of phase Fresnel zone plate.



**Figure 3 — Schematic cross section of a phase Fresnel zone plate**

© ISO 2001 – All rights reserved

**3.3.4.12**
**interferometric zone plate**
diffractive optical element whose fabrication is based on the recording of the concentric circular fringe pattern formed by two interfering beams

### 3.3.3 Design of diffractive optical elements

**3.3.5.1**
**grating equation**
equation in which change in the wave number is expressed by the grating $K$-vector and the diffraction order $m$ (See 3.4.2.1 and 3.4.2.2)

**3.3.5.2**
**phase function**
function which expresses, in terms of location on a diffractive surface, the degree of phase shift created when a ray passes through a given surface location, usually defined for the diffraction order $m$ = 1

NOTE Phase function $\phi(\mathbf{x})$ is generally given as "scalar potential" of $K$-vector $\mathbf{K}(\mathbf{x})$ as $\mathbf{K}(\mathbf{x}) = -\nabla\phi(\mathbf{x})$.

**3.3.5.3**
**optical path difference function**
function which expresses, in terms of location on a diffractive surface, the degree of added effective optical path length created when a ray passes through a given surface location, usually defined for the diffraction order $m$ = 1

NOTE The phase function multiplied by $\lambda/2\pi$ is optical path difference function.

**3.3.5.4**
**complex transmission function**
function which expresses, in terms of location on a diffractive surface, the complex amplitude transmittance of a diffractive optical element

## 3.4 Properties in diffractive optical elements

### 3.4.1 General properties

**3.4.1.1**
**diffraction angle**
angle between the normal to a diffractive optical element and the direction of any resulting diffracted optical radiation beam

NOTE It is sometimes defined as the angle between the direction of an incident diffracted optical radiation beam to a diffractive optical element and the direction of any resulting diffracted diffracted optical radiation beam. The diffraction angle in such a definition could be a measure for diffractive power of the diffractive optical element.

**3.4.1.2**
**diffraction order**
integer $m$ on the right-hand side of grating equation (See 3.4.2.1 or 3.4.2.2)

**3.4.1.3**
**diffraction efficiency**
ratio of usable energy relative to total incident energy for individual diffraction orders of a diffractive optical element



© ISO 2001 – All rights reserved

### 3.4.2 Classification of diffraction

**3.4.2.1**
**Bragg diffraction**
diffraction which occurs in thick gratings

NOTE The condition under which Bragg diffraction occurs, the Bragg condition, may be expressed in terms of its grating equation, as

$$k_2 - k_1 = \pm mK$$

i. e.

$$2n_{av}\Lambda \sin\theta_B = \pm m\lambda$$

where $k_i = (2\pi n_{av} / \lambda)N_i$

| | |
|---|---|
| $k_i$ | is the wave number vector of the incident ($i$ = 1) or the diffraction (($i$ = 2) ray; |
| $n_{av}$ | is the average refractive index of the grating; |
| $\lambda$ | is the wavelength in air; |
| $N_i$ | is the unit vector along the incident ($i$ = 1) or the diffraction (($i$ = 2) ray; |
| $\pm m$ | is the diffraction order; |
| $K$ | is the $K$-vector; |
| $\Lambda$ | is the grating period, and |
| $\theta_B$ | is the Bragg angle (= the incident angle = diffraction angle). |

See Figure 4.




**Figure 4 — Schematic drawing illustrating Bragg diffraction**

© ISO 2001 – All rights reserved

**3.4.2.2**
**Raman-Nath diffraction**
diffraction which occurs in thin gratings

NOTE The condition under which Raman-Nath diffraction occurs may be expressed in terms of its grating equation, as

$$k_2 \times N - k_1 \times N = \pm mK \times N$$

i. e.

$$n_2 N_2 \times N - n_1 N_1 \times N = \pm m\lambda K/(2\pi) \times N$$

where $k_i = (2\pi n_i / \lambda) N_i$

$k_i$ is the wave number vector of the incident ($i$ = 1) or the diffraction ($i$ = 2) ray;

$n_i$ is the refractive index of incident ($i$ = 1) or exit ($i$ = 2) space;

$\lambda$ is the wavelength in air;

$N_i$ is the unit vector along incident ($i$ = 1) or the diffraction (($i$ = 2) ray;

$N$ is the unit normal vector of the diffractive surface;

$\pm m$ is the diffraction order, and

$K$ is the $K$-vector;

See Figure 5.

When $k_1$, $N$ and $K$ are on the common plane, then the grating equation becomes

$$\Lambda(n_2 \sin\theta_2 - n_1 \sin\theta_1) = m\lambda$$

where

$\Lambda$ is the grating period, and

$\theta_i$ is the incident ($i$ = 1) and diffraction ($i$ = 2) angle.

These equations are often referred to as "ray-tracing equation for diffractive optical elements." When $K$ = 0 or $1/\Lambda$ = 0, these equations become "Snell's law" equation.)



