File: Moharam - Gaylord
KW: thin gratings, diffraction, 1D, diffraction regime

Volume 32, number 1 OPTICS COMMUNICATIONS January 1980

# CRITERIA FOR RAMAN-NATH REGIME DIFFRACTION BY PHASE GRATINGS

M.G. MOHARAM, T.K. GAYLORD and R. MAGNUSSON
*School of Electrical Engineering, Georgia Institute of Technology, Atlanta, GA 30332, USA*

Received 28 September 1979

Three alternative criteria for the occurrence of Raman-Nath regime diffraction by planar phase gratings are presented and evaluated.

## 1. Introduction

Planar phase gratings are of considerable importance as diffracting elements in the coupling, deflection, filtering, guidance, and modulation of light in applications such as acousto-optics, holography, integrated optics, and spectroscopy. Raman and Nath [1] in the 1930's treated the diffraction of light by (acoustically produced) refractive index gratings. The Raman-Nath regime of diffraction is a well known concept arising from this work. The terminology "Raman-Nath regime", though well established in the literature is usually not explicity defined. It is usually taken as being synonymous with "thin" grating diffraction or the presence of multiple grating diffracted orders with diffraction efficiencies $\eta_i$ given by

$$\eta_i = J_i^2(2\gamma), \qquad (1)$$

where $i$ is the integer (negative, zero, or positive) representing the diffracted order. $J_i$ are integer order ordinary Bessel functions of the first kind. The quantity $\gamma$ is the modulation parameter given by

$$\gamma = \pi n_1 d/\lambda \cos\theta, \qquad (2)$$

where $n_1$ is the amplitude of the sinusoidal refractive index grating, $d$ is the thickness of the grating, $\lambda$ is the free-space wavelength, and $\theta$ is the angle of incidence inside the grating. Thin gratings may be defined in terms of the parameter $Q'$ or $Q$ where

$$Q' = Q/\cos\theta = 2\pi\lambda d/n_0\Lambda^2 \cos\theta \qquad (3)$$

and where $n_0$ is the average refractive index, and $\Lambda$ is the grating spacing. Thin gratings have sometimes been defined as gratings with $Q \ll 1$ [e.g., 2–4]. However, the modulation level must also be specified in determining the type of diffraction behavior. If the modulation parameter is sufficiently small, thin grating or Raman-Nath regime diffraction behavior can be observed even at large values of $Q'$. Both $Q'$ and $\gamma$ are, in general, needed to specify the type of diffraction behavior that will occur.

Approximate descriptions of the Raman-Nath regime boundary that include the effect of modulation have been obtained previously. Converting their notation to that used here, Extermann and Wannier [5] described the Raman-Nath regime as occurring when $Q'\gamma \leqslant 1$ together with $Q' < 2$. Willard [6] described the occurrence of Raman-Nath diffraction when $Q'\gamma \leqslant \pi^2/8$ for the grating. Neither defined the errors associated with using these diffraction regime boundaries.

It is the purpose of this paper to present and evaluate three alternative, explicitly defined criteria for the occurrence of the Raman-Nath regime and to compare these with approximate results. The appropriate criterion to be used in any particular case depends on the application of the grating device.

## 2. Relationship to intermediate and Bragg regimes

The diffraction by planar phase gratings may be classified into three regimes [e.g. 2–4,7]: Raman-Nath, intermediate (or transition), and Bragg regime. The approximate relationship of these regimes in $Q'$ and $\gamma$ is

Volume 32, number 1 OPTICS COMMUNICATIONS January 1980




Fig. 1. Approximate Raman-Nath, intermediate, and Bragg regime locations in $Q'$ and $\gamma$.

shown in fig. 1. For some modulation levels there is no intermediate or transition region between the Raman-Nath and Bragg regimes. The overlap of the Raman-Nath and Bragg regimes at low modulation levels has been discussed previously [e.g. 6,7]. Diffracted intensities are commonly calculated in the Raman-Nath regime using the transmittance approach and the Fraunhofer approximation [e.g. 8]. In the Bragg regime, two-wave coupled-wave theory [9] is commonly used. In the intermediate regime, either rigorous modal theory [e.g. 10] or multiwave coupled-wave theory [11] may be used. In another paper [12] we have defined and evaluated the Bragg regime diffraction boundary in detail. The present work similarly defines and evaluates the Raman-Nath regime boundary.

## 3. Raman-Nath regime criteria

In the Raman-Nath diffraction regime, a thin planar phase grating exhibits diffraction efficiencies given by eq. (1) which is valid for any angle of incidence. This expression applies to the zero-order, first-order, and all higher-order diffracted waves. In actual practice the results obtained from eq. (1) are only approximate due to the finite thickness of the grating. The zero-order, first-order, and higher-order waves may differ from the values predicted by eq. (1) by varying amount. Depending on which orders are important for a given application, different criteria for the Raman-Nath regime may be defined. If the transmitted (zero-order) beam is predicted by eq. (1) to within a specified error limit, then the Raman-Nath diffraction regime may be said to exist according to the *Zero-Order Beam Criterion*. This is important in applications such as modulation where the zero-order beam power represents an information signal. If the first order (fundamental) diffracted beam is described by eq. (1) to within a specified error limit, then the Raman-Nath regime may be said to exist according to the *First-Order Beam Criterion*. This is important in applications such as deflection where control of fundamental diffracted beam power is important.

January 1980

BRAGG
REGIME

"thick" grating

$10^3$

: of incidence. This
:r, first-order, and
n actual practice
re only approximate
;rating. The zero-or-
/aves may differ
1) by varying amoun.
portant for a given
he Raman-Nath re-
nitted (zero-order)
thin a specified error
ction regime may be
›-*Order Beam Crite-*
ions such as modula-
›wer represents an
er (fundamental) dif-
1) to within a speci-
Nath regime may be
*t-Order Beam Crite-*
ions such as deflec-
l diffracted beam



In the most restrictive definition, Raman-Nath regime diffraction may be said to occur when all the diffracted waves (zero-order, first-order, and higher-order) are given by eq. (1). This could be referred to as the *Composite Criterion*. It is useful when overall accuracy is needed.

## 4. Evaluation of criteria

The three criteria listed above can be simply expressed in exact mathematical terms. The zero, fundamental, and higher-order diffraction efficiencies oscillate with increasing modulation and may be near zero various values of modulation. As a result, the absolute error in the diffraction efficiency is probably more meaningful than percentage error (which may approach infinity). Therefore, the Raman-Nath regime of diffraction may be defined according to the above criteria as:

1. Zero-Order Beam Criterion

$$|\eta_0 - J_0^2(2\gamma)| \leqslant \epsilon \qquad (4)$$

2. First-Order Beam Criterion

$$|\eta_1 - J_1^2(2\gamma)| \leqslant \epsilon \qquad (5)$$

3. Composite Criterion

$$\ldots, |\eta_{-1} - J_{-1}^2(2\gamma)|, |\eta_0 - J_0^2(2\gamma)|,$$

$$|\eta_1 - J_1^2(2\gamma)|, \ldots \leqslant \epsilon \qquad (6)$$

where $\epsilon$ is an arbitrary absolute error. Each of these is a legitimate definition of the Raman-Nath regime, and each is useful in a different set of applications.

To evaluate exactly when each is valid requires extensive calculations and comparisons to an essentially




Fig. 2. Zero-order beam criterion for Raman-Nath regime plotted for 1% absolute error for normal and Bragg angle incidence. Approximating analytical expression $Q'\gamma = 1$ is shown for comparison.

exact theory. From the general multiwave coupled-wave theory [11] the zero-order diffraction efficiency ($\eta_0$), the first-order fundamental diffraction efficiency ($\eta_1$), and all higher-order diffraction efficiencies ($\eta_i$) may be calculated. Using these results, the various criteria may be evaluated exactly.

As an illustrative example, the error ($\epsilon$) was set equal to 0.01. Then the points in $\gamma$ and $Q'$ were calculated that produced an error of 0.01. These are plotted in figs. 2 through 4 for the three criteria. Calculations were performed for both normal incidence and incidence at the Bragg angle, the most common cases in practical applications. The ranges of the modulation parameter $\gamma$ and thickness parameter $Q'$ were chosen to cover virtually all practical physical cases.

All grating diffraction situations represented by points to the left of the boundary satisfy that particular Raman-Nath regime criterion. For comparison the approximate boundary $Q'\gamma = 1$ is plotted in each figure. In the composite criterion case only the limiting 1% boundaries are shown. To the left of these boundaries one is assured that the error does not exceed 1% in the zero-order beam, in the first-order beam, or in any of the higher-order beams.

In addition to $\epsilon = 0.01$, complete regime boundary calculations have been performed by us for other values of $\epsilon$. The same trends shown here in figs. 2 through 4 were predictably repeated for these other values.

## 5. Conclusions

The concept of Raman-Nath or "thin" grating diffraction is well-known. However, the diffraction re-




Fig. 3. First-order beam criterion for Raman-Nath regime plotted for 1% absolute error for normal and Bragg angle incidence. Approximating analytical expression $Q'\gamma = 1$ is shown for comparison.








Fig. 4. Composite
imating analytical

gime boundary
lated. Three alt
Raman-Nath re
defined, calcula
expression $Q'\gamma$
different set of
boundaries dete
$J_i^2(2\gamma)$ expressi
to each Raman-

This work w
Foundation an

References

[1] C.V. Raman
(1935) 406,

January 1980

comparison the ap-
)tted in each figure.
ly the limiting 1%
of these boundaries
ıot exceed 1% in
rder beam, or in any

te regime boundary
by us for other val-
ere in figs. 2 through
ese other values.

"thin" grating dif-
he diffraction re-

$10^2$

g angle incidence. Ap-






Fig. 4. Composite criterion for Raman-Nath regime plotted for 1% absolute error for normal and Bragg angle incidence. Approximating analytical expression $Q'\gamma = 1$ is shown for comparison.

gime boundary has not previously been exactly calculated. Three alternative, mathematically defined, Raman-Nath regime diffraction boundaries have been defined, calculated, and compared to the approximate expression $Q'\gamma = 1$. Each criterion is appropriate to a different set of applications. The calculated regime boundaries determine when the well-known $\eta_i = J_i^2(2\gamma)$ expression may be accurately used according to each Raman-Nath regime criterion.

This work was sponsored by the National Science Foundation and by the Army Research Office.

## References


[1] C.V. Raman and N.S.N. Nath, Proc. Indian Acad. Sci. 2 (1935) 406, 413; 3 (1936) 75, 119, 459.
[2] W.R. Klein and B.D. Cook, IEEE Trans. Sonics Ultrasonics SU-14 (1967) 123.
[3] A. Schmackpfeffer, W. Jarisch and W.W. Kulcke, IBM J. Res. Dev. 14 (1970) 533.
[4] N. Uchida and N. Niizeki, Proc. IEEE 61 (1973) 1073.
[5] R. Extermann and G. Wannier, Helv. Phys. Acta 9 (1936) 520.
[6] G.W. Willard, J. Acous. Soc. Am. 21 (1949) 101.
[7] R. Magnusson and T.K. Gaylord, J. Opt. Soc. Am. 68 (1978) 809.
[8] J.W. Goodman, Introduction to Fourier optics (McGraw-Hill, 1968).
[9] H. Kogelnik, Bell Syst. Tech. J. 48 (1969) 2909.
[10] R.S. Chu and T. Tamir, IEEE Trans. Microwave Theory Techn. MTT-18 (1970) 486.
[11] R. Magnusson and T.K. Gaylord, J. Opt. Soc. Am. 67 (1977) 1165.
[12] M.G. Moharam, T.K. Gaylord and R. Magnusson, Optics Comm. 32 (1980) 14.

