Print of Drawings
As Originally Filed Sheet 2 of 9

FIG. 2




G1367

Print of Drawings
As Originally Filed

Sheet 8 of 9

FIG.3




FIG.4




FIG.6




G1368

Print of Drawings
As Originally Filed

Sheet 4 of 9




FIG. 7




FIG. 5

G1369

As Originally Filed #25-49
Sheet 9 of 9




FIG. 8

Print Of Drawings
As Originally Filed

Sheet 8 of 9




FIG. 9




FIG. 10

G1371

As Originally Filed

FIG. 11




FIG. 12



As Originally Filed

Sheet 7 of 9

FIG. 13




FIG. 14




G1373

Print Of Drawings
As Originally Filed

#2549
Sheet 8 of 9

FIG. 15







FIG. 16

MAIL ROOM JUN 11 1992 PAT & TRADEMARK

07/897248

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Theodore R. Whitney

Serial No. Group Art Unit:

Filed: Examiner:

For: HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

NEW PATENT APPLICATION
Commissioner of Patents and Trademarks

Washington, D.C. 20231

**EXPRESS MAIL CERTIFICATE**

"Express Mail" label number: NB 102 632 376

Date of Deposit: June 11, 1992

I hereby certify that the following attached paper or fee

Request for filing a Divisional Application under 37 C.F.R. Section 1.60 of pending prior application Serial No. 07/520,629, filed May 8, 1990 for HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS with: copy of prior application; including specification, claims, drawings, Combined Declaration and Power of Attorney.

is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR $1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

M&G Docket No.:

30048.1US03

Denise A. Beaubier
(Typed or printed name of person mailing paper or fee)

Denise A. Beaubier
(Signature of person mailing paper or fee)

MERCHANT, GOULD, SMITH,
EDELL, WELTER & SCHMIDT
Suite 1700
11100 Santa Monica Boulevard
Los Angeles, California 90025-3302
(310) 445-1140

MAIL ROOM
JUN 11 1992
PAT. & T.M. OFFICE

07897248

-/---,---

PATENT

2/a fre
12/3/92

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Theodore R. Whitney Examiner: J. Dote

Serial # : --- Group Art Unit: 1507

Filed : --- Docket: 30048.1US03

Title : HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

PRELIMINARY AMENDMENT

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

Preliminary to the first Office Action in the above-identified divisional application, please amend the application as follows:

IN THE SPECIFICATION

Please change the specification as follows:

Page 1, before the first line and after the title, please insert the following sentence: --This is a divisional of application Serial No. 07/520,629, filed May, 1990, now patent number 5,156,943, which application is a divisional of application Serial No. 07/108,435, filed October 25, 1987, now patent number 4,936,665.--

a1

Page 6, line 26, after "the" (second occurrence) delete "critical"; and

line 27, after "aperture" and before the period (".") insert --stop--.

Page 7, line 24, after "the" (second occurrence) and before "aperture" delete "critical"; and

line 24, after "aperture" and before "of" insert --stop--.

Page 9, line 10, after "the" delete "critical";

line 11, after "aperture" and before "and" insert --stop--; and

line 14, after "approximately" and before "microns" change "0.144" to --0.427--.

Page 21, line 12, after "the" and before "aperture" delete "critical";

line 12, after "aperture", insert --stop--;

line 26, after "and" and before "aperture" delete "critical"; and

line 26, after "aperture" and before "is" insert --stop--.

Page 22, line 2, after "phase" and before "introduced" change "log" to --lag--.

Page 23, line 20, after "about" and before "nm" change "20.6" to --61.0--;

line 21, after "about" and before "nm" change "143.9" to --426.9--; and

line 27, after "over" and before "and" change "1°" to --3.59°--.

Page 24, line 3, after "plate" and before the period (".") insert --minus one--; and

line 25, after "about" and before "nm" change "140" to --427--.

Page 25, line 14, after "the" and before "aperture" delete "critical";

line 14, after "aperture" and before "are" insert --stop--; and

line 16, before "light" change "redistributes" to --redistribute--.

Page 26, line 21, after "in" and before "beam" insert --the--.

Page 27, line 20, after "the" and before "aperture" delete "critical"; and

line 20, after "aperture" and before "can" insert --stop--.

Page 41, line 4, after "than" and before "nm" change "144" to --427--.

Page 45, line 13, after "the" (first occurrence) and before "aperture" delete "critical"; and

line 13, after "aperture" and before "position" insert --stop--.

IN THE CLAIMS

Please cancel claims 1-39, 56-65 and 86-91, and add new claims 111-139 as follows:

111. (New) An optical element for enhancing specific optical properties in an optical system having a beam path comprising:

a light transmissive plate disposed transverse to the beam path and having patterns of varying thickness configured to introduce varying phase retardation in different parts of the beam moving along the beam path, the patterns being arranged in groups having phase shifts between them, to define different pupil functions in the optical system.

112. (New) An optical element as set forth in claim 111 above, wherein the beam in the optical system is distributed through an area at the plate and the plate has a microstructure of patterns through the area for differentially varying the phase retardation of wavelets in the beam.

113. (New) An optical element as set forth in claim 111 above, wherein the plate is disposed transverse to a central axis and the patterns comprise a plurality of varying rings concentric with the axis, and wherein the phase retardation patterns vary in accordance with radius and the phase shifts between the groups also vary radially.

114. (New) An optical element as set forth in claim 111 above, wherein the patterns also comprise transmissivity variations.

25 ~~115~~. (New) An optical element as set forth in claim 24 ~~114~~ above, wherein the transmissivity variations comprise areas that are opaque to light.

26 ~~116~~. (New) An optical element as set forth in claim 21 ~~111~~ above, wherein the phase retardation pattern groupings vary by selective reversal of the pattern progressions to introduce π radians of phase shifts in areas of the beam path.

Sub C2

117. (New) A light transmissive optical element for providing pupil functions in an optical system, comprising:

a transmissive plate having a plurality of patterns of varying thickness and transmissivity, wherein the patterns include groupings which introduce predetermined phase shifts, reversal phase shifts, and opaque areas, such that the combination of patterns introduces one or more pupil functions ~~fractions~~ in the optical system.

B

28 ~~118~~. (New) An optical element as set forth in claim 27 ~~117~~ above, wherein the patterns are disposed as rings about a central axis and comprise rings of varying slope and radial width and vary locally in 0 and π fashion, where 0 represents a predetermined local phase shift and π represents a locally reversed phase shift.

Subt C 4

~~119. (New)~~ An optical element as set forth in claim 118 above, wherein the plate includes selective radial variations of 0 and π phase shift together with opaque areas.

120. (New) An optical system having improved depth of field or resolution or both over that achievable with lens combinations comprising:

at least one diffractive element in the lens combination, the diffractive element having a plurality of phase shift patterns therein which vary so as to have reversed phase shifts between them so as to provide a predetermined pupil function.

121. (New) An optical system as set forth in claim 120 above, wherein at least one diffractive element further includes transmissivity ~~low light~~ patterns thereon in accordance with the desired pupil function, and wherein the lens combination comprises principally refractive elements.

B

32 ~~122~~. (New) An optical system as set forth in claim 30 ~~120~~ above, wherein the system includes at least two of said diffractive elements.

33 ~~123~~. (New) An aspheric optical element for correcting the microstructure of an areal beam disposed about a central axis comprising:

a light transmissive plate having a plurality of concentric patterns thereon, the plate being disposed in the beam path and with the patterns concentric with the central axis, wherein the patterns each introduce progressively varying optical path delay in the beam between selected limits, the patterns varying in radial dimension and in radial position relative to the central axis to introduce an aspheric function in the beam.

~~124~~ 34. (New) An aspheric optical element as set forth in claim ~~123~~ 33 above, wherein the patterns each have progressively varying heights redirecting wavelet components of the beam to redistribute waves in the beam.

~~125~~ 35. (New) An aspheric optical element as set forth in claim ~~123~~ 33 above, wherein the patterns are defined by tracks of incrementally varying heights.

~~126~~ 36. (New) An aspheric optical element as set forth in claim ~~123~~ 33 above, wherein one or more aspheric is used with an optical system having aberration as a system and in the elements thereof, and wherein the aspheric function compensates for system aberration and aberrations of the elements themselves.

~~127~~ 37. (New) An optical system comprising:

a number of refractive elements arranged as a lens system and having residual aberration, and

at least one phase plate comprising a holographic element operating in a Bragg regime and also functioning as an asphere to compensate for residual aberration in the refractive elements.

38 ~~128~~. (New) A system as set forth in claim 37 ~~127~~ above, further comprising monochromatic light source means providing a beam through the refractive elements and phase plate.

39 ~~129~~. (New) A system as set forth in claim 38 ~~128~~ above, wherein the at least one phase plate comprises means defining an areally distributed transmissive element compensating for spherical-type aberration and non-spherical aberrations.

130. (New) A system as set forth in claim 121 above, wherein the non-spherical aberrations comprise chromatic aberration.

41 ~~131~~. (New) A system as set forth in claim 40 ~~130~~ above, wherein the at least one phase plate comprises groupings of grating segments which define multiple pupils imparting controlled depth of field, increased resolution and reduced sideband intensity in the optical system.

42 ~~132~~. (New) An achromatic optical system comprising:

a plurality of refractive lenses having in combination a negative chromatic dispersion, and

at least one correcting phase plate defining a transmission grating having a positive base power curvature opposing but



75

substantially matching the chromatic dispersion of the refractive lenses.

43 ~~133~~. (New) An optical system as set forth in claim ~~132~~ 42 above, wherein the refractive lenses are spherical lenses disposed along an optical path wherein the correcting phase plate is disposed along the optical path and comprises a plurality of ring patterns introducing varying phase shift, and wherein the system further includes monochromatic illuminating means.

44 ~~134~~. (New) An optical system as set forth in claim ~~133~~ 43 above, wherein the monochromatic illuminating means comprises an excimer laser having a chromatic spread compensated by the correcting phase plate.

45 ~~135~~. (New) An optical system as set forth in claim ~~132~~ 42 above, wherein the system comprises at least two phase plates disposed serially along the optical system.

~~136. (New) The method of controlling the coherence of an illumination beam during exposure of a light sensitive medium with a beam from a substantially coherent source so as to achieve improved resolution free of speckle effects and presenting an adequate number of wave sources distributed through an illumination area, comprising the steps of:~~



76

maintaining waves from the source temporarily coherent for greater than about 10,000 waves;

sensing the partial coherence modules in the beam prior to the illumination area and

modifying the spatial coherence in accordance with the sensed partial coherence to randomize spatial coherence in a controlled manner without substantially affecting the temporal coherence.

