PROPRIETARY INFORMATION

## 2.6 USE OF PHASE LENS TECHNOLOGY IN HOLOGRAPHY

Holography is becoming more and more useful in automatic inspection in robotics, in printers and plotter, etc. The quality of the image produced by holograms is limited by the number of detailed points which comprise the hologram. Because the Phase Lens can cover a relatively wide field of view with a very large number of resolved points, it will be an excellent lens to use for to the production of very high quality diffraction limited holograms.

Holograms themselves can be made with phase plate photomask and deposition methods. The circular phase plate is itself a special case of a hologram, blazed to eight levels and made to be 95% efficient. This same technique can be used with any hologram, and similar high efficiencies can be attained.

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

P-10165, Rev. D

# ACHIEVEMENT OF ULTRAVIOLET RESOLUTION IN THE WAFER STEPPER THROUGH USE OF A PHASE LENS PROJECTION SYSTEM

[redacted]

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, CA 91335

## 3.0 TECHNICAL DISCUSSION

Mask plotters, such as E-beam machines or laser pattern generators, are capable of producing geometries having about 2.5 micron device sizes. This capacity cannot be used with present projection lenses, but neatly dovetails with a wafer stepper equipped with a 10x reduction projection lens having 0.25 micron resolution, the set up shown in Fig. 1.2.

The crucial element in wafer stepper improvement is the resolution of the projection system -- and of course the revolutionary design which makes it possible.

We propose to design and build a combination Illuminator, Lens and Computer Generated Hologram projection system which for brevity we call a "Phase Lens". Most simply the lens portion of the configurations which we will build will comprise about six spherical lens elements of fused silica and a transmitting holographic element as shown in Figure 3.0-1. The illuminator will be a pulsed KrF excimer laser fitted with an external etalon and a suitable beam shaping optical system.

The essential element of the Phase Lens is the contoured transmitting phase plate which looks very much like a compact audio disk. It comprises a large number of circular rings deposited on a quartz surface. For simplicity the phase plate

'ROPRIETARY INFORMATIO:
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

THE PHASE LENS
PROJECTION DEVICE




Fig. 3.0-1 The Phase Lens Assembly will comprise about six spherical fused quartz lenses, and one contoured transmitting hologram.

can be considered to be an aspheric surface of weak power, but having a very complex curve or surface figure. Because of its complexity and accuracy requirements, it cannot be produced by conventional optical methods, but it can be made within very manageable tolerances by the common techniques of microlithography and thin film technology.

The patterns on the photomasks required here, like the patterns on the completed phase plate, comprise a multitude of closely controlled concentric rings. These photomasks will be generated using a Laser Disk Mastering Machine, a first model of which Pacific Infrared built and delivered to a customer this spring. We have already demonstrated more accuracy in ring placement with this machine than the phase plate design requires.

Circular patterns which we made on our Laser Disk Mastering Machine are described in Section 5.0 and illustrated in Fig. 5.0-1.

We will first prove several key Phase Lens principles and assembly and adjustment techniques in blue light. The two principal experiments will be 1) demonstration of lens element centering and location using sets of phase rings, and 2) the construction of a 10x Phase Lens of the same curves and overall distances we require, but working in blue light. Both of these developments will produce diffraction limited images.

PROPRIETARY INFORMATION
[illegible]

After the two experiments, we will build a Phase Lens and Illuminator working in 248 nm light. The resolution target for the Ultraviolet Phase Lens is <0.3 micron line width. A laser illuminator will have coherence properties which are described in Section 3.3. The U.V. source will be an excimer laser, KrF, working at 248 nm.

The phase plate is made so that the contours on its surface change in a series of ramp slopes, which are achieved by depositing $SiO_2$ on a series of different levels or stair steps, Fig. 3.0-2. To accomplish this a series of masks are required.




Fig. 3.0-2 One of the narrowest rings, around the zone of the plate, not drawn to scale. This shows the extreme slope of the pattern to be about 1 part in 1000, in the blue Phase Lens configuration.

PROPRIETARY INFORMATION
[illegible] MANUFACTURING AND REPRODUCTION [illegible]

Each mask cuts off at a different phase or contour level, and through a series of exposure and evaporated silicon dioxide steps the desired contours of the ramps are built up. If eight steps are used, each layer 1/8th of a wavelength in thickness, the resulting ramp appears almost perfectly smooth to light. Thus the surface has the character of a very efficiently "blazed" grating. It appears very nearly optically smooth to the image wavelength, with in excess of 94% of the incident light going into the 1st order image, <6% into all other orders of grating artifacts.

The photomask and contact print approach brings with it the necessity to align four successive masks to evaporate the successive layers. This can be done, using conventional alignment techniques, always working in blue light. Even at the best ultraviolet Phase Lens resolution, existing centering and alignment tolerances (ca 0.3 microns overall) appear to be better than we require.

A great deal of the design of the Phase Lens -- and of the phase plate surface slopes -- will be done using existing computer routines of Code V, an automatic lens design program. At the last stages we will leave Code V, however, to compute the phase plate ring radii. The procedure is covered in more detail in Section 3.1.1.

After an acceptable nominal resolution has been found through computation at the KrF excimer wavelength, 248 nm, the elements in the system will be selectively translated, rotated, etc. to investigate image degradation vs. mechanical error, i.e. to tolerance the system.

The index of refraction of fused silica at different wavelengths is shown in Fig. 3.0-3. We plan to operate at 248 nm, using a KrF excimer laser. At that point fused silica (fused quartz) has an index of 1.5075. An optical glass, K-10 has this same index at 488 nm, the blue line of the argon ion laser. Therefore it is possible to build a "blue version" of the U.V. Phase Lens which will have very closely the same curves and lens separations, but made of K-10 and put together and operated in blue light. This is an extremely valuable thing to do, because it permits us to develop techniques and tooling in blue light, where we can see what we are doing, all of which is useable for the final version.

Non-reflecting coating technique exists for fused silica at 248 nm, as shown by the curve, Fig. 3.0-4, reproduced by an article by J. G. Wilder "Porous Silica AR Coating for Use at 248 nm or 266 nm", which appeared in Applied Optics 15 May 1984. We will coat our elements using this or a similar technique.

PACIFIC INFRAR...
6914 Canby Ave., #10...

PROP... ...MATION




Fig. 3.0-3 A Phase Lens made of K-10 optical glass, and used at 488 nm will have approximately the same curves and separations as the Ultraviolet Phase Lens made from fused quartz, operating at 248 nm, because the index of refraction of the two materials is the same.




Fig. 3.0-4 Measured transmittance for a plate of fused quartz with silica coatings on both surfaces. The smooth curve is calculated transmittance for a coating containing 53% silica and having a physical thickness of 47 nm. The lower curve is transmittance for bare polished fused silica.

PROPRIETARY INFORMATION

## 3.1 THE LENS DESIGN

The Phase Lens is a combination of lenses and a computer generated hologram. When the hologram is located at the critical aperture of a set of lenses, it reduces to the comparatively simple form of a series of fine concentric rings. It attains this simple form only at this point, and only when used normal to the optical axis. At that point, it is a phase corrector acting somewhat like a continuous version of a very fine zone plate. Therefore we refer to this particular configuration as a "Phase Lens".

The Phase Lens design takes a unique approach to the correction of lens aberrations. The major potential fault, spherical aberration, is largely ignored in the initial stages of design, and the curvatures and separations of the lens elements are arranged to minimize all of the other aberrations, coma, astigmatism, distortion, curvature of field and their higher order components. Then all orders of spherical aberration are removed, all at once, by the addition of a phase correcting plate. This optimization process will take place -- to a large extent -- within automatic design routines already available in Code V procedures (see Section 3.1.1).

The Phase Lens may be laid out in a number of configurations, the leading contender at the present time is sketched in Fig. 3.1-1 on the following page. Each assembly comprises a set

of about 6 main lenses, including field flattening elements, and finally a phase corrector located at the critical aperture of the system.




Fig. 3.1-1 A configuration which uses a transmitting phase plate, and avoids use of the beam splitter. The section $L_1 \rightarrow L_2L_3$ does not need to be parallel light. The phase plate must be the critical aperture, for complete spherical aberration cancellation.

The above layout is too abbreviated to work well. Our design effort so far shows us that we will have to add at least two more elements, a third element at $L_2L_3$, and a field flattener at the image as well.

The phase corrector is located at the pupil, or critical aperture of the system, in parallel or nearly parallel light. In this situation the phase correction which is required is symmetrical in every direction in the pupil.

### 3.1.1 MATHEMATICAL DISCUSSION

The aberration in an optical system (optical-path difference or OPD) can be expressed as Wave Aberration Polynomial (Hopkins, 1950) (Ref. 1) which expresses optical path difference between any set of rays starting at a point, h, on an object and going through different points, at a radius, $\rho$, and at an angle, $\phi$, compared with the optical path of the principal ray from h, at $\rho = 0$, in the pupil or critical aperture. See Fig. 3.1.1-1. This polynomial is a series of the form

$$OPD(h,\rho,\phi) = C_{ABC}h^A\rho^B \cos^C\phi \qquad (1)$$

where $C_{ABC}$ is a small numerical coefficient, h is the image height, and $\rho$ and $\phi$ are the polar coordinates of the ray intersection with the system pupil (the phase plate). The third order aberrations that are typically encountered from object to image are:

| | |
|---|---|
| Spherical aberration | $C_{040}\rho^4$ |
| Coma | $C_{131}h\rho^3\cos\phi$ |
| Astigmatism and Petzval | $C_{220}h^2\rho^2 + C_{222}h^2\rho^2\cos^2\phi$ |
| Distortion | $C_{311}h^3\rho\cos\phi$ |

Ref. 1 Handbook of Optics, Walter G. Driscoll and William Vaughan, Editors, McGraw-Hill Book Co., 1978, p. 2-19.




Fig. 3.1.1-1 Any ray from h to h' can be defined in terms of h, ρ, the radius at which it passes through the critical aperture, and φ, the angle from vertical of its intersection at the plane of the critical aperture.

PROPRIETARY INFORMATION
THIS DOCUMENT ... PACIFIC ... SHALL NOT BE ... OTHERS ... TION RIGHTS THEREIN.

The fifth-order aberrations are represented by:

| | |
|---|---|
| Spherical aberration | $C_{060}\rho^6$ |
| Linear coma | $C_{151}h\rho^5 \cos\phi$ |
| Elliptical coma | $C_{331}h^3\rho^3 \cos\phi + C_{333}h^3\rho^3 \cos^3\phi$ |
| Oblique spherical | $C_{240}h^2\rho^4 + C_{242}h^2\rho^4 \cos^2\phi$ |
| Astigmatism and Petzval | $C_{420}h^4\rho^2 + C_{422}h^4\rho^2 \cos^2\phi$ |
| Distortion | $C_{511}h^5\rho \cos\phi$ |

The seventh-order terms similarly are functions of h, ρ and cos ϕ.

$$C_{080}\rho^8$$
$$C_{171}h\rho^7 \cos\phi$$
$$C_{260}h^2\rho^6 + C_{262}h^2\rho^6 \cos^2\phi$$
$$C_{351}h^3\rho^5 \cos\phi + C_{353}h^3\rho^5 \cos^3\phi$$
$$C_{440}h^4\rho^4 + C_{442}h^4\rho^4 \cos^2\phi + C_{444}h^4\rho^4 \cos^4\phi$$
$$C_{531}h^5\rho^3 \cos\phi + C_{533}h^5\rho^3 \cos^3\phi$$
$$C_{620}h^6\rho^2 + C_{622}h^6\rho^2 \cos^2\phi$$
$$C_{711}h^7\rho \cos\phi$$

There are 2 first-order terms, 5 third-order terms, 9 fifth-order terms, 14 seventh-order terms, 20 ninth-order terms, and so on.

We are particularly concerned with the powers at which h and ρ occur in the various expressions. h, the object height or image height, is expressed as a fraction of focal length, for

example in our case extreme object height (h) will be about .1.

Thus terms containing h3, h5, etc., tend to become quite small quite fast. On the other hand our semi-aperture ($\rho$) will be about 2.5 inches at its maximum value. Thus, $\rho^4$, $\rho^6$, etc., terms are important, specifically the series of spherical aberration terms which are not multiplied by h.

The great advantage of placing the phase plate at the critical aperture is that it can with proper contouring completely correct the spherical aberration function which varies as aperture alone, i.e. third, fifth, seventh, ninth order spherical aberration vary as $\rho^4$, $\rho^6$, $\rho^8$, $\rho^{10}$, etc., respectively.

Correction of this aberration in the phase plate leaves the designer free to use all of the other degrees of freedom available in the system to correct coma, astigmatism, the petzval sum, elliptical coma, oblique spherical aberration and distortion. If initial consideration is paid to the distribution of power in the lenses, final correction of the petzval sum and distortion can largely be left to a field flattener with one or two curves on it.

Another valuable observation which one can make about the aberration polynomial is that certain of the aberration terms depend upon h and $\rho$ alone and certain of the terms contain cos $\phi$ in various powers. The polynomial groups naturally into a number of sets of terms depending upon the order of cos$\phi$ which each

contains. Each such group of terms produces an aberration contribution of a different fundamental shape, and no group of terms containing cos $\phi$ can ever perfectly balance a group of terms containing cos2$\phi$. At one part of the aperture they may both be zigging but in the other part one will be zigging and the other will be zagging.

