**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 06-601 C** |
| **THE UNITED STATES,** | ) | **Chief Judge Edward J. Damich** |
| **Defendant,** | ) | |
| **and** | ) | |
| **RAYTHEON COMPANY,** | ) | |
| **Third-Party Defendant.** | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Plaintiffs Theodore Whitney and High Resolution Optics Corporation, with the consent of defendants United States and Raytheon Company, respectfully request an enlargement of time to file their claims construction reply brief. Plaintiffs request that the current deadline of April 4, 2008 be extended by 10 days to April 14, 2008. This extension is necessitated by a serious illness of a close family member of plaintiffs' principal counsel.

For the above-stated reasons, plaintiffs request that this motion be granted and that the deadline for plaintiffs' reply brief be extended by 10 days as reflected in the attached proposed Order.

Respectfully submitted,

Dated: April 3, 2008

By: /s/ David C. Tobin
David C. Tobin, Esq.
TOBIN, O'CONNOR & EWING
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

(202) 362-5900
(202) 362-6579 (fax)

Of counsel:
Jonathan T. Suder, Esq.
Edward E. Casto, Jr., Esq.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April, 2008, a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time To File Reply Brief and [Proposed] Order were served by electronic filing service on:

Scott Bolden, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

/s/ David C. Tobin
David C. Tobin