**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 06-601 C** |
| **THE UNITED STATES,** | ) | **Chief Judge Edward J. Damich** |
| **Defendant,** | ) | |
| **and** | ) | |
| **RAYTHEON COMPANY,** | ) | |
| **Third-Party Defendant.** | ) | |

**[PROPOSED] ORDER**

In light of Plaintiffs' Unopposed Motion for Enlargement of Time To File Reply Brief, the Court hereby ORDERS that the unopposed motion be GRANTED, and that the deadline for plaintiffs' claims construction reply brief be extended by 10 days to **April 14, 2008**.

__________________________________
Edward J. Damich
Chief Judge