IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-601 C
Filed: August 23, 2006

| | | |
|---|---|---|
| THEODORE WHITNEY and<br>HIGH RESOLUTION OPTICS<br>CORPORATION,<br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br>Defendant,<br>and<br><br>RAYTHEON COMPANY,<br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-601 C<br><br>Chief Judge Edward J. Damich |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

**PLEASE TAKE NOTICE THAT**, Edward E. Casto, Jr., counsel for Plaintiffs in the above-captioned case has changed firms. Mr. Casto's new information is as follows:

Nelson Bumgardner Casto, P.C.
5601 Bridge Street, Suite 300
Fort Worth, TX 76122
Telephone: 817-377-9111
Facsimile: 817-377-3494
E-mail: ecasto@nbclaw.net

Please revise your records accordingly.

Respectfully submitted,

**Dated: April 9, 2008**

/s/Edward E. Casto, Jr.
State Bar No. 24044178
Nelson Bumgardner Casto, P.C.
5601 Bridge Street, Suite 300
Fort Worth, TX 76112
(817) 377-9111
Fax (817) 377-3494
ecasto@nbclaw.net

David C. Tobin
TOBIN O'CONNOR & EWING
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC 20015
(202) 362-5900
(202) 362-5901 (fax)

Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2008, I electronically filed the foregoing document with the clerk of the United States Court of Federal Claims, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Edward E. Casto, Jr.