IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-601 C
Filed: August 23, 2006

| | | |
|---|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION, Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | No. 06-601 C |
| and | ) | Chief Judge Edward J. Damich |
| RAYTHEON COMPANY, Third-Party Defendant. | ) | |

**DECLARATION OF DAVID C. TOBIN IN SUPPORT OF PLAINTIFFS' REPLY BRIEF ON CLAIM CONSTRUCTION**

I, David C. Tobin, declare as follows:

1. My name is David C. Tobin. I am a member of the Bar of this Court and am an attorney of record in this matter.
2. I make this declaration in support of Plaintiffs' Reply Brief on Claim Construction. I am competent to testify to the matters stated in this declaration, have personal knowledge of the facts and statements herein, and each of the facts and statements is true and correct.
3. Attached as Exhibit 26 is a true and correct copy of excerpts from Random House Webster' Unabridged Dictionary, 2nd ed., 2001).
4. Attached as Exhibit 27 is a true and correct copy of United States Patent No. 5,346,766.
5. Attached as Exhibit 28 is a true and correct copy of S. Griesing et al., *Fabrication and SNOM characterization of plasmon-optical elements*, Journal of Physics, 2007.

6. Attached as Exhibit 29 is a true and correct copy of http://hyperphysics.phy-astr.gsu.edu/hbase/ems3.html#c3 (last visited March 30, 2008).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April, 2008 in Washington D.C.

David C. Tobin