# EXHIBIT 26

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

Second Edition

RANDOM HOUSE
NEW YORK

COPYRIGHT © 2001, 1998, 1997, 1996, 1993, 1986 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of The Random House Dictionary of the English Language, Second Edition, Unabridged.

The *Random House Dictionary Database*™, the *Random House Dictionary*™, and the *Random House Dictionary Project*™ are trademarks of Random House, Inc. Random House and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data is available.**

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll free 888-591-1200 or fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

New York Toronto London Sydney Auckland

This book is also sold in a special package containing the CD-ROM version 3.0 for Windows™ 95 and higher versions.

Visit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

9 8 7 6 5 4 3 2

ISBN: 0-375-42566-7 (Hardcover/book only)

ISBN: 0-375-42573-X (Hardcover/book and CD-ROM package)

Case 1:06-cv-00601-EJD Document 39-3 Filed 04/14/2008 Page 4 of 6

etc.) in a rapid, mechanical way. **8.** to repeat or say rapidly or glibly. [1350–1400; ME; var. of PATER] **—pat′ter·er, pat′ter·ist,** *n.*

**pat·ter**[3] (pat′ər), *n.* a person or thing that pats. [PAT[1] + -ER[1]]

**pat·tern** (pat′ərn; *Brit.* pat′n), *n.* **1.** a decorative design, as for wallpaper, china, textile fabrics, etc. **2.** decoration or ornament having such a design. **3.** a natural or chance marking, configuration, or design: *patterns of frost on the window.* **4.** a distinctive style, model, or form: *a new pattern of army helmet.* **5.** a combination of qualities, acts, tendencies, etc., forming a consistent or characteristic arrangement: *the behavior patterns of teenagers.* **6.** an original or model considered for or deserving of imitation: *Our constitution has been a pattern for those of many new republics.* **7.** anything fashioned or designed to serve as a model or guide for something to be made: *a paper pattern for a dress.* **8.** a sufficient quantity of material for making a garment. **9.** the path of flight established for an aircraft approaching an airport at which it is to land. **10.** a diagram of lines transmitted occasionally by a television station to aid in adjusting receiving sets; test pattern. **11.** *Metall.* a model or form, usually of wood or metal, used for giving the shape of the interior of a mold. **12.** *Numis.* a coin, either the redesign of an existing piece or the model for a new one, submitted for authorization as a regular issue. **13.** an example, instance, sample, or specimen. **14.** *Gunnery, Aerial Bombing.* **a.** the distribution of strikes around a target at which a shotgun or a number of rifle or artillery rounds have been fired or on which bombs have been dropped. **b.** a diagram showing such distribution. *—v.t.* **15.** to make or fashion after or according to a pattern. **16.** to cover or mark with a pattern. **17.** *Chiefly Brit. Dial.* **a.** to imitate. **b.** to attempt to match or duplicate. *—v.i.* **18.** to make or fall into a pattern. [1325–75; ME *patron* < ML *patrōnus* model, special use of L *patrōnus* PATRON] **—pat′tern·a·ble,** *adj.* **—pat′terned,** *adj.* **—pat′tern·er,** *n.* **—pat′tern·less,** *adj.* **—pat′tern·like′,** *adj.* **—pat′tern·y,** *adj.*
**—Syn. 1.** figure. **4.** kind, sort. **6.** example, exemplar.

**pat′tern bar′gaining,** a collective bargaining technique in which contract terms in one settlement are used as models to be imposed on other negotiating parties within an industry.

**pat′tern bomb′ing,** aerial bombing in which bombs are dropped on a target in a predetermined pattern. Also called **saturation bombing.** Cf. **area bombing, precision bombing.** [1935–40]

**pat·tern·ing** (pat′ər ning), *n.* **1.** a design or decoration formed by the creative arrangement or formation of patterns. **2.** the following of a specific pattern of movement, as in a dance or exercise: *the floor patterning of a folk dance.* **3.** a system of physical therapy in which a pattern of specific movements is practiced or imposed regularly as a way of improving, restoring, or stimulating muscular coordination, esp. in brain-damaged or handicapped persons. [1860–65; PATTERN + -ING[1]]

**pat·tern·mak·er** (pat′ərn mā′kər *or, Brit.,* pat′n-), *n.* a person who makes patterns, as for clothing or metal castings. Also, **pat′tern mak′er.** [1810–20; PATTERN + MAKER] **—pat′tern·mak′ing,** *n.*

**pat′tern prac′tice,** **1.** (in foreign-language learning) a technique for practicing a linguistic structure in which students repeat a sentence or other structure, each time substituting a new element, such as a new verb, as directed by the teacher, or transforming the original structure, as in changing a statement to a question. **2.** Also called **pat′tern drill′.** a drill using this technique.

**pat′tern recogni′tion,** *Computers.* the automated identification of shapes or forms or patterns of speech.

**Pat·ter·son** (pat′ər sən), *n.* **1. Eleanor Medill** ("Cissy"), 1884–1948, U.S. newspaper editor and publisher. **2. Floyd,** born 1935, U.S. boxer: world heavyweight champion 1956–59, 1960–62. **3. Frederick Douglass,** born 1901, U.S. educator.

**pat′ter song′,** a comic song depending for its humorous effect on rapid enunciation of the words, occurring most commonly in comic opera and operetta. [1815–25]

**Pat·ti** (pat′ē; *for 1 also It.* pät′tē), *n.* **1. A·de·li·na** (ä′de lē′nä), (*Adela Juana Maria Patti*), 1843–1919, Italian operatic soprano, born in Spain. **2.** a female given name.

**pat·tle** (pat′l, pät′l), *n. Brit. Dial.* paddle[1] (def. 11).

**Pat·ton** (pat′n), *n.* **George Smith,** 1885–1945, U.S. general.

**pat·ty** (pat′ē), *n., pl.* **-ties.** **1.** any item of food covered with dough, batter, etc., and fried or baked: *oyster patties.* **2.** a thin, round piece of ground or minced food, as of meat or the like: *hamburger patty.* **3.** a thin, round piece, as of candy: *peppermint patties.* **4.** a little pie; pasty. [1700–10; alter. of PÂTÉ, conformed to E words with the suffix -Y[2]]

**Pat·ty** (pat′ē), *n.* a female given name, form of **Patience** or **Patricia.**

**pat·ty-cake** (pat′i kāk′), *n.* pat-a-cake.

**pat′ty pan′,** a small pan for baking patties. [1685–95]

**pat′ty·pan squash′** (pat′i pan′), a flat, whitish variety of squash, *Cucurbita pepo melopepo,* having a scalloped edge. Also called **cymling, scallop squash.** [1905–10]

**pat′ty shell′,** a cup-shaped shell of light, flaky pastry, for serving vegetable, fish, or meat mixtures, usually with a sauce. [1905–10, *Amer.*]

**Pa·tu·ca** (pä tōō′kä), *n.* a river rising in E central Honduras and flowing NE to the Caribbean Sea. ab. 300 mi (485 km) long.

