# In the United States Court of Federal Claims

No. 06-601 C

(Filed: May 28, 2008)

| | |
|---|---|
| *********************************** | |
| **WHITNEY, et al.**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant, | * |
| | * |
| **RAYTHEON COMPANY**, | * |
| | * |
| Third Party Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

The parties are hereby ORDERED to file a Joint Status Report on or before **June 6, 2008**, identifying the five (5) disputed terms discussed in the Claim Construction briefing whose construction will be most significant to the resolution of this case. If the parties cannot agree on a list of five terms, they shall identify the terms upon which they do agree and separately identify additional terms (for a total of five terms per party, counting the jointly-identified terms) which they believe are most significant. In addition, the parties shall specifically note any term whose construction is presently believed to be case or claim dispositive.

The parties are encouraged to contact chambers if there are any questions.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge