# In the United States Court of Federal Claims

No. 06-601 C

(Filed: July 18, 2008)

| | |
|---|---|
| ********************************** | |
| **WHITNEY, et al.**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant, | * |
| | * |
| **RAYTHEON COMPANY**, | * |
| | * |
| Third Party Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On June, 24, 2008, a Claim Construction Hearing was held at which the parties articulated their positions on each of the disputed claim interpretations. However, several aspects of the parties' proposed definitions remain unclear. Accordingly, the Court ORDERS the parties to submit supplemental briefing as discussed below. In responding to each numbered question or instruction, the parties shall first cite intrinsic evidence, to the extent that it is pertinent, before citing any extrinsic evidence. Likewise, if a question or instruction calls for legal analysis, the parties shall cite the most relevant binding authority first.

1. Explain the circumstances under which an argument based on a method of manufacturing, made during the prosecution history of a patent, can limit the scope of an apparatus claim in the subsequently-issued patent.

2. In defining the term "Bragg Regime" in claim 37, both parties used a variation of the phrase "into a single order." Explain the meaning of the phrase "into a single order."

3. Under Plaintiffs' proposed construction of the term "lens," can a lens diffract light?

4. Under Defendants' proposed construction of the term "lens," can a lens diffract light?

5. Can a lens that diffracts light be used to form an image?

6. Can a lens with a "negative focus" be used to form an image?

7. Does the term "holographic element" refer to an element formed by a certain process, or an element possessing certain properties affecting the behavior of light? Explain both possible interpretations.

8. Are there multiple ways to manufacture "holographic elements?" I.e., is photo-fabrication the only method for creating "holographic elements?"

9. Does the "phase plate comprising a holographic element" operate to change light in the same way that a "phase plate" does, as construed by Defendants?

10. In Plaintiffs' proposed construction of "holographic element," is there any limitation as to how the "holographic element" is manufactured?

11. Define the term "asphere" (not "aspheric," "aspheric surface," "spherical," "spherical aberration," etc.). Give an example of something that is an asphere.

Each party is required to answer all questions, regardless of whether any particular question references Plaintiffs' or Defendants' proposed construction. In the supplemental briefs, each party shall reproduce each of the Court's questions and instructions on a separate page. Beneath each reproduced question or instruction, the parties shall precisely respond to or follow the question or instruction. The parties' responses to the instructions may use more than one page each, provided that each instruction begins on a new page and provided that the parties' supplemental briefs do not exceed thirty-five (35) pages in total. In all other respects, the parties' supplemental briefs shall conform to the requirements set forth in the Rules of the United States Court of Federal Claims. The parties shall submit their supplemental briefs on or before **August 8, 2008**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge