IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-601 C
Filed: August 23, 2006

| | | |
|---|---|---|
| THEODORE WHITNEY and HIGH RESOLUTION OPTICS CORPORATION, Plaintiffs, | ) | |
| v. | ) | No. 06-601 C |
| THE UNITED STATES, Defendant, | ) | Chief Judge Edward J. Damich |
| and | ) | |
| RAYTHEON COMPANY, Third-Party Defendant. | ) | |

**DECLARATION OF DAVID C. TOBIN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF ON CLAIM CONSTRUCTION**

I, David C. Tobin, declare as follows:

1. My name is David C. Tobin. I am a member of the Bar of this Court and am an attorney of record in this matter.
2. I make this declaration in support of Plaintiffs' Supplemental Brief on Claim Construction. I am competent to testify to the matters stated in this declaration, have personal knowledge of the facts and statements herein, and each of the facts and statements is true and correct.
3. Attached as Exhibit 1 is a true and correct copy of an excerpt taken from Rudolf Kingslake, Applied Optics and Optical Engineering, Vol. 3, 1965.
4. Attached as Exhibit 2 is a true and correct copy of excerpts taken from the McGraw-Hill Encyclopedia of Science and Technology, 9th ed., 2002.

5. Attached as Exhibit 3 is a true and correct copy of an excerpt from The Harper Encyclopedia of Science, Vol. I., 1st ed., 1963.

6. Attached as Exhibit 4 is a true and correct copy of United States Patent No. 5,071,207.

7. Attached as Exhibit 5 is a true and correct copy of Wayne Knapp et al., *Optical design comparison of 60° eyepieces: one with a diffractive surface and one with aspherics*, Applied Optics, July 1997.

8. Attached as Exhibit 6 is a true and correct copy of United States Patent No. 5,541,779.

9. Attached as Exhibit 7 is a true and correct copy of excerpts taken from http://www.lhup.edu/~dsimanek/scenario/lenses.htm (last visited August 5, 2008).

10. Attached as Exhibit 8 is a true and correct copy of excerpts taken from http://www.physics.uq.edu.au/courses/phys1000/optics2.html (last visited August 5, 2008).

11. Attached as Exhibit 9 is a true and correct copy of an excerpt taken http://hyperphysics.phy-astr.gsu.edu/Hbase/geoopt/image2.html (last visited August 5, 2008).

12. Attached as Exhibit 10 is a true and correct copy of Dale Buralli et al., *Optical Performance of Holographic Kinoforms*, Applied Optics, Vol. 28 No. 5, March 1989. This was also exhibit 21 to Plaintiffs' Opening Brief on Claim Construction.

13. Attached as Exhibit 11 is a true and correct copy of M.G. Moharam et al., *Criteria for Bragg Regime Diffraction By Phase Gratings*, Optics Communications, Vol. 32 No. 1, January 1980. This was also exhibit. 13 to Plaintiffs' Opening Brief on Claim Construction.

14. Attached as Exhibit 12 is a true and correct copy of an excerpt from Meng Hua Tsai et al., Three Dimensional Holographic Imaging, 2002.

15. Attached as Exhibit 13 is a true and correct copy of United States Patent No. 4,455,061.

16. Attached as Exhibit 14 is a true and correct copy of United States Patent No. 5,881,444.

17. Attached as Exhibit 15 is a true and correct copy of United States Patent No. 4,773,718.

18. Attached as Exhibit 16 is a true and correct copy of an excerpt from http://www.memsoptical.com/techinfo/datasheets/DiffractiveAspheric_Lenses-en.pdf (last visited on August 5, 2008).

19. Attached as Exhibit 17 is a true and correct copy of W.A. Kleinhans, *Aberrations of curved Zone plates and fresnel lenses*, Applied Optics, June 1977.

20. Attached as Exhibit 18 is a true and correct copy of http://www.tutorgig.com/ed/Aspheric_lens (last visited August 5, 2008).

21. Attached as Exhibit 19 is a true and correct copy of http://www.mahr.com/scripts/relocateFile.php?ContentID=8798&NodeID=12471&FileID=7430&ContentDataID=23466) (last visited August 5, 2008).

22. Attached as Exhibit 20 is a true and correct copy of United States Patent No. 6,646,718.

23. Attached as Exhibit 21 is a true and correct copy of http://www.jtoptec.com/en/pro/Asp.html) (last visited August 5, 2008).

24. Attached as Exhibit 22 is a true and correct copy of an excerpt from The Encyclopedia of Physical Science and Technology, Vol. 6, 1987.

25. Attached as Exhibit 23 is a true and correct copy of Max J Riedl, *Predesign of Diamond Turned Refractive/Diffractive Elements for IR Objectives*, Lens Design, January 1992.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August, 2008 in Washington D.C.

David C. Tobin