# EXHIBIT 1

[redacted]

s to This Volume

M. CORBIN
ICKSON
G. DRISCOLL
.. HAMMOND, III
NESS
HETT
‹INGSLAKE
. KNOLL
INEL
. MELTZER
3. PATRICK
CHARDSON

# APPLIED OPTICS

# and

# OPTICAL ENGINEERING

EDITED BY

RUDOLF KINGSLAKE

*Eastman Kodak Company*
*Rochester, New York*
*(Retired)*

VOLUME V

Optical Instruments

Part II

ACADEMIC PRESS, New York and London 1969

COPYRIGHT © 1969, BY ACADEMIC PRESS, INC.
ALL RIGHTS RESERVED
NO PART OF THIS BOOK MAY BE REPRODUCED IN ANY FORM,
BY PHOTOSTAT, MICROFILM, RETRIEVAL SYSTEM, OR ANY
OTHER MEANS, WITHOUT WRITTEN PERMISSION FROM
THE PUBLISHERS.

ACADEMIC PRESS, INC.
111 Fifth Avenue, New York, New York 10003

*United Kingdom Edition published by*
ACADEMIC PRESS, INC. (LONDON) LTD.
Berkeley Square House, London W1X 6BA

LIBRARY OF CONGRESS CATALOG CARD NUMBER 65-17761

PRINTED IN THE UNITED STATES OF AMERICA

# List of C

Numbers in parentheses indicate the pa

ROBERT M. CORBIN, *Rochester, Ne*

M. S. DICKSON, *W. and L. E. Gu*

WALTER G. DRISCOLL, *St. Vincent*

HARRY K. HAMMOND, III, *Optics*
*Standards, Washington, D.C.*

D. HARKNESS, *W. and L. E. Gurle*

JOHN H. HETT, *Consultant, Ame*
*Manor, New York* (251)

RUDOLF KINGSLAKE, *Eastman Kod*

HENRY A. KNOLL, *Bausch and Lon*

A. B. MEINEL, *University of Arizo*

ROBERT J. MELTZER, *Dynamic Opt*

FRANCIS B. PATRICK, *US Army,*
*sylvania* (183)

DAVID RICHARDSON,* *Bausch and*

* Deceased.

D OPTICAL EFFICIENCY

riding problem of most spectroscopic d as the amount of monochromatic light lative to the specular reflection from a ne material.
ide the traditional control for groove ove-face flatness (see Table II).

ABLE II
EFFICIENCY MEASUREMENTS

| iciency Measurement |
| --- |
| nount of light in zero order |
| avelength of maximum intensity |
| alf-width of efficiency *vs* wavelength curve |

mate of efficiency is required for some , usable efficiency is required for a broad at numerous wavelengths is therefore l of the efficiency *vs* wavelength for the n of the light in each order depends g grooves. Besides observing the shape e microscope, it is possible to determine e efficiency of the grating at a series of ngths in an appropriate series of grating

ating for light of a particular wavelength easure the incident and diffracted light s between these two rays of light. The matic light is measured by substituting lane grating and turning it to the zero- the efficiency is recorded and reported reflected by a good aluminized mirror. finding the angle for which efficiency higher orders is approximately the same t order.
r evaluating the efficiency of concave are the efficiency of a series of concave s. Over a period of years of use, it is to



be expected that the efficiency of a grating used in the ultraviolet region of the spectrum may decrease somewhat. If this loss in efficiency becomes appreciable, it is frequently possible to recover the lost efficiency by re-coating the grating with a thin, fast-fired coating of aluminum.

### D. SPECTRAL PURITY AND STRAY LIGHT

The composite of misplaced spectral energy is called stray or scattered light. Near-scatter is due to the satellites and ghosts described previously. Far-scatter is due to the secondary spectrum inherent in gratings and to the entire gamut of groove-position defects. One source of random spacing error in gratings with closely-spaced grooves occurs because interferometric position control of the grating carriage was not exact.

Measurement methods used to determine far-scatter light intensities typically use filters to block the proper spectral region while transmitting other regions. The ratio of radiometric readings made with and without the filter measures the stray energy from outlying spectral regions relative to some reference line strength. Such methods are arbitrary, influenced by the grating efficiency, and depend on the test spectrograph, on the source excitation, and on the spectral sensitivity of the detection system. The definition and measurement of far-scatter is therefore a continuing field of research.

