# EXHIBIT 2

Q
121
.M3
2002
Vol. 5

# McGRAW-HILL ENCYCLOPEDIA OF Science & Technology

UTD LIBRARY
2601 N. FLOYD RD.
RICHARDSON, TX 75083

5

COT-EAT

5134423

9th Edition

An international reference work in twenty volumes including an index

McGraw-Hill

New York Chicago San Francisco Lisbon London Madrid Mexico City
Milan New Delhi San Juan Seoul Singapore Sydney Toronto

UT-DALLAS LIBRARIES
3 1863 005 998 996

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill encyclopedia of science & technology—9th ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-07-913665-6 (alk. paper)
1. Science—Encyclopedias. 2. Technology—Encyclopedias.
I. Title: Encyclopedia of science & technology.
II. Title: McGraw-Hill encyclopedia of science and technology.
III. Title: Encyclopedia of science and technology.
Q121.M3 2002
503—dc21 2001057910

ISBN 0-07-913665-6 (set)

*McGraw-Hill*
*A Division of The McGraw-Hill Companies*

McGRAW-HILL ENCYCLOPEDIA OF SCIENCE & TECHNOLOGY
Copyright © 2002, 1997, 1992, 1987, 1982, 1977, 1971, 1966, 1960 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 0 8 7 6 5 4 3 2

*This book set was printed on acid-free paper.*

*It was set in Garamond Book and Neue Helvetica Black Condensed by TechBooks, Fairfax, Virginia. The art was prepared by TechBooks. The book was printed and bound by R. R. Donnelley & Sons Company, The Lakeside Press.*

also an acceleration along the curve. *See* PARAMETRIC EQUATION.

*Curve tracing.* If $f'(x) > 0$, $f(x)$ increases as $x$ increases, whereas $f(x)$ decreases as $x$ increases when $f'(x) < 0$. Points where $f'(x) = 0$ are called critical points. With $x$ and $y$ axes in the usual position ($x$ positive to the right, $y$ positive toward the top of the page), the graph of $y = f(x)$ is called concave upward over an interval of $x$ values if the tangent line turns counterclockwise as $x$ increases. If the tangent line turns clockwise as $x$ increases, the curve is called concave downward. If $f''(x) > 0$, the curve is concave upward, and it is concave downward if $f''(x) < 0$. It follows that $y$ is at a relative maximum if $f'(x) = 0$ and $f''(x) < 0$, at a relative minimum if $f'(x) = 0$ and $f''(x) > 0$. A point where the concavity changes from one sense to the other is called a point of inflection. Such a point is a point of relative maximum or minimum for $f'(x)$. A sufficient condition for a point of inflection is that $f''(x) = 0, f'''(x) = 0$.

*Simple harmonic motion.* A point moving on the $x$ axis in such a way that $d^2x/dt^2 = -\omega^2 x$, where $\omega > 0$, is executing what is called simple harmonic motion. If a point travels around a circle with constant speed, its orthogonal projection on a diameter executes simple harmonic motion with the center of the circle as the origin of coordinates on the diameter. The methods of calculus enable one to infer from the foregoing differential equation that $x$ depends on $t$ by the formula $x = A \cos(\omega t + \alpha)$, where $A$ and $\alpha$ are constants. The moving point completes one cycle of its motion in time $2\pi/\omega$.

*Law of the mean.* For a discussion of the simple case of this law *see* CALCULUS.

An extended version, often called Cauchy's formula, is the following: Suppose $F$ and $G$ are continuous when $a \leqq x \leqq b$, differentiable when $a < x < b$, and suppose $G(b) \neq G(a)$. Suppose also that $f'(x)$ and $G'(x)$ are never both zero together. Then there is some number $X$ such that $a < X < b$ and Eq. (23) is satisfied.

$$\frac{F(b) - F(a)}{G(b) - G(a)} = \frac{F'(X)}{G'(X)} \qquad (23)$$

*Rule of l'Hospital.* This rule for finding the limit of a quotient of two functions in certain circumstances is stated as follows: Subject to certain general conditions of $f$ and $g$, if either $f(x) \to 0$ and as $x \to a$ or $g(x) \to +\infty$ or $g(x) \to -\infty$ $a$, then Eq. (24) is valid,

$$\lim_{x \to a} \frac{f(x)}{g(x)} = \lim_{x \to a} \frac{f'(x)}{g'(x)} \qquad (24)$$

provided the limit on the right exists as a finite limit or as either $+\infty$ or $-\infty$. The general conditions are that $f$ and $g$ are differentiable as $x \to a$ and neither $g(x)$ nor $g'(x)$ is 0 as $x \to a$.

*Taylor's formula.* This formula, Eq. (25), is a finite sum

$$f(x) = f(a) + \frac{f'(a)}{1!}(x - a) + \cdots + \frac{f^{(n)}(a)}{n!}(x - a)^n + R_n \qquad (25)$$

expression for $f(x)$, where $R_n$ is called the remainder. The two most useful formulas for $R_n$ are Eq. (26), integral form, and Eq. (27), Lagrange's form. In the

$$R_n = \frac{1}{n!} \int_a^x f^{(n+1)}(t)(x - t)^n \, dt \qquad (26)$$

$$R_n = \frac{f^{(n+1)}(X)}{(n + 1)!}(x - a)^{n+1} \qquad (27)$$

latter form, $X$ is some number between $x$ and $a$. If, for fixed $a$ and $x$, $R_n \to 0$ as $n \to \infty$ $f(x)$ is said to be represented by Taylor's infinite series expansion. *See* INTEGRATION; OPERATOR THEORY; SERIES.

Angus E. Taylor

Bibliography. M. H. Protter and P. E. Protter, *Calculus and Analytical Geometry*, 4th ed., 1988; S. K. Stein and A. Barcellos, *Calculus and Analytic Geometry*, 5th ed., 1992.

## Diffraction

The bending of light, or other waves, into the region of the geometrical shadow of an obstacle. More exactly, diffraction refers to any redistribution in space of the intensity of waves that results from the presence of an object that causes variations of either the amplitude or phase of the waves. Most diffraction gratings cause a periodic modulation of the phase across the wavefront rather than a modulation of the amplitude. Although diffraction is an effect exhibited by all types of wave motion, this article will deal only with electromagnetic waves, especially those of visible light. Some important differences that occur with microwaves will also be mentioned. For discussion of the phenomenon as encountered in other types of waves *see* ELECTRON DIFFRACTION; NEUTRON DIFFRACTION; SOUND. *See also* ELECTROMAGNETIC WAVE.

Diffraction is a phenomenon of all electromagnetic radiation, including radio waves; microwaves; infrared, visible, and ultraviolet light; and x-rays. The effects for light are important in connection with the resolving power of optical instruments. *See* RADIO-WAVE PROPAGATION; X-RAY DIFFRACTION.

There are two main classes of diffraction, which are known as Fraunhofer diffraction and Fresnel diffraction. The former concerns beams of parallel light, and is distinguished by the simplicity of the mathematical treatment required and also by its practical importance. The latter class includes the effects in divergent light, and is the simplest to observe experimentally. A complete explanation of Fresnel diffraction has challenged the most able physicists, although a satisfactory approximate account of its main features was given by A. Fresnel in 1814. At that time, it played an important part in establishing the wave theory of light.

To illustrate the difference between methods of observation of the two types of diffraction, **Fig. 1** shows the experimental arrangements required to observe them for a circular hole in a screen *s*. The




**Fig. 1.** Observation of the two principal types of diffraction, in the case of a circular aperture. (*a*) Fraunhofer and (*b*) Fresnel diffraction.

light originates at a very small source $O$, which can conveniently be a pinhole illuminated by sunlight. In Fraunhofer diffraction, the source lies at the principal focus of a lens $L_1$, which renders the light parallel as it falls on the aperture. A second lens $L_2$ focuses parallel diffracted beams on the observing screen $F$, situated in the principal focal plane of $L_2$. In Fresnel diffraction, no lenses intervene. The diffraction effects occur chiefly near the borders of the geometrical shadow, indicated by the broken lines. An alternative way of distinguishing the two classes, therefore, is to say that Fraunhofer diffraction concerns the effects near the focal point of a lens or mirror, while Fresnel diffraction concerns those effects near the edges of shadow. Photographs of some diffraction patterns of each class are shown in **Fig. 2**. All of these may be demonstrated especially well by using the light beam from a neon-helium laser. *See* LASER.

## Fraunhofer Diffraction

This class of diffraction is characterized by a linear variation of the phases of the Huygens secondary waves with distance across the wavefront, as they arrive at a given point on the observing screen. At the instant that the incident plane wave occupies the plane of the diffracting screen, it may be regarded as sending out, from each element of its surface, a multitude of secondary waves, the joint effect of which is to be evaluated in the focal plane of the lens $L_2$. The analysis of these secondary waves involves taking account of both their amplitudes and their phases. The simplest way to do this is to use a graphical method, the method of the so-called vibration curve, which can readily be extended to cases of Fresnel diffraction. *See* HUYGENS' PRINCIPLE.

