# EXHIBIT 3

# THE HARPER ENCYCLOPEDIA OF SCIENCE

Edited by JAMES R. NEWMAN

## Volume I: A through D

*Managing Editor*
JEROME WYCKOFF

*Associate Editors*
ROGER G. MENGES • EDMUND H. HARVEY, JR.

*Board of Editorial Consultants*

JOHN TYLER BONNER, Princeton University
SIMONE DARO GOSSNER, U. S. Naval Observatory
MORRIS KLINE, New York University
LORUS AND MARGERY MILNE, University of New Hampshire
GAIRDNER MOMENT, Goucher College
ERNEST NAGEL, Columbia University
MELBA PHILLIPS, Washington University
DUANE H. D. ROLLER, University of Oklahoma
ANTHONY SCHWARTZ, Harris Research, Inc.
JOHN SHIMER, Brooklyn College
PHILIP SIEKEVITZ, Rockefeller Institute for Medical Research
SHIRLEIGH SILVERMAN, U. S. Office of Naval Research
O. G. SUTTON, Meteorological Office, London

HARPER & ROW, PUBLISHERS • NEW YORK AND EVANSTON

SIGMA, INC. • WASHINGTON, D.C.

1963

UT-DALLAS LIBRARIES
3 1863 001 948 839

*Staff Editors*

EDWIN M. RIPIN · PETER R. LIMBURG · BARBARA P. SHERIDAN
ALVIN LUKASHOK · CHARLES SPAIN VERRAL

*Editorial Assistants*

SARAH WORM · BARBARA VINSON
JUDITH KELNER · RHODA GLUCK
WINIFRED COURTNEY · POLDI GOETZ-WITTELS · KATHLEEN BARNES
SARA HANNUM · THOMAS WYCKOFF · PATRICIA COLE · LASKY ASSOCIATES

*Special Editors*

CHESTER JOHNSON · ELVIN ABELES
JOHN FERRONE · SYBIL TAYLOR

*Bibliography*

REGINALD R. HAWKINS

*Index Supervisor*

ROBERT J. PALMER

*Design*

WILLIAM SAYLES
JOSEPH TRAUTWEIN

*Technical Adviser for Illustrations*

EDWIN M. RIPIN

*Photo Research*

JANET CHENERY · KAREN NANGLE
RICHARD EIGER · NANCY FORD

*Production*

MARTIN CONNELL

*Library of Congress Catalog Card Number: 62-14541*

First Edition

Copyright © 1963 by Harper & Row, Publishers, Incorporated, and Sigma, Inc.
All rights reserved. No part of the book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles or reviews.
For information address Harper & Row, Publishers, 49 East 33rd Street, New York 16, N. Y.
Created and Designed by Artists and Writers Press and Sigma, Inc.
Produced by Western Printing and Lithographing Company. Printed in U.S.A.
*The text for this book was completely Fotoset by Graphic Services, Inc.*

Given the curvature and torsion at each point of a curve, the curve is entirely determined. There are basic formulas, differential equations known as the Serret-Frenet formulas, by means of which the equation of the curve can be calculated. Conversely, given the equation, curvature and torsion at each point can be calculated.

The most important property of surfaces also is curvature. To express curvature mathematically, two concepts are required—mean curvature and Gauss curvature. The definitions of these are somewhat detailed, but, both together express what one means intuitively when one says that the curvature of a football is greater at either end than at some point near the middle of the surface. In the case of a circular cylinder, the Gauss curvature at each point is zero, but the mean curvature expresses the intuitive fact that the cross-section is a circle. Another noteworthy property of surfaces is the nature of the geodesic between any two given points on that surface, for, except in special cases, the geodesic is the shortest path on the surface between the two points. The commonest example is the sphere. If the two points are not on opposite ends of a diameter, then the geodesic and shortest path between them is the shorter arc of the unique great circle which passes through the points. To know the geodesics on a surface is useful in practice; thus the pilot of a ship or airplane, other conditions permitting, steers his craft along the shortest path between his point of departure and destination.

The differential geometry of curves and surfaces is best studied by means of what are called parametric equations. A curve is generally represented by three equations: $x(t), y(t), z(t)$, where $t$ is called the parameter and each point on the curve has a value of $t$ assigned to it. The parametric equations of a surface are of the form $x(u,v), y(u,v), z(u,v)$, where $u$ and $v$ are parameters. To each point on the surface there correspond a $u$- and a $v$-value, just as to each point in the plane there is an $x$- and a $y$-value as determined by a rectangular Cartesian coordinate system.

