# EXHIBIT 5

# Optical design comparison of 60° eyepieces: one with a diffractive surface and one with aspherics

Wayne Knapp, Gary Blough, Kumar Khajurivala, Robert Michaels, Berge Tatian, and Brian Volk

An optical design comparison is made between two 60° field-of-view long-eye-relief eyepieces used for viewing a flat image-intensifier P-43 phosphor screen output. One eyepiece contains both spherical glass elements and plastic aspheric elements. The other eyepiece consists of spherical glass elements and a diffractive surface. Both optical designs were optimized by use of identical system constraints for size and weight. The eyepiece containing the diffractive surface provided an improved modulation transfer function performance and has been fabricated and tested. The fabricated lens characteristics and modulation transfer function performance closely matched the design expectations. © 1997 Optical Society of America

## 1. Introduction

Eyepiece requirements for night vision systems can vary substantially from other applications. From a user standpoint, a long eye relief is generally needed to permit use with eyeglasses and perhaps a sealed face mask. Additionally, a large exit pupil is required for both ease of use and user motions relative to the goggle. Eye relief in the 20–25-mm range and a 10–12-mm-diameter exit pupil are typical values. Size and weight constraints are system drivers, especially with the large 60° field angle coupled with the long eye relief and large exit pupil. A diameter limit is required for a binocular arrangement in order to accommodate a narrow interpupilary distance.

Optical requirements for this system include a flat 25-mm-diameter format image-intensifier tube face as the object to be viewed. Additionally, a glass electroluminescent panel display is positioned close to the image-intensifier tube face. These two objects emit in a region near 550 nm, and a weighted spectral band between 540 and 558 nm was used for analysis purposes. This relatively narrow spectral band is one of the design's most forgiving features.

The image-intensifier system must provide for unity power viewing with less than 1% distortion. The objective lens has 10% barrel distortion to maximize angular resolution on axis and cover a 60° field of view with a 25-mm-diameter image. The eyepiece and the objective focal lengths are matched for unity power, each having a 24-mm effective focal length. The eyepiece must have 10% pincushion distortion to provide a viewing system with essentially zero system distortion.

For the above needs, the Army Night Vision and Electronics Sensors Directorate contracted with ITT Night Vision to develop an Advanced Technology Demonstrator under the Advanced Image Intensification (AI2) program. The AI2 eyepiece was to be selected from two approaches. The primary eyepiece design was to utilize diffractive and spherical lens elements with emphasis on glass materials. The secondary eyepiece could use aspheric lens elements of glass or plastic. The secondary eyepiece was viewed as an alternative in case the primary eyepiece design proved infeasible. This paper compares the optical design results and presents performance results of the fabricated primary eyepiece.

## 2. Optical Design Criteria

The optical designs of the two eyepiece forms were designed to the criteria listed in Table 1, which were provided to the authors by Robert Gallagher of ITT Night Vision. A few of the parameter listings need clarification. The field of view and format covered

W. Knapp, K. Khajurivala, B. Tatian, and B. Volk are with the Precision Optics Corporation, Gardner, Massachusetts 01440. G. Blough is with Melles Griot, Rochester, New York 14620. R. Michaels is with the Rochester Photonics Corporation, Rochester, New York 14623.

Received 11 September 1996; revised manuscript received 7 February 1997.
0003-6935/97/204756-05$10.00/0
© 1997 Optical Society of America

**Table 1. Development Criteria for the AI2 Eyepiece**

| Parameter | Development Criteria |
|---|---|
| Field of view | 60° |
| Format covered | 25 mm |
| Focal length | 24 mm |
| Distortion | −10% |
| Glass length | <41 mm |
| Glass diameter | <46 mm |
| Glass weight | <120 g |
| Focus range | ±2 D |
| Field curvature | ±0.25 D |
| Astigmatism | <0.5 D |
| Exit pupil (all field angles) | ≥12-mm diameter |
| Normal eye relief | ≥20 mm |
| Spectral band | 540.0–558.0 nm |
| Transmission | 80% |
| Modulation transfer function 5-mm centered and decentered pupil located within 5 mm of optical axis | Various criteria to 56 line pairs/mm |

are circular to match the image-intensifier output format. Optimization and analysis were done by ray tracing from the exit pupil or eye location to the image tube face for convenience. The −10% distortion value results in pincushion distortion when the system is utilized in the opposite direction. Final designs were ray traced in the correct (tube face-to-eye) direction to ensure that no significant errors existed. The terms glass length, diameter, and weight refer to the optical component materials, whether they are glass, plastics, or photopolymers. Glass diameters assumed a 1-mm edge beyond the clear apertures. The exit pupil is stated as ≥12 mm at all field angles; however, modulation transfer function (MTF) analysis was done with a 5-mm pupil diameter with up to a 5-mm decenter, which effectively establishes a 15-mm-diameter exit pupil. The 30° semifield position is vignetted by the element clear apertures to a 12-mm diameter.




