# EXHIBIT 8

# Ray diagrams

We can see what will happen in an optical system by drawing a diagram showing where the rays from an object will go - a *ray diagram*.

First, we draw a line through the centre of the optical system - the *optic axis*.

Secondly, we draw the lens. We draw the lens as a *single vertical line*. Often, we also draw an outline showing the shape of the lens, but this is only to remind us whether the lens is a converging lens or a diverging lens; it isn't a real part of the ray diagram - the rays we draw change direction when they cross the single vertical line.

Thirdly, we mark the two *focal points* on the optic axis. There will be one on each side of the lens, one focal length away from the centre of the lens.

Fourthly, we draw an object in the correct location. Usually, the object is drawn as an arrow, with one end on the optic axis.

Finally, we can draw some rays on the diagram. There are three easy rays to draw:

- a ray travelling through the centre of the lens continues in a straight line
- a ray parallel to the optic axis is deflected through the focal point
- a ray passing through the (other) focal point will be deflected so that it is parallel to the optic axis (rays in an optical system are *reversible*)

Using these *principal rays*, the position, size, and type of the image can be found. We only need to use two of them; usually the first two are used. The image is at the point where the principal rays meet.

Since the other end of the object is on the optic axis, all of the principal rays from it are all along the optic axis, which tells us that the image of the other end is still along the optic axis.

You might like to try drawing sets of rays from three or four points along the object. The images of each point should all lie on a vertical line (exactly how close they are to being in a straight line will depend on how accurately you draw your diagram).

Note that with a *diverging* lens, the principal rays do not actually pass through the focal points - if the rays are "extended" as straight lines through the lens, these extended lines pass through the focal points.

### Example: real image produced by a converging lens




**Example: virtual image produced by a diverging lens**




There are three main cases of interest if we have a single lens:

1. real image produced by a converging lens (pictured above) - when the object is more than a focal length away from the lens
2. virtual image produced by a converging lens (pictured above) - when the object is less than one focal length away from the lens
3. virtual image produced by a diverging lens - object any distance away

Go back to optics
Go on to mathematical optics