# EXHIBIT 9

# Virtual Image Formation

A virtual image is formed at the position where the paths of the principal rays cross when projected backward from their paths beyond the lens. Although a virtual image does not form a visible projection on a screen, it is no sense "imaginary", i.e., it has a definite position and size and can be "seen" or imaged by the eye, camera, or other optical instrument.







A reduced virtual image if formed by a single negative lens regardless of the object position. An enlarged virtual image can be formed by a positive lens by placing the object inside the principal focal point.

Index

Lens concepts