# EXHIBIT 12

NS

# THREE-DIMENSIONAL HOLOGRAPHIC IMAGING

Edited by

Chung J. Kuo
Meng Hua Tsai

UTD LIBRARY
2601 N. FLOYD ROAD
RICHARDSON, TX 75083

A WILEY-INTERSCIENCE PUBLICATION
JOHN WILEY & SONS, INC.

UT-DALLAS LIBRARIES
3 1863 006 026 862

This book is printed on acid-free paper. ♾

Copyright © 2002 by John Wiley & Sons, Inc., New York. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

For ordering and customer service, call 1-800-CALL-WILEY

***Library of Congress Cataloging-in-Publication Data:***

Three-dimensional holographic imaging / edited by Chung J. Kuo, Meng Hua Tsai.
p. cm.-- (Wiley series in lasers and applications)
Includes bibliographical references and index.
ISBN 0-471-35894-0 (cloth : alk. paper)
1. Holography. 2. Three-dimensional imaging. I. Kuo, Chung J., 1960-II. Tsai, Meng Hua, 1969-III. Series.

TA1540.T45 2002
621.36'75--dc21 2001045392

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

ıip from the College of Engin-
in the Electronic and Surface
ı98 to 1999.
Communications Engineering
ICCU), Chia-Yi, Taiwan, for
design and optimization of
p-to-chip interconnection. She
ıt of Information Technology,
adjunct assistant professor at
ıterests include modeling and
nductor processing, optoelec-
ystems.

CHAPTER 1

# Introduction

MENG HUA TSAI
Department of Information Technology
Toko University
Chia-Yi, 613 Taiwan

CHUNG J. KUO
Institute of Communication Engineering
National Chung Cheng University
Chia-Yi, 62107 Taiwan

The concept of holography was first introduced by Gabor in 1948 [1]. A holograph is a recording of the interference patterns formed between two beams of coherent light coming from a laser on a light-sensitive media such as a photographic film. A brief introduction of holography follows. The light beam coming from a laser is first divided into two beams by a beamsplitter and then expanded. One beam, called the reference beam, goes directly to the photographic plate. The other beam is directed onto a three-dimensional (3D) object under observation. The scattered light waves from the object combines with the light waves from the reference beam at the photographic plate. Because of their high degree of coherence, the two sets of waves form an interference pattern on the plate. These interference fringes are recorded on the plate and form a *hologram*. A vivid three-dimensional virtual image of the observing object is then reconstructed by illuminating the hologram with a plane-parallel light beam from the laser. For more details of holographic recording technology and its application, the reader should refer to Refs. 2 and 3.

In addition to the holographic technique stated above, many other types of holographic techniques are available. This book will give the reader a more complete aspect of holographic recording techniques. It covers the concept of holographic recording of a moving point, the stability problem in holographic recording, and the real-time holographic recording technique: optical scanning holography (OSH), holographic information-processing technique in electronic

*Three-Dimensional Holographic Imaging*, Edited by Chung J. Kuo and Meng Hua Tsai
ISBN 0-471-35894-0 Copyright © 2002 by John Wiley & Sons, Inc.

Case 1:06-cv-00601-EJD Document 45-14 Filed 08/08/2008 Page 5 of 7



holography, the application of OSH to laser radar systems, the principles and design considerations of the optoelectronic devices frequently used in holographic recording, and the design of a computer-generated hologram (CGH). Finally, a theory called analysis of catastrophe is introduced, which may be an indication of the basis for visual perception.

A brief description of the book follows. Chapter 2 discusses the theory of holographic recording of moving point trajectories followed by a comparison of optical and electronic recording methods. The results are also compared with other ways of recording a line in 3D space, which include recording an actual luminous line, sequential recording of points, and computer generation of lines. When taking a holographic recording, it is important to have a stable system to ensure reproducibility of the hologram and subsequently a clear outcome image of the object. This is usually difficult to achieve because of the changes in the optical path between the arms of the interferometers. These changes may be caused by the mechanical vibrations of the optical components, external perturbations transmitted to the setup, or thermal drifts in the air between the interfering beams. These factors can cause the movement of the fringes and result in low reproducibility of the holographic recording. To correct this problem, an active fringe stabilization system that detects the fringe perturbation and produces a phase correction feedback signal to compensate the perturbations is needed.

Chapter 3 presents a self-stabilized holographic recording system that uses the hologram being recorded as a reference to stabilize the exposure. The fringe stabilization system is composed of a detection system that uses the wave mixing to amplify the holographic fringes, an electronic system that provides the synchronous detection and the amplification, and a phase modulator device, which realizes the correction feedback in the phase. Later in the chapter, applications of this system to self-stabilize holographic recording in different photosensitive materials is discussed.

