# EXHIBIT 16

JENOPTIK
GERMANY

# Diffractive Aspheric Lenses



JENOPTIK diffractive aspheric lenses are flat optical elements that generate an aspheric wavefront. Such diffractive aspheric lenses serve as null lenses in precision interferometric tests for manufacturing high quality refractive aspheric lenses. They are also used as aspheric elements in optical systems with unique aberration compensation properties.

Features:

- Precise aspheric wavefront
- Highly efficient multilevel and gray scale structures
- Rotation symmetric, cylindrical, elliptic and freeform wavefronts
- Large clear apertures
- Wavelengths from deep UV to long-wave infrared
- Wide range of materials
- Precise alignment structures at the rim for easy alignment
- Off-axis designs

Applications:

- Diffractive null lens for testing aspheres
- Testing of optical systems
- Compensation of chromatic aberrations of lens systems
- Flat image plane optics

Microoptics Group

# Diffractive Aspheric Lenses

## Specifications

| | |
|---|---|
| Materials: | Fused silica, ZnSe, ZnS, Si, Ge, GaP, GaAs, sapphire |
| Wavelengths: | 193 nm to 14 µm |
| Max. efficiency: | 90 % with multilevel and gray scale structures |
| Max. N.A. (@ 632.8 nm): | 0.1 (multilevel) / 0.4 (binary) |
| Clear aperture: | < 120 mm |
| Dimensions: | 5 x 5 mm² to 150 x 150 mm² |
| Thickness: | 0.3 mm to 6.35 mm |
| Coatings: | Broadband or laser line AR |
| Product number: | 029140 |

Diffractive lens



Structure of a diffractive lens



It is our policy to constantly improve the design and specifications of our products. Accordingly, the details represented herein cannot be regarded as final and binding.

JENOPTIK GERMANY

JENOPTIK Laser, Optik, Systeme GmbH
Business Unit Microoptics
Goeschwitzer Str. 25, 07745 Jena, Germany
Phone +49 3641 65-2442 Fax +49 3641 65-2443
e-mail: microoptics@jenoptik.com
Internet: www.jenoptik-los.com

MEMS OPTICAL

MEMS OPTICAL, INC.
205 Import Circle, Huntsville, AL 35806, USA
Phone +1 256 859-1886 Fax +1 256 859-5890
e-mail: info@memsoptical.com
Internet: www.memsoptical.com

029140-001-99-14-0506-e