# EXHIBIT 17

# Aberrations of curved zone plates and Fresnel lenses

W. A. Kleinhans

The generalization of zone plates and Fresnel lenses from the usual flat surfaces to curved surfaces is discussed. It is shown that, although Abbe's sine law applies to zone plates but not to Fresnel lenses, both can yield single-element aplanats if formed on a curved surface. Third-order aberration formulas are given.

## Introduction

Zone plates and Fresnel lenses are usually prepared on flat surfaces, but this may not be the best choice. The extra degree of freedom available by curving the element can reduce aberrations, possibly eliminating the need for additional elements. This paper considers the generalization of zone plates and Fresnel lenses to curved surfaces, discusses the applicability of Abbe's sine rule, and derives expressions for their third-order aberrations suitable for machine computation.

## Zone Plates

In the geometrical optical limit rays may be traced through a zone plate by assuming that there is a discontinuous change in optical pathlength on crossing the zone plate. This change is equal to $\lambda m\psi/2\pi$, where $\psi$ is the phase of the grating at the point of intersection. The wavefront changes phase by an amount $m\psi$ at this point, where $m$ is the diffraction order. The optical path discontinuity is independent of the direction of the incident ray. This behavior is consistent with the concept of the eikonal function, if the value of the discontinuity is sufficiently well behaved over the surface of the zone plate. If the eikonal function is known on one side of the zone plate, adding the value of the discontinuity produces the function on the other side. Since the eikonal equation is a first-order partial differential equation, this is sufficient to determine the eikonal in the space past the discontinuity.

The existence of the eikonal ensures that optical systems containing zone plates are subject to Abbe's sine rule. Murty[1] showed that a zone plate ruled on a spherical surface can satisfy this condition and, thus, be a perfect aplanat (without, however, discussing the necessary existence of the eikonal). Let $R_1$ and $R_2$ be the distances from the on-axis object and image points to an arbitrary point on the zone plate. The sine rule is satisfied if the ratio of $R_2$ to $R_1$ is constant. The required surface is, thus, the locus of points the ratio of whose distances from two fixed points is a constant. This locus in a sphere, except for the special case when the zone plate is midway between the object and image, in which case the surface is a plane. The required curvature $c$ of the zone plate surface is $c = (1/l_1) + (1/l_2)$, where $l_1$ and $l_2$ are the distances of the object and image from the zone plate, and the curvatures $l_1$ and $l_2$ are positive when the center of curvature, the object, and the image are to the right of the zone plate.

The curved zone plate described above is free from spherical aberration of all orders and all aberrations varying linearly with field angle. A flat zone plate can generally be corrected only for spherical aberration. Several flat zone plates can be combined to give better correction, but this in undesirable since the transmission of each zone plate is only $1/\pi^2$.

## Third-Order Aberrations

Young[2] derived third-order aberration formulas for a flat zone plate with the stop in contact. Aberrations for other locations of the stop must be obtained through the use of the stop shift equations. This has the disadvantage that singularities appear if the zone plate is located in an image plane. These singularities are not real, of course, and can be eliminated algebraically. This is done below quite easily for a curved zone plate by taking advantage of results already available for a thin lens.

Consider the limit of an ordinary lens as its index of refraction becomes infinite, while the power, the curvature of one surface, and the optical pathlength through the center of the lens, measured along the axis, remain fixed. The curvature of both surfaces becomes equal, and the thickness becomes zero. This limiting lens will introduce a discontinuous change in optical pathlength into any ray which crosses it. The discontinuity will be a function only of the point where the ray strikes the lens, since within the lens the ray travels perpendicular to the surface. This is identical to the

The author is with Rockwell International Corporation, Space Division, Downey, California 90241.

Received 16 October 1976.

geometrical behavior of a zone plate, and thus the third-order aberration formulas for a thin lens apply as well to a curved zone plate, if the index of refraction is set equal to infinity. It is necessary, however, to determine first the figuring of the thin lens corresponding to a given zone profile. Young[2] defines the profile in terms of the location of two coherent point sources used to generate the zone plate holographically. This lacks generality, however, even to third order, since it cannot describe a zone plate with zero paraxial power. For the present analysis define the zone profile by the infinite series $\psi/2\pi = Ar^2 + Gr^4 + \ldots$, where $r$ is the distance from a point on the zone plate to the optical axis. The power of the zone plate is $-2mA\lambda$. The spherical aberration of this element is easily determined by calculating the optical pathlength between the object and image. All the other aberrations are independent of figuring if the stop is in contact and are obtained by setting the index equal to infinity in the thin lens formulas.

