# EXHIBIT 19

# MarSurf



**MarSurf LD 120 Aspheric**

High-precision 3D Measuring Station for Measurement and Evaluation of Optical Components

- 0 +

Mahr

EXACTLY

Mahr



## Description

An increasingly more compact and favorable system design is demanded on optical systems such as zoom lenses, optics for DVD drives and lenses in the cameras of mobile phones, for example. For this purpose, in addition to classic spherical lense shapes (sphere-shaped), the optics industry is increasingly producing aspherical (not sphere-shaped) lenses.

The evaluation program serves to analyze measurements on spherical surfaces with Mahr contour measuring units. Measured profiles are imported, the nominal form of the aspheres are defined and the residual error is determined compared to the nominal form. The data of the determined differential profile is made available in a machine-readable format for readjustment of the processing machine (closed loop).

In comparison to the laser interferometer, the tactile measuring technology also allows 2D and 3D measurement of optically rough surfaces, so that testing and correction is possible already early on in the production process (grinding).



## Asphere Definition

An aspherical surface is a refracting or reflecting surface which deviates from a spherical surface.

The mathematical description of the sagitta Z (dependance of the vertical height to the horizontal coordinates) of aspherical surfaces based on a conical section is given in the following equation:

$$z(h) = \frac{\frac{h^2}{R_0}}{1+\sqrt{1-(1+k)\left(\frac{h}{R_0}\right)^2}} + \sum_{n=2}^{5} A_{2n} \cdot h^{2n}$$




$R_0$= Radius of curvature
$h$ = Radius of the area of application of the asphere
$k$ = Conical constant
$A_i$= Aspheric coefficients



## Measuring Principle

Two parallel linear profiles offset by 90° are measured across the zenith of the asphere. Based on these contours, the asphere is aligned to the optical axis.

The topography is recorded through the linear profiles and concentric circular profiles which are gathered by turning the C-axis.

The use of the machine in a vibration-damped cabinet keeps ambient influences such as vibrations and impurities away from the measuring object.

## Measuring Run

Before starting the measurement, you select the nominal form type and set the parameters of the expected nominal asphere.
In the next step, the measuring data is recorded and compared with the defined nominal asphere.
In the software, the individual parameters such as the radius of curvature $R_0$, conical constant k and the aspheric coefficients $A_i$ can be adjusted to the measuring values when fitting the nominal asphere into the fit asphere.
The differential profile between the determined measuring values and the nominal asphere is output as a color-coded height picture.
As results, the RMS value, PV value and slope error are shown.

**Asphere definition**

| | | |
|---|---|---|
| Radius | R0 = | 160.000 mm |
| Cone | k = | -1.0 |
| A04 | = | 5.2344e-006 |
| A06 | = | -7.2e-008 |
| A08 | = | 4.12e-012 |
| A10 | = | -3.567e-017 |
| D [2*h] | = | 50.0 mm |

**Sagitta table**

| *h [mm]* | *P(h) [mm]* |
|---|---|
| 1.250 | 0,005 m |
| 2.500 | 0,020 m |
| 3.750 | 0,045 m |
| 5.000 | 0,080 m |
| 6.250 | 0,126 m |
| 7.500 | 0,180 m |
| 8.750 | 0,238 m |
| 10.000 | 0,293 m |
| 11.250 | 0,334 m |
| 12.500 | 0,344 m |
| 13.750 | 0,297 m |
| 15.000 | 0,159 m |
| 16.250 | -0,116 m |
| 17.500 | -0,584 m |
| 18.750 | -1,320 m |
| 20.000 | -2,415 m |
| 21.250 | -3,980 m |
| 22.500 | -6,149 m |
| 23.750 | -9,078 m |
| 25.000 | -12,955 m |






Mahr Mahr

## Your Advantages with MarSurf LD 120 Aspheric

**Checking topography during the first machining operations**
- Early recognition of deviations.
  Saves time-consuming corrections
- Output of differential profile in a machine-readable format for controlling the processing machine (closed loop)

**Increased flexibility**
- Rotation-symmetric aspheres of different types can be measured with one measuring system.
  No additional investments are necessary

**Your results are correct**
- The highly precise MarSurf LD 120 is the basis for precision measurements of your workpieces. The vertical resolution of 2 nm (0.08 µin) and form deviations of less than 100 nm (4 µin) guarantee you an exact reproduction of your asphere.
- The complete measuring system is housed in a cabinet.
  The additional vibration damping decouples the measuring object and measuring system from ambient influences.



| | |
|---|---|
| Measuring system | Optical measuring system |
| Traversing length | 0.1 mm to 120 mm (0.004 in to 4.72 in) |
| Probe measuring range | 10 mm to 20 mm (0.39 in to 0.79 in) |
| Standard probe tip | LD A14-10-500, ruby ball |
| Resolution in Z | 2 nm (0.08 µin) |
| Horizontal measuring axis | Glass scale |
| Measuring point spacing in X | ≥ 0.05 µm (2 µin) |
| Contacting force | 0.5 mN to 30 mN settable in the software |
| Measuring speed | 0.1 mm/s to 2.0 mm/s (0.004 in/s to 0.08 in/s) in 0.1 mm increments for contour measurement<br>0.1 mm/s and 0.5 mm/s (0.004 in/s and 0.02 in/s) for roughness measurement |
| Return travel speed and positioning speed in X-direction | up to 4 mm/s (0.16 in/s) |
| Guide deviation with straightness correction | 0.12 µm/20 mm (5 µin/0.79 in)<br>0.25 µm/60 mm (10 µin/2.36 in)<br>0.4 µm/120 mm (16 µin/4.72 in) |
| Angle measurement | u95 < 0.5' |
| Radius measurement | ± 0.01 % of the nominal value at R 12.5 mm (0.5 in) |
| Distance measurement | ± (1+L/100) µm |
| Axial and radial deviation of the C-axis | < 100 nm (4 µin) at 50 upr |
| **General data** | |
| Operating temperature | 15 °C to 30 °C (59 °F to 86 °F) |
| Suggested working temperature | 20 °C ±2 K (68 °F ± 3.6 F) |
| Storage temperature/transport temperature | 0 °C to 40 °C (32 °F to 104 °F) (in transport packaging) |
| Relative humidity | 30 % to 80 % |

[1] *Measured on a calibration standard at an angle segment of ±35° to the horizontal.*

**Mahr GmbH Göttingen**
P.O. Box 1853, 37008 Göttingen, Germany
Carl-Mahr-Straße 1, 37073 Göttingen
Phone +49-551-7073-0, Fax +49-551-71021, E-mail: info@mahr.de
www.mahr.com

© by Mahr GmbH, Göttingen
We reserve the right to modify our products, particularly with a view to technical improvement and further development. All illustrations and numbers etc. are therefore subject to change.

3759666-07.01.2008