# EXHIBIT 21

长春玖天光电子有限公司

CHANG CHUN JIU TIAN OPTOELECTRONIC CO.,LTD.

OPTEC

Home | Company | Products | Contact

JIU TIAN OPTEC

Products

- Lenses
- Cylindrical
- Mirror
- Prisms
- Filters
- Windows
- Aspherical
- Camera Lenses

# Aspherical lenses

Aspheric lens is mainly applicable for stage lighting, optical lighting system, etc. JT Optec can make Paraboloid aspheric , Elliptical aspheric etc. We also can manufacture and process according to clients' demands.



Aspheric lens



Elliptical aspheric



Paraboloid aspheric

1381th Xin Min Street, Chang Chun City, Ji Lin Province, China, P.O. Code: 130021,Tel: 86-0431-85652918 86-0431-85653918, Fax: 86-0431-85652918, Website: www.jtoptec.com , Email: sales@jtoptec.com,