# EXHIBIT 22

Volume 6 Gas–In

# ENCYCLOPEDIA OF PHYSICAL SCIENCE AND TECHNOLOGY

An Encyclopedic Reference Complete in Fifteen Volumes, with Volume 15 the Index Volume

ROBERT A. MEYERS, EDITOR
TRW, INC.

Q
123
.E497
1986
vol. 6

UT-DALLAS LIBRARIES
3 1863 001 058 886

UTD LIBRARY
2601 N. Floyd Rd.
Richardson, Texas 75083-0643

ACADEMIC PRESS, INC.
Harcourt Brace Jovanovich, Publishers
Orlando San Diego New York Austin
Boston London Sydney Tokyo Toronto

COPYRIGHT © 1987 BY ACADEMIC PRESS, INC.
ALL RIGHTS RESERVED.
NO PART OF THIS PUBLICATION MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPY, RECORDING, OR ANY INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

ACADEMIC PRESS, INC.
Orlando, Florida 32887

*United Kingdom Edition published by*
ACADEMIC PRESS INC. (LONDON) LTD.
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging in Publication Data

Encyclopedia of physical science and technology.

Includes index.
1. Science—Dictionaries. 2. Engineering—Dictionaries. 3. Technology—Dictionaries. I. Meyers, Robert A. (Robert Allen), Date
Q123.E497 1987 503'.21 86-1118
ISBN 0–12–226906–3 (v. 6 : alk. paper)

PRINTED IN THE UNITED STATES OF AMERICA

87 88 89 90 9 8 7 6 5 4 3 2 1

chemistry of carbon in rocks
rth and how it got together to
ıtals. The studies seem to cen-
C–H–Si–O with the possibil-
$CH_4$, CO, and $CO_2$.
depth in the earth, the oxide
o dissociate to simpler oxides
ıetal alloys are stable at the
·ock boundary at the core is
density of the earth's metallic
res known to exist there indi-
ıs a significant fraction of ele-
iron. If diamond anvils can be
ıcremental progress in the ob-
·pretation of these trends may


. Dynamic Compression of earth
ce 207, 1035–1040.
. K., and Goettel, K. A. (1984).
ıre: beyond 2 megabars and the
e scale, *Science* **226**, 542–544.
49). "The Physics of High Pres-
ıdon (Dover, New York, 1970).
, H. M., and Wentorf, R. H., Jr.
and mechanisms of synthetic dia-
"Chemistry and Physics of Car-
ker, Jr. and P. A. Thrower, eds.),
-263, Marcel Dekker, New York.
ıe, R. K., and Whalley, E. (eds.)
ressure in Science and Technol-
I, III (*Proc. AIRAPT Int. High*
9th, Albany), North-Holland
<.
). The diamond-anvil high pres-
n. **250**(4), 54–62.
). The pressure variable in mate-
cience **176**, 751–758.
T. (1976). Phase relations and
ds at high pressures, *Prog. Solid*
1–151.
ens, T. J., and Stolper, E. M.
. of liquid silicates at high pres-
6, 1071–74.
984). "Materials Science of the
" Terra Scientific Publ., Tokyo;
rdrecht, Holland.
(ed.) (1974). Advances in High-
ch," Vol. 4, Academic Press,
v York.
DeVries, R. C., and Bundy, F. P.
uperhard materials, *Science* **208**,


# HOLOGRAPHY


Clark C. Guest *University of California, San Diego*



I. Introduction 508
II. Basic Principles 508
III. Classification of Holograms 511
IV. Recording Materials 513
V. Applications 515
VI. History of Holography 519


## GLOSSARY

**Diffraction:** Property exhibited by waves, including optical waves. When part of a wavefront is blocked, the remaining portion spreads to fill in the space behind the obstacle.

**Diffraction orders:** When a wave passes through regularly spaced openings, such as a recorded holographic interference pattern, the diffracted waves combine to form several beams at different angles. These beams are called diffraction orders.

**Fringes:** Regular pattern of bright and dark lines produced by the interference of optical waves.

**Hologram:** Physical record of an interference pattern. It contains phase and amplitude information about the wavefronts that produced it.

**Holograph:** Although this is an English word, meaning signature, it is often improperly used as a synonym for hologram.

**Holography:** Process of recording holograms and reproducing wavefronts from them.

**Index of refraction:** Property of transparent materials related to their polarizability at optical frequencies. The speed of light in a vacuum divided by the speed of light in a material gives the index of refraction for the material.

**Interference:** When two waves are brought together they may be in phase, in which case their amplitudes add, or they may be out of phase, in which case their amplitudes cancel. The reinforcement and cancellation of wavefronts due to their relative phase is called interference. Waves that do not have the same phase structure will add in some regions of space and cancel in others. The resulting regions of high and low amplitude form an interference pattern.

**Parallax:** Difference, due to perspective, in a scene viewed from different locations.

**Planewave:** Wave configuration in which surfaces of constant phase form parallel flat planes. All the light in a planewave is travelling the same direction, perpendicular to the surface of the planes.

**Reconstructed beam:** Light diffracted by a hologram that reproduces a recorded wavefront.

**Reconstructing beam:** Beam that is incident on a hologram to provide light for the reconstructed beam.

**Reconstruction:** Either the process of reading out a recorded hologram, or the wavefront produced by reading out a hologram.

**Refractive index:** See "index of refraction."

**Spherical wave:** Wave configuration in which surfaces of constant phase form concentric spherical shells or segments of shells. Light in an expanding spherical wave is propagating radially outward from a point, and light in an converging spherical wave is propagating radially inward toward a point.

