PATENT APPLICATION SERIAL NO. 108435

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

| | | | | |
|---|---|---|---|---|
| 060 | 10/21/87 | 108435 | 1 201 | 170.00 CK |
| 060 | 10/21/87 | 108435 | 1 202 | 306.00 CK |
| 060 | 10/21/87 | 108435 | 1 203 | 240.00 CK |
| 060 | 10/21/87 | 108435 | 1 203 | 300.00 CK |

PTO-1556
(5/87)

## Abstract of the Disclosure

The current limits of resolution of multi-element optical systems are exceeded by reducing the number of elements while introducing at the critical aperture a blazed transmission grating having grating rings of low bending power defined by multiple plateaus. By illuminating the optical train with monochromatic light that constitutes a multiplicity of distributed sources having a substantial temporal coherence but spatial incoherence and by varying the slopes and widths of the grating rings, local phase delays are introduced that adjust aberrations in the optical system, providing an aligned composite wavefront. The system and method may be used for presenting an image, as for a wafer stepper, or for viewing an image, as in a microscope.

MAIL ROOM OCT 13 1987 PAT. & TRADEMARK OFF.

9/18

370.00 -201- A
306.00 -202
540.00 -203

108435



# HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS

## Background of the Invention

The use of high resolution optical imagery systems, as in photolithographic systems for the semiconductor industry and microscope systems for a wide variety of applications, has continued to grow despite the availability of other technologies, such as high resolution systems based upon atomic particle matter typified by electron beams or X-rays. The greater cost and lower operating convenience of these latter systems, as well as the longer times required for the formation of images, establish that the optical imagery systems will remain preferable for many applications for the foreseeable future. However, constantly increasing requirements for more precise technology have taken the optical imagery systems virtually to the limits of resolution values which can be achieved with refractive optics. For example, very large scale integrated circuits are constantly being reduced in size and made with higher component density, an objective measure of which is the minimum linewidth specification. Whereas one micron linewidths were suitable until recently, present objectives in the industry contemplate linewidths well down into the submicron category, of less than 0.5 microns and even 0.3 microns. This requires a line resolution for a refractive optical system of the order of several thousand lines per millimeter, which has not heretofore been achievable with an optical imaging system of suitable aperture and depth of field.

In response to these problems the optical industry has devised progressively more sophisticated multi-element lens systems using advanced lens design computer programs. The advanced level of the state of the art is exemplified by the so-called "i-line" lens system, which utilizes a complex configuration of some twenty refractive elements of highest quality glasses. The best that this system can achieve, however, is in the range of 0.7 micron linewidth resolution, because the multiple factors involved in complex lens design (chromaticism, coma, astigmatism, spherical aberration being included), together with the problems of achieving sufficient uniformity and adequate wave energy at the target, establish ultimate limitations that are presently at about 0.7 micron linewidth. There are also inherent limitations on manufacture when dealing with this order of precision. For example, the best diamond turning procedures still leave optical surfaces too rough for operation at short wavelengths (e.g. ultraviolet).

The semiconductor industry, however, has devised many production and inspection procedures based upon optical imaging systems, and would prefer to use these for the specific advantages they provide. For example, in preparing the successive layers on a silicon or other wafer, a "wafer stepper" system is employed incorporating the high resolution refractive optics. There is a different precision photomask for each layer to be formed. The wafer is first covered with a layer of photosensitive material of the type on which an image can be fixed by exposure to a suitable amount of light energy. The wafer stepper mechanism then precisely and sequentially places the wafer at chosen matrix positions relative to an optical axis. At each position in the matrix pattern on the wafer, an exposure is made through the photomask, with the optical system typically reducing the

image a selected amount, usually five or ten times. Inherent requirements for this type of system are that the light energy be adequate for each exposure, that the exposed image be uniform across the image, that the depth of field be sufficient and that the resolution meet the specifications of the design. These requirements are not easily met in combination, because the very small size of the images and the extreme precision that are required greatly restrict the design alternatives that are available. Once the exposure is made at all positions in the matrix and the unfixed material is washed off, the images can be checked for accuracy and uniformity of reproduction. Optical microscopes are usually employed for checking, on a statistical basis, the characteristics of the various images. The inspection may comprise one or more of a combination of procedures involving automatic or operator measurement of linewidths or other characteristics, but all of these procedures entail precise and high resolution magnification of the image.

The problems of obtaining higher resolution optical imagery systems of practical application thus appear to have approached a limit. Whether or not such limit ultimately is found to be insurmountable with more complex multi-element lens systems remains to be seen. Some substantially different approach appears to be needed, however, that would free optical imagery systems from the constraints on design and manufacture that are inherently imposed in reconciling many higher order terms involved in optical design equations. Tentative movements in this direction were made a number of years ago in proposals that an aspherical element of a special character be introduced into the lens system. These proposals are best evidenced in an article by Kenro Miyamoto entitled "The Phase Fresnel Lens", presented at the November 1960 meeting of the Optical Society

of America and subsequently published in the Journal of the Optical Society of America, January 1961, pp. 17-20. In that article, Miyamoto also referenced earlier articles of philosophically similar nature. He principally suggested that a "phase Fresnel lens" be inserted in the pupil plane of an optical system to deform the wavefront surface passing therethrough so as to compensate, for example, for spherical aberration. His proposals were general in nature with no consideration being given to problems of achieving high transmission efficiency, high resolution such as would approach the needs of the semiconductor industry, or adequate depth of field. Miyamoto, in an example, suggested the use of single layer thin film rings of a minimum radial dimension of 0.63 mm. He did not address the difficulties involved in fabricating a more precise system, i.e. a blazed transmission grating.

Miyamoto asserts that a phase Fresnel lens can be made to deform a wave surface by an amount:

$$\phi(u,v) - (k-1)$$

where K = 1, 2,...m, where the amount of deformation in all zones is smaller than $\lambda$, by depositing a (single) thin film covering various circular zones. He then asserts that a wave surface thus deformed is "quite equivalent" to a lens which deforms the wave surface by the amount $\phi(u,v)$.

His equations describe a perfectly blazed phase grating yet his description of his method using a single thin film leads to the creation of a binary phase grating, which might also be called a "phase reversal zone plate". This type of grating can only function to provide alternation of phase delays between two values.

The phase reversal zone plate was studied by Melvin H. Horman in an article entitled "Efficiencies of Zone Plates and

Phase Zone Plates", published in Applied Optics, November 1967, pp. 2011-2013. Horman defines the efficiency of a zone or phase plate as the "percentage of the flux in the illuminating wavefront which goes to their principal images", and using this definition he gives the first order efficiency of the phase reversal zone plate as 40.5%. Horman notes that the efficiency of a phase Fresnel lens, if it could be built, would approach 100%. Fabrication of a phase Fresnel lens of high efficiency, working in conjunction with highly corrected optics, however, has apparently not been attempted or reported in the intervening years. Triangular profile plates for independent use as microlenses have been made for certain applications.

The Miyamoto proposal thus is recognized as offering the possibility for greater freedom of lens design, but as far as is known from the literature was never implemented. This was probably due to a combination of reasons including limitations perceived as to the advantages to be derived, the difficulty of fabrication of the phase Fresnel lens in the form described, other advances in optical design using solely refractive optics, and a lack of appreciation of much more complex factors inherent in the problem. For example, there can be a substantial variation in efficiency between the parallel and orthogonal components of incident light, with grating blaze angle. Also, Miyamoto failed to appreciate, or at least discuss, the important role that temporal coherence of the individual spectral components plays in maintaining the resolution or space-bandwidth product of a phase Fresnel lens. It is shown hereafter that by properly considering, in the manipulation of wavefront aberration, factors including wave component distributions, the precise distribution of the illuminating energy, and local, temporal and spatial rearrangement of phase

relationships, together with a coactive refractive lens configuration, the resolution of an optical imagery or readout system can be increased beyond levels previously thought unattainable, with useful depth of field and high efficiency.

The same principles upon which high resolution optical imagery or readout can be achieved by combinations of phase gratings and optical refractive elements can also be used in other optical applications. These include microscopy and optical transform functions, conical axicon phase gratings in combination with a spherical object lens, cylindrical phase gratings in combination with conventional cylindrical lenses, and toroidal aspheric grating lenses. Conical axicon phase gratings can be particularly useful in combination with optical refractive elements to provide a narrow line of light of predetermined length for an optical disk recording or readout device, eliminating the need for an autofocus system. The ability to precisely correct wavefront aberrations can in other words be of potential benefit wherever refractive optics limits are approached provided that the particular spectral characteristics of phase plates are recognized and accounted for in the system design.

## Summary of the Invention

Systems and methods in accordance with the invention dispose at least one holographic areally distributed transmissive grating element in the optical train of a refractive optical system, one of the elements usually being at the ~~critical~~ aperture stop. The grating element and other components are illuminated monochromatically by a multiplicity of distributed spatially incoherent but temporally coherent sources in such manner as to introduce incrementally varying phase retardation. These incremental variations vary nonlinearly but in controlled

fashion throughout the illuminating field, forming a composite wavefront which compensates for selected aberrations. In an optical imaging system the compensation is not only for predetermined spherical aberration but also predetermined chromatism in the refractive optics. Wave retardation is effected by a transmission grating having segments defined by multiple plateaus varying by fractional wavelength increments that provide high efficiency diffraction. Areal organization of the segments may include phase reversals and transmissivity changes to modify the wavefront component interactions so as to create a number of interrelated pupils whose composite effect can be, for example, increased depth of field, better contrast, and improved resolution.

In one general example of an imaging system, an illuminator is employed that comprises a monochromatic light source, means for distributing the beam evenly throughout an extended beam area and means for establishing temporal coherence of the waves at above a predetermined minimum, but with spatial coherence effectively eliminated. The phase plate in this instance comprises a light transmissive element having a plurality of concentric rings, each having multiple plateaus varying by incremental wavelength fractions, the plateaus of a ring together providing low angle bending of the local wavefront. The phase plate is disposed at the ~~critical~~ stop aperture of a refractive optics system, the design of which is integrated with the phase plate and thereby simplified. The refractive optics may, for example, include a collimating lens portion and an objective lens portion but is typically designed with relatively few elements having known but limited aberrations acceptable within overall limits for the system. The phase plate is fabricated by microlithographic techniques so as to

provide rings of varying radii with successive plateau levels within each ring. By changing the step relationship of plateaus in different ring groupings the phase relationship of waves passing through different subdivisions of the phase plate is selectively reversed to provide a number of pupils. Some rings or groups of rings may be rendered opaque or partially transmissive so that light from certain areas can be blocked or attenuated. Thus the spatial distributions and phase relationships of the illumination from the multiplicity of light sources are restructured so that the composite waveform is precisely reconstituted to cancel out the permitted aberration in the refractive optics. By this system and method resolution of the order of 2,500 lines per millimeter, high efficiency transmission, high depth of field and excellent contrast are achieved. The refractive optics used in the system not only require substantially fewer elements but the design procedure can accommodate greater tolerance for specific characteristics, such as spherical aberration and chromaticity.

To achieve high beam intensity, evenness of intensity distribution, and achromatism a pulsed laser is a preferred illuminator source for semiconductor fabrication operations. However other sources, such as mercury arc systems, can be used in conjunction with conventional methods for overcoming intensity distribution, filtering and chromatism problems.

In accordance with further features of the invention, the illuminator in one specific example comprises an excimer laser and etalon tuning cavity combination operating in the ultraviolet range, as at 248 nm, to provide bursts of light energy that have temporal coherence to in excess of 50,000 waves. The bursts of illuminating light energy are passed through a phase randomizer comprising a pair of spaced apart

random phase plates and an intermediate beam shifting device which distributes spatially incoherent multiple light sources in a statistically uniform manner at the photomask or object plane. The phase plate is configured to provide on the order of 3° of light bending, with high efficiency transmission of first order waves, and in a preferred configuration includes a six zone-pupil configuration defined by segments of alternating phase, achieved by selective reversal of the plateau progressions in the phase plate subdivisions. More than one phase plate can be arranged in a system, with one being disposed at the ~~critical~~ stop aperture and the others adjacent along the beam path to provide particular aspheric characteristics. With a 248 nm source, the maximum thickness of the phase plate plateau regions is limited to approximately 0.~~144~~ 427 microns, the individual plateaus being only of the order of 1.5 microns wide at the narrowest ring. The temporal coherence in the wavelets is maintained at approximately 50 times greater, or more, than the maximum phase delay introduced by the multi-plateau regions.

A number of different systems in accordance with the invention illustrate the versatility of the concept. In a microscope system, for example, light directed from an illuminator system onto an object under examination is imaged with higher resolution than heretofore by using a phase plate which is at the critical aperture and compensates for aberrations of refractive elements in the system, as well as spherical aberrations introduced by a transparent cover plate over the specimen under examination. In an axicon type of system, a phase plate in accordance with the invention is configured to cooperate with one or more spherical elements so as to bring planar waves into conical focus. The converging waves create the relatively long needle of light along the optical axis that

characterizes the axicon design. In the cylindrical lens system, wavefront compensation is effected by parallel rather than concentric plateaus, again for higher resolution and precision.

Further, the phase plate may advantageously include an outer annular region of concentric rings defining separate light bending gratings and fiducial patterns. Coherent light of a different wavelength (e.g. a red wavelength) than the image wavelength can be transmitted through different portions of this outer annular region for use in alignment of the target surface relative to the projected image, without affecting the photosensitive surface.

Phase plates in accordance with the invention are fabricated by preparing photomasks or direct writing to define ring patterns of desired character for each of a succession of deposition or etching steps, preferably arranged in binary progression. For example, three successive steps can be used to define deposition layers for one, two and four plateau heights, to provide cumulatively a progression of from zero level to seventh level plateaus, using a series of three photoresist, wash and deposition subsequences. Each deposition subsequence may, for example, add an incremental fraction of a wavelength difference of high purity silica, with predetermined radial variations between the rings. Thus a phase plate may be constructed having approximately 1,600 rings, each of eight plateau levels, on an element of the order of 10 centimeters in diameter. This size is of the range needed for current wafer stepper equipment that can produce the large wafers and high resolution required for modern semiconductor products. A complementary binary sequence may alternatively be used, but based upon etching instead of deposition of the layers.

The outer annular rings used with a second wavelength source for target alignment are similarly formed, recorded from the phase mask or written directly at the same time as the rings in the image area. The outer rings are however deposited separately because the wavelength and consequently the required layer thicknesses are different.

A slightly smoother and more efficient blaze angle may be formed on the grating by creating a succession of 16 plateau heights using four binary masks to define a progression from 0 to 15 levels sized to create optical phase delays from 0 to 15/16 wavelength. Similarly, coarser and less efficient gratings may alternatively be created for specific applications using only four plateau levels.

Different sets of diffractive or reflective rings are also advantageously deployed on the phase plate. For this purpose the element is initially overlaid, at least in certain regions, with a base (e.g. chrome) layer. The rings are defined by scribing during rotation or by photo-etch techniques.

One set of rings forms a number of groups of lens centering and spacing gratings. These gratings are positioned and specially configured with respect to different individual lens elements, or subgroups of the lens elements. They provide a focused beam at the optical axis when collimated light is directed through them at the critical aperture and the lens elements in the chosen lens subgroup are properly positioned. Thus the centration and axial position of each lens can be precisely referenced as it is added into the assembly.

A second set of reflective rings is initially written as an outer peripheral grouping concentric with a nominal axis that is to serve as the center for subsequent patterns. This ring set serves as a fiducial reference for photomasks or for

compensating for eccentricity of the phase plate when separate tracks are being directly written during fabrication of the phase plate in a rotating system.

The precision required in placing the multi-plateau rings on the phase plate in order to achieve sub-micron resolution imposes very stringent requirements on whatever writing technique is used. These requirements are met utilizing the phase plate itself, by generating a third set of reflective rings near the center. Although the center of rotation is initially arbitrarily chosen, within limits, its position is precisely determined after writing of the reflective rings by scanning the rings on both sides of the center line while taking wave fringe measurements with an interferometer as each reflective ring is passed. Using the inner rings and outer rings in similar fashion, a precise reading can also be obtained of the number of fringes between their nominal positions. From these readings, calibrations can be made using precise corrections for immediately existing temperature, pressure and velocity of light, so that rings can be placed with an accuracy of the order of 1/30 micron.

