# PHYSICS

## For Scientists & Engineers

Third edition

*Updated Version*

VOLUME II

Raymond A. Serway
*James Madison University*

SAUNDERS GOLDEN SUNBURST SERIES
Saunders College Publishing
Harcourt Brace College Publishers
Philadelphia Fort Worth Chicago
San Francisco Montreal Toronto
London Sydney Tokyo

1992 Updated Printing
Copyright © 1990, 1986, 1982 by Raymond A. Serway

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording or any information storage and retrieval system, without permission in writing from the publisher.

Requests for permission to make copies of any part of the work should be mailed to: Permissions Department, Harcourt Brace & Company, 8th Floor, Orlando, Florida 32887.

Text Typeface: Caledonia
Compositor: Progressive Typographers, Inc.
Acquisitions Editor: John Vondeling
Developmental Editor: Ellen Newman
Managing Editor: Carol Field
Senior Project Manager: Sally Kusch
Copy Editor: Will Eaton
Manager of Art and Design: Carol Bleistine
Art and Design Coordinator: Caroline McGowan
Text Designer: Edward A. Butler
Cover Designer: Lawrence R. Didona
Text Artwork: Rolin Graphics
Layout Artist: Tracy Baldwin
Production Manager: Jay Lichty
Director of EDP: Tim Frelick
Marketing Manager: Marjorie Waldron

Cover: Beams of red, green, and blue light strike a D-shaped plastic lens and are bent toward a focus. Photography by S. Schwartzenberg/© The Exploratorium.

Printed in the United States of America

Physics for Scientists & Engineers, 3/e, VOLUME II, Updated Printing

0-03-096029-0

Library of Congress Catalog Card Number: 89-43326

345 032 9876543

$\theta_1$ and $\theta'_1$, respectively, with a line drawn perpendicular to the surface at the point where the incident ray strikes the surface. We shall call this line the *normal* to the surface. Experiments show that *the angle of reflection equals the angle of incidence,* that is,

Law of reflection

$$\theta'_1 = \theta_1 \qquad (35.2)$$

**EXAMPLE 35.2 The Double-Reflected Light Ray**
Two mirrors make an angle of 120° with each other, as in Figure 35.7. A ray is incident on mirror $M_1$ at an angle of 65° to the normal. Find the direction of the ray after it is reflected from mirror $M_2$.

*Solution* From the law of reflection, we see that the first ray also makes an angle of 65° with the normal. Thus, it follows that this same ray makes an angle of 90° − 65°, or 25°, with the horizontal. From the triangle made by the first reflected ray and the two mirrors, we see that the first reflected ray makes an angle of 35° with $M_2$ (since the sum of the interior angles of any triangle is 180°). This means that this ray makes an angle of 55° with the normal to $M_2$. Hence, from the law of reflection, it follows that the second reflected ray makes an angle of 55° with the normal to $M_2$. Finally, by comparing the direction of the ray incident on $M_1$ with its direction after reflecting from $M_2$, we see that the ray is rotated through 120°, which corresponds to the angle between the mirrors.




**Figure 35.7** (Example 35.2) Mirrors $M_1$ and $M_2$ make an angle of 120° with each other.

## Refraction of Light

When a ray of light traveling through a transparent medium encounters a boundary leading into another transparent medium, as in Figure 35.8, part of the ray is reflected and part enters the second medium. The ray that enters the second medium is bent at the boundary and is said to be *refracted. The incident ray, the reflected ray, and the refracted ray all lie in the same plane.* The angle of refraction, $\theta_2$ in Figure 35.8, depends on the properties of the two media and on the angle of incidence through the relationship

$$\frac{\sin\theta_2}{\sin\theta_1} = \frac{v_2}{v_1} = \text{constant} \qquad (35.3)$$

where $v_1$ is the speed of light in medium 1 and $v_2$ is the speed of light in medium 2. The experimental discovery of this relationship is usually credited to Willebrord Snell (1591–1627) and is therefore known as **Snell's law.**[3] In Section 35.7, we shall verify the laws of reflection and refraction using Huygens' principle. The angles of incidence, reflection, and refraction are *all* measured from the *normal* to the surface rather than from the surface itself. The reason for this convention is that there is no unique angle that a light ray makes with the surface of a three-dimensional object.




