
1837
ARTES
VERITAS
SCIENTIA
LIBRARY OF THE
UNIVERSITY OF MICHIGAN
TUEBOR
CIRCUMSPICE

QC
21
.R324
1907
cop. 2

# COLLEGE PHYSICS

*FOR STUDENTS IN HIGHER ACADEMIES AND COLLEGES*

BY

JOHN OREN REED, PH.D

PROFESSOR OF PHYSICS IN THE UNIVERSITY OF MICHIGAN

## PART I

## MECHANICS, ACOUSTICS AND OPTICS

ANN ARBOR
GEORGE WAHR, PUBLISHER
1907

Copyright
by
John Oren Reed
1907

The Ann Arbor Press, Printers

# PREFACE

In the preparation of this book the needs of two distinct classes of students have been kept constantly in mind. First those who may pursue the study of Physics as a means to general culture, and as a foundation for further scientific study, and second those who may desire a knowledge of general Physics in view of its immediate application in the study of Medicine, Chemistry or Dentistry.

It has been the intention so to present the subject as to meet the needs of both classes, so far as it can be done in a course of lectures upon General Physics supplemented by regular recitations upon the text. Special stress has been laid upon the solution of problems in Mechanics and Optics, and to this end a considerable number of representative physical problems have been added.

In the preparation of a text for the use of first year students in the University, no effort has been made to secure either completeness or originality of treatment. The author has drawn freely upon standard works upon Physics, notably upon those of Hastings and Beach and Carhart, in English, and of Warburg, Müller-Pouillet, and Drude, in German. The aim has been so to connect logical development with practical application in each branch of the subject, as to awaken and stimulate a desire for further study of this fundamental and far-reaching science. If this little volume shall have in any degree contributed to this end, it will have repaid many fold the labor expended in its preparation.

J. O. R.

## PREFACE TO SECOND EDITION.

In the preparation of the second edition, the chapters on mechanics have been materially amplified, and in some cases entirely rewritten. In the part on Acoustics the topics have been rearranged and a number of problems added. In its new form it is hoped the book will continue to merit the favor unexpectedly shown it in the old.

My special thanks are due to my friend Professor W. J. Hussey, for assistance in reading the proof, and for many valuable suggestions during the progress of the work. For the errors which remain, I alone am responsible.

Ann Arbor, Michigan. J. O. R.

January, 1907.

# CONTENTS

## MECHANICS

### CHAPTER I

#### INTRODUCTORY

| ARTICLE | | PAGE |
|---|---|---|
| 1. | Science and Natural Law | 1 |
| 2. | Matter | 2 |
| 3. | Inertia | 2 |
| 4. | Fundamental Units and Measurements | 3 |
| 5. | Dimensional Formulae and Derived Units | 4 |
| 6. | Circular measure of Angles | 6 |
| 7. | Trigonometrical Formulae | 7 |
| 8. | Projection upon Rectangular Axes | 7 |
| 9. | Curvature | 8 |
| 10. | Vectors and Scalars | 8 |
| 11. | Addition and Subtraction of Vectors | 9 |
| 12. | Summation of Any Number of Vectors | 9 |

### CHAPTER II

#### MOTION AND FORCE

| | | |
|---|---|---|
| 13. | Motion | 11 |
| 14. | Force | 11 |
| 15. | Newton's First Law of Motion | 12 |
| 16. | Newton's Second Law of Motion | 13 |
| 17. | Newton's Third Law of Motion | 14 |

### CHAPTER III

#### TYPES OF MOTION

| | | |
|---|---|---|
| 18. | Uniform Motion | 16 |
| 19. | Uniformly Accelerated Motion | 16 |
| 20. | Freely Falling Bodies | 17 |

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 13 of



| ARTICLE | | PAGE |
|---|---|---|
| 21. | Diminished Acceleration. Atwood's Machine | 18 |
| 22. | Motion on an Inclined Plane | 19 |
| 23. | Uniform Circular Motion | 20 |
| 24. | Applications of Uniform Circular Motion | 21 |
| 25. | Simple Harmonic Motion | 22 |
| 26. | Amplitude, Period, Phase, Epoch | 23 |
| 27. | Equations of Simple Harmonic Motion | 25 |
| 28. | Velocity of Point Executing Simple Harmonic Motion | 26 |
| 29. | The Curve of Sines | 27 |

## Chapter IV

### WORK AND ENERGY

| | | |
|---|---|---|
| 30. | Work | 32 |
| 31. | Power | 33 |
| 32. | Energy | 33 |
| 33. | Expressions for Energy | 34 |
| 34. | Transformations of Energy | 36 |
| 35. | Conservation of Energy | 37 |

## Chapter V

### MECHANICS OF A RIGID BODY

| | | |
|---|---|---|
| 36. | Motion of a Rigid Body | 39 |
| 37. | Resultant of Two Parallel Forces | 39 |
| 38. | Center of Inertia | 41 |
| 39. | Conditions of Equilibrium | 41 |
| 40. | Stability of Bodies | 42 |
| 41. | Machines | 43 |
| 42. | Simple Machines | 44 |
| 43. | Friction | 46 |
| 44. | The Balance | 47 |
| 45. | Sensibility of the Balance | 48 |
| 46. | Moment of Inertia and Formulae | 49 |
| 47. | Moment of Inertia and Angular Acceleration | 51 |
| 48. | Kinetic Energy of Rotation | 52 |
| 49. | Ideal Simple Pendulum | 53 |
| 50. | Compound or Physical Pendulum | 54 |

Case 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 14 of



## CHAPTER VI

### ELASTICITY

ARTICLE PAGE
51. Stress and Strain .......... 59
52. Hooke's Law .......... 59
53. Coefficients of Elasticity .......... 60
54. Three States of Matter .......... 61
55. Intermediary Qualities .......... 61
56. Viscosity .......... 62
57. Coefficient of Viscosity. Poiseuille's Law .......... 63

## CHAPTER VII

### MECHANICS OF FLUIDS

#### (A) FLUIDS AT REST

58. Fluid Pressure .......... 65
59. Pressure at any Point in a Fluid .......... 66
60. Free Surface of a Liquid Horizontal .......... 67
61. Pressure of a Heavy Liquid on an Immersed Surface .......... 67
62. Principle of Archimedes .......... 68
63. Density and Specific Gravity .......... 69
64. Liquids in Communicating Tubes .......... 71
65. Hydrometers .......... 71
66. The Barometer .......... 73
67. Manometers .......... 74
68. Pumps .......... 74
69. The Siphon .......... 75
70. The Air Pump .......... 76
71. The Geryck Air Pump .......... 77
72. Weight and Density of Air .......... 79
73. Boyle's Law .......... 79

#### (B) FLUIDS IN MOTION

74. Velocity of Efflux .......... 81
75. Velocity of Effusion of Gases .......... 82
76. Flow of Liquids through Tubes .......... 83
77. Flow in Pipes of Variable Section .......... 84
78. Jet Pumps .......... 85

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 15 of



## CHAPTER VIII

### MOLECULAR MECHANICS


ARTICLE PAGE

79. Molecular Forces ........ 87
80. Adhesion and Cohesion ........ 88
81. Capillary Phenomena ........ 89
82. Molecular Range ........ 90
83. Surface Tension ........ 91
84. Experiments on Surface Tension ........ 92
85. Angles of Contact ........ 93
86. Behavior of Films ........ 95
87. Capillary Action as Related to Surface Tension ........ 96
88. Solution ........ 97
89. Solution of Solids ........ 98
90. Free Diffusion of Gases. Dalton's Law ........ 99
91. Diffusion of Gases through Porous Partitions. Atmolysis ........ 99
92. Diffusion of Gases through India-rubber and through Red-hot Metals ........ 100
93. Free Diffusion of Liquids ........ 102
94. Diffusion through Membranes, Osmosis, Crystalloids and Colloids ........ 102
95. Osmotic Pressure ........ 104
96. Dialysis ........ 105


## ACOUSTICS

## CHAPTER XI.

### NATURE OF SOUND


97. Definitions ........ 107
98. Origin of Sound ........ 107
99. Wave Motion ........ 108
100. Characteristics of Wave Motion ........ 109
101. Characteristics of Sound ........ 110
102. Sound Waves Longitudinal ........ 111
103. Fundamental Differences. Loudness of Sound ........ 112


A940

## CHAPTER X

### VELOCITY OF SOUND


ARTICLE PAGE

104. Experimental Determinations .......... 114
105. Experiments of Regnault .......... 115
106. Theoretical Velocity of Sound .......... 116
107. Applications of Newton's Formula .......... 117
108. Laplace's Correction .......... 118
109. Correction for Temperature .......... 119
110. Velocity of Sounds in Solids and Liquids .......... 120


## CHAPTER XI

### REFLECTION AND SUPERPOSITION OF SOUND WAVES


111. Huygens's Principle .......... 121
112. Reflection of Sound .......... 122
113. Reflection at End of Cylindrical Pipe .......... 123
114. Superposition of Sound Waves .......... 123
115. Principle of Interference .......... 124
116. Curves of Maximum and Minimum Intensity .......... 125
117. Experiments Illustrating Interference .......... 127


## CHAPTER XII

### MUSICAL RELATIONS


118. Pitch .......... 129
119. Musical Intervals .......... 130
120. The Diatonic Scale .......... 130
121. Transposition .......... 131
122. The Tempered Scale .......... 132


## CHAPTER XIII

### VIBRATORY PHENOMENA AND RESONANCE


123. Composition of Vibrations at Right Angles .......... 133
124. Graphical Method for Lissajous' Figures .......... 135
125. Free and Forced Vibrations .......... 136
126. Resonance .......... 138
127. Illustrations of Resonance .......... 138

ARTICLE PAGE
128. Stationary Vibrations .................... 139
129. Laws of Transverse Vibrations of Strings.................... 141
130. Melde's Experiment .................... 142
131. Segmental Vibration .................... 143
132. Overtones .................... 144

## CHAPTER XIV

### VIBRATION OF AIR IN PIPES AND CAVITIES

133. Vibration of Air Columns .................... 147
124. Length of Organ Pipe and Wave-Length of Fundamental Tone 147
135. Nodes in Open and Closed Pipes .................... 149
136. Quality of Sound .................... 150
137. Kundt's Experiment .................... 151
138. Mouth Pieces .................... 153
139. Vocal Organs .................... 153
140. The Ear .................... 154

# OPTICS

## CHAPTER XV

### FUNDAMENTAL PHENOMENA

141. Definitions .................... 157
142. Nature of Light .................... 158
143. Rectilinear Propagation .................... 159
144. Shadows .................... 160
145. Images through Small Apertures.................... 161

# GEOMETRICAL OPTICS

## CHAPTER XVI

### PHENOMENA OF REFLECTION

146. Reflection of Light.................... 163
147. Images in Plane Mirror.................... 163
148. Path of Rays.................... 164
149. Deviation Produced by Rotation of Plane Mirror.............. 165

ARTICLE PAGE
150. Successive Reflection from two Mirrors........ 165
151. Concave Spherical Mirrors........ 166
152. Discussion of Formula........ 168
153. Construction of Images in Concave Mirror........ 169

## CHAPTER XVII

### PHENOMENA OF REFRACTION

154. Refraction ........ 171
155. Construction of Refracted Ray........ 172
156. Refraction at a Plane Surface........ 172
157. Critical Angle ........ 173

## CHAPTER XVIII

### PRISMS AND LENSES

158. Refraction through a Prism........ 175
159. Prisms of Large and Small Angle........ 176
160. The Abbé-Littrow Principle........ 176
161. Refraction through a Thin Lens........ 177
162. Discussion of Formula........ 179
163. Sign of the Quantity........ 179
164. Discussion of Lens Formula........ 180
165. Image and Object at a Fixed Distance........ 182
166. Constants of Thick Lenses........ 183
167. Geometrical Significance of Focal Lengths........ 185
168. Gauss' Definition of Focal Lengths........ 186
169. Determination of Focal Lengths........ 186
170. Spherical Aberration ........ 188

## CHAPTER XIX

### DISPERSION

171. Dispersion and Recomposition of Light........ 191
172. The Fraunhofer Lines........ 192
173. Total, Mean, Partial and Relative Dispersion........ 193
174. Irrationality of Dispersion........ 195
175. Anomalous Dispersion ........ 196
176. Chromatic Aberration ........ 197
177. Direct Vision Spectroscope ........ 199

## CHAPTER XX

### OPTICAL INSTRUMENTS


| ARTICLE | | PAGE |
|---|---|---|
| 178. | Projection Apparatus | 201 |
| 179. | Camera Obscura | 201 |
| 180. | The Eye | 202 |
| 181. | Defects of Vision | 204 |
| 182. | Apparent Size and Magnification | 204 |
| 183. | The Simple Microscope | 205 |
| 184. | The Astronomical Telescope | 206 |
| 185. | The Compound Microscope | 207 |
| 186. | Spectroscope and Spectrometer | 208 |


## PHYSICAL OPTICS

## CHAPTER XXI

### VELOCITY OF LIGHT


| | | |
|---|---|---|
| 187. | Velocity of Light—Roemer's Method | 211 |
| 188. | Velocity of Light—Foucault's Method | 212 |
| 189. | The Undulatory Theory of Light | 214 |
| 190. | Equations of Wave Motion | 215 |
| 191. | Superposition of Small Vibrations | 216 |
| 192. | Law of Reflection of Light Deduced from Huygens's Principle | 217 |
| 193. | Law of Refraction of Light Deduced from Huygens's Principle | 218 |


## CHAPTER XXII

### INTERFERENCE


| | | |
|---|---|---|
| 194. | General Statement | 221 |
| 195. | Interference from two Small Apertures | 222 |
| 196. | Fresnel's Mirrors | 223 |
| 197. | Fresnel's Biprism | 225 |
| 198. | Interference in Thin Films | 226 |
| 199. | Interferometers | 228 |


## CHAPTER XXIII

### DIFFRACTION


| | | |
|---|---|---|
| 200. | Diffraction through a Narrow Slit | 231 |
| 201. | The Diffraction Grating | 232 |

202. Measurement of Wave Length........ 234
203. Three Kinds of Spectra........ 234
204. Kirchhoff's Law........ 237
205. Spectrum Analysis........ 238
206. The Visible and the Invisible Spectrum........ 240

## Chapter XXIV

### RESOLVING POWER OF OPTICAL INSTRUMENTS

ARTICLE PAGE
207. Resolving Power of the Telescope........ 242
208. Resolving Power of the Eye........ 244
209. Resolving Power of the Microscope........ 245
210. Resolving Power of a Grating........ 247

## Chapter XXV

### POLARIZATION

211. Polarization of Light........ 249
212. Polarization by Reflection........ 250
213. Brewster's Law........ 252
214. Polarization by Refraction........ 252
215. Double Refraction........ 253
216. Polarization by Double Refraction........ 255
217. Indices of Refraction in Iceland Spar........ 257
218. Wave Surfaces in Uniaxial Crystals........ 258

## Chapter XXVI

### EXPERIMENTAL DEMONSTRATIONS

219. The Nicol Prism........ 261
220. Two Nicols........ 262
221. Doubly Refracting Substances in Parallel Plane Polarized Light. 263
222. Rings and Cross in Iceland Spar........ 264
223. Double Refraction in Isotrophic Media under Stress........ 265
224. Elliptic Polarization........ 266
225. Rotary Polarization........ 267
226. Magneto-optical Rotation........ 267
Index........ 268

# COLLEGE PHYSICS

## MECHANICS

### CHAPTER I

### INTRODUCTORY

**1. Science and Natural Law.** Physical Science is concerned with the deduction of the laws of phenomena in the inanimate world.

The natural tendency of the human mind is to try to arrange the facts of daily observation according to some rational plan; to subject them to some general rule; in short to explain them. A new fact is considered as explained when it is shown to be in accord with previous knowledge. Thus daily experience shows that all bodies, such as wood, stone, lead, water, etc., if unsupported fall to the ground, or if supported, they exert pressure upon the support; in other words they have weight. Torricelli, recognized as the cause of the pressure of the air, the fact already known to Galileo, that even gases have weight, and showed that the ocean of air presses upon the earth's surface because of its weight. In this way the phenomenon of atmospheric pressure was brought into harmony with the facts of previous knowledge, and with the general proposition that all bodies have weight.

*Such a proposition is called a law of nature.* It has been found to be true in all cases observed, and while it may be included in some more general proposition, it can never be shown to be false. Science has been defined as "a body of generalizations so irrefragably true, that while they may be subsequently included in some larger generalization they can never be overthrown."

The term Physical Science embraces the related branches, Physics and Chemistry, whose boundaries are separated by no sharp line of demarcation, but overlap in many places and many laws are common to both sciences. Their ultimate problem is the constitution of matter, and their methods of attack are daily becoming more and more similar, the common basis being the study of matter in its relation to energy.

**2. Matter.** Matter may be defined as that which occupies space. A mass is a definite quantity of matter. Chemistry is occupied with the investigation of changes in the composition of matter. Its fundamental proposition is that of the "Conservation of matter." In accordance with this principle it is asserted that the quantity of matter in the universe is constant, and that by no human agency can matter be created or destroyed.

Physics is concerned with matter only in so far as it serves as a *carrier of energy*. The fundamental proposition of Physics is the "Conservation of energy." This proposition asserts that the quantity of energy in the universe is constant; that energy like matter is indestructible, and that although it may be transformed and transferred in an endless round of changes no energy is ever lost; the amount of energy remains the same. This does not mean that all the energy is available, or that it will remain so. Much of the energy at our disposal is wasted, in that it escapes in the form of uniformly diffused heat and is thereby rendered unavailable. It has not, however, been destroyed.

**3. Inertia.** Of the various properties of matter, such as extension, impenetrability, divisibility, porosity, compressibility, elasticity, weight and inertia, perhaps the most characteristic is that of inertia. Inertia is the resistance which matter offers to any change in its condition of rest or motion. Matter is powerless of itself either to move or to stop moving if once set in motion; moreover it resists any attempt to move it if at rest, or to stop it if in motion.

Illustrations of inertia are seen in the hammering of the water in a water pipe on suddenly closing the faucet; in the action of the hydraulic ram; or of the fly wheel of an engine. Familiar examples are also found in the stamping of snow from the feet, in the beating of dust from a carpet, in the motion of a

bicycle rider when his wheel strikes a stone, or in the case of a person who steps from a rapidly moving car while facing to the rear. More remarkable illustrations of inertia are seen in the action of dynamite when exploded upon the surface of a rock—the inertia of the air being sufficient to cause the rock to be pulverized by the sudden pressure; in the method of supplying locomotives with water while running at full speed, and in milling machinery in which rapidly revolving steel bars beat the grain to powder.

4. **Fundamental Units and Measurements.** The measurement of any concrete or physical quantity consists in comparing it with some quantity of the same kind assumed as the standard or unit. Its magnitude or measure is then stated in terms of that unit, and consists of two parts; a *numerical* part, and the part which *names the unit* with which it has been compared. Both these parts are needed to give an idea of the magnitude of the quantity. Thus we may give the length of a table as 4.57 *meters,* or as 4.57 *feet,* but no idea of the length of the table is possible until the *unit of length* is stated.

The fundamental concepts of Physics are those of space, mass and time, and most physical quantities may be expressed in terms of these. For this reason the units of *length, mass* and *time* are called *fundamental units,* and all other units expressible in terms of these are called *derived units.* Such a system of units is called an absolute system. In the system in common use among scientific men the unit of length is the *centimeter,* the unit of mass is the *gram,* and the unit of time is the *second.* This is usually called the C. G. S. system.

The *centimeter* is the one hundredth part of the standard meter. The standard meter is represented by the distance at 0° Centigrade, between two marks on a certain bar of metal kept in the Archives of Paris. The meter was originally intended to be the one ten-millionth part of an earth-quadrant from equator to pole. Subsequent measurements have shown this distance to be 10,000,880 meters. The term meter, therefore, refers to the bar of metal and has no relation to the shape or size of the earth. The relation between the centimeter and the inch is

$$1 \text{ in.} = 2.54 \text{ cms.}$$

The *gram* is the one thousandth part of a mass of metal called a kilogram, kept in the Archives of Paris. It was intended that the gram should represent the mass of one cubic centimeter of distilled water at the temperature of maximum density [4° C.]; although more exact determinations have shown this relation to be slightly in error, yet for all practical purposes we may regard the mass of one cubic centimeter of distilled water at 4° C. as equal to one gram. The relation between the kilogram and the pound is

$$1 \text{ kilo} = 2.2 \text{ lbs.}$$

The *second* is the unit of time employed in scientific measurement and may be defined as the $\frac{1}{86400}$ part of a mean solar day, where a mean solar day denotes the average time between the successive passages of the sun across the meridian, taken throughout the year.

It remains to be noted that while the units of mass, length and time are called fundamental units, there are employed other units not directly reducible to these though connected with them by certain constants which have been determined by experiment. Such are the units of temperature, of heat, and of luminous intensity.

**5. Dimensional Formulae and Derived Units.** It is frequently of advantage to express physical quantities in general terms, in order to show more clearly their relation to each other. In such cases we write the symbols $[M]$, $[L]$, and $[T]$, with the proper exponents, to show how the fundamental quantities of mass, length and time enter into the derived units in question. Such a formula is called a *dimensional* formula. Since the dimensional formula is concerned with the *nature* of the quantity, rather than with its magnitude, numerical coefficients do not appear. A few examples of derived units will illustrate.

**Area.** The area of any plane figure is proportional to the product of two of its linear dimensions; hence the dimensional formula for *any area* is $[L^2]$; i. e., *the square of a length.*

Unit area is 1 cm².

**Volume.** Since the volume of any solid is proportional to the product of three of its linear dimensions, the general formula

for a volume becomes $[L^3]$; that is, *the cube of a length.* Unit volume is 1 cm.$^3$ or 1 cc.

**Density.** The density of a body is by definition, *the mass per unit volume.* It is found by dividing the mass of a body by its volume; hence the formula for density is

$$\frac{M}{L^3} \text{ or } [M L^{-3}]$$

**Velocity.** Velocity is the *time rate of motion.* A moving body passes over a space $L$ (cms.), in a certain time $T$ (secs.); hence the mean or average velocity is found by dividing the space by the time, or the formula is $[LT^{-1}]$. Unit velocity is a velocity of one centimeter per second.

**Acceleration.** When the motion of a body is not uniform the velocity is no longer constant but varies every instant. If this variation be uniform, then the *average rate of change of velocity* is found by dividing the difference between the initial and the final velocities, by the time during which the change occurred. Acceleration is defined as the *time rate of change of velocity;* its equation is

$$a = \frac{v - v_0}{t} \quad (1)$$

where $v_0$ and $v$ denote the initial and final velocities of the body. The dimensional formula for acceleration is $[L T^{-2}]$. Unit acceleration is an acceleration of 1 cm. per sec. per sec.

**Momentum.** Momentum is the quantity of motion possessed by a body and is the product of its mass and its velocity. Momentum is symbolized by $m v$, and its dimensional formula is $[M L T^{-1}]$. Unit momentum is possessed by unit mass moving with unit velocity.

**Force.** A body has no power to change its motion of itself. Any change in the motion of a body, either in magnitude or direction, must be due to some action upon the body, which we term a force. Force may be defined as the *time rate of change of momentum.* Its equation is

$$F = \frac{mv - mv_0}{t} \quad (2)$$

The dimensions of force are $(M\,L\,T^{-2})$. The unit of force is the *dyne*. It is that force which will give unit mass unit acceleration.

C. **Circular Measure of Angles.** About the vertex $C$ of the angle $\theta$ (Fig. 1), describe a circle with radius $r$, and denote the subtending arc, $AB$, by $s$. Then in circular measure the angle $\theta$ is defined by the equation



Fig. 1

$$\theta = \frac{s}{r} \tag{3}$$

If $\theta$ be taken as unity, then $s = r$. This unit angle is called *a radian*. A radian is that angle whose subtending arc is equal to the radius.

Again, from the point $A$ drop a perpendicular to $CB$, and from $B$ erect a perpendicular to $CB$ to meet $CA$ produced. Then in the two right triangles $ACD$, and $ECB$, we have

$$\sin\theta = \frac{DA}{CA} \tag{4}$$

and

$$\tan\theta = \frac{BE}{CB} \tag{5}$$

Noting the equality of $CA$ and $CB$, we may write

$$\sin\theta = \frac{DA}{CB},\ \theta = \frac{BA}{CB},\ \tan\theta = \frac{BE}{CB} \tag{6}$$

or the angle $\theta$ lies between its sine and its tangent in value; that is,

$$\sin\theta < \theta < \tan\theta \tag{7}$$

As $\theta$ approaches 0, these values approach each other, and we may write, without serious error, for small angles

$$\sin\theta = \theta = \tan\theta \tag{8}$$

This approximation is frequently employed in physical formulae. The formulae are usually assumed as correct for values of $\theta$ under three degrees.

**7. Trigonometrical Formulae.** The following trigonometrical relations will find frequent application. In any right triangle $ABC$ (Fig. 2), right angled at $C$, we have by definition




FIG. 2

$$\sin A = \frac{\textit{side opposite}}{\textit{hypothenuse}} = \frac{BC}{AB} \qquad (9)$$

$$\cos A = \frac{\textit{side adjacent}}{\textit{hypothenuse}} = \frac{AC}{AB} \qquad (10)$$

$$\tan A = \frac{\textit{side opposite}}{\textit{side adjacent}} = \frac{BC}{AC} = \frac{\sin A}{\cos A} \qquad (11)$$

Also

$$\sin A = \cos (90° - A) = \cos B \qquad (12)$$

$$\sin^2 A + \cos^2 A = 1 \qquad (13)$$

$$\sin(A + B) = \sin A \cos B + \cos A \sin B \qquad (14)$$

$$\sin 2A = 2 \sin A \cos A \qquad (15)$$

The following values of the sine, cosine, and tangent of the various angles should be memorized.

| $\theta$ | 0° | 30° | 45° | 60° | 90° | 180° |
|---|---|---|---|---|---|---|
| sine | 0 | $\frac{1}{2}$ | $\frac{1}{2}\sqrt{2}$ | $\frac{1}{2}\sqrt{3}$ | 1 | 0 |
| cosine | 1 | $\frac{1}{2}\sqrt{3}$ | $\frac{1}{2}\sqrt{2}$ | $\frac{1}{2}$ | 0 | −1 |
| tangent | 0 | $\frac{1}{\sqrt{3}}$ | 1 | $\sqrt{3}$ | ∞ | 0 |

**8. Projection Upon Rectangular Axes.** If we have a pair of rectangular axes $XX'$, $YY'$, (Fig. 3), then we can resolve any quantity capable of being represented by a right line, into two components parallel to the two given axes. Thus let $OC$ represent such a line, making an angle $\theta$ with the axis of $x$. Then $OA$, the component of $OC$ parallel to the axis of $x$ is defined by the equation




FIG. 3

$$OA = OC \cos \theta \qquad (16)$$

Also

$$OB = OC \cos (90° - \theta)$$
$$= OC \sin \theta \qquad (17)$$

These two components $OA$ and $OB$, are called the *projections of OC* upon the axes of $x$ and $y$ respectively. The angle $\theta$ measures the difference in direction between the line $OC$ and the axis, and is called the direction angle. *To project any line upon any other, multiply the line in question by the cosine of the direction angle.*

**9. Curvature.** The direction of motion of a body at any point in a curved path is the tangent to the curve at that point. Since the direction in which the body is moving constantly changes, it is of importance to know the rate at which the direction of motion changes. *Curvature is defined as the rate of change in direction per unit length of the curve.*




FIG. 4

In the case of a point describing the circular arc $PQ$, (Fig. 4), the change in direction is the angle included between the tangents at these points. This angle is in turn equal to the angle $\theta$, included between the radii $OP$ and $OQ$. But by equation (3)

$$\theta = \frac{s}{r}$$

hence the curvature is

$$\left(\frac{\theta}{s} = \frac{1}{r}\right) \tag{18}$$

or the *curvature* at any point on a curve is the *reciprocal* of the *radius* of the *circle* which most nearly coincides with the curve at that point. In the circle the curvature is constant; it is variable in the ellipse or the parabola, and zero in a straight line.

