**119. Musical Intervals.** When two tones are sounded together the ear recognizes a certain relationship, or want of relationship between them, dependent upon their relative pitch, but entirely aside from their absolute vibration frequencies. This relationship is termed a *musical interval,* and is expressed as a simple ratio between the vibration frequencies of the two tones in question.

A number of these ratios have specific names in musical nomenclature, arising for the most part from the number of the note in the series. The interval between two notes whose vibration frequencies are in the ratio 1/1 is called *unison*; 2/1, an *octave;* 3/1, a *twelfth;* 4/1, the *double octave;* 3/2, a *fifth,* 4/3, a *fourth;* 5/4, a *major third;* 6/5, a *minor third;* 5/3, a *major sixth;* 8/5, a *minor sixth.*

This completes the list of so-called *consonant intervals,* although the list may be and probably will be extended in the course of time. It is interesting to note that the third, both major and minor, were originally classed among the dissonant intervals, and the minor third was not regularly used until the middle of the eighteenth century.

**120. The Diatonic Scale.** The rule for consonant intervals extends to combinations of several sounds. In order that three or more tones when sounded together may be concordant it is necessary that their respective intervals not only with the fundamental, but also with each other, should be expressed by simple ratios. Thus when we sound together three notes whose frequencies are as 4: 5: 6, there is produced a pleasing effect. This combination of three tones is called a *major triad.* The diatonic scale is built upon three sets of such triads.

The notes of the scale are indicated by the letters *C, D, E. F, G, A, B, c.* These letters may represent the frequencies of the various notes as well.

In the key of *C*, the three major triads are

$$\left.\begin{array}{l} C : E : G \\ G : B : d \\ F : A : c \end{array}\right\} 4 : 5 : 6 \qquad (189)$$

The vibration ratios in terms of *C*, the fundamental, are obtained as follows:

$$\frac{E}{C} = \frac{5}{4} \text{ or } E = \frac{5}{4}C$$

$$\frac{G}{C} = \frac{6}{4} \text{ or } G = \frac{3}{2}C$$

$$\frac{B}{G} = \frac{5}{4} \text{ or } B = \frac{5}{4}G = \frac{5}{4} \cdot \frac{3}{2}C = \frac{15}{8}C$$

In this way the frequencies of the entire seven notes may be expressed in terms of the fundamental *C*, the octave *c*, being set equal to 2*C*, and we have the following relations between the various notes of the scale.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Frequency** | 64 | 72 | 80 | 85⅓ | 96 | 106⅔ | 120 | 128 |
| **Name** | *C* | *D* | *E* | *F* | *G* | *A* | *B* | *c* |
| **Syllable** | *Do* | *Re* | *Mi* | *Fa* | *Sol* | *La* | *Si* ▭ | *Do* |
| **Ratio** | $\frac{1}{1}$ | $\frac{9}{8}$ | $\frac{5}{4}$ | $\frac{4}{3}$ | $\frac{3}{2}$ | $\frac{5}{3}$ | $\frac{15}{8}$ | 2 |

| Intervals | C–D | D–E | E–F | F–G | G–A | A–B | B–c |
|---|---|---|---|---|---|---|---|
| | $\frac{9}{8}$ | $\frac{10}{9}$ | $\frac{16}{15}$ | $\frac{9}{8}$ | $\frac{10}{9}$ | $\frac{9}{8}$ | $\frac{16}{15}$ |

The fractions termed intervals are obtained by dividing each ratio by that of the note immediately below it.

From this it appears that in the perfect diatonic scale there are three different intervals, 9/8, 10/9, 16/15. The first two are termed *whole tones*, and the last a *half tone*.

The *minor triad* is composed of three notes whose frequencies are as 10: 12: 15, and the *minor scale* is built upon three of such triads. The vibration ratios for the various notes in terms of the fundamental may be obtained in the same way. It will be found that three addtional notes will be needed, viz., three notes below *E*, *B* and *A*, in order to produce the minor scale.

**121. Transposition.** In order to accommodate different voices or instruments, it is frequently desirable to change the key-note of the scale from *C* to some other note in the scale. The vibration ratios would then have to be applied to the *new key note* as a fundamental, and the corresponding frequencies for the several notes computed. If it were desired to begin

the scale with *D*, then on computing the frequencies for the scale it would be found that, besides the key-note *D*, and its octave *d*, the *G* and *B* were right and that the *A* and *E* differed but slightly from the required frequency, but the notes *F* and *c* would be found to be too low in each case. This must be remedied by the introduction of two new notes *F* sharp, and *c* sharp, in order to sing or play in the key of *D*. These two sharps are introduced at the beginning of the staff and form the signature of the key.

**122. The Tempered Scale.** Since each change of key entails the introduction of new notes, both for major and minor scales, it is apparent that the number of notes demanded for each octave, in order to render a piece of music in any key, would be very greatly increased, so much so indeed, that in the case of an instrument of fixed tone, as the piano or organ, it becomes practically impossible to manipulate so many keys. On this account a compromise system known as the system of *equal temperament*, has been adopted. In this system the whole tones are made all alike, and the half tones are half the whole tones. In other words *there is an equal interval between each pair of consecutive notes*. There are thus added five new tones to the octave, making thirteen tones in all. The common ratio between the frequencies of any tone and the tone next above it is the *twelfth root of 2*, or 1.059. In any instrument tuned to this system the only accurate intervals are the octaves, all the others being slightly false. The fifths are slightly flat and the thirds are too sharp. Music rendered in this system is considered inferior to that played in just intonation. Trained singers and performers upon instruments like the violin or slide trombone are free from the limitations of the system of equal temperament, and in many cases approximate closely the intonation of the diatonic scale.

## CHAPTER XIII

### VIBRATORY PHENOMENA AND RESONANCE

**123. Composition of Vibrations at Right Angles.** In the study of vibratory motion, some curious and beautiful results are obtained from combining two simple harmonic motions at right angles to each other. Owing to the rapid motion of sounding bodies the eye is unable to follow them and some special device is necessary. In Fig. 62 are shown two tuning forks *L* and *M*, each furnished with plane mirrors, one set to vibrate vertically, the other horizontally. If now a beam of light from *R* be allowed to fall upon the mirrors successively and be reflected to the screen *S*, when the fork *L* is set vibrating the spot is seen drawn out into a vertical band. Similarly if the fork *M* be set in motion and *L* kept at rest, the spot is drawn out into a horizontal band. If the two forks are vibrated at the same time, the spot is made to follow the motion of the two vibrating systems and traces the characteristic curves shown in Fig. 63.




FIG. 62.

If the frequencies of the two forks be in the ratio of 1:1. then the characteristic figure will be an ellipse, having for its special forms the two straight lines. If the tuning of the fork be exact, the figure is motionless upon the screen and gradually decreases in size as the amplitude of the vibration of the forks sinks to zero. In most cases, however, the tuning is only approximate, and the figure takes the successive forms indicated passing from left to right and back again. When the figure has run through

the complete cycle we know that one of the forks has gained or lost one complete vibration as compared with the other. We have thus a method of observing beats optically, and determining the relative frequencies of vibrating bodies with great precision.



FIG. 63.

In the figure are shown the curves for the intervals 2:1 and 3:2. The characteristic forms for zero difference of phase are given in the first vertical column, those for a phase difference of ⅛ period in the next column and so on. After the figures have reached a phase difference of half a period, the forms recur in the reverse order.

This experiment was first described by the French physicist Lissajous, in 1857, and the curves are known as Lissajous' curves. The method is applicable to the study of any vibrating system upon which a bright point as a minute globule of mercury can be fixed, while the fork with which the system is to be compared, is armed with a lens of low power through which the mercury globule may be viewed by a microscope.



FIG. 64.

The same figures may be obtained by means of the Blackburn's pendulum, shown in Fig. 64. In this apparatus a heavy lead disk carries a funnel filled with sand, ink, or other material for leaving a trace of the motion upon a prepared paper beneath it. The disk is hung from two cords about one meter in length, and over the two cords is slipped a small ring *r*,

se 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 6 of



by means of which the system is divided into two pendulums of different period, hung from the same support. On setting the disk vibrating it traces the figures characteristic of the ratios represented by the square roots of the lengths of the entire pendulum and the part below the ring.

**124. Graphical Method for Lissajous' Figures.** Draw two concentric circles (Fig. 65), with radii proportional to the amplitudes, $a$ and $b$, of the two harmonic motions, and through their common center $O$ draw the rectangular diameters $AB$, $CD$.

Divide each quadrant of both circles into the same number of equal parts; some multiple of four is usually most convenient. Through the points of division of the circle $AB$ draw lines parallel to $CD$, and through the divisions of $CD$ draw lines parallel to $AB$. The resulting rectangle of sides $2a$ and $2b$ will contain all the figures arising from any possible combination of two simple harmonic motions of commensurable periods; and the curves will, in general, be tangent to the sides of the rectangle. The center of the circles corresponds to a phase difference of zero between the two components, that is, to $\delta = 0$; and it is taken as the starting point for tracing all curves of phase difference zero or $\pi$.



FIG. 65.

If, as in Fig. 65, the circles have been divided into sixteen equal parts, then each point of intersection on the diameter $AB$ corresponds to a phase difference of $2\pi/16$ or $\pi/8$, that is, to one-sixteenth of a period. Hence if we start to trace a curve from $a$ in the figure instead of from $O$, we shall produce the curve corresponding to a phase difference of $\pi/8$. This means that at the instant when the $y$ component passes through $AB$ in the positive direction, and the $y$ displacement is

therefore zero, the $x$ component has already reached $a$ in the positive direction, or is in advance of the $y$ component by $Oa$ or $\pi/8$. In like manner $b$ corresponds to a phase difference of $\pi/4$, $c$ to $3\pi/8$, and $A$ to $\pi/2$. Returning toward $O$, it will be seen that $c$ also corresponds to a difference of phase of $5\pi/8$, $b$ to $3\pi/4$, $a$ to $7\pi/8$, and $O$, to $\pi$, with larger values for points to the left of $O$.

Suppose now that we wish to trace the curve corresponding to the vibration-frequencies one to two, two for the horizontal and one for the vertical component, and with no difference of phase. Starting from $O$ we count two points horizontally to the right and one up and reach $I$; again two to the right and one up for point $II$, and so continue, numbering the points in order until we pass through the starting point in the same direction as at first, being careful always to complete the motion in one direction before beginning the retrograde motion. An excellent check upon the accuracy of the location of the points is found in the fact that points equidistant from the axis of symmetry $AB$, differ in number by eight in every case, that is, by half a vibration.

If now a smooth curve be traced through the points in order we see that the moving point, being subject to both motions, describes two spaces horizontally and one vertically in the same interval of time, and consequently passes through the corners of rectangles two spaces long and one space high in every case. The spaces themselves increase or decrease according to the simple harmonic law. Great diversity of figure may thus be obtained with successive differences of phase between the two component motions.

To combine two motions of frequencies two to three, we should simply count three spaces in one direction and two in the other and proceed in other respects as already described.

**125. Free and Forced Vibrations.** If a system when displaced from its position of equilibrium is urged to return to that position by forces, either internal or external, which vary directly as the displacement, it will, when freed from the disturbing force, execute simple harmonic vibrations about its position of equilibrium as a center. The *period* of such a vibration *depends upon the nature of the system,* and is independent of either the ampli-

tude of vibration, or of the forces tending to oppose the vibration, provided each be small. Such a vibration is called a *free vibration,* and the period is termed the *free or natural period* of the system.

In the ideal case of no friction, a body once started would continue to vibrate forever since there would be nothing to stop it. In nature, however, all vibrations are checked with more or less promptness by means of opposing forces which may be designated under the general name of friction. In such cases the amplitude gradually decreases to zero, while the period remains constant, and is independent of the friction, provided it be small. Such a vibration is termed a *damped vibration.* Examples of *free vibration* are seen in the motion of a simple pendulum, of a guitar string or of a tuning fork when bowed and allowed to swing freely.

When a system that is free to vibrate, is subjected to the action of a periodic force that varies as an harmonic function of the time, we have the conditions necessary for a *forced vibration.* The ensuing motion is the response of the system to the impressed, external force, and continues so long as the force continues. Examples of *forced* vibration are seen in the motion of the pendulum of a clock or the balance wheel of a watch, in the vibration of a tuning fork driven by an electric current, or of the sounding board of a piano or body of a violin. Since any free vibration is always more or less damped, and therefore soon sinks to zero, it follows that any *maintained* vibration is a *forced* vibration; the motion of the vibrating system being maintained by an external impressed force which varies with the time. The *period of the forced vibration* is the *period of the force,* and the amplitude is proportional to the force.

The characteristics of *free* and *forced* vibrations may be contrasted as follows: A *free* vibration gradually *dies away* on account of frictional forces. A *forced* vibration *is maintained* so long as the impressed force continues, and when it ceases the free vibration ensues and gradually sinks to zero. The *period of a forced vibration* is the *period of the impressed force,* while the period of a *free vibration* depends upon the *constitution of the system,* and is entirely independent of the forces causing it, so long as the amplitude is small.

**126. Resonance.** A special case of *forced vibration* is that in which the period of the impressed force coincides with the free period of the system. In such a case the system rapidly absorbs energy from the individual, periodic pulses, and soon vibrates with large amplitude. Theoretically it is due to the friction alone that the amplitude does not become infinite. *It thus appears that a system free to execute vibrations of a definite period is capable of selecting and absorbing from the surrounding medium, energy in the form of vibrations of the same period as those which it can execute.*

This is known as the *principle of resonance*, which finds its applications in every department of physics. Resonance depends upon the cumulative effect of small impulses applied to a system at exactly the proper time to produce the maximum effect.

**127. Illustrations of Resonance.** Two strings stretched upon a sonometer if tuned to unison, will mutually transmit vibratory motion, by means of synchronous impulses sent through the air and through their common support. If either string be set in vibration the other begins to vibrate.

Let two heavy pendulums of the same period be mounted upon a wooden frame which yields slightly to their motion, and let one be set vibrating while the other remains at rest. In a few minutes it will be seen that the second pendulum is acquiring vibratory motion through the support. Its motion gradually increases until the two are swinging with equal amplitude, but with a *phase difference of half a period*. The second pendulum continues to lag behind the first, gradually absorbing its energy until the first is brought to rest, after which the phenomenon is repeated in the reverse order.



FIG. 66.

If a tuning fork be held over the mouth of a tall jar partly filled with water, it will be found on pouring in more water, that for a certain length of air column the sound of the fork is powerfully reënforced. If the fork be removed and a blast of air from a flat tube be blown across the top of the jar, the sound produced will be in unison with that emitted by the fork. The cylinder thus behaves as a stopped organ pipe and

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 10 of



the air column is very nearly equal to one-fourth the wave length of the sound produced by the fork. The hollow wooden cases used to support tuning forks, are in reality closed or open pipes tuned to reënforce the tone of the fork.

Let two tuning forks mounted upon suitable resonance cases and accurately tuned to the same pitch, be placed at opposite ends of a room. If one be bowed and then quieted, it will be found that the other is sounding audibly. Accurate tuning is necessary for success in this experiment. If a number of forks of different pitch be sounded together, the second fork responds to none but the one of its own frequency. Obviously the fork can absorb from the air only those wave lengths of sound which it itself can emit.

A heavy bridge is often set to vibrating vigorously by the foot-falls of a small dog trotting across it. Soldiers when crossing a bridge are commanded to break step to avoid the possibility of synchronous vibration of the bridge.

The resonators of von Helmholtz (Fig. 67), consist of hollow sphere of brass, furnished with a tubular opening for the reception of the sound wave, and opposite it a small conical tube to be inserted into the ear. The free period of the enclosed mass of air determines the pitch of the tone to which the resonator will respond. To all other tones it remains practically silent. By means of a series of such resonators von Helmholtz was enabled to pick out the various overtones in the note of a piano string, and thereby to *analyze* a sound into its constituent tones.



Fig. 67.

**128. Stationary Vibrations.** Suppose one end of a long flexible cord be fixed and the other end be moved quickly up and down by the hand in a vertical plane. For each up and down motion of the hand a single pulse will run the length of the cord, be reflected at the fixed end and retrace the length of the cord, to be reflected again at the hand. In each case the reflection of the pulse in the cord will involve a *change of sign* both in the motion and in the nature of the disturbance itself, since a depression in the cord is returned as an elevation, and an elevation as a de-

pression. After two reflections therefore, the disturbance will have traversed the length of the cord twice and will be identical both in *direction* and *kind* with the original disturbance, and may be regarded as starting out anew.

If now the hand be maintained in simple harmonic motion, a series of harmonic waves will run along the cord and be reflected at the fixed end as before. Each wave after two reflections will coincide both in *direction* and *kind* with the new outgoing wave, if the time required to travel twice the length of the cord be some *whole* number, *k,* times the period of the motion maintained by the hand. In other words if

$$\frac{2l}{V} = k\ T \qquad (190)$$

where $l$ is the length of the cord, $V$ the velocity of the pulse along the cord, $T$ the period of the motion, and $k$ is *any interger* as 1, 2, 3, 4, etc.

Under the above condition it is clear that any disturbance however small will soon be increased sufficiently to set the cord into vibrations of wide amplitude at all points where the direct and reflected waves *coincide in phase.* Such points are called *antinodes, or ventral segments.* At certain other points, however, the incoming and outgoing waves meet in *opposite phase* and produce points of *minimum motion;* such points are called *nodes.* As a result of the superposition of the direct and reflected waves the cord is broken up into a series of vibrating segments, $V$, (Fig. 68), separated by points of minimum motion $N$.

Such a vibratory motion is called a *stationary vibration* or a *stationary wave.* The distance from one node to the next, or from one antinode to the next is *one half wave-length of the pulse in the cord.* Stationary vibrations may thus be set up in any medium capable of transmitting wave motion, and the phenomena of nodes and antinodes developed according to the principles just laid down. In all cases, the distance from *node to node,* or from *antinode to antinode* is $\lambda/2$, *for the medium in question.* From *node* to *antinode* is $\lambda/4$.



Fig. 68.

In all cases of sustained tones, as those from organ pipes, tuning forks, piano, violin, or guitar strings, the vibrating medium, whether air column, bar, or string, is executing *stationary vibrations,* and consequently presents the characteristic feature of stationary waves, *i. e., nodes* and *antinodes.*

X **129. Laws of Transverse Vibrations of Strings.** A string fastened at the ends and vibrated transversely, executes stationary vibrations as described in the previous article. The vibration of the string gives rise to a note of definite pitch, dependent upon the physical constants of the string and upon its mode of vibration. The condition for stationary vibration is

$$\frac{2l}{V} = k\,T_{,} = \frac{k}{n} \qquad (191)$$

where $n$ is the frequency of the note produced by the string. Of the various modes of vibration dependent upon the value of $k$, the simplest is that in which the string vibrates as a whole, with a node at each end. In this case $k = 1$, and

$$n = \frac{V}{2l} \qquad (192)$$

This vibration is called the *fundamental vibration,* and the tone the *fundamental* or lowest tone given by the string.

It may be shown mathematically that the velocity of a *transverse wave* in a thin, flexible string, of density $d$ and radius $r$, when stretched by a tension of $T$ dynes, is given by the expression

$$V = \sqrt{\frac{T}{\pi r^2 d}} \qquad (193)$$

If we substitute this value for the velocity in the equation for the frequency, we have

$$n = \frac{1}{2l}\sqrt{\frac{T}{\pi r^2 d}} \qquad (194)$$

Hence the freqency of the fundamental tone emitted by a string vibrating transversely, varies

(*a*) Inversely as the length of the string.

(*b*) Inversely as the radius of the string.

(*c*) Inversely as the sqare root of the density of the string.
(*d*) Directly as the square root of the tension.

These laws are deduced theoretically from the case of a long, thin and perfectly flexible string, and are very nearly realized in the case of silk or gut strings. If metallic strings are used, the rigidity of the string acts as an added tension, thus making the frequency higher than the formula would indicate.

**130. Melde's Experiment.** If a thin, flexible cord some four meters long be attached to some convenient source of simple harmonic motion, and the tension be properly adjusted, the laws of vibrating strings may be verified by experiment.

In Melde's experiment one end of the cord is attached to one prong of a vertical tuning fork, and the other end carrying a pan is passed over a light pulley. If the prongs of the fork stand normally to the cord, then the end of the cord will be displaced longitudinally at each vibration of the fork. At the forward swing the cord relaxes and drops down, rises and stretches tight on the backward swing of the fork, passes the position of rest and rises above on the next forward swing, falls to the middle on the backward swing and to its lowest position again on the forward swing. The fork has thus made *two complete* vibrations, for a *single vibration of the cord,* or the cord in this position vibrates an octave lower than the fork.

If the tension be properly adjusted by weights placed in the pan, the cord opens out into a wide spindle which remains fixed while the vibration contines. If the tension be reduced to one-fourth its value, the velocity of the pulse will be one-half its previous value, and the cord will now present two spindles with a node in the center. One-ninth the original tension will give three spindles and two nodes. This verifies the law of tensions.

If the fork be rotated about a vertical axis so that its vibrations are normal to the length of the cord, the cord will vibrate in unison with the fork, and for the original tension, it will divide into *two spindles,* where it previously vibrated in *one.* Since *each half* now vibrates in unison with the fork, while before the whole cord vibrated an octave *below* the fork, the law of lengths is demonstrated.

**131. Segmental Vibration.** It has been shown that a string may execute stationary vibrations under the conditions that

$$\frac{2l}{V} = kT = \frac{k}{n}$$

This means that the frequency of the tone emitted by a string may depend upon *its mode of vibration,* as well as upon its *tension, length, diameter or density.* In the case of a string sounding its fundamental, $k$ is unity and the string *vibrates as a whole,* with nodes at the two ends. This is the simplest mode of vibration. The next simplest is when the string is divided into two segments with a node in the middle. In this case $k = 2$, and the frequency is double that of the fundamental. This tone may be drawn from a string by holding it at its middle point with a thin shaving of cork and bowing it lightly at about one-ninth its length from one end. Here the string may be considered as made up of two strings of equal length vibrating in unison, and producing a tone an octave above the fundamental. In a similar way the string may be broken up into three, four, five, six, or any number of equal segments, corresponding to the integral values of $k$. The frequency of the tones in each case is inversely as the length of the segments, and consequently if the string vibrate in three segments, the frequency is *three times* that of *the fundamental*; if it vibrate in fourths, the frequency is *four times* the fundamental; if in fifths, five times, etc.

The experimental demonstration of segmental vibration is most readily accomplished by means of a piece of piano wire about four meters long, tightly stretched between two bridges clamped to the top of a long table. One end should be attached to a key or screw in order to vary the tension at will. A series of stiff paper markers should indicate the aliquot parts of the string, as the thirds, fourths, sixths, etc. A thin shaving of cork should be slit and fixed upon the wire so as to slide freely upon it. Little riders of white and colored paper, may be distributed along the wire, with the white ones at the aliquot parts.

If the cork be held at one-eighth the length of the wire and the bow be applied, gently at first, then more vigorously, the riders at the eighths will remain seated while all the others will be thrown off. The frequency of the tone emitted by the string will

be eight times that of the fundamental. In a similar way the string may be made to vibrate in sixths, fifths, fourths, thirds and halves, the position of the cork marking a node in each case. If the cork be *not* upon some aliquot point, no satisfactory vibration and no note of definite pitch can be produced, hence *we conclude that a uniform string may vibrate as a whole, or in any number of equal parts, and the frequency of the note emitted will be proportional to the number of parts.*

**132. Overtones.** If the piano wire of the preceding experiment be vigorously bowed and then damped at one-fourth its length, the note will be observed to change its character. The fundamental will disappear and the second octave, a note whose frequency is four times that of the fundamental, will be heard instead. This shows that while the string was *vibrating as a whole,* it was also *vibrating in fourths,* and further, that the note emitted was made up of the *fundamental tone, and the second octave.* By successively bowing the string, and damping it at the middle, and at one-third its length, the first octave and the twelfth are found to be present when the string vibrates freely.

It thus appears that a string may at the same time vibrate as a whole and divide into several sets of equal segments, thus giving rise to the fundamental and also to tones whose frequencies are much higher than that of the fundamental. The higher tones thus obtained are termed *overtones,* or *upper partials.* In case their frequencies are exact multiples of that of the fundamental the entire series are called *harmonics,* in which the fundamental is properly termed the *first,* the first octave the *second,* the twelfth the *third harmonic,* and so on, since these tones represent a series in which the frequencies are as 1 :2 :3 :4 :5, etc.

If we consider the key of *C,* the first ten harmonics, counting the fundamental as the first, are $C$ (1), $c$ (2), $g$ (3), $c_1$ (4), $e_1$ (5), $g_1$ (6), $c_2$ (8), $d_2$ (9), $e_2$ (10); where the *seventh harmonic* lies between $a_1$ and $b_1$ and may be represented by $b_1$ flat.

Of these tones it will be observed that the first six harmonics are consonant tones, and if sounded together, would produce the effect of a *perfect major chord.* In a string of uniform dimensions and homogeneous structure, the frequencies of the *upper partials* approach very nearly the exact relation demanded for

harmonics. It is for this reason that the music from stringed instruments is so rich and pleasing.

Again, it is clear that if the string be bowed or struck at its *middle point,* that point can not by any possibility be a node. Hence all partial tones which require the presence of a node at the middle of the string must of necessity be absent. The discordant effect of the seventh and ninth harmonics of a string are avoided in the case of a piano by having the hammer strike the wire at a distance of a little less than one-seventh the length of the string from one end.

## PROBLEMS

1. Show that the right and left hand members of the equation

$$V=\sqrt{\frac{e}{d}}$$

are of the same dimensions.

2. Assuming the velocity of sound in air at 0°C. to be 331.36 meters per second, calculate the velocity in hydrogen at the same temperature, having given the mass of one liter of hydrogen = 0.0896 grams.

3. Find the temperature at which the velocity of sound in air is 356 meters per second.

4. The flash of a hunter's gun is seen and after five seconds the sound is heard. Required the distance from the observer to the hunter, the temperature being 22°C.

5. Colladon and Sturm measured the velocity of sound in the waters of Lake Geneva, and found that it travelled 1435 meters per second, the temperature being 8.1°C. Compute the coefficient of elasticity for water at this temperature.

6. A wire 50 cm. in length, and of mass 80 gm. is stretched so that it makes 100 complete vibrations per second. Compute the stretching force.

7. A string is attached to one prong of a tuning fork and

after passing over a smooth peg is stretched with a force of $32 \times 10^3$ dynes. When the string is parallel to the motion of the fork it vibrates steadily in three segments. What tension is required to make it divide into two segments? Into five segments?

8. What tension is needed to have the above mentioned string divide into eight segments, when the string stands at right angles to the motion of the fork?

9. Determine the vibration frequency of an air particle in a sound wave 10 meters long.

10. If the first syllable of an echo reaches the ear three seconds after the spoken word, how far distant is the reflecting surface? ($t = 20°$C.)

11. A stone is dropped into a well and the sound of the splash is heard after five seconds. How deep is the well, if the temperature be 10°C.?

12. An open organ pipe 120 cm. in length, is tuned correctly when the room temperature is 20°C. What will be the change in its frequency when the temperature rises to 32°C.?

13. A workman strikes a blow with a hammer upon one end of an empty iron water pipe, 600 meters long. A second workman placing one ear against the other end hears two sounds. How far apart are they in time? Temperature 20°C.

14. A string carrying a small globule of mercury is viewed through a lens fastened to one prong of a tuning fork, placed at right angles to the string. The fork has a frequency of 128. The fork is bowed and the string is tuned until the ellipse seen through the lens, makes one complete rotation in 6 seconds. If more tension be added the Lissajous' figure rotates faster. What is the per cent of error if this tuning be assumed as correct?

## CHAPTER XIV

### VIBRATION OF AIR IN PIPES AND CAVITIES

**133. Vibration of Air Columns.** In many musical instruments the vibrating body is a column of air in a pipe. Although the shape of the column and the mode of excitation may vary, yet the general principles of vibrating bodies will apply with but slight modification. When a series of similar pipes of the same diameter but of different lengths, are sounded by blowing in turn across the ends of each, it will be found that the frequencies of the sounds produced are practically inversely as the length; that is, a slender pipe 10 cm. long will give a note approximately one octave higher than a similar pipe 20 cm. long, and two octaves higher than one 40 cms. long.

If a tuning fork be held over a vertical pipe, the lower end of which is connected with a water supply for varying the length of the enclosed air column, it will be found that for a certain level of the water the air column in the pipe responds loudly to the vibrations of the fork. If pipes of different diameters are used it will be found that under similar conditions, the length of pipe responding to a given fork is nearly constant, diminishing slightly as the diameter increases. Again if a closed pipe 20 cm. long respond to a given fork it will be found that an open pipe of the same diameter and same length will respond to a fork an octave higher than the first fork. This shows that *the pitch of an open pipe is an octave higher than that of a closed pipe of the same length.*

**134. Length of Organ Pipe and Wave Length of Fundamental Tone.** (*a*) *Open pipe.* Suppose an open pipe, Fig. 69, have placed before one end, a tuning fork or other suitable vibrator, which sends a series of sound waves into the pipe. Then *for the pipe and the tuning fork to vibrate in unison,* it is



FIG. 69.

necessary for the reflected wave to return to the end *B*, in the

proper phase to unite with the outgoing wave. This means, that when the fork starts to swing from $a''$ to $a'$ a condensation is sent into the pipe and runs the length $BA$ while the prong moves the distance $a''a'$. At the open end $A$, the condensation is reflected as a rarefaction (Article 117), which starts into the tube at $A$ at the same instant that a rarefaction enters at $B$, due to the backward motion of the prong from $a'$. These two rarefactions meet at the center of the tube, producing a *double rarefaction* for an instant, and pass on to the open ends to be reflected as condensations, at the instant the fork begins a second swing from left to right. The condensation at $B$ unites with a new condensation from the fork, and the combined condensations run in at $B$ while the reflected condensation enters at $A$. The two condensations meet at the middle forming a *double condensation* at that point, just half a period later than the double rarefaction.

The disturbance is thus seen to travel the length of the pipe twice during one complete vibration of the fork, or, for the fundamental tone of the open pipe

$$\frac{2l}{V} = T \qquad (195)$$

whence

$$2l = VT = \lambda \qquad (196)$$

This shows that for an open organ pipe *the wave length of the fundamental is twice the length of the pipe.*

(*b*) *Closed pipe.* In the closed pipe the fork on its swing from left to right sends in a condensation which runs to the closed end and being reflected as a condensation runs back to the open end where it emerges and combines with the out-going condensation caused by the fork on its swing from right to left. At the same time the emerging condensation is reflected *into* the pipe at the *open end* as a rarefaction which combines with the rarefaction left in the rear of the fork on its passage from right to left. The condensation or the rarefaction has in each case run the length of the pipe *twice* during *half* a vibration of the fork, or for unison with the fundamental,

$$\frac{4l}{V} = T \qquad (197)$$

whence

$$4l = VT = \lambda \qquad (198)$$

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 20 of



That is, the wave length of the fundamental of a closed organ pipe is *four times the length of the pipe.* If we compare this result with that obtained for the open pipe, we see that the wave length of the closed pipe is double that of an open pipe of the same length, or the fundamental of a closed pipe is an octave lower than that of an open pipe the same length.

**135. Nodes in Open and Closed Organ Pipes.** In the open pipe it was shown that a node existed in the middle, at which point there existed alternately double rarefactions and double condensations at intervals of half a period. A node therefore in a vibrating air column is to be considered *as a place of maximum change of density, but of minimum motion.* In an open pipe there is *always an antinode at each end,* since at the open end the motion is unrestricted. For the fundamental in an open pipe therefore, there is a node in the middle and an antinode at each end, or the pipe contains *one-half wave length* (Fig. 70-*A*). If the pipe be blown more strongly it gives its first octave, the air column breaks up into segments, with a node at one quarter the length of the pipe from each end, and an antinode at the middle and at each end. In this case the pipe contains *two half wave lengths,* and the corresponding note is an octave above the fundamental (Fig. 70—*B*).



