# LASERS AND HOLOGRAPHY

**P C MEHTA**
*Instruments Research and Development Establishment*
*Defence Research and Development Organisation*
*Dehra Dun, India*

**V V RAMPAL**
*Department of Science and Technology*
*New Delhi, India*

**World Scientific**
*Singapore • New Jersey • London • Hong Kong*

A1227

*Published by*

World Scientific Publishing Co. Pte. Ltd.
P O Box 128, Farrer Road, Singapore 9128
*USA office:* Suite 1B, 1060 Main Street, River Edge, NJ 07661
*UK office:* 73 Lynton Mead, Totteridge, London N20 8DH

**LASERS AND HOLOGRAPHY**

Copyright © 1993 by World Scientific Publishing Co. Pte. Ltd.

*All rights reserved. This book, or parts thereof, may not be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording or any information storage and retrieval system now known or to be invented, without written permission from the Publisher.*

For photocopying of material in this volume, please pay a copying fee through the Copyright Clearance Center, Inc., 27 Congress Street, Salem, MA 01970, USA.

ISBN 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-3

Printed in Singapore.

# CHAPTER 6

# HOLOGRAPHIC OPTICAL ELEMENTS

Holograms can be made to work as gratings, lenses, aspherics or any other type of optical element. Holographic optical elements (HOEs) are able to duplicate most of the functions provided by glass optics over a narrow spectral bandwidth. A large size holographic lens recorded on a film base can be rolled into a small piece which can be unrolled when required. Large optical apertures, light weight and lower cost are the main features of HOEs.

## 6.1. What is a HOE ?

A HOE can be considered as a generalized grating structure. A holographic lens is a hologram of a point source [6.1] or in other words it is a photographic recording of interference pattern between a plane wave and a spherical wave, or between two spherical waves. The HOEs have following features:

(a) HOEs are diffractive elements unlike glass lenses which are reflective or refractive. HOEs are therefore wavelength sensitive. The focal length, aberrations, image orientation, etc. of a holographic element vary with wavelength. This dispersive property is undesirable in broadband systems.

(b) A single HOE can produce the function of multiple lenses.

(c) A single HOE can serve multiple functions. It can be used as a lens, beam splitter and spectral filter simultaneously.

(d) The HOE itself is a thin film (thickness a few $\mu$m) of recording material on a substrate. The optical power of a HOE is independent of the shape of the substrate. This means that the directions of the entering and exiting beams are not controlled by the substrate normal or its refractive index.

(e) In a conventional glass lens at least one surface is




Fig. 6.1. Characteristics of HOEs.

# Correction of Lens Aberrations by Means of Holograms

J. Upatnieks, A. Vander Lugt, and E. Leith

Holograms are made of a wavefront emerging from a lens having spherical aberration. The hologram, when used in combination with the lens, serves as a corrector plate for the lens. Experimental results are given, followed by a third-order analysis.

## I. Introduction

The use of reticles, phase plates, etc., as elements of an imaging system to improve its performance has been described by Marèchal[1], O'Neill[2], and Tsujiuchi[3], among others. We describe a related method, in which the Gabor method of wavefront reconstruction, using an off-axis reference beam, is used to produce a hologram of the spherically aberrated wavefront emerging from a lens; the hologram is then used with the lens as a corrector plate to compensate for the spherical aberration of the lens.

## II. Theory

The system for producing the hologram is shown in Fig. 1. A point source of monochromatic light is collimated by the aberrated lens. The spherical aberration of the lens produces the irregular wavefront $W$. A collimated beam of light, coherent with the light presented to the lens, is brought around the lens and is made to interfere with the aberrated beam emerging from the lens.

Let the phase distribution of the aberration wave as measured at plane $P$ be $\Phi(u,v) = e^{j\phi(u,v)}$, where $u,v$ are the coordinates at plane $P$. The reference beam can be designated as $e^{j\alpha u}$, where $\alpha$ is related to the angle that the reference beam makes to plane $P$. The hologram is then a photographic record of the light intensity

$$\begin{aligned} I = |\Phi(u,v)|^2 &= |a_0 e^{j\alpha u} + a_1 e^{j\phi}|^2 \\ &= a_0^2 + a_1^2 + 2a_0 a_1 \cos(\alpha u - \phi), \end{aligned} \quad (1)$$

where $a_0$ and $a_1$ are constants representing the amplitude of the two waves. The hologram thus constructed behaves like a diffraction grating, producing a zero order and a pair of first-order diffracted waves. One of the first-order waves is of the form $a_0 a_1 e^{j(\alpha u - \phi)}$; this term contains a phase defect, $e^{-j\phi}$, that is conjugate to the one which the lens produces, and can therefore be used to correct the aberration of the lens. To accomplish this, the lens and hologram are used as a unit, and the image formed from the appropriate diffracted order will be corrected for spherical aberration.

For use as a corrector plate (Fig. 2), the hologram is placed in the same position relative to the lens as it had when it was produced. Light from the object is diffracted by the hologram grating, the appropriate diffracted order is passed through the lens, and an image free from spherical aberration is formed by the combination at plane $P_4$.

The phase defect of the wavefront is the departure of the wavefront from a Gaussian reference sphere. It is not essential that the point source presented to the lens lie at the front focal plane of the lens. If it does not, the wavefront emerging from the lens will, to a first-order approximation, be spherical. This curvature would be recorded on the hologram, thus giving it focal power of its own. To avoid this, the reference beam is modified in order to have curvature equal to that of the aberrant wavefront. Thus, the curvature of the two beams cancel, and only the aberration is recorded.

## III. Experimental Procedure and Results

To achieve maximum compactness and to avoid vignetting, it is desirable that the compensating hologram be as close to the lens as possible. This presents the practical difficulty of bringing the reference beam around the lens to be corrected. This problem was overcome by using the optical system shown in Fig. 3, which shows in detail the exact experimental setup used. The hologram is made at plane $P_2$, but in use is placed at plane $P_1$.

Lens $L_1$ produces a diffraction-limited point source that is used to produce at plane $P_1$ a wavefront from the aberrated lens $L_2$. An image of this wavefront is produced at plane $P_2$, and the reference beam is also introduced at plane $P_2$. The magnification must be unity so that the corrector plate will be properly scaled to

The authors are in the Institute of Science and Technology, The University of Michigan, Ann Arbor, Michigan 48107.

Received 5 November 1965.

Presented at the Dallas Meeting of the Optical Society of America [J. Opt. Soc. Am. 55, 595 (1965), abstract WB13].



A1231




Fig. 1. The basic system for making a corrector-plate hologram.




Fig. 2. Use of the corrector plate in combination with the lens.

function at plane $P_1$. Another requirement is imposed on the imaging system; it must accurately image plane $P_1$ at $P_2$, not only in the usual sense of causing the rays emitted by a point in the plane to be brought to a corresponding image point at $P_2$, but also in the sense that the phase distribution of the light at $P_1$ must be duplicated at $P_2$ (e.g., a plane wave at $P_1$ must be transformed to a plane wave at $P_2$). A telescopic lens system—in which lenses $L_3$ and $L_4$ are separated by the sum of their focal lengths—accomplishes the preservation of phase. The reference beam, for generality, can be a spherical wave or a plane wave. The hologram thus recorded at plane $P_2$ is used at plane $P_1$ in combination with the lens.

Chosen for the experiment was a single element $f/3.5$ lens with focal length of 8 cm. The hologram was constructed on type 649F Eastman Kodak emulsion coated on microflat glass plate. The reference beam was introduced at an angle of 18° by means of an optically flat mirror. The resulting hologram has a fringe spacing of about 500 lines/mm. The spherical aberration function $e^{j\phi}$, when displayed interferometrically, was found to consist of fifteen fringes.

The hologram is made with spatially coherent light, produced by a He–Ne gas laser operating at 6328 Å. The hologram must be constructed with spatially coherent light. For the imaging system in which the hologram is used as a corrector plate the illumination need not be spatially coherent; monochromaticity, however, is required.

