US005892597A

# United States Patent [19]

Iwata et al.

[11] Patent Number: 5,892,597

[45] Date of Patent: Apr. 6, 1999

[54] **HOLOGRAPHIC RECORDING APPARATUS AND HOLOGRAPHIC OPTICAL ELEMENT**

[75] Inventors: **Shigetake Iwata**; **Satoshi Maeda**; **Shigeo Kayashima**; **Shinya Hasegawa**, all of Kawasaki, Japan

[73] Assignee: **Fujitsu Limited**, Kawasaki, Japan

[21] Appl. No.: **877,581**

[22] Filed: **Jun. 17, 1997**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 274,146, Jul. 14, 1994, abandoned, which is a continuation of Ser. No. 933,244, Aug. 21, 1992, abandoned.

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Aug. 29, 1991 | [JP] | Japan | 3-218971 |
| Sep. 17, 1991 | [JP] | Japan | 3-236147 |
| Jun. 30, 1992 | [JP] | Japan | 4-173336 |

[51] **Int. Cl.**$^6$ .......... **G03H 1/12**; G03H 1/00; G03H 1/26

[52] **U.S. Cl.** .......... **359/11**; 359/1; 359/10; 359/12; 359/22; 359/30

[58] **Field of Search** .......... 359/1, 10, 11, 359/12, 22, 25, 30

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,578,845 | 5/1971 | Brooks et al. | 350/162 R |
| 3,632,214 | 1/1972 | Chang et al. | 359/10 |
| 3,659,947 | 5/1972 | Neumann | 359/10 |
| 3,682,526 | 8/1972 | Matsumoto | 359/30 |
| 4,455,061 | 6/1984 | Case | 350/3.75 |
| 4,547,037 | 10/1985 | Case | 350/3.75 |
| 4,995,685 | 2/1991 | Armstrong et al. | 359/30 |
| 5,016,951 | 5/1991 | Deason et al. | 350/3.67 |
| 5,083,219 | 1/1992 | Jannson et al. | 359/1 |
| 5,132,812 | 7/1992 | Takahashi et al. | 359/9 |
| 5,142,385 | 8/1992 | Anderson et al. | 359/30 |
| 5,151,799 | 9/1992 | Ansley | 359/30 |
| 5,225,918 | 7/1993 | Taniguchi et al. | 359/30 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 140 594 | 5/1985 | European Pat. Off. . |
| 0 240 262 | 10/1987 | European Pat. Off. . |
| 0 423 680 A3 | 4/1991 | European Pat. Off. . |
| 0 467 601 A2 | 1/1992 | European Pat. Off. . |
| 2 366 607 | 9/1977 | France . |
| 206401 | 9/1997 | Japan . |
| 2 195 784 | 4/1988 | United Kingdom . |

OTHER PUBLICATIONS

Patent Abstracts of Japan, vol. 9, No. 24 (P–331) Jan. 31, 1985 & JP–A–59 168 403 (Sumitomo Denki Kogyo KK).

IBM Technical Disclosure Bulletin, vol. 13, No. 12, May 1971, New York, pp. 3687–3690, E. G. Lean et al., "Device for making High–Resolution Interdigital Transducers".

SPIE, vol. 240, Periodic Structures, Gratings, Moire Patterns and Diffraction Phenomena (1980), pp. 13–17, "Holographic Surface Grating Fabrication Techniques".

Applied Optics, vol. 25, No. 18, Sep. 1986, New York, pp. 3171–3178, C. C. IEMMI, "Synthesis of Asymmetric Profiles from a Double Grating Interferometer".

(List continued on next page.)

*Primary Examiner*—Cassandra Spyrou
*Assistant Examiner*—Audrey Chang
*Attorney, Agent, or Firm*—Armstrong, Westerman, Hattori, McLeland & Naughton

[57] **ABSTRACT**

A holographic recording apparatus includes first and second light sources for respectively generating first and second light beams. A mask is located in front of a hologram recording material and has an aperture. Interference fringes are recorded in a hologram cell on the hologram recording material corresponding to the aperture. A movement mechanism supports the hologram recording material masked by the mask and relatively moves the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material. A spatial frequency changing mechanism changes incident angles of the first and second light beams with respect to the mask.

**12 Claims, 16 Drawing Sheets**



OTHER PUBLICATIONS

Optics Communications, vol. 67, No. 2, Jul. 1, 1988, Amsterdam, NL, pp. 195–198, Qing–Shin Ru et al., "An Interferometric Method for Making Equispaced Circular Gratings".

Applied Optics, vol. 24, No. 19, Oct. 1985, New York, pp. 3155–3161, Xu Mai et al., "Simple Versatile Method for Fabricating Guided–Wave Gratings".

Journal of Applied Physics, vol. 66, No. 5, Sep. 1, 1989, New York, pp. 2229–2231, Wei Dong Chi et al., "A Simple Process to Generate Deeply Modulated and large Dimension Submicron Gratings on Reflecting Surfaces".

Thin Solid Films, vol. 72, No. 3, Oct. 1980, Lausanne, DH, pp. 419–416, A. Suzuki et al., "Fabrication of Chirped Gratings on GaAs Optical Waveguides".

Patent Abstracts of Japan, vol. 9, No. 20 (P–330) (1743) Jan. 26, 1985 (JPA 59 166 913—Toppan Insatsu K.K. *abstract*).

Richard C. Kim, "Holographic Beamsplitter for Multiple Plane Wave Formation with Matched Phasefronts", SPIE vol. 1052 Holographic Optics, 1989, pp. 52–64.

FIG.1


11
12
12a
13b-1
B
A
13a-1
16a
13b-2
16b
13a-2
13a
13b
13a-3
13b-3
θ2
θ1
15a
15
14
20
18
19
17

FIG.2



FIG. 3


11
21
22
12
12b
A
B
13a-1
13b-1
16a
12c
12a
12d
16b
13a-2
13a
13b-2
13b
13a-3
13b-3
θ2
θ1
15a
15
14
20
19
18
17

FIG.4A



FIG.4B



FIG.4C



FIG.5


11
21
22
12b
12
13a-1
12c
12a
12d
13b-1
16b
13a-2
13a
16a
13b-2
13b
13a-3
13b-3
θ2
θ1
15a
15
14
31a
31b
31

FIG.6



FIG. 7A




FIG. 7B




FIG. 7C



FIG.8


11
12a
12
A
13a-1
C
13b-1
16a
13a-2
13b-2
113a
113b
θ1'
θ2'
θ1
15
15a
θ2
14
20
P
Q
17

FIG. 9




FIG. 11A

FIG. 11B



FIG. 11C



FIG. 10


11
21
22
12a
12d
16a
12c
12b
113a
113b
θ1'
θ1
θ2'
15a
θ2
15
14
20
P
Q
19
18
17

FIG. 12



FIG. 13A



FIG. 13B



FIG. 13C



FIG. 14



FIG.15



FIG. 16


210
211
214
215
217
CONTROL
DEVICE
201
208
204
202
207
216
206
205
A2
A1
203
209
Hn
X
Y
213
218
Fn
212

FIG. 17




FIG. 18



FIG.19




FIG.20



FIG. 21



210
211
212
213
215
206
A1
224
216
205
207
A2
218
222
L2
Fn
221
223
203
L1
204
208
217
201
CONTROL DEVICE
209
202
Hn
X
Y

# HOLOGRAPHIC RECORDING APPARATUS AND HOLOGRAPHIC OPTICAL ELEMENT

This application is a continuation of application Ser. No. 08/274,146 filed Jul. 14, 1994, now abandoned, which is a continuation of application Ser. No. 07/933,244 filed Aug. 21, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to a holographic recording apparatus for recording interference fringes on a hologram recording material.

2. Description of the Prior Art

Recently, with the spread of laser beam printers, bar-code readers and the like, there has been a considerable demand for devices utilizing optical technology. Holographic optical elements are very attractive because they are suitable for mass production with low cost, and are capable of easily producing special aberration waves, as compared with optical lenses. A holographic optical element is a diffraction grating having a periodic structure formed on a hologram recording material. It is possible to make holographic optical elements have various optical characteristics by adjusting, for example, spatial frequencies, that is, by adjusting intervals between fringes.

Two methods are known which produce holographic optical elements having fringe patterns on a hologram recording material. A first conventional production method utilizes interference of two or more light beams. The first method is called a holographic exposure method. A second conventional production method uses an electron or laser beam exposure apparatus in which interference fringes are directly formed on a hologram recording material in accordance with phases calculated by a computer beforehand. The above second method is called a computer generated hologram method.

The holographic exposure method is capable of producing a large-area hologram having a high spatial frequency in a short time. However, it is very difficult to produce a holographic optical element having desired interference fringes. The computer generated hologram method is capable of forming desired fringe patterns, but is not capable of producing interference patterns having high spatial frequencies. For example, the holographic exposure method is capable of producing an interference pattern having a spatial frequency of 1000–2000 /mm, while the computer generated hologram method has an ability to produce an interference pattern having a spatial frequency between 100 and a few hundred per millimeter. In order to obtain an interference pattern having a high spatial frequency, it is necessary to scale down an interference pattern formed by the computer generated hologram method. Further, the computer generated hologram method cannot form a large hologram area. A maximum hologram area is equal to a few square millimeters. Furthermore, it takes a long time to draw interference patterns by the computer generated hologram method.

## SUMMARY OF THE INVENTION

It is a general object of the present invention to provide an apparatus for recording interference fringes on a holographic optical element in which the above disadvantages are eliminated.

A more specific object of the present invention is to provide a holographic recording apparatus in which desired interference patterns can be easily recorded in a short time.



The above objects of the present invention are achieved by a holographic recording apparatus comprising: first light source means for generating a first light beam; second light source means for generating a second light beam; a mask which is located in front of a hologram recording material and which has an aperture, interference fringes being recorded in a (hologram cell) on the hologram recording material corresponding to the appeature; movement means for supporting the hologram recording material masked by the mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material; and spatial frequency changing means, coupled to the first and second light sources, for changing incident angles of the first and second light beams with respect to the mask.

The above-mentioned objects of the present invention are also achieved by a holographic recording apparatus comprising: a light source; an optical system for generating a light beam from a light emitted from the light source; a mirror for reflecting a part of the light beam; a mask which is located in front of a hologram recording material and which has an aperture directly receiving the light beam from the optical system and receiving the part of the light beams reflected by the mirror, interference fringes being recorded in a hologram cell on the hologram recording material corresponding to the aperture; movement means for supporting the hologram recording material masked by the mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material; and spatial frequency changing means, coupled to the mirror, for changing a position of the mirror and for thereby changing incident angles of the first and second light beams with respect to the mask.

Yet another object of the present invention is to provide a holographic optical element produced by the above holographic recording apparatus.

This object of the present invention is achieved by a holographic optical element comprising: a hologram recording member; and a plurality of cells formed on the hologram recording member, the cells respectively including interference fringes.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the present invention will become apparent from the following detailed description when read in conjunction with the accompanying drawings, in which:

FIG. **1** is a diagram showing an overview of an apparatus for recording interference fringes on a hologram recording material according to a first embodiment of the present invention;

FIG. **2** is a diagram showing an example of interference fringes recorded by the apparatus shown in FIG. **1**;

FIG. **3** is a diagram showing the details of the apparatus shown in FIG. **1**;

FIGS. **4**A, **4**B and **4**C are diagrams showing examples of interference fringes recorded by the apparatus shown in FIG. **3**;

FIG. **5** is a diagram showing a variation of the first embodiment of the present invention;

FIG. **6** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a third embodiment of the present invention;

FIGS. **7**A, **7**B and **7**C are diagrams for explaining advantages of the second embodiment of the present invention;

FIG. **8** is a diagram showing an overview of the second embodiment of the present invention;

FIG. **9** is a diagram showing a spatial frequency control according to the third embodiment of the present invention;

FIG. **10** is a diagram showing the details of the third embodiment of the present invention;

FIGS. **11**A, **11**B and **11**C are diagrams showing examples of spatial frequency distributions obtained by the third embodiment of the present invention;

FIG. **12** is a diagram showing a variation of the third embodiment of the present invention;

FIGS. **13**A, **13**B and **13**C are diagrams showing examples of spatial frequency distributions obtained by the variation shown in FIG. **12**;

FIG. **14** is a diagram showing a variation for changing the spatial frequency distribution;

FIG. **15** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a fourth embodiment of the present invention;

FIG. **16** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a fifth embodiment of the present invention;

FIG. **17** is a diagram showing how a hologram recording material is divided into hologram cells;

FIG. **18** is a diagram showing how each hologram cell is segmented into a plurality of sections;

FIG. **19** is a diagram showing an example of a spatial frequency distribution obtained by the fifth embodiment of the present invention;

FIG. **20** is a diagram of a deformable mirror device used in the fifth embodiment of the present invention; and

FIG. **21** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a sixth embodiment of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

A description will now be given of a first embodiment of the present invention.