© ISO 2001 – All rights reserved




**Figure 5 — Schematic drawing illustrating Raman-Nath diffraction**

**3.4.2.3**
**scalar diffraction theory**
diffraction theory used to predict the approximate diffraction efficiency based on Helmholtz equation in which the period is much greater than the wavelength of the incident radiation

**3.4.2.4**
**vector diffraction theory**
rigorous electromagnetic theory used to predict diffraction efficiency by solving Maxwell's equations numerically for periodic structure

### 3.4.3 Dispersion properties

**3.4.3.1**
**dispersion of diffractive optical elements**
variation in diffraction angle due to variations in wavelength

**3.4.3.2**
**effective Abbe number of diffractive optical element**
the ratio of original wavelength to the change in wavelength in air, defined as

$$V_{\text{diff}} = \lambda/(\lambda_1 - \lambda_2)$$

where

| | |
|---|---|
| $V_{\text{diff}}$ | is the effective Abbe number of diffractive optical element; |
| $\lambda$ | is the wavelength; |
| $(\lambda_1 - \lambda_2)$ | is the change in interested wavelengths. |

© ISO 2001 – All rights reserved

NOTE Effective Abbe number of diffractive optical element at the d-line is defined by the following equation.

$$V_{\text{diff, d}} = \lambda_d / (\lambda_F - \lambda_C) = -3{,}453$$

where

| | |
|---|---|
| $V_{\text{diff, d}}$ | is effective Abbe number of diffractive optical element at the d–line of Helium; |
| $\lambda_d$ | is the wavelength at the d–line of Helium (587,56 nm); |
| $\lambda_F$ | is the wavelength at the F–line of Hydrogen (486,13 nm); |
| $\lambda_C$ | is the wavelength at the C–line of Hydrogen (656,27 nm). |

The value of $V_{\text{diff, d}}$ is a minus-value constant.

On the other hand, Effective Abbe number of diffractive optical element at the e-line is defined by the following equation.

$$V_{\text{diff, e}} = \lambda_e / (\lambda_{F'} - \lambda_{C'}) = -3{,}333$$

where

| | |
|---|---|
| $V_{\text{diff, e}}$ | is effective Abbe number of diffractive optical element at the e–line of Mercury; |
| $\lambda_e$ | is the wavelength at the e–line of Mercury (546,07 nm); |
| $\lambda_{F'}$ | is the wavelength at the F'–line of Cadmium (479,99 nm); |
| $\lambda_{C'}$ | is the wavelength at the C'–line of Cadmium (643,85 nm). |

The value of $V_{\text{diff, e}}$ is also a minus-value constant.

**3.4.3.3**
**effective partial dispersion of diffractive optical element**
the ratio of two wavelength differences defined as

$$P_{\text{diff}} = (\lambda_1 - \lambda_2)/(\lambda_3 - \lambda_4)$$

where

| | |
|---|---|
| $P_{\text{diff}}$ | is the effective diffractive partial dispersion, and |
| $\lambda_1$, $\lambda_2$, $\lambda_3$ ,and $\lambda_4$ | are interested wavelengths |

**3.4.3.4**
**standard partial dispersion of diffractive optical elements**
effective partial dispersion of diffractive optical elements relative to F and C lines, defined as,

$$P_{\text{diff, g, F}} = (\lambda_g - \lambda_F)/(\lambda_F - \lambda_C) = 0{,}2956$$



© ISO 2001 – All rights reserved

where

$P_{diff, g, F}$ is the standard partial dispersion of diffractive optical element;

$\lambda_g$ is the wavelength at the g–line of Mercury (435,84 nm);

$\lambda_F$ is the wavelength at the F–line of Hydrogen (486,3 nm) and

$\lambda_C$ is the wavelength at the C–line of Hydrogen (656,27 nm);

### 3.4.4 Polarization

**3.4.4.1**
**TE–polarization**
polarization of an incident wave, whose electric field vector is perpendicular to the $K$-vector (see Figure 6)




**Figure 6 — TE-polarization**

**Key**

$E$ electric field vector
$H$ magnetic field
$K$ K-vector

**3.4.4.2**
**TM-polarization**
polarization of an incident wave, whose magnetic field vector is perpendicular to the $K$-vector (see Figure 7)




**Figure 7 — TM-polarization**

**Key**

$E$ electric field vector
$H$ magnetic field
$K$ K-vector

© ISO 2001 – All rights reserved

**3.4.4.3**
**p–polarization**
polarization of the incident wave, whose electric field vector is parallel to the plane including both the *K*-vector and the incident wave vector (see Figure 8)




**Figure 8 — p-polarization**

**Key**

*N* normal vector of a diffractive surface
*k* incident wave vector
*K* K-vector
*E* electric field vector

**3.4.4.4**
**s–polarization**
polarization of the incident wave, whose electric field vector is perpendicular to the plane including both the *K*-vector and the incident wave vector (see Figure 9)




**Figure 9 — s-polarization**

**Key**

*N* normal vector of a diffractive surface
*k* incident wave vector
*K* K-vector
*E* electric field vector



© ISO 2001 – All rights reserved

## 3.5 Applications

**3.5.1**
**diffractive lens**
optical element to converge or diverge a bundle of rays from an object by utilizing diffraction effect

**3.5.2**
**diffractive power**
for a radial symmetric diffractive surface, it is given by

$$\varphi_{\text{diff}} = (m\lambda/\pi)\lim_{h\to 0}(\phi(h)/h^2)$$

where

| | |
|---|---|
| $m$ | is integer; |
| $\lambda$ | is wavelength; |
| $h$ | is the height from the optical axis and |
| $\phi$ (h) | is phase function of the diffractive surface |

**3.5.3**
**total optic power**
when a radial symmetric diffractive surface is constructed on a curved refractive surface, its total optical power of the surface is the sum of the refractive power and the diffractive power of the surface, i.e.,

$$\varphi_{\text{tot}} = \varphi_{\text{ref}} + \varphi_{\text{diff}}$$

where

| | |
|---|---|
| $\varphi_{\text{tot}}$ | is the total optical power of the surface; |
| $\varphi_{\text{ref}}$ | is the refractive power of the original refractive surface, and; |
| $\varphi_{\text{diff}}$ | is its diffractive power. |

**3.5.4**
**multifocal lens**
diffractive lens for which rays of different diffraction orders have different focusing points

**3.5.5**
**refractive diffractive hybrid lens**
lens made by combining a refractive lens and a diffractive lens, or one in which a diffractive structure has been produced on the surface of a conventional refractive lens

© ISO 2001 – All rights reserved