Jan 16 08 03:44p DOJ LIBRARIES -1425NYA (202) 616-8718 p.2
16-Jan-2008 10:02am From-Naval Research Lab. Library T-582 P.002 F-846

THE BELL SYSTEM

TECHNICAL JOURNAL

DEVOTED TO THE SCIENTIFIC AND ENGINEERING ASPECTS OF ELECTRICAL COMMUNICATION

Volume 48 November 1969 Number 9

*Copyright © 1969, American Telephone and Telegraph Company*

# Coupled Wave Theory for Thick Hologram Gratings

By HERWIG KOGELNIK

(Manuscript received May 23, 1969)

*A coupled wave analysis is given of the Bragg diffraction of light by thick hologram gratings, which is analogous to Phariseau's treatment of acoustic gratings and to the "dynamical" theory of X-ray diffraction. The theory remains valid for large diffraction efficiencies where the incident wave is strongly depleted. It is applied to transmission holograms and to reflection holograms. Spatial modulations of both the refractive index and the absorption constant are allowed for. The effects of loss in the grating and of slanted fringes are also considered. Algebraic formulas and their numerical evaluations are given for the diffraction efficiencies and the angular and wavelength sensitivities of the various hologram types.*

## I. INTRODUCTION

Holographic recording in thick media ("volume recording") is of particular interest for high-capacity information storage,[1-3] for color holography[4] and for efficient white-light display of holograms.[5-9] The high efficiency of light conversion which is attainable with thick dielectric holograms is also important for microimaging, and it may make it practical to use holographic optical components (for example, gratings or fly's eye lenses) in a variety of optical systems.

In thick holograms it is light diffraction at or near the Bragg angle

Jan 16 08 03:44p DOJ LIBRARIES -1425NYA (202) 616-8718 p.3
16-Jan-2008 10:02am From-Naval Research Lab. Library T-582 P.003 F-846






Fig. 1—Model of a thick hologram grating with slanted fringes. The spatial modulation of $n$ or $\alpha$ is indicated by the dotted pattern. The grating parameters are: $\theta$—angle of incidence in the medium, K—grating vector (perpendicular to the fringe planes), $\Lambda$—grating period, $\phi$—slant angle, and $d$—grating thickness.

Wave propagation in the grating is described by the scalar wave equation

$$\nabla^2 E + k^2 E = 0, \tag{1}$$

where $E(x, z)$ is the complex amplitude of the $y$-component of the electric field, which is assumed to be independent of $y$ and to oscillate with an angular frequency $\omega$. The propagation constant $k(x, z)$ is spatially modulated and related to the *relative* dielectric constant $\epsilon(x, z)$ and the conductivity $\sigma(x, z)$ of the medium by

$$k^2 = \frac{\omega^2}{c^2}\epsilon - j\omega\mu\sigma \tag{2}$$

where $c$ is the light velocity in free space and $\mu$ is the permeability of the medium which we assume to be equal to that of free space. In our model the constants of the medium are independent of $y$. The fringes of the hologram grating are represented by a spatial modulation of $\epsilon$ or $\sigma$:

Jan 16 08 03:45p DOJ LIBRARIES -1425NYA (202) 616-8718 p.4
16-Jan-2008 10:02am From-Naval Research Lab. Library T-582 P.004 F-846



and for the coupling constant

$$\kappa = \pi n_1/\lambda - j\alpha_1/2. \tag{9}$$

The spatial modulation indicated by $n_1$ or $\alpha_1$ forms a grating which couples the two waves $R$ and $S$ and leads to an exchange of energy between them. We describe these waves by complex amplitudes $R(z)$ and $S(z)$ which vary along $z$ as a result of this energy interchange or because of an energy loss from absorption. The total electric field in the grating is the superposition of the two waves:

$$E = R(z)e^{-j\boldsymbol{\rho}\cdot\mathbf{x}} + S(z)e^{-j\boldsymbol{\sigma}\cdot\mathbf{x}}. \tag{10}$$

The propagation vectors $\boldsymbol{\rho}$ and $\boldsymbol{\sigma}$ contain the information about the propagation constants and the directions of propagation of $R$ and $S$. $\boldsymbol{\rho}$ is assumed to be equal to the propagation vector of the free reference wave in the absence of coupling. $\boldsymbol{\sigma}$ is forced by the grating and related to $\boldsymbol{\rho}$ and the grating vector by

$$\boldsymbol{\sigma} = \boldsymbol{\rho} - \mathbf{K} \tag{11}$$

which has the appearance of a conservation of momentum equation. $\boldsymbol{\rho}$ and $\boldsymbol{\sigma}$ have been chosen to conform as closely as possible with our picture of the physical process of the diffraction in the grating. If the actual phase velocities differ somewhat from the assumed values, then these differences will appear in the complex amplitudes $R(z)$ and $S(z)$ as a result of the theory.

Figure 2 shows the vectors of interest and their orientation. The components of $\boldsymbol{\rho}$ are $\rho_x$ and $\rho_z$ which are given by

$$\boldsymbol{\rho} = \begin{bmatrix} \rho_x \\ 0 \\ \rho_z \end{bmatrix} = \beta \begin{bmatrix} \sin\theta \\ 0 \\ \cos\theta \end{bmatrix}. \tag{12}$$

From this and equation (11) follow the $\boldsymbol{\sigma}$-components $\sigma_x$ and $\sigma_z$

$$\boldsymbol{\sigma} = \begin{bmatrix} \sigma_x \\ 0 \\ \sigma_z \end{bmatrix} = \beta \begin{bmatrix} \sin\theta - \dfrac{K}{\beta}\sin\phi \\ 0 \\ \cos\theta - \dfrac{K}{\beta}\cos\phi \end{bmatrix}. \tag{13}$$

The vector relation (11) is shown in Fig. 3 together with a circle of radius $\beta$. The general case is shown in Fig. 3a, where the Bragg

deviations $\Delta\theta$ from the Bragg angle $\theta_0$. For a fixed angle of incidence a similar violation takes place for changes $\Delta\lambda$ from the correct wavelength $\lambda_0$. We write

$$\theta = \theta_0 + \Delta\theta, \tag{15}$$

and

$$\lambda = \lambda_0 + \Delta\lambda,$$

and assume in the following that the deviations $\Delta\theta$ and $\Delta\lambda$ are small.

Angular changes $\Delta\theta$ have very similar effects on the behavior of the grating as wavelength changes $\Delta\lambda$, and there is a close relation between the angular sensitivity and the wavelength sensitivity of thick hologram gratings. We get an idea of this relationship by differentiating the Bragg condition (14), from which results

$$\frac{d\theta_0}{d\lambda_0} = K/4\pi n \sin(\phi - \theta_0). \tag{16}$$

The $\theta - \lambda$ connection shows up in the dephasing measure $\vartheta$ which appears in the coupled wave equations and which is defined by

$$\vartheta = (\beta^2 - \sigma^2)/2\beta = K\cos(\phi - \theta) - \frac{K^2}{4\pi n}\lambda \tag{17}$$

and which has been expressed in this form using equation (13). A Taylor series expansion of equation (17) yields the following expression for $\vartheta$ which is correct to the first order in the deviations $\Delta\theta$ and $\Delta\lambda$:

$$\vartheta = \Delta\theta\cdot K\sin(\phi - \theta_0) - \Delta\lambda\cdot K^2/4\pi n. \tag{18}$$

Note that the deviations $\Delta\theta$ and $\Delta\lambda$ which produce equal dephasing $\vartheta$ are related by equation (16).

We are now ready to derive the coupled wave equations. We combine equations (1) and (4), and insert the expressions of (10) and (11). Then we compare the terms with equal exponentials ($e^{-j\rho\cdot x}$ and $e^{-j\sigma\cdot x}$) and arrive at

$$R'' - 2jR'\rho_z - 2j\alpha\beta R + 2\kappa\beta S = 0 \tag{19}$$

and

$$S'' - 2jS'\sigma_z - 2j\alpha\beta S + (\beta^2 - \sigma^2)S + 2\kappa\beta R = 0, \tag{20}$$

where the primes indicate differentiation with respect to $z$. The waves generated in the directions of $\rho + K$ and $\sigma - K$ are neglected, together with all other higher diffraction orders. In addition we assume that the

Jan 16 08 03:45p DOJ LIBRARIES -1425NYA (202) 616-8718 p.6
16-Jan-2008 10:02am From-Naval Research Lab. Library T-582 P.006/036 F-846

energy interchange between $S$ and $R$ is slow and that energy is absorbed slowly, if at all. This allows us to neglect $R''$ and $S''$. We will check the results of the theory later for a more detailed justification of this last step. We can now introduce equation (18) and rewrite the above equations in the form

$$c_R R' + \alpha R = -j\kappa S \tag{21}$$

$$c_S S' + (\alpha + j\vartheta) S = -j\kappa R. \tag{22}$$

These are the coupled wave equations which are the basis for our analysis. The abbreviations $c_R$ and $c_S$ stand for the expressions

$$\begin{aligned} c_R &= \rho_z/\beta = \cos\vartheta \\ c_S &= \sigma_z/\beta = \cos\theta - \frac{K}{\beta}\cos\phi. \end{aligned} \tag{23}$$

Our physical picture of the diffraction process is reflected in the coupled wave equations. A wave changes in amplitude along $z$ because of coupling to the other wave ($\kappa R$, $\kappa S$) or absorption ($\alpha R$, $\alpha S$). For deviations from the Bragg condition $S$ is forced out of synchronism with $R$ and the interaction decreases ($\vartheta S$).

The energy balance of the coupled-wave model is described by the relation

$$(c_R RR^* + c_S SS^*)' + 2\alpha(RR^* + SS^*) + j(\kappa - \kappa^*)(RS^* + R^*S) = 0 \tag{24}$$

where the asterisk denotes a complex conjugate. This is easily derived from equations (21) and (22) by multiplying them with $R^*$ and $S^*$, respectively, and adding the results together with the complex conjugate results. The presence of the obliquity factors $c_R$ and $c_S$ in the first part of equation (24) indicates that it is the power flow of the two waves *in the z direction* that enters the energy balance. In the absence of ohmic loss this power flow is conserved. The second and the third part in the equation describe the energy loss resulting from absorption in the grating. They correspond to the relevant terms of $\sigma EE^*$.

### 2.2 *Solution of the Coupled Wave Equations*

It is straight forward to obtain the general solution of the coupled wave equations, which is

$$R(z) = r_1 \exp(\gamma_1 z) + r_2 \exp(\gamma_2 z) \tag{25}$$

$$S(z) = s_1 \exp(\gamma_1 z) + s_2 \exp(\gamma_2 z) \tag{26}$$

where the $r_i$ and $s_i$ are constants which depend on the boundary conditions. To determine the constants $\gamma_i$ we insert equations (25) and (26) into the coupled wave equations and obtain

$$(c_R\gamma_i + \alpha)r_i = -j\kappa s_i \tag{27}$$

$$i = 1, 2$$

$$(c_S\gamma_i + \alpha + j\vartheta)s_i = -j\kappa r_i\,. \tag{28}$$

After multiplying the equations with each other we get a quadratic equation for $\gamma_i$

$$(c_R\gamma_i + \alpha)(c_S\gamma_i + \alpha + j\vartheta) = -\kappa^2, \tag{29}$$

with the solution

$$\gamma_{1,2} = -\frac{1}{2}\left(\frac{\alpha}{c_R} + \frac{\alpha}{c_S} + j\frac{\vartheta}{c_S}\right) \pm \frac{1}{2}\left[\left(\frac{\alpha}{c_R} - \frac{\alpha}{c_S} - j\frac{\vartheta}{c_S}\right)^2 - 4\frac{\kappa^2}{c_Rc_S}\right]^{\frac{1}{2}}. \tag{30}$$

At this point we divert briefly from the main derivation, because now we have the means to check the validity of neglecting $R''$ and $S''$ in Section 2.1. This step is justified if the conditions $R'' \ll \zeta_r R'$, and $S'' \ll \sigma_s S'$ are obeyed. In view of equations (25) and (26) this will happen if $\gamma_i \ll \beta$. According to equation (30) the above requirement is met if $\Delta\theta \ll 1$ and if the inequalities of equation (7) are satisfied (which is usually the case).