137. (New) The method of claim 136 above, further including the step of serially introducing two quasi-random phase variations across the beam area.

138. (New) The method of claim 137 above, further including the step of varying the distance between the regions in which the phase variations are introduced.

139. (New) The method of claim 136 above, wherein the spatial coherence is measured and controlled according to desired image conditions.

REMARKS

In filing this divisional application, the Applicant requests that claims 1-39, 56-65 and 86-91 be cancelled, and that new claims 111-139 be added. Thus, claims 40-55, 66-85, 92-139

are in the case. Further, Applicant submits that new claims do not involve any new matter or objectionable changes.

The specification has been amended to make certain corrections that were previously submitted and approved in the parent and first divisional applications. Approval of these changes is respectfully requested.

When the Examiner takes this application up for action, he is requested to take the foregoing into account.

If a telephone inquiry would be helpful in resolving any issues, please contact the undersigned attorney at 310-445-1140.

Respectfully submitted,

Theodore R. Whitney

By their attorneys

MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT
11100 Santa Monica Boulevard
Suite 1700
Los Angeles, California 90025
(310) 445-1140

Date: June 11, 1992

By: [signature]
George H. Gates
Reg. No. 33,500

"Express Mail" mailing label number NB102632376

Date of Deposit June 11, 1992

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231

DENISE A. BEAUBIER
printed name

[signature]
Signature

MAIL ROOM JUN 11 1992 PAT. & TRADEMARK OFF.

8

3050.00-101-A
07/897248

2/A Pre
12/3/92

FORM 6 - CONTINUATION OR DIVISIONAL APPLICATION

Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE UNDER 37 C.F.R. § 1.10:

"Express Mail" mailing number: NB 102 632 376
Date of Deposit: June 11, 1992

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

By: Denise A. Beaubier
Name: Denise A. Beaubier

Docket Number: 30048.1US03 Prior Application: 30048.1US02

Anticipated Classification of this application:
Class: ____ Subclass: ____ Examiner: J. Dote
Art Unit: 1507

CONTINUATION OR DIVISIONAL APPLICATION

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

This is a request for filing a ___ continuation X divisional application, under 37 C.F.R. § 1.60, of pending prior application Serial No. 07/520,629, filed on May 8, 1990 for HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS, which is a divisional of application Serial No. 07/108,435, filed October 25, 1987 for HIGH RESOLUTION IMAGERY SYSTEM AND METHODS by the following inventors:

| Full Name of Inventor | Family Name | First Given Name | Second Given Name |
|---|---|---|---|
| | Whitney | Theodore | Robert |
| Residence & Citizenship | City | State or Foreign Country | Ctry. of Citizen |
| | Woodland Hills | California | U.S.A. |
| Post Office Address | P.O. Add. | City | State/Zip/Country |
| | 5500 Fenwood Avenue | Woodland Hills | CA/91367/U.S.A. |

G1387

1. X Enclosed is a true and exact copy of the prior application, including the specification, claims, drawings, oath or declaration showing the applicant's signature, and any amendments referred to in the oath or declaration filed to complete the prior application. (It is noted that no amendments referred to in the oath or declaration filed to complete the prior application introduced new matter therein.)

I hereby verify that the attached papers are a true copy of prior application Serial No. 07/520,629 as originally filed on May 8, 1990, and further that this statement was made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

2. ____ Prepare a copy of the prior application.

3. X The filing fee is calculated below:

CLAIMS AS FILED IN THE PRIOR APPLICATION, LESS ANY CLAIMS CANCELLED BY AMENDMENT BELOW

| For | Number Filed | Number Extra | Small Entity Rate | Other | Fee |
|---|---|---|---|---|---|
| Total Claims-------- | 84 - 20 | = 64 | x $10 | x $20 | $1,280. |
| Independent Claims | 18 - 3 | = 15 | x $36 | x $72 | $1,080. |
| ____ Multiple Dependent Claim Presented | | | $100 | $200 | $0,000. |
| Basic Fee (minimum amount required)-------------------- | | | $345 | $690 | $ 690. |
| TOTAL FILING FEE------------------------------------ | | | | | $3,050. |

3a. ____ A Verified Statement that this filing is by a small entity (37 C.F.R. § 1.9, 1.27, 1.28) is:

____ already filed in the parent application.

____ attached.

4. X The Commissioner is hereby authorized to charge any additional fees which may be required or credit any overpayment to Account No. 13-2724. A duplicate of this transmittal is attached.

5. X A check in the amount of $3,050.00 is enclosed.

G1388

6. ___ Cancel in this application original claims ___ of the prior application before calculating the filing fee. (At least one original independent claim must be retained for filing purposes.)

7. ___ Amend the specification by inserting before the first line the sentence: --This is a __ continuation ___ division, of application Serial No. ___, filed ___.

8. ___ Transfer the drawings from the prior application to this application and abandon said prior application as of the filing date accorded this application. A duplicate copy of this sheet is enclosed for filing in the prior application file. (May only be used if signed by person authorized by § 1.138 and before payment of Base Issue Fee.)

8a. _X_ New formal drawings (_8_ sheets) are enclosed.

8b. ___ Priority of application Serial No. ___ filed on ___ in __ is claimed under 35 U.S.C. § 119.

___ The certified copy of the priority application has been filed in prior application Serial No. ___, filed ___.

9. ___ The prior application is assigned of record to ___.

10. _X_ The Power of Attorney in the prior application is to:

Merchant, Gould, Smith, Edell, Welter & Schmidt
Suite 1700
11100 Santa Monica Boulevard
Los Angeles, CA 90025-3302

10a. _X_ The Power appears in the original papers in the prior application.

10b. ___ Since the Power does not appear in the original papers, a copy of the Power in the prior application is enclosed.

10c. _X_ Address all future communications to:

Merchant, Gould, Smith, Edell, Welter & Schmidt
Suite 1700
11100 Santa Monica Boulevard
Los Angeles, CA 90025-3302
Telephone: 1-213-445-1140

Attn: George H. Gates

11. _X_ A Preliminary Amendment is enclosed. (Claims added by this Amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application.)

12. ___ A petition and fee has been filed to extend the term in the parent application until ___.

Date: June 11, 1992

Atty: George H. Gates
Reg. No. 33,500

Address of signator:

Suite 1700
11100 Santa Monica Boulevard
Los Angeles, CA 90025-3302

___ Inventor(s)
___ Assignee of complete interest
_X_ Attorney or agent of record
___ Filed under § 1.34(a)

G1390

MAIL ROOM JUN 11 1992 PAT. & TRADE

--/---,---

#2½

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Theodore R. Whitney

Serial # : --/---,---

Filed : ---

Title : HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

Examiner: J. Dote

Group Art Unit: 1507

Docket: 30048.1US03

PROPOSED FORMAL DRAWINGS

The Commissioner of Patents
and Trademarks
Attn: Official Draftsman
Washington, D.C. 20231

Dear Sir:

Submitted herewith are 8 sheet(s) of Proposed Formal Drawings.

Respectfully submitted,

June 11, 1992
Date

George H. Gates
Reg. No.: 33,500
MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT
Suite 1700
11100 Santa Monica Boulevard
Los Angeles, CA 90025-3302
Telephone: 1-310-445-1140

"Express Mail" mailing label number NB102632376

Date of Deposit June 11 1992

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231

DENISE A. BEAUBIER
printed name

Denise A. Beaubier
Signature

G1391

07/897248




FIG. 1

07/897348

O.G. FIG. | CLASS | SUBCLASS
APPROVED | BY | DRAFTSMAN

FIG. 2




FIG. 11



07/897248

O.G. FIG. 5 | CLASS 359 | SUBCLASS 575 | APPROVED BY DRAFTSMAN

FIG. 3




FIG. 4







FIG. 5

07/897348

FIG. 6




| O.G. FIG. | |
|---|---|
| CLASS | SUBCLASS |
| APPROVED BY DRAFTSMAN | |




FIG. 7

07/897248

APPROVED BY DRAFTSMAN | O.G. FIG. | CLASS | SUBCLASS




FIG. 8

07/897248

FIG. 9




APPROVED BY DRAFTSMAN | O.G. FIG. CLASS SUBCLASS

FIG. 10




G1397

07/897248

APPROVED BY DRAFTSMAN | O.G. FIG. | CLASS | SUBCLASS

FIG. 12 A




FIG. 12 B







FIG. 12 C




FIG. 13

07/897048

APPROVED BY DRAFTSMAN | O.G. FIG. | CLASS | SUBCLASS




FIG. 14




FIG. 15




FIG. 16

MAIL ROOM AUG 6 1992 PAT. & TRADEMARK OFF.

S/N 07/897248

3/B Phe 12/3/92

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Theodore R. Whitney — Examiner: J. Dote

Serial # : 07/897,248 — Group Art Unit: 1507

Filed : June 11, 1992 — Docket: 30048.1-US-03

Title : HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

August 3, 1992

SECOND PRELIMINARY AMENDMENT

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

Preliminary to the first Office Action in the above-identified divisional application, please amend the application as follows:

IN THE CLAIMS

Please change the claims as follows:

In claim 117, line 7, between "one" and "more" insert --or--.

In claim 117, line 7, after "pupil" change "fractions" to --functions--.

In claim 121, third line, after "low light" insert --transmissivity--.

REMARKS

Applicant respectfully requests entry of the above second preliminary amendment prior to entry of a first Office Action in connection with the instant patent application. A first

G1400

preliminary amendment was submitted on June 11, 1992. The above corrections are minor editorial or typographical corrections overlooked in the first preliminary amendment. No new matter has been added.

Respectfully submitted,

Theodore R. Whitney

By his attorneys,

MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT
Suite 1700
11100 Santa Monica Boulevard,
Los Angeles, California 90025-3302
(310) 445-1140

Dated: 8/3/92

By: Raymond A. Bogucki
Raymond A. Bogucki
Registration No. 17,426

I Hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on Aug 3, 1992
(Date of Deposit)

Raymond A. Bogucki

OCT 15 1992 PAT. & TRADEMARK OFF.

#4

S/N 07/897,248 **PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant: Theodore R. Whitney Examiner: J. Dote

Serial # : 07/897,248 Group Art Unit: 1506

Filed : June 11, 1992 Docket: 30048.1US03

Title : HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

**INFORMATION DISCLOSURE STATEMENT**

RECEIVED
OCT 15 1992
GROUP 1500

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

In accordance with the Applicant's duty of disclosure under the provisions of 37 C.F.R. §§ 1.56, and 1.97 et seq., the following references are brought to the attention of the Examiner. The present application is a divisional of U.S. patent application S/N 07/520,629 filed May, 8, 1990, which is a divisional of U.S. Patent 4,936,665 issued June 26, 1990.