It is proper therefore, to group the terms in the polynomials according to the power of cos $\phi$ which they contain, and require that each separate component equation sum to zero (orto a very small number) individually.

This lens system will be designed largely by automatic methods already available (Section 3.1.2) However the philosophy of the design approach is different. Usually the lens designer strains every muscle to eliminate spherical, while keeping other aberrations in check. Nevertheless the configuration, part by part, is somewhat conventional. The first lens group of Fig. 3.1-1 is similar to a landscape lens. The critical aperture is located close to a point where third order coma is minimized. The second lens group is somewhat like an approximate aplanatic pair in which spherical aberration and coma are nominally zero but biased toward the point where fifth order coma is minimized and some spherical aberration is admitted. The distance between the two lens groups, $L_1$ and $L_2L_3$ is adjusted to minimize astigmatism.

PROPRIETARY INFORMATION

THIS ENGINEERING [illegible] IS THE PROPERTY OF PACIFIC [illegible]. IT [illegible] IN CONFIDENCE AND SHALL NOT BE [illegible] TO OTHERS. [illegible] RESERVES ALL PATENT, PROPRIETARY DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

The algebraic design process or the automatic computation process converge in a relatively small number of iterations, given only that the number of design degrees of freedom available exceeds the number of aberration terms in the aberration polynomial (other than spherical) which are large enough to matter.

At this point all of the residual spherical aberration is gathered up and corrected by the microcontour which is applied to the phase plate. It is our estimate that this residual will amount to less than 100 waves of path difference. The general approach is illustrated in the block diagram, Fig. 3.1.1-2.

We are currently working with 18 degrees of freedom to suppress about 14 terms of any significance in the aberration polynomial. However, here again the advantage of the phase plate approach is that there is far more latitude available in correction of other aberrations when the spherical aberration correction can be relaxed virtually to the point where it is ignored.

By the time the system has achieved correction of all other aberrations, the axial ray fan contains all of the information necessary to design the phase plate.

ACIFIC INFR.
6914 Canby A
Reseda, Californi




Fig. 3.1.1-2 This block diagram illustrates the logic of Phase Lens design using the phase plate to remove spherical aberration, after all other aberrations are removed.

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

PROPRIETARY INFORMATION

### 3.1.2 MINIMUM RING WIDTH IN THE PHASE PLATE

The phase lens will be designed with -- at most -- 100 waves of spherical aberration remaining to be corrected by the phase plate. The residual reaches this value at the zone of the lens, and it comprises the sum of all orders of spherical. Thus:

$$OPD_{sph} = \sum C_{0,1,0}\rho^2 + C_{0,2,0}\rho^4 + C_{0,3,0}\rho^6 + C_{0,4,0}\rho^8$$

$$= 10^2 \times 2.5\times10^{-5} \text{ cm} = 2.5\times10^{-3} \text{ cm max}$$

A typical spherical aberration curve is shown in Fig. 3.1.1-1 The resulting curve is a combination of the contribution of the various terms in the polynomial.




Fig. 3.1.2-1 At about the 7/10ths zone, the total spherical reaches about 100 waves, before correction by the phase plate.

PROPRIETARY INFORMATION
[illegible]

In about 5/10th of the aperture, from about 2/10ths to about 7/10ths, and reaching a maximum at about 7/10ths, about 100 waves of phase lag must be added to the system.

Thus, grossly, there will be about 100 waves of phase lag introduced in 31 mm. This requires 100 complete ring systems, or 800 different plateaus, an average 38 microns per plateau.

This is the most severe retardation condition the phase plate produces, and consequently the narrowest the rings get, given a design choice wherein the lens system itself corrects to 100 waves of spherical aberration.

Rings of this width, at their narrowest, are quite easy to fabricate by photomask and deposition techniques. In a typical phase plate the rings comprise various thicknesses of silicon dioxide deposits making up a series of "mesas" quantized into eight altitudes (including zero). The thickest of the rings will be capable of retarding a wavefront 7/8 of a wave. When more retardation becomes necessary the surface drops back to zero, since one full wave of retardation is indistinguishable from no retardation at all.

In the case of the 0.25 micron Phase Lens the 1/8th wave ring steps will have an altitude of about 0.076 microns per step, a maximum slope of about one part in 1000. The blue light phase lens will have a pattern with rings about twice as thick.

PROPRIETARY INFORMATION
[illegible]

This contour complexity will correct all orders of spherical aberration out to $C_{0,12,0}\,\rho^{12}$ (11th order), which is sufficient to achieve correction at the image plane to better than $\lambda/25$ at 0.25 microns, i.e. an optical path difference of less than 0.01 microns.

In order to achieve a degree of apodization or edge peaking, we have the option of blacking out certain zones in the initial writing step, leaving the chrome layer to prevent that zone from contributing to the image. This technique can be used in conjuction with the illumination distribution to apodize the lens.

Because the phase plate rings retard up to 7/8ths of a wave, and then drop back to zero, and because there may be in the finished design something like 100 of these ring sets, the radiation from the source must be coherent to at least 1 part in 1000 in order for the wavefront to combine in phase after these step corrections. This point is illustrated in Fig. 3.1.2-2. Section 3.3 describes an illuminator using an excimer laser which has this characteristic -- coherence to about 1 part in 1400, but not to the point where it creates artifacts around the line edges.

PROPRIETARY INFORMATI^N
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.




Fig. 3.1.2-2 The Phase Plate can act as a successful optical element only when the radiation is coherent enough so that the entire wavefront from margin to axis emerges in phase when retarded by integer numbers of wavelengths.

PROPRIETARY INFORMATION
[illegible] MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 3.1.3 DESIGN OF THE PHASE LENS BY USE OF CODE V

The automatic routines already installed in Code V can lead to approximate design of the Phase Lens. Code V has 3 different design approaches within it which will be useful at various stages of the Phase Lens design. First is the ability to compute third order aberration contributions, surface by surface, for the purpose of blocking out lens designs, weighting design configurations to emphasize spherical aberration. Second is the ability to compute individual rays or specified ray patterns, intersections of those rays at the various surfaces, and optical path lengths along the rays for OPD polynomial optimization. Third is a feature generally called Automatic Design, where certain values of the desired result are specified in terms of a defined merit function and the machine automatically changes the different system parameters within prescribed limits until the value of the merit function is approached as closely as possible.

The third feature, Automatic Design, with its subroutines -- properly employed -- will go a long way toward the numerical design of the Phase Lens, including the phase plate. The purpose of this section is to explain how this design method can proceed.

The premise of our design concept to this point is that we will allow spherical aberration, possibly to the extent of 100 waves or so, in the performance of the spherical lens system, and that we will eliminate this residual spherical in the aspheric

PROPRIETARY INFORMATION

... MANUFACTURING AND REPRODUCTION RIGHTS RESERVED.

phase plate located at the critical aperture.

We will punch in a starting system configuration comprising certain minimum components and conditions which are probably necessary. For example, it probably will be necessary to employ a field flattener of planoconcave design close to both the object and image planes. It probably will be necessary to locate the critical aperture at some minimum third order coma position away from both lens groups. It will be necessary to specify and freeze a telecentricity condition such that the principal ray impinges the image surface perpendicularly. It is not necessary to know the exact index of fused quartz or the exact wavelength. These are small adjustments.

Auto-Design has two subroutines which, taken together, almost design a phase plate. The first is the Centered Aspheric routines (ASP). The form of aspheric surface which Code V uses is shown in the equation below where $h = \rho$ in our terms. If K, the conic coefficient of the surface, is set = -1, the first coefficient of $h^2$ reduces to c/2 and thus the entire equation becomes very close in appearance to the form of the series in which describes spherical aberration.

$$z = \frac{ch^2}{1 + [1 - (1+K)c^2h^2]^{1/2}} + Ah^4 + Bh^6 + Ch^8 + Dh^{10} \qquad (1)$$

[illegible]
TION RIGHTS RESERVED.

The second useful routine is for the reduction of this aspheric -- or any lens surface -- to a Fresnel lens on any given base curve. We are interested in a plane base and will consequently specify a nearly zero curvature, CUF = .0000001 (frozen). When this routine is present the aspheric is automatically converted to a Fresnel lens surface with infinitely small step sizes.

Thus one could put in reasonable starting lenses, the telecentric condition, the aspheric surface located at the critical aperture and the Fresnel reduction of that aspheric, and arrive at an optimized result automatically, realizing that the resulting Fresnel lens is not yet properly proportioned to become a phase plate.

Successful manufacture of the phase plate is most likely when the required rings are large in width, or when the slope of the aspheric is not allowed to exceed a certain value. Slope is the first derivative of equation (1) set forth above, i.e.

$$dz/dh = ch + 4Ah^3 + 6Bh^5 + 8CH^7 + 10\,Dh^9$$

where c = a surface curvature at the vertex = 0.0. We set the value of this 4 term polynomial arbitrarily at something in the general neighborhood of $1.5 \times 10^{-3}$. This gives about 100 waves of retardation in the outer 1/2" of the aperture and leads to ring

PRO[illegible]
THIS ENGINEERING [illegible]
PACIFIC [illegible]
SHALL NOT [illegible]
OTHERS [illegible]
ETARY, DESIGN, [illegible] USE, MANUFACTURING AND REPRODUC-
TION RIGHTS THERETO.

widths like 30 microns.

It is not apparent at this time how Code V may be employed to freeze the coefficients A, B, C and D or to couple them together in such a way that the aspheric will solve to this number of rings. At this point we plan to leave Code V and finish the computation by ourselves.

[illegible]

## 3.2 SYSTEM ABERRATIONS CREATED BY THE PHASE PLATE

The phase plate is in the optical system solely to remove spherical aberration. Potentially, it could also contribute its share of classical aberration along with the other lenses. It also potentially could contribute a kind of aberration which they do not, namely diffraction artifacts, because of its grating-like structure. In our case neither of these aberrations arise.

A normal thin lens has its spherical or aspherical power located in an arc of surface. Some parts of that surface are farther from the "aperture" than other parts, consequently a lever arm of some magnitude exists for an ordinary thin lens located at the critical aperture, because it has some finite thickness.

The phase plate is practically the ultimate thin lens, a maximum of one wavelength thick. All of its power is located in an average plane within 1/2 wavelength of the critical aperture or pivot point of the optical system. Consequently the phase plate can't generate those aberrations which depend upon distance to produce sideways displacement -- there is no distance to work with.

Our 10x system is tentatively aimed at covering a half field of 0.1 radians. cos .10 = .9982, and sin .10 = .0998. The two principal aberrations which would be developed by a "thin" lens

PROPRIETARY INFORMATI

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

located at the critical aperture are coma and astigmatism. At any finite field angle these contributions would exist if a finite optical lever arm also exists. Because in the Phase Lens the lever arm never exceeds 1/2 wavelength, however, these contributions do not exist. This is equally true of all of the off-axis aberrations potentially generated by the phase plate (any term with h in it).

Grating aberration generally has the characteristic of throwing energy into higher order diffracted images. The phase plate, however, acts like a very efficient "blazed" grating and, as a consequence, the structure appears to be very nearly optically smooth. We expect that with 8 retardation levels (8 phase steps) and an approximate minimum step width of 38 microns, that better than 96% of the energy goes into the first order, <4% into all of the higher orders combined and very nearly nothing into angles that overlap our image area.

Scattering, into higher orders of diffraction, will take place at the boundaries between one plateau and the next, and with 38 micron wide plateaus (or greater), the amount of energy lost to scattering will be roughly proportional to the area involved in the edges between plateaus.

We expect that there will be a maximum of 200 ring systems, of 8 plateaus each. Suppose centering was very bad indeed, and the area involved in overlap error was 1 micron wide. Total area

PROPRIETARY INFORMATIC
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

available to scatter energy would then be

$$(200 \times 8 \times 1 \times 10^{-4} \times .7 \times 6.25 \times 2 \times \pi)\ cm^2$$

or about 4% of the total area of the pupil. It is likely that the total amount scattered will be less than this number, and that only a fraction of this will end up in the primary image.

This higher order diffracted energy is expected to be totally inconsequential in photoresist applications.

In summary, the phase plate is the ultimate thin lens, a maximum of one wavelength thick. It develops its coma, astigmatism, and other off-axis aberration contributions only by virtue of lever arm and field angle. In our case the half field angle is small -- .10 radians, and the lever arm is virtually zero. We believe because of the degree to which the grating is blazed or subdivided in phase that unwanted diffracted orders will be very small.

Diffraction limited optical systems which contain blazed gratings and lenses working together are very common. Every good grating spectrometer is such a system. There is no reason, with proper design, why such a system should have unwanted ghosts or fail to attain good efficiency and high resolution.

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC ... IT IS SUBMITTED ... SHALL NOT BE REPRODUCED ... OTHER... PACIFIC ... ETARY, ... MANUFACTURING ... TION RIGHT THERETO.

3.3 THE PHASE LENS ILLUMINATOR

The Phase Lens will work as designed only if it is used with a light source of the right properties.

1) Coherence.

The light source must be monochromatic to a modest degree. The wave train at any interval in time must not shift phase more than about 1/10th wave in 2,000 waves. This predictability is necessary to allow the Phase Plate to work. On the other hand, too much coherence, for example 100 million waves in a continuous train, like the helium-cadmium laser, is too much, and would lead to interference fringes in the image.

2) Wavelength and Total Energy.