**pat·u·lin** (pat′yŏŏ lin, pach′ŏŏ-), *n. Pharm.* a toxic antibiotic, $C_7H_6O_4$, derived from various fungi, as *Penicillium patulum* and *Aspergillus clavatus.* Also called **clavacin.** [1940–45; < NL *patul(um)* specific epithet of the fungus (L neut. of *patulus* PATULOUS) + -IN[2]]

**pat·u·lous** (pach′ə ləs), *adj.* **1.** open; gaping; expanded. **2.** *Bot.* **a.** spreading, as a tree or its boughs. **b.** spreading slightly, as a calyx. **c.** bearing the flowers loose or dispersed, as a peduncle. [1610–20; < L *patulus* standing wide-open. See PATENT, -ULOUS] **—pat′u·lous·ly,** *adv.* **—pat′u·lous·ness,** *n.*

**Pat·win** (pat′win), *n., pl.* **-wins,** (*esp. collectively*) **-win** for 1. **1.** a member of a North American Indian people of the western Sacramento River valley in California. **2.** the Wintun language of the Patwin.

**pat·y** (pat′ē), *adj. Heraldry.* (of a cross) having arms of equal length, each expanding outward from the center; formée: *a cross paty.* [1480–90; var. of *pattee* < MF, equiv. to *patte* paw + *-ee;* see -EE, -ATE[1]]

**pat·zer** (pät′sər, pat′-), *n.* a casual, amateurish chess player. [1955–60; prob. < G *Patzer* bungler, equiv. to *patz(en)* to bungle (cf. Austrian dial. *Patzen* stain, blot, *patzen* to make a stain) + *-er* -ER[1]]

**Pau** (pō), *n.* a city in and the capital of Pyrénées-Atlantiques department, in SW France: winter resort. 85,860.

**P.A.U.,** Pan American Union.

**pau·a** (pou′ə), *n.* a large, edible abalone of New Zealand, *Haliotis iris,* the shell of which is used in making jewelry. [1810–20; < Maori]

***pau·cis ver·bis*** (pou′kis wer′bis; *Eng.* pô′sis vûr′bis), *Latin.* in or by few words; with brevity.

**pau·ci·ty** (pô′si tē), *n.* **1.** smallness of quantity; scarcity; scantiness: *a country with a paucity of resources.* **2.** smallness or insufficiency of number; fewness. [1375–1425; late ME *paucite* < L *paucitās* fewness, deriv. of *paucus* few; see -ITY]

**Paul** (pôl *for 1–3, 5;* poul *for 4*), *n.* **1. Saint,** died A.D. c67, a missionary and apostle to the gentiles: author of several of the Epistles. Cf. **Saul** (def. 2). **2. Alice,** 1885–1977, U.S. women's-rights activist. **3. Elliot (Harold),** 1891–1958, U.S. novelist. **4. Jean** (zhäN), pen name of Jean Paul Friedrich Richter. **5.** a male given name: from a Latin word meaning "little".

**Paul I,** **1.** died A.D. 767, pope 757–767. **2.** Russian, **Pavel Petrovich,** 1754–1801, emperor of Russia 1796–1801 (son of Peter III). **3.** 1901–64, king of Greece 1947–64.

**Paul II,** (*Pietro Barbo*) 1417–71, Italian ecclesiastic: pope 1464–71.

**Paul III,** (*Alessandro Farnese*) 1468–1549, Italian ecclesiastic: pope 1534–49.

**Paul IV,** (*Gian Pietro Caraffa*) 1476–1559, Italian ecclesiastic: pope 1555–59.

**Paul V,** (*Camillo Borghese*) 1552–1621, Italian ecclesiastic: pope 1605–21.

**Paul VI,** (*Giovanni Batista Montini*) 1897–1978, Italian ecclesiastic: pope 1963–78.

**Pau·la** (pô′lə), *n.* a female given name: derived from *Paul.*

**Paul-Bon·cour** (pôl bôN kōōr′), *n.* **Jo·seph** (zhô zef′), 1873–1972, French lawyer and statesman: premier 1932–33.

**Paul′ Bun′yan,** a legendary giant lumberjack, an American folk hero.

**paul·dron** (pôl′drən), *n. Armor.* a piece of plate armor for the shoulder and the uppermost part of the arm, often overlapping the adjacent parts of the chest and back. Also called **epaulière.** Cf. **spaulder.** See diag. under **armor.** [1400–50; earlier *paleron, poleron,* late ME *polron, pollerons* (pl.) < MF *espalleron* shoulder. See EPAULET]

**Pau·lette** (pô let′), *n.* a female given name: derived from *Paul.*

**Pau·li** (pô′lē; *Ger.* pou′lē), *n.* **Wolf·gang** (wŏŏlf′gang; *Ger.* vôlf′gäng), 1900–58, Austrian physicist in the U.S.: Nobel prize 1945.

**Pau′li exclu′sion prin′ciple,** *Physics.* See **exclusion principle.** [1925–30; named after W. PAULI]

**Paul·ine** (pô′lin, -lēn), *adj.* of or pertaining to the apostle Paul or to his doctrines or writings. [1325–75; < ML *Paulīnus.* See PAUL, -INE[1]]

**Pau·line** (pô lēn′), *n.* a female given name.

**Paul′ine priv′ilege,** *Rom. Cath. Ch.* (in canon law) the privilege given to converts to dissolve a marriage with an unbaptized spouse if either obstructs the religious practices of the other.

**Paul·ing** (pô′ling), *n.* **Li·nus Carl** (lī′nəs), 1901–94, U.S. chemist: Nobel prize in chemistry 1954, Nobel prize for peace 1962.

**Paul·in·ism** (pô′lə niz′əm), *n.* the body of theological doctrine taught by or attributed to the apostle Paul. [1855–60; PAULINE + -ISM] **—Paul′in·ist,** *n.* **—Paul′in·is′tic,** *adj.* **—Paul′in·is′ti·cal·ly,** *adv.*

**Pau·li·nus** (pô lī′nəs), *n.* **Saint,** died A.D. 644, Roman missionary in England with Augustine: 1st archbishop of York 633–644.

**Paul·ist** (pô′list), *n. Rom. Cath. Ch.* a member of the "Missionary Society of St. Paul the Apostle," a community of priests founded in New York in 1858. [1880–85; PAUL + -IST]

**pau·low·ni·a** (pô lō′nē ə), *n.* **1.** a Japanese tree, *Paulownia tomentosa,* of the bignonia family, having showy clusters of pale-violet or blue flowers blossoming in early spring. **2.** any other tree of the genus *Paulownia.* [1835–45; < NL; named after Anna *Pavlovna,* daughter of Paul I of Russia; see -IA]

**Paul′ Pry′,** an inquisitive, meddlesome person. [from name of title character of *Paul Pry* (1853) by John Poole (1786–1872), English dramatist]

**Paum·gart·ner** (poum′gärt′nər), *n.* **Bern·hard** (bern′härt), 1887–1971, Austrian composer, conductor, and musicologist.