## VI. GRATINGS FOR SPECIAL PURPOSES

### A. VACUUM ULTRAVIOLET

In general, concave gratings are used for instruments designed for use at wavelengths shorter than 2000 Å. This is done to reduce the number of reflecting surfaces, because uncoated aluminum surfaces decrease in reflectivity upon oxidation.[3-5]

In recent years, this situation has changed through the development of special coatings that enhance and stabilize the inherent high reflectance of freshly-deposited aluminum. This is accomplished by overcoating the aluminum with a carefully controlled coat of magnesium fluoride before it comes into contact with air.[37] For the wavelength region above 1100 Å, it is now practical to use plane gratings, as the losses due to the additional reflections are no longer excessive.

For the regions from 500 to 1100 Å, however, it is still best to use concave gratings. These can be coated with a noble metal to enhance their reflectance in this region. For all gratings used in the 1100–2000 Å region, the special magnesium fluoride coating is highly recommended.

Tripartite concave gratings[41] are ruled with three areas, each with a different blaze angle. These blaze angles are calculated to maximize the efficiency for each area for the specified wavelength. Tripartite gratings have higher efficiency at the blazed wavelength than similar concave gratings ruled with the same blaze angle over the entire area. The resolving power is not as high, however, because the three sections are not ruled in phase with each other. It is seldom desirable to change a blaze angle that is large compared to the maximum slope of the curved blank.

For soft X rays and the far-ultraviolet wavelengths shorter than 500 Å, use is made of concave gratings working at very high angles of incidence.[20] These grazing incidence gratings can be used down to wavelengths as short as 10 Å by using grazing angles of 1° or 2° ($\alpha = 89°$ or 88°). To work at these angles, it is important that the grating be rectangular, so that the edge of the blank will not interfere with the incident light. Gratings can be blazed for grazing incidence work if the grazing angle and desired wavelength region are known. To improve reflectivity, it has been recommended[42] that such gratings be coated with gold to enhance their performance.

### B. Far Infrared

Very coarse rulings are needed for work in the far infrared because the wavelengths are so long (50 $\mu$ or more). Wood[43] gave the name echelette (little ladder) to coarse gratings blazed for use in the infrared. It is not practical to rule gratings with spacings greater than 50 $\mu$ by the usual process of burnishing thick coats of aluminum on glass. Both because of the difficulty of producing such thick adherent coatings of aluminum and because of the heavy loading on the diamond tool it is impractical to rule gratings coarser than 20 grooves/mm.

For this purpose, use is made of a special ruling engine designed to cut grooves in plano aluminum or magnesium alloy blanks for ruling far-infrared gratings. These gratings are commercially available in any size up to 13 in. × 14 in. and with a variety of groove spacings and blaze angles. It is usually possible to resolve the orders with these gratings when they are illuminated with visible light.

*Filter Gratings*

It is frequently necessary to use gratings as reflectance filters when working in the far infrared in order to remove unwanted second and higher

[41] R. Tousey, *Appl. Opt.* **1**, 685 (1962).
[42] D. O. Landon, *Appl. Opt.* **2**, 450 (1963).
[43] R. W. Wood, "Physical Optics," 3rd ed., p. 265. Dover, New York, 1967; see also R. D. Hatcher and J. H. Rohrbaugh, *J. Opt. Soc. Am.* **46**, 104–110 (1956).



orders from the light incident on the fa
small plane gratings are used which a
unwanted radiation. The grating acts a
into the instrument and diffracting the
These are then known as "filter gratin

### C. Ech

The echelle grating was suggeste
Harrison and co-workers[45, 46] and Fi
between the virtually unmakeable re
grating. Whereas the steps of an echel
those of an ordinary grating are meas
echelle may have a height $D$ of about
(Fig. 8). Echelles are usually ruled w




Fig. 8. Diagram for maki

grooves/millimeter and blazed at 63°2
quently exhibit resolving powers of o
wavelengths. Correspondingly high re
wavelengths extending to 20 $\mu$ in the i
rule larger and coarser (20 lines/mm) e
resolving powers and the ability to wo