**Vibration curve.** The basis of the graphical method is the representation of the amplitude and phase of a wave arriving at any point by a vector, the length of which gives the magnitude of the amplitude, and the slope of which gives the value of the phase. In **Fig. 3** are shown two vectors of amplitudes $a_1$ and $a_2$, pertaining to two waves having a phase difference $\delta$ of 60°. That is, the waves differ in phase by one-sixth of a complete vibration. The resultant amplitude $A$ and phase $\theta$ (relative to the phase of the first wave) are then found from the vector sum of $a_1$ and $a_2$, as indicated. A mathematical proof shows that this proposition is rigorously correct and that it may be extended to cover the addition of any number of waves.

The vibration curve results from the addition of a large (really infinite) number of infinitesimal vectors, each representing the contribution of the Huygens secondary waves from an element of surface of the wavefront. If these elements are assumed to be of




**Fig. 2.** Diffraction patterns, photographed with visible light. (*a*) Fraunhofer pattern, for a slit; (*b*) Fraunhofer pattern, square aperture, short exposure; (*c*) Fraunhofer pattern, square aperture, long exposure (*courtesy of F. S. Harris*); (*d*) Fraunhofer pattern, circular aperture (*courtesy of R. W. Ditchburn*); (*e*) Fresnel pattern, straight edge; (*f*) Fresnel pattern, circular aperture.



(a)

Patterns produced from white light by computer-generated diffration plates that contain large numbers of identical diffraction apertures. (a) "Cross of light" produced by 529 square apertures arranged in a 23 x 23 array. (b) Pattern from random array of 3000 rectangular apertures; (c) from regular array. (*d*) Pattern from random array of 4000 apertures; (*e*) from regular array of 3969 apertures. (*f*) Fraunhofer pattern from regular array of 20,000 circular apertures.. (*g*) pattern from contact print of plate which produced *f* (that is, from 20,000 circular obstacles). (*h*) Pattern from 71 x 71 array of rectangular apertures; (*i*) pattern from contact print of plate which produced *h*. Patterns *h* and *i* illustrate Babinet's principle. *(R.B. Hoover, Marshall Space Flight Center)*



(b) (c)



(d) (e)



(f) (g)



(h) (i)




Fig. 3. Graphical addition of two amplitudes.




Fig. 4. Vibration curves. (a) Addition of many equal amplitudes differing in phase by equal amounts. (b) Equivalent curve, when amplitudes and phase differences become infinitesimal.

equal area, the magnitudes of the amplitudes to be added will all be equal. They will, however, generally differ in phase, so that if the elements were small but finite each would be drawn at a small angle with the preceding one, as shown in **Fig.** *4a*. The resultant of all elements would be the vector $A$. When the individual vectors represent the contributions from infinitesimal surface elements (as they must for the Huygens wavelets), the diagram becomes a smooth curve, the vibration curve, shown in Fig. *4b*. The intensity on the screen is then proportional to the square of this resultant amplitude. In this way, the distribution of the intensity of light in any Fraunhofer diffraction pattern may be determined.

The vibration curve for Fraunhofer diffraction by screens having slits with parallel, straight edges is a circle. Consider, for example, the case of a slit of width $b$ illustrated in **Fig. 5**. The edges of the slit extend perpendicular to the plane of the figure, and the slit is illuminated by plane waves of light coming from the left. If $s$ is the distance from $O$ of a surface element $ds$ ($ds$ actually being a strip extending perpendicular to the figure), the extra distance wavelet from $ds$ must travel in reaching a point on the screen lying at the angle $\theta$ from the center is $s \sin \theta$. Since this extra distance determines the phase difference, the latter varies linearly with $s$. This condition necessitates that the vibration curve be a circle.

The intensity distribution for Fraunhofer diffraction by a slit as a function of the angle $\theta$ may be simply calculated as follows. The extra distances traveled by the wavelets from the upper and lower edges of the slit, as compared with those from the center, are $+(b/2) \sin \theta$ and $-(b/2) \sin \theta$. The corresponding phase differences are $2\pi/\lambda$ times these quantities, $\lambda$ being the wavelength of the light. Using the symbol $\beta$ for $(\pi b \sin \theta)/\lambda$, it is seen that the end points of the effective part of the vibration curve must differ in slope by $\pm\beta$ from the slope at its center, where it is taken as zero. **Figure 6** shows the form of the vibration curve for $\beta = \pi/4$, that is for $\sin \theta = {}^1\!/_4\lambda b$. The resultant is $A = 2r \sin \beta$, where $r$ is the radius of the arc. The amplitude $A_0$ that would be obtained if all the secondary waves were in phase at the center of the diffraction pattern, where $\theta = 0$, is the length of the arc. Thus, Eq. (1) holds. The intensity at any

$$\frac{A}{A_0} = \frac{\text{chord}}{\text{arc}} = \frac{2r \sin \beta}{2r\beta} = \frac{\sin \beta}{\beta} \qquad (1)$$

angle is given by Eq. (2), where $I_0$ is the intensity at

$$I = I_0 \frac{\sin^2 \beta}{\beta^2} \qquad (2)$$

the center of the pattern. **Figure 7** shows a graph of this function. The central maximum is twice as




Fig. 5. Analysis of Fraunhofer diffraction by a slit.




Fig. 6. Vibration curve and resultant amplitude for a particular point in Fraunhofer diffraction by a slit.




**Fig. 7. Intensity distribution curve for Fraunhofer diffraction by a slit.**

wide as the subsidiary ones, and is about 21 times as intense as the strongest of these. A photograph of this pattern is shown in Fig. 2*a*.

The dimensions of the pattern are important, since they determine the angular spread of the light behind the slit. The first zeros occur at values $\beta = (\pi b \sin \theta)/\lambda = \pm\pi$. In most cases the angle $\theta$ is extremely small, so that Eq. (3) holds. For a slit 1 mm

$$\sin\theta \approx \theta = \pm\frac{\lambda}{b} \qquad (3)$$

wide, for example, and green light of wavelength $5 \times 10^{-5}$ cm, Eq. (3) gives the angle as only 0.0005 radian, or 1.72 minutes of arc. The slit would have to be much narrower than this, or the wavelength much longer, for the approximation to cease to be valid.

The main features of Fraunhofer diffraction patterns of other shapes can be understood with the aid of the vibration curve. Thus for a rectangular or square aperture, the wavefront may be subdivided into elements parallel to either of two adjacent sides, giving an intensity distribution which follows the curve of Fig. 7 in the directions parallel to the two sides. Photographs of such patterns appear in Fig. 2*b* and *c*. In Fig. 2*c* it will be seen that there are also faint subsidiary maxima lying off the two principal directions. These have intensities proportional to the products of the intensities of the side maxima in the slit pattern. The fact that these subsidiary intensities are extremely low compared with that of the central maximum has an important application to the apodization of lenses, to be discussed later.

**Diffraction grating.** An idealized diffraction grating consists of a large number of similar slits, equally spaced. Equal segments of the vibration curve are therefore effective, as shown in **Fig. 8*a***. The resultants *a* of each segment are then to be added to give *A*, the amplitude due to the whole grating, as shown in Fig. 8*b*. The phase difference between successive elements is here assumed to be very small. As it is increased, by going to a larger angle $\theta$, the resultant *A* first goes to zero at an angle corresponding to $\lambda/W$, where *W* is the total width of the grating. After going through numerous low-intensity maxima, *A* again rises to a high value when the phase difference between the successive vectors for the individual slits approaches a whole vibration. These small vectors *a* are then all lined up again, as they were at the center of the pattern ($\theta = 0$). The resulting strong maximum represents the "first-order spectrum," since its position depends on the wavelength. A similar condition occurs when the phase difference becomes two, three, or more whole vibrations, giving the higher-order spectra. By means of this diagram, it is possible not only to predict the intensities of successive orders for an ideal grating, but also to find the sharpness of the maxima which represent the spectrum lines. *See* DIFFRACTION GRATING.

**Determination of resolving power.** Fraunhofer diffraction by a circular aperture determines the resolving power of instruments such as telescopes, cameras, and microscopes, in which the width of the light beam is usually limited by the rim of one of the lenses. The method of the vibration curve may be extended to find the angular width of the central diffraction maximum for this case. **Figure 9** compares the treatments of square and circular apertures by showing, above, the elements of equal phase difference into which the wavefront may be divided, and, below, the corresponding vibration curves. For




**Fig. 8. Graphical analysis of diffraction grating. (*a*) Vibration curve for grating of 12 slits. (*b*) Resultant amplitude *A* formed by adding amplitudes *a* from individual slits. Each *a* represents the chord of one of the short arcs in part *a*.**




**Fig. 9. Condition of vibration curves at first minimum for (*a*) a square aperture and (*b*) a circular aperture.**

the square aperture shown in Fig. 9*a*, the areas of the surface elements are equal, and the curve forms a complete circle at the first zero of intensity. In Fig. 9*b* these areas, and hence the lengths of the successive vectors, are not equal, but increase as the center of the curve is approached, and then decrease again. The result is that the curve must show somewhat greater phase differences at its extremes in order to form a closed figure. An exact construction of the curve or, better, a mathematical calculation shows that the extreme phase differences required are $\pm 1.220\pi$, yielding Eq. (4) for the angle $\theta$ at the

$$\sin\theta \approx \theta = \pm\frac{1.220\lambda}{d} \qquad (4)$$

first zero of intensity. Here $d$ is the diameter of the circular aperture. When this result is compared with that of Eq. (3), it is apparent that, relative to the pattern for a rectangle of side $b = d$, this pattern is spread out by 22%. Obviously it now has circular symmetry and consists of a diffuse central disk, called the Airy disk, surrounded by faint rings (Fig. 2*d*). The angular radius of the disk, given by Eq. (4), may be extremely small for an actual optical instrument, but it sets the ultimate limit to the sharpness of the image, that is, to the resolving power. *See* RESOLVING POWER (OPTICS).