Elementary differential geometry begins as the study of special properties of curves and surfaces located in the ordinary space treated in Euclidean geometry. However, one soon discovers that it is the nature of the surface, and not the Euclidean space within which it lies, that determines its chief characteristics. For example, the defining characteristics of a spherical surface—namely, its curvature and its geodesics—are intrinsic and not affected by its lodgment in a three-dimensional space. But note that these intrinsic properties are not necessarily the same as those of the Euclidean plane. Thus the geodesics on a sphere are arcs of circles and not straight lines. The sum of the angles of a spherical triangle (a triangle formed by three arcs of three great circles) is not 180°, but may lie between 180° and 540°. Hence the geometry on a surface need not be two-dimensional Euclidean geometry. In fact the geometry is usually non-Euclidean and may be of a very general kind; *i.e.* it may differ far more radically from Euclidean geometry than the two famous non-Euclidean geometries, the one known as hyperbolic geometry, invented by Gauss, Lobachevsky, and Bolyai, the other known as elliptic geometry, invented by Riemann. The study of properties of very general surfaces is known as RIEMANNIAN GEOMETRY. The great significance of Riemannian geometry is that its concepts and techniques carry over to three- and four-dimensional space and so give us new geometries of the most varied sort to represent physical space or, as in the theory of relativity, space-time. See also NON-EUCLIDEAN GEOMETRY. —*M. Kl.*

**DIFFERENTIATION:** Most organisms begin life as a single cell, the fertilized EGG, which then divides into many daughter cells. The complex process whereby these cells take on progressively new characteristics and specialized functions is called *cellular differentiation.* The gradual formation of functional organs and organ systems from initially unorganized cells is similarly referred to as *organ differentiation.* Differentiation takes place to some extent throughout the lifetime of most organisms, but is spectacularly evident during EMBRYONIC DEVELOPMENT.—*R. L. D.*

**DIFFRACTION:** a common property of the interaction of any wave motion with matter, illustrated by the bending of waves into the region of the geometrical shadow of an obstacle. For example, light rays passing through an aperture do not travel in exactly straight lines, but spread out slightly from the path expected geometrically. The sharpness of images formed by lenses or mirrors is limited by diffraction, which gives even the sharpest line a fuzzy-edged image; this is usually a smaller-scale phenomenon than the aberrations caused by the fact that the lens or mirror is not a geometrically perfect image-forming device. Diffraction effects occur in sound and water waves, as well as in all types of electromagnetic radiation, including radio waves; microwaves; infrared, visible, and ultraviolet light; and x-rays. Diffraction effects in sound waves are more easily observed than in light because of the longer wavelength of sound and the fact that diffraction is observable only at distances comparable to a few wavelengths of the motion being studied.

DIFFRACTION GRATINGS are specially developed devices used in spectroscopes and spectrographs for the analysis of light beams into their constituent wavelengths, and they supplement the commonly employed prisms of glass, quartz, or perhaps other materials. X-RAY DIFFRACTION techniques have been most useful in determining the structure of crystals, while studies of diffraction at microwave frequencies have been important in the development of radar techniques. The theoretical study of diffraction is very complicated, mathematically. However, there are simple expressions that indicate the resolving-power limit of a microscope or a spectroscope as determined by diffraction. Diffraction effects can also be observed in fast-moving particles such as electrons (see ELECTRON DIFFRACTION). NEUTRON DIFFRACTION is an important phenomenon in nuclear physics.—*S. S. B.*



**Diffraction of light** produces fringes around the shadows of a fine wire (*left*) and a small circular disc (*right*). Note the light spot at the center of the disc caused by constructive interference of the light waves passing around it. (*R. S. Longhurst*)

**DIFFRACTION GRATING:** an optical device for dispersing light into a SPECTRUM. The grating is essentially a transparent plate covered with fine, parallel, opaque, equidistant bands. The behavior of a simple grating is shown in Fig. 1. Light, here assumed to be monochromatic, passes through the slit and collimator lens and arrives as parallel beams at the grating. Some of the light continues straight through the grating and




Fig. 1

is focused at $P_0$ by the objective lens. According to Huygens' principle (see WAVE AND WAVE MOTION), the transparent parts of the grating may be considered as secondary light sources, radiating in all directions. Light leaving the grating at an angle *a,* for example, will be focused at $P_1$. Fig. 2 shows a detailed view of rays diffracted (*i.e.* re-radiated) from two adjacent grating elements. Ray *A* travels farther than ray *B* by the distance *AC*. If the rays are not to interfere when they are brought to a focus, the distance *AC* must be an integral multiple of the wavelength of the light. The position of $P_1$ on the screen relative to $P_0$ therefore depends upon the wavelength of the light illuminating the grating. If white light had been used instead of monochromatic in Fig. 1, $P_1$ would appear as a spectrum on the screen. (The rainbow colors seen in light reflected from an LP phonograph record prove that the same phenomenon appears when fine parallel grooves are inscribed on a shiny surface.)