Fig. 1. Eyepiece bandpass filter.

The eyepiece designs were to be analyzed for MTF

**Table 2. Sample MTF Data for the Secondary Eyepiece Design out to a 20° Semifield of View[a]**

| Pupil Location | Radial 14.0 | Radial 28.0 | Radial 42.0 | Radial 56.0 | Radial Δ Focus (mm) | Tangential 14.0 | Tangential 28.0 | Tangential 42.0 | Tangential 56.0 | Tangential Δ Focus (mm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Centered pupil (on axis) | 95 | 88 | 82 | 76 | 0.000 | 95 | 88 | 82 | 76 | 0.000 |
| +2 mm vertical on axis | 93 | 82 | 71 | 61 | −0.110 | 94 | 87 | 80 | 72 | −0.055 |
| +5 mm vertical on axis | 65 | 46 | 36 | 26 | 0.440 | 89 | 72 | 54 | 38 | −0.220 |
| Centered pupil (14° field) | 95 | 89 | 83 | 76 | −0.180 | 92 | 79 | 66 | 54 | 0.020 |
| +2-mm vertical | 93 | 82 | 71 | 61 | −0.260 | 91 | 76 | 61 | 47 | −0.020 |
| +5-mm vertical | 59 | 43 | 33 | 27 | −0.500 | 87 | 65 | 45 | 30 | −0.180 |
| +2-mm horizontal | 94 | 87 | 80 | 73 | −0.180 | 91 | 77 | 63 | 50 | −0.100 |
| −2-mm horizontal | 94 | 88 | 81 | 74 | −0.180 | 89 | 70 | 52 | 37 | −0.100 |
| +5-mm horizontal | 91 | 76 | 60 | 46 | −0.340 | 83 | 56 | 38 | 29 | −0.420 |
| −5-mm horizontal | 91 | 75 | 59 | 45 | −0.340 | 76 | 43 | 25 | 15 | 0.420 |
| Centered pupil (20° field) | 94 | 86 | 77 | 69 | −0.225 | 89 | 70 | 54 | 40 | 0.025 |
| +2-mm vertical | 93 | 83 | 72 | 62 | −0.260 | 88 | 68 | 50 | 35 | 0.025 |
| +5-mm vertical | 70 | 47 | 38 | 29 | −0.500 | 85 | 60 | 39 | 24 | −0.100 |
| +2-mm horizontal | 92 | 79 | 65 | 50 | −0.180 | 88 | 69 | 51 | 37 | −0.100 |
| −2-mm horizontal | 93 | 84 | 74 | 65 | −0.180 | 86 | 64 | 46 | 34 | 0.025 |
| +5-mm horizontal | 90 | 73 | 56 | 41 | −0.340 | 83 | 56 | 35 | 24 | −0.350 |
| −5-mm horizontal | 94 | 85 | 76 | 67 | −0.340 | 78 | 48 | 28 | 25 | −0.100 |

[a] +10.4441 average change from specifications.

performance with a P43 phosphor spectral band response, which was limited by a 500–580-nm bandpass filter, as shown in Fig. 1. The MTF was analyzed at 0°, 14°, 20°, and 30° semifield angles by use of a 5-mm-diameter pupil with pupil decenters of 0, ±2, and ±5 mm in the meridional plane and 2- and 5-mm decenters in the sagittal plane. Focus accommodation was allowed and was used for field curve–astigmatism evaluation during design. A sample of the secondary eyepiece MTF data to a 20° semifield is shown in Table 2. Data at the 30° semifield were limited to 28 lp/mm (lp indicates line pairs).

### 3. Optical Design Discussion

Optical design activity was initiated with the goal of satisfying the listed criteria. The most significant drivers of the design included the 60° field of view, eye relief–pupil size, flat object, field–astigmatism requirements, glass weight, and diameters. These parameters, in combination, severely constrained the design solution space. Within this set of constraints, the field of view, eye relief, and pupil size were the main system performance drivers. Reduction of these criteria values would have relieved the design difficulty to some extent.