In Chapter 4, a real-time holographic recording technique called optical scanning holography is proposed in which holographic information of an object can be recorded using two-dimensional (2D) optical heterodyne scanning. Upon scanning, the scattered or reflected light is detected by photodetectors. The instantaneous electrical signal from the photodetectors thus contains the holographic information of the scanned object. This holographic recording technique is commonly known as electronic holography since it uses electronic processing instead of photographic films. Some important applications of OSH are presented in this chapter, such as 3D holographic microscopy, 3D image recognition, and 3D preprocessing and coding.

Chapter 5 describes the experiments with tangible, dynamic holographic images using a prototype system called the holo–haptic system, which comprises a sizeable arsenal of computers and both commercial and custom hardware. By combining a force model with the spatial visual image, it allows fingertips to apply a "reality test" to the images and provides the most intimate way of interacting with them.

In the process of electronic holography, computers are generally used. To handle the process with computers, the original analog holographic information is converted into digital format using intensity-recording devices such as charge-coupled devices (CCDs). To have high resolution, the digitalized holographic information will become very huge. Therefore, it should be compressed for ease of storage and transmission. A high compression ratio is expected to reduce the huge data amount of holographic information. As a result, the distortion introduced by compression occurs and the performance based on different compression methods should be examined. Chapter 6 investigates the characteristics of the interference pattern and proposes a novel method to enhance the light efficiency of the holography. Sampling and quantization effects on digitized holographic information are briefly introduced. A nonlinear quantization model is used to reduce the quantization noise. Finally, a Joint Picture Expert Group (JPEG)–based technique is used for compressing the interference pattern that has been transferred to a gray-scale image.

Chapter 7 describes the application of OSH (addressed earlier in Chapter 4) to the laser radar problem. The technique is similar in operation to a standard laser radar system in which the image is built pixel by pixel as the laser pattern is scanned over the object. The main difference between a standard laser radar and a holographic laser radar is in the scanning field. A typical laser radar system employs a spot scan while a holographic laser radar is based on scanning with an optically heterodyned Fresnel zone pattern (FZP). The electronic nature of the system offers the spectral flexibility advantage over traditional holographic recording systems. Theoretically, it is possible to record holograms by this technique in any spectral band where a coherent (laser) source and detector combination exists. Therefore, the technique is particularly well suited to multicolor holography and offers the possibility of holographic recording at infrared wavelengths. The scanning aspect of the technique offers another advantage by relaxing the size constraints of the object or scene to be recorded. With this system, it is feasible to record holograms of large-scale objects, or scenes.

Chapter 8 presents the theory and applications of optoelectronic devices commonly used in electronic holography as light sources or recording devices. It includes both light-emitting components such as laser diodes and light-receiving components such as photodiodes. In optical sensor design, the complementary metal–oxide–semiconductor technologies are compared in order to analyze their features, performances, and applications. Passive and active pixel sensors and the fill factors, quantum efficiencies, and fixed pattern noises of these pixel sensors are presented. The driving circuit design of these devices is discussed and, finally, a prototype chip with a die size of 1.8 mm × 1.5 mm is implemented for chip-to-chip optical interconnection to integrate four photodiodes, photoreceivers, laser diode drivers, and laser diode pads. The performance of this system is analyzed and a conclusion is made.

Case 1:06-cv-00601-EJD Document 45-14 Filed 08/08/2008 Page 7 of 7



Traditionally, a hologram is obtained by recording the interference pattern of two different light beams on a high-resolution photographic film. A recent development in hologram making is applying the semiconductor fabrication technique to a material with its surface profile designed by a computer program. This is the so-called computer-generated hologram. The concept of CGH can also be used to design an optical element to diffract an incoming light beam to any desired position. In such an application, a more appropriate name, instead of CGH, would be a diffractive optical element (DOE). In Chapter 9, the design and implementation of CGH/DOE are discussed followed by a description of the fabrication processes for CGH/DOE.

The last chapter introduces a means to recover and use the 3D information from the 2D scene, called analysis-by-catastrophes (ABC). The process describes the scene in terms of only two primitives, the fold and cusp catastrophes, along with their particular locations, scales, and orientations. In this way it dramatically reduces the processing load on the visual cortex. The results of this work indicate that ABC is a possible model for visual perception since it agrees with the many features of visual cortex: local matching of corresponding parts of two stereoscopic retina images, local 3D features of monoscopic images, and modular and modestly parallel visual cortex architecture, to name a few.

## REFERENCES


1. D. Gabor, "A new microscopic principle", *Nature* **4098**, 777 (1948).
2. H. M. Smith, *Principles of Holography*, Wiley-Interscience, New York, 1975.
3. R. H. Collier, C. B. Burkhardt, and L. H. Lin, *Optical Holography*, Academic, New York, 1972.