$$B = -y^2\phi[(u_{-1}{}^2 + u_{-1}u + u^2) + 2yc(u_{-1} + u)] + 8m\lambda Gy^4,$$

$$F = -y^2\phi\bar{u}(u_{-1} + u + yc),$$

$$C = -y^2\phi\bar{u}^2,$$

$$E = 0$$

$$P = 0$$

$$a = -y^2\phi\Delta\lambda/\lambda,$$

$$b = 0.$$

The notation is that of Feder.[3] $B, F, C, E, P, a$, and $b$ are spherical aberration, coma, astigmatism, distortion, Petzval curvature, axial, and lateral color, respectively. The angles of the incident and diffracted axial rays are $u_{-1}$ and $u$. The curvature of the surface of the zone plate is $c$, and the height of the intersection of the axial ray with the zone plate is $y$. The power of the zone plate is $\phi$, and a bar over a symbol indicates the corresponding quantity for the chief ray. The Petzval curvature $P$ differs from Feder's in being multiplied by the square of the Lagrangian invariant.

If the stop is not at the zone plate, application of the stop shift equations will give the aberrations. As noted in the introduction, this process cannot be applied numerically when the zone plate is at an image plane. The process must be applied algebraically, and the phantom singularities occurring when $y = 0$ must be eliminated. Delano[4] has done this for the thin lens. His results may be immediately applied to the zone plate by letting the index of refraction equal infinity and selecting the figuring so that the spherical aberration agrees with the formula above.

$$B = -\frac{1}{4}y^4\phi^3(4ST + 3T^2 + 1) + 8m\lambda Gy^4,$$

$$F = -\frac{1}{4}y^3\bar{y}\phi^3[(3T + \overline{T})S + T^2 + 2T\overline{T} + 1] + 8\,m\lambda Gy^3\bar{y},$$

$$C = -\frac{1}{4}y^2\bar{y}^2\phi^3[2(T + \overline{T})S + 2T\overline{T} + \overline{T}^2 + 1] + 8m\lambda Gy^2\bar{y}^2,$$

$$E = -\frac{1}{4}y\bar{y}^3\phi^3[(T + 3\overline{T})S + 3\overline{T}^2 + 1] + 8m\lambda Gy\bar{y}^3,$$

$$P = 0,$$

$$a = -y^2\phi\Delta\lambda/\lambda,$$

$$b = -y\bar{y}\phi\Delta\lambda/\lambda,$$

where $T = (u_{-1} + u)/(u_{-1} - u)$, $\overline{T} = (\bar{u}_{-1} + \bar{u})/(\bar{u}_{-1} - \bar{u})$, and $S = 2c/\phi$. The singularities that are due to the stop shift equations have been eliminated, but new singularities have been introduced by the definitions of $T$ and $\overline{T}$. Delano points out that these singularities may be simply removed by substituting $u_{-1} - u = y\phi$, $\bar{u}_{-1} - \bar{u} = \bar{y}\phi$. There are already enough factors of $\phi$, $y$, and $\bar{y}$ in the numerator so that none will remain in the denominator. The reason Delano did not do this is that his expressions are much simpler as they stand. All singularities must be eliminated, however, from an algorithm intended for machine calculation. The substitution described above yields

$$B = -\frac{1}{4}y^2\phi(8ycU + 3U^2 + y^2\phi^2) + 8m\lambda Gy^4,$$

$$F = -\frac{1}{4}y\phi(6y\bar{y}cU + 2y^2c\overline{U} + yU^2 + 2yU\overline{U} + y^2\bar{y}\phi) + 8m\lambda Gy^3\bar{y},$$

$$C = -\frac{1}{4}y\phi(4\bar{y}^2cU + 4y\bar{y}c\overline{U} + 2\bar{y}U\overline{U} + y\overline{U}^2 + y\bar{y}^2\phi^2) + 8m\lambda Gy^3\bar{y},$$

$$E = -\frac{1}{4}\bar{y}\phi(2\bar{y}^2cU + 6y\bar{y}c\overline{U} + 3y\overline{U}^2 + \bar{y}^2y\phi^2) + 8m\lambda Gy\bar{y}^3,$$

$$P = 0,$$

$$a = -y^2\phi\Delta\lambda/\lambda,$$

$$b = -y\bar{y}\phi\Delta\lambda/\lambda,$$

where $U = u_{-1} + u$ and $\overline{U} = \bar{u}_{-1} + \bar{u}$.