**Surface relief pattern:** Ridges and valleys on the surface of a material.

**Wavefront:** Surface of constant phase in a propagating wave.

Holography is the technology of recording wavefront information and producing reconstructed wavefronts from those recordings. The record of the wavefront information is called a




Copyright © 1987 by Academic Press, Inc.
All rights of reproduction in any form reserved.

hologram. Any propagating wave phenomenon such as microwaves or acoustic waves is a candidate for application of the principles of holography, but most interest in this field has centered on waves in the visible portion of the electromagnetic spectrum. Therefore, this article will concentrate on optical holography.

## I. Introduction

Although holography has many applications, it is best known for its ability to produce three-dimensional images. A hologram captures the perspective of a scene in a way that no simple photograph can. For instance, when viewing a hologram it is possible by moving one's head to look around objects in the foreground and see what is behind them. Yet holograms can be recorded on the same photographic film used for photographs.

Two questions naturally occur: What makes holograms different from photographs, and how can a flat piece of film store a three-dimensional scene? Answering these questions must begin with a review of the properties of light. As an electromagnetic wave, light possesses several characteristics: amplitude, phase, polarization, color, and direction of travel. When the conditions for recording a hologram are met, there is a very close relationship between phase and direction of travel. The key to the answers to both our questions is that photographs record only amplitude information (actually, they record intensity, which is proportional to the square of the amplitude), and holograms record both amplitude and phase information. How ordinary photographic film can be used to record both amplitude and phase information is described in Section II of this article.

Another interesting property of holograms is that they look nothing like the scene they have recorded. Usually a hologram appears to be a fairly uniform gray blur, with perhaps a few visible ring and line patterns randomly placed on it. In fact, all the visible patterns on a hologram are useless information, or noise. The useful information in a hologram is recorded in patterns that are too small to see with the unaided eye; features in these patterns are about the size of a wavelength of light, one two-thousandth of a millimeter.

One useful way to think of a hologram is as a special kind of window. Light is reflected off the objects behind the window. Some of the light passes through the window, and with that light we see the objects. At the moment we record the hologram, the window "remembers" the amplitude and direction of all the light that is passing through it. When the hologram is used to play back (reconstruct) the three-dimensional scene, it uses this recorded information to reproduce the the original pattern of light amplitude and direction that was passing through it. The light reaching our eye from the holographic window is the same as when we were viewing the objects themselves. We can move our heads around and view different parts of the scene just as if we were viewing the objects through the window. If part of the hologram is covered up, or cut off, the entire scene can still be viewed, but through a restricted part of the window.

There are actually many different types of holograms. Although photographic film is the most widely used recording material, several other recording materials are available. The properties of a hologram are governed by the thickness of the recording material and the configuration of the recording beams. The various classifications of holograms will be discussed in Section III. Holograms can be produced in materials that record the light intensity through alterations in their optical absorption, their index of refraction, or both. Materials commonly used for recording holograms are discussed in Section IV.

Holograms have many uses besides the display of three-dimensional images. Applications include industrial testing, precise measurements, optical data storage, and pattern recognition. A presentation of the applications of holography is given in Section V.

## II. Basic Principles

Photographs record light-intensity information. When a photograph is made, precautions must be taken to ensure that the intensities in the scene are suitable; they must be neither too dim nor too bright. Holograms record intensity and phase information. In addition to the limits placed on the intensity, the phase of light used to record holograms must meet certain conditions as well. These phase conditions require that the light is coherent. There are two types of coherence, temporal and spatial; the light used for recording holograms must have both types of coherence. Temporal coherence is related to the colors in the light. Temporally coherent light contains only one color: it is monochromatic. Each color of light has a phase associated with it; multicolored light cannot be used to record a

moment we record the
emembers" the ampli-
he light that is passing
ogram is used to play
ee-dimensional scene,
rmation to reproduce
f light amplitude and
through it. The light
holographic window
re viewing the objects
our heads around and
e scene just as if we
hrough the window. If
vered up, or cut off,
e viewed, but through
ndow.
different types of ho-
aphic film is the most
erial, several other re-
lable. The properties
d by the thickness of
the configuration of
various classifications
ussed in Section III.
d in materials that re-
rough alterations in
heir index of refrac-
mmonly used for re-
ussed in Section IV.
uses besides the dis-
images. Applications
, precise measure-
, and pattern recogni-
applications of holog-

it-intensity informa-
s made, precautions
hat the intensities in
must be neither too
ams record intensity
addition to the limits
phase of light used to
et certain conditions
ions require that the
two types of coher-
; the light used for
have both types of
ence is related to the
rally coherent light
is monochromatic.
ase associated with
be used to record a

hologram because there is no one specific phase to record. Spatial coherence is related to the direction of light. At any given point in space, spatially coherent light is always travelling in one direction, and that direction does not change with time. Light that constantly changes its direction also constantly changes its relative phase in space, and so is unsuitable for recording holograms. [*See* COLOR, SCIENCE OF.]

Temporal and spatial coherence are graded quantities. We cannot say that light is definitely coherent or definitely incoherent; we can only say that a given source of light is temporally and spatially coherent by a certain amount. Ordinary light, from a light bulb for example, is temporally and spatially very incoherent. It contains many different colors, and at any point in space it is changing directions so rapidly that our eyes cannot keep up; we just see that on average it appears to come from many different directions. The temporal coherence of ordinary light can be improved by passing it through a filter that lets only a narrow band of colors pass. Spatial coherence can be improved by using light coming from a very small source, such as a pinhole in an opaque mask. Then we know that light at any point in space has to be coming from the direction of the pinhole. Ordinary light that has been properly filtered for color and passed through a small aperture can be used to record holograms. However, light from a laser is naturally very temporally and spatially coherent. For this reason, practically all holograms are recorded using laser light. [*See* LASERS.]