A particularly effective direct writing system in accordance with the invention uses an air spindle supported by air bearings on a base. A unidirectionally movable carriage is shifted relative to the spindle by a control system to different track writing positions for a writing laser beam. An eccentricity sensor system mounted adjacent the spindle projects an image of the outer fiducial rings onto a pattern and detects sinusoidal variations in the resultant signals when the phase plate is not precisely centered. The signal variations are used to deflect the laser writing beam so as to compensate for eccentricity variations during rotation. The peripherally

supported phase plate can be adjusted to within the range of 1 micron by visual means, and the eccentricity correction can bring this down to about 0.1 microns or less. This system improves the precision with which individual phase plates can be fabricated so as to correct for specific lens assemblies, beyond the precision of a conventional contact printing process. Also, because the phase plates can be placed on and removed from the air spindle for application of photoresist, processing and deposition or etching without incurring large centration or cumulative errors.

## Brief Description of the Drawings

A better understanding of the invention may be had by reference to the following description, taken in conjunction with the accompanying drawings, in which:

Fig. 1 is a simplified schematic and block diagram view of the principal elements of a system in accordance with the invention incorporating an illuminator and a phase plate;

Fig. 2 is a front view of a portion of a phase plate that may be utilized in the system of Fig. 1, showing the general ring dispositions thereon in somewhat idealized form;

Fig. 3 is a side sectional, fragmentary view of a portion of the phase plate, showing plateau variations therein and compensation of wavefront variations;

Fig. 4 is another side sectional fragmentary view similar to Fig. 3, but showing a different aspect of wavefront compensation;

Fig. 5 is an enlarged side sectional fragmentary representation of a phase plate illustrating the inner and outer grating rings in addition to the plateaus;

Fig. 6 is another fragmentary side sectional view of a phase plate showing the manner in which phase reversal is incorporated;

Fig. 7 is a block and schematic diagram showing further details of a wafer alignment system for use in the system of Fig. 1;

Fig. 8 is a sectional and block diagram view showing a direct write system for making a phase plate in accordance with the invention;

Fig. 9, comprising separate segments 9A to 9F, is a representation of separate steps that may be used in forming a phase plate by deposition;

Fig. 10, comprising separate segments 10A to 10F, is a representation of separate steps that may be used in forming a phase plate by etching;

Fig. 11 is a plan view of a portion of a photomask that may be used in making a phase plate in accordance with the invention;

Fig. 12 depicts in Figs. 12A to 12C separate steps that may be used in alignment of the lens elements in a system;

Fig. 13 is a side schematic view of an example of a system for high resolution microscopy in accordance with the invention;

Fig. 14 is a side schematic view of an axicon-type system in accordance with the invention for providing a needle-like line of light along an axis;

Fig. 15 is a simplified perspective view of a cylindrical lens system using a phase plate in accordance with the invention; and

Fig. 16 is a plan view of the system of Fig. 15.

## Detailed Description of the Invention

The schematic and generalized representation of Fig. 1 cannot, because of differences in scale and proportion, depict both the larger elements of the system and the microdistribution of the wave energy and its spatial disposition within the system. Reference must be made to other Figures for a better understanding of such features and relationships, even though such Figures also cannot present relative sizes in a way which preserves true proportions.

The system is depicted as arranged for use with an optical imagery unit such as a wafer stepper, for adequately illuminating a photoresist surface with an extremely detailed very high resolution image. Details of the control, positioning, autofocus and associated mechanisms of the wafer stepper are known and are not included for brevity. Energizing light of a specific character is generated starting with an illuminator 10 including an excimer laser 12 of the KrF type, generating a rectangular beam of approximately Gaussian distribution at 248 nm in the ultraviolet region. The excimer laser 12 generates a pulse series, at approximately 150 pulses per second, each pulse being of $1.2 \times 10^{-8}$ seconds in duration and about 375 mJ/pulse. As is shown hereafter, this system can direct radiation of sufficient intensity onto a photoresist layer to record an image, and can do so within a usefully short time since the optical imaging system is of sufficiently high efficiency. A suitable laser of this type is provided by the Lumonics Hyperex-460 Model HE-SM excimer laser, although a number of other systems are available that can be utilized with appropriate recognition of various factors enumerated hereafter.

The beam from the laser 12 is spatially coherent to a substantial degree, and temporally coherent to about 1 part

in 620, factors which are not consistent with the spatial and temporal distributions desired. Accordingly, the laser 12 operates in conjunction with a resonant tuning cavity, generally referred to as an etalon 14, which can raise the Q and the predictability of the lightwave train to be in step for as much as 124,000 wavelengths. Alternatively a laser with intracavity etalon tuning may be used to produce the same degree of temporal coherence. However, excessive tuning is not desirable because of the possibility of introduction of interference fringe effects, so that the etalon 14 is slightly detuned to reduce the temporal coherence to in the range of 1 in 10,000 wavelengths. The reasons for such modifications are discussed in more detail hereafter.

After emergence from the laser 12 the beam is enlarged in a double-prism beam expander 16 which turns the rectangular beam of the excimer laser 12 into a square beam about 1" on a side. This beam passes into a spatial coherence randomizer 18 which includes a first quasi-random phase surface 19 defined by quasi-random patterns of $SiO_2$ deposited on an $SiO_2$ substrate. The randomizer 18 structure provides a light transmissive element that imparts a degree of phase randomization across its cross-sectional area. Such a quasi-random phase surface may be achieved by evaporated patterns having average thicknesses of about 1 micron and average widths of about 10 microns. A first field lens 20 transfers the beam to a reticle masking assembly 22 which may, if desired, be motor driven. The masking assembly 22 limits the beam peripherally to a controllable object field outline of a selectable size, the beam then passing through onto a movable corner mirror 24 that is dynamically shifted through a small arc as described below. From this corner mirror 24 the beam is directed through an imaging relay

lens 26 which images the first quasi-random surface 19 onto a second quasi-random phase surface 27 of similar character. The beam then passes onto a beam combining corner mirror 28 toward the associated optics including a second field lens 29 and to the wafer plane to which the image is directed. This angled beam path enables the laser 12, which requires substantial power and volume, to be placed well away from the image forming part of the system.

The second quasi-random phase surface 27 introduces further randomization, effectively multiplying the spatial phase randomness characteristic throughout the beam distribution. However, it is desirable to be able to vary the degree of randomness, and for this purpose partial coherence modulus measuring device 36 employing a Savart plate and Soleil compensator is positioned to sense this characteristic of the beam from the randomizer 18. Such a device may be arranged in accordance with the disclosure in an article entitled "Degree of Coherence in the Image of a Quasi-Monochromatic Source", by S. Mallick in Applied Optics, Vol. 6, No. 8, for August 1967, pp. 1403-1405. The device 36 returns a signal responsive to partial coherence modulus to a control circuit 38 which operates a PZT actuator 34 coupled to the movable corner mirror 24. In accordance with partial coherence contrast readings taken by the measuring device 36, the actuator control 38 energizes the PZT actuator 34 to introduce small but variable increments of motion (of the order of 60 microns) in the image, between pulse bursts from the laser 12. Because these bursts occur at 150-200 times per second and are of very short duration, and because the corner mirror 24 need only be moved through a very slight angle, adequate spatial randomization of light from the different

originating sources is readily achieved to the extent needed and within the intervals available.

In an alternative example, the relative motion between the quasi-random phase surfaces 19, 27 can be produced by forming the first surface 19 as part of a rotating disk, and varying the speed of rotation slightly to vary the degree of randomness achieved.

The imaging relay lens 26 and second field lens 29 also image the reticle masking assembly 22 in a 1:1 relationship onto a photomask 40 disposed at a photomask plane 42. The beam at this plane is in this example apertured by the reticle masking assembly 22 to a rectangular shape which is selectable in continuous fashion from 1-1/2" to 4-1/2" on a side, with adequately close tolerances ($\pm$0.005").

The significance of the spatial coherence randomizer 18 may be more definitively understood in terms of the increase which it provides in the average La Grange product of the beam. The laser beam from the excimer laser 12 has a limited La Grange product, of about $1.8 \times 10^{-7}$ $cm^2$ Ster. This represents a number of sources in a narrowed excimer laser beam in a typical (approximately 0.3 sec) exposure. It can be shown that there are of the order of 22 x 5.4 = 122 statistically incoherent spatial modes emerging from the laser at any one instant. Also, there are about 20 wavetrains per pulse, 150 pulses per 0.3 sec. Thus, the laser supplies $1.22 \times 10^2 \times 2 \times 10 \times 1.5 \times 10^2 = 3.66 \times 10^5$ statistically independent sources per exposure. In order, however, for the sources to illuminate the image with spatial incoherence of desired degree, each point on the image must be illuminated by approximately $10^2$ sources of light. The total number of sources, derived from an approximately 4,000 line per

millimeter resolution at the image size of the wafer plane, that are required are about:

$$10^5 \times 10^5/(1.75)^2 \times 10^2 = 3.27 \times 10^{11}$$

This is the total number of statistically independent sources needed per exposure. The laser beam thus falls short by a factor of about $5 \times 10^4$ of the diversity required to give an image that is evenly but spatially incoherently illuminated. The La Grange product of the beam passing through the photomask and within the cone of acceptance of the imaging lens must be about:

$$2.56 \times 10^{-2}\ \mathrm{cm}^2\ \mathrm{Ster}$$

Each of the first and second quasi-random phase surfaces 19, 27 scatters the angular divergence by about $2.2 \times 10^2$, without substantially affecting the height of the principal ray over the size of the image. This combines to an overall increase of $5 \times 10^4$, which is that desired for the system. The La Grange product is accordingly adjustable by a factor up to $5 \times 10^4$. This adjustment can be made automatically, but in order to maintain the value within chosen limits, it is typically sufficient for an operator to preset, for a particular image size and exposure characteristic, the actuator control 38 in accordance with readings taken from the partial coherence modulus measuring device 36. The range of adjustments of spatial coherence length can be varied from approximately 1.5 microns, representing substantially incoherent light, to approximately 15 microns at the photomask 40.

In consequence, wave energy is distributed over a 4" x 4" mask plane with even intensity to $\pm 1\%$ measured at the wafer plane, and adjustable in amplitude within $\pm 1\%$. The total energy delivered in an exposure time of 0.3 sec. from the given excimer will be greater than 150 $\mathrm{mJ/cm}^2$ at the wafer.

Randomization of spatial coherence to the desired degree, however, cannot affect the needed temporal coherence or periodic predictability of each wavelet in this statistically diverse multiplicity of sources. The phase retardations subsequently introduced in the composite wavefront by the phase plate vary throughout the beam distribution and the possible amount of retardation is substantial. Temporal coherence must thus be maintained so that it is orders of magnitude greater than the possible retardation for the wavefront to be precisely reconstituted. Also, there are many incremental variations (as much as 100 waves) in phase delay in this example. The time coherence which is required for proper operation of these phase adjustments is approximately 50 times the maximum number of waves of retardation which are designed into the system. Although the etalon tuned laser gives about 124,000 waves in a coherent wavetrain, which is about 25 times as many as required for the phase adjusting means, this factor works against providing the largest possible number of time independent sources. These can be established by reducing the temporal coherence to about 5,000 waves, but this in turn creates problems with the chromatism in lens design. Accordingly, it is preferred to maintain this factor between 10,000 and about 100,000, the former value being assumed in the present example.

The amount of light incident on the wafer plane in any one exposure can be selectively determined by a laser exposure control 44 which integrates the energy derived during successive bursts of the laser and terminates the exposure when adequate energy has been delivered. An alignment system 46, described below, is separately operated along the optical axis to direct an annular beam of different wavelength (typically red or blue) than the ultraviolet through the beam combining

mirror 28 and various optical elements, as described below in conjunction with Fig. 7.

Between the photomask plane 42 and a wafer plane 50 on which a resist coated wafer 52 is precisely positioned by the XY axis drive system of a wafer stepper mechanism 54, shown only generally, is disposed an integrated optical system 56. The optical system 56 comprises a combination of refractive elements and a holographic wavefront adjusting means embodying a number of features in accordance with the invention. In the arrangement illustrated the system comprises one set of three refractive lens elements forming a collimating lens group 58, a multi-plateau phase plate 60 disposed at the ~~critical~~ aperture stop of the lens system, and an objective lens group 62 of four lenses projecting an image reduced by 5X toward the wafer plane 50. The interrelationships between the lens groups 58, 62 and the multi-plateau phase plate 60 are designed both to simplify the refractive lens design, as well as reducing the number of refractive elements, and to achieve higher order effects in wavefront adjustment that contribute not only to resolution, but also to depth of field, contrast and efficiency.

The lens assembly comprises spherical quartz elements while the phase plate 60 comprises a wavelet phase delay and redirection system that areally adjusts components of the image to define new composite wavefronts. The integrated optical system 56 is telecentric at the image plane, and the radiation bundle at the phase plate 60 and ~~critical~~ aperture stop is not exactly parallel but is slightly divergent. The quartz elements are designed so that all aberration components of any significance except the spherical aberration polynomial are cancelled by the spherical elements by utilizing the degrees of freedom accorded by their radii, their positions, their vertex thicknesses and

their separations, and taking into account the radially varying phase lag introduced at the critical aperture by the phase plate. Spherical aberration, however, is limited to approximately 75 waves of optical path difference which is entirely corrected by the radially varying phase lag of the phase plate. Three of the elements on the objective side of the phase plate 60 are designed as a nearly aplanatic group and the fourth, the minus miniscus closest to the image plane, is largely used for its field flattening properties. The three lenses in the collimating group 58 cumulatively and in combination with the phase plate are substantially responsible for eliminating coma and astigmatic aberrations of the system. The spherical quartz lenses, moreover, have a negative chromatic dispersion, and a feature of the present invention is that the transmission grating represented by the phase plate 60 produces the bending effect of a base power curvature that is slightly positive. This curvature is selected so that chromatic dispersion of the grating over the small laser bandwidth opposes but substantially matches that of the spherical quartz lenses to produce a nearly achromatic condition. This base spherical power cannot be depicted in the drawings because of the very small scale factors involved.

Wave energy from the illuminator 10 can be said to be substantially monochromatic, but any such source as the excimer laser 12 has a bandwidth or chromatic spread. If this bandwidth is extremely narrow, it reduces available light energy and increases problems with spatial coherence. The capability for achromatic operation provided by the present system enables broadening of the chromatic spread of the excimer laser 12 from 0.003 nm to 0.02 to 0.03 nm or more. Thus the illuminator must be substantially monochromatic but some chromatic spreading can

be compensated, with the attendant system benefits that are derived.

A region adjacent to the central area of the phase plate 60, and starting just outside of a set of inner fiducial rings described below referring now to Figs. 2-4, comprises a microlithographically contoured surface of very low maximum height deposited on or etched into a phase plate substrate 64. The contoured surface is in the form of a plurality of rings 68 each comprising minute multiple plateaus or tracks 70 of deposited $SiO_2$ of precisely defined incremental heights. The typical ring 68 is of a radial dimension that is nonlinearly related to the radial position of the ring, and has eight plateau 70 levels, varying incrementally in steps of 1/8th wavelength optical retardation from zero height to a maximum of 7/8th wave height. The relationships are depicted schematically in the views of the phase plate of Figs. 2-6. As seen in Fig. 4, in each ring 68, the plateaus 70 typically vary progressively from a zero height (relative to the substrate 64), through successive steps to the maximum 7/8th $\lambda$ height. At 248 nanometers wavelength, the 1/8th high plateau is about 61.0 ~~20.6~~ nm in height and the 7/8th high plateau is about 426 ~~143~~.9 nm in height. The narrowest radial width of the rings 68 (at the outer edge of the phase plate 60) is of the order of 8 microns, so that each plateau is approximately 1 micron in radial dimension at a minimum. Because the radial dimension occupied by a ring 68 varies, the slope of the composite contour defined by the included plateaus 70 varies, with the steepest being shown here. This slope is just over 3.59 ~~1~~° and the wavefront bending introduced is about 2°. Maximum wavefront bending is limited to about 5°, to achieve high efficiency transmission of light energy through this type of blazed grating. The differential height of the tracks on the plate is at a

maximum proportioned to the ratio of one wavelength of incident monochromatic light, at the selected wavelength, divided by the index of refraction of the plate minus one.

There are approximately 200 rings 68 of eight plateaus each, but these are not in a regular progression. Instead, successive rings are arranged in six distinct groupings 80-85 in which the phases of the introduced phase delays are reversed. Successive groupings 80-85 are arranged to alternate in phase in 0, π, 0, π, 0, π fashion. The relative radii of these zones are, in this example, set as shown in the tabulation below:

| Radius of Zone Boundary | Phase |
|---|---|
| .99-.80 | 0 |
| .80-.65 | π |
| .65-.40 | 0 |
| .40-.30 | π |
| .30-.20 | 0 |
| .20-0 | π |

The interposition of the multi-plateau phase plate 60, with its finely divided rings 68 and minutely divided plateaus 70, adds incremental, wavelength related, lengths of optical path as a function of aperture radius in a spatially distributed manner across the wavefront. The differential thickness of the phase plate 60 is very small, not being more than 7/8 wave lengths of retardation or about ~~140~~ 427 nm in this example. However, because the light source is substantially monochromatic, resolution is maintained by aligning the wavelets with respect to a phase reference. Therefore as see in Fig. 3, the effect is that of cumulative retardation of the composite wavefront formed by the illuminating monochromatic light. Where the refractive optics curves the composite wavefront, as seen

in Fig. 4, the phase alignment is maintained as well. It should be noted, however, that the phase plate 60 precompensates for aberrations in subsequent refractive optics, and that such precompensation is not depicted in Figs. 3 and 4.