**Figure 35.8** A ray obliquely incident on an air-glass interface. The refracted ray is bent toward the normal since $n_2 > n_1$ and $v_2 < v_1$. All rays and the normal lie in the same plane.

[3] This law was also deduced from the particle theory of light by René Descartes (1596–1650) and hence is known as *Descartes' law* in France.




**Figure 35.9** (a) When the light beam moves from air into glass, its path is bent toward the normal. (b) When the beam moves from glass into air, its path is bent away from the normal.



The laser beam in this photograph is incident from the left on a container of water. Part of the beam is reflected, and part is transmitted. The refracted ray then reflects off a mirror at the bottom and emerges from the water at the right. Why is the transmitted ray more intense than the reflected ray? (Courtesy of Henry Leap and Jim Lehman)

It is found that *the path of a light ray through a refracting surface is reversible.* For example, the ray in Figure 35.8 travels from point $A$ to point $B$. If the ray originated at $B$, it would follow the same path to reach point $A$. In the latter case, however, the reflected ray would be in the glass.

When light moves from a material in which its speed is high to a material in which its speed is lower, the angle of refraction, $\theta_2$, is less than the angle of incidence, as shown in Figure 35.9a. If the ray moves from a material in which it moves slowly to a material in which it moves more rapidly, it is bent away from the normal, as shown in Figure 35.9b.

The behavior of light as it passes from air into another substance and then re-emerges into air is often a source of confusion to students. Let us take a look at what happens and see why this behavior is so different from other occurrences in our daily lives. When light travels in air, its speed is equal to $3 \times 10^8$ m/s, and its speed is reduced to about $2 \times 10^8$ m/s upon entering a block of glass. When the light re-emerges into air, its speed instantaneously increases to its original value of $3 \times 10^8$ m/s. This is far different from what happens, for example, when a bullet is fired through a block of wood. In this case, the speed of the bullet is reduced as it moves through the wood because some of its original energy is used to tear apart the fibers of the wood. When the bullet enters the air once again, it emerges at the speed it had just before leaving the block of wood.

In order to see why light behaves as it does, consider Figure 35.10, which represents a beam of light entering a piece of glass from the left. Once inside the glass, the light may encounter an electron bound to an atom, indicated as point $A$ in the figure. Let us assume that light is absorbed by the atom, which causes the electron to oscillate. The oscillating electron then acts as an antenna and radiates the beam of light toward an atom at point $B$, where the light is again absorbed by an atom at that point. The details of these absorptions and emissions are best explained in terms of quantum mechanics, a subject we shall study in the extended version of this text. For now, it is sufficient to think of the process as one in which the light passes from one atom to another through the glass. (The situation is somewhat analogous to a relay race in which a baton is passed between runners on the same team.) Although light travels from one atom to another with a speed of $3 \times 10^8$ m/s, the processes of absorption and emission of light by the atoms is very complex. However, the end result is that




**Figure 35.10** Light passing from one atom to another in a medium.

the speed of light in one type of glass is lowered to $2 \times 10^8$ m/s. Once the light emerges into the air, the absorptions and emissions cease and its speed returns to the original value.

### The Law of Refraction

When light passes from one medium to another, it is refracted because the speed of light is different in the two media. In general, one finds that the speed of light in any material is less than the speed of light in vacuum. In fact, *light travels at its maximum speed in vacuum.* It is convenient to define the **index of refraction,** $n$, of a medium to be the ratio

**Index of refraction**

$$n = \frac{\text{speed of light in vacuum}}{\text{speed of light in a medium}} = \frac{c}{v} \tag{35.4}$$

From this definition, we see that the index of refraction is a dimensionless number greater than unity since $v$ is always less than $c$. Furthermore, $n$ is equal to unity for vacuum. The indices of refraction for various substances measured with respect to vacuum are listed in Table 35.1.