**10. Vectors and Scalars.** Certain physical quantities such as velocities, forces, accelerations, electromotive forces, electric currents, etc., are of such a nature that they require both a number and a direction to define them completely. Such quantities are called *directed quantities or vectors.* These quantities may be represented both in magnitude and direction by a straight line.

Other physical magnitudes such as mass, density, energy, power, electrical resistance, etc., have no relation to direction, and are completely described by a single numerical value. Such quantities are called *scalar quantities or scalars.*

**11. Addition and Subtraction of Vectors.** Given two vectors, $p$ and $q$, represented in magnitude and direction by the straight lines $AB$ and $BC$ (Fig. 5), their sum $r$, may be determined and calculated as follows: From the point $C$ drop a perpendicular upon $AB$ produced,




FIG. 5

and let the angle $\theta$ be the difference in direction between the two vectors. Then $AC$ is the sum of the vectors $p$ and $q$; for

$$\overline{AC}^2 = \overline{AD}^2 + \overline{DC}^2 \tag{19}$$

or

$$r^2 = [p + q\cos\theta]^2 + q^2\sin^2\theta \tag{20}$$

whence

$$r^2 = p^2 + q^2 + 2pq\cos\theta \tag{21}$$

It is to be noted that this formula covers all possible cases arising from different values of $\theta$. Thus for

$$\theta = 0°,\ r = p + q;\ \text{for } \theta = 90°,\ r^2 = p^2 + q^2;\ \theta = 180°,\ r = p - q$$

The solution may be effected graphically by laying off and connecting in order the lines $AB$ and $BC$, representing the vectors $p$ and $q$; then the line $AC$ represents the vector sum of $p$ and $q$, where the points $A$, $B$, and $C$ may be any points whatever.




FIG. 6

**12. Summation of Any Number of Vectors.** The foregoing graphical method may be extended to the case involving any number of vectors. Thus the resultant $R$, (Fig. 6), of the vectors $P$, $Q$, $S$, $T$ and $U$, is represented both in magnitude and direction by the line drawn from the beginning of the first to the end of the last, the vectors being added in any order whatever.

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 31 of



The numerical value of the resultant of any number of vectors is readily calculated by projecting the vectors upon the axes of $x$ and $y$, adding the various components upon each axis, and then combining the $x$ and $y$ components. Thus if, (Fig. 7), $p_1$, $p_2$, ....$p_n$, etc., be the various vectors, making angles $a_1$, $a_2$, ... $a_n$, with the axis of $x$, then the sum of the $x$ components is




FIG. 7

$$x_1 + x_2 + \ldots\ldots x_n = p_1 \cos a_1 + p_2 \cos a_2 + \ldots\ldots p_n \cos a_n \qquad (22)$$

or

$$X = \Sigma p \cos a \qquad (23)$$

and similarly

$$Y = \Sigma p \sin a \qquad (24)$$

whence

$$R^2 = X^2 + Y^2 \qquad (25)$$

and the angle $\phi$ between the resultant and the axis of $x$ is given by the equation

$$\tan \phi = \frac{Y}{X} \qquad (26)$$

# CHAPTER II

## MOTION AND FORCE

**13. Motion.** Motion is a change of position occurring in time. Displacement is a change of position without regard to time. All motion is purely relative; absolute rest is unknown in the universe. Motion embodies the two conceptions of space and time, and is to be studied under the two aspects of a change in the *magnitude* of the motion, and a change in the *direction* of the motion.

Motions may be divided ($a$) as regards direction, into rectilinear, curvilinear and vibratory motions; ($b$) as to kind, they may be divided into uniform, uniformly accelerated, and simple harmonic motions.

**14. Force.** Whenever a body has its condition of motion changed, either in magnitude or in direction, this change is attributed to some action upon the body which we term a *force*. A force is thus considered as an action upon a mass, and is measured by the product of the mass and the acceleration conferred upon the mass. Force is thus the product of Mass and Acceleration, or

$$F = M a \tag{27}$$

The C. G. S. unit of force is the *dyne*. A dyne is that force which will give a gram mass an acceleration of one centimeter per sec. per sec., or it is that force which will give to unit mass unit acceleration. The intensity of a force is the force exerted upon unit mass. Thus the intensity of the force of gravity is 980 dynes, since it imparts to a gram mass an acceleration of 980 cms. per sec. per sec.

When a force acts for but a short time, as in the case of a blow or a collision, the effect is called an *impulse* and is meas-

ured by the product of the force and the time during which the force acts, or

$$\text{Impulse} = F\,t \tag{28}$$

The element of time is essential to the consideration of the effect of any force, as nothing short of an infinite force could produce an effect in zero time.

Again every force is to be considered as resulting from the mutual action of two bodies. Under this aspect the resultant action is called a *stress*. Thus a mass of 1 kilogram is attracted towards the earth and in turn attracts the earth with a force of 980,000 dynes. This mutual action tends to produce motion in the case of each body. The force by which a body is attracted toward the earth is called its *weight*, and its weight is the product of its mass and the acceleration due to gravity, or

$$W = M\,g \tag{29}$$

Since the value of $g$ increases slightly from the equator to the pole, it follows that the weight of a body is not constant at different points upon the earth. The mass of the body, however, is constant.

Weight is not to be confused with inertia, which signifies the resistance which a body offers to being set in motion *in any direction*. Weight is the force opposing motion of the body *away* from the earth's center. The inertia of a mass is a constant and characteristic property; its weight is a function of the acceleration due to gravity.

**15. Newton's First Law of Motion.** We have seen that a body is powerless to acquire motion of itself, and equally incapable of coming to rest of itself, if in motion. Change of motion therefore, is always due to the action of a force. The equation $F = M\,a$, shows that force does not appear except in connection with matter. There is always a mass involved. Again the factor $a$, indicates that force is exerted *only while the motion is changing*. A steam engine exerts force in pumping water from a well, in that it sets the water in motion; gunpowder exerts force upon the cannon ball during the time the ball is passing from the breech to the muzzle of the gun. The ball in turn exerts force only while its motion is changing, *i. e.*, while it is smashing the

target or piercing the armor of the ship. A ball flying through space and encountering no resistance exerts no force; its motion is unchanged. A locomotive pulling a train with uniform velocity along a level track, exerts force sufficient to overcome friction and no more. A body in motion moves until some force stops it. This is all summed up in Newton's first law of motion.

*"Every body continues in its state of rest or uniform motion in a straight line, except in so far as it is compelled to change that state by force impressed upon it."*

This law is symbolized in the equation $F = M a$. If $a$ be zero there is no force; hence there must exist either *rest* or *motion*. Again, $a$ denotes the rate of change of velocity *either* in *magnitude or direction*; hence if $a$ be zero there must exist either *rest* or *uniform motion in a straight line.*

All apparent exceptions to the action of this law are in reality but proofs of its truth. A stone thrown into the air does not move with uniform velocity in a straight line for a single instant; yet the reason is found in the impressed force of gravitation, which compels it to change that state.

**16. Newton's Second Law of Motion.** The second law of motion is:

*"Change of motion is proportional to the moving force impressed, and takes place in the direction in which the force acts."*

Newton explains this law as follows: "If a force generate any motion a double force will generate a double motion, a triple force a triple motion, whether they be applied simultaneously and at once, or gradually and successively. This motion, if the body were already moving, is either added to the previous motion, if in the same direction, or subtracted from it, if directly opposed, or compounded with it if the two motions are inclined at an angle."

This law is also embodied in the equation $F = M a$, and gives us a means of measuring either force or mass as the case may be.

Thus we judge of the mass of a body by the force necessary to set it in motion. We kick a barrel lying on the ground to see whether it is empty or not. If full it is started with difficulty; if empty it moves very readily. Again, suppose we have small

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 35 of



cubical blocks of cork, aluminum and lead each mounted upon a little car so as to move readily on a smooth table. We attach to each car a small spring balance and tie the balance to a rod by which we pull the blocks quickly along the table. The result will be that while all the blocks have practically the same acceleration, the balances will indicate by their stretch the kinetic reactions, *i. e.*, the relative masses, of the various substances. In this case, the *acceleration* being the same for all, the force is directly proportional to the mass.

If on the other hand, the blocks with their cars be placed upon a smooth table and be struck equal blows, as from a spring hammer, then the accelerations produced in the various blocks will afford a measure of their relative masses. The cork block would move off rapidly, the aluminum more slowly and the lead would scarcely be moved at all. We should conclude that the lead contains the most matter, the aluminum next, and the cork least. In this case the *force* is kept constant, and the accelerations vary inversely as the masses.

**17. Newton's Third Law of Motion.** The third law of motion states that

*"To every action there is an equal and contrary reaction, or the mutual actions of two bodies are equal and opposite."* In explanation of this law Newton adds, "Whatever presses or draws another body is pressed or drawn to the same extent by that body. If one press a stone with the finger, the finger is pressed by the stone. If a horse pull on a stone by a rope, the horse is pulled equally towards stone; ......and to the extent that the forward motion of the one is aided the forward motion of the other is impeded."

This law expresses the two-sided nature of every force. Force is always the mutual action of two bodies, the action of the one being equaled by the reaction of the other. This amounts to saying that forces always occur in pairs. Such a pair of forces is called a *stress*; if the forces act toward each other it is a *pressure,* if away from each other it is a *tension.*

Again no force can be exerted unless there be some *resistance* to overcome. There can be no action unless there be something to act upon which will, in its turn, react. The athlete prefers to jump from a slab of stone; he can not "rise" from a pile of

straw or a heap of cushions. For the same reason it is tiresome to walk in melting snow or loose sand.

If motion ensue as the result of the action of two bodies, then the law expresses the equality of the resultant motions; that is, if a force confer upon the masses $m$ and $m'$, velocities of $v$ and $v'$, then the law states that their *momenta are equal,* or

$$m\,v = m'\,v' \qquad (30)$$

Illustrations of this law are manifold. The explosive force of the powder drives the ball from the cannon; the two are shot apart, moving with velocities inversely as their masses. The recoil or "kick" of a gun is the greater the more nearly the masses of gun and projectile are made equal to each other.

The screw of a ship drives the water *backward* with a velocity as many times *greater* than the forward velocity of the vessel, as the mass of water moved is *less* than that of the vessel. Boats have been propelled by machinery which pumped water in at the bow and expelled it in a small stream under high velocity at the stern. The motions of fish in the water, and of birds in the air, the ascent of sky-rockets, and the action of rotary lawn-sprinklers are all explained in accordance with Newton's third law of motion.

# CHAPTER III

## TYPES OF MOTION

**18. Uniform Motion.** The simplest type of motion is uniform motion in a straight line. In this case the velocity, or space traversed in unit time, *remains constant.* Equal spaces are described in equal times. The *acceleration* is therefore zero. We may, from these conditions, write down the equation of uniform motion from definition. We have

$$\frac{s}{t} = \bar{v} = \text{a constant} \qquad (31)$$

whence

$$s = \bar{v}t \qquad (32)$$

These conditions involve the permanence of any motion once set up, and the absence of any force to maintain it.

**19. Uniformly Accelerated Motion.** In the case of uniformly accelerated motion the body moves with a constantly and uniformly increasing or decreasing velocity. It passes over unequal spaces in equal intervals of time. The velocity is no longer constant, but the acceleration, or the rate at which the velocity changes, is constant. Hence we may write

$$\frac{v - v_0}{t} = a = \text{a constant} \qquad (33)$$

The force producing uniformly accelerated motion is also a *constant force,* since

$$F = Ma$$

From equation (33) we see that $v$, the velocity at any time $t$, is

$$v = v_0 + at \qquad (34)$$

or the final velocity $v$, is equal to the initial velocity $v_0$, plus the change in velocity acquired in time $t$.

The average velocity $\bar{v}$, during this interval of time is, of course,

$$\bar{v} = \frac{v + v_0}{2} \tag{35}$$

where $\bar{v}$ denotes the constant velocity at which the body would have described the same space in time $t$. The expression for the space described is readily found from equation (31); thus we have

$$s = \bar{v}t = \frac{v + v_0}{2} \cdot t \tag{36}$$

or, replacing $v$ by its value from equation (34) we have

$$s = v_0 t + \frac{at^2}{2} \tag{37}$$

Finally, combining equations (33) and (36) to eliminate $t$, we have

$$v^2 = v_0^2 + 2as \tag{38}$$

It is further to be noted that the acceleration may be either positive or negative; in the latter case the acceleration and the motion are oppositely directed, and the acceleration becomes a retardation. In their general form the equations of uniformly accelerated motion become

$$\begin{aligned} v &= v_0 \pm at \\ s &= v_0 t \pm \frac{at^2}{2} \\ v^2 &= v_0^2 \pm 2as \end{aligned} \tag{39}$$

**20. Freely Falling Bodies.** In the case of a freely falling body equations (39) become, on substituting for the general acceleration $a$, the acceleration due to gravity ($g = 980$ cms. per sec. per sec.),

$$\begin{aligned} v &= v_0 \pm gt \\ s &= v_0 t \pm \frac{gt^2}{2} \\ v^2 &= v_0^2 \pm 2gs \end{aligned} \tag{40}$$

In case the body start from rest, $v_0$ is zero, and all terms containing it disappear, hence

$$v = gt$$
$$s = \frac{gt^2}{2} \qquad (41)$$
$$v^2 = 2gs$$

It is to be noted that in case of a body starting from rest the velocity is proportional to the time, the space described is proportional to the square of the time, and the space described in the consecutive seconds varies as the odd numbers 1, 3, 5, 7, etc., as may be readily shown.

If a body be thrown vertically upward with an initial velocity $v_0$, the motion and the acceleration are oppositely directed and the lower sign is to be used in equations (40). The time of ascent and the height to which a body thrown vertically upward will rise, are found by setting the final velocity, $v = 0$, the value it assumes at the highest point. Then we have

$$t = \frac{v_0}{g} \qquad (42)$$

$$s = \frac{v_0^2}{2g} \qquad (43)$$

These values of $t$ and $s$ are the same as would be required to produce a velocity $v_0$, in the case of a body falling freely from rest.

**21. Diminished Acceleration. Atwood's Machine.** If we wish to study the laws of a falling body experimentally it is necessary to reduce materially the acceleration, as otherwise the motion is much too rapid to permit of accurate observation. This may be done in several ways. For example, the force of gravity acting upon a small mass may be applied to one or more large masses as well, in which case the resultant acceleration is correspondingly diminished. Thus suppose that a body of mass $M$ be placed upon a perfectly smooth, horizontal table and have attached to it a light flexible cord passing over a frictionless pulley at the end of the table, and that from this cord there be suspended a small mass $m$. In this case the tension in the string will be that due to the weight of the mass $m$, and this force will produce

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 40 of



motion in the two masses $M$ and $m$. If we denote the resulting acceleration by $a$, we may equate the two expressions for the force as follows:

$$m\,g = (M + m)\,a$$

whence

$$a = \frac{m}{M+m} \cdot g \tag{44}$$

In this way the value of $a$ may be made what we will, and the motion rendered so slow as to allow us to study it at leisure.

In *Atwood's machine* the light flexible cord passes over a light wheel having a groove in its rim and mounted upon "friction wheels" so as to turn as freely as possible. Two equal masses $M_1$ and $M_2$, are hung to the ends of the cord and are in equilibrium in any position. If now there be placed upon one of the masses a small rider of mass $m$, then the resultant motion of the system is due to the force of gravity upon this small mass alone. If we set $M$ equal to the combined masses $M_1$ and $M_2$, and neglect friction and the effect of the light wheel, we may compute the resulting acceleration $a$, at once from equation (44), and verify the result by actually observing the spaces passed over in one, two, three, or four seconds respectively. In case the rider is removed at any time, the acceleration becomes zero from that instant, and the motion becomes uniform motion. By means of special devices this may be accomplished and the machine may be used to verify all the conclusions represented in equations (41).




FIG. 8

**22. Motion on an Inclined Plane.** The inclined plane is another device for reducing the effect of gravity. Suppose a body slide without friction down a plane $AB$, (Fig. 8), making an angle $\phi$ with the horizon; it is required to find the equations of its motion. It is to be observed that the acceleration due to gravity effective in producing motion down the plane, is the component parallel to the surface of the plane. This component is readily found by pro-

jecting $g$ upon the plane in accordance with Article 8. The effective component is seen to be $g \cos(90° - \phi)$ or $g \sin \phi$, and the equations of (40) become

$$v = v_0 \pm g \sin \phi \, t$$
$$s = v_0 t \pm \frac{g \sin \phi \, t^2}{2} \quad (45)$$
$$v^2 = v_0^2 \pm 2 g \sin \phi \, s$$

Substituting for $\sin \phi$, its value $h/l$, and setting $v_0 = 0$, in the last equation of (45) we see that

$$v^2 = 2 g h$$

or the velocity acquired by a body starting from rest and sliding down the plane is the same as that which it would have acquired in falling through the vertical hight $h$.

**23. Uniform Circular Motion.** A body describing circular motion at a constant speed is yet under the action of a constant force, since the motion changes at every instant, not in *magnitude* but in *direction*.



FIG. 9

In uniform circular motion therefore, there exists at every instant an acceleration toward the center. The value of this acceleration is readily calculated. Thus in Fig. 9, a particle performing uniform circular motion describes the arc $AB$ in time $t$, with a velocity $v$. It has in the same time been deflected from a straight line $AD$, through the distance $AE$, or $AE$ is the space described due to the constant force acting toward the center. If $f$ be the acceleration toward the center then

$$AE = \frac{f t^2}{2} \quad (46)$$

and

$$AB = v t \quad (47)$$

since the motion is uniform.

If now the arc $AB$ be taken very small, it will differ but little from a straight line, and the two triangles $ABE$ and $ABC$ are similar; hence

$$AB : AE :: AC : AB \tag{48}$$

or

$$\overline{AB}^2 = AE \cdot AC \tag{49}$$

whence

$$v^2t^2 = \frac{ft^2}{2} \cdot 2r \tag{50}$$

or

$$f = \frac{v^2}{r} \tag{51}$$

If $T$ be the time of a complete revolution of the particle in the circle, then

$$v = \frac{2\pi r}{T} \tag{52}$$

and

$$f = \frac{4\pi^2 r}{T^2} \tag{53}$$

The quantity $\frac{2\pi}{T} = \omega$, is termed the angular velocity. Hence we may write

$$f = \omega^2 r \tag{54}$$

**24. Applications of Uniform Circular Motion.**

We have seen that in uniform circular motion a constant force is needed to keep the particle from flying off on a tangent. This stress is termed *Centripetal force,* and its measure is the product of the mass times the acceleration, or

$$F = m\frac{v^2}{r} \tag{55}$$

The tendency of the particle to fly off, or the reaction of the particle against being pulled out of a straight line, is called *Centrifugal force,* and its measure is also $m\,v^2/r$. These two so-called forces are in reality but the two aspects of a *stress,* the

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 43 of



one being the *action* of the moving mass, tending to move in a straight line and the other the *reaction* of the center.

Examples of applications of these forces are seen in the action of a boy's sling; in the tendency of a bicycle rider to fall when turning a corner sharply while riding at full speed; and in the necessity for raising the outer rail in railway curves. The shape of the earth is an example of this action on the plastic mass of the earth while in rotation. Other applications of this principle are seen in machines for drying clothes; for separating honey from the honey comb, or molasses from sugar. Cream separators, blood testers, lawn sprinklers, and the mechanical governors on steam engines all illustrate the same principle.

**25. Simple Harmonic Motion.** Simple harmonic motion is a motion in which the acceleration is proportional to the displacement of the moving body from its position of rest, and directed toward this position. It is an oscillatory motion, the body tracing the path over and over again. This is the most important type of motion to be studied, as it finds its applications in Sound, Light, and Electricity as well as in Mechanics.



Fig. 10

Examples of simple harmonic motion are seen in the vibrations of the prongs of a tuning fork, of guitar strings or of a pendulum bob, if the amplitude be small; other examples of approximately this form of motion are found in the motion of the piston rod of an engine, of the shuttle of a sewing machine or of the sickle of a reaping machine.

Simple harmonic motion may also be defined as the apparent motion of a point describing uniform motion in a circle, when viewed at a great distance from the circle and in the plane of the circle. The apparent motion of the moons of Jupiter is a simple harmonic motion. These little bodies revolve about the planet in orbits nearly circular, and their motion as seen from the earth, is an oscillatory motion about the planet as a center.

For purposes of study, simple harmonic motion is usually treated in connection with the related case of uniform motion in a circle. Thus if we consider a point moving uniformly round a circle (Fig. 10), in the direction of the arrow, then the projections of the point upon any diameter of this circle will represent a simple harmonic motion, upon that diameter. The projection will describe a complete to and fro vibration upon the diameter, while the point on the circumference describes a complete revolution.

Thus while the point moves from $o'$ through $C'$, $B'$, $A'$, to $X$, its projection falls successively upon $O$, $c$, $b$, $a$, and comes to rest for an instant at $X$. It then retraces its path to $O$ as the point passes round to $o$. The point on the circle has described half a circumference and its projection has made half a vibration. As the point passes on through $D$, $E$, $F$, to $X'$, its projection swings through $d$, $e$, $f$, reaching the limit of its motion in $X'$, and returning completes the second half of its vibration as the point passes through $F'$, $E'$, $D'$, back to $o'$. The circle upon a diameter of which the simple harmonic vibration is supposed to occur is called *the circle of reference.*

**26. Amplitude, Period, Phase, Epoch.** The *amplitude* of the vibration is the radius of the circle of reference. The *period* of the vibration is the time required for the moving point to make a complete revolution in the circle or for its projection to execute a complete to and fro vibration upon the diameter.




FIG. 11

*Phase* is that fraction of a period which has elapsed since the moving point last passed through the position of rest in the positive direction. Phase may be expressed either in time, or in an angle which varies as the time.

If $\omega$ represent the angular velocity of the radius vector $CP$,

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 45 of



then $\theta = \omega t$, is the angle swept out in time $t$; for, since the motion is uniform,

$$\frac{\theta}{2\pi} = \frac{t}{T}$$

or

$$\theta = \frac{2\pi t}{T} = \omega t \qquad (56)$$

The angle $\theta$ (Fig. 11), is called the *time angle, i. e.*, the angle swept out in time $t$, if time is counted from the instant the point $P$ passes through $X$. In the case of motion on the axis of $y$, it is also the phase angle, since by definition, phase is measured from the instant at which the point $P$ passes $X$, or its projection on the axis of $y$ passes through $C$, in the positive direction.

For the same reason it is to be observed that in the case of motion on the axis of $x$, phase must be measured from the radius $CY'$, since the point $P$ is at $Y'$ when its projection on the axis of $x$ passes through $C$ going in the positive direction. In this case the phase angle is $Y'CP$, or $\theta + 90°$. This shows that uniform circular motion is to be regarded as the resultant of two simple harmonic motions at right angles to each other, of the same period and amplitude, and differing in phase by 90°, or a quarter of a period.



FIG. 12

Again if we should begin to count time from some other point, as $E$, (Fig. 12), then for the motion on the axis of $y$ the time angle $\theta$, is $ECP$, while the phase angle is $XCP$ as before, or $(\theta - \epsilon)$. For the motion on the axis of $x$ the time angle is $ECP$, but the phase angle is $Y'CP$ as before or $(\theta + \epsilon')$. The angles $\epsilon$ and $\epsilon'$ are called the **epoch angles.** The **epoch angle,** is the angular difference between the time angle and the phase angle, or it is the angle which must be added to or subtracted from the time angle to produce the phase angle.

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 46 of



It is further to be noted that while $\epsilon$ and $T$ are constant for any specific case, the time angle $\theta$, grows continuously from 0° to $2\pi$ with the growth of $t$ from 0 to $T$.

**27. Equations of Simple Harmonic Motion.** In order to describe in mathematical terms the behavior of a point executing simple harmonic motion it is necessary to express its distance from the position of rest in terms of an angle that varies as the time. Thus in Fig. 13, the motion of the points $s$ and $s'$ is completely described if we write

$$x = r \sin Y'CP \qquad y = r \sin XCP \tag{57}$$

or

$$x = r \sin(\theta + \epsilon') \qquad y = r \sin(\theta - \epsilon) \tag{58}$$




FIG. 13

As a special case we may assume the point $E$ to coincide with $X$, then $\theta = XCP$, $\epsilon = 0$, and $\epsilon' = 90°$, and equations (58) become

$$x = r \cos\theta \qquad y = r \sin\theta \tag{59}$$

Again, since the acceleration in uniform circular motion is

$$f = \frac{4\pi^2 r}{T^2}$$

and *directed toward the center*, we have by projection upon the axes of $x$ and $y$, the following expressions for the accelerations along these axes respectively:

$$f_x = -\frac{4\pi^2 r}{T^2} \cdot \cos\theta \qquad f_y = -\frac{4\pi^2 r}{T^2} \cdot \sin\theta \tag{60}$$

The negative sign denotes that the acceleration is always opposite in sign to the displacement. Equations (60) show that

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 47 of



the acceleration along the axis of $x$ is a maximum when that along the axis of $y$ is 0, and *vice versa,* since the one varies as the sine and the other as the cosine of the same angle.

If we substitute in equations (60) the values of sin $\theta$ and cos $\theta$, we have

$$f_x = -\frac{4\pi^2 r}{T^2} \cdot \frac{x}{r} = -\frac{4\pi^2 \cdot x}{T^2}$$
$$f_y = -\frac{4\pi^2 r}{T^2} \cdot \frac{y}{r} = -\frac{4\pi^2 \cdot y}{T^2} \qquad (61)$$

which shows that the aceleration along the axis of $x$ is proportional to $x$, and that along the axis of $y$ is proportional to $y$, or that *the acceleration is proportional to the displacement.* This is the characteristic of simple harmonic motion.

**28. Velocity of a Point Executing Simple Harmonic Motion.** The velocity of a point executing simple harmonic motion may be readily calculated. Let $P$ (Fig. 14), be the moving point, and let $PV$ represent its velocity in the circle. Then $V_x$ and $V_y$, the component velocities parallel to the axes of $x$ and $y$, are found by projection as usual, and we have

$$V_x = -V \cos (90° - \theta)$$
$$= -V \sin \theta \qquad (62)$$
$$V_y = V \cos \theta$$

But $V$ is the velocity in the circle, and is therefore $\frac{2\pi r}{T}$, hence

$$V_x = -\frac{2\pi r}{T} \cdot \sin \theta$$
$$V_y = \frac{2\pi r}{T} \cdot \cos \theta \qquad (63)$$



FIG. 14

From equations (63) it appears that the velocity along the axis of $x$ is a maximum when the velocity along the axis of $y$ is zero, and *vice versa.* Also from comparison with (60) we see that when the velocity along the axis of $x$ is a maximum the acceleration along $x$ is zero; this means the velocity is greatest at the middle of the swing where the acceleration is zero, and

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 48 of



zero at the end of the swing where the acceleration is greatest.