FIG. 70.

The second overtone is given by the air column forming three nodes, one at *one-sixth* the length of the pipe from either end and at the middle, with antinodes between. In this case the pipe contains *three half wave lengths,* and the frequency of the tone is three times that of the fundamental (Fig. 70—*C*), and so on for higher tones. *Hence in an open pipe all the overtones are present.*

In a closed pipe, *there is always a node at the closed end,* since the air is at rest there, and as usual there is an antinode at

the open end. For the fundamental the pipe contains *one-fourth wave length* (Fig. 70—*D*).

The first overtone in the closed pipe is given by the air column forming a new node, at one-third the distance from the open end. The pipe thus contains *three fourth wave lengths,* and the tone has three times the frequency of the fundamental (Fig. 70—*E*). The second overtone produces a node at *one-fifth* and *three-fifths* the length of the pipe from the open end. The pipe contains *five fourth wave lengths,* and the frequency of the tone is *five* times that of the fundamental (Fig. 70—*F*). *Hence in closed pipes only those overtones are present whose vibration frequencies correspond to the odd multiples of the fundamental.*

**136. Quality of Sound.** By means of his analysis of musical sound von Helmholtz decided that the *quality* of a sound depends upon the number of overtones associated with the fundamental and upon their relative intensities, and is independent of their differences in phase. Quality of sound depends upon the form of the sound wave. In the ear the various constituents of a complex wave are separated and noted, and the effects of the various combinations distinguished. Von Hemlholtz showed not only by direct analysis, but also by synthesis that the sounds of certain musical instruments consist of definite overtones combined with the fundamental. By means of a series of tuning forks each of which gave a simple tone, he was able successfully to reproduce the notes of various musical instruments, and even to imitate most of the vowel sounds of the human voice.

An admirable instrument for the analysis of sound is found in the manometric capsule devised by Koenig. A cylindrical box (Fig. 71), is divided into two separate, air-tight compartments by a flexible diaphragm *D*, of thin rubber, or gold beater's skin. Into one of the compartments *A*, are introduced the sound waves by means of the funnel *M*. The compartment *B*, contains illuminating gas, which enters through the tube *C*, and is ignited



FIG. 71.

at the tip *E*. If a condensation impinge upon the diaphragm, the gas in *B*, is compressed and the flame leaps up; if a rarefaction enter *A*, the pressure in *B* is less and the flame is drawn down. If a musical note be sung into the funnel, the flame vibrates in unison with the air particles in *A*, and if it be viewed in a rotating mirror, the eye can determine at once the nature and constitution of the sound. In Fig. 72 the upper picture represents the appearance in the mirror when a simple tone is sounded in the funnel. The middle line represents the appearance of the flame when the octave of the first note is sounded, and the third shows the effect of combining the two. Manometric capsules may be attached to each of a series of resonators and the combination affords a means of instantly determining the composition of any note sounded in its vicinity.



FIG. 72.

**137. Kundt's Experiment.** The principle of resonance has been ingeniously applied by Kundt to the measurement of the velocity of sound in solids or in gases. A long glass tube



FIG. 73.

(Fig. 73), some 6 cm. in diameter is furnished at one end with a loosely fitting piston, and has the other end closed by a sheet of thin rubber. A rod of brass or other metal is held by its middle point in a vise and one end is furnished with a disk of stiff paper which rests against the rubber membrane of the glass tube. The inside of the tube is dusted with fine cork filings or amorphous silica.

When the rod is stroked with a piece of chamois skin covered with a little rosin, it gives a loud clear note. It vibrates lon-

gitudinally, with a node in the center, after the manner of the air in an open organ pipe. The paper disk communicates the vibrations of the rod to the air in the tube, and when the length of the enclosed air column has been properly adjusted by means of the piston, the cork dust is tossed about into little heaps owing to the resonance of the air with the note emitted by the rod.

As we have already seen, the conditions of resonance demand that the path run over by the disturbance from the end of the rod, to the end of the air column and back again, must be some even number of wave lengths, since the tube is closed at each end, and the motion is twice reflected with change of sign in direction, but without change of sign in condensation. When resonance has been established the powder in the tube assumes the appearance shown in Fig. 73. The nodes being points of minimum motion, are marked by small circles of the cork filings, while the antinodes are shown by transverse heaps of dust, where it has fallen at the cessation of the sound.

In Article 125, it was shown that the distance from *node* to *node* is a half wave length of the disturbance in the medium. The nodal lengths in the air may be readily measured from the circles of powder, and the half wave length of the sound in air computed. Since the rod behaves as an open organ pipe sounding its fundamental, it follows that the length of the rod is *one half wave length of the sound in brass.* If $V_a$ and $V_b$, $\lambda_a$ and $\lambda_b$ represent the velocities and wave lengths of sound in air and brass respectively, then, since the period is the same in each case, we have

$$\frac{V_b}{V_a} = \frac{\frac{\lambda_b}{2}}{\frac{\lambda_a}{2}} \tag{199}$$

or

$$V_b = V_a \frac{\lambda_b}{\lambda_a} \tag{200}$$

For gases, an additional tube with powder is fitted up and placed in contact with the other end of the rod. From the measured

lengths of the nodal distances in the gas and air the computation is made as given above.

**138. Mouth Pieces.** The various forms of wind instruments differ chiefly in the mode of excitation of vibration of the enclosed column of air. That part of the instrument in which such vibration is excited is called the mouth piece. Mouth pieces may be divided into three classes.

(*a*) Those in which the air is blown *across* a sharp edge or across an opening, as in the common tin whistle, the organ pipe, or the flute.

(*b*) Those in which the air is forced *through* an opening, either partially closed by an elastic tongue or reed which swings through, as in the common cabinet organ, harmonica, accordion, etc., or closed by a reed which shuts *down upon* the opening, as in the clarionet, oboe and bassoon.

(*c*) Those in which the air is forced through a slit formed of two elastic membranes. This form of mouth piece is made by cutting off the ends of a wooden tube obliquely on opposite sides and tieing two strips of thin rubber over the faces so formed, so as to leave a narrow slit along their line of junction. If air be blown through the slit a note will be produced, whose pitch will be modified by the body of air in the tube.

**139. Vocal Organs.** Of all musical instruments the larynx, the organ of human speech and song, is the most wonderful, both on account of its simplicity as well as for its extreme delicacy and range.

The larynx may be briefly described as box formed of three plates of articulated cartilage which are moved by muscles, placed at the upper end of the trachea or windpipe.

The base of the larynx is formed of a large ring of cartilage called the *cricoid* (ring shaped) cartilage. Attached to this is the *thyroid* or shield-shaped cartilage, which is bent in the shape of a *V*, and fastened to the edges of the *cricoid* ring by its sides, the point of the *V* being turned to the front, forming the projection on the front of the throat known as "Adam's apple." At the back of the *cricoid* are fastened two small pointed cartilages, the *arytenoid* (funnel shaped) cartilages. Stretching between the *arytenoid* cartilages to the inner sides of the *V* shaped *thyroid*

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 25 of



are two elastic membranes, one fastened to each leg of the *V*. These are the *vocal chords, cc,* Fig. 74. Just above these are two folds of mucous membrane, known as the *false vocal chords, ff*, Fig. 74.



Fig. 74.

When the peak of the *thyroid* is not drawn down, the vocal chords are lax and the breath passes freely between them as in ordinary breathing. But when the peak of the thyroid is pulled down by the muscles attached to it, the vocal chords are stretched, the arytenoid cartilages move nearer to each other, and the thin, sharp edges of the vocal chords form a narrow slit across the wind pipe, through which the air is forced causing them to vibrate as the rubber membranes in the third form of mouth piece described in Art. 138.

The pitch of the tone produced by the vocal chords, depends upon their size, length and tension. The tension is controlled by the attached muscles, so that the singer can vary at will the pitch of the tone produced.

The quality of the sound produced, is modified by the resonant qualities of the cavities of the mouth, throat, and nasal passages.

**140. The Ear.** The human ear consists of three well marked divisions, termed the ***external, middle*** and ***internal ear.*** The external part includes the familiar appendage at the side of the head, and the auditory canal, or ***meatus, M*** (Fig. 75), in which is shown a section through the right ear.

The meatus is closed by the *tympanum,* or eardrum, ***m t***. This separates the external from the middle ear, and acts as a receiving membrane against which the sound waves impinge.

In the middle ear is found a chain of three small bones—the hammer (*malleus*), *m*; the anvil (*incus*), *i*; and the stirrup (*stapes*), *s*.

The handle of the hammer is attached to the tympanum and the base of the stirrup rests against the membrane of the *oval window,* a small oval opening into the inner ear. The middle

ear communicates with the external air by means of the *Eustachian tube E,* which leads to the upper part of the throat.

The internal ear or labyrinth, is seated deep in the skull, and communicates with the middle ear by two openings in its bony case, the *oval window,* and the *round window, fr.* It consists of three parts: the *vestibule, V*; the *semicircular canals, h, vp, va*; and the *cochlea,* or snail-shell, *c,* all of which are filled with a watery fluid.




FIG. 75.

The cochlea is a tapering tube, coiled up like a snail-shell, and divided longitudinally, into two compartments. These are formed by a bony partition, extending out from the axis of the spiral, and two membranes joined to its edge and attached to the walls of the tube. In the fluid of the cochlea between the two membranes, are found about 3000 rods of different length, known as the rods of Corti. These rods are fastened to the lower membrane, standing in two parallel rows, which extend its whole length. The rows lean toward each other, each rod being joined to its opposite neighbor. A nerve filament from the brain is connected to each pair of rods. A large number of stiff, elastic hairs are also found floating in the fluid of the vestibule and attached to the membrane on its sides.

The process of hearing begins in the transmission of the sound waves to the drum of the ear through the air. From the ear-drum the vibratory motion is transferred by the small bones, to the yielding membrane of the oval window, and transmitted to the enclosed liquid of the vestibule and the cochlea, by which it is transmitted to the nerve filaments attached to the rods of Corti. It is thought that the function of these rods is to resolve sounds into their components and to report the individual components to the brain. It is assumed that such resolution is effected through resonance; each pair of rods responding to some specific tone. The hair like extensions of nerve filaments in the vestibule are thought to aid in the perception of sounds that are lacking in tonal or musical quality.

The semicircular canals *h, va,* and *vp* (Fig. 75), are so placed that one lies in a horizontal plane, the second in a vertical plane from front to back, and the third in a vertical plane from right to left. These canals seem to have no connection with the sense of sound, but are regarded as the organ of the sense of equilibrium. Animals from which one or more of these tubes have been removed seem to experience great difficulty in maintaining their equilibrium.

# OPTICS

## CHAPTER XV

### FUNDAMENTAL PHENOMENA

**141. Definitions.** Optics is that branch of physics which has for its object the study of the nature of light and the circumstances of its propagation. In *Geometrical Optics*, the circumstances of the transmission of light are deduced from certain laws established by experiment. In *Physical Optics* these laws are explained, in accordance with certain assumptions regarding the constitution of matter and the nature of the space which it occupies. Geometrical optics makes no assumptions regarding the *nature* of light, but through the application of certain geometrical laws which are true whatever the nature of light may be, it deduces important formulæ and explains many optical phenomena. Physical optics, on the other hand, explains many phenomena that cannot be accounted for upon geometrical principles, and anticipates in many cases the results of experiment.

A body which emits light of itself as the sun, the fixed stars, lamps, etc., is said to be *self luminous*. Bodies which emit no light of themselves, but which shine by reflected light are called *non-luminous* bodies.

If a body transmit light freely, it is said to be *transparent*. If it transmit light but poorly, so that the outlines of a body can not be seen through it, it is called *translucent*. An *opaque* body is one that transmits no light. As usual in physical properties these distinctions are not absolute. No substance is perfectly transparent, neither is any entirely opaque.

A *ray* of light denotes nothing more than the straight line along which light is propagated. A symmetrical collection of rays about some axis is called a *pencil*. If the rays meet at a point, such a point is called the *focus* of the pencil.

Any space or substance in which light can be propagated, is called a ***medium***. Only istropic media are considered in geometrical optics. In the study of the transmission of light in different media, the plane in which the ray is assumed to lie, is the plane containing the normal to the surface of the medium. The angle of *incidence*, of *reflection* or of *refraction* is the angle included between the normal and the *incident*, *reflected* or *refracted* ray. In isotropic media, these angles all lie in the same plane.

**142. Nature of Light.** The most casual observation shows that when light is transmitted from one body to another, energy is transmitted at the same time. Living plants and animals are stimulated and influenced by the action of light. Certain chemical reactions are induced by light; a mixture of hydrogen and chlorine in equal volumes explodes on exposure to the sunlight.

Again, light is developed only at the expense of energy in some other system, as in the falling stars and meteors, in the filament of an incandescent lamp, in the flame of a candle or in the faint glow of the fire-fly. The source of all energy is the sun. The energy of the sun requires a little over eight minutes to traverse the gulf of intervening space between the sun and the earth. The question arises, where was the energy during that interval of eight minutes? Now since the only way in which energy can be transferred from one body to another remote from it, is either by the bodily transference or matter, as in the case of a projectile, or by disturbing the medium surrounding the second body, the answer to the foregoing question necessitates a choice between two assumptions. Either we are to assume that light is transmitted across space in the form of small particles which carry the energy with them, or we must assume the existence of a continuous medium in space through which light is transmitted in some form of wave motion. No third mode of transferring energy is conceivable.

The first of these assumptions lay at the bottom of the corpuscular or emission theory as elaborated by Newton. The assumption of an hypothetical medium underlies the undulatory theory as founded by Huyghens and developed by Young and Fresnel. This hypothetical medium is called the ether. It is assumed to fill all space and permeate all bodies, to be incom-

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 30 of



pressible, of infinite elasticity, to offer no resistance to the passage of bodies through it, yet to be capable of resisting a shearing stress. Such a medium is at present absolutely necessary for the explanation of the phenomena of light, heat, and electricity.

The undulatory theory of the propagation of light, is universally accepted today, and although in the articles under Geometrical Optics no theory of propagation is mentioned, since none is needed, it is to be understood as being tacitly assumed. While there is nothing in the geometrical treatment inconsistent with the undulatory theory, yet regard for simplicity has suggested that its formal statement be deferred until a later chapter.

**143. Rectilinear Propagation.** One of the earliest facts of observation upon optics is that light in a homogenous medium, appears to travel in straight lines. Opaque bodies are illuminated only on the side turned toward the source of light. It is impossible to see through a tube bent so that no straight line can be passed through it. The mechanic, the surveyor and the astronomer alike recognize and use this fundamental fact.

A closer examination of the phenomena will show, however, that rectilinear propagation of light is not only confined to homogeneous media, but is only approximately true even there. It will be shown later that owing to its fundamental nature, light does bend round corners, and the edges of shadows of small objects are not of the size and sharpness demanded by rectilinear propagation.

In accordance with the principle of Huyghens, the transmission of light in straight lines is a direct consequence of the interference of the subsidiary waves, which start out from every point upon the wave front. So long as the physical properties of the medium are the same in all directions, the wave fronts are spherical in form and transmission of the luminous disturbance takes place in right lines normal to the wave front. In media of varying density, or of unequal elasticity, the wave form is no longer spherical, and the velocity of the disturbance is different in different directions. In media in which the density varies gradually from point to point, the transmission of light may even take place along curved lines. This is exemplified in the distortion of images of objects seen through air rising from heated surfaces, in the effects of mirage, and in the twinkling of stars.

**144. Shadows.** A result of the rectilinear propagation of light is the formation of dark spaces in the rear of opaque objects of any size when exposed to a source of light. The dark outlines of an opaque body projected upon a screen by a luminous point is called its shadow. Such an outline (Fig. 76), may be found by




Fig. 76.

drawing straight lines from the luminous point to the screen past every point of the exposed surface of the body. The figure obtained is termed the *geometrical shadow*. If the source of light be very nearly a point, then all the light is cut off from the screen, over a certain space, which is called the *umbra*. If the luminous body have any dimensions there will always be a ring of *partial shadow* surrounding the umbra. This is called the *penumbra*.

If the luminous body be larger than the opaque body the umbra has a definite length. In the case of spheres the umbra becomes a cone of shade extending out into space, surrounded by a region of penumbra which increases with the distance from the opaque body. In eclipses of the moon, the moon passes through the cone of earth shadow, entering the penumbra first and leaving it last. In solar eclipses the tip of the cone of shadow from the moon may or may not extend to the earth, according to the position of the moon in its orbit, since the mean length of the lunar shadow is less than the mean distance from the moon to the earth. If the shadow cone reach the earth, the solar eclipse is *total* for all points touched by the umbra; for points touched by the penumbra only, the eclipse is *partial*. If the tip of the cone fall short of the earth, the eclipse is *annular* for the successive

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 32 of



points touched by the prolongation of the axis of the cone of shadow.

**145. Images Through Small Apertures.** An *image* may be defined as the picture of an object, formed by the crossing, either real or apparent, of a series of rays from the various points of an object. If the rays actually pass through the image it is a *real image,* and may be caught upon the hand or projected upon a screen. If the rays *seem* to come through the image but do not, the image is *virtual.* If a luminous body *CD,* (Fig. 77), be placed in front of a small aperture in an opaque screen *A,* there will be depicted upon a second screen *B,* an inverted image of the body. This arises from the rectilinear propagation of light. Each point on the luminous body acts as an independent source of light, from which a cone of rays pass out toward the screen.



FIG. 77.

Since the only rays from the extremities of the object that can reach the screen *B,* are *CH* and *DH,* it follows that all the light reaching the screen from the point *C,* will be collected at *F* on the image, and similarly for the point *D* and its image at *E.* The position of the image is consequently *inverted,* since all the rays forming the image cross at the aperture. The image, if viewed from the side toward the aperture is also *perverted,* i. e., the parts of the image relative to the object are symmetrically displaced with regard to a vertical plane through its center and normal to *B.* A glove for the right hand is the perverted image of that for the left hand. No amount of rotation can make them agree. An image seen in a plane mirror is perverted.

The *distinctness* of the image has reference to the sharpness of its outline. If the aperture *H,* be made smaller, fewer rays from the point *C,* would reach *F,* but these would all be from *C,* hence there would be no overlapping of images. The *distinctness,* therefore, varies *inversely* as *the size of the aperture.*

The *brightness* of the image refers to the amount of light per unit area, that reaches the screen *B.* Manifestly the brightness will be greater the larger the aperture, or the brightness *varies directly as the size of the aperture.*

The *size* of the image may be determined from geometrical considerations. The two triangles *CHD* and *EHF* are similar, and we see at once that the *size of the image is to the size of the object, directly as their distances from the aperture.*

It remains to be noted that the conditions for *brightness* and *distinctness* are mutually opposed, and that with a simple aperture one must be sacrificed to obtain the other. A converging lens placed in the aperture will secure both *brightness* and *distinctness* at the same time.

# GEOMETRICAL OPTICS

## CHAPTER XVI

### PHENOMENA OF REFLECTION

**146. Reflection of Light.** When light, travelling in one homogeneous medium, meets the boundary of another homogeneous medium of different optical density, it is in general divided into several parts which follow different paths. A part is *reflected,* or turned back into the first medium along definite lines. A part is *scattered,* or reflected in all directions, a part is *transmitted* along one or two new paths, and a part is *absorbed.*

*Scattering* of light is produced by reflection at irregular or rough surfaces. All non-luminous bodies are rendered visible by scattered or diffused light. Even the most highly polished mirrors scatter some light. In general the quantity of light reflected from a surface increases as the angle of incidence increases. In one case to be discussed later, the reflection is *total.*

When a beam of light is allowed to strike the surface of a piece of highly polished glass or metal, the light leaves the surface along definite lines and is said to be reflected, as in Fig. 78, which shows the reflection of light by a plane mirror. The angle *IAP* is the *angle of incidence,* and the angle *PAR* is the *angle of reflection.* The law of reflection of light states that *the angle of incidence is equal to the angle of reflection, and the two angles lie in the same plane.*



Fig. 78.

The experimental proof of this law lies in the fact that with the best mirrors and circles that men have been able to make, no one has ever found the slightest deviation from its truth.

**147. Images in a Plane Mirror.** When an illuminated object is placed before a plane mirror, rays of light pass off from

it to the mirror and are reflected to the eye. An image of the object is seen reflected in the mirror, in the direction *from which the light enters the eye.*

In accordance with the law of reflection, any two rays, $AB$ and $AC$, (Fig. 79), will, if produced backward after reflection, seem to meet along the lines $DB$ and $EC$, as if they originally came from $A'$, and an eye so placed as to receive these two rays would seem to see the point $A$, at $A'$.

The position of $A'$ is readily found. From $A$ drop a normal to the mirror cutting it in $K$, and extend it to meet $BD$ produced backward. Then the angles



FIG. 79.

$$ABM = DBN = KBA',$$

and the angles at $K$ are right angles, hence the triangles $AKB$ and $A'KB$ having the side $KB$ common and the three angles equal each to each, are similar and equal. Therefore $AK = KA'$, or *the image seen in a plane mirror lies as far behind the mirror as the object lies in front of it.*

Again it may be shown that the triangles $AKC$ and $A'KC$ are equal, whence the triangles $ABC$ and $A'BC$ are equal in all their parts, or the angles $BAC$ and $BA'C$ are equal. This shows that the divergence of the rays before and after reflection is equal and hence the image is not distorted.

**148. Path of Rays.** The image of an object seen in a plane mirror may be constructed, and the paths of the individual rays determined graphically, in accordance with the foregoing principles. Let $AB$ (Fig. 80), represent an object in front of the plane mirror $MN$. If the positions of the images of $A$ and $B$ can be determined, the complete image may be obtained by joining these two points. From $A$ and $B$ drop perpendiculars upon the mirror and produce them as far behind the mirror as the points $A$ and $B$ lie in front of it. The positions of the points $A'$ and $B'$ are thus determined.



FIG. 80.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 36 of



To an eye situated at $E$ or $E'$ rays seeming to come from $A'$, really touch the mirror at the points where a straight line from $E$ or $E'$ to $A'$ intersects the mirror, and since the rays originally came from $A$, these points are to be joined to $A$. The paths of the rays from $B$ are found in the same way.

**149. Deviation Produced by Rotation of Plane Mirror.** If a ray of light fall upon a plane mirror, and the mirror be turned through any angle, the reflected ray will be turned through twice that angle. For let $AM$ (Fig. 81), be a ray of light incident normally upon the mirror $M$. The ray after reflection retraces its path, since the angles of incidence and reflection are both zero. When the mirror is turned through an angle $\theta$, the normal to the mirror is rotated through the same angle. The angles of incidence and reflection are now each equal to $\theta$, while the total deviation of the ray is $2\theta$.
while the total deviation of the ray is $2\theta$.



FIG. 81.

This principle finds wide application in physical apparatus where it is desired to detect small angular movements or measure the same with great accuracy. Examples of such applications are seen in the rotating mirror as applied to the examination of manometric flames, and to the measurement of the velocity of light; in the reflecting galvanometer, where a small mirror attached to the moving system indicates very slight angular displacements, and in the optical lever, where it is applied to the measurement of small lengths.

**150. Successive Reflection from two Mirrors.** Let $AO$ and $BO$ (Fig. 82), represent two plane mirrors inclined to each other at an angle $\phi$, and let $PQRST$ . . . be a ray of light which is reflected in turn at $Q, R, S, T$ . . . Let $\theta_1, \theta_2, \theta_3$ . . . be the acute angles included between the ray and the mirror surfaces at the successive reflections. Then from the triangle $QOR$, we have

$$\theta_2 = \theta_1 + \phi$$

and from $RSO$ we get (201)

$$\theta_3 = \theta_2 + \phi$$

and so on.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 37 of



These equations may be written

$$\theta_2 - \theta_1 = \phi$$
$$\theta_3 - \theta_2 = \phi$$
$$\cdot \quad \cdot \quad \cdot \quad \cdot \quad \cdot \quad \cdot \quad \cdot \quad \cdot \quad \cdot \qquad (202)$$
$$\theta_{n+1} - \theta_n = \phi$$

whence by addition

$$\theta_{n+1} - \theta_1 = n\,\phi \qquad (203)$$

*When n is even,* the angles $\theta_{n+1}$ and $\theta_1$ are measured from the same mirror and the difference is the angle between the initial and final directions of the ray. Hence in this case *the total deviation is equal to n times the angle included between the two mirrors.*




Fig. 82.

Again, the deviation is the same whatever be the angle of incidence, so that the divergence of any two rays is not changed by successive reflections.

When the ray is twice reflected, once at each mirror, the total deviation is twice the angle between the two mirrors. This principle is applied in the sextant, an instrument invented by Newton and constructed by Hadley for measuring the angular distance between two remote objects. By means of the sextant the mariner is able to determine his latitude and longitude at any time when the sun is visible.

**151. Concave Spherical Mirrors.** A concave spherical mirror (Fig. 83), is a part of a spherical shell with its inner sur-

face highly polished. The *center of curvature* $O$, of the mirror is the center of the spherical shell of which the mirror is a part. The *vertex* $A$, of the mirror is the center of figure of the mirror. A right line $AU$, joining the center of curvature and the vertex is called the *principal axis* of the mirror. From geometry it is evident that any line from $O$ will cut the mirror normally, or a ray of light passing through the center of curvature will strike the mirror at zero incidence and be returned along the same path, and any ray striking the mirror at any point will form equal angles of incidence and reflection with the radius at that point.




FIG. 83.

Let a luminous point be placed at $U$, (Fig. 83), upon the principal axis $UA$. Consider two rays $UA$ and $UP$. Let the first pass through the center of curvature $O$. After reflection it will return upon its path. Let the second be reflected at any point $P$, making equal angles with the normal $OP$, and crossing the first ray at $V$. This point is then the image of the point $U$, since $UP$ is *any* ray from $U$ meeting the mirror. All rays, therefore, from $U$, will meet after reflection at $V$, and conversely, all rays from $V$, will meet after reflection at $U$. Two points so related are called *conjugate points or conjugate foci*. The point $V$ is a *real focus* since the rays actually pass through it after reflection.

It is required to express the relation between the conjugate focal distances $AU$ and $AV$, and the radius of the mirror. Let the acute angles at $U$, $O$ and $V$, be denoted by $\Delta$ $\theta$ and $\phi$, respectively, and let $i$ denote the angle of incidence and the angle of reflection at $P$.

Then from the triangles $OPU$, and $VPO$ we have

$$\theta = \Delta + i \qquad (204)$$

$$\phi = \theta + i \qquad (205)$$

whence

$$\phi - \theta = \theta - \Delta \qquad (206)$$

or

$$\Delta + \phi = 2\theta \qquad (207)$$

Let $UA = p$, $VA = p'$, and $OA = r$. If $P$ be taken near the point $A$ so that the angles $\phi$, $\theta$ and $\Delta$ are very small, and hence may be set equal to their tangents, we have

$$\frac{AP}{p} + \frac{AP}{p'} = \frac{2AP}{r} \qquad (208)$$

or

$$\frac{1}{p} + \frac{1}{p'} = \frac{2}{r} \qquad (209)$$

a fundamental formula.

In the convex mirror the image is virtual and appears to be behind the mirror. By considering the quantity $p$ negative the above formula may be shown to hold for the convex mirror as well.

**152. Discussion of Formula.** The formula given in (209) is based upon the assumption that the angular opening of the luminous pencils shall be *small*, that is, that the point $P$ shall be near the principal axis of the mirror. Within these limits it is true for any value of $p$ and hence for $p$ equal to infinity. In this case

$$p' = \frac{r}{2} \qquad (210)$$

This means that for an infinitely distant source of light, *i. e.*, for parallel rays, the *focus lies half way between the center of curvature and the mirror.* This focus for rays parallel to the principal axis is called the *principal focus.*

Again, since the sum of the reciprocals of $p$ and $p'$ is a constant, we see that as $p$ *increases*, $p'$ *decreases*, and *vice versa.* This means that *image and object move in opposite directions at all times.* Suppose $p$ to decrease from plus infinity to $r$, that is, suppose the object to move from infinity to the point $O$, where $p = r$. We find from the formula that $p'$ is also equal to $r$. Or image and object meet at the center of curvature. As $p$ continues to decrease, the image moves away toward infinity, or $p'$ becomes infinite for $p = r/2$. This means that for values of $p$ less than

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 40 of



$r/2$, the image is ***virtual and lies behind the mirror.*** In other words, as the object passes the principal focus moving toward the mirror, the image shifts frem plus infinity to minus infinity and moves u ptoward the mirror from behind, and object and image meet again at the mirror.

**153. Construction of Images in Concave Mirror.** Having given a concave mirror *MN*, (Fig. 84), with center of curvaat *C*, and principal focus at *F*, it is required to construct the image of an object *AB*, placed beyond the center of curvature. Since the intersection of two lines is sufficient to locate a point, it will suffice to trace the path of *two rays* from any point on the object in order to locate the corresponding point on the image. Obviously *any two* rays may be chosen for the purpose, since the angles of incidence and reflection may be made equal by construction. It is convenient, however, so to choose the rays from each point that one ray shall lie parallel to the principal axis, and the other shall pass through the center of curvature, since in these two cases the direction of the rays after reflection is perfectly determined, as the first ray will pass through the principal focus and the second will retrace its path.



FIG. 84.

Constructing two rays in this manner from the point *A*, it is found that they cross *after reflection* at the point *a*, which is, therefore, the real image of *A*. In the same way the image of *B* is found to lie at *b*, and the image of the object may be sketched in between these two points.

The image seen in a concave mirror, of an object placed *beyond the center of curvature*, is found to be *real, inverted, smaller than the object, and located between the center of curvature and the principal focus.* Also, since rays from *a* and *b* would, after reflection, meet *A* and *B* respectively, it is clear that *a b* may be considered as an object and *AB* the corresponding image.

In case the object lie between the mirror (Fig. 85), and the principal focus, the reflected rays are *divergent*, and will not meet in front of the mirror. If, however, the reflected rays be produced *backward*, they seem to meet in the virtual points *a* and *b*, and the image may be sketched in as shown in the figure. In this case it is seen that the image of an object placed between the principal focus and the mirror is *virtual, erect, larger than the object, and situated behind the mirror.*



FIG. 85.

In the case of convex mirrors (Fig. 86), the center of curvature and the principal focus are both behind the mirror. Otherwise the construction is the same as in the concave mirror.

Again, if we denote by $S$ and $s$ the points of intersection of the principal axis with the object $A\,B$, and the image $a\,b$, in Figures 84, 85, and 86 we have a pair of similar triangles, $ACB$ and $aCb$, in each figure from which we may write down at once the proportion



FIG. 86.

$$\frac{a\,b}{A\,B} = \frac{C\,s}{C\,S} \qquad (211)$$

which shows that in all cases *the size of the image is to the size of the object directly as their distances from the center of curvature.*

# CHAPTER XVII

## PHENOMENA OF REFRACTION

**154. Refraction.** When a ray of light passes obliquely from one medium into another of different optical density, it undergoes a change in direction at the surface of separation of the two media. The portion entering the second medium is said to be *refracted.*

If *MN* (Fig. 87), represent the surface of separation between the two media, where the lower medium is the one of greater optical density, then *BA* is the *incident* and *CA* the *refracted* ray. The plane *BAD* containing the incident ray and the normal *AD*, at the point of incidence is the plane of incidence. The plane *CAE* is the plane of refraction. The angle *DAB* is the angle of *incidence*, *CAE* the angle of *refraction*, and *HAC* the angle of *deviation.*




FIG. 87.

The law of refraction, first discovered by Snell in 1621, states that *the incident and refracted rays lie in the same plane, and that the ratio between the sine of the angle of incidence and the sine of the angle of refraction is a constant, depending only upon the nature of the two media.*

Mathematically the law may be stated

$$\frac{\sin i}{\sin r} = \mu = \text{a constant} \qquad (212)$$

where $i$ denotes the angle of incidence, and $r$ the angle of refraction.