Figure 4(a) shows the on-axis point spread function of the lens. The irregular appearance is caused by an irregular aperture and by three rodlike elements supporting the lens. The spread function when the hologram corrector plane is used in combination with the lens is shown in Fig. 4(b). In making the two photographs, the light levels and exposure times were adjusted so that the peak of the spread function produced the same exposure on the plate in each case. The uncorrected spread function has a 2-mm diam, and the corrector spread function has a 5-$\mu$ diam. The corrected lens thus produces almost a diffraction limited on-axis response.

Figures 5(a) and 5(b) show the effect of imaging a transparency with the lens alone, and with the lens and corrector plate together. The transparency measured 7.5 cm × 10 cm and was placed 2.4 m from the lens. The image was photographed through a microscope. The light was, as before, a gas laser operating at 6328 Å. The light was rendered spatially incoherent by the use of a rotating plate of ground glass placed between the light source and the transparency. The effect of spherical aberration is to produce an ambient background which reduces the image contrast. This defect is, to all appearances, completely removed in the corrected image.

The plate on which the hologram is recorded should be optically flat so that it does not introduce phase errors. The glass substrate was found generally to introduce about a fringe or two of phase error, but the emulsion was somewhat more troublesome in this regard. A slight improvement in the spread function was obtained by placing an optical flat against the emulsion side of the plate, and placing between the plates a fluid whose index of refraction matches that of the emulsion, thus correcting for the thickness variations of the emulsion.

## IV. Discussion

The method has the advantage that it produces, in effect, an aspheric surface of arbitrary figure. This effective surface, which is produced automatically, has just the right shape to carry out its assigned purpose. No calculations are required; one simply photographs an interference fringe pattern.

Against this should be weighed several disadvantages. First, there is an attenuation loss in the plate, since only about 5% to 10% of the light incident on the plate can be placed into the appropriate diffracted order. By treating the plate such that it produces a phase image, this amount can be increased. Treatment of the emulsion with mercuric chloride[4] has increased the first diffracted orders by factors of 2:4. If sophisticated methods of phasing and blazing could be achieved, one might utilize most of the incident light. However, such methods would have to be inexpensive to be worthwhile, since spherical aberration can be readily corrected by other methods.

Another disadvantage is that the light must be monochromatic. This requirement arises mostly from the diffraction-grating nature of the corrector plate, which disperses the incident light into its component colors. Such dispersion can be partially corrected by the use of a prism or another grating, but these methods have their shortcomings. Another disadvantage is that the




Fig. 3. A practical system for recording the aberrated wavefront emerging from a lens. $L_2$ is the lens to be corrected; $L_3$ and $L_4$ form a unity-magnification telescopic system.

field attainable is reduced, since the various diffracted orders must not overlap.

A hologram corrector plate would find essentially the same application as the related techniques given by Tsujiuchi, who suggests the ir use in ir and uv regions. In addition, the authors have proposed and demonstrated the technique for various optical data-processing applications.

Recently an interest has developed in the use of zone plates as imaging devices.[5] The hologram corrector plate bears a similarity to the zone plate. Indeed, if the sphericity of the two beams that produce the corrector plate do not cancel, the hologram corrector plate will have focal power and will itself be a Fresnel zone plate.

## V. Third-Order Analysis

In the previous sections we gave an account of the principles of the method for correcting certain aberrations of a lens. In this section we will study the problem in more detail and determine whether the corrector plate introduces additional aberrations. The analysis is a third-order investigation of the wavefront produced at the lens after correction and is similar to that made by Meier,[6] but it is adapted to the special requirements of the problem at hand.

For purposes of this analysis, the optical system shown in Fig. 3 can be replaced by the ray diagram shown in Fig. 6. The reference point is shown in plane $P_0$ along with the test signal that contains the aberrations that we wish to correct. An arrangement of this type produces a hologram with no focal power of its own. The first step is to determine the function recorded on the hologram positioned in plane $P_2$.

The total light distribution in plane $P_2$ is

$$\Phi(u,v) = a_1 \exp(jkl_1) + a_2 \exp\{jk[l_2 + \phi(u,v)]\}, \qquad (2)$$

where $a_1$ is the amplitude of the reference, $a_2$ is the amplitude of the test wave, $k = 2\pi/\lambda$, and $\phi(u,v)$ is the aberrated wavefront to be corrected. The film records $|\Phi(u,v)|^2$, which is

$$|\Phi(u,v)|^2 = a_1^2 + a_2^2 + a_1a_2 \exp\{jk[l_1 - l_2 - \phi(u,v)]\} + a_1a_2 \exp\{-jk[l_1 - l_2 - \phi(u,v)]\}, \qquad (3)$$

where

$$l_1^2 = f_1^2 + (u - b)^2 + v^2 \qquad (4)$$



(a)

(b)

(c)

Fig. 4. Point spread function of (a) the lens by itself, (b) the lens and hologram corrector plate together at same magnification as (a), and (c) the lens and hologram corrector plate magnified 25 times relative to (a).



(a)



(b)

Fig. 5. The image of a transparency (a) using the lens alone, and (b) using the lens and corrector plate together.

and

$$l_2^2 = f_1^2 + u^2 + v^2. \quad (5)$$

The corrector plate is exposed, developed, and placed in the same location relative to the lens as when it was constructed. We wish to consider only those aberrations introduced by the hologram. The ray diagram of Fig. 7 shows the image of the original object as formed by the conjugate (or real) image term of the hologram; this is the image that is subsequently used by the lens to produce the final image. The object scene is placed an arbitrary distance $f_2$ from the hologram-lens combination. It will become apparent later that the aberrations are at a minimum when $f_2 = f_1$, but making the choice of $f_2$ arbitrary adds generality to the problem.

The object scene $o(x,y)$ is centered on the optical axis and the image scene $i(r,s)$ is centered at $x = -c$. We define the coordinate system in the image scene about the point $x = -c$, $y = 0$. The image plane will be tilted through an arbitrary angle $\gamma$ in the $r$ direction. A ray from some point $x,y$ in the object scene to some point $u,v$ on the hologram will be denoted by $\overline{oh}$ where

$$\overline{oh}^2 = f_2^2 + (x - u)^2 + (y - v)^2. \quad (6)$$

The effective wavefront leaving the hologram-lens combination is

$$\phi_1(u,v) = \overline{oh} + l_1 - l_2. \quad (7)$$

We wish to compare $\phi_1(u,v)$ with a Gaussian reference sphere having its center at the image point of $x,y$, i.e., we subtract from $\phi_1(u,v)$ the term $\overline{hi}$, where

$$\overline{hi}^2 = (f_1 - r\tan\gamma)^2 + [u - (r - c)]^2 + (v - s)^2. \quad (8)$$

Using a series expansion for the various terms yields the residual wavefront

$$\begin{aligned}\phi(u,v) &= \overline{oh} - \overline{hi} + l_1 - l_2\\ &= \frac{x^2 + y^2 + u^2 + v^2}{2f_2} - \frac{(ux + vy)}{f_2}\\ &\quad + \frac{(ux + vy)(x^2 + y^2 + u^2 + v^2)}{2f_2^3}\\ &\quad - \frac{(ux + vy)^2}{2f_2^3} - \frac{(u^2 + v^2 + x^2 + y^2)^2}{2f_2^3}\\ &\quad - (f_2 - r\tan\gamma)\left\{1 + \frac{[r^2 + s^2 + (u + c)^2 + v^2]}{2f_2^2}\right.\\ &\quad - \frac{[(u + c)r + vs]}{f_2^2} + \frac{[(u + c)r + s][r^2 + s^2 + (u + c)^2 + v^2]}{2f_2^4}\\ &\quad \left. - \frac{[(u + c)r + rs]^2}{2f_2^4} - \frac{[(u + c)^2 + v^2 + r^2 + s^2]^2}{8f_2^4}\right\}\\ &\quad + \frac{(u + b)^2 + v^2}{2f_1} - \frac{[(u + b)^2 + v^2]^2}{8f_2^4} - \frac{u^2 + v^2}{2f_1} + \frac{(u^2 + v^2)^2}{8f_1^3}.\end{aligned} \quad (9)$$

It can be shown that many of the first order terms of Eq. (9) can be reduced to zero if the following conditions hold: (1) $x = r$, $y = s$; (2) $c/f_2 = b/f_1$. Condition (1) is satisfied by the simple lens equation, and Condition (2) can be satisfied by proper positioning of the image plane.