FIG. **1** shows an overview of an apparatus for recording interference fringes on a hologram recording material according to a first embodiment of the present invention. The apparatus shown in FIG. **1** is configured as follows. A coherent light source **11**, such as a semiconductor laser, emits a coherent light beam. Examples of the semiconductor laser are a He-Cd layer, an Ar laser and a semiconductor laser. A first optical system **12** comprises a beam splitter **12***a,* which splits the coherent beam from the light source **11** into two beams. The two beams from the first optical system **12** are received by two second optical systems **13***a* and **13***b*. The second optical systems **13***a* and **13***b* function to collimate the respective beams and emit collimated beams. The second optical system **13***a* comprises a mirror **13***a*-**1**, a spatial filter **13***a*-**2**, and a collimating lens **13***a*-**3**. Similarly, the second optical system **13***b* comprises a mirror **13***b*-**1**, a spatial filter **13***b*-**2**, and a collimating lens **13***b*-**3**. The spatial filters **13***a*-**2** and **13***b*-**2**, which are respectively made up of objective lenses and pin holes, function to convert the respective beams into spherical waves. That is, the spatial filters **13***a*-**2** and **13***b*-**2** respectively serve as point sources. The collimating lenses **13***a*-**3** and **13***b*-**3** function to convert the respective spherical waves into collimated light beams.

A light blocking mask **15** has an aperture **15***a* and is placed above a hologram recording material **14**. The mask **15** is supported on a movable table **19**, which is linearly moved by a linear movement mechanism **20**. The movable table **19** is movably placed on a turn table **18**, which table is turned by a turning mechanism **17**. The linear movement mechanism **20** can be made up of a ball screw and a motor, such as a stepping motor. It is preferable that the linear movement mechanism **20** has a function of moving the movement table **19** in two dimensions. It is possible to use another linear movement mechanism that moves the movement table **19** in directions perpendicular to the directions realized by the linear movement mechanism **20**.

A spatial frequency change mechanism **16***a* changes the position of the second optical system **13***a* as shown by arrow A so that the spatial frequency of an interference pattern of a hologram cell defined by the aperture **15***a* can be changed. Similarly, a spatial frequency change mechanism **16***b* changes the position of the second optical system **13***b* as shown by arrow B so that the spatial frequency of the interference pattern facing the aperture **15***a* can be changed.

The spatial frequency, labeled f, of interference fringes formed at an incident position on the hologram recording material **14** can be expressed as follows:

$$f=(\sin\theta_1+\sin\theta_2)/\lambda \qquad (1)$$

where $\theta_1$ and $\theta_2$ are respectively incident angles of the two parallel light beams incident to the hologram recording material **14**, and $\lambda$ is the wavelength of the light beams. Hence, interference fringes shown in FIG. **2** having the constant spatial frequency f are formed in an area on the hologram recording material **14** corresponding to the aperture **15***a*. The spatial frequency f can be changed by changing the position of either the second optical system **13***a* or **13***b* or both by the spatial frequency change mechanisms **16***a* and **16***b,* as indicated by the arrows A and B. In this manner, either the incident angle $\theta_1$ or $\theta_2$ or both can be changed.

The two light beams are projected onto the hologram cell at the angles $\theta_1$ and $\theta_2$, and superimposed with each other. Hence, uniform interference fringes having a constant spatial frequency f can be formed. As mentioned above, the spatial frequency f can be easily changed by adjusting the incident angles $\theta_1$ and/or $\theta_2$. The hologram recording material **14** is linearly moved by the linear movement mechanism **20**, so that continuous hologram cells having respective constant spatial frequencies can be easily formed on a large hologram area. In addition to the linear movement, it is possible to turn the hologram recording material **14** by means of the turning mechanism **17**. Hence, hologram cells having interference fringes oriented in different directions within 360° can be formed.

FIG. **3** shows the details of the first embodiment of the present invention shown in FIG. **1**. In FIG. **3**, parts that are the same as parts shown in FIG. **1** are given the same reference numerals as previously. A shutter **21** and a ND filter **22** are provided between the light source **11** and the first optical system **12**. The shutter **21** adjusts an exposure time. The ND filter **22** adjusts the quantity of exposure.

The first optical system **12** comprises, in addition to the beam splitter **12***a,* a phase adjuster **12***b,* and two polarizers **12***c* and **12***d*. The phase adjuster **12***b* and the polarizer **12***d* are disposed between the beam splitter **12***a* and the second optical system **13***b*. The polarizer **12***c* is interposed between the beam splitter **12***a* and the second optical system **13***a*. The phases of the interference fringes are based on the difference

between the two optical path lengths. The phase adjuster **12***b* adjusts the relative optical path length by adjusting the position of the phase adjuster **12***b*. The phase adjuster **12***b* can be formed with a prism or a Soleil-Babinet compensator. As is well known, the Soleil-Babinet compensator has a screw for phase adjustment. The polarizers **12***c* and **12***d* are provided for compensating for degradation of coherency due to a variation in polarization of the laser beams. The polarizers **12***c* and **12***d* function to adjust polarization of the respective laser beams. Each of the polarizers **12***c* and **12***d* can be formed with a $\lambda/2$ plate, an optical rotatory element, or a Faraday rotator.

As has been described, it is possible to form uniform interference fringes in a hologram cell having the constant spatial frequency defined by the aforementioned expression (1), as shown in FIG. **4**A. The hologram cell is defined by the aperture **15***a*. When the movement of the hologram recording material and the projection of the two light beams are repeatedly carried out, continuous hologram cells respectively having the spatial frequency can be formed. Further, by moving the hologram recording material **14** in a direction perpendicular to the above movement thereof, it is possible to form interference fringes on the entire surface of the hologram recording material **14**, as shown in FIG. **4**B.

As has been described previously, it is possible to arbitrarily determine the orientations of interference fringes in hologram cells by turning the turn table **18** by means of the turning mechanism **17**. By the combination of the linear movement and turning movement, it becomes possible to form interference fringes, as shown in FIG. **4**C. There are formed various orientations of the interference fringes in the hologram cells.

As has been described previously, it is possible to change the spatial frequency of interference fringes in each hologram cell by adjusting the position of either the second optical system **13***a* or **13***b* or positions of both the second optical system **13***a* and **13***b*. Hence, either the incident angle $\theta_1$ or $\theta_2$ or both are changed, and thereby the spatial frequency is changed.

By respectively controlling the spatial frequency change mechanisms **16***a* and **16***b*, the turning mechanism **17**, and the linear movement mechanism **20**, it is possible to form interference fringes having desired spatial frequencies and orientations in hologram cells on the hologram recording material **14**. It is preferable to match the phases of the interference fringes in adjacent hologram cells.

FIG. **5** shows an apparatus for recording interference fringes on a hologram recording material with a phase adjustment mechanism added thereto. In FIG. **5**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. An interference fringe monitor optical system **31** is provided as shown in FIG. **5**. The optical monitor system **31** comprises an objective lens **31***a* and a camera **31***b*. The optical monitor system **31** may be formed with a microscope system. By observing bright and dark positions of the interference fringes by means of the optical monitor system **31**, the phase adjuster **12***b* is manually adjusted so that the phases of the interference fringes in the adjacent hologram cells match with each other. It is also possible to automatically adjust the phase adjuster **12***b* by means of an encoder which generates a control signal from a video signal generated by the video camera **31**. It is also possible to control the linear movement mechanism **20** by the above control signal generated by the above encoder.

It will be noted that if the spatial frequency of interference fringes is considerably greater than the size of the hologram cell (spatial frequency of a periodic cell array), it is possible to spatially separate desired signals from sampling noise during a reproduction operation.

In the aforementioned structures, the two light beams are collimated by the second optical systems **13***a* and **13***b*. Alternatively, it is possible to collimate the light beam from the source **11** and split it into two beams.

A description will now be given, with reference to FIG. **6**, of a second embodiment of the present invention. In FIG. **6**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. The apparatus shown in FIG. **6** does not have the first optical system **12**, the second optical system **13***b*, or the spatial frequency change mechanisms **16***a* and **16***b*. In lieu of these optical systems, a mirror **71** and a mirror movement mechanism **72** are employed. A part of the collimated light beam emitted from the second optical system **13***a* (in which the mirror **13***a*-**1** is not used) is reflected by the mirror **71** and projected onto the hologram recording material **14** via the aperture **15***a*. Hence, a hologram cell on the hologram recording material **14** directly receives the light beam from the second optical system **13***a* and receives the reflected light from the mirror **71**. Hence, the spatial frequency defined by the aforementioned expression (1) can be obtained. The mirror **71** is linearly moved by means of the mirror movement mechanism **72**. The movement of the mirror **71** changes the optical path length from the mirror **71**, and hence changes the phase of the beam. By respectively controlling the mirror movement mechanism **72**, the turning mechanism **17** and the linear movement mechanism **20**, it is possible to form interference patterns as shown in FIGS. **4**A, **4**B and **4**C. It will be noted that the apparatus shown in FIG. **6** is simpler than that shown in FIG. **1** or FIG. **3**. It is possible to use the spatial frequency change mechanism **16***b* in the same manner as shown in FIG. **1**.

A description will now be given of a third embodiment of the present invention. In the first and second embodiments of the present invention, the spatial frequency in each hologram cell is fixed. If a hologram, in which the frequency continuously changes as shown in FIG. **7**A, is produced by the first or second embodiment of the present invention, hologram cells **S1**, **S2** and **S3** respectively having fixed spatial frequencies f**1**', f**2**' and f**3**' are formed as shown in FIG. **7**B. In this case, the spatial frequencies are discretely changed, as indicated by a solid line in FIG. **7**C. However, it is desired that the spatial frequency continuously changes as indicated by a broken line in FIG. **7**C. The third embodiment of the present invention is intended to form a hologram in which the spatial frequency continuously changes.

FIG. **8** shows an overview of the third embodiment of the present invention. In FIG. **8**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. The third embodiment of the present invention comprises two second optical systems **113***a* and **113***b* in lieu of the aforementioned second optical systems **13***a* and **13***b*. The optical system **113***a* comprises the mirror **13***a*-**1** and the spatial filter **13***a*-**2**. That is, the optical system **113***a* does not have the collimating lens **13***a*-**3** shown in FIG. **1**. The optical system **113***b* comprises the mirror **13***b*-**1** and the spatial filter **13***b*-**2**. That is, the optical system **113***b* does not have the collimating lens **13***b*-**3** shown in FIG. **1**. It can be seen from the above that the optical systems **113***a* and **113***b* respectively emit the spherical waves. In this regard, the optical systems **113***a* and **113***b* respectively serve as point sources L**1** and L**2**, as shown in FIG. **9**.

As shown in FIGS. **8** and **9**, a spatial frequency f obtained at point P is expressed as follows:

$$f=(\sin\theta_1+\sin\theta_2)/\lambda \qquad (2)$$

where $\theta_1$ and $\theta_2$ are respectively incident angles of the two light beams incident to the hologram recording material **14** at point P, and λ is the wavelength of the light beams. A spatial frequency f' obtained at point Q is expressed as follows:

$$f'=(\sin\theta_1'+\sin\theta_2')/\lambda \qquad (3)$$

where $\theta_1'$ and $\theta_2'$ are respectively incident angles of the two light beams incident to the hologram recording material **14** at point Q. The incident angle of the laser beam from the light source L**1** gradually increases from point P to point Q. The incident angle of the laser beam from the light source L**2** gradually decreases from point P to point Q. Hence, the spatial frequency of interference fringes in a hologram cell defined by the aperture **15***a* gradually changes between the spatial frequencies f and f'.