Continuing the coupled wave analysis, we have to determine the constants $r_i$ and $s_i$. To do this we have to introduce boundary conditions into our model. These are different for transmission holograms and for reflection holograms. Figure 4 gives an indication of this. For both hologram types the reference wave $R$ is assumed to start with unit amplitude at $z = 0$. It decays as it propagates to the right and couples energy into $S$. In transmission holograms the signal $S$ starts out with zero amplitude at $z = 0$ and propagates to the right $(c_S > 0)$. In reflection holograms the signal travels to the left $(c_S < 0)$ and it starts with zero amplitude at $z = d$.

Let us first analyze transmission holograms where $c_S > 0$. Here, the boundary conditions are

$$R(0) = 1, \qquad S(0) = 0 \tag{31}$$

as discussed before. If we insert these boundary conditions into equa-

Jan 16 08 03:45p DOJ LIBRARIES -1425NYA (202) 616-8718 p.8
16-Jan-2008 10:03am From-Naval Research Lab. Library T-592 P.008/036 F-846




Fig. 4—Wave propagation in (a) transmission and (b) reflection holograms. The reference wave $R$ decays while it propagates to the right. In (a) the signal $S$ travels to the right and gains with $z$, while in (b) $S$ travels to the left and gains with decreasing $z$. The shading indicates the orientation of the fringes.

tions (25) and (26), it follows immediately that

$$r_1 + r_2 = 1,$$

and (32)

$$s_1 + s_2 = 0.$$

Combining these relations with equation (28) we obtain

$$s_1 = -s_2 = -j\kappa/c_S(\gamma_1 - \gamma_2). \tag{33}$$

Introducing these constants in equation (26) we arrive at an expression for the amplitude of the signal wave at the output of the grating

$$S(d) = j\frac{\kappa}{c_S(\gamma_1 - \gamma_2)}(\exp(\gamma_2 d) - \exp(\gamma_1 d)). \tag{34}$$

This is a general expression, which is valid for all types of thick transmission holograms including the cases of off-Bragg incidence, of lossy gratings and of slanted fringe planes.

The analysis of reflection holograms follows a pattern similar to the above. We have $c_S < 0$ and boundary conditions given by

$$R(0) = 1, \qquad S(d) = 0. \tag{35}$$

The output plane for the signal wave is, now, at $z = 0$, and $S(0)$ is the output amplitude of interest. Inserting the boundary conditions in equations (25) and (26) yields

$$r_1 + r_2 = 1$$

and

$$s_1 \exp(\gamma_1 d) + s_2 \exp(\gamma_2 d) = 0. \tag{36}$$

To proceed with our derivation we rewrite the above relation for $s_1$ and $s_2$ in the form

$$s_1(\exp(\gamma_2 d) - \exp(\gamma_1 d)) = (s_1 + s_2)\exp(\gamma_2 d)$$
$$s_2(\exp(\gamma_2 d) - \exp(\gamma_1 d)) = -(s_1 + s_2)\exp(\gamma_1 d). \tag{37}$$

Then we sum equation (28) for $i = 1$ and $i = 2$ and obtain the relation

$$-j\kappa(r_1 + r_2) = -j\kappa = (s_1 + s_2)(\alpha + j\vartheta) + c_S(\gamma_1 s_1 + \gamma_2 s_2). \tag{38}$$

Using the relations (37) to substitute the sum $(s_1 + s_2)$ for the terms $s_1$ and $s_2$ in this equation we finally arrive at the result for the amplitude $S(0)$ of the output signal of a reflection hologram

$$S(0) = s_1 + s_2 = -j\kappa \Big/ \left\{\alpha + j\vartheta + c_S \frac{\gamma_1 \exp(\gamma_2 d) - \gamma_2 \exp(\gamma_1 d)}{\exp(\gamma_2 d) - \exp(\gamma_1 d)}\right\}. \tag{39}$$

This is, again, a formula of quite general validity, including off-Bragg incidence, loss, and slant.

In the following sections we discuss the behavior of transmission and reflection holograms in greater detail, using the general formulas derived above. In these discussions a parameter of prime interest is the diffraction efficiency $\eta$, which is defined as

$$\eta = \frac{|c_S|}{c_R} SS^* \tag{40}$$

where $S$ is the (complex) amplitude of the output signal for a reference wave $R$ incident with unit amplitude. $\eta$ is the fraction of the incident light power which is diffracted into the signal wave. $S$ is equal to $S(d)$ for transmission holograms and equal to $S(0)$ for reflection holograms in the notation of this section. But for reasons of simplicity we omit the arguments in the following sections. The obliquity factors $c_R$ and $c_S$ appear in the above definition for the same reason they have appeared in the energy balance of equation (24): in the absence of loss it is the power flow in the $z$ direction which is conserved.

For slanted gratings another important parameter is the slant factor $c$ which is defined as the ratio between the obliquity factors

$$c = c_R/c_S = -\cos\theta/\cos(\theta_0 - 2\phi)$$

which we have expressed here, for Bragg incidence, in terms of the angle of incidence $\theta_0$ and the slant angle $\phi$. Figure 5 indicates lines of constant $c$ as a function of $\theta_0$ and $\phi$. For transmission holograms $c$ is positive ($c > 0$), and for reflection holograms $c$ is negative ($c < 0$). In the diagram transmission and reflection holograms are separated by the line for $c = \infty$.

## III. TRANSMISSION HOLOGRAMS

In this section we discuss transmission holograms in greater detail. We give algebraic formulas and their numerical evaluations for the diffraction efficiencies and the angular and wavelength sensitivities of dielectric and of absorption gratings. This includes results on the influence of loss and slant.




Fig. 5—The slant factor $c$ as a function of the angle of incidence $\theta_0$ and the slant angle $\phi$. $c$ is positive for transmission holograms and negative for reflection holograms.

It is convenient to write the various diffraction formulas in terms of parameters $\nu$ and $\xi$, which are redefined for each grating type. In these parameters are lumped together the constants of the medium ($n$, $\alpha$, $n_1$, $\alpha_1$, $\kappa$), the obliquity factors ($c_R$, $c_S$), the wavelength, the grating thickness $d$, and the dephasing measure $\vartheta$. By using $\nu$ and $\xi$, various trade-offs become immediately apparent.

We recall that, for transmission holograms, $c_S$ is positive and the output signal appears at $z = d$. Combining equations (30) and (34) we obtain a general formula for the signal amplitude $S$ of a transmission grating

$$S = -j\left(\frac{c_R}{c_S}\right)^{\frac{1}{2}} \cdot \exp(-\alpha d/c_R) \cdot e^{\xi} \cdot \sin[\nu^2 - \xi^2]^{\frac{1}{2}}/[1 - \xi^2/\nu^2]^{\frac{1}{2}},$$

$$\nu = \kappa d/(c_R c_S)^{\frac{1}{2}}, \qquad (41)$$

$$\xi = \tfrac{1}{2} d\left(\frac{\alpha}{c_R} - \frac{\alpha}{c_S} - j\frac{\vartheta}{c_S}\right),$$

where $\kappa$ is the coupling constant given in equation (9), $\vartheta$ the dephasing measure of equation (18), $c_R$ and $c_S$ are the obliquity factors of equation (23), $\alpha$ is the absorption constant and $d$ the grating thickness. In the above form the parameters $\nu$ and $\xi$ are, in general, of complex value.

### 3.1 *Lossless Dielectric Gratings*

For completeness we give the formulas for the lossless dielectric grating. For the unslanted case of this grating these formulas have been previously obtained by several workers whose prime interest was light diffraction by acoustic waves.[30,31,28] For this grating type it is easy to include the effect of slanted fringes.* For the lossless dielectric grating we have a coupling constant $\kappa = \pi n_1/\lambda$ and $\alpha = \alpha_1 = 0$. Equation (41) can be rewritten in the form

$$S = -j\left(\frac{c_R}{c_S}\right)^{\frac{1}{2}} e^{-j\xi} \sin(\nu^2 + \xi^2)^{\frac{1}{2}}/(1 + \xi^2/\nu^2)^{\frac{1}{2}},$$

$$\nu = \pi n_1 d/\lambda(c_R c_S)^{\frac{1}{2}}, \qquad (42)$$

$$\xi = \vartheta d/2c_S$$

where $\nu$ and $\xi$ have been redefined and are real-valued. The associated formula for the diffraction efficiency is

* Slant was also included in the treatment of dielectric gratings in Ref. 29.

$$\eta = \sin^2 (\nu^2 + \xi^2)^{\frac{1}{2}}/(1 + \xi^2/\nu^2). \tag{43}$$

For significant deviations from the Bragg condition the parameters $\nu$ and $\xi$ are of equal order of magnitude, and we can take $\nu$ as independent of $\Delta\theta$ or $\Delta\lambda$ without causing an appreciable change in the predictions of equation (43). In this equation the angular and wavelength deviations are represented by the parameter $\xi$ which can be written in the form

$$\begin{aligned} \xi &= \Delta\theta \cdot Kd \sin (\phi - \theta_0)/2c_S \\ &= -\Delta\lambda \cdot K^2 d/8\pi n c_S \end{aligned} \tag{44}$$

by using equation (18).

The angular and wavelength sensitivities of lossless dielectric gratings are shown in Fig. 6, where the efficiencies as given by equation (43) are plotted (normalized) as a function of $\xi$ for three values of $\nu$. The figure shows the sensitivity of gratings with $\nu = \pi/4$ and a peak diffraction efficiency of $\eta_0 = 0.5$, with $\nu = \pi/2$ and a peak efficiency of $\eta_0 = 1$, and with $\nu = 3\pi/4$ and $\eta_0 = 0.5$. We notice that the half-power points are reached for values near $\xi = 1.5$. There is some narrowing in the sensitivity curves for increasing values of $\nu$, and a marked increase in the side lobe intensity.




Fig. 6—Transmission holograms—the angular and wavelength sensitivity of lossless dielectric gratings with the normalized efficiencies $\eta/\eta_0$ as a function of $\xi$.

Jan 16 08 03:46p DOJ LIBRARIES -1425NYA (202) 616-8718 p.13
16-Jan-2008 10:03am From-Naval Research Lab. Library T-582 P.013/036 F-846




Fig. 7—Transmission holograms—the angular sensitivity of a lossy dielectric grating with $\nu = \pi/2$ and $D_0 = 2$ compared with that of a lossless dielectric grating ($D_0 = 0$), for $\theta_0 = 30°$ and $\beta d = 50$.

The above formulas include the influence of slant through the obliquity factors $c_R$ and $c_S$. If there is no slant ($\phi = \pi/2$) and if the Bragg condition is obeyed then $c_R = c_S = \cos\theta_0$ and equation (43) becomes the well known[20,21,30]

$$\eta = \sin^2(\pi n_1 d/\lambda \cos\theta_0). \tag{45}$$

By inserting the above half-power values for $\xi$ into equation (44) we obtain simple rules of thumb for the angular and spectral half-power bandwidths of unslanted gratings: $2\Delta\theta_{\frac{1}{2}} \approx \Lambda/d$, $2\Delta\lambda_{\frac{1}{2}}/\lambda \approx \cot\theta\cdot\Lambda/d$.