**U.S. PATENT**

U.S. Patent No. 4,637,697, issued January 20, 1987, for "Multifocal Contact Lenses Utilizing Diffraction and Refraction" to Michael H. Freeman.

The following references have previously been submitted by the Applicant in the parent case. Copies of such references are not required with this Statement under M.P.E.P. § 609.

REFERENCES MADE OF RECORD IN PARENT CASE

(NO COPIES ENCLOSED)

U.S. PATENTS

U.S. Patent No. 4,435,041, issued March 6, 1984, for "Chromatic Aberration Correction In A Multiwavelength Light Beam Deflection System" to Earnest J. Torok et al.

U.S. Patent No. 4,748,614, issued May 31, 1988, for "Optical Wavelength Multiplexing And/Or Demultiplexing Device" to Dammann et al.

U.S. Patent No. 4,277,138, issued July 7, 1981, for "Diffraction Grating And System For The Formation Of Color Components" to Hans Dammann.

U.S. Patent No. 4,032,343, issued June 28, 1977, for "Method For Production Of Rotationally Symmetric Non-Spherical Optical Elements" to Reinhold Deml et al.

FOREIGN PATENTS

Patent Abstracts of Japan, Vol. 10, No. 119 (P-453) [2176], May 6, 1986; & JP-A-60 247611 (Toshiba K.K.) 07-12-1985, Abstract, "Optical Head", G. Hatagoshi.

French Patent No. 83 06227, "Dispositif Multiplex ou Demultiplex Optique", Hans Dammann et al.

## PUBLICATIONS

Kenro Miyamoto, "The Phase Fresnel Lens", Journal of the Optical Society of America, Vol. 51, No. 1, January 1961, pp. 17-20.

Melvin H. Horman, "Efficiencies of Zone Plates and Phase Zone Plates", Applied Optics, Vol. 6, No. 11, November 1967, pp. 2011-2013.

S. Mallick, "Degree of Coherence in the Image of a Quasi-Monochromatic Source", Applied Optics, Vol. 6, No. 8, August 1967, pp. 1403-1405.

H.H. Hopkins, Wave Theory of Aberrations, (Oxford at the Clarendon Press, 1950), pp. 47-55.

Keivin Burns et al, "Energy Levels and Wavelengths of the Isotopes of Mercury-199 and -200", Journal of the Optical Society of America, Vol. 62, No. 10, October 1952, pp. 717-718.

John M. McLeod, "The Axicon: A Type of Optical Element", Journal of the Optical Society of America, Vol. 44, No. 8, August 1954, pp. 592-597.

H. Madjidi-Zolbanine et al, "Holographic correction of both chromatic and spherical aberrations of single glass lenses", Applied Optics, Vol. 18, No. 14, 15 July 1979, pp. 2385-2393.

H. Dammann, "Blazed Synthetic Phase-Only Holograms", Optik 31, Heft 1, 1970, Seite 95-104.

E.G. Loewen et al, "Grating efficiency theory as it applies to blazed and holographic gratings", Applied Optics, Vol 16, No. 18, October 1977, pp. 2711-2721.

Philip S. Considine, "Effects of Coherence on Imaging Systems", Journal of the Optical Society of America, Vol. 56, No. 8, August 1966, pp. 1001-1009.

C.S. Ih et al, "Improved random spatial phase modulation for speckle elimination", Applied Optics, Vol. 17, No. 9, 1 May 1978, pp. 1447-1454.

Brian J. Thompson, "Diffraction by Semitransparent and Phase Annuli", Journal of the Optical Society of America, Vol. 55, No. 2, February 1965, pp. 145-149.

W.T. Welford, "Use of Annular Apertures to Increase Focal Depth", Journal of the Optical Society of America, Vol. 50, No. 8, August 1960, pp. 749-753.

S.C. Som, "Influence of Partially Coherent Illumination on the Performance of Non-Airy Pupil Functions in Microscopic Systems", Applied Optics, Vol. 11, No. 3, March 1972, pp. 655-661.

T. Fujita et al, "Blazed gratings and Fresnel lenses fabricated by electron-beam lithography", Optics Letters, Vol. 7, No. 12, December 1982, pp. 578-580.

S.K. Case et al, "Multifacet holographic optical elements for wave front transformations", Applied Optics, Vol. 20, No. 15, 1 August 1981, pp. 2670-2675.

Jean Claude Fouere et al, "Focusing Errors in a Collimating Lens or Mirror: Use of a Moire Technique", Applied Optics, Vol. 13, No. 6, June 1974, pp. 1322-1326.

T.C. Chang et al, "System for Aligning and Decentering Using Moire Technique", Journal of the Optical Society of America, 1983 Annual Meeting, p. 1911.

While the Applicant's attorney has performed a cursory review of the references set forth in the Information Disclosure Statement, a thorough study has not been performed. Accordingly, the Examiner's consideration of the references is solicited so that the Examiner may make, pursuant to M.P.E.P. § 2004 (10), an independent determination of the relative importance of the references.

Applicant hereby fulfills his duty of disclosure. It is believed that the instant application includes claims which are patentably distinguishable from the art cited above and consideration and allowance of the claims is requested.

Respectfully submitted,

MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT
Suite 1700
11100 Santa Monica Boulevard
Los Angeles, CA 90025-3302
(310) 445-1140

By: *John L. Maxin*
John L. Maxin
Registration No. 34,668

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on 7 October 1992
(Date of Deposit)

*John L. Maxin*
John L. Maxin

references found in parent 7/108,435

MAIL ROOM 16 5 PATENT & TRADEMARK OFFICE

Sheet 1 of 6

#4

Form 1449*

INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary)

| | |
|---|---|
| Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
| Applicant Theodore R. Whitney | |
| Filing Date June 11, 1992 | Group 1506 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| TM | 4,637,697 | Jan. 20, 1987 | M.H. Freeman | 351 | 161 | |
| T.M. | 4,435,041 | Mar. 6, 1984 | Earnest J. Torok et al. | | | |
| T.M | 4,748,614 | May 31, 1988 | Dammann et al. | | | |
| T.M | 4,277,138 | July 7, 1981 | Hans Dammann | | | |
| T.M. | 4,032,343 | June 28, 1977 | Reinhold Deml et al. | | | |

RECEIVED OCT 15 1992 GROUP 1500

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| T.M | 60-247611 | 7/85 | Japan | | | | |
| T.M. | 83 06227 | 4/83 | France | | | | |

## OTHER DOCUMENTS

(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| T.M | Kenro Miyamoto, "The Phase Fresnel Lens", Journal of the Optical Society of America, Vol. 51, No. 1, January 1961, pp. 17-20. |
| T.M | Melvin H. Horman, "Efficiencies of Zone Plates and Phase Zone Plates", Applied Optics, Vol. 6, No. 11, November 1967, pp. 2011-2013. |
| T.M | S. Mallick, "Degree of Coherence in the Image of a Quasi-Monochromatic Source", Applied Optics, Vol. 6, No. 8, August 1967, pp. 1403-1405. |

Examiner Teresa Mosley | Date Considered Feb. 8, 1993

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1407

Sheet 2 of 6

| Form 1449* INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

MAIL ROOM 16 OCT 1992 U.S. PATENT & TRADEMARK OFF.

**U.S. PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |

RECEIVED OCT 15 1992 GROUP 1500

**FOREIGN PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| T.M | H.H. Hopkins, Wave Theory of Aberrations, (Oxford at the Clarendon Press, 1950), pp. 47-55. |
| T.M | Keivin Burns et al, "Energy Levels and Wavelengths of the Isotopes of Mercury-199 and -200", Journal of the Optical Society of America, Vo. 62, No. 10, October 1952, pp. 717-718. |
| T.M. | John M. McLeod, "The Axicon: A Type of Optical Element", Journal of the Optical Society of America, Vol. 44, No. 8, August 1954, pp. 592-597. |

| Examiner Teresa Mosley | Date Considered Feb. 8, 1993 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1408

Sheet 3 of 6

| Form 1449* INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|

RECEIVED
OCT 15 1992
GROUP 1500

FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| T.M. | H. Madjidi-Zolbanine et al, "Holographic correction of both chromatic and spherical aberrations of single glass lenses", Applied Optics, Vol. 18, No. 14, 15 July 1979, pp. 2385-2393. |
| T.M. | H. Dammann, "Blazed Synthetic Phase-Only Holograms", Optik 31, Heft 1, 1970, Seite 95-104. |
| T.M. | E.G. Loewen et al, "Grating efficiency theory as it applies to blazed and holographic gratings", Applied Optics, Vol. 16, No. 18, October 1977, pp. 2711-2721. |

| Examiner Teresa Mosley | Date Considered Feb. 8, 1993 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1409

Sheet 4 of 6

MAIL ROOM OCT 5 1992 U.S. PAT. & TRADEMARK OFF.

| Form 1449* | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

**U.S. PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |

RECEIVED OCT 15 1992 GROUP 1500

**FOREIGN PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| T.M | Philip S. Considine, "Effects of Coherence on Imaging Systems", Journal of the Optical Society of America, Vol. 56, No. 8, August 1966, pp. 1001-1009. |
| T.M | C.S. Ih et al, "Improved random spatial phase modulation for speckle elimination", Applied Optics, Vol. 17, No. 9, 1 May 1978, pp. 1447-1454. |
| T.M | Brian J. Thompson, "Diffraction by Semitransparent and Phase Annuli", Journal of the Optical Society of America, Vol. 55, No. 2, February 1965, pp. 145-149. |

Examiner *Brresso Mosley* | Date Considered *Feb. 8, 1993*

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1410

MAIL ROOM
OCT 15 1992
PAT. & TRADEMARK OFFICE

Sheet 5 of 6

| | | |
|---|---|---|
| Form 1449* INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
| | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

**U.S. PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED
OCT 15 1992
GROUP 1500

**FOREIGN PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| T.M. | W.T. Welford, "Use of Annular Apertures to Increase Focal Depth", Journal of the Optical Society of America, Vol. 50, No. 8, August 1960, pp. 749-753. |
| T.M. | S.C. Som, "Influence of Partially Coherent Illumination on the Performance of Non-Airy Pupil Functions in Microscopic Systems", Applied Optics, Vol. 11, No. 3, March 1972, pp. 655-661. |
| T.M. | T. Fujita et al., "Blazed gratings and Fresnel lenses fabricated by electron-beam lithography", Optics Letters, Vol. 7, No. 12, December 1982, pp. 578-580. |

Examiner Teressa Mosley | Date Considered Feb. 8, 1993

*Substitute Disclosure Statement Form (PTO-1449)

G1411

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/897,248 | 06/11/92 | WHITNEY | T 4948.1US03 |

EXAMINER
ANGEBRANNDT,M

15N2/0721

| ART UNIT | PAPER NUMBER |
|---|---|
| | 5 |

MERCHANT, GOULD, SMITH, EDELL, WELTER
AND SCHMIDT
ATTN: GEORGE H. GATES
STE. 1700, 11100 SANTA MONICA BLVD.
LOS ANGELES, CA 90025-3302

DATE MAILED: 07/21/93

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined ☒ Responsive to communication filed on 6/11/92 8/6/92 ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ——— month(s), 30 days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☒ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ____________

Part II SUMMARY OF ACTION

1. ☒ Claims 40-55, 66-85 + 92-139 are pending in the application.