Exposure of resist takes about 200 mJ/cm2 maximum at the wafer. The illuminator should produce at least 10 times this amount directed into the aperture of the Phase Lens. This amounts to about 20 mJ/cm2 at the surface of the photomask.

3) Beam Distribution

Distribution of the light over the photomask area, and over the lens aperture determines what parts of the mask will be imaged, and what parts of the lens will be used. Attainment of the correct illumination distribution (+/- 1%) is important, if the system performance is to be successful.

The above requirements are met very adequately by a Krypton-

PROPRIETARY INFORMATIC
THIS [illegible] PACIFIC [illegible] SHALL NOT BE [illegible] OTHER [illegible] ETARY, [illegible] TION RIGHTS [illegible]

Fluoride Excimer pulsed laser, accompanied by a suitable optical system. Figs. 3.3.1-1 and -2 show block diagrams of the system we propose.

The first model of the Phase Lens/Illuminator system, working in blue light, will use a CW Argon ion laser, working at 488 nm. That laser line has a bandwidth of about $6 \times 10^9$ Hz at a frequency of $6.15 \times 10^{14}$ Hz, a $Q = 10^5$. While this coherence is very much higher than we want in the excimer, it will probably work well enough with a reduced intensity, building up a diversity of point sources over the exposure time.

I

PROPRIETARY [illegible]
THIS ENGINEERING [illegible] PACIFIC [illegible] SHALL NOT BE REPRODUCED [illegible] OTHERS. PACIFIC [illegible] ETARY, DESIGN, USE, SALE, [illegible] TION RIGHTS THERETO.

3.3.1 PHYSICAL ARRANGEMENT OF THE ILLUMINATOR

The general physical arrangement of the proposed illuminator is shown in Fig. 3.3.1-1. The laser and power supply are fairly large, for example 4.5x 2 x 2 ft. This box is located remote from the top of the wafer stepper and the beam is piped in. No thermal energy, other than absorbed laser light enters the wafer stepper system.

The illuminator optical train starts with a cylindrical beam expander which turns the rectangular beam of the excimer into a square beam and expands it to about 132 mm on a side.

This beam is then disbursed by a scatter plate through a total angle of about 10 degrees, collected by a multielement convex lens which redirects the radiation through the photomask and reimaged to fill the entrance pupil and the acceptance angle of the phase lens. This portion of the proposed optical system is shown in more detail in Fig. 3.3.1-2.

The Gaussian beam and scatter pattern are truncated by a square aperture immediately behind the convex lenses. The beam, after truncation by the aperture will be fairly uniform, as can be seen from the typical beam scan, Fig. 3.3.1-3. It will be made more uniform yet by the slightly greater central absorption of the convex lenses.

We compute that the energy delivered to the photomask plate will be about 20 mj/cm2 in a .08 sec exposure.

ROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED OR COPIED, OR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.




Fig. 3.3.1-1 The Illuminator is physically arranged with the laser located off the machine, and the radiation is piped in. Less than 2 watts of light energy are absorbed by the optics and the aperture.




PROPRIETARY

Fig. 3.3.1-2 The illuminator optics, from the scatter plate forward to the aperture of the phase lens.

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS TH[illegible] PROP[illegible] OF PACIFIC INFRARED. IT I[illegible] SUBMITTED [illegible] CONFIDENCE AND SHALL NOT BE REPRODUCED [illegible] NOT DISCLOSED TO OTHERS. PACIFIC INFRARED [illegible] ALL [illegible] PROPRIETARY, DESIGN, U[illegible]E, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.




70.3% of beam energy contained in a portion of the beam above 93% of maximum

Fig. 3.3.1-3 The beam emerging from an excimer laser is rectangular, of gaussian distribution in both directions. The plot above is a typical beam scan of an XeF laser. Better than 70% of the energy lies in a portion of the beam above 93% of maximum.

The beam will be scattered to a slightly wider angle than the aperture behind the photomask will accept. Only the central portion will pass through the system.

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE [illegible] PACIFIC INFRARED. IT IS SUBMITTED [illegible] AND SHALL NOT BE REPRODUCED, NOR COPIED [illegible] TO OTHERS. PACIFIC INFRARED RETAINS [illegible] RI-ETARY, DESIGN, USE SALE, MANUFACTURING AND REPRODUC-TION RIGHTS THERETO.

## 3.3.2 CHARACTERISTICS OF THE EXCIMER LASER SOURCE

| CHARACTERISTIC | LUMONICS HYPEREX-460 MODEL HE-SM |
|---|---|
| Wavelength | 248 nm |
| Max. Pulse Energy | 375 mj/pulse |
| Max. Avg. Power | 60 watts |
| Repetition Rate | 150 pulses/sec |
| Amplitude Stability | +/- 3% |
| # Pulses Half Power | Continuous gas supply (100% power after 25x106 pulses) |
| Approx. Pulse Width | 12-16 nsec |
| Beam Size | 8 x 33 mm |
| Beam Divergence | 1 mr |
| Line Width | Natural line width 0.4 nm narrowed with an injection locked etalon to <0.002 nm We will "detune" it, or perhaps not use the cavity etalon at all |
| Laser Head Weight | 490 lbs total |
| Laser Head Dimen. | 54"L x 34"W x 27.5"H |
| Service Require. | 60 gal/hr<br>20 degrees C max.<br>3 phase, 208v,<br>10 amps/phase |
| Price | $55,200 |

Use of the Lumonics Hyperex-460 laser leads to very adequate exposure in a time like 0.1 seconds (see Section 3.3.6).

I

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS FURNISHED IN CONFIDENCE AND SHALL NOT BE REPRODUCED OR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

3.3.3 PARTIAL COHERENCE IN THE LASER SOURCE

The KrF laser emits pulses of energy at 248 nm, about 375 mJ/pulse, and about 150 pulses per second. The laser itself is coherent to about one part in 620, which may be sufficient for phase lens operation. Fitted with an external optical device called an "etalon" (a resonant tuning cavity), Fig. 3.3.3-1, it will emit a line as narrow a .002 nm angstroms full width, which means that its light wave train is in step, or predictable, for 124,000 wavelengths. This is far more than we need. We will probably spoil the Q to about 2-3000 by detuning.

While proper operation of the phase plate requires coherence to at least Q = 3000, proper illumination of the image requires a diversity of independent sources, or incoherence.

The laser has properties of both time and space incoherence. We can compute, approximately, what this incoherence may be.

1) A given pulse is $1.2\times10^{-8}$ seconds long. The frequency of the light is $\frac{3\times10}{.248\times10^{-4}}$ = $1.2\times10^{15}$ Hz. The bandwidth of the emitted line is $\Delta\lambda/\lambda = \frac{.083}{248} = 3.35\times10^{-4}$ or $Q = 3\times10^{3}$. Thus, to an approximation, there are $\frac{1.2\times10^{15} \times 1.2\times10^{-8}}{3\times10^{3}} = 4.83\times10^{3}$ time independent wave trains emitted in each laser pulse.

2) The beam from the Hyperex-460 is 8x33 mm ($1/\varepsilon^2$) approximately rectangular, and with an approximate gaussian distribution. Its divergence is quoted as 1 mrad x 1 mrad. A

3.3.3-1

G1502

PROPRIETARY INFC[illegible]

THIS ENGINEERING [illegible]
PACIFIC [illegible]
SHALL NOT BE REP[illegible]
OTHERS PACIFIC [illegible]
ETARY, DESIGN, [illegible]
TION RIGHTS THERETO.

**INJECTION-LOCKED**
**OPTICAL CONFIGURATION**




Fig. 3.3.3-1 An "Injection-Locked" optical configuration comprises one narrowly tuned laser discharge which pumps or stimulates another main discharge cavity. The first laser line width is tuned by an etalon, 2 above, and the combination achieves a "Q" as high as 125,000. We require about 3,000 which should be easy to reach.

PROPRIETARY INF[illegible]TION

THIS ENGINEER[illegible] INF[illegible]TION IS T[illegible]
PACIFIC [illegible] IT IS [illegible]
SHALL NOT BE R[illegible] [illegible]
OTHERS. PACIFIC [illegible] [illegible]
ETARY, [illegible] [illegible] [illegible]
TION RIGHTS [illegible].

diffraction limited single emitter of these dimensions, would have a divergence of $\frac{1.22 \times .248\times10^{-4}}{.8 \text{ or } 3.33 \text{ cm}} = 3.8\times10^{-5} \times 9.2\times10^{-6}$ rad. Thus, approximately, there must be about 26 x 109 = $2.87\times10^3$ transverse modes in the beam cross section at any one time.

Combining the above numbers, and assuming that an exposure comprises 12 independent pulses, there are $4.83\times10^3 \times 2.87\times10^3 \times 12 = 1.66\times10^8$ independent sources available from the laser during each exposure.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS TH[illegible]
PACIFIC IN[illegible] IT IS SUBMITTED [illegible]
SHALL NOT BE REPRODUC[illegible] TO
OTHERS PACIFIC [illegible]
ETARY, DESIGN, USE, SALE, MANUFACTURE [illegible]
TION RIGHTS [illegible]

### 3.3.4 AVOIDANCE OF FRINGES AND EDGE EFFECTS

An image can be characterized by the number of resolved points it has in each direction. Each point must be illuminated by a large enough number of independent sources so that it averages to be the same intensity as its neighbor, within some reasonable limit, for example +/- 5%. This statistical expectation can be realized if each image point is illuminated by 25 independent sources during the exposure, e.g. the expected variance is approximately $\sqrt{n}/n$.

The phase lens is intended to resolve about 4000 lines/mm at best, therefore we would be safe in assuming that the image formed on a wafer 10 mm on a side contains about $(4x10^3 \times 10)^2$ = $1.6x10^9$ resolved points. If one were to illuminate this image such that each resolved point were separately illuminated by 100 spatially or time independent sources during an exposure, this would require that the illuminator comprise $1.6x10^{11}$ independent wave trains of laser light whose phase relationships were statistically random with respect to each other. If the illumination source can deliver this many independent sources <u>within the acceptance angle of the phase lens</u> the image will be substantially without fringe effects.

Without modification, the laser beam described in the last section would be capable of illuminating only $1.66x10^8$ image points without producing interference fringes or point-to-point

PROPRIETARY INFORMATION
THIS ENGINEERING ... PACIFIC ... SHALL NOT BE REPRODUCED ... OTHERS. PACIFIC ... ETARY, DESIGN, USE, SALE ... TION RIGHTS THERETO.

image grangularity. Thus, without modification, it falls short a factor of $\frac{1.6x10^{11}}{1.66x10^{8}}$ = 964 of the diversity required to give an evenly illuminated image. If each source in the beam can be scattered, to appear to come from something approaching $10^4$ different points of origin, this difficulty can be overcome, with a safety factory thrown in.

This problem can be solved by introducing a scatter plate into the laser beam, which is in turn imaged into the aperture of the phase lens. The beam can be made spatially diverse to any degree, depending upon the ratio between the La Grange product of the beam coming in and the beam which is going to be used a the phase plate. This ratio represents a limit. The laser beam has a La Grange product of

$$(h_{x_1} \text{ x } \sin U_{p_x})(h_y \text{ x } \sin U_{py})$$

approximately $(.8x10^{-3}) \text{ x } ((3.3x10^{-3})$

$$= 2.64x10^{-6} \text{ cm}^2 \text{ ster}$$

and the illumination cone passing through the photomask (which can be utilized by the phase plate) must be about

$$(6.35x10^{-1})^2 = 4.03x10^{-1} \text{ cm}^2 \text{ ster}$$

Thus, a factor of $1.5x10^5$ potentially exists between the La Grangian's of the two beams, the source and desired result, far more than what one would want to accomplish by scattering the beam with a scatter plate, a factor of at least 100x.

3.3.4-2

II

I

PROP...

## 3.3.5 THE MULTILAYER PHOTORESIST AND ITS SENSITIVITY TO EXCIMER LASER LIGHT AT 248 NM

In order to achieve excellent line resolution, approaching 0.25 micron at a wavelength of 248 nanometers, we are forced to use a relatively high numerical aperture on the Phase Lens, for example greater than NA = .55. This means that the depth of focus will be in the general neighborhood of .5 micron, and therefore that the resist layer which is exposed must be planar and .5 micron or less in thickness. It must also, of course, be adequately sensitive to 248 nm excimer laser light and must have good contrast characteristics, i.e. ability to yield a steep wall profile.

Wafers which are in process may have surface contours built up from previous deposition layers which are as much as 2 microns top to bottom. In order to expose a pattern on such surfaces with an optical system which has .5 micron depth of focus or thereabouts, it will be necessary to use a 2 or 3 layer resist structure. Such structures are illustrated in Figure 3.3.5-1 taken from Ref. 1. See also Ref. 2.

---

Ref. 1 M. Kaplan et al, "Multilayer Resist Systems for VLSI Lithography", RCA Laboratories, Princeton, NJ appearing in RCA Review, Vol. 44, p. 135, March 1983

Ref. 2 B. J. Lin, "Multilayer Resist Systems and Processing", IBM T. J. Watson Research Center, Yorktown Heights, NY appearing in Solid State Technology, p. 105, May 1983






Fig. 1—Schematic of two- and three-layer resist structures.