**Pa·mo′tu Archipel′ago** (pou mô′tōō). See **Tuamotu Archipelago.**

**paunch** (pônch, pänch), *n.* **1.** a large and protruding belly; potbelly. **2.** the belly or abdomen. **3.** the rumen. [1325–75; ME *paunche* < AF, for MF *pance* < L *panticēs* (pl.) bowels] **—paunched,** *adj.*

**paunch·y** (pôn′chē, pän′-), *adj.,* **paunch·i·er, paunch·i·est.** having a large and protruding belly; potbellied: *a paunchy middle-aged man.* [1590–1600; PAUNCH + -Y[1]] **—paunch′i·ness,** *n.*

**pau·per** (pô′pər), *n.* **1.** a person without any means of support, esp. a destitute person who depends on aid from public welfare funds or charity. **2.** a very poor person. [1485–95; < L: poor] **—pau′per·age, pau′per·dom,** *n.*

**pau·per·ism** (pô′pə riz′əm), *n.* the state or condition of utter poverty. [1805–15; PAUPER + -ISM]

**pau·per·ize** (pô′pə rīz′), *v.t.,* **-ized, -iz·ing.** to make a pauper of: *His extravagance pauperized him.* Also, *esp. Brit.,* **pau′per·ise′.** [1825–35; PAUPER + -IZE] **—pau′per·i·za′tion,** *n.* **—pau′per·iz′er,** *n.*

**pau·piette** (pō pyet′), *n., pl.* **-piettes** (-pyets′; *Fr.* -pyet′). *French Cookery.* bird (def. 6). [1885–90; earlier *po(u)piette,* prob. deriv. of MF *poulpe* fleshy part of the body or of an animal, OF *polpe* < L *pulpa* PULP; see -ETTE]

**Paur** (pou°r, pou′ər; *Ger.* pouR), *n.* **E·mil** (ā′mēl), 1855–1932, Austrian violinist and conductor.

**pau·ra·que** (pou rä′kā; *Sp.* pou Rä′ke), *n., pl.* **-ques** (-kāz; *Sp.* -kes). a large, tropical American goatsucker, *Nyctidromus albicollis.* [1905–10; presumably Hispanicized sp. of a word < a language of tropical America]

**Pau·sa·ni·as** (pô sā′nē əs), *n.* fl. A.D. c175, Greek traveler, geographer, and author.

**pause** (pôz), *n., v.,* **paused, paus·ing.** *—n.* **1.** a temporary stop or rest, esp. in speech or action: *a short pause after each stroke of the oar.* **2.** a cessation of activity because of doubt or uncertainty; a momentary hesitation. **3.** any comparatively brief stop, delay, wait, etc.: *I would like to make a pause in my talk and continue after lunch.* **4.** a break or rest in speaking or reading to emphasize meaning, grammatical relation, metrical division, etc., or in writing or printing by the use of punctuation. **5.** *Pros.* a break or suspension, as a caesura, in a line of verse. **6.** *Music.* a fermata. **7. give pause,** to cause to hesitate or be unsure, as from surprise or doubt: *These frightening statistics give us pause.* *—v.i.* **8.** to make a brief stop or delay; wait; hesitate: *He paused at the edge of the pool for a moment. I'll pause in my lecture so we can all get some coffee.* **9.** to dwell or linger (usually fol. by *on* or *upon*): *to pause upon a particular point.* [1400–50; (n.) ME < L *pausa* < Gk *paûsis* a halt, equiv. to *paú(ein)* to stop + *-sis* -SIS; (v.) deriv. of the n.] **—paus′al,** *adj.* **—pause′ful,** *adj.* **—pause′ful·ly,** *adv.* **—pause′less,** *adj.* **—pause′less·ly,** *adv.* **—paus′er,** *n.* **—paus′ing·ly,** *adv.*
**—Syn. 1–3.** suspension, interruption, break, halt; hiatus, lacuna. **8.** rest. **9.** tarry, delay.

**pa·vane** (pə vän′, -van′; *Fr.* PA VAN′), *n., pl.* **pa·vanes** (pə vänz′, -vanz′; *Fr.* PA VAN′). **1.** a stately dance dating from the 16th century. **2.** the music for this dance. Also, **pav·an** (pav′ən, pə vän′, -van′), **pavin.** [1525–35; < MF < It *pavana,* contr. of *padovana* (fem.) of Padua (It *Padova*)]

**Pa·va·rot·ti** (pav′ə rot′ē; *It.* pä′vä Rôt′tē), *n.* **Lu·cia·no** (lōō′chē ä′nō; *It.* lōō chä′nō), born 1935, Italian operatic tenor.

**pave** (pāv), *v.t.,* **paved, pav·ing.** **1.** to cover or lay (a road, walk, etc.) with concrete, stones, bricks, tiles, wood, or the like, so as to make a firm, level surface. **2. pave the way to** or **for,** to prepare for and facilitate the entrance of; lead up to: *His analysis of the college market paved the way for their entry into textbook publishing.* *—n.* **3.** *Southern Louisiana.* a paved road. [1275–1325; ME *paven* < MF *paver* < VL **pavāre,* for L *pavīre* to beat, ram, tread down]

**pa·vé** (pə vā′, pav′ā; *Fr.* PA vā′), *n., pl.* **pa·vés** (pə vāz′, pav′āz; *Fr.* PA vā′), *adv., adj.* *—n.* **1.** a pavement. **2.** *Jewelry.* a setting of stones placed close together so as to show no metal between them. *—adv.* **3.** in the manner of a pavé; as a pavé: *diamonds set pavé.* *—adj.* **4.** Also, **pa·véd′, pa·veed′.** being set pavé: *pavé rubies.* [1755–65; < F, ptp. of *paver.* See PAVE]

**Pa·vel Pe·tro·vich** (*Russ.* pä′vyil pyi tRô′vyich). See **Paul I** (def. 2).

**pave·ment** (pāv′mənt), *n.* **1.** a paved road, highway, etc. **2.** a paved surface, ground covering, or floor. **3.** a material used for paving. **4.** *Atlantic States and Brit.* sidewalk. **5. pound the pavement,** *Informal.* to walk the streets in order to accomplish something: *If you're going to find work you'd better start pounding the pavement.* [1250–1300; ME < OF < L *pavimentum.* See PAVE, -MENT] **—pave·men·tal** (pav men′tl), *adj.*

**pave′ment art′ist,** *Chiefly Brit.* See **sidewalk artist.** [1895–1900]

**pave′ment light′.** See **vault light.**

**pav·er** (pā′vər), *n.* **1.** a person or thing that paves. **2.** a brick, tile, stone, or block used for paving. [1375–1425; late ME; see PAVE, -ER[1]]

**Pa·vi·a** (pä vē′ä), *n.* a city in N Italy, S of Milan: Charles V captured Francis I here. 87,804.

**pav·id** (pav′id), *adj.* timid; afraid; tearful; frightened. [1650–60; < L *pavidus* trembling, timid, deriv. of *pavēre* to quake; see -ID[4]]

**pa·vil·ion** (pə vil′yən), *n.* **1.** a light, usually open building used for shelter, concerts, exhibits, etc., as in a park or fair. **2.** any of a number of separate or attached buildings forming a hospital or the like. **3.** *Archit.* a projecting element of a façade, used esp. at the center or

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, ice; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in *treasure.* ə = a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *circus;* ° as in *fire* (fī°r), *hour* (ou°r). l and n can serve as syllabic consonants, as in *cradle* (krād′l), and *button* (but′n). See the full key inside the front cover.

—**screen′er,** *n.* —**screen′less,** *adj.* —**screen′like′,** *adj.*
—**Syn. 7.** guard, shield. See **cover. 18.** veil, defend, shield, hide, mask.