[44] G. R. Harrison, *J. Opt. Soc. Am.* **39**, 52
[45] G. R. Harrison and C. L. Bausch, Echel
(*Proc. London, Conf. 1950*), p. 77. Chapman an
[46] G. R. Harrison, S. P. Davis, and H. J.
(1953).
[47] N. A. Finkelstein, *J. Opt. Soc. Am.* **43**,
[48] L. R. Griffin, *Proc. Phys. Soc. (London)*

uled with three areas, each with a
gles are calculated to maximize the
ied wavelength. Tripartite gratings
wavelength than similar concave
e over the entire area. The resolving
e the three sections are not ruled in
irable to change a blaze angle that is
of the curved blank.
traviolet wavelengths shorter than
ngs working at very high angles of
gratings can be used down to wave-
ng angles of 1° or 2° ($\alpha = 89°$ or 88°).
nt that the grating be rectangular, so
fere with the incident light. Gratings
ork if the grazing angle and desired
improve reflectivity, it has been
e coated with gold to enhance their

NFRARED

work in the far infrared because the
e). Wood[43] gave the name echelette
ed for use in the infrared. It is not
ngs greater than 50 $\mu$ by the usual
uminum on glass. Both because of the
adherent coatings of aluminum and
diamond tool it is impractical to rule

special ruling engine designed to cut
sium alloy blanks for ruling far-infra-
mercially available in any size up to
groove spacings and blaze angles. It is
rs with these gratings when they are

e gratings as reflectance filters when
o remove unwanted second and higher

63).
d ed., p. 265. Dover, New York, 1967; see
I. Opt. Soc. Am. 46, 104–110 (1956).



orders from the light incident on the far-infrared grating. For this purpose, small plane gratings are used which are blazed for the wavelength of the unwanted radiation. The grating acts as a mirror, reflecting the light wanted into the instrument and diffracting the shorter wavelengths out of the beam. These are then known as "filter gratings."

### C. Echelles

The echelle grating was suggested by Harrison[44] in 1949 (also see Harrison and co-workers[45, 46] and Finkelstein[47]) as an intermediate step between the virtually unmakeable reflective echelon[48] and an ordinary grating. Whereas the steps of an echelon are several millimeters high, and those of an ordinary grating are measured in angstroms, the steps of an echelle may have a height $D$ of about 5.6 $\mu$ and a width $t$ of about 13 $\mu$. (Fig. 8). Echelles are usually ruled with spacings such as 300, 75, or 30




Fig. 8. Diagram for making echelle calculations.

grooves/millimeter and blazed at 63°26′. The 254-mm-wide echelles frequently exhibit resolving powers of one million or more for ultraviolet wavelengths. Correspondingly high resolving powers can be obtained at wavelengths extending to 20 $\mu$ in the infrared. Efforts are being made to rule larger and coarser (20 lines/mm) echelles so as to achieve even higher resolving powers and the ability to work at even longer wavelengths.

[44] G. R. Harrison, *J. Opt. Soc. Am.* **39**, 522–528 (1949).

[45] G. R. Harrison and C. L. Bausch, Echelle spectroscopy, *in* "Optical Instruments" (*Proc. London, Conf. 1950*), p. 77. Chapman and Hall, London, 1951.

[46] G. R. Harrison, S. P. Davis, and H. J. Robertson, *J. Opt. Soc. Am.* **43**, 853–861 (1953).

[47] N. A. Finkelstein, *J. Opt. Soc. Am.* **43**, 90–96 (1953).

[48] L. R. Griffin, *Proc. Phys. Soc.* (*London*) **62**, 93 (1948).

The "free spectral range" is the range of wavelengths from $\lambda$ to $(\lambda + \delta\lambda)$ such that the $m$th order of wavelength $(\lambda + \delta\lambda)$ coincides with the $(m + 1)$th order of wavelength $\lambda$. Since an echelle operates in the Littrow mode with $\alpha = \beta$, the grating equation becomes $m\lambda = 2d \sin \beta = 2t$. We therefore determine the free spectral range by writing $m(\lambda + \delta\lambda) = (m + 1)\lambda$, from which $\delta\lambda = \lambda/m$. However, since $m$ is given by the grating equation as $2t/\lambda$, we find that the free spectral range

$$F_\lambda = \delta\lambda = \lambda^2/2t \tag{7a}$$

Expressed in terms of wave numbers, or reciprocal wavelengths, this becomes

$$F_\sigma = \delta(1/\lambda) = 1/2t \tag{7b}$$

If a collimator lens of focal length $F$ is used to project the echelle spectrum upon a photographic plate, the linear dispersion on the plate is given by

$$F \frac{\partial\beta}{\partial\lambda} = F\left(\frac{m}{d \cos \beta}\right) = \frac{Fm}{D} = \frac{F}{D}\frac{2t}{\lambda} \tag{8}$$