**Other applications.** Among the applications of Fraunhofer diffraction, other than the calculation of resolving power, are its use in (1) the theory of certain types of interferometers in which the interfering light beams are brought together by diffraction, (2) the theory of microscopic imaging, and (3) the design of apodizing screens for lenses.

*Michelson's stellar interferometer.* This instrument was devised by A. A. Michelson to overcome the limitation expressed by Eq. (4). In front of a telescope are placed two fixed mirrors, shown at $M_2$ and $M_3$ in **Fig. 10**, and two others, $M_1$ and $M_4$, movable so as to vary their separation $D$. The light of a star is directed by these mirrors into a telescope as shown, and the diffraction patterns, of size corresponding to the aperture of the mirrors, are superimposed in the focal plane $P$ of the lens. When $D$ is small the resulting pattern is crossed by interference fringes.



**Fig. 10. Michelson stellar interferometer, which is used for measuring the diameters of stars.**

If the light source has a finite width, increasing $D$ causes these fringes to become indistinct and eventually to disappear. For a circular disk source, such as a star, the angle subtended by the disk must be $1.22\lambda/D$ for the disappearance of the fringes. The resolving power of the telescope has thus effectively been increased in the ratio $D/d$. In this way angular diameters as small as 0.02 second of arc have been measured, corresponding to $D = 7$ m or 24 ft. *See* INTERFERENCE OF WAVES; INTERFEROMETRY.

*Microscopic imaging.* E. Abbe's theory of the microscope evaluates the resolving power of this instrument considering not only the diffraction caused by the limited aperture of the objective, but also that caused by the object itself. If this object is illuminated by coherent light, such as a parallel beam from a point source, its Fraunhofer diffraction pattern is formed in the rear focal plane of the microscope objective. Abbe took as an object a diffraction grating, and in this case the pattern consists of a series of sharp maxima representing the various orders $m = 0, \pm 1, \pm 2, \ldots$. If the light of all these orders is collected by the objective, a perfect image of the grating can be formed where the light is reunited in the image plane. In practice, however, the objective can include only a limited number of them, as is indicated in **Fig. 11**. Here only the



**Fig. 11. Abbe's method of treating the resolving power of a microscope.**

orders +2 to −2 are shown entering the objective. The higher orders, involving greater values of $\theta$, would miss the lens.

The final image must be produced by interference in the image plane of the Huygens secondary waves coming from the various orders. To obtain a periodic variation of intensity in that plane, at least two orders must be accepted by the objective. The angle $\theta_1$ at which the first order occurs is given by $\sin\theta_1 = \lambda/d$, where $d$ is the spacing of the lines in the grating. The limit of resolution of the microscope, that is, the smallest value of $d$ that will produce an indication of separated lines in the image, may thus be found from the angular aperture of the objective. In order for it to accept only the orders 0, ±1, the lens aperture $2\alpha$ must equal at least $2\theta_1$, giving $d = \lambda/\sin\alpha$. This resolving limit may be decreased by illuminating the grating from one side, so that the zero-order light falls at one edge of the lens, and that of one of the first orders at the other edge. Then $\theta_1 = 2\alpha$, and the limit of resolution is approximately $0.5\lambda/\sin\alpha$. *See* OPTICAL MICROSCOPE.

*Apodization.* This is the name given to a procedure by which the effect of subsidiary maxima (such as those shown in Fig. 7) may be partially suppressed. Such a suppression is desirable when one wishes to observe the image of a very faint object adjacent to a strong one. If the fainter object has, for example, only $^1/_{1000}$ of the intensity of the stronger one, the two images will have to be far enough apart so that the principal maximum for the fainter one is at least comparable in intensity to the secondary maxima for the stronger object at that point. In the pattern of a rectangular aperture it is not until the tenth secondary maximum that the intensity of the secondary maxima falls below $^1/_{1000}$ of the intensity of the principal maximum. Here it has been assumed, however, that the fainter image lies along one of the two principal directions of diffraction of the rectangular aperture, perpendicular to two of its adjacent sides. At 45° to these directions the subsidiary maxima are much fainter (Fig. 2*c*), and even the second one has an intensity of only $^1/_{3700}$, the square of the value of the second subsidiary maximum indicated in Fig. 7.

The simplest apodizing screen is a square aperture placed over a lens, the diagonal of the square being equal to the diameter of the lens. If the lens is the objective of an astronomical telescope, for example, the presence of a fainter companion in a double-star system can often be detected by turning the square aperture until the image of the companion star lies along its diagonal. Apodizing screens may be of various shapes, depending on the purpose to be achieved. It has been found that a screen of graded density, which shades the lens from complete opacity at the rim to complete transparency at a small distance inward, is effective in suppressing the circular diffraction rings surrounding the Airy disk. In all types of apodization there is some sacrifice of true resolving power, so that it would not be used if the two images to be resolved were of equal intensity.

## Fresnel Diffraction

The diffraction effects obtained when the source of light or the observing screen are at a finite distance from the diffracting aperture or obstacle come under the classification of Fresnel diffraction. This type of diffraction requires for its observation only a point source, a diffracting screen of some sort, and an observing screen. The latter is often advantageously replaced by a magnifier or a low-power microscope. The observed diffraction patterns generally differ according to the radius of curvature of the wave and the distance of the point of observation behind the screen. If the diffracting screen has circular symmetry, such as that of an opaque disk or a round hole, a point source of light must be used. If it has straight, parallel edges, it is desirable from the standpoint of brightness to use an illuminated slit parallel to these edges. In the latter case, it is possible to regard the wave emanating from the slit as a cylindrical one. For the purpose of deriving the vibration curve, the appropriate way of dividing the wavefront into infinitesimal elements is to use annular rings in the first case, and strips parallel to the axis of the cylinder in the second case.

**Figure 12** illustrates the way in which the radii of the rings, or the distances to the edges of the strips, must be chosen in order that the phase difference may increase by an equal amount from one element to the next. Figure 12*a* shows a section of the wavefront diverging from the source $S$, and the paths to the screen of two secondary wavelets. The shortest possible path is $b$, while $r$ is that for another wavelet originating at a distance $s$ above the "pole" $O$. Since all points on the wavefront are at the same distance $a$ from $S$, the path difference between the two routes from $S$ to $P$ is $r - b$. When this is evaluated, to terms of the first order in $s/a$ and $s/b$, the phase difference is given by Eq. (5). The phase difference across an

$$\delta = \frac{2\pi}{\lambda}(r - b) \approx \frac{\pi(a + b)}{ab\lambda}s^2 = Cs^2 \qquad (5)$$

elementary zone of radius $s$ and width $ds$ then becomes $d\delta = 2Cs\,ds$, so that for equal increments of




**Fig. 12.** Division of wavefront for constructing vibration curve for Fresnel diffraction. (*a*) Section of wave diverging from S and paths to screen of two secondary wavelets. (*b*) Annular zones. (*c*) Strips.




**Fig. 13.** Vibration curves for Fresnel diffraction patterns. (*a*) Circular division of wavefront. (*b*) Strip division (Cornu's spiral).

$\delta$ the increment of $s$ must be proportional to $1/s$. The annular zones and the strips drawn in this way on the spherical or cylindrical wave, respectively, looking toward the pole from the direction of $P$, are shown in Fig. 12*b* and *c*.

For the annular zonal elements, the areas $2\pi s ds$ are all equal, and hence the amplitude elements of the vibration curve should have the same magnitude. Actually, they must be regarded as falling off slowly, due to the influence of the "obliquity factor" of Huygens' principle. The resulting vibration curve is nearly, but not quite, circular, and is illustrated in **Fig.** 13*a*. It spirals in toward the center $C$, at a rate that has been considerably exaggerated in the figure. The intensity at any point $P$ on the axis of a circular screen centered on $O$ can now be determined as the square of the resultant amplitude $A$ for the appropriate part or parts of this curve. The curve shown in Fig. 13*a* is for a circular aperture which exposes five Fresnel zones, each one represented by a half-turn of the spiral. The resultant amplitude is almost twice as great (and the intensity four times as great) as it would be if the whole wave were exposed, in which case the vector would terminate at $C$. The diffraction by other circular screens may be determined in this same manner.