The brightness and spread of the spectrum depend upon the fineness and uniformity of the grating. Gratings of 15,000 lines/in. are suitable for most spectrographic work, but gratings as fine as 100,000 lines/in. have been made. The ruling engines capable of working to these tolerances are among the most precise machines ever designed. The preparation of perfect gratings is so difficult that there are only a few really good ones in existence. Replica gratings made by pouring liquid collodion or plastic over a master grating, allowing it to dry, and then carefully peeling off the film are entirely satisfactory for most purposes.—*D. H. L.*




Fig. 2

**DIFFUSER:** a flow passage that decelerates a stream of gas or liquid from a high to a low velocity. Diffusers are important elements in COMPRESSORS, PUMPS, WIND TUNNELS, and ramjets (see AIRCRAFT PROPULSION), the action of each of which involves deceleration of a fluid stream to increase fluid pressure. *Subsonic diffusers* decelerate gases or liquids traveling at subsonic velocities; *supersonic diffusers* decelerate a gas from a velocity higher than the speed of sound to a velocity less than sonic. In the latter, deceleration is accompanied by sharp pressure discontinuities, called SHOCK WAVES.—*F. K.*

**DIFFUSION:** The molecules of any substance, whether gaseous, liquid, or solid, are in continuous thermal motion and tend to penetrate the spaces between the molecules of other substances. Gases expand and diffuse easily into other gases, liquids, and solids. Liquids diffuse into other liquids only when miscible; they diffuse also through solids (see OSMOSIS). Solids generally diffuse through other solids only under pressure. Thus carbon diffuses through steel to form a uniform alloy, carbon steel. On a photographic plate, silver ions diffuse from places unaffected by light to places that have been exposed. Substances differ in their rate of diffusion, those with a higher rate of diffusion tending to diffuse through those having a lower rate. When diffusion rates are nearly alike, as between hydrogen and helium, the substances diffuse uniformly into each other. A rise in temperature increases a substance's rate of diffusion: a heated gas will diffuse through a colder one. Also, rate of diffusion increases with the concentration of a solid in solution. The movement will be from the stronger to the weaker solution (or from the solution to a pure liquid). Thus where a river meets the sea, sea salt diffuses into the fresh water, moving against the current, so that in slow-flowing rivers the river water may become nearly as salty as sea water before it reaches the sea.—*T. M.*

**DIGESTION:** the process whereby food is broken down mechanically and chemically into components that can be utilized in metabolism. In plants, food is formed in PHOTOSYNTHESIS and stored in the cells as starch or oil. Before the food can be transported or used, the plant must break down (digest) the starch to simple sugars, and the oils to fatty acids and glycerol. Animals consume as food the cells, tissues, or products of plants or other animals. Large particles of food must be broken down mechanically into small particles, and the carbohydrates, fats, and proteins that make up the food must be digested chemically into the smaller molecules of sugars, fatty acids, glycerol, and amino acids before they can be absorbed, transported, and used by cells. The basic process in digestion is *hydrolysis,* in which chemical bonds that hold together the components of large molecules are broken by the introduction of water, so that the large molecules are split into smaller component molecules. Each hydrolytic reaction in digestion is catalyzed by a specific ENZYME. Enzymes that hydrolyze starches (amylum) are called amylases; those that hydrolyze proteins are called proteases or peptidases (because they hydrolyze the peptide bond); those that hydrolyze fats (lipids) are called lipases.

In plants, the digestive processes take place in the cells where the food is stored. In many lower animals (protozoans and some others), digestion also takes place in the cell, often in special spherical vacuoles, which surround the food particles. In all higher animals, digestion takes place in a long, continuous, tubular digestive tract, or alimentary canal, extending from mouth to anus. In general, this tract consists of a mouth, which receives the food and may exert some mechanical action to break it up; a foregut or esophagus, which conducts the food to the midgut, where further mechanical action and the secretion of digestive enzymes is localized, and where absorption takes place; and a hindgut, which conducts undigested residues to the anus, forming them into feces for elimination. In a few animals (*e.g.* clams and mussels, which feed on very small particles, and some snails, which grind up the food into small particles before digestion) the food particles are not digested in the midgut, but are taken into the cells of a large digestive gland and digested there. In most animals, the enzymes are discharged into the midgut from separate glands or from small glands in the walls of the intestine, and perform their action on the food while it is in the gut. The foregut sometimes contains a storage sac, or crop, and the midgut may have a muscular gizzard or other device to grind the food into small particles