As an example of the constraint problem, consider the 46-mm glass diameter limit. At a 30° semiangle, 20-mm eye relief, and 6-mm semipupil, the upper rim ray would require a 35.1-mm aperture at the element closest to the eye if that element had a plano first surface. Any convex curvature exacerbates this problem, and a 1-mm edge allowance quickly places one at the 46-mm limit. For the design with the diffractive element, the front radius of this element is 35.8 mm and the resulting diameter is 45.7 mm. The diameter limit stated above, the total length, and the need to refract the rays in a short space led to designs with high-index glass materials for the positive elements.

The designs were optimized over a 540–558-nm range, which is suited to the P43 phosphor peak at 544.5 nm. This relatively narrow spectral band reduced the chromatic correction problem to some extent; however, there were still some chromatic errors because the high index of refraction glasses used for the positive elements of both designs have substantial dispersion ($\nu d \approx 40$). For the design containing plastic aspherics, the use of poly(styrene) ($nd = 1.590$, $\nu d = 30.9$) for the two negative elements reduced axial and lateral color by approximately 25% compared with acrylic ($nd = 1.492$, $\nu d = 57.4$). Acrylic is reported to be less prone to crazing than poly(styrene) and would have been preferred from that standpoint. An interesting fact is that Ohara glass FTM16 (or SFTM16) is close to a direct substitute for poly(styrene) optically. The design with a diffractive surface used that surface for providing chromatic correction as well as aspheric correction.[1] From a performance standpoint, lateral color was more significant for obtaining good MTF values than axial color, which was minimal.

Both design approaches contained a negative field lens near the object. In addition to flattening the field, this also lengthens the eye relief, as pointed out by Smith.[2]




(a)




(b)

Fig. 2. (a) Primary eyepiece (with diffractive surface) lens design drawing, (b) secondary eyepiece (with plastic aspherics) lens design drawing.

### 4. Optical Design Comparison

The resulting optical design lens drawings are shown in Fig. 2(a) for the primary eyepiece (which contains a diffractive surface) and Fig. 2(b) for the secondary eyepiece (which contains plastic aspherics). The primary design has four powered elements with the diffractive surface on the planosurface of the third positive element. The secondary design has five elements with the two negative elements being plastic with aspherics on the concave surfaces. Both designs also have a window at the image tube surface to accommodate the electroluminescent display and a planofilter glass to block energy below 540 nm. As the lens drawings indicate, the secondary design obtained an unvignetted pupil diameter of 15 mm, whereas the primary design was limited to 12 mm because of upper-rim ray aberrations. The reduced curvature of the lens closest to the eye in the secondary design permitted less vignetting of the upper marginal ray while still meeting the 46-mm aperture constraint.




(a)




(b)

Fig. 3. (a) Transverse aberration curves for the primary eyepiece (15-mm pupil), (b) transverse aberration curves for the secondary eyepiece (15-mm pupil).




(a)




(b)

Fig. 4. (a) Field curves and distortion plots for the primary eyepiece, (b) field curves and distortion plots for the secondary eyepiece.

The optical components of both designs just met the 120-g weight constraint, with the density of the two plastic elements in the secondary design offsetting its one extra element. The meniscus elements of the secondary design are more curved than those of the primary diffractive design, which would complicate manufacture. Both designs exhibit some large angles of incidence, particularly in the near-30° semifield region. Upper-rim ray failures continually presented difficulties during the optimization process. Transverse aberration curves for each design are presented in Figs. 3(a) and 3(b). Spherical aberration over the 15-mm pupil represented in these plots is similar for both designs; however, closer scrutiny shows that the secondary design is 17% worse than the primary design. This would result in some additional swimming of the image, as the eye is positioned differently within the exit pupil. The most obvious benefit of the diffractive design is the reduction in lateral color, which results in improved off-axis MTF performance.

Astigmatic field curves and distortion are shown in Figs. 4(a) and 4(b). The field curvature and astigmatism for both lenses are within a 0.5-D focus shift out to a 28° semifield. Distortion is −9.8% for both eyepieces.

Constructionally, the primary eyepiece had all spherical and plano glass surfaces with the exception of the diffractive surface on the plano side of the plano-convex element. The diffractive element consists of a

Table 3. Performance Summary Design Comparison[a]

| Parameter | Eyepiece Configuration | |
|---|---|---|
| | Primary | Secondary |
| Average MTF to 30° | 13.4 Over Spec[b] | 9.4 Over Spec |
| Field curvature at 0° | 0 | 0 |
| Field curvature at 14° | 0 | −0.17 |
| Field curvature at 20° | −0.08 | −0.17 |
| Field curvature at 30° | −0.58 | −0.73 |
| Astigmatism at 0 | 0 | 0 |
| Astigmatism at 14 | 0.30 | 0.27 |
| Astigmatism at 20 | 0.45 | 0.42 |
| Astigmatism at 30 | 0.45 | 0.63 |

[a]The field curvature and the astigmatism are given in diopters.
[b]Spec, specifications.

photopolymer with a continuous blazed replicated diffractive pattern. To provide maximum diffraction efficiency into the second diffraction order, the zones have a blaze height of 2 μm. The minimum zone spacing on the pattern is 20 μm. The secondary eyepiece had three glass elements and two plastic aspheric elements. Maximum aspheric departures from a best-fit sphere were 0.16 and 0.41 mm.