## The Curved Fresnel Lens

This is a simple generalization of the flat Fresnel lens. Two surfaces are defined, the first to define the shape of the Fresnel lens and the second to define the shape of the grooves. Both the surfaces and the grooves are assumed rotationally symmetric about an axis. The grooves are cut into the first surface so that the normal to the groove is parallel to the normal to the second surface at the same distance from the axis. The geometrical aberrations will be discussed in the limit of zero groove width.

The advantage of curving the surface of a Fresnel lens is less evident than for a zone plate, because satisfaction of the sine condition does not imply that all aberrations, varying linearly with field angle, are zero for an optical system with a Fresnel lens. This is because such a system cannot be described by an eikonal function, which is used in the derivation of the behavior of ordinary optical systems. A partial result may be obtained by applying the sine theorem to each zone of the Fresnel lens. The effective magnification of the sagittal rays through any zone is proportional to the ratio of the sines of the angles with respect to the axis at the object and image made by the axial ray through the zone. If the optical system satisfies the sine condition, the sagittal magnification is the same for all zones, and thus there will be no sagittal aberration for small field angles. The

aberrations of other rays are more difficult to determine, since they depend on the derivative of the sine law violation within the groove. Clearly, however, as we move around a groove, the ray aberration will describe a circle twice, as in ordinary sine law violation. All the ray aberration circles pass through the paraxial image point, since the sagittal aberration is zero.

To achieve a true aplanat, the radius of all of these circles must be zero. This may be achieved with a thin Fresnel lens having grooves on both sides, if it satisfies the following conditions. There must be no spherical aberration of any order, and the lens must be curved to satisfy the sine law. This produces the condition of the previous paragraph. To make the radius of the circles equal zero, there must be no violation of the sine law, to first order, on moving across the width of a groove. There are just enough degrees of freedom to satisfy these requirements, which uniquely specify the Fresnel lens for any object and image position and index of refraction.

Delano[4] presented formulas for the third-order aberrations of a thin flat Fresnel lens with grooves cut on both sides. The formulas below apply to a Fresnel lens cut on one possibly curved surface of an optical material or reflector. The results are easily obtained by noting that, if the surface into which the Fresnel lens is cut is the same as the surface used to define the groove slopes, the depth of the grooves is zero, and an ordinary optical surface results. Simple formulas are available for the third-order aberrations of this surface. Next, assume that the two surfaces are not identical and consider the additional aberrations due to this difference. To third order, only the difference in curvature of the two surfaces changes the aberrations.

This difference in curvature causes two effects. The ray strikes the surface of the lens at a different point, shifting the ultimate ray intercept in the image plane a corresponding amount. In addition, the normal at this new point is slightly different, changing the angle of refraction or reflection.

The first effect will produce a ray aberration $\Delta\zeta_1 = (\frac{1}{2})(c - c')|\mathbf{r}|^2(\mathbf{V}_{-1} - \mathbf{V})$, where $\Delta\zeta_1$ is the ray aberration expressed as a two-element vector in the image plane, $c$ is the curvature of the surface of the Fresnel lens, $c'$ is the curvature of the surface from which the zones are derived, $\mathbf{r}$ is the two-element vector from the axis to the point where the ray strikes the lens, $\mathbf{V}_{-1}$ and $\mathbf{V}$ are the projections of unit vectors parallel to the incident and refracted rays in a plane perpendicular to the axis. Using the paraxial law of refraction

$$\Delta\zeta_1 = \frac{1}{2}(c - c')\left(1 - \frac{n_{-1}}{n}\right)|\mathbf{r}|^2(\mathbf{V}_{-1} + c'\mathbf{r}),$$

where $n_{-1}$ and $n$ are the indices of refraction before and after the lens surface.

The change in the normal to the groove at the new point of intersection is given by $\Delta\mathbf{N} = -c'\Delta\mathbf{r}$, where $\Delta\mathbf{N}$ is the change in the projection of the normal on a plane perpendicular to the axis, and paraxial approximations have been made. The corresponding ray aberration is

$$\Delta\zeta_2 = -\frac{1}{2}(c - c')\left(1 - \frac{n_{-1}}{n}\right)l'c'\mathbf{V}_{-1}|\mathbf{r}|^2,$$

where $l'$ is the distance from the lens to the image.