The simplest possible hologram results from bringing together two linearly polarized optical planewaves. Imagine that a planewave is incident at an angle $\theta_1$ on a flat surface. At a particular moment in time we can plot the electric field of the planewave at positions on that surface. This is done in Fig. 1(a). If a second planewave is incident on the same surface at a different angle $\theta_2$, its electric field can also be plotted. This, along with the combined field from both planewaves is plotted in Fig. 1(b). Both planewaves incident on the surface are, of course, travelling forward at the speed of light. In Fig. 1, parts (c)–(e) show the electric field at the observation surface for each planewave and for the combined field when the waves have each travelled forward by one-fourth, one-half, and three-quarters of a wavelength, respectively. The interesting thing to notice is that the locations on the observation plane where the total electric field is zero remain fixed as the waves travel. Locations midway between zero electric field locations experience an oscillating electric field. To an observer, locations with constant zero electric field appear dark, and locations with oscillating electric field appear bright. These alternating bright and dark lines, called fringes, form the interference pattern produced by the planewaves. Likewise, locations with zero electric field will leave photographic film unexposed, and locations with oscillating electric field will expose film. Thus, the interference pattern can be recorded.

The interference fringes resulting from two planewaves will appear as straight lines. Wavefronts do not have to be planewaves to produce an interference pattern, nor do the wavefronts have to match each other in shape. Interference between arbitrary wavefronts can appear as concentric circles or ellipses, or as wavy lines.

The distance $L$ from one dark interference fringe to the next (or from one bright fringe to the next) depends on the wavelength $\lambda$ of the light and the angle $\theta$ between the directions of propagation for the wavefronts,

$$L = \lambda/[2 \sin(\theta/2)] \qquad (1)$$

For reasonable angles, this fringe spacing is about the size of a wavelength of light, around one two-thousandth of a millimeter. This explains why holograms appear to be a rather uniform gray blur: the useful information is recorded in interference fringes that are too small for the eye to see.

Variations in the amplitudes of the recording beams are also recorded in the hologram and contribute to accurate reproduction of the reconstructed wavefront. During hologram recording, locations of zero electric field will occur only if the two beams are equal in amplitude. If one beam is stronger than the other, complete cancelation of their electric fields is impossible, and the depth of modulation, or contrast, of the recorded fringes is decreased. In practical terms, this means that all of the hologram is exposed to some extent.

There are two steps to the use of ordinary photographs, taking (and developing) the photograph, and viewing the photograph. Similarly, there are two steps to using a hologram: recording (and developing) the hologram, and reconstructing the holographic image. As we have just seen, recording a hologram amounts to recording the interference pattern produced by two coherent beams of light. Reconstructing the holographic image is usually accomplished by shining one of those two beams through the de-




FIG. 1. (a) The electric field of a planewave incident on a surface. The electric field due to two planewaves incident on a surface at different angles as the waves are (b) initially, (c) after one-quarter wavelength of propagation, (d) after one-half wavelength of propagation, and (e) after three-quarters wavelength of propagation.

veloped hologram. Through a wave phenomenon known as diffraction, the recorded interference fringes redirect some of the light in the reconstructing beam to form a replica of the second recording beam. This replica, or reconstructed, beam travels away from the hologram with the same variation in phase and amplitude that the original beam had. Thus, for the eye, or for common image recording instruments such as a photographic camera or a video camera, the reconstructed wavefront is indistinguishable from the original wavefront and therefore possesses all the visual properties of the original wavefront, including the three-dimensional aspects of the scene. [*See* OPTICAL DIFFRACTION.]

The interference fringe spacing that is recorded depends on the angle between the recorded beams. During reconstruction, this fringe spacing is translated, through diffraction, back into the proper angle between the reconstructing and the reconstructed beams. During reconstruction, locations on the hologram with high fringe contrast divert more optical energy




due to two planewave
-quarter wavelength of
wavelength of propaga

erties of the original
hree-dimensional as
OPTICAL DIFFRAC

spacing that is re
igle between the re
reconstruction, this
, through diffraction
between the recon
icted beams. During
n the hologram with
more optical energy

into the reconstructed beam than locations with low fringe contrast, thereby reproducing the amplitude distribution of the original beam.

For most holograms, even if the contrast of the recorded fringes is large, not all of the light in the reconstructing beam can be diverted into the reconstructed image. The ratio of the amount of optical power in the reconstructed image to the total optical power in the reconstructing beam is the diffraction efficiency of the hologram. For common holograms recorded on photographic film, the maximum diffraction efficiency is limited to 6.25%. The rest of the light power, 93.75%, passes through the hologram unaffected, or ends up in beams that are called higher diffraction orders. These higher diffraction orders leave the hologram at different angles and are generally not useful. As will be noted in Section III, certain types of holograms, notably thick-phase holograms, are able to eliminate the undiffracted light and the higher diffraction orders; they can produce a diffraction efficiency close to 100%.

Certain assumptions that are made in the explanation given above should now be discussed. First, it is assumed that both beams used for recording are the same optical wavelength, that is, the same color. This is necessary to produce a stationary interference pattern to record. It is also assumed that the wavelength of the reconstructing beam is the same as that of the recording beams. This is often the case, but is not necessary. Using a reconstructing beam of a different wavelength changes the size of the reconstructed image: a shorter wavelength produces a smaller image, and a longer wavelength produces a larger image. Oddly, the dimensions of the image parallel to the plane of the hologram scale linearly with wavelength, but the depth dimension of the image scales proportional to the square of the wavelength, so three-dimensional images reconstructed with a different wavelength will appear distorted. Also, if the change in wavelength is large, distortions will occur in the other dimensions of the image, and the diffraction efficiency will decrease.

Another assumption is that the two recording beams have the same polarization. If beams with different polarizations or unpolarized beams are used, the contrast of the fringes, and therefore the diffraction efficiency of the hologram, is decreased. Beams that are linearly polarized in perpendicular directions cannot interfere and so cannot record a hologram. The polarization of the reconstructing beam usually matters very little in the quality of the reconstruction. An exception to this is when the hologram is recorded as an induced birefringence pattern in a material. Then the polarization of the reconstructing beam should be aligned with the maximum variation in the recording material index of refraction.