The phase plate 60 more specifically functions both as a holographic element operating in a Bragg regime and as an asphere in cooperative fashion with the refractive elements. As a consequence of the aspheric characteristic, the residual spherical aberration that is permitted within the refractive optics design is compensated by needed fractional amounts throughout the entire wavefront, at the same time that the other geometrical aberrations and the chromatic aberration are also cancelled. Because the multiple point light sources directed at the ~~critical~~ stop aperture are redirected as individual wavelet components, the segments 80-85 of the phase plate 60 also redistribute~~s~~ light within the image plane in a unique manner. The separate phase reversal within the phase plate 60 define multiple pupils within the system which enable coactive imaging with a substantial number of beneficial effects.

It will be understood by those skilled in the art that the number of plateaus used may be varied from the eight given in the present example. Using 16 plateaus varying by $\lambda/16$ in a regular progression increases fabrication times and problems, but enables the blaze angle to be smoother and more efficient. These levels may be provided by a cumulative binary progression as described in the present example. In contrast, a lesser number of levels (e.g. four) can be utilized if the somewhat coarser and less efficient grating that results is acceptable for a given application.

The primary features that are sought in this optical system design are increased resolution, reduced sideband

intensity, and increased depth of field, and these are all enhanced by the usage of the ring 68 groupings which define multiple pupils. As seen in Figs. 5 and 6, where a π phase reversal is desired the regular progression of plateaus 70 is interrupted at an out of phase step 86. The plateaus 70 thereafter change progressively in the zero to seventh sequence until the next interruption. When the beam components from the separate pupils recombine to form the composite waveform, thereafter, the minute displacements in images from the separate pupils enable enhancement of any or a number of the factors noted. π phase reversal into two, three and four radially different groupings have been found beneficial for certain specific applications, although it will be recognized that many such zone combinations can be chosen to emphasize resolution, depth of field or contrast. The six groupings 80-85 shown are preferred for the wafer stepper application because these multiple pupils increase depth of field while preserving image contrast, factors which are of significant importance in the semiconductor fabrication process. In addition, improvement in resolution beyond the unobstructed Airy lens is also realized.

Redistribution of wavelets in the beam transmitted through the phase plate 60 can also be accompanied by the use of fully opaque or only partially transmissive annular rings or ring groupings. The opaque rings can be placed wherever lens system design analysis indicates that it is desirable to cancel or reduce beam components that limit performance.

In terms of optical design, systems in accordance with the present invention offer substantially greater design freedom in balancing of aberrations. As discussed in Hopkins, <u>Wave Theory of Aberrations</u>, Clarendon Press, 1950 at p. 50, optical path difference can be analyzed as a polynomial in which

the difference is taken between any set of rays starting at a point, h, on an object and going through different points at a radius of $\rho$ and at a meridianal angle $\phi$, compared with the optical path of the principal ray from h, at $\rho = 0$, in the pupil or critical aperture. After expansion the individual terms of the polynomial can be conveniently grouped into terms containing $\rho$ alone (a series expressing the spherical aberration of the system), other terms containing $\rho$ and h only (which can be regarded as "spherical-type aberrations"), and those terms containing h, $\rho$, cos$\phi$ to some power. The terms containing $\rho$ and h only relate to field curvature aberrations, while those containing h, $\rho$ and cos$\phi$ include comatic and astigmatic type aberrations.

Located at the critical aperture the phase plate adds an optical path delay to every ray which is a predetermined function depending upon the radius and the angle at which the ray passes through the plane of the critical aperture. Since spherical aberration is an axial aberration depending on radius alone the proper amount of phase delay introduced at the right height in the ~~critical~~ aperture stop can completely correct all orders of spherical aberration.

All the spherical-type aberration terms in the expansion of the polynomial are treated symmetrically by the phase plate. The task of the lens designer is to choose the refractive elements of the system so that the remaining comatic type terms and astigmatic type terms are reduced to the point where they balance each other and where their residual balances the radially varying delay introduced by the phase plate.

Those skilled in the art will realize that while this aberration balancing will normally take place within a sophisticated lens computer program, it nevertheless requires

that the collection of terms containing each component power of cos$\phi$ be separately balanced to zero or close to zero. The fact that the phase plate potentially eliminates all orders of spherical aberration makes the rest of the design proceed very much easier and makes a solution possible with considerably fewer elements.

In summary, this system operates by using redistribution of the microstructure of a time-varying sequence of waves which have predictable periodicity but spatial randomness. Using successive light bursts from an excimer laser, uniformly distributed light appears to the holographic phase plate element, over the interval of a total exposure, as a multiplicity of sources. At the phase plate 60, the phase adjustments made in beam wavelets are achieved while also maintaining high efficiency transmission. The system provides precision to better than 1/10 wave throughout the composite wavefront. The system enables reduction of the number of spherical quartz lens elements in comparison to what has previously been used while overcoming the presently existing barriers on line resolution. The limited bandwidth of the illuminating beam together with the properties of the phase plate enable both spherical aberration and chromatism to be closely compensated.

Other wave energy sources than lasers can be used if they have the needed properties. The individual lines of some mercury arc sources, for example, easily meet this criterion. This can be seen from an article by Kevin Burns and Kenneth B. Adams published in the Journal of the Optical Society of America, Vol. 42, No. 10, October 1952, pages 717-718 and entitled "Energy Levels and Wavelengths of the Isotopes of Mercury -199 and -200". Table 1a in that article, which shows line resolution

for certain lines of Hg 199, demonstrates the needed temporal coherence. These lines together make up the 256 nm band of the lamp emission. By solving the problems of achromatism (figured over the entire band) by conventional methods, then each of these line components represents a source of sufficient temporal coherence to be used.

As another example, Table 1b of the article shows the detail of the 365 nm band of Hg 199. Here the achromatism problems have been solved by conventional methods, so that the phase plate can be designed to function as a conventional but very versatile low power aspheric lens. Its use in such a design results in a reduction in the number of glass elements necessary, as well as in improved performance. The phase plate is computed as a Bragg grating, with a central wavelength of highest efficiency. However, by inspection of Tables 1a and 1b, one can see that the total overall spread from top to bottom of a given Hg emission band is less than 2 parts in 1000. Thus tuning is a relatively minor consideration.

Applied to the design of lenses in more conventional wavelength regions, for example 365 nm, 404 nm or 438 nm where sources of high temporal coherence can be obtained, phase plate technology results in considerable simplification, since higher order aspherics can be prescribed and precisely constructed not only to the design requirements, but to compensate for the small but real departures from ideal of the spherical elements themselves.

Referring again to Figs. 2 and 5, the phase plate 60 includes, outside the blazed transmission grating area defined by the rings 68, a plurality of separate concentric transmissive multi-plateau rings 88. These rings 88 are also of $SiO_2$ and formed by deposition or by etching of the surface of the substrate

defining the phase lens 60. The ring 88 widths and slopes are selected relative to a longer, red, wavelength that is to be used for alignment of the wafer 52 on which the image defined by the photomask 40 is to be formed. Thus the widths and slopes are greater than those of the rings 68 used for the ultraviolet range, but eight increments of height are still used. The same process of binary accumulation or etching of layers is used, but because greater thicknesses are employed the rings 88 must usually be formed separately from the rings 68.

The purpose of these rings 88 is to concurrently provide, in conjunction with the optical system sets 58, 62, a focused beam on the wafer 52 so that signals can be generated indicating the precise position of the wafer 52 relative to the photomask 40, which has fiducial reference marks on it. Fiducial marks on the wafer 52 alone can also be sensed.

The red wavelength does not affect the photoresist layer on the wafer 52, so that it may be used concurrently with the ultraviolet illumination. Referring now to Fig. 7, there is shown an alignment system 46 for providing a finely focused reference beam on the wafer 52 for alignment purposes. The system utilizes an HE-NE laser 90 here having a monochromatic wavelength of 633 nm, which is in the red portion of the spectrum. The laser 90 generates a narrow output beam having a Gaussian distribution that is spread into a wider pattern by a beam expander 91. This expanded beam is converted into an annular pattern by first and second immersed aspherics 93, 94 respectively, the first of which creates a ring distribution, forming the light into converging beams focusing on a ring of given radius, while the second immersed aspheric 94 substantially collimates the beams to form the annular pupil pattern. The annular pupil pattern is reflected off a first corner reflector

96 and a second corner reflector 97, which is of the dichroic reflecting type, into the optical path of the ultraviolet beam in the system of Fig. 1. The annular beam is focused by the second field lens 29 in conjunction with the lenses 95 onto the photomask plane 42, illuminating the area of a fiducial pattern on the photomask 40. The beam then enters the optical system 56 to be reimaged as an annular pupil covering the area of the multi-plateau rings 88 on the phase plate 60, and caused by the lens sets 58, 62 to be focused and reimaged on the wafer 52 and reflected back through the optical path. The reflected red light fiducial pattern is reflected back through the dichroic corner mirror 97 to the alignment detector 99, which matches the direct and reflected fiducial images to produce an alignment signal which controls the wafer stepper 54 to position the wafer 52 in known fashion with the order of accuracy required.

Thus the system of Figs. 1-7 incorporates integrally a non-interfering alignment system that enables the precise adjustment needed to be made in the wafer position. Because the outer rings 88 can be laid down with reference to the same central axis as the ultraviolet concentric rings 68 there is assured concentricity.

The principal elements of a direct write system for defining the precisely located concentric tracks on the phase plate 60 are shown in Fig. 8, to which reference is now made. Here the phase plate 60 is mounted on a high precision air spindle 110 which spins on air bearing supports in a concavity 111 in a stable, e.g. granite, base 112. An air spindle driver 114, which may be a magnetic or pneumatic device, is coupled to rotate the air spindle 110 at a selected rate, such as 25 rps. A phase plate 60 placed on the top surface of the air spindle 110 is positionable with a substantial but not fully exact degree

of accuracy along orthogonal X and Y axes by precision adjustment screws 116 extending through posts 117 at the periphery of the air spindle 110. An air pressure source 118 provides pressurized air through conduits 119 in the base 112 to maintain both vertical positioning and horizontal centering of the central axis of the air spindle 110 on the air sled 120. As can be seen, however, no central shaft or other mechanism is utilized for locating the phase plate 60 relative to a central axis. An air sled 120 adjacent the top portion of the air spindle 110 is laterally movable relative to the spindle 110 on air bearing foot pads 121 that protrude below the air sled 120 and air bearing side pads 122 that extend horizontally. The foot pads 121 support the air sled 120 in floating relation above the top reference surface of the granite base 112, while the side pads 122 maintain a fixed small separation from a vertical side reference wall 125 on a vertical extension 126 of the granite base 112 (or a separate member in fixed relation to the base 112). Means for mechanically biasing the air sled 120 in the direction toward the vertical reference surface on the block 126 are not shown, but may comprise a pneumatic source or a servo mechanism. This air bearing support at the side thus maintains a precise separation from the side wall 125 although the air sled 120 may be moved in a direction parallel to the wall 125 and radially relative to the phase plate 60. Internal conduits for pressurizing the air bearings are not shown in detail.

The air sled 120 is positionable in the direction parallel to the vertical reference surface of the block 126 by an actuator 130 coupled to a bar 132 of rigid, stainless steel, construction that is coupled to the air sled 120. Movement of the bar 132 by the actuator 130 along this axis changes the

radial position of the phase plate 60 and a writing beam from a deflection system mounted on the air sled 120, as is described in greater detail below. For approximate positioning control of the phase plate 60, a retroreflector 134 on the air sled 120 bounces a laser beam back to an interferometer 136, which may be a Hewlett-Packard Model 5110. With this interferometer 136, and a guide position servo 138 to control the actuator 130, the position of the air sled 120 and air spindle 110 may be maintained to well within 1 micron. Track positions on the phase plate 60 are defined by a track data storage and sequencing system of the form of a master track writing system for magnetic or optical data disks, including a computer 146 and data storage 148. The storage 148 contains the necessary information as to precise track positions, track widths and track pattern modulation. Under control of the computer 146, track pattern modulation signals are sent from the data storage 148 through a modulator driver 150 to a writing beam control as is described in greater detail below.

It can be seen from the description thus far that the air sled 120 is positioned approximately with considerable precision in each of two orthogonal directions, one of these positions being variable under control of the actuator 130 to select different tracks on the phase plate 60. The air spindle 110 itself is air centered around its nominal axis within the concavity 111, and the phase plate 60 is secured at some approximate centration on the air spindle 110 by the peripheral position screws 116.

For final precise, dynamic, positioning the system deflects the laser beam relative to fiducial rings 151 that are located at the outer periphery of the phase plate 60. These rings 151 may be of chrome or other opaque material and predefined

on the phase plate 60 by a deposition or etching process using precision rings on a photomask. However they may also be separately defined by a direct write sequence on the surface of the periphery of the phase plate 60 when it is first centered on the air spindle 110. This procedure is employed in the present example. Approximately twenty of these rings 151 are incorporated of specified widths and spacings varying from 1.5 to 4.0 microns by rotating the plate 60 about its arbitrarily centered position and defining the annuli by photolithographic or precision cutting techniques. The rings 151 then are used as centration references for each subsequent repositioning of the phase plate 60 during manual adjustment and subsequently for dynamic control of the writing laser beam to account for minute eccentricities. Thereby a precision is achieved which cannot generally be achieved by mechanical means.

A viewing and sensing system mounted on the granite base 112 and is used for both initial and dynamic adjustments. A column 152 includes an arm 154 overhanging a fixed position of the phase plate 60 opposite the fiducial rings 151. A conventional red light source and a voice coil actuator system for automatic focus are not shown in the interests of simplicity but will often be employed. A lens 156 adjacent the phase plate 60 reflects the image of a light source 157 off a beam splitting mirror 158 through a second beam splitter 160 to an eyepiece 162. The light source 157 is at a different wavelength than that to which photoresist material on the plate 60 is sensitive. An operator may view, through the eyepiece 162, the relative position of the fiducial rings 151 and adjust the positioning screws 116 to achieve approximate concentricity (e.g. to approximately 1 micron) of the phase plate 60 on the air spindle 110.

During writing operations thereafter a display of a number (e.g. 20) of the fiducial rings 151 is imaged off directed through the beam splitter 160 to a mirror 161 and through a lens 164 onto a reticle 166. The reticle 166 has a pattern of opaque lines 168 which corresponds to the specified widths and spacings of the fiducial rings 151 on which fall the image of the reflected rings from the phase plate 60. A maximum signal is provided when the blank spaces between the reflecting fiducial rings 151 on the phase plate 60 are precisely in line with the opaque strips 168 on the reticle 166 and a minimum signal results when the reflected image of the rings 151 falls on the transmissive line portions on the reticle 166. If there is any eccentricity in the pattern a photodetector 170 behind the reticle 166 provides a signal through a preamplifier 172 that varies in sinusoidal fashion with the eccentricity variation. The periodicity of this sinusoidal variation is relatively long term, being determined by the rotational rate. Alternatively, a reticle 166 may be used which contains fewer or more lines within a given angle than that subtended by the image of the fiducial rings. This creates a pattern which cross-correlates with the fiducial ring pattern in a predetermined manner, and an alternating signal is generated, the amplitude of which is related to the decentering displacement.

This eccentricity variation is utilized to radially position a writing beam directed against the phase plate 60 so as to maintain concentricity within 0.1 micron. To this end, a laser 180 is affixed to the stable granite reference base 112 and the laser beam is directed off a fixed reflector 181 into a housing 182 mounted on the air sled 120. The beam is deflected off the reflector 181 through an acousto-optic modulator 184. The laser 180 is chosen to be of a wavelength to effectively

expose the photoresist and develop a fixed image upon it. The beam after modulation is directed off a pair of reflectors 187, 187 to other corner mirrors 186, 186 through an acousto-optic deflector 188 in a lateral arm 189 of the housing 182 before being deflected down off a mirror 190 and through a lens 192 to focus onto the subjacent area of the phase plate 60. Again a conventional autofocus system may be utilized but is not shown. The acousto-optic modulator 184 receives modulation signals from the modulator driver 150, while the acousto-optic deflector 188 receives control signals from the eccentricity sensor circuits 170, 172. The deflector 188 varies the radial position of the laser beam impinging on the track, relative to its nominal position as determined by air sled 120 location, so as to cancel out residual eccentricity, in response to the signal from the photodetector.