As light travels from one medium to another, *the frequency of the light does not change.* To see why this is so, consider Figure 35.11. Wavefronts pass an observer at point $A$ in medium 1 with a certain frequency and are incident on the boundary between medium 1 and medium 2. The frequency with which the wavefronts pass an observer at point $B$ in medium 2 must equal the frequency at which they arrive at point $A$ in medium 1. If this were not the case, either wavefronts would be piling up at the boundary or they would be destroyed or created at the boundary. Since there is no mechanism for this to occur, the frequency must be a constant as a light ray passes from one medium into another.

Therefore, because the relation $v = f\lambda$ must be valid in both media and because $f_1 = f_2 = f$, we see that

$$v_1 = f\lambda_1 \quad \text{and} \quad v_2 = f\lambda_2$$




**Figure 35.11** As a wavefront moves from medium 1 to medium 2, its wavelength changes but its frequency remains constant.

**TABLE 35.1 Index of Refraction for Various Substances Measured with Light of Vacuum Wavelength $\lambda_0 = 589$ nm**

| Substance | Index of Refraction | Substance | Index of Refraction |
|---|---|---|---|
| Solids at 20°C | | Liquids at 20°C | |
| Diamond (C) | 2.419 | Benzene | 1.501 |
| Fluorite ($CaF_2$) | 1.434 | Carbon disulfide | 1.628 |
| Fused quartz ($SiO_2$) | 1.458 | Carbon tetrachloride | 1.461 |
| Glass, crown | 1.52 | Ethyl alcohol | 1.361 |
| Glass, flint | 1.66 | Glycerine | 1.473 |
| Ice ($H_2O$) | 1.309 | Water | 1.333 |
| Polystyrene | 1.49 | Gases at 0°C, 1 atm | |
| Sodium chloride (NaCl) | 1.544 | Air | 1.000293 |
| Zircon | 1.923 | Carbon dioxide | 1.00045 |

where the subscripts refer to the two media. A relationship between index of refraction and wavelength can be obtained by dividing these two equations and making use of the definition of the index of refraction given by Equation 35.4:

$$\frac{\lambda_1}{\lambda_2} = \frac{v_1}{v_2} = \frac{c/n_1}{c/n_2} = \frac{n_2}{n_1} \tag{35.5}$$

which gives

$$\lambda_1 n_1 = \lambda_2 n_2 \tag{35.6}$$

If medium 1 is vacuum, or for all practical purposes air, then $n_1 = 1$. Hence, it follows from Equation 35.5 that the index of refraction of any medium can be expressed as the ratio

$$n = \frac{\lambda_0}{\lambda_n} \tag{35.7}$$




**Figure 35.12** Schematic diagram of the *reduction* in wavelength when light travels from a medium of low index of refraction to one of higher index of refraction.

where $\lambda_0$ is the wavelength of light in vacuum and $\lambda_n$ is the wavelength in the medium whose index of refraction is $n$. A schematic representation of this reduction in wavelength is shown in Figure 35.12.

We are now in a position to express Snell's law (Eq. 35.3) in an alternative form. If we substitute Equation 35.5 into Equation 35.3, we get

$$n_1 \sin\theta_1 = n_2 \sin\theta_2 \tag{35.8}$$

**Snell's law**

This is the most widely used and practical form of **Snell's law**.

**EXAMPLE 35.3 An Index of Refraction Measurement**
A beam of light of wavelength 550 nm traveling in air is incident on a slab of transparent material. The incident beam makes an angle of 40° with the normal, and the refracted beam makes an angle of 26° with the normal. Find the index of refraction of the material.