It should also be noted that since the angular velocity $\omega$, is a constant, the time of a vibration, $T$, is also a constant, and the vibrations of a body executing simple harmonic motion *are all performed in the same time, and are independent of the amplitude.* Such vibrations are said to be *isochronous.* This is seen in the constancy of the pitch of the musical note from a string or tuning fork, as the vibrations die away. This characteristic of simple harmonic motion is of high importance in the theory of the pendulum, in acoustics and optics.

**29. The Curve of Sines.** An important aid to the study of simple harmonic motion is found in the graphical method, whereby the moving body is made to trace its path upon some recording surface. In such cases the simple harmonic motion is compounded with a uniform motion in a straight line and the




Fig. 15

resultant curve is called a *sine curve.* Such a curve is readily obtained as follows: Divide each quadrant of the circle, (Fig. 15), into four equal parts, each of which will thus correspond to the distance passed over by the point moving in the circle, in one sixteenth of a period. From the points of division drop perpendiculars to the $x$ diameter; these perpendiculars will then denote the displacements of the point executing simple harmonic motion on the $y$ axis, at the ends of the successive intervals of time, and are therefore proportional to the sines of the angles swept out in $T/16$, $2T/16$, $3T/16$, etc. Next lay off on the $x$ diameter produced, a series of equal lengths to represent the spaces described in the same intervals, due to the uniform motion, and beginning

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 49 of



at $M_0$, erect perpendiculars equal to the $y$ displacements at the corresponding times. Finally sketch a smooth curve through the extremities of these perpendiculars and the *sine curve* is the result.

Such a curve is readily obtained by allowing a tuning fork to trace, with a fine style, its vibrations upon a sheet of smoked glass or paper. The time interval between $M_0$ and $M_1$ corresponds to a half period, or the particles at $M_0$ and $M_1$ *differ in phase* by half a period, while the particles at $M_0$ and $M_2$ are in the *same phase*.

The distance $M_0M_1$, is a *half wave length*, and $M_0M_2$ is a *complete wave length*, where a *wave length* denotes the distance the motion has run forward in a single period $T$. Hence we have the important relation

$$\lambda = V\,T \tag{64}$$

where $\lambda$ denotes the wave length, $V$ the velocity of the wave motion, and $T$ the period of the simple harmonic vibration.

## PROBLEMS

1. A body has a velocity of 60 miles an hour. Find its velocity in feet per second, and in cms. per second.

2. A body starts with a velocity of 640 cms. per second, and in ten minutes has a velocity of 3428 cms. per second. Find the acceleration.

3. A mass of 5000 gms. moves with a velocity of 4 meters per sec. Find its momentum.

4. A mass of 600 gms. starts from rest and in 6 secs. has a velocity of 36 meters per second. Find the force.

5. A vessel contains 400 cc. of sulphuric acid, density 1.8 gms. per cc. Find the mass of the acid.

6. Detroit is 38 miles from Ann Arbor. How long will it take to travel this distance at the rate of 5 kilometers per hour?

7. Express a mass of 65 lbs. in grams; a weight of 65 lbs. in dynes.

8. What force will in 10 minutes give a mass of 700,000 gms. a velocity of 124,000 cms. per sec.?

9. What is the force of gravity on a body whose mass is 700 lbs.?

10. Find the mass of 465 cc. of lead.

11. A wire guy rope, the tension of which is $12 \times 10^8$ dynes, makes an angle of 60° with the horizon. Find the vertical and the horizontal components of the tension.

12. Find the acceleration produced upon a mass of 4 grams by a force of 36 dynes.

13. A force of 60 dynes acts upon a body for one minute and imparts to it a velocity of 900 cms. per sec. Determine the mass of the body.

14. An engine draws a cage of mass 3000 kilos up a shaft at a uniform speed of 10 meters per second. Find the tension in the rope. What is the tension if the cage move with a uniform acceleration of 10 meters per sec. per sec.?

15. An elevator starts to descend with an acceleration of 300 cms. per sec. per sec.; find the pressure on its floor due to a man whose mass is 75 kilos. What would be his weight with respect to the elevator, if it started to *ascend* with the same acceleration?

16. A steamer whose velocity in still water is six miles an hour starts directly across a stream whose velocity is 10 miles per hour. Find the velocity of the steamer in crossing; also when it makes an angle of 30° with the current down stream.

17. A gun of mass 3000 kilos, placed upon a smooth horizontal plane, discharges a ball of 30 kilos mass at an elevation of 30° to the horizon; find the velocity of the gun's recoil in terms of velocity of the ball.

18. An inelastic mass of 900 kilos moving with a velocity of 30 meters per second, meets another, equal and similar mass moving in the opposite direction, at ten meters per second. Find velocity of total mass after impact.

19. A certain force acts upon $m$ units of mass, and at the end of a second the mass is moving at the rate of 32 ft. per second. What velocity would be produced in 32 units of mass by the same force, in the same time?

20. How many dynes of force are required to give a mass

of 50 kilos a velocity of 12 meters per second, the force being supposed to act for exactly one second?

21. How many dynes are needed to give a gram a velocity of 9.81 meters per sec., if the force act for one second? What if it act for two seconds?

22. Compare the velocities produced in masses of 2 kilos, 750 gms. and one gram, by forces of 300,000, 112,500, and 150 dynes respectively.

23. Equal forces act upon the masses specified in the previous problem; find the accelerations produced.

24. A body falls freely from rest for 15.6 seconds. Find the final velocity and the distance traversed.

25. How long will it take a body to fall 650 ft., and what velocity will it acquire?

26. A body is thrown downwards with a velocity of 874 cms. per sec. Required its velocity and position at the end of 20 seconds.

27. A body is thrown vertically upwards with a velocity of 827 cms. per sec. How long will it continue to rise, and how high will it rise?

28. A body is thrown vertically upwards with a velocity of 697 cms. per sec. How long will it take to rise 195 cms., and what velocity will it then possess?

29. A ball is thrown vertically upward to a height of 150 ft. With what velocity did it leave the hand?

30. A mass of 876 gms. is attached to a spring balance which is carried upward at such a rate that the balance indicates 932 gms. What is the acceleration of the motion?

31. A mass of 162 kilos hanging by a perfectly flexible cord drags a mass of 973 kilos along the top of a smooth table. What is the acceleration of the system, and what is the tension in the cord?

32. Two masses of 100 gms. each are hung by a flexible cord over a frictionless pulley. A mass of 10 gms. is placed upon one of the 100 gm. masses. Required the acceleration of the system and the tension in the cord.

33. Masses of 938 and 762 gms. respectively, are hung

by a flexible cord over a frictionless pulley. How far must the masses move in order to acquire a velocity of 325 cms. per sec.?

34. A body slides down a smooth plane 326 cms. long, inclined at an angle of 45° to the horizon. Find the time of descent and the velocity with which it reaches the bottom.

35. A mass of 200 grams is constrained to move in a circle of 600 cms. radius with a velocity of 240 cms. per sec. What is the centripetal force and the period of revolution?

36. The distance of the moon from the earth is $3.84 \times 10^{10}$ cm., and the lunar month is approximately 27 days and 8 hours. What is the acceleration due to the earth's attraction at the moon?

37. If a skater describe a circle of 100 ft. radius with a speed of 20 ft. per sec., find the inclination of his body from the vertical in order that he may maintain his equilibrium.

38. If the equatorial radius of the earth is 3963.3 miles, find the time of rotation necessary for a body at the equator to weigh nothing, assuming $g = 981$ cm. per sec. per sec. for the earth at rest.

39. A mass of 1 gram moves uniformly round a circle 40 cms. in the diameter at the rate of 24 revolutions a minute. Compute the force towards the center.

40. A mass of 1 gram executes simple harmonic motion with an amplitude of 4 cms. and a period of 0.5 sec. Find the force toward the center when the phase is $T/4$, $T/8$, and $T/2$, respectively.

## CHAPTER IV

### WORK AND ENERGY

**30. Work.** Work is the production of a state of motion or a state of stress, in opposition to forces tending to resist such an effect.

Examples of work are seen (*a*) in the starting of a heavy car upon a smooth level track; (*b*) in the compressing of a gas into a cylinder; (*c*) in the pumping of water into an elevated reservoir; (*d*) in the winding of a watch; (*e*) in the charging of a storage battery; (*f*) in the action of gravity upon a system composed of a wheel and axle, to which is attached a heavy weight by means of a cord wound round the axle.

When a body moves in the direction of the force acting upon it, the force is said to do work upon the body in giving it motion, as in the case of a freely falling body; if the motion be in opposition to the force, work is said to be done upon the body *against* the force, in giving the body a change in condition, or putting it in a state of stress; an example of this is seen in compressing gas into a cylinder.

The measure of work done is the product of the *force* into the *distance*, or

$$W = F s. \tag{65}$$

If the motion take place in a line inclined to the direction of the force worked against, the effective displacement is found by projection, and the work is the product of the force into the effective displacement. An example of this is the work done in moving a body up an inclined plane. Thus the force *F*, (Fig. 16), in working over the distance $s = AB$, is, in reality, lifting the mass through the distance *CB*. The effective displacement is therefore the vertical component of *s*, or $s \cos \phi$, and in this case the work is




FIG. 16

~~$W = F s \cos \phi$~~ (66)

$W = F s \sin \theta$

$W = Mg \cdot S \cos \phi$

where $\phi$ is the angle between the direction of the motion and that of the opposing force.

The C. G. S. unit of work is the *erg*. An erg is the work done by a force of one dyne acting through a distance of one centimeter; *i. e.*, unit work is done by unit force acting through unit distance. The force exerted by gravity upon a gram mass is 980 dynes. Therefore, to lift a gram mass one centimeter against gravity would require 980 ergs of work.

The dimensions of work are

$$[M\,L\,T^{-2} \times L] = [M\,L^2\,T^{-2}]$$

**31. Power.** It is to be noted that the expression for work, $W = F\,s$, contains no element of time. The same work is done in lifting a bag of grain to the top of a building, whether the work be done in an hour or in a month. *Power* involves the idea of the *rate at which work is done*, and may be defined as the *time rate of doing work*. Hence

$$\text{Power} = \frac{W}{T} = \frac{F\,s}{T} \qquad (67)$$

The dimensions of power are $[M\,L^2\,T^{-3}]$.

The C. G. S. unit of power is the *watt*. A watt is the power which will do 10,000,000 ergs of work in one second. The practical unit of work is the kilo-watt, or one thousand watts.

The English unit of work is the *foot-pound*; *i. e.*, the work done in lifting a pound one foot high against gravity. The corresponding unit of power is the *horse-power*, which denotes the power to do 33,000 foot-pounds of work per minute, or 550 foot-pounds per second.

One horse power is equal to 746 watts.

**32. Energy.** Whenever work has been done upon a system in producing a *change* either in its *motion*, its *position* or its *molecular condition*, the system has acquired the capability of doing work in turn.

*Energy is the capability of doing work, possessed by a system by virtue of work having been previously done upon it.* This is seen to be true of all the cases cited under Article 30. The car, once set in motion, can do work by virtue of that motion

and to the extent of that motion; the wheel and axle and the falling weight each possess energy, the one by virtue of its motion of translation, and the other by virtue of its motion of rotation; the gas compressed in the cylinder, or the coiled spring of a watch each possesses energy in the form of a *stress* or a tendency to return to a former state. The water in the reservoir possesses energy in the form of gravitational stress; the chemical elements in a storage battery, having been torn apart by the electric current, now tend to reunite and thus possess energy in the form of chemical stress.

Energy is thus seen to exist in one of two distinct forms:

(*a*) **Energy of Motion,** *or Kinetic Energy;*
(*b*) **Energy of Stress,** *or Potential Energy.*

If we do work upon a system we increase its energy, since we transfer energy from our bodies to the system. The sum total of energy in the system working and the system worked upon, is at all times a constant quantity. When work is done by one system upon another both kinds of energy are present and there is a transfer of energy from the system working to the system worked upon. Hence work may be defined as the act of transferring energy from one system to another.

It is to be noted that whenever the motion is *with* the force, the motion of the system is increased and the system gains in kinetic energy, as in the case of a freely falling body. When the motion is *against* the force, kinetic energy is changed into potential, as in the case of a body thrown vertically upward.

Strictly speaking the system working is able to transfer only its available energy to the system worked upon. The working system may possess energy in the form of heat, that is unavailable for the purpose of doing useful work. In the same way the system worked upon may receive energy from the system working in the form of heat, which escapes later, and is no longer available as energy in the system worked upon.

**33. Expressions for Energy.** Since by definition a system possesses energy only by virtue of work done upon it, the unit of energy is the same as the unit of work, *the erg*. The dimensions of energy are the same as those of work, $[M L^2 T^{-2}]$.

Potential energy is stored up work, and its expression is

$$W = F\,s = M\,a\,s = \text{Potential Energy.} \qquad (68)$$

To express the kinetic energy of a body in terms of its mass and velocity, we need to remember that we have a force $F$, acting through a space $s$, and the expression for kinetic energy may be deduced in a number of ways. Thus if a mass $m$, be acted upon by a force $F$, for a time $t$, during which it receives an acceleration $a$, it will pass over a space $s = \frac{1}{2}\,a\,t^2$, and acquire a velocity $v = at$. Then the work done by the force will be

$$W = F\,s = F \cdot \frac{a\,t^2}{2} = \frac{m\,a^2\,t^2}{2} = \frac{m\,v^2}{2} \qquad (69)$$

or

$$\left( \text{Kinetic Energy} = \frac{m\,v^2}{2} \right) \qquad (70)$$

Again since

$$v^2 = 2\,a\,s$$

we may write

$$m\,v^2 = 2\,m\,a\,s \qquad (71)$$

or

$$\frac{m\,v^2}{2} = m\,a\,s = F\,s = \text{Kinetic Energy}$$

Finally we may deduce the same expression from fundamental definitions. Thus, the impulse is equal to the force into the time during which the force acts, or

$$\text{Impulse} = F\,t = m\,v - m\,v_0 \qquad (72)$$

also the mean velocity $\overline{v}$, is

$$\overline{v} = \frac{s}{t} = \frac{v + v_0}{2} \qquad (73)$$

whence, combining (72) and (73),

$$F\,s = \frac{m\,v^2}{2} - \frac{m\,v_0^2}{2} \qquad (74)$$

This last expression states that *the work* is equal to the *change in kinetic energy* produced, and is a more general expression for the work done upon a body. By setting $v_0 = 0$, we have K. E. $= \frac{m\,v^2}{2}$ as before.

**34. Transformations of Energy.** Transformations of energy occur on every hand. An excellent example is seen in the motion of a pendulum bob. At the highest point of the swing its energy is all potential, at the lowest point it is all kinetic; at intermediate points it is partly kinetic and partly potential. Were it not for the slight loss of energy in overcoming the resistance of the air and the friction of the cord, this transformation would go on forever.

Consider also the transformations of energy presented in the consumption of coal in the furnace of a steam boiler. The coal supply of the world, represents the largest available source of potential energy and is simply the stored up sunshine of geologic ages. When the coal is burned in the furnace this energy becomes kinetic in the form of heat, it appears as kinetic energy in the molecular motions of the water particles in steam, and as potential energy in the stress of the steam pressure on the boiler. In the steam engine the energy becomes the kinetic energy of the moving masses of the machinery and belts, which in turn may be transformed into light, motion, electric current or chemical stress, and finally into heat again.

The transformation of energy from the potential to the kinetic form is *always a perfect one,* in that all the potential energy appears as kinetic. On the other hand the transformation from kinetic to potential is *never perfect*; some of the energy escapes as diffused heat and thus becomes unavailable for the purpose of doing useful work.

Potential energy tends to become a minimum. If in any system, any one of the stresses acting be removed, a redistribution of the energy occurs and the potential energy diminishes while the kinetic energy increases. An example of this is seen in the bursting of a reservoir full of water. The reaction of the restraining wall being removed, the water is carried down hill by the force of gravity with increasing velocity. The kinetic energy is increased at the expense of the potential. Other illustrations are seen in the bursting of a soap bubble, in the concentration of a dew drop into a sphere, and in the position assumed by any body free to move into a new position of equilibrium. The result in all cases is that the system is at rest only when the potential energy is as small as possible.

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 58 of



**35. Conservation of Energy.** Throughout all the various transformations of energy it is to be noted that no body or system of bodies can acquire energy save at the expense of energy possessed by some other system. Hence we may say that work is the process by which one system transfers its energy to another, and it seems certain from the most careful experiments, that *the amount of energy lost by the one system is the exact equivalent of that gained by the other.* This means that no machine or combination of machines can ever be made to return more energy than is given to it. Perpetual motion is a delusion. Physically it is impossible to get something for nothing. Everything must be paid for in terms of energy.

Not only is it impossible to make a machine that will create energy, no machine will ever return all the energy put into it. Owing to friction between the parts of the machine, some energy is transformed into heat and rendered unavailable for doing useful work. It is not lost, since energy, like matter, is indestructible.

The doctrine of the conservation of energy states that *in a system so situated that it neither loses energy from within nor gains energy from without, the amount of energy is constant.* No energy can be created, none can be destroyed.

PROBLEMS.

1. How many ergs of work will be done by a force of 48 dynes acting through 24 centimeters?

2. What work will be required to lift 10 kilograms of water from a well 12.5 meters deep?

3. The lower end of a ladder 16 m. long stands on the ground at a distance of 2.73 m. from a wall against which the upper end rests. How much work will be done in carrying 30 kilos up the ladder?

4. The diameter of the cylinder of a steam engine is 18 in. and its length is 24 in. What work in foot pounds will be done at each stroke of the piston if the average pressure of the steam is 110 lbs. per sq. in.?

5. If the above engine make 100 strokes per minute, calculate the horse power it will develop.

6. A shot of mass 2 kilos moving with a velocity of 200

meters per second, is just able to pierce a plank 4 cm. thick. What velocity is required to pierce a plank 12 cm. thick?

7. A stone of mass 5 kilos is thrown vertically upward with a velocity of 25 meters per second. Find its kinetic energy at the end of two seconds.

8. A bullet of 100 grams mass is discharged from a gun of mass 3 kilos, with a velocity of 400 meters per second. Compare the kinetic energies of bullet and of gun.

9. A ball of 25 kilos mass moves with a velocity 4 meters per second. Compute its kinetic energy.

10. A man whose mass is 160 lbs. carries a hod and mortar of mass 75 lbs. from the ground to a scaffold 24 feet high, every ten minutes. At what rate is he working?

11. A stand-pipe 20 meters high and 4 meters in diameter is to be filled with water from a lake 8 meters below the base of the stand-pipe. How long will it take a 10 H. P. engine to fill it?

12. A 100 gram mass is suspended from a spring balance which is carried in a balloon; what will be its apparent mass as shown by the index (*a*) when the balloon is ascending with a uniform acceleration of 240 cm. per sec. per sec.; (*b*) when it is descending with an acceleration of 900 cm. per sec. per sec.?

13. Two unequal masses are attached to the ends of a cord passing over a smooth peg; find the ratio between them in order that they may move through 500 cms. in two seconds, starting from rest.

14. The upper end of a smooth straight wire of length 100 ft., is attached to a pole 48 ft. high. A bead is allowed to slip along the wire from top to bottom. Find its velocity on reaching the bottom. Also time of descent.

15. A ball thrown up is caught by the thrower 7 seconds afterwards. How high did it go, and with what speed was it thrown? How far below its highest point was it 4 seconds after the start?

16. The mass of a pendulum bob is 100 grams, and the string is one meter long. The bob is held so that the string is horizontal, and then allowed to fall: find its kinetic energy when the string makes an angle of 30° with the vertical.

# CHAPTER V

## MECHANICS OF A RIGID BODY

**36. Motion of a Rigid Body.** A rigid body is one that suffers no change of form as a result of the forces acting upon it. When force is applied to a rigid body that is free to move, the body will acquire motion of translation or of rotation or of both together. The motion of translation imparted to the body is fully accounted for by the equation $F = m\,a$, which shows that the acceleration imparted to the body will vary directly as the force and inversely as the mass of the body. It is now necessary to investigate the conditions attending the rotation of a body as produced by one or more forces.



Fig. 17.

The effect of a force in producing rotation in a body about any point is termed *the moment of the force about that point.* The moment of a force about a point is the product of the force times the lever arm, or it is the product of the force into the perpendicular distance from the point to the line of action of the force. Thus in Fig. 17, the moment of the force about the point $O$, is $PF \times OP$. Moments are termed positive or negative according as they tend to produce rotation in the counter clock-wise, or clock-wise direction.



Fig. 18.

**37. Resultant of Two Parallel Forces.** Let $F_1$ and $F_2$ (Fig. 18), be two parallel forces applied to a rigid body in the directions $a'a$ and $b'b$; it is required to find the point of appli-

cation $C$, of the resultant $R$, such that the latter shall have the same effect in producing rotation about any point $O$, as the combined effect of $F_1$ and $F_2$, taken together. From $O$ drop a perpendicular upon the direction of $F_1$, $F_2$ and $R$, cutting them in $A$, $B$, and $C$. Let $OA = x_1$, $OB = x_2$, and $OC = X$. Then by the conditions of the problem

$$RX = F_1x_1 + F_2x_2 \tag{75}$$

But by definition

$$R = F_1 + F_2 \tag{76}$$

whence

$$X = \frac{F_1 x_1 + F_2 x_2}{F_1 + F_2} \tag{77}$$

or

$$\frac{F_1}{F_2} = \frac{x_2 - X}{X - x_1} \tag{78}$$

This shows that the point of application of the resultant divides the line joining the points of application of the two forces into parts inversely as the forces. If the point $O$ coincide with $C$, then

$$\frac{F_1}{F_2} = \frac{x_2}{-x_1} \tag{79}$$

or

$$F_2x_2 = -F_1x_1 \tag{80}$$

which means that the moments of $F_1$ and $F_2$ about $C$ are equal and opposite, and there is therefore no tendency to rotate about this point, or the forces are in equilibrium about $C$.

If $F_1$ be equal and opposite to $F_2$, then the value for $X$, from (77) becomes infinite, or the solution fails for the case of *forces equal* and *oppositely directed*. This simply means that *there is no point* at which a single force can be applied so as to produce equilibrium for this system. Such a system of forces is called a *couple*. *Two equal, parallel, oppositely directed forces constitute a couple*, and if applied to the adjacent parts of a rigid body tend to produce rotation. The moment of a couple is obviously the product of one of the forces into the perpendicular distance between them.

The only way by which a couple can be equilibrated is by means of another couple, equal and oppositely directed.

**38. Center of Inertia.** If we take a body, as a long thin rod (Fig. 19), then every particle of matter in the rod is subject to the force of gravity, and the directions of these forces may be considered as sensibly parallel. If we take moments about any point $O$, situated anywhere, either inside or outside the body, we find for $X$, the acting distance of the resultant $R$,



FIG. 19.

$$X = \frac{m_1 g\, x_1 + m_2 g\, x_2 + m_3 g\, x_3 + \ldots\ldots m_n g\, x_n}{m_1 g + m_2 g + m_3 g + \ldots\ldots m_n g} \qquad (81)$$

or

$$X = \frac{\Sigma\, mgx}{\Sigma\, mg} = \frac{\Sigma\, mx}{\Sigma\, m} \qquad (82)$$

The point defined by equation (82) is termed the *center of inertia* or the *center of mass*, or the *center of gravity* of the body. It denotes the point of application of the resultant of all the forces of gravity acting upon the body. If a rigid support be placed under this point in the body, all the forces of gravity acting upon the body will be in equilibrium, since the sum of their moments about this point is equal to zero.

This general principle may be applied to a few simple cases.

(*a*) The center of inertia of a line is at its middle point.

(*b*) The center of inertia of any lamina having an axis of symmetry, lies on this axis. If the lamina have two axes of symmetry, then the center of inertia of the lamina lies at their intersection.

(*c*) The center of inertia of a triangle lies at the intersection of the median lines of the triangle.

(*d*) The center of inertia of any polygon may be determined by dividing the polygon into triangles and considering the weight of the triangles as applied at their respective centers of inertia.

(*e*) The center of inertia of a triangular pyramid may be shown to be three fourths of the distance from the apex to the center of inertia of the triangular base of the pyramid.

**39. Conditions of Equilibrium.** Since the motion of a rigid body is either a motion of translation or of rotation, or a

combination of the two, it follows that for the body to be in equilibrium, there should be no tendency to produce either translation or rotation. Hence the conditions for equilibrium are

$$\Sigma F x = 0 \quad (83)$$

$$\Sigma F = 0 \quad (84)$$

where moments and forces are to be taken with regard to their proper signs. The origin or center about which the moments are to be taken may be situated anywhere, as its position is of no importance.

**40. Stability of Bodies.** The principle of moments may be applied to the determination of the stability of bodies. A body is said to be *stable, or in stable equilibrium*, when it is necessary to do work upon it in order to displace it. In such a case the center of inertia must be raised, if the body is to be displaced, and the body, if disturbed, tends to return to its original position. If, on the other hand, the body on being disturbed has its center of inertia lowered, or tends to fall farther from its original position, it is said to be in *unstable equilibrium*. A book lying on its side on a smooth table is in stable equilibrium. If the book be set upon edge or upon end it is in relatively unstable equilibrium. A ball or a cone lying on its side upon a smooth horizontal surface, is said to be in *neutral or indifferent* equilibrium.

In the case of a body of regular outline, as a parallelopiped or a cylinder, the stability of the body in any position is measured by the moment of the restoring force. Thus in Fig. 20, let $ABCD$ represent a rigid body, and let $G$ be its center of inertia, distant $h$ above the base $DC = b$. If we attempt to overturn the body about either $C$ or $D$ the restoring moment $M$, tending to right the body, is




FIG. 20.

$$M = mg \times EC = mg \cdot \frac{b}{2} \quad (85)$$

This moment decreases as the body is tipped over, and vanishes when the body has been tipped through the angle $\phi$, such that the line of action of the force passes through the axis of rotation at $C$. Hence the stability of the body is a function of $\phi$, the angle of tip necessary to overturn it. From the figure

$$\tan \phi = \frac{b}{2h} \tag{86}$$

From this it appears that the stability of the body varies directly as the base $b$, and inversely as the hight $h$, of the center of inertia above the base. A pyramid is a very stable structure, because of its broad base and also because its center of inertia lies low in the body.

The stability of quadrupeds is great, on account of the broad base, represented by the area enclosed by the four feet, and because the center of inertia is almost vertically over the center of the base. For the kangaroo, though an apparent biped, the tail acts as a third leg and the base is correspondingly increased. In man the base of support is small and the center of inertia is high, and the stability of the upright body is not great. In corpulent persons the effort to keep the center of gravity over the base leads to a swaying or rolling motion in walking, which is seen in an exaggerated form in the waddling walk of a duck or a goose.

**41. Machines.** A machine is any device for so transforming or transferring energy as to enable man to employ the forces of nature for doing useful work. In all cases a certain amount of energy is applied *to* the machine and in return a certain amount of useful work is done *by* the machine. An ideally perfect machine would return all the energy applied to it. In actual practice a portion of the applied energy is always expended in overcoming friction, and is thus frittered away as heat. Notwithstanding this loss, machines are employed for the purpose of applying to better advantage the forces at our command.