The quantity $\mu$ is termed the *index of refraction* for the two media in question. In case the light passes from vacuum the ratio is called the *absolute index* of refraction. When it passes from one medium to another it is termed the *relative index.* Again, if the ray *BA* (Fig. 87), be conceived as passing from air to water then

$$\frac{\sin DAB}{\sin r} = \mu_{aw} \qquad (213)$$

If, however, the ray be reversed it will retrace its path from $C$ to $B$ and we have

$$\frac{\sin CAE}{\sin DAB} = \mu_{aw} = \frac{1}{\mu_{wa}} \tag{214}$$

or the *relative index from water to air, is the reciprocal of the index from air to water.* The value of $\mu_{aw}$ is 4/3, while $\mu_{wa}$ is 3/4. Usually the index is given for the light passing from the rarer to the denser medium.

**155. Construction for Refracted Ray.** Given two media as air and water and a ray of light $BA$, incident upon their surface of separation at an angle $BAF$ (Fig. 88), in the rarer medium, it is required to construct the refracted ray. About the point of incidence $A$ draw two concentric circles with radii $AD$ and $AF$ whose ratio is 4/3, the index of refraction for the two media involved. Continue the line $BA$ until it cuts the inner circle in $E$. Draw $EC$ parallel to the normal $DA$ and drop the perpendiculars $BF$, $EH$, and $CG$ upon $DA$. Finally, draw $AC$ which is the path of the refracted ray.



FIG. 88.

The angle of incidence $BAF = EAH$ and we have

$$\frac{\sin i}{\sin CAG} = \frac{\frac{EH}{AE}}{\frac{CG}{AB}} = \frac{AB}{AE} \tag{215}$$

Since $EH = CG$. Therefore $CAG$ is the angle of refraction.

**156. Refraction at a Plane Surface.** Consider a luminous point $O$ (Fig. 89), in the denser medium. A ray emerging along the line $OB$, will be refracted on entering the rarer medium as shown in the figure. Draw $MO$ normal to the surface. Then the angle $BOA$ equals $i$, and $BIA$ equals $r$, in the rarer medium, consequently



FIG. 89.

$$\frac{\sin BOA}{\sin BIA} = \frac{1}{\mu} \tag{216}$$

since the refraction is from dense to rare. Substituting from the

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 44 of



right triangles $BAI$ and $BAO$ the values of the sines we have

$$\frac{\frac{AB}{BO}}{\frac{AB}{BI}}=\frac{1}{\mu}$$

whence

$$\frac{1}{\mu}=\frac{BI}{BO}$$

or

$$\mu=\frac{BO}{BI}$$

If the point B approach very near to $A$, we may let $BO=AO$, and $BI=AI$, whence

$$\mu=\frac{AO}{AI} \qquad (217)$$

If the media be air and water, then a point situated at $O$ would appear to be at $I$, to an observer directly over it. But $\mu$ from air to water is 4/3, hence $AI$ is 3/4 $AO$, or the object appears to be but 3/4 its real distance below the surface. Conversely, to an eye under water, the point $M$ would appear to be 4/3 its real distance away.

**157. Critical Angle.** When light passes from a denser to a rarer medium as from water to air, it is refracted away from the normal, the angle of refraction being greater than the angle of incidence. As the angle of incidence increases, the angle of refraction increases more rapidly, until for a certain limiting angle of incidence in the denser medium, the angle of refraction becomes 90°, or the refracted ray grazes the surface of separation between the two media. Thus in Fig. 90, the ray $RO$, is refracted along the line $OS$, while for the ray $LO$ the refracted ray becomes $OB$. Obviously light incident at any angle greater than $LON'$ can not emerge from the water, but will be reflected back again. Thus a ray meeting the surface along the line $IO$ will be reflected to $I'$, and since no light can emerge from the water at this incidence, it suffers *total internal reflection.*



FIG. 90.

The angle $LON'$ is called the critical angle, since for this

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 45 of



angle of incidence refraction ceases. The critical angle may be defined as *that angle of incidence in the denser medium, which corresponds to an angle of refraction of 90°.* If $a$ be the critical angle, and $\mu$ the index of refraction for the two media then,

$$\frac{\sin a}{\sin 90^\circ} = \frac{1}{\mu} \tag{218}$$

or

$$\sin a = \frac{1}{\mu} \tag{219}$$

That is, *the sine of the critical angle is the reciprocal of the index of refraction.*

The critical angle for water is $\sin^{-1}(3/4) = 48^\circ\ 27'\ 40''$. This means that a diver on the bottom of the ocean can see out through a cone whose base rests in the surface of the water and whose semi-aperture is 48° 27′ 40″. If he look toward the surface at an angle greater than this, he can see only the reflection of objects upon the bottom. Not only this, but since all light that could reach him must come in through this same cone, he would see all the stars in the heavens crowded into a circle whose center is the zenith, and whose angular radius is 48° 27′ 40″.

Familiar examples of total reflection are seen in the case of a tumbler of water held above the head; the under side of the upper surface of the water gives a clear, mirror-like image of the objects below it;—also in the case of a bubble of air in water, or a test tube containing air immersed in water, which when viewed at a certain angle will seem to be filled with quicksilver.

A beautiful illustration of total reflection is furnished by a stream of water flowing from a tank (Fig. 91), having a lens in the side opposite the orifice, by means of which a strong beam of light may be concentrated within the jet. The light strikes the surface of the jet at an angle greater than the critical angle and is held prisoner within the stream, until, after repeated reflection it strikes the bottom of the receptacle where it shows a bright spot. A goblet held in the stream is filled with light. The electrical illumination of fountains depends upon this principle.




FIG. 91.

# CHAPTER XVIII

## PRISMS AND LENSES

**158. Refraction Through a Prism.** A prism is a transparent substance bounded by two plane surfaces meeting at an angle. Light on entering the prism at $I$ (Fig. 92), is refracted *toward* the normal, along the line $IE$. On emerging at $E$ the ray is refracted *from* the normal, along $EO$. The ray is *thus bent toward the base of the prism in each case.* Let $i$ and $r$ denote the angles of incidence and refraction at the first face of the prism, and $r'$ and $i'$ the angles of incidence and emergence at the second face. Then, since the angle between the faces of the prism is the same as that between the normals $MP$ and $NP$, it follows that



FIG. 92.

$$r + r' = A.$$

Also the deviation at the first face is $i - r$, and at the second face $i' - r'$, or the total deviation D, is

$$D = i - r + i' - r' = i + i' - A.$$

It may be shown both from theory and by experiment that for every prism there is a minimum value of the deviation, below which it cannot fall, and that this deviation is a minimum when the path of the ray through the prism is symmetrical, or when

$$i = i' \text{ and } r = r'.$$

*Upon this condition* we have

$$2r = A$$

or

$$r = \frac{A}{2}$$

and

$$2i = A + D$$

or

$$i = \frac{(A + D)}{2}$$

Substituting,

$$\mu = \frac{\sin i}{\sin r} = \frac{\sin \frac{1}{2}(A + D)}{\sin \frac{1}{2} A} \qquad (220)$$

This formula is used in determining the indices of refraction of transparent solids in the form of prisms, and of liquids enclosed in a hollow prism with glass sides. The angle $D$ denotes the angle of minimum deviation for the color under investigation.

**159. Prisms of Large and Small Angle.** In prisms of very small angle, we may substitute in the foregoing formula instead of the sines of the angles, the angles themselves, and the approximate formula becomes



FIG. 93.

$$\mu = \frac{A + D}{A}$$

and

$$D = A\,(\mu - 1). \qquad (221)$$

If a perpendicular be dropped from $A$ (Fig. 92), upon $IE$, when $r = r'$, then each half of the angle $A$ is equal to the angle of refraction $r$. Now, since $r$ must in all cases be less than the critical angle for the substance of the prism, it is clear that the angle $A$, cannot exceed twice the critical angle if the light is to emerge from the prism.

In the case of crown glass the critical angle is about 41° 16′. If a prism of crown glass be cut in the form shown in Fig. 93, the refracting angle $A$, will exceed the critical angle, and a ray $DE$, incident normally upon the face $AB$ will be totally reflected at $E$, and emerge normally from the face $AC$. Such prisms are frequently employed in optical apparatus.

**160. The Abbe-Littrow Principle.** If the prism $ABC$ (Fig. 92), were split along the perpendicular from $A$ upon $IE$,

and the new surface were polished and silvered, it is easily seen (Fig. 94), that the refracted ray would strike the silvered surface normally, retrace its path, and return along its original direction. The ray would have traversed the half prism twice and hence would have undergone the same changes as though it had emerged from the opposite side.




FIG. 94.

In the Abbé Spectroscope, light from a slit in the focal plane of a telescope emerging from the objective as parallel rays, is allowed to fall upon such a half prism and the returning rays are received again into the telescope, where the refracted image of the slit is made to coincide with the slit itself. By this ingenious device the instrument is much simplified and the labor of making measurements is greatly reduced, since when the refracted image of the slit coincides with the slit *the position of minimum deviation is attained.*

In this case we have

$$\mu = \frac{\sin a}{\sin \phi} \qquad (222)$$

**161. Refraction Through a Thin Lens.** A lens is a portion of a refracting medium bounded by two surfaces of revolution which have a common axis called the *axis of the lens.* By a *thin lens* is meant one whose thickness is small in comparison to its radii of curvature.

In Fig. 95, let $O$ be the center of curvature of the spherical surface $AB$, forming the front surface of a thin lens. Let $U$ be a point source of monochromatic light, of index $\mu$. Let one ray meet the lens at $A$ and a second ray at $P$. After refraction the ray $UP$ will, if produced backward, meet the first ray in $V$. The points $U$ and $V$ are then conjugate foci *for the first surface.* From $P$ draw the radius through $O$ and produce it to meet




FIG. 95.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 49 of



perpendiculars let fall from $V$ and $U$. Then $i = UPO$, and $r = VPO$, and by the law of refraction we have

$$\mu = \frac{\sin i}{\sin r} = \frac{\sin UPO}{\sin VPO} = \frac{UU'}{PU} \div \frac{VV'}{PV} \tag{223}$$

or

$$\mu = \frac{UU'}{VV'} \cdot \frac{PV}{PU}$$

But from similar triangles

$$\frac{UU'}{VV'} = \frac{OU}{OV} \tag{224}$$

whence

$$\mu = \frac{OU}{OV} \cdot \frac{PV}{PU} = \frac{OU}{OV} \cdot \frac{AV}{AU} \tag{225}$$

if $P$ be taken very near to the point $A$.

If now $AU = p$, $AV = p'$, and $AO = r_1$ we have

$$\mu = \frac{p - r_1}{p' - r_1} \cdot \frac{p'}{p} \tag{226}$$

whence

$$\frac{\mu}{p'} - \frac{1}{p} = \frac{\mu - 1}{r_1} \tag{227}$$

If for $\mu$ we substitute $-1$, this formula reduces to that for the concave spherical mirror, since for reflection $\mu$ must be unity and the negative sign indicates a reversal of the direction of the ray.

If now the refracted ray meet the second surface of the lens, whose radius is $r_2$, and whose center of curvature lies on $OA$, it will be refracted a second time, passing from a denser to a rarer medium. The new index of refraction will therefore be $1/\mu$. The point image $V$ now becomes the object, and $p'$ the object distance. Let $q$ be the distance of the final image from the second surface and neglect the thickness of the lens.

Then

$$\frac{\frac{1}{\mu}}{q} - \frac{1}{p'} = \frac{\frac{1}{\mu} - 1}{r_2} \tag{228}$$

or

$$\frac{1}{q} - \frac{\mu}{p'} = \frac{1 - \mu}{r_2} \tag{229}$$

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 50 of



Adding (227) and (229) we have

$$\frac{1}{q} - \frac{1}{p} = (\mu - 1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right) \tag{230}$$

This formula is to be understood as an approximation, giving accurate values only in the case of pencils of small angular opening.

**162. Discussion of Formula.** If the source be at an infinite distance, formula (230) of the last article becomes

$$\frac{1}{q} = (\mu - 1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right) \tag{231}$$

If we set this value of $q$ equal to $f$, we may write

$$\frac{1}{f} = (\mu - 1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right) \tag{232}$$

where $f$ is called the *focal length* of the lens, *i. e.*, the distance from the rear surface of the lens to the focus of rays parallel to the *principal axis*. Such a focus is called the *principal focus*, its conjugate point lies at infinity.

**163. The Sign of the Quantity f.** It is proposed to determine when the focal length of a lens is to be considered positive and when negative. Consider the meniscus-shaped lens $BA$ (Fig. 96). Let $dc = T$, the thickness of the lens, measured parallel to the axis at a distance $cn = y$, from the axis. Let $t = BA$, the thickness of the lens at the axis; *i. e.*, the value of $T$ for $y = o$.



FIG. 96.

Let $r_1$ and $r_2$ be the radii of the first and second surfaces respectively. Then, neglecting $An^2$,

$$An = \frac{y^2}{2r_1}, \tag{233}$$

and

$$Bm = \frac{y^2}{2r_2}$$

Also

$$Bm + T = An + t \tag{234}$$

or

$$T - t = An - Bm = \frac{y^2}{2}\left(\frac{1}{r_1} - \frac{1}{r_2}\right) \qquad (235)$$

whence

$$T - t = \frac{y^2}{2(\mu - 1)} \cdot \frac{1}{f} \qquad (236)$$

Hence, since $\mu$ is greater than unity, the sign of $f$ is positive or negative according as $T$ is $>$ or $<$ $t$; that is, according as the lens is *thicker at the edges than at the center* or *vice versa.*

A lens whose focal length is *positive,* that is, a lens thicker at the edges than at the center, and whose principal focus lies on the same side of the lens as the source of light, is called a *concave* or *diverging* lens. A lens thicker at the *center* than at the edges, has its focal length *negative,* and is called a *convex* or *converging* lens. Examples of the various forms of convex and concave lenses are shown in Fig. 97.



FIG. 97.

In case the two radii $r_1$ and $r_2$ are equal, the expression

$$\frac{1}{f} = (\mu - 1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right)$$

reduces to

$$-\frac{1}{f} = (\mu - 1)\frac{2}{r_1} \qquad (237)$$

for a double convex lens. From this it is evident that $r_1$ is negative, as it should be, since *the center of the first surface lies on the opposite side of the lens from the source of light.*

In the case of a double concave lens we have

$$\frac{1}{f} = (\mu - 1)\frac{2}{r_1} \qquad (238)$$

or $r_1$ is *positive* in this case, and *the center of the first surface lies on the same side as the source.*

**164. Discussion of Lens Formula.** Since in the expression

$$\frac{1}{f} = (\mu - 1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right)$$

the right hand member contains only constant quantities for any

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 52 of



given lens, it follows that the focal length of a lens is a constant, and depends simply upon the material of the lens and upon the curvature of its surfaces. Again, since

$(\mu - 1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right)$ is equal to both $\frac{1}{f}$ and to $\frac{1}{q} - \frac{1}{p}$

we may write

$$\frac{1}{q} - \frac{1}{p} = \frac{1}{f} \qquad (239)$$

It has already been shown that for a concave lens $f$ is always positive. Now since $p$, the object distance, is essentially positive, it follows that $q$ *must be positive and less than* $p$. This means that that image lies on the same side of the lens as the object, that it is virtual and nearer the lens than the object. This is shown in Fig. 98, where the concave lens $MN$, produces a virtual, diminished, erect image $ab$, of the object $AB$, and the distances $KO$, $kO$ and $FO$, represent the quantities $p$, $q$ and $f$.



FIG. 98.

In convex lenses it has been shown that $f$ is negative and the formula becomes

$$\frac{1}{q} - \frac{1}{p} = -\frac{1}{f} \qquad (240)$$

Three cases require consideration:

(a) *When* $p < f$, or $1/p > 1/f$, $q$ must be positive and greater than $p$, and image and object lie on the same side of the lens. The image is then virtual, erect, and magnified as shown in Fig. 99. In this case if we call the intersections of image and object with the axis of the lens, $k$ and $K$, we have $KO = p$, $kO = q$, and $FO = f$. An example of this case is seen in a single lens used as a simple magnifier.



FIG. 99.

(b) *When* $p > f$, or $1/p < 1/f$, $q$ must be negative, since $1/q - 1/p$ is equal to a negative quantity. This means

that the image lies on the opposite side of the lens from the object, that it is real, inverted, and smaller or larger than the object according as $p$ is greater or less than $p$. This case is illustrated in Fig. 100.




FIG. 100.

Since, for a real image in the case of a convex lens, $q$ is negative, we may rewrite the formula after changing signs,

$$\frac{1}{q} + \frac{1}{p} = \frac{1}{f} \qquad (241)$$

(c) *When* $p = q$, we have

$$\frac{2}{p} = \frac{1}{f}, \text{ or } p = 2f \qquad (242)$$

This means that the image is at the same distance behind the lens as the object is in front of it, that it is inverted, real and the same size as the object. This case is applied in a method for measuring the focal length of a convex lens. The lens, an object, and a screen are mounted upon an optical bench and the screen moved until the image is the same size as the object. The distance from object to screen is then four times the focal length of the lens.

It remains to be noted that in all cases of images formed by lenses, *the size of the image is to the size of the object, directly as their distances from the center of the lens.*

**165. Image and Object at a Fixed Distance.** It appeared in the previous article that the real image formed by a convex lens may be larger or smaller than the object. If a convex lens, an object and a screen be mounted upon an optical bench and the distance between object and screen be made more than four times the focal length of the lens, the two images may be thrown upon the screen in succession by simply moving the lens. In the first case the lens is nearer the object and the image is correspondingly magnified. In the second case the two distances $p$ and $q$ are interchanged and the lens is nearer the image. If we call the distance

from the object to screen $l$, and the difference in the two settings of the lens $a$, then

$$q+p=l$$
$$q-p=a \qquad (243)$$

whence

$$q=\frac{l+a}{2} \text{ and } p=\frac{l-a}{2}$$

substituting in

$$\frac{1}{q}+\frac{1}{p}=\frac{1}{f}$$

we have

$$\frac{1}{f}=\frac{1}{\frac{l+a}{2}}+\frac{1}{\frac{l-a}{2}}$$

or

$$f=\frac{l^2-a^2}{4l} \qquad (244)$$

This is a more accurate method of measuring $f$ than that given in the previous article, since it is difficult to focus accurately in the case where the two images coincide, *i. e.*, where $l=4f$.

**166. Constants of Thick Lenses.** In the case of lenses whose thickness cannot be neglected, recourse is had to the method of Gauss, who first demonstrated that the formula

$$\frac{1}{q}-\frac{1}{p}=\frac{1}{f}$$

may be applied to thick lenses through the introduction of certain cardinal points to be determined for each lens. The constants of a thick lens are defined as follows:*

*Conjugate planes* are planes normal to the axis of a system, so related to each other that to every point in the plane in object space there corresponds a point in the plane in image space.

*Magnification.* If $y$ and $y'$ be the respective distances of a point object and its point image from the axis of the system, then the ratio $y'/y$ is called the ***magnification, m***.

* For a detailed discussion of this subject the student is referred to Müller-Pouillet's Lehrbuch der Physik, 9th ed. vol. 2, part I, pp. 85-180, or Drude's Theory of Optics, pp. 17-30.

*The principal planes eH, e′H′* (Fig. 101), are the two conjugate planes in every system, in which object and image are of the *same size* and *stand in the same position.* Since in the principal planes the magnification

$$m = \frac{y'}{y} = +1 \qquad (245)$$

the principal planes are sometimes called *unit planes* or planes of *unit magnification.* The points of intersection $H$ and $H'$ of the principal planes with the axis of the system are called the *principal points,* or *unit points.*

The *focal points F,* and *F′* are the points on the axis in which all rays parallel to the axis in image and object space respectively, meet after passing through the system.




FIG. 101.

The *focal planes* are the two planes normal to the axis at the focal points, and having their conjugates at infinity.

The *focal lengths f* and *f′*, of a system for object and image space respectively, may be defined as the distances from the focal points $F$ and $F'$, to the principal points $H$ and $H'$.

If in Fig. 101 we set $BH = p$, $B'H' = q$, $H'F' = f$, then our previous formula

$$\frac{1}{q} - \frac{1}{p} = \frac{1}{f}$$

for convex lenses still holds. This means that the distances from object to lens and image to lens are now to be measured to the principal points instead of to the surface of the lens as heretofore.

In the case of crown glass lenses of equal curvature the principal points are located within the lens, at one-third the thickness of the lens from the curved surfaces. In the case of plano-concave or plano-convex lenses of crown glass, one of the

principal points lies on the curved surface and the other at one-third the thickness of the lens from the curved surface. In thin lenses the two principal points coincide at the center of the lens. In lenses of the meniscus form one or both principal points may lie outside the lens.

**167. Geometrical Significance of Focal Lengths.** In any lens system (Fig. 102), let $F$ and $F'$, $H$ and $H'$, represent the focal points and principal points, in object space and image space respectively. Let $AP$, a ray through $F$, the focal point in object space, make an angle $u$ with the axis, and let $A'P'$ be the corresponding or conjugate ray in image space. In general, parallel rays in object space must intersect in some point in the focal




FIG. 102.

plane through $F'$ in image space. Let this point be distant $y'$ from the axis. The value of $y'$ evidently depends upon the angle of inclination $u$, which the incident ray makes with the axis. If $u = o$, then $y' = o$, that is, rays parallel to the axis intersect in $F'$.

But in the case of ray $PFA$ which passes through $F$, the focal point in object space, and cuts the principal plane $H$ in $A$, $u$ is not zero. Its conjugate ray $A'P'$, must evidently be parallel to the axis, and, from the definition of principal planes, $A$ and $A'$ are equidistant from the axis.

Hence $y'$, the distance from the axis to the image formed by a parallel beam incident at an angle $u$, is shown from the figure to be

$$y' = f \tan u, \qquad (246)$$

and by symmetry we may write

$$y = f' \tan u', \qquad (247)$$

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 57 of



where $u'$ is the angle under which a ray parallel to the axis in object space, cuts the axis in image space.

**168. Gauss' Definition of Focal Lengths.** Let *P* (Fig. 103), represent the position of an infinitely distant object, *e. g.*, the sun, from the system *S*. The rays proceeding from all points of the sun may be regarded as parallel. The system *S* receives therefore, simply cylinders of rays which are focused in the corresponding points of the rear focal plane through *F'*. This produces in *F'* a small image of the sun. Let *h'* represent its diameter, and let *u* be the angle which the extreme rays from the sun form with the axis. Then the *front focal length,*



FIG. 103.

$$f = \frac{h'}{\tan u} \qquad (248)$$

is equal to the diameter of the sun's image divided by the tangent of the angle subtended by the sun's disk. This latter angle is termed the *visual angle* or the *apparent magnitude.*

The focal length may therefore be defined as follows:

*The focal length of object space is the quotient obtained by dividing the linear magnitude of the image of an infinitely distant object by the tangent of the angle subtended by that object,* or

$$f = \frac{y'}{\tan u} \qquad (249)$$

For the rear focal length we may write

$$f' = \frac{y}{\tan u'} \qquad (250)$$

or *the focal length of image space is equal to the distance between the axis and any ray parallel to it in object space, divided by the tangent of the inclination of its conjugate ray.*

**169. Determination of Focal Lengths.** Let *LL' and QQ'* (Fig. 104), be two pairs of conjugate planes with reference to a system whose focal points are *F* and *F'*.

Let the two rays $I$ and $II$ intersect at $P$ and their conjugates $I'$ and $II'$ at $P'$. Ray $I$ is parallel to the axis in object space and passes through $F'$ at an angle $u'$. Ray $II$ passes through $F$ at an angle $u$, and is parallel to the axis in image space. The




FIG. 104.

planes $L$ and $L'$ may be considered as the first pair and $Q$ and $Q'$ as the second pair of conjugates, to which the subscripts of $x$ and $y$ correspond.

Through a special choice of rays we have for ray $I$ in object space, $iL=zQ=PN$, or $y_1=y_2=y$, and consequently the magnification may be expressed by

$$\frac{y'_1}{y}=m_1, \text{ and } \frac{y'_2}{y}=m_2$$

In a similar manner we have for ray $II$ in image space $g'L'=w'Q'=P'N'$, or $y'_1=y'_2=y'$, and

$$\frac{y_1}{y'}=\frac{1}{m_1},\ \frac{y_2}{y'}=\frac{1}{m_2} \qquad (251)$$

From the triangle $wgo$, we have

$$\frac{ow}{og}=\tan u=\frac{y_2-y_1}{a} \qquad (252)$$

multiplying both numerator and denominator by $y'$, we have

$$\tan u=\frac{y'}{a}\cdot\frac{y_2-y_1}{y'} \qquad (253)$$

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 59 of



but, since

$$\frac{y_2}{y'} = \frac{1}{m_2}, \text{ and } \frac{y_1}{y'} = \frac{1}{m_1}$$

therefore

$$\tan u = \frac{y'}{a}\left(\frac{1}{m_2} - \frac{1}{m_1}\right)$$

or

$$\frac{a}{\frac{1}{m_2} - \frac{1}{m_1}} = \frac{y'}{\tan u} = f = \frac{x_2 - x_1}{\frac{1}{m_2} - \frac{1}{m_1}} \qquad (254)$$

In a similar manner from triangle $z'$ $i'$ $o'$,

$$\tan u' = \frac{y'_2 - y'_1}{a'} \qquad (255)$$

or

$$\tan u' = \frac{y}{a'} \cdot \left(\frac{y'_2 - y'_1}{y}\right) = \frac{y}{a'}(m_2 - m_1) \qquad (256)$$

whence

$$\frac{a'}{m_2 - m_1} = \frac{y}{\tan u'} = f' = \frac{x'_2 - x'_1}{m_2 - m_1} \qquad (257)$$

In practice a lens system is set up and the image of an object of known dimensions, is measured for two positions of the object $L$ and $Q$, whose distance apart, $a = x_2 - x_1$, can be accurately determined. From these data the values of $m_1$ and $m_2$ can be computed and inserted in formula (254).

In the case of a microscope objective, the magnification of a known object is determined, first with the draw tube of the microscope pushed in, and next with it drawn out through a known distance $a'$, the positions of the images corresponding to $L'$ and $Q'$ (Fig. 104). The resulting values of $m_1$ and $m_2$ are then substituted in formula (257). This principle finds application in the Abbé Focometer and in related methods of determining the focal lengths of lens systems.

X **170. Spherical Abberation.** It is to be noted that the formula for spherical mirrors as well as that for refraction through a thin lens is accurate only for pencils of small angular aperture. In cases where the opening of the mirror or lens is no longer small, the focus for parallel rays is no longer a point. Rays from points at a distance from the axis of the reflecting or refracting

surface, are brought to a focus sooner than those rays lying nearer the axis. This results in confusion and distortion of the image, which is called *spherical aberration.*

In the case of astronomical specula where a large reflecting surface is essential for light gathering purposes, the spherical form can not be used. The surface of the mirror must be of parabolic section, since in the case of the parabola any ray parallel to the axis passes after reflection exactly through the focus. In compound lenses the defect of spherical aberration is avoided by combining two or more spherical surfaces so that their respective aberrations may mutually annul each other. In a simple lens the defect is partially removed by the use of a diaphragm which stops off the rays from the edges of the lens, thus leaving only the central part of the lens effective.

Since the image of a star is always a point on the axis of the lens, the axial aberration is of chief importance in astronomical work. In photographic lenses, however, it is necessary to recognize and correct for *five different kinds of spherical aberration,* and the manufacture of high grade photographic lenses becomes correspondingly complicated. The discussion of the formulæ by means of which these corrections are effected is too difficult for an elementary text.

## PROBLEMS

1. Two plane mirrors are placed parallel and facing each other at a distance of 20 cm. Required the distance of the first three images, in each mirror, of an object placed 8 cm. from one of the mirrors.

*Ans.* 8, 32, and 48 cm. from first; 12, 28, and 52 cm. from second.

2. A mirror is made to revolve about a vertical axis 25 times a second. If a horizontal beam of light is allowed to fall on the mirror from a fixed source, required the velocity at which the reflected beam would traverse a circle 78 cm. in diameter having its center on the axis of the mirror.

*Ans.* $1.23(10)^4$cm./sec.

3. Let *AB* and *CB* be two mirrors inclined to each other at an angle, x. Also, let *p'* be the image in *AB* of any point, *p*,

placed between the mirrors, and $p''$ the image of $p'$ in $CB$. Show that the angular separation of $pBp''$ is twice the angle between the mirrors.

4. An object 0.96 cm. long is placed at a point 35 cm. in front of a concave mirror having a focal length of 30 cm. Required the size and position of the image.

*Ans.* 5.76 cm. long; 210 cm. in front.

5. What is the radius of a spherical mirror which forms an image at a distance of 46.2 cm. in front of the mirror when the object is placed 153 cm. from the vertex.

*Ans.* $R = -71.0$ cm.

6. What will be the size of the image of the sun formed by a mirror having a radius of 275 cm., the diameter of the sun being taken as 32 min.? *Ans.* 1.28 cm.

7. If an eye immersed in a fluid whose index of refraction is 1.42, look out through a horizontal surface, what will be the greatest apparent zenith distance of a star? *Ans.* 44° 46′.

8. Find the radius of the circle on the upper surface beyond which light-waves, emitted by a luminous point at the bottom of a layer of liquid 4.2 cm. deep and having an index of refraction of 1.25, will cease to emerge. *Ans.* 5.594 cm.

9. When a layer of liquid 4.65 cm. deep is poured upon a dot on a glass plate, the position of its image, as found by the necessary change in the focus of a microscope, is 1.37 cm. above the plate. What is the index of refraction of the liquid?

*Ans.* $\mu = 1.41$.

10. What would be the minimum deviation produced by a prism whose angle is 1.3°, for which $\mu = 1.54$?

*Ans.* 45.4′

11. The minimum deviation produced in monochromatic light by a prism whose angle is 45.05° was 26.67°. What is the index of refraction? *Ans.* $\mu = 1.530$.

12. The radii of curvature of a thin double convex lens are 46.4 cm., and the index of refraction 1.53. What is its focal length? *Ans.* $f = 43.8$ cm.

13. Required the focal length of a thin lens which forms an image at a distance of 30.3 cm. behind the lens, when the object is placed 91.1 cm. in front. *Ans.* $f = 22.7$ cm.

# CHAPTER XIX

## DISPERSION

**171. Dispersion and Recomposition of Light.** When a ray of sunlight is admitted through a narrow vertical slit into a darkened room and passed through a long focus lens, a sharply defined, white image of the slit is projected upon a screen placed near and parallel to the opposite wall of the room. If now a glass prism with its refracting edge parallel to the slit be placed just inside the focus of the lens, the light is refracted from its original direction toward the base of the prism, and is spread out into a wedge-shaped beam with its apex at the prism and its base upon the screen, which should now be moved so as to stand normally to the refracted light. The original white image of the slit has now been replaced by a series of overlapping, colored images, forming a continuous band of brilliant color, in which the tints vary insensibly from red nearest the first position of the slit image, through all shades of orange, yellow, green, blue and indigo, to violet at the end of the band nearest the prism.

Such a band of color is called *a spectrum.* If sun light be used it is called a *solar spectrum.* The separation of white light into its colors is called *dispersion.*

The dispersion of light was first explained by Newton in 1666, who announced as the result of his experiments, that "rays of differently colored light have different degrees of refrangibility." He therefore concluded that white light is to be regarded as a mixture of an endless series of tints, among which the so-called "colors of the rainbow," violet, indigo, blue, green, yellow, orange and red were selected by him as distinctive. He also proved that after light has been dispersed by passing it through a prism, it suffers no further change on passing through a second prism.

Newton further showed that if the various colors of the spectrum be recombined by any means, as by reflecting them

from a series of mirrors, or by receiving them upon a concave mirror and focusing them upon a single point, the result was white light as in the original source.

This experiment may be readily performed by allowing the light from the first prism to traverse a second, similar prism (Fig. 105), with its refracting edge turned in the opposite direction. If the prisms be exactly similar and the adjustment be correct, the image of the slit falls in its original position and is perfectly white. The effect of the combined prisms is thus seen to be equivalent to that of a plate with parallel sides.