All of the first-order terms do not vanish with the two conditions given so far. The remaining terms are combined with those arising from the third-order terms. By making the change of variables $u = \omega\cos\phi$ and $v = \omega\sin\phi$, and grouping the terms into the five primary aberrations, we reveal the aberrations that are due to the hologram itself:

(1) spherical aberration ($SA$): no contribution;

(2) coma ($C$):

$$C = (-b\omega^3\cos\phi/2f_1)[(1/f_1^2) - (1/f_2^2)];$$

(3) astigmatism ($A$):

$$A = -\frac{b\omega^2\cos\phi(x\cos\phi + y\sin\phi)}{f_2^2 f_1} - \frac{b^2\omega^2\cos^2\phi}{2f_1^2}\left(\frac{1}{f_1} - \frac{1}{f_2}\right);$$

(4) curvature of field ($CF$):

$$CF = \frac{x\omega^2}{2f^2}\left(\tan\gamma - \frac{b}{f_1}\right) + \frac{b^2\omega^2}{4f_1^2}\left(\frac{1}{f_2} - \frac{1}{f_1}\right);$$

(5) distortion (D):

$$D = -\frac{\omega x(x\cos\phi + y\sin\phi)}{f_2^2}\left(\tan\gamma - \frac{b}{f_1}\right) + \frac{bx\omega\cos\phi}{f_1f_2}\left(\tan\gamma - \frac{b}{f_1}\right) + \frac{b(x^2+y^2)\omega\cos\phi}{2f_2^2f_1} - \frac{b^2\omega(x\cos\phi + y\sin\phi)}{2f_2f_1^2}.$$

It can be seen from the terms for curvature of field and distortion that the choice of

$$\tan\gamma = b/f_1 \qquad (10)$$

will reduce the aberrations introduced by the hologram to a minimum. Equation (10) states that the receiving plane for the image should be normal to the central diffracted ray. When Eq. (10) is satisfied, the residual aberration terms caused by the hologram are

(1) $SA = 0$,

(2) $C = (-b\omega^3\cos\phi/2f_1)[(1/f_1^2) - (1/f_2^2)]$,

(3) $A = -\dfrac{b\omega^2\cos\phi(x\cos\phi + y\sin\phi)}{f_2^2f_1} - \dfrac{b^2\omega^2\cos^2\phi}{2f_1^2}\left(\dfrac{1}{f_1} - \dfrac{1}{f_2}\right)$,

(4) $CF = (b^2\omega^2/4f_1^2)[(1/f_2) - (1/f_1)]$,

(5) $D = [b(x^2+y^2)\omega\cos\phi/2f_2^2f_1] - [b^2\omega(x\cos\phi + y\sin\phi)/2f_2f_1^2]$.

Finally, if the lens is used at the same conjugate distance for which the hologram was constructed, i.e., $f_1 = f_2$, coma and curvature of field are zero and astigmatism is reduced. Even under this optimum condition one astigmatism term remains and two distortion terms are present. Thus, this method of correcting lenses is not without drawbacks since certain aberrations are reduced at the expense of increasing others. However, in certain applications such as electron microscopy, one might hope for complete correction of the spherical aberration, and the inherent astigmatism in the device is much larger than that introduced by the hologram. Distortion can always be compensated by rectification techniques, although its presence is annoying.*




Fig. 6. Diagram for analysis of hologram-making process. The hologram is made at Plane $P_2$, and the test signal and the reference beam emanate from point sources in Plane $P_0$.




Fig. 7. Diagram for analysis of the hologram corrector plate.

## References


1. A. Marèchal and P. Croce, C. R. Acad. Sci., Paris **237**, 607 (1953).
2. E. L. O'Neill, Inst. Radio Engrs. Trans. **2**, 56 (1956).
3. J. Tsujiuchi, Progr. Opt. **2**, 133 (1963). This paper contains a bibliography.
4. Such phasing methods for this kind of application have been described in the literature, e.g., G. L. Rogers, Proc. Roy. Soc. Edinburgh **A63**, 193 (1952); Y. N. Denisyuk, Opt. Spectry., **15**, 279 (1963); W. T. Cathey, Jr., J. Opt. Soc. Am. **55**, 457 (1965).
5. P. J. Regus, J. Opt. Soc. Am. **54**, 1407 (A) (1964); G. V. Conigleo, *ibid.* **54**, 1407 ((A).
6. R. Meier, J. Opt. Soc. Am. **55**, 987 (1965).


* Private conversations with A. Offner of Perkin–Elmer have convinced the authors that some of the aberrations caused by the hologram can be reduced by constructing the hologram with collimated light and using a similar collimator in the imaging system. Such a system is not amenable to third-order analysis, however, and the final performance of the system rests on the quality of the collimators.



Photographed by M. K. Wilson *Tufts* during the Copenhagen 1965 European Spectroscopy Congress, W. B. Person *Iowa State* (left) and H. J. Bernstein *NRC Ottawa.*

# Applied Optics

VOLUME 5
NUMBER 4
APRIL
1966

A monthly publication of the Optical Society of America

**John N. Howard,** Editor

**D. C. Marquis,** Feature Editor

481 **Optical Tracking; a Brief Survey of the Field**—D. C. Marquis
489 **Vidicon Star Tracker**—Walter H. Schuck
497 **Digital Laser Ranging and Tracking Using a Compound Axis Servomechanism**—Thomas W. Barnard and Carroll R. Fencil
507 **Survey of Infrared Trackers**—D. W. Fisher, R. F. Leftwich, and H. W. Yates
517 **Precision Laser Automatic Tracking System**—R. F. Lucy, C. J. Peters, E. J. McGann, and K. T. Lang
525 **The Effect of Scintillating Target Intensity Upon the Performance of a Pulse-Position Modulation Optical Tracker**—Donn A. Allen and Marvin S. Stone
533 **A Practical Method for Sensor Absolute Calibration**—Gerald W. Meisenholder
537 **A Direct-Reading Comparison Spectroradiometer**—S. Hedelman and D. C. Nelson
545 **Scanning Spectrometer of the Gillieson Type**—Daniel J. Schroeder
549 **The Measurement of the Temperatures of Molecules in Cool Stars**—John G. Phillips
555 **Near Infrared Scattering by Sunlit Terrestrial Clouds**—Henry H. Blau, Jr., Ronald P. Espinola, and Edward C. Reifenstein, III
565 **Uncertainties in the Optical Constants Determined from Isoreflectance Curves**—Amos Engelsrath and Ernest V. Loewenstein
569 **The Elliptical Polarization of Light Scattered by a Volume of Atmospheric Air**—Reiner Eiden
577 **Sensitivity of an Image Intensifier Film System**—George T. Reynolds
585 **A Method for the Measurement of Optical Retardation Angles Near 90 Degrees**—B. R. Grunstra and H. B. Perkins
589 **Correction of Lens Aberrations by Means of Holograms**—J. Upatnieks, A. Vander Lugt, and E. Leith
595 **Surface-Deformation Measurement Using the Wavefront Reconstruction Technique**—K. A. Haines and B. P. Hildebrand
603 **Some Further Aspects of Scatter-Fringe Interferometry**—A. H. Shoemaker and M. V. R. K. Murty
609 **Application of Interferometry to the Measurement of the Pitch of Threads on a Lead Screw**—Shigenori Nawata and Koshi Takashima
615 **Rotational-Shearing Interferometer**—M. V. R. K. Murty and E. C. Hagerott
621 **Dynamic Optical Path Distortions in Laser Rods**—S. D. Sims, A. Stein, and C. Roth
627 **Laser Pumping by Intense Discharges in z-Pinch Geometry**—Rudolf G. Buser and Dietolf Ramm
633 **Thermal Distortion of Diffraction-Limited Optical Elements**—F. W. Quelle, Jr.
639 **Anomalous Fluorescent Decay of LiF:UO$_3$ under High-Intensity Excitation**—O. Risgin and A. G. Becker
643 **Effect of Multiple Reflections on the Design of an Elliptic Cavity for Solid State Lasers**—D. Fekete
647 **Dynamic Measurements of Phase Shifts in Laser Amplifiers**—A. Y. Cabezas, L. G. Komai, and R. P. Treat
653 **A dc-Biased Kerr Cell Light Modulator**—Julian Stone, George Lynch, and Richard Pontinen
659 **Experimental and Theoretical Investigations of the Spontaneous Infrared Radiation Fluctuations of a High-Pressure, High-Current Argon Discharge**—W. Gubler and M. J. O. Strutt