The spatial frequency distributions are defined by the above expressions (2) and (3), and can be changed by changing the incident angle of either the light beam from the source L**1** or the light beam from the light source L**2** or both. The apparatus shown in FIG. **8** comprises the spatial frequency change mechanism **16***a* in the same manner as shown in FIG. **1**. It is also possible for the spatial frequency change mechanism **16***a* to move the optical system **113***a* in axial directions thereof, as indicated by arrow C in FIG. **8**. It is possible to control the position of the second optical system **113***b* by means of a spatial frequency change mechanism. It is also possible to control the positions of the optical systems **113***a* and **113***b*.

FIG. **10** shows the details of the third embodiment of the present invention shown in FIG. **8**. In FIG. **10**, parts that are the same as parts shown in FIG. **8** are given the same reference numerals as previously. As in the case of the configuration shown in FIG. **3**, the apparatus shown in FIG. **10** comprises the shutter **21**, the ND filter **22**, the phase adjuster **12***b*, and two polarizers **12***c* and **12***d*. These structural parts function in the same manner as has been described previously. It is preferable that an interference fringe monitoring system be used as in the case shown in FIG. **5**.

FIG. **11**A shows a spatial frequency distribution (interference fringes) obtained when the point sources L**1** and L**2** are located at positions P**1** and P**2**, as shown in FIG. **9**. FIG. **11**B shows a spatial frequency distribution obtained when the point source L**2** is moved to a position P**2**'. When the point source L**1** is moved to a position P**1**', a pattern symmetrical to the pattern shown in FIG. **11**B is obtained. FIG. **11**C shows a spatial frequency distribution in a plurality of continuous hologram cells in which the spatial frequency gradually changes so that it decreases from the left-hand side to the right-hand side. In this case, the spatial frequency change mechanism **16***a*, the turning mechanism **17** and the linear movement mechanism **20** are respectively controlled. During this process, it is preferable that the phases of interference fringes in adjacent hologram cells are continuous. For this purpose, an optical monitor system as shown in FIG. **5** is used.

It is possible to change the spatial frequency distribution by means of a structure shown in FIG. **12**. A mask movement mechanism **51** moves the position of the mask **15**. When the position of the aperture **15***a* of the mask **15** is moved in directions indicated by an arrow shown in FIG. **12**, the incident angles of the light beams from the light sources L**1** and L**2** are changed as follows:

$$\theta_1,\ \theta_2\rightarrow\theta_1',\ \theta_2'\rightarrow\theta_1'',\ \theta_2''.$$

Hence, the spatial frequency in the hologram cell can be changed in accordance with the expression (2).

FIG. **13**A shows a spatial frequency distribution in a hologram cell obtained when the aperture **15***a* is located at position A. FIG. **13**B shows a spatial frequency distribution in a hologram cell obtained when the aperture **15***a* is located at position B. FIG. **13**C shows a spatial frequency distribution in a hologram cell obtained when the aperture **15***a* is located at position C. When the aperture **15***a* is located with a position symmetrical to the position A, a spatial frequency distribution symmetrical to that shown in FIG. **13**A is obtained.

FIG. **14** shows another structure for changing the spatial frequency distribution. Optical elements **61** and **62** are provided, as shown in FIG. **14**. More particularly, the optical element **61** is placed between the light source L**1** and the mask **15**, and the optical element **62** is placed between the light source L**2** and the mask **15**. Each of the optical elements **61** and **62** is formed with, for example, a lens, a prism, or a diffraction grating. By changing the optical characteristics of the optical elements **61** and **62** and/or changing the positions thereof, it is possible to change the incident angles of the spherical waves. For example, lenses having different focusing distances are selectively used. Prisms having different apex angles are used. Diffraction gratings having different spatial frequencies are used.

It will be noted that when the distance between the optical systems **113***a* and **113***b* and the hologram recording material **14** is sufficiently large with respect to the size of the hologram cell, the third embodiment of the present invention is capable of recording interference fringes having a substantially constant spatial frequency in each hologram cell as in the case of the first and second embodiments of the present invention.

A description will now be given, with reference to FIG. **15**, of a fourth embodiment of the present invention. In FIG. **15**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. The fourth embodiment of the present invention can be configured by modifying the third embodiment of the present invention in the same manner as in the case of the second embodiment of the present invention shown in FIG. **6**. That is, the optical system **113***a*, which does not include the mirror **13***a*-**1**, is used, and the optical system **113***b* is not used. The mirror **71** and the mirror movement mechanism **72** shown in FIG. **6** are used in the same manner as previously. By controlling the position of the mirror **71**, it is possible to change the spatial frequency distribution.

A description will now be given, with reference to FIG. **16**, of a fifth embodiment of the present invention. The fifth embodiment uses a spherical wave emitted from a point source, and an aspherical wave which has been phase-modulated generated by, for example, a deformable mirror device. With this structure, it becomes possible to record complex aspherical waves with high precision.

Referring to FIG. **16**, an apparatus for recording interference fringes on a hologram recording material comprises the following structural parts. A beam splitter **211** splits a light beam emitted from a light source **210**, such as a semiconductor laser, into two beams. One of the beams is reflected by a mirror **212**, and the other beam is reflected by a mirror **214**. A lens **213** receives the beam reflected by the mirror **212** and converts it into a spherical wave **203**. A pin hole

plate **206** functions to adjust the position of a point source **205**. A beam expander **215** expands the beam reflected by the mirror **214**. The expanded beam is applied to a half-mirror **216**. A deformable mirror device **207** receives the beam reflected by the half-mirror **216** and reflects it. The deformable mirror device includes fine mirrors arranged so that a matrix of fine mirrors is formed. The heights of the fine mirrors can be adjusted by piezoelectric elements. Light components respectively projected onto the fine mirrors are modulated based on the heights of the fine mirrors. In this manner, an aspherical wave is generated and passes through the half-mirror **216**. Reference number **204** indicates the above aspherical wave.

A hologram recording material **201** is placed on a stage **209**. A light blocking mask **208** having an aperture is located above the hologram recording material **201**. A control device **217** includes an actuator, which moves the stage **209** in X and Y directions where the origin of the (X, Y) coordinates is located at the center of the mask **8**. The X axis extends from the front surface of the sheet to the back surface thereof via the origin. The Y axis extends from the origin to the left-hand side of the sheet. A mechanism for moving the stage **209** can be formed with a conventional mechanism. The stage **209** is moved so that a hologram cell **202** faces the aperture in the mask **208**. The control device **217** also generates control signals, which signals are applied to piezoelectric elements of the deformable mirror device **207**. The control signals function to adjust the heights of the fine mirrors of the deformable mirror device **207**. The pin hole plate **206** is moved in directions **A1** and **A2** by means of a pin hole plate driving device **218**. The directions **A1** and **A2** correspond to an optical axis of the spherical wave **203**. The control device **217** generates a control signal for controlling the pin hole plate driving device **218**.

A mechanism in which a hologram (interference fringes) is generated will now be described. It will now be assumed that the wave surface of a hologram to be generated has a phase Φ(X, Y). The phase Φ(X, Y) of the wave surface of the hologram is approximately determined by using the phase of the spherical wave **203**. In order to realize the above approximation, the recording surface of the hologram recording material **201** is grouped into hologram cells **202** dependent on the size of the aperture in the mask **208**, and holograms are sequentially generated for the respective hologram cells **202**.

FIG. **17** shows hologram cells **202** arranged in rows and columns. The aforementioned first to fourth embodiments of the present invention also use hologram cells arranged in rows and columns, as shown in FIG. **17**. In FIG. **17**, 64 hologram cells (8×8) **202** are defined on the hologram recording material **201**. Each of the hologram cells **202** has a substantially square shape, and the length of each cell is equal to, for example, 100 $\mu$m. Of course, the number of hologram cells depends on the size of the hologram recording material **201**.

The stage **209** is moved under control of the control device **217** so that the hologram cell **202**, in which a hologram is to be generated, faces the aperture of the mask **208**. It will now be assumed that the above hologram cell **202** is the nth hologram cell **202**.

FIG. **18** shows the nth hologram cell **202**. The center of the hologram cell **202** is located at the origin of the (X, Y) coordinates. As shown in FIG. **18**, the hologram cell **202** is divided into 32 sections. These sections in the hologram cell **202** correspond to the fine mirrors of the deformable mirror device **207** arranged in rows and columns, as will be described later in detail. That is, each of the 32 sections is a unit section of the phase modulation carried out for the light beam reflected by the mirror **214**. FIG. **19** shows an example of interference fringes **231** of a hologram recorded in the hologram cell **202**.

Next, the position of the point source **205** is determined so that there is a minimum difference between the phase of the wave surface of a hologram to be recorded and the phase of the spherical wave **203**. It will now be assumed that the phase of the wave surface of the hologram to be recorded is denoted as $\Phi^n(X, Y)$, and the phase of the wave surface of the spherical wave **203**, to which the phase of the wave surface of the hologram to be recorded is approximated, is denoted as $\Phi_R^n(X, Y)$. When the position of the point source **205** with respect to the nth hologram cell **202** is expressed using Fn and Hn shown in FIG. **16**, the phase $\Phi_R^n(X, Y)$ is written as follows:

$$\phi_R^n(X, Y) = K\sqrt{(Fn^2 + X^2 + (Hn - Y)^2)} \quad . \tag{4}$$

It is necessary to minimize the difference between the phase $\Phi^n(X, Y)$ of the wave surface of the hologram to be recorded and the phase $\Phi_R^n(X, Y)$ of the wave surface of the spherical wave **203**. With the above in mind, the distances Fn and Hn are calculated so that the means square E of the difference between the phase $\Phi^n(X, Y)$ and the phase $\Phi_R^n(X, Y)$ is minimized as follows:

$$E = \iint(\phi^n(X, Y) - \phi_R^n(X, Y)^2 dXdY. \tag{5}$$

It will now be assumed that the values of Fn and Hn that minimize the mean square E are written as Fnm and Hnm, respectively. The distances Fnm and Fnm are set by moving the pin hole plate **206** by the pin hole plate driving circuit **218** under control of the control device **217**. In this manner, the position of the light source **205** with respect to the nth hologram cell **202** is determined. The movement of the pin hole plate **206** can be rapidly carried out.

Then, the heights of the fine mirrors of the deformable mirror device **207** are adjusted so that there is no difference between the hologram to be recorded and the actually recorded hologram in each of the 32 sections shown in FIG. **18**.

FIG. **20** shows the deformable mirror device **207**. FIG. **20**-(A) is a side view of the deformable mirror device **207** and FIG. **20**-(B) is a bottom view thereof. The deformable mirror device **207** has fine mirrors arranged in rows and columns with a pitch of approximately 5 $\mu$m. The heights of the fine mirrors can be separately adjusted by the respective piezoelectric elements. Referring to FIG. **20**, the identification numbers of respective mirrors are defined as follows. An identification number p indicates the position of each mirror in the X direction, and an identification number q indicates the position of each mirror in the Y direction. In FIG. **20**, the identification number p assumes a number between 0 and 10, and the identification number q assumes a number between 0 and 10. A mirror identified by the identification numbers p and q is referred to as a mirror (p, q).

The hologram cell is divided into 32 sections, as has been described previously with reference to FIG. **18**. Each of the 32 sections can be identified by the above-mentioned parameters p and q. That is, the identification numbers p and q identifies sections in the X and Y directions, respectively. The coordinates of each section identified by (p, q) is written as (Xp, Yq).

When the difference between the phase $\Phi^n(X, Y)$ and the phase $\Phi R^n(X, Y)$, that is, an aspherical wave component of

a hologram to be recorded, is written as $\Phi_A{}^n(X, Y)$, the following expression can be obtained:

$$\Phi_A{}^n(X, Y) = -(\Phi^n(X, Y) - \Phi_R{}^n(x, y)) \quad (6).$$

Thus, in (Xp, Yq), the following expression stands:

$$\Phi_A{}^n(Xp, Yq) = -(\Phi^n(Xp, Yq) - \Phi_R{}^n(Xp, Yq)) \quad (7).$$

The right-hand side of the expression (7) shows the phase difference between the wave surface of the hologram to be recorded and the wave surface of the spherical wave **203**. The phase difference thus obtained is converted into a phase difference for each mirror (p, q), and the height of each mirror (p, q) is adjusted based on the phase difference.