3.2 *Lossy Dielectric Gratings*

Let us first study the influence of loss on the angular sensitivity of a dielectric grating. We assume that there is no slant ($\phi = \pi/2$) and therefore $c_R = c_S = \cos\theta$. With this and a coupling constant of $\kappa = \pi n_1/\lambda$ we obtain from equation (41) for the signal amplitude

$$S = -j\exp(-\alpha d/\cos\theta)\cdot e^{-j\xi}\cdot\sin(\nu^2+\xi^2)^{\frac{1}{2}}/(1+\xi^2/\nu^2)^{\frac{1}{2}}$$

$$\nu = \pi n_1 d/\lambda\cos\theta \tag{46}$$

$$\xi = \vartheta d/2\cos\theta = \Delta\theta\cdot\beta d\sin\theta_0$$

where $\nu$ and $\xi$ have been redefined, and $\xi$ has been expressed in the needed form with the use of equations (14) and (18).

Equation (46) has a form similar to that of equation (42) except

for an additional exponential term containing the absorption constant $\alpha$. This term decreases the peak efficiency and it changes the angular sensitivity of the grating. But this change is very small, even for high loss values, as illustrated in Fig. 7. This figure compares the angular sensitivitities of a lossless grating ($D_0 = 0$) with that of a grating of high loss ($D_0 = 2$) for a parameter value of $\nu = \pi/2$, a Bragg angle of $\theta_0 = 30°$, and an optical grating thickness of $\beta d = 2\pi n d/\lambda = 50$. The loss parameter $D_0$ was defined as

$$D_0 = \alpha d/\cos\theta_0 \tag{47}$$

which is closely related to the conventional photographic density $D$ (except that $D_0$ is measured in the direction of the reference wave given by $\theta_0$). A value of $D_0 = 2$, which is the parameter used for the dashed curve, represents very high loss, with a decrease of the peak efficiency by a factor of about 50. Still, the differences of the two sensitivity curves are very small and consist mostly of an angular shift. The differences are even smaller for larger values of $\beta d$ (we checked up to $\beta d = 200$), and, of course, for smaller values of $D_0$. The main conclusion is that the presence of loss has very little influence on the angular sensitivity of a dielectric transmission grating. This is probably because absorption influences the phase relations between the waves $R$ and $S$ very little. It agrees with observations by Belvaux.[31]

Next let us consider the influence of loss on the efficiency of a slanted dielectric grating. For simplicity we assume Bragg incidence, that is, $\vartheta = 0$. The obliquity factors are positive and given by $c_R = \cos\theta_0$ and $c_S = -\cos(\theta_0 - 2\phi)$. For this case we can write equation (41) for the signal amplitude $S$ in the form

$$\begin{aligned} S &= -j\left(\frac{c_R}{c_S}\right)^{\frac12}\cdot\exp\left[-\tfrac12 D_0(1+c)\right]\sin(\nu^2-\xi^2)^{\frac12}/(1-\xi^2/\nu^2)^{\frac12} \\ \nu &= \pi n_1 d/\lambda(c_R c_S)^{\frac12} \\ \xi &= \tfrac12 D_0(1-c) \end{aligned} \tag{48}$$

where we have used the loss parameter $D_0$ as above in equation (47), and the slant factor $c$

$$D_0 = \alpha d/c_R = \alpha d/\cos\theta_0$$
$$c = c_R/c_S = -\cos\theta_0/\cos(\theta_0 - 2\phi).$$

Figure 8 shows the diffraction efficiency of slanted grantings as calculated from equation (48). The efficiencies are plotted as a function

Jan 16 08 03:47p DOJ LIBRARIES -1425NYA (202) 616-8718 p.15
16-Jan-2008 10:04am From-Naval Research Lab. Library T-582 P.015/036 F-846




Fig. 8—Transmission holograms—the efficiency of lossy dielectric gratings as a function of slant for $\nu = \pi/2$. $c = c_R/c_S$ is the slant factor.

of the slant factor $c$ for various values of $D_0$, and for a value of $\nu = \pi/2$ which corresponds to the maximum attainable efficiencies. Similar curves for $\nu = \pi/4$ and $\nu = 3\pi/4$ and the same $D_0$ values are almost identical to the curves of Fig. 8, except that the efficiency scale is reduced to a maximum efficiency of 0.5. This implies that for the range of chosen parameter values the exponential factor in equation (48) dominates in predicting the slant-dependence of the diffraction efficiency.

The results show that, for higher efficiencies, the grating prefers small $c$-values, assuming constant $\theta_0$ and $D_0$. This is a preference of small exist angles for $S$ which means that we get the best efficiency if the signal wave leaves the grating on the shortest possible path after it has been generated.

3.3 *Unslanted Absorption Gratings*

When one records holograms in conventional photographic emulsions one produces absorption gratings (bleaching can convert this into a dielectric grating). In an absorption grating there is no spatial modulation of the refractive index ($n_1 = 0$) and the coupling is provided by a modulation ($\alpha_1$) of the absorption constant. We have, then, an imaginary coupling constant $\kappa = -j\alpha_1/2$. In this section we study the efficiencies and the angular and wavelength sensitivities of unslanted absorption gratings where $\phi = \pi/2$ and $c_R = c_S = \cos\theta$. From equation (41) we obtain for the signal amplitude

$$S = -\exp(-\alpha d/c_R)\cdot e^{-i\xi}\cdot \mathrm{sh}\,(\nu^2 - \xi^2)^{\frac{1}{2}}/(1 - \xi^2/\nu^2)^{\frac{1}{2}}$$

$$\nu = \alpha_1 d/2\cos\theta \qquad (49)$$

$$\xi = \vartheta d/2\cos\theta \approx \Delta\theta\cdot\beta d\cdot\sin\theta_0 = -\tfrac{1}{2}(\Delta\lambda/\lambda)Kd\tan\theta_0$$

where $\nu$ and $\xi$ are real-valued, and equation (18) was used to express the parameter $\xi$ again in various forms, showing explicitly the angular deviations $\Delta\theta$ and the wavelength deviation $\Delta\lambda$ from the Bragg condition.

For Bragg incidence we have $\xi = 0$, and obtain from the above a formula for the diffraction efficiency $\eta$ of absorption gratings

$$\eta = \exp(-2\alpha d/\cos\theta_0)\cdot \mathrm{sh}^2\,(\alpha_1 d/2\cos\theta_0). \qquad (50)$$

As we exclude the presence of negative absorption (gain) in the medium, there is an upper limit for the amplitude $\alpha_1$ of the assumed sinusoidal modulation, which is $\alpha_1 \leqq \alpha$. The highest diffraction efficiency possible for an absorption grating is reached in the limiting case $\alpha_1 = \alpha$ for a value of $\alpha d/\cos\theta_0 = \ln 3$. According to equation (50) this maximum efficiency has a value of $\eta_{max} = 1/27$, or 3.7 percent.

Figure 9 shows values for the diffracted amplitude $S$ of absorption gratings as computed from equation (50) as a function of the modulation amplitude $\alpha_1$ and for various values of the depth of modulation. For convenience we have again used loss parameters, which are $D_0 = \alpha d/\cos\theta_0$ and $D_1 = \alpha_1 d/\cos\theta_0$. $D_1$ is a measure for the amplitude of the spatial modulation and $D_0/D_1 = \alpha/\alpha_1$ indicates the modulation depth. The dashed curves for constant $D_0$ show the grating behavior for constant background absorption. We have plotted $S$ on a linear scale in order to identify the regions of linear grating response. Note that a good linear response and relatively good efficiency is obtained if the absorption background is held constant to a value of about $D_0 = 1$.

Equation (49) predicts also the angular sensitivity and the frequency sensitivity of absorption gratings. Such sensitivity curves are plotted in Fig. 10 for the special case of $\alpha_1 = \alpha_0$ and values of $\nu = D_1/2 = 1$ (dashed) and $\nu = \frac{1}{2}\ln 3 = 0.55$. For the latter parameter value the peak efficiency of 3.7 percent is reached, and for $\nu = 1$ we have a peak efficiency of 2.5 percent. In the figure the relative efficiencies are plotted as functions of the parameter $\xi$. We note that there is very little difference between the sensitivity curves for the two $\nu$-values chosen. We have also computed the sensitivity for smaller values of $\nu$ (0.2, 0.4), but the resulting curves differ so little from the ones shown that we have omitted them from the figure. The sensitivity curves are very




Fig. 9.—Transmission holograms—the diffracted amplitude of an absorption grating as a function of the modulation $D_1 = \alpha_1 d/\cos\theta = 2\nu$ for various modulation depths $D_1/D_0$ (solid curve) and various bias levels $D_0 = \alpha d/\cos\theta$ (dashed curve).

similar to those of the dielectric gratings with smaller $\nu$-values which are shown in Fig. 6. Again, the half-power points are reached for about $\xi = 1.5$. But for absorption gratings there is no narrowing with increasing values of $\nu$, and the side lobe intensity remains low.

### 3.4 *Slanted Absorption Gratings*

In this section we consider the influence of slant on the efficiency of an absorption grating. For simplicity we assume Bragg incidence ($\vartheta = 0$), and describe the slant by the obliquity factors $c_R = \cos\theta_0$ and $c_S = \cos(\theta_0 - 2\phi)$, as before. Using equation (41) we obtain, for this case, the following expression for the signal amplitude $S$

$$S = -\left(\frac{c_R}{c_S}\right)^{\frac{1}{2}} \exp\left[-\frac{1}{2}\alpha d\left(\frac{1}{c_R} + \frac{1}{c_S}\right)\right] \operatorname{sh}(\nu^2 + \xi^2)^{\frac{1}{2}}/(1 + \xi^2/\nu^2)^{\frac{1}{2}}$$

$$\nu = \alpha_1 d/2(c_R c_S)^{\frac{1}{2}}$$
$$\xi = \tfrac{1}{2}\alpha d\left(\frac{1}{c_R} - \frac{1}{c_S}\right), \tag{51}$$

where $\nu$ and $\xi$ are redefined as real parameters. We have plotted the slant-dependence of absorption gratings in Fig. 11 for the special case of $\alpha_1 = \alpha$, that is, maximum depth of modulation. The diffraction efficiency $\eta$ is shown as a function of the slant factor $c$ for various values of the loss parameter $D_0$. These quantities are defined, as before, by

$$D_0 = \alpha d/c_R = \alpha d/\cos\theta_0$$

and (52)

$$c = c_R/c_S .$$

The efficiency is seen to reach its absolute maximum of 3.7 percent for the unslanted grating ($c = 1$) and for a loss parameter of $D_0 = \ln 3$. For larger values of $D_0$ the efficiencies reach relative maxima for exit




Fig. 10—Transmission holograms—the angular and wavelength sensitivity of an absorption grating for $\alpha_1 = \alpha$ ($D_1 = D_0$) and values of $\nu = D_1/2 = 0.55$ ($\eta_0 = 0.037$) and $\nu = D_1/2 = 1$ ($\eta_0 = 0.025$).

Jan 16 08 03:48p DOJ LIBRARIES -1425NYA (202) 616-8718 p.19
15-Jan-2008 10:04am From-Naval Research Lab. Library T-582 P.019/036 F-846






Fig. 11—Transmission holograms—the efficiency of an absorption grating as a function of slant for $\alpha_1 = \alpha$ ($D_1 = D_0$). $c = c_R/c_S$ is the slant factor.

angles of the signal wave which are smaller than that of the reference wave ($c < 1$), while for smaller $D_0$-values the situation is reversed.