   Of the above, claims ____________ are withdrawn from consideration.

2. ☐ Claims ____________ have been cancelled.

3. ☐ Claims ____________ are allowed.

4. ☐ Claims ____________ are rejected.

5. ☐ Claims ____________ are objected to.

6. ☒ Claims 40-55+66-85 + 92-139 are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on ____________. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ____________ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on ____________, has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ____________; filed on ____________.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

EXAMINER'S ACTION

PTOL-326 (Rev. 9-89)

G1412

15 Restriction to one of the following inventions is required under 35 U.S.C. § 121:

I. Claims 40-55, 92 and 93, drawn to a method of making a transmission grating, classified in Class 430, subclass 321.

II. Claims 66-85 and 111-119, drawn to a transmissive phase plate, classified in Class 359, subclass 565.

III. Claims 94-102, drawn to an apparatus for making cylindrical patterns using a rotatable stage, classified in Class 355, subclass 18.

IV. Claims 103-110, drawn to an apparatus using a fresnel lens for alignment, classified in Class 356, subclass 363.

V. Claims 120-135, drawn to a lens system with a diffractive element, classified in Class 359, subclass 742.

VI. Claims 136-139, drawn to a system for reducing laser speckle using a diffractive element, classified in Class 353, subclass 38.

16 Inventions group I and group II are related as process of making and product made. The inventions are distinct if either or both of the following can be shown: (1) that the process as claimed can be used to make other and materially different product or (2) that the product as claimed can be made by another and materially different process (M.P.E.P. § 806.05(f)). In the instant case the product as claimed may be made by a materially different process, such as lathing or ion milling. Also the process as claimed can be used to make a materially different

product such as an optical recording medium with concentric grooves or any binary concentric phase plate.

17 Inventions group I and group III are related as process and apparatus for its practice. The inventions are distinct if it can be shown that either: (1) the process as claimed can be practiced by another materially different apparatus or by hand, or (2) the apparatus as claimed can be used to practice another and materially different process. (M.P.E.P. § 806.05(e)). In this case the apparatus as claimed may be used in a materially different process, such as making an optical recording medium with concentric grooves or any binary concentric phase plate. Also the process as claimed may be practiced by another materially different apparatus such as one using a mask with the circular patterns rather than a single source and rotating the stage to produce the circular patterns.

17 Inventions group I and group IV are related as method of making and apparatus for use which are separate, independent inventions since the apparatus cannot be used to practice the process as set froth in MPEP 806.04 (2).

18 Inventions group I and group V are related as method of making and apparatus for use which are separate, independent inventions since the apparatus cannot be used to practice the process as set forth in MPEP 806.04 (2).

19 Inventions group I and group V are related as method of making and apparatus for use which are separate, independent

inventions since the apparatus cannot be used to practice the process as set forth in MPEP 806.04 (2).

20 Inventions group I and group VI are related as method of making and apparatus for use which are separate, independent inventions since the apparatus cannot be used to practice the process as set forth in MPEP 806.04 (2).

21 Inventions group III and group II are related as apparatus and product made. The inventions in this relationship are distinct if either or both of the following can be shown: (1) that the apparatus as claimed is not an obvious apparatus for making the product and the apparatus can be used for making a different product or (2) that the product as claimed can be made by another and materially different apparatus (M.P.E.P. § 806.05(g)). In this case the apparatus as claimed may be used to make a materially different product, such as an optical recording medium with concentric grooves or any binary concentric phase plate. Also the article as claimed may be made by another materially different apparatus such as one using a mask with the circular patterns rather than a single source and rotating the stage to produce the circular patterns.

22 Inventions group II and group IV are related as mutually exclusive species in intermediate-final product relationship. Distinctness is proven for claims in this relationship if the intermediate product is useful to make other than the final product (M.P.E.P. § 806.04(b), 3rd paragraph), and the species

are patentably distinct (M.P.E.P. § 806.04(h)).

In the instant case, the intermediate product is deemed to be useful as a phase plate or corrective diffractive lens and the inventions are deemed patentably distinct since there is nothing on this record to show them to be obvious variants. Should applicant traverse on the ground that the species are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the species to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions anticipated by the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. § 103 of the other invention.

23 Inventions group II and group V are related as mutually exclusive species in intermediate-final product relationship. Distinctness is proven for claims in this relationship if the intermediate product is useful to make other than the final product (M.P.E.P. § 806.04(b), 3rd paragraph), and the species are patentably distinct (M.P.E.P. § 806.04(h)).

In the instant case, the intermediate product is deemed to be useful as a phase plate or fresnel lens useful without other lenses and the inventions are deemed patentably distinct since there is nothing on this record to show them to be obvious variants. Should applicant traverse on the ground that the species are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the

species to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions anticipated by the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. § 103 of the other invention.

24 Inventions group II and group VI are related as mutually exclusive species in intermediate-final product relationship. Distinctness is proven for claims in this relationship if the intermediate product is useful to make other than the final product (M.P.E.P. § 806.04(b), 3rd paragraph), and the species are patentably distinct (M.P.E.P. § 806.04(h)).

In the instant case, the intermediate product is deemed to be useful as a phase plate or fresnel lens useful without other lenses and the inventions are deemed patentably distinct since there is nothing on this record to show them to be obvious variants. Should applicant traverse on the ground that the species are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the species to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions anticipated by the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. § 103 of the other invention.

25 Inventions group III and group IV are related as apparatus of making and apparatus for use which are separate, independent

inventions since the two apparatus perform different functions as set forth in MPEP 806.04 (1).

26 Inventions group III and group V are related as apparatus of making and apparatus for use which are separate, independent inventions since the two apparatus perform different functions as set forth in MPEP 806.04 (1).

27 Inventions group III and group VI are related as apparatus of making and apparatus for use which are separate, independent inventions since the two apparatus perform different functions as set forth in MPEP 806.04 (1).

28 Inventions group IV and group V are related as apparatus of making and apparatus for use which are separate, independent inventions since the two apparatus perform different functions as set forth in MPEP 806.04 (1).

29 Inventions group IV and group VI are related as apparatus of making and apparatus for use which are separate, independent inventions since the two apparatus perform different functions as set forth in MPEP 806.04 (1).

30 Inventions group V and group VI are related as apparatus of making and apparatus for use which are separate, independent inventions since the two apparatus perform different functions as set forth in MPEP 806.04 (1).

31 Because these inventions are distinct for the reasons given above and have acquired a separate status in the art as shown by their different classification, restriction for examination

purposes as indicated is proper.

32 A telephone call was made to Raymond Boucki (17,426) on 02/08/93 to request an oral election to the above restriction requirement, but did not result in an election being made.

33 Applicant is advised that the response to this requirement to be complete must include an election of the invention to be examined even though the requirement be traversed.

34 Any inquiry concerning this communication should be directed to Martin Angebranndt at telephone number (703) 308-2351.

mja 7/19/93

CHARLES L. BOWERS, JR.
SUPERVISORY PATENT EXAMINER
ART UNIT 156

MAIL ROOM
'84 AUG 23 1993
PAT. & TRADEMARK OFF.

RECEIVED
AUG 25 1993
GROUP 1500

GP 1506
1501

PATENT

S/N 07/897,248

07/22/93

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: Theodore R. Whitney | Group Art Unit: 1506 |
| Serial No.: 07/897,248 | Examiner: ~~J. Dote~~ ANGEBRANNDT, M, |
| Filed: June 11, 1992 | Docket No.: 30048.1-US-03 |
| For: HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS | |

6/12 8/26/93

RESPONSE TO RESTRICTION REQUIREMENT

Hon. Commissioner of Patents
and Trademarks
Washington, DC 20231

Dear Sir:

In response to the Office Action dated July 21, 1993, Applicant provisionally elects the claims of Group II, comprising claims 66-85 and 111-119. Applicant, however, respectfully requests that the requirement for restriction be reconsidered, solely in respect to incorporating the claims of Group V, claims 120-135, with Group II. Added claims 120-135 in Group V are drawn to an optical system with a diffractive element in claims 120-126, while claims 127-35 use the term "phase plate". The mere characterization of the element with different but appropriate terminology does not change the field of search or entail a different analysis. In other words, the search for the subject matter of Group II should inherently cover the subject matter of Group V as well. It is to be noted that phase shift functions are incorporated in both Groups II and V.

Apart from this request, the remaining characterizations of the classes, which except for newly added Group VI follow the categorizations of the actions in the parent applications, are agreed to be appropriate.

Respectfully submitted,

MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT
Suite 1700
11100 Santa Monica Boulevard
Los Angeles, California 90025-3302
(310) 445-1140

Dated: August 19, 1993

By: Raymond A. Bogucki
Raymond Bogucki
Reg. No. 17,426

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on Aug 19, 1993
(Date of Deposit)

Raymond A. Bogucki
Raymond A. Bogucki

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/897,248 | 06/11/92 | WHITNEY | T 30048.1US03 |

EXAMINER: ROBBINS, T

E5M1/1025

MERCHANT, GOULD, SMITH, EDELL, WELTER
AND SCHMIDT
WESTWOOD GATEWAY II, SUITE 400
11150 SANTA MONICA BLVD.
LOS ANGELES, CA 90025-3395

| ART UNIT | PAPER NUMBER |
|---|---|
| 2507 | 8 |

DATE MAILED: 10/25/93

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined ☐ Responsive to communication filed on ______ ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ______ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.
2. ☑ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ______

**Part II SUMMARY OF ACTION**

1. ☑ Claims 1-139 are pending in the application.

   Of the above, claims 40-55, 92-110, 136-139 are withdrawn from consideration.

2. ☑ Claims 1-39, 56-65, and 86-91 have been cancelled.
3. ☑ Claims 127-129, and 132-135 are allowed.
4. ☑ Claims 62-72, 75-78, 81-83, 111-118, 120-126, 130 and 131 are rejected.
5. ☑ Claims 73, 74, 79, 80, 84, 85, and 119 are objected to.
6. ☐ Claims ______ are subject to restriction or election requirement.
7. ☑ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☑ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ______. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ______ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed on ______, has been ☐ approved. ☐ disapproved (see explanation).
12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ______; filed on ______.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

EXAMINER'S ACTION

PTOL-326 (Rev. 9-89)

G1424

The examiner has respectfully reconsidered the requirement for restriction. In view of the applicant's argument, the restriction is modified to include claims 120-135 with Group II.