Fig. 3.3.5-1

In the conventional use of a two or three layer resist system the upper layer is a visible light sensitive resist, the lower layer a UV sensitive resist. We would use somewhat the same order but with shorter wavelengths. The upper layer would be sensitive to 248 nm, and would in turn serve as a mask for the deep UV or E-beam sensitive bottom layer. In the two layer structure, Fig. 3.3.5-1, the upper resist must be clearly sensitive to 248 nm but not sensitive to the flood illumination; the bottom layer sensitive to the flood illumination (E-beam or dry etch process) but not sensitive to 248 nm.

The hard mask used in a 3-layer resist is a thin inorganic layer, usually less than .3 micron thick. Lines as small as 20 nm have been fabricated using this technique, Ref. 3. Hard masks include both thin layers of spun or sputtered $SiO_2$. These can be used with a sublayer developed by a dry processing technique.

Ref. 3 R. E. Howard et al, "Multilayer Resist for Lithography Below 100 NM", IEEE Transactions in Electronic Development, ED-28 (11), p. 1378, 1982

PROPRIETARY

On the basis of the literature available to us today, we recommend the use of the commercial resist Shipley AZ 2400 as the top 248 nm light sensitive layer. This resist requires approximately 65 mJ/cm2 of 248 nm light to cut a .5 micron thick layer of resist.

This AZ 2400 sensitivity has been measured and reported at least twice in recent literature. Figure 3.3.5-2 and taken from Ref. 4 show 100% removal of 1 micron of resist with an exposure dose of slightly in excess of 100 mJ/cm2 of 248 nm light. It also shows that the amount of 2400 resist removed varies directly with exposure.




Fig. 2—Exposure characteristics.

Fig. 3.3.5-2

Fig. 3.3.5-3, also from Ref. 4, shows that AZ 2400 is roughly 3x as sensitive at 248 nm as other commonly available photoresists.

Ref. 4 D. Leers, "Investigation of Different Resists for Far and Deep UV-Exposure", Solid State Technology, p. 90, March 1981




*Fig. 3—Relative spectral sensitivity of resists.*

Fig. 3.3.5-3

Figure 3.3.5-4, taken from Ref. 5, is an SEM of a wall profile through 1 micron thick AZ 2400 resist obtained by




**Figure 6** (a) 1.5-μm lines and spaces in AZ-2400 obtained with a KrF laser at 248 nm. The exposure dose was 125 mJ/cm². (b) Cross section of (a) showing wall profile.

Figure 3.3.5-4

Ref. 5 K. Jain et al, "Ultrafast High-Resolution Contact Lithography with Excimer Lasers", IBM J. Res. Develop., Vol. 26, No. 2, p. 151, March 1982

PRO[illegible]

exposure to 125 mJ/cm2 of 248 nm light. Fig. 3.3.5-4 demonstrates that if we use .5 micron thick resist and a proper distribution of light in the waist of the convergent cone, we should, at best adjustment, achieve very nearly vertical walls. Figure 3.3.5-4 further shows cutting of a 1 micron thick resist with an exposure dose of 125 mJ/cm2. We therefore would expect to cut .5 micron thick resist with about half of this or about 65 mJ/cm2.

We conclude from the literature and from the available exposure argument in the next section, that Shipley AZ 2400, a commercially available resist, is adequate in both sensitivity and resolution to serve as the top layer in a 2 or 3 layer resist system. It has a sensitivity of about 65 mJ/cm2 when cutting a 0.5 micron thick resist layer, and from the SEM evidence available it will yield good contrast at 248 nm.

Assume that we use a 2 layer resist system, the bottom or planarizing layer may well be PMMA-MA-MACL. This material is reported to have an E-beam sensitivity of .5 micro C/cm2 (Ref. 6) which contrasts adequately with the E-beam sensitivity of AZ 2400, 20-30 micro C/cm2 (Ref. 2) which must serve as the contact mask material.

Ref. 6 Wayne M. Moreau, "State of Art of Acrylate Resists: An Overview of Polymer Structure and Lithographic Performance", Optical Engineering, Vol. 22, No. 2, p. 181, March/April 1983

I

PRO[illegible]
THIS [illegible]
PACIFIC [illegible]
SHALL NOT BE [illegible]
OTHERS. PACIFIC [illegible]
ETARY. [illegible]
TION RIGHTS [illegible]

Thus the second step in the etch process would comprise exposure to flood E-beam, to etch the PMMA, with the AZ 2400 serving as the contact mask.

3.3.6 <u>EXPOSURE AVAILABLE IN THE PHASE LENS/ILLUMINATOR SYSTEM</u>

The optical path from the excimer laser to the wafer is block diagrammed in Fig. 3.3.1-1. Beside each box we have put a computed optical efficiency. The Lumonix Excimer Laser Hyperex-460 puts out 375 mJ per pulse at the rate of 150 pulses/second. <u>Assume for the moment</u> that the system exposure time was 80 milli-seconds. In 80 milliseconds the laser would put out 12 pulses, and the estimated energy arriving at the wafer plane (1 cm2 of area) would be

<u>375 mJ/pulse</u>

| | | |
|---|---|---|
| x | .8 | mirror transfer from laser |
| x | .8 | cylindrical beam expander |
| x | .3 | scatter plate |
| x | .9 | convex lens |
| x | .9 | photomask |
| x | .39 | phase lens |

= 22.7 mJ/cm 2 at the wafer per laser pulse

compared with AZ 2400 resist sensitivity at 248 nm, 65 mJ/cm2 to cut .5 micron thickness

Apparently from the above calculation about 3 laser pulses delivered in .02 seconds would be the minimum necessary to cut .5 micron of AZ 2400 and .1 seconds (15 pulses) would give a safety factor of 5x over the above numbers. It is very reasonable therefore to suggest that in a wafer stepper system exposure time will be 100 milliseconds or less, and that the wafer stepper settling time will be dominant in controlling throughput.

## 3.4 A SYSTEM FOR CENTERING THE PHASE LENS

If one is to realize 1/4 micron resolution or whatever from the phase lens it is desirable to avoid as much as possible the lens centration problems in the adjustment process. The purpose of this section is to describe a way in which this can be done in the design by mathematically building the projected lens centers into the phase plate when it is originally manufactured. Incidentally, the distances from lens to lens are adjusted as well in the same process.

This adjustment method makes use of an elementary concept known as the zone plate, comprising a fine set of black and white rings which become more and more narrowly spaced around the margin of the aperture as their radius increases, as illustrated in Fig.3.4-1a. If such a zone plate, correctly computed, is illuminated with parallel light from a collimator, as shown in Fig. 3.4-1b, there will be one illuminated point to the rear of the plate along the axis of the ring pattern. This point is, of course, the location which is an equal path from all points in a given ring, and the point where the path length varies a full wavelength from the wavelets passing through the adjoining ring. The radii of the zones are given by the formula

$$\rho_n = \sqrt{nb\lambda + \frac{n^2\lambda^2}{4}}$$

where: n = the order of the ring
b = the distance from the plate to the reinforced point




Fig. 3.4-1a




Fig. 3.4-1b

3.4-2

PROPRIETARY INFORMATION
THIS [illegible] PACIFIC [illegible]

Thus designing a certain black and white pattern into a narrow ring system at the edge of the phase plate and illuminating it in a certain way can create a projected center on the central axis of the phase pattern.

Expanding this idea slightly, it is possible to design other ring systems such that parallel light is sent out at any conical angle or small spread of angles one may choose. For example, it is simple in principle to send out a cone of light which will be focussed to a given point by a lens containing a large amount of spherical aberration.

Using these ideas it is possible to design a series of ring patterns around the plate such that the lenses involved can be completely centered and located in distance, and furthermore to be automatically assured that this operation is performed to the requisite accuracy.

Imagine that the Phase Lens comprises the plate and four spherical lenses plus an object and an image. Imagine further that the phase plate has around its border at least eight sets of concentric black and white rings, each comprising perhaps 50 rings, averaging perhaps 3 microns center to center distance or each set consuming 150 microns. We may in all, including separation, devote 2 mm of outside radius to this process.

First illuminate the phase plate with the collimator as

shown in Fig. 3.4-1b, but by baffling allow only one of the several ring sets to be active. This will create one illuminated point, with the approximate dimensions of 1 micron and so computed that it is located exactly at the image focal plane of the lens system. Here a 1 micron diaphragm is carefully located.

Next another set of rings is uncovered, the first set is baffled, and the final lens in the series, the second lens of the aplanatic microscope set, is located into position. Its position and centration are both correct when the light from the second ring set is directed by this lens through the 1 micron diaphragm. This is a unique solution. There is only one position of the lens which will do this.

Repeating the process again, a third ring system is uncovered and the second baffled. The first lens of the "microscope" objective pair is set in place and similarly adjusted.

Then the collimator is removed, the 1 micron pinhole at the image plane is illuminated from behind with an auxiliary microscope objective (illuminator). A fourth set of rings in the phase plate is uncovered. This fourth set of rings is so computed that when illuminated from the image side it describes uniquely the position, both the distance to and the axial position of, the object point. A second diaphragm is located here.

PROPRIETARY [illegible]

The procedure on the object side is exactly the same. The field flattener and the landscape lens in turn are set in place in positions which produce maximum transmittance from the image plane diaphragm through the object plane diaphragm.

The Phase Lens is now theoretically centered and adjusted in distance.

In practice a good deal will be added to this concept to make it a workable system. First, it would certainly be assumed that the lenses involved were "precentered" within their mounts to close mechanical tolerances in order to enable this final adjustment to be successful. Second, the lenses themselves, although made to rather tight curvatures and thickness tolerances, will be measured, and the separations and phase plate correction rings computed to tolerance the lens set. This means that each phase plate will be made for a particular lens set, and the focussing and centering points described in this section will be individually computed as well.

This approach has the advantage that since the ring systems are at the edge of the phase plate aperture, light traverses substantially the edge of each of the lenses. Consequently, the centering leverage on each lens is maximized.

Even though the Phase Lens is intended to work at U.V., the adjustment and centering are carried out in visible light.

PROPRIETARY [illegible]
THIS [illegible]
PACIFIC [illegible]
SHALL [illegible]
[illegible]
[illegible]
[illegible]

## 4.0 TOLERANCE ON RING CENTERING

There are two kinds of rings on the phase plate, focussing rings drawn in the chrome, and $SiO_2$ rings on the surface of the plate. The focussing rings are on the same chrome pattern as the centering fiducials, written at the same time, and consequently their systematic centering error can be made to approach zero. The $SiO_2$ rings, however, are made using different masks, and consequently are subject to possibly additive centering adjustment errors.

A conservative definition of what is good enough in image quality is the classical Rayleigh quarter-wave limit. This limit in turn is the same as a Strehl ratio of 0.8. A point source image formed by a converging wavefront having $\lambda/4$ aberration at the point of convergence reaches 0.8 of the peak intensity of an aberration free image.

The $\lambda/4$ limit at focus is the result of the wavefront converging from the entire pupil. Some of the pupil, on an area basis, can be somewhat corrupted, and the result will still be acceptable.

For example, suppose in our pattern of eight phase levels, one was entirely missing. This would mean that 1/8th of the pupil area was out of optimum phase by an rms .151 wave. The other 7/8ths of the wave are taken to be out of phase by an rms

0.045 wave. (The rms goodness of the match of a perfectly made phase plate to the ideal wave, see Case 1, Fig. 4.0-1.) Obviously this combined error integrates over the entire pupil to far less than an overall λ/4 error. A more likely situation is that each ring is displaced relative to its correct position, and that the rms error one would expect from an idealized ring pattern degrades from the nominal. This average ring displacement error from correct position can increase to perhaps 1/2 the ring width and still be acceptable. However errors of this magnitude get to the point where phase plate manufacturing errors are eating into the overall error budget.

The ideal phase plate is illustrated in Fig. 4.0-1 below, compared with another flawed phase plate, Fig. 4.0-2, in which every other ring is displaced sideways by one-half a step width (about 1 micron of sideways displacement). The resulting rms phase error in case 2, 0.076λ, is still very acceptable.

<u>Case 1:</u> <u>Ideal</u>




Fig. 4.0-1 4.0-2

The ideal phase plate, containing no manufacturing error, matches the ideal phase plane to +.031λ rms error on the inner half of each ring, −.031λrms error on the outer half of each ring, an rms result of .045λ.

<u>Case 2:</u> <u>1/2 Step Width Error in Every Other Step</u>




Fig. 4.0-2

One half of the area departs from the ideal case 1 above. Very apparently, the "ideal phase plane" moves over slightly to accommodate the average bias of this surface. This slight effect has been ignored, because it will be opposite, or opposed in the other half of the aperture.

Half of the surface is +/- .031 = .044 wave rms from the ideal phase plane, the other half is −.016 wave average from the same plane, a total net error of .076 waves rms.

PROPRIETARY INFORMATI[illegible]

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 5.0 MANUFACTURE OF THE PHASE PLATE

The phase plate comprises a flat quartz plate with up to 5,000 concentric rings of evaporated quartz -- of various levels -- on its surface. It has a chrome base coat, and a pattern of transparent and opaque rings in the chrome around the aperture as well.

The problem in manufacture of this element is to generate all of these rings, at various thicknesses, fairly simply and without accruing a large centering error. Our approach is to use standard photolithography techniques, photomasks, photoresist and evaporative deposition, until the desired contour is built up. Pacific Infrared has built a piece of apparatus for the video disk and compact disk industry, a Laser Disk Mastering Machine, capable of writing rings in photoresist whose locations are very precisely controlled. Fig. 5.0-1 on the following page is an example of set of rings made with a track-to-track spacing of 1.56 microns. The position of these rings can be controlled to the limit of the interferometer control, 1/20 micron.