**Screen′ Ac′tors Guild′,** a labor union for motion-picture performers, founded in 1933. *Abbr.:* SAG

**screen′ grid′,** *Electronics.* a grid placed between the anode and the control electrode in a vacuum tube, usually maintained at a fixed positive potential. [1925–30]

**screen·ing** (skrē′ning), *n.* **1.** the act or work of a person who screens, as in ascertaining the character and competence of applicants, employees, etc. **2.** the showing of a motion picture: *There will be screenings at 6 P.M. and 8 P.M.* **3. screenings,** *(used with a singular or plural v.)* **a.** undesirable material that has been separated from usable material by means of a screen or sieve: *screenings of imperfect grain.* **b.** extremely fine coal. **4.** the meshed material used in screens for windows and doors. [1715–25; SCREEN + -ING¹]

**screen·land** (skrēn′land′), *n.* filmdom. [1920–25; SCREEN + -LAND]

**screen′ mem′ory,** *Psychoanal.* a childhood memory, perhaps recalled falsely, that screens out a more distressing recollection. [1920–25]

**screen·o** (skrē′nō), *n.* (*sometimes cap.*) (formerly) bingo played in a movie theater. [SCREEN + (BING)O]

**screen′ pass′,** *Football.* a pass thrown to a receiver who is directly in back of a wall of blockers and who is behind or not far beyond the line of scrimmage. [1950–55]

**screen·play** (skrēn′plā′), *n.* **1.** a motion-picture or television scenario. **2.** *Older Use.* a motion picture. [1915–20; SCREEN + PLAY]

**screen′ test′,** a filmed audition to determine the suitability of an individual for appearing or acting in a motion picture. [1920–25]

**screen-test** (skrēn′test′), *v.t.* **1.** to give a screen test to: *The studio screen-tested 400 children before casting the part.* —*v.i.* **2.** to undergo a screen test: *Dozens of actors have screen-tested for the role.* [1965–70; v. use of n. phrase *screen test*]

**screen-wip·er** (skrēn′wī′pər), *n. Brit.* See **windshield wiper.** [1925–30]

**screen·writ·er** (skrēn′rī′tər), *n.* a person who writes screenplays, esp. as an occupation or profession. [1920–25; SCREEN + WRITER]

**screev·er** (skrē′vər), *n. Chiefly Brit.* an artist who draws pictures on sidewalks, as with colored chalks, earning a living from the donations of spectators and passersby. [1875–80; earlier *screeve* (v.) (< Polari) < It *scrivere* to write (< L *scrībere*) + -ER¹]

**screw** (skrōō), *n.* **1.** a metal fastener having a tapered shank with a helical thread, and topped with a slotted head, driven into wood or the like by rotating, esp. by means of a screwdriver. **2.** a threaded cylindrical pin or rod with a head at one end, engaging a threaded hole and used either as a fastener or as a simple machine for applying power, as in a clamp, jack, etc. Cf. **bolt¹** (def. 3). **3.** *Brit.* a tapped or threaded hole. **4.** something having a spiral form. **5.** See **screw propeller. 6.** Usually, **screws.** physical or mental coercion: *The terrified debtor soon felt the gangster's screws.* **7.** a single turn of a screw. **8.** a twist, turn, or twisting movement. **9.** *Chiefly Brit.* **a.** a little salt, sugar, tobacco, etc., carried in a twist of paper. **b.** *Slang.* a mean, old, or worn-out horse; a horse from which one can obtain no further service. **c.** *Slang.* a friend or employer from whom one can obtain no more money. **d.** *Slang.* a miser. **10.** *Brit. Informal.* salary; wages. **11.** *Slang.* a prison guard. **12.** *Slang (vulgar).* **a.** an act of coitus. **b.** a person viewed as a sexual partner. **13. have a screw loose,** *Slang.* to be eccentric or neurotic; have crazy ideas: *You must have a screw loose to keep so many cats.* **14. put the screws on,** to compel by exerting pressure on; use coercion on; force: *They kept putting the screws on him for more money.* —*v.t.* **15.** to fasten, tighten, force, press, stretch tight, etc., by or as if by means of a screw or device operated by a screw or helical threads. **16.** to operate or adjust by a screw, as a press. **17.** to attach with a screw or screws: *to screw a bracket to a wall.* **18.** to insert, fasten, undo, or work (a screw, bolt, nut, bottle top with a helical thread, etc.) by turning. **19.** to contort as by twisting; distort: *Father screwed his face into a grimace of disgust.* **20.** to cause to become sufficiently strong or intense (usually fol. by *up*): *I screwed up my courage to ask for a raise.* **21.** to coerce or threaten. **22.** to extract or extort. **23.** to force (a seller) to lower a price (often fol. by *down*). **24.** *Slang.* to cheat or take advantage of (someone). **25.** *Slang (vulgar).* to have coitus with. —*v.i.* **26.** to turn as or like a screw. **27.** to be adapted for being connected, taken apart, opened, or closed by means of a screw or screws or parts with helical threads (usually fol. by *on, together,* or *off*): *This top screws on easily.* **28.** to turn or move with a twisting or rotating motion. **29.** to practice extortion. **30.** *Slang (vulgar).* to have coitus. **31. screw around,** *Slang.* **a.** to waste time in foolish or frivolous activity: *If you'd stop screwing around we could get this job done.* **b.** *Vulgar.* to engage in promiscuous sex. **32. screw off,** *Slang.* **a.** to do nothing; loaf. **b.** to leave; go away. **33. screw up,** *Slang.* **a.** to ruin through bungling or stupidity: *Somehow the engineers screwed up the entire construction project.* **b.** to make a botch of something; blunder. **c.** to make confused, anxious, or neurotic. [1375–1425; late ME *scrwe, screw(e)* (n.); cf. MF *escro(ue)* nut, MD *schrûve,* MHG *schrûbe* screw] —**screw′a·ble,** *adj.* —**screw′er,** *n.* —**screw′less,** *adj.* —**screw′like′,** *adj.*
—**Syn. 22.** wring, wrest, force, exact, squeeze.

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

**screws** (def. 1) and screwheads A, round head; B, flat head; C, oval head; D, fillister head; E, metal screw; F, Phillips head screw; G, lag screw




**screw′ an′chor,** *Naut.* See **mooring screw.**

**screw′ au′ger,** an auger having a helical outer surface suggesting a screw thread. [1785–95, *Amer.*]

**screw′ ax′is,** *Crystall.* a symmetry element of a space group such that a rotation of the lattice about the axis and a translation of the lattice some fraction of the lattice's unit distance brings the lattice back to its original position. [1900–05]

**screw·ball** (skrōō′bôl′), *n.* **1.** *Slang.* an eccentric or whimsically eccentric person; a nut. **2.** *Baseball.* a pitched ball that curves toward the side of the plate from which it was thrown. —*adj.* **3.** *Slang.* eccentric or whimsically eccentric: *What a screwball idea!* [1865–70; 1935–40 for def. 2; SCREW + BALL¹]

**screw′ bean′,** **1.** a tree, *Prosopis pubescens,* of the legume family, native to the southwestern U.S., bearing twisted pods used as fodder. **2.** the pod itself. Also called **tornillo.** [1865–70, *Amer.*]

**screw′ cap′,** a cap designed to screw onto the threaded mouth of a bottle, jar, or the like. [1870–75]

**screw′ convey′or,** a device for moving loose materials, consisting of a shaft with a broad, helically wound blade rotating in a tube or trough. Also called **worm.**