Therefore, the useful length of spectrum between two consecutive orders is equal to the product of the linear dispersion and the free spectral range, or

$$\left(\frac{F}{D}\frac{2t}{\lambda}\right)\left(\frac{\lambda^2}{2t}\right) = \frac{F\lambda}{D} \tag{9}$$

The resolving power of the echelle is found from Eq. (3), to be

$$\lambda/\Delta\lambda = mN = 2Nt/\lambda = 2B/\lambda \tag{10}$$

Since echelles are always used in high orders, it is necessary to provide cross dispersion in order to minimize overlapping orders. As there is always some order for any given wavelength that is found near the blaze, it can be said that echelles are blazed for all wavelengths. Echelles make it possible to design very compact spectrographs having both high dispersion and resolving power as well as high efficiency over a very wide range of wavelengths.

It is extremely difficult to rule satisfactory echelles, because the tolerances are in terms of the ultraviolet wavelengths, while the grooves are ruled in the thick coatings commonly used for infrared gratings. It is evident that periodic errors must be kept to a very low amplitude if Rowland ghosts are to held to acceptable levels. This requirement makes it necessary to rule echelles under interferometric control on blanks that are coated with special care to achieve a flatness of $\frac{1}{4}$ fringe.



The maximum efficiency for eche
having an order that falls on the blaze. T
50–60%. The wavelengths for which t
are said to fall in the double-order po
maximum efficiency is between 30 and 3
a given wavelength, we calculate the or
example, we can determine that for an
blazed at 63°26′, the 10th order of 5461 Å
is at 64°18′.

D. LAMINAR (

Reflection gratings consisting of groo
both the bottoms and tops of the grooves
surface, are called laminar gratings.[49] R
has invigorated interest in this type of
for zero order, but interference of the li
that from the tops can affect the distrib
grating would produce the same flux
rotated 180° about its perpendicular.

E. BEAM DIVIDERS AND

One interesting application of diffrac
elements in an interferometric system. T
in an interferometer as a beam divider
replacement for any mirror in the systen
derived from a consideration of the grati
than as a wavelength disperser.

If a plane monochromatic wave is in
wave will be split into several plane diff
several orders of interference present (




a

[49] C. H. Cartwright, *J. Opt. Soc. Am.* **21**, 78
[50] L. A. Sayce and A. Franks, *Proc. Roy. So*
[51] R. Kraushaar, *J. Opt. Soc. Am.* **40**, 480–4
[52] B. P. Ramsay, *J. Opt. Soc. Am.* **24**, 253–2

ange of wavelengths from $\lambda$ to $(\lambda + \delta\lambda)$
ı $(\lambda + \delta\lambda)$ coincides with the $(m + 1)$th
lle operates in the Littrow mode with
:s $m\lambda = 2d \sin \beta = 2t$. We therefore
/ writing $m(\lambda + \delta\lambda) = (m + 1)\lambda$, from
given by the grating equation as $2t/\lambda$,

$$\iota = \lambda^2/2t \qquad (7a)$$

ɔers, or reciprocal wavelengths, this

$$/\lambda) = 1/2t \qquad (7b)$$

ı $F$ is used to project the echelle spec-
linear dispersion on the plate is given

$$\left. \overline{\;\beta} \right) = \frac{Fm}{D} = \frac{F}{D}\frac{2t}{\lambda} \qquad (8)$$

:trum between two consecutive orders
dispersion and the free spectral range,

$$\left. \frac{\lambda^2}{2t} \right) = \frac{F\lambda}{D} \qquad (9)$$

is found from Eq. (3), to be

$$= 2Nt/\lambda = 2B/\lambda \qquad (10)$$

ı high orders, it is necessary to provide
: overlapping orders. As there is always
ı that is found near the blaze, it can be
wavelengths. Echelles make it possible
phs having both high dispersion and
:iency over a very wide range of wave-

ɜatisfactory echelles, because the toler-
et wavelengths, while the grooves are
only used for infrared gratings. It is
kept to a very low amplitude if Rowland
ls. This requirement makes it necessary
c control on blanks that are coated with
$\frac{1}{4}$ fringe.