**Zone plate.** This is a special screen designed to block off the light from every other half-period zone, and represents an interesting application of Fresnel diffraction. The Fresnel half-period zones are drawn, with radii proportional to the square roots of whole numbers, and alternate ones are blackened. The drawing is then photographed on a reduced scale. When light from a point source is sent through the negative, an intense point image is produced, much like that formed by a lens. The zone plate has the effect of removing alternate half-turns of the spiral, the resultants of the others all adding in the same phase. By putting $\delta = \pi$ and $a = \infty$ in Eq. (5), it is found that the "focal length" $b$ of a zone plate is $s_1^2/\lambda$, where $s_1$ is the radius of the first zone.

**Cornu's spiral.** This is the vibration curve for a cylindrical wavefront, and is illustrated in Fig. 13*b*. The areas of the elementary zones, and hence the magnitudes of the component vectors of the vibration curve, decrease rapidly, being proportional to $ds$, and hence to $1/s$ (Fig. 12*c*). The definition of Cornu's spiral requires that its slope $\delta$ at any point be proportional to the square of the corresponding distance $s$ measured up the wavefront [Fig. 12*a* and Eq. (5)]. The length of the spiral from the origin is proportional to $s$, but it is usually drawn in terms of the dimensionless variable $v$, defined by $v = s\sqrt{2C/\pi}$ in the notation of Eq. (5). The coordinates of any point on the curve may then be found from tables of Fresnel's integrals.

As an example of the application of Cornu's spiral, consider the diffraction of an opaque straight edge, such as a razor edge, illuminated by light from a narrow slit parallel to the edge. At some point outside the edge of the shadow, say one which exposes three half-period strips beyond the pole, the resultant amplitude will be that labeled $A$ in Fig. 13*b*. The intensity will be greater than that given by the amplitude $NN'$, which represents the amplitude for the whole (unobstructed) wave. On going further away from the edge of the shadow, the tail of the vector $A$ will move along the spiral inward toward $N'$, and the intensity will pass through maxima and minima. At the edge of the geometrical shadow the amplitude is $ON$, and the intensity is just one-fourth of that due to the unobstructed wave. Further into the shadow the intensity approaches zero regularly, without fluctuations, as the tail of the vector moves up toward $N$. A photograph of the straight-edge pattern is shown in Fig. 2*e*.

**Babinet's principle.** This states that the diffraction patterns produced by complementary screens are identical. Two screens are said to be complementary when the opaque parts of one correspond to the transparent parts of the other, and vice versa. Babinet's principle is not very useful in dealing with Fresnel diffraction, except that it may furnish a short-cut method in obtaining the pattern for a particular screen from that of its complement. The principle has an important application for Fraunhofer diffraction, in parts of the field where there is zero intensity without any screen. Under this condition the amplitudes produced by the complementary screens must be equal and opposite, since the sum of the effects of their exposed parts gives no light. The intensities, being proportional to the squares of the amplitudes,

must therefore be equal. In Fraunhofer diffraction the pattern due to a disk is the same as that due to a circular hole of the same size.

### Diffraction of Microwaves

The diffraction of microwaves, which have wavelengths in the range of millimeters to centimeters, has been intensively studied since World War II because of its importance in radar work. Many of the characteristics of optical diffraction can be strikingly demonstrated by the use of microwaves. Microwave diffraction shows certain features, however, that are not in agreement with the Huygens-Fresnel theory, because the approximations made in that theory are no longer valid. Most of these approximations, for example, that made in deriving Eq. (5), depend for their validity on the assumption that the wavelength is small compared to the dimensions of the apparatus. Furthermore, it is not legitimate to postulate that the wave has a constant amplitude across an opening, and zero intensity behind the opaque parts, except for the very minute waves of light.

As an example of the failure of classical diffraction theory when applied to microwaves, the results of the diffraction by a circular hole in a metal screen may be mentioned. The observed patterns begin to show deviations from the Fresnel theory, and even from the more rigorous Kirchhoff theory, when the point of observation is within a few wavelengths' distance from the plane of the aperture. Even in this plane itself there are detection effects that could not have been predicted from the earlier theories, which treat light as a scalar, rather than a vector, wave motion. An exact vector theory of diffraction, developed by A. Sommerfeld, has been applied only in a few simple cases, but the measurements at microwave frequencies agree with it wherever it has been tested. *See* LIGHT; MICROWAVE OPTICS.

F. A. Jenkins; W. W. Watson

Bibliography. M. Born and E. Wolf, *Principles of Optics*, 7th ed., 1999; J. M. Cowley, *Diffraction Physics*, 3d revised ed., 1995; B. D. Guenther, *Modern Optics*, 1990; F. A. Jenkins and H. E. White, *Fundamentals of Optics*, 4th ed., 1996; J. Meyer-Arendt, *Introduction to Classical and Modern Optics*, 4th ed., 1994.

## Diffraction grating

An optical device consisting of an assembly of narrow slits or grooves, which by diffracting light produces a large number of beams which can interfere in such a way as to produce spectra. Since the angles at which constructive interference patterns are produced by a grating depend on the lengths of the waves being diffracted, the waves of various lengths in a beam of light striking the grating will be separated into a number of spectra, produced in various orders of interference on either side of an undeviated central image. By controlling the shape and size of the diffracting grooves when producing a grating and by illuminating the grating at suitable angles, a beam of light can be thrown into a single spectrum whose purity and brightness may exceed that produced by a prism. Gratings can now be made with much larger apertures than prisms, and in such form that they waste less light and give higher intrinsic dispersion and resolving power. A single grating can be used over a much broader range of spectrum than can any single prism, and its dispersion will vary less rapidly with wavelength. Gratings are used in large spectrographs and for highly precise spectroscopic work, as well as in monochromators and analytical spectrographs. *See* DIFFRACTION; INTERFERENCE OF WAVES; OPTICAL PRISM; SPECTROSCOPY.

Transmission gratings consist of a large number of narrow transparent and opaque slits alternating side by side in regular order and with uniform separation, through which a beam of light will appear as a series of spectra in various orders of interference. Such gratings are conveniently used in small spectroscopes and spectrometers, but only for visible light, since they are usually not transparent to ultraviolet or infrared radiation. They are commonly made by contact molding from a master grating.

Reflection gratings, either plane or concave, are used in most spectrographs. Such a grating may consist of an original ruling or of a metal-coated replica from an original. Large grating replicas practically indistinguishable in performance or permanence from an original can now be made.

**Production of gratings.** Gratings are engraved by highly precise ruling engines, which use a diamond tool to press into a highly polished mirror surface a series of many thousands of fine shallow burnished grooves. Gratings for the range 150–1000 nanometers are commonly ruled with 5000–30,000 grooves per inch or 200–1200 grooves per millimeter (the usual value is near 15,000 per inch or 600 per millimeter), on a thin layer of aluminum deposited on glass by evaporation in vacuum. Gratings for the infrared region are often ruled on gold, silver, copper, lead, or tin mirrors, with coarser groove spacings.

If a grating is to give resolution approaching the theoretical limit, its grooves must be ruled straight, parallel, and equally spaced to within a few tenths of the shortest incident wavelength. The proper overall spacing of grooves must also be maintained if changes in focal properties are not to result. Scattered light and false images may arise from local spacing error and groove shape variations of only a few hundredths of the diffracted wavelength.

Among the false lines produced by imperfect gratings are Rowland ghosts, which arise from periodic errors in groove position; Lyman ghosts, which come from a combination of periodicities in ruling; and satellites, caused by sets of irregularly placed grooves, which may seriously reduce resolution. Target pattern arises from unequal contribution of light from all parts of a grating, and is especially prevalent in concave gratings, in which the shape

of the grooves may change as the cutting angle of the diamond changes.

Gratings of 2, 4, or 6 in. (5, 10, or 15 cm) ruled width are commonly used in commercial spectrographs, with projection distances of 20–180 in. (50–450 cm). In large research instruments, gratings of 6 to 10 in. (15 to 25 cm) ruled width are used with projection distances of 10–50 ft (3–15 m) or more. The largest modern gratings, used in their highest orders, show resolving power $\lambda/\delta\lambda$ in excess of 900,000 in the green region of the spectrum, and in excess of $1.5 \times 10^6$ at shorter wavelengths. Here $\lambda$ is the mean wavelength of two closely spaced, just resolvable spectral lines, and $\delta\lambda$ is their wavelength difference. Such gratings give resolution equal to that of most interferometers, and in addition provide greater photographic speed, are easier to adjust, follow more simple laws of wavelength distribution, and permit a wider range of wavelengths to be photographed at one time without crossed dispersion. *See* INTERFEROMETRY; RESOLVING POWER (OPTICS).