A comparison of tolerance sensitivities between the two optical designs indicated that neither design had an advantage over the other. It is not readily determined if the difficulty and the cost of fabricating the diffractive element have an advantage or disadvantage over fabrication of two aspheric plastic elements in production volumes. Determination of this tradeoff would require a development effort and knowledge of the anticipated production volume and, therefore, is beyond the scope of this paper. Certainly both designs are buildable in low volumes; however, a molded-plastic development effort would be required for ensuring that the specific plastic components are moldable.

MTF data for each design were obtained over the field of view and various pupil positions. A macro was developed to compute the MTF values of the eyepiece over the multitude of pupil positions. This provided for rapid performance analysis after each design iteration. The MTF data matrix contained 192 points out to the 30° semifield angle. A sample output is shown for the secondary eyepiece out to the 20° semifield in Table 2. The data present the radial and tangential modulation (0–100), and the focus position for the matrix of pupil positions is indicated. The average change from the specification was used as a single merit value to evaluate particular designs; this number appears in the lower left of the Table. Centered pupil focus data are used to determine MTF-based field curve and astigmatism values.

Table 3 presents a summary of the field curves, astigmatism, and average MTF residual above specification to a 30° semifield for both designs. The average MTF residual was obtained by subtraction of the MTF requirement from the MTF values achieved by each design over the 192 data points and division by 192. The diffractive eyepiece design has a better average MTF, which is due to its reduced chromatic aberration. MTF-derived field curves and astigmatism are also better for the diffractive eyepiece design.

## 5. Test Results: Primary Eyepiece

The primary eyepiece with the diffractive element has been fabricated and tested in limited quantity. First-order and performance characteristics, including the MTF, are, in general, in line with computed values. Subjectively, which is perhaps the most important metric, the eyepiece performs well in the night vision system.

Two performance characteristics were noted during the test cycle that require further in-field evaluation to determine if they are considered a problem from a user standpoint. First, the image at 30° is dim and eluded the MTF and field curve measurements because of this. This was not totally unexpected because of the high angles of incidence in this region. Time did not permit further evaluation of the exact semifield angle for which this characteristic was first noted or the cause; however, it is most likely significant in only the outer few degrees.

Second, low-intensity, higher-order images were noted during test and evaluation. The spurious images are the result of energy leakage into orders other than the design order, $m = 2$. This is also a measure of diffraction efficiency, which was measured to be approximately 92% at the design wavelength for the fabricated diffractive surface. The actual in-use visual impact of this characteristic for this particular night vision system appears to be negligible, and further in-use evaluation will be the final determinant.

## 6. Conclusion

The conclusion is drawn that the primary eyepiece (diffractive element) has yielded a better optical design from a chromatic, field curvature, and MTF standpoint for the set of guidelines specified. Previous work has also shown that diffractive elements can be used effectively to decrease the number of optical components required for obtaining suitable performance in the design of the eyepiece systems.[3,4] Field evaluation is necessary to evaluate end-user satisfaction. It is hoped that this optical design trade indicates the differences between these two approaches and can be used as a guide to future design efforts.

### References

1. C. W. Chen, "Application of diffractive optical elements in visible and infrared optical systems," in *Lens Design*, W. J. Smith, ed., Vol. CR41 of SPIE Critical Reviews Series (Society of Photo-Optical Instrumentation Engineers, Bellingham, Wash., 1992), pp. 158–172.
2. W. J. Smith, *Modern Lens Design A Resource Manual* (McGraw-Hill, New York, 1992), p. 88.
3. M. D. Missig and G. M. Morris, "Diffractive optics applied to eyepiece design," Appl. Opt. **34,** 2452–2461 (1995).
4. C. G. Blough, M. J. Hoppe, D. R. Hand, and W. G. Peck, "Achromatic eyepieces using acrylic diffractive lenses," in *Design, Fabrication, and Applications of Precision Plastic Optics*, X. Ning and R. T. Hebert, eds., Proc. SPIE **2600,** 93–99 (1995).