Assume that the stop is at the lens. Then $\mathbf{V}_{-1} = -(\mathbf{r} - \mathbf{h})/l$, where $\mathbf{h}$ is the displacement of the object from the axis expressed as a two-element vector, and $l$ is the distance from the lens to the object. Next, define the normalized aperture and field variables $\rho$ and $\sigma$ by $\mathbf{r} = y\rho$, $\mathbf{h} = l\bar{u}_{-1}\sigma$, and so $\mathbf{V}_{-1} = u_{-1}\rho + \bar{u}_{-1}\sigma$. With these substitutions, the change in ray aberrations becomes

$$-2nu(\Delta\zeta_1 + \Delta\zeta_2) = |\rho|^2(\Delta B\rho + FL \cdot \sigma).$$

The factor $-2nu$ applied to the ray aberrations makes them directly additive to the aberrations of other elements in the optical system and consisent with the other aberration formulas given in this paper. The coefficients $\Delta B$ and $FL$ are given by

$$\Delta B = -\Delta c\Delta n y^2(ui + u_{-1}yc'),$$
$$FL = -\Delta c\Delta n y^2\bar{u}i,$$

where $\Delta c = c - c'$, $\Delta n = n - n_{-1}$, $i = u_{-1} + yc'$, $\Delta B$ is the change in spherical aberration, and $FL$ is an aberration called line coma by Delano. His paper[4] contains an extensive description of its interesting properties. Although not present in ordinary optical systems, this aberration is included in general treatments of all symmetrically allowed ray aberrations expressed as a polynomial in the aperture and field variables. There are six such aberrations of the third order and twelve of the fifth order. If, instead of examining the aberrations of the ray intercepts, the aberrations of the eikonal function are considered, it is found that there are only five of the third order and nine of the fifth order. The aberrations may thus be defined so that the existence of the eikonal requires that one of the symmetrically allowed third-order aberrations and three of the fifth-order aberrations are zero. In practice,[5] the existence of the eikonal is used to generate relations between the ray aberration coefficients, the nonexistence of the eikonal never being considered. The non-zero value of the line coma proves that an optical system with a Fresnel lens cannot be described by an eikonal, and thus the three strange fifth-order aberrations are probably present also.

The stop shift equations[4] give the aberrations when the stop is not at the lens.

$$\Delta B = -\Delta c\Delta n y^2(ui + u_{-1}yc),$$
$$FL = -\Delta c\Delta n yi(y\bar{u} - \bar{y}u),$$
$$\Delta F = -\Delta c\Delta n y\bar{y}(ui + u_{-1}yc),$$
$$\Delta C = -\Delta c\Delta n y\bar{y}(\bar{u}i + u_{-1}\bar{y}c),$$
$$\Delta E = -\Delta c\Delta n\bar{y}^2(\bar{u}i + u_{-1}\bar{y}c),$$
$$\Delta P = \Delta c\Delta n\bar{y}i(y\bar{u} - \bar{y}u),$$
$$\Delta a = 0,$$
$$\Delta b = 0.$$

Once again, these are the additional aberrations because the shape of the Fresnel lens is different from the shape of the surface which defines the grooves. They must be added to the ordinary third-order aberrations of a refracting (or reflecting) surface with the same shape as the groove defining surface.

## References


1. M. V. R. K. Murty, J. Opt. Soc. Am. **50**, 923 (1960).
2. M. Young, J. Opt. Soc. Am. **62**, 972 (1972).
3. D. P. Feder, J. Opt. Soc. Am. **41**, 630 (1951).
4. E. Delano, J. Opt. Soc. Am. **64**, 459 (1974).
5. J. Focke, "Higher Order Aberration Theory," in *Progress in Optics* E. Wolf, Ed. (North-Holland, Amsterdam, 1965) Vol. 4 p. 29.


**Meetings Calendar** *continued from page 1597*

**1978**

**January**

? AAS Meeting, Austin, Tex. *L. W. Fredrick, P.O. Box 3818 Univ. Station, Charlottesville, Va. 22903*

9–13 U.S. National Radio Science Meeting, Boulder *H. Paterson, Bureau of Conferences and Institutes, Univ. of Colorado, Boulder, Colo. 80309*

16–18 **Integrated and Guided Wave Optics, IEEE/OSA mtg., Salt Lake City** *J. W. Quinn, OSA, 2000 L St. N.W., Washington, D.C. 20036*

20–26 American Physical Society, gen. mtg., San Francisco *W. W. Havens, Jr., APS, 345 E. 45th St., New York, N.Y. 10017*

**February**

5–8 Conference on Objectives of Pictorial Color Reproduction, Williamsburg, Va. *F. W. Billmeyer, Jr., Rensselaer Polytechnic Instit., Chem. Dept., MRC Room 217, Troy, N.Y. 12181*