It is also possible that the reconstructing beam is not the same as one of the recording beams, either in its phase variation, its amplitude variation, or both. If the structure of the reconstructing beam differs significantly from both of the recording beams, the reconstructed image is usually garbled. One particular case where the image is not garbled is if the reconstructing beam has the same relative phase structure as one of the recording beams, but approaches the hologram at a different angle. In this case, provided the angle is not too large and that the recording behaves as a thin hologram (see Section III for an explanation of thin and thick holograms), the reconstructed image is produced.

Photographic film is assumed to be the recording material used in the example above. Many other materials can be used to record holograms, and these are the subject of Section IV. Photographic film gives a particular type of recording, classified as a thin absorption hologram. The meaning and properties of different classifications of holograms are dealt with in Section III. [*See* PHOTOGRAPHIC PROCESSES AND MATERIALS.]

## III. Classification of Holograms

Many different types of holograms are possible. Holograms are classified according to the material property in which the interference pattern is recorded, the diffraction characteristics of the hologram, the orientation of the recording beams with respect to the hologram, and the optical system configuration used for recording and reconstructing the hologram.

Holograms are recorded by exposing an optically sensitive material to light in the interference pattern produced by optical beams. For example, exposing photographic film to light triggers a chemical reaction that, after development, produces a variation in the optical absorption of the film. Portions of the film exposed to high optical intensity become absorbing, and unexposed portions of the film remain transparent. Other materials also exhibit this characteristic of changing their optical absorption in response to exposure to light. Holograms that result from

interference patterns recorded as variations in material absorption are known as amplitude holograms.

There are also materials whose index of refraction changes in response to exposure to light. These materials are usually quite transparent, but the index of refraction of the material increases or decreases slightly where it is exposed to light. Holograms that result from interference patterns recorded as index-of-refraction variations are known as phase holograms. During reconstruction, light encountering regions with a higher index of refraction travels more slowly than light passing through lower-index regions. Thus the phase of the light is modified in relation to the recorded interference pattern.

It is not correct to assume that amplitude holograms can reconstruct wavefronts with only amplitude variations, and phase holograms can reconstruct wavefronts with only phase variations. In Section II it was explained that wavefront direction (i.e., phase) is recorded by interference fringe spacing, and wavefront amplitude is recorded by interference fringe contrast. In reality, both amplitude and phase types of holograms are capable of recording wavefront amplitude and phase information.

Holograms are also classified as being "thin" or "thick." These terms are related to the diffraction characteristics of the hologram. A thin hologram is expected to produce multiple diffraction orders. That is, although only two beams may have been used for recording, a single reconstructing beam will give rise to several reconstructed beams, called diffraction orders. Another property associated with thin holograms is that if the angle at which the reconstructing beam approaches the hologram is changed, the hologram continues to diffract light, with little change in diffraction efficiency. The diffraction orders will rotate in angle as the reconstructing beam is rotated. Thick holograms, on the other hand, produce only a single diffracted beam; a portion of the reconstructing beam may continue through the hologram in its original direction as well. Also, noticeable diffraction efficiency for thick holograms occurs only if the reconstructing beam is incident on the hologram from one of a discrete set of directions, called the Bragg angles. If the beam is not at a Bragg angle, it passes through the hologram and no diffracted beam is produced. The property of thick holograms that diffraction efficiency falls off if the reconstructing beam is not at a Bragg angle is called angular selectivity. Many thick holograms can be recorded in the same material and reconstructed separately by arranging for their Bragg angles to be different.

The terms thin and thick were originally applied to holograms based solely on the thickness of the recording material. The situation is, in fact, more complicated. Whether a particular hologram displays the characteristics associated with being thick or thin depends not only on the thickness of the recording material, but also on the relative sizes of the optical wavelength and the interference fringe spacing, and on the strength of the change produced in the absorption or refractive index of the material.

The next category of hologram classification has to do with the arrangement of the recording beams (and therefore the reconstructing and reconstructed beams) with respect to the recording material. When two planewave beams produce interference fringes, the fringes form a set of planes in space. The planes lie parallel to the bisector of the angle between the beams, as shown in Fig. 2(a). If the recording material is arranged so that both recording beams approach it from the same side, fringes are generally perpendicular to the material surfaces, as shown in Fig. 2(b), and a transmission-type hologram is formed. During readout of the transmission hologram, the reconstructing and the recon-




FIG. 2. (a) The interference produced by two planewave beams. (b) The orientation of the recording material for a transmission hologram. (c) The configuration used for reconstruction with a transmission hologram. (d) The orientation of the recording material for a reflection hologram. (e) The configuration used for reconstruction with a reflection hologram.

e recorded in the ted separately by es to be different. ’ere originally ap- y on the thickness ıe situation is, in ether a particular eristics associated ds not only on the terial, but also on ıl wavelength and ing, and on the ced in the absorp- material. ram classification ıt of the recording nstructing and re- ect to the record- wave beams pro- fringes form a set lie parallel to the en the beams, as ording material is g beams approach are generally per- faces, as shown in -type hologram is transmission ho- and the recon-







duced by two plane- of the recording ma- n. (c) The configura- vith a transmission ıe recording material e configuration used ın hologram.

structed beams lie on opposite sides of the hologram, as in Fig. 2(c). Alternatively, the recording material can be arranged so that the recording beams approach it from opposite sides. In this case, the fringes lie parallel to the surfaces of the material, as shown in Fig. 2(d), and a reflection-type hologram is formed. For a reflection hologram, the reconstructing and the reconstructed beams lie on the same side of the hologram, portrayed in Fig. 2(e)

The three hologram classification criteria discussed so far—phase or absorption, thick or thin, and transmission or reflection—play a role in determining the maximum possible diffraction efficiency of the hologram. Table I summarizes the diffraction efficiencies for holograms possessing various combinations of these characteristics. Because the fringes for reflection holograms lie parallel to the surface, there must be an appreciable material thickness to record the fringes; therefore, thin reflection holograms are not possible and are absent from the table. (Often, holograms use reflected light but have fringes perpendicular to the material surface and are properly classified as transmission holograms.) Notice that phase holograms are generally more efficient than absorption holograms, and thick phase holograms are able to achieve perfect efficiency; all of the reconstructing beam power is coupled into the reconstructed beam. Keep in mind that the figures in the table represent the absolute highest diffraction efficiencies that can be achieved. In practice, hologram diffraction efficiencies are often substantially lower.