Particular consideration must be given to machine calibration when it is desired to achieve positioning accuracy such that sub-micron resolutions are achieved in placing the plateaus relative to the optical system. To calibrate the machine, the phase plate 60 itself is used as a reference. In addition to the outer reflective fiducial rings 151, a second set of rings 193 is written, by photolithographic techniques or scribing on a chrome surface, much closer to the center of the phase plate 60. These rings 193 are shown generally in Figs. 2 and 5. Both the outer and inner fiducial rings 151 and 193, respectively, are written concentrically relative to the initial center of rotation, which is determined within certain arbitrary limits by positioning of the phase plate 60 on the rotating air spindle 110, but which is not more precisely known at that time. To locate the positions of the rings precisely for calibration purposes the system of Fig. 8 including the

interferometer 136 and computer 146 can be advantageously employed, although the sequence of measurements and calculations can also be carried out by an operator. The air sled 120 is moved through a span of radial positions with the laser 180 beam on and a sensor (not shown) in Fig. 8 detecting the reflected signal. This detector provides a signal variation during passage of the focused beam past each ring, and each such pulse is used as a trigger signal. Interferometer 136 readings are concurrently taken and correlated in a data processor with the trigger signals. As each ring, first in the outer set 151, is detected in this manner, the fringe count from the interferometer 136 is entered in the computer 146 as a precise indication of radial position. The radial scan is carried through the inner ring set 193, on both sides of center, with a reading being triggered as each separate ring passes the reference point. By using the computer 146 to perform a linear regression precise averages can be computed and the center of rotation can then be determined with great accuracy. The radial distance of the outer ring set 151 can also be determined against this calculated center, using the interferometer 136 measurements. The calculations enable precise calibrations to be made for the then existing temperature, pressure and velocity of light conditions. Standards are established for comparison against later calibrations, and small but meaningful compensations can be calculated for all meaningful variations. Thus when the multi-plateaus are radially positioned using interferometer measurements accuracy can be maintained to ± 1/10 micron and phase retardation at the different areas can be assured.

In operation, therefore, the nominally centered air spindle 110 and phase plate 60 need not be initially precisely located against a selected reference to the high order of

precision needed for writing successive tracks on the phase plate 60. Instead, after a photoresist material is applied to the intermediate area of the phase plate 60 for start of the microlithographic sequence, the operator may first approximately position the plate 60 using the positioning screws 116, based upon viewing of the fiducial rings 151. With the air spindle 110 rotating, any eccentricity relative to the fiducial rings 151 results in generation of a long term sinusoidal eccentricity signal and dynamic correction of eccentricity by the deflector 188. It will be understood that the inverse arrangement can also be employed, with the eccentricity sensor on the air sled and the laser beam fixed. However, the configuration shown provides better stability for the air spindle 110.

The spindle drive servo loop may drive to incremental positions which are slightly different from the ring radial position which is desired. However, this difference is also compensated for as a component of the beam correction added in through the acousto-optic deflector.

Both the outer and inner fiducial rings may be advantageously placed by arranging their ring-to-ring spacings and widths in a non-regular manner. Schemes for spacing the rings in the fiducial sets may vary from purely regular to pseudo-random, random or functionally disposed, as for example according to a mathematical series.

Thus identification of each ring, in a multiple ring set is made possible through knowledge of spacing characteristics, and ambiguities which might occur if one ring is mistaken for another are avoided. A further advantage from such non-regular ring spacing is that the characteristic error signal derived from the photodetector in the eccentricity sensor

system described below can be shaped to contain neither ambiguities nor phase reversal in its error curve.

A typical direct writing sequence on a phase plate 60 commences after initial surface preparation of the phase plate 60 and incorporation of the outer fiducial chrome rings 151, either by a separate photolithographic sequence or by cutting when on the air spindle 110. The phase plate 60 can be taken off the retainer system on the air spindle 110 at any time to apply a layer of photoresist to the desired depth. This layer is placed over the entire area, including the fiducial rings 151 within which area the multiple level plateaus are to be formed. Since photoresist is substantially transparent to red light, the fiducials can be seen by the eccentricity detector.

Next, the phase plate 60 is repositioned on the air spindle 110, the operator first making manual adjustments while observing through the eyepiece 162, until approximate concentricity is obtained. Then the air spindle 110 is rotated at the selected rate and, with the laser focused on a selected track position, a predetermined width of track is written. Following each writing of a track, the air sled 120 is repositioned by the actuator 130 under command of the computer 146 to a different radial track location. Other tracks are successively written until a complete exposure has been made for all the tracks that are to have that plateau level after the following deposition or etching step.

An alternative procedure is to drive the air sled 120 at a steady rate of 0.1 microns pitch per spindle rotation. The spiral pattern thus created is effectively indistinguishable from a circular pattern created by an intermittent drive.

The phase plate 60 is then removed from the location on the air spindle 110, the photo-exposed image is fixed and undeveloped material is removed to leave the predetermined image. Deposition or etching is then undertaken to the desired level, and the fixed resist layer is completely removed so that a new resist layer may be laid down in turn for writing the pattern for the next group of tracks. The sequence is then repeated, exposing the photoresist, washing out the unfixed material, depositing or etching to the next plateau, and again removing the fixed photoresist so that the cycle can again be repeated if desired.

By this method of directly writing on a high precision, concentric track phase plate it is possible to avoid the manufacture and placement of a separate mask for each level of plateau to be deposited or etched. This is particularly important for ultra-high resolution systems, wherein the phase plate can be individualized by computation to give the best correction for the actual characteristics of the finished lens assembly components. For this purpose the lens components are first designed, ground and polished to the closest approximation of the specified ideal characteristics. Then the components can be analyzed for the degree and sense of the variation from ideal, and corrections tailored to the actual characteristics can be computed. This information is computed and placed in the track data storage 148, which may be a disk file, tape transport or other memory system. The contents of the track data storage 148 can further be modified in accordance with the calibrated values. Such custom adjustments enable resolution to be maximized for each individual system.

This advantageous method does not preclude the use of individual masks for deposition or etching, which methods

are shown in Figs. 9 and 10 respectively. Both Figures show how a regular succession of eight plateaus of selected height (exaggerated in Figs. 9 and 10 for clarity but typically no more than ~~144~~ 427 nm for a UV wavelength) are formed by a sequence of steps. The plateau positions are designed from zero to seven, ranging from the lowest plateau to the highest and some of the steps are combined for brevity.

a

Referring first to Fig. 9, a first mask 200 is prepared and, using a contact print frame of conventional design, placed in contact on top of a first resist layer 202 which has been placed on the substrate surface 204. To achieve eight different layers with only three deposition steps, the deposition is carried out in binary fashion with layers that vary in thickness by multiples of the smallest increment of a wavelength. The resist used may be a positive or negative resist in that after an exposure is made through the first mask 200 either the exposed or the unexposed area may be washed away. Similarly the image on the mask may be positive or negative. In this instance the negative resist material is used, and the photoresist that receives the light is not fixed and can be washed off, while that which is not exposed becomes fixed. After washing the pattern of protected material on the substrate corresponds to the opaque designated areas in the first mask 200 of Fig. 9A. Using a vapor deposition process and monitoring the thickness of vaporous silica as it collects on the substrate 204, a first plateau builds up at positions 1, 3, 5, and 7 as seen in Fig. 9B, the resist layer 202 having been washed away. Then a second resist layer 205 is deposited and covered with a second mask 206 which obscures positions 0, 1, 4, and 5 as shown in Fig. 9C. After the exposure of light through the mask 206, removal of the mask 206 and washing, as seen in Fig. 9D, a second plateau

is deposited to add a thickness two times the first to all exposed areas. This procedure leaves the substrate as seen in Fig. 9D. It will be noted that there are two four-step sequences starting with the zero plane at positions 1 and 4. Fig. 9E shows the application of a third mask 207 on top of the third resist layer 208, to cover positions 0-3 so that the addition of a four-high layer after removal of the exposed photoresist leaves the regular progression of plateaus from 0-7 (Fig. 9F). In the placement of the successive masks 200, 206, 207 the fiducial rings on the outside of the phase plate are employed for precise location. It is also feasible to achieve the same result by reversing the order in which the masks are applied.

Fig. 10 depicts the sequence by which a progression of plateaus can be etched into the substrate. The clear areas of a mask designate those areas of the resist layer from which material is to be removed from the substrate. The same three-step sequence of layer formation is used, but the order of plateau formation is reversed, with the deepest etching taking place first. The first mask 210 (Fig. 10A) covers positions 4-7 over a first resist layer 211, so that a four-deep layer etch is then used to create a lower plateau at positions 0-3 (Fig. 10B). A second mask 212 over a second resist layer 213 blocks out positions 2, 3, 6, and 7, to leave the four two-high increments of Fig. 10D. Then a third mask 214 over a third resist layer 215 covers positions 1, 3, 5, and 7, so that the third single layer etch leaves the regular plateau progression of Fig. 10F.

Although the direct writing technique is preferred, for the given reasons, individual photomasks can also be generated utilizing the precision beam writing system of Fig. 9. The photosensitive material can be retained in a frame on the

air spindle and held in position during writing of fiducial patterns and individual tracks.

The fiducial rings 151, 193 can be laid down in the chrome during the first writing process. Because of the positional accuracy of the spindle 110 they are very closely circular, define the center of the ring pattern and are concentric with the central axis so that no eccentricity correction need be made. A fragment of a mask 220 for the outer fiducial rings 151 is shown in Fig. 11, greatly enlarged because the individual tracks are so small. Fiducial rings 222 are provided in the outer region, for alignment with the outer fiducial chrome rings 151 near the periphery of the phase plate, so as to insure centration of each individual mask 220. The tracks defining individual plateaus in the multi-plateau patterns are shown as opaque regions 224 and transmissive regions 225.

Precision centration and alignment of different lens elements in the system by conventional methods can require substantial expenditure of time and effort. To simplify this task, a number of sets of centering and positioning grating rings 228 (Figs. 2 and 5) are also initially built into the chrome substrate near the outer portion of the phase plate 60. Thus these rings 228 are also automatically centered and at the critical aperture when the phase plate 60 is in position. A number of such grating ring bands are disposed between the outer fiducial rings 151 and the red wavelength transmission grating 88. Individual ones of the bands are used to substantial advantage in initial assembly and alignment procedures, as illustrated in Fig. 12, because they maintain the required precision, both in angle and in element spacing. The phase plate 60 is first placed at the critical aperture of the system so that all of the lens elements can then be positioned and

centered relative to it. To this end, as seen in Fig. 12A, collimated light from a source (not shown) is preferentially shaped into a ring form by passing through an aperture plate 230 so as to fall on a first band of centering and positioning gratings 232 (a subset of the grating rings 228) on the phase plate 60. A first lens element 234 is then adjusted with respect to the center of the optical axis so that light focuses on the optical axis at a precise point 235, which point is thereafter established as an axial reference. A diaphragm 236 with a very small hole in it is placed at this position. This band 232 of the set of centering and positioning grating rings 228 is configured with knowledge of the actual characteristics of the first lens element 234, so as to focus for that particular element alone. A second band 237 of centering and positioning rings on the phase plate 60 is then illuminated through a second aperture plate 238 with the collimated light. Here the second band 237 is designed to bend light in accordance with the combined characteristics of the first lens element 234 and a second element 240. Again, the second element 240 is moved until focus is obtained at the selected point 235 on the optical axis.

This sequence is repeated with different optical elements and grating ring bands until as seen in Fig. 12C all additional optical elements are installed on the same side of the critical aperture position of the phase plate 60. Then the hole in diaphragm 236 is illuminated from behind by a laser 250 and image reduction lens set 252. Thereafter, using a different set of bands 245 on the phase plate illuminated through the lens elements 234, 240, 242 and 244 via a shaped aperture plate 246, another lens element 248 may be centered and axially positioned on the opposite side by creating the axially

convergent light point 249. These steps may be repeated thereafter with any further lens elements until the total lens assembly is complete.

It will be recognized that conventional centering and axial positioning techniques may be employed, but because manufacturing tolerances exist in even the most precisely made lenses and because these can be determined for the various cumulative combinations of lens elements, and because the phase plate 60 is fixed at the critical aperture, the use of the phase plate itself has particular advantages in this regard.

Referring now to Fig. 13, the principal elements of a microscope 260 in accordance with the invention comprise a phase plate 262 at the ~~critical~~ aperture stop position within the microscope 260. The specimen 264 to be examined is disposed on a transparent substrate 266 and beneath a thin cover glass 268 of typically 0.18 mm thickness. An illuminator 270 in accordance with the invention directs a beam of spatially randomized, temporally coherent light containing multiple sources through the specimen 264 toward the objective of the microscope 260. The phase plate 262 design corrects spherical aberration in the refractive elements of the optical system and the monochromatic illumination obviates need for correction for lateral color. The cover glass 268 adds a characteristic spherical aberration to the impinging light, which can be compensated as well. There are further overall advantages in this application to microscopes, since special flat field objectives are often required for camera work and the spherical aberration correction enables far better correction for astigmatism and field flatness to be made.

In a paper entitled "The Axicon: A New Type Of Optical Element" by J. H. McLeod, Journal of the Optical Society of

America, August 1954, pp. 592-597, there is described a conical surface lens system which transforms a plane wavefront into a real or virtual line image collinear with the optical axis. The advantage of this type of system is that a very narrow conical light needle of substantial length is provided, eliminating the need for an autofocus system for many modern optical systems, such as optical storage readout devices. The effect is achieved by the convergence and reinforcement of plane wavefronts which are refracted down from the axicon surface. The axial position of the line of light can be controlled by the aperture of the converging axicon element and the width or dimension of the line of light can be controlled by the numerical aperture or angle of convergence of the beams. However, because special conical and other aspheric surfaces are needed, the full capabilities of this type of optical system have not heretofore been realized.

In accordance with the invention, however, the axicon effect can be achieved utilizing an illuminator 270 in conjunction with a phase plate 272 and a spherical lens 274 (more than one refractive element can be utilized if desired). By arranging the multiple plateaus in the phase plate 272 to have substantially equal width and thickness, irrespective of radius, the effect of a conical lens is duplicated in conjunction with the spherical lens 274. Light bending at the phase plate is limited to about 3°. As seen in Fig. 14 the converging planar wavefronts give a usable depth of focus of substantial extent. It will also be appreciated that spherical aberration in the spherical lens 274 may be corrected, if desired, in the same phase plate 272 by introducing variations in the multi-plateau rings.

In Figs. 15 and 16, application of concepts in accordance with the invention to a cylindrical lens system is shown. In such an application the illuminator 270 directs light of the prescribed characteristics through a phase plate 282 having multi-plateau variations 284 in the form of parallel lines of varying slopes and widths. The slopes and widths of the plateaus vary non-linearly relative to the central optical axis of a cylindrical lens set 286, 288 which is in the same optical path. Compensation by phase retardation for aberrations in the cylindrical lens set 286, 288 is introduced throughout the phase plate 282, in accordance with position relative to the optical axis.

It will also be appreciated that phase plates and cylindrical lens combinations can be made in which the phase plate approximates the action of a shallow prism or bi-prism which, in combination with a suitable light projector, will create sheets of light extending out from the optical system and lying in a plane which contains the axis of the cylinder. Additionally this and other systems described above can function equally well both as imaging systems and as readout systems within the image fields thus created.

Although a number of expedients and modifications have been described it will be appreciated that the invention is not limited thereto but encompasses all forms and variations within the scope of the appended claims.

WHAT IS CLAIMED IS:

1. A system for producing a highly corrected optical image comprising:

substantially monochromatic light source means;

an optical system having a critical aperture; and

phase transmission grating means at the critical aperture, the grating means including a plurality of sets of plateaus, the light source being disposed to provide light distributed through the lens system and the grating means.

2. The invention as set forth in claim 1 above, wherein the sets of plateaus provide incremental amounts of phase retardation in the light energy at the critical aperture and the light source means provides a plurality of light sources distributed throughout a beam area.

3. The invention as set forth in claim 2 above, wherein the sets of plateaus comprise concentric circular patterns having non-linearly varying radial widths.

4. The invention as set forth in claim 3 above, wherein the optical system has spherical type aberration and the non-linear patterns of the grating means produce a varying phase retardation as a function of radius, the phase retardation opposing and compensating the spherical type aberration of the optical system with respect to a phase reference.

claims 1-7

5. The invention as set forth in claim 4 above, wherein the optical system has a known chromatic dispersion and the chromatic dispersion in the grating means opposes that in the optical system.