*Solution* Snell's law of refraction (Eq. 35.8) with the given data, $\theta_1 = 40°$, $n_1 = 1.00$ for air, and $\theta_2 = 26°$, gives

$$n_1 \sin\theta_1 = n_2 \sin\theta_2$$

$$n_2 = \frac{n_1 \sin\theta_1}{\sin\theta_2} = (1.00)\frac{(\sin 40°)}{\sin 26°} = \frac{0.643}{0.438} = 1.47$$

If we compare this value with the data in Table 35.1, we see that the material is probably fused quartz.

**Exercise 1** What is the wavelength of light in the material?
Answer 374 nm

**EXAMPLE 35.4 Angle of Refraction for Glass**
A light ray of wavelength 589 nm (produced by a sodium lamp) traveling through air is incident on a smooth, flat slab of crown glass at an angle of 30° to the normal, as sketched in Figure 35.13. Find the angle of refraction.




**Figure 35.13** (Example 35.4) Refraction of light by glass.

# 38

# Diffraction and Polarization




*White light is dispersed into its various spectral components using a diffraction grating, as shown in this photograph. (Courtesy of PASCO Scientific)*

In this chapter, we continue our treatment of wave optics with the discussion of diffraction and polarization phenomena. When light waves pass through a small aperture, an interference pattern is observed rather than a sharp spot of light cast by the aperture. This shows that light spreads in various directions beyond the aperture into regions where a shadow would be expected if light traveled in straight lines. Other waves, such as sound waves and water waves, also have this property of being able to bend around corners. This phenomenon, known as *diffraction,* can be regarded as a consequence of interference from many coherent wave sources. In other words, the phenomena of diffraction and interference are basically equivalent.

In Chapter 34, we discussed the properties of electromagnetic waves and the fact that they are transverse in nature. That is, the electric and magnetic field vectors associated with the wave are perpendicular to the direction of propagation. Under certain conditions, light waves can be plane-polarized. Although ordinary light is usually not polarized, we shall discuss various methods for producing polarized light, such as by using polarizing sheets.

## 38.1 INTRODUCTION TO DIFFRACTION

Suppose a light beam is incident on two slits, as in Young's double-slit experiment. If the light truly traveled in straight-line paths after passing through the slits, as in Figure 38.1a, the waves would not overlap and no interference pattern would be seen. Instead, Huygens' principle requires that the waves spread out from the slits as shown in Figure 38.1b. In other words, the light deviates from a straight-line path and enters the region that would otherwise be shadowed. This divergence of light from its initial line of travel is called **diffraction.**

In general, diffraction occurs when waves pass through small openings, around obstacles, or by relatively sharp edges. As an example of diffraction, consider the following. When an opaque object is placed between a point source of light and a screen, as in Figure 38.2a, the boundary between the shadowed and illuminated regions on the screen is not sharp. A careful inspection of the boundary shows that a small amount of light bends into the shadowed region. The region outside the shadow contains alternating light and dark bands, as in Figure 38.2b. The intensity in the first bright band is greater than the intensity in the region of uniform illumination. Effects of this type were first reported in the 17th century by Francesco Grimaldi.

Figure 38.3 shows the diffraction pattern and shadow of a penny. There is a bright spot at the center, circular fringes near the shadow's edge, and another set of fringes outside the shadow. This particular type of diffraction pattern was first observed in 1818 by Dominique Arago. The bright spot at the center of the shadow can be explained only through the use of the wave theory of light, which predicts constructive interference at this point. From the viewpoint of geometrical optics, the center of the pattern would be screened by the object, hence one would never expect to observe a central bright spot. It is interesting to point out a historical incident that occurred shortly before the central bright spot was observed. One of the supporters of geometrical optics, Simeon Poisson, argued that if Augustin Fresnel's wave theory of light were valid, then a central bright spot should be observed. Because the spot was




**Figure 38.1** (a) If light waves did not spread out after passing through the slits, no interference would occur. (b) The light waves from the two slits overlap as they spread out, producing interference fringes.




**Figure 38.2** (a) Light bends around the opaque object. (b) The result is a series of dark and light bands in the area that would be completely in the shadow if light did not bend around the object.