Since Energy = Work = Force × Space, it is evident that with a given amount of energy, the force may be *increased* exactly in the ratio that the distance through which it acts is *decreased*. Thus if $P$ be the force applied to the machine, and $s$ the distance through which it moves, $W$ the force exerted by

the machine, and $s'$ the distance through which the machine works, then, if we neglect friction we have

$$P\,s = W\,s' \tag{87}$$

or

$$\frac{W}{P} = \frac{s}{s'} \tag{88}$$

The ratio $W/P$ between the force exerted and the force applied is called the *mechanical advantage* of the machine.

Newton described six elementary machines to which all others may be reduced. These are the *lever*, the *pulley*, the *inclined plane*, the *wheel and axle*, the *wedge* and the *screw*. These may be reduced to three, since the wheel and axle is but a modified lever, and the screw and the wedge are but modifications of the inclined plane. In all cases, however, the law of machines holds good, viz: *the force applied, multiplied into its acting distance, is equal to the force exerted multiplied into its acting distance.* A few examples will illustrate.

**42. Simple Machines.** *The Lever.* The lever is a rigid bar turning freely about a fixed point called the fulcrum, which is to be considered as the center about which the moments of the forces $P$ and $W$ are to be taken.




FIG. 21.

For equilibrium these moments must be equal and opposite, or

$$\Sigma\,F\,x = 0$$

According to the relative position of the fulcrum and the points of application of the forces $P$ and $W$, levers are classified as follows: (Fig. 21.)

(*a*) *Levers of the first class*; fulcrum between the power and the weight. Examples, a crow-bar, a pair of scissors, or a pair of forceps.

(*b*) *Levers of the second class*; weight between the fulcrum and the power. Examples, a pair of nut-crackers, a wheel barrow, or a door swung by its outer edge.

(*c*) *Levers of the third class*; power between the weight and the fulcrum. Examples, a pair of sugar tongs, or a pair of tweezers; a door swung by its inner edge; the human forearm.

*The pulley.* A pulley is a small wheel turning freely about an axis, and having a grooved rim for the reception of a cord. A fixed pulley serves simply to change the direction of the applied force, but offers no mechanical advantage. It is a lever with equal arms. A movable pulley, (Fig. 22), permits of giving different velocities to $P$ and $W$, and its mechanical advantage is proportional to the number of strands of cord supporting the weight.



FIG. 22.

*The Inclined Plane.* In the inclined plane we have a plane surface inclined at an angle $\theta$ to the horizon. Three cases are possible:




FIG. 23.

(*a*) *Power acts parallel to the plane.* In this case the force $P$, (Fig. 23), tending to produce motion *up* the plane is balanced by the component of the force of gravity *down* the plane, or for equilibrium

$$\Sigma F = 0$$

Hence we have

$$P = M g (\cos 90° - \theta) = M g \sin \theta \qquad (89)$$

If we represent the length of the plane by $l$, the hight by $h$, and the base by $b$, we have, on substituting the value of sin $\theta$ in the above expression,

$$P = M g \frac{h}{l}$$

or

$$P l = M g h \qquad (90)$$

This shows that the work done in pushing the mass $M$ up the plane is the same as that required to lift it through the vertical hight $h$.

(*b*) *Power acts parallel to the base of the plane.* In this case the power $P$, (Fig. 24), furnishes a component up the plane which must be balanced by the component of the weight down the plane, or

~~24), furnishes a component up the plane~~




FIG. 24.

$$P \cos \theta = M g \sin \theta \qquad (91)$$

whence

$$P \frac{b}{l} = Mg \frac{h}{l}$$

or

$$P\,b = M\,g\,h \qquad (92)$$

and again the work done in the two cases is equal.

(*c*) *Power acts at an angle $\phi$ with the plane.* In this case the equation of equilibrium is obtained as before by setting the components parallel to the plane equal to each other, or

$$P \cos \phi = M\,g \sin \theta \qquad (93)$$

The inclined plane permits of a small force being employed to do work by moving through a correspondingly greater distance. The winding curves of a railway as it makes its way up the mountain side, illustrate the application of this principle.

**43. Friction.** Friction is the resistance offered to the motion of one portion of matter upon another. It seems to be due partly to the molecular attraction between the surfaces in contact, and partly to the nature and condition of those surfaces. Even the most highly polished surface is covered with minute scratches and projections which oppose the motion of a similar surface over it. Friction always acts tangentially to the surfaces in contact and always opposes the motion.

Friction is of two kinds: (*a*) *static friction*, or the resistance offered to a force tending to start one body to slide uniformly upon another; (*b*) *kinetic friction*, or the force necessary to keep the body sliding in uniform motion on a horizontal surface. Static friction is always greater than kinetic friction and varies from zero up to a maximum value, but is never more than that required to prevent motion.

The following facts concerning friction seem well established by experiment: (*a*) The friction depends upon the nature of the substances but is independent of the area of the surfaces in contact.

(*b*) The friction is independent of the speed of the motion unless it be very small, when it rises to the maximum or static friction, as the speed falls to zero.

(*c*) The friction is proportional to the force with which the surfaces are pressed together: *i. e.*, it is that force times some

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 68 of



factor which is always less than unity. This factor is called the *coefficient of friction.*

**44. The Balance.** The balance is an instrument for the comparison of masses. It is a lever of the first class, having equal arms. In its simplest form it consists of a light, strong beam, supported at its center by a knife-edge resting upon an agate plate, and carrying upon knife-edges at its ends two pans for the reception of the masses to be compared. When disturbed the system oscillates about its position of equilibrium, to which it finally returns. When masses are placed in the pans, it is evident that the original position of equilibrium will be resumed only when the moments of the forces of gravity acting upon these masses are equal. If we assume the arms of the balance to be equal, we may set the masses equal to each other when their moments have been shown to be equal; *i. e.*, when the balance resumes its original position of equilibrium.

In case the arms of the balance are not of equal length, the true weight of the body may yet be determined by the method of double weighing. Let the arms of the balance be $l$ and $l_1$, and let the true weight of the body be $W$. Suppose the body when hung from the arm $l$, to be balanced by a weight $W_1$ on $l_1$, and when hung from the arm $l_1$, to be balanced by a weight $W_2$ on $l$. Then by the principle of moments we have for the first case

$$Wl = W_1 l_1 \tag{94}$$

and for the second

$$W_2 l = W l_1 \tag{95}$$

Dividing the first equation by the second we have

$$\frac{W}{W_2} = \frac{W_1}{W} \tag{96}$$

or

$$W^2 = W_1 W_2 \tag{97}$$

whence

$$W = \sqrt{W_1 W_2} \tag{98}$$

From this it appears that the true weight of a body may be found upon a balance of unequal arms by weighing first in one pan and then in the other and taking the square root of the product. If $W_1$ and $W_2$ are not greatly different from each other.

the arithmetical mean of the two weights is usually sufficient unless extreme accuracy is required.

**45. Sensibility of the Balance.** The delicacy of the balance is determined by its sensibility. This depends upon a number of considerations and is expressed in terms of the angular displacement of the beam for a small difference of weight $p$, usually 1 milligram, in the pans.

The sensibility of a balance is determined as follows: Let the points $A$, $B$. $C$ (Fig. 25), represent the knife-edges of the two pans and the beam, and suppose these points to lie in a horizontal line. Let the center of gravity of the system be at $G$, distant $r$ from the center of suspension $C$, and let the weight of the system be $w$. For two equal weights $P$ and $P'$, placed in the pans, the system is in equilibrium. If an additional small weight $p$, be placed in the right hand pan, the system is displaced through the angle $\theta$, and finally comes to rest in the position $A'CB'$. In this position the restoring moment due to $w$, and the disturbing moment due to $p$, must be equal and opposite. Then




FIG. 25.

$$w \times G'D = p \times B'I \qquad (99)$$

Substituting for $B'I$ and $G'D$ their values in terms of $\theta$, we have

$$w\, r \sin\theta = p\, l \cos\theta \qquad (100)$$

whence

$$\frac{\tan\theta}{p} = \frac{l}{w\, r} \qquad (101)$$

The quantity $\frac{\tan\theta}{p}$ is termed *the sensibility of the balance* and is seen to vary directly as the length of the beam, and inversely as the weight of the system, and as the distance of the center of gravity of the system, from the point of support.

In order, therefore, for the balance to be sensitive, the beam should be long and light and the distance $r$, between the center of gravity of the system and the center of support should be small. Practical considerations, however, set a limit to each

of these theoretical suggestions. The beam must neither be so long nor so light as to render it liable to bend under the load it is to carry, else the sensibility would be diminished; also if the distance $r$ be made too small the system becomes unstable and the time of vibration becomes inconveniently long.

**46. Moment of Inertia.** It is now necessary to investigate the expression for the kinetic energy of a rotating body. Suppose a rigid body to rotate uniformly about a line through its center of gravity, $O$, (Fig. 26), and let us call this line the axis of rotation. Also let $\omega$ denote the angle swept out in unit time. Then two particles of masses $m_1$ and $m_2$ situated at distances $r_1$ and $r_2$, from this axis, describe circles of circumferences $2\pi r_1$ and $2\pi r_2$ respectively, *in the same time, T.* The *linear velocities* $v_1$ and $v_2$, of the particles are consequently $\frac{2\pi r_1}{T}$ and $\frac{2\pi r_2}{T}$. But since $\frac{2\pi}{T} = \omega$, we have




FIG. 26.

$$v_1 = \omega r_1$$
$$v_2 = \omega r_2$$

or in general, the *linear velocity* of any point revolving about an axis, is equal to the *angular velocity times the radius*; i. e.,

$$v = \omega r \qquad (102)$$

Again, the kinetic energy of the two particles $m_1$ and $m_2$ will be

$$\frac{m_1 v^2_1}{2} = \frac{m_1 \omega^2 r^2_1}{2}$$

and (103)

$$\frac{m_2 v^2_2}{2} = \frac{m_2 \omega^2 r^2_2}{2}$$

If we suppose the rotating body to be made up of an indefinite number of such particles, then the kinetic energy of the body will be the sum of the kinetic energies of all its particles, or

$$K.\ E. = \frac{m_1 \omega^2 r^2_1}{2} + \frac{m_2 \omega^2 r^2_2}{2} + \frac{m_3 \omega^2 r^2_3}{2} + \cdots \frac{m_n \omega^2 r^2_n}{2} \qquad (104)$$

or, since $\omega$ is constant for the entire body,

$$K.E. = \frac{\omega^2}{2} \Sigma m r^2 \tag{105}$$

The expression, $\Sigma m r^2$ is called the ***moment of inertia*** of the body, and is designated by the letter $I$. It denotes the sum of the products, obtained by multiplying the mass of each individual particle by the square of its distance from the axis of rotation. This quantity, $\Sigma m r^2$, has a perfectly definite, positive, numerical value for a definite body, rotating about a definite axis. It will be observed that $I$ depends, not only upon the *mass* of the body, but much more upon the *manner in which that mass is distributed with regard to the axis of rotation*. For every body it is possible to find a radius $K$, such that the mass of the body $M$, multiplied by the square of this radius is equal to the moment of inertia, or

$$M K^2 = \Sigma m r^2 \tag{106}$$

Such a radius is called the *radius of gyration*.

The dimensions of a moment of inertia are $[M L^2]$ and the unit is gm. $cm^2$.

For convenience of reference the following table of moments of inertia is appended, where $M$ denotes the mass of the body and $I$ the required moment of inertia.

MOMENTS OF INERTIA. (FORMULÆ).

Uniform thin Rod, axis through middle, length $= l$,

$$I = M \frac{l^2}{12} \tag{107}$$

Uniform thin Rod, axis at one end, length $= l$

$$I = M \frac{l^2}{3} \tag{108}$$

Rectangular Lamina axis through center and *parallel* to one side, length, of sides $a$ and $b$, side $b$ bisected,

$$I = M \frac{b^2}{12} \tag{109}$$

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 72 of



Rectangular Lamina, axis through center and *perpendicular* to the plane, sides $a$ and $b$,

$$I = M\frac{a^2 + b^2}{12} \qquad (110)$$

Circular Plate, axis through center *perpendicular* to the plate, radius $= r$

$$I = M\frac{r^2}{2} \qquad (111)$$

Circular Plate, axis any diameter, radius $= r$

$$I = M\frac{r^2}{4} \qquad (112)$$

Circular Ring, axis through center perpendicular to plane of ring, outer radius $= R$, inner radius $= r$

$$I = M\frac{(R^2 + r^2)}{2} \qquad (113)$$

Circular Ring, axis any diameter, radii as before

$$I = M\frac{(R^2 + r^2)}{4} \qquad (114)$$

Moment of Inertia about an axis parallel to an axis through center of gravity of body, and distant from same by a distance $a$, moment of inertia about axis through center of gravity $= I_0$,

$$I = I_0 + M a^2 \qquad (115)$$

**47. Moment of Inertia and Angular Acceleration.** If $\alpha$ be the angular acceleration, then

$$\alpha = \frac{\omega - \omega_0}{t} \qquad (116)$$

also the linear acceleration

$$a = \frac{v - v_0}{t} = \frac{\omega\, r - \omega_0\, r}{t} = \alpha r$$

or the linear acceleration is equal to the angular acceleration times the radius

$$a = \alpha r \qquad (117)$$

If now we consider a particle of mass $m$, at a distance $r$ from the axis of rotation, then the force necessary to give it a linear acceleration $a$, is

$$F = m\, a = m\alpha\, r \qquad (118)$$

$F_r = \alpha \Sigma m r^2$



and the moment of the force is $m\,a\,r \times r$ since the force acts tangentially to the circle described by $m$, or the moment *for a single particle* is $m\,a\,r^2$.

The moment of the force necessary to give the entire body the same acceleration is $\Sigma\, m\,a\,r^2 = a\,\Sigma\, m\,r^2$. If we set $a$ equal to unity, then *the moment of the force necessary to produce unit angular acceleration is* $\Sigma\, m\,r^2 = I$, *the moment of inertia.* Hence from this point of view we may define the moment of inertia of a rigid body, $\Sigma\, m\,r^2$, as the moment of a couple which confers upon the body *unit angular acceleration.*

**48. Kinetic Energy of Rotation.** We have now derived two distinct formulæ for kinetic energy.

(*a*) *K. E. of translation* $= \frac{1}{2} M v^2$ (119)

(*b*) *K. E. of rotation* $= \frac{1}{2} I \omega^2$ (120)

Our comparing these formulæ for kinetic energy, we note from their symmetry that the angular velocity $\omega$, of a rotating body, corresponds to the linear velocity $v$, of a moving body; *also that the moment of inertia I, of the rotating body, corresponds to the mass M, of the moving body.* This relation is most important, and finds constant application in mechanics. The fly-wheel of an engine acts as a reservoir of kinetic energy, not only on account of the mass, but still more on account of the distribution of its mass, since this is largely in the rim, thus making its moment of inertia as large as possible.

Again it should be observed that a system may possess kinetic energy both of translation and of rotation at the same time. Thus the wheel of a bicycle when in motion possesses kinetic energy due to its motion of translation equal to $\frac{1}{2}\, m\,v^2$, and also due to its rotation amounting to $\frac{1}{2}\, I\,\omega^2$. This fact has been ingeniously employed in the manufacture of steel shells for modern, long distance, rifled cannon. The flying cylindrical shell possesses both energy of translation and energy of spin around its longer axis, due to the twisting motion imparted to it by the rifling of the gun. The striking end of the shell is now made of the hardest steel, and furnished with a screw point, so that the instant it strikes a target, the kinetic energy of rotation causes it to bore in like an auger, thus increasing its destructive action many fold.

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 74 of



**49. Ideal Simple Pendulum.** The ideal simple pendulum may be defined as a heavy material particle, suspended by a weightless thread. As an approximation to this ideal we may use a lead ball supported by a fine silk cord. It is required to find an expression for the time of vibration of this pendulum. Let the pendulum of mass $m$, be supported by a cord of length $AB = l$, (Fig. 27); when drawn aside to the position $B$, it forms an angle $BAN = \theta$, with the vertical and the component of $BG = mg$ which is effective in producing motion, is $m\,g \cos(90^\circ - \theta) = m\,g \sin\theta$. Let $NB = x$, and let $f_x$ be the acceleration toward the position of rest, then $mf_x$ is the force urging the body toward $N$, or



Fig. 27.

$$mf_x = -m\,g \sin\theta \qquad (121)$$

whence

$$f_x = -g \sin\theta \qquad (122)$$

also

$$\theta = \frac{x}{l} \qquad (123)$$

If $\theta$ be small, we may set

$$\sin\theta = \theta = \frac{x}{l}$$

therefore

$$f_x = -\frac{g}{l} \cdot x \qquad (124)$$

Now since $g$ and $l$ are constants, it is clear that within the limits where we may write $\sin\theta = \theta = \tan\theta$, the *acceleration is proportional to the displacement*, and the motion of the pendulum will be *simple harmonic motion*. But from equations (60), we have

$$f_x = -\frac{4\,\pi^2}{T^2}\,x$$

therefore

$$\frac{4\,\pi^2 x}{T^2} = \frac{g}{l} \cdot x \qquad (125)$$

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 75 of



or

$$T = 2\pi\sqrt{\frac{l}{g}} \qquad (126)$$

This is the time of a *complete vibration*; for a half vibration

$$T = \pi\sqrt{\frac{l}{g}} \qquad (127)$$

To find the length of the seconds pendulum, where

$$g = 980\,\frac{cm.}{sec.^2}, \text{ set } T = 1, \text{ or } 1 = \pi\sqrt{\frac{l}{980}}$$

from which

$$l = \frac{980}{\pi^2} = 99.3\ cm.$$

**50. Compound or Physical Pendulum.** Any body suspended so as to swing freely about an axis, forms a compound or physical pendulum. In such a pendulum the mass of the body may be considered as concentrated at its center of gravity. Suppose the heavy body, (Fig. 28), be drawn aside through an angle $\theta$, then the moment of the restoring force is $Mgh \sin\theta$, where $h$ is the distance from the point of suspension to the center of gravity of the pendulum. This same moment tends to produce an angular acceleration $a$, and from Article 47, we have seen that such a moment is equal to $a\,\Sigma\,m\,r^2$, hence equating these two values for the moment of the force $Mg$ upon the pendulum, we have




Fig. 28.

$$a\,\Sigma\,m\,r^2 = M\,g\,h \sin\theta \qquad (128)$$

whence

$$\frac{\Sigma\,m\,r^2}{M\,h} = \frac{g \sin\theta}{a} \qquad (129)$$

Now $\frac{g \sin\theta}{a}$ is a linear acceleration divided by an angular acceleration, and from Article 47, we have seen that the quotient must be *a length*; hence $\frac{\Sigma\,m\,r^2}{M\,h}$ is also a length; that is, it is the length of an equivalent simple pendulum, which will vibrate in the same time as the body. If we let

$$l = \frac{\Sigma\,m\,r^2}{M\,h} \qquad (130)$$

equal the length of this simple pendulum, we may write the expression for the time of vibration of the body at once.

$$T = 2\pi\sqrt{\frac{l}{g}} = 2\pi\sqrt{\frac{\Sigma m r^2}{M h g}} \qquad (131)$$

This is a general expression for the time of vibration of any heavy body when disturbed, about its position of equilibrium.

The length of a compound pendulum may be determined experimentally by suspending near it a simple pendulum and altering the length of the latter until the two vibrate in the same time. The length of the simple pendulum so found is

$$l = \frac{\Sigma m r^2}{M h}$$

If now, we lay off this length upon the compound pendulum, measuring *from* the center of suspension *through* the center of gravity, we find the *center of oscillation* $O$; that is, the center of oscillation is distant from the center of suspension by the length $l$, as defined by equation (130), and the pendulum behaves as if all the mass were located at this point.

It may be also shown that the center of oscillation and the center of suspension are interchangeable; or in other words, for every point of suspension $S$, there exists a conjugate point $O$, such that the pendulum will vibrate in the same time, whether suspended from $S$, or from $O$.

The center of oscillation is also termed the *center of percussion*, since, if the pendulum be struck a blow at this point, it will move forward in its arc, with no jerk or jar upon the point $S$, as if the whole mass had received the blow. At any other point the effect of a blow would be to start the pendulum to swinging, and also to jerk it from its support owing to the tendency to rotate about some axis other than the point of support. This is well illustrated in the case of a base ball bat, which is to be considered as a compound pendulum. If the ball be received upon the bat at the center of percussion, no jarring of the hands is experienced by the striker. If the ball strike the bat at any other point, either too near the end or too near the hands, the jarring effect is very painful, and the bat is usually broken as well.

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 77 of



## PROBLEMS

1. A weight of 350 kilos is carried by a bar, $AB$, 4.7 meters long, supported at the ends. If the distance of the weight from the end $A$ be 2 meters, what is the weight borne by each support?

2. A uniform lever 8.2 feet long weighs 15 pounds. If 26 pounds be hung from one end and the bar be sustained by a support 2.6 feet from this end, what weight must be hung from the other end for the system to be in equilibrium?

3. It is found that a lever cut from a uniform bar weighing 4.2 pounds to the foot, balances at a distance of 2.3 ft. from one end when weighted at this end with 5.4 pounds. What is the length of the bar?

4. When a lever, $AB$, is supported at its center of gravity, it is found that a weight, $W$, hung at $A$ will balance 2.5 pounds at $B$; but when $W$ is hung at $B$ it requires a weight of 19 pounds at $A$ to keep it in equilibrium. What is the weight $W$?

5. Find the magnitude and point of application of the resultant of two parallel forces, in the same direction, equal respectively, to 25 and 42, when their lines of action are 3.4 feet apart.

6. A meter scale, (of which the mass may be neglected) has suspended from the 10 cm. mark and from the 90 cm. mark masses of 2 and 9 kilos respectively. Where must the scale be supported for equilibrium?

7. A lever is 20 cm. long and its mass 15 gms. Where must the fulcrum be placed in order that a mass of 10 gms. at one end may just balance a mass of 16 gms. at the other end?

8. A uniform, thin rod one meter long, whose mass may be neglected carries four masses of 4, 7, 10 and 22 grams. The 4 gram mass is at one end and the 22 grams at the other, while the 7 and 10 gram masses are 55 and 75 cms., from the 4 gram mass. Find the center of gravity of the system.

9. From a square plate of uniform thickness, one triangle formed by the intersection of the diagonals has been removed; find the center of gravity of the remainder.

10. Masses of 7, 9 and 11 kilos are placed at the points $A$, $B$ and $C$ of a right triangle, right angled at $C$, of which the base

A1002

*AC*, is 10 cm. and the altitude *BC*, is 15 cm. and whose mass may be neglected. Find the center of gravity of the system.

11. Find the center of gravity of the complete figure formed of a right triangle, and of the three squares described upon its sides.

12. A wheel of mass 100 pounds is attached to end of a straight uniform axle 4 feet long and of mass 50 pounds. Find the center of gravity of the system.

13. In a system of one fixed and one movable pulley, (Fig. 22), what weight can be lifted by a force of 20 pounds weight, neglecting friction and mass of pulley?

14. In a system of two fixed and one movable pulley, (Fig. 22), what mass at end of cord will equilibrate 270 kilos attached to movable pulley, neglecting friction and mass of pulley as before?

15. What force acting horizontally can keep a mass of 16 kilos at rest on a smooth inclined plane, whose height is 3 meters and base 4 meters?

16. Find pressure on the plane mentioned in problem 15.

17. A body of mass 25 kilos rests upon an inclined plane, which makes an angle of 30° with the horizon; find the force necessary to produce equilibrium, (*a*) when the force acts parallel to plane, (*b*) when parallel to base.

18. A boy who can exert a force equal to 50 lbs. weight, wishes to roll a barrel of mass 200 lbs. into a window four feet high. How long a plank is required?

19. If a mass weigh 29.62 gms., in one pan of a balance and 28.71 gms. in the other, what is its true weight?

20. A mass of 50 pounds moving with a velocity of 10 ft. per second overtakes a mass of 25 pounds moving with a velocity of 6 ft. per second. If both bodies are perfectly elastic, what will be their velocities after impact?

21. If a mass of 625 gms. moving with a velocity of 786 cm. per sec. meet a mass of 164 gms. moving in the opposite direction with same speed, what will be their velocity after impact, supposing the bodies to be inelastic?

22. A grindstone of radius 20 cm. and density 2.2 gm. per

cc., is 10 cm. thick. Calculate its moment of inertia when rotated about an axis through the center.

23. If this stone rotate 5 times in 4 minutes, compute its kinetic energy.

24. Compare the moment of inertia of a meter rod of mass 150 grams, when rotated about an axis, (*a*) through one end, and (*b*) through the center, both axes being normal to the length of the rod.

25. A board 2 cm. thick and 8 cm. long by 5 cm. wide, of density 0.75 g. per cc., rotates about an axis, through its center of gravity and normal to its plane. Compute its moment of inertia.

26. A grindstone of mass 25 kilos and radius 40 cm. rolls without sliding down an inclined plane 200 cm. long and 50 cm. high. Compare its kinetic energies of rotation and of translation.

27. Find the time of vibration of a simple pendulum 20 cm. long, where $g$ equals 980 cm. per sec., per sec.

28. What would be the value of $g$, if the period of a simple pendulum 97.31 cm. in length were 1.975 sec.?

29. A pendulum loses 20 sec. per day, where $g$ equals 980.3 cm. per sec., per sec.; find its length.

30. A compound pendulum is composed of a wire 60 cm. long, whose weight may be neglected, suspended from one end, and carrying masses of 3, 5, and 7 kilos at distances of 20, 40 and 60 cm. from the point of support. Compute its length and time of double vibration.

31. A thin hoop of radius 30 cms. and mass 100 grams, hangs over a fine nail and vibrates in its own plane. Find its time of vibration.

32. A hollow cylinder rolls down a perfectly rough inclined plane in 10 minutes; find the time a uniform solid cylinder would take to roll down the same plane.

33. The weights in an Atwood's machine are 355 and 345 grams. In the *second* second (starting from rest) the heavier weight descends through 27 cm. What value does this give for $g$?

# CHAPTER VI

## ELASTICITY

**51. Stress and Strain.** Elasticity is that property by virtue of which matter resists the action of a force tending to change its shape or bulk, and which causes it to resume its original shape or bulk after the force is removed. If a body possess elasticity of shape it is called *a solid*, if it possess no elasticity of shape it is called *a fluid.* Any change in a body either of size or shape produced by the action of a force is called *a strain.* The force producing such a change is called *a stress*, and is *measured in dynes per unit area* of the cross section upon which the stress is exerted.

Fluids possess *perfect elasticity of bulk*; that is, they return exactly to their original bulk on removal of the compressing stress. For every solid there is a limiting distortion beyond which the body when freed from the distorting stress no longer completely regains its former shape. This is called *the limit of elasticity.* All solids do not recover their initial shape with equal promptness. In some cases this return is much retarded, especially after repeated or long continued distortion. This is commonly termed *elastic fatigue*, and is quite noticeable in metals.

**52. Hooke's Law.** When an elastic body is distorted within its limit of elasticity, the opposing force called out by the distortion, tending to restore the body to its original condition, is *proportional to the distortion.* This is known as *"Hooke's Law,"* and as originally stated, *"ut tensio sic vis,"* expresses the proportionality between the distortion and the restoring force. The applications of this law are very numerous, including every form of elastic reaction against strains produced by external mechanical agencies.

As will be readily seen, the application of Hooke's law involves the fundamental assumption that the force, and therefore the *acceleration* is proportional *to the distortion.* If the

original position of the system be taken as the position of rest, we have at once the characteristic condition of simple harmonic motion. Such motions are seen in the vibrations of elastic springs, of the air particles in the production of sound, in the varying charges in an electric condenser, and in compressional and torsional waves in solids.