FIG. 105.

In accordance with the physical explanation of refraction to be given later, it may be shown that the varying refrangibility of the different colors is due to the different retardations experienced by these colors in traversing the denser medium. It has been conclusively proven that in a denser medium the speed of violet light is less than that of red light. In its passage through the prism therefore, the violet light is most retarded and is consequently most refracted, while the red light is least deviated from its original direction. For any two media the index of refraction is, therefore, not a constant but increases from the red to the violet end of the spectrum.

**172. The Frauenhofer Lines.** If the slit in the foregoing experiment be made narrower the overlapping of the spectral images is diminished, since the narrower the slit the smaller is the required difference in refrangibility between two adjacent colors in order to separate their corresponding images in the spectrum. Wollaston in 1802, was the first to use a narrow slit as a source of light and to secure an approximately *pure spectrum,* that is, a spectrum in which the various colors are almost completely separated from each other. He used a slit about one-twentieth of an inch wide, which he viewed at a distance of 10 or 12 feet, through a prism held near the eye. By thus receiving the spectrum directly into the eye he was able to detect certain dark lines crossing the solar spectrum, which he believed to mark the limits of the spectral colors.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 64 of



In 1814, Faunhofer, working independently of Wollaston, rediscovered these dark lines, made a map showing their relative positions, and designated the more prominent lines by letters of the alphabet. Thus, (Fig. 106), the *A* line (not shown in figure), lies in the extreme red, the *B* and *C* lines in the medium and lighter red, the *D* line in the yellow, the *E* in the green, *F* in the greenish-blue, *G* in the deep-blue, while the two *H* lines mark the limit of the violet end of the spectrum for the eyes of most observers.

Fraunhofer also used a single prism at a distance from a narrow slit, but he received the spectrum into a telescope, which was first sharply focused upon the slit before the prism was




Fig. 106.

put in place. By this means he was enabled to observe with such accuracy that he counted 754 lines between *B* and *H*, and located with certainty the positions of 350 of them upon his map.

The Fraunhofer lines in the solar spectrum are of extreme importance in the study of optics, both from a practical and a theoretical point of view. They afford a ready and accurate means of designating lights of definite colors, and are constantly used as reference lines in the determination of refractive indices. On the other hand they indicate the partial absence of certain colors in the light of the sun, and thus not only offer a starting point for the study of the nature of light, but lead to important conclusions concerning the constitution and condition of the sun itself.

**173. Total, Mean, Partial, and Relative Dispersion.** If sunlight be passed through three prisms having the same refracting angle, one of flint glass, one of crown glass, and one a hollow prism with plane glass sides and filled with water, the resulting spectra will be found to differ greatly in length. Thus (Fig. 107), the spectrum from the flint glass prism is about twice as long as that from the one of crown glass, and three times as long as

that from the water prism. It is clear that the various colors undergo widely different deviations by prisms of the same angle but of different substance. A careful study of the dispersion of various refracting media is therefore a prerequisite for the scientific construction of optical instruments.

If $\mu_B, \mu_C, \ldots \mu_H$, represent the refractive indices of a given prism for the corresponding Fraunhofer lines, then $\mu_H - \mu_B$, represents the *total dispersion* for that prism in the spectral region from *B* to *H*. Likewise the differences $\mu_C - \mu_B$, $\mu_D - \mu_C$, $\mu_F - \mu_D$, etc., are termed the *partial dispersions* for the corresponding regions. Since the middle region $C - F$, includes the brightest part of the spectrum, the difference $\mu_F - \mu_C$, is termed the *mean dispersion*. Also, since the *D* line lies near the brightest part of the spectrum, its index $\mu_D$, is called the *mean index* for a given substance. The ratio of the mean dispersion to the quantity $\mu_D - 1$, is termed the *relative dispersion* or *dispersive power*, $\left(\frac{\mu_F - \mu_C}{\mu_D - 1}\right)$, and is used to characterize different grades of optical glass with reference to the possibility of selecting achromatic combinations.

From Article 159 we have seen that for prisms of small




FIG. 107.

refracting angle *A*, the deviation *D*, for any color is defined by the equation

$$D = A(\mu - 1).$$

Obviously the angular dispersion $\psi$, for any two lines as $B$ and $H$, is given by the difference between their respective deviations, or,

$$\psi = A\,(\mu_H - \mu_B) \tag{258}$$

It remains to be noted that since different glasses differ so widely in *relative dispersion,* it is within the power of the optician to produce at will, prism combinations that will give *either deviation without dispersion or dispersion without deviation,* according as the need for each may arise. The discussion of these combinations will follow later.

**174. Irrationality of Dispersion.** If, through variation of the refracting angles, the spectra from the flint glass, crown glass and water prisms should be made of exactly the same length, it would be found that the colors are not equally dispersed by the three substances. If the three spectra be arranged one above the other, and so adjusted that the $B$ and $H$ lines coincide, it will be evident (Fig. 108), that the spectra are quite different.

Thus in the water spectrum, the interval from $B$ to $F$ is equal to that from $F$ to $H$. In the crown glass spectrum the




FIG. 108.

interval from $B$ to $F$ is smaller than that from $F$ to $H$, and in the flint glass spectrum it is smaller still. It thus appears that in flint glass the dispersion is relatively greater in the blue end of the spectrum, while for water the dispersion is relatively greater in the red end.

If prisms of other substances should be examined still other variations in the dispersion of the various colors would be found. In short there is no relation between the change in the refractive index with the wave-length in different substances. This peculiarity is termed the *irrationality of dispersion.* It is due to this fact that the spectra produced by different prisms cannot readily be compared with each other. Herein lies a fundamental difference between *prismatic spectra and spectra produced by gratings.* In grating spectra, as we shall see later, the deviation for every color and for every grating is directly proportional to the wave-length. Hence any grating spectrum may at once be compared with any other. On this account the spectra from gratings are termed *normal spectra.*

**175. Anomalous Dispersion.** A more surprising peculiarity of dispersion was discovered by Christiansen in 1870, who found for a hollow prism filled with an 18.8 per cent solution of fuchsine, or aniline red, an entirely new succession of colors in the spectrum. In this case the violet light was refracted the least, then came the red and then the yellow; the green and bluish green were wholly absorbed. Such a spectrum is termed *abnormal,* and the substance is said to exhibit *anomalous dispersion.*

Through the investigations of Kundt, it has been demonstrated that anomalous dispersion is characteristic of all substances possessing "surface color," *i. e.,* substances which exhibit a different color by reflected light from that shown in transmitted light. Thus fuchsine is reddish violet by transmitted light but an intense green by reflected light. All bodies of this class exhibit total reflection for certain colors of the spectrum at all incidences, and their solutions even when very dilute, show marked absorption bands in the same colors.

Kundt observed anomalous dispersion in the solutions of a large number of substances among which were the red, blue, green and violet anilines, carmine, indigo, orsellin, litmus, hematine, chlorophyll, iodine in carbon disulphide, and the extracts of red wood and sandal wood. Among the solids cobalt blue glass shows anomalous dispersion very well.

It was theoretically proven by Helmholtz, and subsequently confirmed by the experimental work of Pflüger, Wood, and Magnusson, that in all cases where a substance presents one or more

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 68 of



absorption bands in its spectrum, the refractive index of the substance for colors immediately below the absorption band is increased enormously, while the index for colors just above the band is correspondingly depressed. The index for the color that is wholly absorbed becomes infinite. From this point of view the apparent "anomaly" in the dispersion of strongly absorbing substances disappears. Fuchsine absorbs the green, hence the refractive indices of the red and yellow are increased and that of the violet diminished; the violet is therefore least refracted and the yellow the most. It is now well established that anomalous dispersion is exhibited by all gases and vapors showing absorption bands in the spectrum.

**176. Chromatic Aberration.** Since it has been shown that the refractive index of a substance differs for different colors, being greatest for violet and least for red, it is clear from the formula

$$\frac{1}{f} = (\mu - 1)\left(\frac{1}{r_1} - \frac{1}{r_2}\right)$$

that the focal length of a lens is shortest for the violet and longest for the red light. In other words, if a simple lens (Fig. 109) be presented to a parallel beam of white light, the violet rays will come to a focus first at *v*, and the red last at *r*, the foci for the remaining colors being distributed along the axis between these points. In consequence of its dispersion therefore, a single lens instead of producing for each point object a *single point image*, in reality produces a *series of colored images*. Hence the image of any object formed by a single lens in white light is surrounded by fringes of color and is generally blurred and indistinct. This defect of lenses is called *chromatic aberration*. An image in which all the colors are focused at the same point is *colorless* or *achromatic*.



FIG. 109.

About 1670 Newton concluded from his experiments upon the refractive indices of glass and water, that the relative dispersion of all substances *was a constant*, and he consequently despaired of being able to make a lens that would give a colorless image. It was not until 1758 that the London optician, John Dollond, succeeded in making such a lens.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 69 of



We have seen that light which had been dispersed by one prism could be reunited into an achromatic image by a second, similar prism with its refracting edge turned in the opposite direction. In this case the second prism corrected *both the deviation and the dispersion.* If now, the second prism be made from a glass having a *high relative dispersion,* as flint glass, then the dispersion of the crown glass prism may be corrected by a prism of *much smaller angle,* and an *outstanding deviation* will thus be left. The condition for achromatism in the two prisms is obtained by equating their angular dispersions, or

$$A\ (\mu_H - \mu_B) = A'\ (\mu'_H - \mu'_B)$$

whence

$$\frac{A}{A'} = \frac{\mu'_H - \mu'_B}{\mu_H - \mu_B} \qquad (259)$$

or, *for achromatism the angles of the two prisms must be inversely proportional to the dispersions of the two prisms in the region to be achromatized.*

In an exactly similar way it is possible so to combine a convex lens of crown glass and a concave lens of flint glass that their resulting dispersion shall be zero and the system shall still have any desired focal length. In *lenses* the *curvatures* of the four surfaces are varied, as the *angles* have been in the case of the two *prisms,* but since there are *four* radii to be chosen, two may be adjusted for achromatism and the remaining two so selected as to reduce spherical aberration to a minimum.



FIG. 110.

Such a combination (Fig. 110) is called an *achromatic lens,* and is said to be corrected for some two colors. If the lens is to be used for visual work it is usually corrected for the region *C* to *F*. If the combination is to be applied to photography the achromatization is computed for the region *G* to *H,* since in this region the chemical action of light is most pronounced.

Owing to the irrationality of dispersion it is obviously impossible to achromatize any region perfectly unless the "course" of the dispersion of the two glasses is the same over that region. The slight residual color defects in an achromatic pair are termed "secondary spectra," and may be reduced still further by the addition to the combination of a third lens of the proper curva-

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 70 of



ture and dispersion. By the use of the new optical glasses introduced by Abbé and Schott of Jena, it is now possible to achromatize more perfectly with two lenses than it had formerly been possible to do with three.

**177. Direct Vision Spectroscope.** If two prisms, one of flint and the other of crown glass, have their angles so chosen that their *deviations* for some one color shall be equal, that is, so that

$$A(\mu - 1) = A'(\mu' - 1), \qquad (260)$$

there will remain an *outstanding dispersion* due to the flint prism. This fact has been utilized in the construction of the direct vision spectroscope. Usually the instrument contains two, ninety degree, flint glass prisms combined with three prisms of crown glass.

Fig. 111 shows a combination of one dense flint prism $P$, and two crown glass prisms. By means of the achromatic lens $O$, the slit $S$, is sharply focused for sodium light. On turning the instrument toward some source of white light the image of




Fig. 111.

the slit is spread out into a spectrum. The width of the slit $S$, is adjustable, and by making it narrow the Fraunhofer lines are readily seen in ordinary daylight. Light from the source under examination is admitted directly into the instrument by the slit, (ray 2), while by means of the comparison prism $V$, and the mirror $D$, light from a second source (ray 1), may be introduced, and the spectra of the two sources observed side by side. The deviation of the prism train is usually adjusted to zero for the $D$ line.

## PROBLEMS

1. If the indices of refraction for the four substances, flint glass, crown glass, water, and carbon disulphide are

| | *B* | *C* | *D* | *F* | *H* |
|---|---|---|---|---|---|
| Flint glass | 1.6127 | 1.6144 | 1.6193 | 1.6315 | 1.6527 |
| Crown glass | 1.5301 | 1.5311 | 1.5339 | 1.5404 | 1.5509 |
| Water (18.7°C.) | 1.3310 | 1.3320 | 1.3336 | 1.3380 | 1.3448 |
| $CS_2$ (18.7°C.) | 1.6182 | 1.6219 | 1.6308 | 1.6555 | 1.7020 |

compute the angle of a flint glass prism necessary to achromatize the region from *B* to *H* in a crown glass prism whose angle is $3°30'$.

2. From above table compute the angular separation of the lines *C* and *F* produced by a hollow prism filled with carbon disulphide, of angle 40°, if the slit image be half an inch wide, and the prism be 30 feet from the screen.

3. In a direct vision spectroscope (Fig. 111), the flint glass prism has an angle of 54°. Compute the base angles of the two crown glass prisms needed to give direct vision for the *D* line, using data given above.

4. Compare the lengths between *B* and *H*, of spectra produced by two hollow prisms of angle 40°, one filled with water and the other with carbon disulphide. Prism distant 20 feet from screen.

5. *AB* is the diameter of a polished semicircular arc *APB*. A ray of light proceeds from a point *Q* in the tangent at *A*, and after reflection at *P* and *B* returns to *Q*. If the length of the ray's path be 2 feet, the mirror's diameter is very nearly 7.35 inches.

6. A person whose hight is *h*, observes vertically beneath his eye, an object at the bottom of a clear pool: he then removes to a distance *d*, keeping his eye on the object, when his line of vision makes 45° with the surface; show that if $\mu^2 = 2.5$, the depth of the pool $= 2\ (d - h)$.

# CHAPTER XX.

## OPTICAL INSTRUMENTS

**178. Projection Apparatus.** The projection lantern consists essentially of two optical systems, one for condensing light upon the object, and the other for forming the image upon the screen. The source of light is usually either the lime light or the arc lamp. This source is placed just outside the focus of the "condenser," which generally consists of two plano-convex lenss of short focus with their convex surfaces turned toward each other. The cone of light emerging from the condenser falls upon the object, a transparent drawing or lantern slide, and then passes through the projecting lens or objective. This is usually an achromatic lens of about one foot focal length. Since the object is just outside the focus of the objective, the image projected upon the screen is real, inverted, and highly magnified.

**179. The Camera Obscura.** In the *camera obscura* we have the projection apparatus reversed. It consists, as its name indicates, of a darkened chamber having an opening on one side, in front of which is placed a projecting lens. Upon the wall of the chamber opposite the lens is a white screen for receiving the image of illuminated objects which chance to be in front of the lens. The image is real, inverted and smaller than the object. This instrument was formerly used as an aid in sketching buildings or the prominent features of a landscape. Since the discovery of the various methods of fixing an image upon a photographic plate by the chemical effects of light, it has developed into the photographer's camera.

Th simple lens has been replaced by a more or less elaborate optical system carefully corrected for spherical and chromatic aberrations. The sides of the chamber have been made flexible to admit of focussing the image accurately, and the size of the aperture is carefully adjusted to the existing degree of illumin-

ation by a series of graded diaphragms. In its present form, the photographer's camera is one of the most delicate, accurate and important of optical instruments, revealing many things that escape the eye, since it secures the cumulative effect of faint luminous impressions.

**180. The Eye.** From an optical point of view, the eye is a photographic camera with an automatic adjustment for focus, and a sensitive plate that reports the images directly to the brain. Fig. 112 represents a sectional view of the human eye. The *cornea a,* and the *sclerotic* coat *b,* form the outer coating of the darkened chamber, a nearly spherical cavity about one inch in diameter. The sclerotic coat is tough and strong, holding the ball of the eye in shape, and forms the "white of the eye."




FIG. 112.

The cornea is a transparent, horn-like membrane, which serves to admit light into the eye and to retain the *aqueous humor m,* in a lenticular form.

The second coat is the *choroid d,* a black, opaque membrane which serves to darken the interior of the eye. In front, the choroid coat gives place to the *iris gg,* an opaque, colored diaphragm, which regulates the amount of light entering the eye through the circular opening in its center, which is called the pupil of the eye. Just back of the iris lies the *crystalline lens o,* a double convex lens of unequal curvatures, composed of a transparent, jelly-like substance built up in concentric layers. The optical density of these layers increases as we go toward the center. The interior cavity *r,* is filled with a viscous mass of fluid of the highest transparency, called the *vitreous humor.*

The third coat is the *retina l,* a delicate membrane formed by the expansion of the optic nerve, which serves as the sensitive screen for the reception of the images formed by the optical system of the eye. The posterior surface of the retina is characterized by a mosaic-like structure of nerve endings, termed "rods and cones." These microscopic little bodies stand perpendicular to the retinal surface, are closely crowded together, and each one is furnished with a separate nerve fiber. These are believed to form the real *light sensitive layer* of the retina.

The retina possesses two spots of peculiar interest. The *"yellow spot,"* situated in the optical axis of the eye, marks a small area where the retinal layer is slightly thickened. In its center is located the *fovea centralis k,* where the sensitive layer is reduced to an exceeding thinness, only the most minute nerve filaments extending into it. This is the spot of *finest space discrimination.* It is upon this spot that the image of anything is brought which we wish to examine attentively. The point *i,* at which the optic nerve enters the eye is entirely insensible to light, and is called the *"blind spot."*

The adjustment of the crystalline lens for focussing objects at varying distances is accomplished by changing the thickness of the lens itself, through the action of the *ciliary muscle e.* This power of adaption or "accommodation" as it is called, is most marked in young children, and gradually diminishes through life. At about the fortieth year the eye has lost so much of its power of accommodation as to require the aid of glasses to focus small objects near at hand.

A normal eye can accommodate for distinct vision for objects at all distances from 6 inches from the eye (near point), up to infinity (far point). Within this range of accommodation, however, there is a point whose distance from the eye is termed the "distance of distinct vision." It is defined as the distance at which a normal eye can most readily read ordinary print, and is assumed to be *25 centimeters or 10 inches.*

Since the formation of images by the eye, is identical with that of the photographic camera, it follows that the images perceived by the retina are inverted. The ability of the eye and brain to interpret inverted images as belonging to erect objects

is probably gained by experience, through combination with other sense perceptions, especially with that of touch.

**181. Defects of Vision.** Through structural defects the eye may be unable to accommodate for distant objects. The lens in this case is too powerful and the focus falls *in front* of the retina instead of upon it. Such an eye is called *"short-sighted"* or *myopic*. The myopic eye requires a concave lens to counteract the excessive refraction of the eye and bring the focus upon the retina, as shown in Fig. 113.




FIG. 113.

Again, the power of the lens may be below the normal, in which case the focus for parallel rays lies *behind* the retina instead of upon it. Such an eye is termed *hypermetropic* or *"far-sighted."* For such an eye a convex lens is needed to enable the eye to bring the focus of parallel rays upon the retina, as shown in Fig. 114.




FIG. 114.

The eye gradually loses its power of accommodation during life and at about the fortieth year it becomes unable to accommodate for objects near at hand, although the vision for distant objects is as good as ever. Such an eye is said to be *presbyopic*. For such eyes convex glasses are to be used for reading and for examining objects close at hand.

It frequently happens that the eye has different power in different planes. A bright point is seen not as point but as a line. Horizontal, vertical or diagonal lines, like the spokes of a wheel or the letters on a clock dial, may be seen with unequal distinctness. Such a defect is called *astigmatism*. For such eyes glasses having cylindrical surfaces are used.

**182. Apparent Size and Magnification.** The angle subtended by an object at the optical center of the eye is called the *visual angle*. The apparent size of a linear object is measured by the visual angle which it subtends. Thus if $d$ is the distance

of an object from the eye, $b$ the distance of the retinal image from the optical center of the crystalline lens, $\delta$ and $\beta$ the lengths of object and image respectively, then $V$, the visual angle, or the apparent size of the object is

$$V = \frac{\delta}{d} = \frac{\beta}{b} \tag{261}$$

Hence *the apparent size of a linear object is inversely proportional to its distance from the eye.* Also the size of the retinal image of an object is inversely proportional to the distance of the object from the eye, and directly proportional to the size of the object.

The clearness with which the minute details of an object can be distinguished increases with the size of the retinal image. Hence to see a thing clearly we bring the object up to the near point of the eye and thus secure the maximum efficiency of the unaided eye. The effect of any optical instrument which may be used to assist the eye, consists simply in increasing the apparent magnitude of the object. Hence the magnifying power of any instrument may be defined as the ratio of the apparent magnitude *through* the instrument, to the apparent magnitude *without* the instrument, or

$$\frac{\text{Apparent magnitude through instrument}}{\text{Apparent magnitude without instrument}} = \text{Magnification.}$$

**183. The Simple Microscope.** The simple microscope is a converging lens of short focus. When an object is placed slightly nearer to the lens than its focal distance, an eye brought close up to the lens perceives a virtual, erect and magnified image $A'B'$, as shown in Fig. 115. If we conceive the eye to be accommodated for infinite distance, then the object is moved up to the focus $F$, and the image moves off to infinity. The object is now seen clearly by the eye although much nearer to the eye than would have been possible for distinct vision except for the lens. The microscope thus enables the eye to see an object clearly at a much shorter distance, and hence acts as an aid to the accommodation for this distance.




FIG. 115.

The visual angle under which the object appears *through the lens*, is $\frac{AB}{f}$, where $AB$ is the length of the object and $f$ is the focal length of the lens. The visual angle subtended by the object *without the lens*, is $\frac{AB}{25 \text{ cm.}}$; hence the magnification $m$. produced by the lens for an eye adjusted for infinity is

$$m = \frac{AB}{f} \div \frac{AB}{25 \text{ cm.}} = \frac{25 \text{ cm.}}{f} \qquad (262)$$

or *the magnification due to a simple lens is obtained by dividing the distance of distinct vision by the focal length of the lens.*

To a certain degree the effect of magnification may be obtained without the use of a lens, by looking at a brilliantly illuminated object through a very small hole, as through a pin-hole in a card. The hole acts as a diaphragm or second pupil to the eye, and thus, by stopping off the rays from the edges of the pupil, permits of the formation of an image at a distance much less than the normal 25 cm. Such magnification is obtained however, at the cost of illumination, while the lens accomplishes the same result without reducing the illumination.

**184. The Astronomical Telescope.** In the astronomical telescope (Fig. 116), the objective $L$, is a converging lens of long focal length $F$, which forms a real inverted image $A_1B_1$ of a very




FIG. 116.

distant object. This image subtends the same angle at $C$, the center of the objective, as does the object itself. Hence $\frac{A_1B_1}{F}$ represents the apparent magnitude of the object.

The real image formed by the objective is viewed through the eye-piece $L'$, used as a simple magnifier. The eye-piece

forms a virtual, magnified image $A'B'$, of the image $A_1B_1$. The apparent magnitude of the object as seen *through the telescope* is therefore, the visual angle $B'C'A'$, or $\frac{A_1B_1}{f}$, where $f$ is the focal length of the eye-piece. The magnification $m$, of the telescope is therefore given by the equation

$$m = \frac{A_1B_1}{f} \div \frac{A_1B_1}{F} = \frac{F}{f} \qquad (262)$$

or *the magnification of the telescope is obtained by dividing the focal length of the objective by the focal length of the eye-piece.*

**185. The Compound Microscope.** The compound microscope in its simplest form may be regarded as a telescope used for examining objects near at hand. The object glass $O$, (Fig. 117), is a converging lens of very short focus placed near the object $AB$, but still outside its principal focus. The real, inverted image $A'B'$ is much magnified. This image is viewed by the eye-piece $E$, also a converging lens, used as a simple magnifier, which forms the virtual, highly enlarged image $a\,b$.



FIG. 117.

The approximate magnification may be written down at once. Letting $o$ represent the center of the objective, we have for the magnification of the object glass,

$$\frac{A'B'}{AB} = \frac{B'o}{Bo} = \frac{L}{F}$$

where $L$ is the length of the microscope tube and $F$ the focal length of the objective. Also, since the magnification by the eye-piece is $\frac{25 \text{ cm.}}{f}$, the total magnification is

$$\frac{L}{F} \times \frac{25}{f} = \frac{25\,L}{Ff} \qquad (263)$$

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 79 of



The practical advantage of the compound microscope consists in the possibility of using higher powers. With the simple magnifier the working distance soon becomes too small to enable one to observe with comfort or accuracy. Thus with a magnification of 100, the lens must be brought within 0.1 of an inch of the object and the eye must approach the lens very closely indeed if none of the rays are to fall outside the pupil. At the same time the dimensions of the lens become too minute for accuracy in grinding.

**186. Spectroscope and Spectrometer.** It has been noted that the conditions for obtaining a pure spectrum were approximated by Fraunhofer in his arrangement for observing the dark lines in the solar spectrum. The one disadvantage consisted in the loss of light due to the distance between the slit and the prism. In the modern spectroscope (Fig. 118), this loss is avoided by the device of the *collimator*. The collimator is simply a telescope in which the eyepiece is replaced by an adjustable slit. When in adjustment, the slit is brought into the focal plane of the achromatic objective, so that all light entering the slit leaves the objective as parallel rays. In this way the full intensity of the light from the slit is preserved and the additional advantage of parallelism of the rays is secured.



FIG. 118.

The remaining parts of the spectroscope are a suitable table for mounting the prism and an observing telescope with achromatic objective, for receiving the spectrum. The telescope moves about an axis concentric with the prism table. When the instru-

ment is furnished with a graduated circle for determining accurately the positions of telescope and prism, it becomes a *spectrometer,* and may be applied to a variety of optical measurements.

In the Abbé spectrometer (Fig. 119), the functions of the




Fig. 119.

collimator and the observing telescope are combined. A small, totally reflecting prism furnished with an adjustable slit is inserted in the focal plane of the eye-piece of the observing telescope, at one side of the field of view. Light admitted through a small window in the side of the telescope tube, is reflected by the prism through the slit, directly into the optical axis of the telescope and leaves the objective as parallel rays. By the use

of the Abbé prism described in Article 160, the dispersed light is returned upon its path and the spectrum is viewed by the telescope in the unobstructed part of the field. For the position of minimum deviation the refracted image of the slit is made to coincide with the slit itself and the settings can be made with great exactness. By means of the micrometer screw *M*, the dispersion of any substance in the various spectral regions is measured independently of the graduated circle, thus greatly reducing the labor of making the measurements and at the same time securing a marked increase in the accuracy of the results. An auxiliary telescope permits of the use of the instrument in the ordinary form.

# PHYSICAL OPTICS

## CHAPTER XXI.

### VELOCITY OF LIGHT

**187. Velocity of Light—Roemer's Method.** The first definite proof of the finite velocity of light was given by Roemer, a Danish astronomer in 1676, from a study of the eclipses of the satellites of the planet Jupiter. This planet has several satellites which revolve about it as our moon does about the earth. The inner one of these satellites has a mean period of 42 h. 28 m. 36 sec. As it passes behind the planet it disappears from view quite suddenly and the interval between two eclipses can be determined with considerable accuracy. Roemer noticed that this interval was not constant throughout the year; that it was *less* than the period of revolution of the satellite when the earth was *approaching* Jupiter, and *greater* than this period when the earth was *receding* from Jupiter.

Thus (Fig. 120), the period of the satellite coincided with the eclipse interval when the earth and Jupiter occupied the positions $E'J'$, or $E\,J$, but as the earth passed from $E'$ to $E$, the eclipses occurred systematically *ahead* of the computed time by differences whose sum at $E$ amounted to 1000 seconds. From $E$ to $E'$ they *fell behind* by the same amount. Roemer concluded that this difference in time must be required by the light to traverse the difference in path $E\,E'$ between these two positions. Assuming the diameter of the earth's orbit to be 186,000,000 miles, the velocity of light was computed to be 186,000 miles per second.



FIG. 120.

Roemer's wonderful discovery was received with little favor by the scientific world and was practically disregarded for nearly

50 years, until Bradley's discovery of the aberration of light, in 1728, gave an additional method for measuring this important physical constant.

**188. Velocity of Light—Foucault's Method.** In 1850, Foucault, a French physicist, described a method for the direct determination of the velocity of light, which in its improved form has given the most accurate values yet attained. Foucault's original arrangement consisted of an illuminated slit *S*, (Fig. 121), from which light passed through a lens *K*, of long focus to




FIG. 121.

a mirror *mp*, which was capable of rapid rotation about an axis through *o*, normal to the plane of the paper. From this rotating mirror the light was reflected to a concave mirror *Z*, striking it normally, since the center of curvature of *Z* lay in *o*. The mirror *Z* and the slit *S* lay in the conjugate foci of the lens *K*. The light was therefore returned upon its path and after a second reflection at the rotating mirror, fell again upon the slit. By interposing a piece of plane parallel glass *t*, at an angle of 45° to the path of the light, a displaced image *S''*, of the slit was produced for the purpose of observation. When the rotating mirror *mp*, was put in motion, a flash of light fell upon the concave mirror at each revolution and for rotations of more than 30 per second these flashes blended into a steady image of the slit.

Now, if in the time *t*, needed for the light to travel the distance $2D$, from the rotating mirror to the concave mirror and back again, the rotating mirror should have turned through a small angle, then the reflected image of the slit would have been displaced through twice that angle. If, therefore, we call the distance from the rotating mirror to the slit *r*, and the displacement of the slit *s*, then from a knowledge of the quantities *D*,

$s$, $r$, and $n$, the number of rotations of the mirror per second, the velocity of light $V$, can be calculated. Thus

$$t = \frac{2D}{V} \qquad (264)$$

Also, if the mirror turn through a small angle $a$ in time $t$, then

$$a = \omega t = 2\pi n t \text{ or } t = \frac{a}{2\pi n} \qquad (265)$$

Now the light is turned through an angle $2a = s/r$, where the displacement of the slit image is small, and

$$a = \frac{s}{2r} \qquad (266)$$

From (265) and (266) we have

$$t = \frac{s}{4\pi n r} \qquad (267)$$

and combining (264) and (267) we get

$$\frac{s}{4\pi n r} = \frac{2D}{V} \qquad (268)$$

or finally,

$$V = \frac{8\pi n r D}{s} \qquad (269)$$

In Foucault's experiment $D$ was 20.24 meters, $r$ was 1.0257 meters, the speed of the mirror was 400 revolutions per second and the measured displacement $s$, of the slit image was 0.7 mm. From these values he computed the velocity of light to be

$$V = 298{,}000 \, \frac{km.}{sec.}$$

In Foucault's experiment the displacement, 0.7 mm, was a quantity too small to be measured with accuracy, while the speed of rotation of the mirror was enormous. In 1878, Michelson so modified the method of Foucault as to render it capable of far greater accuracy. The lens $L$ (Fig. 121$a$), was so placed that the rotating mirror $m$, lay very near its principal focus. All rays from the slit $s$, therefore, left the lens as approximately parallel rays. For



FIG. 121$a$.

the concave mirror, a plane mirror *m'*, was substituted and the distance *D* was increased to 600 meters, instead of 20 meters as in Foucault's experiment. In this way Michelson succeeded in securing a displacement of the slit of 13 cm., or 133 millimeters, without using a speed of rotation for the mirror of more than 200 per second. The mean of Michelson's measurements gave the velocity of light.

$$V = 2.999 \times 10^{10} \frac{cm.}{sec.}$$

Newcomb also using the method of the rotating mirror obtained a value in close agreement with this.

The experiment of Foucault was originally designed for the purpose of actually measuring the velocity of light in media of different density in order to decide experimentally between the corpuscular and the undulatory theories of light. According to the corpuscular theory, light should travel faster in a dense medium than in a rare one; from the principles of the undulatory theory exactly the opposite conclusion was reached. Experiment alone could decide. Foucault in 1850 measured the velocity of light in air and in water and found the velocity in water to be less than in air. Since that time the emission theory of light has been definitely abandoned and the undulatory theory is now generally accepted in some form or other among scientific men. A statement of the theory forms the topic of the next article.