## DEPARTMENTS

665 **Letters to the Editor**
**Copying Holograms**—Franklin S. Harris, Jr., George C. Sherman, and Bruce H. Billings
**Thermoplastic Xerographic Holography**—John C. Urbach and Reinhard W. Meier
**Adjustment of Narrow-Band Ultraviolet Fabry-Perot Interferometers**—Rodney C. Greenhow and Robert J. Hull
**Generation of a Hologram from a Moving Target**—V. J. Corcoran, R. W. Herron, Jr., and J. G. Jaramillo
**On Moiré Fringes as Fourier Test Objects**—A. W. Lohmann
**Measurement of the Modulation of Square Wave Targets in Incoherent Light**—Alfred Newman, Richard Barakat, and Ronald Humphreys
**The FM Laser and Optical Communication Systems**—J. Richard Kerr
**Reflector-Light Source Requirements for Homogeneous Format Illumination in Night Aerial Photography**—Richard A. Gross
**On "Microwave Models of Optical Resonators"**—Helmut K. V. Lotsch
**A Double Grating Monochromator with No Tracking Error**—Hirsch I. Mandelberg
**Ritchey Chrétien Corrector System**—Seymour Rosin
516 **From the Editor**
505 **Meeting Reports**
554 **Optical Activities in the Universities**
567 **Books**
583 **Of Optics and Opticists**

**COVER:** See page 481, second paragraph.

Published monthly for the Optical Society of America by the American Institute of Physics, at 20th and Northampton Streets, Easton, Pa. 18042. Editorial office: AFCRL, Bedford, Mass. 01731. Editorial Consultant: P. R. Wakeling, W INC., 1500 Massachusetts Avenue N.W., Washington, D.C. 20005. Advertising office: American Institute of Physics, 335 E. 45th Street, New York, N.Y. 10017. 212-Mu 5-1940. Subscription rates per year: $10.00 to OSA members; nonmembers and libraries $15.00. Single copies $3.00. Second class postage paid at Easton, Pa.
© Copyright 1966 by the Optical Society of America, Inc.

# How It Works®

## Science and Technology

Third Edition

Marshall Cavendish
99 White Plains Road
Tarrytown, NY 10591

Website: www.marshallcavendish.com

© 2003 Marshall Cavendish Corporation
HOW IT WORKS is a registered trademark of Marshall Cavendish Corporation

Third edition updated by Brown Reference Group plc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without prior written permission from the publisher and copyright holder.

Library of Congress Cataloging-in-Publication Data
How it works: science and technology.—3rd ed.
p. cm.
Includes index.
ISBN 0-7614-7314-9 (set) ISBN 0-7614-7323-8 (Vol. 9)
1. Technology—Encyclopedias. 2. Science—Encyclopedias.
[1. Technology—Encyclopedias. 2. Science—Encyclopedias.]
T9 .H738 2003
603—dc21 2001028771

Consultant: Donald R. Franceschetti, Ph.D., University of Memphis

Brown Reference Group
Editor: Wendy Horobin
Associate Editors: Paul Thompson, Martin Clowes, Lis Stedman
Managing Editor: Tim Cooke
Design: Alison Gardner
Picture Research: Becky Cox
Illustrations: Mark Walker, Darren Awuah

Marshall Cavendish
Project Editor: Peter Mavrikis
Production Manager: Alan Tsai
Editorial Director: Paul Bernabeo

Printed in Malaysia
Bound in the United States of America
08 07 06 05 04 6 5 4 3 2

Title picture: Cooling of machine cutting tools, see *Lubrication*

# How It Works®



## Science and Technology

Volume 9

**Instant-Picture Camera**

**Lumber**

Marshall Cavendish
New York • London • Toronto • Sydney

# Lens

A lens is a transparent object that modifies in a coordinated manner the path of light that passes through it. Lenses can be used to form magnified or diminished focused images or to concentrate light into narrow beams for localized illumination, for example. Refraction is the optical effect that underlies the function of any lens.

## Refraction

Light travels through transparent materials at speeds slower than the speed of light in a vacuum. The amount by which light is slowed in a given medium is expressed as a refractive index value, which is defined as the speed of light in a vacuum divided by the speed of light in the medium. Since the speed of light in a vacuum is greater than the speed of light in any medium, refractive-index values are always greater than one.

When a beam of light passes from a low-refractive-index material—air, for example—to a high-refractive-index material, such as glass, its frequency is unchanged. Since the speed of light is less in the high-refractive-index material, the wavelength must therefore become shorter. In terms of the classical wave description of light, this corresponds to the wave fronts—lines that join peaks of light waves—becoming more closely spaced in the slower medium. The ratio of the wavelengths in the two media is the inverse of the ratio of the speeds of light in the two media and therefore equal to the ratio of refractive indices.



▲ A selection of surface-modified glass lenses. These lenses have been treated using ion exchange to alter the surface composition of the glass. Such treatment increases the durability of lenses.




◀ Ray diagrams showing the passage of light through a convex lens (top) and a concave lens (bottom). The convex lens causes light to converge on a focal point, *F*, beyond the lens. With the concave lens, light appears to originate from a focal point behind the lens. In either case, the distance *f* is the focal length.

When light strikes the surface between one medium and another, making an angle $\theta_i$, measured with respect to a line perpendicular to the surface, it emerges in the other medium making a different angle $\theta_r$, with respect to the same line. The angles are related to the wavelengths and refractive indices of the media by the expression

$$\frac{\sin \theta_i}{\sin \theta_r} = \frac{\lambda_i}{\lambda_r} = \frac{n_2}{n_1}$$

where $\lambda_i$ and $\lambda_r$ are the wavelengths of the incident and refracted light, respectively, and $n_1$ and $n_2$ are the refractive indices of the first and second media through which the light passes. This relationship is called Snell's law.

## Basic lens types

Simple lenses are cylindrically symmetrical about an imaginary line—the principal axis—that passes through the centers of the two refracting surfaces of a lens. A typical refracting surface is a section of a sphere, with a constant radius of curvature originating from a single point.

Light that follows the principal axis of a lens passes through the lens without deviating from its path, because it strikes both refracting surfaces at right angles. Light that strikes a lens parallel to its axis, but at a distance from the center of the lens, is refracted. The extent of refraction increases along the radius of a lens, since the angle of incidence increases with increasing distance from the central axis of the lens.

Convex lenses—lenses thickest at the principal axis—cause parallel incident light rays to converge at a point on the opposite side of a lens to



▲ In these photographs, rays of colored light demonstrate the actions of some simple lenses. A convex lens (left) causes rays of light to converge. A convex lens of greater curvature (center) causes light to converge closer to the lens surface. A concave lens (right) causes rays of light to diverge.

the source of light. One of the applications of convex lenses is in projecting magnified images onto screens. Planoconvex lenses have an outward-curved surface and a flat surface, while convex meniscus lenses have two curved surfaces.