The control device **217** applies voltages based on the respective phase differences to the piezoelectric elements respectively coupled to the mirrors of the deformable mirror device **207**. This height setting operation can be rapidly performed.

It is preferable that the phase difference between the wave surface of the hologram to be recorded and the wave surface of the spherical wave **203** be calculated using the following expression (8). The phase difference between the wave surface of a hologram to be recorded and the wave surface of the spherical wave **203**, that is, the aspherical wave component $\Phi_A{}^n(X, Y)$ of the hologram to be recorded, is written in progression form as follows:

$$\Phi_A{}^n(X, Y) = K\Sigma C_{i+j}{}^n \cdot X^i \cdot Y^j \quad (8)$$

From the expressions (6) and (8), the following expression (9) stands:

$$-(\phi^n(X, Y) - \phi_R{}^n(X, Y)) = K\Sigma C_{i+j}{}^n \cdot X^i \cdot Y^j. \quad (9)$$

A coefficient $C_{i+j}{}^n$ of the progression can be obtained by means of an appropriate approximation. By obtaining the coefficient $C_{i+j}{}^n$, it is possible to obtain, from the expression (8), the phase difference between the wave surface of a hologram to be recorded and the wave surface of the spherical wave **203**, that is, the aspherical wave component $\Phi_A{}^n(X, Y)$ of the hologram to be recorded. Hence, by substituting (Xp, Yq) into the expression (8), it becomes possible to obtain the phase difference between the wave surface of a hologram to be recorded and the wave surface of the spherical wave **203**, that is, the aspherical wave component $\Phi_A{}^n(X, Y)$ of the hologram to be recorded.

In the above-mentioned manner, the position of the point source **205** and the heights of the fine mirrors of the deformable mirror device **207** can be determined, and the phase difference between the spherical wave **203** and the aspherical wave **204** can be defined. In this state, the light beam is emitted from the light source **210**, and a hologram is recorded in the nth hologram cell. According to the fifth embodiment of the present invention, it is possible to form complex holograms recorded by aspherical waves with high precision and high speed.

A description will now be given, with reference to FIG. **21**, of a sixth embodiment of the present invention. In FIG. **21**, parts that are the same as parts shown in FIG. **16** are given the same reference numerals as previously. In the sixth embodiment shown in FIG. **21**, a telescope system **221** is disposed between the deformable mirror device **207** and the hologram recording material **201**. When the distance L**2** between the deformable mirror device **207** and a optical system **222** in the telescope **211** is set equal to the distance L**1** between the hologram recording material **201** and the optical system **222**, the telescope (magnification 1:1) makes the phase of the aspherical wave **204** in the hologram cell **202** match the phase of the aspherical wave **204** at the mirrors of the deformable mirror device **207**. Hence, it is easy to convert the phase in each section (p, q) in the hologram cell **202** into the height of each mirror (p, q). In FIG. **21**, a reference numeral **223** indicates another optical system in the telescope system **221**, and a reference numeral **224** indicates a mirror.

The use of the telescope system **221** provides another advantage. If there is a difference between the size of the deformable mirror device **207** and the hologram cell **202**, the telescope system **221** provides a magnification that compensates for the above size difference. For example, if the size of the hologram cell **202** is larger than that of the deformable mirror device **207**, the telescope system **221** is adjusted so that it has a magnification smaller than 1.

The present invention is not limited to the specifically disclosed embodiments, and variations and modifications may be made without departing from the scope of the present invention.

What is claimed is:

**1**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material, wherein said movement means includes a first movement means for moving the hologram recording material in a linear direction, and a second movement means for moving the hologram recording material in a rotational direction;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of hologram cells, while said movement means moves the hologram recording material,

wherein said means for generating said light beam and for splitting said light beam generates a spherical wave and an aspherical wave which correspond to said first and second light beams, respectively, and

wherein said means for generating said aspherical wave which corresponds to said second light beam comprises

a deformable mirror device for phase-modulating the second light beam emitted from the means for generating said light beam in a hologram cell unit, a phase-modulated light from said deformable mirror device corresponding to said aspherical wave.

**2**. A holographic recording apparatus as claimed in claim **1**, wherein said spatial frequency changing means comprises

a means for changing a position of said means for generating said light beam and for splitting said light beam.

**3**. A holographic recording apparatus as claimed in claim **1**, further comprising mask moving means for linearly moving said mask so that interference patterns are recorded in hologram cells on the hologram recording material.

**4**. A holographic recording apparatus as claimed in claim **1**, further comprising polarization rotating elements that respectively rotate polarizations of said first and second light beams.

**5**. A holographic recording apparatus as claimed in claim **1**, wherein said spatial frequency changing means comprises

an optical element disposed between said means for generating said light beam and for splitting said light beam, and said hologram recording material.

**6**. A holographic recording apparatus as called in claim **1**, wherein said means for generating said aspherical wave which corresponds to said second light beam comprises a telescope system disposed between said deformable mirror device and said hologram recording material.

**7**. A holographic record apparatus as claimed in claim **1**, further comprising position adjustment means, coupled to said means for generating said light beam and for splitting said light beam, for changing a position of said means for generating said light beam and for splitting said light beam so that a minimum phase difference between the spherical wave and an interference pattern formed by the interference fringes can be obtained.

**8**. The holographic recording apparatus as claimed in claim **1**, wherein said means for generating said light beam and for splitting said light beam comprises a mirror which reflects a part of said first light beam to thereby generate said second light beam.

**9**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, interference fringes being recorded in a hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material; and

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of the first and second light beams with respect to the mask,

wherein said means for generating and splitting said light beam generates a spherical wave which corresponds to said first light beam,

and an aspherical wave which corresponds to said second light beam, and comprises

a deformable mirror device for phase-modulating the second light beam emitted from the means for generating said light beam in a hologram cell unit, a phase-modulated light from said deformable mirror device corresponding to said aspherical wave.

**10**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of holograms,

wherein said means for generating said light beam generates a spherical wave which corresponds to said first light beam, and an aspherical wave which corresponds to said second light beam, and

wherein said means for generating said light beam includes a deformable mirror device for phase-modulating the second light beam emitted from the means for generating said light beam in a hologram cell unit, a phase-modulated light from said deformable mirror device corresponding to said aspherical wave.

**11**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material, wherein said movement means includes a first movement means for moving the holo-

gram recording material in a linear direction, and a second movement means for moving the hologram recording material in a rotational direction;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of hologram cells, while said movement means moves the hologram recording material,

wherein said means for generating said light beam and for splitting said light beam comprises collimating means for generating first and second collimated light beams which correspond to said first and second light beams, respectively.

**12**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material, wherein said movement means includes a first movement means for moving the hologram recording material in a linear direction, and a second movement means for moving the hologram recording material in a rotational direction;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of hologram cells, while said movement means moves the hologram recording material,

wherein said means for generating said light beam and for splitting said light beam comprises means for generating first and second spherical waves which correspond to said first and second light beams, respectively.

* * * * *

7/12/83 OR 4,392,709

United States Patent [19] [11] 4,392,709

Horner et al. [45] Jul. 12, 1983

[54] **METHOD OF MANUFACTURING HOLOGRAPHIC ELEMENTS FOR FIBER AND INTEGRATED OPTIC SYSTEMS**

[75] Inventors: **Joseph L. Horner**, Cambridge; **Jacques E. Ludman**, Westford, both of Mass.

[73] Assignee: **The United States of America as represented by the Secretary of the Air Force**, Washington, D.C.

[21] Appl. No.: **201,860**

[22] Filed: **Oct. 29, 1980**

[51] Int. Cl.³ .................. **G03H 1/04**

[52] U.S. Cl. .................. **350/3.83**; 350/3.6; 350/3.72; 350/96.19

[58] Field of Search .................. 350/3.6, 3.7, 3.72, 350/3.83, 3.84, 96.18, 96.19, 96.20, 96.21

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 3,578,845 | 5/1971 | Brooks et al. | 350/3.72 X |
| 3,586,412 | 6/1971 | Leith | 350/3.72 |
| 3,666,345 | 5/1972 | Maslowski | 350/3.70 X |
| 3,864,016 | 2/1975 | Dakss et al. | 350/96.19 X |
| 3,885,856 | 5/1975 | Ostrowsky et al. | 350/3.70 |
| 3,915,548 | 10/1975 | Opittek et al. | 350/3.72 |
| 3,975,082 | 8/1976 | Winzer | 350/96.19 |
| 4,057,319 | 11/1977 | Ash et al. | 350/96.19 X |
| 4,140,362 | 2/1979 | Tien | 350/3.72 |
| 4,310,216 | 1/1982 | Pellaux | 350/3.72 |
| 4,337,993 | 7/1982 | Kompfner | 350/96.19 |

OTHER PUBLICATIONS

Pennington et al., "Fast Wave Optical Guide Couplers Using . . . ", *IBM Tech. Discl. Bull.*, vol. 13, No. 8, Jan. 1971, pp. 2280–2281.

Ash et al., "Holographic Coupling to Integrated Optical Circuits", *1973 Eur. Microwave Conf.:vol. I*, Brussels, Sep. 1973, p. 4.

Case et al., "Multi-Mode Holographic Waveguide Coupler", *Optics Commun.*, vol. 15, No. 2, Oct. 1975, pp. 306–307.

Leite et al., "Optical-Fibre-Bundle Holographic Coupler", *Microwaves, Optics & Acoustics*, vol. 2, No. 2, Mar. 1978, pp. 45–54.

Nishihara H., et al., "Holdcoupler: A Novel Coupler for Optical Circuits," *IEEE Jour. of Quantum Electronics*, Sep. 1975, pp. 794–796.


*Primary Examiner*—John D. Lee
*Attorney, Agent, or Firm*—Donald J. Singer; Jacob N. Erlich

[57] **ABSTRACT**

An improved method of manufacturing holographic elements for fiber and integrated optic systems in which a spatially and temporally coherent beam of electromagnetic radiation is divided into two beam paths. The first beam path and the second beam path are optically aligned with each other so that the beams impinge upon a photosensitive medium and interfere therein. Additionally, a spherically diverging wavefront is formed within one of the paths while an identical polarization is maintained in the beams of the two beam paths. By appropriate processing of the photosensitive medium a holographic element is formed which is substantially improved over holographic elements for fiber and integrated optic systems produced by manufacturing techniques of the past.

**1 Claim, 2 Drawing Figures**






Fig. 1

Fig. 2



# METHOD OF MANUFACTURING HOLOGRAPHIC ELEMENTS FOR FIBER AND INTEGRATED OPTIC SYSTEMS

## STATEMENT OF GOVERNMENT INTEREST

The invention described herein may be manufactured and used by or for the Government for governmental purposes without the payment of any royalty thereon.

## BACKGROUND OF THE INVENTION

This invention relates generally to holographic elements, and, more particularly, to the manufacture of holographic elements for use with fiber and integrated optic systems.

Holography is a technique for recording, and later reconstructing, the amplitude and phase distribution of a coherent wave disturbance. Generally, the technique utilized for providing a hologram is accomplished by recording the pattern of interference between an unknown wave of interest and a known wave. These waves, one for example, reflected from an object, usually called the object wave, and the other which bypasses the object, usually called the reference wave, strike a light-sensitive recording medium, such as a photographic film or plate. Thus, incident on the recording medium is the sum of the light from the object and the mutually coherent reference wave.

While all light-sensitive recording media respond only to light intensity, none the less in the pattern of interference between the two waves there is preserved a complete record of the amplitude and the phase distribution of one of the waves with respect to the other. Amplitude information is preserved as a modulation of the depth of the interference fringes, while phase information is preserved as variations of the positions of the fringes.

The photographic recording obtained is known as a hologram although this record generally bears no resemblance to the original object, but rather is a collection of many fine fringes which appear in rather irregular patterns. None the less, when this photographic transparency (hologram) is illuminated by coherent light corresponding to the reference wave one of the transmitted wave components is an exact duplication of the original object wave.