### 3.5 *Mixed Gratings*

Mixed gratings are those in which both the refractive index and the absorption constant are spatially modulated. This may occur in some recording materials (for example, as a result of incomplete bleaching, or in cases where strong absorption peaks are developed which cause refractive index changes according to the Kramers–Kronig relations).* Mixed gratings are described by a complex coupling constant, which is given in equation (9). For the special case of unslanted gratings ($\phi = \pi/2$) and Bragg incidence ($\vartheta = 0$) equation (41) simplifies to

$$S = -j \exp(-\alpha d/\cos\theta_0) \sin(\kappa d/\cos\theta_0) \qquad (53)$$

where $\kappa$ is complex. From this we obtain, after some algebra, an expression for the efficiency of mixed gratings

$$\eta = SS^* = [\sin^2(\pi n_1 d/\lambda \cos\theta_0) + \text{sh}^2(\alpha_1/2\cos\theta_0)] \exp(-2\alpha d/\cos\theta_0), \qquad (54)$$

where $n_1$ and $\alpha_1$ are the amplitudes of the modulation of the refractive index and the absorption constant, and $\alpha$ is the average absorption

* Such effects have recently been observed by Nassenstein (see Ref. 32).

constant. We note that, at least for the special case considered here, there is a simple addition of the intensities diffracted by the dielectric grating and the absorption grating respectively [compare equations (46) and (50)]. The exponential factor including $\alpha$ insures that the formula does not predict efficiencies larger than 1.

## IV. REFLECTION HOLOGRAMS

In reflection holograms the recorded fringe-planes are of an orientation which is more or less parallel to the surfaces of the recording medium, and the signal appears as a "reflection" of the reference wave. We have illustrated this situation in Fig. 4b. It is expressed in the coupled wave analysis by negative values of the obliquity factor $c_S (c_S < 0)$. In addition, the signal amplitude $S$ of interest is obtained by evaluating the signal wave in the plane $z = 0$, which is also the entrance plane for the reference wave $R$. For reflection holograms a slant angle $\phi = 0$ describes the case of unslanted gratings. Apart from these differences the following discussion of the detailed behavior of reflection holograms proceeds in a pattern similar to that of Section III, where we have discussed transmission holograms.

From equations (30) and (39) we obtain a general formula for the signal amplitude of reflection holograms which can be written in the form

$$
\begin{aligned}
S &= \left(\frac{c_R}{c_S}\right)^{\frac{1}{2}} \cdot \mathrm{sh}\,(\nu\,\mathrm{ch}\,a)/\mathrm{ch}\,(a + \nu\,\mathrm{ch}\,a) \\
\nu &= j\kappa d/\lambda(c_R c_S)^{\frac{1}{2}} \\
\xi &= \tfrac{1}{2} d\left(\frac{\alpha}{c_R} - \frac{\alpha}{c_S} - j\frac{\vartheta}{c_S}\right) \\
\mathrm{sh}\,a &= \xi/\nu
\end{aligned}
\qquad (55)
$$

where we have again defined (complex) parameters $\nu$, $\xi$ and $a$, which lump together the constants of the medium $(n, \alpha, n_1, \alpha_1, \kappa)$, the obliquity factors $c_R$ and $c_S$, the wavelength, the grating thickness $d$ and the dephasing measure $\vartheta$.

### 4.1 *Lossless Dielectric Gratings*

The lossless dielectric grating is characterized by a real-valued coupling constant $\kappa = \pi n_1/\lambda$, and by zero absorption $\alpha = \alpha_1 = 0$. As in the transmission-hologram counterpart, it is easy to include the case of slant in the analysis. For the present case we can rewrite equa-

tion (55) in the form

$$S = \left(\frac{c_R}{c_S}\right)^{\frac{1}{2}} / \{j\xi/\nu + (1 - \xi^2/\nu^2)^{\frac{1}{2}} \cdot \coth\,(\nu^2 - \xi^2)^{\frac{1}{2}}\}$$

$$\nu = j\pi n_1 d/\lambda(c_R c_S)^{\frac{1}{2}} \qquad (56)$$

$$\xi = -\vartheta d/2c_S$$

where $\nu$ and $\xi$ have been redefined as real-valued parameters ($c_S$ is negative!).

The associated formula for the diffraction efficiency of lossless dielectric gratings is

$$\eta = 1/\{1 + (1 - \xi^2/\nu^2)/\mathrm{sh}^2\,(\nu^2 - \xi^2)^{\frac{1}{2}}\}, \qquad (57)$$

which also provides a description of the angular and wavelength sensitivities of the grating. For unslanted acoustic gratings this formula has been previously given by Quate and his associates.[22] Sensitivity curves calculated from equation (57) are shown in Fig. 12, where the normalized efficiencies are plotted as a function of $\xi$ for various values of $\nu$ = const. The figure shows the sensitivity of a grating with $\nu = \pi/4$ and a peak efficiency of 43 percent, a grating with $\nu = \pi/2$ and $\eta_0 = 0.84$,




Fig. 12—Reflection holograms—the angular and wavelength sensitivity of a lossless dielectric grating with the normalized efficiency $\eta/\eta_0$ as a function of $\xi$.

Jan 16 08 03:48p DOJ LIBRARIES -1425NYA (202) 616-8718 p.22
16-Jan-2008 10:05am From-Naval Research Lab. Library T-582 P.022/036 F-846

and the corresponding values for $\nu = 3\pi/4$ and $\eta_0 = 0.96$. For $\nu = \pi/4$ the half-power points of the grating response are reached for values of approximately $\xi = 1.7$. But there is considerable broadening of the sensitivity curves for increasing values of $\nu$, and an increase in the side-lobe level.

As in equation (44) for transmission holograms, we can express the parameter $\xi$ directly in the angular deviation $\Delta\theta$ or the wavelength deviation $\Delta\lambda$ by using equation (18) to obtain

$$\begin{aligned} \xi &= \Delta\theta \cdot Kd \cdot \sin(\theta_0 - \phi)/2c_S \\ &= \Delta\lambda \cdot K^2 d/8\pi n c_S . \end{aligned} \tag{58}$$

These expressions can again be used to formulate rules for the angular bandwidth and the spectral bandwidth of the grating.

For an unslanted grating ($\phi = 0$) and Bragg incidence we have $c_R = -c_S = \cos\theta_0$, and equation (57) simplifies to

$$\eta = \text{th}^2\,(\pi n_1 d/\lambda \cos\theta_0). \tag{59}$$

This is a formula which has been obtained previously for light diffraction by acoustic waves.[33,32]

*4.2 Lossy Dielectric Gratings*

Let us first discuss the influence of loss on the angular and wavelength sensitivity of unslanted dielectric gratings. Here we have $\phi = 0$ and, to a good approximation

$$\begin{aligned} c_R &= \cos\theta_0(1 - \Delta\theta \tan\theta_0) = \cos\theta \\ c_S &= -\cos\theta_0(1 + \Delta\theta \tan\theta_0), \\ &= -\cos\theta(1 + 2\Delta\lambda/\lambda) \end{aligned} \tag{60}$$

at least as long $\tan\theta_0 \lesssim 1$. One can show that the formula for the signal amplitude $S$, which we have given in equation (56), is still applicable for the present case of an unslanted lossy grating if we modify the parameters $\nu$ and $\xi$ to

$$\begin{aligned} \nu &= \pi n_1 d/\lambda \cos\theta_0 \\ \xi &= \xi_0 - jD_0 , \\ \xi_0 &= -\Delta\theta \cdot \beta d \sin\theta_0 \\ D_0 &= \alpha d/\cos\theta_0 \end{aligned} \tag{61}$$

where $\xi$ is now a complex parameter with $\xi_0$ describing the angular

deviations and $D_0$ representing the loss. An evaluation of this formula is shown in Fig. 13, which shows the angular sensitivity of dielectric gratings for various values of the loss parameter $D_0$ and a grating parameter of $\nu = \pi/2$. In constrast to what we have observed in the case of dielectric transmission holograms (Fig. 7), we see here a quite noticeable effect of the grating loss on the sensitivity curves. With increasing loss values the curves broaden in the wings, sharpen somewhat in the center and the side-lobe level decreases.

To study the influence of loss on the diffraction efficiencies of dielectric gratings we rewrite equation (55) in the form

$$S = \left(\frac{c_R}{c_S}\right)^{\frac{1}{2}} / \{\xi/\nu + (1 + \xi^2/\nu^2)^{\frac{1}{2}} \cdot \coth (\nu^2 + \xi^2)^{\frac{1}{2}}\}$$

$$\nu = j\pi n_1 d/\lambda(c_R c_S)^{\frac{1}{2}} \tag{62}$$

$$\xi = \tfrac{1}{2}D_0(1 - c)$$

where we have written $\nu$ and $\xi$ as real-valued parameters in a form which is valid for Bragg incidence and for slanted or unslanted gratings. Just as in the case of transmission holograms we have used the loss




Fig. 13—Reflection holograms—the influence of loss on the angular and wavelength sensitivity of a dielectric grating for $\nu = \pi/2$. The normalized efficiencies $\eta/\eta_0$ are shown. The peak efficiencies are $\eta_0 = 0.84$ for $D_0 = 0$, $\eta_0 = 0.64$ for $D_0 = 0.5$, $\eta_0 = 0.28$ for $D_0 = 1$, and $\eta_0 = 0.12$ for $D_0 = 2$.

Jan 16 08 03:49p DOJ LIBRARIES -1425NYA (202) 616-8718 p.24
15-Jan-2008 10:05am From-Naval Research Lab. Library T-582 P.024/036 F-846

parameter $D_o$ and the slant factor $c$ (which is now negative)

$$D_0 = \alpha d / \cos \theta_0 \qquad c = c_R / c_S . \tag{63}$$

In the case of unslanted gratings the parameters $\nu$ and $\xi$ simplify to

$$\nu = \pi n_1 d / \lambda \cos \theta_0 \qquad \xi = D_0 = \alpha d / \cos \theta_0 . \tag{64}$$

The results of a numerical evaluation for unslated gratings are shown in Fig. 14, where the signal amplitude is plotted as a function of $\nu$ for various values of the loss parameter $D_0$. The curve $D_0 = 0$ gives the values for lossless gratings, while the others indicate the influence of loss.

The behavior of slanted dielectric gratings in the presence of loss is shown in Fig. 15. The curves of this figure are also computed from equation (62) and show the diffraction efficiency as a function of the slant factor for $\nu = \pi/2$ and various values of the loss parameter $D_0$. For constant $D_0$ we notice an increase of the efficiency for decreasing values of the slant factor, as in the case of transmission holograms.




Fig. 14—Reflection holograms—the influence of loss on the diffracted amplitude $S$ of an unslanted dielectric grating. $|S|$ is shown as a function of $\nu/\pi = n_1 d/\lambda \cos \theta_0$ for various loss parameters $D_0$.

Jan 16 08 03:49p DOJ LIBRARIES -1425NYA (202) 616-8718 p.25
16-Jan-2008 10:05am From-Naval Research Lab. Library T-582 P.025/036 F-846






Fig. 15—Reflection holograms—the efficiency of a lossy dielectric grating as a function of slant for $\nu = \pi/2$. $c = c_R/c_S$ is the slant factor.

Again, for given loss and a given angle of incidence short signal paths through the grating (that is, small exit angles) are preferred for higher efficiencies.

### 4.3 *Unslanted Absorption Gratings*

Following the pattern set in the discussion of transmission holograms (Section III), we again describe an absorption grating by an imaginary coupling constant $\kappa = -j\alpha_1/2$, and proceed to study the diffraction efficiencies and the angular and wavelength sensitivities of unslanted ($\phi = 0$) gratings. In this case equation (55) simplifies to

$$S = -j\left(\frac{c_R}{c_S}\right)^{\frac{1}{2}} / \{\xi/\nu + [(\xi/\nu)^2 - 1]^{\frac{1}{2}} \coth (\xi^2 - \nu^2)^{\frac{1}{2}}\}$$

$$\nu = j\alpha_1 d/2(c_R c_S)^{\frac{1}{2}} \qquad (65)$$

$$\xi = D_0 - j\xi_0$$

where the real-valued parameters $D_0$ and $\xi_0$ can be expressed to first order in the angular deviations $\Delta\theta$ and the wave-length deviations $\Delta\lambda$ by

$$D_0 = \alpha d/\cos\theta_0 \qquad (66)$$

$$\xi_0 = \Delta\theta \cdot \beta d \sin\theta_0 = \tfrac{1}{2}(\Delta\lambda/\lambda)K d.$$

$D_0$ is a loss parameter as before, and $\xi_0$ is a normalized measure for the angular or the wavelength deviations from the Bragg condition.