Claims 40-55, 92-110 and 136-139 are withdrawn from further consideration by the examiner, 37 C.F.R. § 1.142(b) as being drawn to a nonelected invention. Election was made **without** traverse in Paper No. 6.

The drawings are objected to because they do not illustrate that which the applicant is claiming in claims 81-85, namely an element with both transmissive and non-transmissive areas. Correction is required.

The disclosure is objected to because of the following informalities: The word "areal" throughout the application should be rewritten as -- aerial --. Appropriate correction is required.

Claim 76 is rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant

regards as the invention. The annular alignment patterns lack proper antecedent basis, thus rendering the claim vague and indefinite.

Claims 66, 69, 77, 78, and 111-118 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 2-4, 7, 8, 12, 23, 24, 28-30 and 33 of U.S. Patent No. 4,936,665. Although the conflicting claims are not identical, they are not patentably distinct from each other because the claimed invention is broader than and thus would dominate the invention of the U.S. Patent No. 4,936,665.

Claim 66 of the invention directly reads on claims 24, and 33 of the Patent.

Claim 69 of the invention directly reads on claim 24 of the Patent.

Claim 77 of the invention directly reads on claims 2, 3, 8, 12, 23, 24, 28, 29, 30, and 33 of the Patent.

Claim 78 of the invention directly reads on claims 7, 8, 12, and 30 of the Patent.

Claims 111, and 112 of the invention directly read on claims 2-4, 8, 12, 23, 24,28-30, and 33 of the Patent.

Claim 113 of the invention directly reads on claims 4, 12, and 28-30 of the Patent.

Claims 114 and 115 of the invention directly read on claims 8, and 30 of the Patent.

Claim 116 of the invention directly reads on claims 29, and 30 of the Patent.

Claim 117 of the invention directly reads on claims 7, and 30 of the Patent.

Claim 118 of the invention directly reads on claim 30 of the Patent.

The obviousness-type double patenting rejection is a judicially established doctrine based upon public policy and is

primarily intended to prevent prolongation of the patent term by prohibiting claims in a second patent not patentably distinct from claims in a first patent. *In re Vogel*, 164 USPQ 619 (CCPA 1970). A timely filed terminal disclaimer in compliance with 37 C.F.R. § 1.321(b) would overcome an actual or provisional rejection on this ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 C.F.R. § 1.78(d).

The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

Claims 66-72, 77, 78, 111-116, 120-122, 130, 131, and 123-126 are rejected under 35 U.S.C. § 102(e) as being clearly anticipated by Swanson et al 5,161,059. (See Fig. 1C, col. 2 ln. 42, col. 3 ln. 50-54, col. 4 ln.40-50, and Fig. 9 col. 8 ln. 25-34)

The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that

Serial No. 07/897247

Art Unit 2507

> the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.
>
> Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

Claims 75 and 76, as understood, are rejected under 35 U.S.C. § 103 as being unpatentable over Swanson et al as applied to claim 66 above, and further in view of the article by the Optical Sciences Group. The Swanson et al reference teaches all the aspects of claim 66, however Swanson et al fails to teach that the substrate includes a first annular reference pattern outside the transmissive pattern and a second annular reference pattern inside the transmissive ring pattern. The Optical Sciences Group depicts a Fresnel type lens with three ring patterns (see first lens on cover) for producing three types of magnifications. It would have been obvious at the time of the invention to combine the multilevel diffractive optical element of the swanson et al reference with the Fresnel lens of the Optical Sciences Group that has three different ring patterns for the purpose of creating a high-efficiency, multiple magnification diffracting element.

Serial No. 07/897247 -6-

Art Unit 2507

Claims 73, 74, 79, 80, and 119 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Claims 81-85, 127-129, and 132-135 are allowable over the prior art of record.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Thomas Robbins whose telephone number is (703) 305-3792.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0956.

BRUCE Y. ARNOLD
SUPERVISORY PATENT EXAMINER
ART UNIT 257

T.R.
Thomas Robbins
October 15, 1993

...TO BE... 'LD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER | |
|---|---|---|---|---|---|
| | | 07/892248 | 2507 | | 8 |
| **NOTICE OF REFERENCES CITED** | | APPLICANT(S): T. Whitney | | | |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 5161659 | 8/29/89 | G. Swanson et al | 359 | 565 | — |
| | B | 4895790 | 1/23/90 | G. Swanson et al | 359 | 569 | 9/21/87 |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| R | Optical Sciences Group, "FRESNEL II," Sept. 1971, 24 Tiburon Street, San Rafael, California, 94901 |
| S | |
| T | |
| U | |

| EXAMINER | DATE |
|---|---|
| Thomas Robbins | 10-12-93 |

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

G1430

MAIL ROOM 52 OCT 12 1993 PAT. & TRADEMARK OFF.

**PATENT**

S/N 07/897,248

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#9 11/13/93 VV

| | |
|---|---|
| Applicant: Theodore R. Whitney | Group Art Unit: 2507 |
| Serial No.: 07/897,248 | Examiner: Robbins |
| Filed: June 11, 1992 | Docket No.: 30048.1US03 |
| For: HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS | |

RECEIVED OCT 14 1993

RECEIVED NOV 09 1993

COMMUNICATION

Hon. Commissioner of Patents
and Trademarks
Washington, DC 20231

Dear Sir:

In response to a telephone request from Examiner Robbins on October 6, 1993, enclosed is a copy of Applicant's PTO Form 1449 along with copies of all foreign patent documents and other documents listed therein.

Respectfully submitted,

MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT
Suite 400
11150 Santa Monica Boulevard
Los Angeles, California 90025-3395
(310) 445-1140

Dated: October 8, 1993

By: Raymond A. Bogucki
Raymond Bogucki
Reg. No. 17,426

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on October 8, 1993
(Date of Deposit)

Raymond A. Bogucki
Raymond Bogucki

G1431

Sheet 1 of 6

MAIL ROOM 52 OCT 12 1993 PAT. & TRADEMARK OFC

| Form 1449* INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| TR | 4,637,697 | Jan. 20, 1987 | M.H. Freeman | 351 | 161 | |
| TR | 4,435,041 | Mar. 6, 1984 | Earnest J. Torok et al. | 359 | 573 | |
| TR | 4,748,614 | May 31, 1988 | Dammann et al. | 359 | 130 | |
| TR | 4,277,138 | July 7, 1981 | Hans Dammann | 359 | 569 | |
| TR | 4,032,343 | June 28, 1977 | Reinhold Deml et al. | 430 | 397 | |

RECEIVED OCT 14 1993

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| TR | 60-247611 | 7/85 | Japan | | | | |
| TR | 83 06227 | 4/83 | France | | | | |

## OTHER DOCUMENTS

(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| TR | Kenro Miyamoto, "The Phase Fresnel Lens", Journal of the Optical Society of America, Vol. 51, No. 1, January 1961, pp. 17-20. |
| TR | Melvin H. Horman, "Efficiencies of Zone Plates and Phase Zone Plates", Applied Optics, Vol. 6, No. 11, November 1967, pp. 2011-2013. |
| TR | S. Mallick, "Degree of Coherence in the Image of a Quasi-Monochromatic Source", Applied Optics, Vol. 6, No. 8, August 1967, pp. 1403-1405. |

| Examiner Thomas Robbins | Date Considered 6-27-94 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1432

MAIL ROOM OCT 12 1993 52 PAT. & TRADEMARK OFF.

Sheet 2 of 6

| Form 1449* | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|

RECEIVED OCT 14 1993

FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| FR | H.H. Hopkins, Wave Theory of Aberrations, (Oxford at the Clarendon Press, 1950), pp. 47-55. |
| FR | Kelvin Burns et al, "Energy Levels and Wavelengths of the Isotopes of Mercury-199 and -200", Journal of the Optical Society of America, Vo. 62, No. 10, October 1952, pp. 717-718. |
| FR | John M. McLeod, "The Axicon: A Type of Optical Element", Journal of the Optical Society of America, Vol. 44, No. 8, August 1954, pp. 592-597. |

| Examiner | Date Considered |
|---|---|
| Thomas Robbins | 6-27-94 |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1433

Sheet 3 of 6

| Form 1449* INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |

MAIL ROOM 52 OCT 12 1993 PAT. & TRADE

RECEIVED OCT 14 1993

FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| TR | H. Madjidi-Zolbanine et al, "Holographic correction of both chromatic and spherical aberrations of single glass lenses", Applied Optics, Vol. 18, No. 14, 15 July 1979, pp. 2385-2393. |
| TR | H. Dammann, "Blazed Synthetic Phase-Only Holograms", Optik 31, Heft 1, 1970, Seite 95-104. |
| TR | E.G. Loewen et al, "Grating efficiency theory as it applies to blazed and holographic gratings", Applied Optics, Vol. 16, No. 18, October 1977, pp. 2711-2721. |

| Examiner | Date Considered |
|---|---|
| Thomas Robbins | 6-27-94 |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1434

Sheet 4 of 6

| Form 1449* | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

MAIL ROOM OCT 12 1993

U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |

RECEIVED OCT 14 1993 GROUP 1500

FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| TR | Philip S. Considine, "Effects of Coherence on Imaging Systems", Journal of the Optical Society of America, Vol. 56, No. 8, August 1966, pp. 1001-1009. |
| TR | C.S. Ih et al, "Improved random spatial phase modulation for speckle elimination", Applied Optics, Vol. 17, No. 9, 1 May 1978, pp. 1447-1454. |
| TR | Brian J. Thompson, "Diffraction by Semitransparent and Phase Annuli", Journal of the Optical Society of America, Vol. 55, No. 2, February 1965, pp. 145-149. |

| Examiner | Date Considered |
|---|---|
| Thomas Robbins | 6-27-94 |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1435

Sheet 5 of 6

Form 1449*

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

RECEIVED OCT 14 1993

U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |

FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| TR. | W.T. Welford, "Use of Annular Apertures to Increase Focal Depth", Journal of the Optical Society of America, Vol. 50, No. 8, August 1960, pp. 749-753. |
| TR. | S.C. Som, "Influence of Partially Coherent Illumination on the Performance of Non-Airy Pupil Functions in Microscopic Systems", Applied Optics, Vol. 11, No. 3, March 1972, pp. 655-661. |
| TR. | T. Fujita et al., "Blazed gratings and Fresnel lenses fabricated by electron-beam lithography", Optics Letters, Vol. 7, No. 12, December 1982, pp. 578-580. |

| Examiner | Date Considered |
|---|---|
| Thomas Robbins | 6-22-94 |

*Substitute Disclosure Statement Form (PTO-1449)

G1436

Sheet 6 of 6

| Form 1449* | Atty. Docket No. 30048.1US03 | Serial No. 07/897,248 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant Theodore R. Whitney | |
| | Filing Date June 11, 1992 | Group 1506 |

OCT 12 1993

U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date (If Appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |

RECEIVED OCT 14 1993

FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| TR | S.K. Case et al., "Multifacet holographic optical elements for wave front transformations", Applied Optics, Vol. 20, No. 15, 1 August 1981, pp. 2670-2675. |
| TR | Jean Claude Fouere et al., "Focusing Errors in a Collimating Lens or Mirror: Use of a Moire Technique", Applied Optics, Vol. 13, No. 6, June 1974, pp. 1322-1326. |
| TR | T.C. Chang et al., "System for Aligning and Decentering Using Moire Technique", Journal of the Optical Society of America, 1983 Annual Meeting, p. 1911. |

| Examiner Thomas Robbins | Date Considered 6-27-94 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G1437

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Theodore R. Whitney

For: HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

9

Docket No.: 30048.1US03
Filed: June 11, 1992
Examiner: Robbins

Serial No.: 07/897,248
Due Date: N/A
Group Art Unit: 2507

MAIL ROOM
OCT 12 1993
62
PAT. & TRADEMARK OFF.