The phase plate can be manufactured with 8 phase levels (including zero) by using four ring photomasks.

MASK #1

1) Contains an indexing ring at an outside radius, by which the mask is aligned to be printed on the phase plate.

.·ROPRIETARY INFORMATIOI
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 5.1 ALTERATION OF THE LASER DISK MASTERING MACHINE TO MAKE PHASE PLATES

The Laser Disk Mastering Machine built (in part) by Pacific Infrared does not belong to us, but to a customer (3M Company). We received a comparatively inaccurate spiral generator, added an interferometer, some optics and an acousto-optic deflector, some digital and control circuitry, and made it into a very accurate spiral and circle generator.

For the Phase Lens project we probably will choose to duplicate this equipment, adding some additional electronics to enable a little more ring radius control. Fortunately the major part of the hardware, the granite table, the air spindle and the interferometer can be bought fixed price. Beyond this we will add a deflector optical system and digital electronics which we have already designed and built one model of.

The controller, including the tape input, we haven't built. But it doesn't seem to present any serious problems.

PROPRIETARY INFORMATIC

THIS ENGINEERING INFORMATION IS THE ... PACIFIC INFRARED. IT IS SUBMITTED IN ... SHALL NOT BE REPRODUCED, NOR COPIED, ... OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, ... ETARY, DESIGN, USE, SALE, MANUFACTURING AND ... TION RIGHTS THERETO.




Fig. 5.0-1 The above photograph is a spiral ring set made at a radius of about 4 inches. These rings were made under closed loop control at Pacific Infrared, and are completely representative of the appearance of a photomask for one section of a future phase plate, using the Laser Disk Mastering Machine.

The right half of the picture has been displaced one track, and matched again with the left. This tends to enhance the appearance of short term errors. 0.1 micron errors, if they existed, could easily be seen in this test. In fact, SEM measurements by 3M Company, the owner of the machine, indicate that ring to ring spacing varies about an rms ±.03 microns.

Ring placement can be controlled to about 1/20th micron. Consequently a phase plate photomask can have a minimum radial address structure of about 1/20th micron, if desired. This is probably better than the mask to mask overlay registry which we can attain, and it is considerably better than the problem requires.

PROPRIETARY INFORMATIO[illegible]
THIS ENGINEERING INFORMATION IS THE PROP[illegible] PACIFIC INFRARED. IT IS SUBMITTED IN [illegible] SHALL NOT BE REPRODUCED, FOR COPIED [illegible] OTHERS. PACIFIC INFRARED RESERVES AL[illegible] ETARY, DESIGN, USE, SALE, MANUFACTURIN[illegible] TION RIGHTS THERETO.

2) Contains sets of rings around the outside of the aperture for focussing and adjusting the lens elements.

MASK #2

1) Contains an indexing ring at the same outside radius.

2) Contains sets of rings covering all areas which are to have a deposition of $SiO_2$ yielding a phase retardation of $4\lambda/8$ or greater.

MASK #3

1) Contains an indexing ring at the same outside radius.

2) Contains sets of rings covering all areas which are to have a finished deposition of $SiO_2$ which is $2\lambda/8$, $3\lambda/8$, $6\lambda/8$ or $7\lambda/8$.

MASK #4

1) Contains an indexing ring at the same outside radius.

2) Contains sets of rings covering all areas which are to have a finished deposition of $SiO_2$ which is $\lambda/8$, $3\lambda/8$, $5\lambda/8$, and $7\lambda/8$.

Manifestly, by a combination of the above masks, and with a maximum of four exposures and three depositions, one can get all of the focussing rings and phase retardation layers from $0 - 7\lambda/8$ in $1\lambda/8$ steps.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, COPIED, OR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

The mask set must be made all at one time, without breaking the interferometer beam. This process will probably take about a full day, under temperature controlled conditions.

If we were to try to avoid this problem it would require an ability to reset the Mastering machine to exact radii. Possibly we could do this with suitable controls and a zero index provided by an echellette grating. However, we hope at this point to avoid the problem.

The mask patterns are fed into the Laser Disk Mastering Machine from floppy disk, via a computer controller. The Mastering Machine has the option of cutting sets of circular tracks (true rings) or spirals of a very shallow pitch. We don't see any reason at this moment why one will be better or easier than the other.

It seems at this moment that the major error in manufacturing the phase plate will be indexing the mask series, one pattern above the other. This will be done using a microscope and a contact printer, and the likely accuracy of this process is about 0.2 microns. We believe, because of the argument of Section 4.0, that this falls within the allowed error in pattern centration.

Another error is to be expected in the deposition of a correct $SiO_2$ thickness. We can use a baffling system within the

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR [illegible] TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

chamber to increase our accuracy perhaps a factor of 5x beyond that attained on the witness sample.

PROPRIETARY INFORMATIC
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 6.0 EXPERIMENTS TO PROVE TECHNIQUES

We intend at the start of this program to construct several experimental and prototype devices which work in visible light (488 nm), to prove techniques. These devices will include a spherical lens and a "Zone Plate" focussing experiment which will demonstrate the operation of the Laser Disk Mastering Machine, making ring sets of various radii, and a complete working model of a blue light Phase Lens. They will both be made by deposition and ordinary photolithographic techniques.

### The Spherical Lens and Zone Plate Experiment

The focussing and centering method will be demonstrated (in visible light) by the following experiment.

1) We will obtain a good -- but fast -- single element glass lens which possesses a large amount of spherical aberration. We will measure the radii and thickness of this lens very carefully, and mechanically mount it appropriately.

2) We will create two concentric sets of opaque and transmitting rings in chrome on a piece of flat glass. The glass plate will be set up perpendicular to a collimated source of blue light.

3) One of the ring sets is computed to yield a single very small bright spot on axis of the zone plate pattern. An aperture

PROPRIETARY INFORMA~~ON

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

is located at this bright spot.

4) The lens is inserted in the path, after the plate, but in front of the focus. We adjust this lens so that, in combination with the second set of rings, it directs light through the aperture.

This experiment proves that the ring adjusting and focussing method works. That it is possible to compute a ring system which works to compensate both lens convergence and lens aberration to focus light at the same spot where it was converged (by the other ring system) without the lens in place.

PROPRIETARY INFORMA' ON
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 7.0 MAKING THE BLUE LIGHT BREADBOARD PHASE LENS

We take it for granted that the Phase Lens and Illuminator system should first be proven in visible light because of the comparative ease of construction and testing. The Model 1 Phase Lens therefore will be made to operate at 488 nm (a principal emission band of an Argon ion laser). When this device has been demonstrated and its action sufficiently understood, we will follow it with the U.V. model (Model 2) at 248 nm (a KrF excimer laser). Both the Model 1 and 2 Phase Lenses and Illuminators will be suitable for incorporation into wafer steppers. The resolution of the first blue light version should equal or exceed the present i-line lens.

Both of these Phase Lenses will be made by relatively conventional techniques. The phase plate will be made using the Laser Disk Mastering Machine, photoresist and $SiO_2$ evaporation, as described in Section 5.

The blue lens will comprise about six K-10 lenses and a K-10 phase plate. The reason this glass is chosen is that its index at 488 nm is 1.5075, almost exactly equal to fused silica at 248 nm. Thus the curves and separations of the visible design should be about the same as the U.V. design. This lens will be largely designed using conventional Code V techniques. Code V will also be used to derive its MTF, residual wavefront aberrations, and radial energy distributions.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

It will be at least partially toleranced on Code V. This will include radii, separations, thicknesses and surface figure. We do not believe that Code V is able at this time to tolerance the phase plate.

Our own Phase Lens computer program will do this, however. It specifically provides for X and Y decentration of any of the Fourier operators (lenses and holographic elements in the series) and will provide a print out of the resulting degraded image.

After the lenses are made, their radii and thicknesses will be carefully measured, and the final phase plate configuration will be computed to match this lens set. Then the phase plate will be made. The plate will contain, around the outer border of the critical aperture, sets of rings in the chrome base which are computed to allow centering and adjustment of the specific lenses in this set.

Each lens element comprises two spherical surfaces, and consequently two centers. It must be mechanically mounted in its individual cell so that each center can be moved slightly in both X and Y for exact location. A goood method of mounting elements for this type of precise adjustment is by means of double eccentric rings. Such an adjustment is very precise and very stable.

The body of the device will very likely be an invar tube.

## 8.0 MAKING THE 248 NM PHASE LENS

A U.V. Phase Lens assembly is two steps harder to make than a blue one. It uses a 248 nm excimer laser illuminator and works at an invisible wavelength. Its centering accuracy requirements are still well attainable with the Laser Disk Mastering Machine. One should note, also, that it is still focussed and adjusted using blue light. The focussing ring sets are simply computed to work in blue light, but to give the distances appropriate to 248 nm.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

The Phase Lens assembly will be about 900 mm from object to image, and about 200 mm in diameter, not including the Illuminator or the laser source.

The lens will be adjusted, tested and reworked until we are satisfied that we are getting theoretical performance out of it. We will use an existing autofocus device. We have had direct experience with an air bearing (back pressure) servo autofocus and also with a helium-neon through the lens focussing device, which actuates a voice coil to move the microscope objective. We much prefer the simplicity, accuracy and speed of response of the helium-neon/voice coil device.

An argon ion laser light source has been chosen for the visible light illuminator, rather than helium-cadium, because of the particular coherence requirements of the Phase Lens. The He-Cd laser has a bandwidth of about $6x10^{-4}$ nm at 442 nm, a Q of $6.8x10^{5}$. An argon-ion laser has a Q of about $1x10^{5}$ at 488 nm. It can be designed into a scatter plate illuminator optical system in a way such as to give enough time and spatially independent sources to avoid fringe effects in the image, given a slightly longer exposure time.

PROPRIETARY INFORMA..ON

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## SECTION 9.0 PROPOSED STATEMENT OF WORK FOR THE PHASE LENS DEVELOPMENT PROGRAM

**TASK I.**

Carry out a computer design including complete tolerancing, of the Model 1 and Model 2 Phase Lenses.

**TASK II.**

Build or buy, and alter as necessary, a Laser Master Disk Recorder to make phase plate masks.

**TASK III.**

Carry out an experiment to demonstrate centering and focussing out spherical aberration in a simple lens by suitably designed sets of zonal rings.

**TASK IV.**

Design and construct a blue light illuminator.

**TASK V.**

Design, construct and test a blue light Phase Lens, Model 1.

**TASK VI.**

Design, construct and test an ultraviolet laser illuminator.

**TASK VII.**

Design, construct, and test an ultraviolet Phase Lens.

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## SECTION 10.0 DESIGN OBJECTIVES OF THE PHASE LENS DEVELOPMENT

### MODEL 1

A 10x Phase Lens operating at 488 nm wavelength, telecentric construction, numerical aperture about 0.55, covering a field of view of approximately 14 mm diameter, having resolution approximately equalling that of the I-line lens, and distortion throughout the field less than 0.1 micron. Overall length 900 mm object plane to image plane.

### MODEL 2

A 10x phase lens operating at an ultraviolet laser wavelength, telecentric construction, numerical aperture about 0.55, covering a field of view of approximately 14 mm diameter, having resolution of approximately .3 microns and distortion throughout the field less than 0.1 microns. Overall length approximately 900 mm or less object plane to image plane.

PROPRIETARY INFORM/ ION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 11.0 ABOUT PACIFIC INFRARED

T. R. Whitney Corp., dba PACIFIC INFRARED, has been in business since 1961, up until five years ago in military infrared development, missile guidance and countermeasures, high resolution scanners, lasers and satellite systems.

We recently designed and built for TRE Semiconductor a prototype 16-beam Laser Pattern Generator, which they are now producing. Pacific Infrared conceived the idea, did the optical/mechanical and electro-optical design and construction, adjustment and test of the first model. We designed and wrote software for data processing, designed and built the real time array processor and programmed the control computer. The Laser Pattern Generator produces 5x5" photomasks comprising patterns of 10 million rectangles, with optical resolution of 0.5 microns and data address resolution of 0.25 microns throughout the format. Data are recorded at a peak 160 megapixels per second.

About two years ago we started to build a wide format flat bed laser raster plotter, 18x24" for printed circuit artwork, for four color graphic screens, for map making and seismological plotting. This plotter, now in final checkout, has a data address structure of 0.00025" in both directions, an optical resolution of about 0.001" across 18.5" when recording on film in blue laser light. Its overall dimensional accuracy is better than +/- .0005" throughout an 18x24" format, and local errors are

PROPRIETARY INFORMATI
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

about .0001" p-to-p. It plots at 0.15 inches/second (2.7 minutes for a 24" format).

We recently built the first engineering model of a Laser Disk Mastering Machine which will cut both spirals and circles out to 13-1/2 inch diamter, with track-to-track accuracy better than .05 microns.

The Phase Lens concept, the subject of this proposal, is a natural outgrowth of our other optical, mechanical and computer activities, making direct use of our pattern generator design experience, our precision mechanical, air bearing and interferometer experience and our knowledge of microlithographic techniques, as well as our basic background in optical design. Most of all, however, because of our experience in the semiconductor equipment business, we realize the need for a projection lens like the Phase Lens to make advanced integrated circuits in years to come.