**screw·driv·er** (skrōō′drī′vər), *n.* **1.** a hand tool for turning a screw, consisting of a handle attached to a long, narrow shank, usually of metal, which tapers and flattens out to a tip that fits into the slotted head of a screw. **2.** a mixed drink made with vodka and orange juice. [1770–80; SCREW + DRIVER]

**screwed** (skrōōd), *adj.* **1.** fastened with screws. **2.** having grooves like a screw; threaded. **3.** twisted; awry. **4.** *Slang.* bilked; cheated. **5.** *Chiefly Brit. Slang.* drunk; intoxicated. [1640–50; SCREW + -ED²]

**screw′ eye′,** a screw having a ring-shaped head. [1870–75]

**screw′ fly′.** See **screwworm fly.** [1880–85]

**screw·head** (skrōō′hed′), *n.* the head or top of a screw having a slot for the end of a screwdriver. See diag. under **screw.** [1680–90; SCREW + HEAD]

**screw′ hook′,** a hook having a shank in the form of a screw. [1680–90]

**screw′ jack′,** jackscrew. [1710–20]

**screw′ log′,** *Naut.* See **patent log.**

**screw′ moor′ing,** *Naut.* See **mooring screw.**

**screw′ nail′.** See **drive screw.** [1650–60]

**screw′ nut′,** a nut threaded to receive a screw. [1805–15]

**screw-off** (skrōō′ôf′, -of′), *n. Slang.* a loafer; idler. Also, **screw′off′.** [n. use of v. phrase *screw off*]

**screw-on** (skrōō′on′, -ôn′), *adj.* **1.** attached, connected, or closed by screwing onto another part of a container or receptacle. **2.** (of an earring) held on the earlobe by a small screwlike post with a disk at the tip. [1925–30; adj. use of v. phrase *screw on*]

**screw′ pile′,** a pile that is used for the foundations of bridges, lighthouses, etc., and has a screwlike lower end for drilling through and taking firm hold in compacted material. [1830–40] —**screw′ pil′ing.**

**screw′ pine′,** any tropical Asian tree or shrub of the genus *Pandanus,* having a palmlike or branched stem, long, narrow, rigid, spirally arranged leaves and aerial roots, and bearing an edible fruit. [1830–40]

**screw·plate** (skrōō′plāt′), *n.* a metal plate having threaded holes, used for cutting screw threads by hand. Also, **screw′ plate′.** [1650–60; SCREW + PLATE¹]

**screw′ press′,** a device for applying pressure by the turning of a threaded shaft. [1680–90]

**screw′ propel′ler,** a rotary propelling device, as for a ship or airplane, consisting of a number of blades that radiate from a central hub and are so inclined to the plane of rotation as to tend to drive a helical path through the substance in which they rotate. [1830–40] —**screw′-pro·pelled′,** *adj.*

**screw′ thread′,** **1.** Also called **worm.** the helical ridge of a screw. **2.** a full turn of the helical ridge of a screw. [1805–15]

**screw-top** (skrōō′top′), *adj.* **1.** (of a container) having a top that screws on. —*n.* **2.** a top that can be screwed onto a container. **3.** a container having such a top. [1890–95]

**screw·up** (skrōō′up′), *n. Slang.* **1.** a mistake or blunder: *The package was delayed through an addressing screwup.* **2.** a habitual blunderer. Also, **screw′-up′.** [1955–60; *Amer.*; n. use of v. phrase *screw up*]

**screw·worm** (skrōō′wûrm′), *n.* the larva of any of certain flies of the genus *Callitroga,* which sometimes infests wounds and the nose and navel of domestic animals and humans. [1875–80, *Amer.*; SCREW + WORM]

**screw′worm fly′,** the adult screwworm. Also called **screw fly.** [1905–10; *Amer.*]

**screw·y** (skrōō′ē), *adj.,* **screw·i·er, screw·i·est.** *Slang.* **1.** crazy; nutty: *I think you're screwy, refusing an invitation to the governor's dinner.* **2.** disconcertingly strange: *There's something screwy about his story.* **3.** absurdly peculiar or impractical; ridiculous: *screwy ideas.* [1810–20; SCREW + -Y¹]

**Scria·bin** (skrē ä′bin; *Russ.* skryä′byin), *n.* **A·le·ksan·dr Ni·ko·la·e·vich** (al′ig zan′dər nik′ə lī′ə vich, -zän′-; *Russ.* u lyi ksän′dr nyi ku lä′yi vyich), 1872–1915, Russian composer and pianist.

**scrib·ble¹** (skrib′əl), *v.,* **-bled, -bling,** *n.* —*v.t.* **1.** to write hastily or carelessly: *to scribble a letter.* **2.** to cover with meaningless writing or marks: *to scribble all over a page.* —*v.i.* **3.** to write or draw in a hasty or careless way. **4.** to make meaningless marks, scrolls, lines, etc., with a pencil, pen, or the like. —*n.* **5.** a note or other writing that has little or no meaning. **6.** a hasty or careless drawing or piece of writing. **7.** handwriting, esp. when illegible. [1425–75; late ME *scribblen* (v.) < ML *scribillāre* to scribble, deriv. of L *scrībere* to write; see SHRIVE] —**scrib′bling·ly,** *adv.*

**scrib·ble²** (skrib′əl), *v.t.,* **-bled, -bling.** to tear apart (wool fibers) in the first stages of carding. [1675–85; < D *schribbelen* to scratch; c. *schrobbelen* to card wool coarsely, freq. of *schrobben* to SCRUB¹]

**scrib·bler¹** (skrib′lər), *n.* **1.** a writer whose work has little or no value or importance. **2.** a person who scribbles. [1545–55; SCRIBBLE¹ + -ER¹]

**scrib·bler²** (skrib′lər), *n.* a machine for scribbling wool fibers. [1675–85; SCRIBBLE² + -ER¹]

**scrib′bling block′,** *Brit.* See **scratch pad.** [1905–10]

**scribe¹** (skrīb), *n., v.,* **scribed, scrib·ing.** —*n.* **1.** a person who serves as a professional copyist, esp. one who made copies of manuscripts before the invention of printing. **2.** a public clerk or writer, usually one having official status. **3.** Also called **sopher, sofer.** *Judaism.* one of the group of Palestinian scholars and teachers of Jewish law and tradition, active from the 5th century B.C. to the 1st century A.D., who transcribed, edited, and interpreted the Bible. **4.** a writer or author, esp. a journalist. —*v.i.* **5.** to act as a scribe; write. —*v.t.* **6.** to write down. [1350–1400; ME < L *scrība* clerk, deriv. of *scrībere* to write] —**scrib′al,** *adj.*

**scribe²** (skrīb), *v.,* **scribed, scrib·ing,** *n.* —*v.t.* **1.** to mark or score (wood or the like) with a pointed instrument as a guide to cutting or assembling. —*n.* **2.** a scriber. [1670–80; perh. aph. form of INSCRIBE]

**Scribe** (skrēb), *n.* **Au·gus·tin Eu·gène** (ō gys taN′ œ zhen′), 1791–1861, French dramatist.

**scrib·er** (skrī′bər), *n.* a tool for scribing wood or the like. Also, **scribe.** [1825–35; SCRIBE² + -ER¹]

**scrim** (skrim), *n.* **1.** a cotton or linen fabric of open weave used for bunting, curtains, etc. **2.** *Theat.* a piece of such fabric used as a drop, border, or the like, for creating the illusion of a solid wall or backdrop under certain lighting conditions or creating a semitransparent curtain when lit from behind. [1785–95; orig. uncert.]