The maximum efficiency for echelles is measured for wavelengths having an order that falls on the blaze. These usually measure in the range 50–60%. The wavelengths for which the two strongest orders are equal are said to fall in the double-order position. For these wavelengths, the maximum efficiency is between 30 and 35%. To find the strongest order for a given wavelength, we calculate the order falling nearest the blaze. As an example, we can determine that for an echelle with 300 grooves/mm and blazed at 63°26′, the 10th order of 5461 Å falls at 55°00′, while the 11th order is at 64°18′.

### D. Laminar Gratings

Reflection gratings consisting of grooves with a rectangular cross section, both the bottoms and tops of the grooves being flat and parallel to the blank surface, are called laminar gratings.[49] Recent work by Sayce and Franks[50] has invigorated interest in this type of grating. Such gratings are blazed for zero order, but interference of the light from the groove bottoms with that from the tops can affect the distribution significantly. Ideally, such a grating would produce the same flux distribution when the grating is rotated 180° about its perpendicular.

### E. Beam Dividers and Interferometers

One interesting application of diffraction gratings relates to their use as elements in an interferometric system. The diffraction grating may be used in an interferometer as a beam divider and recombiner[51] or as a direct replacement for any mirror in the system.[52] This interesting application is derived from a consideration of the grating as an "order disperser" rather than as a wavelength disperser.

If a plane monochromatic wave is incident on a diffraction grating, the wave will be split into several plane diffracted waves corresponding to the several orders of interference present (Fig. 9). The angles at which the




FIG. 9. Dispersion of various orders by a diffraction grating.

[49] C. H. Cartwright, *J. Opt. Soc. Am.* **21**, 785–791 (1931).
[50] L. A. Sayce and A. Franks, *Proc. Roy. Soc.* (*London*) **A282**, 353 (1964).
[51] R. Kraushaar, *J. Opt. Soc. Am.* **40**, 480–481 (1950).
[52] B. P. Ramsay, *J. Opt. Soc. Am.* **24**, 253–258 (1934).

different waves leave the grating can be predicted from the grating equation.

For normal incidence, the angle of diffraction $\beta$ can be expressed for the monochromatic case, as

$$\beta_m = \sin^{-1}(mK)$$

where $K = \text{const} = \lambda a^{-1}$, $m = 0, \pm 1, \pm 2, \pm 3, \ldots$, and $|m| \leq K^{-1}$.

All of the diffracted waves are coherent, and therefore any two orders can be combined to produce interference effects. The relative intensity of the two chosen orders depends on the groove profile or "blaze" characteristics of the grating.

Several grating interferometers have been designed and successfully reduced to practice. Most of them have been used to analyze localized variations of optical path in a cross section of air[51, 53, 54] (e.g., aerodynamic flow and heat flow). Another grating interferometer, due to Chisholm [55] has been used to investigate the flatness of large surfaces. This interferometer shown in Fig. 10, is of particular interest in that it uses a grating




FIG. 10. Grating interferometer for checking the flatness of large surfaces.

both as a primary beam divider and in the "arms" of an interferometer. It also illustrates the utility of both reflection- and transmission-type diffraction gratings.

When gratings are used in an interferometer, they exhibit the following principal advantages:

1. They make the interferometer into a pseudomonochromator; hence the interferometer can often be used without external filtering.

2. The interferometer becomes remarkably insensitive to misalignment in comparison with an equivalent mirror system. Weinberg and Wood[53] have shown this for a grating-equivalent Mach–Zehnder system.

[53] F. J. Weinberg and N. B. Wood, *J. Sci. Instr.* **36**, 227–230 (1959).

[54] J. R. Sterret and J. R. Erwin, Tech. Note 2827. Nat. Advisory Comm. for Aeron., Washington, D.C., 1952.