**Properties of gratings.** A grating illuminated at angle $\alpha$ (measured from the normal) will direct wavelength $\lambda$ toward angle $\beta$ in accordance with the formula $m\lambda = d(\sin\alpha \pm \sin\beta)$, where $m$ is an integral order of interference, $d$ is the grating constant, or distance between consecutive grooves, and the + and − refer to orders on opposite sides of the normal. The linear dispersion produced by a grating on a photographic plate depends on its intrinsic angular dispersion multiplied by the distance $P$ from grating to plate. The intrinsic angular dispersion is given by the formula shown below. Theoretically the resolv-

$$\frac{d\beta}{d\lambda} = \frac{1}{\lambda}\left(\frac{\sin\alpha}{\cos\beta} + \tan\beta\right)$$

ing power of a grating is $mN$, where $N$ is the number of grooves in the grating. Resolving power is not directly dependent on the number of grooves, since for gratings of a given size $m$ and $N$ are inversely related. It is basically dependent on the number of wavelengths of optical retardation the grating introduces between the extreme rays leaving it. Another useful concept is the resolving limit $d\sigma$, the smallest wave number difference the grating can resolve, which remains essentially constant for a given angle of illumination of a given grating at all wavelengths, except as errors in groove spacing become more important for shorter wavelengths.

The manner in which incident light will be distributed among the various orders of interference depends upon the shape and orientation of the groove sides and on the relation of wavelength to groove separation. When $d = d\lambda$, diffraction effects predominate in controlling the intensity distribution among orders, but when $d > \lambda$, optical reflection from the sides of the grooves is more strongly involved. It is possible to "blaze" a grating by ruling its grooves so that their sides reflect a large fraction of the incoming light of suitably short wavelengths in one general direction. Controlled groove shape is especially




Fig. 1. Transmission grating spectroscope.

important in the gratings known as echelettes and echelles, in which as much as 80% of the incoming light may be sent into one particular order for a given wavelength. Many ordinary gratings are blazed.

**Grating spectroscopes.** These consist usually of a slit, a lens or mirror to collimate the light sent through the slit into a parallel beam, a transmission or reflection grating to disperse the light, a lens or mirror to focus the light into spectrum lines (which are monochromatic images of the slit in the light of each wavelength passing through it), and an eyepiece for viewing the spectrum (**Fig. 1**). If a camera is substituted for the telescope, the instrument becomes a grating spectrograph. If a photoelectric cell, a thermocouple, or other radiation-detecting device is used instead of a camera or telescope, the device becomes a grating spectrometer. For some important applications of the latter device *see* INFRARED SPECTROSCOPY.

**Echelette grating.** This has coarse groove spacing and is designed for the infrared region, the grooves being so shaped and of such size that most of the radiation is concentrated by reflection into a small angular coverage. Radiation of any given wavelength is thus concentrated largely into one order by shaping the point of the ruling diamond to give grooves with comparatively flat sides and by choosing a groove separation which minimizes diffraction effects.

**Echelle grating.** This is designed for use in high orders and at angles of illumination greater than 45° to obtain high dispersion and resolving power by the use of high orders of interference. Echelles have properties lying midway between those of plane gratings of the ordinary type and interferometers of the reflection echelon type, orders of interference ranging from 100 to 1000 being used. Overlapping orders are separated by using crossed dispersion.

**Concave grating.** This is a widely used form of reflection grating with which a spectrograph can be formed that has no auxiliary optical parts except a slit and a camera. Being ruled on a concave mirror, this type of grating can both collimate and focus the light that falls upon it. It is made by spacing straight grooves equally along the chord (rather than the arc) of a spherical or paraboloidal mirror surface. Light which passes through a slit and falls on such a grating is dispersed by it into spectra which are in focus on the Rowland circle, a circle drawn tangent to the

face of the grating at its midpoint, having a diameter equal to the radius of curvature of the grating surface.

A great advantage of the concave grating is that it provides a dispersing and focusing system free of refracting material, so that it can be used with ultraviolet, visible, or infrared radiation interchangeably so long as its grooves diffract radiation and its surface has adequate reflecting power. A disadvantage is its astigmatism at high angles of incidence or reflection, which can, however, be diminished with various optical devices. A plane reflection grating used with two concave mirrors avoids this difficulty.

**Grating mountings.** The slit, grating, and camera of a concave grating spectrograph can be placed anywhere on the Rowland circle so that any desired wavelength range can be photographed in the desired order (**Fig. 2**).




**Fig. 2.** **Rowland circle. Radius of circle = *R*/2.**

The various possible combinations of fixed and moving parts give rise to a number of different grating mountings. In the Rowland mounting, camera and grating are connected by a bar forming a diameter of the Rowland circle, the two running on tracks placed at right angles with the slit fixed at their junction. A spectrum of limited extent having uniform dispersion is then produced at the camera, and camera and grating can be moved on the tracks to shift wavelength coverage. In the Paschen-Runge mounting, slit and grating are fixed, and photographic plates can be clamped to a fixed track almost anywhere on the Rowland circle. In the Eagle mounting, most suited to long, narrow housing, the grating can be rotated and moved toward or away from the slit. The slit is placed close to the camera, which is arranged to rotate so that it can be kept on the Rowland circle.

All these mountings suffer from astigmatism arising from using the grating off-axis. Although this does not markedly reduce the sharpness of the spectrum lines, it may result in a great loss of light intensity when the grating is used at high angles, and it makes difficult the sharp focusing of step filters, sector disks, and interferometer patterns that are placed at the slit.

Astigmatism is greatly reduced in the Wadsworth mounting, in which the slit is placed at the principal focus of a concave mirror, so that the light falling on the grating is in a parallel beam. The grating can be illuminated at any desired angle up to about 40°, and light is taken off along the grating normal, the




**Fig. 3.** **Littrow mounting of a plane grating.**

spectrum being focused on a photographic plate at half the usual distance. The usual dispersion of the grating is halved, but the speed of the spectrograph is increased fourfold, and at high angles the speed is increased much more because of reduction of astigmatism.

Most modern commercial grating spectrographs, because of the need for portability, are based either on the Eagle mounting, with which a rather limited portion of the spectrum can be photographed at one time, or the Wadsworth mounting, which can give greater spectral coverage without resetting but is bulkier and cannot be used at such high values of $m\lambda$. In order to obtain more complete spectrum coverage in a single exposure, an echelle with crossed dispersion or a grating with some other device for separating the orders may be used.

Plane reflection gratings are ordinarily used in the Littrow mounting (**Fig. 3**), in which a single lens serves for collimating and focusing, or in the Ebert mounting in which there are two concave mirrors.

George R. Harrison

Bibliography. M. C. Hutley, *Diffraction Gratings*, 1982; F. A. Jenkins and H. E. White, *Fundamentals of Optics*, 4th ed., 1976; D. Maystre (ed.), *Selected Papers on Diffraction Gratings*, 1993; D. L. Pavia et al., *Introduction to Spectroscopy*, 3d ed., 2000.

## Diffuser

A device in which the kinetic energy of a flow is recovered, thus giving a static pressure rise. A simple example is a diverging passage (see **illus.**) with flow entering the small end and leaving the large end. For an incompressible flow (density, $\rho$, is constant) the mass conservation principle, Eq. (1), indicates

$$m = \rho V A \tag{1}$$

that the velocity ($V$) will decrease through the diffuser as the area ($A$) increases, since the mass flow rate ($m$) is constant. It follows from the Bernoulli




**Standard diffuser geometry.**



Deepwater chimaera (*Hydrolagus affinis*), length to 3 ft (0.9 m). (*After G. B. Goode and T. H. Bean, Oceanic Ichthyology, U.S. Nat. Mus. Spec. Bull. 2, 1895*)

from a single pair of apertures; in the erectile dorsal fin and spine (see **illus.**); in the naked skin in adults; and in the absence of a cloaca and of ribs. Males are usually equipped with a frontal clasper on the head. The teeth are consolidated into six pairs of plates and the upper jaw is immovably fused with the brain case; these adaptations function in grinding mollusks, their chief food. Chimaeras date from the early Mesozoic. They are classified into a single order, the Chimaeriformes, 1 family, the Chimaeridae, 4 or 5 genera, and about 24 species. All chimaeras are marine, most living in deep water. They are of little economic importance. *See* CHONDRICHTHYES.

Reeve M. Bailey

Bibliography. J. Tee-Van et al. (eds.), *Fishes of the Western North Atlantic*, Sears Found. Mar. Res. Mem. 1, pt. 2, 1954.

## Holography

A technique for recording, and later reconstructing, the amplitude and phase distributions of a coherent wave disturbance. Invented by Dennis Gabor in 1948, the process was originally envisioned as a possible method for improving the resolution of electron microscopes. While this original application has not proved feasible, the technique is widely used as a method for optical image formation, and in addition has been successfully used with acoustical and radio waves. This article discusses holography with electromagnetic waves in the optical and microwave regions of the electromagnetic spectrum, and its potential use with x-rays. For holography with sound waves *see* ACOUSTICAL HOLOGRAPHY.

### Optical Holography

Optical holography makes use of a highly coherent beam of light, such as supplied by a laser source. *See* LASER.

**Fundamentals of the technique.** The technique is accomplished by recording the pattern of interference between the unknown object wave of interest and a known reference wave (**Fig. 1**). In general, the object wave is generated by illuminating the (possibly three-dimensional) subject of concern with the coherent light beam. The waves reflected from the object strike a light-sensitive recording medium, such as photographic film or plate. Simultaneously a portion of the light is allowed to bypass the object, and is sent directly to the recording plane, typically by means of a mirror placed next to the object. Thus incident on the recording medium is the sum of the light from the object and a mutually coherent reference wave.