7–9 **IEEE/OSA Conference on Laser and Electro-Optical Systems, San Diego** *J. W. Quinn, OSA, 2000 L St. N.W., Washington, D.C. 20036*

26–3 Mar. American Congress on Surveying and Mapping/American Society of Photogrammetry Spring Convention, Washington, D.C. *W. J. Kosco, U.S. Geol. Survey Nat Ctr., 510, Reston, Va. 22092*

**March**

6–10 Analytical Chemistry and Applied Spectroscopy, Pittsburgh conf., Cleveland *E. S. Hodge, 440 Fifth Ave., Pittsburgh, Pa. 15213*

22–30 American Physical Society, gen. mtg., Washington, D.C. *W. W. Havens, Jr., APS, 345 E. 45th St., New York, N.Y. 10017*

29–1 Apr. Submillimeter Waves and Their Applications, 3rd internat. conf. and winter school, Surrey, England *E. D. Palik, Naval Research Lab., Washington, D.C. 20375*

**April**

? **Optical Fabrication and Testing Workshop, Los Angeles** *J. W. Quinn, OSA, 2000 L St. N.W., Washington, D.C. 20036*

18–20 SID '78 San Francisco *L. Winner, 152 W. 42nd St., New York, N.Y. 10036*

24–27 American Physical Society, gen. mtg., Washington, D.C. *W. W. Havens, Jr., Aps, 345 E. 45th St., New York, N.Y. 10017*

**May**

? **Optical Fabrication and Testing Workshop, Rochester, N.Y.** *J. W. Quinn, OSA, 2000 L St. N.W., Washington, D.C. 20036*

15–18 Plasma Science International Conference, Monterey, Calif. *F. Schwirzke, Physics Dept., Naval Postgraduate School, Monterey, Calif. 93940*

**June**

? AAS Meeting, Madison, Wis. *L. W. Fredrick, P.O. Box 3818 Univ. Station, Charlottesville, Va. 22903*

? **Optical Fabrication and Testing Workshop, Boston** *J. W. Quinn, OSA, 2000 L St N.W., Washington, D.C. 20036*

**September**

? American Congress of Surveying and Mapping/American Society of Photogrammetry, fall technical mtg., Albuquerque *W. E. Stephens, 9237 Snowridge Ct. NE, Albuquerque, N.M. 87111*

10–17 11th Congress of the International Commission for Optics, Madrid *J. Bescos, Sociedad Espanola de Optica, Serrano, 121, Madrid 6, Spain*

29–3 Nov. Federation of Analytical Chemistry and Spectroscopy Societies, national meeting, Boston *P. Lubin, GTE Labs., 40 Sylvan Rd., Waltham, Mass. 02154*

30–3 Nov. **OSA Annual Mtg., San Francisco** *J. W. Quinn, OSA, 2000 L St. N.W., Washington, D.C. 20036*

**November**

? **Optical Fabrication and Testing Workshop, Dallas** *J. W. Quinn, OSA, 2000 L St. N.W., Washington, D.C. 20036*

6–9 Engineering in Medicine and Biology, conf., Atlanta *ASME, 345 E. 47th St., New York, N.Y. 10017*

26–30 ASME Winter Mtg., San Francisco *ASME, 345 E. 47th St., New York, N.Y. 10017*

**1979**

**January**

? American Astronomical Society, mtg., Mexico City *L. W. Frederick, Box 3818, Univ. Sta., Charlottesville, Va. 22903*

**June**

? AAS Meeting, Wellesley, Mass. *L. W. Fredrick, P.O. Box 3818 Univ. Station, Charlottesville, Va. 22903*

17–20 2nd Joint MMM-Intermag Conference, New York *R. M. Josephs, Sperry Univac Computer Systems, P.O. Box 500, Blue Bell, Pa. 19422*

**October**

7–12 **OSA Annual Mtg., Rochester** *J. W. Quinn, OSA 2000 L St. N.W., Washington, D.C. 20036*

**November**

25–30 ASME Winter Mtg., New York *ASME, 345 E. 47th St. New York, N.Y. 10017*

**1980**

**June**

? AAS Meeting, Cambridge, Mass. *L. W. Fredrick, P.O. Box 3818 Univ. Station, Charlottesville, Va. 22903*

**1981**

**June**

? American Astronomical Society, mtg., Calgary *L. W. Frederick, Box 3818, Univ. Sta., Charlottesville, Va 22903*