The final classification criterion to be discussed has more to do with the configuration of the optical system used for recording than with the hologram itself. For recording a hologram, coherent light is reflected from or transmitted through an object and propagates to the position of the recording material. A second beam of coherent light produces interference with light from the object, and the interference pattern is recorded in the material. If the object is very close to the recording material or is imaged onto the recording material, then an image-plane hologram is formed. If the separation between the object and the recording material is a few times larger than the size of the object or the material, a Fresnel hologram is formed. If the object is very far from the recording material, a Fraunhofer hologram is recorded. Another possible configuration is to place a lens between the object and the recording material such that the distance between the lens and the material is equal to the focal length of the lens. This arrangement produces a Fourier transform hologram, so called because during reconstruction, the Fourier transform of the reconstructed wave must be taken (with a lens) to reproduce the recorded image. These previous configurations use a planewave as the second recording beam. If an expanding spherical wave is used instead, with the source of the spherical wave near the location of the object, a quasi-Fourier-transform hologram, or lensless Fourier transform hologram, is formed. This type of hologram shares many of the properties of the true Fourier transform hologram.

TABLE I. Maximum Diffraction Efficiencies of Hologram Classes

| Thickness | Modulation | Configuration | Maximum efficiency (%) |
|---|---|---|---|
| Thin | Absorption | Transmission | 6.25 |
| Thin | Phase | Transmission | 33.90 |
| Thick | Absorption | Transmission | 3.70 |
| Thick | Absorption | Reflection | 7.20 |
| Thick | Phase | Transmission | 100.00 |
| Thick | Phase | Reflection | 100.00 |

Other classes of holograms also exist, such as polarization holograms, rainbow holograms, synthetic holograms, and computer generated holograms. However, these are specialized topics, best dealt with separately from the central concepts of holography. [*See* COMPUTER-GENERATED HOLOGRAPHY.]

## IV. Recording Materials

There are many materials that can be used for recording holographic interference patterns. Some materials record the pattern as a change in their optical absorption; this yields absorption holograms. Other materials record the patterns as changes in their index of refraction or as a relief pattern on their surface; these materials produce phase holograms. The thickness of the recording layer is also important to the characteristics of the hologram, as discussed in Section III.

Practical concerns related to holographic recording materials include the recording resolution, material sensitivity as a function of optical wavelength, and the processing steps required to develop the hologram. The spacing of inter-

ference fringes can be adjusted by changing the angle between the beams: a small angle gives large fringes, and a large angle gives fringes as small as one-half the wavelength of the light used. An ideal recording material would have a resolution of at least 5000 fringes per millimeter.

Some materials are sensitive to all visible wavelengths, and others to only a portion of the spectrum. The wavelength sensitivity of the recording material must be matched to the light source used. Sensitive recording materials are generally desirable, since high sensitivity reduces the recording exposure time and the amount of optical power required of the source. Long exposures are undesirable because of the increased chance that a random disturbance will disrupt the coherence of the recording beams.

Many recording materials require some chemical processing after exposure to develop the holographic pattern. Some materials develop when heat is applied, and a few materials require no processing at all: the hologram is immediately available. Of course, the need for developing complicates the system and introduces a delay between recording the hologram and being able to use it. Important characteristics of the most common hologram recording materials are summarized in Table II.

Silver halide photographic emulsions are the most common recording material used for holograms. They are a mature and commercially available technology. The emulsion may be on a flexible acetate film or, for greater precision, a flat glass plate. Photographic emulsions have a very high sensitivity and respond to a broad spectral range. The ordinary development procedure for photographic emulsions causes them to become absorptive at the locations that have been exposed to light. Thus, an absorption hologram is produced. Alternate developing procedures employing bleaches leave the emulsion transparent but modulate the index of refraction or the surface relief of the emulsion. These processes lead to phase holograms. Many photographic emulsions are thick enough to produce holograms with some characteristics of a thick grating.

Dichromated gelatin is one of the most popular materials for recording thick phase holograms. Exposure to light causes the gelatin molecules to crosslink. The gelatin is then washed, followed by dehydration in alcohol. Dehydration causes the gelatin to shrink, causing cracks and tears to occur in the regions of the gelatin that are not crosslinked. The cracks and tears produce a phase change in light passing through those regions. Phase holograms recorded in dichromated gelatin are capable of achieving diffraction efficiencies of 90% or better with very little optical noise. The primary limitations of dichromated gelatin are its very low sensitivity and the undesirable effects of shrinkage during development.