6. The invention as set forth in claim 4 above, wherein the sets of non-linear patterns are configured with at least one 180° phase change at some fraction of the critical aperture.

7. The invention as set forth in claim 4 above, wherein the sets of patterns are configured with phase changes at various incremental radii, providing a pupil function comprising more than one annular zone.

8. The invention as set forth in claim 4 above, wherein selected ones of the patterns are partially transmissive or opaque in accordance with a selected pupil function.

9. The invention as set forth in claim 1, wherein the bending of the wavefront passing through the critical aperture is limited to angles of less than approximately 5°.

10. The invention as set forth in claim 1 above, wherein the system includes means incorporating the light source for providing spatially dispersed point sources of light throughout an area of illumination.

11. The invention as set forth in claim 1 above, wherein the optical system and phase transmission grating means are configured to bend the light into converging planar wavefronts generating narrow elongated illumination along a central axis.

12. The invention as set forth in claim 11 above, wherein the optical system comprises at least one spherical refractive element and the phase transmission grating has a plurality of concentric multi-plateau rings of substantially periodic radial width and spacing.

15 ~~13~~. The invention as set forth in claim 1 ~~1~~ above, wherein the optical system comprises a cylindrical lens means and the phase transmission grating comprises a plurality of substantially parallel multi-plateau tracks substantially parallel to the axis about which the cylindrical lens means curves.

13 ~~14~~. The invention as set forth in claim 12 ~~12~~ above, wherein the optical system comprises a microscope for viewing a specimen, the microscope including refractive elements having a degree of tolerated spherical type aberration and the grating means compensating for the spherical type aberration.

14 ~~15~~. The invention as set forth in claim 13 ~~14~~ above, wherein the optical system further comprises transparent cover means and the grating means further compensates for spherical aberration from the cover means.

16. An optical system for providing a desired light distribution at a chosen surface, the system comprising:

light source means providing light that is temporally coherent to a selected number of waves and of limited spatial coherence;

optical lens means disposed in the path of the light for providing an approximation of the desired light distribution; and

phase plate means disposed with the optical lens means for phase retarding the wavefront to a substantially smaller degree than the number of waves of temporal coherence.

17. The invention as set forth in claim 16 above, wherein the light source means comprises coherent light source means and means for controllably decreasing the spatial coherence in the light from the coherent light source means.

18. The invention as set forth in claim 16 above, including means responsive to the light for sensing the degree of spatial coherence, means responsive to the sensed degree of spatial coherence for controlling the means for decreasing the same, and wherein the light source means comprises means for providing pulse sequences of light.

19. The invention as set forth in claim 18 above, wherein the means for controllably decreasing the spatial coherence comprises a pair of surfaces having randomized phase transmissive patterns in the path of the light and means for moving one of the surfaces relative to the other during the pulse sequences.

20. The invention as set forth in claim 17 above, wherein the waves are temporally coherent to in excess of about 10,000 waves and the spherical aberration is limited to about 75 waves or less maximum difference, and wherein the light source means provides of the order of $10^2$ point sources of light on each point at the image plane.

21. A system for precision imaging of light energy comprising:

means providing illumination in the form of a multiplicity of independent light sources of substantially the same wavelength throughout a beam area;

a plurality of refractive lens elements together providing light imaging with a predetermined spherical type aberration; and

transmission grating means cooperative with the refractive lens elements for phase delaying and redirection of waves from the multiplicity of independent light sources to compensate by locally varying phase retardation for the spherical type aberration of the refractive lens elements such that a compensated composite wavefront is provided.

22. The invention as set forth in claim 21 above, wherein the independent light sources are substantially spatially incoherent and temporally coherent to about the order of 10,000 waves.

23. The invention as set forth in claim 21 above, wherein the transmission grating means comprises a system of concentric multi-plateau rings, each providing incremental amounts of phase delay in the illumination passing therethrough to provide of the order of about 1/20th wave precision throughout the composite wavefront.

a7 cont'd

24. The invention as set forth in claim 23 above, wherein the multi-plateau rings have varying slopes and widths and provide progressively varying phase delays in increments to an integral maximum.

25. A system for precision adjustment of the shape of the wavefront of a beam of light energy comprising:

means providing illumination in the form of a multiplicity of light sources of substantially the same wavelengths throughout a beam area;

a plurality of refractive lens elements in the path of the beam illumination and together providing light imaging with predetermined aberration characteristics which vary symmetrically as a predetermined function of the ray height at the critical aperture, but ~~possessing~~ a high degree of correction for aberration components ~~which~~ vary as the image height or as the angular orientation of the ray meridian at the critical aperture; and

transmission grating means at the critical aperture in the path of the beam illumination and cooperative with the refractive lens elements for phase delay and redirection of the illumination in accordance with a second predetermined function of the ray height at the critical aperture and compensating for the predetermined lens characteristics of the refractive lens elements.

26. The system as set forth in claim 25 above, wherein the ~~critical~~ aperture stop symmetrical variations which are corrected by the phase plate are spherical type aberrations.

27. A system for providing a precisely compensated monochromatic image on a semiconductor wafer comprising:

a series of refractive lens elements disposed along an optical axis and having a critical aperture, the cumulative spherical type aberration being no greater than about 75 waves and the cumulative chromatic aberration being positive;

a transmission grating disposed at the critical aperture, the grating having a plurality of rings each with multiple plateaus providing local wavefront compensation for the spherical type aberration and compensating negative chromatism for light of a predetermined wavelength; and

illuminating means directing substantially monochromatic light along the optical axis, the substantially monochromatic light being of the predetermined wavelength and having temporal coherence of the order of 10,000 waves and being substantially spatially incoherent.

28. The system as set forth in claim 27 above, wherein the individual plateaus provide incrementally varying amounts of optical wave retardation in the locally impinging areas of light, and wherein the illuminating means provides a plurality of spatially incoherent, phase random, light sources having a bandwidth of the order of 0.03 nm in the ultraviolet region of the spectrum.

29. The system as set forth in claim 28 above, wherein the plurality of rings each have progressively varying plateaus and are arranged in selected subsets in which the phase relation of the plateaus varies to define a pupil function of at least two zones, and wherein the illuminating means comprises a pulsed laser source.

30. The system as set forth in claim 28 above, wherein the rings are varied in width and slope to provide a wavelength of optical retardation to compensate locally for wavefront variations in the composite wavefront, wherein the phase relation of the waves is varied in $\pi$ phase fashion, and wherein the maximum bending introduced by the grating is about 5°.

31. The system as set forth in claim 29 above, wherein the illuminating means comprises an excimer laser, etalon tuning cavity, and phase randomizer means comprising a pair of quasi-random phase plates in the path of the illumination and means for varying the spatial relationship of the light sources relative thereto.

32. The system as set forth in claim 31 above, wherein the phase randomizer means comprises means for sensing the degree of spatial coherence in the light sources, and means responsive to the sensed degree of coherence for introducing varying relative movement of the light sources between the quasi-random phase plates, and wherein the system further comprises means responsive to the light energy of the illuminating means for controlling the duration of exposure.

33. An optical system for providing precise aspheric correction of a composite wavefront having aberrations from idealized specifications comprising:

a transmissive blazed grating plate having a microlithographic pattern of incrementally varying narrow tracks, the differential height of the tracks on the plate being at a maximum proportioned to the ratio of one wavelength of incident monochromatic light at a selected wavelength divided by the index of refraction of the plate, the width of the tracks being proportioned to provide local phase delay of the wavefront according to a predetermined function to within about 1/20 wavelength of the monochromatic light over the aperture to effect redistribution of the microstructure of the wavefront; and

means for illuminating the pattern on the plate with monochromatic light of the selected wavelength, the light having predictable periodicity and constituting multiple phase random sources.

34. The invention as set forth in claim 33 above, wherein the monochromatic light is in the ultraviolet region, wherein the tracks are concentric and arranged in periodic sequences in which heights vary progressively, wherein the track widths at the minimum are of the order of 1 micron, and wherein the maximum bending of light introduced by the plate is about 3°.

35. The invention as set forth in claim 34 above, wherein the system further comprises a number of spherical optical elements in optical ~~path~~ combination with the grating plate, the optical elements providing cumulative aberrations and the plate compensating for such aberrations.

36. The invention as set forth in claim 35 above, wherein the system has a critical aperture and the plate is disposed at the critical aperture, wherein the progressive patterns are arranged in subsets of different phase to provide a pupil function comprised of at least two annular zones, and wherein the cumulative aberrations in the spherical lenses that are compensated are principally spherical type aberration and chromatism.

claim 37

37. The invention as set forth in claim 36 above, wherein there is a pupil function comprised of six annular zones for increase of depth of focus, and wherein the periodicity of the monochromatic light is such that the waves have temporal coherence of at least about 50 times greater than the maximum phase delay, and wherein the multiple phase random sources are such as to provide approximately $10^2$ sources for each point being illuminated.

38. The invention as set forth in claim 37 above, wherein the monochromatic light is at about 248 nm wavelength, and wherein the maximum height differential of the plateaus is about 0.144 microns.

39. The invention as set forth in claim 38 above, wherein the tracks are arranged in rings having 8 tracks per nominal ring varying incrementally in 1/8th wavelength optical retardation steps from 0 to 7/8th wave height.

~~40. The method of making a transmission grating for~~ providing varying wave delay of light within a wavefront transmitted through a planar transmissive substrate, comprising the steps of:

illuminating a photosensitive layer on the substrate to provide tracks of the order of 2 microns in width, the tracks providing a first reference pattern;

forming track layers of preselected first height on the substrate in accordance with the first reference pattern, such layers being of uniform height and transmission;

providing an overlayer of photosensitive material on the thus processed substrate;

defining a second set of tracks of the order of 2 microns in width by illumination of the photosensitive material, in accordance with the reference pattern;

forming track layers of preselected second height on the substrate in accordance with the reference pattern, to define a second, uniform differential height, transmissive layer cumulative to the first; and

successively covering the substrate with photosensitive material, defining track patterns using illumination, and forming cumulative layers of transmissive material of different heights until a plurality of tracks having different height layers are provided on the substrate.

41. The method as set forth in claim 40 above, wherein the layers of the tracks are provided in a binary varying progression, and the cumulative layering forms a succession of ~~incrementally varying track heights.~~

~~42. The method as set forth in claim 40 above, wherein~~ at least the majority of the tracks are arranged in successive incrementally varying concentric plateaus to form wave delaying multiple plateau rings having varying radial widths and slopes in accordance with a predetermined progression as a function of radius.

43. The method as set forth in claim 42 above, wherein the concentric tracks define plateaus of fractional wavelength optical delay relative to monochromatic light to be incident on the transmission grating, the plateaus having a maximum optical delay relative to the base surface of the substrate.

44. The method as set forth in claim 43 above, wherein the layers are of one-half wavelength, one-fourth wavelength and one-eighth wavelength in optical delay, relative to the wavelength of incident monochromatic light, to form cumulatively eight increments of level from 0 to 7/8th wavelength.

45. The method as set forth in claim 44 above, wherein the maximum variation in optical delay between the principal level of the substrate and the surface of the layers is no greater than about the thickness of $SiO_2$ required for ~~seven-eighths wavelength optical delay for light at 248 nm wavelength.~~

46. The method as set forth in claim 40 above, wherein the tracks define progressions of plateaus of predetermined maximum height, each progression of plateaus defining a ring, the rings having widths varying in accordance with a predetermined function and the plateaus thereof defining varying slopes.

47. The method as set forth in claim 40 above, wherein the layer patterns are formed by depositing a predetermined uniform height of light transmissive material on the illuminated pattern on the substrate.

48. The method as set forth in claim 47 above, wherein the deposited material is high purity silica.

49. The method as set forth in claim 48 above, wherein the tracks are provided by the steps of layering less than a micron depth of photoresist material on the substrate structure, illuminating the photoresist layer with a concentric track pattern, washing away material from the illuminated pattern to leave unexposed areas, depositing material on the unexposed areas; removing the exposed material, and repeating the sequence starting with deposition of a new photosensitive material.

50. The method as set forth in claim 40 above, wherein the layers are defined by removal of material of the substrate.

51. The method as set forth in claim 50 above, wherein successive layers are removed by sequences employing deposition of a photosensitive material; illumination of track patterns on the photosensitive material; removal of unexposed portions of the photosensitive material after illumination; etching of the substrate to a given incremental depth; removal of the exposed material from the surface, and layering with an additional layer of photosensitive material followed by repetition of the illumination, etching and removal steps.

52. The method as set forth in claim 40 above, including the steps of initially preparing the substrate with an overcoating of an opaque material; removing selected portions of the opaque material to provide fiducial tracks on the substrate and then providing the layered tracks with reference to the fiducial tracks.

~~53. The method as set forth in claim 52 above~~, wherein the fiducial tracks are disposed in an annular pattern of reflective rings outside a central region in which the multi-plateau rings are disposed in circles concentric with the fiducial rings.

54. The method as set forth in claim 53 above, further including the step of forming bands of centering and positioning grating rings between the fiducial rings and the multi-plateau rings.

55. The method as set forth in claim 54 above, wherein the fiducial rings and the centering and positioning rings are of chrome material and further including the step of providing a further set of fiducial rings of chrome material at a region ~~of lesser radius than the multi-plateau rings.~~

56. The method of making a blazed grating phase lens comprising the steps of:

layering a photoresist material on a light transmissive planar element;

forming the image of a plurality of first tracks on the photoresist material;

forming first tracks of a given differential height on the planar element;

removing the first layer of photoresist material; and

forming, using like sequences, successive tracks on the planar element of differential height that vary in binary fashion to the given differential height and selectively overlay in cumulative fashion to form incrementally varying progressions.

57. The method as set forth in claim 56 above, wherein the images are formed by illuminating through individual photomasks.

58. The method as set forth in claim 57 above, wherein the tracks are concentric circles and wherein the images are formed by dynamic writing of tracks on the photoresist material while rotating the planar element.

59. The method as set forth in claim 56 above, further including the steps of initially writing reference patterns on the planar element at a chosen region, and forming the image of successive tracks with reference to the reference patterns.

60. The method as set forth in claim 59 above, wherein the reference patterns are written at positions chosen within arbitrary limits on opposite sides of the locations for the tracks, wherein the tracks are to be in the form of concentric rings, and further including the steps of calibrating the system by determining the center of the tracks, and radial track position relative to the center, from the reference patterns.

61. A system for high resolution imagery comprising:

an optical system having a critical aperture;

first substantially monochromatic light source means of a given wavelength transmitting through the optical system;

light bending means including a first transmission grating structure disposed at the critical aperture for providing areally distributed varying wave delays in light of the first wavelength transmitted through the optical system to provide an adjusted composite wavelength, said light bending means also including a second transmission grating structure displaced from the first transmission grating structure; and

second monochromatic light source means of a second wavelength illuminating the second transmissive grating structure for alignment of the object being illuminated.

41 ~~62~~. The system as set forth in claim 40 ~~61~~ above, wherein the first transmission grating structure ~~pattern~~ is defined by a plurality of concentric tracks in an interior region of the light bending means, and wherein the second transmission grating structure is an annular pattern disposed about the interior region.

42 ~~63~~. The system as set forth in claim 41 ~~62~~ above, wherein the first and second transmission grating structures each comprise a plurality of concentric rings each defined by a progression of varying height plateaus on a transmissive substrate.

~~64~~ 43. The system as set forth in claim ~~63~~ 42 above, wherein the first monochromatic light source means operates in the ultraviolet region, and wherein the second monochromatic light source means operates in the red region, and wherein the second monochromatic light source means and the second transmission grating structure provide a finely focused reference beam at an object plane for the image defined by the first monochromatic light source means and the first transmission grating structure.

~~65~~ 44. The system as set forth in claim ~~64~~ 43 above, wherein the optical system further comprises aspheric means disposed along the optical path thereof for shaping the light from the second light source into an annular pupil of diameter corresponding to that of the second transmission grating structure.

~~66. A plate for use in an optical system, for~~ selectively phase delaying different areal components of a substantially monochromatic illuminating beam throughout a cross sectional area, comprising:

a substantially flat light transmissive substrate having a plurality of light bending rings thereon defining a base spherical bending characteristic, each of the rings being defined by a succession of plateaus relative to a nominal surface of the substrate, the plateaus varying in height by increments related to a wavelength of optical delay of monochromatic light incident thereon, the maximum height being *less than one* wavelength or an integral multiple thereof, and the rings varying nonlinearly in width relative to a central axis of the rings, and wherein the rings have a minimum radial width of the order of 10 microns.

67. The invention as set forth in claim 66 above, wherein the rings are defined by light transmissive silica layers deposited on the substrate.