X **53. Coefficients of Elasticity.** In general twenty-one coefficients would be necessary to express completely the elastic nature of a body. If, however, the body be isotropic these twenty-one coefficients reduce to two: the *coefficient of volume elasticity e, and the coefficient of simple rigidity, n.* The general expression for these coefficients is the quotient arising from *dividing the stress by the strain.*

In the coefficient of volume elasticity *e,* we have the stress or applied pressure *p,* divided by the compression produced, where *compression* denotes the *change in volume v, divided by the original volume V,* or

$$e = \frac{p}{\frac{v}{V}} = \frac{p}{v} V \qquad (132)$$

Since all changes in volume are conceived as being very small, if we assume a volume of gas *V,* to be subjected to a change in pressure *dp,* producing a corresponding change in volume *dV,* then

$$e = \frac{dp}{dV} V \qquad (133)$$

It should be observed that the expression for the strain $\frac{dV}{V}$ denotes a *dilatation if positive,* and a *compression if negative.* The coefficient *e,* however, has reference simply to the numerical magnitude of the ratio, $\frac{dp}{\frac{dV}{V}}$ and is therefore independent of the sign.

Besides the elasticity of volume, solids have, as we have seen, elasticity of shape as well. If a solid be so distorted that its shape alone is changed it is said to have undergone a *shear.* Thus if we conceive all the particles in a certain plane in a body

to be fixed, and all the remaining particles to move in planes parallel to this plane, and by amounts proportional to their distances from this plane, *such a motion is called a shear.* The stress applied to cause such a motion is called a *shearing stress,* and the coefficient of simple rigidity is the quotient obtained by dividing the shearing stress per unit area, by the shearing strain per unit length.

**54. Three States of Matter.** Matter presents itself in one of three states: *solid, liquid* or *gaseous.* These states are not separated by sharp lines of demarcation but shade almost insensibly into each other, the particular state which the body assumes being dependent upon the temperature and pressure to which it is subjected.

*A solid* is a body which resists any stress tending to change either its shape or its volume; in other words, it possesses elasticity both of shape and of bulk. It is characterized by small mobility of its molecules, and by the possession of surfaces of distinct outline on all sides.

*A liquid* is a body which has no elasticity of shape, or which offers no resistance to a shearing stress; it is characterized by considerable mobility of its molecules, by a distinct, free, upper surface, usually of a meniscus shape when confined in a tube, and by the existence in that free surface of a specific stress or tension, not found elsewhere in the body.

*A gas* is a body whose parts are held together only by the action of external stress, and which offers resistance to the *decrease* but none to the *increase* of its volume. It is characterized by perfect mobility of its molecules. It has no upper surface and no surface tension, but tends to fill all available space.

Liquids and gases when subjected to shearing stresses are unable to remain in equilibrium, and their parts move into new positions, or tend to *flow*; they are therefore classed together under the general term *fluids.* Fluids have perfect elasticity of volume but no elasticity of shape.

**55. Intermediary Qualities.** As has been said, the three states of matter shade gradually into each other, although the changes are more abrupt in some cases than in others. Thus while most substances are perfectly elastic under hydrostatic

pressure, no substance has yet been found to be perfectly elastic under shearing stresses producing finite strains. Owing to the varying behavior of substances under stress, a number of intermediary qualities are manifested, by virtue of which certain characteristics of the fluid state are seen to exist even in solids.

A body which breaks upon the application of slight stress is said to be *brittle*. Glass, gems and hardened steel are examples of brittle substances.

A *plastic* substance is one which has its form permanently altered by a stress exceeding a certain value. Plastic solids under pressure behave as liquids, and flow with greater or less freedom. Thus cold lead under enormous pressure is made to flow through a die, producing lead pipe.

Plastic bodies may be beaten into various forms, rolled into sheets, or drawn into wire. This is exemplified in the case of copper and platinum and in still higher degree in the case of gold. Substances which may be beaten into thin sheets are called *malleable*; those that may be drawn into wire are said to be *ductile*. Certain substances are plastic at high temperatures and brittle at ordinary temperatures. Thus glass and quartz are extremely brittle at ordinary temperatures, yet when fused they may be drawn into threads of exceeding fineness. Quartz especially, when fused may be drawn into fibers so fine as to be invisible to the naked eye, yet capable of supporting relatively large masses, and possessing almost entire freedom from elastic fatigue.

Certain organic substances rival the metals in ductility. Thus sugar and pitch at certain temperatures may be drawn into threads so fine as to float on the air, while the spider's thread is formed in some cases of a thousand separate strands. united into one.

**56. Viscosity.** While it is assumed that an ideal liquid would offer no resistance to a shearing stress, still it is to be noted that all known liquids do manifest a certain degree of resistance to the motion of their parts over each other. This *internal friction* or *resistance to flow*, is called *viscosity*. A liquid that flows readily as alcohol or ether is termed a *limpid* liquid as opposed to a *viscous* liquid like honey or Canada balsam.

To illustrate the viscosity of liquids, support horizontally,

a glass disk 10 cms. in diameter, by a stiff wire from its center, and lower it into a flat beaker containing several centimeters depth of glycerine, bringing the disk at least 5 cms. below the surface of the liquid. Place small bits of paper or cork upon the glycerine and rotate the disk by twisting the supporting wire. The surface is soon seen to be in rotation, showing that the rotation of the disk sets up a shearing stress which is transmitted through the liquid to the surface layers and sets them in motion also. A smooth metal disk mounted horizontally upon a whirling table and set in rapid rotation will drag along with it the adjacent layers of air, as may be shown by lowering over it a similar disk suspended by a fine cord from its center. The viscosity of the air will soon suffice to set the upper disk in rotation even at a distance of one or two centimeters.

It thus appears that a column of glycerine or even a column of air is able, by virtue of the internal friction between its molecules, to transmit a shearing stress from one end of the column to the other. In the case of a perfectly rigid column, such transmission would be instantaneous, while in the case of fluid columns there is a continual breaking down under the stress and the transmission is much slower and far less perfect.

This continued breaking down or yielding of the parts of a body under the action of a shearing stress is seen also in the case of bodies usually classed as solids. Thus shoemaker's wax, while brittle to a sudden blow, will creep slowly down an inclined plane under the action of gravity; long glass tubes, laid horizontally upon supports at the ends, sag down in the middle, due to their own weight; sandstone pillars under enormous weights have slowly bent without breaking. All these are examples of viscous substances.

**57. Coefficient of Viscosity. Poiseuille's Law.** Internal friction likewise determines the velocity with which a liquid under pressure will flow through a tube of narrow bore. Since the layer of liquid in contact with the tube remains practically at rest the velocity of flow increases from without inward, becoming a maximum at the center. With a definite difference of pressure between the two ends of the tube, the liquid assumes a steady state of flow and the moving mass may be considered as made

up of a number of concentric liquid tubes slipping over each other under pressure and retarded by molecular friction. With a difference of pressure $p$, between the two ends of the tube, the quantity $Q$, discharged through a tube of length $l$, and radius $r$, in time $t$, is given by the equation

$$Q = \frac{\pi p r^4}{8 l \eta} \cdot t \qquad (134)$$

where $\eta$ is called the *coefficient of viscosity*.

This relation, first determined experimentally by Poiseuille, a French physician, and subsequently derived theoretically by others is known as *Poiseuille's law*. It has been found to hold very accurately for small velocities of flow, but fails when the velocity exceeds a certain value depending upon the size of the tube and the nature of the liquid. Poiseuille's law is of importance in questions relating to the capillary circulation of the blood.

The coefficient of viscosity $\eta$, is defined as the tangential force exerted upon unit area of either of two horizontal planes placed at unit distance apart, in the viscous substance, one of the planes being fixed and the other moving with unit velocity. This coefficient may be measured in several other ways, by determining the resistance encountered by a solid in moving through the viscous liquid.

The value of $\eta$ varies greatly for different substances. For water at 15° C., its value is 0.0115; for glycerine it is about 300 times as much, for ether one third as much and for air one fifty-fifth as much. The viscosity of liquids usually diminishes with increase of temperature. Hot water is less viscous than cold; syrups and saline solutions are limpid when hot and viscous when cold. In gases on the other hand, the viscosity *increases* as the temperature increases.

# CHAPTER VII

## MECHANICS OF FLUIDS

### (A) FLUIDS AT REST

**58. Fluid Pressure.** A perfect fluid is a body which would offer no resistance to a shearing stress. This, as we have seen, is a purely ideal case but if we consider the distortions in a fluid mass as vanishingly small, even the slight resistance of the fluid to change of form, arising from viscosity becomes zero, and we find that *fluids at rest behave as perfect fluids.* Since in a perfect fluid there is no viscosity, and hence no statical friction, it follows that the *pressure* on the containing vessel must all be *normal* to the *surface* of the vessel, because any pressure other than a normal pressure could be resolved into a normal and a tangential component. The normal component would produce pressure on the side of the vessel; the tangential component would produce




FIG. 29.

motion in the fluid unless opposed by statical friction. But there is no statical friction, and since the fluid *is at rest,* there can be *no tangential component.* Therefore the fluid pressure on the side of a vessel is normal to the side of the vessel.

Again, it follows from the absence of statical friction in a fluid, that any pressure exerted upon any surface of a confined fluid must be transmitted undiminished to every equal area of

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 87 of



surface in contact with the fluid. For consider two cylinders connected with a closed vessel, (Fig. 29), each cylinder being stopped by a piston of area $a$, and the whole filled with a fluid. If now one piston be forced in through a distance $b$, then the second piston must be driven out an equal distance, if no compression of the fluid is to ensue. The work done by the first piston is $P\,b$, where $P$ is the total force exerted. Since no work is done in compressing the liquid, the work done on the second piston must be $Q\,b$.

Whence

$$P\,b = Q\,b \qquad (135)$$

or

$$P = Q \qquad (136)$$

**59. Pressure at any Point in a Fluid.** Since pressure in a fluid is transmitted undiminished in all directions it follows that the pressure at any point is the same in all directions. For suppose a body of liquid to be in equilibrium, and conceive a cylinder of the fluid of very small diameter to become solid without change of density. Then unless the pressures upon the ends of the cylinder are equal and oppositely directed, motion will ensue. But the liquid is at rest; hence there is no difference in the pressures upon the two ends. Now since the cylinder may be rotated in a horizontal plane, it follows that at any point in a liquid the horizontal pressure is the same in all directions, and since the diameter of the cylinder may be indefinitely diminished, the vertical pressures must be equal for the same reason.

This may be illustrated experimentally by the apparatus shown in Fig. 30. Bend three glass tubes of about 5 mm. diameter, into the forms of tubes *I, II, III.* Fill the lower parts of the three tubes to the same hight with mercury and immerse in a vessel of water, keeping the mouths of the three tubes in a horizontal line. The difference in level of the mercury in the two arms of each tube is the same; thus showing that in that horizontal plane in the liquid, the upward, downward and lateral pressures are equal. On lowering the tubes to




FIG. 30.

A1012

the bottom this difference in level increases; thus showing that the pressure increases as the depth increases.

**60. Free Surface of a Liquid Horizontal.** It may readily be shown that the free surface of a liquid at rest is horizontal. Let $A$ (Fig 31), be a particle of liquid of mass $m$, on a surface that is *not* horizontal. Then the force of gravity on the particle is $m\,g$ in the direction $A\,B$. This can be resolved into a normal component $A\,C$, and a tangential component $A\,D$. The normal component simply produces pressure on the interior of the liquid and may be neglected. The tangential component $A\,D$ is free to produce motion. Its value is




FIG. 31.

$$AD = Mg \cos BAD \qquad (137)$$

But by hypothesis the liquid is at rest; this can not be true unless $AD = 0$. But since $M\,g$ cannot be zero, cos $BAD$ must be zero; that is, $BAD = 90°$, or the surface of a liquid at rest must be horizontal.

**61. Pressure of a Heavy Liquid on an Immersed Surface.** Consider a surface of area $A$, immersed in a liquid of density $d$. It is required to find the pressure upon this surface due to the weight of the liquid. Let the area be subdivided into a large number of very small areas, $a_1\ a_2\ a_3 \ldots\ldots a_n$, then




FIG. 32.

$$A = \Sigma\, a \qquad (138)$$

If we take one such little area as $a$. (Fig. 32), at a depth $h$ from the surface, then the mass of liquid pressing upon this surface is the volume $a\,h$, multiplied by the density, or $a\,h\,d$, and the *force* or *pressure* on this small surface is $a\,h\,d\,g$. The total pressure on the surface is therefore

$$P = a_1h_1dg + a_2h_2dg + a_3h_3dg + \ldots\ldots a_nh_ndg$$
$$= (a_1h_1 + a_2h_2 + a_3h_3 + \ldots\ldots\ldots a_nh_n)\,dg \qquad (139)$$

Let $H$ be the distance from the center of gravity of the

surface pressed upon, to the surface of the liquid. Then by equation (82) page 41, we have

$$H = \frac{\Sigma a h}{\Sigma a} \tag{140}$$

or

$$P = A H d g \tag{141}$$

This is a general expression for the pressure due to a heavy liquid upon any surface immersed in it, in any position whatever. The expression shows also that the pressure upon an immersed surface varies directly as the area of the surface, as the depth of the center of gravity below the surface of the liquid, as the density of the liquid, and as the acceleration due to gravity.

**62. Principle of Archimedes.** *A solid immersed in a liquid is buoyed up by a force equal to the weight of the liquid displaced.* This principle is readily shown to be true by considering a vessel filled with liquid which is in equilibrium. This condition of affairs will not be disturbed if we suppose a certain part of the liquid to become solid without change of density. The forces acting on the solidified portion are its weight acting through its center of gravity, and the pressure of the liquid upon its outer surface. Since this equilibrates the weight of the solidified portion, it follows that the resultant of all the pressures due to the fluid, must be directed upward through the center of gravity of the solidified portion, and equal to the weight of that portion. Consequently, the buoyant force exerted upon any body immersed in a fluid, is equal to the weight of the fluid displaced by the body, and acts through the center of gravity of the body.



FIG. 33.

A result of this fact is that any body weighed in a fluid, weighs less than if weighed in air, by an amount equal to the weight of the fluid displaced. This seeming loss of weight is due to the buoyant force of the fluid in which the body is immersed. Hence to find the volume of any body of irregular outline it is only necessary to weigh it first in air and then in distilled water at 4° C. The apparent loss of weight is the weight of a volume of water, equal to the volume of the body, and if

the weight be expressed in grams, the volume is at once obtained in cubic centimeters. In this way the number of cubic centimeters of iron in a handful of carpet tacks may be obtained.

In accordance with the principle of Archimedes, it is necessary to correct for the buoyancy of the air, in refined determinations of mass. This precaution is unnecessary in case the object weighed and the weights used have the same density; it is the more necessary the smaller the density of the body weighed.

If we immerse a body in a fluid whose density is greater than that of the body, the body will displace more than its own weight of the fluid and will therefore rise until the weight, of the fluid displaced just equals its own weight, when it floats. Hence a floating body displaces its own weight of the liquid in which it floats.

Finally, if we call $m$ the mass of the body,

$m_1$ its apparent mass when weighed in the fluid,
$d$ the density of the body,
$d_1$ the density of the fluid,
$v$ the volume of the body, and if we set the apparent loss

of weight equal to the buoyancy of the fluid we have

$$m g - m_1 g = v d_1 g \tag{142}$$

**63. Density and Specific Gravity.** *The density of a body is its mass per unit volume.* The specific gravity of a body is the ratio between the density of that body and the density of some substance assumed as a standard. For liquids and solids the standard is distilled water at a temperature of 4°C. For gases hydrogen is usually assumed as the standard. If the mass and volume of a body be known its density is given by the relation

$$d = \frac{m}{v}$$

Ordinarily the volume of a body is found in accordance with the principle of Archimedes, by finding the mass $m$, of the body in air and its apparent mass $m_1$, in some fluid of known density, $d_1$. The difference is the mass in grams of the fluid displaced by the body. The density of the body will then be given by the

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 91 of



expression obtained in the previous article, on substituting for $v$, its value $m/d$, or

$$d = \frac{m}{m - m_1} \cdot d_1 \qquad (143)$$

In case the fluid is distilled water at 4°C., $d_1$ is taken as unity. If the weighing be done at some temperature other than 4°C., or the fluid be other than distilled water, then $d_1$ represents the density of the fluid used, *at the temperature at which the weighing was done.*

For bodies lighter than water, a sinker with a sharp point is hung from the left hand pan, immersed in the standard fluid and counterpoised by small shot or fine sand. The body whose density is sought is placed in the left hand pan and its mass determined as usual. It is then fastened to the sinker by sticking it upon the sharp point, immersed in the fluid and equilibrium restored, either by adding masses to the left hand pan, or removing them from the right hand pan. The change in mass represents the mass of the liquid displaced, i. e., $(m - m_1)$. Whence as before

$$d = \frac{m}{m - m_1} \cdot d_1$$

For finding the density of liquids, the most accurate method is by means of the pyknometer, or "specific gravity bottle." This is a small flask, fitted with a ground glass stopper, which is perforated throughout its length for the escape of superfluous fluid on filling the flask. The flask is first cleaned and dried and weighed empty. It is then filled with the liquid and weighed, and finally filled with the standard and weighed. These two weights, less the weight of the empty flask, give at once the masses of equal volumes of the substance and of the standard; whence we have

$$d = \frac{m}{v}$$

Other methods, of which one or two will be described, are frequently employed for determining the density of liquids especially when great accuracy is not required.

**64. Liquids in Communicating Tubes.** Consider a bent tube (Fig. 34), containing two liquids, between which there exists no chemical attraction. When the system has come to rest, it will be found that the liquid stands at a hight $h$, above a horizontal line through the junction of the two liquids. The weight of this column is evidently balanced by the weight of $h_1$, the hight of the denser liquid above the same line. Let $d$ and $d_1$ be the respective densities of the two liquids, and let $a$ be the area of cross-section of the tube. The equation of equilibrium is then




FIG. 34.

$$a\,h_1\,d_1\,g = a\,h\,d\,g \tag{144}$$

whence

$$\frac{d_1}{d} = \frac{h}{h_1} \tag{145}$$

or the hights of the two liquids above their common plane of separation, vary inversely as their densities.

In case the liquids react chemically upon each other, the device shown in Fig. 35, may be used. The bent tube is inverted and the ends placed in cups containing the liquids of densities $d$ and $d_1$. Through a short tube at the top the air may be partly removed from the tubes, producing a difference of pressure $P$, between the air inside and outside the tube. This difference is balanced in each case by the rise of the liquid in the two tubes, and we have for equilibrium




FIG. 35.

$$a\,h_1 d_1 g = a\,h\,d\,g$$

as before.

If the density of one of the liquids be known, the density of the other may be computed at once.

**65. Hydrometers.** An hydrometer is an instrument for determining the density of a substance quickly, and to a moderate degree of accuracy. Its action depends upon the principle that *a floating body displaces its own mass of the fluid in which it floats.* Hydrometers are of two kinds—hydrometers of variable immersion, and hydrometers of constant immersion.

(*a*) *Hydrometers of variable immersion.* The hydrometer of variable immersion consists of a hollow body, (Fig. 36), furnished with a slender uniform stem, which is usually graduated in equal divisions. The lower end of the instrument is weighted with mercury or fine shot so that it will float upright and sink to a certain fixed mark upon the stem, when immersed in a certain fluid of known density *d*.




FIG. 36.

The hydrometer is calibrated empirically and is usually provided with a scale giving the densities directly in terms of the density of water. For liquids heavier than water, the fixed mark is near the top of the stem, while for liquids lighter than water it is placed near the bottom.

Hydrometers of variable immersion find wide application in manufacturing operations, where they are used to show the approximate density of the liquids in question. Such instruments are generally graduated with special reference to their use, and take the forms of lactometers, alcoholometers, acidimeters, salinimeters, etc.

(*b*) *Hydrometers of constant immersion.* The Nicholson hydrometer (Fig. 37), is an instrument of much more general application, since it may be employed to determine the densities of either solids or liquids. It consists of a hollow body weighted as before and provided with a slender stem carrying at its upper end a small pan for the reception of known masses. The stem is provided with a single mark *A*, to which the instrument is sunk in all cases by means of gram masses placed in the small pan above.




FIG. 37.

Let $M$ be the mass of the hydrometer, and let $m_1$ and $m_2$ be the masses required to sink the instrument to the mark in liquids of densities $d_1$ and $d_2$. Then, since the volume of liquid displaced is always the same, we have

$$\frac{M + m_1}{d_1} = \frac{M + m_2}{d_2} \qquad (146)$$

or

$$d_2 = \frac{M + m_2}{M + m_1} \cdot d_1 \qquad (147)$$

If the first liquid be distilled water at 4°C, then

$$d_2 = \frac{M + m_2}{M + m_1} \qquad (148)$$

The mass of the instrument is determined once for all and forms the constant of the instrument.

The hydrometer may also be used to determine approximately the mass of a small body, by placing it upon the pan, and noting the mass necessary to be added to sink the instrument to the mark; the body is then removed and additional masses added to sink the instrument again to the mark.

At the lower end of the instrument is provided a basket for holding a solid, when immersed in water. If the mass of the body $m_b$, has been determined as described above, and $m_1$ and $m_2$ be the masses to be added to sink the instrument to the mark when the body is on the pan, and in the basket respectively, then the loss of weight of the body in water is

$$(M + m_b + m_2) - (M + m_b + m_1) = m_2 - m_1 \qquad (149)$$

and the density of the body is

$$d = \frac{m_b}{m_2 - m_1} \qquad (150)$$

**66. The Barometer.** A barometer is an instrument for measuring the pressure of the atmosphere. It is made by taking a stout glass tube (Fig. 38), about 80 cm. long and closed at one end, filling it with mercury, and inverting it with the open end under the surface of mercury in a shallow dish. When the system has come to rest, the mercury in the tube stands 76 cm. above the level of the mercury in the dish, if the experiment is performed at sea level.



Fig. 38.

Now since pressure in fluids is transmitted undiminished in all directions, it follows that the weight of this column of mercury, 76 cm. in hight, must be balanced by the downward pressure per unit area, of the air upon the surface of the mercury in the dish. If for any reason the atmospheric pressure change, the corresponding difference in the hight of the mercury in the tube enables us to measure this change. If the barometer be carried up the side of a mountain, or down into a mine, the elevation above or the depression below

the sea level may be roughly determined from the difference in the barometric readings.

The pressure of the atmosphere as measured by the barometer is readily computed. Assume the tube (Fig. 38), to be of unit cross-section. Then the volume of mercury supported is 76 cubic centimeters; the mass is $76 \times 13.596 = 1033.296$ grams, and the force is $1033.296 \times 980 = 1,012,630$ dynes per square centimeter. This pressure is called the *pressure of one atmosphere.* In English units, the pressure of one atmosphere, is approximately equal to a weight of 14.7 lbs. per square inch.

It should be noted that the barometric hight is constantly changing, and that the standard hight of 76 cm. or 30 inches is for places at the *level of the sea and at the temperature of 0°C.* An increase in the elevation above sea level produces a rapid change in the barometric hight. Ann Arbor is 882 feet above sea level, and the mean barometric reading for the year 1901 was 29.03 in.

**67. Manometers.** Let a tube be attached to a bell jar and the jar be placed upon the plate of an air pump with the lower end of the tube dipping into a cup of mercury, as shown in Fig. 39. On withdrawing the air from the bell jar the mercury rises in the tube, thus furnishing a measure of the exhaustion as the pumping proceeds. Such an arrangement is called *a manometer.* For measuring slight differences in gaseous pressure, the second form shown in Fig. 39, is used, where the total pressure upon the gas in the horizontal arm is one atmosphere, plus the mercury column *AB*.



FIG. 39.

For the measurement of pressures amounting to several atmospheres the *compression manometer* (Fig. 40), is a convenient and compact form.


FIG. 40.

**68. Pumps.** In the action of the ordinary lifting pump (Fig. 41), we have an application of the pressure of the atmosphere. This pump consists of a piston *D*, working air tight in a cylinder *HK*, to which

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 96 of



is attached a pipe of smaller diameter, closed by the valve *A*. Suppose the pump to be inserted in the water at *L*, and the piston to be at the bottom of the cylinder. On raising the piston the weight of the air closes the valves *B* and *C* in the piston, and the air in the small pipe expands, raises the valve *A*, and passes in to fill the vacant space in the cylinder. The pressure of the air in the pipe is diminished and the hydrostatic pressure due to the weight of the atmosphere drives the water up into the small pipe. On the downward stroke the air in the cylinder closes the valve *A*, and escapes through the valves *B* and *C* into the outer air. By the second and succeeding strokes of the piston, the air below is still further rarefied, until the water rises above the valve *A*, passes above the piston through the valves *B* and *C* on the next downward stroke, and is finally lifted to *S* where it flows out. Since the density of mercury is 13.6 times that of water, it follows that the pressure of the atmosphere will support a column of water 13.6 times the barometric hight; i. e., 30 in. $\times$ 13.6 = 34 feet. This would represent the maximum effect to be obtained from the pressure of the air; as a matter of fact an ordinary pump will not raise water much more than 26 feet.




FIG. 41.

The *force pump* is provided with a solid piston and a second pipe is attached to the cylinder above the valve *A*. This pipe leads to an air chamber into which the water is driven on the down stroke of the piston, and retained there by a valve similar to *A*. An outlet pipe fitted with a nozzle delivers the water driven out of the air chamber by the force of the compressed air; in other respects the working of the pump is similar to that of the lifting pump.

**69. The Siphon.** The Siphon (Fig. 42), is an instrument for transferring liquids from one vessel to another at a lower level. It consists of a bent tube, with arms of unequal length filled with liquid and inverted with the shorter arm in the vessel from which the liquid is to be transferred. The distances *a* and *b*, from the surfaces of the liquid in the vessels to the highest point of the bend of the tube represent the two columns of liquid in motion.

Let $h$ be the hight of the column of liquid which the atmospheric pressure will support at time and place of the experiment, let $s$ be the cross-section of the tube and $d$ the density of the liquid. Then the pressure to the right, on a plane through the highest point in the tube is

$$h s d g - a s d g \qquad (151)$$

and the pressure to the left is

$$h s d g - b s d g \qquad (152)$$

or the difference in pressure, tending to produce flow is

$$(h s d g - a s d g) - (h s d g - b s d g) = (b - a) s d g \qquad (153)$$

From this it appears that the velocity of flow will be proportional to the difference in the length of the arms. If $a$ equal $b$ the flow ceases. If $a$ be greater than $b$, the liquid flows in the opposite direction.



Fig. 42.

**70. The Air Pump.** The action of the air pump is essentially the same as that of the common lifting pump.

In addition to the parts described in Article 68, the air pump is fitted with an automatic valve $A$ (Fig. 43), which opens at the up stroke of the piston and closes on each down stroke. This is effected by making the valve $A$, in the form of a conical plug attached to a rod passing through the piston, which slides upon the rod with a small degree of friction. By this means the valve $A$ is opened to admit air from the receiver, which by reason of its diminished density would be unable to lift the valve by its expansive force. A manometer $F$, shows the degree of exhaustion in the receiver as the action of the pump proceeds. Owing to unavoidable wear and consequent leakage in the pump itself it is impossible to secure a high degree of exhaustion with a mechanical air pump of the ordinary type.