**189. The Undulatory Theory of Light.** According to the undulatory theory light consists in an extremely rapid vibratory motion which is transmitted from point to point in the form of transverse waves. Since experience shows that light traverses a space the more readily the less ponderable matter the space contains, it is concluded that light may be propogated even in space containing no ponderable matter, *i. e.*, in a vacuum. It is assumed that the universal medium for the transmission of luminous disturbances is the ether, which consequently can not be ponderable matter, although it must possess many properties in common with it.

In order to formulate the undulatory theory it is only necessary to assume that the ether fills all space, that it has different density in different media, and that the laws of elasticity are

absolutely the same in it as in ponderable matter. Moreover, as the ether interpenetrates the molecules of ponderable matter, its particles receive and transmit vibrations in the same way and according to the same laws as do the molecules of ponderable matter. In following out the consequences of these assumptions it is necessary to bear in mind certain results previously established for wave motions in general.

(*a*). When, in an elastic medium of density *d* and coefficient of elasticity *e*, a molecule is displaced by force, the general equilibrium of the medium is destroyed; all the neighboring molecules experience a movement which is propogated from point to point in all directions with a velocity

$$V = \sqrt{\frac{e}{d}} \qquad (270)$$

This same law is held to apply to the ether where $V$ is the velocity of light.

(*b*). The intensity of any vibratory disturbance proceeding from a point source is *directly proportional* to the *square of the amplitude,* and *inversely proportional* to the *square of the distance from the source.*

**190. Equations of Wave Motion.** If, in place of an infinitely small and instantaneous movement, a particle of ether execute regular vibrations its oscillations, if simple harmonic, may be expressed by the equation

$$y = A \sin \frac{2\pi t}{T} \qquad (271)$$

in which $y$ is the displacement of the ether particle at any time $t$, $A$ is the amplitude and $T$ the period.

If light be transmitted with a velocity $V$, from an ether particle $P_1$ to a second particle $P_2$ distant $x$ from $P_1$, the time required for transit is $x/V$. Now if equation (271) represent the condition at $P_1$ then the condition at $P_2$ is represented by

$$y' = A' \sin\left(2\pi \frac{t - x/V}{T}\right) \qquad (272)$$

since $P_2$ is always in a given condition of vibration, $x/V$ seconds *after* $P_1$ has been in the same condition. The difference in the two vibrations is, as may be readily seen, a difference in *ampli-*

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 87 of



*tude* and a difference in *phase*. If the wave be generated at a point source in a homogeneous and isotropic medium then the disturbance travels outward in all directions with the same velocity. Hence all points on the surface of a sphere with center at $P$, and radius $x$, must be in the *same phase*. Surfaces containing only points in the *same phase of vibration* are called *wave surfaces*. The distance from one wave surface to the next is called a *wave-length* $\lambda$, and is defined in terms of velocity and period of vibration by

$$\lambda = VT.$$

If we introduce $\lambda$ into equation (272) we have for the condition at $P_2$,

$$y' = A' \sin 2\pi\left(\frac{t}{T} - \frac{x}{\lambda}\right) \qquad (273)$$

**191. Superpositions of Small Vibrations.** Whenever an ether particle is actuated at the same time by impulses due to two sets of vibrations, the resultant motion is that due to the *superposition* of the *two vibrations*. Since in all cases the amplitudes of vibrations are assumed to be small the treatment of the problem is termed the superposition of *small* vibrations. If we represent the two impulses actuating the ether particle by the two equations

$$y_1 = A_1 \sin \frac{2\pi t}{T}$$

$$y_2 = A_2 \sin\left(\frac{2\pi t}{T} - \frac{2\pi x}{\lambda}\right) \qquad (274)$$

and for convenience set

$$\frac{2\pi t}{T} = \alpha, \text{ and } \frac{2\pi x}{\lambda} = \beta,$$

then the resultant motion of the ether molecule may be represented by

$$Y = y_1 + y_2 = A_1 \sin \alpha + A_2 \sin (\alpha - \beta). \qquad (275)$$

Expanding the right hand member and adding we have

$$Y = (A_1 + A_2 \cos \beta) \sin \alpha - A_2 \sin \beta \cos \alpha;$$

or putting

$$A_1 + A_2 \cos \beta = A \cos \phi$$

and

$$A_2 \sin \beta = A \sin \phi \qquad (276)$$

we get

$$Y = A \sin (\alpha - \phi) \qquad (277)$$

This shows that the resultant motion of the ether particle is still a simple harmonic motion, with an amplitude $A$. The resultant amplitude may be found at once from equations (276) by squaring and adding, whence

$$A^2 = A_1^2 + A_2^2 + 2A_1A_2 \cos \beta$$

or, replacing $\beta$ by its value $\frac{2\pi x}{\lambda}$ we have

$$A^2 = A_1^2 + A_2^2 + 2A_1A_2 \cos \frac{2\pi x}{\lambda} \qquad (278)$$

This equation shows that the square of the resultant amplitude, and hence the *resultant intensity*, due to the superposition of two vibrations, depends upon the quantity $x$, that is, upon the *difference in path* traversed by the two component vibrations. If $x = 0$, or *an even multiple of* $\lambda/2$, then the resultant amplitude is the *sum* of the amplitudes; if $x = \lambda/2$, $3\lambda/2$, $5\lambda/2$, etc., then the resultant amplitude is the *difference* of the component amplitudes. These results are applied in the theory of interference.

**192. Law of Reflection of Light Deduced from Huygens's Principle.** Let $AB$ (Fig. 122), be a plane wave front meeting the reflecting surface $CD$, in the direction indicated. In accordance with Huygens's principle, all points on the reflecting surface become new centers of disturbance, as the successive points in the wave front reach them. Consequently the point $A$, being the first disturbed, acts as a center from which the disturbance spreads backward into the original medium with the original




FIG. 122.

velocity, and in the time $t$ needed for the disturbance at $B$ to reach $B'$ it has spread through a hemisphere with radius $AA'$ equal to $BB'$ of which the full line above $CD$ is a trace on the plane of the paper.

In the same time the disturbance at $b$ on the incident wave front has reached $E$, from which point the new wave spreads back in the hemisphere whose radius is $Eb'$. In a similar way every point on the reflecting surface has generated new waves. The radius for the wave from $B'$ is of course zero at the end of the time $t$. Now a tangent from $B'$ upon the circle $A''A'$ will touch all the other subsidiary circles; consequently the reflecting surface $CD$ has given rise to the new wave front $B'A''$, which now moves off parallel to itself in the original medium.

By the undulatory theory the angle of incidence is the angle included between the *incident wave front* and the *surface, i. e.*, the angle $BAD$; similarly the angle of reflection is the angle $AB'A''$ included between the *reflected wave front* and the *reflecting* surface. The equality of these angles can be shown at once from the equality of the triangles $ABB'$, $AB'A'$, and $AB'A''$.

**193. Law of Refraction of Light Deduced from Huygens's Principle.** In the case of refraction of light it must be remembered that the ether imbedded between the material particles of the different media will seem to have different densities and hence will transmit the luminous disturbance with different velocities. Thus suppose the plane wave front $AB$ (Fig. 123), in medium I, to meet the plane surface $AC$ of medium II, in the direction $BC$. Now if the second medium should transmit the luminous impulses with the same velocity $V$, as the first, then $CD'$ would be the refracted wave front, that is there would be no refraction at the surface of separation.




FIG. 123.

But if the second medium transmit light more slowly than the first, say with a velocity $V'$, then in time $t$ while the light in the first medium is passing from $B$ to $C$, the light in the second

medium will have spread out into a hemisphere about $A$ as a center, and having a radius $AD$, such that

$$\frac{AD}{AD'}=\frac{V'}{V}, \text{ or } AD=\frac{V'}{V}\cdot AD'$$

The circular arc through $D$ about $A$, having its center at $A$, represents the trace of this hemisphere upon the plane of the paper. In the same way from the point $Q$, there spreads out a hemispherical disturbance which at the end of the time $t$, has reached a radius

$$QT=\frac{V'}{V}\cdot QT'$$

A tangent from $C$ upon the wave front about $A$ as a center, is also tangent to the entire system of subsidiary waves, and $DC$ is therefore the refracted wave front, which now moves on in the new medium parallel to itself. By a previous definition the angle of incidence is the angle $BAC$ or its equal $ACD'$. Similarly the angle of refraction $ACD$, is the angle included between the *refracted wave front* and the *refracting surface.*

Applying the law of refraction

$$\frac{\sin i}{\sin r}=\frac{\sin ACD'}{\sin ACD}=\frac{\frac{AD'}{AC}}{\frac{AD}{AC}}=\frac{AD'}{AD}=\frac{V}{V'}=\mu \qquad (279)$$

It thus appears that *when light passes from a medium A to a medium B the relative index of refraction for the two media is equal to the ratio of the velocities of light in A and B.*

## PROBLEMS

1. If the nearest distance for distinct vision for a far-sighted person is 2 ft. 11 in., what should be the focal length of the spectacles he would require for reading? *Ans.* $f=14$ in.

2. If the greatest distance of distinct vision for a myopic eye is 3.9 in., what should be the focal length of the proper reading spectacles? *Ans.* $f=6.4$ in.

3. A converging lens placed at a distance of 5.2 cm. from

a luminous object forms an image on a screen. When the lens is moved a distance of 23 cm. nearer the screen, another image is formed. What is the focal length of the lens?

*Ans.* $f = 4.4$ cm.

4. A ray of light strikes a plane parallel plate of glass of index of refraction 1.5, at an angle of 70°, and emerges from the other side parallel to its original direction, but displaced laterally through a distance of 5 millimeters. How thick is the glass?

5. A man 6 feet tall stands upon a smooth, level walk 300 feet distant from an observer. A boy 4 feet tall standing between them seems to be of the same hight as the man. How far away is the boy if the eye of the observer be in the plane of the walk?

6. A telescope whose objective has a focal length of 12 feet, is furnished with two eye pieces whose focal lengths are one inch, and 0.5 in. respectively. Compute the magnifying power in each case.

7. A person of normal vision, uses a convex lens whose focal length is 2.5 cm. as a simple magnifier. What is the magnification produced?

8. The objective of a microscope has a focal length of 6 mm., the eyepiece 24 mm.; the object is 6.1 mm. from the center of the objective. Find (*a*) the position of the real image; (*b*) the magnification produced by the objective; (*c*) the magnification produced by the eye piece; (*d*) the total length of the microscope; (*e*) the total magnification.

9. A lens of 0.5 in. focal length is used to project a microscopic object upon a screen thirty feet distant from the object. Determine the magnification and the position of the lens.

10. A double convex lens of radii 80 cm. is made from crown glass whose refractive indices are given on page 200. How far apart upon the axis of the lens are the foci for the *B* and the *F* lines?

11. A projecting lantern is to be used in a lecture room, where the screen is 60 feet distant. If the required magnification be 20 find the focal length of the new objective needed.

# CHAPTER XXII.

## INTERFERENCE

**194. General Statement.** Thomas Young showed that under certain circumstances two nearly parallel beams of light do not, when superposed, produce increased illumination, but that they may even so disturb each other's effects as mutually to extinguish each other and produce darkness. In such cases the light waves are said to *interfere* and the resulting phenomena are classed under the head of *interference phenomena.*

Interference phenomena are of two general kinds: first those in which the two interfering pencils have undergone only reflections and refractions, and have had certain phase differences produced thereby; the second in which interference takes place between subsidiary waves starting from *different parts of the same wave front.* The latter phenomena are usually classed as *diffraction phenomena.*

It was shown in the study of sound that two sets of sound waves might be made to interfere and produce either a sound of increased intensity or total silence, according as the two vibratory motions were in the *same* or *opposite* phase. Similar phenomena may be produced in the case of two trains of light waves *provided the two sets of waves proceed originally from the same source.* If the two pencils proceed from two different sources, as from two flames or from different parts of *one and the same flame*, they are incapable of producing interference. Such sources are termed *incoherent.* Two pencils proceeding from the same point source are termed *coherent pencils.*

If two sources are to produce interference their phases must always be either exactly the same, or they must have a fixed difference. In the case of incoherent pencils, the sources may change their difference in phase many thousands or even millions of times in a second, and yet each interval include millions of

vibrations. Such changes prevent the appearance of interference.

It should be carefully noted, however, that in light as in sound, the system of interference bands denotes only a redistribution of the vibratory energy, and while it may be reduced to zero at some points and heaped up at others, yet the amount of energy is the same.

**195. Interference from Two Small Apertures.** Suppose a beam of monochromatic light from a narrow slit fall upon the two small apertures $A$ and $B$ (Fig. 124), so that the two pencils from these points are coherent and in the same phase. Draw $OM$ normal to $AB$, at its middle point, and at $M$ erect a perpendicular $PM$. Now, since $M$ is equidistant from the two apertures, it is evident that the paths traversed by the two pencils are identical and the two wave trains will reach the point $M$ *in the same phase*, and the illmination will be a maximum. If we assume the amplitudes to be equal then the resultant amplitude of vibration will be the sum of the two equal amplitudes and will therefore be doubled, while the intensity of illumination will be four times as great as from either source singly.



FIG. 124.

Next suppose a point $M_1$, be chosen such that the difference in path of the two pencils is $\lambda/2$ for light of the particular color used. Then $AM_1 - BM_1 = \lambda/2$, and the pencil from $A$ will reach $M_1$ just one-half period behind the pencil from $B$, the vibrations will be in *opposite phase* and will destroy each other, and there will be darkness at this point. If at $M_2$ the difference in path amount to $2\lambda/2$, or a whole wave length, then the vibrations from $A$ reach $M_2$ one whole period behind those from $B$, and hence coincide in phase, and the two sets of vibrations reenforce each other, producing maximum illumination.

In general, if $P$ be any point, either above or below $M$, such that $AP - BP = \pm n\lambda/2$, then $P$ will be a bright or dark point according as $n$ is *even* or *odd*. If, therefore, the slits be illuminated by sodium light there will appear upon the screen normal

to the plane of the paper, a series of alternately bright and dark fringes starting with $M$, and extending both above and below this point. If either aperture be closed the fringe system vanishes.

The distance of any band from the central band, may be calculated as follows. Call the distance $MP$, $x$; let $MO$ equal $a$, and denote the distance $AB$ between the two sources by $c$. Draw the lines $OP$, $BP$ and $AP$, and about $P$ as center, with a radius $BP$ describe the short arc $BC$. $AC$ will therefore, represent the difference in path, $n\lambda/2$. The two angles $ABC$ and $POM$ are equal since their sides are mutually perpendicular, and the two triangles $ABC$ and $OMP$ are similar. Also, since the angles $ABC$ and $POM$ are very small their sines and tangents may be equated and we have

$$\frac{PM}{OM} = \frac{AC}{AB}$$

whence

$$x = \frac{a}{c} \cdot n \frac{\lambda}{2} \qquad (280)$$

This formula shows that the distance of any fringe from the central fringe $M$, varies directly as the wave length of the light employed. If, therefore, white light be used, the central fringe at $M$, being the position of zero difference in phase, will be white. The other parts of the system instead of being marked by bright and dark bands, will now show a set of rainbow colored fringes, and there will be no dark bands at all. This is because the different colors correspond to different wave lengths. Moreover, experiment shows that the fringes are *violet* on the *inner edges nearest* $M$, and red on the outer edges, hence we see that violet light has the *shortest* and red the *longest* wave length of the spectral colors. If with monochromatic light, the quantities $a$, $c$, $n$ and $x$ be carefully determined, the wave length $\lambda$ for the corresponding color can be computed.

**196. Fresnel's Mirrors.** In order to demonstrate the phenomenon of interference of light as clearly as possible Fresnel devised the following experiment . Two plane mirrors $OM$ and $ON$ (Fig. 125), of polished metal or black glass are so placed

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 95 of



that their two planes are vertical, and meet in a vertical line, forming an angle which differs but little from 180°. Monochromatic light from a vertical slit *S*, falls upon the two mirrors and is reflected in the general direction *OC*, as if proceeding from the two virtual images *A* and *B*. In the region upon the screen about *C* illuminated by the two coherent pencils, we may expect a series of interference fringes, normal to the plane of the paper.




FIG. 125.

To show that the phenomenon is really due to interference, it is only necessary to cover the face of one mirror with any opaque substance when the whole system of fringes vanishes.

Fig. 125 represents a horizontal section through the mirrors and the vertical slit *S*, which is supposed to stand normal to the plane of the paper. Upon *On* and *Om*, the directions of the planes of the two mirrors, drop the perpendiculars *Sn* and *Sm*, and produce these perpendiculars as far behind the planes of the mirrors as *S* lies in front of them. Then *B* and *A* represent the virtual images of *S*, seen in *ON* and *OM* respectively. From the construction it is evident that *B*, *A*, and *S*, lie upon the circumference of a circle having *O* as its center. Through *O* draw *CD* normal to *AB*, and complete the figure.

The angles *nOm* and *ASB* are equal, since their sides are mutually perpendicular. If $nOm = \omega$, then *AOB* is $2\omega$. Let $DO = a$, and $OC = b$; then $AB = 2a \sin \omega$, and the formula of the preceding article for the distance to the nth fringe,

$$x = \frac{CD}{AB} \cdot n \frac{\lambda}{2}$$

becomes

$$x = \frac{a+b}{2a \sin \omega} \cdot n \frac{\lambda}{2} = \frac{a+b}{2a\omega} \cdot n \frac{\lambda}{2} \qquad (281)$$

since $\omega$ is a very small angle.

The distances $a$ and $b$ may be read off from the positions of the supports upon an optical bench, the distance $x$ may be measured by a micrometer screw and $n$ can be counted. In this way the wave length of any colored light may be measured.

**197. Fresnel's Biprism.** As a modification of the experiment with the two mirrors, Fresnel devised the following experiment for producing interference fringes by refraction. An isosceles glass prism *C E D*, (Fig. 126), with the angle at *E* very nearly 180°, receives monochromatic light from a vertical slit at *O*. The two halves of the prism *CE* and *DE*, behave as two right angled prisms put base to base, and the light from the upper half is refracted downward as if coming from a virtual source *B*, while that passing through the lower half of the prism gives rise to a second virtual image at *A*. The distance between these two




FIG. 126.

virtual images *A* and *B*, is smaller the smaller the angles *C* and *D* become, so that by making *E* very nearly 180°, the two pencils emerging from the two halves of the double prism (biprism) overlap throughout a certain region *FMG* upon the screen. *M*, being equidistant from the two virtual sources, is a bright band for all colors. On either side of *M* there appear alternately dark and bright bands, standing normally to the plane of the paper, marking the positions for which the difference of path is an odd or even multiple of $\lambda/2$ for the special wave length of light under consideration. If white light be used the dark and bright bands

are replaced by a series of rainbow colored fringes, violet on the inner and red on the outer edges.

The distance of the $n$th band from the center is readily calculated. Thus let $OE$ equal $a$, $EM$ equal $b$, $\epsilon$ equal the angle $C$ or $D$ of the prism, and $\mu$ its refractive index. The deviation $\delta$ produced by either half of the biprism may be written

$$\delta = \varepsilon\ (\mu - 1),$$

and the distance $AB = c$, becomes

$$c = 2a\ \sin\ \delta = 2a\delta = 2a\ (\mu - 1)\ \varepsilon.$$

Therefore

$$x = \frac{(a+b)}{c} \cdot n\frac{\lambda}{2} = \frac{a+b}{2a\ \varepsilon\,(\mu - 1)} \cdot n\frac{\lambda}{2} \qquad (282)$$

The biprism has the advantage that the fringes are very bright and are readily obtained, while the adjustment for the two mirrors is exceedingly delicate, difficult to secure and troublesome to maintain.

**198. Interference in Thin Films.** Films of any transparent substance if sufficiently thin, exhibit brilliant colors when viewed by white light, or a series of dark and bright bands if examined by monochromatic light. Examples of such films are seen in soap bubbles, thin films of glass, thin films of oil upon water, or of oxide upon heated surfaces of polished metals. In order to comprehend the relation of these interference bands to other interference phenomena it is necessary to conceive the two interfering pencils as produced by reflection at the upper and lower surfaces of the film. Thus let $B\,C$ (Fig. 127), represent a uniform thin film of air enclosed between two plates of glass. When monochromatic light falls normally upon the film a part of the light is reflected at the upper surface $B$, in the direction $BA$, the other part penetrates the film, and part of this is reflected at $C$ in the same direction $CBA$, while the remainder passes through the plate. In Fig. 127 the reflected parts are denoted by $V$ and $H$. Both reflected components of the original beam are propagated in the direction $BA$, and the illumination



FIG. 127.

produced by $H$ and $V$ depends upon their phase difference, which *seems to be* the double thickness of the film, $2t$, expressed in wave lengths of the light under consideration. From our previous study of interference phenomena we should expect that according as this difference in path $2t$, amounts to $0, \lambda, 2\lambda$, etc., or to $\lambda/2, 3\lambda/2, 5\lambda/2$, etc., that is, according as the difference in path amounts to an *even* or an *odd* number of half wave lengths, the film, to an eye looking down upon it along $AC$, should appear *bright* or *dark*.

Observation shows that exactly the opposite result is attained. When the film is made as thin as possible *it appears black*, thus showing that for a vanishingly small thickness $t$, the two pencils are in *opposite phase* instead of *coincidence*.

The reason for this is found in the opposite conditions of reflection undergone by the two pencils; the beam reflected at $B$ is reflected *in* glass *against* air, while the beam reflected at $C$ is reflected *in* air *against* glass. Theory shows that when reflection occurs *in* the rarer medium *against* the denser, the wave crest is reflected as a crest, while in the case of reflection *in the denser against the rarer* medium, a wave crest is reflected as a trough. This is usually expressed by saying that in the case of reflection *in air against glass*, a half wave length is lost. Fig. 128 shows the simultaneous positions of the ether particles in the two beams, where the incident wave is represented by the full line and the reflected waves by the dotted lines.



FIG. 128.

In a film of vanishingly small thickness therefore, the two wave trains as superimposed in opposite phases and the result is darkness. The total difference of phase is therefore that due to difference in path, $2t$, *plus* that due to difference in conditions of reflection $\lambda/2$. Hence the total retardation is $2t + \lambda/2$, and when *this quantity* amounts to an *even* number of half wave lengths the film is bright. When it is equal to an *odd* number the film is dark.

In the case of oblique illumination it is easily shown that the retardation due to the film is $2t \cos r$, where $r$ is the angle of refraction in the film. Hence for an eye looking down upon a

film of uniform thickness, the path retardation increases with the obliquity. The film will therefore present a series of interference fringes in the form of circles concentric about the foot of the perpendicular from the eye upon the plane of the film, the circles being the loci of points of equal phase difference.

If the film be wedge-shaped instead of plane parallel, it will be crossed, when viewed by reflected light, by a system of dark bands which run parallel to the edge of the wedge, and mark the places at which the path retardation is o, $\lambda/2$, $2\lambda/2$, $3\lambda/2$ . . etc. Since for extinction of the light the total retardation $2t + \lambda/2$, must equal an *odd number* of half wave lengths, we have *for the dark bands*

$$(2n + 1)\frac{\lambda}{2} = 2t + \frac{\lambda}{2} \qquad (283)$$

where $n$ is any integer, o, 1, 2, 3, etc., and denotes the number of the dark band under consideration. The dark band corresponding to $n = o$, denotes optical contact of the two surfaces, or zero thickness of the film.

**199. Interferomenters.** Any device whereby two pencils of light may be made to interfere, and the resulting phenomena studied, is, properly speaking, an interferometer. Certain forms of the instrument present peculiar advantages, and merit special description. In the interferometer originally devised by Fizeau, and modified and improved by Abbé and Pulfrich, the two pencils are made to interfere after normal reflection upon the surfaces of two horizontal plates of glass enclosing a film of air, exactly as described in the preceding article, Figs. 127 and 128. The other parts of the instrument are for convenience of observing and measuring the fringe system.

The under plate of glass is actuated by a micrometer screw so that the thickness $t$, of the air film may be varied at will. The plates are slightly inclined to each other, thus giving the air film a wedge shape. The interference bands are then straight lines parallel to the edge of the wedge. On decreasing the thickness of the air film the bands move toward the thicker part of the wedge; on increasing the thickness they move in the reverse direction. Hence to measure the wave length of any colored light, the sys-

tem is illuminated with that particular light and the micrometer head turned until a definite number $b$, of dark bands have passed under a certain point on the plate. The amount $s$, by which the thickness of the film has been changed is determined from the micrometer head and the quantities $b$ and $s$ inserted in the general formula.

Thus for the dark band under the mark we have by (283)

$$(2n+1)\frac{\lambda}{2}=2t+\frac{\lambda}{2}\ (before)$$

also, since to pass from any dark band to the next higher one, we must introduce a difference of path of *one whole wave length*, we have, after passing over $b$ dark bands,

$$[(2n+1)+2b]\frac{\lambda}{2}=2(t+s)+\frac{\lambda}{2}\ (after) \tag{284}$$

Whence

$$2b\cdot\frac{\lambda}{2}=2s$$

or

$$\lambda=\frac{2s}{b} \tag{285}$$

In the Michelson interferometer, a beam of light from the source $Q$, (Fig. 129), falls at an angle of 45° upon the half-silvered face of a plane parallel glass plate $A$, where it is divided into two pencils, one of which is transmitted and passes to the mirror $D$, the other is reflected to the mirror $C$. These two mirrors are set so as to return the two pencils upon their paths to the point $A$, where the first is reflected and the second transmitted to $E$. A second plane parallel plate $B$, of the same thickness as $A$ is inserted in the path of the reflected ray to make the paths traversed by the two pencils meeting at $E$ equal, in case $D$ and $C$ are symetrically placed with respect to $A$.



FIG. 129.

Now the transmitted ray has passed through the plate *A* three times and been reflected once *in glass against air.* The reflected ray has passed twice through *B*, once through *A*, and been reflected once *in air against glass.* When the two pencils have traversed equivalent paths they are in condition to interfere owing to the half wave-length difference in phase introduced by opposite conditions of reflection at *A*. One of the mirrors *C*, is movable in the direction *AC* by means of a micrometer screw. Wave lengths may be measured as in the Pulfrich-Abbé instrument.

The Michelson interferometer has the advantage of a wide separation of the two pencils of light, and it may consequently be applied to an almost endless variety of physical problems.

# CHAPTER XXIII.

## DIFFRACTION

**200. Diffraction Through a Narrow Slit.** If a strong beam of parallel rays be passed through a vertical slit into a darkened room and received upon a white screen some two or three meters distant, there will be seen a central band of white light, broader than the dimensions of the slit would justify from strictly rectilinear propagation, and on either side a series of colored fringes. It is apparent that through a narrow slit the light does not travel in straight lines even approximately, but bends around the edges, and spreads out in all directions, from all points of the opening as new centers of subsidiary waves. Such a phenomenon is called *diffraction,* and the fringes are called *diffraction fringes.* As has been pointed out already, diffraction is a species of interference between waves arising from different points on the *same wave front.*

Let *ab* (Fig. 130), represent a horizontal section through the vertical slit, and let *r* be a point on the screen *M N,* such that $ar = br$. Then the disturbances from all points in the slit will reach *r* in practically the same phase. They will therefore reënforce each other and *r* will be a bright point for all colors, and the central band will be *white.* If now a point *s* be taken near *r,* such that $as - bs = \lambda$, for some definite color, as the violet, then the waves setting out from *b* would reach *s* one whole period ahead of the waves from *a.* If *d* be a point midway between *a* and *b,* then a wave from *d* would arrive at *s* just one-half period later than the one from *b,* and hence these waves would annul each other. In like manner every elementary wave from a point in *da,* would be cancelled by a wave from a corresponding point in *bd.* The result at *s*



Fig. 130.

would therefore be zero *for violet light.* If on the other hand a point $s_1$ be chosen, such that

$$as_1 - bs_1 = 3\frac{\lambda}{2}$$

for violet light, then the slit $ab$ can be divided into three parts, from *two of which the waves will interfere as before,* while the remaining third will produce violet illumination.

In general, if

$$as - bs = \pm n\frac{\lambda}{2} \qquad (286)$$

for points on either side of $r$, we shall have a series of bright and dark bands, for monochromatic light. The bright bands will correspond to the points where $n$ is *odd* and the dark bands to the points where $n$ is *even.* For white light the fringe system is a series of rainbow-colored bands, violet on the inner, and red on the outer edge, thus showing again that violet has the shortest, and red the longest wave length of the spectral colors.

**201. The Diffraction Grating.** If instead of a single slit, a series of parallel, equidistant slits be ruled upon a piece of smoked glass, or better upon the opaque film of a photographic plate, then the colors of the diffraction fringes are much more lively, and the phenomena in strong sunlight are very beautiful. Such a ruled surface is called a *diffraction grating,* and the resulting spectra are called *diffraction* spectra.



FIG. 131.

Let $M_1N_1$, $N_1M_2$ (Fig. 131), represent the transparent and opaque parts respectively of a diffraction grating, and suppose the light from a collinator slit to come in a parallel beam from the left. Then along the direction indicated by the dotted line from $M_2$ we shall have a bright band, which may be focussed by a lens into an image of the slit.

Next suppose that for light of wave length $\lambda$, emerging in direction $N_1D_1$, $M_2D_2$, the difference in path of the waves from corresponding points in adjacent slits of the grating as $M_1$ and

$M_2$, should be one wave length, or $M_2D_2 = \lambda$; then it is clear that the light from the first slit will be in advance of the light from the second slit by *a whole wave length,* and ahead of that from the third slit by *two wave lengths* and so on. The light from all the slits will, therefore, agree in phase and the resultant illumination may be focussed by the lens into a *diffracted* image of the slit. This is called the *first diffracted image* of the slit, or a diffraction image of the *first order.*

If the direction of the light for the first spectrum make an angle $\theta_1$, with the normal to the grating, and $M_1N_1 = a$, and $N_1M_2 = b$, then since the angle $D_2M_1M_2 = \theta_1$, we have

$$M_2D_2 = \lambda = (a + b) \sin \theta_1 \qquad (287)$$

Similarly for an angle $\theta_2$ such that the difference in path between corresponding points of adjacent slits is 2 λ, we have for the second spectrum

$$2\lambda = (a + b) \sin \theta_2$$

for the third spectrum

$$3\lambda = (a + b) \sin \theta_3$$

and so on. From equation (287) we have

$$\sin \theta_1 = \frac{\lambda}{a + b} \qquad (288)$$

which shows that the sine of the angle of diffraction is directly proportional to the wave length, hence in a diffraction spectrum the violet light is *deviated least* and the red light *most.* Moreover since the deviation of every color is directly proportional to the wave length, it follows that each color lies in its proper place and that in such a spectrum there can be no irrationality of dispersion.

Again, since sine $\theta_1$ varies inversely as $(a + b)$, the *"grating constant,"* it is clear that the lengths of diffraction spectra from two different gratings are inversely proportional to the constants of the two gratings and hence can be compared at once.

It is also to be noted that for $\lambda = a + b$ the value of sin $\theta_1$, becomes unity. This means that for waves of this length the angle of diffraction becomes 90°. Hence for measurements in the *infra red* end of the spectrum, gratings of large constant must be used.

Rutherford ruled gratings upon glass having 700 lines to the

millimeter. The magnificent gratings of Professor Rowland are ruled upon speculum metal and have in some cases as many as 1,700 lines to the millimeter.