Concave lenses—lenses thinnest at the principal axis—cause parallel rays of incident light to diverge, such that they appear to originate from a point on the same side of the lens as the light source. One of the applications of concave lenses is in magnifying glasses, which allow an enlarged virtual image to be viewed through the lens. Planoconcave lenses have an inward-curved surface and a flat surface, while concave meniscus lenses have two curved surfaces. Compound lenses consist of two or more simple lenses fitted together to correct aberrations in one of the lenses.

## Focal length

The main defining characteristic of a lens is its focal length—the distance along the principal axis between an image of an object located at infinity from the lens and the center of a lens. In practical terms, "infinity" means a sufficiently large distance for the rays of light from an object to be essentially parallel to the principal axis when they strike a lens—an approximate minimum distance that depends on the diameter of the lens.

In the case of a convex lens, focal length is the distance between the center of the lens and the point where parallel incident rays converge after refraction by the lens. In this case, focal length is stated as a positive value, which is why convex lenses are sometimes called positive lenses.

For a concave lens, focal length is the distance between the center of the lens and the point from which parallel rays appear to originate after passing through the lens. Since this point is behind the lens for an observer, focal lengths of concave lenses are stated as negative values, and concave lenses are sometimes called negative lenses. The stronger the effect of a lens, the shorter will be its focal length. For this reason, lens power is stated in terms of the reciprocal of focal length. Values of lens power in diopters are equal to the reciprocal of focal length in meters. Accordingly, a lens with a focal length of 4 in. (10.2 cm) has a lens power of 9.8 (= $\frac{1}{0.102}$) diopters.

## Lens equation

The lens equation interrelates the focal length and the positions of the object and its image in the following way:

$$\frac{1}{\text{focal length}} = \frac{1}{\text{image distance}} + \frac{1}{\text{object distance}}$$

This equation is valid for thin lenses only, but with careful interpretation of negative values, it may be used for both concave and convex lenses.

Concave lenses have negative focal lengths, so the lens equation always gives a negative value of image distance that is smaller in magnitude than the object distance. The negative sign of the image distance implies that the image is virtual—it appears to be behind the lens. The smaller magnitude of the image distance implies that the image appears to be closer than the object.

For convex lenses, the sign of the image distance depends on whether the object distance is greater than or less than the focal length of the lens. If the object is closer than the focal length, the reciprocal of object distance is greater than that of the focal length. Consequently, the image distance is negative, implying a virtual image.

If an object is beyond the focal length of a lens, the image distance has a positive value, which implies a real image—one that can be focused onto a screen placed at the image distance. If the object distance increases, the distance at which the image is in focus becomes smaller.

The lens equation is an approximate expression, and as lens thickness increases, its inherent inaccuracies become more apparent, particularly where the object distance is small. Calculations of



▲ Spherical aberration effects include pincushion distortion (left) and barrel distortion (center), seen here in images of graph paper. Spherical aberration occurs because rays that pass through the edge of a lens focus at a different point from rays that pass through the center of the lens. Compound lenses can reduce the effects of spherical aberration. In the right-hand image, all the rays pass through a single focal point.

image distances for thick lenses call for the inclusion of a more complex expression for focal length in the lens equation.

## Magnification

The magnification of an image relative to an object can be calculated from image and object distances using the following expression:

$$\text{magnification} = \frac{-(\text{image distance})}{\text{object distance}}$$

In this expression, a negative value of magnification implies an image inverted from top to bottom and from side to side. A fractional value implies an image that is smaller than the object.

Since object distances are always positive, this expression shows that real images, which have positive image distances, are always inverted by lenses. Virtual images, on the other hand, always appear with the same orientation as the object.

## Focal ratio

The focal ratio of a lens is its focal length divided by its diameter in a plane perpendicular to the principal axis. The focal ratio is expressed as *f* numbers, so a lens whose diameter is half its focal length is described as *f*-2 (read as "f two").

While the amount of light that passes through a lens increases in proportion to lens area, the image size—and the dilution of the light that forms it—increases for greater focal lengths. Consequently, a lens of large diameter and small focal length—and hence a small *f* number—forms brighter images than lenses with larger *f* numbers.

In photography, the amount of light that falls on a light-sensitive film during an exposure can be controlled by adjusting the size of a variable aperture in the light path. Partially closing the aperture reduces the effective diameter of the lens, thereby increasing its *f* number.

The pupil of an eye functions in a similar way to the aperture of a camera, a reflex reducing the effective diameter of the lens in response to increasing light intensity. The human eye functions in a range from *f*-3 (bright daylight) to *f*-10 (night, low-light intensities).

Reducing the *f* number of a lens increases its resolving power—the ability of a lens to give a finely detailed image. Image resolution is the smallest separation at which two points in an image can be seen to be distinct, and larger lens diameters reduce the necessary separation.

Increasing the *f* number of a lens increases the depth of field of images. Therefore, a smaller lens diameter increases the range of object distances that appear to be in focus, even though the resolution is poorer than that obtained with a larger-diameter lens.

The effects of decreased resolution and increased depth of field can be observed by looking through a pinhole. The tiny diameter of a pinhole increases the effective *f* number of the eye, thereby causing blurring while allowing distant objects to be seen more clearly.

In photography, a high *f* number produces photographs with a great depth of field, so that objects in the foreground and background of a scene are in focus and reasonably resolved. Low *f* numbers produce images in which only those objects that are within a narrow range of distances from the camera are in focus; the resolution of those objects is superior to that obtained with high *f* numbers, so a low *f* number is useful in highlighting selected objects within a scene.

## Spherical aberration

Spherical aberration is an image defect that arises because the constant radius of curvature of the refractive surfaces of simple lenses does not result in a single focal length for all parts of the lens. For a convex lens, rays that strike near the edge of the lens are focused at a shorter focal length than rays that strike near the principal axis. Thus, the periphery of an image is out of focus when the

## CAMERA LENSES

**The camera industry is one of the greatest users of lenses, and its terminology has entered common usage. For example, film sizes and focal lengths of camera lenses are almost always quoted in millimeters.**

**Camera lenses are classed as standard, wide-angle, or telephoto (long focus), depending on whether their focal length is, respectively, equal to, less than, or greater than the diagonal of the film with which they are intended to be used. However, the popular combination of 35-mm film and a 50-mm lens is not strictly standard, since the diagonal measurement of a 35-mm frame is 43.3 mm (1.7 in.).**

**Wide-angle lenses produce images at lower magnification than achieved with a standard lens, so a broader view fits into a given frame size. In technical terms, such a lens is described as having a wide angle of acceptance. The shorter the focal length of the lens, the greater is its angle of acceptance. Images taken with wide-angle lenses tend to exhibit spherical aberration, which at its extreme is used as a form of special effect called fisheye.**

**Focal lengths greater than standard for a given film size produce highly magnified images and are useful for taking detailed photographs of distant objects. Telephoto lenses, rather like telescopes, tend to suffer from chromatic aberration.**

**Lenses with variable focal lengths were first introduced for television and film cameras, which they enabled to zoom in for close-up detail and zoom out for wider views. This action earned such lenses the colloquial name "zoom lens." Zoom lenses are complex assemblies of many components. All the traditional problems of lens design are therefore compounded, and the quality of images can suffer—a particular problem in still photography, where the viewer has time to study the image and quality.**

**Mechanized zoom lenses are popular with photographers who want to be able to make quick and easy shifts in focal lengths. However, because of size and weight limitations, zoom lenses for still photography have smaller zooming ranges than those for moving pictures.**



▲ A photograph taken with a fisheye lens, a type of lens that has an extremely short focal length. The distortion evident in this image is a consequence of spherical aberration.

▼ A typical telephoto lens of 250 mm focal length is made up of three lenses at the front that form an image 10 in. (250 mm) away. The group of lenses at the rear reduces this distance to more manageable proportions, making the telephoto lens body shorter, lighter, and easier to handle.



center of the image is focused, and vice versa. Images with spherical aberration appear to curve out of the plane of the central part of the image, as can be observed with a magnifying glass.