Recently great use has been made of holographic optical elements for use in fiber optic communications links and integrated optics systems. Examples of such holographic optical elements (holograms) for use in fiber optic communication links and integrated optic systems can be found in the form of multiplexer/demultiplexers of the type disclosed in the inventors' U.S. patent application Ser. No. 144,819 (now U.S. Pat. No. 4,359,259) filed Apr. 29, 1980, in couplers to waveguides such as set forth in U.S. Pat. No. 3,885,856 issued May 27, 1975. In all of the above applications an optical fiber is utilized with one of the beams in order to produce the desired hologram. Unfortunately, the utilization of an optical fiber within the holographic manufacturing technique produces a so-called speckle pattern, which is due to a random distribution of intensities and polarization. Since the interference phenomenon is sensitive to both these parameters, there will be substantial areas on the hologram where a poor interference pattern is recorded. Consequently, the overall efficiency of the system is considerably reduced.

## SUMMARY OF THE INVENTION

The instant invention overcomes the problems encountered in the past by providing an improved method of manufacturing a holographic element for fiber optic and integrated optic applications.

The improved method of manufacturing a holographic element (hologram) of this invention replaces the fiber path or optical fiber with a convergent lens and if necessary beam steering mirrors in order to direct the light beam when making the holographic element. In so doing this invention assures that a high quality holographic pattern is laid down over 100% of the area of the photosensitive medium in common with the pair of beams utilized in making the hologram. The result of using the technique of this invention in manufacturing holographic elements is that it produces an improvement of greater than approximately 25% over the techniques of the past.

It is therefore an object of this invention to provide an improved method of manufacturing holographic elements for fiber optic and integrated optic systems.

It is another object of this invention to provide a method of manufacturing holographic elements which eliminates the speckle pattern problem inherent in multi-mode optical fibers when these fibers are utilized in the manufacturing or fabricating of holographic optical elements.

It is a further object of this invention to provide a method of manufacturing holographic elements in which a single convergent lens is utilized to simulate the output of an optical fiber.

It is still another object of this invention to provide an improved method of manufacturing holographic elements which is both economical as well as capable of utilizing conventional, currently available components in the procedure.

For a better understanding of the present invention, together with other and further objects thereof, reference is made to the following description taken in conjunction with the accompanying drawing and its scope will be pointed out in the appended claims.

## DETAILED DESCRIPTION OF THE DRAWING

FIG. 1 is a schematic representation of the technique of this invention for manufacturing holographic elements; and

FIG. 2 is a schematic representation of a modification of the technique of this invention for manufacturing holographic elements.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Reference is now made to FIG. 1 of the drawing in order to describe the manufacturing technique of this invention utilized to make holographic elements which in the past required within one of the beam paths an optical fiber. Such past techniques produced a resultant speckle pattern which decreased the overall efficiency of the system which incorporated the hologram therein.

The procedure of this invention incorporates therein the utilization of a photosensitive medium **12** described more fully in detail hereinbelow and any conventional source of temporally and spatially coherent, monochromatic electromagnetic radiation **14**. The source of electromagnetic radiation may be in the form of any suitable laser such as, for example, an argon laser.

Laser **14** produces a beam **16** of electromagnetic radiation. Beam **16** is divided into two portions or paths, hereinafter referred to as beams **18** and **20**, by any conventional beam dividing means such as a conventional beam splitter **22**. Spatial filtering of beam **16** may be accomplished by any conventional spatial filtering device, such as a lens and pinhole filter **24** while collimation of beam **16** may be achieved by any conventional collimating device such as lens **26**. Additionally, in the method of this invention for manufacturing a holographic element, the path length of beams **18** and **20** are made substantially equal to provide the appropriate interference between beams **18** and **20** within photosensitive medium **12**.

Still referring to FIG. **1** of the drawing, a more detailed description of the photosensitive medium **12** is given hereinbelow. Photosensitive medium **12** is made up of, for example, a photographic emulsion having the appropriate characteristics, a photo resist film, a dichromated gelatin film or the like. The specific choice depends upon the properties needed for a specific application of the holographic elements produced by this invention. Furthermore, photosensitive medium **12** is made of sufficient thickness and exposed appropriately to achieve a high diffraction efficiency (i.e., 80%) and yet not so thick or inappropriately oriented that it will have too narrow a bandwidth of operation (i.e., ±15% about the central wavelength).

Both of the paths of beams **18** and **20** are of substantially identical length as indicated hereinabove. This is achieved by the appropriate placing of any suitable directing element such as mirror **28** in the path of beam **18** and mirrors **30** and **32** in the path of beam **20**. Each of the paths of beams **18** and **20** utilize a lens **34** and **36**, respectively, within the paths so as to direct each beam **18** and **20**, respectively, to interfere upon the photosensitive medium **12**.

In general, one of the beams **18** passes through photosensitive medium **12** as a converging beam while the other beam passes through photosensitive medium **12** as a diverging beam. However, it should be noted that both beams may be diverging or converging, if desired, depending on the application in which the holographic element is to be used. This invention eliminates the use of an optical fiber within the beam paths by substituting therefor an air path **38** and an appropriate focusing element such as lens **36** which produces a diverging wavefront similar to that emerging from the fiber it replaces, but thereby eliminating the problems associated with optical fibers utilized in the path.

Lens **36** (or **34**) is arranged to focus beam **20** (or **18**) at a point in space previously occupied by, for example, the end of an optical fiber. In so doing, such a procedure also simulates the output of a perfect, i.e., monomode optical fiber. Consequently, the technique of this invention eliminates the speckle pattern problem which is associated with optical fibers. As a result of the utilization of the technique of this invention, a high quality interference pattern is recorded in all regions within photosensitive medium **12**. Thereby, the overall efficiency of the holographic element produced by this invention is substantially increased. All output problems associated with optical fibers being changed or, in some instances, when the same fiber is flexed or bent is substantially eliminated.

The converging beam **18** and diverging beam **20** meet and interfere in photosensitive medium **12**, which, after appropriate development, bleaching or other processing, records the resultant fringe pattern as a refractive index or phase change in the medium. Judicious choice of angular relationship between beams **18** and **20** assist in lowering reflection losses while obtaining high dispersion and reasonable beam intensity throughout the interference region. The ratio of the two beam intensities would preferably be unity at the center of the pattern, although it varies by a factor of two across the interference region due to the oblique angle between the input of path **20** and the photosensitive medium **12**. The use of identical path lengths for beams **18** and **20** insures both a high coherence between the two beams and a high modulation of the interference fringes where the beam intensities are similar.



In making the holographic element, photosensitive medium **12** is exposed by beam **18** and **20**. For example, using a dichromated gelatin film about 15 micrometers in thickness as the photosensitive medium **12**, an exposure of over 100 millijoules for beam **16** would yield maximum diffraction efficiency, although it should be realized that this procedure is not limited to a particular exposure. Subsequent development of photosensitive medium **12** produces a holographic element which may be utilized as an optical coupler as described in U.S. Pat. No. 3,885,856 or as a multiplexer/demultiplexer as described in the inventors' aforementioned U.S. patent application Ser. No. 144,819 filed Apr. 29, 1980.

It should be realized, however, that the method of this invention is not limited to the particular embodiment illustrated in FIG. **1** of the drawing in which the manufacture of a transmission holographic element is formed but may be modified within the scope of this invention by for example, directing beam **20** on the other side of the photosensitive medium **12** as illustrated in FIG. **2** of the drawing thereby producing a reflective holographic element. The essential factor to recognize with this invention is not the exact positioning of the two beams but the elimination of an optical fiber in the manufacturing technique of holographic elements so as to eliminate the speckle pattern problem.

As an example of a further technique for manufacturing a holographic element within the confines of this invention reference is now made to FIG. **2** of the drawing. Also, to avoid obvious redundancies, since the basic procedure and concept involved in the making of the holographic element set forth in FIG. **2** of the drawing is essentially the same as described hereinabove with reference to the technique set forth with respect to FIG. **1** of the drawing, a detailed explanation of similar procedures and concepts will not be repeated. Furthermore, all like elements set forth in FIG. **2** which have been previously described and referenced by a particular reference numeral with respect to FIG. **1** of the drawing will have a similar reference numeral in FIG. **2** of the drawing.

The essential difference between the procedure set forth will respect to FIG. **1** of the drawing and the procedure set forth in FIG. **2** is the relocation of the reflecting and focusing elements. For example, substantially 100% reflective mirrors **40** and **42** are provided in order to direct beam **18** around one side of photosensitive medium **12** and beam **20** to the other side of photosensitive medium **12**. Otherwise, the setup for fabrication set forth in FIG. **2** of the drawing is identical to the setup depicted in FIG. **1** of the drawing. In both instances the interference within photosensitive medium **12** takes place, in which the photosensitive medium **12**

records the resultant fringe pattern as a refractive index or phase change in the medium.

Subsequent exposure and development of the photosensitive medium **12** in order to produce the holographic element is accomplished in the same manner described hereinabove with respect to the fabrication of the holographic elements set forth in FIG. **1** of the drawing.

Although this invention has been described with reference to a particular technique it will be understood to those skilled in the art that this invention is also capable of modification of this technique within the spirit and scope of the appended claims.

We claim:

**1**. An improved method of manufacturing a reflective holographic element for fiber and integrated optic systems in order to substantially eliminate speckle pattern problems, comprising the steps of:

(a) providing a photosensitive medium of sufficient thickness to achieve a high diffraction efficiency of approximately 80% and a broad bandwidth of operation of approximately ±15% about a central wavelength;

(b) providing a spatially and temporally coherent beam of electromagnetic radiation adjacent said photosensitive medium;

(c) dividing said beam of electromagnetic radiation into a first beam following a first path of preselected length and a second beam following a second path of preselected length;



(d) placing reflecting elements in at least one of said paths in order to make said predetermined lengths of said first path and said second path substantially equal;

(e) optically aligning said first beam path and said second beam path so that said first beam and said second beam impinge with each other on opposite sides of said photosensitive medium and interfere therein;

(f) placing a lens within each of said first and said second beam paths adjacent said photosensitive medium in order to form a spherically converging wavefront within said first beam path and a spherically diverging wavefront within said second beam path;

(g) maintaining an angular relationship between said diverging beam and said converging beam so as to produce low reflection losses while obtaining substantially high dispersion throughout the interference region within said photosensitive medium;

(h) maintaining identical polarization in said first and said second beams; and

(i) processing said photosensitive medium in order to form said holographic element having said broad bandwidth of operation.

* * * * *

621.367
H2810
1996

bridge Studies in Modern Optics

# Optical Holography

## Principles, techniques, and applications

Second Edition

P. Hariharan



Published by the Press Syndicate of University of Cambridge
The Pitt Building, Trumpington Street, Cambridge CB2 1RP
40 West 20th Street, New York, NY 10011-4211, USA
10 Stamford Road, Oakleigh, Melbourne 3166, Australia

© Cambridge University Press 1996

First edition published 1983
Second edition published 1996

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*
Hariharan, P.
Optical holography : principles, techniques, and applications / P. Hariharan. – 2nd ed.
p. cm. – (Cambridge studies in modern optics)
Includes index.
ISBN 0-521-43348-7 (hardcover). – ISBN 0-521-43965-5 (pbk.)
1. Holography. I. Title. II. Series.
TA1540.H37 1996 95-23194
621.36′75 – dc20 CIP

A catalog record for this book is available from the British Library.

ISBN 0-521-43348-7 Hardback
ISBN 0-521-43965-5 Paperback

621.367
H286
1996

# 1

# Introduction

When confronted with a hologram for the first time, most people react with disbelief. They look through an almost clear piece of film to see what looks like a solid object floating in space. Sometimes, they even reach out to touch it and find their fingers meet only thin air.

A hologram is a two-dimensional recording but produces a three-dimensional image. In addition, making a hologram does not involve recording an image in the usual sense. To resolve these apparent contradictions and understand how a hologram works, we have to start from first principles.

## 1.1 The concept of holographic imaging

In all conventional imaging techniques, such as photography, a picture of a three-dimensional scene is recorded on a light-sensitive surface by a lens or, more simply, by a pinhole in an opaque screen. What is recorded is merely the intensity distribution in the original scene. As a result, all information on the relative phases of the light waves from different points or, in other words, information about the relative optical paths to different parts of the scene is lost.