If the Bragg condition is obeyed equation (65) can be written in the form

$$S = -D_1/2[D_0 + (D_0^2 - D_1^2/4)^{\frac{1}{2}} \cdot \coth (D_0^2 - D_1^2/4)^{\frac{1}{2}}] \qquad (67)$$

where

$$D_1 = 2\nu_1 = \alpha_1 d/\cos \theta_0$$

measures the spatial modulation of the absorption constant $(\alpha_1)$.

For the deepest allowable modulation where we have $D_1 = D_0(\alpha_1 = \alpha_0)$, this equation predicts the maximum diffraction efficiency $\eta_{max}$ which is possible for reflection holograms with a (sinusoidal) absorption modulation. We obtain $\eta_{max} = 1/(2 + \sqrt{3})^2$, or a maximum efficiency of 7.2 percent for $D_0 = D_1 \rightarrow \infty$. The formula reflects the experimental fact that, for reflection holograms of the absorptive kind, one obtains the largest efficiencies for high photographic densities. Figure 16 shows a numerical evaluation of the above formula. Here the signal amplitude $S$ is plotted as a function of the modulation amplitude $D_1$ for various levels of loss "bias" $D_0$ (dashed curves) and for various modulation depths $D_0/D_1$.

An evaluation of the grating sensitivity as predicted by equation (65) is shown in Fig. 17 for the special case of a maximum depth of modulation where $D_1 = D_0$. In this figure the (normalized) efficiency is plotted as a function of the parameter $\xi_0$ for various values of $D_1 = D_0$. As in the corresponding grating for the case of transmission holograms (Fig. 10) the sensitivity curves are seen to reach their half-power points for values of about $\xi_0 = 1.5$. But in the present case of reflection holograms there is a noticeable broadening of the curves with increasing loss values $D_1 = D_0$.

### 4.4 *Slanted Absorption Gratings*

In this section we consider the influence of slant on the diffraction efficiency of an absorption grating for reflection holograms. We assume Bragg incidence ($\vartheta = 0$) and again use the obliquity factors $c_R = \cos \theta_0$ and $c_S = -\cos (\theta_0 - 2\phi)$ to describe the slant (for reflection holograms we have $c_S < 0$!). We find that equation (65) can be used as a formula for the signal amplitude for the present case if we modify the parameters to

$$\nu = j\alpha_1 d/2(c_R c_S)^{\frac{1}{2}} = \frac{j}{2} D_1(c)^{\frac{1}{2}}$$

Jan 16 08 03:49p DOJ LIBRARIES -1425NYA (202) 616-8718 p.27
16-Jan-2008 10:05am From-Naval Research Lab. Library T-582 P.027/036 F-846






Fig. 16—Reflection holograms—the diffracted amplitude of an absorption grating as a function of the modulation $D_1 = \alpha_1 d/\cos\theta = 2\nu$ for modulation depths $D_1/D_0$ (solid curve) and bias levels $D_0 = \alpha d/\cos\theta$ (dashed curve).

$$\xi = \tfrac{1}{2}D_0(1 - c) \qquad (68)$$

$$D_0 = \alpha d/\cos\theta_0 , \qquad D_1 = \alpha_1 d/\cos\theta_0$$

$$c = c_R/c_S$$

where the slant factor $c$ is negative. All these parameters are real-valued in the present case. For a maximum depth of modulation, that is, $\alpha_1 = \alpha$, there are further simplifications, and we obtain a simple expression for the slant-dependence of the diffraction efficiency

$$\eta = -c/\{1 - c + (1 - c + c^2)^{\frac{1}{2}} \cdot \coth \tfrac{1}{2}D_0(1 - c + c^2)^{\frac{1}{2}}\}^2. \qquad (69)$$

Figure 18 shows a numerical evaluation of this formula for various values of $D_0 = D_1$. The slant factor value of $|c| = 1$ refers to unslanted gratings. In this case the maximum efficiency value $\eta_{max} = 0.072$ is approached for large $D_0$. We note that for values of $D_0$ below unity

the efficiencies increase for | c |-values larger than 1 and up to about 3, that is, for relatively large exit angles of the signal wave.

### 4.5 *Mixed Gratings*

Mixed gratings are described by a complex coupling constant $\kappa = \pi n_1/\lambda - j\alpha_1/2$ (see Section 3.5). For Bragg incidence ($\vartheta = 0$) and unslanted fringe-planes ($\phi = 0$) we can obtain from equation (55) a formula for the signal amplitude of mixed gratings, which is

$$S = -j\kappa \Big/ \left\{\alpha + (\kappa^2 + \alpha^2)^{\frac{1}{2}} \cdot \coth \frac{d}{\cos \theta_0} (\kappa^2 + \alpha^2)^{\frac{1}{2}}\right\} \tag{70}$$

where $\kappa$ is of complex value, $\alpha$ is the average absorption constant, $d$ the grating thickness and $\theta_0$ the angle of incidence.

## V. AMPLITUDES OF THE DIRECT WAVES

For diagnostic purposes it is often of interest to monitor the change in amplitude of the direct reference wave $R$, which is depleted because of diffraction into $S$ and absorption. The quantities of interest are the amplitudes $R(d)$ which can be obtained from the analysis of Section 2.2.




Fig. 17—Reflection holograms—the angular and wavelength sensitivity of an absorption grating for $\alpha_1 = \alpha$ ($D_1 = D_0$) and values of $D_1 = 2_7 = D_0 = 0.2$ ($\eta_0 = 0.007$), $D_1 = 1$ ($\eta_0 = 0.05$), and $D_1 = 2$ ($\eta_0 = 0.068$).

Jan 16 08 03:50p DOJ LIBRARIES -1425NYA (202) 616-8718 p.29
16-Jan-2008 10:05am From-Naval Research Lab. Library T-582 P.029/036 F-846





Fig. 18—Reflection holograms—the efficiency of an absorption grating as a function of slant for $\alpha_1 = \alpha$ $(D_1 = D_0)$. $c = c_R/c_S$ is the slant factor.

We will give here the general results for transmission and reflection holograms. The notation is that of Section 2.

### 5.1 *Transmission Holograms*

From equations (27) and (33) we get for the constants $r_i$ of equation (25) the expressions

$$r_1 = -\kappa^2/c_S(\gamma_1 - \gamma_2)(c_R\gamma_1 + \alpha) \qquad (71)$$
$$r_2 = \kappa^2/c_S(\gamma_1 - \gamma_2)(c_R\gamma_2 + \alpha).$$

Using this we can write the output amplitude $R(d)$ of the reference wave in the form

$$R(d) = \frac{\kappa^2}{c_S(\gamma_1 - \gamma_2)}\left(\frac{\exp(\gamma_2 d)}{c_R\gamma_2 + \alpha} - \frac{\exp(\gamma_1 d)}{c_R\gamma_1 + \alpha}\right). \qquad (72)$$

### 5.2 *Reflection Holograms*

For reflection holograms we use equations (27), (37), and (39) to express the constants $r_i$ in the form

$$r_1 = (c_S\gamma_1 + \alpha + j\vartheta)\exp(\gamma_2 d)/\{\exp(\gamma_2 d)(\alpha + j\vartheta + c_S\gamma_1) - \exp(\gamma_1 d)(\alpha + j\vartheta + c_S\gamma_2)\} \qquad (73)$$
$$r_2 = -(c_S\gamma_2 + \alpha + j\vartheta)\exp(\gamma_1 d)/\{\exp(\gamma_2 d)(\alpha + j\vartheta + c_S\gamma_1) - \exp(\gamma_1 d)(\alpha + j\vartheta + c_S\gamma_2)\}.$$

The output amplitude $R(d)$ of the reference wave becomes

$$R(d) = c_S(\gamma_1 - \gamma_2)/\{(\alpha + j\vartheta + c_S\gamma_1)\exp(-\gamma_1 d) - (\alpha + j\vartheta + c_S\gamma_2)\exp(-\gamma_2 d)\}. \quad (74)$$

More detailed evaluations of the above formulas should follow the pattern prescribed in Sections III and IV. They can be undertaken for the specific case when the need arises.

## VI. VALIDITY OF THE THEORY

We have tried to make our results as generally applicable as possible. We have allowed for the presence of absorption in the various hologram gratings and for a slant of the fringe planes. But a whole range of assumptions had to be made to make the simple coupled wave analysis possible. It seems appropriate to recount these assumptions to make clear the region of validity of the coupled wave theory. We have assumed that:

(*i*) The electric field of the light is polarized perpendicular to the plane of incidence. However, the appendix gives an extension of the theory to allow also for light of parallel polarization.

(*ii*) A slant of the fringe planes with respect to the $z$-axis is allowed, except that these planes are perpendicular to the plane of incidence. (This is reflected in the assumption $\epsilon(x, z)$, $\sigma(x, z)$.) But this assumption is not made in the generalization which we have given in the appendix.

(*iii*) The spatial modulation of the refractive index and the absorption constant is sinusoidal.

(*iv*) There is a small absorption loss per wavelength and a slow energy interchange (per wavelength) between the two coupled waves. This condition is stated mathematically in equation (7) and justifies neglecting the second derivatives $R''$ and $S''$ in the analysis.

(*v*) There is the same average refractive index $n$ for the regions inside and outside the grating boundaries. If the grating has interfaces with air, then Snell's law has to be used to correct for the angular changes resulting from refraction.

(*vi*) Light incidence is at or near the Bragg angle and only the diffraction orders which obey the Bragg condition at least approximately are retained in the analysis. The other diffraction orders are neglected.

A detailed mathematical justification of assumption *vi* is outside the scope of our simple analysis. One can advance physical arguments to show that this step limits the validity of the theory to "thick" gratings,

where the phase synchronism between the two coupled waves has enough time to develop a strong and dominating effect. Better definitions of a "thick grating" must come from more accurate theories which are available for special cases. A large amount of work has been done on acoustic diffraction gratings which correspond to the case of our unslanted, lossless, dielectric transmission-hologram gratings.[30] In acoustic diffraction one defines the parameter

$$Q = 2\pi\lambda d/n\Lambda^2 \qquad (75)$$

as an appropriate measure of grating thickness. We can regard a grating as thick when the condition $Q \gg 1$ holds.[21,10] It appears that the coupled wave theory begins to give good results for values of $Q = 10$. This is particularly well demonstrated by Klein and his associates in theoretical and experimental work on acoustic gratings for the predictions of both the peak efficiencies and the angular sensitivities.[16,17,34] We hasten to add that for the majority of practical holograms the parameter $Q$ is larger, and sometimes much larger, than 10.

Further checks of the validity of the coupled wave theory are provided by comparisons with accurate computer calculations and with experiments on special examples of gratings. Burckhardt has made computer calculations on unslanted, lossless, dielectric transmission holograms for selected values of grating parameters which are commonly encountered in holography.[18,19] Comparison with the results of the coupled wave theory shows very satisfactory agreement.[35] Measurements by Shankoff and Lin on dielectric transmission holograms prepared with dichromated gelatin yielded diffraction efficiencies approaching 100 percent, which agrees with the theory (even though there may be some uncertainty as to the exact nature of the refractive index variations).[10,11]

Efficiency measurements on thick absorption gratings for the case of transmission holograms were made by George, Mathews, and Latta.[36,37] Efficiencies approaching our predicted maximum value of 3.7 percent were observed.