RECEIVED
OCT 14 1993

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

X Transmittal Sheet in duplicate containing certificate under 37 CFR 1.8.

_ A certified copy of a _ application, Serial No. _, filed _, 199_, the right of priority of which is claimed under 35 U.S.C. 119.

_ Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established by verified statement previously submitted.

_ A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.

_ A signed Combined Declaration and Power of Attorney.

25R1

_ A Request for Extension of Time for _ months and fee of $_.

_ A check in the amount of $_, for _.

X A return postcard.

X Other: Copy of PTO 1449 and cited foreign patent documents and other documents.

_ Amendment _ No Additional fee is required _ The fee has been calculated as shown:

CLAIMS AS AMENDED

| | (1) CLAIMS REMAINING AFTER AMENDMENT | # | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | SMALL ENTITY ADD'L FEE | or | OTHER RATE | OTHER ADD'L FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | | - | = | | x 11 = | $ | or | x 22 = | $ |
| INDEPENDENT CLAIMS | | - | 3 = | | x 37 = | $ | or | x 74 = | $ |
| ( ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +115 = | $ | or | + 230 = | $ |
| | | | | TOTAL | | $ | | | $ |

**Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers and please charge any additional fees or credit overpayment to Deposit Account No. 13-2724. A duplicate copy of this sheet is enclosed.**

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on this 8th day of October, 1993.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT
Suite 400, 11150 Santa Monica Blvd., Los Angeles, CA 90025-3395
(310) 445-1140

By: Raymond A. Bogucki
Name: Raymond A. Bogucki
Reg. No.: 17,426
RABmb

930420 (GENERAL)

# 110-148 2507
#10 Approved

07/897,248

PATENT

MAIL ROOM APR 25 1994 86 PAT. & TRADEMARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Theodore R. Whitney | Examiner: | T. Robbins |
| Serial # : | 07/897,248 | Group Art Unit: | 2507 |
| Filed : | June 11, 1992 | Docket: | 30048.1US03 |
| Title : | HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS | | |

RECEIVED MAY 16 1994 GROUP 2500

**TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION**

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

Your Petitioner, Theodore R. Whitney, residing at 5500 Fenwood Avenue, Woodland Hills, in the County of Los Angeles, and the State of California, zip code 91367, represents that he is the owner of application Serial No. 07/897,248, filed on June 11, 1992. Your petitioner, Theodore R. Whitney, hereby disclaims the terminal part of any patent granted on the above-identified application, which would extend beyond the expiration date of parent U.S. Patent No. 4,936,665, issued June 26, 1990, and hereby agrees that any patent so granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent shall be the same as the legal title to U.S. Patent No. 4,936,665, this agreement to run with any patent granted on the above-identified application and to be binding upon the grantee, its successors, or assigns.

Theodore R. Whitney
Theodore R. Whitney, Applicant

20 April 1994
(Date)

080 KJ 05/04/94 07897248 1 148 110.00 CK

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Theodore R. Whitney

For: HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

Docket No.: 30048.1US03
Filed: June 11, 1992
Examiner: T. Robbins

Serial No.: 07/897,248
Due Date: April 25, 1994
Group Art Unit: 2507

MAIL ROOM APR 25 1994 PAT. & TRADEMARK

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

X Transmittal Sheet in duplicate containing certificate under 37 CFR 1.8.

_ A certified copy of a _ application, Serial No. _, filed _, 199_, the right of priority of which is claimed under 35 U.S.C. 119.

_ Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established by verified statement previously submitted.

_ A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.

_ A signed Combined Declaration and Power of Attorney.

X A Request for Extension of Time for three (3) months and fee of $840.00.

X A check in the amount of $110.00, for Terminal Disclaimer Filing Fee.

RECEIVED MAY 06 1994 GROUP 2500

X A return postcard.

X Other: Terminal Disclaimer to Obviate A Double Patenting Rejection; and Declaration Under Rule 131 of Theodore R. Whitney.

X Amendment X No Additional fee is required _ The fee has been calculated as shown:

CLAIMS AS AMENDED

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | | (3) PRESENT EXTRA | SMALL ENTITY RATE | SMALL ENTITY ADD'L FEE | or | OTHER RATE | OTHER ADD'L FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | 45 | - | 84 | = | N/A | x 11 = | $ | or | x 22 = | $ |
| INDEPENDENT CLAIMS | 11 | - | 18 | = | N/A | x 37 = | $ | or | x 74 = | $ |
| ( ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | +115 = | $ | or | + 230 = | $ |
| | | | | | TOTAL | | $ | | | $ |

**Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers and please charge any additional fees or credit overpayment to Deposit Account No. 13-2724. A duplicate copy of this sheet is enclosed.**

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on this 22nd day of April, 1994.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT
Suite 400, 11150 Santa Monica Blvd.
Los Angeles, CA 90025-3395 (310) 445-1140

By: Raymond A. Bogucki
Name: Raymond A. Bogucki
Reg. No.: 17,426
RABmb

930420 (GENERAL)

G1440

#840-117|2507

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#11 5/9/94

Applicant: Theodore R. Whitney Examiner: T. Robbins

Serial No.: 07/897,248 Group Art Unit: 2507

Filed: June 11, 1992 Docket: 30048.1US03

Title: HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

MAIL ROOM APR 25 1994 PAT. & TRADEMARK OFFICE

RECEIVED MAY 04 1994 GROUP 2500

PETITION FOR EXTENSION OF TIME UNDER SECTION 1.136(a)

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

Applicant petitions the Commissioner of Patents and Trademarks to extend the time for response to the Office Action dated October 25, 1993 for three (3) month from January 25, 1994 to April 25, 1994.

Submitted herewith is a check for $840.00 to cover the cost of the extension. Any deficiency or overpayment should be charged or credited to Deposit Account Number 13-2724. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

April 22, 1994
Date

Raymond A. Bogucki
Raymond A. Bogucki
Reg. No. 17,426

Attorneys for Applicant

MERCHANT, GOULD, SMITH,
EDELL, WELTER & SCHMIDT
Suite 400
11150 Santa Monica Boulevard
Los Angeles, CA 90025-3395
Telephone: (310) 445-1140

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on April 22, 1994
(Date of Deposit)

Raymond A. Bogucki
Raymond A. Bogucki

080 KJ 05/04/94 07897248 1 117 840.00 CK

G1441

07/897,248

PATENT

MAIL ROOM APR 25 1994 PAT. & TRADEMARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#12

Applicant : Theodore R. Whitney Examiner: T. Robbins

Serial # : 07/897,248 Group Art Unit: 2507

Filed : June 11, 1992 Docket: 30048.1US03

Title : HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

5/9/94

DECLARATION UNDER RULE 131

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

THEODORE R. WHITNEY, the applicant in the above-identified patent application and inventor of the subject matter described and claimed therein, hereby declares as follows:

1. That sometime prior to September 21, 1987, while resident in the United States, I conceived the high resolution imagery system described in the present application, and more specifically, the subject matters of claims 66-72, 77, and 123-126. In documentation of such conception, attached hereto is Exhibit A, document P-10165, Rev. H, entitled "ACHIEVEMENT OF ULTRAVIOLET RESOLUTION IN THE WAFER STEPPER THROUGH THE USE OF A PHASE LENS PROJECTION SYSTEM." In accordance with M.P.E.P. Section 715.07, the dates on the document have been blocked out. I would direct the Examiner's attention as to the phase plate to Section 3.0, specifically to pages 3-1 through 3-6. With respect to a phase plate functioning as an asphere, which is inherently an aspect or refinement of the phase plate, attention is directed to Section

3.0, pp. 3-1 and 3-3, Section 3.1, pp. 3.1.1-1 through 3.1.1-7 and page 3.1.3-2. In Section 3.2 there is a discussion in Section 3.2 at 3.2-1 through 3.2-3. The polynomials, aspheric components of phase plates, are treated in more mathematical terms in Appendix A, pp. A-4 through A-7.

2. Further in documentation of my conception while resident in the United States prior to September 21, 1987, I have attached hereto as Exhibit B a document entitled "THE USE OF MORE THAN ONE PHASE PLATE IN AN OPTICAL SYSTEM", pp. 1-4 (dates blocked out) which refers to the aspheric Fresnel phase lens at pp. 1 and 2 and the plateau structures at page 1, 2 and 3.

3. As further documentation of my conception while resident in the United States and prior to September 21, 1987, I have also attached hereto Exhibit C, P-10165, Rev. D, a document (dates blocked out) entitled "ACHIEVEMENT OF ULTRAVIOLET RESOLUTION IN THE WAFER STEPPER THROUGH USE OF A PHASE LENS PROJECTION SYSTEM", Section 3.0 only, in which the phase plate is disclosed on pp. 3-13 to 3-16.