PROPRIETARY INFORMAT N
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

# APPENDIX A

## 1/1 RELAY PHASE LENS

### SECTION A.1 INTRODUCTION

The design and construction of a 10x phase lens and illuminator intended for wafer stepper applications has been described in detail in the preceding proposal. The purpose of this appendix is to describe a 1/1 relay Phase Lens which can be made according to the same principles, and has a number of different applications from compact disk replication to holography.

Figure A-1 is a block diagram taken from Electronic Engineering Times, 25 March 1985 showing in schematic form the production of audio and compact disks from tape through the master and replication process to playing in the home or use in a computer. The grooves in a compact disk are very small (1.5




Figure A-1

PROPRIETARY INFORMATI..N
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

microns wide) and may be spaced very close together (1.5 microns apart). Consequently the pressing replication process shown in the block diagram above is an operation which must be performed very carefully in order to preserve detail and in order not to have a catastrophic increase in the bit error rate (BER) of the replica which is produced or shortly degrading the quality of the master itself.

The large arrow in Figure A-1 is where we would propose to invade this process with the 1/1 relay Phase Lens. We would create a chrome master according to usual processes, using a 1x relay Phase Lens shown schematically in Figure A-2, and a flash excimer source. We would project an image of the complete disk across to the replica. This would be done at a relatively high rate of speed, depending on replica handling. Our estimate is that in excess of 2 per second replica disks can be exposed in this manner.

Such a scheme has the potentially huge advantage that the master never contacts the work and consequently never degrades. Other schemes involving projection printing have been tried, unsuccessfully in the past, as for example contact printing and proximity printing. Neither of these two schemes make the grade -- contact printing because it too, degrades the master after a limited number of uses, and proximity printing details that small get lost even in the few ten thousandths of an inch from the

PROPRIETARY INFORMATION

THIS ENGINEERING [illegible] IS TH[illegible] PACIFIC INFRARED. IT IS SUBMITTED IN [illegible] SHALL NOT BE REPRO[illegible] OTHERS. PACIFIC INF[illegible] RESERVES ALL [illegible] ETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUC-TION RIGHTS THERETO.




Figure A-2 The general form of a 1/1 Relay Phase Lens

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

master to the work. To make things doubly difficult for these two schemes, it is many times desired to print through a protective plastic coat (for example, PMMA or polycarbonate) already applied to the replica. One can project through such a layer of protective plastic but one can neither contact print or proximity print through a plastic layer.

## SECTION A.2 DESIGN OF THE 1/1 RELAY PHASE LENS

The 1/1 relay lens is among the easiest lens configurations to design because of its symmetry. The lens design arguments in the previous Phase Lens discussion were based upon an analysis of the optical path difference polynomial expressed in h, the height on the object, $\rho$, the radius at which the ray passes through the critical aperture and cos $\phi$, cosine of the angle at which the ray passes through the critical aperture measured from an origin straight up in the tangential plane. In a symmetrical lens an object point at +h on one side of the lens will image at a corresponding point, -h' on the other side of the lens. At the same time coordinate +cos $\phi$, as seen from one side of the lens is equal to and of the same sign as the quantity, cos $-\phi$, as seen from the other side of the lens. Thus, in a symmetrical lens all contributions to the aberration polynomial in odd orders of h are balanced out, e.g.

Elliptical coma:

$$C_{331}h^3\rho^3\cos\phi + C_{333}h^3\rho^3\cos^3\phi$$

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

In the same way, because the lens is symmetrical all coma terms of whatever order and all distortion terms of whatever order generate an aberration contribution on one side which is balanced by an equal but opposite aberration contribution from the other side. In an otherwise perfectly corrected relay lens there is no coma and there is no distortion.

As in the 10x version of the lens, terms in $\rho$ alone (which include all orders of spherical aberration) are completely eliminated by a properly designed phase plate.

This leaves a residual aberration polynomial:

$$OPD(h, \rho, \phi) =$$

Third order Astigmatism and Petzval:

$$C_{220}h^2\rho^2 + C_{222}h^2\rho^2 \cos^2\phi$$

+ Fifth Order

Oblique Spherical

$$C_{240}h^2\rho^4 + C_{242}h^2\rho^4 \cos^2\phi$$

Astigmatism and Petzval

$$C_{420}h^4\rho^2 + C_{422}h^4\rho^2 \cos^2\phi$$

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

+ Seventh Order

$$C_{260}h^2\rho^6 + C_{262}h^2\rho^6 \cos^2\phi$$

$$C_{440}h^4\rho^4 + C_{442}h^4\rho^4 \cos^2\phi + C_{444}h^4\rho^4\cos^4\phi$$

$$C_{620}h^6\rho^2 + C_{622}h^6\rho^2 \cos^2\phi$$

+Ninth Order

$$C_{280}h^2\rho^8 + C_{282}h^2\rho^8 \cos^2\phi$$

$$C_{460}h^4\rho^6 + C_{462}h^4\rho^6 \cos^2\phi + C_{464}h^4\rho^6 \cos^4\phi$$

$$C_{640}h^6\rho^4 + C_{642}h^6\rho^4 \cos^2\phi + C_{644}h^6\rho^4 \cos^4\phi + C_{646}h^6\rho^4 \cos^6\phi$$

$$C_{820}h^8\rho^2 + C_{822}h^8\rho^2 \cos^2\phi + C_{824}h^8\rho^2 \cos^4\phi$$

This residual polynomial groups into a number of sets of terms, depending upon the order of $\cos^n\phi$ which the term contains. Each such group of terms produces an aberration contribution of a different fundamental shape, and no combination of terms of, for example $h^i\rho^j \cos \phi$, can ever balance a combination of terms made up of $h^i\rho^j \cos^2\phi$.

Thus the $\cos^n\phi$ terms must each be grouped and must cancel each other out individually. This leads to a regrouping of the previous polynomial as follows:

PROPRIETARY INFORMAT ON
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

1) $C_{220}h^2\rho^2 + C_{240}h^2\rho^4 + C_{420}h^4\rho^2 + C_{260}h^2\rho^6 + C_{440}h^4\rho^4 + C_{620}h^6\rho^2 + C_{280}h^2\rho^8 + C_{460}h^4\rho^6 + C_{640}h^6\rho^4 + C_{820}h^8\rho^2 \leq \lambda/10$

2) $[C_{222}h^2\rho^2 + C_{242}h^2\rho^4 + C_{422}h^4\rho^2 + C_{242}h^2\rho^6 + C_{442}h^4\rho^4 + C_{622}h^6\rho^2 + C_{282}h^2\rho^8 + C_{462}h^4\rho^6 + C_{642}h^6\rho^4 + C_{822}h^8\rho^2] \cos^2\phi \leq \lambda/10$

3) $[C_{444}h^4\rho^4 + C_{464}h^4\rho^6 + C_{644}h^6\rho^4 + C_{824}h^8\rho^2] \cos^4\phi \leq \lambda/10$

and so on.

Very probably all of the terms containing $h^8$ and most of the terms containing $h^6$ are insignificant.

The 1/1 configuration of Phase Lens will be designed along with the 10x version, because the additional effort required is small.

Fused quartz will be used as the lens material throughout, and a 248 nm KrF excimer laser will be assumed as the light source.

Stuart F. Cooper Co. Recycled Paper
213-747-7141 • 800-421-8703 • Fax 213-747-3035

EXHIBIT C

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91...

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 3.0 TECHNICAL DISCUSSION

Mask plotters, such as E-beam machines or laser pattern generators, are capable of producing geometries having about 2.5 micron device sizes. This capacity neatly dovetails with a wafer stepper equipped with a 10x reduction projector and 0.25 micron resolution. This possible future capability is diagrammed in Figure 3-1.

The crucial element in wafer stepper improvement is the resolution of the projection system -- and of course the revolutionary design which makes it possible. Current projection lenses comprise up to 18 separate pieces of glass in series. They have just about exploited the ultimate capability of conventional lens design. Ultraviolet requires special materials, fused silica or crystals, or mirror elements.

We propose to design and build a combination lens and computer generated hologram projection system which for brevity we call a "Phase Lens". Most simply the configurations which we will build will comprise four spherical lenses of fused silica and a transmitting or reflecting holographic element as shown in Figure 3-2. The essential element is the contoured transmitting plate or mirror, which for simplicity can be considered to be an aspheric surface of weak power, but having a very complex curve or surface figure. It cannot be produced by conventional optical methods, but it can be made by the common techniques of

PACIFIC INFRARED SYSTEMS
6914 Canby Ave., #109
Reseda, California 91335

[redacted]
P-10165, Rev. D

ULTRA-VIOLET SUB-MICRON LITHOGRAPHY
USING WAFER STEPPER AND
PHASE LENS REDUCTION SYSTEM




Fig. 3-1. Using a Phase Lens projection system having a .25μ image resolution permits one to use mask features as small as 2.5μ, which exploits the full capability of both the pattern generator and the Wafer Stepper. This system would be competitive with both X-ray and direct write E-beam detail size.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

[redacted]
P-10165, Rev. D

THE LENS/HOLOGRAM
PROJECTION DEVICE




Fig. 3-2. The Phase Lens Assembly will comprise at least three spherical fused quartz lenses, and one contoured transmitting or reflecting hologram.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

microlithography and thin film technology.

Holograms can be "computer generated" to create any reasonably complex wave shape or wavefront correction which is required. We are currently producing these patterns on our Pacific Infrared computer.

The finished hologram, or phase plate is a surface of deposited quartz ($SiO_2$) which has a very detailed microcontour to it. Creating such surfaces is done using conventional microlithographic technique. A series of photomasks are made on a pattern generator, contact printed through resist, and successive $SiO_2$ layers are evaporated on top of each other. Creating holographic patterns using photomasks requires good resolution, good registry, and good overall dimensional control. A mask series for the computed surface may be plotted on a good photomask generator, i.e. an E-beam machine or Laser Pattern Generator. As we will show later in this discussion, the patterns required here comprise only a multitude of closely controlled concentric rings.

We propose to carry out this development using a conventional pattern generator, generating a series of photomasks to accuracy and detail which is being achieved today. We will first prove several key assembly and adjustment techniques in blue light and then build a Phase Lens working in blue (436.5 nm). Such a lens we expect will resolve around 0.5 microns. We

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

will then move on to an i-line model Phase Lens and then to a 254 nm model. The resolution target for this last phase lens is <0.3 micron line width. Conventional pattern generator and photomask technology will be used throughout the development.

Using the pattern generator, a series of 5x5" masks will be generated, which are binary in nature (black or white). The holographic phase plate or reflecting mirror must be made so that the contours on its surface change in a quasi-continuous slope, and to accomplish this a series of masks are required. Each mask cuts off at a different phase or contour level, and through a series of evaporated silicon dioxide steps the desired contour is built up. In case a mirror is used, a series of metallization steps produces the desired contour. This process is diagrammed in Figures 3-3.

The photomask and contact print approach brings with it the necessity to align a number of successive masks to evaporate the successive layers. This can be done, using conventional alignment techniques, working with blue light. Even at the best ultraviolet Phase Lens resolution existing centering and alignment tolerances (ca 0.3 microns) appear to suffice.

Much can be learned about the action of the Phase Lens on the computer, a process which is already well under way at Pacific Infrared. See for example the holographic pattern, Figure 3-4, which is exemplary of how more generalized binary

PACIFIC INFRARED
6914 Canby Ave., #105
Reseda, California 91335

[redacted]
P-10165, Rev. D

CREATION OF THE INITIAL
BLUE LIGHT PHASE PLATES




Fig. 3-3. To create the contoured phase plate one starts with a flat precision quartz plate, then builds up contours by successive $SiO_2$ layers using a conventional microlithographic process.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.





Fig. 3-4. A sample of a binary pattern which, when inserted before a plane wavefront, acts as a hologram to produce the desired wavefront distortion in the emergent wave.

PACIFIC INFRARED
6914 Canby Ave., # 109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

holographic layers might look in extremely coarse resolution. All of the elements in a Phase Lens system can be simulated closely on the computer, and the distribution of light in the image produced by such a system can be printed out on the computer printer at any resolution and in any amplitude steps which are desired, block diagram, Fig. 3-5. We will, of course, also evaluate the designs using conventional ray trace techniques, expressing the results as familiar modulation transfer functions.

After an acceptable nominal resolution has been found through computation for whatever wavelength is involved, from the blue mercury arc line at 435.6 nanometers, where the first lens will be built, moving to the intermediate i line (365 nm), and finally down to the ultraviolet mercury arc line at 254 nm, the elements in the system will be selectively translated, rotated, etc. to investigate image degradation vs. mechanical error, i.e. to tolerance the system. Comparative indices of refraction of fused silica at these three mercury wavelengths is shown in Fig. 3-6.

Pacific Infrared currently has the engineering skills necessary to build this device. We are completely familiar with the photolithographic, laser and optical coating techniques necessary to complete the corrector element. All of the major subcontracting work can be done by our existing sources in Southern California.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

[redacted]
P-10165, Rev. D

THE PHASE LENS IS TESTED
THROUGH SIMULATION AND
COMPUTER PRINTOUT




Fig. 3-5. Initial testing of the optical design is done through conventional ray tracing and construction of modulation transfer functions, and also through computer simulation, using grey level printouts on a computer printer.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

ACIFIC INFRARED
6914 Canby Ave., #109
Pasadena, California 91335

PROPRIETA... ...RMATION

THIS ENGINEER... INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.