**scrim·mage** (skrim′ij), *n., v.,* **-maged, -mag·ing.** —*n.* **1.** a rough or vigorous struggle. **2.** *Football.* **a.** the action that takes place between the teams from the moment the ball is snapped until it is declared dead. Cf. **line of scrimmage. b.** a practice session or informal game, as that played between two units of the same team. —*v.t., v.i.* **3.** to engage in a scrimmage. [1425–75; late ME, var. of *scrimish,* metathetic form of SKIRMISH] —**scrim′mag·er,** *n.*

**scrim′mage line′.** See **line of scrimmage.** [1875–80]

**scrimp** (skrimp), *v.i.* **1.** to be sparing or frugal; economize (often fol. by *on*): *They scrimped and saved for everything they have. He spends most of his money on clothes, and scrimps on food.* —*v.t.* **2.** to be sparing or restrictive of or in; limit severely: *to scrimp food.* **3.** to keep on short allowance; provide sparingly for: *to scrimp their elderly parents.* [1710–20; < Scand; cf. Sw *skrympa,* Norw, Dan *skrumpe* (orig. *skrimpa, strong v.) to shrivel, c. MHG *schrimpfen* to contract; see SHRIMP]
—**Syn. 1.** skimp, stint, save, scrape.

**scrimp·y** (skrim′pē), *adj.,* **scrimp·i·er, scrimp·i·est. 1.** scanty; meager; barely adequate. **2.** tending to scrimp; frugal; parsimonious. [1850–55; SCRIMP + -Y¹] —**scrimp′i·ly,** *adv.* —**scrimp′i·ness,** *n.*

**scrim·shank** (skrim′shangk′), *v.i. Brit. Slang.* to avoid one's obligations or share of work; shirk. [1885–90; orig. uncert.] —**scrim′shank′er,** *n.*

**scrim·shaw** (skrim′shô′), *n.* **1.** a carved or engraved article, esp. of whale ivory, whalebone, walrus tusks, or the like, made by whalers as a leisure occupation. **2.** such articles or work collectively. **3.** the art or technique of carving or engraving whale ivory, whalebone, walrus tusks, etc. —*v.i.* **4.** to produce scrimshaw. —*v.t.* **5.** to carve or engrave (whale ivory or whalebone) into scrimshaw. [1860–65; of obscure orig.]

**scrin·i·um** (skrin′ē əm), *n., pl.* **scrin·i·a** (skrin′ē ə). a cylindrical container used in ancient Rome to hold papyrus rolls. [< L *scrīnium;* see SHRINE]

**scrip¹** (skrip), *n.* **1.** a receipt, certificate, list, or similar brief piece of writing. **2.** a scrap of paper. **3.** *Finance.* **a.** a certificate representing a fraction of a share of stock. **b.** a certificate to be exchanged for goods, as at a company store. **c.** a certificate indicating the right of the holder to receive payment later in the form of cash, goods, or land. **4.** paper currency in denominations of less than one dollar, formerly issued in the United States. [1610–20; earliest sense "scrap of paper" perh. gradational var. of SCRAP¹; subsequent sense development shows influence of SCRIPT and SUBSCRIPTION, with def. 3a specifically a shortening of *subscription receipt*] —**scrip′less,** *adj.*

**scrip²** (skrip), *n. Archaic.* a bag or wallet carried by wayfarers. [1250–1300; ME *scrippe* < ML *scrippum* pilgrim's pack < ?]

**scrip³** (skrip), *n. Informal.* a prescription, as for a drug. [1965–70; shortening of PRESCRIPTION]

**scrip′ div′idend,** a dividend issued in the form of a note entitling the holder to a cash payment at a specified later date. [1880–85]

**scrip·o·phile** (skrip′ə fil′), *n.* a person who practices scripophily. Also, **scri·poph·i·list** (skri pof′ə list). [1975–80; SCRIP¹ + -O- + -PHILE]

a wide range of textures and material into painting. Cf. **analytical cubism.**

**synthet′ic deter′gent,** any synthetic substance, other than soap, that is an effective cleanser and functions equally well in hard or soft water.

**synthet′ic divi′sion,** a simplified procedure for dividing a polynomial by a linear polynomial. [1900–05]

**synthet′ic fu′el,** fuel in the form of liquid or gas (**synthet′ic nat′ural gas′**) manufactured from coal or in the form of oil extracted from shale or tar sands. Also called **synfuel.**

**synthet′ic geom′etry,** elementary geometry, as distinct from analytic geometry. [1885–90]

**synthet′ic philos′ophy,** the philosophy of Herbert Spencer, intended as a synthesis of all the sciences.

**synthet′ic rub′ber,** any of several substances similar to natural rubber in properties and uses, produced by the polymerization of an unsaturated hydrocarbon, as butylene or isoprene, or by the copolymerization of such hydrocarbons with styrene, butadiene, or the like.

**syn·the·tize** (sin′thi tīz′), *v.t., v.i.,* **-tized, -tiz·ing.** to synthesize. Also, *esp. Brit.,* **syn′the·tise′.** [1820–30; < Gk *synthetizesthai;* see SYNTHETIC, -IZE] —**syn′the·ti·za′tion,** *n.* —**syn′the·tiz′er,** *n.*

**syn·thol** (sin′thôl, -thol), *n. Chem.* a synthetic motor fuel produced by heating, under pressure, hydrogen and carbon monoxide in the presence of a catalyst. [SYNTHETIC + -OL$^{1}$]

**synth·pop** (sinth′pop′), *n.* popular music played with synthesizers and having light upbeat melodies and lyrics. [1980–85; SYNTH(ESIZER) + POP$^{2}$]

**syn·ton·ic** (sin ton′ik), *adj.* **1.** *Elect.* adjusted to oscillations of the same or a particular frequency. **2.** *Psychiatry.* of or denoting a personality characterized by normal emotional responsiveness to the environment. Also, **syn·ton′i·cal, syntonous.** [1890–95; < Gk *sýnton(os)* attuned to, lit., stretched together (verbid of *synteinein* to harmonize, equiv. to *syn-* SYN- + *ton-* (deriv. of *teinein* to stretch; see TONE) + *-os* adj. suffix) + -IC] —**syn·ton′i·cal·ly,** *adv.*

**syn·to·nize** (sin′tn īz′), *v.t.,* **-nized, -niz·ing.** to render syntonic; tune to the same frequency. Also, *esp. Brit.,* **syn′to·nise′.** [1890–95; SYNTON(Y) + -IZE] —**syn′to·ni·za′tion,** *n.* —**syn′to·niz′er,** *n.*

**syn·to·nous** (sin′tn əs), *adj.* syntonic. [1780–90; < Gk *sýntonos.* See SYNTONIC, -OUS]

**syn·to·ny** (sin′tn ē), *n. Elect.* the state or condition of being syntonic. [1890–95; < Gk *syntonía,* equiv. to *sýnton(os)* (see SYNTONIC) + *-ia* -Y$^{3}$]