[55] J. J. Chisholm, U.S. Patent 3,090,279 (1963).



3. All conventional beam divider one of the beams (after splitting) throu beam divider, on the other hand, pe in which the split beams encounter c pensating plates are not required and elements is not a problem.

4. Improvements in the geomet interferometer are commonly allowed

### F. OTHER NONSPECTROM

The uniformity with which diffra them a natural choice for reference sca can be observed individually with suit made visually. Alternatively, a singl reference index, and photoelectric obs The light intensity will vary sinusoidal orders are observed by the imaging op slots set to look at different parts of t obtain a direction-sensitive signal and separation accurately.

There are obvious advantages to u moving grating. Such a multiple slit, v grating, not only results in much high average out any minor irregularities du particles of dust. Such "crossed" gr fringes,[57] the number of fringes depend The literature on moiré fringes is incr spread application in the future.

Similar to moiré fringes is the Ro this test, an image of a grating, defo system that creates the converging wa a similar grating. Deformations of t moiré fringes. One of the most releva procedure for observing periodic error.

[56] D. Richardson and R. M. Stark, *J. Opt*

[57] J. Guild, "The Interference Systems Fringes." Oxford Univ. Press (Clarendon), Lo

[58] G. Toraldo di Francia, Geometrical ar in Optical Image Evaluation, *Natl. Bur. St* Commerce, Washington, D.C. 1954.

be predicted from the grating

fraction $\beta$ can be expressed for the

$mK$)

2, $\pm 3, \ldots,$ and $|m| \leq K^{-1}$.
ent, and therefore any two orders
e effects. The relative intensity of
oove profile or "blaze" character-

e been designed and successfully
ve been used to analyze localized
on of air[51, 53, 54] (e.g., aerodynamic
nterferometer, due to Chisholm [55]
s of large surfaces. This interfero-
r interest in that it uses a grating




cking the flatness of large surfaces.

the "arms" of an interferometer.
reflection- and transmission-type

erometer, they exhibit the following

nto a pseudomonochromator; hence
without external filtering.
narkably insensitive to misalignment
ror system. Weinberg and Wood[53]
nt Mach–Zehnder system.

. *Instr.* **36**, 227–230 (1959).
ote 2827. Nat. Advisory Comm. for Aeron.,

1963).



3. All conventional beam dividers involve the transmission of at least one of the beams (after splitting) through a dispersive medium. The grating beam divider, on the other hand, permits the design of an interferometer in which the split beams encounter only surface reflections. Hence, compensating plates are not required and homogeneity (refractive index) of the elements is not a problem.

4. Improvements in the geometrical arrangement or layout of the interferometer are commonly allowed by the use of diffraction gratings.

### F. Other Nonspectrometric Uses of Gratings

The uniformity with which diffraction grating lines are spaced makes them a natural choice for reference scales in linear measuring.[56] The grooves can be observed individually with suitable microscopes, and settings can be made visually. Alternatively, a single transmitting slit can serve as the reference index, and photoelectric observation can take the place of the eye. The light intensity will vary sinusoidally if only the zero and first diffraction orders are observed by the imaging optical system. Two or more measuring slots set to look at different parts of the sine wave are frequently used to obtain a direction-sensitive signal and to help subdivide the grating groove separation accurately.

There are obvious advantages to using a multiple slit for observing the moving grating. Such a multiple slit, with the same effective spacing as the grating, not only results in much higher light intensities, but also serves to average out any minor irregularities due to ruling errors, damaged areas, or particles of dust. Such "crossed" gratings give rise to so-called moiré fringes,[57] the number of fringes depending on the angle between the rulings. The literature on moiré fringes is increasing rapidly, a suggestion of widespread application in the future.

Similar to moiré fringes is the Ronchi[58] test of optical wavefronts. In this test, an image of a grating, deformed to some extent by the optical system that creates the converging wavefront, is formed on the same or on a similar grating. Deformations of the wavefront appear as deformed moiré fringes. One of the most relevant uses of this is the crossed-ruling procedure for observing periodic error. After a grating area has been ruled,

---

[56] D. Richardson and R. M. Stark, *J. Opt. Soc. Am.* **47**, 1–5 (1957).

[57] J. Guild, "The Interference Systems of Crossed Gratings; Theory of moiré Fringes." Oxford Univ. Press (Clarendon), London and New York, 1956.