While all light-sensitive recording media respond only to light intensity (that is, power), nonetheless in the pattern of interference between reference and object waves there is preserved a complete record of both the amplitude and the phase distributions of the object wave. Amplitude information is preserved as a modulation of the depth of the interference fringes, while phase information is preserved as variations of the position of the fringes. *See* INTERFERENCE OF WAVES.

The photographic recording obtained is known as a hologram (meaning a total recording); this record generally bears no resemblance to the original object, but rather is a collection of many fine fringes which appear in rather irregular patterns (**Fig. 2**). Nonetheless, when this photographic transparency is illuminated by coherent light, one of the transmitted wave components is an exact duplication of the original object wave (**Fig. 3**). This wave component




Fig. 1. Recording a hologram.



Fig. 2. Typical appearance of a hologram (under magnification).




Fig. 3. Obtaining images from a hologram.

therefore appears to originate from the object (although the object has long since been removed) and accordingly generates a virtual image of it, which appears to an observer to exist in three-dimensional space behind the transparency. The image is truly three-dimensional in the sense that the observer's eyes must refocus to examine foreground and background, and indeed can "look behind" objects in the foreground simply by moving the head laterally.

Also generated are several other wave components, some of which are extraneous, but one of which focuses of its own accord to form a real image in space between the observer and the transparency. This image is generally of less utility than the virtual image because its parallax relations are opposite to those of the original object.

**Applications.** The holographic technique has a number of unique properties which make it of great value as a scientific tool.

*Microscopy.* Historically, microscopy is the potential application of holography that has motivated much of the early work, including the original work of Gabor. The use of holography for optical microscopy has been amply demonstrated, but these techniques are not serious competitors with more conventional microscopes in ordinary microscopy.

Nonetheless, there is one area in which holography offers a unique potential for optical microscopy. This area might be called high-resolution volume imagery. In conventional microscopy, high transverse resolution is achieved only at the price of a very limited depth of focus; that is, only a limited portion of the object volume can be brought into focus at one time. It is possible, of course, to explore a large volume in sequence by continuously refocusing to examine new regions of the object volume, but such an approach is often unsatisfactory, particularly if the object is a dynamic one, continuously in motion. A solution to this problem is to record a hologram of the object by using a pulsed laser. The dynamic object is then "frozen" in time, but the recording contains all information necessary to explore the full object volume with an auxiliary optical system. Sequential observation is acceptable because the object (that is, the holographic image) is no longer dynamic. This approach has been fruitfully applied to the microscopy of three-dimensional volumes of living biological specimens and to the measurement of particle-size distributions in aerosols.

*Interferometry.* Holography has been demonstrated to offer the capability of several unique kinds of interferometry. This capability is a consequence of the fact that holographic images are coherent; that is, they have well-defined amplitude and phase distributions. Any use of holography to achieve the superposition of two coherent images will result in a potential method of interferometry.

The most powerful holographic interferometry techniques are based on the following property: When a photographic emulsion is multiply exposed to form several superimposed holograms, upon reconstruction the several corresponding virtual images are formed simultaneously and therefore interfere. Likewise the various real images interfere.

The most dramatic demonstrations of this type of interferometry use a pulsed ruby laser. Two laser pulses are used to record two separate holograms on the same transparency. Any changes of the object between pulses result in well-defined fringes of the interference in the reconstructed image (**Fig. 4**). The technique is particularly well suited for performing interferometry through imperfect optical elements (for example, windows of poor quality), thus making possible certain kinds of interferometry that could not be achieved by any classical means. *See* INTERFEROMETRY.

*Memories.* Optical memories for storing large volumes of binary data in the form of holograms have been intensively studied. Such a memory consists of an array of small holograms, each capable of reconstructing a different "page" of binary data. When one of these holograms is illuminated by coherent light, it generates a real image consisting of an array of bright or dark spots, each spot representing a binary digit. This image falls on a detector array, with one detector element for each binary digit. Thus to read a single binary digit at a specific location in the memory, a beam deflector causes light to illuminate the appropriate hologram page, and the output of the proper detector element is interrogated to determine whether a bright spot of light exists at that particular location in the image. *See* COMPUTER STORAGE TECHNOLOGY.



Fig. 4. Image taken by the technique of holographic interferometry, showing the compressional waves generated by a high-speed rifle bullet. (*Courtesy of R. E. Brooks, L. O. Heflinger, and R. F. Wuerker*)

*Display.* There has been interest in the use of holography for purposes of display of three-dimensional images. Applications have been found in the field of advertising, and there is increased use of holography as a medium for artistic expression. A significant technical development in this area has been the perfection of a type of recording known as a multiplex hologram. Such a recording typically consists of a large number of separate holograms, all in the form of thin, contiguous, vertical strips on a single piece of film. Each of these holograms produces a virtual image of a different ordinary photograph of the subject of interest. In turn, each such photograph was originally taken from a slightly different angle. Thus when the observer examines the virtual image produced by the entire set of holograms, each eye looks through a different hologram and sees the subject from a different angle. The resulting stereo effect produces a nearly perfect illusion of three-dimensionality. Furthermore, as an observer moves the head horizontally, or as the collection of holograms is rotated, the observer's two eyes continuously see a changing pair of images. If the original set of photographs is properly chosen, the image can be made to move or dance about in nearly any desired fashion. Very dramatic three-dimensional displays of animated subjects can thus be constructed from a series of ordinary photographs. Such displays do not require a laser for viewing, but rather can be utilized with white-light sources.

*Holographic optical elements.* A hologram consisting of the interference of a plane reference wave and a diverging spherical wave, upon illumination by a reconstruction plane wave, will generate a diverging spherical wave (the virtual image) and a converging spherical wave (the real image), each traveling in a different angular direction. Thus such a hologram behaves as an optical focusing element, with properties similar to those of a lens (or, more accurately, a pair of lenses). More complex holograms can generate a multitude of foci, in virtually any pattern desired. Alternatively, by varying the periodicity of the gratinglike structure of the hologram, a small laser beam can be deflected through an angle that is controlled by the local period of the structure. Holograms which are used to control transmitted light beams, rather than to display images, are called holographic optical elements. Interest in such elements has grown substantially, and commercial applications have been found. Most notable is the use of holograms in supermarket scanners at checkout stands. Light from a helium-neon laser falls on a small region of a holographic optical element, which was recorded on a disk and is rotating continuously. As the hologram rotates, different portions of the hologram containing different grating periods are illuminated, and the angle of deflection of the laser beam sweeps through a pattern that was predetermined when the hologram was recorded. In this way the laser beam is caused to follow a complicated scan pattern, which ultimately allows the reading of information from the bar-code patterns recorded on each product. *See* CHARACTER RECOGNITION; GEOMETRICAL OPTICS; OPTICAL IMAGE.

*Security applications.* Holograms are widely used in various applications where authenticity is of the utmost importance, for example, in credit cards and in bank notes to prevent forgery. A holographic postage stamp is in use in the United States to prevent counterfeiting. Security applications have had the greatest commercial impact of any applications of holography.

*Other applications.* A variety of other applications of holography has been proposed and demonstrated, including the analysis of modes of vibration of complicated objects, measurement of strain of objects under stress, generation of very precise depth contours on three-dimensional objects, and high-resolution imagery through aberrating media. These and other applications of holography will be useful in future scientific and engineering problems.

Joseph W. Goodman

## Microwave Holography

Microwave holography is microwave imaging by means of coherent continuous-wave electromagnetic radiation in the wavelength range from 1 mm to 1 m. As a long-wavelength imaging modality, it differs from techniques which employ echo timing (for example, conventional radar) by its requirement for phase information. In this respect it resembles optical holography, from which it has departed significantly. The technique usually involves small-scale systems, that is, systems in which the effective data acquisition aperture is of the order of tens or hundreds of wavelengths. Microwave holographic imaging is characterized by high lateral-resolution capability in comparison with images obtained from echo timing. The natural image format of the data it presents to the human observer enhances its diagnostic potential. In particular, it conveniently produces phase imagery which increases further its diagnostic capability. *See* MICROWAVE; RADAR.

Microwave holographic imaging originated from the two-stage optical process consisting of data recording in the form of an interferogram, and image reconstitution (from a transparency reduced in size because of the larger wavelength) by optical diffraction. The first microwave (and acoustic) holograms were recorded in 1951 before the availability of lasers. The first publicized demonstration of small-scale microwave imaging occurred in 1965 (Fig. 5). The object was a metal letter A with a height of approximately 7 ft (2 m), that is, 70 wavelengths, illuminated by X-band microwave radiation with a wavelength of approximately 30 mm. The hologram (approximately 10 × 10 ft or 3 × 3 m) was mapped by recording the field intensity and converting it to a small transparency for image construction by laser light. Subsequently the methods of data recording and the replacement of the optical diffraction process by digital computation transformed microwave holography into a diagnostic imaging technique in its own right.