Photoresists are commonly used in lithography for fabrication of integrated circuits, but can be utilized for holography too. Negative and positive photoresists are available. During developing, negative photoresists dissolve away in locations that have not been exposed to light, and positive photoresists dissolve where there has been exposure. In either case, a surface relief recording of the interference pattern is produced. This surface relief pattern can be used as a phase hologram either by passing light through it or by coating its surface with metal and reflecting light off it. The photoresist can also be electroplated with nickel, which is then used as the master for embossing plastic softened by heat. The embossing process can be done rapidly and inexpensively, and so is useful for mass produc-

TABLE II. Holographic Recording Materials

| Material | Modulation | Sensitivity (J/cm²) | Resolution (line pairs/mm) | Thickness (μm) |
|---|---|---|---|---|
| Photographic emulsion | Absorption or phase | $\sim 5 \times 10^{-5}$ | ~5000 | <17 |
| Dichromated gelatin | Phase | $\sim 7 \times 10^{-2}$ | >3000 | 12 |
| Photoresist | Phase | $\sim 1 \times 10^{-2}$ | ~1000 | >1 |
| Photopolymer | Phase | $\sim 1 \times 10^{-2}$ | 3000 | 3–150 |
| Photoplastic | Phase | $\sim 5 \times 10^{-5}$ | >4100 | 1–3 |
| Photochromic | Absorption | ~2 | >2000 | 100–1000 |
| Photorefractive | Phase | ~3 | >1000 | 5000 |

.ve the emulsion
ıdex of refraction
lsion. These pro-
ns. Many photo-
ıough to produce
:ristics of a thick

ıf the most popu-
ıick phase holo-
s the gelatin mol-
ı is then washed,
lcohol. Dehydra-
k, causing cracks
ıns of the gelatin
cracks and tears
t passing through
ıms recorded in
: of achieving dif-
better with very
ry limitations of
y low sensitivity
shrinkage during

used in lithogra-
l circuits, but can
o. Negative and
able. During de-
dissolve away in
:xposed to light,
ılve where there
ıse, a surface re-
:e pattern is pro-
:n can be used as
ıing light through
netal and reflect-
can also be elec-
then used as the
oftened by heat.
done rapidly and
for mass produc-

ing holograms for use in magazines and other large-quantity applications.

Photopolymers behave in a fashion similar to photoresists, but instead of dissolving away during development, exposure of a photopolymer to light induces a chemical reaction in the material that changes its index of refraction or modulates its surface relief. Some photopolymers require no development processing, and others must be heated or exposed to ultraviolet light.

Photoplastics are noted for their ability to record and erase different holographic patterns through many cycles. The photoplastics are actually multilayer structures. A glass substrate plate is coated with a conductive metal film. On top of this is deposited a photoconductor. The final layer is a thermoplastic material. For recording, a uniform static electric charge is applied to the surface of the thermoplastic. The voltage drop due to the charge is divided between the photoconductor and the thermoplastic. The structure is then exposed to the holographic interference pattern. The voltage across the illuminated portions of the photoconductor is discharged. Charge is then applied a second time to the surface of the device. This time excess charge accumulates in the regions of lowered voltage. The device is now heated until the thermoplastic softens. The electrostatic attraction between the charge distribution on the surface of the thermoplastic and the conductive metal film deforms the plastic surface into a surface relief phase hologram. Cooling the plastic then fixes it in this pattern. The hologram may be erased by heating the plastic to a higher temperature so that it becomes conductive and discharges its surface.

Photochromics are materials that change their color when exposed to light. For example, the material may change from transparent to absorbing for a certain wavelength. This effect can be used to record absorption holograms. Furthermore, the recording process can be reversed by heating or exposure to a different wavelength. This allows patterns to be recorded and erased. These materials, however, have very low sensitivity.

Photorefractive materials alter their refractive index in response to light. These materials can be used to record thick phase holograms with very high diffraction efficiency. This recording process can also be reversed, either by uniform exposure to light or by heating. These materials, too, have rather low sensitivity, but research is continuing to produce improvements.

## V. Applications

Holography is best known for its ability to reproduce three-dimensional images, but it has many other applications as well. Holographic nondestructive testing is the largest commercial application of holography. Holography can also be used for storage of digital data and images, precise interferometric measurements, pattern recognition, image processing, and holographic optical elements. These applications are treated in detail in this section.

An image reconstructed from a hologram possesses all the three-dimensional characteristics of the original scene. The hologram can be considered a window through which the scene is viewed. As described in Section II, a hologram records information about the intensity and direction of the light that forms it. These two quantities (along with color) are all that the eye uses to perceive a scene. The light in the image reconstructed by the hologram has the same intensity and direction properties as the light from the original scene, so the eye sees an image that is nearly indistinguishable from the original. There are two important aspects in which the holographic reconstruction of a scene differs from the original: color and speckle. Most holograms are recorded using a single wavelength of light. The image is reconstructed with this same wavelength, so all objects in the scene have the same color. Also, because of the coherence properties of laser light, holographic images do not appear smooth: they are grainy, consisting of many closely spaced random spots of light called speckles. Attempts to produce full-color holograms and eliminate speckle will be described in this section.

The simplest method of recording an image hologram is shown in Fig. 3(a) Light reflecting off the object forms one recording beam, and light incident on the film directly from the laser is the other beam needed to produce the interference pattern. The exposed film is developed and then placed back in its original position in the system. The object that has been recorded is removed from the system, and the laser is turned on. Light falling on the developed hologram reconstructs a virtual image of the object that can be viewed by looking through the hologram toward the original position of the object, as shown in Fig. 3(b).

Many variations on the arrangement described above are possible. Often, the portion of the beam directed toward the object is split into




FIG. 3. A simple optical system for (a) recording and (b) viewing a transmission hologram.

several beams that are arranged to fall on the object from different directions so that it is uniformly illuminated. Attention to lighting is especially important when the scene to be recorded consists of several separate objects that are different distances from the film. Another recording arrangement is to have the laser beam pass through the film plane before reflecting from the object, as shown in Fig. 4(a). A reflection hologram is formed with this arrangement, and can be viewed as shown in Fig. 4(b). An important advantage of the reflection hologram is that a laser is not needed to view it: a point source of white light will work quite well. Use of white light to reconstruct a hologram is not only more convenient, but eliminates speckle too. This is possible because the reflection hologram also acts as a color filter, efficiently reflecting light of only the proper wavelength. It is important, however, that source is very small (as compared to its distance from the hologram), otherwise the reconstructed image will be blurred.