68. The invention as set forth in claim 66 above, wherein the plateaus are defined by layers of varying depths ~~removed from the nominal surface of the substrate.~~

69. The invention as set forth in claim 66 above, wherein the base spherical characteristic of the plate is selected to compensate for chromatic dispersion of an associated refractive optics system at the frequency of the substantially monochromatic illuminating beam.

70. The invention as set forth in claim 66 above, wherein the rings are disposed in sets defining a pupil function having more than one zone, the combination effectively increasing the depth of focus of the system.

71. The invention as set forth in claim 70 above, wherein the progression of plateaus within successive ring sets is varied to establish a predetermined relationship between the phases of wavefronts passing through adjacent ring sets, such that the pupil function is provided.

72. The invention as set forth in claim 71 above, wherein the progressions are interrupted in $\pi$ phase manner.

73. The invention as set forth in claim 66 above, wherein the ring patterns are separated by selectively placed ring areas which are at least partially opaque.

74. The invention as set forth in claim 73 above, wherein the plate has transmissive patterns defining at least two π phase related pupil functions and wherein at least one of the ring patterns defining the pupils is at least partially opaque.

75. The invention as set forth in claim 66 above, wherein the substrate includes a first annular reference pattern outside the transmissive ring pattern and a second annular reference pattern inside the transmissive ring pattern.

76. The invention as set forth in claim 75 above, wherein the annular alignment patterns comprise a plurality of chrome rings on the substrate.

77. A light transmissive member for phase compensation of the microstructure of a distributed monochromatic beam in an optical system, comprising:

a base of light transmissive material having a plurality of multi-plateau rings of varying widths, the plateaus varying within the rings in progressive sequences to provide fractional amounts of wave retardation at the wavelength of the monochromatic beam.

78. The member as set forth in claim 77 above, wherein the rings are concentric about a central axis and disposed in sets of varying phase relation to define a pupil function having different zones.

79. The member as set forth in claim 78 above, wherein the rings provide maximum bending of the impinging beam of no greater than 5°, wherein the total local area wave retardation introduced by a ring is in integral multiples proportioned to a wavelength, and wherein there are in excess of about 800 rings for a 5" diameter pupil.

80. The member as set forth in claim 79 above, wherein the local area wave retardation is a maximum of about one wavelength, and wherein the rings are of a minimum of about 8 microns in width.

81. A light transmissive member comprising:

a light transmissive substrate having an inner sector comprising a first plurality of rings each defined by a succession of plateaus of incrementally varying heights for selectively delaying the phase of local wavefronts of monochromatic wave energy of a first wavelength passing therethrough;

an intermediate sector comprising a second plurality of rings each defined by a succession of plateaus of incrementally varying heights for selectively delaying the phase of local wavefronts of monochromatic wave energy of a second wavelength passing therethrough; and

at least one reference sector having a plurality of rings of alternating transmissive and non-transmissive material defining a grating; and

wherein all of the rings are concentric with a central axis.

82. The invention as set forth in claim 81 above, where the first plurality of rings is dimensioned with thicknesses and widths for selective phase delay of local wavefronts of light in the ultraviolet region and wherein the individual plateaus vary by regular fractions of the wavelength of the ultraviolet light.

83. The invention as set forth in claim 82 above, wherein the thicknesses and widths of the second plurality of rings in the transmissive region are selected to modify the local wavefronts of light in the red region, and where at least one reference sector includes bands of radially separated alignment grating rings having selected light bending powers, an outermost set of fiducial rings, and an innermost set of fiducial rings.

84. The invention as set forth in claim 83 above, wherein the substrate has a base height level and the tracks within the rings define individual plateaus varying by one-eighth increments having a maximum height equal to approximately seven-eighths of the wavelength of the monochromatic light divided by the index of refraction of the substrate, there being eight plateaus per nominal ring, and wherein the plateau sequences are interrupted in phase fashion to provide a pupil function having at least two zones in the ultraviolet light transmissive region.

85. The invention as set forth in claim 84 above, wherein the ultraviolet transmission region has a pupil function using at least three zones and at least some tracks are partially opaque to provide light blockage of the local wavefronts thereat.

86. The method of centering and positioning individual lens elements in a high resolution lens system, using a transmission grating plate at the critical aperture, the transmission grating plate having a succession of grating patterns of selectively varying light bending power for monochromatic light, comprising the steps of:

positioning the transmission grating plate at the critical aperture position of the system;

directing collimated light through a first region of the grating plate that has light bending characteristics matched to a first optical element;

positioning the first optical element by reference to a first focal point of light passing through the selected area of the grating plate and the first optical element;

placing a second optical element in its approximate nominal position in the lens assembly;

directing collimated light through the grating plate in a second region having a bending power selected to match the cumulative characteristics of the first lens and the second lens to provide focusing at the first focal point on the optical axis when the second optical element is centered and axially positioned; and

repeating the sequence illuminating different areas of the grating as successive lens elements are added.

87. The invention as set forth in claim 86 above, wherein the transmission element defines a plurality of concentric ring sets, each ring set providing characteristics to match a predetermined combination of one or more of the lens elements.

88. The invention as set forth in claim 87 above, further comprising the steps of placing a small diaphragm at the first focal point on the optical axis, illuminating a different selected region of the transmission grating plate reversely through the diaphragm and previously positioned optical elements, the different selected region having a bending power selected to match the optical characteristics of a first optical element downstream of the grating plate, to focus light on a second focal spot on the optical axis, and further repeating the sequence for different downstream optical elements with different selected regions of the grating plate.

89. The method of making an assembled, unified optical structure including a compensating planar phase lens and refractive lenses in an optical path, comprising the steps of:

forming an outermost fiducial pattern and an adjacent grating pattern concentric with a central axis on the planar phase lens, the grating pattern having a number of different light bending regions;

forming at least one set of concentric phase compensating rings on the planar phase lens using the fiducial pattern as a reference;

positioning and centering a first refractive lens along the optical axis by illuminating a given light bending region on the planar phase lens and the first refractive lens; and

positioning and centering successive refractive lenses using different light bending regions on the planar phase lens.

90. The method as set forth in claim 89 above, wherein the different light bending regions are arranged with light bending angles which compensate for the cumulative refractions of different individual combinations of lenses.

~~91. The method as set forth in claim 90 above, wherein the illumination of refractive lenses on a first side of the planar phase lens is effected with collimated light to provide a first focal point, and wherein the illumination of refractive lenses on a second side is effected from a point source at the first focal point through the lenses on the first side and the planar phase lens to define a second focal point on the second side.~~

92. The method of preparing a substrate having multiple rings each defined by a group of minute plateaus of incrementally varying heights comprising the steps of:

providing an outer sequence of reference rings while rotating the substrate in a plane normal to a nominal center axis, the axis of rotation during the definition of the fudicial rings constituting the reference axis for the plateau tracks to be defined by the system;

covering the surface of the substrate on which tracks are to be provided with a photoresist material;

mounting the substrate in non-centered fashion at an approximately nominal position;

sensing eccentricity of the fiducial rings with respect to a fixed point as the substrate is rotated in the plane of location;

directing a narrow beam onto the substrate covered with photoresist at a spaced apart region;

laterally deflecting the beam in accordance with the eccentricity detected in the fiducial rings to provide an accuracy having less than 0.5 microns deviation from the center defined by the fiducial rings;

removing and processing the substrate to provide a first plateau level in accordance with the exposed pattern;

re-covering the substrate with a second layer of photoresist and remounting it in nominal position, with subsequent lateral readjustment to correct for eccentricity variations, followed by preparation of a second plateau level in accordance with the thus exposed photo pattern; and

repeating the sequence until the desired number of plateau levels are defined.

93. The method as set forth in claim 92 above, wherein the increments of the plateau levels vary cumulatively in a sequence of one, two, four, etc. such that different plateau levels may be provided by a binary summation of cumulative steps.

94. A system for writing a high precision pattern concentrically about a reference locus on a planar member comprising:

a planar member having a surface reference pattern concentric about the reference locus;

rotatable spindle means including top surface means for engaging the planar member in an approximate centered location;

a stable base;

carriage means movably mounted on the base and including means responsive to control signals for shifting position in a reference direction along the plane of the planar member;

pattern writing means disposed in a selected writing region adjacent the plane of the planar member;

sensing means positioned adjacent the surface reference pattern on the planar member to generate control signals indicative of deviation of the planar member from concentricity as the spindle rotates; and

mechanical means coupling the carriage means and the base separately to one of the sensing means and the writing means for varying the position of writing on the planar member along the reference direction relative to the sensing means in response to the control signals, such that the patterns are written more precisely than the centration of the planar member on the spindle.

95. A system as set forth in claim 94 above, wherein the rotatable spindle means is coupled to rotate in the carriage means and the mechanical means couples the pattern writing means to the base and couples the sensing means to the carriage means.

96. A system as set forth in claim 94 above, wherein the rotatable spindle means is coupled to rotate in the base and the mechanical means couples the pattern writing means to the carriage means for movement therewith and couples the sensing means to the base.

97. The system as set forth in claim 96 above, wherein the top surface means of the spindle means is horizontal, wherein the base includes first air bearing means for rotatably supporting the spindle means and wherein second air bearing means are disposed between the carriage means and the base.

98. The system as set forth in claim 96 above, wherein the planar member has a photo responsive surface, wherein the pattern writing means comprises means defining a narrow light beam impinging on the surface of the planar member, wherein the means for varying the position of writing comprises a beam deflector, and wherein the surface reference pattern comprises at least one reference ring.

99. The system as set forth in claim 98 above, wherein the surface reference pattern comprises a plurality of concentric reference rings and the sensing means comprises photosensitive means including a periodic varying transmissivity reference pattern.

100. A system for providing concentric circles on a substrate with high precision comprising:

stable base means having a recess for receiving a rotatable member, and including a first horizontal reference surface and a second vertical reference surface;

air sled means including first air bearing means for support on the first reference surface of the base member and second air bearing means for referencing the air sled means relative to the second reference surface, the second reference surface lying radial to the position of the rotatable member;

air spindle means, including air spindle driver means, disposed in the recess of the base means and including air bearing means for support with respect to the base, the air spindle means having an upper horizontal surface for receiving the substrate and peripheral means for effecting two axis approximate adjustment of the substrate thereon in the horizontal plane;

means including interferometer means for sensing the position of the air sled means along the second reference surface direction and servo controlled actuator means responsive to the position detected by the interferometer means for controlling the position of the air sled in the second reference surface direction;

writing means mounted on to the air sled means for directing a modulated light beam toward the surface of the substrate in a track position responsive to the position of the air sled means;

means responsive to the position of the substrate on the air spindle means for detecting eccentricity variations in the arbitrarily placed, roughly adjusted substrate during rotation of the air spindle; and

means responsive to the detected eccentricity variations for deflecting the writing light beam in a direction parallel to the second reference surface direction before writing on the substrate, to compensate for eccentricity variations.

101. A system for writing precision concentric tracks within about 0.1 micron of desired track position and eccentricity on an object element, comprising:

means providing a stable reference member having a horizontal reference surface and a vertical reference surface;

carriage means including means for supporting the carriage means by air bearings above the stable reference member to be movable along a first axis in the horizontal plane;

air spindle means, including means for rotating the air spindle means about a vertical axis, and means for suspending the air spindle means in substantially fixed vertical central axis position relative to the reference member while rotating the air spindle means with respect thereto, the first axis being substantially parallel in the horizontal plane to a radius of the air spindle means;

an object element having a planar surface with a fiducial pattern concentric with a predetermined central axis;

means for initially positioning said object element on the air spindle with the planar surface being horizontal and including peripheral locator means;

means mounted on the stable reference member for sensing the position of the fiducial ring pattern on said object element during rotation;

~~means coupled to the carriage means for moving the~~ carriage means laterally in the given direction to select track locations on said element;

beam writing means coupled to the carriage means for directing a beam onto the surface of the element, said beam writing means including beam deflector means; and

means responsive to variations in the second position of the fiducial rings during rotation of the object element for controlling the deflector means to compensate for variations in eccentricity of said element relative to the true rotational axis during rotation.

102. The invention as set forth in claim 101 above, wherein said means for sensing the position of the fiducial ring pattern comprises means for imaging the fiducial rings at a selected object plane, reticle means having a periodic pattern at the object plane, and photodetector means for sensing the composite image of the fiducial rings and the reticle, and wherein the deflector means deflects the writing beam along a ~~direction parallel to the direction of movement of the carriage means~~.

103. A system for positioning and illuminating an object having reference indicia with a precision image, comprising:

an optical system including a number of refractive optical elements and a light energy transmitting element having a first region responsive to a selected first wavelength in optical path therewith for wavefront compensation of first wavelength light passing along the optical path, the compensating element including a second region responsive to a selected second wavelength for focusing a beam on the object;

first wavelength light source means for illuminating the object via the optical path with a wavefront compensated beam;

second wavelength light source means for illuminating the object via the second region of the transmitting element with a focused beam;

means for sensing the position of the focused beam relative to the reference indicia on the object; and

means coupled to the object and responsive to the means for sensing for controlling the position of the object.

104. The system as set forth in claim 103 above, wherein the first region of the transmitting element comprises a central area of multi-plateau rings concentric about a central axis and the second region comprises an annular region of multi-plateau rings about the central area and also concentric with the central axis.

~~105. The system as set forth in claim 104 above,~~ wherein the first wavelength light source operates in the ultraviolet region, the second light source operates in the red region, and wherein the object is a semiconductor wafer having fiducial marks on a photosensitive surface for receiving a number of image patterns.

106. A system for positioning an object having a photosensitive surface responsive to a first wavelength of light energy and bearing positional reference indicia, comprising:

positioner means responsive to control signals for adjusting the position of the object in two orthogonal axes;

means providing light energy of a second wavelength different from the first for illuminating the object;

light bending means disposed in the path of the light energy of the second wavelength for focusing the light energy on the object, the light bending means comprising a transmissive plate having a plurality of multi-plateau rings; and

sensor means for sensing the position of the focused beam relative to the reference indicia on the object, and ~~generating a control signal for the positioner means.~~

107. A system as set forth in claim 106 above, wherein the object comprises a semiconductor wafer having photoresist material on the surface thereof, wherein the light bending means includes a phase compensating area, and wherein the system further includes means directing light energy of the first wavelength through the phase compensating area onto the photoresist material.

108. A system as set forth in claim 107 above, wherein the system includes an optical path, for light energy of the first wavelength, that is disposed within a given cross-sectional area and the light bending means is disposed about said given area, and wherein the system further includes means for directing an annular beam of light of the second wavelength through the light bending means.

109. The method of positioning and illuminating a semiconductor wafer having a photoresist coating responsive to a first wavelength of light energy that is to be illuminated with an image of the first wavelength, and including fiducial indicia, comprising the steps of:

illuminating the wafer with a focused beam of a second wavelength different from the first;

sensing the position of the focused beam relative to the fiducial indicia;

positioning the wafer in response to the sensed position; and

illuminating the wafer with light energy of the first wavelength forming an image.

110. The method as set forth in claim 109 above, where the step of illuminating with a focused beam includes forming an annular beam, and wherein the annular beam is focused by bending through a predetermined angle, and wherein the wafer is illuminated with light energy of the first wavelength directed through the area within the annular beam.

DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS, the specification of which is attached hereto;

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, which have not been amended;

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a);

I hereby claim foreign priority benefits under Title 35, United States Code, §119 and/or §365 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed; and no applications have been filed;

I hereby appoint Raymond A. Bogucki, Registration No. 17,426; John P. Scherlacher, Registration No. 23,009; Louis A. Mok, Registration No. 22,585; and Gregory L. Roth, Registration No. 26,224, and each of them, Bogucki, Scherlacher, Mok & Roth, Suite 704, 3345 Wilshire Boulevard, Los Angeles, California 90010, Telephone No. 213-386-7701, my attorneys or agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith;

I hereby declare that all statements were made herein of my own knowledge and are true and that all statements made on information and belief are believed to be true; and further that those statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Executed on 13 October, 1987 at Reseda, California

Inventor: Theodore Robert Whitney
THEODORE ROBERT WHITNEY

Residence: City of Woodland Hills, CA

Post Office Address:

5500 Fenwood Avenue
Woodland Hills, California 91367

Citizen of the United States of America

This form may be executed only when attached to the specification (including claims) as the last page thereof.

Attor Docket No. 2549

Applicant or Patentee: Theodore R. Whitney

Serial or Patent No.:

Filed:

For: "HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS"

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR §1.9(f) and §1.27(b)) - INDEPENDENT INVENTOR

As a below-named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR §1.9(c) for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled HIGH RESOLUTION IMAGERY SYSTEMS AND METHODS described in

[x] the specification filed herewith
[ ] application Serial No. ______________, filed ______________
[ ] patent No. ______________, issued ______________

I have not assigned, granted, conveyed or licensed and am under no obligation under contract of law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR §1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR §1.9(d) or a nonprofit organization under 37 CFR §1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[x] no such person, concern, or organization
[ ] persons, concerns or organizations listed below*

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR §1.27)

FULL NAME ______________
ADDRESS ______________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN

FULL NAME ______________
ADDRESS ______________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN

FULL NAME ______________
ADDRESS ______________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR §1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing therefrom, or any patent to which this verified statement is directed.