For work requiring a high degree of exhaustion as in the production of Geissler, or Roentgen tubes, a mercury air pump

is employed. Such pumps are usually made almost entirely of glass, and the piston is a column of mercury, which on rising,




Fig. 43.

fills a large bulb expelling the air through a barometric manometer. On descending the air from the vessel to be exhausted enters the bulb through a glass-mercury valve, and expanding fills it at a much diminished pressure, only to be forced out as before by the liquid piston. By the use of such pumps pressures of one millionth of an atmosphere are readily attainable.



Fig. 44.

**71. The Geryck Air Pump.** While mechanical pumps are desirable on account of their rapid action, yet even at best they can not be depended upon to produce a vacuum below two or three millimeters of mercury. On the other hand the mercury pump is extremely fragile and so slow in action as to be practically useless in many important problems. In the Geryck air pump (Fig. 44), we have a combination of the good features of both forms, and consequently a most rapid and efficient pump.

A longitudinal section through one barrel of the pump (Fig. 45), shows the inlet tube at *A*, leading to the receiver to be exhausted. At *B* the air is admitted to the cylinder above the piston. The cylindrical bucket leather *C*, attached to the piston is held firmly against the walls of the cylinder by the pressure of the oil *J*, in the annular space *D*. The ordinary piston valve *E*, permits the air to rise above the piston on the down stroke as in the older forms of pump, but is useful only at the beginning of the exhaustion, remaining seated after the vacuum reaches 15 mm. of mercury. The auxiliary air pipe *F*, leading into chamber *B*, is likewise to relieve the piston at the first few down strokes.



FIG. 45.

The upper valve is represented by the collar *G*, which fits the piston rod snugly and is closed above by the hydraulic collar *I*, and a layer of oil several centimeters in depth. The collar *G*, is held firmly pressed into its seat by the spiral spring encircling the piston rod.

When the piston is at the bottom of its stroke the air from the receiver enters the cylinder freely at *B*, but as the piston rises the port *B* is closed and the entrapped air is carried upward through the valve *G*, by the liquid piston of oil *J*, which at the highest point of the stroke escapes into the cylinder *K*, carrying all air with it. The valve *G*, is automatically lifted some six millimeters from its seat by the head of the piston at each up stroke, thus forcing the air and oil into *K*. On the down stroke six millimeters of oil are allowed to reënter the lower cylinder before the valve *G* closes. Should any oil get past the cylinder bucket *C*, it is picked up through the valve *E*, at the next stroke. *L* is a plug for introducing oil into

the cylinder $K$. The oil should fill $K$ up to the level of the overflow.

Through the outlet tube at the top the air either escapes into the outer air, as in a single pump, or is drawn out by a second pump which exhausts from the cylinder $K$, as in the Duplex pump shown in Fig. 44. With the two pumps thus working in series a vacuum of 0.0002 mm. may be obtained. The action of the pump is rapid and the vacuum is held for any length of time. It is important that a good drying tube filled with $P_2O_5$, be at all times attached to the inlet pipe $A$.

**72. Weight and Density of Air.** Galileo satisfied himself that air had weight by weighing a glass globe first filled with air at ordinary pressure, and then filled with air under high pressure. The experiment is ordinarily performed today by weighing a stout glass balloon, when filled with air and then when the air has been exhausted. A liter of ordinary air, containing 0.04% of carbon dioxide, under standard conditions, i. e., at 0°C. and 76 cm. pressure, weighs 1.293 grams. Hence the density of air is 0.001293 grams per cubic centimeter.

In the use of a delicate balance it is frequently necessary to correct the weighings for the buoyancy of the air in which the substance is weighed, in accordance with the principle of Archimedes. Thus let $w$ be the weight of the body weighed, $w'$ the weight of the brass weights, and $a$ and $a'$ the buoyant force of the air upon the body and weights respectively. Then for equilibrium

$$w - a = w' - a'$$

or

$$w = w' + a - a' \qquad (154)$$

Thus the correction to be added to the weight of 25 grams of cork, whose density is 0.25 g. per cc. is obtained as follows:

$$a = \frac{25}{0.25} \times 0.001293 = 0.1293 \text{ grams}$$

$$a' = \frac{25}{8.5} \times 0.001293 = 0.0038 \text{ grams}$$

Or the correction to be added is 125 milligrams.

**73. Boyle's Law.** Mention has already been made of the work necessary to compress a gas in a cylinder, and of the resist-

ance offered by a gas to any force tending to *decrease* its volume. The relation between the volume of any mass of gas and the pressure exerted by the gas upon the walls of the containing vessel was first stated by *Robert Boyle* in 1662, although its far reaching importance was more fully realized by *Mariotte,* a French physicist, who rediscovered the law, independently, in 1676.

Boyle's law states that, *at a constant temperature, the volume of a body of gas varies inversely as the pressure to which it is subjected.* Thus if $p_0$ and $v_0$ be the initial pressure and volume for a mass of gas, and $p$ and $v$, the final pressure and volume, then

$$p v = p_0 v_0 \tag{155}$$

or *for a constant temperature, the product of the pressure and the volume is a constant.* Since the density of any body varies inversely as the volume, the law may be stated in another way, viz:

$$\frac{p}{d} = \frac{p_0}{d_0} \tag{156}$$

or *the pressures are directly proportional to the densities.*

Careful experiments have shown that for high pressures or low temperatures, Boyle's law is only approximately true. Thus it has been shown that all gases may be liquefied by the application of pressure and the reduction of the temperature. As the gas approaches the point of liquefaction, the variation from the law is most noticeable. Gases which can be liquefied by pressure at ordinary temperatures, such as chlorine, sulphur dioxide, and carbon dioxide can hardly be said to obey the law at all, for pressure exceeding 100 atmospheres; while for gases like nitrogen, oxygen and hydrogen, the law is very nearly true at ordinary temperatures.

An ideal gas would obey Boyle's law at all temperatures, and in general, it may be said, that the farther removed any gas is from its point of liquefaction, the more nearly it behaves as an ideal gas. This departure from the law by all gases when near the point of liquefaction, has been attributed to the action of two causes; (*a*) *The attraction of the molecules of the gas, for each other.* This would increase as the compression increases and

therefore assist the compression. (*b*) *The size of the molecules*, which would tend to retard the compression of the gas. More complete formulae for the behavior of a gas under varying pressure and temperature have been proposed by Van der Waals, Clausius and others.

## (*B*) FLUIDS IN MOTION.

**74. Velocity of Efflux.** When a small opening is made in the side of a vessel filled with liquid, at a distance $h$ below the surface, the liquid flows out with a definite velocity $v$, where

$$v^2 = 2\,g\,h$$

This formula for the velocity of a liquid issuing under pressure due to a head $h$, is known as *Torricelli's theorem.* It may be demonstrated as follows: Suppose a particle of liquid of mass $m$, to be situated in the surface of the liquid. Its potential energy with respect to the orifice is $m\,g\,h$. In passing from the surface of the liquid to the orifice it has fallen a distance $h$, and, if we neglect the viscosity of the liquid, its kinetic energy on emerging from the orifice, must equal its potential energy at the beginning, or

$$\frac{m\,v^2}{2} = m\,g\,h \qquad (158)$$

whence as before,

$$v^2 = 2\,g\,h$$

If $a$ be the area of the orifice, then $Q$, the quantity of liquid discharged in time $t$, would be

$$Q = a\,v\,t \qquad (159)$$

In practice this rate of discharge is never reached. If the opening be a simple orifice in the side of the vessel, without mouth-piece of any sort, the quantity of liquid discharged is about 0.62 of the theoretical value. This difference is due to the convergence of the lines of flow, producing a contraction of the jet just outside the orifice, whereby the actual cross section of

the stream at this point is much reduced. By using a short cylindrical mouth-piece, of length two or three times its diameter, and set flush with the inside of the vessel, the flow may be made 0.82 of the theoretical value; while by so shaping the mouth-piece as to conform most closely to the form of the contracted jet, a velocity but little short of $\sqrt{2gh}$ is attained.

**75. Velocity of Effusion for Gases.** Consider a vessel filled with gas, and having an orifice at one side of cross section $a$, from which the gas escapes with a velocity $v$. Let the density of the gas be $d$ grams/cm.$^3$, and the pressure be $p$ dynes/cm.$^2$, above that of the air. The volume of gas delivered in $t$ seconds will then be $avt$ cubic centimeters, and the mass $avtd$ grams. The kinetic energy of the escaping gas will be $\frac{av^3td}{2}$ ergs. If the gas be allowed to do work by pushing back the surrounding air, then the work done on the air must equal the kinetic energy of the gas, if we assume the outflow to take place so slowly that the gas is not cooled below the temperature of the surrounding air. The work will then be the product of the force $ap$, and the distance $vt$, or

$$\frac{av^3td}{2} = avtp \qquad (160)$$

whence

$$v = \sqrt{\frac{2p}{d}} \qquad (161)$$

If the pressure $p$, be expressed in terms of a column of water $h$ centimeters high, then the formula becomes

$$v = \sqrt{\frac{2gh}{d}} \qquad (162)$$

or the velocity with which a gas effuses through an opening varies directly as the square root of the difference of pressure on the two sides of the opening and inversely as the square root of the density of the gas.

From this it follows that two gases effuse through the same

opening, under the same difference of pressure, with velocities inversely as the square roots of their respective densities. Bunsen has utilized this principle to compare the densities of gases by observing the time required for the same volume of the various gases to effuse through the same opening under the same difference of pressure.

**76. Flow of Liquids through Tubes.** If instead of a metal tube, an elastic tube of rubber be attached to the orifice of the discharging vessel, the efflux is the same as that by a rigid tube of the diameter assumed by the elastic tube, *so long as the flow is uniform.* If, however, the flow by any means be made to assume an intermittent or pulsating character, the discharge from the elastic tube is notably larger than from the rigid tube. The nature of the discharge is also modified, in that the stream from the rigid tube reproduces faithfully every feature of the pulsating impulse, while the elastic tube rapidly smooths out the inequalities of pressure, so that in an elastic tube of sufficient length the pulsation disappears entirely. This fact is of importance in explanation of the flow of the blood through the arteries, the coats of which are extremely elastic.

Again the flow of liquids through tubes is much retarded on account of friction, not only among the particles of the liquid but between the liquid and the walls of the tube. This latter friction is much the more important of the two, and increases rapidly with the roughness of the walls of the tube. The flow of a river is greatest at the center of the stream, and at the surface of the water where the effect of friction from the bed and banks is as small as possible.

In a vertical tube the liquid column breaks into a series of liquid masses fitting the tube more or less perfectly. These masses acquire an increasing velocity in their descent and act as liquid pistons fitting the interior of the tube. A partial vacuum results and the water is forced into the pipe more rapidly on this account. The effect of this exhaustion causes the noisy draught with which the last portions of water leave a wash basin or a bath tub, where the waste pipe is long and free. This action of vertical waste pipes is also liable to draw out the water from

the siphon traps, and leave the way open for the entrance of poisonous sewer gas. For this reason all waste pipes from basins, closets, bath tubs, etc., are now required to have separate vent to the outside air.

This reduction of pressure by liquids in vertical tubes is utilized in the Bunsen air pump where a vertical column of water of more than 34 feet is made to exhaust the air from a receiver; the limit of the exhaustion being of course the pressure equal to the vapor tension of water at the existing temperature. In the Sprengel pump the liquid is mercury. This has two advantages: it requires a vertical column but 30 inches long, and the vapor tension of mercury is practically negligible.

**77. Flow in Pipes of Variable Section.** In a tube of variable cross section, the flow of liquids presents some interesting features. In Fig. 46 the variation of the pressure exerted by the fluid upon the walls of the tube is shown by the manometer tubes. It is thus seen that in a tube of variable cross-section running full of liquid, the pressure is greatest in the widest part of the tube and least in the narrowest part. This somewhat surprising result is easily explained by considering the conditions of flow in the different parts of the tube. It is readily seen that with steady flow the velocity is greatest where the cross-section of the stream is least, and *vice versa*. The liquid in passing from a wider to a narrower part of the tube must, therefore, undergo an acceleration, since for steady flow, the same volume must pass any section in the pipe in the same time. To produce this acceleration the pressure on any section must be greater from *behind*; similarly in passing from the narrower to the wider part of the tube the velocity *decreases*, or the acceleration is *negative*; hence the pressure is greater from *before* than from *behind*, so that the pressure is greatest in the widest part of the tube and least in the narrowest part.



FIG. 46.

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 106 of



**78. Jet Pump.** The reduction of pressure within a contracted stream has been applied in the construction of many useful pieces of apparatus. In Fig. 47 is seen a common form of aspirator or jet pump as used in the laboratory. Water entering through the arm *B*, under hydrant pressure passes through the constricted inner tube at *A*, and flows out at *D*. Owing to the small cross-section of the stream at *A*, the velocity is very great, and the pressure is so much reduced that the air from the tube *E* is drawn along through the constricted portion in a torrent of small bubbles and carried down the tube *D*. With a well constructed pump of this kind, a vacuum of from 25 to 27 inches of mercury may be obtained, with water from the city water mains. Obviously the pump will work equally well if the water enters at *E* and the air through *B*.




FIG. 47.

This pump has been adapted to numerous uses. The filter pump, of the laboratory, the atomizer for spraying of perfumes or medicines, the injector in steam boilers, and the forced draught as used on locomotives are all different forms of this apparatus.

## PROBLEMS

1. Find the total pressure on the bottom of a tank 10 feet square and five feet deep, when full of water. Find the pressure on one side of the same tank.

2. A triangular plate is immersed vertically in the water, with the vertex in the surface of the water and the base horizontal. The hight and base of the triangle are each 50 cm.; find the pressure on the face of the plate.

3. What is the density of a body whose mass is 678 gms., if it weigh 235 gms. when immersed in a fluid whose density is 1.94 gms. per cc.?

4. A piece of wood of density 0.6 gm. per cc., floats on water. The volume of the wood is 40 cubic centimeters. What is the volume of the water displaced?

5. A body having a density of 2.35 gms. per cc., weighs

A1031

624 gms. when immersed in a liquid whose density is 0.827 gm. per cc. What is the mass of the body?

6. If the density of ice be 0.9179 gm. per cc., and of sea water be 1.025 gm. per cc., what portion of an iceberg is above water?

7. A piece of silver and a piece of gold ore are suspended from the ends of a balance beam having equal arms. The balance is in equilibrium when the silver is immersed in alcohol (sp. gr. 0.85), and the gold in ntric acid (sp. gr. 1.5); if the specific gravities of the gold and silver be 19.3 and 10.5 respectively, find the ratio of their masses.

8. A U-tube is partly filled with water. How many centimeters of oil having a density of 0.79 gm. per cc. must be added in order to raise the water in one leg 4.5 cms. above its first level?

9. Twenty-four cc. of gas at a pressure of 71 cm. of mercury, would have what volume under a pressure of 76 centimeters?

10. A liter of air under normal conditions of temperature and pressure weighs 1.293 grams. Find the weight of the air in a liter flask when the barometer stands at 72 cm., the temperature being 0°C.

11. To what depth must a diving bell 6 feet high be immersed in order that the water may rise 4 feet within it?

12. A glass tube used for sounding is 38.1 cm. long and open at the lower end. The inside is covered with a soluble pigment, and the tube lowered to the bottom, in sea water, density 1.03 gm. per cc. On raising it to the surface it is found that the water had entered the tube to a depth of 23.6 cm.; find the depth of the sea water.

13. A vessel filled with water has a circular orifice 6 cm. in diameter, 298 cm. vertically below the surface of the liquid. If the water be maintained at its initial depth, by supply from without, calculate the theoretical discharge per minute.

14. A picture of mass 4 kilos, is suspended in the ordinary way by a cord passing through two hooks and over a smooth nail. The hooks are 45 cm. apart and the cord is 120 cm. long. Find the tension in the cord.

## CHAPTER VIII

### MOLECULAR MECHANICS

**79. Molecular Forces.** By molecular forces are meant all those forces whose range of action is confined to insensible distances, that is, to distances comparable to the spaces between the individual molecules of a solid or a liquid. Under this head belong the forces of adhesion, cohesion, friction, viscosity, elasticity, capillarity and surface tension, and although certain of these have been mentioned in previous topics it seems proper to classify them here under the general term *molecular forces.*

The magnitude and importance of these forces are apt to be under estimated. It is owing to the action of molecular forces that any solid body is not only kept from falling to pieces of its own weight, but is able to resist the application of enormous stress as well. A clean glass tube cautiously lowered to the surface of clean water exhibits no attraction for the water, and causes no change in its upper surface so long as there exists any appreciable distance between them. But if the glass tube touch the surface, the water promptly runs up into the tube and clings to the outside, so that when the tube is withdrawn, a drop of water hangs to the lower end and the force of gravitation is unable to pull it off. Clearly we have here to do with forces, in comparison with which the force of gravitation is weak and insignificant.

The attraction between *unlike molecules,* as between water and glass, is called *adhesion*; that between *like molecules,* as between water and water is called *cohesion.* These are in reality only different names for the same thing, viz: molecular attraction; and it is to be noted that this attraction is exhibited only so long as the substances are *in contact,* that is, it acts through insensible or molecular distances. From a study of the behavior of gases we are led to believe that elasticity is due to molecular forces and molecular motions, and that the same is equally true of capillarity, surface tension, and viscosity.

**80. Adhesion and Cohesion.** If two smooth, freshly cut surfaces of lead be firmly pressed together with a slight twisting motion, they cling together with considerable force, but having once been pulled apart they can be made to stick again only by application of sufficient force to bring the surfaces into close contact. A pair of glass plates, if highly polished, plane, and free from dust, may be pressed together so firmly that it is impossible to separate them without rupture. That this is not due to the pressure of the air, is shown by the fact that the plates cling together more firmly in a vacuum than in the open air, owing to the removal of the air film between the plates.

The adhesive action of glue, cement, mucilage, and such substances renders it possible to unite two bodies so firmly that they break before separating. Dissimilar substances are united with difficulty owing to their different rates of expansion or contraction when heated or cooled. Thus it is impossible to seal an iron or copper wire into a glass tube, since the metal and the glass have different rates of expansion; platinum on the other hand and certain alloys of nickel and iron may be sealed into glass, since they expand and contract at the same rate as the glass. For the same reason different kinds of glass frequently can not be made to hold when sealed together.

Gases adhere to solids with great tenacity. It is almost impossible to free a glass tube from the adhering film of air, and consequently in the making of barometers, thermometers, and vacuum tubes of any description the air film is removed from the inner surface of the glass only by repeated heating and pumping.

The cohesive force of water is illustrated by hanging a clean, smooth, glass plate to one arm of a balance so that it is horizontal, and bringing under it a jar of clean water. On touching the under side of the plate to the water, taking care to avoid air bubbles, it will be found necessary to add a relatively large weight to the opposite scale pan in order to pull the disk squarely away from the water. When the disk is pulled away it is found that the *under surface is wet,* thus showing that the attraction between the solid and the liquid is greater than that between the particles of the liquid. This is true in all cases where *a liquid wets a solid.*

If mercury be used instead of water, it is found that *a greater force* will be needed to pull the plate away from the mercury and

also that the *under side of the plate is now dry.* In the latter case we find that the attraction between the solid and the liquid is less than the attraction between the particles of the liquid, as is always the case *where a liquid does not wet a solid.*

**81. Capillary Phenomena.** If a solid be immersed in a liquid which wets it, the liquid rises about the sides of the solid, and the surface of the liquid is concave upward. If the solid be in the form of a tube the liquid rises into the tube to a certain hight, which varies inversely as the diameter of the tube, and forms at its upper surface in the tube, a meniscus of liquid with its concave side upward. If the liquid do not wet the solid, it is depressed about the solid, or in case of a tube, it is depressed to a certain depth, varying inversely as the diameter of the tube, below the level of the liquid in the vessel, and the surface of the meniscus is *convex upward.* Since phenomena of this class are most clearly shown in the case of fine, hair-like tubes, they are called *capillary phenomena,* from *capillus,* a hair. In Fig. 48 is shown the action when a clean glass tube is immersed in water and mercury respectively.



FIG. 48.

The principal facts concerning capillary phenomena are briefly these:

(*a*) In tubes of less than 2 mm. in diameter the elevation or depression varies inversely as the diameter of the tube.

(*b*) The elevation or depression is independent of the pressure to which the liquid is subjected, and also independent of the thickness of the tube.

(*c*) An *increase* in the temperature of the liquid *causes a decrease* in the elevation or depression of the capillary column.

(*d*) The elevation or depression depends upon the nature of the liquid and tube in contact. Clean water on clean glass gives an elevation greater than that of any other liquid, while pure water in a steel tube or against a silver plate gives neither elevation nor depression.

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 111 of



Examples of capillary action are seen in the action of blotting paper absorbing ink, in the lamp wick supplying the flame with oil, and in the swelling of a tub or barrel if filled with water when about to fall to staves. A cotton or hemp rope, if wetted, absorbs water, increases in diameter and diminishes in length; at the same time the temperature of the rope rises from 2° to 10° C. Workmen drive wedges of dry wood tightly into holes or slits cut in large stones and then wet the ends of the wedges. The increase in the size of the wedge is sufficient to burst the stone.

Besides the capillarity of liquids there seems to be an analogous phenomenon in the case of metals. Joseph Henry discovered that mercury would siphon through a bar of lead as water through a towel, and silver has been shown to pass into the pores of copper when the two metals are heated.

**82. Molecular Range.** In accordance with the assumption that molecular forces are exerted over insensible or molecular distances, it follows that each individual molecule becomes a center from which it exerts its molecular attractions and repulsions over the number of molecules included in its sphere of influence. Let the radius of this sphere be $\epsilon$; then $\epsilon$ denotes the limit beyond which the molecule neither influences nor is influenced by its neighbors. Within this sphere however it is attracted equally on all sides and hence remains in equilibrium.



FIG. 49.

In order to determine the value of this quantity $\epsilon$, Quincke employed a glass plate (Fig. 49 *a*), one half of which was coated with a wedge-shaped layer *AC*, of pure silver. On inserting the plate in water, with the silver film vertical (Fig. 49 *b*), the water rose against the glass above the level of the water in the dish to a definite hight indicated by *D*. At the beginning of the silver film *C*, the elevation gradually fell away with increasing thickness of the silver, until at a point *B*, where the thickness reached a value of 0.000005 cm., the angle of contact became

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 112 of



90° and the capillary effect disappeared entirely. At this point the molecules of the glass ceased to influence the molecules of water through the silver, hence the value of $\epsilon$, the molecular range, is commonly given as 0.000005 cm.

**83. Surface Tension.** It has been shown that within the limiting distance $\epsilon$, the molecules attract their neighbors and are attracted by them, and that a molecule situated in the body of a liquid will be in equilibrium by virtue of the equal attractions on all sides. Consider now a molecule nearer the surface of a liquid than the molecular range $\epsilon$. In this case the horizontal attractions will be equal in all directions but the vertical attractions are unequal; the resultant being an unbalanced component toward the interior of the liquid. At the surface of the liquid this resultant stress, normal to the surface reaches a maximum, and the mass of the liquid (Fig. 50), behaves as if surrounded by an elastic bag under stress, tending to contract indefinitely and compress the liquid into as small a volume as possible.



Fig. 50.

The surface of a liquid is therefore a seat of potential energy, and in order to force a molecule from the interior of the liquid out into the surface film, work must be done in moving the molecule through the distance $\epsilon$, against the forces tending to force it back into the interior. An increase in the area of the surface film therefore, means an increase in its potential energy, and since potential energy always tends to become a minimum, it follows that if a liquid mass be freed from the action of other forces it will assume a form such that its surface will be a minimum, and its volume a maximum, that is, it will assume the form of a sphere. This condition is readily realized by placing drops of olive oil in a mixture of alcohol and water of the same density as the oil. The drops are thus freed from the action of gravity and float as spherical globules in a medium of their own density. If by any device the globule be prevented from assuming a spher-

ical form, it will still take a form presenting the minimum area consistent with the conditions imposed upon it.

The effect of surface tension is exemplified in the shape of the dew drop, in the forms of falling drops of liquid, and in the manufacture of shot, where molten lead, poured through a fine sieve at the top of a high tower, is broken up into small globules which harden as they fall through the air, and are caught in a tank of water beneath.

Again, small heavy bodies that are not wetted by a liquid, may be placed upon the surface of the liquid and float upon the surface film. Thus needles may be made to float upon water, *so long as the film is not broken,* in which case they sink at once. The same principle is illustrated in the case of small insects which run upon the surface of the water, their slight weight being insufficient to break through the surface film.

The following table shows the value of the surface tension in dynes per unit width of film, for the various substances mentioned. The values are mostly those given by Quincke.

| | |
|---|---|
| Mercury against air | 535.0 |
| Water against air | 81.0 |
| Olive oil against air | 36.9 |
| Alcohol against air | 25.5 |
| Mercury against water | 418.0 |
| Olive oil against water | 20.6 |
| Turpentine against water | 11.6 |

**84. Experiments on Surface Tension.** If two small pieces of wood be floated near each other upon the surface of clean water and a drop of oil be touched to the water between them, they fly apart to the sides of the vessel, as though drawn by a spring. The addition of the oil reduces the surface tension of the liquid film at that point, and the water film tears apart.

If a plate of clean glass be wetted with clean water, the water will spread out into a thin layer over the entire plate. If the plate be not absolutely clean, the water will gather up into irregular masses with rounded edges. If now a drop of alcohol be touched to the water layer, the water film will be seen to break at the point of contact, and gradually draw away from the

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 114 of



alcohol drop, leaving a dry space on the plate around that point.

If a ring of stiff wire (Fig. 51), be dipped into a soap solution and withdrawn, a film of the solution will adhere to it for several minutes. In this film, which is really *two films* placed back to back, may be seen the motion of the liquid particles seeking new positions as the tension in the film changes. If we drop a loop of silk thread upon this film, it floats about freely upon it; if the film inside the loop be broken by touching it with a hot wire, the loop suddenly flies out into a circular form, showing that the tension in the film is equal in all directions. This circular loop still floats freely in the film, and behaves like an elastic hoop of steel.



FIG. 51.

If small pieces of clean gum camphor be thrown upon the surface of clean water, the little particles begin a most lively and erratic motion. Each little piece spins with great vigor and at the same time sweeps over the surface, the larger ones gathering in the smaller ones. The gum camphor dissolves slowly in cold water, and the surface tension of the water film is thereby weakened. The spin is due to unequal dissolving on the surface of the camphor particle. If the water be warmed it spins faster; if the surface be touched with a trace of oil, the motion ceases instantly.

If several small, clean, wood balls be thrown upon clean water, they seem to attract each other and collect into a little cluster. If a number of similar balls be smoked with lampblack and then placed in the same dish, they also attract each other, but the clean balls and the smoked balls seem to avoid each other.

A small cylinder of fine wire gauze, if immersed in water and lifted out in a horizontal position, retains the water in it and may be carried about the room. On breaking the water film at one point in the gauze by blowing upon it, the water begins to run out. The flow may be checked by shaking the water so as to restore the film, thus preventing the entrance of the air.

**85. Angles of Contact.** From the table in Article 83, it is seen that there exists at the surface of separation between a liquid and a gas, or between two liquids, a stress or tension which

is a constant for the same substances. Thus there exists in the surface film of olive oil in contact with air, a tension of 36.9 dynes per centimeter width of the film, while for water and air the tension is 81 dynes per centimeter width. If now a liquid be brought into contact with a second liquid in the presence of air, then for equilibrium, the three surface tensions should form a triangle of forces, and theoretically the angles between the tensions should be constant. If, however, one of the forces should chance to be greater than the sum of the other two, then clearly no triangle is possible, and the system cannot come to equilibrium.