**202. Measurement of Wave-lengths.** The diffraction grating affords the simplest method for the measurement of wave-lengths of light since, if the grating constant $(a+b)$ be known, the process is reduced to the measurement of a single angle, which can be made with great accuracy. A grating is mounted vertically upon the table of a spectrometer and so adjusted that the beam of parallel rays from the collimator strikes the grating surface normally. The slit is illuminated with monochromatic light, furnished by a Bunsen burner carying a tip of asbestos paper saturated with sodic nitrate. On turning the telescope so as to look directly into the collimator the direct, or central image of the slit should be seen sharply focussed, when the telescope and collimator are set for parallel rays. On either side of this central image will be seen the yellow diffracted images of the slit, of the first, second, third, and fourth order. Owing to the small fraction of the aperture in each slit which is effective in producing illumination, the intensity of the diffracted images falls off very rapidly. The vertical cross hair of the telescope is set upon the first diffracted image on each side of the central image, and the readings taken. One half the difference of these readings is $\theta_1$. In the same way the values of $\theta_2$, $\theta_3$, and $\theta_4$ are determined. Then

$$\lambda = (a+b)\sin\theta_1 = (a+b)\frac{\sin\theta_2}{2} = (a+b)\frac{\sin\theta_3}{3}, \text{ etc.}$$

Conversely, if light of a known wave-length be used, the grating constant, $(a+b)$, may be at once determined.

**203. Three Kinds of Spectra.** Through the investigations of Kirchhoff and Bunsen, 1856-60, the following fundamental facts were established concerning the three more important types of spectra.

(*a*) *Bright line spectra.* When light from an incandescent gas or vapor is examined by means of a prism, its spectrum is seen to consist of a number of bright lines, colored images of the slit, which are always the same for the same gas under the

*same conditions of temperature and pressure.* Thus the spectrum of sodium vapor at the temperature of the Bunsen burner, consists of a single pair of bright yellow lines corresponding to the Fraunhofer lines $D_1$ and $D_2$. The spectrum of lithium consists of a single line in the deep red. The light from hydrogen in a Geissler tube shows four well marked lines; one in the red and one in the blue corresponding to the Fraunhofer lines $C$ and $F$, and two fainter lines in the violet.

Such a spectrum is called a *bright line spectrum* and its presence indicates to us that the source of light is a mass of gas or vapor under a pressure so low as to allow the gas molecules sufficient freedom of motion to execute whatever form of vibration they will. From the fact that the spectrum of a chemically pure substance in the gaseous form may contain *numerous bright lines*, we are driven to the conclusion that the molecule of such a gas may execute a number of different vibrations at the same time, just as a string or a plate may vibrate in a number of different modes, and produce a number of corresponding tones at the same time. Under this aspect of the case the characteristic bright lines in the spectrum of any gas at a given temperature may be regarded as representative of the *free vibrations which its molecules can execute at that temperature.*

(*b*) *Continuous Spectra.* When the light from an incandescent solid or liquid, or from a mass of incandescent gas *under high pressure* is analyzed, the spectrum is found to contain all colors from red to violet, and to show no discontinuities at any point. Such a spectrum is called a *continuous spectrum* and shows that the source is a mass of incandescent solid, liquid or gas at high pressure. The spectra from flames, molten metals, the filaments of incandescent lamps or from the carbon tips of an arc lamp are all continuous spectra.

In the case of such a luminous source, it is clear that the molecular motions due to incessant molecular collisions, must be extremely irregular and constantly interrupted. The molecules have practically no mean free path, and no time in which to execute their characteristic vibrations. The result is a confused, jangled mass of vibration of every possible frequency, which the eye interprets as light of all colors, *i. e., a continuous spectrum.*

(*c*) *Dark Line, or Absorption Spectra.* Absorption spectra

are produced when light from an incandescent solid is passed through a layer of some unequally transparent medium, and then analyzed. The spectrum is seen to be crossed by one or more dark lines or bands, indicating that in these regions the energy of the spectrum has been absorbed by the medium under investigation. Liquids are examined for absorption by placing them in tanks with parallel sides of plane parallel glass plates.

Many substances present characteristic absorption spectra. Thus a piece of cobalt glass absorbs all colors except a small strip in the red, and the blue end of the spectrum. The absorption spectrum of chlorophyl shows a dense black line in the red, while blood, even in very dilute solution, shows two characteristic bands in the green.

In the case of a glowing gas the absorption spectrum exhibits one or more dark lines sharply defined upon the continuous spectrum of the source. These lines are characteristic for the gas and correspond to certain bright lines emitted by the same gas. Thus at the temperature of the Bunsen burner, sodium vapor absorbs only the yellow rays belonging to the *D* lines.

The principle of absorption is merely the principle of resonance applied to the motion of ether particles. The light emitted by a vibrating atom of a heated gas may be considered as representative of the vibrations which it can execute. If those same vibrations fall upon the gaseous atoms they will covibrate or take up the vibratory motion, just as a tuning fork will respond to vibrations of its own frequency but to no others.

It is to be noted further that the glowing gas acts at the same time both as an absorbing and as an emitting layer. If light from a source at a temperature higher than that of the gas pass through the gas, then the gas molecules take up more energy than they give out, or light is absorbed by the gas. But if the gas be at the higher temperature, then the gas molecules give out more energy than they absorb, and light of that peculiar quality is added to the light of the source. In the first case the lines are darker the greater the degree of absorption, *i. e.*, the greater the difference of temperature. In the second case the line shows as a bright line on the continuous spectrum. For equality of temperature between the sources the line vanishes.

**204. Kirchhoff's Law.** From a study of the absorptive powers of glowing gases, Kirchhoff deduced a law connecting the radiation and absorption of bodies, which may be stated as follows: If $I$ be the intensity of the monochromatic light which falls upon a body at a given temperature, and $I'$ be the part of the light absorbed by that body, then Kirchhoff terms the ratio

$$\frac{I'}{I} = A \tag{289}$$

*the absorptive power* of that body for that particular color. Also if $E$, the intensity of the light of the same color which the body *emits* at the same temperature be called the *emissive power* of the body, then Kirchhoff's law states, that *the ratio between the absorptive power and the emissive power is the same for all bodies at the same temperature*, and that *the value of this ratio depends only on the temperature* and the *wave-length*. An *absolutely black body* is defined as one which absorbs all the light which falls upon it, and does not reflect or transmit any. For such a body, therefore, the absorptive power $I'/I$ is unity for all colors and for all temperatures. Now according to Kirchhoff's law we have the ratio $E/A$ for one body, the same as that for another, hence

$$\frac{E}{A} = \frac{e}{1} \tag{290}$$

where $e$ is the emissive power of the black body for the given color and temperature. From this it follows at once that the ratio $E/A$, for *any body* is equal to the emissive power of a *black body* for the same color and temperature. This means that if a vapor, as sodium vapor, at a given temperature, emit light of a certain color more abundantly than other colors, it will *absorb that same color* more abundantly, since

$$\frac{E}{A} = e, \text{ a constant.} \tag{291}$$

If we write the law in the form $E = eA$ and remember that $A$ can never be zero for any body, we reach the important conclusion, that as soon as a black body reaches a temperature where it begins to radiate a given color, *as red light*, then *any other body begins to radiate red light at the same temperature*, or *all bodies become red hot at the same temperature*. This tempera-

Case 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 109 of 151



ture is about 525°C. As the temperature rises, shorter wave-lengths are radiated in addition to the red. At 1000° the body becomes yellow, and at 1200°, white.

**205. Spectrum Analysis.** Since the character of the light emitted by an incandescent gas depends first of all upon the vibrations of its constituent atoms, it follows that a study of the light emitted by a glowing gas gives us direct testimony concerning its chemical composition. Hence, if the bright line spectrum of any substance be once definitely known, then whenever this spectrum presents itself we may conclude at once that the given substance is present in the source of light, whether that source be a Geissler tube in the laboratory or a fixed star in the depths of space. This is the method of spectrum analysis. A minute quantity of a salt is introduced into the colorless flame of a Bunsen burner and the light examined by the spectroscope. The method is most useful in the detection of the metallic constituents of salts, since at the temperatures necessary to vaporize a salt and tinge the flame, the spectrum is generally independent of the acid constituent.

The method is characterized by its ease and rapidity, and especially by its exceeding sensitiveness. In the flame of the Bunsen burner, 1/14,000,000 of a milligram of sodium is sufficient to show the characteristic sodium lines, while in the spark of an induction coil, 1/80,000,000 of a milligram of lithium may be detected. On account of the extreme sensibility of the method it has led to the discovery of numerous new elements, which have been present in minute quantities as impurities in the substances under examination, and revealed themselves through characteristic new lines in the spectrum. Among the elements so discovered may be mentioned caesium, rubidium, thallium, indium and gallium.

Spectrum analysis gives at once the explanation of the Fraunhofer lines in the solar spectrum, and enables us through comparison with bright line spectra from known sources to prove the presence of many chemical elements in the sun. Thus the two *D* lines of the solar spectrum coincide exactly with the two yellow lines of the spectrum of sodium, and Kirchhoff concluded that there must be sodium vapor in the sun's atmosphere. By

means of the Fraunhofer lines Rowland has definitely proven the presence of thirty-six chemical elements in the sun.

Again, it should be noted that while the spectrum of any substance is characteristic of that substance, and furnishes a reliable criterion for conclusions concerning the constitution of its molecule, yet the same substance may exhibit different spectra for different conditions of pressure and temperature. It seems reasonable to suppose that a complex molecule is capable of more varied forms of vibration than a simpler one, and hence it seems likely that a complicated spectrum corresponds to a complicated molecular structure, and a simple spectrum to a simple molecular structure. Experiment seems to show that *each compound that can exist at the temperature at which light is emitted, has its own spectrum.* As the temperature of a solid rises, the spectrum changes correspondingly.

From the first appearance of color, the spectrum grows to the completed, *continuous* spectrum. For a slightly higher temperature, but one at which the compound molecule can still exist, the spectrum is marked by the appearance of bright parts, which are not yet sharp lines, but rather broad bands, set off by bright lines which shade off into darkness on one side. Such a spectrum is called a *band spectrum* or a *fluted spectrum,* since it has the fluted appearance of a Greek column. Such spectra correspond to relatively low temperatures and complicated molecular structure, usually that of a chemical compound.

For still higher temperatures the compound molecule breaks up into its constituent atoms, and the *bright line* spectrum appears. This as we have seen, corresponds to a highly heated gas under low pressure.

Again, the spectrum of an element may contain but a few bright lines that seem to be arranged in some apparently definite, rythmical order, as in the spectrum of lithium or it may contain a thousand lines arranged in apparently the greatest confusion as in the case of iron. These lines may also occur singly as in lithium, or in pairs as in sodium, or in triplets as in magnesium. These groups of single lines, or pairs or triplets recur at regular intervals, the intervals growing shorter as we approach the violet end of the spectrum. The analogy between these rythmically recurring groups of lines and the overtones produced by a sound-

ing body is certainly very striking. Through the investigations of Kayser and Runge, certain harmonic relations between the vibration frequencies of the spectral lines of many of the elements have been established, but these relations are by no means simple, nor have they as yet been shown to exist in the case of all the elements.

**206. The Visible and the Invisible Spectrum.** It has been seen that many substances exhibit marked absorption for light of definite wave-lengths. Investigation has proven that this absorption is manifested even by transparent substances for longer or shorter wave-lengths. By means of the photographic plate it is possible to follow the spectrum far beyond the point at which it ceases to affect the eye, and to map out the dark lines in the invisible solar spectrum, as Fraunhofer did in the visible part. To do this, however, it is necessary to avoid the absorption of prisms and lenses. For this purpose a spectrum is produced by a diffraction grating and focussed by means of concave mirrors. In the Rowland's concave gratings, the focussing is done by the grating itself.

The study of such spectra shows that the luminous spectrum which we can perceive by the eye is only about one-thirtieth of the spectrum that has now been explored. The only physical difference between visible and invisible light is one of wave-length. The eye like the ear is limited in its range of sensibility and responds only to those vibrations whose wave-lengths lie between 0.000812 and 0.000330 mm. For wave-lengths shorter than these the photographic plate must be used. This region is termed the *ultra violet* end of the spectrum.

In the region of longer waves, called the *infra red*, recourse is had to the heating effect of the radiant energy, and the spectrum is explored by means of an eye-piece containing a series of thermal couples. This is connected to a sensitive galvanometer and shows the presence of bright or dark lines as *hot* or *cold* lines, by the deflection of the galvanometer. The same instrument may be used to detect the presence of maxima and minima in a system of electric waves, and consequently enables us to explore the spectrum of electric radiation as well. The conclusion to which we are driven by these facts is, that *radiant energy, i. e., energy*

*transmitted as undulations in the ether, is essentially one in kind, whether it manifest itself in the form of electric waves, or heat waves, which affect the thermal couple, or light waves which affect the eye, or ultra violet waves which affect the photographic plate. The only essential difference is that of wave-length.*

Again, no one substance is equally transparent for all wave-lengths. Fluor spar alone transmits the shortest wave-lengths; quartz transmits a large part of the ultra violet. Glass is transparent for the visible part of the spectrum but absorbs the infra red. Rock salt is very transparent for all but the longest heat waves, while for the longer electric waves an oak plank or a brick wall is fairly transparent.

The following table of wave-lengths gives some idea of the range of the spectrum thus far explored, and of the relatively small part occupied by the visible spectrum.

WAVE LENGTHS.

| Kind of Light. | λ in mm. |
|---|---|
| Limit of the photographic rays in vacuum | 0.000100 |
| Limit of the photographic rays in air | 0.000185 |
| Limit of visible light in the blue | 0.000330 |
| Blue hydrogen line | 0.000486 |
| Yellow sodium line | 0.000589 |
| Red hydrogen line | 0.000656 |
| Limit of visible light in the red | 0.000812 |
| Longest heat waves as yet detected | 0.06 |
| Shortest electric waves | ~~6~~ 3. (Bose) |

# CHAPTER XXIV

## RESOLVING POWER OF OPTICAL INSTRUMENTS

**207. Resolving Power of the Telescope.** The performance of every form of optical instrument reaches a limit imposed by the nature of light itself. If a plate ruled with fine parallel equidistant lines, be examined, either by the unaided eye, or by means of a telescope or a microscope, there will in each case be found a limiting distance $s$, between the lines, below which they are no longer seen as separate and distinct lines. This limiting value of $s$, is termed *the limit of the resolving power* of the instrument in question, or more briefly, *the resolving power.* The principles involved in the determination of this limiting value may best be explained from the telescope.

Suppose $ES$ (Fig. 132), to be a narow slit and $O$ its middle point. Let $p$ be any point on a line normal to $ES$ through $O$, and at a distance from the slit, then $p$ is a bright point for light of any color entering the slit. Next let $p'$ be a point on a perpendicular




FIG. 132.

to $Op$ through $p$, such that $Ep' - Sp' = \lambda/2$ for light of some definite wave-length. Then waves starting from the points $E$ and $S$ will reach $p'$ in opposite phase, and so annul each other. But it is *only for the extreme edges* $E$ and $S$ that this is true, hence there will be *some* illumination at $p'$. But if we take a point $p''$, such $Ep''—Sp''=\lambda$, then $p''$ is a dark point for light of wave-length $\lambda$. (See Article 200.)

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 114 of



We should therefore have a series of bright and dark bands, parallel to $E S$, and normal to the plane of the paper, of which $p''$ marks the ***first dark band.*** If now the slit $E S$, be regarded as the diameter $D$, of a telescope objective, we have a series of bright and dark rings concentric about the bright center $p$. This bright center may be regarded as the image of a point source of light of wave-length $\lambda$. Calculation shows the radius of the first dark ring to be slightly larger than the value derived for the first dark band. Thus the radius of the first dark ring is $1.2\ pp''$, or the diameter is $2.4\ pp''$.

Let $E S = D$, $Op = F$, the focal length of the objective, $d = 2.4\ pp''$, the linear diameter of the image of the point source, and $E a = \lambda$. About $p''$ as a center, with $p''S$ as radius describe the short arc $Sa$. Then the angles $ESa$ and $pOp''$ are equal, and equating values of sine and tangent we have

$$\frac{Ea}{ES} = \frac{pp''}{op}$$

or

$$\frac{\lambda}{pp''} = \frac{D}{F} \qquad (292)$$

whence $2.4\ pp'' = 2.4\ \lambda F/D = d$, the linear diameter of the image of the artificial star. The angle subtended by this image at $C$, the center of the objective is $d/F$, which (Fig. 133), is readily seen to be the same as that subtended by the object at the same point. Then $d/F = 2.4\lambda/D =$ ***the angular diameter*** of the star image. If two star images are to be seen as separate discs, then their angular separation must be at least




FIG. 133.

$$\frac{d}{F} = \frac{2.4\ \lambda}{D} \qquad (293)$$

If we set $\lambda = 0.00056$ mm., and $D =$ one inch $= 2.54$ cm., then the angular diameter of the star disc is 10.92″, or the images of two stars which subtend an angle of 10.92″ would appear in the telescope with an objective one inch in diameter, with their discs just touching, if the light could be traced out to the edges of the discs. On account of the faint light of the stars, however, the extreme edges of the discs are invisible, and under most favorable circumstances two stars can be separated, which are a little less than half this distance apart, or *the limit of the resolving power of a telescope whose objective is 1 inch in diameter is about 5″.* Hence to find the resolving power of any telescope divide 5″ by the diameter of the objective in inches.

**208. Resolving Power of the Eye.** It was shown in the last article that the resolving power of a telescope depends simply upon the wave length of light employed, and upon the diameter of the objective, or two objects to be resolved must subtend an angle

$$\phi > \frac{2.4\,\lambda}{D} \qquad (294)$$

In the case of the eye, the crystalline lens has a refractive index of 1.4, and hence the wave length $\lambda$ in air, becomes $\lambda/1.4$ in the lens of the eye. The diameter of the pupil corresponds to the diameter of the objective of the telescope, and putting this diameter equal to 4 mm., we have as the resolving power of the eye

$$\phi = \frac{2.4}{4} \cdot \frac{\lambda}{1.4} = 49.5'' \qquad (295)$$

The actual limit is about one minute. This means that a normal eye can see two lines separated, whose distance apart subtends at the eye *an angle of one minute of arc.*

It is interesting to note that the "rods and cones" or light sensitive elements of the eye, subtend the same angle, one minute, at the nodal point of the eye. From this it appears that whether we consider the resolving power of the eye as depending upon the smallest distance between two nerve endings capable of receiving separate stimuli, or whether the eye be regarded as a simple lens, the theoretical resolving power comes out the same in either case. The resolving power of the eye may be readily determined by the following experiment.

Draw a series of equidistant lines upon a piece of white paper, making the lines and spaces of about the same width, and determine the distance from the eye at which the lines under bright light can just be seen resolved. The angle subtended at the eye by the distance between two lines will give the resolving power for the eye in question.

**209. Resolving Power of the Microscope.** It has been pointed out that the magnification of a simple lens soon reaches a limit owing to the short working distance and the minute dimensions of the lens. A more serious difficulty is found in the fact that as the lens grows smaller the dimensions of the opening are no longer very great as compared to the wave length of light. The image of a point source is therefore a diffraction disc of definite radius and this radius increases as the diameter of the lens decreases. It can be shown experimentally that for a lens whose diameter is less than one one-thirtieth of an inch the confusion arising from the increased diffraction is very great.

The *angular aperture* $2a$, is the angle included between the extreme rays, which can pass through the microscope objective, from a point distinctly seen on the axis of the instrument. If $\mu$ be the index of the medium *from which* the light enters the objective, then $\mu \sin a = N$, is called the *numerical aperture* of the objective. In air $\mu = 1$ and the maximum value for $N$, is also 1. Since this would denote an angular aperture of 180°, it is obvious that the greatest diameter $D$, that can be used in a simple lens is twice the focal length $F$, or

$$N = \frac{D}{2F} \qquad (296)$$

where $N$ has its maximum value of 1.

By placing upon the cover glass, a drop of some fluid in which the objective may be immersed, the factor $\mu$ may be varied at pleasure and the aperture $N$ may be increased to 1.4 or even more. Such a lens system is termed an *immersion system*. If a liquid be used whose index is the same as that of the objective, it is termed *homogeneous immersion*. If a grating of constant. $(a + b) = d$, be viewed by a microscope in direct light, then the diffraction pattern in the image will resemble the structure of the object (grating), only when all the rays diffracted by the

object of sufficient intensity to produce appreciable effects in the focal plane of the objective, are received by the objective. Hence the resolving power depends directly upon the numerical aperture of the objective. When the grating is viewed by direct light, therefore, the first maximum from the center of the field, lies in the direction $\sin \theta = \lambda/d$. Hence if the grating is to be seen resolved, that is, if the lines are to be seen separated in the image, the objective must receive rays whose inclination is at least equal to $\theta$, where

$$\sin \theta = \frac{\lambda}{a} \tag{297}$$

In an immersion system, the wave length $\lambda'$ in the fluid, is equal to $\lambda/\mu$, where $\mu$ is the refractive index of the immersion fluid, and $\lambda$ is the wave length in air. In this case

$$\mu \sin \theta = \frac{\lambda}{d} \tag{298}$$

for resolving a grating of constant $d$. But since $\mu \sin \alpha$ is the numerical aperture $N$, of the objective, then to resolve the grating, $N = \mu \sin \alpha$ must equal $\mu \sin \theta$, or

$$N = \frac{\lambda}{d}$$

Hence the smallest distance $d$, which can be resolved by a microscope of numerical aperture $N$, in direct illumination is

$$d = \frac{\lambda}{N} \tag{299}$$

In the case of oblique illumination this may be reduced one-half under *the most favorable conditions,* or

$$d = \frac{\lambda}{2N} \tag{300}$$

Since the resolving power *increases as d decreases it is clear that the resolving power of the microscope varies inversely as the wave length of light used, and directly as the numerical aperture of the objective employed.*

Letting $\lambda = 1/50000$ of an inch or 0.000508 mm., for greenish blue light, and putting $N = 1$, we have for *oblique illumination, in air, under most favorable conditions,*

$$d = \lambda/2N = 0.00001 \text{ inch or } 0.000254 \text{ mm.}$$

This means that under the above conditions a grating having 100000 lines to the inch could be seen resolved. In the case of homogeneous immersion this limit may be extended to 135000.

**210. Resolving Power of a Grating.** If light fall upon a diffraction grating of constant $(a+b) = d$, at an angle of incidence $\alpha$, and the transmitted light be diffracted at an angle $\beta$, then it may be shown that for the points of maximum illumination the maximum phase difference between wave systems from corresponding points of adjacent slits of the grating is

$$d(\sin\alpha + \sin\beta) = m\lambda \qquad (301)$$

This is the general form of the equation for the grating and applies equally well to reflection or transmission gratings.

In order to investigate the resolving power of the grating it is necessary to inquire into the conditions necessary to separate the $m$th spectral image of wave length $\lambda$, from the $m$th image of wave length $\lambda + d\lambda$, where $d\lambda$ is a very small fraction of a wave length. The solution given by Lord Rayleigh is as follows: In a grating of $n$ lines, the $m$th spectrum lies in such a direction that the phase difference between corresponding points of adjacent slits is $m\lambda$, and between wave systems from the extreme slits, it is $mn\lambda$. The nearest points of minimum intensity on either side of the $m$th maximum correspond to phase differences between the extreme slits of $mn\lambda \pm \lambda$. If now the $m$th maximum for wave length $\lambda + d\lambda$, fall in the position of phase difference $mn\lambda + \lambda$, then the two lines are seen sharply separated, and we may equate length of paths for this point, or

$$(mn+1)\lambda = mn(\lambda + d\lambda) \qquad (302)$$

whence

$$\frac{\lambda}{d\lambda} = mn = r$$

*the resolving power of the grating.* The quantity $r = \lambda/d\lambda$ indicates by what fraction of a wave length two lines must differ in order to be completely separated. For example, the two sodium lines $D_1$ and $D_2$, having wave lengths 5896 and $5890 \times 10^{-7}$ mm., differ by 6 units, or the ratio $\lambda/d\lambda$ may be said to have, in round numbers, the value 6000/6, or 1000. A grating which will separate the $D$ lines must therefore have a resolving power of at least

1000. Also, since $r = \lambda/d\lambda = m\,n$, it is plain that if the sodium lines are to be seen separated in the *first* spectrum the grating must have at least 1000 lines, while for the second spectrum 500 would suffice.

Again, if the general equation for the grating be multiplied by $n$, the number of lines on the grating, we have

$$m\,n\,\lambda = n\,d\,(\sin \alpha + \sin \beta)$$

But $m\,n = r$, the resolving power of the grating, and $n\,d = b$, the breadth of the grating, hence we may write

$$r \doteq \frac{b}{\lambda}(\sin \alpha + \sin \beta) \qquad (303)$$

This equation shows that the resolving power is a maximum for $\alpha$ and $\beta$ each equal to 90°, or

$$r_{\max} = \frac{2b}{\lambda}$$

This value, however, cannot be attained since it corresponds to an infinitely small bundle of rays. If either $\alpha$ or $\beta$ be made zero, the other angle may amount to 60°. By the use of the Littrow autocollimation principle (Art. 160), in which telescope and collimator are combined, it is possible to make $\alpha = \beta = 45°$ to 50°; so that practically the maximum resolving power may be set down as

$$r = \frac{7b}{8\lambda} \text{ to } r = \frac{3b}{2\lambda}$$

From this it follows that for the largest and best gratings now made, in which $b = 13.2$ cm., the resolving power for $\lambda = 5500 \times 10^{-7}$ mm., is about 375000, if the Littrow method be adopted. Other arrangements give much less. In the usual arrangement of the Rowland concave grating the resolving power probably does not exceed 100000.

# CHAPTER XXV.

## POLARIZATION

**211. Polarization of Light.** Throughout the various optical phenomena thus far studied, there has been no indication as to the nature of the ether vibrations, which have been assigned as their cause. If, as in sound, the direction of vibration be *in the line of propagation*, in other words, if the vibration be longitudinal, then there will be nothing to distinguish the beam of light when viewed from one side, from its aspect when viewed from another. If a guitar string be plucked or a violin string be bowed so as to cause it to vibrate horizontally, then the entire excursions of its vibrating parts are confined to that plane and the motion is linear and simple harmonic in that plane. A card having cut in it, a narrow slit, slightly wider than the diameter of the string and several centimeters long, may be passed over the string *with the slit horizontal*, without disturbing the motion of the string in any way. If, however, the card be rotated in its own plane through 90°, so that the slit may stand vertical, the horizontal vibration is at once extinguished, although a vertical vibration would be rendered possible. It is clear that the card would have no influence upon the *longitudinal vibration* of the string in any position.

The transverse vibrations of a string are therefore such as to enable us to distinguish *its sides*, or to give to the string a *two-sidedness or polarity*. If now it could be shown that a beam of light behaves in a similar way, it would indicate the presence of transverse vibrations. If a beam of ordinary light be allowed to fall normally upon a plate of tourmaline cut parallel to the axis of the crystal, the light which emerges will be found to possess the two sided property of the vibrating string. If we allow the

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 121 of



light from one plate of tourmaline to fall normally upon a second similar plate, we shall find that it passes freely through the second when the two plates are parallel as at *AB* (Fig. 134). If, however, the second plate be rotated about the beam as axis, as *A'B'*, the emergent light gradually diminishes in intensity and is entirely extinguished when the two plates stand at right angles to each other, as at *A''B''*. If the second plate be rotated still further, the light again increases and when the plates are again parallel, it reaches its full intensity, to be extinguished again when the plates stand at right angles to each other. It thus appears that when the plates are crossed, the light from the first plate is stopped by the second, just as the vibrations of the string were stopped by the slit. The light has thus been changed in its nature so as to exhibit a *two-sidedness* or *polarity* in one plane and is therefore said to be *plane-polarized.* We also conclude that the vibrations of the ether particles are transverse to the line of propagation.



FIG. 134.

Again, since the light emerges freely from the first plate of tourmaline, no matter how it be rotated about the beam as axis, we conclude that in ordinary light, the transverse vibrations occur in all possible planes through the axis of propagation (Fig. 135*a*); whereas, the light transmitted by the first plate is due to the vibrations parallel to the longer axis of the plate (Fig. 135*b*). For this reason, ordinary light is considered to be made up of a mixture of light polarized in all possible planes, due to the rapid rotation of the plane of polarization about the line of propagation as axis.



FIG. 135.

**212. Polarization by Reflection.** If a plate of unsilvered glass *A* (Fig. 136), blackened upon its rear surface, be placed

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 122 of



in a beam of ordinary light at an angle of incidence of about 57°, the light reflected from such a mirror, will be found to be *plane polarized.* This may be demonstrated by testing the beam by means of a plate of tourmaline, or by receiving the reflected beam upon a second similar mirror (Fig. 136), whose plane of incidence coincides with that of the first. The light in this position is freely reflected from the mirror *B*. If now the mirror *B*, be rotated about the beam *AB* as axis, the light reflected from the second mirror, will gradually diminish in intensity, until when the planes of incidence of the two mirrors are at right angles to each other, it vanishes entirely, *A′B′* (Fig. 136*b*), as in the case of the tourmaline plates, and reappears again in its original intensity when the mirror is rotated through another 90°.




FIG. 136.

It should be noted that in the case of the crossed mirrors. the light reflected from *B*, is not zero except for a particular angle of incidence for both mirrors. This angle is called the *angle of polarization* and for glass it is between 55° and 57°. Other transparent substances may be used as mirrors, and for each substance there has been found an angle of incidence depending upon the substance, which gives a *maximum* of polarization, but, according to Jamin, only a few substances of refractive index near 1.46 polarize light completely by reflection.

If we suppose the beam *A B*, to be of unknown origin, then it may be *analyzed,* that is, its condition of polarization may be examined by means of the second mirror. If on rotating the mirror *B* about the beam as axis, the reflected light show no change in intensity, we conclude the beam *AB* is one of ordinary light. If, however, for certain positions of the mirror *B*, the light vanishes, it is *plane polarized* and the *plane of incidence in which it is reflected most copiously from the second mirror, is called the plane of polarization.* According to the theory of Fresnel, the vibrations of plane polarized light are perpendicular to the plane of polarization. Thus the direction of the vibration in

light polarized by reflection is normal to the plane of incidence, that is, *it is parallel to the surface of the mirror.*

**213. Brewster's Law.** It has already been stated that the angle of polarization differs for different substances. In 1811, Sir David Brewster discovered the remarkable fact, that when light falls upon a transparent substance, at the polarizing angle, the reflected and refracted beams *are at right angles to each other.* Thus, if $EO$ (Fig. 137), be the incident ray, $OR$ the reflected ray, and $OB$ the refracted ray, then by Brewster's law the angle $BOR = 90°$. This law may be put in another form. Since the angle between the reflected and the refracted rays is equal to 90°; then

$$i + r = 90° \text{ or } \cos i = \cos (90 - r) = \sin r,$$

therefore

$$\frac{\sin i}{\sin r} = \frac{\sin i}{\cos i} = \mu$$

or

$$\mu = \tan i. \qquad (304)$$




Fig. 137.

Now since $\mu$ is greater than unity we learn from Brewster's law that the polarizing angle is always greater than 45° and further, that if the index of refraction for a transparent substance be known, the polarizing angle can at once be deduced. Brewster's law has been verified by Seebeck for a number of refractive media.

**214. Polarization by Refraction.** If a beam or ordinary light fall upon a thin transparent glass plate at an angle of about 55° to 57°, a part of this light is reflected, and by this reflection polarized, the plane of polarization being *in* the plane of incidence. The other part of the light is transmitted, and if examined will be found to show traces of polarization in a plane *at right angles* to the plane of incidence. If the light emerging from the first plate be passed through a second parallel and similar plate, the amount of polarized light in the emergent beam is increased, and after passing through some eight or ten such parallel plates the transmitted light is found to be completely polarized. Such an

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 124 of



arrangement is called a *pile of plates* and may be used either as a polarizer or as an analyzer in optical apparatus.

The pile of plates may also be used to replace one or both the mirrors shown in Fig. 136. When the plates are used to replace mirror *B*, (Fig. 136), and the planes of mirror *A* and the plates are made parallel, the light reflected from *A* is also reflected from the first plate of the pile as it would have been from mirror *B*. If, however, the plates be rotated into the position of *B′* (Fig. 136), the light is no longer reflected by the plates but is wholly transmitted. Finally, if two piles of plates be used they behave toward each other exactly as two mirrors.



FIG. 138.