Spherical aberration can be avoided by the use of aspherical lenses, whose surfaces are designed specifically to produce a constant focal length over the whole lens. The manufacture of such lenses is much more complicated than that of spherically ground lenses, which makes their production costs prohibitively high for all but the most demanding of applications.

In practice, spherical aberration can be minimized by combining two simple lenses in a so-called doublet. With an appropriate choice of lenses, the spherical aberration of one lens counteracts that of the second, and the two standard lenses are cheaper than a single aspherical lens. Alternatively, the two surfaces of a single lens can be ground so that one surface largely compensates for the spherical aberration of the other.



◀ This machine polishes ophthalmic lenses for use in spectacles. Such lenses are designed to transmit all frequencies of visible light while blocking potentially harmful ultraviolet light.

## Coma

Coma is a form of aberration that causes points of light, such as stars, to acquire outward-pointing "tails" of light away from the principal axis. An appropriate choice of lens doublet can eliminate the coma effect, but the best choice of lenses for this purpose is inappropriate for reducing spherical aberration. As such, lenses must be chosen to give the best compromise of coma and spherical aberration for a given application.

## Chromatic aberration

Chromatic aberration is a form of image defect that arises because a given lens has different focal lengths for different wavelengths of light. The effect is a consequence of dispersion, which arises from the variation of refractive index with wavelength. Short-wavelength blue light focuses differently from long-wavelength red light, which leads to a white object on a black background acquiring a red fringe to one side and a blue fringe to the other, depending on its position in an image.

Combinations of lenses made from different materials can reduce chromatic aberration, but the choice of lens can conflict with the reduction of other forms of aberration. A cheap and simple alternative is to use lens coatings that interact with light over narrow frequency ranges, altering its refracting charateristic accordingly. A number of such coatings must be used to ensure that all frequencies have the same focal length.

The complexity of overcoming chromatic aberration depends on the range of frequencies that must be taken into consideration. Early photographic film used with refracting telescopes was sensitive only to blue light, so chromatic aberration could essentially be ignored. Modern photographic techniques can extend from the visible range to the infrared, in which case the correction of chromatic aberration is more complex. The lens system of a general-purpose camera caters for chromatic aberration in the visible range only.

## Lens materials

The power of a lens depends on the curvature of its surfaces: the greater the curvature of its two faces, the greater the power of the lens. Lens curvature is often limited by practical considerations, since strongly curved refracting surfaces imply thick lenses, which would be inconvenient for use in compact cameras, for example. In such cases, it is desirable to make lenses using materials that have large refractive indices, which require less curvature to achieve the same power as a lens made with a more weakly refracting material.

A thinner lens is not necessarily lighter than a thicker equivalent lens, since the refractive index of a material is closely related to its density. A comparison of borosilicate glass and dense flint glass is instructive: borosilicate glass has a refractive index of 1.52 and a relative density of 2.51, whereas dense flint glass has a refractive index of 1.81 and a relative density of 5.18.

For applications where it is desirable to keep weight to a minimum—for use in spectacles, for example—optical grade polycarbonate (refractive index 1.58, relative density 1.2) is a good choice of lens material. Polycarbonate is less than half as dense as an equivalent optical glass and has the advantage of high impact resistance.

## Blooming

Numerous forms of aberration can be overcome simultaneously by combining several lenses in a single system. The drawback of such combinations is that the loss of light at each lens can cause unacceptable reductions in image intensity.

One of the main causes of light loss in lens systems is reflection from the surfaces of component lenses. Blooming is a low-reflectance coating that reduces such losses, thereby extending the potential of compound lens systems. Blooming appears as a faint surface coloration when a treated lens is viewed at an oblique angle.

## Fresnel lens

Fresnel lenses are used to focus light from point sources into parallel beams. They result in lighter, smaller optics than would be possible using conventional types of lenses.

In principle, light from a filament or arc lamp could be focused into a parallel beam by placing the light source at the focus of a convex lens. In practice, the curvature necessary to produce such a beam would require a lens thickness and weight greater than acceptable for many applications.

In the early 19th century, the French engineer Augustin Fresnel realized that a great reduction in both weight and thickness would be achieved by removing cylindrical sections from a convex lens in such a way that the curvature of the refractive surfaces were unchanged. Since the curved surfaces are the only parts of a lens that participate in focusing light, such a modification makes little difference to the optical properties of the lens. Viewed from such a distance that the surfaces parallel to the principal axis are invisible to an observer, a Fresnel lens is indistinguishable from a conventional convex lens.



▲ For many applications, a thick convex lens (left) can be substituted by a Fresnel lens (right) with a significant saving in both space and weight.

Fresnel lenses are used to focus light in stage lamps, lighthouse beacons, projectors, and stop lights. In many cases, the surface next to the light source is dimpled so as to prevent an image of the lamp filament from forming.

A form of Fresnel lens is sometimes stuck to the rear windows of buses. Viewed through the rear-view mirror, the compact lens provides the driver with a wide-angle view of the road behind.

## Zone plates

Using a theory of interference that he had developed in 1815, Fresnel developed a type of lens that uses interference rather than refraction as the basis for focusing radiation. A zone plate is a sphere whose surface has been divided into circular zones such that each zone is half a wavelength farther from the intended focal point than the previous zone. Alternate zones are blacked out by an opaque material. Light from the transparent zones then converges on the focal point, where its intensity is reinforced by constructive interference in a way that the zone pattern allows at no other point. Zone plates can be tuned for other forms of electromagnetic radiation by using suitable transparent and opaque materials and a zone pattern that suits the wavelength of radiation that it is intended to focus.

- *In 1959, the Rolls Royce company produced a 27 ton (24 tonne) camera. It had a 63 in. (1.6 m) f-15 Cooke Apochromatic lens in a case 8.8 ft. (2.7 m) high, 8.3 ft. (2.5 m) wide, and 35 ft. (10.7 m) long.*
- *The Nimslo 3-D camera has four lenses and produces a single-print image that needs no special viewing apparatus. The optical glass lenses, positioned 0.4 in. (10 mm) apart, produce four simultaneous images, which a computer in the printing process converts into a three-dimensional picture.*




◀ A zone plate is a form of lens that uses interference to focus radiation. Its first use was in focusing X rays. Out-of-phase rays blocked by the zone plate are shown as dotted lines.

Binoculars • Camera • Eye • Light and optics • Mirror • Movie camera • Spectacles • Telescope, optical

# OPTICAL PRINCIPLES AND TECHNOLOGY FOR ENGINEERS

JAMES E. STEWART
*Saratoga Optics*
*Saratoga, California*

Marcel Dekker, Inc. New York • Basel • Hong Kong

**Library of Congress Cataloging-in-Publication Data**

Stewart, James E.
Optical principles and technology for engineers / James E. Stewart.
p. cm. — (Mechanical engineering ; 104)
Includes bibliographical references and index.
ISBN 0-8247-9705-1 (alk. paper)
1. Engineering instruments. 2. Physical optics. 3. Geometrical optics. I. Title.
II. Series: Mechanical engineering (Marcel Dekker, Inc.) ; 104.
TS165.S74 1996
621.36—dc20 96-1166
CIP

The publisher offers discounts on this book when ordered in bulk quantities. For more information, write to Special Sales/Professional Marketing at the address below.

This book is printed on acid-free paper.

Copyright © 1996 by Marcel Dekker, Inc. All Rights Reserved.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Marcel Dekker, Inc.
270 Madison Avenue, New York, New York 10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1



**Figure 4.5** Virtual image of a real object formed by a negative lens.

In the Newtonian form $x$ is the object distance measured from the object to the focal point on the object side and $x'$ is the image distance measured from the focal point on the image side to the image (see Fig. 3.1).

The *magnification* $M$ of an image is the ratio of the image and object distances,

$$M = \frac{s'}{s} \tag{4.6}$$

With the sign convention used here, if $M$ is negative the image is inverted. This happens when the object distance is negative (object lies to the left of the lens) and the image distance is positive (image lies to the right).