The unique characteristic of holography is the idea of recording the complete wave field, that is to say, both the phase and the amplitude of the light waves scattered by an object. Since all recording media respond only to the intensity, it is necessary to convert the phase information into variations of intensity. This is done by using coherent illumination and, as shown in fig. 1.1, having a reference plane, or spherical, wave incident on the recording medium (a photographic plate) along with the wave scattered by the object.

Without going into the detailed theory, it is apparent that what is recorded on the photographic plate is the interference pattern produced by the two waves. The intensity at any point in this pattern depends on the phase as well as the amplitude of the original object wave. Accordingly, the processed photographic

Table 5.1. *Output wavelength and output power of gas lasers*

| Wavelength nm | Laser | Typical power mW | Colour |
|---|---|---|---|
| 442 | He-Cd | 25 | Violet |
| 458 | $Ar^+$ | 200 | Blue-violet |
| 476 | $Kr^+$ | 50 | Blue |
| 477 | $Ar^+$ | 400 | Blue |
| 488 | $Ar^+$ | 1000 | Green-blue |
| 514 | $Ar^+$ | 1400 | Green |
| 521 | $Kr^+$ | 70 | Green |
| 633 | He-Ne | 2-50 | Red |
| 647 | $Kr^+$ | 500 | Red |

lasers ($\approx$ 1 mW) the beam should not enter the eye directly. This is because the laser beam is focused into a very small spot on the retina, resulting in a power density about $10^5$ times that at the cornea. With medium-power lasers ($<$ 100 mW) care must also be taken to avoid stray reflections, though the risk of eye damage is less once the beam has been diffused or expanded. However, at power levels $>$ 1 W, viewing even a light-coloured diffusing surface illuminated by the unexpanded beam is dangerous, since the surface intensity is comparable to that of the sun. With such lasers, as well as with pulsed lasers (see section 5.13), safety glasses must be worn.

## 5.10 Gas lasers

The light source most commonly used for holography is a gas laser. Gas lasers, in general, are cheaper and easier to operate and have better coherence characteristics than other types of lasers. The range of useful wavelengths and typical output powers available at these wavelengths with the most commonly used gas lasers are summarized in Table 5.1.

For a simple holographic system, the He-Ne laser is the most economical choice. It operates on a single line at 633 nm, does not require water cooling, and has a long life. However, depending on their power, commercial He-Ne lasers oscillate in two to five longitudinal modes, and the coherence length of the output is limited.

In contrast to the He-Ne laser, the $Ar^+$ laser has a multiline output but can be made to operate on a single line by replacing the reflecting end mirror by a prism and mirror assembly. It is also easy to obtain single-frequency operation

Case 1:06-cv-00601-EJD Documen



with an etalon. Argon-ion lasers can give high-power output and an extended coherence length in the blue or green region of the spectrum, the two strongest laser lines being at 488 nm and 514 nm.

The krypton-ion ($Kr^+$) laser is very similar in its construction and characteristics to the $Ar^+$ laser and is a useful replacement for the He-Ne laser, where high output power and an extended coherence length are required at the red end of the spectrum (647 nm).

The helium-cadmium (He-Cd) laser provides a stable output at a relatively short wavelength (422 nm). It is very useful with recording materials such as photoresists (see section 7.3), whose increased sensitivity at this wavelength makes up for the lower power available.

## 5.11 Dye lasers

Even though dye lasers have not been used widely for holography, they have many advantages. Early dye lasers were built for pulsed operation, but continuous-wave operation can be obtained by using a thin flowing layer of a dye as the active medium and focusing the beam from a high-power $Ar^+$ laser on it.

The operating wavelength of a dye laser can be changed over a wide range by switching dyes. In addition, with a given dye, it is possible to tune the output over a range of wavelengths (about 50–80 nm) by incorporating a wavelength selector, such as a diffraction grating or a birefringent filter, in the laser cavity. Operation in a single longitudinal mode can be obtained by means of an intracavity etalon, to yield a single-frequency output of a few hundred milliwatts.

## 5.12 Diode lasers

Diode lasers can also be used for holography [Tatsuno & Arimoto, 1980]. They have the advantage that they are a diffraction-limited point source and do not require a spatial filter; in addition, they can be made to operate in a single longitudinal mode. Their main disadvantage, initially, was the low sensitivity of commercial photographic materials at the operating wavelength of 750 nm [Hart, Mendes, Bazargan & Xu, 1988]. However, diode lasers operating at shorter wavelengths are now available.

An attractive alternative is the use of diode lasers to pump a Nd:YAG laser with a frequency doubler. Such a system provides a compact cw source of green light ($\lambda = 532$ nm), with a coherence length of a few metres and an output power up to 100 mw.

A1294




Fig. 5.8. Optical system of a $Q$-switched ruby laser for holography.

## 5.13 Pulsed lasers

With a pulsed laser, problems connected with the stability of the recording system are virtually eliminated [Jacobson & McClung, 1965; Siebert, 1967]. The ruby laser is still the most widely used type of pulsed laser for optical holography [Koechner, 1979*a*,*b*] mainly because of the large output energy available (up to 10 J per pulse) and the wavelength of the light emitted (694 nm), which is fairly well matched to the peak sensitivity of commercial photographic materials for holography.

While neodymium-doped yttrium aluminium garnet (Nd:YAG) lasers can operate more efficiently and at a higher pulse repetition rate, and have also been used for holography [Gates, Hall & Ross, 1970; Bates, 1973], they have the disadvantages that the energy per pulse is usually less, and a frequency-doubling crystal must be used to convert the infrared output to visible light (530 nm). However, an Nd:YAG laser system for pulsed holography of large scenes has been described by Andreev, Vorzobova, Kalintsev, and Staselko [1980]. A detailed comparison of the design and performance characteristics of ruby and frequency-doubled Nd:YAG lasers for holography has been made by Pitlak and Page [1985].

The active medium in a ruby laser is a rod, typically 5–10 mm in diameter and 75–100 mm in length, made of synthetic sapphire ($Al_2O_3$) doped with 0.05 per cent of ($Cr_2O_3$). When this rod is mounted in a suitable optical resonator, as shown in fig. 5.8, and pumped with a xenon flash lamp, it emits a series of pulses lasting approximately 250 $\mu$s, and polarized with the electric vector normal to the axis of the rod and the crystal $c$-axis [Lengyel, 1971].

For holography it is necessary to use a $Q$-switch in the cavity. This is a

fast-acting optical shutter which is normally closed, so that the laser cannot oscillate when the flash lamp is fired and a large population is built up in the upper energy level. When the switch opens, the stored energy is released in a very short pulse with very high peak power.

The most useful type of $Q$-switch for holography is the Pockels cell, since it permits precise control of the timing and number of the output pulses. This device uses an electro-optic crystal which exhibits birefringence when an electric field is applied to it. The Pockels cell is located in the laser cavity with its principal axes at 45° to the direction of polarization of the laser beam, between the end reflector and a polarizer which is oriented to pass the laser beam. When the flash lamp is fired, a voltage is applied to the Pockels cell, producing a phase shift of $\pi/2$ between the two transmitted components. Any light from the laser rod transmitted by the Pockels cell and reflected back by the end mirror then returns with its plane of polarization rotated through 90° and is blocked by the polarizer. When the voltage on the Pockels cell is switched off, towards the end of the flash lamp pulse, the combination of the Pockels cell and the polarizer transmits freely, allowing laser oscillations to build up, so that a very short pulse, typically with a duration of 15 ns, is produced.

Because of the high gain of a ruby rod in an optical resonator, such a laser normally oscillates in a large number of transverse modes, and the spatial coherence of the output is very poor. To ensure operation in the $TEM_{00}$ mode, an aperture with a diameter of about 2 mm is inserted at a suitable point in the resonator.

Again, because of the relatively large width of the fluorescence line ($\approx 400$ GHz), a ruby laser normally oscillates in as many as 100–200 longitudinal modes and has a very short coherence length ($< 1$ mm). To obtain an increased coherence length, it is necessary to use a Fabry-Perot etalon in the cavity (a plate of fused silica, or sapphire, about 2–3 mm thick). True single-mode operation can be obtained with resonant reflectors consisting of two plates separated by a suitable distance, along with the use of a $Q$-switch with a relatively slow rise time, which prevents the modes with lower gain from building up to any appreciable extent before laser action occurs [McClung, Jacobson & Close, 1970; Young & Hicks, 1974].

Since the single-mode output from a ruby oscillator is limited ($\approx 0.04$ J), high-power ruby lasers use one or more additional ruby rods as amplifiers to boost the output while preserving spatial and temporal coherence. For maximum gain with stable operation, the amplifier rod is set so that its $c$-axis is parallel to that of the oscillator and is optically isolated from it by a spatial filter consisting of a sapphire pinhole placed at the common focus of two lenses. The focal lengths of these two lenses are chosen so that the beam from the oscillator is expanded

to fill the amplifier rod, which may have a diameter of 20 mm and a length of 200 mm. An output of 1 J is possible with a single amplifier stage, and 10 J with two stages of amplification, with a coherence length of 5–10 metres.

### 5.14 Holography with pulsed lasers

The very short duration of the output pulse from a $Q$-switched ruby laser ($\approx 15$ ns) makes it possible to record holograms of moving objects.

The drop in the visibility of the hologram fringes due to the movement of the object can be evaluated either from the change in the optical path or from the shift in the optical frequency due to the Doppler effect [Mallick, 1975]. The permissible object movement depends very much on the geometry of the recording system, but, typically, object velocities up to a few metres per second can be tolerated. The holodiagram [Abramson, 1969] (see section 15.9) can be used to minimize the sensitivity of the system to movement of the object in a particular direction.

Because of the high power density ($> 10^{12}$ W/m$^2$) in the undiverged laser beam, it is essential to use a beam splitter with low insertion loss and multilayer dielectric mirrors instead of metallized mirrors, which have a damage threshold of only about $10^{10}$ W/m$^2$. It is not possible to use microscope objectives with pinhole spatial filters to expand the beams; instead, simple negative lenses are used. All optical surfaces must be kept clean and free of dust particles, which can lower the damage threshold appreciably. Adequate safety precautions, including the use of protective eye wear, are essential [see ANSI, 1986; BSI, 1983].

A $Q$-switched ruby laser can be used to record a hologram of a living human subject [Siebert, 1968]. To avoid eye damage, it is essential to see that the energy density at the retina of the subject is well within the recommended safety limit. This is possible if, instead of illuminating the subject directly with the expanded laser beam, it is allowed to fall on a large diffuser which scatters the light, effectively constituting a diffuse source. A typical optical arrangement is shown in fig. 5.9 [Ansley, 1970]. The dimensions of the diffuser should be chosen so that the integrated radiance of the diffuser, measured at the cornea of the subject, is less than the maximum permissible exposure for an extended source of 700 J/m$^2$/sr; the undeviated energy density should also be less than 5 mJ/m$^2$ [see ANSI, 1986, BSI, 1983]. In addition, it is necessary to ensure that the specular reflection of the reference beam from the surface of the photographic plate is directed away from the subject. A detailed description of a professional studio setup for making holographic portraits has been given by Bjelkhagen [1992].




Fig. 5.9. Typical setup for recording a hologram of a human subject using a $Q$-switched ruby laser [Ansley, 1970].

Closer control of the illuminated area with less loss of light is possible if a holographic scatter plate is used instead of a diffuser [Webster, Tozer & Davis, 1979]. However, such scatter plates are not completely effective as diffusers; if they are used for portraiture, it is essential to ensure that the directly transmitted beam does not fall on the subject.

# 7
# Practical recording materials

The ideal recording material for holography should have a spectral sensitivity well matched to available laser wavelengths, a linear transfer characteristic, high resolution, and low noise. In addition, it should either be indefinitely recyclable or relatively inexpensive.

While several materials have been studied [Smith, 1977; Hariharan, 1980*b*], none has been found so far that meets all these requirements. However, a few have significant advantages for particular applications. This chapter reviews the properties of some of these materials in the light of the general considerations discussed in Chapter 6 (see Table 7.1 for a summary of their principal characteristics).