Kiemle has studied unslanted ($\phi = 0$) reflection holograms for the special case of normal incidence ($\theta_0 = 0$) by analyzing equivalent four-terminal networks.[38] His treatment of absorption gratings corresponds to the material we discussed in Section 4.3 specialized to the case of $\theta_0 = 0$. But Kiemle's value of 2.8 percent for the maximum diffraction efficiency of absorptive reflection holograms does not agree with our prediction of 7.2 percent. This disagreement appears to derive from a set of restrictive assumptions made in Kiemle's work. Experimental observations on absorptive reflection holograms were made by

Lin and Lo Bianco.[9] Efficiency values as high as 3.8 percent were measured, which seems to support the predictions of the coupled wave theory. But further experiments are needed for a good confirmation.

## VII. CONCLUSIONS

We have discussed a coupled-wave analysis of the Bragg diffraction of light by thick hologram gratings. This approach made it possible to derive simple algebraic formulas for the behavior of various types of holograms, even for the case of high diffraction efficiencies where the incident wave is strongly depleted. The treatment covers transmission holograms and reflection holograms, and it includes the spatial modulations of both the refractive index and the absorption constant. The influence of loss in the grating and of slanted fringes is also discussed. Formulas and their numerical evaluations are given for the diffraction efficiencies and the angular and wavelength sensitivities of various grating types.

For special cases we can compare the results of this theory with more accurate computations and with experimental observations. These comparisons give us the confidence to assume that the coupled wave predictions are good for a broad range of practical hologram types.

## VIII. ACKNOWLEDGMENT

The author would like to acknowledge with thanks useful discussions with C. B. Burckhardt, and the patience of those who have waited so long for the promised completion of this article.

## APPENDIX

### *Reduced Coupling for Light Polarized in the Plane of Incidence*

In the body of this paper it was assumed that the incident light is polarized perpendicular to the plane of incidence. The purpose of this appendix is to show that we can use the results of the main paper also when the light is polarized in the plane of incidence, provided that we modify the coupling constant $\kappa$. Such a modification is suggested already by the dynamical theory of X-ray diffraction.

As in Section II we start with the wave equation

$$\nabla^2\mathbf{E} - \nabla(\nabla\cdot\mathbf{E}) + k^2\mathbf{E} = 0 \tag{76}$$

for the electric field in the grating. Here, in contrast to equation (1), we have described the field by the *vector* quantity **E** and have included

the term $\nabla(\nabla \cdot \mathbf{E})$, which is not necessarily zero. The constant $k^2$ is defined in equation (4). As in the main paper, we assume that only two waves are present in the grating, and put

$$\mathbf{E} = \mathbf{R}(z)e^{-j\boldsymbol{\rho}\cdot\mathbf{x}} + \mathbf{S}(z)e^{-j\boldsymbol{\sigma}\cdot\mathbf{x}} \tag{77}$$

using the vectors **R** and **S** to describe the amplitudes of the reference and signal waves. $\boldsymbol{\rho}$ and $\boldsymbol{\sigma}$ are the propagation vectors (as in Section II) which point in the direction of the wavenormals. They are related by equation (11). In addition we assume that, both, $R$ and $S$ are transverse waves, that is, that the following conditions hold

$$(\boldsymbol{\rho} \cdot \mathbf{R}) = 0, \qquad (\boldsymbol{\sigma} \cdot \mathbf{S}) = 0. \tag{78}$$

Combining equations (76), (77), and (78) we get, after separating terms with equal exponentials and neglecting second derivatives $\partial^2/\partial z^2$

$$-2j\rho_z\mathbf{R}' + j\boldsymbol{\rho}R_z' - 2j\alpha\beta\mathbf{R} + 2\kappa\beta\mathbf{S} = 0 \tag{79}$$

$$-2j\sigma_z\mathbf{S}' + j\boldsymbol{\sigma}S_z' + (\beta^2 - \sigma^2 - 2j\alpha\beta)\mathbf{S} + 2\kappa\beta\mathbf{R} = 0 \tag{80}$$

where $R_z$ and $S_z$ are the $z$-components of $R$ and $S$, and the notation of Section II is used.

We now make the additional assumption that the polarizations of $R$ and $S$ do not change in the grating and write

$$\mathbf{R}(z) = R(z)\mathbf{r}, \qquad \mathbf{S}(z) = S(z)\mathbf{s}, \tag{81}$$

where $R(z)$ and $S(z)$ are the scalar amplitudes of the two waves, and **r** and **s** are polarization vectors independent of $z$. These vectors are normalized so that

$$(\mathbf{r} \cdot \mathbf{r}) = 1, \qquad (\mathbf{s} \cdot \mathbf{s}) = 1. \tag{82}$$

Because of (78) we have

$$(\mathbf{r} \cdot \boldsymbol{\rho}) = 0, \qquad (\mathbf{s} \cdot \boldsymbol{\sigma}) = 0. \tag{83}$$

After forming the dot products of **r** with eq. (79) and of **s** with (80) we use equations (81), (82), and (83) to arrive at

$$-2j\rho_z R' - 2j\alpha\beta R + 2\kappa\beta S(\mathbf{r} \cdot \mathbf{s}) = 0 \tag{84}$$

$$-2j\sigma_z S' + (\beta^2 - \sigma^2 - 2j\alpha\beta)S + 2\kappa\beta R(\mathbf{r} \cdot \mathbf{s}) = 0. \tag{85}$$

Jan 16 08 03:51p DOJ LIBRARIES -1425NYA (202) 616-8718 p.34
16-Jan-2008 10:06am From-Naval Research Lab. Library T-592 P.034/036 F-846



As in Section II, we introduce the abbreviations

$$c_R = \rho_z/\beta, \qquad c_S = \sigma_z/\beta, \tag{86}$$

and

$$\vartheta = (\beta^2 - \sigma^2)/2\beta, \tag{87}$$

which allow us to write the above equations in the form

$$c_R R' + \alpha R = -j\kappa(\mathbf{r}\cdot\mathbf{s})S \tag{88}$$

$$c_S S' + (\alpha + j\vartheta)S = -j\kappa(\mathbf{r}\cdot\mathbf{s})R. \tag{89}$$

These are coupled wave equations which govern the Bragg diffraction of light polarized parallel to the plane of incidence, and indeed, of light of arbitrary polarization. They are similar in form to the coupled wave equations (21) and (22) which were derived for perpendicular polarization. The only difference is a reduction of the effective coupling constant by the dot product $(\mathbf{r}\cdot\mathbf{s})$ of the two polarization vectors.

Referring to the grating geometry of Fig. 1 we have $(\mathbf{r}\cdot\mathbf{s}) = 1$ for light polarized perpendicular to the plane of incidence. For parallel polarization the value of this dot-product depends on the inclination angles, and we have a reduced effective coupling constant $\kappa_\parallel$ given by

$$\kappa_\parallel = \kappa(\mathbf{r}\cdot\mathbf{s}) = -\kappa\cos 2(\theta_0 - \phi). \tag{90}$$

We can apply the results of the main paper for parallel polarization if we replace $\kappa$ by $\kappa_\parallel$. For this polarization there is the trivial case of a Bragg angle of 45° (that is, diffraction angles of 90°) where $(\mathbf{r}\cdot\mathbf{s}) = 0$ and the intensity of the diffracted light goes to zero.

## REFERENCES

1. van Heerden, P. J., "Theory of Optical Information Storage in Solids," Appl. Opt., *2*, No. 4 (April 1963), pp. 393–400.
2. Smits, F. M., and Gallaher, L. E., "Design Considerations for a Semipermanent Optical Memory," B.S.T.J., *46*, No. 6 (July–August 1967), pp. 1267–1278.
3. Vitols, V. A., "Hologram Memory for Storing Digital Data," IBM Technical Disclosure Bull., *8*, No. 11 (April 1966), p. 1581.
4. Pennington, K. S., and Lin, L. H., "Multicolor Wavefront Reconstruction," Appl. Phys. Letters, *7*, (August 1965), pp. 56–57.
5. Denisyuk, Y. N., "On the Reproduction of the Optical Properties of an Object by the Wave Field of Its Scattered Radiation," Opt. Spectroscopy, *15*, No. 4 (October 1963), pp. 279–284.
6. Stroke, G. W., and Labeyrie, A. E., "White-light Reconstruction of Holographic Images Using the Lippman-Bragg Diffraction Effect," Phys. Letters, *20*, (March 1966), pp. 368–370.
7. Lin, L. H., Pennington, K. S., Stroke, G. W., and Labeyrie, A. E., "Multicolor Holographic Image Reconstruction with White-light Illumination," B.S.T.J., *45*, No. 4 (April 1966), pp. 659–660.

Jan 16 08 03:51p DOJ LIBRARIES -1425NYA (202) 616-8718 p.35
16-Jan-2008 10:07am From-Naval Research Lab. Library T-592 P.035/036 F-846




8. Upatnieks, J., Marks, J., and Fedorwicz, R., "Color Holograms for White Light Reconstruction," Appl. Phys. Letters, *8*, No. 11 (June 1966), pp. 286–287.
9. Lin, L. H., and Lo Bianco, C. V., "Experimental Techniques in Making Multicolor White Light Reconstructed Holograms," Appl. Opt., *6*, No. 7 (July 1967), pp. 1255–1258.
10. Shankoff, T., "Phase Holograms in Dichromated Gelatin," Appl. Opt., *7*, No. 10 (October 1968), pp. 2101–2105.
11. Lin L. H., "Hologram Formation in Hardened Dichromated Gelatin Films," Appl. Opt., *8*, No. 5 (May 1969), pp. 963–966.
12. Chen, F. S., LaMacchia, J. T., and Fraser, D. B., "Holographic Storage in Lithium Niobate," Appl. Phys. Letters, *13*, No. 7 (October 1968), pp. 223–224.
13. Close, D. H., Jacobson, A. D., Margerum, J. D., Brault, R. G., and McClung, F. J., "Hologram Recording in Photopolymer Materials," Appl. Phys. Letters *14*, No. 5, (March 1969), pp. 159–160.
14. Leith, E. N., Kozma, A., Upatnieks, J., Marks, J., and Massey, N., "Holographic Data Storage in Three-Dimensional Media," Appl. Opt., *5*, No. 8 (August 1966), pp. 1303–1311.
15. Gabor, D., and Stroke, G. W., "The Theory of Deep Holograms," Proc. Royal Soc. of London, *A. 304*, (February 1968), pp. 275–289.
16. Klein, W. R., Tipnis, C. B., and Hiedemann, E. A., "Experimental Study of Fraunhofer Light Diffraction by Ultrasonic Beams of Moderately High Frequency at Oblique Incidence," J. Acoust. Soc. Amer., *38*, No. 2 (August 1965), pp. 229–233.
17. Klein, W. R., "Theoretical Efficiency of Bragg Devices," Proc. IEEE, *54*, No. 5 (May 1966), pp. 803–804.
18. Burckhardt, C. B., "Diffraction of a Plane Wave at a Sinusoidally Stratified Dielectric Grating," J. Opt. Soc. Amer., *56*, No. 11 (November 1966), pp. 1502–1509.
19. Burckhardt, C. B., "Efficiency of a Dielectric Grating," J. Opt. Soc. Amer., *57*, No. 5 (May 1967), pp. 601–603.
20. Bathia, A. B., and Noble, W. J., "Diffraction of Light by Ultrasonic Waves II," Proc. Royal Soc. of London, *220A*, (1953), pp. 369–385.
21. Phariseau, P., "On the Diffraction of Light by Progressive Supersonic Waves," Proc. Ind. Acad. Sci., *44A*, (1956), pp. 165–170.
22. Quate, C. F., Wilkinson, C. D., and Winslow, D. K., "Interaction of Light and Microwave Sound," Proc. IEEE, *53*, No. 10 (October 1965), pp. 1604–1623. This paper includes a comprehensive bibliography of work on acoustic scattering of light.
23. Gordon, E. I., and Cohen, M. G., "Electro-Optic Diffraction Grating for Light Beam Modulation and Diffraction," IEEE J. Quantum Elec., *QE-1*, No. 5 (August 1965), pp. 191–198.
24. Batterman, B., and Cole, H., "Dynamical Diffraction of X-Rays by Perfect Crystals," Rev. Mod. Phys. *36*, No. 3 (July 1964), pp. 681–717. This paper contains a review of the work on the diffraction of X-rays.
25. Saccocio, E. J., "Application of the Dynamical Theory of X-Ray Diffraction to Holography," J. Appl. Phys., *38*, No. 10 (September 1967), pp. 3994–3998.
26. Kogelnik, H., "Reconstructing Response and Efficiency of Hologram Gratings," Proc. Symp. Modern Optics, Polytechnic Inst., Brooklyn, March 1967, pp. 605–617.
27. Kogelnik, H., "Hologram Efficiency and Response," Microwaves, *6*, No. 11 (November 1967), pp. 68–73.
28. Born, M., and Wolf, E., *Principles of Optics*, New York: Pergamon Press, 1959, Chapter 12.
29. Bergstein, L., and Kermisch, D., "Image Storage and Reconstruction in Volume Holography," Proc. Symp. Mod. Opt., Polytechnic Inst. Brooklyn, March 1967, pp. 655–680.
30. Gordon, E. I., "A Review of Acoustooptical Deflection and Modulation Devices," Proc. IEEE, *54*, No. 10 (October 1966), pp. 1391–1401.
31. Belvaux, Y., "Influence of Emulsion Thickness and Absorption in Hologram Reconstruction," Physical Letters, *26A*, No. 5 (January 1968), pp. 190–191.
32. Nassenstein, H., "A New Hologram with Wavelength-Selective Reconstruction" Physical Letters, *28A*, No. 2 (November 1968), pp. 141–142.