4. From prior to September 21, 1987, continuous efforts were made to reduce the invention to practice. In documentation of such efforts, attached hereto please find Exhibits D, E, F, and G, which contain photocopies of correspondence between myself and my patent attorney of record, Raymond A. Bogucki (and his secretary

Isabell Ogata), on March 17, 1987, September 3, 1987, September 9, 1987, and October 13, 1987, prior to the filing of the parent application on October 23, 1987. The correspondence includes various draft copies of the specification and drawings for the parent application and an invoice for services rendered in connection with the parent application. The correspondence also identifies the parent application by a docket number (#2549). A review of the file wrapper for the parent application shows this docket number in the upper right hand corner of the filing transmittal sheet (note that the docket number has changed because Mr. Bogucki changed law firms in 1988 and his present law firm uses another docket numbering system).

5. Declarant further states that the above statements were made with the knowledge that willful false statements and the like are punishable by fine and/or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that any such willful false statement may jeopardize the validity of this application or any patent resulting therefrom.

Dated: April 22, 1994

Theodore R. Whitney

Stuart J. Cooper Co. Recycled Paper
213-747-7141 · 800-421-8703 · Fax 213-747-3035

EXHIBIT A

G1445

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED OR COPIED [illegible] OTHERS. PACIFIC INFRARED RESERVES ALL [illegible] PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

P-10165, Rev. H

# ACHIEVEMENT OF ULTRAVIOLET RESOLUTION IN THE WAFER STEPPER THROUGH USE OF A PHASE LENS PROJECTION SYSTEM

[redacted]

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, CA 91335

(818) 345-3201

PROPRIETARY INFORMATION
[illegible]

PACIFIC INFRARED
[redacted]

P-10165; REV. H

TABLE OF CONTENTS



| SECTION | TITLE | PAGES |
|---|---|---|
| 1.0 | Introduction and Background | -1/-5 |
| 2.0 | The Marketing Environment | -1/-3 |
| 2.1 | The Competition | -1/-2 |
| 2.2 | The Market Strategy for the Phase Lens | -1/-1 |
| 2.3 | Projected Cost of the Phase Lens | -1/-1 |
| 2.4 | Application of the Phase Lens to the Production of Company Audio Disks | -1/-3 |
| 2.5 | An Infinity Lens for "Star Wars" Applications | -1/-1 |
| 2.6 | Use of Phase Lens Technology in Holography | -1/-1 |
| 3.0 | Technical Discussion | -1/-8 |
| 3.1 | The Lens Design | -1/-2 |
| 3.1.1 | Mathematical Discussion | -1/-7 |
| 3.1.2 | Minimum Ring Width in the Phase Plate | -1/-4 |
| 3.1.3 | Design of the Phase Lens by Use of Code V | -1/-4 |
| 3.2 | System Aberrations Created by the Phase Plate | -1/-3 |
| 3.3 | The Phase Lens Illuminator | -1/-2 |
| 3.3.1 | Physical Arrangement of the Illuminator | -1/-4 |
| 3.3.2 | Characteristics of the Excimer Laser Source | -1/-1 |
| 3.3.3 | Partial Coherence in the Laser Source | -1/-3 |
| 3.3.4 | Avoidance of Fringes and Edge Effects | -1/-2 |
| 3.3.5 | The Multilayer Photoresist and Its Sensitivity to Excimer Laser Light at 248 NM | -1/-6 |

PROPRIETARY INFORMATION

[illegible]

PACIFIC INFRARED

[redacted]

P-10165, REV. H

TABLE OF CONTENTS
(continued)


| SECTION | TITLE | PAGES |
|---|---|---|
| 3.3.6 | Exposure Available in the Phase Lens/ Illuminator System | -1/-1 |
| 3.4 | A System for Centering the Phase Lens | -1/-5 |
| 4.0 | Tolerance on Ring Centering | -1/-3 |
| 5.0 | Manufacture of the Phase Plate | -1/-5 |
| 5.1 | Alteration of the Laser Disk Master Machine to Make Phase Plates | -1/-1 |
| 6.0 | Experiments to Prove Techniques | -1/-2 |
| 7.0 | Making the Blue Light Breadboard Phase Lens | -1/-3 |
| 8.0 | Making the 248 NM Phase Lens | -1/-1 |
| 9.0 | Proposed Statement of Work for the Phase Lens Development Program | -1/-1 |
| 10.0 | Design Objectives of the Phase Lens Development | -1/-2 |
| 11.0 | About Pacific Infrared | -1/-2 |
| Appendix A | 1/1 Relay Phase Lens | -1/-7 |

PROPRIETARY INFORMATION

[illegible] INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, [illegible] PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

P-10165 Rev. H
[redacted]

# ACHIEVEMENT OF ULTRAVIOLET RESOLUTION IN THE WAFER STEPPER THROUGH USE OF A PHASE LENS PROJECTION SYSTEM

## 1.0 INTRODUCTION AND BACKGROUND

In semiconductor production wafer steppers are the best method of achieving fast step and repeat imaging. The constant trend has been toward increasing speed and lowering costs in the wafer stepper field.

Finer resolution in semiconductor dies has been and remains one primary thrust of new wafer development. As line sizes get smaller and wafers and dies increase in size or complexity, the wafer stepper approach is limited by the resolution of the projection lens. Wafer steppers will inevitably phase out if a breakthrough cannot be made.

We have the breakthrough. This is a new type of projection lens which will allow wafer steppers to image down to 0.3 micron line widths, a lens-hologram combination which we call a "Phase Lens". Our Phase Lens will enable a new generation of wafer steppers, and can also retrofit a large equipment base of steppers which can be upgraded.

Pacific Infrared is very qualified in submicron optical systems, having recently designed and built the 16-beam Laser Pattern Generator, a mask generator good to 1/4 micron address now in production, and the Laser Disk Mastering Machine, a videodisk and compact disk mastering machine good to 0.03 microns

PROPRIETARY INFORMATION

rms track location. We are very familiar with semiconductor processing technology, and with wafer stepper designs in particular.

Sales of equipment for integrated circuit manufacture depend primarily on two factors:

1) The demands of the market to make circuits finer in detail or larger in area; "the computer on a chip".

2) The desire of the integrated circuit manufacturer to increase his current production, to make it more cheaply.

The first requirement for new equipment, finer detail covering larger area, is historically a steady progression with time as illustrated in Fig. 1.1. Two years from now there will be a growing demand for wafer stepper equipment (which does not now exist) which can produce circuits in quantity having line widths around .5 microns.




Fig. 1.1 The detail size in integrated circuits gets smaller and smaller, historically a steady progression with time.

PROPRIETARY INFORMATI[illegible]

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED [illegible] COPIED, FOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

Integrated circuit patterns are photographed onto silicon wafers by the use of fast and accurate repeating cameras which are called "wafer steppers". The pattern of the circuit is contained on a "photomask" which is usually a 10x version of the circuit contained on a 4x4" or 5x5" glass slide. This pattern is reduced a factor of 10x by the reduction lens contained in the wafer stepper.

Wafer steppers are currently limited to the production of circuits having about 1.0 micron minimum line widths, no matter what may be the resolution or geometric detail on the photomask. The reason for this is the resolution of the projection lens, 0.9 microns or thereabouts. This resolution limit will reach about 0.6 microns with the advent of a new i-line lens, when that becomes generally available, but prospects of reaching 0.3 microns with present day lens design technology are zero. This is the barrier the Phase Lens overcomes.

The Phase Lens will enable a new generation of wafer stepper equipment. The lens takes two years to build and test, therefore if development is funded now, the new generation of machines will meet the projected demand. It will have no impact whatever on the demand or lack of demand for present machines, and we project a dearth of sales orders in that area for at least a year.

It is desirable to create integrated circuits having much narrower line widths and smaller features for two reasons: first

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE [illegible] OF PACIFIC INFRARED. IT IS SUBMITTED IN [illegible] AND SHALL NOT BE REPRODUCED NOR COPIED, [illegible] TO OTHERS. [illegible] RESERVES ALL [illegible] PROPRIETARY, DES[illegible] SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

to get the components of the circuit closer together, and increase the speed of computation. Second to pack more memory or more circuit functions onto a single chip, increasing the processing which can take place internally. This reduces both the cost of memory (per bit) and the cost of computation.

These two reasons, speed and complexity, are forcing the integrated circuit industry to circuit details down around 1-1.5 microns today, and in the future, several years from now, detail from .3-.5 micron will be demanded. This kind of detail can be achieved -- at a relatively slow rate of speed, and not in production -- by directly writing on the wafer with an E-beam or X-ray machine. But the wafer stepper is fast. If it can be made to have superior resolution as well it can combine the virtues of both machines.

It is possible to make a better projection system for the wafer stepper, which images down to 0.25 micron line widths. This system, the Phase Lens and Illuminator which we propose to construct, <u>combined with an existing wafer stepper</u> will make possible the projection of geometries down to 0.25 micron line widths (Fig. 1.2). This feature, in combination with planar resist technology, will make wafer steppers competitive with E-beams and X-ray lithography in rendition of detail, while they will still be superior in speed.

ROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.




Fig. 1.2 The Phase Lens/Illuminator System will work together with a conventional wafer stepper to create a highly resolved U.V. image.

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## SECTION 2.0 THE MARKETING ENVIRONMENT

The point was made earlier that there is a relatively steady progression with time toward the achievement of finer and finer resolution in integrated circuits, and in the period 2-5 years from now the bulk of common IC products will contain line widths which cannot be produced using present-day production machinery. At that point the present machinery will have to be replaced or retrofitted.

The overwhelming bulk of today's microcircuits are made using optical wafer steppers. These machines are step and repeat cameras that photograph patterns down onto a silicon wafer. The industry is geared to these optical techniques by custom and because of the auxiliary machinery which has been developed to support the process. There will therefore be a natural tendency to continue with some form of improved wafer stepper, if this is possible.