Figure 3-6.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

## 3.1 THE LENS DESIGN

The Phase Lens is a combination of lenses and a computer generated hologram. When the hologram is located at the critical aperture of a set of lenses, it reduces to the comparatively simple form of a series of fine concentric rings. It attains this simple form only at this point, and only when used normal to the optical axis. At that point, it is a phase corrector acting somewhat like a continuous version of a very fine zone plate. Therefore we refer to this particular configuration as the "Phase Lens".

The Phase Lens design takes a unique approach to the correction of projection lens aberrations. The major potential fault, spherical aberration, is largely ignored in the initial stages of design, and the curvatures and separations of the lens elements are arranged to minimize all of the other aberrations, coma, astigmatism, distortion, curvature of field and all of the other higher orders. Then all orders of spherical aberration are removed, all at once, by the addition of a phase correcting plate.

The Phase Lens may be laid out in a number of configurations, the leading contender at the present time is sketched in Figure 3-7B on the following page. Each assembly comprises a set of at least 4 main lenses, including a field flattening element, and finally a phase corrector located at the critical aperture of

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

[redacted]
P-10165, Rev. D




Fig. 3-7A. A configuration of the projection system which uses a reflecting phase plate at the critical aperture.




Fig. 3-7B. A configuration which uses a transmitting phase plate, and avoids use of the beam splitter. The section $L_1 \rightarrow L_2L_3$ does not need to be parallel light. The phase plate must be the critical aperture, for complete spherical aberration cancellation.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

the system. The phase corrector may be either a contoured mirror, Fig. 3-7A, or a contoured transmitting plate, Fig. 3-7B. We have done all of our initial designing around the transmitting configuration, Fig. 3-7B, and it looks very good.

In each of these examples, Fig. 3-7A and 3-7B, the phase corrector is located at the pupil, or critical aperture of the system, in parallel or nearly parallel light. In this situation phase correction which may be required is symmetrical in every direction in the pupil.

A transmitting phase plate, Fig. 3-8A, comprises a fused silica plate which is basically flat, but which has successive layers of transmitting material, for example silicon dioxide deposited on one side, such that different rings of the aperture are built up to different thicknesses. Thus the wavefront which is passed -- substantially perpendicularly -- through the aperture is retarded in phase according to the contour of the material added to the transmitting plate. The phase retardation is done in steps of 1/8th wave. Thus the surface has the character of a very efficiently "blazed" grating, with in excess of 94% of the incident light going into the 1st order image, <6% into all other orders of grating artifacts. Fig. 3-8b is a cross-sectional drawing, to scale, of the narrowest and steepest ring sections, toward the edge of the plate.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION

THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.




Fig. 3-8a. The transmitting phase plate will comprise a fused silica plate with layers of silicon dioxide on one surface, laid down in a pattern of up to 20,000 concentric rings.




Fig. 3-8b. One of the narrowest rings, toward the edge of the plate, drawn to scale. This shows the extreme slope of the pattern to be about 1 part in 20, in the .25 micron phase lens configuration, before optimization. The blue light version, which we will build first, will have an extreme slope of 1 part in 40.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATIC
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

In the reflecting mirror configuration the idea is the same except that the reflecting surface is contoured, and wavefronts reflecting off of it are themselves contoured to reflect the contour of the material.

We favor the transmitting plate design at the moment for several reasons. First we know how to build up thin controlled layers of $SiO_2$ on fused silica under good dimensional control. Second the distances from L1 to the phase plate and L1 to $L_2L_3$ can be controlled to control aberrations, and third, the beam splitter loss of configuration Fig. 3-7A is avoided.

The lens system, Fig. 3-7B, has its phase plate contoured in such a way that it achieves correction at the operating wavelength, whatever that may be chosen to be. We hope in the third model of the phase lens to achieve a 10x reduction to detail sizes of .25 microns over a working field as large as 0.4". To do this we must lay down film thicknesses appropriate to the shorter wavelength, and we must use light of this shorter wavelength to make the exposure.

The phase plate adds optical path to various selected portions of the beam from object to image. In considering a design incorporating this plate one can start with the Wave Aberration Polynomial (Hopkins, 1950) (Ref. 1) which expresses optical path

Ref. 1 Handbook of Optics, Walter G. Driscoll and William Vaughan, Editors, McGraw-Hill Book Co., 1978, p. 2-19.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

difference between several rays starting at a point, $h$, on an object and going through different points, at a radius, $\rho$, and at an angle, $\phi$, in the pupil or critical aperture.

The aberration in an optical system (optical-path difference or OPD) can be expressed as a series of the form

$$OPD(h,\rho,\phi) = C_{ABC}h^A\rho^B \cos^C\phi \qquad (1)$$

where CABC is a numerical coefficient, h is the image height, and $\rho$ and $\phi$ are the polar coordinates of the ray intersection with the system pupil (the phase plate). The third order aberrations that are typically encountered from object to image are:

| | |
|---|---|
| Spherical aberration | $C_{040}\rho^4$ |
| Coma | $C_{131}h\rho^3\cos\phi$ |
| Astigmatism and Petzval | $C_{220}h^2\rho^2 + C_{222}h^2\rho^2\cos^2\phi$ |
| Distortion | $C_{311}h^3\rho\cos\phi$ |

The fifth-order aberrations are represented by:

| | |
|---|---|
| Spherical aberration | $C_{060}\rho^6$ |
| Linear coma | $C_{151}h\rho^5\cos\phi$ |
| Elliptical coma | $C_{331}h^3\rho^3\cos\phi + C_{333}h^3\rho^3\cos\phi$ |
| Oblique spherical | $C_{240}h^2\rho^4 + C_{242}h^2\rho^4\cos\phi$ |
| Astigmatism and Petzval | $C_{420}h^4\rho^2 + C_{422}h^4\rho^2\cos^2\phi$ |
| Distortion | $C_{511}h^5\rho\cos\phi$ |

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

The seventh-order terms similarly are functions of h, $\rho$ and cos $\phi$.

$\rho^8$

$h\rho^7 \cos\phi$

$h^2\rho^6 + h^2\rho^6 \cos^2\phi$

$h^3\rho^5 \cos\phi + h^3\rho^5 \cos^3\phi$

$h^4\rho^4 + h^4\rho^4 \cos^2\phi + h^4\rho^4 \cos^4\phi$

$h^5\rho^3 \cos\phi + h^5\rho^3 \cos^3\phi$

$h^6\rho^2 + h^6\rho^2 \cos^2\phi$

$h^7\rho \cos\phi$

(numerical coefficients are omitted)

There are 2 first-order terms, 5 third-order terms, 9 fifth-order terms, 14 seventh-order terms, 20 ninth-order terms, and so on.

The wave-aberration polynomial, Eq. (1), represents the departure of every actual wavefront from a perfect spherical reference surface which passes through the axial intercept of the exit pupil and which is centered on its ideal image point.

We are particularly concerned with the powers at which h and $\rho$ occur in the various expressions. h, the object height or image height, is expressed as a fraction of focal length, for example in our case extreme object height will be about 3.4/33.3

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

or .1. Thus terms containing $h^3$, $h^5$, etc., tend to become quite small quite fast. On the other hand our semi-aperture will be about 2.5 inches, and at its maximum value, $\rho = 2.5$. Thus, $\rho^4$, $\rho^6$, etc., terms are important. This refers specifically to the series of spherical aberration terms which are not multiplied by h.

The great advantage of placing the phase plate at the critical aperture is that it can with proper contouring completely correct any aberration function which varies as aperture alone, i.e. third, fifth, seventh, ninth order spherical aberration which vary as $\rho^4$, $\rho^6$, $\rho^8$, $\rho^{10}$, etc., respectively, i.e. the total spherical aberration is expressible as a series:

$$OPD_{sph} = \sum_{0}^{n} C_{0,i,0}\, \rho^{2i}$$

Correction of this aberration in the phase plate leaves the designer free to use all of the other degrees of freedom available in the system to correct coma, astigmatism, the petzval sum, elliptical coma, oblique spherical aberration and distortion. If initial consideration is paid to the distribution of power in the lenses, final correction of the petzval sum and distortion can largely be left to a field flattener with one or two curves on it.

This lens system will not be designed entirely by conventional methods, because its design requirements are so

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
IS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

different from those ordinarily demanded. Usually the lens designer strains every muscle to eliminate spherical, while keeping other aberrations in check. Nevertheless the configuration, part by part, is somewhat conventional. The first lens of Fig. 3-7 is similar to a landscape lens. The critical aperture is located close to a point where third order coma is minimized. Lenses 2 and 3 are designed somewhat like an approximate aplanatic pair in which spherical aberration and coma are nominally zero but biased toward the point where fifth order coma is minimized and some spherical aberration is admitted. The distance between the two lens groups, L1 and $L_2L_3$ is adjusted to minimize astigmatism.

This design process converges in a relatively small number of iterations, given only that the number of design degrees of freedom available equals or exceeds the number of aberration terms in the aberration polynomial (other than spherical) which are large enough to matter.

At this point all of the residual spherical aberration is gathered up and corrected by the microcontour which is applied to the phase plate. The general approach is illustrated in the block diagram, Fig. 3-9. We are not certain that ultimate correction can be achieved with four spherical lenses. One more may be needed. However, here again the advantage of the phase plate approach is that there is far more latitude available in

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

[redacted]
P-10165, Rev. D




Fig. 3-9. This block diagram illustrates the logic of lens design using the phase plate to remove spherical aberration, after all other aberrations are removed.

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

lens adjustment when spherical aberration correction can be ignored.

By the time the system has achieved correction of all other aberrations, the axial ray fan contains all of the information necessary to design the phase plate.

Because the phase plate is located at the critical aperture of the system all elements of the phase retarding pattern applied to its surface will be a series of concentric rings. In a typical example these rings comprise various thicknesses of silicon dioxide deposits making up a series of "mesas" quantized into seven altitudes. The thickest of the rings will be capable of retarding a wavefront 7/8 of a wave. When more retardation becomes necessary the surface drops back to zero, since one full wave of retardation is indistinguishable from no retardation at all. In the case of the 0.25 micron phase lens the 1/8th wave ring steps will be as little as 1.3 microns wide at the extreme outer zone and will have an altitude of about 0.076 microns per step, a maximum slope of about one part in twenty. The blue light phase lens will have a pattern with rings about twice as wide.

This contour complexity will correct all orders of spherical aberration out to $C_{0,12,0}\,\rho^{12}$ (11th order), which is sufficient to achieve correction at the image plane to better than $\lambda/25$ at 0.25 microns, i.e. an optical path difference of less than 0.01

PACIFIC INFRARED
6914 Canby Ave., #109
Reseda, California 91335

PROPRIETARY INFORMATION
THIS ENGINEERING INFORMATION IS THE PROPERTY OF PACIFIC INFRARED. IT IS SUBMITTED IN CONFIDENCE AND SHALL NOT BE REPRODUCED, NOR COPIED, NOR DISCLOSED TO OTHERS. PACIFIC INFRARED RESERVES ALL PATENT, PROPRIETARY, DESIGN, USE, SALE, MANUFACTURING AND REPRODUCTION RIGHTS THERETO.

microns.

It may be that in spite of the designer's best efforts the light passing through certain rings simply does not contribute to good definition in the image within some given criterion, say $\lambda/25$. If so, we will simply black out this ring in the initial writing step, leaving the chrome layer to prevent that ring from contributing to the image.

EXHIBIT E

INVENTION DISCLOSURE

THE USE OF MORE THAN ONE PHASE PLATE IN AN OPTICAL SYSTEM

As we started consideration of the phase plate program we were aware of the advantages of placing an aspheric Fresnel phase lens at the critical aperture of the system in order to cancel entirely the spherical aberration of the system. We were aware of the necessity for the grating to satisfy the Bragg transmission grating requirements and of the first order scattering efficiency of approximately .95 resulting from an eight level transmission grating structure. We believed, when we started, that construction of the Phase Lens would represent a major problem and should consequently be the focus of our design attention in the lens construction.

As time and the study has proceeded, we have learned:

1) How to make very accurate photomasks, both circles and spirals.

2) That the layer thickness can be controlled well within any requirements which we may have for 8-layer, or indeed 16-layer, plateau structures.

Inventor: _______________ Date: [redacted]

Witness; Read and Understood by: _______________ Date: [redacted]



G1576

3) That plateau structures comprised of ring widths which are large in microlithographic terms, e.g. 10-30 micron widths have reasonable bending, and that the centration requirements are completely within practical numbers which are currently being attained by microscopic alignment.

In brief, there is little remaining doubt that the phase plate can be successfully manufactured by existing optical and microlithographic technology. This leads us to another line of thought. What are the other difficulties or problem areas in the Phase Lens system, and can we look at them any differently knowing that phase plates can exist?

The principal mechanical problem, and one to which we allocated money and effort in the Phase Lens development program, is lens centration and lens separation vis-a-vis the phase plate located at the critical aperture. Given that phase plates can be made, and given that phase plates can be made to act like plus spherical lenses or minus sperhical lenses, or like slightly aspheric lenses, it seems obvious that certain of the spheres, if not eventually all of the spheres, should be replaced by phase gratings.