**syn·type** (sin′tīp′), *n. Biol.* a type specimen other than the holotype used in the description of a species. [1905–10; SYN- + TYPE] —**syn·typ·ic** (sin tip′ik), *adj.*

**syph** (sif), *n. Slang.* syphilis (often prec. by *the*). [by shortening]

**sy·pher** (sī′fər), *v.t.* to join (boards having beveled edges) so as to make a flush surface. [1835–45; sp. var. of CIPHER]

**syph·i·lis** (sif′ə lis), *n. Pathol.* a chronic infectious disease, caused by a spirochete, *Treponema pallidum,* usually venereal in origin but often congenital, and affecting almost any body organ, esp. the genitals, skin, brain, and nervous tissue. Cf. **primary syphilis, secondary syphilis, tertiary syphilis.** [< NL, coined by Giovanni Fracastoro (1478–1553), Italian physician and poet, in his 1530 Latin poem *Syphilis, sive morbus Gallicus* ("Syphilis, or the French Disease"), an early account of syphilis]

**syph·i·lit·ic** (sif′ə lit′ik), *adj.* **1.** pertaining to, noting, or affected with syphilis. —*n.* **2.** a person affected with syphilis. [1780–90; < NL *syphiliticus,* equiv. to *syphili(s)* SYPHILIS + *-ticus* -TIC] —**syph′i·lit′i·cal·ly,** *adv.*

**syph·i·loid** (sif′ə loid′), *adj.* resembling syphilis. [1805–15; SYPHIL(IS) + -OID]

**sy·phon** (sī′fən), *n., v.t., v.i.* siphon.

**Syr.,** **1.** Syria. **2.** Syriac. **3.** Syrian.

**syr,** *Pharm.* syrup.

**Syr·a·cuse** (sir′ə kyo͞os′, -kyo͞oz′), *n.* **1.** a city in central New York. 170,105. **2.** Italian, **Siracusa.** a seaport in SE Sicily: ancient city founded by the Carthaginians 734 B.C.; battles 413 B.C., 212 B.C. 121,134. —**Syr′a·cu′san,** *adj., n.*

**Syr Dar·ya** (sēr′ där′yə; *Russ.* sɪʀ′ du ʀyä′), a river in central Asia, flowing NW from the Tien Shan Mountains in Kyrgyzstan, through Uzbekistan and Kazakhstan to the Aral Sea. 1300 mi. (2100 km) long. Ancient name, **Jaxartes.**




**Syr·i·a** (sēr′ē ə), *n.* **1.** Official name, **Syr′ian Ar′ab Repub′lic.** a republic in SW Asia at the E end of the Mediterranean. 7,200,000; 71,227 sq. mi. (184,478 sq. km). *Cap.:* Damascus. **2.** a territory mandated to France in 1922, including the present republics of Syria and Lebanon (Latakia and Jebel ed Druz were incorporated into Syria 1942): the French mandatory powers were nominally terminated as of January 1, 1944. **3.** an ancient country in W Asia, including the present Syria, Lebanon, Israel, and adjacent areas: a part of the Roman Empire 64 B.C.–A.D. 636.

**Syr·i·ac** (sēr′ē ak′), *n.* a form of Aramaic used by various Eastern Churches. [< L *Syriacus* < Gk *Syriakós.* See SYRIA, -AC]

**Syr·i·an** (sēr′ē ən), *adj.* **1.** of or pertaining to Syria or its inhabitants. —*n.* **2.** a native or inhabitant of Syria. [1350–1400; ME *Sirien* < MF. See SYRIA, -AN]

**Syr′ian Des′ert,** a desert in N Saudi Arabia, SE Syria, W Iraq, and NE Jordan. ab. 125,000 sq. mi. (323,750 sq. km).

**Syr′ian ham′ster.** See **golden hamster.** [1945–50]

**sy·rin·ga** (sə ring′gə), *n.* **1.** See **mock orange** (def. 1). **2.** any shrub or tree of the genus *Syringa,* including the lilacs. [1655–65; < NL < Gk *sŷring-* (s. of *sŷrinx* SYRINX) + NL *-a* -A$^{2}$; name first given to mock orange, the stems of which were used in pipe-making]

**sy·ringe** (sə rinj′, sir′inj), *n., v.,* **-ringed, -ring·ing.** —*n.* **1.** a small device consisting of a glass, metal, or hard rubber tube, narrowed at its outlet, and fitted with either a piston or a rubber bulb for drawing in a quantity of fluid or for ejecting fluid in a stream, for cleaning wounds, injecting fluids into the body, etc. **2.** any similar device for pumping and spraying liquids through a small aperture. —*v.t.* **3.** to cleanse, wash, inject, etc., by means of a syringe. [1375–1425; new singular formed from LL *sŷringēs,* pl. of *sŷrinx* SYRINX; r. late ME *syring* < ML *syringa*] —**sy·ringe′ful,** *adj.*

syringe
(def. 1)



**sy·rin·ge·al** (sə rin′jē əl), *adj. Ornith.* of, pertaining to, or connected with the syrinx. [1870–75; *syringe-* (var. s. of SYRINX) + -AL$^{1}$]

**sy·rin·go·my·e·li·a** (sə ring′gō mī ē′lē ə), *n. Pathol.* a disease of the spinal cord in which the nerve tissue is replaced by a cavity filled with fluid. [1875–80; *syringo-* (comb. form of Gk *sŷrinx* SYRINX) + *myelia* (MYEL- + -IA)] —**sy·rin·go·my·el·ic** (sə ring′gō mī el′ik), *adj.*

**syr·inx** (sir′ingks), *n., pl.* **sy·rin·ges** (sə rin′jēz), **syr·inx·es. 1.** *Ornith.* the vocal organ of birds, situated at or near the bifurcation of the trachea into the bronchi. **2.** (*cap.*) *Class. Myth.* a mountain nymph of Arcadia who was transformed, in order to protect her chastity from Pan, into the reed from which Pan then made the panpipe. **3.** a panpipe. **4.** a narrow corridor in an ancient Egyptian tomb. [1600–10; (< L) < Gk *sŷrinx* pipe, pipelike object]

syrinx
(def. 1)
(of passerine bird)
A, tracheal rings;
B, syrinx;
C, right and left bronchi




**syr·phid** (sûr′fid), *n.* **1.** See **syrphid fly.** —*adj.* **2.** belonging or pertaining to the family Syrphidae. Also, **syr·phi·an** (sûr′fē ən). [1890–95; < NL *Syrphidae* family name, equiv. to *Syrph(us)* a genus (< Gk *sýrphos* gnat) + NL *-idae* -ID$^{2}$]

**syr′phid fly′,** any of numerous beelike or wasplike flies of the family Syrphidae that feed on the nectar and pollen of flowers and have larvae that feed on decaying vegetation or prey on aphids. Also, **syr′phus fly′** (sûr′fəs). Also called **flower fly.**

syrphid fly,
*Didea fuscipes,*
length ½ in.
(1.3 cm)



**Syr′tis Ma′jor** (sûr′tis), an area in the northern hemisphere and near the equator of Mars, appearing as a dark region when viewed telescopically from the earth.