[58] G. Toraldo di Francia, Geometrical and interferential aspects of the Ronchi test, *in* Optical Image Evaluation, *Natl. Bur. Std. Circ.* 526, pp. 161–170. U.S. Dept. of Commerce, Washington, D.C. 1954.

the blank is rotated through a small angle in its own plane and translated half the error period, and the same area is ruled again. The error period of the engine system appears visually as a sine-wave pattern in the ruling.

Ruled grids consisting of two lightly-ruled sets of orthogonal grooves have been used as electron microscope specimens.[59] The magnifications and the residual astigmatism or distortion of the electron optics can then be accurately measured.

Circular and spiral diffraction gratings have been studied[60] because they may prove useful for the alignment of mechanical and optical systems.

## VII. GRATINGS GENERATED WITHOUT A RULING ENGINE

Gratings occur naturally in some minerals.[61] Debye and Sears[62] observed the grating behavior of a homogeneous medium traversed by compression waves. The molecular structure of crystals provides the three-dimensional grating used for electron diffraction[63] and short-wavelength X-ray diffraction.[64] Longer-wavelength (soft) X rays are often diffracted by pseudocrystals formed as a multilayer structure,[65] but grazing-incidence gratings are being used with increasing frequency for this spectral region.

Gratings often appear in photographs of interference fringes, easily produced today with laser beams.

Each of these phenomena is periodic, and none is blazed to concentrate the diffracted light. The burnished grooves of ruled gratings can concentrate much of the light in one spectrum order; for this reason primarily, ruling engines are a continuing field of development.

Since this chapter was written, a lengthy and very complete discussion of the theory of gratings, their methods of manufacture, and their applications has been published by Stroke.[66] The reader is referred to this article for further information on this subject.

---

[59] C. F. Oster and D. C. Skillman, Determination and control of electron microscope magnification. *Intern. Congr. Electron Microscopy*, *5th*, paper EE-3. Academic Press, New York, 1962.

[60] J. Dyson, *Proc. Roy. Soc.* (*London*) **A248**, 93 (1958).

[61] F. T. Jones, *Lapidary J.* **20**, 37–40 (April 1966).

[62] P. Debye and F. W. Sears, *Proc. Natl. Acad. Sci. U.S.* **18**, 409 (1932).

[63] C. Davisson and L. Germer, *Proc. Natl. Acad. Sci. U.S.* **14**, 619 (1928).

[64] W. L. Bragg, *Proc. Cambridge Phil. Soc.* **17**, 43 (1912).

[65] K. B. Blodgett, *J. Am. Chem. Soc.* **57**, 1007 (1935).

[66] G. W. Stroke, Diffraction Gratings (in English), *in* "Handbuch der Physik," Vol. XXIX, Optische Instrumente (S. Flügge, ed.), pp. 426–735. Springer, New York, 1967.

CHAP'

# Spectrographs and

ROBERT J.
*Dynamic Optics, Inc.*,

I. Introduction . . . . . . . . . . . .
A. The Prism As Disperser
B. The Diffraction Grating
II. Prism Spectrographs . . . . .
III. Plane Grating Spectrographs
IV. Concave Grating Spectrogra
A. Tangential Focal Curve.
B. Mountings . . . . . . . . . . .
C. Astigmatism of the Conc
D. Blaze of a Concave Grati
V. Problems Associated with th
A. Uniform Illumination of
B. Critical Slit Width . . . .
C. Stray Light . . . . . . . . . . .
D. Vibration . . . . . . . . . . .
E. Temperature and Barome
VI. Monochromators . . . . . . . . .
A. Band Pass of a Monochro
B. Efficiency of a Monochror
C. Prism Monochromator D
D. Grating Monochromators
VII. Double Monochromators. . . .
VIII. Time-Resolved Spectroscopy

## I. INTROD

There are, generally speaking, two spectrographs and monochromators. T incident light into one- or two-dimens of a spectrograph, there is a correspon wavelength. The monochromator acts incident light sequentially to the same thus acts to allow one to record all or taneously, while the monochromator is examination. The spectrograph thus recording by such multiple detectors a television, or several photomultipliers, single detectors as photomultipliers, th devices.