(e)



(a)



(b)

Applications of microwave holographic imaging. (*a*) 82-ft-diameter (25-m) paraboloidal reflector antenna structure used in satellite communications. (*b*) Conventional image of the antenna obtained by using a false-color display to quantify the amplitude distribution over the reflector of microwave radiation from a ground-based source. (c) Phase image of the antenna, showing deviations from an ideal paraboloid. (*d*) Microwave image of two subsurface pipes in the form of a cross, one metal and one plastic. (*e*) Test object made from a microwave-penetrable material and (*f*) measurement obtained from its microwave holographic phase tomogram or slice.



(c)





(d)



(f)



Fig. 5. Optically reconstructed image using laser light (wavelength equal to 0.6328 $\mu$m) of metal letter A 70 wavelengths high at the X band (wavelength of approximately 30 mm). (*From R. P. Dooley, X-band holography, Proc. IEEE., 53:1733–1755, 1965*)

**Data recording.** The replacement of the optical diffraction process by computer processing using a fast Fourier transform algorithm has important implications for the data-recording stage. Instead of obtaining the microwave interferogram analogously to the optical process, the microwave field scattered by the object is recorded directly in amplitude and phase by using a microwave receiver which compares the measured field at any point in space with a reference value. For the forward-scatter case (Fig. 6*a*), the object (which may be semitransparent to microwaves) is illuminated from a microwave source and transmitting antenna $T_x$. A receiving antenna scans through known coordinates in the surface *S* and feeds the field values at each point to the receiver. Since a portion of the source energy is fed directly to the receiver by a separate reference channel (either a free space path or a waveguide), the receiver can generate the complex field values (phase and amplitude) at each point. An alternative recording geometry, the backscatter mode (Fig. 6*b*) is the usual configuration for radar systems. The transmitting and receiving antennas are either the same antenna or two antennas close together, as shown. The antennas scan as a unit over the desired surface *S*, and the complex field values are recorded. Because the illumination from the transmitting antenna also scans the object in this case, the resolution of the system is doubled in comparison with the forward-scatter case.

**Computer processing.** The sampled field values recorded over the surface *S* may be expressed as an array of complex numbers and are therefore suitable for computer processing. The computer algorithm is designed to reconstitute an image from the particular scan geometry used. The process can be thought of as effectively inverting the propagation process that brought the scattered waves to the surface *S*. The inversion process usually incorporates a version of the fast Fourier transform algorithm to convert the data recorded on *S* (not strictly a hologram) into the reconstructed object. The computer transfers its output to a memory and then a television monitor display. The important advantages of this digital microwave holographic process are (1) the availability of numerical field values with high accuracy and low noise; (2) the separate operations on the phase and amplitude values, and the separate display of these values; (3) the possibility of computer-observer interaction at any stage of the processing; and (4) the options of monochrome or false color display format. *See* HARMONIC ANALYZER.

**Imaging applications.** The efficacy of microwave holography as an imaging modality independent of




Fig. 6. Typical scan geometries for recording complex field data. (*a*) Forward-scatter mode. (*b*) Backscatter mode.




Fig. 7. Comparison of (a) digitally reconstructed microwave image of object 20 wavelengths long at the Q band (wavelength of 9 mm), showing reflections from surroundings, with (b) optical photograph of object.

optical holography is evidenced by a comparison of the microwave image of an object (**Fig. 7*a***) with the optical photograph (Fig. 7*b*). Considerable resolution of detail can be observed in an object that is only 20 wavelengths long at the microwave frequency. However, the role of microwave holography is not to mimic optical holography. Until 1979, perhaps the most useful diagnostic application of microwave holographic imaging was the metrology of large reflector antennas. The data acquisition procedure is a variant of the general forward-scatter case (Fig. 6*a*) since the object itself is scanned in both azimuth and elevation to synthesize the holographic aperture. In this arrangement (**Fig. 8*a***), the test antenna itself feeds the complex field values to the microwave receiver, and so functions simultaneously as the receiving antenna and the object. The transmitting antenna is located either on the ground, in the near field of the test antenna, or on board a synchronous satellite. The image, that is, the conventional notion of an image (Fig. 8*b*), is obtained by quantifying the amplitude distribution over the reflector, and also shows the support legs and the focal region "laboratory." More important is the phase image (Fig. 8*c*), which corresponds to the errors in the reflector profile, that is, deviations from the ideal paraboloidal shape. Other important diagnostic information can be derived, for example, the astigmatism due to gravitational distortion which is apparent in Fig. 8*d*.

Microwave holography is also useful in applications where images of concealed structure are required. Microwave radiation penetrates a variety of dielectric media to a depth depending on the attenuation of a given wavelength in a particular medium. One such application is the mapping of subsurface pipes and cables. A scanning arrangement for this purpose (**Fig. 9*a***) uses the backscatter mode (Fig. 6*b*). The detection of the backscatter from buried pipes, which is very weak after suffering attenuation in the soil, is assisted by the polarization discrimination of the receiving antenna. The data acquisition and computer processing follow the normal procedure with compensation for microwave propagation in the soil. Plastic pipes as well as metal pipes can be imaged (Fig. 9*b*). Hence this




Fig. 8. Applications of microwave holographic imaging to metrology of an 82-ft-diameter (25-m) paraboloidal reflector antenna structure used in satellite communications. (a) Scan geometry used for data recording. (b) Amplitude image showing aperture illumination distribution. (c) Phase image showing deviations from the ideal paraboloid.

Case 1:06-cv-00601-EJD Document 45-4 Filed 08/08/2008 Page 21 of 23





Subsurface imaging. (a) Scan system. (b) Microwave tude image, at wavelength of 0.6 m (2 ft), of two ed pipes whose positions are indicated by solid lines. 1 is plastic; pipe 2 is metal. Field of view is 7 × 7 ft 2 m).

invasive microwave technique has a diagnostic er greater than the normal metal detectors. *See* NDESTRUCTIVE EVALUATION.

**crowave tomography.** The major limitation of the rowave holographic techniques discussed above that the images produced are essentially two-ensional. This may seem surprising, given the that optical holography is a three-dimensional construction process. The reason is that the owave wavelength is so long ($10^4$–$10^6$ times that ht) that the depth of focus of the microwave gram is prohibitive. This disadvantage is over-by employing a tomographic mode of imaging exploits the ability of microwaves to penetrate materials and thereby characterize their three-sional structure more accurately. This devel-nt is analogous to the technique of computer-tomography used in x-ray scanning systems. owave holographic tomography requires holo-s to be recorded from different views of the ob-nd synthesized. Again, the availability of phase imagery increases its diagnostic potential. *See* COMPUTERIZED TOMOGRAPHY. Alan P. Anderson

## X-Ray Holography

Physicists and life scientists have been engaged in research that will ultimately allow three-dimensional imaging of living organisms with resolution and contrast far beyond the reach of optical microscopes. The impetus for this activity is the imminent availability of high-intensity coherent sources of electromagnetic radiation with wavelengths between 0.1 and 10 nanometers. Much of the study is concentrated on holographic imaging because it can eliminate the need for focusing elements which are difficult to fabricate with enough precision to achieve diffraction-limited resolution in the soft x-ray regime. Furthermore, several of these new sources promise extremely high intensity and subnanosecond pulses, and can circumvent the problem of killing and altering the specimen with the x-ray exposure by extracting an image from the specimen before it is obliterated. *See* X-RAY OPTICS; X-RAYS.

**X-ray sources.** To be suitable for holography, the x-radiation must be monochromatic and have a relatively high degree of coherence. Synchrotrons using magnetic undulators can generate a narrow band of intense radiation. Use of monochrometers and pinhole apertures can improve the coherence of this radiation at the sacrifice of intensity but with retention of sufficient intensity to image biological specimens on time scales from a few seconds to a few hours. *See* SYNCHROTRON RADIATION.

There are several promising sources. Nonlinear optical frequency multiplication techniques produce intense picosecond pulses of tunable coherent radiation, and have reached wavelengths as short as 40 nm. Similarly, multiphoton excitation can pump atoms to higher energy levels that have lasing transitions at wavelengths much shorter than the excitor laser. X-ray lasers driven by nuclear explosives and by more conventional laboratory sources are under development. X-ray and gamma-ray lasers will be inherently short-pulse, high-intensity devices because they will probably not have resonant cavities, so the radiation being amplified can make only a single passage through the active medium; and the creation and maintenance of a high density of excited atomic states of short lifetime and high quantum energy require enormous power, which terrestrial sources can supply only in the form of pulses. *See* NONLINEAR OPTICS.

**Geometries.** There are three principal geometries for holography (**Fig. 10**). The Fresnel transform techniques use planar reference waves and have resolution limited by the grain size of the recording medium. The on-axis (Gabor) form is inherently simple but suffers from overlap of the real and virtual images. The off-axis (Leith-Upatnieks) modification reduces the image overlap problem but requires a mirror and a broadened beam for system illumination; both forms may be difficult at x-ray wavelengths. The Fourier transform (Stroke) geometries, using




Fig. 10. Geometric configurations of x-ray holographic techniques. (*a*) On-axis Fresnel transform (Gabor holography). (*b*) Off-axis Fresnel transform (Leith-Upatnieks holography). (*c*) Planar Fourier transform (Stroke holography).

curved wavefronts, achieve large fringe spacings and are therefore less sensitive to grain size.