A hologram that reconstructs an image containing all the colors of the original scene would, obviously, be a desirable accomplishment. The principle obstacle in achieving this goal is that holographic interference patterns result only when very monochromatic light is used. Recording a hologram with a single color and reconstructing the image with several colors does not work. Reconstructing a hologram with a wavelength other than the one used to record it changes the size and direction of the reconstructed image, so the variously colored images produced with white-light illumination are not aligned. It is possible to record three different holograms of the same object on one piece of film, using a red, a blue, and a green laser. The three holograms can be reconstructed simultaneously with the appropriate colors, and a reasonable representation of the colors of the original object is produced. The problem, however, is that each reconstructing beam illuminates not only the hologram it is intended for, but the other two holograms as well. This leads to numerous false-color images mingled with the desired image. The false images can be eliminated with a thick hologram recording material by using the angular selectivity of thick holograms.

Another approach to color holography is the stereogram. Sets of three separate holograms (one each for red, green, and blue) are recorded for light coming from the scene at various angles. A projection system using a special screen is used for viewing. Light from different angular perspectives is directed at each eye of the viewer, thus providing the parallax information needed to yield a three dimensional image. This system requires that the viewer is positioned rather exactly with respect to the screen.

Interferometry is a means of making precise measurements by observing the interference of optical wavefronts. Since holograms record phase information about the light from an object, they are useful in making before and after comparisons of the deformation of objects in response to some change in their environment. A typical arrangement for holographic interferometry is shown in Fig. 5. The first step is to record and develop a hologram of the object. The hologram is replaced in the system, and the image of the object is reconstructed from it. The object




FIG. 4. A simple optical system for (a) recording and (b) viewing a reflection hologram.

ect on one piece of
d a green laser. The
:onstructed simulta-
:e colors, and a rea-
e colors of the origi-
: problem, however,
›eam illuminates not
tended for, but the
ll. This leads to nu-
ningled with the de-
es can be eliminated
ding material by us-
f thick holograms.
›r holography is the
separate holograms
d blue) are recorded
;cene at various an-
sing a special screen
om different angular
t each eye of the
parallax information
:nsional image. This
iewer is positioned
to the screen.
s of making precise
; the interference of
holograms record
e light from an ob-
ing before and after
tion of objects in re-
ieir environment. A
›graphic interferom-
first step is to record
he object. The holo-
:m, and the image of
from it. The object







ı for (a) recording and
n.






FIG. 5. (a) For real-time holographic interferometry, a hologram of the object is recorded. (b) Then the stressed object is viewed through the developed hologram.

itself is subjected to some change and illuminated as it was to record the hologram. When viewing the object through the hologram, light from the object and from the holographic reconstruction of the object will interfere. If the surface of the object has deformed, bright and dark fringes will appear on the surface of the object. Each fringe corresponds to a displacement in the surface of the object by one-quarter of the optical wavelength. Thus, this is a very sensitive measurement technique.

The same principles apply to transparent objects that undergo an index of refraction change. Changes in index of refraction alter the optical path length for light passing through the object. This leads to interference fringes when the object is viewed through a holographic recording of itself. Such index of refraction changes can occur in air, for example, in response to heating or aerodynamic flows.

A slight modification to the technique described above can provide a permanent record of the interference pattern. A hologram of the original object is recorded but not developed. The object is subjected to some change and a second recording is made on the same film. The film is now developed and contains superimposed images of both the original and the changed object. During reconstruction, wavefronts from the two images will interfere and show the desired fringe pattern.

Another variation of holographic interferometry is useful for visualizing periodic vibrations of objects. Typically, the object is subjected to some excitation that causes its surface to vibrate. A hologram of the vibrating object is made with an exposure time that is longer than the period of the vibration. A time integration of the lightwave phases from locations on the object is recorded on the film. Portions of the object that do not move, vibrational nodes, contribute the same lightwave phase throughout the exposure. This produces constructive interference, and these locations appear bright in the reconstruction. Bright and dark fringes occur elsewhere on the object, with the number of fringes between a particular location and a vibrational node indicating the amplitude of the vibration.

Deformations on the surface of an object in response to applied pressure or heating can often be used to make determinations concerning changes within the volume of the object under the surface. For this reason, holographic interferometry is useful for holographic nondestructive testing; characteristics of the interior of an object can be determined without cutting the object apart. If interference fringes are concentrated on one area of a stressed object, that portion of the object is probably bearing a greater portion of the stress than other locations. Or a pattern of fringes may indicate a void in the interior of the object, or a location where layers in a laminated structure are not adhering.

Holography plays an important role in the field of optical data processing. A common optical system using a holographic filter is shown in Fig. 6. One application of this system is pattern recognition through image correlation. This is useful for detecting the presence of a reference object in a larger scene. The first step is to record a Fourier hologram of the object that is to be detected. A transparency of the object is placed in the input plane and is holographically recorded onto photographic film in the filter plane; a reference beam is also incident on the




FIG. 6. A simple, yet versatile, optical system for using holographic filters for image processing.

film. After exposure, the film is removed from the system, developed, and then replaced in the filter plane. The scene believed to contain occurrences of the reference object is placed in the input plane and illuminated. A portion of the light distribution in the output plane will represent the correlation of the input image with the reference image. This means that wherever the reference image occurs in the input scene, a bright spot of light will be present at the corresponding position on the output plane. As a specific example, the reference object might be a printed word. A hologram of the word would be placed in the filter plane. Input to the system could be pages of printed text. For each occurrence of the selected word within the text, a bright spot would be present at the output plane. In the simple form described, the system can detect occurrences of the reference object that are very close to the same size and rotational orientation as the object used to record the hologram. However, research is being conducted to produce recognition results without regard to scaling or rotation of the object, and has already met with considerable success. [*See* PATTERN RECOGNITION.]