THEODORE R. WHITNEY
(Name of Inventor)

Executed at Reseda, California, this 13th day of October, 1987.

Theodore R. Whitney
(Signature)

Print Of Drawings
As Original Filed

"HIGH RESOLUTION ... & ... METHODS"
Theodore R. Whitney

108435




FIG. 1

As Original Filed

108435

FIG. 2



Print Of Drawing
As Original Filed

108435

FIG. 3




FIG. 4




FIG. 6



Print Of Drawing
As Original Filed

108435




FIG. 7




FIG. 5

Print Of Drawing
As Original Filed

108435




FIG. 8

Print Of Drawing
As Original Filed

108435




FIG. 9




FIG. 10

Print Of Drawing
As Original Filed

108435

FIG. 11




FIG. 12



Print Of Drawing
As Original Filed

108435

FIG. 13




FIG. 14



Print Of Drawing
As Original Filed

108435

FIG. 15







FIG. 16

**United States Patent** [19]

**Freeman**

[11] **Patent Number: 4,637,697**

[45] **Date of Patent: Jan. 20, 1987**

[54] **MULTIFOCAL CONTACT LENSES UTILIZING DIFFRACTION AND REFRACTION**

[75] Inventor: **Michael H. Freeman,** Wales, Wales

[73] Assignee: **Pilkington P.E. Limited,** United Kingdom

[21] Appl. No.: **543,257**

[22] Filed: **Oct. 19, 1983**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 533,993, Sep. 20, 1983, and a continuation-in-part of Ser. No. 368,362, Apr. 14, 1982.

[30] **Foreign Application Priority Data**

Oct. 27, 1982 [GB] United Kingdom ................ 8230621

[51] **Int. Cl.**⁴ ......................... **G02C 7/04;** G02C 7/06; G02B 3/08; G02B 27/44

[52] **U.S. Cl.** .............................. **351/161;** 350/162.16; 350/162.22; 350/452; 351/177

[58] **Field of Search** ............. 350/162.22, 452, 162.16; 351/160 R, 160 H, 161, 162, 177

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,004,470 | 10/1961 | Ruhle | 350/452 |
| 3,339,997 | 9/1983 | Wesley | 351/161 |
| 3,794,414 | 2/1974 | Wesley | 351/161 |
| 4,073,579 | 2/1978 | Deeg et al. | 351/169 |
| 4,162,122 | 7/1979 | Cohen | 351/161 |
| 4,206,518 | 6/1980 | Jardon et al. | 623/6 |
| 4,210,391 | 7/1980 | Cohen | 351/161 |
| 4,338,005 | 7/1982 | Cohen | 351/161 |
| 4,340,283 | 7/1982 | Cohen | 351/161 |
| 4,377,329 | 3/1983 | Poler | 351/160 R |
| 4,402,579 | 9/1983 | Poler | 351/160 R |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0064812 | 5/1982 | European Pat. Off. . |
| 2074870 | 10/1971 | France . |

OTHER PUBLICATIONS

"The Leiske Physioflex Style 10 Anterior Chamber Lens", Surgide, Jan. 4/1981, No. 3-13.

*Primary Examiner*—John K. Corbin
*Assistant Examiner*—Scott J. Sugarman
*Attorney, Agent, or Firm*—F. Eugene Davis, IV; Mark P. Stone

[57] **ABSTRACT**

A bifocal contact lens has diffractive power added to the basic refractive power provided by the material of the lens and the basic curvature of its front and rear surfaces. The diffractive power arises from concentric zones, each providing an asymmetric retardation of light across the zone width to direct design wavelength light predominantly into a required order and sign of diffraction, while other wavelength light is predominantly transmitted at zero order. Design wavelength light from an object at one distance can then be focused by way of diffraction of that order and sign, and other wavelength light from an object at another distance can be focused by way of zero order transmission. Preferably the zones are defined, and the asymmetric retardation provided, by a rear surface contour having steps but which approximates to the required basic curvature.

**22 Claims, 11 Drawing Figures**






FIG.1.



FIG.2.



FIG.3.



FIG.4



FIG.5.



FIG.6.


FIG.7.

FIG.8.



100
80
60
%
40
20
A
B B'
C C'
400
500
600
700
λ nm
100
80
60
%
40
20
A
B B'
400
500
600
700
λ nm
100
80
60
%
40
20
A
B
D'
400
500
600
700
λ nm
100
80
60
%
40
20
A
B
400
500
600
700
λ nm

FIG. 9.






FIG.10.




FIG.11.

# MULTIFOCAL CONTACT LENSES UTILIZING DIFFRACTION AND REFRACTION

## RELATED APPLICATIONS

This application is a continuation-in-part of my earlier application Ser. No. 368,362 filed Apr. 14, 1982 entitled Artificial Eye Lens and of my application Ser. No. 533,993 filed Sept. 20, 1983 entitled Improvements in or Relating to Ophthalmic Lenses.

This invention concerns improvements in or relating to contact lenses and relates more particularly to bifocal contact lenses.

The rear surface of a well fitting contact lens has a radius of curvature near that of the cornea. The front surface of the contact lens has a radius of curvature which is determined by the refractive correction required by the wearer. In the case of a bifocal contact lens there is the requirement for additional positive power to replace the failing accommodation of the presbyopic wearer. If this additional power is effected by a change in curvature which, in the case of the rear surface, would generally involve an increase in the radius of curvature, this renders the surface a less good fit on the cornea. It has, however, been proposed in U.S. patent application Ser. No. 368,362 that diffractive power, e.g. provided by a hologram, should be added to the basic refractive power of the contact lens whereby no change in the basic surface curvature is needed.

The present invention also concerns a contact lens which uses the diffraction of light to provide some or all of its optical power. This diffractive power is usually along or nearly along the axis of the contact lens and therefore along the axis of the eye wearing the contact lens. Holograms which provide on-axis power are called in-line or axial holograms. Such holograms have a regular pattern of rings or zones whose centres lie on the axis. Depending largely on the optical effect of each zone, diffractive optical devices with concentric zones have received the names Fresnel Zone Plates (FZPs), Phase Zone Plates, Kinoform Lenses, Thin Film Lenses, Holographic Optical Elements (HOEs); generally the name relates to the method of manufacture. The requirement for diffractive power is the amplitude addition of component light waves having phase differences equivalent to one wavelength to give a new continuous wavefront having a different curvature from the incident wavefront from which the component light waves were generated. The optical term coherence is used to define the conditions under which this can occur. The component light waves are said to be coherent when the phase difference between adjacent zones shows a simple mathematical relationship across the whole aperture of the device.

The Fresnel Zone Plate should not be confused with the Fresnel Lens which has no diffractive power. The Fresnel Lens has facetted zones which have random equivalent phase differences between them. This is due largely to having actual phase differences which are many (e.g. around 100) wavelengths so that the equivalent residual phase difference may be any value between 0 and $2\pi$ because of random inaccuracies in the manufacturing method. Any amplitude addition across the lens is insignificant and no useable diffractive power is generated although there is diffractive scattering. The power of a Fresnel Lens is therefore determined solely by refraction at each of the facets of the lens, each of which forms an image of the object. With correct design these images are formed in the same place and the final intensity of the ultimate image is found by adding the intensities of the component images. The diffractive scattering at each facet severely limits the resolution even when all the images are perfectly superimposed.

In the case of optical devices with diffractive power, such as Kinoform Lenses, the diffractive effects are used to form the image and refraction is secondary. The phase difference between each zone is carefully controlled to an accuracy equivalent to about one tenth the wavelength of light. This fundamental requirement for accuracy in the sub-micron region has generally restricted fabrication methods to those using optics and photo-sensitive materials such as holography, scanning Fabry-Perot interferometers and photo-resist material, master drawings with photographic materials and photo-lithographic methods, and thin films which can be etched through photographically generated masks. Such methods have also been used to make diffraction gratings which have proved considerably superior to earlier diffraction gratings made by ruling grooves with a diamond or the like on metal substrates.

According to the present invention there is provided a bifocal contact lens having diffractive power, comprising a plurality of concentric zones arranged so as to cause diffraction of light transmitted through the lens, each zone providing an asymmetric retardation of light across the zone width in a manner which directs light of a design wavelength predominantly into a required order and sign of diffraction at the expense of transmission at zero order and at the expense of transmission at the opposite sign of said required order of diffraction, while light of another wavelength displaced from said design wavelength is predominantly transmitted at zero order in preference to said required order and sign of diffraction, whereby light of said design wavelength from an object at one distance can be focussed by way of said required order and sign of diffraction and light of said other wavelength from an object at another distance can be focussed by way of zero order transmission.

Conveniently said required order of diffraction may be first order diffraction.

Said concentric zones may be defined by surface discontinuities and/or refractive index changes. Said asymmetric retardation across each zone width may be provided by thickness variation or refractive index variation or a combination of both. Preferably the zones are defined, and the asymmetric retardation is provided, by the surface contour of the lens, and preferably the rear surface contour. Thus, in particular, the zones may be defined by steps in the lens surface. The asymmetric retardation may be provided by a stepped surface contour, for example having three, but possibly having more, stepped areas, across each zone, or may alternatively be provided by a smooth curve across the zone, the arrangement in either case being asymmetric across the zone width.

The diffractive power of the lens may be additional to refractive power provided by the material of the lens and the basic curvature of its front and rear surfaces. The above mentioned surface contour can be superimposed on the base curve in a manner which effectively retains the basic curvature. Notably, a curvature of one radius may be made discontinuous by step sizes appropriate for approximation to a curvature of different radius. Where there are stepped areas across each zone,

these stepped areas may each have a radius of curvature the same as that of the base curve. Where there is a smooth curve across each zone it may have a radius of curvature which differs from that of the base curve but the step size at the zone edge can be such as to give general conformation of the surface to the basic curvature.

The lens may be manufactured using a technique as mentioned previously which is used for the fabrication of optical devices with diffractive power. Preferably, however, the lens is manufactured using material cutting technology which leaves an optically good surface, and in particular by a computer-controlled lathe (as have been developed for making aspheric lenses in plastics materials).

Further aspects of the invention will be apparent from the following explanation and description which is, and in which the numerical values are given, by way of illustration and example. In order that it may be better understood, reference is made to the accompanying drawings, in which:

FIG. **1** is a schematic representation of an eye wearing a contact lens,

FIGS. **2** and **3** schematically represent concentric zones of a diffractive optical element,

FIGS. **4**, **5** and **6** are schematic cross sections through part of respective diffractive optical elements,

FIG. **7** illustrates the transition from a stepped contour to a smooth curve contour in the design of a diffractive optical element,

FIG. **8** is a graphical representation of light transmission through respective diffractive optical elements,

FIG. **9** illustrates the effect of different thickness portions on a diffractive optical element,

FIG. **10** is a schematic axial cross-sectional representation through a surface of one embodiment of bifocal contact lens in accordance with the invention, and

FIG. **11** is a schematic axial cross-sectional representation through a surface of a second embodiment of bifocal contact lens in accordance with the invention.

Referring initially to FIG. **1**, a typical adult human eye cornea has a radius of curvature of 8 mm. Accordingly the rear surface **1** of a well fitting contact lens **2** has a radius of curvature near this value. The front surface **3** of the contact lens has a radius of curvature which can vary from 6 mm to 12 mm depending on the refractive correction required by the wearer, which may be from +20 Dioptres to −20 Dioptres. The lens **2** can thus have refractive power from the material (refractive index) of the lens and the curvature of its front and rear surfaces **3** and **1**. In the case of a bifocal contact lens additional positive power is required to replace the failing accommodation of the presbyopic wearer. This may vary from 0.5 Dioptres to 3 or even 4 Dioptres depending on the needs of the wearer and the amount of residual accommodation still available; a value of 2 Dioptres can be considered as illustrative for general purposes. The additional power can be provided by diffraction, and in particular by providing the lens **2** with a plurality or series of concentric zones arranged to diffract light transmitted through the lens in the manner of a phase zone plate.

Consideration will be given to the central 4 mm diameter area of the contact lens because the natural eye pupil is hardly greater than this value under illumination which is sufficient for close vision, and particularly for reading. A diffractive optical element requires about 10 zones over this central 4 mm diameter area for a local



length of 500 mm. Such zones are shown in FIG. **2** in which each circle defines the outer limit of one zone and the inner limit of the next, the zone widths (i.e. radius difference between successive circles) decreasing outwardly so as to provide zones of equal area. If each of these zones is treated to affect in the same way the light passing through them, a proportion of this light will be focussed at 250 mm, 125 mm etc., as well as at −500 mm, −250 mm and −125 mm etc. These other foci arise from different orders of diffraction equivalent to those occurring with diffraction gratings.

The simplest possible treatment of the zones is to make one-half of each zone opaque. FIG. **3** shows the outer half (area) of each zone made opaque, and FIG. **4** shows an enlarged cross-section through the zone plate from the 4th zone to the 7th. Only the inner half of each zone (the lower half in FIG. **4**) is transparent to light. The action of the light passing through these half zones can be summarised to that of a series of small wavelets emerging from the mid point of each transparent half-zone. These wavelets themselves summarise to a continuous wavefront. The simplest of these is indicated by A in FIG. **4** (and represents zero order transmission). Other wavefronts can be formed by connecting across the zones but with one or more waves slip between each. The important one of these is that marked B (representing positive first order diffraction) as this gives the 500 mm focal length required for the reading power add. As can be seen in the FIG. **4** other wavefronts can be formed and these lead to the other foci; C (representing positive second order diffraction) gives the +250 mm focus and B′ (representing negative first order diffraction) gives the −500 mm focus. It turns out that with the equi-transparent and opaque zone plate the energy going into the C image at 250 mm is zero. It may be noted that many textbooks divide a zone plate into half-period zones and give a mathematical treatment which applies only to the equi-transparent and opaque condition. For the present more general purpose Rm is defined as the outer radius of the $m^{th}$ full-period zone. This gives a focal length ($f_1$) for the B wavefront specified by the equation:

$$f_1 = \tfrac{1}{2}\left(\frac{(Rm)^2}{m\lambda}\right);$$

the focal length ($f_1'$) for the B′ wavefront is given by:

$$f_1' = \tfrac{1}{2}\left(\frac{(Rm)^2}{-m\lambda}\right);$$

the focal length ($f_2$) for the C wavefront is given by:

$$f_2 = \tfrac{1}{2}\left(\frac{(Rm)^2}{2m\lambda}\right);$$

the focal length ($f_2'$) for the C′ wavefront (representing negative second order diffraction) is given by:

$$f_2' = \tfrac{1}{2}\left(\frac{(Rm)^2}{-2m\lambda}\right);$$

the focal length ($f_3$) of the D wavefront (representative of positive third order diffraction) is given by:

$$f_3 = \frac{1}{2}\left(\frac{(Rm)^2}{3m\lambda}\right)$$

and so on, λ being the light wavelength.

The treatment of the light within each zone controls the amount of light going into each focus. In the case of the equi-transparent/opaque zone plate the values are:

| Order | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| −5 | −4 | −3 | −2 | −1 | 0 | +1 | +2 | +3 | +4 | +5 |
| F' | E' | D' | C' | B' | A | B | C | D | E | F |
| 1% | 0% | 2% | 0% | 29% | 35% | 29% | 0% | 2% | 0% | 1% |

This therefore produces relatively strong images by the zero order transmission (A) and both the positive and negative first order diffraction (B and B') wavefronts, as well as weaker images by the positive and negative third and fifth order diffraction (D, D', F, F') wavefronts. The alternate clear and opaque treatment of the half zone areas also means that 50% of the incident light is absorbed.

Consider now replacing the opaque areas with areas which transmit the light but delay by an amount equal to one-half wavelength the wavelets now allowed through. This can be accomplished for example by overlaying these areas with a very thin layer of some transmitting optical material using the techniques of thin film deposition. The light travels more slowly through this material than through air in the adjacent area. The action in each individual area can again be summarised in terms of wavelets emerging from a central point and FIG. **5** is a cross-sectional illustration similar to FIG. **4**. However, the raised areas mean that the (zero order transmission) wavefront A of FIG. **4** is now not allowed to form (because the phase delayed wavelets are interposed) and there is no energy going into this image. As can be seen in the following table most light goes into the positive and negative first order diffraction images B and B':

| Order | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| −5 | −4 | −3 | −2 | −1 | 0 | +1 | +2 | +3 | +4 | +5 |
| F' | E' | D' | C' | B' | A | B | C | D | E | F |
| 1.6% | 0% | 4.5% | 0% | 40% | 0% | 40% | 0% | 4.5% | 0% | 1.6% |

Thus, although this puts more light into the positive first order diffraction image B at the expense of transmission at zero order, it also puts more into the negative first order diffraction image B'.