FIG. 52.

Thus in Fig. 52 is shown a drop of oil, placed upon the surface of clean water. Then at any point upon the horizontal edge of the drop there are acting the three tensions, ${}_aT_w$, between the air and the water, ${}_aT_o$, between the air and oil, and ${}_oT_w$, between the oil and water, directed in each case as indicated by the arrows. But from the table

$${}_aT_w = 81 \text{ dynes per cm. width}$$
$${}_aT_o = 36.9 \text{ dynes per cm. width}$$
$${}_oT_w = 20.6 \text{ dynes per cm. width}$$

hence

$${}_aT_w > {}_aT_o + {}_oT_w \qquad (160)$$

This shows that when a drop of oil is placed upon clean water, the surface tension between air and water is so great as to overbalance the other two tensions combined, and the oil is dragged out in all directions, forming a film of infinitesimal thickness over the entire surface of the water.

If a liquid meet a solid, in the presence of air, it will in general meet it in a definite angle, which is constant for the two surfaces. This angle is called the *angle of contact,* and depends upon the nature of the substances in question. For pure water on clean glass the angle of contact is approximately zero. For pure water on clean steel or clean silver the angle of contact is about 90°. For clean mercury against clean glass it is about 132°.

**86. Behavior of Films.** If a film of soap solution be made to assume a curved form, there will always result a normal pressure, directed towards the concave side. It may be shown mathematically, that for a single cylindrical film, of radius $R$, and surface tension $T$, the normal pressure toward the curved side is given by the equation

$$P = \frac{T}{R} \tag{164}$$

In words this equation says, that the normal pressure in a curved film is directly proportional to the surface tension per centimeter width, $T$, and inversely as the radius of the film, $R$. In general the curvature of any surface at any point may be expressed in terms of two radii of curvature, the planes of curvature being at right angles to each other. If $R_1$ and $R_2$ be these radii, then the normal pressure of any curved film is the sum of that due to each curvature separately, or

$$P = T\left(\frac{1}{R_1} + \frac{1}{R_2}\right) \tag{165}$$

In a soap bubble the two radii are equal, and there are also two films back to back, hence the normal pressure exerted upon the air enclosed in the bubble, is

$$P = 4\frac{T}{R} \tag{166}$$

If the film is free to the air on both sides, the normal pressure must be zero. In a curved film this is possible only if

$$\left(\frac{1}{R_1} + \frac{1}{R_2}\right) = 0 \tag{167}$$

This means that

$$R_1 = -R_2 \tag{168}$$

or that the radii are equal and on opposite sides of the film, that is, the film is saddle shaped.

Again since this normal pressure is directed toward the concave side and varies inversely as the radius, we are able to understand the motion of drops of water and of mercury in conical tubes. The water will move toward the smaller end of the tube,

*i. e.*, in the direction of the greater pressure. For the same reason, the mercury globule will move toward the larger end of the tube.

If stout wire frames, representing the outlines of geometrical figures be dipped into soap solution, a large number of curious and beautiful film figures result. Whenever three such film surfaces meet along a line, the included angles will all be 120°, since the three surface tensions are all equal.

**87. Capillary Action as Related to Surface Tension.** Let a tube of radius $r$, (Fig. 53), be inserted in a liquid density $d$. Let the mean elevation of the liquid be $h$, and the angle of contact with the tube be $a$. Then the vertical component of the surface tension $T$, must be balanced by the weight of the liquid column of hight $h$.



FIG. 53.

The width of the film around the tube is $2\pi r$ centimeters, and the total surface tension in the direction indicated is $2\pi r T$; the vertical component is $2\pi r T \cos a$.

The weight of the liquid supported is $\pi r^2 h d g$, hence for equilibrium we have

$$\pi r^2 h d g = 2\pi r T \cos a \qquad (169)$$

whence

$$h = \frac{2T}{rdg} \cos a \qquad (170)$$

For clean water on clean glass, the angle of contact is approximately zero, and

$$h = \frac{2T}{rdg} \qquad (171)$$

For mercury, $a$ is about 132°; $h$ is negative, and the surface is depressed.

When we consider that the surface tension $T$, *decreases* with *increase* of temperature, it is seen that the above formula accounts for the inverse relation between capillary action and temperature.

For the elevation between two parallel plates distant $u$ from

e 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 118 of



each other the computation is similar to that above. The elevation or depression is

$$h = \frac{2\, T \cos a}{u\, d\, g} \tag{172}$$

or one half as great as for a tube of diameter $u$.

If two plates be joined at one edge and inserted in the water, the liquid rises high along the line of contact and falls off as the plates separate. The upper line of the fluid takes the form of an hyperbola, as shown in Fig. 54.



FIG. 54.

**88. Solution.** Closely allied to the phenomena of capillarity and surface tension are the phenomena of solution. Ostwald defines solutions as "homogeneous mixtures which cannot be separated into their constituent parts by mechanical means." Gases have unlimited power of solution. One gas dissolves in another in all proportions so long as they do not unite chemically, and the homogeneous mixture manifests the sum of the properties of the two constituents.

Liquids dissolve gases without exception, although the readiness with which such solution occurs, varies greatly with the nature and condition of the substances. In a true solution of a gas in a liquid, the gas may be entirely removed from the liquid by diminishing the pressure or by raising the temperature, and in such solutions the quantity of gas dissolved by a given mass of liquid is proportional to the pressure to which the gas is subjected. Examples of this sort of solution are found in solutions of carbon dioxide, of air, or of ammonia gas in water. In other cases as in the solution of hydrochloric acid gas in water, the dissolved gas is not entirely removed from the liquid, and it is assumed that a chemical change has resulted.

The solution of one liquid in another occurs in many cases, but is dependent upon the nature of the substances. Here also there are two distinct classes of solution. Thus some liquids, as alcohol and water dissolve in all proportions forming a homogeneous mixture. Ether and water, on the other hand, dissolve in each other, *but in limited proportions.* Thus water will

dissolve about ten per cent of ether, but if more ether be added the excess remains undissolved. Ether will dissolve about three per cent of water, but beyond this the water remains separate from the ether.

A third division contains those liquids that do not dissolve in each other at all. This is a relatively small number, since even those liquids that seem insoluble, yet leave traces in the solvent. Thus the fact that water when shaken with the volatile oils, retains the characteristic odor of those oils, seems to show that even here solution has occurred in slight degree.

Again mixtures of insoluble liquids, as water and the fixed oils, may be made by the addition of some such substance as gum acacia or gum tragacanth, in which the oils are broken up into exceedingly small globules that float in the water. Such mixtures are called *emulsions*. Milk is a natural emulsion. Some emulsions separate on standing or when subjected to mechanical action, as seen in the separation of cream from milk.

**89. Solution of Solids.** Many solids when immersed in a liquid gradually disappear and form a new homogeneous liquid. The solid is said to dissolve in the liquid, and the new liquid is called the *solution*. A liquid that dissolves a solid is called the *solvent*. Many salts are soluble in water. The quantity of a substance in solution may vary from zero up to a certain limit, beyond which the solution has no further action upon the substance in question. Such a solution is said to be *saturated*. The amount of a solid that may be dissolved in any solvent varies with the temperature. If the temperature of a saturated solution be changed, either some of the dissolved solid separates out or more of the undissolved solid goes into solution. Generally a solvent will dissolve more of a solid when hot than when cold although there are exceptions to the rule. Thus the solubility of sodium sulphate *increases* with the temperature up to 33°C., but beyond that temperature its solubility *decreases*.

If a solution, either by evaporation or reduction of temperature, be made to contain more than its normal quantity of a solid, it is said to be *supersaturated*. If a particle of the undissolved solid be dropped into the supersaturated solution, the excess of solid in the solution crystallizes out at once.

**90. Free Diffusion of Gases. Dalton's Law.** Let a tall glass jar be inverted and filled by upward displacement with illuminating gas, and placed upon a similar jar filled with air, with the mouths of the jars together. We shall thus have the two jars filled with separate gases, and since the lighter gas is on top, no mingling of the gases can be produced by the action of gravity. If now the jars be left in position for a quarter of an hour we shall find, on testing the contents with a lighted splinter that there is an explosive mixture of illuminating gas and air in each jar. This is called diffusion of gases, and this result can be explained only on the hypothesis that the molecules of the gases are in motion and that they have therefore wandered through the entire space, the heavier gas rising into the upper jar and the lighter gas descending into the lower jar.

After the gases are uniformly diffused it will be found that the pressure exerted by the mixture is the sum of the pressures exerted by its constituent parts. Thus if we allow 10 volumes of illuminating gas and 15 volumes of air each at atmospheric pressure $p$, to diffuse uniformly, without change of temperature, through a space of 25 volumes, then, according to Boyle's law, the air would exert a pressure of $15p/25$ and the gas $10p/25$, and their combined pressures would equal that of the atmosphere outside. This important relation was first established by Dalton and is known as *Dalton's law*. It may be stated as follows: *A mixture of two or more gases having no chemical action upon each other, exerts a pressure equal to the sum of the pressures which would be exerted by each of the constituent gases separately if allowed to fill the containing vessel alone at the given temperature.*

It thus appears that each gas behaves as if no other gas were present, the only effect being a slightly diminished rate of diffusion, owing to the mutual molecular collisions. In general the properties of such a mixture are found to be the sum of the properties of the various gases composing the mixture.

**91. Diffusion of Gases through Porous Partitions. Atmolysis.** A tube, Fig. 55, is partly filled with water, and the right arm closed with a porous cup. Over the porous cup is lowered an inverted beaker filled with hydrogen or illuminating

gas. The water sinks in the right arm and rises in the left, showing an increase of pressure in the cup. Instead of the beaker let a large glass cylinder open at both ends be placed upon a cork on the right arm and the cylinder filled with carbon dioxide which will displace the lighter air, and surround the clay cell. In this case the water rises in the right arm and is depressed in the left, indicating a decrease of pressure in the porous cup. The explanation of these two experiments is very simple. In the first, the lighter illuminating gas diffuses *inward* more rapidly than the air diffuses *outward* and an increase of pressure in the cup results. In the second case the air inside the cup, being lighter than the carbon dioxide, diffuses *outward* more rapidly than the carbon dioxide diffuses *inward* causing a reduction of pressure in the cup.



FIG. 55.

The differences in rates of diffusion for different gases have been utilized for separating a gaseous mixture into its constituent parts. Thus if we pass a mixture of hydrogen, nitrogen and oxygen through a porous tube made from the stems of clay tobacco pipes, and maintain a vacuum about the outside of the tube, we shall find that the hydrogen, being the lightest, will diffuse most rapidly, through the walls of the tube, leaving the nitrogen and oxygen behind. Of course some nitrogen and some oxygen escape also, but the mixture transmitted by the tube is relatively richer in the heavier constituents as indicated by equation (162). Rayleigh and Ramsey were able by this means to separate argon from atmospheric nitrogen. This process of separation of gases was first used by Graham, and was called by him *atmolysis.*

**92. Diffusion of Gases through India-rubber, and through Red-hot Metals.** In 1831 Mitchell observed that toy balloons made of india-rubber collapsed much sooner when inflated with carbonic acid than when filled with air or even with hydrogen. Graham, who studied the phenomenon found that while one volume of nitrogen would pass through a sheet of india-rubber in a given time, 2.56 volumes of oxygen, 5.5 volumes of hydro-

gen and 13.58 volumes of carbonic acid would pass through in the same time. Also the speed with which gases pass through rubber increases very rapidly with increase of temperature.

These remarkable facts do not seem to be connected in any intimate way with the transmission of gases through porous partitions. No simple relation connects the densities of the gases with their speeds of diffusion as in the case of porous septa, and the process of transmission appears to be an entirely different one. The most probable explanation seems to be that the rubber is capable of absorbing and retaining certain amounts of the various gases, with which it comes in contact, the amounts increasing rapidly as the pressure increases. After the surface layer of the rubber has become saturated as it were, with the gas in question, this condition is then passed on from layer to layer of the rubber, until the outside layer is reached. Here, since the pressure is less, the rubber is unable to retain all the absorbed gas and some of it escapes into the adjacent space.

Red-hot metals transmit gases with great facility. The poisonous carbon monoxide passes freely through cast iron at red heat, and from the red-hot cast iron coal stove this deadly gas leaks into the room, almost as water from a sieve. Hydrogen diffuses through a red-hot platinum tube, whose walls are 1.1 mm. thick, at the rate of *490 cubic centimeters per minute, for every square centimeter of surface.* Silver at high temperatures transmits oxygen readily. A glowing tube of palladium, through which is carried a mixture of $CO$ and $H$ separates these gases completely, the hydrogen being transmitted and the carbon monoxide being retained. It thus appears that glowing platinum and palladium act as "semi-permeable membranes" for certain gases, just as certain solid substances do for liquids, in that they allow some substances to pass freely and refuse transmission to others. This peculiarity is of great importance in osmotic phenomena as we shall see later. In all cases of such transmission through rubber or glowing metals, we seem to have to do with a species of solution of the gas on the one side of the partition and of evaporation of the gas from the other side. The same process seems to account for similar behavior in the case of gases and liquid films.

**93. Free Diffusion of Liquids.** If two liquids that do not react chemically upon each other, be left in contact with each other they will of themselves begin to mingle at once and continue until they form one homogeneous liquid throughout. Thus if a solution of copper sulphate be placed in the bottom of a small jar, and carefully covered with distilled water so the line of separation is well defined and the jar be left undisturbed for a few days, we shall see that the blue color of the copper sulphate has risen into the clear water above and that the line of demarcation is no longer sharp between the liquids. The color of the copper salt at the bottom has also become slightly less dense than at first, and the two liquids seem tending toward a uniform color.

This process is called *diffusion* and while resembling the related phenomenon in gases, its progress in liquids is exceedingly slow. For example, if the jar containing the copper sulphate in the above example be made a meter high, the lower half filled with the solution and upper half containing pure water, it would take more than ten years for the solution to assume a uniform color throughout. If the jar were one centimeter high, it would require about ten hours, the time for uniform diffusion varying as the square of the length of the liquid column.

The speed at which a given solution will diffuse through the pure solvent depends upon the nature of the salt and of the solvent, upon the temperature, and to a slight degree upon the strength of the solution. From extended experiments it has been found that those salts having the highest electrical conductivity, have also the highest velocity of diffusion.

**94. Diffusion through Membranes. Osmosis. Crystalloids and Colloids.** As we have seen, if two solutions of different strength be brought into contact, a condition of equilibrium can not, in general, be maintained. A movement of the dissolved substance sets in, *from the concentrated to the dilute* solution, and continues until it is uniformly distributed throughout the liquid. If however, we enclose the solution in a vessel fitted with a manometer tube, and provided with a bottom of some porous substance as parchment or animal membrane, and immerse the whole in pure water we shall find that equilibrium is possible.

The porous membrane refuses transmission to the molecules

of the dissolved substance, while allowing the solvent to enter freely. As a result the solvent crowds in through the membrane and creates an internal pressure, as shown by the rise of liquid in the manometer. This crowding in of the solvent continues until the pressure reaches a definite value depending upon the strength of the solution. After this the tendency of the molecules of the solvent to enter the cell seems to be balanced by the internal pressure and equilibrium ensues.

This unequal diffusion through porous septa is called *osmosis,* and the membrane is termed a *semi-permeable membrane.* The limiting pressure beyond which no more of the solvent enters the cell, is called the *osmotic pressure* for the substance, *at that temperature,* and *for that concentration.*

The phenomenon may be illustrated by the following experiment. A conical vessel attached to a long tube is closed at its larger end by a piece of bladder or parchment, firmly tied on. When the vessel is filled with alcohol to the lower end of the tube, and immersed in a vessel containing water as shown in Fig. 56, the liquid in the tube rises to a considerable hight above the level of the water in the outer vessel.



Fig. 56.

Through the experiments of Pfeffer it was discovered that the best results are to be obtained by attaching the tube to a closed clay cell, the pores of which are filled with a precipitate of copper ferrocyanide. The precipitate is pervious to water but impervious to the dissolved substance. With such a cell, filled with a 3.3 per cent solution of potassium nitrate, Pfeffer obtained an osmotic pressure of 436.8 centimeters of mercury, *or more than 5.7 atmospheres.*

Those substances which pass through animal membranes most readily, such as mineral acids, and neutral salts are generally known in the crystalline form and hence have been called *crystalloids.* Substances like gums, tannin, albumen, starch, etc., which are amphorous in character and do not pass through so readily are called *colloids.* The effects of crystalloids when dis-

solved in water, are very marked in the changes produced in the properties of the solvent. Thus any salt dissolved in water *diminishes its vapor pressure, lowers its freezing point and raises its boiling point.* Colloids on the other hand, when dissolved in water produce scarcely any such effects. Colloidal solutions in general, represent loose mechanical mixtures from which in many cases the substance held in solution may be precipitated by a slight trace of acid or alkali. When mixed with small quantities of water the colloids form jellies, in some of which the structure is so coarse as to be visible under the microscope. This is notably so of the colloidal solutions of the salts of gold, in which the suspended particles of gold form the objects for ultramicroscopic vision by means of transverse illumination. While many of these colloidal jellies transmit crystalloids almost as readily as pure water, they offer great resistance to the diffusion of other colloids.

**95. Osmotic Pressure.** We have seen that the entrance of water through the semi-permeable membrane into the osmotic cell may be prevented by subjecting the enclosed solution to sufficient pressure. This pressure is called the *osmotic pressure,* for the substance in question, and is of great importance since the properties of the solution, such as its vapor pressure, its boiling and freezing points are immediately calculable as soon as this pressure has been determined. Osmotic pressure is also intimately related to the transmission of fluids in the living cell of plant or animal tissues. Thus it has been shown that such a cell when placed in concentrated salt solutions, has its liquid contents diminished by the removal of water; if placed in a solution whose osmotic pressure is less than that of the cell, the cell and its contents are distended by the addition of water.

Oil globules of extreme smallness, floating in water tend more readily to pass bodily through the pores of animal membranes, if some alkali be mixed with the water, since they have a soapy covering and are thus passed through the pores like so much water. (Daniell.)

The following conclusions concerning osmotic pressure are stated by Ostwald as reasonably well determined for dilute solutions:

(*a*) The osmotic pressure depends upon the nature of the substance.

(*b*) The osmotic pressure is proportional to the concentration of the solution, or inversely proportional to the volume in which a definite mass of the dissolved substance is contained.

(*c*) The pressure for a given concentration is proportional to the absolute temperature.

(*d*) Quantities of dissolved substances which are in the ratio of the molecular weights of these substances exert equal pressures at equal temperatures.

(*e*) The pressure is independent of the nature of the membrane provided the membrane is impervious to the dissolved substance.

**96. Dialysis.** The division of substances into *crystalloids* and *colloids* has already been mentioned. A characteristic property of colloids is, that while they pass through porous septa with difficulty *themselves,* they offer no marked resistance to the diffusion of *crystalloids,* but are more or less impervious to other colloids. A result of this property is, that if a mixture of crystalloid and colloid substances be separated from pure water, by a colloidal membrane of a different kind, the crystalloids will soon diffuse into the water while the colloids will remain behind.

This principle has been applied to the separation of crystalloidal poisons from a heterogeneous mass of organic matter in which their presence is suspected. The apparatus as employed by Graham, consists of a hoop, over one side of which has been stretched a piece of bladder or parchment paper, put on wet and held in place by a string. This is slipped inside a second hoop thus forming a shallow dish with a colloidal bottom. This is now floated in a vessel containing distilled water and the substances to be examined are placed in a thin layer on the membranous bottom. If crystalloids be present they will diffuse through into the distilled water, while the colloids are left behind. The water in the lower vessel may then be examined for the suspected poisons by ordinary analysis. The floating dish is called a *dialyzer,* and the process is termed *dialysis.*

## PROBLEMS

1. How high will water stand above hydrostatic level in a tube 0.057 cm. in diameter, assuming the angle of contact to be very small?

2. How much will the level of mercury be depressed in a glass tube 0.067 cm. in diameter, the surface tension being taken as 540 dynes per cm. and the angle of contact as 135°?

3. What is the pressure within a soap bubble 12.5 cm. in diameter if the tension of the liquid be taken as 80 dynes per cm., and what is the total perssure exerted by the film on the gas within.

# ACOUSTICS

## CHAPTER IX

### NATURE OF SOUND

**97. Definitions.** Acoustics is that branch of physics that is devoted to the study of sound and its properties. It differs from other divisions of physics in this respect, that the cause of the phenomena is definitely known, while in Light, Heat and Electricity, the cause is assumed.

In common language the word sound is used in two distinct senses. It may mean the sensations reported to the brain by the auditory nerves, or it may refer to the external cause of those sensations. The psychologist and the physiologist are concerned with the phenomena of sense perception. The physicist is interested in the external disturbance *producing the sense perception*; the conditions of its origin, its mode of propagation, and the variations in the nature of the disturbance corresponding to certain differences in the sensation produced. Accordingly sound is defined by the physicist as *that form of vibratory motion which may be perceived by the ear.* According to this definition sound may exist entirely independent of an ear to perceive or a brain to comprehend.

**98. Origin of Sound.** Sound originates in a vibrating body. "Sound and movement," says Blaserna, "are so correlated that one is strong when the other is strong, one diminishes as the other diminishes, and the one stops when the other stops." A guitar string plucked aside and released gives a musical note, and at the same time seems to spread out into a broad band with a hazy outline, which diminishes to the original size of the string as the sound dies away. The tremulous motion of a bell, may be perceived by placing the hand upon it while it is sounding. A long glass tube if grasped by the middle and rubbed

with a moistened cloth, gives forth a soft musical note, while the vibratory motion may be plainly felt by the hand The air column in an ordinary tin whistle is thrown into vibratory motion when the whistle is blown. The whistle may even be blown by water and the instrument will give forth a soft clear note, produced by the vibration of the stream of water.

**99. Wave Motion.** In Article 29, we have seen that a simple harmonic motion compounded with a uniform motion in a straight line produces a "sine curve." Such a curve may be regarded as arising from a series of equidistant particles arranged along the axis $M_0$ $M_2$, each executing simple harmonic motion at right angles to this axis, but having a common difference of phase; that is, each particle to the right of $M_0$, crosses the axis going in the positive direction, 1/16 *of a period later than its left hand neighbor.* The result of such a system of moving particles is the sinuous form, known as a *sine curve* or *simple wave.* During the time $T$, required for any particle to describe a complete vibration, the disturbance will have run to the right, the distance from $M_0$ to $M_2$; so that when $M_0$ begins its *second vibration,* $M_2$ begins its *first.* Since $M_2$ marks the extreme advance of the wave disturbance at this instant, it may be said to lie on the *wave front.* A wave front is the continuous locus of all points in the same phase of vibration. The distance $M_0$ $M_2$ is called a *wave length,* $\lambda$, and is related to the velocity of propagation $V$, and the time of vibration of the particle $T$, by the equation

$$\lambda = V\,T = \frac{V}{n} \qquad (173)$$

where $n$ denotes the *frequency* or the *number of vibrations,* made by a particle *in one second.*

In the case considered the particles are conceived to vibrate in paths at right angles to the line of propagation of the wave; such a wave is termed a *transverse wave.* Examples are seen in the waves produced in a soft rope when one end is vibrated quickly and regularly in a vertical line.

If the particles vibrate back and forth *in* the line of propagation of the wave, the wave is called a *longitudinal wave.* Such a wave is produced by suspending a long spiral coil of brass

[illegible]

wire between two fixed supports and producing a compression in it by forcing the spirals at one point closer together. The compression runs the entire length of coil.

**100. Characteristics of Wave Motion.** The fundamental characteristic in wave motion is the continuous handing on from point to point in a medium of a periodic disturbance maintained at the source. Such a disturbance produces a series of waves which follow each other at definite intervals and which constitute what is known as a wave train. It is to be observed that wave motion *transfers energy* from one point to another, by means of the *motion of the particles of the medium.*

The individual particles oscillate about their positons of rest, while the *wave form* runs forward. The distinction between the motion of the particle and the motion of the wave is of fundamental importance. It may perhaps be best illustrated by the motion of a wave passing over a field of grain. The wave form runs forward while the individual head of grain simply swings back and forth in a plane parallel with the line of propagation.

Other characteristics of wave motion may be noted as follows:

The disturbance requires time to travel from one point to another.

A medium is required for transmission of the disturbance.

Waves are reflected on meeting an obstacle, the angles of incidence and reflection being equal.

The direction of the wave is changed, that is, the wave is refracted, on entering a medium in which the speed of propagation is different.

Two systems of waves may be added together so as to reenforce each other, if crest meet crest and trough meet trough; or they may be added so as to annul one another and produce rest, when the crests of one system meet the troughs of the other. This is known as *the interference* of wave systems.

Waves, on meeting small obstacles, bend round corners and, uniting with the waves starting from the obstacles, form a series of points of maximum and minimum disturbance. This phenomenon is known as *diffraction.*

Two waves may differ from each other in *amplitude,* in *wave length,* or in *wave form.*

**101. Characteristics of Sound.** A sounding body transmits its vibrations to the surrounding medium and a system of sound waves is the result. The waves of sound are longitudinal in character, the vibrations of the particle taking place in the line of propagation. A comparison of the characteristics of wave motion with those of sound reveals the following points of similarity.

*Sound requires time for its transmission from point to point,* in other words sound travels with a definite velocity, which depends upon the nature and condition of the medium. Examples of this finite velocity of sound are seen in the interval elapsing between the flash of a distant gun and the report of the discharge; or between the appearance of the puff of steam and the sound of the whistle of a distant locomotive, or in the case of the distant woodman who has his axe raised for a second blow before the sound of the former one reaches us.

*Sound requires a continuous, elastic and ponderable medium.* Sound is not transmitted in a vacuum. An electric bell suspended by rubber cords from the inside of a bell jar is silenced on the exhaustion of the air from the jar, although the clapper may still be seen to be moving. On readmitting the air the sound is heard again. Unless the medium be elastic the energy originally imparted to the medium by the vibrating body is largely lost in heat, as in the case of impact between inelastic solids. The medium must also be ponderable, *i. e.*, it must have weight. Sound is a material phenomenon. It is produced by the vibrations of material particles, and requires a material medium for its transmission. Liquids transmit sound better than gases, and solids, better than either.

*Sound is reflected.* Whispering galleries are simply large rooms in which the curved surfaces of the walls or roof serve as mirrors for the concentration of the sound waves at particular points. Speaking tubes are devices for preventing the dissipation of the sonorous energy, by confining it to a certain narrow space, through which it passes by repeated reflections from the sides of the tube. Echoes are examples of the reflection of sound by the walls of buildings, by hills or forests.

*Sound may be refracted.* A large lens-shaped balloon of collodion film, when filled with carbon dioxide acts as a con-

densing lens for sound waves, and brings them to a focus by making the convex wave fronts concave. Beyond the focus the fronts again become convex outward, and the intensity of the sound diminishes.

*Sound waves may be made to interfere.* An illustration of this fact is the peculiar throbbing or beating effect produced when two tuning forks of slightly different frequency, are sounded together.