The action of the plates of glass may be understood from the following considerations: Let a beam of light fall upon a glass plate at the polarizing angle. If the light is already polarized in the plane of incidence (Fig. 138), then about 1/7 of the incident light is reflected along *OR*, the rest penetrates the plate. The vibration of the ether particles parallel to the surface of the plate are represented by the dots upon the path of the ray. If the incident light be polarized at right angles to the plane of incidence, (Fig. 139), then the entire beam penetrates the plate and no light is reflected along *OR*. In this case the vibrations in the plane of incidence are indicated as shown in Fig. 139.



FIG. 139.

**215. Double Refraction.** When a ray of light falls upon a transparent isotropic substance it is refracted along a single direction, and the refracted ray obeys the law of refraction. When, however, a ray of light falls upon the surface of any transparent crystal other than one belonging to the regular sys-

tem, it is in general divided into *two refracted rays,* one of which obeys the law of refraction and is called the *ordinary ray,* while the other follows a law of refraction altogether different from that of isotropic bodies, and is called the *extraordinary* ray. This phenomenon is called *double refraction.* It is exhibited by many animal and vegetable substances, and by glass, glue, gelatine and similar substances when under stress. Double refraction is very readily observed in Iceland spar, (crystallized $CaCO_3$), in which it was first observed in 1669, by Erasmus Bartholinus.

Iceland spar belongs to the hexagonal system of crystals and splits readily in planes corresponding to the three faces of a rhombohedron. Two of the solid angles which lie diametrically opposite, are bounded by three equal, obtuse angles of 101° 53′, while each of the remaining six are bounded by one obtuse and two acute angles. A line *a a′* (Fig. 140), making equal angles with the three faces forming the obtuse solid angles is called the *optic axis* of the crystal.



FIG. 140.

In the case of crystals which possess a principal axis of symmetry, a plane laid through this axis and including the normal to the surface, or any plane parallel to it is called a principal section. Consequently the plane which can be passed through the shorter diagonal of the rhombohedral surface and the axis of the rhombohedron is also a principal section. The rule for the double refraction in Iceland spar may be stated as follows: A ray of light incident normally upon a rhombohedral surface of Iceland spar is separated into two rays, one of which vibrates at *right angles* to the principal section and is not deviated, (ordinary ray), while the other vibrates *in* the principal section, and is deviated *in* the principal section, *away* from the end of the axis *a a′* (Fig. 140), in the face *toward which* it is going, (extraordinary ray).

This may be illustrated by placing a rhomb of spar over a small black dot on white paper, and looking at the dot along the normal to the upper face of the cystal, (Fig. 140). The eye will perceive two images, one in the continuation of the normal to the

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 126 of



horizontal faces (ordinary image), and the other *in the principal section,* and *displaced from* the upper end of the principal axis, (extraordinary image). On rotating the crystal over the dot the extraordinary image rotates about the ordinary image but keeps its position relative to this image and the end of the axis *a* of the crystal.

**216. Polarization by Double Refraction.** If a ray of light be admitted through a small hole in a black card and a rhomb of Iceland spar be placed over it, the eye will perceive two rays emerging from the upper surface. These tested either with a polarizing mirror, or a pile of plates, will show the following peculiarities:



FIG. 141.

(*a*) The ordinary ray *o* (Fig. 141), will be found to be polarized *in the principal section of the crystal, i. e.,* it swings at *right angles to the principal section,* while the extraordinary ray is polarized at right angles to the principal section, or its vibrations are *in the principal section.* Fig. 141 represents the upper face of the rhomb in Fig. 140, and *c* denotes the end of the axis in the upper surface, designated by *a* in Fig. 140.

(*b*) If a second rhomb of equal thickness be similarly placed upon the first, that is, with the end of the optic axis in the upper face at *c* (Fig. 142), in each case, the same two images *o* and *e* (Fig. 142), appear as before, with similar polarization, but the separation of the two rays is now twice as great as before. This is easily explained since the two rays emerge from the crystal as parallel rays and enter the second crystal in the same relative position in which they left the first. Hence the ordinary ray traverses the second crystal as ordinary and the extraordinary as extraordinary. The ordinary ray penetrates the crystal normally and hence suffers no deviation while the extraordinary ray suffers the same deviation, in the second as in the first, and since the plates are of equal thickness the separation of the rays is twice as great for a rhomb of double the thickness.



FIG. 142.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 127 of



(*c*) Next let the upper rhomb be rotated clock wise upon the lower, through an angle of about 30°. There will now appear *four* images instead of *two* in the positions shown in Fig. 143. Upon examination it will be seen that the ordinary ray $O$ in the first rhomb has been split into two by the second, producing an ordinary $O_o$ and an extraordinary $E_o$, while the extraordinary in the first rhomb is likewise doubly refracted in the second producing an ordinary $O_e$ and on extraordinary $E_o$.



FIG. 143.

The intensities of the four rays increase and diminish in pairs. Thus the two rays $O_e$ and $E_o$ are at first faint and gradually increase while the pair $O_o$ and $E_e$ diminish in brightness and when the crystal has been rotated through 90°, vanish entirely leaving $O_e$ and $E_e$, (Fig. 144). For a rotation of 45° all rays possess equal intensity. After passing 90° the pair $O_o$ and $E_e$ reappear, and increase in brightness, the other pair diminishing to zero at 180°. At this point the two remaining rays $O_o$ and $E_e$ coincide *for two rhombs of equal thickness* and we have *a single image caused by two beams of light polarized at right angles to each other,* (Fig. 145).



FIG. 144.



FIG. 145.

The paths of the rays through the two rhombs of equal thickness is shown in Fig. 146. The variation in the relative intensities of the for rays is readily understood from Fig. 147. Let $JA$ and $JB$ represent the directions of vibrations of the ordinary and extraordinary ray in the first rhomb, and $JF$ and $JD$ the corresponding directions of vibration imposed upon the two rays of light upon entering the second rhomb which has been rotated upon the first through




FIG. 146.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 128 of



an angle *OJD*. Let *JA* and *JB* represent the intensities of the two rays on emerging from the first rhomb. By projecting *JA* and *JB* upon each of the new axes in turn, we have the four amplitudes of vibration,

$$JD = O_o = JF = E_e$$

and

$$JG = O_e = JC = E_o$$

whence the subsequent variations may be readily deduced.



FIG. 147.

**217. Indices of Refraction in Iceland Spar.** Since a ray of light in passing through a rhomb of Iceland spar is split up into two rays, which are differently refracted it follows that the crystal must have two indices of refraction. In determining the refractive indices of any uniaxial crystal it is convenient to employ the form of prism described in Article 160, and arrange the apparatus so that the incident light is normal to the first surface of the prism. In each case the direction of the optic axis in the prism is indicated by fine lines.



FIG. 148.

Three cases will be considered:

(*a*) *The optic axis of the crystal is parallel to the incident ray,* (Fig. 148). In this case the ray traverses the crystal parallel to the optic axis and no double refraction results. The refractive index for sodium light is that for the ordinary ray, $\mu_o = 1.6585$.

(*b*) *The optic axis is parallel to the refracting edge of the prism,* (Fig. 149). Here the plane of incidence is normal to the axis, and consequently two rays emerge from the second side of the prism. The two values for the refractive index are, for the ordinary ray

$$\mu_o = 1.6585,$$

for the extraordinary ray

$$\mu_e = 1.4865.$$



FIG. 149.

Should the angle of incidence change in this case, the direction

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 129 of



of the ray through the prism would be changed, but the light would at all times traverse the crystal at right angles to the axis, and the values of the indices for the two rays would remain constant.

(*c*) *The optic axis is normal to the refracting edge of prism, and parallel to first face of prism and to plane of incidence,* (Fig. 150). In this case so long as the incident light is normal to the first face of the prism, the same result will be obtained as in case *b*. Should the angle of incidence vary however, the direction of the light through the prism is no longer normal to the optic axis, and the index for the ordinary ray alone remains constant, 1.6585, while the extraordinary index varies from 1.4865 and 1.6585.



FIG. 150.

From this it is apparent that only in the second case would it is possible to determine the two indices by the method of minimum deviation, since in this case only does the light remain normal to the optic axis. In both the other cases the value of $\mu_e$ would vary between 1.4865 and 1.6585.

The results may be stated thus: A ray of light penetrating a crystal of Iceland spar is in general split into two rays. One, the ordinary ray, obeys the law of refraction and has always the same refractive index $\mu_o = 1.6585$. For the extraordinary ray, the value of the refractive index varies between 1.6585 and 1.4865. It assumes the maximum value whenever the ray follows the optic axis and the minimum value when it passes through the crystal at right angles to the optic axis.

**218. Wave Surfaces in Uniaxial Crystals.** Huygens explained the phenomena of double refraction in uniaxial crystals by an extension of the method adopted by him in the treatment of ordinary refraction. Since he had shown that the wave surface in an isotropic medium was a sphere, and since one of the rays in Iceland spar obeyed the laws of refraction in isotropic media, he assumed that for this ray the wave surface was a sphere. For the extraordinary ray he assumed the wave surface to be an ellipsoid of revolution about the optic axis, with its

A1204

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 130 of



center at the point of incidence, and having for one of its axes the diameter of the sphere. Between this axis and the second axis of the ellipsoid he assumed the same ratio to exist as existed between the velocities of the ordinary and extraordinary rays in the crystal. By means of these two surfaces the refracted waves may be found as in Article 193.

Thus let $pp_2$ (Fig. 151), represent a plane wave front incident upon *AB*, the surface of a uniaxial crystal whose optic axis *pC*, is assumed to lie in the plane of the paper. Then in time *t*, needed for the wave to travel the distance $p_2p_2'$ *in air*, the spherical wave about *p* as center has reached *Co*, and the spheroidal wave has spread to *Ce*. Then by the principle of Huygens, tangent planes $p_2'\ o'o$ and $p_2'e'e$ from $p'_2$ upon the sphere and spheroid respectively, mark the wave fronts of the ordinary and extraordinary waves in the crystal.




FIG. 151.

If the point of tangency to the sphere be *o*, then *po* is the ordinary ray, normal to the wave front. It lies in the plane of incidence and thus obeys both laws of refraction. If the tangent plane from $p'_2$ touch the spheroid at *e*, then *pe* is the extraordinary ray, which in general is not normal to the wave front and does not lie in the plane of incidence unless the optic axis is either *in* the plane of incidence or *normal* to it. In the figure the axis is assumed to lie in the plane of incidence and hence the extraordinary ray also lies in that plane and so obeys one of the laws of refraction.




FIG. 152.

In one special case, however, when the optic axis is normal to the plane of incidence (Fig. 152), the extraordinary ray obeys both laws of refraction; that is, it is normal to the wave-front and lies in the plane of incidence, and consequently its velocity in the crystal bears a constant ratio to the velocity in air, for all angles of incidence. This ratio is termed the extraordinary index of refraction $\mu_e$.

Thus (Fig. 152), the sections of the sphere and spheroid by the plane of incidence are both circles and if the velocity in air be taken as unity, and the velocities of the ordinary and extraordinary rays, as $b$ and $a$ respectively then

$$\mu_o = \frac{p_1p_1'}{po} = \frac{1}{b} = \mu_o, \text{ ordinary index}$$

$$\mu_e = \frac{p_1p_1'}{pe} = \frac{1}{a} = \mu_e, \text{ extraordinary index}$$

This case corresponds to (*b*) of Article 217, in which it was shown that the values of both refractive indices were constant for all angles of incidence.

Crystals in which the extraordinary index, $\mu_e$, is greater than the ordinary index $\mu_o$, are called *positive* crystals; those in which $\mu_e$ is less than $\mu_o$ are called *negative* crystals. In positive crystals such as quartz, ice and potassium sulphate, the ellipsoid lies within the sphere; in negative crystals, as Iceland spar, tourmaline, beryl, and sodic nitrate, the ellipsoid lies without the sphere.

# CHAPTER XXVI.

## EXPERIMENTAL DEMONSTRATIONS

**219. The Nicol Prism.** We have seen that a beam of plane polarized light may be produced in any one of a number of ways, as by reflection from a polarizing mirror at an angle of 57°, by a pile of plates, by a crystal of tourmaline, or by double refraction through a crystal of Iceland spar. To all these methods there are more or less serious objections. In the polarizing mirror it is difficult to secure an intense beam of polarized light, since only about 1/7 of the incident beam is reflected. In the pile of plates there is trouble from absorption by the plates, and diffusion of light from dust particles on the surfaces of the plates, thus causing stray light in the field. Tourmaline in plates of more than 2 mm. thickness absorbs the ordinary ray completely, but has the disadvantage that the extraordinary ray which is transmitted, is colored either green or red by the crystal, and also that tourmaline is not very transparent in plates of the required thickness.




Fig. 153.

The most effective means of securing a strong beam of plane polarized light is by means of the Nicol prism. A clear crystal of Iceland spar is split out so that it is fully three times as long as it is broad. The end surfaces which in nature make an angle of 72° with the edges of the side, are so cut as to make the angle *SPQ* (Fig. 153), 68°. Let the section *PQRS* represent a principal section of the rhomb. The prism is then sawed in two along a plane normal to the new end surfaces and to the plane of the principal section *PR*. The two new faces are then polished and cemented together with Canada balsam, which has a refractive index smaller than that of the ordinary ray in the spar, but larger than that for the extraordinary ray. If now a ray *AB*, enter the rhomb parallel to its length the two rays are separated.

e 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 133 of



as usual in the spar, and the ordinary ray meets the Canada balsam at an angle slightly greater than the critical angle and is totally reflected through the side of the crystal and absorbed by its covering, which is painted dead black. The extraordinary ray passes into the Canada balsam as from a rarer to a denser medium and meets the second surface of the spar at an angle less than the critical angle from balsam to spar, and so is transmitted undiminished through the rhomb. As shown in the figure the vibrations in the extraordinary ray lie *in the principal section* through the shorter diagonal of the end surfaces of the rhomb. The Nicol thus transmits only those vibrations which are in the plane of its principal section, and quenches all vibrations at right angles to this plane.

**220. Two Nicols.** It is clear that if light emerging from one Nicol (polarizer), be passed through a second Nicol (analyzer), it will be transmitted if the principal sections of polarizer and analyzer be parallel, and will be totally extinguished if their planes be at right angles to each other. In any other position of the two Nicols there will be a portion transmitted and a portion absorbed. This is readily seen from Fig. 154.

Thus let a ray of plane polarized light, incident at $O$ normally to the plane of the paper, have its vibrations parallel to $OP$, and let $Op$ represent the amplitude of its vibration. Now if $OA$ represent the principal plane of the analyzer, it is clear that the component of vibration parallel to this plane is $Oa$, the transmitted portion; while the normal component $Ob$ is absorbed by the analyzer.




FIG. 154.

If $\alpha = POA$ be the angle between the planes of the two Nicols, then $Oa = Op \cos \alpha$ and the intensity of the transmitted component is proportional to $\cos^2\alpha$.

If a plate $C$ (Fig. 155), of any *isotropic* substance be placed in a beam of plane polarized light between crossed Nicols, the field remains dark for any position of the plate rotating about the beam $ST$ as an axis. The reason for this is found at once in the fact that an isotropic substance affects in no wise the directions of vibrations of light transmitted by it; it is not doubly

refracting and hence the plane polarized light from the polarizer is transmitted through it unchanged and is extinguished by the analyzer.

**221. Doubly Refracting Substance in Parallel Plane Polarized Light.** If a thin plate of a doubly refracting crystal be interposed in a parallel beam of monochromatic light between crossed Nicols, there will be two positions of the plate in which the field will remain dark. These positions of the plate are those in which the two rectanglar directions of vibrations in the crystal coincide with the planes of vibration in the two Nicols. In these positions, the light from the polarizer is transmitted unchanged by the crystal and quenched by the analyzer. In any other position of the plate as it is rotated about the beam as an axis, the field will light up. This is because the plane polarized vibrations




FIG. 155.

from the polarizer are resolved by the plate into two component vibrations at right angles to each other, each of which will furnish a component parallel to the principal plane of the analyzer and so pass through, lighting up the field, while the other two components being at right angles to the plane of the analyzer, are quenched. If now white light be used instead of monochromatic light, the field will light up as before, on rotation of the crystal plate, but the light emerging from the analyzer will be colored and the color will depend upon the thickness of the crystal plate. If, on the other hand, the plate be fixed and the analyzer be rotated, the color fades until white is reached at the position of coincidence of the planes of the Nicols, after passing this position the color changes to the complementary hue and grows to a maximum at 45° from the position for white. This production of color from polarized light is due to interference. From the experiments of Fresnel and Arago, it was shown that two conditions were necessary for two beams of polarized light to interfere in the same way as in the case of ordinary light. *First, that the two beams of light shall be polarized in the same plane; second, that they shall have a common origin.*

Now the two rays into which the light from the polarizer is split up by the crystal, traverse the crystal plate with different velocities, and hence when the two components parallel to the plane of the analyzer are reunited, there will be a difference in phase, which for some color will amount to $\lambda/2$, the corresponding color will be absent, and the remaining light will be colored. The component from the extraordinary ray will be in advance of that from the ordinary ray, if the plate be from a *negative crystal*, it will be behind in phase if the plate be from a *positive crystal*.

**222. Rings and Cross in Iceland Spar.** If a thin parallel plate of Iceland spar or other uniaxial crystal be cut at right angles to the optic axis and interposed between crossed Nicols in a *convergent* beam of plane polarized light, there results a series of brilliantly colored concentric rings about a dark center and traversed by a dark cross as shown in Fig. 156. The axis of the convergent beam should strike the plate normally, in which case it is transmitted along the axis of the crystal, suffers no double refraction, and is quenched by the analyzer, thus forming the dark center. Since the plate is cut normally to the optic axis, all planes normal to the surface of the plate and passing through the axis are *principal sections*. The vibrations of the ordinary ray are *normal* to these planes or *tangential* to the system of circles, while the vibrations of the extraordinary ray are *in* these planes and hence *radial* to the circles. Now all rays of the convergent pencil, except the central one will pierce the plate at an angle to the optic axis, and hence would ordinarily undergo double refraction, but in two of these planes, representing the planes of vibration of the polarizer and analyzer, one of the components is wanting. Thus if the polarizer transmit only vertical vibrations, then in the vertical diameter the ordinary vibration is zero, and in the horizontal diameter the extraordinary vibration is wanting, thus leaving only vertical vibrations in these two diameters which are quenched by the analyzer. In all other directions the rays traversing the plate furnish both extraordinary and ordinary rays



FIG. 156.

which after resolution by the analyzer produce components vibrating in the same plane but differing in phase, owing to different speeds of transmission through the plate. Now the locus of all points in the plate producing any definite difference of phase, due to the passing through a given thickness of the plate, will be a circle. Hence after the extinction of any wave length $\lambda$, there is left a circle of residual color through these points. Again since a smaller thickness is needed to produce a difference of phase of $\lambda/2$ for violet than for red, it follows that the violet is extinguished *first* and the *red* last in each successive ring of color. The rings of residual color are therefore red on their inner and violet on their outer edges. Also, since the thickness of the plate traversed increases with the obliquity of the rays, the successive rings grow narrower toward the edges and by overlapping soon produce uniform illumination. If the analyzer be rotated through 90°, the black cross is replaced by a white one, and the rings are seen projected upon a white field instead of upon a dark background. The effect of superposing upon a uniaxial plate cut normally to the optic axis, a second similar plate is the same as increasing the thickness of the first plate, *if they be from crystals of the same sign*. Hence a second negative plate laid upon the plate of Iceland spar would cause the rings to *contract*. A plate from a positive crystal would cause them to *dilate*. In this way the sign of a crystal may be determined by comparison with another crystal of known sign.

**223. Double Refraction in Isotropic Media under Stress.** If any isotropic substance be subjected to an unequal stress, the substance becomes doubly refracting and shows characteristic reactions when examined between crossed Nicols. Thus, if a piece of well annealed glass, which shows no double refraction, be placed between the Nicols and subjected to slight pressure or tension, a characteristic colored pattern at once appears. If a narrow glass plate be placed between the crossed Nicols and then set in longitudinal vibration by stroking it with a moist cloth, the field will light up at each stroke of the cloth, thus showing the effect of the alternate compressions and dilations at the nodes of the sounding glass plate. Kundt showed that the glass plate behaved as a positive crystal (quartz) when dilating and as a negative (Iceland spar) crystal when contracting.

Mach has shown that viscous substances, like Canada balsam, warm rosin, hot glass, etc., may be made doubly refracting for a few moments by pressure or distortion. The effect passes away as soon as the molecules readjust themselves. Kerr has also shown that fluid as well as solid dielectrics become doubly refracting when subjected to electrical stresses. When isotropic water freezes into ice the direction of the optic axis is coincident with the direction of the *stress* due to gravity.

**224. Elliptic Polarization.** We have seen that if a beam of plane polarized light fall upon a thin plate of doubly refracting crystal, the original vibration is resolved into two vibrations at right angles to each other. These two sets of vibrations travel through the plate with different velocities and consequently on emerging from the plate one vibration is behind the other in phase. Now *within the region in which the two rays of light overlap*, the ether particles are simultaneously subjected to these two simple harmonic vibrations at right angles to each other which have the same period, but which, in general, have different amplitudes and some definite difference in phase dependent upon the thickness of the plate. The motion resulting from compounding two such vibrations of the same period, is an elliptic motion. Hence the light emerging from the plate is said to be elliptically polarized *in the region where the two beams of light overlap*. This means that the paths of the ether particles transmitting the luminous disturbance are ellipses. Polarized light which has been reflected from a metal surface is also in general elliptically polarized. In the special case in which the two rectangular components have the same amplitude and a difference of phase of one-quarter of a period, the resultant is circular motion. Circularly polarized light is produced by passing plane polarized light through a sheet of mica of such thickness that the retardation of one set of vibrations with respect to the other, is *a quarter wave length*. Such a plate is called *a quarter wave plate*. Light which has been circularly polarized will appear equally bright for all positions of the analyzer. Elliptically polarized light shows maximum brightness when the plane of the analyzer is parallel to one axis of the ellipse, and minimum brightness when it is parallel to the other.

**225. Rotary Polarization.** If a plate of quartz cut normally to the optic axis be interposed between a pair of crossed Nicols the darkened field is at once lighted up. If monochromatic light be used the field can again be darkened by rotating the analyzer through a certain angle $\alpha$. This shows that the light emerging from the quartz plate is still plane polarized, since it can be extinguished by the analyzer, but that the *plane of polarization has been rotated by the quartz plate through the angle* $\alpha$. Experimental measurements have shown that the rotation is proportional to the *thickness of the quartz plate,* and *increases as the wave length decreases,* being about three times as great for violet light as for red. If therefore, white light be used and the quartz plate be interposed between the crossed Nicols, the field will be colored, the tint depending upon the thickness of the plate; the color will remain no matter how the quartz plate be rotated about the beam as an axis. If the analyzer be rotated, the separate colors may be extinguished, one after the other as the angle of rotation for the various colors is reached, but the field remains constantly lighted with the residual color. Some varieties of quartz rotate the plane of polarization *clockwise* and are termed *right-handed,* others rotate in the opposite direction and are called *left-handed* quartz. Besides quartz, many other crystals as cinnibar, sodic chlorate, and the hyposulphates of lead, calcium and potassium possess this rotary power. Not only this, but even liquids and vapors have been found to possess rotary power, though in a much less degree. This seems the more remarkable, in view of the fact that *crystals when fused lose their rotary power.* Of the rotary active substances, perhaps the sugars are the most important, and the methods of testing and determining percentages of sugar in solution, forms one of the most important commercial applications of polarized light.

**226. Magneto-Optical Rotation.** In 1845, Farraday discovered that isotropic substances, especially substances having high refractive power such as dense glass, were capable of rotating the plane of polarization of light when they were placed in a strong magnetic field. The rotation is *clockwise, to a person looking along the lines of force, and in the direction of propagation of the light.* When the light is made to retrace its path by

reflection, the direction of rotation is reversed and so *the effect is increased proportionally to the number of times the light traverses the isotropic substance.* No effect is produced if the light pass at right angles to the lines of force. The radical difference between this and other rotary phenomena is, that in crystals or liquids the rotation produced by passing a beam through the substance is reduced to zero if the ray be made to retrace its path, while in the case of a magnetic field the rotational effect is doubled.

## ON THE USE OF LOGARITHMIC TABLES

Logarithms are used for lessening the drudgery of extended mathematical computations. By means of the ordinary logarithms the operations of multiplication, division, involution and evolution are reduced to those of addition, subtraction, multiplication and division.

(*a*) In the use of common logarithms, it is constantly to be borne in mind that every number is to be regarded as some power of the base number, 10, and that *the logarithm is the exponent indicating that power.*

| | | | |
|---|---|---|---|
| Thus $10 = 10^1$ | or $\log 10 = +1$, | also $\log 0.1$ | $= -1$, |
| $100 = 10^2$ | $\log 100 = +2$, | $\log 0.01$ | $= -2$, |
| $1000 = 10^3$ | $\log 1000 = +3$, | $\log 0.001$ | $= -3$, &c. |

(*b*) Again since any number affected with the exponent zero is equal to unity, it follows that $10^0 = 1$, or $\log 1 = 0$. From this it appears that the logarithm of any number between one and ten is greater than zero, and less than one; that is, it is *some positive fraction.*

Similarly the logarithm for any number between 10 and 100 is +1 plus some fraction, for any number between 100 and 1000 the corresponding logarthm is +2 plus some fraction, and so on. In the same way it is evident that for any number between 0.01 and 0.1 the logarithm is —2 plus some fraction, for any number between 0.1 and 1 the logarithm is — 1 plus some fraction, etc.

(*c*) The integral part of the logarithm is called *the characteristic,* and is always one less than the number of figures standing to the left of the decimal point. The characteristic of a fractional number expressed as a decimal is negative and *one more* than the number of ciphers preceding the first significant figure. The fractional part of the logarithm is usually expressed as a decimal, and taken so as to be positive. It is called *the mantissa,* and is always the same for the same series of figures, regardless of the position of the decimal point. Thus the logarithms of the following numbers differ *only in the characteristic,* the mantissa being the same throughout.

| Number. | Logarithm. | |
|---|---|---|
| 37684 | 4.5762 | |
| 3768.4 | 3.5762 | |
| 376.84 | 2.5762 | |
| 37.684 | 1.5762 | |
| 3.7684 | 0.5762 | |
| 0.37684 | —1.5762 | or more usually written 9.5762 |
| 0.037684 | —2.5762 | or more usually written 8.5762 etc. |

From the foergoing examples it will be seen that negative characteristics are avoided by adding 10 to the logarithm and afterward dropping ten from the logarithm of the result. No confusion can arise from this if the student will but stop to think that adding ten to the characteristic of the logarithm of a number, is in reality multiplying the number in question by $10^{10}$, and the uncorrected result would therefore be 10,000,000,000 times too large, a fact that would certainly attract attention.

*To find the logarithm of a number.* First determine *the characteristic* from the rule given under (*c*) and then for *the mantissa* refer to the tables. If the number contain not more than two figures it will be found in the column headed in N, and its mantissa will be found directly opposite in the column headed 0. If the number contain three figures, the

first two will be found as before, and the third in the horizontal space at the top of the table; the mantissa of the number will be found on the horizontal line containing the first two figures, and in the vertical column headed by the last figure. Thus log 2 = 0.3010, log 7 = 0.8451, log 35 = 1.5441, log 353 = 2.5478, etc. If the number contain more than three figures, find the mantissae corresponding to the round numbers below and above the number, expressed in three significant figures; the difference between these two mantissae is called *the tabular difference.* The mantissa is now to be increased by a certain part of this tabular difference. Thus to find the logarithm of 35367 we proceed as follows:

log 35400 = 4.5490
log 35300 = 4.5478, their difference is 0.0012. Now in order to obtain the logarithm of 35367 we must add to the logarithm of 35300, 0.67 of the tabular difference, or 0.67 × 0.0012 = 0.0008 to the nearest integer. Hence log 35367 = 4.5478 + 0.0008 = 4.5486.

*To find the number from the logarithm* the process is simply reversed. Thus to find the number corresponding to the logarithm 4.5486 we find the mantissa next lower to correspond to 35300, the difference between this and the given logarithm is 0.0008 and the tabular difference is 0.0012. The last two figures are gotten by dividing 8 by 12, giving 67 as before.

From the fundamental properties of logarithms we have the following obvious relations:

$$\log ab = \log a + \log b$$
$$\log ab = \log a - \log b$$
$$\log a^n = n \log a$$
$$\log \sqrt[n]{a} = \frac{1}{n} \log a.$$

*Hints on Computation.* It is usually easier to add a series of numbers correctly, than to perform an equal number of subtractions. For this reason the *arithmetical complement* or *co-logarithm* of any number occurring as a divisor, is used and addition employed instead of subtracting logarithms. The co-logarithm of any number is obtained by subtracting the logarithm of the number from ten, thus avoiding negative characteristics. It is also to be observed that the co-logarithm of any number is the logarithm of the reciprocal of the number. Thus log 2 = 0.3010, and co-log 2 = 9.6990. All logarithms of numbers should be clearly labelled, so that once found, the same logarithm need not be looked out again.

All work should be tabulated and arranged in orderly fashion, before any values are taken from the table.