A positive lens forms a *real image* of a distant object. The magnification is negative because $s < 0$ and $s' > 0$ and the image is inverted. If a positive lens is held away from the eye and the image of a distant object is observed, a side to side movement of the lens produces a movement of the image in the same direction. A negative lens, on the other hand, forms a *virtual image* of a distant object. The magnification is positive and the image is erect. When the lens is moved from side to side the image appears to move in the same direction. Sometimes one is faced with identifying a box full of lenses. These observations can serve to distinguish positive and negative lenses in the event that the signs of the surface curvatures cannot be determined.

If an object is an intermediate image formed by some preceding optics, and it lies to the right of a positive lens (Fig. 4.4) then $s > 0$ and the object is said to be a *virtual object*, as opposed to a *real object*. Then the final image that lies to the right of the lens is real, has a magnification that is greater than zero because $s'/s > 0$, and the image is not inverted. Similarly, if the object lies to the left of a negative lens and a virtual image also lies to the left of the lens (Fig. 4.5), then both object and image distances are negative, the magnification is positive and the image is not inverted.

# OPTICAL INTEGRATED CIRCUITS

HIROSHI NISHIHARA
MASAMITSU HARUNA
TOSHIAKI SUHARA

UTD LIBRARY
2601 N. Floyd Rd.
Richardson, Texas 75083-0643

McGraw-Hill Book Company

New York St. Louis San Francisco Auckland
Bogotá Hamburg London Madrid Mexico
Milan Montreal New Delhi Panama
Paris São Paulo Singapore Sydney Toronto

ABB9451

UT-DALLAS LIBRARIES
3 1863 000 122 741

*Optical Integrated Circuits* by H. Nishihara, M. Haruna, T. Suhara
First published in 1985 by Ohmsha, Ltd.
Copyright © 1985 by H. Nishihara, M. Haruna, T. Suhara
English translation rights arranged with Ohmsha, Ltd.

Copyright © 1989 by H. Nishihara, M. Haruna, and T. Suhara. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1234567890 DOC/DOC 8921098

ISBN 0-07-046092-2

Printed and bound by R. R. Donelley & Sons Company.

**Library of Congress Cataloging-in-Publication Data**

Nishihara, Hiroshi, date.
Optical integrated circuits.

Translation of: Hikari shūseki kairo.
Includes bibliography.
1. Integrated optics. I. Haruna, Masamitsu, date. II. Suhara, Toshiaki, date. III. Title.
TA1660.N5713 1987 621.36'93 87–30690
ISBN 0–07–046092–2

### 7.3.2 *Etching Technique*

Figure 7.7 illustrates pattern transfer by the etching technique (2,3). A pattern is formed in a mask layer, and then transferred by etching the material under the mask. In many cases, a resist pattern can be used as an etching mask, as shown in Fig. 7.7(a). If the resist layer does not resist the etching process, the resist pattern is transferred to a hard mask layer, such as metal film, by the lift-off technique or *first-step etching*, and the hard mask is used to etch the material for patterning, as shown in Fig. 7.7(b). Etching processes are classified into *wet* (chemical) *etching*, which uses liquid chemicals, and *dry etching*, which uses gaseous etchants.

Factors that should be considered in etching technique selection include

1. Etching rate and controllability
2. Material selectivity
3. Etching anisotropy
4. Damage to the material

An appropriate rate and the good reproducibility of etching are required to obtain the desired processing depth. Sufficient selectivity is necessary to etch a material without the undesired removal of the mask and underlayers. If the etching is isotropic, the undercut resulting from side-etching under the mask layer causes poor processing accuracy. If, on the other hand, the etching is anisotropic and proceeds in the direction normal to the substrate plane, the mask pattern is transferred precisely. Figure 7.8(a) and (b) illustrates the comparison of isotropic and anisotropic etching. Anisotropic etching must be accomplished if a very fine pattern or deep processing is required. Any damage leading to the degradation of material properties must be avoided, and the etched surface must be fine and




**Fig. 7.7** Processing by etching techniques.

# MOEMS

## Micro-Opto-Electro-Mechanical Systems

**Manouchehr E. Motamedi**
*Editor*

SPIE PRESS
Bellingham, Washington USA

TK7875
.M165
2005

Library of Congress Cataloging-in-Publication Data

MOEMS : micro-opto-electro-mechanical systems / Manouchehr E. Motamedi, editor.
p. cm.
Includes bibliographical references and index.
ISBN 0-8194-5021-9
1. Microelectromechanical systems. 2. Optoelectronic devices. 3. Microfabrication. I. Motamedi, M. Edward.

TK7875.M56 2005
621.381—dc22 2004024395

Published by

SPIE—The International Society for Optical Engineering
P.O. Box 10
Bellingham, Washington 98227-0010 USA
Phone: +1 360 676 3290
Fax: +1 360 647 1445
Email: spie@spie.org
Web: http://spie.org

Copyright © 2005 The Society of Photo-Optical Instrumentation Engineers

All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means without written permission of the publisher.

The content of this book reflects the work and thought of the author(s). Every effort has been made to publish reliable and accurate information herein, but the publisher is not responsible for the validity of the information or for any outcomes resulting from reliance thereon.

Printed in the United States of America.

The International Society for Optical Engineering

*About the cover:* Shown is Lucent's surface-machined two-axis tilting micromirror with Texas Instruments' DMD pixels both in the background and wrapping around the spine. Thanks to both TI and Lucent for granting permission to use these images.

# Chapter 3

# MICRO-OPTICS

Hans Peter Herzig, Ernst-Bernhard Kley, Matthias Cumme, Lars C. Wittig

## 3.1 Introduction

Micro-optics includes a family of optical components that are fabricated by modern micromachining, such as optical lithography, direct laser and e-beam writing, and reactive ion etching. In the past decade, micro-optics has emerged as a powerful tool for realizing various optical functions that have not previously been possible or feasible using conventional optical elements. Elements utilizing either refractive or diffractive surfaces are now found in applications ranging from laser beam shaping in laser material processing to optical interconnects in telecom applications. In general terms, one of the major strengths of micro-optics as compared to conventional optics lies in the fact that micro-optics allows integration of large, complex optical systems into a much more compact form. Additionally, the emergence of replication techniques such as injection molding allows the lowest cost mass production of micro-optical elements.

This chapter presents the basic concepts of light deflection in micro-optics and the main fabrication technologies. The history is summarized in Sec. 3.2. Section 3.3 presents the basic functionalities. The fabrication methods are then divided into technologies based on binary optics masks (Sec. 3.4), resulting in $N$-level staircase profiles, and analog technologies (Sec. 3.5). Section 3.5 includes elements that have a continuous surface profile and replication techniques. Not discussed in this chapter are waveguides, gradient index optics, and active devices. Micro-optical components, testing, and applications will be discussed in detail in Chapter 5 of this book.

For further reading, we refer to the literature.[1–7]

## 3.2 History

The history of micro-optics is the history of the microfabrication of fine structures. At the beginning, the elements were simple grating structures for spectroscopy.

Then, the elements became more complex. Fresnel zone plates, computer-generated holograms, diffractive optics, and more recently resonant filters and photonic crystals are such elements.

The dispersion of light into spectral colors by a periodic structure was first reported by David Rittenhouse in 1786, but it was Joseph von Fraunhofer, in 1821, who first described the effect formally. The earliest devices were amplitude gratings created as grids of fine wire or hair. Fraunhofer later ruled simple gratings in gold films on glass and directly in glass surfaces using a piece of diamond. Towards the end of the nineteenth century Henry Augustus Rowland (1882) built a ruling engine on which he produced both plane and concave gratings for spectrometer applications. His work was built upon by J. Anderson, Robert W. Wood, and J. Strong. In 1910, Robert W. Wood succeeded in ruling blazed gratings in copper plates with grooves of controlled shape (see, e.g., references 8 and 9). The Fresnel zone plate, a diffractive element with focusing power, was hand-drawn as an amplitude mask by Lord Rayleigh in 1871 and later created as phase structure by Wood in 1898 (see, e.g., reference 10).