## 7.1 Silver halide photographic emulsions

Silver halide photographic emulsions are widely used for holography because of their high sensitivity and their commercial availability. In addition, they can be dye sensitized so that their spectral sensitivity matches the most commonly used laser wavelengths.

An apparent drawback of photographic materials is that they need wet processing and drying; however, development is actually a process, with a gain of the order of $10^6$, which amplifies the latent image formed during the exposure to yield high sensitivity as well as a stable hologram. Another advantage of the formation of a latent image is that the optical properties of the recording medium do not change during the exposure, unlike materials in which the image is formed in real time. This feature makes it possible to record several holograms in the same photographic emulsion without any interaction between them.

While photographic materials are commonly characterized by curves of optical density as a function of the logarithm of the exposure (see Appendix 5),

Table 7.1. *Recording materials for holography*

| Material | Reusable | Processing | Type of hologram | Exposure required J/m$^2$ | Spectral sensitivity nm | Resolution limit mm$^{-1}$ | Max. diffraction efficiency (sine grating) |
|---|---|---|---|---|---|---|---|
| Photographic emulsions | No | Wet chemical | Amplitude (normal)<br>Phase (bleached) | $5 \times 10^{-3}$–$5 \times 10^{-1}$ | 400–700 | 1000–10000 | 0.05<br>0.60 |
| Dichromated gelatin | No | Wet chemical | Phase | $10^2$ | 350–580 | >10000 | 0.90 |
| Photoresists | No | Wet chemical | Phase | $10^2$ | uv–500 | 3000 | 0.30 |
| Photopolymers | No | Post exposure | Phase | $10$–$10^4$ | uv–650 | 200–1500 | 0.90 |
| Photochromics | Yes | None | Amplitude | $10^2$–$10^3$ | 300–700 | >5000 | 0.02 |
| Photothermoplastics | Yes | Charge and heat | Phase | $10^{-1}$ | 400–650 | 500–1200 (bandpass) | 0.30 |
| Photorefractive | | | | | | | |
| $LiNbO_3$ | Yes | None | Phase | $10^4$ | 350–500 | >1500 | 0.20 |
| $Bi_{12}SiO_{20}$ | Yes | None | Phase | 10 | 350–550 | >10000 | 0.25 |

A1300

# 9
# Colour holography

The fact that a multicolour image can be produced by a hologram recorded with three suitably chosen wavelengths was first pointed out by Leith and Upatnieks [1964].

The resulting recording can be considered as made up of three incoherently superposed holograms. When it is illuminated once again with the three wavelengths used to make it, each of these wavelengths is diffracted by the hologram recorded with it to give a reconstructed image in the corresponding colour. The superposition of these three images yields a multicolour reconstruction.

However, while multicolour holography was demonstrated at quite an early stage, its further development was held up initially by several practical problems. These problems, as well as later advances that have made multicolour holography practical, are described in this chapter (see also the review by Hariharan [1983]).

## 9.1 Light sources for colour holography

The most commonly used lasers for colour holography are the He-Ne laser ($\lambda$ = 633 nm) and the $Ar^+$ laser, which has two strong output lines ($\lambda$ = 514 nm and 488 nm; see Table 5.1). The range of colours that can be reconstructed with these three wavelengths as primaries can be determined by means of the C.I.E. chromaticity diagram [Optical Society of America, 1953]. In this diagram, as shown in fig. 9.1, points representing monochromatic light of different wavelengths constitute the horseshoe-shaped curve known as the spectrum locus; all other colours lie within this boundary. New colours obtained by mixing light of two wavelengths, such as 633 nm and 514 nm, lie on the straight line AB joining these primaries. If light with a wavelength of 488 nm is also used, any colour within the triangle ABC can be obtained.

A wider range of hues can be obtained if other laser lines are used, permitting



A1301

Case 1:06-cv-00601-EJD Document 46-8






Fig. 9.1. C.I.E. chromaticity diagram. The triangle ABC shows the range of hues that can be produced by a hologram illuminated with primary wavelengths of 633 nm, 514 nm, and 488 nm, while the broken lines show the extended range possible with a blue primary at 477 nm. The chain lines enclose the range of hues that can be reproduced by a typical colour-television display [Hariharan, 1983].

a better choice of primaries. One of these is the He-Cd laser line ($\lambda = 422$ nm), which is very attractive as a blue primary but involves the use of one more laser. A simpler alternative is the blue line of the $Ar^+$ laser at a wavelength of 477 nm, which at some sacrifice of power can give a significant improvement in colour rendering, as shown by the broken lines in fig. 9.1.

The $Kr^+$ laser line at 647 nm is a useful alternative to the red line of the He-Ne laser for recording large holograms, because the power available is much higher, and single-mode output can be obtained with an etalon. The use of the

A1302

$Kr^+$ laser line at 521 nm, or the output from a frequency-doubled Nd:YAG laser ($\lambda = 532$nm), as the green primary has been found to give much better yellow images.

A detailed analysis of colour reproduction by volume reflection holograms has been made by Hubel and Solymar [1991]. This study involved recording holograms of a set of eight Munsell colour chips using eight combinations of recording wavelengths. Good agreement was found between the theoretically predicted and experimentally measured image colours. The optimum recording wavelengths were found to be 460, 530, and 615 nm.

## 9.2 The cross-talk problem

A problem in multicolour holography is that each hologram diffracts, in addition to light of the wavelength used to record it, the other two wavelengths as well. As a result, a total of nine primary images and nine conjugate images are produced. Three of these give rise to a full-colour reconstructed image at the position originally occupied by the object. The remaining images resulting from light of one wavelength diffracted by a component hologram recorded with another wavelength are formed in other positions and overlap with and degrade the multicoloured image.

Several methods have been tried to eliminate these cross-talk images, including spatial-frequency multiplexing [Mandel, 1965, Marom, 1967], spatial multiplexing or coded reference waves [Collier & Pennington, 1967], and division of the aperture field [Lessard, Som & Boivin, 1973]. However, all these methods suffer from drawbacks such as a restricted image field, a reduction in resolution, or a decrease in the signal-to-noise ratio. In addition, they need multiple laser wavelengths (or equivalent monochromatic light sources) to illuminate the hologram.

## 9.3 Volume holograms

The first methods to eliminate cross talk that did not involve such penalties were based on the use of volume holograms.

A hologram recorded with several wavelengths in a thick medium contains a set of regularly spaced fringe planes for each wavelength. When this hologram is illuminated once again with the original multiwavelength reference beam, each wavelength is diffracted with maximum efficiency by the set of fringe planes created originally by it, producing a multicoloured image. However, the cross-talk images are severely attenuated since they do not satisfy the Bragg condition.

Case 1:06-cv-00601-EJD Document 4



birefringence [Born & Wolf, 1980], so that the effective refractive indices for the $TE$ and $TM$ polarizations are different. As a result, such gratings behave like homogeneous birefringent materials and can be used as $\lambda/4$ and $\lambda/2$ retarders [Flanders, 1983; Cescato, Gluch & Streibl, 1990].

### *13.1.2 Crossed gratings*

Crossed gratings produced by making two successive exposures to an interference pattern have many interesting properties and have found several useful applications [McPhedran, Derrick & Botten, 1980; Savander & Sheridan, 1993], including the formation of light spot arrays with equal intensities for optical interconnections (see section 14.7).

Other applications for crossed gratings are as selective solar absorbers [Horwitz, 1974] as well as for polarization-independent antireflection treatment of surfaces [Wilson & Hutley, 1982]. Crossed ZOGs also offer an additional degree of flexibility when used as retarders, since the phase difference between the two polarizations can be controlled by varying the periods or filling factors of the component gratings.

## 13.2 Holographic filters

Volume reflection holograms recorded in dichromated gelatin can be used as narrow-band rejection filters (notch filters). To make such filters, a beam of laser light refracted at an angle $\theta$ within a layer of dichromated gelatin (refractive index $n$) is reflected off a mirror contacted to its back surface, to produce interference fringes parallel to the surface with a spacing

$$\Lambda = \lambda/2n\cos\theta. \tag{13.1}$$

The angle $\theta$ is chosen so that after processing [Chang & Leonard, 1979] the filter has its peak reflectance at the desired wavelength.

A major application of such notch filters has been for eye protection against laser radiation, while maintaining high visual transmittance [Magariños & Coleman, 1987; Tedesco, 1989]. If the filter has the configuration of a spherical mirror with its centre of curvature coincident with the centre of rotation of the eye, then all the rays incident towards the centre of the eye will be normal to the holographic filter. It is possible therefore, with proper design, to minimize shifts of the wavelength band rejected over a wide range of viewing angles.

Another application has been as a channel selector for wavelength-multiplexed optical fibre systems. In this case, a divergent beam from a point source

is used, producing an increase in the angle of incidence along the length of the hologram and a corresponding variation of the peak reflection wavelength [Duncan, McQuoid & McCartney, 1985].

Holographic notch filters have revolutionized Raman spectroscopy, since they make it possible to suppress the Rayleigh line while allowing high transmission in the Stokes region [Carraba, Spencer, Rich & Rault, 1990]. Notch filters have been produced with a transmittance dropping from 0.7 to a few parts in $10^6$ within a wavelength range of 6 nm [Rich & Cook, 1991]. The rejection band can be tuned over a few nanometres by varying the angle of incidence.

Broad-band filters for reducing solar heating which reject the near infrared (0.7–1.2 $\mu$m), while transmitting more than 75 per cent of visible light, have also been produced in dichromated gelatin by the same technique [Rich & Petersen, 1992]. In this case, the gelatin layer is contacted to a prism with an index-matching fluid during recording, so that the angle of incidence within the gelatin layer can be greater than the critical angle, and the second interfering wave is produced by total reflection at the back surface. Filters produced by this technique typically have a transmittance of 0.84 over the visible region, and a rejection bandwidth of 360 nm.

Another interesting advance has been the production of high-finesse Fabry-Perot etalons using a pair of holographic mirrors recorded simultaneously with a collimated laser beam in dichromated gelatin coatings on the two faces of a glass substrate [Kuo *et al.*, 1990]. Since the recording process ensures that the fringes in the second mirror are parallel to those in the first mirror, tolerances on the quality of the glass substrates are not stringent, and the peak playback wavelength is determined by the recording angle. Efficiencies of 99 per cent with a spectral bandwidth less than 20 nm are possible. If the cavity contains a thin, nematic liquid-crystal layer, the peak can be tuned over several free spectral ranges by applying an electrical field to the liquid crystal. A multichannel narrow-band optical filter can also be realized by producing such a Fabry-Perot etalon with a wavelength-multiplexed reflection hologram as an integral part of the cavity [Lin, Chou, Strzelecki & Shellan, 1992]. The same technique can also be used to produce stratified volume holographic elements in which multiple layers of a holographic recording material are interleaved with optically homogeneous buffer layers. These structures exhibit a periodic angular sensitivity and have potential applications in optical array generation, wavelength notch filtering, and grating spatial-frequency filtering [Johnson & Tanguay, 1988; Nordin & Tanguay, 1992].

A narrow-band reflection filter for solar astronomy has also been developed by recording a volume reflection hologram produced by two counter-propagating beams in a photorefractive material [Rakuljic & Leyva, 1993].

Document 46-8 Filed 08/08/2008 Page 49 of 53






Fig. 13.3. Optical arrangement for using a narrow-band holographic filter with a telescope [Rakuljic & Leyva, 1993].

These filters are used with a telescope in the configuration shown in fig. 13.3. A bandwidth of 0.0125 nm, with a peak throughput of 10 per cent, can be obtained with an 8 mm thick filter produced in $LiNbO_3$.

### 13.3 Holographic scanners

Holographic scanners have replaced mirror scanners for many applications. They were first used commercially in point-of-sale terminals for bar code scanning [Dickson & Sincerbox, 1991], but are now incorporated in high-resolution imaging systems for applications such as photo typesetting and photocomposition [Kramer, 1991].

A simple disk hologram scanner [Cindrich, 1967; McMahon, Franklin & Thaxter, 1969] is shown in fig. 13.4. The disc has a number of holograms recorded on it, with a point source as the object and a collimated reference beam. Each of these holograms, when illuminated with the conjugate to the reference beam, forms an image of the point source. Rotating the deflector about an axis perpendicular to its surface causes the reconstructed image spot to scan the image plane.