33. Tien, P. K., unpublished work.
34. Klein, W. R., "Light Diffraction by Ultrasonic Beams of High Frequency Near Bragg Incidence," Proc. 5th Congress Int. D'Acoustique, Liege, D24 (September 1965).
35. Kogelnik, H., "Bragg Diffraction in Hologram Gratings with Multiple Internal Reflections," J. Opt. Soc. Amer., *57*, No. 3, (March 1967), pp. 431–433.
36. George, N., and Mathews, J. W., "Holographic Diffraction Gratings," Appl. Phys. Lett., *9*, No. 5 (September 1966), pp. 212–125.
37. Latta, J. N., "The Bleaching of Holographic Diffraction Gratings for Maximum Efficiency," Appl. Opt., 7, No. 12 (December 1968), pp. 2409–2416.
38. Kiemle, H., "Lippman-Bragg Holograms as Periodic Ladder Networks," Frequenz, *22*, No. 7 (July 1968), pp. 206–211.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-601 C
Filed: August 23, 2006

| | | |
|---|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION, | ) | |
| Plaintiffs, | ) | No. 06-601 C |
| v. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| RAYTHEON COMPANY, | ) | |
| Third-Party Defendant. | ) | |

**PLAINTIFFS' PROPOSED CLAIM CONSTRUCTION STATEMENT**

Pursuant to Paragraph 11 of the Court's Special Procedures Order, Plaintiffs Theodore Whitney and High Resolution Optics Corporation hereby submit the following Proposed Claim Construction Statement:

Plaintiffs offer the following chart containing preliminary proposed constructions for certain terms/phrases in the asserted claims (Claims 33, 34, 36, 37 and 42) of United States Patent No. 5,386,319 ("the '319 patent"). The chart identifies terms/phrases where they first occur in the asserted claims. Any further occurrence of the terms/phrases should have the same construction.

Plaintiffs reserve the right to supplement or amend their list of terms/phrases and proposed constructions, without prejudice, during the claim construction process mandated by

the Court. Plaintiffs further reserve the right to propose constructions for any claim terms or phrases identified by the United States or Raytheon that have not been identified herein by Plaintiffs. Plaintiffs assert that all unidentified claim terms, phrases, or clauses should be interpreted using their plain and ordinary meaning in view of the intrinsic record.

| **Claim Term** | **Construction** |
|---|---|
| optical path delay | **Proposed Construction: An increase in the time it takes a wave of light traveling along a path to get from one point to another.**<br><br>Col. 14 lns. 48-52.<br><br>See definitions of Optical Path and Time Delay. |
| aspheric function | **Proposed Construction: The ability to alter aberrations.**<br><br>Col 13, lns. 39-44; Col. 14 lns. 53-56.<br>See definition of Aspheric Surface.<br>See also Walter T. Welford, *Useful Optics*, p. 40-41. |
| wavelet components | **Proposed Construction: Secondary wave components.**<br><br>Col. 13 lns. 46-49.<br>See also K.D. Moller, *Optics*, p. 129. |
| aberration | **Proposed Construction: Departure from a true image.**<br><br>Abstract; Col. 1 lns. 45-53; Col. 3 ln. 65 thru Col. 4 ln. 2; Col. 4 lns. 5-24, 30-68; Col. 5 lns. 1-2, 39-47; Col. 11 lns. 50-68; Col. 14 lns. 28-64.<br>See definition of Aberration. |

| | |
|---|---|
| refractive elements | **Proposed Construction: Elements that bend light at the boundary between two mediums of dissimilar nature.**<br><br>Col. 1 lns. 42-45; Col. 3 lns. 52-65; Col. 5 lns. 39-47; Col. 11 lns. 33-49; Col. 13 lns. 36-39; Col. 14 lns. 59-64; Col. 23 lns. 60-63.<br><br>See definitions of Index of Refraction, Refract, and Refraction. |
| phase plate comprising a holographic element | **Proposed Construction: An optical plate whose optical thickness or index of refraction varies to change the phase of a beam.**<br><br>Figs. 1, 2, 3, 5, 6, 8-11, & 15; Col. 3 ln. 36 thru Col. 4 ln. 2; Col. 4 lns. 37-59; Col. 5 lns. 21-37, 47-50, 56-68; Col. 4 lns. 1-57.<br><br>See definitions of Index of Refraction and Phase Plate.<br><br>See also Grant R. Fowles, *Introduction to Modern Optics 2nd Ed.*, p. 143; Mark Lucente, *Diffraction-Specific Fringe Computation for Electro-Holography*, Appendix A, Doctoral Thesis Dissertation, MIT Dept. of Electrical Engineering and Computer Science, Sept. 1994; and William C. Sweatt, *Describing holographic optical elements as lenses*, J. Opt. Soc. Am. Vol. 67, No. 6 June 1977. |
| Bragg regime | **Proposed Construction: Diffraction of electromagetic waves (e.g., light) into primarily a single order.**<br><br>Col. 13 lns. 36-39.<br><br>See also R. Pieper et al, *Extension of the acousto-optic Bragg regime through Hamming apodization of the sound field*, p. 1610 J. Opt. Soc. Am. A/Vol. 3, No. 10/October 1986 and J. Christopher Clemens and Scott Seagroves, *Volume Holographic Gratings*. |

| | |
|---|---|
| an asphere | **Proposed Construction: A non-spherical lens.**<br><br>Col. 13 lns. 36-39.<br><br>See also Walter T. Welford, *Useful Optics*, p. 40-41. |
| refractive lenses | **Proposed Construction: Lenses that bend light at the boundary between two mediums of dissimilar nature.**<br><br>Col. 1 lns. 42-45; Col. 3 lns. 52-65; Col. 5 lns. 39-47; Col. 11 lns. 33-49; Col. 13 lns. 36-39; Col. 14 lns. 59-64; Col. 23 lns. 60-63.<br><br>See definition of Refraction and Refract. |
| chromatic dispersion | **Proposed Construction: Aberrations which cause different wavelengths to follow different optical paths.**<br><br>Col. 12, lns. 7-17.<br><br>See definition of dispersion. See also Allen Nussbaum and Richard A. Phillips, *Contemporary Optics for Scientists and Engineers*, p. 321-22; and Rudolph Kingslake, *Applied Optics and Optical Engineering,* Vol. 3, p. 24 (Academic Press 1965). |
| transmission grating | **Proposed Construction: Diffraction grating produced on a transparent base.**<br><br>See definition of Transmission Grating. |

Plaintiffs further identify the following extrinsic evidence as support for Plaintiffs' preliminary proposed claim constructions. Plaintiffs reserve the right to present extrinsic evidence, whether or not identified below, including but not limited to dictionary definitions and citations to learned treatises, in rebuttal to any extrinsic evidence Defendants offer to support their proposed claim constructions.

**A. Dictionary Definitions and Technical References.**

Plaintiff submits the following dictionary definitions and references from textbooks and treatises for potential use in the case. Each of the texts listed below is publicly available through public libraries, bookstores, or the Internet. Exhibit A attached hereto includes copies of the relevant parts of the listed texts.

(1) **McGraw-Hill Dictionary of Scientific and Technical Terms (4th Ed. 1989).** See definitions of: aberration, aspheric surface, dispersion, index of refraction, optical path, phase plate, refraction, time delay, and transmission grating.

(2) **Chambers Science and Technology Dictionary (1988).** See definitions of: aberration and dispersion.

(3) **Oxford American Dictionary (1980).** See definitions of: refract & refraction.

(4) **Walter T. Welford, *Useful Optics*, p. 40 (The University of Chicago Press 1991).**

(5) **K.D. Moller, *Optics*, p. 129 (University Science Books 1988).**

(6) **Grant R. Fowles, *Introduction to Modern Optics 2nd Ed.*, p. 143 (Dover Publications 1975).**

(7) **Mark Lucente, *Diffraction-Specific Fringe Computation for Electro-Holography*, Appendix A, Doctoral Thesis Dissertation, MIT Dept. of Electrical Engineering and Computer Science, Sept. 1994.** Available at: http://www.lucente.us/pubs/PhDthesis/contents.html.

(8) **R. Pieper et al, *Extension of the acousto-optic Bragg regime through Hamming apodization of the sound field*, p. 1610, J. Opt. Soc. Am. A/Vol. 3, No. 10/October 1986.**

(9) **Allen Nussbaum and Richard A. Phillips, *Contemporary Optics for Scientists and Engineers*, p. 321-22 (Prentice Hall 1976).**

(10) **Rudolf Kingslake, *Applied Optics and Optical Engineering*, Vol. 3, p. 24 (Academic Press 1965).**

(11) **J. Christopher Clemens and Scott Seagroves, *Volume Holographic Gratings*.** Available at: http://www.noao.edu/ets/vpgratings/papers/clemensreport.pdf

**B. Testimony of Percipient and Expert Witnesses.**

Though Plaintiffs do not believe that the testimony of any expert witness is necessary to support, describe, or explain Plaintiffs' preliminary proposed constructions, Plaintiffs reserve the right to identify and call such a witness or witnesses to rebut any claim construction that Defendants offer and support through percipient and/or expert witness testimony.

Dated: July 9, 2007

Respectfully submitted,

Jonathan T. Suder
Edward E. Casto, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

David C. Tobin
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, NW, Suite 700
Washington, D.C. 20015
(202) 362-5900
(202) 362-5901 (fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2007 the foregoing claim construction statement was served upon the following attorneys of record via both E-mail and First Class Mail:

Scott David Bolden
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
FOR FEDERAL EXPRESS DELIVERY:
100 L Street N.W., Room 11118
Washington, DC 20530
FOR FIRST CLASS MAIL DELIVERY:
Washington, DC 20530 (no street add.)
(202) 307-0262
(202) 307-0345 fax

William S. Foster, Jr.
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
(202) 639-1321
(202) 639-1185 fax

Edward E. Casto, Jr.