The principal wafer steppers in use today, their characteristics and their manufacturers are summarized in Table 2-1. There currently is an installed base in excess of 2000 of these wafer stepper machines, mostly in the U.S. Their base prices average perhaps $700,000 apiece as can be seen from the right hand column, Table 1-1. This therefore represents in excess of $1 billion worth of capital equipment investment in wafer steppers alone which must be replaced or retrofitted to

## Stepping Projection Aligners

THIS ENGINEERING INFORMATION IS THE [illegible] PACIFIC INFRARED [illegible] IT IS [illegible] SHALL NOT BE REPRODUCED [illegible] OTHERS, PACIFIC INFRARED RESE[illegible] ETARY, DESIGN, USE SALE, MANUFACTURING AND REPRODUC[illegible]

| Company and Model No. | Main Production 1 X Lens Numerical Aperture | 1 X Lens Wave-length (nm) | 1 X Lens Field Diameter (μm) | Main Production 5 X Lens Numerical Aperture | 5 X Lens Wave-length (nm) | 5 X Lens Field Diameter (mm) | Main Production 10 X Lens Numerical Aperture | 10 X Lens Wave-length (nm) | 10 X Lens Field Diameter (mm) | Overlay Accuracy (μm) | Machine to Machine Overlay (μm) | Maximum Wafer Size (in.) | Base Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASM Lithography, Inc.** | | | | | | | | | | | | | |
| PAS 2000 | | | | 0.3 | 405,436 | 10 x 14 | | | | 0.25 (3σ) | 0.45 (3σ) | 6 | 750,000 |
| **Canon USA, Inc., Semiconductor Equipment Div.** | | | | | | | | | | | | | |
| FPA-1500 | | | | 0.35 | 436 | 20 | | | | 0.25 (3σ) | 0.4 | 6 | |
| **Eaton, Microlithography Systems Div.** | | | | | | | | | | | | | |
| 8605H | | | | 0.32 | 436 | 15.5x15.5 | | | | 0.17 (2σ) | 0.25 (2σ) | 6 | 775,000 |
| 8605W | | | | 0.24 | 436 | 20 x 20 | | | | 0.17 (2σ) | 0.30 (2σ) | 6 | 675,000 |
| 8610 | | | | | | | 0.32 | 436 | 10 x 10 | 0.17 (2σ) | 0.24 (2σ) | 6 | 675,000 |
| **GCA Corp., IC Systems Group** | | | | | | | | | | | | | |
| 6000B DSW | | | | 0.30 | 436 | 20 | | | | ±0.25 TIR | ±0.35 TIR | 6 | |
| 6000B DSW | | | | 0.28 | 436 | 29 | 0.38 | 436 | 14.5 | ±0.25 TIR | ±0.35 TIR | 6 | |
| 6000B DSW | | | | 0.38 | 436 | 20 | | | | ±0.25 TIR | ±0.35 TIR | 6 | |
| **Nikon Precision, Inc.** | | | | | | | | | | | | | |
| 10106 | | | | | | | 0.35 | 436 | 14.14 | 0.25 (2σ) | ±0.3 | 6 | |
| 2005S | | | | 0.28 | 436 | 28.3 | | | | 0.25 (2σ) | ±0.3 | 6 | |
| 1505G3A | | | | 0.35 | 436 | 21.2 | | | | 0.25 (2σ) 0.15 (2σ) | ±0.25 | 6 | |
| 1010i3 | | | | | | | 0.35 | 365 | 14.16 | 0.25 (2σ) | ±0.3 | 6 | |
| **Perkin-Elmer, Semiconductor Equipment Group** | | | | | | | | | | | | | |
| SRA100 | | | | | | | 0.35 | 436 | 14.05 | 0.15 (3σ) | | 6 | |
| SRA200 | | | | 0.28 | 405 | 29 | | | | 0.15 (3σ) | | 6 | |
| **TRE Semiconductor Equipment Corp.** | | | | | | | | | | | | | |
| 800SLR | | | | 0.20 | 436 | 29 | 0.28 | 436 | 14.5 | 0.2 (2σ) | ±0.3 | 6 | 670,000 |
| 800SLR | | | | 0.28 | 436 | 29 | 0.38 | 436 | 14.5 | 0.2 (2σ) | ±0.3 | 6 | 851,200 |
| 800SLR | | | | 0.38 | 436 | 20 | 0.315 | 365 | 11.6 | 0.2 (2σ) | ±0.3 | 6 | 851,200 |
| 800 Standard | | | | 0.20 | 436 | 29 | 0.28 | 436 | 14.5 | 0.25 (2σ) | ±0.3 | 6 | 550,000 |
| **Ultratech Stepper** | | | | | | | | | | | | | |
| 1000 | 0.315 | 436,405 | 17.4 | | | | | | | ±0.16 | 0.27 (2σ) | 6 | 450,000 |
| 1000WF | 0.28 | 436,405 | 24 | | | | | | | ±0.16 | 0.27 (2σ) | 6 | 450,000 |

Table 2-1 Above is a tabulation of the major wafer stepper systems in production today. Because few people want to increase their production of present day integrated circuits, this equipment in general is not selling. All of the 5x and 10x systems above are future candidates to use the Phase Lens. (Taken from Semiconductor International - "1985 Master Buying Guide", Vol. 7, No. 13, p. 49.)

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR USED BY OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

meet semiconductor production needs in a 2-5 year future time frame.

PROPRIETARY INFORMATION

THIS ENGINEERING [illegible] PACIFIC [illegible]. IT [illegible] SHALL NOT BE REPRODUCED [illegible] OTHERS. PACIFIC [illegible] ETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 2.1 THE COMPETITION

There are three competitive techniques which are being developed for submicron use and which may gain some market share. They are 1) Direct Write E-Beam, 2) Flood E-Beam, and 3) X-Ray Proximity Printing.

The wafer stepper optical technique itself is being improved by another lens system other than the one suggested here, called the "i-line lens". This too, represents a form of competition to the lens design in the present proposal.

### The i-Line Lens

The i-line lens is a very complicated optical lens operating at 365 nm (near ultraviolet) wavelength. An example of such a design is shown in Fig. 2.1-1 below. It comprises so many pieces



Fig. 2.1-1. A projection lens made by conventional means contains as many as 18 pieces of glass. It just about exploits the limits of conventional design and fabrication technology, and it still does not meet the future resolution demand.

PROPRIETARY INFORMATION

THIS ENGINEERING [illegible] IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED [illegible] COPIED, NOR [illegible] TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

of glass that it just about represents the limits of conventional optical design and fabrication technology. The best resolution which is currently available with an i-line lens is 0.6 microns on an experimental basis. The prospects of improving this on a production basis are poor, since optical glasses cannot be used much deeper in the ultraviolet and the prospect of centering this many elements to even higher tolerances is not very attractive.

Direct Write E-Beam

Direct write E-beam is a method of writing a pattern on a wafer by which line widths as low as 0.2 microns can be achieved. However, it is slow and expensive and it is not a production technique. Direct write E-beam machines tend to run in excess of $2 million apiece, including their installation, and they do not produce a required production throughput.

Flood E-Beam and Proximity X-Ray Printing

These two techniques -- which are much the same -- involve printing on wafers with either E-beam or X-ray through a hard mask which is nearly in contact with the work. Both techniques are being actively worked on at the present time, both involve very considerable technical problems and both probably will attain some currency and some market share.

PROPRIETARY INFORMATION
[illegible]

## 2.2 THE MARKET STRATEGY FOR THE PHASE LENS

The Phase Lens has two advantages. First it will attain the resolution which is really required, .3-.4 micron line widths. Second, it fits into a wafer stepper machine similar to those in use at present and enables the extension of present-day optical technology into the future. If the Phase Lens successfully realizes its high resolution objective, it will bring about the possibility of selling a new generation of wafer steppers and of retrofitting a substantial number of existing machines.

The lens must therefore be designed and marketed with these objectives in mind.

This means that the distance from photomask to wafer must be chosen to be a reasonably conventional distance in terms of wafer stepper design. The field coverage, telecentricity, and degree of distortion permitted in the lens must all be consonant with wafer stepper requirements, and our market strategy will require that we work closely with wafer stepper manufacturers to insure that new machine designs include and take advantage of the capabilities of the Phase Lens.

PROPRIETARY INFORMATION

THIS ENGINEERING [illegible] IS THE [illegible] OF PACIFIC [illegible] [illegible] AND SHALL NOT BE [illegible] [illegible] PROPRIETARY [illegible] AND REPRODUCTION [illegible]

## 2.3 PROJECTED COST OF THE PHASE LENS

We project that we will sell the Phase Lens to the wafer stepper manufacturer for an initial price of $200,000 apiece (4.8x parts and recurring labor). In addition the wafer stepper manufacturer must include the cost of an excimer laser as a light source in his system. However, this replaces the present projection lens, the illuminator and its optics. We estimate that there will be a total net increase in the wafer stepper selling price to the user of around $100,000 due to the addition of the Phase Lens and its illumination source.

PROPRIETARY INFORMATION

## 2.4 APPLICATION OF THE PHASE LENS TO THE PRODUCTION OF COMPACT AUDIO DISKS

Later in this report examples will be shown of patterns made with a Laser Master Disk Recorder which Pacific Infrared built for the 3M Company for making master video and audio disks. It turns out, fortunately, that that is precisely the machine one needs to make the photomasks required to make phase plates for the Phase Lens. 3M and others produce compact audio disks by pressing, using a process adapted from the record industry. The Phase Lens can be designed in a 1:1 version and used as a projection printer to step up the present replication rate of compact disks at least a factor of 5x.

Figure 2.4-1 is a block diagram showing in schematic form the production of audio and compact disks all the way from tape




Figure 2.4-1



G1461

PROPRIETARY INFORMATION

through the master and replication process. The grooves in a compact disk are very small and spaced very close together. The pressing replication process shown in the diagram Fig. 2.4-1 is a part of the operation which must be performed very carefully in order to preserve detail and in order not to have a catastrophic increase in the bit error rate of the replica which is produced. Even so, the pressing masters degrade rapidly.

The large arrow in Figure 2.4-1 is where we propose to invade this process, substituting a 1:1 relay Phase Lens. We would first create a chrome master and project an image of the complete disk across to the replica surface at a relatively high rate of speed, depending upon replica handling. In excess of two replica disks per second can be exposed in this manner.

Such a scheme has the potentially huge advantage that the master never contacts the work and consequently never degrades.

In this situation the Phase Lens manufacturer should sell the entire proximity printer to replica disk manufacturers. This implies a relatively broad potential market somewhere between the number of suppliers of the basic disk material and the number of firms currently in the record business.

Optical-mechanical design of the 1/1 phase relay lens comes about as a low cost consequence of design of the 10/1 wafer stepper version. A 1/1 lens configuration is easier to design in

PROPRIETARY INFORMATION

many respects and it will use the same centering and other construction techniques. The projection photomask technology comes directly from microlithography. The excimer laser illuminator required is taken totally from the 10x Phase Lens development.

PROPRIETARY INFORMATION

[illegible]

## 2.5 AN INFINITY LENS FOR "STAR WARS" APPLICATIONS

Phase Lenses have application to space technology in two current respects. Because they operate in coherent and monochromatic (laser) light, they are useful in situations where the target is emitting laser light or is illuminated by laser light. Large laser weapons may have apertures of a meter or more. This perhaps represents one practical limit for Phase Lenses using phase plates made by microlithographic techniques. At the other end of the scale there are kinetic energy homing weapons which are proposed to be used in a situation where the target is illuminated with an excimer (UV) laser and the imaging lens is required to have a wide, highly resolved field of view. The Phase Lens can satisfy this requirement better than any conventional lens can at the present time.

Marketing in this area is carried out through the U.S. Government, its agencies, and its subcontractors.