Inventor: [signature] Date: [redacted]

Witness; Read and Understood by: [signature] Date: [redacted]

We had hoped in our Task III, "Spherical Lens Centering and Spacing Test", to accomplish centering of a spherical lens down to the approximate area of 1.5 microns, which is probably sufficient. However, if a given spherical lens were made as a phase lens instead, its power would lie entirely on a flat plane and that flat plane would have -- cut into the base chrome pattern -- a centering ring would could be easily adjusted microscopically to 0.3 microns with conventional methods.

Consider also a field flattening element in which the distribution of power from center to edge could be changed slightly, affecting not only the position of the field, but possibly also the local distortion.

The major problem with this concept is that it is revolutionary. How can we build a system of many phase plates when we have yet to prove we can build one? The answer lies in microlithographic techniques. We know the theoretical efficiency of a stepped phase lens. We know that a phase lens of 16 plateaus scatters less than 5/1000ths of the light to all orders other than the first order for which it is blazed. We know that quartz film thicknesses can be controlled to one nanometer, or

Inventor: [signature] Date: [redacted]

Witness; Read and Understood by: [signature] Date: [redacted]

better than one part in 100 of a 1/4 micron wavelength. At that level the problem vanishes and we know, of course, the accuracies of photomask ring systems and mask to mask indexing. The basic problem is that the lens does not look like a lens.

Inventor: [signature] Date: [redacted]

Witness; Read and Understood by: [signature] Date: [redacted]

Stuart J. Cooper Co. Recycled Paper
213-747-7141 • 800-421-8703 • Fax 213-747-3035

EXHIBIT F

BOGUCKI, SCHERLACHER, MOK & ROTH
ATTORNEYS AT LAW
SUITE 704
3345 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90010-1808

..YMOND A. BOGUCKI
..HN P. SCHERLACHER
.OUIS A. MOK
GREGORY L. ROTH

PATENTS, TRADEMARKS
AND UNFAIR COMPETITION
TELEPHONE: (213) 386-7701
TELECOPIER, (213) 386-1241
TELEX: 5101000760 BSMR

October 13, 1987

T. R. Whitney Corporation
dba Pacific Infrared
6914 Canby, Suite 109
Reseda, California 91335

---

For services rendered July 1, 1986, through September 30, 1987:

| | |
|---|---|
| Our Docket No. 2091, SCANNING IMAGING SYSTEM AND METHOD, Serial No. 815,121, Continuation of Serial No. 459,230, Nagler, including correspondence with T. Whitney re Office Action; review file and Office Action; prepare and file amendment in the Patent and Trademark Office; correspondence with T. Whitney transmitting copy of amendment; review further Office Action | $ 480.00 |
| Our Docket No. 2101, SCANNING BEAM CONTROL SYSTEM AND METHOD, Patent No. 4,661,699, Welmers et al, including correspondence with T. Whitney transmitting Notice of Allowance; payment of issue fee | $ 40.00 |
| Our Docket No. 2549, HIGH RESOLUTION OPTICAL SYSTEM AND METHOD, Whitney, including preparation and filing of patent application in the U.S. Patent and Trademark Office | $ 4,500.00 |
| Total Services | $ 5,020.00 |

Disbursements:

| | |
|---|---|
| Issue fee, Docket 2101 | $ 280.00 |
| Filing fee for extension of time, Docket 2091 | $ 195.00 |
| Filing fee, Docket 2549 | $ 1,016.00 |
| Telephone calls | $ 251.71 |
| FAX expense | $ 120.00 |
| Patent references | $ 35.00 |

G1581

Stuart F. Cooper Co. Recycled Paper
213-747-7141 • 800-421-8703 • Fax 213-747-3035

EXHIBIT G

BOGUCKI, SCHERLACHER, MOK & ROTH
Attorneys at Law
Suite 704
3345 Wilshire Boulevard
Los Angeles, California 90010-1868

Raymond A. Bogucki
John P. Scherlacher
Louis A. Mok
Gregory L. Roth

Patents, Trademarks
and Unfair Competition

Telephone: (213)386-770
Telecopier: (213)386-124
Telex: 5101000760 BSMR

TELECOPIER TRANSMITTAL COVER MEMORANDUM

FAX I.D. NO. 692
DATE SEPT. 3, 1987
TIME 9:45 A.M.

TO PACIFIC INFRARED
RESEDA, CA

ATTN T. R. WHITNEY

TELECOPIER NO. 818-705-0970

NO. PAGES 7 (INCLUDING THIS COVER MEMO)

FROM R. A. BOGUCKI

SUBJECT PHASE LENS DOCKET 2549
CLAIMS 1, 11, 15, 18, 24, 50

COMMENTS: CLAIMS FOR REVISION
AS TO MICROSCOPY

G1583

** MULTIFAX TRANSMIT C IRMATION REPORT **

Journal No.: 002
Receiver : BoguckI
Transmitter: PACIFIC INFRARED
Date : Sep 09,87 16:06
Document : 02 pages
Time : 02'17
Mode : FINE
Result : O K

DATE SEPT 7 1987
TIME 3:43 pm

From
TO PACIFIC INFRARED
RESEDA, CA

To Ray Bogucki
ATTN ~~F. R. WHITNEY~~

TELECOPIER NO. 818-705-0970

NO. PAGES 2 (INCLUDING THIS COVER MEMO)

FROM ISABELL O'GATTA

SUBJECT FIG. 7 ON PHASE LENS

COMMENTS: Back to Ray, corrected(?) at last added to

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Theodore R. Whitney — Examiner: T. Robbins

Serial # : 07/897,248 — Group Art Unit: 2507

Filed : June 11, 1992 — Docket: 30048.1US03

Title : HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

MAIL ROOM APR 25 1994 PAT. & TRADEMARK OFFICE

13/C 3/9/94

AMENDMENT AND RESPONSE TO OFFICE ACTION

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

In response to the Office Action dated October 25, 1993, please amend the above-identified application as follows:

IN THE SPECIFICATION

Page 9, line 24, delete "critical" and after "aperture" insert -- stop --.

Page 25, line 17, after "reversal" insert an -- s -- to make the word "reversals".

Page 27, line 14, delete "critical" and after "aperture" insert -- stop --.

Page 45, line 9, delete "critical" and after "aperture" insert -- stop --.

CS14266 05/12/94 07897248 13-2724 140 102 222.00CH

G1586

IN THE CLAIMS

1. ~~66.~~ (Amended) A plate for use in an optical system, for selectively phase delaying different areal components of a substantially monochromatic illuminating beam throughout a cross sectional area, comprising:

a substantially flat, light transmissive, substrate having a plurality of light bending rings thereon defining a base spherical bending characteristic, each of the rings being defined by a succession of plateaus relative to a nominal surface of the substrate, the plateaus varying in height by increments related to a wavelength of optical delay of monochromatic light incident thereon, the maximum height being less than one wavelength or an integral multiple thereof, and the rings varying nonlinearly in width relative to a central axis of the rings, and wherein the rings have a minimum radial width of the order of 10 microns.

10. ~~73.~~ (Amended) [The invention as set forth in claim 66 above, wherein] A plate for use in an optical system, for selectively phase delaying different areal components of a substantially monochromatic illuminating beam throughout a cross sectional area, comprising:

a substantially flat, light transmissive, substrate having a plurality of light bending rings thereon defining a base spherical bending characteristic, each of the rings being defined



G1587

by a succession of plateaus relative to a nominal surface of the substrate, the plateaus varying in height by increments related to a wavelength of optical delay of monochromatic light incident thereon, the maximum height being less than one wavelength or an integral multiple thereof, and the rings varying nonlinearly in width relative to a central axis of the rings, and wherein the rings have a minimum radial width of the order of 10 microns, and the ring patterns are separated by selectively placed ring areas which are at least partially opaque.

9 ~~76~~. (Amended) The invention as set forth in claim 8 ~~75~~ above, wherein the annular [alignment] reference patterns comprise a plurality of chrome rings on the substrate.

14 ~~79~~. (Amended) [The member as set forth in claim 78 above,] A light transmissive member for phase compensation of the microstructure of a distributed monochromatic beam in an optical system, comprising:

a base of light transmissive material having a plurality of multi-plateau rings of varying widths, the plateaus varying within the rings in progressive sequences to provide fractional amounts of wave retardation at the wavelength of the monochromatic beam,

the rings being concentric about a central axis and disposed in sets of varying phase relation to define a pupil function having different zones,

wherein the rings provide maximum bending of the impinging beam of no greater than 5°, wherein the total local area wave retardation introduced by a ring is in integral multiples proportioned to a wavelength, and wherein there are in excess of about 800 rings for a 5" inches diameter pupil.

Cancel C4
JR 6/29/94

27. 117. (Amended) A light transmissive optical element for providing pupil functions in an optical system, comprising:

a transmissive plate having a plurality of patterns of varying thickness and transmissivity, wherein the patterns include groupings which introduce predetermined phase shifts, reversal phase shifts, and opaque areas, such that the combination of patterns introduces one or more pupil [fractions] functions in the optical system.

C5

29. 119. (Amended) [An optical element as set forth in claim 118 above, wherein the plate includes] A light transmissive optical element for providing pupil functions in an optical system, comprising:

a transmissive plate having a plurality of patterns of varying thickness and transmissivity, wherein the patterns include groupings which introduce predetermined phase shifts, reversal phase shifts and opaque areas, such that the combination of patterns introduces one or more pupil functions into the optical system,

C6

the patterns being disposed as rings about a central axis and comprising rings of varying slope and radial width, and varying locally in 0 and $\pi$ fashion, where 0 represents a predetermined local phase shift and $\pi$ represents a locally reversed phase shift, the plate further including selective radial variations of 0 and $\pi$ phase shift together with opaque areas.

30, ~~120~~. (Amended) An optical system including a lens combination having improved depth of field or resolution or both over than achievable with refractive lens combinations alone comprising:

at least one diffractive element in the lens combination, the diffractive element having a plurality of phase shift patterns therein which vary so as to have reversed phase shifts between them so as to provide a predetermined pupil function.

31, ~~121~~. (Amended) An optical system as set forth in claim 30 ~~120~~ above, wherein at least one diffractive element further includes [low] light transmissive patterns thereon varying in accordance with the desired pupil function, and wherein the lens combination comprises principally refractive elements.

40, ~~130~~. (Amended) A system as set forth in claim [121] 39 ~~129~~ above, wherein the non-spherical aberrations comprise chromatic aberration.



74

REMARKS

Applicant respectfully requests reconsideration of the rejection of claims 67-72, 75-78, 111-118, 120-126, 130 and 131 as amended without the addition of new matter. Claims 81-85, 127, and 132-135 have been allowed, while claims 73, 74, 79, 80, and 119 have been objected to as depending from rejected claims. Note that this summary is not in accordance with the summary of the actions stated on page 1 of the Patent Office communication. In that Summary, claims 81-83 were identified as "rejected" in paragraph 4. In contrast, on page 6 of the Office Action, second paragraph, claims 81-85 were indicated to be allowable. However, it was also noted that on page 2 of the Office Action, third paragraph, the drawings were objected to as not showing an element with both transmissive and non-transmissive areas. Accordingly, it is considered that there is no substantive objection to these claims, but that they are allowable contingent only upon correction of the drawing informality. This logic also should apply to claims 84 and 85, which were identified in paragraph 5 in the Summary of the Office Action as being "objected to" but on page 6 as being allowable.

As noted in the Office Action, claims 40-55, 92-110 and 136-139 are presently withdrawn from further consideration.

The drawings were objected to, as noted above, because of the lack of showing of an element with both transmissive and non-transmissive areas. This feature, clearly set forth in the specification as at page 26, lines 21-26, is difficult to show because of the minute sizes of the rings in the overall views and because the pattern to be used is dependent on the specific application. Applicant therefore proposes the use of a legend indicating that some of the rings are at least partially opaque, as depicted on the attached copy of Fig. 6. Approval of this proposed change, which involves no new matter, is respectfully requested.

As to the drawings, it is also noted that a PTO Form 948 was included with the Office Action, asserting certain deficiencies in the drawings. This paper refers to informal drawings, which will, upon allowance, be supplanted by the "Proposed Formal Drawings" submitted earlier with a document dated June 11, 1992.

In the fourth paragraph on page 2 of the Office Action, the disclosure was objected to because of the use of the term "areal" (instead of "aerial"), but no change has been made in this respect because it is submitted that the term is consistent with the dictionary definition in referring to or speaking of an area. Applicant refers to Webster's Third New International Dictionary, page 115, published by Merriam-Webster Inc., Springfield, Massachusetts (1986) as one example.

Claim 76 was rejected as indefinite under 35 U.S.C. Section 112 for lack of a proper antecedent as to the term "alignment", but as amended, the term "reference" has been substituted to correct this inadvertency.

Inadvertent usage of the term "fractions" in claim 117 has been corrected by substituting the proper term "function".

Claims 120 and 121 have been amended for clarity, without the addition of new matter.

Claim 130, previously recited as depending from claim 121, has now been amended to correctly depend from prior claim 129.

Claims 66, 69, 77, 78 and 111-118 were rejected on the basis of "obviousness-type double patenting". Without examining this issue in detail, or conceding that a conflict exists in all respects, Applicant nonetheless submits the enclosed Terminal Disclaimer of Theodore R. Whitney, inventor and owner of the entire right, title and interest in the patent application and the predecessor patent No. 4,936,665, in order to advance the prosecution. Consequently, the Terminal Disclaimer is submitted to overcome the rejection on double patenting grounds, there having been no assignment or change of ownership interest in any of these related applications.