**syr·up** (sir′əp, sûr′-), *n.* **1.** any of various thick, sweet liquids prepared for table use from molasses, glucose, etc. **2.** any of various preparations consisting of fruit juices, water, etc., boiled with sugar: *raspberry syrup.* **3.** *Pharm.* a concentrated sugar solution that contains medication or flavoring. **4.** See **simple syrup.** —*v.t.* **5.** to bring to the form or consistency of syrup. **6.** to cover, fill, or sweeten with syrup. Also, **sirup.** [1350–1400; < ML *syrupus* < Ar *sharāb* a drink; r. ME *sirop* < MF < ML, as above] —**syr′up·like′,** *adj.*

**syr′up of ip′ecac,** *Pharm.* See **ipecac syrup.**

**syr·up·y** (sir′ə pē, sûr′-), *adj.* **1.** having the appearance or quality of syrup; thick or sweet: *syrupy coffee.* **2.** sentimental or saccharine; mawkish: *a syrupy manner; a syrupy poem.* Also, **sirupy.** [1700–10; SYRUP + -Y$^{1}$]

**sys-,** var. of **syn-** before *s: syssarcosis.*

**sys·op** (sis′op′), *n. Computers Informal.* a person who operates a computer bulletin board. [sys(*tems*) *op*(*erator*)]

**sys·sar·co·sis** (sis′är kō′sis), *n., pl.* **-ses** (-sēz). *Anat.* the joining or attachment of bones by means of muscle. [1670–80; < NL < Gk *syssárkōsis;* see SYS-, SARC-, -OSIS]

**syst.,** system.

**sys·tal·tic** (si stôl′tik, -stal′-), *adj. Physiol.* **1.** rhythmically contracting. **2.** of the nature of contraction. **3.** characterized by alternate contraction and dilation, as the action of the heart. [1670–80; < LL *systalticus* < Gk *systaltikós,* equiv. to *systalt(ós)* contracted, verbid of *systéllein* to put together (*sy-* SY- + *stal-,* var. s. of *stéllein* to place + *-tos* verbid suffix) + *-ikos* -IC]

**sys·tem** (sis′təm), *n.* **1.** an assemblage or combination of things or parts forming a complex or unitary whole: *a mountain system; a railroad system.* **2.** any assemblage or set of correlated members: *a system of currency; a system of shorthand characters.* **3.** an ordered and comprehensive assemblage of facts, principles, doctrines, or the like in a particular field of knowledge or thought: *a system of philosophy.* **4.** a coordinated body of methods or a scheme or plan of procedure; organizational scheme: *a system of government.* **5.** any formulated, regular, or special method or plan of procedure: *a winning system at bridge.* **6.** due method or orderly manner of arrangement or procedure: *There is no system in his work.* **7.** the world or universe. **8.** *Astron.* **a.** a number of heavenly bodies associated and acting together according to certain natural laws: *the solar system.* **b.** a hypothesis or theory of the disposition and arrangements of the heavenly bodies by which their phenomena, motions, changes, etc., are explained: *the Ptolemaic system; the Copernican system.* **9.** *Biol.* **a.** an assemblage of organs or related tissues concerned with the same function: *the nervous system; the digestive system.* **b.** the entire human or animal body considered as a functioning unit: *an ingredient toxic to the system.* **10.** one's psychological makeup, esp. with reference to desires or preoccupations: *to get something out of one's system.* **11.** a method or scheme of classification: *the Linnean system of plants.* **12.** (*sometimes cap.*) the prevailing structure or organization of society, business, or politics or of society in general; establishment (usually prec. by *the*): *to work within the system instead of trying to change it.* **13.** *Geol.* a major division of rocks comprising sedimentary deposits and igneous masses formed during a single geologic period. **14.** *Physical Chem.* a combination of two or more phases, as a binary system, each of which consists of one or more substances, that is attaining or is in equilibrium. **15.** *Computers.* a working combination of hardware, software, and data communications devices. **16.** *Checkers.* either of the two groups of 16 playing squares on four alternate columns. [1610–20; < LL *systēma* < Gk *sýstēma* whole compounded of several parts, equiv. to *sy-* SY- + *stē-* (var. s. of *histánai* to cause to stand; akin to L *stāre* to STAND) + *-ma* n. suffix denoting result of action] —**sys′tem·less,** *adj.*
—**Syn. 1.** organization. **7.** cosmos. **9b.** organism.

**sys·tem·at·ic** (sis′tə mat′ik), *adj.* **1.** having, showing, or involving a system, method, or plan: *a systematic course of reading; systematic efforts.* **2.** given to or using a system or method; methodical: *a systematic person.* **3.** arranged in or comprising an ordered system: *systematic theology.* **4.** concerned with classification: *systematic botany.* **5.** pertaining to, based on, or in accordance with a system of classification: *the systematic names of plants.* Also, **sys′tem·at′i·cal.** [1670–80; < LL *systēmaticus* < Gk *systēmatikós,* equiv. to *systēmat-* (s. of *sýstēma*) SYSTEM + *-ikos* -IC] —**sys′tem·at′ic·ness,** *n.* —**sys′tem·at′i·cal·ly,** *adv.*
—**Syn. 2.** See **orderly.**

**sys′temat′ic er′ror,** *Statistics.* a persistent error that cannot be attributed to chance. Cf. **random error.** [1890–95]

**sys′temat′ic pho′neme,** *Ling.* a phonological unit in generative phonology representing an underlying form that takes into account the relationship between phonological patterns and morphological variation, as the unit underlying the second vowel in both *derive* and *derivative.* Cf. **autonomous phoneme.**

**sys·tem·at·ics** (sis′tə mat′iks), *n.* (*used with a singular v.*) **1.** the study of systems or of classification. **2.** *Biol.* **a.** the study and classification of organisms with the goal of reconstructing their evolutionary histories and relationships. **b.** phylogenetic classification. [1885–90; see SYSTEMATIC, -ICS]

**sys·tem·a·tism** (sis′tə mə tiz′əm), *n.* **1.** the practice of systematizing. **2.** adherence to system or method. [1840–50; SYSTEMAT(IZE) + -ISM]

**sys·tem·a·tist** (sis′tə mə tist), *n.* **1.** a person who constructs a system. **2.** a naturalist engaged in classification. **3.** a person who adheres to a system, order, or method. [1690–1700; < Gk *systēmat-* (s. of *sýstēma*) SYSTEM + -IST]

**sys·tem·a·tize** (sis′tə mə tīz′), *v.t.,* **-tized, -tiz·ing.** to arrange in or according to a system; reduce to a system; make systematic. Also, **systemize;** *esp. Brit.,* **sys′tem·a·tise′.** [1755–65; < Gk *systēmat-* (s. of *sýstēma*) SYSTEM + -IZE] —**sys′tem·a·ti·za′tion,** *n.* —**sys′tem·a·tiz′er,** *n.*
—**Syn.** organize, order, articulate.

**sys·tem·a·tol·o·gy** (sis′tə mə tol′ə jē), *n.* the science of systems or their formation. [< Gk *systēmat-* (s. of *sýstēma*) SYSTEM + -O- + -LOGY]

**sys·tem·ic** (si stem′ik), *adj.* **1.** of or pertaining to a system. **2.** *Physiol., Pathol.* **a.** pertaining to or affecting the body as a whole. **b.** pertaining to or affecting a particular body system. **3.** (of a pesticide) absorbed and circulated by a plant or other organism so as to be lethal to

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.