Coherence is characterized by the effective finite length of a photon wave train in the transverse direction (spatial). Both coherence length and geometry limit the holographable volume of a specimen. For most specimens of biological interest, spatial and temporal coherence lengths of 10 micrometers to 1 nm are adequate.

**Interactions of x-radiation.** The interaction of x-radiation with matter is quite different from the interaction of visible light with matter. Whereas the extinction of a visible beam traversing matter is mainly due to scattering, the extinction of an x-ray beam is mainly due to absorption. X-rays can also be scattered, but usually the cross section for coherent scattering is very much smaller than for absorption. In the visible regime, holographic images are primarily formed by refraction or reflection, whereas in the x-ray regime they are dominated by diffraction. The greatest contrast in x-ray absorption between water, which composes most of the cytoplasm, and protein (or the nucleic acids) occurs between the *K* edges of oxygen and nitrogen.

**Snapshot x-ray holography.** Existing x-ray sources, in particular, synchrotron radiation sources, have been used to make holograms. However, they require long exposures, limiting their usefulness for research on living specimens. More coherent sources may also be developed, but those of low intensity will be similarly limited, since ionization will have decomposed molecules, modified compositions, and altered biological functions before enough radiation can be received to form a useful hologram. Snapshots are essential for x-ray holography of living specimens. Fortunately, it is likely that x-ray sources producing brief intense bursts will be developed.

With an intense pulsed coherent source (such as an x-ray laser), hydrodynamic expansion, initiated by sudden heating, rather than normal biological activity, chemical change, or thermal agitation, will limit the time during which recording of the hologram must be accomplished. Analytical expressions for the explosion of a semiopaque feature (such as a protein globule) are useful for estimating the radiation requirements for typical cases. They are based on the criterion that, to achieve a linear resolution $\delta$, a specified minimum number of photons must have been coherently scattered in a volume $\delta^3$ and that, during the exposure time $\Delta t$, no dimension of the specimen should have increased by more than $\delta$. For most biological specimens, intensities on the order of $10^{12}$ W · cm$^{-2}$ with pulse lengths on the order of $10^{-11}$ s will be required to obtain an x-ray hologram with resolution of 10 nm.

**Recording.** An x-ray hologram can be registered by radiation-induced prompt or latent chemical change, or by photoelectron emission. Photographic emulsion is unsatisfactory for Fresnel transform x-ray holography because the resolution is limited by grain size. If an electron microscope could be used to image the points of electron emission from a photocathode reference surface, time-gated holography might be possible. However, the continuous distributions in energy and in angles of emission of electrons from a photocathode preclude the formation of sharp electron-optical images, imposing a trade-off between quantum efficiency and resolution, unless image-deblurring analysis can be applied. Photoresists (materials that lose resistance to chemical etching at points exposed to radiation) have grain sizes that approach 5 nm, which is entirely adequate for x-ray holograms with resolutions of 10 nm. To reconstruct a photoresist hologram, a transmission electron micrograph could be formed and viewed with visible laser illumination, or a transmission electron microscope could be used to scan and digitize the photoresist for analysis by computation, which can also mitigate nonlinearities that may be troublesome in optical reconstruction. *See* ELECTRON MICROSCOPE; PHOTOEMISSION; PHOTOGRAPHIC MATERIALS.

By using Fourier transform x-ray holography, it is possible to arbitrarily adjust the fringe spacing at the sacrifice of intensity and thereby record with common photographic emulsions. However, when compared with photoresists on the basis of number of quanta required to produce a developable speck, it is not clear that the greater sensitivity of photographic emulsions offers any advantage, and consequently there is no clear advantage of Fourier over Fresnel methods.

**Practical considerations.** The realization of x-ray holography as a practical research tool still awaits the

solution of some challenging technical problems:

1. Development of sources that can generate intense coherent radiation at the precise wavelengths to optimize contrast among specimen constituents. Perhaps nonlinear mixing with tunable visible radiation will be necessary.

2. Termination of exposure within a sufficiently brief time interval and with sufficient intensity to achieve the desired resolution, as discussed above. Frequency multiplication techniques and multiphoton excitation lasers can achieve these short pulses because the optical laser driving them can be mode-locked. Corresponding schemes are difficult to envisage for x-ray or gamma-ray lasers, and their pulse lengths are likely to be much longer. A shutter or gate, somewhere in the system, that operates when full intensity is reached will be essential. *See* OPTICAL PULSES.

3. In principle, photoelectric recording could be time-gated. However, complexity and precision required of the electronics, and blurring associated with initial electron velocity distribution make this approach unattractive. On the other hand, exposure control in photoresist recording is not likely to be managed by a gate; therefore exposure control must be provided elsewhere in the system.

4. Leith-Upatnieks holography may be necessary to avoid image overlap obscuration, and this requires an x-ray mirror. A synthetic Bragg crystal may suffice, and thermal expansion, if sufficiently uniform, can provide automatically time-gated reflection.

Johndale C. Solem

Bibliography. M. F. Adams and A. P. Anderson, Synthetic aperture tomographic imaging (SAT) for microwave diagnostics, *Proc. IEEE*, 129:83–88, 1982; A. P. Anderson, Microwave holography, *Proc. IEEE*, 124:946–962, 1977; J. W. Goodman, *Introduction to Fourier Optics*, 2d ed., 1996; P. Greguss and T. H. Jeong (eds.), *Holography*, 1991; P. Hariharan, *Optical Holography*, 2d ed., 1996; J. E. Kasper and S. A. Feller, *The Complete Book of Holograms*, 1987; E. N. Leith and J. Upatnieks, Photography by laser, *Sci. Amer.*, 212(6):24–35, 1965; G. Saxby, *Practical Holography*, 2d ed., 1994; J. Solem and G. Baldwin, Microholography of living organisms, *Science*, 218: 119–235, 1982.

## Holostei

One of three organizational levels (infraclasses) of the subclass Actinopterygii, or rayfin fishes. The holosteans are descended from the older Chondrostei and in turn are ancestral to the great mass of modern bony fishes, the Teleostei. It is not certain whether holosteans evolved from a single stock or multiple stocks of the Chondrostei. *See* CHONDROSTEI; TELEOSTEI.

**Phylogeny.** Holosteans made their first appearance in the Upper Permian as the order Semionotiformes; three additional orders arose in the Triassic Period, and the fifth and last order, the Aspidorhynchiformes, evolved in the Middle Jurassic. In the Jurassic and Lower Cretaceous, holosteans dominated actinopterygian fish life, but by the Late Cretaceous they had been largely replaced by teleosts. The specialized Pycnodontiformes persisted until the Eocene, but the spindle-shaped, predacious Aspidorhynchiformes and the Pholidophoriformes, which are likely ancestors of the Teleostei, died out in the Cretaceous. Fragmentary remnants of two large orders persist to the present time as survivors of the Mesozoic: Semionotiformes, as the North American and Middle American gars (family Lepisosteidae), and Amiiformes, as a single species, the bowfin (family Amiidae) of eastern North America. Understandably, both groups have been intensively studied by biologists in search of clues to the life of the past.

**Morphology.** Holosteans, although highly varied in body form, were structurally as well as temporally intermediate between chondrosteans and teleosts, to which group they passed on substantial advances. Mouthparts were improved by horizontal suspension of the hyomandibular from the skull, a more forward positioning of the angle of the gape, and the development of a strong coronoid process on the mandible. The maxilla was freed posteriorly, and the entire feeding mechanism became more mobile and was strengthened, thus permitting diversification in food habits, though most holosteans were predacious. The caudal fin is typically abbreviate heterocercal, with the posterior vertebrae upturned but not forming a long upper lobe. Typically the anterior upturned centra each support a single, slender hypural. Dorsal and anal fin rays are strengthened and reduced in number to approximate serial equivalence with the internal supports. In early forms scales are often thick and rhomboidal, as in chondrosteans, but in certain advanced types are thin and rounded; they retain an enamellike outer layer (ganoine) that is lost in all but the earliest teleosts. In living holosteans the swim bladder is highly vascularized, and auxiliary aerial respiration is possible, a sometimes essential faculty in oxygen-poor waters of swamps. *See* ACTINOPTERYGII; AMIIFORMES; ASPIDORHYNCHIFORMES; PHOLIDOPHORIFORMES; PYCNODONTIFORMES; SEMIONOTIFORMES.

Reeve M. Bailey

## Holothuroidea

A class of Echinozoa characterized by a cylindrical body and smooth leathery skin, and known as sea cucumbers. There are no arms, but a ring of five or more tentacles may surround the mouth, which is usually at one end of the body. There are no pedicellariae. Tube feet may be present or lacking. There are no ambulacral grooves, although they are represented by internal epineural canals overlying the radial nerves. E. Deichmann (1957) regards them as the most aberrant group of extant echinoderms. *See* ECHINOZOA.