Other image-processing operations can be performed using the same optical system. The hologram is recorded to represent a frequency-domain filter function rather than a reference object. For example, blurring of an image produced by an unfocused optical system can be modeled as a filtering of the spatial frequencies in the image. Much of the detail can be restored to a blurred image by placing a hologram representing the inverse of the blurring function in the filter plane and a transparency of the blurred image in the input plane. Holographic filters can also be used to produce other useful image-processing operations, such as edge enhancement.

Holography is also attractive for data storage. Because holograms record information in a distributed fashion, with no one point on the hologram corresponding to a particular part of the image, data recorded in holographic form are resistant to errors caused by defects in the recording material. Returning to the analogy of the hologram as a window through which to view an image, if part of the hologram is obscured or destroyed, it is still possible to recover all the data simply by looking through the remaining usable portion of the window. Obviously, if part of an ordinary photograph containing data is destroyed, the data on that portion of the photograph is irrevocably lost. The data stored in a holographic system can be pages of text, images, or digitally encoded computer data. If thick recording materials are used, many pages of data can be stored in one piece of material by utilizing the angular selectivity of thick holograms.

Holograms can be recorded to provide the same functions as refractive optical elements such as lenses and prisms. For example, if a hologram is recorded as the interference of a planewave and a converging spherical wave, when the developed hologram is illuminated with a planewave it will produce a converging spherical wave, just as a positive lens would. Holographic optical elements (HOEs), as they are called, have two principle disadvantages with respect to the more common refractive elements. HOEs work as designed only for one wavelength of light, and because they usually have a diffraction efficiency less than 100%, not all of the light is redirected as desired. However, HOEs also have advantages over refractive elements in certain applications. First, the optical function of a HOE is not linked to its physical shape. A HOE may be placed on a curved or angled surface. For example, HOEs are used on the surface of the visor on pilots' helmets to serve as a projection lens for instrumentation displays. Also, HOEs can be created that provide the function of refractive elements that would be very difficult to fabricate, such as an off-axis segment of a lens. Several HOEs can be recorded on the same piece of material to give the function of multiple refractive elements located at the same spatial position. Another popular configuration is to record a HOE on the surface of an existing lens. The lens takes care of most of the refraction required by an optical system, and the HOE provides small additional corrections to reduce aberrations. A second advantage of HOEs is their small physical volume and weight. A HOE recorded on film can provide the same function as a thick, heavy piece of glass. In particular, lenses with a large aperture and short focal length can be quite massive when fabricated in glass, while those characteristics are readily produced using a HOE. Finally, there are applications in which the limited range of working wavelengths of HOEs is desirable. Reflective holograms are often used in these applications. Information presented in the intended color can be reflectively imaged toward a viewer while the scene behind the hologram, containing mainly other colors, is also visible through the hologram without distortion.

The applications just cited are only a sampling of the uses of holography. It is a field that is the subject of ongoing research and that enjoys the continuing discovery of new forms and applications.

## VI. History of Holography

The fundamental principle of holography, recording the phase of a wavefront as an intensity pattern by using interference, was devised by Dennis Gabor in 1948 to solve a problem with aberrations in electron microscopy. He also coined the word hologram from Greek roots meaning whole record. The results of Gabor's work of translating electron diffraction patterns into optical diffraction patterns and then removing aberrations from the resulting image were less than satisfactory. Other researchers following his lead were not significantly more successful, so this first application of holography soon faded from the scene.

Other researchers experimented with optical holography for its own sake during the early and mid-1950s, but results were generally disappointing. At that time, holography suffered from two important disadvantages. First, no truly interesting application had been found for it. The rather poor-quality images it produced were laboratory curiosities. Second, coherent light to record and view holograms was not readily available. The laser was not available until the early 1960s. Coherent light had to be produced through spectral and spatial filtering of incoherent light.

In 1955 an interesting, and eventually very successful, application for holography was uncovered. Leith and Upatnieks, working at the University of Michigan's Radar Laboratory, discovered that holography could be used to reconstruct images obtained from radar signals. Their analysis of this technique led them to experiment with holography in 1960, and by 1962 they had introduced an important improvement to the field. Gabor's holograms had used a single beam to produce holograms, recording the interference of light coming only from various locations on the object. This led to reconstructed images that were seriously degraded by the presence of higher diffraction orders and undiffracted light. Leith and Upatnieks introduced a second beam for recording. The presence of this second beam separated the reconstructed image from other undesired light, thus significantly improving the image quality.

Also in the early 1960s, Denisyuk was producing thick reflection holograms in photographic emulsions. These holograms have the advantage that they can be viewed with a point source of white (incoherent) light, since the reflection hologram acts also as a color filter.

Advances in practical applications of holography began to occur in the mid 1960s. In 1963, Vander Lugt introduced the form of holographic matched filter that is still used today for pattern recognition. Powell and Stetson discovered holographic interferometry in 1965. Other groups working independently introduced other useful forms of this important technique.

The first form of thin transmission hologram that can be viewed in white light, the rainbow hologram, was developed by Benton in 1969. Another form of hologram that can be viewed in white light, the multiplex hologram, was produced by Cross in 1977.

### Bibliography

Caulfield, H. J., (ed.) (1979). "Handbook of Optical Holography." Academic Press, New York.

Goodman, J. W. (1968). "Introduction to Fourier Optics." McGraw-Hill, New York.

HOLOGRAPHY, COMPUTER-GENERATED—*SEE* COMPUTER-GENERATED HOLOGRAPHY

HOLOMORPHIC FUNCTIONS—*SEE* FUNCTIONS OF SEVERAL COMPLEX VARIABLES

HOMOGENEOUS CATALYSIS—*SEE* CATALYSIS, HOMOGENEOUS

HYDRODYNAMICS, MOLECULAR—*SEE* MOLECULAR HYDRODYNAMICS

HYDROGEN BOMB—*SEE* FUSION DEVICES, EXPLOSIVE