In order to transfer energy from B' to B it is necessary to have within each zone an asymmetrical action on the phase delay of the light. In accordance with the invention, therefore, an asymmetric retardation of light across the zone width is provided such that light is predominantly directed into the positive first order diffraction wavefront (B) at the expense of transmission at negative first order diffraction (B'). One approach to this is to divide each zone into three equal areas (rather than the two of FIG. **5**) and arrange a staircase effect on the phase of the light. The phase difference between these steps within each zone must now be equivalent to λ/3 where λ is the wavelength of light.

The action of this is shown in FIG. **6** which is a cross-sectional illustration similar to FIGS. **4** and **5**. The wavefront formations are too complex to draw but the resulting intensities into each image may be calculated by the formula:

$$In = \left\{\frac{\sin\pi(n-1+\frac{1}{3})}{\pi(n-1+\frac{1}{3})}\right\}^2$$

This gives the following results:

| | Order | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | −5 | −4 | −3 | −2 | −1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| Designation | F' | E' | D' | C' | B' | A | B | C | D | E | F | G |
| Intensity | 5% | 0 | 0 | 17% | 0 | 0 | 68% | 0 | 0 | 4% | 0 | 0 |
| n | −1 | | | 0 | | | +1 | | | +2 | | |

If the zones are each divided into four areas (instead of the three in FIG. **6**) while retaining the staircase action, the $\frac{1}{3}$ value in the above formula is changed to $\frac{1}{4}$, so that:

$$In = \left\{\frac{\sin\pi(n-1+\frac{1}{4})}{\pi(n-1+\frac{1}{4})}\right\}^2$$

which gives

| | Order | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | −5 | −4 | −3 | −2 | −1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| Designation | F' | E' | D' | C' | B' | A | B | C | D | E | F | G |
| Intensity | 0 | 0 | 9% | 0 | 0 | 0 | 81% | 0 | 0 | 0 | 3% | 0 |
| n | | | 0 | | | | 1 | | | | 2 | |

The phase difference between these steps within each zone is now equivalent to λ/4 where λ is the wavelength of light.

It can be seen that the action of increasing the number of steps in the staircase of phase delay over each zone width is to direct more and more of the light available into the positive 1st order diffraction image. The ultimate is reached when the staircase becomes a smooth curve. Because each zone was divided into equal areas (giving equal intensity and amplitude) to form the staircase, the width of each respective area decreases from the inner edge of each zone to the outer edge. However, the step rise is the same in each case. Accordingly, as more and more steps are introduced the overall shape or contour becomes a curve and not a straight line. FIG. 7 shows the transition from six stepped areas to a continuous line. In this latter case it can be seen that the total change in phase at the edge of the zone is λ where λ is the wavelength of light.

The preceding explanation refers simply to the wavelength of light but the wavelength of visible light is not a single value. The human eye can see a range of wavelengths which it describes as colour, and the spectrum of colours changes from blue through green and yellow to red. The wavelength of blue light is about 400 nanometers (0.4 micrometers) and that of red light about 700 nanometers (0.7 micrometers). Although it is possible to design a diffractive lens to have the values tabled above, these will only apply for a single wavelength of light. This single wavelength (usually called the design wavelength) may be any value in or near the visible range indicated but it will be found that light of other wavelengths will form images at different foci and different intensities.

If a design wavelength of 400 nanometers is assumed, then the proportions of light at wavelengths over the visible spectrum which go into the different images are indicated in FIG. **8**, in which the top graph represents the equi-transparent/opaque areas case (FIG. **4**), the second graph the two stepped transparent areas case (FIG. **5**), the third graph the three stepped transparent areas case (FIG. **6**), and the bottom graph the continuous line (smooth curve) case (FIG. **7**). From these graphs it is seen that with the exception of the equi-transparent/opaque zone plate design all the systems show a reduction in the intensity of the first order diffraction B image as wavelengths different from the design wavelength are considered. Most of this loss appears as an increase in intensity for the zero order transmission A image which has infinite focal length. Thus light of a wavelength displaced from the design wavelength is predominantly transmitted at zero order in preference to positive first order diffraction. The physical reason for this change with wavelength is that the material added (in FIG. **5** for example) provides the "correct" delay to the light only for a particular wavelength. Although its refractive index changes with wavelength, this is only a small change. The delay is given by the product of index difference and thickness *as a proportion of the wavelength.* Thus, while an index difference of 0.5 and a thickness of 0.8 micrometers gives a delay of 400 nanometers compared to the same thickness of air, which is about one wavelength for Blue light of wavelength 400 nanometers, this same delay is 0.57 wavelengths for Red light of wavelength 700 nanometers.

It is also important to note that the location of each image is different for light of different wavelengths. The formula for the focal length of each order of wavefront contains λ, the wavelength of light, in its denominator. Thus, as the wavelength is increased (going towards Red light) the focal length is shortened. However, the eye also has a change in its focal length with wavelength. The value of the effect in the eye is in the opposite sense to that with a diffractive lens of positive power. Accordingly, for the first order diffraction B image with a required focal length of 500 mm (2 dioptres) at the design wavelength of 400 nanometers, the focal length for Red light of 700 nm is only 285 mm (3.5D). However, this change of 1.5D is virtually nullified by the eye having a change over the same wavelength difference of −1.0D.

It will thus be seen that a contact lens with a phase zone-plate having three or more stepped areas, or a corresponding smooth curve, across each zone width, can provide an add of +2 dioptres or thereabouts where the light in the add is predominantly Blue while the refractive power (if any) of the contact lens can correct any ametropia to give distance vision predominantly in the Red. Hence, blue light from a near object can be focussed by way of positive first order diffraction and red light from a far object can be focussed by way of zero order transmission.

Returning now to the contours shown in profile in FIGS. **6** and **7**, it should be recognised that these are shown as drawn on flat substrates, whereas the surfaces of a contact lens are curved. A typical rear surface curve of 8 mm radius has been indicated. The required surface contour can be superimposed on the base curve in a manner which effectively retains the basic curvature. Although there is no change in curvature when surface layers are added, it will be appreciated that the extra thickness can be considered either as changing the centre of curvature but keeping the same radius or as very slightly shortening the radius of curvature. FIG. **9**, in which 't' indicates the extra thickness for the stepped areas (or corresponding smooth curve) and **R1** and **R2** respective radii of curvature, shows the difference.

If the extra thickness is formed by thin-film deposition of extra layers where the molecules of the film material are shot at the curve from a long distance, then the upper representation of FIG. **9** is the more exact. However, if the extra thickness is imparted during the making of the whole surface (e.g. using single-point diamond turning) then either representation may be valid or even a mixture of the two. Because the thickness changes (2 or 3$\mu$ microns) are very small compared to the basic radius of curvature (8 mm, which is 8000 microns) there is no appreciable difference in their effect. However, the alternatives may generate some confusion when defining the smooth curves in the ultimate case of FIG. **7**. When the exact curved profile is added to the base curve of 8 mm radius, it is found that a new curvature is generated. In the case of the rear surface of a contact lens the material forming the profile is likely to have a refractive index of 1.48 while the tear fluid filling the troughs of the profile is of refractive index 1.33. Thus Δn, the difference in refractive index, is 0.15. Hence the rear surface of the contact lens has an optical power given by

$$\frac{-\Delta n}{r}$$

dioptres (where r is the radius of curvature in meters) which calculates to be

$$\frac{-0.15}{8 \times 10^{-3}} = -18.75 \text{ dioptres.}$$

It can be calculated what radius of curvature would be needed to change this to −16.75 dioptres, as such a change would provide a reading add of 2 dioptres. This value is nearly 9 mm. On the other hand if the effect is calculated of adding the profile of FIG. **7** to the 8 mm radius base curve, the new surface is found also to be a curve of radius nearly 9 mm. The difference in the phase zone plate concept is that this new curvature only extends as far as the boundary of the first full-wave zone. At that point a sharp change is allowed in the surface location equivalent to a phase delay of one wavelength at the design wavelength chosen. It is found by calculation that this is the same step size as brings the surface back to the 8 mm radius curve. The profile of the second zone starts at this point and this too give a radius of curvature of nearly 9 mm. Again, this proceeds outwards until the boundary of the second zone. At this point it is one wavelength step size away from the 8 mm radius base curve. Thus the series of zones each having a radius of curvature of 9 mm is set on a curvature of radius 8 mm traced out by the edges of the zones. This 8 mm radius curve is also traced out by the lower edges of each step. The two 8 mm radius curves are in fact one step size apart.

The arrangement is illustrated in FIG. **10** which shows part of the rear surface of a bifocal contact lens comprising a plurality of concentric zones of the same size as in a phase zone plate, the zones being defined by steps **4** between smooth curved zone areas 5 of 9 mm radius of curvature, the step size being such that the step top edges lie on a curve of 8 mm radius of curvature and the step bottom edges lie on another curve of 8 mm radius of curvature. In FIG. **10**, which is not to scale, the step sizes are magnified more than the zone sizes in order to exaggerate the effect.

In the case of zones with stepped areas as shown in FIG. **6**, the 8 mm radius of curvature value is not changed, but the location of this surface is shifted at each step and returned at the end of each zone. FIG. **11** shows part of the rear surface of a bifocal contact lens comprising a plurality of concentric zones of the same size as in a phase zone plate, the zones being defined by steps **6** and each zone having three stepped areas **7**, **8** and **9** of 8 mm radius of curvature, the step sizes being such as to give general conformation to a base curve of 8 mm radius of curvature. Like FIG. **10**, FIG. **11** is not to scale. The only curvature which exists in this arrangement is the 8 mm radius, but because this is stepped back at each ⅓ zone the surface within each zone approximates to the 9 mm surface required for the add value.

Thus in both these arrangements a curvature of one radius is made discontinuous so that it approximates to another curvature of different radius, even though the other curvature does not exist at any one place. A convenient analogy is that of a tiled roof where each individual tile slopes at a given angle but the slope (or pitch) of the whole roof is at a different angle. By such discontinuous arrangement a lens incorporating a phase zone plate can effectively achieve two curvatures (and therefore two focal lengths and focal powers) from one general surface.

The manufacture of such surfaces can utilise thin-film deposition methods, particularly when this can be applied to a mould from which many lenses may be cast or moulded. A further method of manufacture is the direct cutting of the surface using a high precision lathe. The cutting point is often a single point diamond and surfaces of good optical quality can be achieved. Such lathes have computer control systems which can position the cutting diamond to within one micron and can return centre of rotation of the diamond-carrying arm to the same position within ±0.2 microns. From FIG. **10** it can be seen that a lathe set up to turn a radius of 9 mm could be shifted at each zone edge by the one wavelength delay step size and continue cutting the 9 mm radius until the second zone edge, etc. Alternatively, a lathe set up to cut 8 mm radius could be used to cut such a curve across the whole lens and then return to cut the same radius but at slightly lower depths at the positions marked as **8** and **9** on FIG. **11**.

From the foregoing it will be seen that the resultant lens surface is a smooth curve interrupted in a regular series of discrete steps of related size. The curvature of the smooth curve determines one focus of the bifocal action while the regular series of steps determines the other focus of the bifocal action. The proportion of the available light which goes into these foci is determined by the sizes of the steps.

It will be appreciated that any of the zones or steps within each zone may be shifted by an amount equal to one wavelength (or multiples of one wavelength) delay at the design wavelength. The purpose of this is to affect the rate of change-over of intensity between the two images as the wavelength of the incident light is changed. Thus, for example, the second zone may be raised by one wavelength and also the third or fourth zones. The performance of the phase zone plate at the design wavelength is impervious to shifts of one (or multiples of one) wavelength.

As specifically described above the diffractive power is given by a series of circular hills (or valleys) on the contact lens rear surface, i.e. a surface relief hologram. It will be appreciated that a surface relief hologram could instead be on the front surface of the contact lens. It will further be appreciated that the diffractive power could be provided by refractive index changes instead of surface relief or thickness changes, or by a combination of refractive index and thickness changes. In each case the changes should be such as to provide the required asymmetric retardation of light across each zone width. Yet further, although the contact lens is described above as having refractive power resulting from the material of the lens and the basic curvature of its surfaces, the contact lens could have zero refractive power so that its optical power is wholly diffractive. Still further, although the order of diffraction into one sign (described above as positive) of which light of the design wavelength is predominantly directed is preferably, as described above, the first order, some other order could be employed with the lens appropriately designed predominantly to direct light of the design wavelength into one sign of that other order of diffraction. The design wavelength of 400 nanometers (blue light) mentioned above is a particularly suitable design wavelength being well displaced from the 700 nanometers wavelength (red light) which is predominantly transmitted at zero order, but is of course given by way of example and some other design wavelength could be used.

I claim:

1. A bifocal contact lens dividing light passing through a common portion thereof and providing two foci for said light, a first portion of said light being focused by refraction and a second portion of said light being focused by asymmetric zone plate surfaces.

2. A bifocal contact lens which determines one focus of the bifocal action by refraction and the other focus of the bifocal action by diffraction, the lens substantially having a basic curvature which conforms to the said one focus but comprising concentric zones formed on said basic curvature, said zones having surfaces spaced from said basic curvature by distances differing across each zone width.

3. A bifocal contact lens having one focus provided by diffraction and the other focus provided by refraction comprising a lens surface having steps defining a plurality of concentric zones of the same size as in a phase zone plate, said lens surface being made up of discrete parts having a curvature of the same one radius but with steps between said parts of a size such that a series of parts together provide a discontinuous surface approximating to a curvature of a radius different from said one radius, one of said curvatures providing a retardation of light across each zone width which determines said focus provided by diffraction and the other of said curvatures determining said focus provided by refraction.

4. A bifocal contact lens having a basic curvature which determines one focus of the bifocal action and having diffractive power which determines the other focus of the bifocal action, the lens comprising a plurality of concentric zones which together conform to the basic curvature providing the said on focus but which are arranged so as to cause diffraction of light transmitted through the lens with each zone providing an asymmetric retardation of light across the zone width in a manner which directs light of a design wavelength predominantly into one required order and sign of diffraction at the expense of transmission at zero order and at the expense of transmission at the opposite sign of said required order of diffraction, while light of another wavelength displaced from said design wavelength is predominantly transmitted at zero order in preference to the said required order and sign of diffraction, whereby light of said design wavelength is directed to the other focus by way of said required order and sign of diffraction and light of said other wavelength is directed to the said one focus by way of zero order transmission and refraction.

5. A lens according to claim 4 in which said required order of diffraction is first order diffraction.

6. A lens according to claim 4 in which the zones are defined, and the asymmetric retardation is provided, by the surface contour of the lens.

7. A lens according to claim 6 in which the zones are defined, and the asymmetric retardation is provided, by the rear surface contour of the lens.

8. A lens according to claim 4 in which the zones are defined by steps in the lens surface.

9. A lens according to claim 4 in which the asymmetric retardation is provided by a stepped surface contour having stepped areas across each zone.

10. A lens according to claim 8 in which the asymmetric retardation is provided by a stepped surface contour having stepped areas across each zone.

11. A lens according to claim 4 in which the asymmetric retardation is provided by a smooth curve across each zone.

12. A lens according to claim 8 in which the asymmetric retardation is provided by a smooth curve across each zone.

13. A lens according to claim 4 whose diffractive power is additional to refractive power provided by the material of the lens and the basic curvature of its front and rear surfaces.

14. A lens according to claim 13 having a surface contour superimposed on the base curve in a manner which effectively retains the basic curvature.

15. A lens according to claim 14 in which the asymmetric retardation is provided by a stepped surface contour having stepped areas across each zone.

16. A lens according to claim 15 in which the stepped areas across each zone each have a radius of curvature the same as that of the base curve.

17. A lens according to claim 14 in which the zones are defined by steps in the lens surface and the asymmetric retardation is provided by a smooth curve across each zone.

18. A lens according to claim 17 in which the smooth curve across each zone has a radius of curvature which differs from that of the base curve but the step size at the zone edge is such as to give general conformation of the surface to the basic curvature.

19. A lens according to claim 4 having a surface contour produced by cutting.

20. A lens according to claim 19 having a surface contour cut by a computer-controlled lathe.

21. A lens according to claim 6 having a surface contour produced by cutting.

22. A lens according to claim 21 having a surface contour cut by a computer-controlled lathe.

* * * * *