**102. Sound Waves Longitudinal.** If a bell be struck or a tuning fork be put in motion, the layers of air surrounding the vibratory system are thrown into vibrations of the same period, amplitude and form as the vibrations of the sounding body. This means that when the prongs of the tuning fork or the sides of the bell swing *outward* the layers of air, are crowded together, producing a *condensation.* Since in a gas, all the particles are free to move, this condensation is promptly handed on to the next layer of air particles, and by them to the next, and so on. Each layer swinging *outward* in the same manner as the sounding body, only *a little later in time.* On the *inward* swing of the sounding body the layers of air immediately surrounding the body *are rarefied* by the receding body, and the pressure of the air from without promptly fills the rarefied space, only to produce a *rarefaction* where the *adjacent layers had been.* In this way the rarefaction is handed on from point to point, as the counterpart of the *condensation* that preceded it. On the next *outward* swing of the body a second condensation is produced followed by a second rarefaction, and the phenomenon continues while the motion lasts. Now since the condensation and rarefacation each occupy one half a vibration in their production, it follows that *they together constitute the two parts of the sound wave,* and that the distance from one condensation or rarefaction to the *next* condensation or rarefaction is a *wave length,* $\lambda$, of the sound in question. Also in the condensation the motion of the particles is *forward,* and in the rarefaction it is *backward,* the wave running its own length during the time of a single vibration of the particles. Since these vibrations are *in* the line of propagation of the disturbance it follows that *sound waves are longitudinal.*

**103. Fundamental Differences. Loudness of Sound.** Two sounds as perceived by the ear may differ in three respects. They may differ in *intensity*, in *pitch* or in *quality*. These three fundamental differences in sense perception owe their existence to fundamental differences in the vibratory movements producing the sensations. It has already been noted that two waves may differ from each other in *amplitude*, in *wave length*, or in *wave form*. It will be shown later that these three fundamental differences in wave motion determine the three fundamental characteristics of sounds as perceived by the ear.

*Loudness* or *intensity* of sound denotes in rough measure the kinetic energy of the vibrating medium as reported by the ear. Obviously in so complex a phenomenon as sense perception no rigid measure of the absolute intensity of a sound is possible. Not only does the same sound appear of different intensity to two different observers, but to the same observer on different days and in different states of health and nerve tension. Comparisons of the relative intensity of two or more sounds of the same general character are possible, however, and show that the intensity of sound depends essentially upon three things.

(*a*) *Upon the amplitude of vibration of the sounding body.* We have seen that two waves of the same frequency may differ in the relative excursions executed by the vibrating particles. From elementary considerations it may be seen that if the excursions of the particle be increased, the velocity of the particle must be proportionally increased, since the vibrations in each case are executed *in the same time*. The velocity of the vibrating particle is therefore proportional to the amplitude. But the kinetic energy of the particle is proportional to the *square of the velocity*, and consequently to the *square of the amplitude.*

(*b*) *Upon the area of the sounding body.* The effect of area in modifying the loudness of a sound produced by a given body, is essentially a question of transference of energy. A tuning fork when once set in motion, possesses a definite amount of kinetic energy. If the fork be held in the hand, the sound produced is faint, but continues for several seconds. If the stem of the fork be placed firmly upon the top of a table the note becomes loud and strong and soon dies away. In the latter case the top of the table is thrown into co-vibration with the fork, and

the volume of air that is energized by this means is greatly increased. The store of energy is spent in the production of sound in a much shorter time. In hydrogen the sound of the fork is very weak, but the motion continues much longer.

(*c*) *Upon the distance from the sounding body.* The intensity of sound varies inversely as the square of the distance from the sounding body. This is known as "the law of inverse squares," and may be demonstrated as follows: Suppose a single sharp sound has been produced at a point $O$, as a center. This represents a definite amount of energy. Now at any instant this energy is resident on a spherical shell of radius $r$, and of area $4\pi r^2$ cms. If we call the intensity of sound $I$, the kinetic energy possessed by unit area of this shell, then the total energy is $4\pi r^2 I$. An instant later this energy has been transferred to a shell of radius $r_1$, on which the intensity is $I_1$, hence the total energy on the shell is $4\pi r_1^2 I_1$.

Therefore

$$4\pi r^2 I = 4\pi r_1^2 I_1 \qquad (174)$$

whence

$$\frac{I}{I_1} = \frac{r_1^2}{r^2} \qquad (175)$$

or the intensity of sound varies inversely as the square of the distance from the sounding body.

From a physical standpoint the intensity of a sound is best defined as the *quantity of energy passing in unit time through unit area of a surface placed at right angles to the direction of the sound.* From this definition accurate measurements of the intensity are possible, but their realization is difficult and involves considerations beyond the limits of an elementary text.

# CHAPTER X

## VELOCITY OF SOUND

**104. Experimental Determinations.** The problem of determining experimentally the velocity of sound in air presents peculiar difficulties. The nature of the problem demands that the measurement be made in free, open air, where the disturbing effects of winds, which vary both in magnitude and direction, and of local differences in temperature, are unavoidable and beyond the control of the observer. To these are added the errors of observation attendant upon measurements depending upon sense perception.

If the measurements are made by one observer who notes and records the time of seeing a flash, and of hearing the report of a distant gun, then each observation is affected by the errors due to the reaction periods of both sight and hearing. By this is meant the time required for any observer to see and record the flash, and to hear and record the sound. The reaction period for sight is different from that for hearing. The error for each operator is termed his "personal equation." Not only do these errors vary with different operators, but they vary with the varying conditions of health of the same operator on different days, and with the intensity of the sound. No allowance is made for the time occupied in transmitting the flash, since for small distances this time is practically zero.

A study of the various errors just mentioned has influenced the selection of methods of observation. If cannon be used as the source of sound, the method of "reciprocal firing," whereby the sound is transmitted first in one direction and then in the other between two stations, has been used to eliminate in large measure the errors due to the wind. This, however, requires two observers, and introduces errors arising from differences in "personal equation" which are difficult to determine and cannot in general be wholly eliminated by exchange of observers. In the

Case 1:06-cv-00601-EJD Document 46-5 Filed 08/08/2008 Page 136 of 150



experiments of Stone in 1871, two operators about three miles apart, recorded the time of hearing the report of a cannon placed some 640 feet distant from the first operator. On exchanging operators the error from "personal equation" was reduced to 0.02 sec.

The mean of Stone's results, reduced to 0°C., was 1090.6 feet per second, or 332.4 meters per second.

More accurate determinations of this important constant, made by Violle and Vautier give for the velocity of sound in air at 0°C., the value

$$V = 331.36 \frac{m.}{sec.}$$

and this value is now generally accepted as the best result yet obtained.

**105. Experiments of Regnault.** Between the years 1862 and 1866 Regnault carried on an exhaustive series of experiments for the determination of the velocity of sound both in the open air and in the water and gas pipes of Paris. In his researches Regnault made use of an automatic recording apparatus, by means of which an electric current was broken at the instant of firing the gun, and the interruption of the current was recorded upon a smoked paper carried upon the drum of a chronograph. At the receiving station the sound wave entered a wide cone, at the smaller end of which it impinged upon a thin rubber membrane, and setting it in motion broke a second electric current, and so completed the record upon the cylinder of the chronograph. By this means it would seem that the difficulties of personal equation were entirely obviated, but it was found that the membrane itself required time to receive and record the sound wave. The motion of the air particles can not be imparted to the membrane instantly, and so a delay is caused in making the record, which is not constant but increases as the sound grows more faint. Regnault made experiments to determine the amount of this error, and allowed for it in his computations.

In his experiments upon the velocity of sound in tubes, Regnault arrived at the following conclusions:

(*a*) In cylindrical pipes the intensity of the sound wave decreases with the distance, and more rapidly in small tubes than in large ones.

(*b*) The velocity of sound diminishes with the intensity. Loud sounds travel faster in tubes than faint ones.

(*c*) The velocity of sound in pipes increases as the diameter of the pipe increases, tending toward a limit in very wide tubes.

(*d*) The velocity is independent of the pressure, and of the mode of production of the sounds.

Regnault gave as the result of his investigations, after all corrections had been applied, the value for a faint sound in a very wide tube, at 0°C.

$$V_0 = 330.6 \frac{m.}{sec.}$$

**106. Theoretical Velocity of Sound.** From purely theoretical considerations concerning the condition of the medium through which the sound wave passes, Newton, in 1686, developed a formula for the velocity of sound,

$$V = \sqrt{\frac{e}{d}} \qquad (176)$$

where $d$ is the density of the medium and $e$ its coefficient of volume elasticity. This formula applies directly in the case of liquids and solids, while for gases, it leads to erroneous results unless there be applied certain corrections, the nature of which will appear later.

In the application of this formula to gases, it is to be shown that the coefficient of volume elasticity $e$, is, for ordinary sounds, equal to the pressure to which the gas is subjected. Thus let $P$, $V$, and $d$ represent the pressure, volume and density, respectively of a given mass of air. Let the pressure be increased by a small increment $dp$, and as a result of this increase, let the volume be diminished by a small amount $dv$, *the temperature remaining constant.* Then by Boyle's law we have

$$\frac{P}{P + dp} = \frac{V - dv}{V} \qquad (177)$$

or

$$\frac{dp}{P + dp} = \frac{dv}{V} \qquad (178)$$

whence

$$\frac{dp}{\frac{dv}{V}} = P + dp \qquad (179)$$

but the left hand member of this equation is by definition the coefficient of volume elasticity, $e$, (Article 51), hence $P+dp=e$.

For ordinary sounds the change in pressure $dp$, produced in the condensation or rarefaction, is negligible as compared with the atmospheric pressure, and hence may be disregarded. Under this assumption our formula becomes,

$$V=\sqrt{\frac{P}{d}} \qquad (180)$$

where $P$ is the reigning barometric pressure, and $d$ the corresponding density of the air.

This would indicate that the velocity of sound is independent of the intensity, and this assumption seems to be sustained by observation in the case of all sounds where the change of pressure $dp$, produced by the condensation is negligible in comparison with the barometric pressure, $P$. In disturbances where $dp$ is not negligible, the velocity is represented by the formula

$$V=\sqrt{\frac{P+dp}{d}} \qquad (181)$$

and increases as the intensity increases. In loud sounds, as those produced by explosions or the discharge of cannon, the change in pressure $dp$, may even exceed $P$. Captain Parry, who made a series of measurements upon the velocity of sound in the arctic regions, relates that the report of a cannon was frequently heard by a distant observer, before the command to fire. Other observers have repeatedly found that very loud sounds travel more rapidly than those of ordinary intensity.

**107. Application of Newton's Formula.** It has been said that Newton's formula $V=\sqrt{\frac{P}{d}}$ does not apply directly to the case of gases. If the values of $P$ and $d$ be substituted in this formula we have for standard conditions, $P=1{,}012{,}630$ dynes per sq. cm., and $d=0.001293$ g. per cc. Whence

$$V=\sqrt{\frac{1{,}012{,}630}{0.001293}}=27{,}927\ \frac{cm.}{sec.}$$

This is only 84 per cent of the velocity of sound as determined by experiment. The discrepancy between the theoretical and observed value was recognized by Newton, who sought to account for the difference by means of a number of ingenious suppositions, none of which, however, were justified.

**108. Laplace's Correction.** It was not until 1816 that the error in Newton's formula was pointed out and corrected by Laplace. In Article 106, it was noted that for small disturbances the coefficient of volume elasticity *e*, in the formula

$$V = \sqrt{\frac{e}{d}}$$

could be replaced by the pressure *P*, to which the gas was subjected.

This deduction was made upon the assumption that Boyle's law would hold for the phenomena. This would mean that the air in which the condensations and rarefactions of the sound wave were produced should remain throughout *at a constant temperature*; or in other words, that the condensations and rarefactions were to occur under *isothermal conditions.*

Laplace pointed out that in the case of a sound wave, where the compressions and rarefactions follow each other at the rate of several hundred per second, there could be no mention of isothermal conditions, since there could be no time for the air to assume a uniform temperature. The coefficient of elasticity of the air, that really does enter the equation for the velocity of sound, is therefore to be determined, under the condition that *no heat is to escape from the gas when it is compressed, and none is to come to it when it is rarefied.* Such conditions for a gas are called *adiabatic conditions,* and the coefficient of elasticity of a gas obtained under such conditions is called *the coefficient of adiabatic elasticity.*

Now it is well known that if a mass of gas be compressed suddenly, its temperature is raised, and the elastic tension of the gas is greater *because of this increase in temperature.* Careful experiment has shown that for air, the coefficient of *adiabatic elasticity* is 1.41 times the coefficient of *isothermal elasticity.*

Hence the pressure $P$ must be multiplied by 1.41 to represent the facts. The corrected formula is therefore

$$V = \sqrt{\frac{1.41\,P}{d}} \qquad (182)$$

When the correcting factor is introduced into the computations in the previous article we have

$$V = \sqrt{\frac{1.41 \times 1{,}012{,}630}{0.001293}} = 332.3\,\frac{m.}{sec.}$$

which agrees admirably with the value found by experiment.

**109. Correction for Temperature.** Since the air is free to expand, an increase in temperature of the air as a whole, will affect the *density* of the air, but will leave the pressure unchanged. If $a$ be the coefficient of expansion for gases, then any bulk of air at 0°C. will have a bulk $(1 + a\,t)$ times as large at $t$°C. Since the densities are inversely as the volumes, then $d_t$, the density of the air at $t$°C., will be given by the equation

$$d_t = \frac{d}{1 + a\,t}$$

Hence the velocity of sound at $t$°C. will be

$$V_t = \sqrt{\frac{1.41 \times P}{d_t}} \qquad (183)$$

or

$$V_t = \sqrt{\frac{1.41 \times P(1 + a\,t)}{d}} \qquad (184)$$

If $V_0$, be the velocity of sound at 0°C., then

$$V_t = V_0\sqrt{1 + a\,t} \qquad (185)$$

If we set $t = 1$°C. and $a = 0.003665$, then the *increase* in velocity for a rise in temperature of 1°C. is

$$V_1 - V_0 = 331.36\sqrt{1 + 0.003665} - 331.36$$

$$= 0.00183 \times 331.36$$

$$= 0.606\,\frac{m.}{sec.} \text{ or } 23.8\,\frac{in.}{sec.}$$

Hence the velocity of sound increases about 60.6 cm. per second, or 23.8 in. per second for an increase of 1°C.

**110. Velocity of Sound in Solids and Liquids.** For solids and liquids Newton's formula is applicable at once. For copper the coefficient of elasticity, *e*, is about $12 \times 10^{11}$ dynes per sq. cm. and $d = 8.8$ g. per cc., therefore

$$.V = \sqrt{\frac{12 \times 10^{11}}{8.8}} = 369300 \frac{cm.}{sec.} = 3693 \frac{m.}{sec.}$$

For water the density is 1 gram per cc. and the *compression for an increase in pressure of one atmosphere* is 0.0000499; hence

$$V. = \sqrt{\frac{1,012,630}{1 \times 0.0000499}} = 142500 \frac{cm.}{sec.}$$

$$= 1425 \frac{m.}{sec.}$$

The best experimental determinations of the velocity of sound in water give a mean result of 1435 meters per second.

# CHAPTER XI

## REFLECTION AND SUPERPOSITION OF SOUND WAVES

**111. Huygens's Principle.** Suppose a sound wave originate at *a*, as a center of disturbance. The wave will travel outward in space in all directions in the form of a spherical shell. Let Fig. 57 represent the trace on the plane of the paper of a section through this wave shell. At the end of a certain time, the wave will have reached the position *m c n*. This surface, marking the location of all points in the same phase of vibration, is by definition a *wave front*. At an instant later it will have taken the position *m′d n′*, and all points in this new wave front will be vibrating with the same motion possessed *now* by the points on the wave front *m c n*. The disturbance at the center has thus reached any point in *m c n* by the disturbance of all points in the medium through which it has passed. Hence the subsequent disturbance at any point outside the wave *m c n* is to be regarded as the resultant effect produced at that point, of all the wave disturbances originating in the individual points of the wave front *m c n* as centers.



FIG. 57.

According to *Huygens* we are to consider *every point on a wave front as a new center of disturbance, from which waves are propagated outward as from the original center, and the effect at any point external to the wave is to be regarded as the resultant of the combined action of all these elementary waves.*

If we take all the points on the wave front *m c n* as centers and about them describe small circles representing the limits reached by the elementary waves in a very short space of time, then it will be seen that these little waves unite to form a *new wave front,* which is a common tangent or *envelope* to them all. This is to be regarded as the new wave front. Professor Stokes

has shown that the elementary waves destroy each other except at the surface of their common envelope.

**112. Reflection of Sound.** Sound waves are reflected regularly from any smooth surface of different density from that of the medium in which they are travelling, and the sound seems to come from some point behind the reflecting surface. By a "smooth" surface is to be understood a surface whose inequalities are small in comparison to the wave lengths to be reflected. Thus a brick wall, a hillside or even a row of trees may present a surface that is relatively smooth to the waves of sound, while for the reflection of light waves only the most highly polished surfaces are "smooth."

Tyndall showed that sound waves are reflected not only from solids and liquids but from layers of gas of different density as well. Thus a flame from a fish-tail gas burner and the heated air above it, reflect sound waves to a marked degree. In the same way ascending currents of warm air over parts of the earth unequally heated by the sun, serve to reflect and scatter sound waves, as do also ascending layers of air loaded with water vapor.

In some cases the nature of the sound is modified by the nature of the reflecting surface, as in the case of a sharp clear sound reflected by the separate bars of a picket fence. Here the separate pickets act as independent sources of sound waves and the short sharp sound comes back as a clear musical note of definite pitch.

Echoes are produced when the reflecting surface is at a distance of more than 16.5 meters. The ear can not separate syllables occurring more rapidly than about ten per second. Hence a sound and its echo will be heard separated if the distance to the reflecting surface is greater than half the distance sound would travel in one-tenth of a second.

Applications of the principle of reflection of sound are seen in the speaking trumpet or megaphone, the ear trumpet, the stethoscope, and in the curved surface of the external ear which acts as a reflector to concentrate the sound waves into the auditory canal.

**113. Reflection at End of Cylindrical Pipe.** A case of special interest is found in the reflection of a sound wave at the end of a tube or pipe in which it is travelling. If the reflections occur in a closed pipe, against the solid end of the pipe, the direction of the wave is reversed, but the nature of the disturbance is not reversed, a condensation is reflected as a condensation and a rarefaction as a rarefaction. This is expressed by saying that at the closed end of a pipe the sound wave is reflected with change of sign in the *velocity*, but without change of sign in the *condensation.*

At the end of an open pipe, however, the result is different. When the disturbance reaches the open end of the pipe the last layer of air having no longer an opposing resistance in front, as it had within the tube, swings outward beyond its position of equilibrium, dragging after it the adjacent layers one after another. A new disturbance thus enters the tube at the open end, in the nature of a rarefaction, and is propagated backward while the original condensation pursues its course in the free air. This is expressed by saying that reflection occurs at the open end of a pipe, *without change of sign in the velocity, but with change of sign in the condensation.* At the open end of a pipe therefore, a condensation is reflected as a rarefaction and *vice versa.* This principle will be found of great importance in the theory of open and closed organ pipes.

**114. Superposition of Sound Waves.** If two stones be dropped a small distance apart into still water, each is seen to become the center of a system of circular waves, widening in all directions as they run. If the two sets of waves cross each other they are seen to pursue their own way in each case as if there were no other wave on the surface of the water. In general, when two systems of waves traverse a medium simultaneously, while the elevation or depression of either alone relative to the disturbed surface is the same as it would have occasioned if the other were not there, yet the total displacement of the surface relative to the undisturbed level, is at any point and at any instant the algebraic sum of the disturbances which each of the systems would produce separately.

If an elevation of the first system be superposed upon an

equal elevation of the second system, the total hight of the water above the original level will be double that of one of the two waves alone. If an elevation of one system meet an equal depression of the other system the original level is not changed.

In a similar way, sound waves, when coexistent in the same medium, form at every instant composite waves, made up of the separate systems. This superposition of wave systems is termed *interference.*

**115. Principle of Interference.** If we consider two identical sources of sound, $A$ and $B$ (Fig. 58*a*), such that the vibratory motions in each are at every instant equal and in the same direction, then it is clear that at every point in a plane $P P'$, normal to the line $A B$ at its middle point, the movements produced by the joint action of the two sets of sound waves will agree at every instant. In other words in this plane the two wave systems meet everywhere *in the same phase.* The *velocity* and the *displacement* will be larger than those from either source separately. The intensity of the sound will therefore be a maximum in this plane.




FIG. 58.

In any other plane drawn through $AB$, the *displacements* and consequently the *intensity* will present a series of fixed maxima and minima. For our purpose it will be sufficient to consider the vibratory motion producing the sound to be divided into half vibrations, equal and opposite; *i. e.,* to consider each wave to be made up of rarefaction and condensation, and the motion of the air particles in these parts to be equal and opposite. If we consider the disturbance from the point $O$, (Fig. 58*b*), along two lines $OM$ and $OM'$ very near to each other, so that we may assume that the motions have experienced the same conditions in passing from $O$ to $M$ and $M'$, then we shall find the particles in $M$ and $M'$ to be in the *same phase of vibration* if the difference of the distances $OM$ and $OM'$ be an even number of half wave lengths. They will be in *opposite phase* if the difference of the

paths $OM$ and $OM'$ be an *odd* number of half wave lengths. In the first case the velocity and displacement of the two particles at $M$, and $M'$, will be equal and in the same direction, in the second, they will be equal and in opposite direction.

From the foregoing considerations we see that when sound waves from two identical sources $A$ and $B$ (Fig. 58*a*), meet at a point $Q$, the velocities will add if

$$AQ - BQ = 2n\,\lambda/2 \qquad (186)$$

and will subtract if

$$AQ - BQ = (2n + 1)\,\lambda/2 \qquad (187)$$

that is, according as the difference of path $AQ - BQ$, is an *even* or an *odd* multiple of $\lambda/2$.

Hence for maximum intensity the difference in path is an *even* number of half wave lengths, for minimum intensity the difference in path must equal an *odd* number of half wave lengths. In this way two equal sounds may be added together so that at certain points in space they will mutually reënforce each other, and the sound will be very loud; in other points where the vibrations meet in opposite phase, one sound added to another may produce silence.

**116. Curves of Maximum and Minimum Intensity.** The interference of waves from two identical sources of sound may be shown graphically by the following construction: About the point sources $A$ and $B$ (Fig. 59), describe arcs of circles with equal radii, where the full line arcs denote condensations and the dotted arcs represent rarefactions. The shortest distance between any two concentric arcs of the same kind is therefore some multiple of the distance from one condensation to another condensation, or from one rarefaction to another, *i. e.*, some multiple *of a wave length* $\lambda$, of the sound in question. Similarly the distance between a full line arc and the next adjacent dotted arc described about the same center, is *a half wave length.*

From the foregoing considerations it is evident that at all points on the line $CP$, normal to $AB$ at its middle point, the two sets of waves *meet in the same phase,* condensation from $A$ meeting condensation from $B$, and rarefaction from $A$ meeting rare-

faction from $B$ as indicated by the intersection of the corresponding arcs. The dotted line $CP$ is therefore ***a line of maximum intensity,*** and the remaining dotted lines cutting $AB$, being also loci of particles in the same phase of vibration are ***also lines of maximum intensity***. The full lines on either side of $CP$, drawn




FIG. 59.

through the intersections of rarefactions from $A$ with condensations from $B$, or *vice versa,* are consequently lines of ***minimum intensity of sound.*** These curves are all hyperbolae, defined by the equation

$$AQ - BQ = \pm n\lambda/2 \tag{188}$$

where $Q$ is any point whatever, and $n$ is any integer 0, 1, 2, 3, &c. The lines of maximum intensity are given by the even values of $n$, and those of minimum intensity by the odd values.

We should remember that there is *no loss of energy* due to interference. At the maxima the amplitude is *double,* and the energy *four times* that due to a single source. At the minima, the amplitude and the energy are both zero. Hence the average energy over the surface is *twice* that due to a single source, as it should be.

### 117. Experiments Illustrating Interference.

*(a) Sources Identical.*

If a tuning fork be sounded and rotated slowly before the ear, an intermittent or pulsating sound will be heard. At four certain positions, it will be found that the sound of the fork seems to disappear almost entirely, only to reappear again in force on moving the fork. In this case the two identical sources are the two prongs of the fork, which are vibrating in opposite phase as indicated in the arrows—(Fig. 60). As the prongs approach, there is a rarefaction on the outside of each prong at *f* and *g*, and a double condensation on the inside, starting out toward *d* and *e*. These two sets of motions differing in phase by half a period meet along the dotted lines and produce a minimum motion at all points in these lines. Outside these lines the sound may be heard as usual.




FIG. 60.

To show that this is a true case of interference the fork may be held over a resonator which responds loudly, and rotated till the sound falls to a minimum. On slipping a small cylinder of paper over one prong of the fork, so as to cut off one set of waves, the sound reappears, but disappears again if the paper be removed.

If a large fork or organ pipe be sounded in a large room and an observer walk about the room, certain places will be found where the sound is uncomfortably loud while at others almost no sound is heard. In this case interference occurs between the direct waves from the fork and the systems of waves reflected from the sides of the room.

*(b) Sources not Identical.—Beats.*

If two tuning forks, tuned to unison and furnished with resonance cases, be sounded together, a full even tone is heard. If now the prongs of one fork be weighted with wax, so as to decrease slightly the frequency of that fork, we shall find that when sounded together, the forks give out a throbbing or beating

tone. If the pellets of wax be made larger the number of beats per second, increases.

In this case the phase difference $\lambda/2$ is not due to the difference in path traversed by the waves from the sources, as hitherto, but has resulted from a difference in the *frequencies* of the two forks. If the forks make respectively 100 and 101 vibrations per second, then the second fork gains one vibration upon the first every second. Under these conditions, if the two forks *started* together in the same phase, they would be in opposite phase at the end of half a second, and in coincidence of phase again in another half second. From this it appears that two forks whose frequencies are $m$ and $n$ vibrations per second will make $m - n$ beats per second.

Two organ pipes of the same pitch, when mounted upon a wind chest, will give loud beats if while they are sounded, a card be slipped slightly over the lip of one of the pipes. A tuning fork mounted upon a resonance case and sounded gives distinct beats if carried rapidly *toward* or *away* from a reflecting wall. The experiment may be rendered more striking by swing- the fork as a pendulum, while sounding, at a short distance from the wall.

## CHAPTER XII

### MUSICAL RELATIONS

**118. Pitch.** The pitch of a sound depends upon the vibration frequency of the sounding body. When the number of vibrations per second is great the pitch of the tone is high or *acute,* when small the pitch is low or *grave.* If two sounds are produced by the same number of vibrations per second they are said to have the same pitch, or if sounded together, they are said to be in *unison.* ***Musical sounds*** are those which produce a pleasing effect upon the ear and ***have a definite pitch.*** A noise is a confused mass of sonorous vibration in which the ear is unable to detect any definite pitch. In a musical sense, the pitch of a sound may also refer to the relative position of the sound upon some arbitrary scale of reference adopted by musicians.

The pitch of a sound may be determined by means of an instrument called the siren (Fig. 61). The siren consists of a pasteboard or metal disk, bearing on its circumference a series of concentric circular rows of equidistant holes about 3 mm. in diameter, and mounted on an axis which can be rapidly revolved in front of a nozzle delivering air from a blower. When an opening comes in front of the nozzle the air rushes through, forming a condensation, followed by a rarefaction during the interval in which the air is cut off. In this way is formed a series of regular puffs, which gradually blend into a low musical tone, whose pitch rises as the speed of rotation of the disk increases. The siren tone may be tuned to that of the given note, and its frequency determined from the angular velocity of the disk and the number of holes passing the nozzle in one revolution.



FIG. 61.