Example. Let it be required to compute f from the formula

$$f = \frac{4\pi^2 r}{T^2}$$

where $r = 3.84 \times 10^{10}$ cm. and $T = 27$ da. 8 hr. $T = 2.3616 \times 10^6$ sec.

| | | | |
|---|---|---|---|
| $\log \pi$ = 0.4971 | | | |
| $\log \pi^2$ = 0.9943 | | | |
| $\log 4$ = 0.6021 | | $\log T$ = | 6.3732 |
| $\log r$ = 10.5843 | | $\log T^2$ = | 12.7464 |
| co-log $T^2$ = 7.2536 | | colog $T^2$ = | 7.2536 |
| $\log f$ = 9.4343 | | | |
| $f$ = 0.271 cm./sec.$^2$ | | | |

LOGARITHMS OF NUMBERS

| N | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 0000 | 0043 | 0086 | 0128 | 0170 | 0212 | 0253 | 0294 | 0334 | 0374 |
| 11 | 0414 | 0453 | 0492 | 0531 | 0569 | 0607 | 0645 | 0682 | 0719 | 0755 |
| 12 | 0792 | 0828 | 0864 | 0899 | 0934 | 0969 | 1004 | 1038 | 1072 | 1106 |
| 13 | 1139 | 1173 | 1206 | 1239 | 1271 | 1303 | 1335 | 1367 | 1399 | 1430 |
| 14 | 1461 | 1492 | 1523 | 1553 | 1584 | 1614 | 1644 | 1673 | 1703 | 1732 |
| 15 | 1761 | 1790 | 1818 | 1847 | 1875 | 1903 | 1931 | 1959 | 1987 | 2014 |
| 16 | 2041 | 2068 | 2095 | 2122 | 2148 | 2175 | 2201 | 2227 | 2253 | 2279 |
| 17 | 2304 | 2330 | 2355 | 2380 | 2405 | 2430 | 2455 | 2480 | 2504 | 2529 |
| 18 | 2553 | 2577 | 2601 | 2625 | 2648 | 2672 | 2695 | 2718 | 2742 | 2765 |
| 19 | 2788 | 2810 | 2833 | 2856 | 2878 | 2900 | 2923 | 2945 | 2967 | 2989 |
| 20 | 3010 | 3032 | 3054 | 3075 | 3096 | 3118 | 3139 | 3160 | 3181 | 3201 |
| 21 | 3222 | 3243 | 3263 | 3284 | 3304 | 3324 | 3345 | 3365 | 3385 | 3404 |
| 22 | 3424 | 3444 | 3464 | 3483 | 3502 | 3522 | 3541 | 3560 | 3579 | 3598 |
| 23 | 3617 | 3636 | 3655 | 3674 | 3692 | 3711 | 3729 | 3747 | 3766 | 3784 |
| 24 | 3802 | 3820 | 3838 | 3856 | 3874 | 3892 | 3909 | 3927 | 3945 | 3962 |
| 25 | 3979 | 3997 | 4014 | 4031 | 4048 | 4065 | 4082 | 4099 | 4116 | 4133 |
| 26 | 4150 | 4166 | 4183 | 4200 | 4216 | 4232 | 4249 | 4265 | 4281 | 4298 |
| 27 | 4314 | 4330 | 4346 | 4362 | 4378 | 4393 | 4409 | 4425 | 4440 | 4456 |
| 28 | 4472 | 4487 | 4502 | 4518 | 4533 | 4548 | 4564 | 4579 | 4594 | 4609 |
| 29 | 4624 | 4639 | 4654 | 4669 | 4683 | 4698 | 4713 | 4728 | 4742 | 4757 |
| 30 | 4771 | 4786 | 4800 | 4814 | 4829 | 4843 | 4857 | 4871 | 4886 | 4900 |
| 31 | 4914 | 4928 | 4942 | 4955 | 4969 | 4983 | 4997 | 5011 | 5024 | 5038 |
| 32 | 5051 | 5065 | 5079 | 5092 | 5105 | 5119 | 5132 | 5145 | 5159 | 5172 |
| 33 | 5185 | 5198 | 5211 | 5224 | 5237 | 5250 | 5263 | 5276 | 5289 | 5302 |
| 34 | 5315 | 5328 | 5340 | 5353 | 5366 | 5378 | 5391 | 5403 | 5416 | 5428 |
| 35 | 5441 | 5453 | 5465 | 5478 | 5490 | 5502 | 5514 | 5527 | 5539 | 5551 |
| 36 | 5563 | 5575 | 5587 | 5599 | 5611 | 5623 | 5635 | 5647 | 5658 | 5670 |
| 37 | 5682 | 5694 | 5705 | 5717 | 5729 | 5740 | 5752 | 5763 | 5775 | 5786 |
| 38 | 5798 | 5809 | 5821 | 5832 | 5843 | 5855 | 5866 | 5877 | 5888 | 5899 |
| 39 | 5911 | 5922 | 5933 | 5944 | 5955 | 5966 | 5977 | 5988 | 5999 | 6010 |
| 40 | 6021 | 6031 | 6042 | 6053 | 6064 | 6075 | 6085 | 6096 | 6107 | 6117 |
| 41 | 6128 | 6138 | 6149 | 6160 | 6170 | 6180 | 6191 | 6201 | 6212 | 6222 |
| 42 | 6232 | 6243 | 6253 | 6263 | 6274 | 6284 | 6294 | 6304 | 6314 | 6325 |
| 43 | 6335 | 6345 | 6355 | 6365 | 6375 | 6385 | 6395 | 6405 | 6415 | 6425 |
| 44 | 6435 | 6444 | 6454 | 6464 | 6474 | 6484 | 6493 | 6503 | 6513 | 6522 |
| 45 | 6532 | 6542 | 6551 | 6561 | 6571 | 6580 | 6590 | 6599 | 6609 | 6618 |
| 46 | 6628 | 6637 | 6646 | 6656 | 6665 | 6675 | 6684 | 6693 | 6702 | 6712 |
| 47 | 6721 | 6730 | 6739 | 6749 | 6758 | 6767 | 6776 | 6785 | 6794 | 6803 |
| 48 | 6812 | 6821 | 6830 | 6839 | 6848 | 6857 | 6866 | 6875 | 6884 | 6893 |
| 49 | 6902 | 6911 | 6920 | 6928 | 6937 | 6946 | 6955 | 6964 | 6972 | 6981 |
| 50 | 6990 | 6998 | 7007 | 7016 | 7024 | 7033 | 7042 | 7050 | 7059 | 7067 |
| 51 | 7076 | 7084 | 7093 | 7101 | 7110 | 7118 | 7126 | 7135 | 7143 | 7152 |
| 52 | 7160 | 7168 | 7177 | 7185 | 7193 | 7202 | 7210 | 7218 | 7226 | 7235 |
| 53 | 7243 | 7251 | 7259 | 7267 | 7275 | 7284 | 7292 | 7300 | 7308 | 7316 |
| 54 | 7324 | 7332 | 7340 | 7348 | 7356 | 7364 | 7372 | 7380 | 7388 | 7396 |
| 55 | 7404 | 7412 | 7419 | 7427 | 7435 | 7443 | 7451 | 7459 | 7466 | 7474 |
| 56 | 7482 | 7490 | 7497 | 7505 | 7513 | 7520 | 7528 | 7536 | 7543 | 7551 |
| 57 | 7559 | 7566 | 7574 | 7582 | 7589 | 7597 | 7604 | 7612 | 7619 | 7627 |
| 58 | 7634 | 7642 | 7649 | 7657 | 7664 | 7672 | 7679 | 7686 | 7694 | 7701 |
| 59 | 7709 | 7716 | 7723 | 7731 | 7738 | 7745 | 7752 | 7760 | 7767 | 7774 |

LOGARITHMS OF NUMBERS

| N | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 7782 | 7789 | 7796 | 7803 | 7810 | 7818 | 7825 | 7832 | 7839 | 7846 |
| 61 | 7853 | 7860 | 7868 | 7875 | 7882 | 7889 | 7896 | 7903 | 7910 | 7917 |
| 62 | 7924 | 7931 | 7938 | 7945 | 7952 | 7959 | 7966 | 7973 | 7980 | 7987 |
| 63 | 7993 | 8000 | 8007 | 8014 | 8021 | 8028 | 8035 | 8041 | 8048 | 8055 |
| 64 | 8062 | 8069 | 8075 | 8082 | 8089 | 8096 | 8102 | 8109 | 8116 | 8122 |
| 65 | 8129 | 8136 | 8142 | 8149 | 8156 | 8162 | 8169 | 8176 | 8182 | 8189 |
| 66 | 8195 | 8202 | 8209 | 8215 | 8222 | 8228 | 8235 | 8241 | 8248 | 8254 |
| 67 | 8261 | 8267 | 8274 | 8280 | 8287 | 8293 | 8299 | 8306 | 8312 | 8319 |
| 68 | 8325 | 8331 | 8338 | 8344 | 8351 | 8357 | 8363 | 8370 | 8376 | 8382 |
| 69 | 8388 | 8395 | 8401 | 8407 | 8414 | 8420 | 8426 | 8432 | 8439 | 8445 |
| 70 | 8451 | 8457 | 8463 | 8470 | 8476 | 8482 | 8488 | 8494 | 8500 | 8506 |
| 71 | 8513 | 8519 | 8525 | 8531 | 8537 | 8543 | 8549 | 8555 | 8561 | 8567 |
| 72 | 8573 | 8579 | 8585 | 8591 | 8597 | 8603 | 8609 | 8615 | 8621 | 8627 |
| 73 | 8633 | 8639 | 8645 | 8651 | 8657 | 8663 | 8669 | 8675 | 8681 | 8686 |
| 74 | 8692 | 8698 | 8704 | 8710 | 8716 | 8722 | 8727 | 8733 | 8739 | 8745 |
| 75 | 8751 | 8756 | 8762 | 8768 | 8774 | 8779 | 8785 | 8791 | 8797 | 8802 |
| 76 | 8808 | 8814 | 8820 | 8825 | 8831 | 8837 | 8842 | 8848 | 8854 | 8859 |
| 77 | 8865 | 8871 | 8876 | 8882 | 8887 | 8893 | 8899 | 8904 | 8910 | 8915 |
| 78 | 8921 | 8927 | 8932 | 8938 | 8943 | 8949 | 8954 | 8960 | 8965 | 8971 |
| 79 | 8976 | 8982 | 8987 | 8993 | 8998 | 9004 | 9009 | 9015 | 9020 | 9025 |
| 80 | 9031 | 9036 | 9042 | 9047 | 9053 | 9058 | 9063 | 9069 | 9074 | 9079 |
| 81 | 9085 | 9090 | 9096 | 9101 | 9106 | 9112 | 9117 | 9122 | 9128 | 9133 |
| 82 | 9138 | 9143 | 9149 | 9154 | 9159 | 9165 | 9170 | 9175 | 9180 | 9186 |
| 83 | 9191 | 9196 | 9201 | 9206 | 9212 | 9217 | 9222 | 9227 | 9232 | 9238 |
| 84 | 9243 | 9248 | 9253 | 9258 | 9263 | 9269 | 9274 | 9279 | 9284 | 9289 |
| 85 | 9294 | 9299 | 9304 | 9309 | 9315 | 9320 | 9325 | 9330 | 9335 | 9340 |
| 86 | 9345 | 9350 | 9355 | 9360 | 9365 | 9370 | 9375 | 9380 | 9385 | 9390 |
| 87 | 9395 | 9400 | 9405 | 9410 | 9415 | 9420 | 9425 | 9430 | 9435 | 9440 |
| 88 | 9445 | 9450 | 9455 | 9460 | 9465 | 9469 | 9474 | 9479 | 9484 | 9489 |
| 89 | 9494 | 9499 | 9504 | 9509 | 9513 | 9518 | 9523 | 9528 | 9533 | 9538 |
| 90 | 9542 | 9547 | 9552 | 9557 | 9562 | 9566 | 9571 | 9576 | 9581 | 9586 |
| 91 | 9590 | 9595 | 9600 | 9605 | 9609 | 9614 | 9619 | 9624 | 9628 | 9633 |
| 92 | 9638 | 9643 | 9647 | 9652 | 9657 | 9661 | 9666 | 9671 | 9675 | 9680 |
| 93 | 9685 | 9689 | 9694 | 9699 | 9703 | 9708 | 9713 | 9717 | 9722 | 9727 |
| 94 | 9731 | 9736 | 9741 | 9745 | 9750 | 9754 | 9759 | 9763 | 9768 | 9773 |
| 95 | 9777 | 9782 | 9786 | 9791 | 9795 | 9800 | 9805 | 9809 | 9814 | 9818 |
| 96 | 9823 | 9827 | 9832 | 9836 | 9841 | 9845 | 9850 | 9854 | 9859 | 9863 |
| 97 | 9868 | 9872 | 9877 | 9881 | 9886 | 9890 | 9894 | 9899 | 9903 | 9908 |
| 98 | 9912 | 9917 | 9921 | 9926 | 9930 | 9934 | 9939 | 9943 | 9948 | 9952 |
| 99 | 9956 | 9961 | 9965 | 9969 | 9974 | 9978 | 9983 | 9987 | 9991 | 9996 |
| 100 | 00000 | 0043 | 0087 | 0130 | 0173 | 0217 | 0260 | 0303 | 0346 | 0389 |
| 101 | 00432 | 0475 | 0518 | 0561 | 0604 | 0647 | 0689 | 0732 | 0775 | 0817 |
| 102 | 00860 | 0903 | 0945 | 0988 | 1030 | 1072 | 1115 | 1157 | 1199 | 1242 |
| 103 | 01284 | 1326 | 1368 | 1410 | 1452 | 1494 | 1536 | 1578 | 1620 | 1662 |
| 104 | 01703 | 1745 | 1787 | 1828 | 1870 | 1912 | 1953 | 1995 | 2036 | 2078 |
| 105 | 02119 | 2160 | 2202 | 2243 | 2284 | 2325 | 2366 | 2407 | 2449 | 2490 |
| 106 | 02531 | 2572 | 2612 | 2653 | 2694 | 2735 | 2776 | 2816 | 2857 | 2898 |
| 107 | 02938 | 2979 | 3019 | 3060 | 3100 | 3141 | 3181 | 3222 | 3262 | 3302 |
| 108 | 03342 | 3383 | 3423 | 3463 | 3503 | 3543 | 3583 | 3623 | 3663 | 3703 |
| 109 | 03743 | 3782 | 3822 | 3862 | 3902 | 3941 | 3981 | 4021 | 4060 | 4100 |
| 110 | 04139 | 4179 | 4218 | 4258 | 4297 | 4336 | 4376 | 4415 | 4454 | 4493 |

# INDEX

*Numbers refer to pages*

Abbé, 176, 188, 199; spectrometer, 209; interferometer, 228.
Aberration, chromatic, 197, 202; spherical, 188.
Absorption, spectra, 235, 236, 237.
Acceleration, 5, 8, 11, 16, 17; angular, 21, 51, 54; centripetal, 21; in simple harmonic motion, 25; of gravity, 17; proportional to displacement, 26.
Achromatic prisms, 198; system, 198.
Achromatism, conditions of, 198.
Acoustics, definitions, 105.
Adhesion, 88.
Adiabatic expansion, 118.
Air, weight of, 79.
Air-pump, 76, 77.
Amplitude, 23, 112, 215, 216, 217, 256, 262.
Analyzer, 253, 262, 263, 264, 265, 267.
Angle, critical, 158, 217, 218; of contact, 94; of incidence, 173, 174; of reflection, 217, 218; of refraction, 173; of polarization, 251; refracting, 176; visual, 204.
Angular, acceleration, 21, 51, 54; velocity, 21, 49.
Antinodes, 141, 143.
Apertures, images through, 161.
Archimedes, principle of, 68, 69.
Atmospheric pressure, 74.
Attraction, molecular, 87, 88.
Axis, of shadow, 160; optic, 254, 257, 258, 259, 260, 264; principal, 167, 177, 178, 183, 185, 187, 189.

Balance, 47; sensibility of, 48.
Barometer, 73.
Beats, interference and, 127.
Black Cross, 264.
Blind spot, 203.
Biprism, 225.
Boundaries of Physics, 2.
Boyle's law, 79.
Brewster's law, 252.

Camera obscura, 201.
Canada balsam, 262.
Capillary action, 89; elevation and depression, 96.
Centimetre, 3.
Centre, of inertia, 41; of oscillation, 55; of percussion, 55.
Chemistry, 2.
Chlorophyl, 236.
Chromatic aberration, 197, 202.
Circle, of reference, 23.
Circular motion, uniform, 20.
Circularly polarized light, 266.
Coefficients, of elasticity, 60; of expansion for gases, 118; of viscosity, 63.
Coherent pencils, 221.
Cohesion, 88.
Colloids, 102.
Color, by polarized light, 263; of the spectrum, 191, 192; surface, 196.
Colored rings, 264.
Components, resolution into, 7.
Composition, of simple harmonic motions, 133, 216, 266.
Compression, adiabatic, 118; isothermal, 118.
Concave, grating, 240, 248; lenses, 180, 181; spherical mirrors, 166, 167, 168, 169.
Condensation, 111, 117, 118, 123, 148, 149.
Conjugate foci, 167, 177; planes, 183.
Conservation, of energy, 2, 37; of matter, 2.
Construction, for images in a concave mirror, 169, 170; for refracted ray, 172.
Contact, angle of, 94.
Converging lens, 180.

Convex lens, 180; spherical mirrors, 170.
Corrections for temperature, 119.
Couple, 40; moment of, 40.
Critical angle, 173, 176, 262.
Cross, black, 264.
Crystalloids, 102, 103.
Crystals, negative, 260; positive, 260; uniaxial, wave surfaces in, 258.
Current, electric, 8.
Curvature, 8.
Curve of sines, 27.

Dark lines in solar spectrum, 192.
Density, 5; and specific gravity, 69; of liquids, 70, 71.
Derived units, 4, 5.
Deviation, by rotation of mirror, 165; in prisms, 175; minimum, 175, 176; without dispersion, 195.
Dialysis, 105.
Diatonic scale, 130.
Diffraction, 221; through narrow slit, 231; grating, 232; spectra, 196, 233; wave-lengths by, 234.
Diffusion, of gases, free, 99; through porous partitions, 99; through rubber and red-hot metals, 100; of liquids, 102, 103, 104, 105.
Direct-vision spectroscope, 199.
Dispersion, 191; anomalous, 196; irrationality of, 195; total, mean, partial, etc., 193, 194; without deviation, 195.
Dispersive power, 194.
Distinct vision, distance of, 203.
Dollond, 197.
Double refraction in Iceland spar, 253, 254; in quartz, 267; polarization by, 255; produced by stress, 265.
Double weighing, 47; refraction, 253.
Doubly refracting plate, 263.
Dyne, 6, 11.

Ear, the, 155, 156.
Echo, 122.
Eclipse, 160; of Jupiter's satellites, 211.
Efflux, velocity of, 81.
Elasticity, 59; limit of, 59; coefficients of, 60; equals pressure, 116.
Elliptically polarized light, 266.
Emulsions, 98.
Energy, 33; conservation of, 2, 37; kinetic, 34, 52; potential, 34, 52; transformations of, 36.
Epoch, 24.
Equilibrium, conditions of, 41.
Ether, 158, 214; disturbance in, 214; universal medium, 158.
Eye, the, 202.

Falling bodies, 17.
Film, liquid, 95.
Fluids, mechanics of, 65; elasticity of, 59; perfect, 65; pressure, 65, 66, 67.
Focal lengths, 185, 186; methods of determining, 182, 183, 186.
Foci, conjugate, 167, 177.
Focus, principal, 168, 179.
Force, 11; moment of, 39; as the cause of motion, 11; practical unit of, 11.
Forces, molecular, 87; parallel, 39, 40.
Formation of images in concave mirror, 169, 170.
Foucault's experiment, 212.
Fraunhofer lines, 192.
Free, fall of bodies, 17; surface of liquids, 67.
Fresnel, biprism, 225; mirrors, 224.
Friction, laws of, 46.
Fulcrum, 44.

Galileo, 1.
Gauss, 183, 186.
Geometrical optics, 156, 163.
Geryck air pump, 77.
Gram, defined, 4.
Grating, concave, 240, 248; diffraction, 232, 233, 234; Rowland's, 234.
Gravity, acceleration of, 17.
Gyration, radius of, 50.

Harmonics, 144.
Hearing, sound and, 107.
Heat-energy, 37.
Helmholtz, 139, 196.
Homogeneous light, 221; immersion, 245; media, 163.
Hooke's law, 59.
Horse-power, 33.
Huygens, principle of, 121, 217, 218.
Hydrometers, 71; constant immersion, 72; variable immersion, 73.

Iceland spar, 254, 255, 261; indices of refraction of, 257; rings and cross in, 264.
Images, 161; and object at fixed distance, 182; formation of, in a plane mirror, 163, 164; perverted, 161; produced by small apertures, 161; virtual, 161.
Impulse, 11, 12.
Inclined plane, 19, 32, 45, 46.
Incoherent pencils, 221.
Index, absolute, 171; extraordinary, 258; of refraction, 171; ordinary, 258; relative, 171.
Inertia, center of, 41; illustrated, 2, 3; moment of, 49, 50, 51, 52, 54.
Interference, of light, 221; two apertures, 222; and diffraction, 221; by thin films, 226; Fresnel's mirrors, 223; biprism, 225; of sound-waves, 127, 128; principle of, 124.
Interferometer, Abbé-Pulfrich, 228; Michelson, 229.
Interval, musical, 129.

Irrationality of dispersion, 195.
Isotropic media, 158.
Jupiter's satellites, 211.

Kinetic energy, 34; in terms of mass and velocity, 35; of rotation, 52.
Kirchhoff's law, 237.
Kundt, 196.
Kundt's experiment, 151.

Laplace's correction, 118.
Law, Brewster's, 252; Dalton's, 99; Hooke's, 59; Kirchhoff's, 237; Poiseuille's, 64; of Boyle, 79; of reflection, 163; of refraction, 170; of refraction from undulatory theory, 217, 218.
Laws of motion, 12, 13, 14; of transverse vibrations of strings, 141.
Length, of seconds pendulum, 54; unit of, 3.
Lens, 177; achromatic, 198; converging, 180; diverging, 180; formulæ, 178, 179, 180, 181; positive or negative, 180; thin, refraction through, 177; thick, constants of, 183.
Lever, 44.
Light, 158; complexity of, 196; extinction of, 250, 262; interference of, 221; nature of, 158; polarized, 249; propagation of, 159; speed of, 211, 212; theory of, 214; recomposition of, 196.
Liquids, density of, 70; in communicating tubes, 71; flow of, through tubes, 83, 84; free surface of, 67.
Lissajous' figures, 133; graphical method for, 135.
Loudness, of sound, 112.

Machines, 43; simple, 44.
Magnification, 187, 204, 205; of simple lens, 205; of telescope, 206; of compound microscope, 207.
Major triad, 130.
Manometers, 74.
Manometric flames, 151.
Mass, unit of, 4.
Matter, defined, 2; three states of, 61.
Measurement, fundamental units of, 3.
Medium of propagation, 158.
Melde's experiment, 142.
Michelson, method, 213; interferometer, 229.
Microscope, compound, 207; simple, 205.
Minimum deviation, 175, 176.
Minor triads and transition, 131.
Moment, of a couple, 40; of a force, 39; of inertia, 49, 50, 51, 52, 54.
Momentum, 5.
Motion, 11; laws of, 12, 13, 14; uniform, 16; on inclined plane, 19; rectilinear, 16; simple harmonic, 22; uniformly accelerated, 16; uniform circular, 20, applications of, 21.
Mouthpieces, 153.
Musical, intervals, 130; scale, 131; transposition, 131.

Nature, of light, 158; of sound, 107, law of, 2.
Negative uniaxial crystals, 260.
Newton, 12, 116, 158, 191, 197.
Newton's corpuscular theory, 158; equation for velocity, 116, 117; laws of motion, 12, 13, 14.
Nicol prism, 261; extinction of light by, 262.
Nodes, 139, 143, 149.
Normal, spectra, 196.

Octave, 130.
Optic axis, 254.
Optics, definitions, 157; geometrical, 157, 162; physical, 157, 211.
Ordinary ray, 254.
Organ of hearing, 154.
Organ pipes, length of, 147.
Oscillation, centre of, 55; period of, 55.
Osmose, 103.
Osmotic pressure, 103, 104.
Overtones, 144; relation of to fundamental, 144, 145.

Path of rays, 164.
Pendulum, equivalent simple, 54; ideal simple, 53; period of, 54; physical, 54; reversibility of, 55; seconds, lengths of, 54.
Penumbra, 160.
Percussion, centre of, 55.
Period of motion, 23; of pendulum, 54; of oscillation, 54.
Perverted image, 161.
Phase, 23.
Pitch, 112, 129.
Plane of incidence, 158; of refraction, 158; principal, 184.
Plane mirror, images in, 163; rotation of, 164; successive reflection from, 165.
Polarization, angle of, 251; by double refraction, 255; by reflection, 250; by refraction, 252; rotary, 267; magneto optical, 268.
Polarized light, 249; circularly, 267; colors produced by, 263; elliptically, 267; plane, 250.
Polarizer, 262, 264.
Positive uniaxial crystal, 260.
Power, 33; dispersive, 194.
Pressure, at any point in a fluid, 66; directly as depth, 66; on any immersed surface, 67; osmotic, 104.
Principal axis, 167, 177, 178, 183, 185, 187, 189; focus, 168, 179; plane, 184.
Principle, Abbé-Littrow, 176; of Archimedes, 68; of Huygens, 121, 217, 218.
Prism, of large and small angle, 176; Nicol, 261; refraction through, 175.
Projection upward, 18; upon rectangular axes, 7; apparatus, 201.
Propagation, medium of, 158; rectilinear, 159.
Pulley, 45.
Pulfrich, 228.
Pumps, 75; air pump, 76; Geryck, 77; jet pump, 85.

Quality of sound, 112, 150.
Quartz, double refraction in, 267; left-handed, 268; right-handed, 268.

Radiant energy, 241.
Radius of gyration, 50.
Range, molecular, 90.
Rarefaction, 111.
Ray, extraordinary, 254; ordinary, 254.
Recomposition of white light, 191.
Rectilinear motion, 11; propagation, 159.
Reflection of a plane wave, 217; law of, 163; law of from undulatory theory, 217; of light, 163; polarization by, 250; total, 173.
Refracted ray, 171.
Refraction, 171; at a plane surface, 172; double, 253, 254; index of, 171, 172, 175, 219; in Iceland spar, 257; through thin lens, 177; through a prism, 175.
Refrangibility, 191.
Relative index of refraction, 171.
Resolving power, of eye, 244; of grating, 247; of microscope, 245; of telescope, 242.
Resonance, 138, 139.
Resonators, 139.
Restitution, force of, 59.
Resultant of two simple harmonic motions, 133.
Rings, colored, 264.
Roemer, 211.
Rotation, kinetic energy of, 52; of plane of polarization, 267; magneto-optical, 267.
Rowland, 239, 248.

Scales, musical, 130; tempered, 132.
Science and natural law, 2.
Seconds pendulum, 53.
Segmental vibration, 143.
Sensibility o fthe balance, 48.

Case 1:06-cv-00601-EJD Document 46-6 Filed 08/08/2008 Page 148 of



Sextant, principle of, 166.
Shadows, theory of, 160.
Shear, 61.
Simple harmonic motion, 24; equations of, 22, 23, 24, 25, 26.
Sines, curve of, 27.
Siphon, 76.
Size, apparent, 204.
Solution, 97; of solids, 98.
Sound, and hearing, 107; characteristics of, 116; definition of, 107; source of, 107; reflection of, 121, 122, 123; velocity of, 114.
Specific gravity, 69.
Spectra, absorption, 235, 236; bright line, 234; continuous, 235.
Spectrometer, 208, 209, 210.
Spectroscope, 208, 209.
Spectrum, 191; analysis, 238; visible and invisible, 240; diffraction, 196, 233; normal, 207; solar, 191.
Spherical, aberration, 188, 198, 201; mirrors, 167, 168, 169, 170; formulae for, 168, 169; images in, 169, 170.
Stability of bodies, 42.
Statical friction in fluids, 64.
Stationary waves, 139.
Stress and strain, 59.
Strings, transverse vibration of, 141.
Successive reflection, 165.
Superposition of sound waves, 123.
Surface, immersed, pressure on, 67.
Surface tension, 91, 92, 93, 94, 96; illustrations of, 92.

Temperament, equal, 132.
Tempered scales, 132.
Tension, surface, 91, 94.
Theory, of double refraction, 253.
Thin films, 95; interference in, 226.
Third, interval of, 130.
Time, unit of, 4.
Torricelli, 1; theorem, 81.
Total reflection, 173, 174, 176, 262.
Tourmaline, 250, 261.
Transformations of energy, 36.
Transverse vibration, 250; laws of, 141.
Trigonometrical formulae, 7.

Umbra, 160.
Undulatory theory, 214; law of reflection, 217; of refraction from, 218.
Uniaxial crystals, negative, 260; positive, 260.
Unit, angle, 6; of force, 6; of length, 3; of mass, 4; of power, 33; of time, 4; of work, 33.

Vectors and Scalars, 8; addition of, 9, 10.
Velocity, angular, 21, 49; at any point, 8; linear, 5, 49; of light, Foucault's method, 212; Michelson's method, 213; Roemer's method, 211; of sound, correction for temperature, 119; experimental determination of, 111; in solids and liquids, 120; Newton's formula, 117; Laplace's correction, 118; theoretical determination of, 116;
Vibration, laws of, for strings, 141; of strings in segments, 143; stationary, 139; of air columns, 147.
Virtual image, 161, 170, 181, 205, 207, 225.
Vision, defects of, 204; distance of distinct, 203.
Vocal organs, 153.
Volume, 4.

Watt, 33.
Wave, longitudinal, 111; transverse, 250.
Wave-front, 108.
Wave-lengths of light, 225, 229, 234.
Wave-motion, 108; characteristics of, 109; equations of, 215.
Wave surfaces, in uniaxial crystals, 258.
White light, complexity of, 191; recomposition of, 192.
Wollaston, 192 ,193.
Work, defined, 32; unit of, 33.

Young, 158, 221.

# SOME BOOKS

PUBLISHED BY

## GEO. WAHR

PUBLISHER AND BOOKSELLER TO THE UNIVERSITY OF MICHIGAN,
ANN ARBOR.

Any book in this list will be sent, carriage free, to any address in the world on receipt of price named.

BIGELOW.—*A Synopsis of a Course of Lectures in General Chemistry.* By S. L. Bigelow, Ph.D., Junior Professor of General Chemistry in the University of Michigan. Pamphlet. 45 pages. 35 cents.

BOWEN.—*A Teachers' Course in Physical Training.* By Wilbur P. Bowen, Director of Physical Training, Michigan State Normal College. A brief study of the fundamental principles of gymnastic training, designed for Teachers of the Public Schools. 183 pages. 43 illustrations. Cloth, $1.00.

CHEEVER.—*Select Methods in Inorganic Quantitative Analysis.* By Byron W. Cheever, A.M., M.D., late Acting Professor of Metallurgy in the University of Michigan. Revised and enlarged by Frank Clemes Smith, Professor of Geology, Mining and Metallurgy in the State School of Mines, Rapid City, S. D. Parts I. and II. New Fourth Edition. 12mo. $2.00.

CLASSEN-HARRIMAN.—*Quantitative Analysis.* By Alexander Classen, Director of the Laboratory of Inorganic Chemistry and Electro Chemistry in the Royal Technical School, Aachen. Auhorized Translation from the Fifth German Edition, with an Appendix on the Qualitative Analysis of Minerals, Ores, Slags, Metals, Alloys, Etc., Including the Rare Elements, by Norman F. Harriman, Assistant in Chemistry in the University of Michigan. 79 illustrations. Handsomely bound in half leather, $4.00.

COOLEY.—*Dynamics of Reciprocating Engines.* By Mortimer E. Cooley, M.E., Professor of Mechanical Engineering, University of Michigan. Pamphlet. 23 pages. 25 cents.

DAVIS.—*Plane Table.* By Joseph B. Davis, C.E., Professor of Geodesy and Surveying, University of Michigan. 64 pages. Cloth, 45 cents.

*Publications of George Wahr, Ann Arbor*

DZIOBEK.—*Mathematical Theories of Planetary Motions.* By Dr. Otto Dziobek, Privatdocent in the Royal Technical High School of Berlin, Charlottenburg. Translated by Mark W. Harrington, formerly Chief of the United States Weather Bureau, and Professor of Astronomy and Director of the Observatory at the University of Michigan, President of the University of Washington, and Wm. J. Hussey, Assistant Professor of Astronomy in the Leland Stanford, Jr. University. 8vo. 294 pages. $3.50.

GUTHE.—*Laboratory Exercises with Primary and Storage Cells.* By Karl E. Guthe, Assistant Professor of Physics, University of Michigan. 58 pages. 17 illustrations. Cloth, 45 cents.

KRAUS.—*Essentials of Crystallography.* By E. H. Kraus, Junior Professor of Mineralogy in the University of Michigan. 300 pages. 427 illustrations. Large Octavo. $1.60.

MONTGOMERY-SMITH.—*Laboratory Manual of Elementary Chemistry.* By Jabez Montgomery, Ph.D., Professor of Natural Science, Ann Arbor High School, and Roy B. Smith, M.S., Colgate University. 12mo. 400 pages. Cloth, $1.25.

NETTO.—*The Theory of Substitutions and its Application to Algebra.* By Dr. Eugene Netto, Professor of Mathematics in the University of Giessen. Revised by the author and translated with his permission, by F. N. Cole, Ph.D., formerly Assistant Professor of Mathematics in the University of Michigan, Professor of Mathematics, Columbia University. 8vo. 301 pages. Cloth, $3.00.

REED-GUTHE.—*A Manual of Physical Measurements.* By John O. Reed, Junior Professor of Physics, University of Michigan, and Karl E. Guthe, Professor of Physics in the State University of Iowa. 185 pages. 89 illustrations. Octavo. $1.60.

REED.—*College Physics. For Students in Academies and Colleges. Physics I. Mechanics—Sound—Light.* By John O. Reed, Junior Professor of Physics, University of Michigan. Octavo. 300 pages. Cloth, $1.50.

WRENTMORE.—*Plain Alphabets for Office and School.* Selected by C. G. Wrentmore, B.S., C.E., Instructor in Descriptive Geometry and Drawing, University of Michigan. Oblong. 19 plates. Half leather, 75 cents.

ENGINEERING LABORATORY NOTE BOOK.—*A Note Book for the Engineering Laboratory, University of Michigan.* Full sheep binding. Size 5½ x 8. Contains 200 pages. (With general directions. Cross section ruled). Price, 75 cents.

FIELD ENGINEERING NOTE BOOK, SURVEYING.—200 pages. Cross section ruled. Full sheep binding. 50 cents.