Holography was invented in 1947 by Gabor[11] and revived in the early 1960s through the work of Leith and Upatnieks.[12] The later date is closely related to the availability of convenient laser sources. In the seventies and early eighties many researchers investigated holographic optical elements (HOEs).[13] HOEs can be considered as diffractive optical elements (DOEs) fabricated by interference. Important for the evolution of HOEs and DOEs was the introduction of computer-generated holograms (CGHs), which are produced as graphical output from a digital computer.[1] The coding of complex wavefronts to make CGHs was first demonstrated by Brown and Lohmann in 1966.[14] These were still low-efficiency amplitude structures, which were imaged onto a photographic film. By subjecting the film to bleaching, surface-relief patterns, or *kinoforms*, were created in the film emulsion.[15–17]

The accurate control of the surface profile is the key to fabricating DOEs with high efficiency. The suggestion that the blazed surface profiles could be approximated by a stepped or quantized phase profile, made independently by Dammann[18] and by Goodman and Silvestri[19] in 1970, inaugurated a new direction in the manufacture of DOEs. In one of the first technology demonstrations, a four-level Fresnel phase microlens using three lithographic mask iterations, was fabricated.[20] In the early eighties, researchers at MIT Lincoln Laboratory first demonstrated that with computer-generated design data and IC fabrication techniques, practical, robust, and efficient DOEs could be built.[21] In particular, the number of phase levels formed in $M$ process steps was increased from $M + 1$ to $2^M$. The technology became well-known under the name *binary optics*, referring to the coding scheme used in creating the photolithography masks.

Over 300 years ago, Robert Hooke first melted rods of Venetian glass to form small lenses. These lenses were used as microscope objectives to study insects.[7] The term *micro-optics* was proposed by Uchida and Kitano in the late 1960s for forming practical optical components based on gradient index fibers and lenses.[22] A technique for the monolithic fabrication of refractive microlens arrays was demonstrated by Popovic et al.[23] in 1988 and Daly et al.[24] in 1990. They applied lithographic patterning and thermal reflow in photoresist.

To increase the robustness of the lenses, they were transferred into the substrate by reactive ion etching.[25]

With the improvement of available technology, new devices were proposed, such as subwavelength structures[26] and photonic crystals.[27] These devices require accurate fabrication of nanoscale structures. However, nanoscale is not only required for the dimensions of such structures, but also for the accuracy of deep surface profiles with arbitrary shape. Finally, the combination of fine structures with large structures to get new functionalities remains a problem not only for fabrication, but also for modeling.

## 3.3 Deflection of light by micro- and nanostructures

There are various possibilities for controlling the propagation of light. Basically we can modify the polarization, the amplitude, and the phase distribution of an incident beam as functions of space and time. Consequently the light propagation will change. For this chapter we concentrate on elements fabricated by lithographic techniques to modulate the surface profile. For other types of elements, such as integrated optics and gradient index elements, we refer to the literature.[28,29]

The following sections present some important concepts without being complete. Not all devices can be classified easily.

### 3.3.1 Refractive and diffractive micro-optics

The basic difference between refractive and diffractive structures is explained in Fig. 3.1 with the example of a prism and the corresponding grating structure. In the case of the prism the light is deflected by varying the optical pathlength $d(x)\,\Delta n$, where $d(x)$ is the thickness profile and $\Delta n$ the refractive index difference. In air $\Delta n = n - 1$. An incident plane wave is deflected through the angle $\theta$. For a thin prism $\theta$ is given by

$$\theta \approx \Delta n\,\alpha, \tag{3.1}$$

where $\alpha$ is the prism angle (see Fig. 3.1).

The diffractive blazed grating profile can be obtained by wrapping the depth profile $d(x)$ to an interval between 0 and $\lambda/\Delta n$ [Fig. 3.1(b)]. The depth difference $\lambda/\Delta n$ corresponds to a phase change of $2\pi$. The blazed grating has period $\Lambda$, and each period has the same slope as the original prism. The binary optics grating is then obtained by replacing the prism shape of each period by a binary optics profile with depths 0 and $\lambda/(2\,\Delta n)$ [Fig. 3.1(c)]. The sine of the deflection angle $\theta$ varies linearly with the wavelength $\lambda$ and inversely with the grating period $\Lambda$:

$$\sin\theta = m\frac{\lambda}{\Lambda}, \tag{3.2}$$

where $m$ is the diffraction order. In the ideal case, the blazed grating generates only one diffraction order (e.g., $m = 1$), whereas the binary grating generates several




**Figure 3.1:** Optical elements: (a) prism, (b) blazed grating, and (c) binary optics grating.

orders. Binary optics gratings are therefore used for applications where several diffraction orders are desired, such as fan-out elements[30,31] or far-field beam shaping, to generate symmetric light distributions.[32]

Note that gratings with periods near the wavelength are strongly polarizing. They can therefore be used as birefringent elements. For further reading we refer to the literature.[33]

### 3.3.2 Artificial index material

If the period $\Lambda$ of a grating is reduced, then the number of propagating diffraction orders diminishes. For grating periods on the order of the wavelength ($\Lambda \approx \lambda$), high efficiency can be achieved with binary optics gratings when they are illuminated under oblique incidence. In that case, only one diffraction order is propagating. When the grating period is further reduced, no diffraction order (except the zeroth) is propagating. Such a binary optics grating appears as a thin film with an artificial index. For grating periods $\Lambda \ll \lambda$, the effective electric permittivity $\varepsilon$ for TE polarization becomes[34]

$$\varepsilon_{\text{eff}}{}^{\text{TE}} = t\varepsilon_1 + (1 - t)\varepsilon_2, \tag{3.3}$$

and for TM polarization

$$\frac{1}{\varepsilon_{\text{eff}}{}^{\text{TM}}} = \frac{t}{\varepsilon_1} + \frac{1 - t}{\varepsilon_2}, \tag{3.4}$$




**Figure 3.2:** Blazed diffraction grating and the corresponding blazed binary optics grating. The structure size of the blazed binary optics grating has to be considerably smaller than the wavelength.

where $(n_{\text{eff}})^2 = \varepsilon_{\text{eff}}$, $t$ is the fill factor, and $\varepsilon_{1,2}$ are the electrical permittivities of the substrate and the surrounding medium (usually air). Thus it is possible to realize antireflection (AR) coatings by structuring the surface.[26,34,35] Such AR coatings are attractive because they can be replicated. It has also been proposed to realize blazed gratings with binary optics technology, as shown in Fig. 3.2.[36,37] Initially, these elements worked only for long wavelengths, e.g., for a $CO_2$ laser working at 10.6 μm. Due to improved technology, these devices have become realistic for telecom wavelengths.[38]

### 3.3.3 Photonic crystals

If the incident light propagates within the periodic structure and is reflected back and forth, then the element becomes selective, such as the Bragg grating shown in Fig. 3.3 (1D crystal). Such structures, which are periodic in one, two, or three dimensions, are known as photonic crystals. The term photonic crystal was first introduced in 1987 by Yablonovitch.[27,39] The goal was to control spontaneous emission.

The mechanism of operation is already familiar from solid-state physics, where the wave function of the electron is modulated by coherent scattering by the periodic potential of the crystalline lattice, which in some cases results in the opening of an electronic bandgap. The presence of such a bandgap has consequences for the electrical and thermodynamic properties of solids. Similarly, when periodicity is introduced in the dielectric constant of a medium, a photonic bandgap can open. When that happens, electromagnetic waves of certain frequencies are forbidden to propagate through the structured medium. This principle has been applied to suppress spontaneous emission. If light of a certain frequency is forbidden to propagate through the medium surrounding an atom, this atom will not be able to radiate photons of the corresponding energy. Thus, certain direct transitions between energy levels will be forbidden.

For the existence of a complete photonic bandgap a fully 3D periodic structure is required. However, 2D photonic crystals are also of interest as optical waveguides