The main problem with this simple system is that the scanning line is, in general, an arc of a circle with a radius

$$r = d \sin\theta \tan\theta, \tag{13.2}$$

where $d$ is the distance from the scanning facet to the centre of the image plane, and $\theta$ is the angle between the diffracted principal ray and the normal to the hologram.

A1306

1/26/88 XX 4,722,037

**United States Patent** [19]

**Davis**

[11] **Patent Number: 4,722,037**

[45] **Date of Patent: Jan. 26, 1988**

[54] **HOLOGRAPHIC DEVICE FOR GENERATING MULTIPLE BEAMS OF LIGHT**

[76] Inventor: **Charles S. Davis,** 51 Wooster St., New York, N.Y. 10012

[21] Appl. No.: **897,296**

[22] Filed: **Aug. 15, 1986**

[51] **Int. Cl.⁴** .......................... **F21V 9/00; F21V 11/00**

[52] **U.S. Cl.** .................................... **362/231;** 362/235; 362/331; 350/3.72

[58] **Field of Search** ...................... 350/3.65, 3.7, 3.72, 350/3.73, 3.75, 3.77, 3.85; 362/235, 236, 240, 245, 329, 331, 332, 335, 231

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,193,519 | 8/1916 | Crownfield | 362/240 |
| 1,798,132 | 3/1931 | Bredsvold | 362/236 |
| 3,403,283 | 9/1968 | Chernow et al. | 350/3.75 X |
| 3,578,838 | 5/1971 | Hallock | 350/3.5 |
| 3,619,021 | 11/1971 | Biedermann et al. | 350/3.5 |
| 3,635,538 | 1/1972 | Caulfield | 350/3.75 X |
| 3,695,744 | 10/1972 | Clay | 350/3.5 |
| 3,708,217 | 1/1973 | McMahon | 350/3.5 |
| 3,865,464 | 2/1975 | Kasahara et al. | 350/3.77 |
| 3,901,578 | 8/1975 | Hudson | 350/3.73 |
| 3,909,111 | 9/1975 | Meyerhofer | 350/117 |
| 3,912,921 | 10/1975 | Howe et al. | 240/9.5 |
| 3,957,353 | 5/1976 | Fienup et al. | 350/3.5 |
| 3,970,358 | 7/1976 | Kozma | 350/3.72 |
| 4,076,370 | 2/1978 | Wako | 350/3.75 |
| 4,109,304 | 8/1978 | Kavalovsky et al. | 362/259 |
| 4,245,882 | 1/1981 | Chang | 362/223 |
| 4,420,218 | 12/1983 | Rubanov et al. | 350/3.77 X |
| 4,432,044 | 2/1984 | Lautzenheiser | 362/223 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0136774 | 7/1979 | Fed. Rep. of Germany | 350/3.77 |
| 557511 | 8/1923 | France | 362/240 |
| 0095375 | 6/1983 | Japan | 350/3.75 |
| 2041189A | 9/1980 | United Kingdom | 362/240 |

OTHER PUBLICATIONS

P. Hariharan, Optical Holography, 1984, pp. 41–62, 162–193, Principles, Techniques and Applications, Cambridge Studies in Modern Optics.

Herb Brody, Holography Creates New Breed of Optical Components, High Technology, Jul./Aug., Thin, Lightweight Holograms Mimic Lenses to Infiltrate Optical Systems.

IBM Technical Disclosure, Aug. 1967, Formation of Optical Elements by Holography, G. T. Sincerbox, vol. 10, No. 3.

R. T. Ingwall, H. L. Fielding, Proceedings of SPIE–The International Society for Optical Engineering, Applications of Holography, Jan. 21–23, 1985, Los Angeles, CA, Polaroid Corporation, vol. 523.

*Primary Examiner*—Albert W. Davis, Jr.
*Assistant Examiner*—Richard R. Cole
*Attorney, Agent, or Firm*—Brumbaugh, Graves, Donohue & Raymond

[57] **ABSTRACT**

Optical assemblies having a plurality of light sources of differing spectral characteristics utilize holographic optical elements to produce a separate beam pattern for each light source. The optical assemblies are useful, for example, for producing high and low beams of an automobile headlight.

**7 Claims, 2 Drawing Figures**






FIG. 1




FIG. 2

# HOLOGRAPHIC DEVICE FOR GENERATING MULTIPLE BEAMS OF LIGHT

## BACKGROUND OF THE INVENTION

The present invention relates to optical assemblies which direct light from two light sources of different spectral characteristics into two different beam patterns, and particularly to the use of such optical assemblies as automobile headlights. Related inventions are described in my prior U.S. Pat. No. 4,536,833 and in my copending applications Ser. Nos. 897,294, 897,295, and 897,292.

There are currently two different methods of generating multiple light beams or patterns of light distribution. One method uses multiple light sources and a common set of optics while the other uses a fixed light source and multiple optical elements. Each of the techniques has specific trade-offs associated with it.

The first technique is commonly applied to generating the high and low beams of an auto headlight. To accomplish this, two spatially fixed light sources and reflectors are used with a single lens element. The lens is designed to generate two different light distribution patterns, corresponding to the high and low beams, depending on which of the light sources is energized. The lens design, optimized to work for both desired beams, sacrifices overall efficiency to heat loss and glare.

The second technique, presently employed in optical scanners and bar code readers, utilizes a fixed light source and multiple optical elements moved in the path of the light source by a motor. Each optical element is designed to change the path of the light at one specific angle and is extremely precise. These systems tend to be complex and therefore, expensive; and, because they are motorized, the overall reliability of the system is reduced.

## BRIEF DESCRIPTION OF THE INVENTION

Optical assemblies according to the invention provide improved efficiency and reduced glare by producing multiple beam patterns using a plurality of light sources of different spectral characteristics, and a holographic optical element adapted to diffract light from the two light sources into different beam patterns. The optical assemblies are useful as automobile headlights to produce high or low beam illumination of the roadway, depending on which light source is turned on.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a ray diagram for a two beam light source according to the invention.

FIG. **2** shows the spectral characteristics of two light sources useful in the invention.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** depicts in cross section an optical assembly according to the invention having two light sources **10** and **11** disposed adjacent to a holographic optical element **12**. The light sources **10** and **11** produce radiation of different spectral characteristics, i.e., of different colors. The holographic optical element **12** is made up of two parts **120** and **121**.

The first part **120** of the holographic optical element **12** is a hologram which diffracts light of the color produced by the first light source **10**, but which transmits



with minimal diffraction light from the second ligh source **11**. The beam pattern of the diffracted light i selected during the formation of the holographic firs part **120** depending on the application intended. Fo example, radiation from light source **10** can be dif fracted in a pattern suitable for use as the low beam o an automobile headlight.

The second part **121** of the holographic optical ele ment **12** is a hologram which diffracts light of the colo produced by the second light source **11**, but whicl transmits with minimal diffraction light of the colo produced by the first light source **10**. The second par **120** of the holographic optical element **12** is formed sc as to diffract the radiation from the second light source **11** in a second beam pattern distinct from the first bean pattern. For example, the beam pattern from ligh source **11** may be suitable for use as the high beam of ar automobile headlight.

The optical assemblies according to the inventior may advantageously include a reflector **13** which collects radiation from the light sources **10** and **11** and directs it toward the holographic optical element **12**. This reflector can be a conventional enamelled, vacuum metallized or polished metal reflector, or it can be a holographic reflector.

FIG. **2** shows preferred spectral distributions for two light sources for use in the invention. As shown, the first light source **10** produces light having a first spectral distribution **20**. The second light source **11** produces light having a second spectral distribution **21**. Preferably, the two spectral distributions **20** and **21** have minimal overlap, thus allowing for maximum resolution of the two beams.

The first part **120** of the holographic optical element **12** is selected to diffract the majority of light within spectral distribution **20**, for example the range marked by arrow **220**. The second part **121** of the holographic optical element **12** is selected to diffract the majority of light within spectral distribution **21**, for example the range marked by arrow **221**. When the two spectral distribution **20** and **21** do not overlap, the radiation from each light source can be separately directed in the desired beam pattern.

It is not, however, required that the two light sources produce completely nonoverlapping spectra. If a portion of the radiation from one of the sources can be diffracted by both parts **120** and **121** of the holographic optical element **12**, this portion of the radiation will follow the beam pattern of the last encountered, i.e., the outermost, hologram. As a result, a part of the light from, for example, the high beam source would end up following the low beam path, or vice versa.

Holographic optical elements are formed by the interaction of two light beams, a collimated reference beam and an object beam, on a photosensitive recording medium. The interference pattern formed by the interaction of the two beams is fixed in the recording medium to produce the holographic optical element. A collimated beam impinging on this holographic optical element will be diffracted to recreate the object beam.

Transmissive and reflective holographic optical elements for use in light fixtures according to the invention can be made using any known technique, such as those described in P. Hariharan, *Optical Holography,* Cambridge Univ. Press (1984), and in U.S. Pat. Nos. 3,695,744; 3,909,111; 3,957,353; 3,970,358; and 4,245,882 which are incorporated herein by reference. For exam-

ple, the holographic optical elements can be formed as volume holograms by imaging in a light sensitive dichromate impregnated gelatin, a photosensitive polymerizable monomer such as the vinyl monomers in Polaroid's DMP-128 system, a silver halide photographic emulsion, or other solid light sensitive medium. Alternatively, the holographic elements used can be surface relief holograms formed by imaging onto a film of photoresist followed by chemical etching or by other suitable techniques. It is advantageous from a production standpoint to be able to duplicate holographic elements using a mold taken from the original, or by some other means that eliminates the need for repetitive imaging.

The holographic optical elements may be multilayer structures. In this case, various layers of the holographic element are adapted to diffract a variety of wavelengths of light, and radiation of differing angles of incidence to provide efficient direction of the radiation from the light source. The individual layers can in fact be adapted to a particular light source and light fixture configuration by forming the holographic element using wavelengths of light and incident angles which predominate for a given light source and fixture.

For most applications, the holographic optical elements used are selected to provide substantially achromatic illumination upon reconstruction. That is, if white light is used in reconstructing the image, a substantially white beam of light results. Some colored fringes may be acceptable under these circumstances so long as they do not interfere with the white light illumination of the task area. It is within the scope of this invention, however, to exploit the chromogenic properties of the holographic optical element to produce regions of colored illumination from a white light source. Such chromogenic light fixtures might have applications, for example, in decorative lighting or stage lighting.

Light sources suitable for use in optical assemblies according to the inventin include incandescent, fluorescent and high intensity discharge types.

While the above-invention has been described in terms of two-light sources to produce two different beam patterns, the invention includes optical assemblies



having greater numbers of light sources and beam patterns as well. For example, further light sources could be incorporated into an automobile headlight to provide for special purpose beam patterns including parking lights and fog lamps.

I claim:

**1**. An optical assembly for providing illumination comprising:

(a) a first artificial light source providing light at a first wavelength;

(b) a second artificial light source providing light at a second wavelength different from said first wavelength; and

(c) a holographic optical element adapted to diffract light of said first and second wavelengths in different beam patterns, and positioned such that light from said first and second light sources is diffracted in said different beam patterns to provide illumination of two different regions in space.

**2**. An optical assembly according to claim **1**, wherein the holographic optical element forms a part of a sealed envelope enclosing said first and second light sources.

**3**. An optical assembly according to claim **1**, wherein the optical assembly is useful as an automobile headlight and said different beam patterns correspond to the high and low beams of conventional headlights.

**4**. An optical assembly according to claim **3**, wherein the holographic optical element forms a part of a sealed envelope enclosing said first and second light sources.

**5**. An optical assembly according to claim **1**, wherein the holographic optical element comprises a first holographic layer capable of diffracting light of said first wavelength in a first beam pattern, and a second holographic layer capable of diffracting light of said second wavelength in a second beam pattern.

**6**. An optical assembly according to claim **5**, wherein said first and second holographic layers are separately formed surface holograms.

**7**. An optical assembly according to claim **5**, wherein said first and second holographic layers are parts of a volume hologram.

* * * * *