US005892597A

# United States Patent [19]

[11] **Patent Number: 5,892,597**
[45] **Date of Patent: Apr. 6, 1999**

**Iwata et al.**

[54] **HOLOGRAPHIC RECORDING APPARATUS AND HOLOGRAPHIC OPTICAL ELEMENT**

[75] Inventors: **Shigetake Iwata**; **Satoshi Maeda**; **Shigeo Kayashima**; **Shinya Hasegawa**, all of Kawasaki, Japan

[73] Assignee: **Fujitsu Limited**, Kawasaki, Japan

[21] Appl. No.: **877,581**

[22] Filed: **Jun. 17, 1997**

### Related U.S. Application Data

[63] Continuation of Ser. No. 274,146, Jul. 14, 1994, abandoned, which is a continuation of Ser. No. 933,244, Aug. 21, 1992, abandoned.

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Aug. 29, 1991 | [JP] | Japan | 3-218971 |
| Sep. 17, 1991 | [JP] | Japan | 3-236147 |
| Jun. 30, 1992 | [JP] | Japan | 4-173336 |

[51] **Int. Cl.**[6] ..... **G03H 1/12**; G03H 1/00; G03H 1/26

[52] **U.S. Cl.** ..... **359/11**; 359/1; 359/10; 359/12; 359/22; 359/30

[58] **Field of Search** ..... 359/1, 10, 11, 359/12, 22, 25, 30

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,578,845 | 5/1971 | Brooks et al. | 350/162 R |
| 3,632,214 | 1/1972 | Chang et al. | 359/10 |
| 3,659,947 | 5/1972 | Neumann | 359/10 |
| 3,682,526 | 8/1972 | Matsumoto | 359/30 |
| 4,455,061 | 6/1984 | Case | 350/3.75 |
| 4,547,037 | 10/1985 | Case | 350/3.75 |
| 4,995,685 | 2/1991 | Armstrong et al. | 359/30 |
| 5,016,951 | 5/1991 | Deason et al. | 350/3.67 |
| 5,083,219 | 1/1992 | Jannson et al. | 359/1 |
| 5,132,812 | 7/1992 | Takahashi et al. | 359/9 |
| 5,142,385 | 8/1992 | Anderson et al. | 359/30 |
| 5,151,799 | 9/1992 | Ansley | 359/30 |
| 5,225,918 | 7/1993 | Taniguchi et al. | 359/30 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 140 594 | 5/1985 | European Pat. Off. . |
| 0 240 262 | 10/1987 | European Pat. Off. . |
| 0 423 680 A3 | 4/1991 | European Pat. Off. . |
| 0 467 601 A2 | 1/1992 | European Pat. Off. . |
| 2 366 607 | 9/1977 | France . |
| 206401 | 9/1997 | Japan . |
| 2 195 784 | 4/1988 | United Kingdom . |

OTHER PUBLICATIONS

Patent Abstracts of Japan, vol. 9, No. 24 (P–331) Jan. 31, 1985 & JP–A–59 168 403 (Sumitomo Denki Kogyo KK).

IBM Technical Disclosure Bulletin, vol. 13, No. 12, May 1971, New York, pp. 3687–3690, E. G. Lean et al., "Device for making High–Resolution Interdigital Transducers".

SPIE, vol. 240, Periodic Structures, Gratings, Moire Patterns and Diffraction Phenomena (1980), pp. 13–17, "Holographic Surface Grating Fabrication Techniques".

Applied Optics, vol. 25, No. 18, Sep. 1986, New York, pp. 3171–3178, C. C. IEMMI, "Synthesis of Asymmetric Profiles from a Double Grating Interferometer".

(List continued on next page.)

*Primary Examiner*—Cassandra Spyrou
*Assistant Examiner*—Audrey Chang
*Attorney, Agent, or Firm*—Armstrong, Westerman, Hattori, McLeland & Naughton

[57] **ABSTRACT**

A holographic recording apparatus includes first and second light sources for respectively generating first and second light beams. A mask is located in front of a hologram recording material and has an aperture. Interference fringes are recorded in a hologram cell on the hologram recording material corresponding to the aperture. A movement mechanism supports the hologram recording material masked by the mask and relatively moves the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material. A spatial frequency changing mechanism changes incident angles of the first and second light beams with respect to the mask.

**12 Claims, 16 Drawing Sheets**



OTHER PUBLICATIONS

Optics Communications, vol. 67, No. 2, Jul. 1, 1988, Amsterdam, NL, pp. 195–198, Qing–Shin Ru et al., "An Interferometric Method for Making Equispaced Circular Gratings".

Applied Optics, vol. 24, No. 19, Oct. 1985, New York, pp. 3155–3161, Xu Mai et al., "Simple Versatile Method for Fabricating Guided–Wave Gratings".

Journal of Applied Physics, vol. 66, No. 5, Sep. 1, 1989, New York, pp. 2229–2231, Wei Dong Chi et al., "A Simple Process to Generate Deeply Modulated and large Dimension Submicron Gratings on Reflecting Surfaces".

Thin Solid Films, vol. 72, No. 3, Oct. 1980, Lausanne, DH, pp. 419–416, A. Suzuki et al., "Fabrication of Chirped Gratings on GaAs Optical Waveguides".

Patent Abstracts of Japan, vol. 9, No. 20 (P–330) (1743) Jan. 26, 1985 (JPA 59 166 913—Toppan Insatsu K.K. *abstract*).

Richard C. Kim, "Holographic Beamsplitter for Multiple Plane Wave Formation with Matched Phasefronts", SPIE vol. 1052 Holographic Optics, 1989, pp. 52–64.

FIG. 1


11
12
12a
13a-1
13b-1
A
B
16a
16b
13b-2
13a-2
13a
13b
13a-3
13b-3
θ2
θ1
15a
15
14
20
19
18
17

FIG. 2



FIG. 3


11
21
22
12
12b
A
B
13a-1
13b-1
16a
16b
12c
12a
12d
13a-2
13a
13b-2
13b
13a-3
13b-3
θ2
θ1
15a
15
14
20
19
18
17

FIG.4A



FIG.4B



FIG.4C



FIG.5


11
21
22
12b
12
13a-1
12c
12a
12d
13b-1
16b
13a-2
13a
16a
13b-2
13b
13 a-3
13b-3
θ2
θ1
15a
15
14
31a
31b
31

FIG. 6



FIG.7A




FIG. 7B




FIG.7C



FIG.8


11
12a
12
A
13a-1
C
13b-1
16a
13a-2
13b-2
113a
113b
θ1'
θ2'
θ1
θ2
15a
15
14
20
P
Q
17

FIG.9




FIG.11A FIG.11B

FIG.11C



FIG.10



11
21
22
12a
12d
16a
12c
12b
113a
113b
θ1'
θ1
θ2'
15a
θ2
15
14
20
P
Q
18
19
17

FIG. 12



FIG.13A



FIG.13B



FIG.13C



FIG.14



FIG.15



FIG.16



210
211
214
215
217
CONTROL DEVICE
201
208
204
202
X
Y
207
216
206
205
A2
A1
203
209
Hn
213
218
212
Fn

FIG. 17




FIG. 18



FIG. 19




FIG. 20



FIG. 21



210
211
212
213
215
206
A1
224
216
205
207
A2
218
222
L2
Fn
221
223
203
L1
204
208
217
201
209
202
CONTROL DEVICE
Hn
X
Y

# HOLOGRAPHIC RECORDING APPARATUS AND HOLOGRAPHIC OPTICAL ELEMENT

This application is a continuation of application Ser. No. 08/274,146 filed Jul. 14, 1994, now abandoned, which is a continuation of application Ser. No. 07/933,244 filed Aug. 21, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to a holographic recording apparatus for recording interference fringes on a hologram recording material.

2. Description of the Prior Art

Recently, with the spread of laser beam printers, bar-code readers and the like, there has been a considerable demand for devices utilizing optical technology. Holographic optical elements are very attractive because they are suitable for mass production with low cost, and are capable of easily producing special aberration waves, as compared with optical lenses. A holographic optical element is a diffraction grating having a periodic structure formed on a hologram recording material. It is possible to make holographic optical elements have various optical characteristics by adjusting, for example, spatial frequencies, that is, by adjusting intervals between fringes.

Two methods are known which produce holographic optical elements having fringe patterns on a hologram recording material. A first conventional production method utilizes interference of two or more light beams. The first method is called a holographic exposure method. A second conventional production method uses an electron or laser beam exposure apparatus in which interference fringes are directly formed on a hologram recording material in accordance with phases calculated by a computer beforehand. The above second method is called a computer generated hologram method.

The holographic exposure method is capable of producing a large-area hologram having a high spatial frequency in a short time. However, it is very difficult to produce a holographic optical element having desired interference fringes. The computer generated hologram method is capable of forming desired fringe patterns, but is not capable of producing interference patterns having high spatial frequencies. For example, the holographic exposure method is capable of producing an interference pattern having a spatial frequency of 1000–2000 /mm, while the computer generated hologram method has an ability to produce an interference pattern having a spatial frequency between 100 and a few hundred per millimeter. In order to obtain an interference pattern having a high spatial frequency, it is necessary to scale down an interference pattern formed by the computer generated hologram method. Further, the computer generated hologram method cannot form a large hologram area. A maximum hologram area is equal to a few square millimeters. Furthermore, it takes a long time to draw interference patterns by the computer generated hologram method.

## SUMMARY OF THE INVENTION

It is a general object of the present invention to provide an apparatus for recording interference fringes on a holographic optical element in which the above disadvantages are eliminated.

A more specific object of the present invention is to provide a holographic recording apparatus in which desired interference patterns can be easily recorded in a short time.

The above objects of the present invention are achieved by a holographic recording apparatus comprising: first light source means for generating a first light beam; second light source means for generating a second light beam; a mask which is located in front of a hologram recording material and which has an aperture, interference fringes being recorded in a (hologram cell) on the hologram recording material corresponding to the appeature; movement means for supporting the hologram recording material masked by the mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material; and spatial frequency changing means, coupled to the first and second light sources, for changing incident angles of the first and second light beams with respect to the mask.

The above-mentioned objects of the present invention are also achieved by a holographic recording apparatus comprising: a light source; an optical system for generating a light beam from a light emitted from the light source; a mirror for reflecting a part of the light beam; a mask which is located in front of a hologram recording material and which has an aperture directly receiving the light beam from the optical system and receiving the part of the light beams reflected by the mirror, interference fringes being recorded in a hologram cell on the hologram recording material corresponding to the aperture; movement means for supporting the hologram recording material masked by the mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material; and spatial frequency changing means, coupled to the mirror, for changing a position of the mirror and for thereby changing incident angles of the first and second light beams with respect to the mask.

Yet another object of the present invention is to provide a holographic optical element produced by the above holographic recording apparatus.

This object of the present invention is achieved by a holographic optical element comprising: a hologram recording member; and a plurality of cells formed on the hologram recording member, the cells respectively including interference fringes.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the present invention will become apparent from the following detailed description when read in conjunction with the accompanying drawings, in which:

FIG. **1** is a diagram showing an overview of an apparatus for recording interference fringes on a hologram recording material according to a first embodiment of the present invention;

FIG. **2** is a diagram showing an example of interference fringes recorded by the apparatus shown in FIG. **1**;

FIG. **3** is a diagram showing the details of the apparatus shown in FIG. **1**;

FIGS. **4**A, **4**B and **4**C are diagrams showing examples of interference fringes recorded by the apparatus shown in FIG. **3**;

FIG. **5** is a diagram showing a variation of the first embodiment of the present invention;

FIG. **6** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a third embodiment of the present invention;

FIGS. **7**A, **7**B and **7**C are diagrams for explaining advantages of the second embodiment of the present invention;

FIG. **8** is a diagram showing an overview of the second embodiment of the present invention;

FIG. **9** is a diagram showing a spatial frequency control according to the third embodiment of the present invention;

FIG. **10** is a diagram showing the details of the third embodiment of the present invention;

FIGS. **11**A, **11**B and **11**C are diagrams showing examples of spatial frequency distributions obtained by the third embodiment of the present invention;

FIG. **12** is a diagram showing a variation of the third embodiment of the present invention;

FIGS. **13**A, **13**B and **13**C are diagrams showing examples of spatial frequency distributions obtained by the variation shown in FIG. **12**;

FIG. **14** is a diagram showing a variation for changing the spatial frequency distribution;

FIG. **15** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a fourth embodiment of the present invention;

FIG. **16** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a fifth embodiment of the present invention;

FIG. **17** is a diagram showing how a hologram recording material is divided into hologram cells;

FIG. **18** is a diagram showing how each hologram cell is segmented into a plurality of sections;

FIG. **19** is a diagram showing an example of a spatial frequency distribution obtained by the fifth embodiment of the present invention;

FIG. **20** is a diagram of a deformable mirror device used in the fifth embodiment of the present invention; and

FIG. **21** is a diagram showing an apparatus for recording interference fringes on a hologram recording material according to a sixth embodiment of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

A description will now be given of a first embodiment of the present invention.

FIG. **1** shows an overview of an apparatus for recording interference fringes on a hologram recording material according to a first embodiment of the present invention. The apparatus shown in FIG. **1** is configured as follows. A coherent light source **11**, such as a semiconductor laser, emits a coherent light beam. Examples of the semiconductor laser are a He-Cd layer, an Ar laser and a semiconductor laser. A first optical system **12** comprises a beam splitter **12***a,* which splits the coherent beam from the light source **11** into two beams. The two beams from the first optical system **12** are received by two second optical systems **13***a* and **13***b*. The second optical systems **13***a* and **13***b* function to collimate the respective beams and emit collimated beams. The second optical system **13***a* comprises a mirror **13***a*-**1**, a spatial filter **13***a*-**2**, and a collimating lens **13***a*-**3**. Similarly, the second optical system **13***b* comprises a mirror **13***b*-**1**, a spatial filter **13***b*-**2**, and a collimating lens **13***b*-**3**. The spatial filters **13***a*-**2** and **13***b*-**2**, which are respectively made up of objective lenses and pin holes, function to convert the respective beams into spherical waves. That is, the spatial filters **13***a*-**2** and **13***b*-**2** respectively serve as point sources. The collimating lenses **13***a*-**3** and **13***b*-**3** function to convert the respective spherical waves into collimated light beams.



A light blocking mask **15** has an aperture **15***a* and is placed above a hologram recording material **14**. The mask **15** is supported on a movable table **19**, which is linearly moved by a linear movement mechanism **20**. The movable table **19** is movably placed on a turn table **18**, which table is turned by a turning mechanism **17**. The linear movement mechanism **20** can be made up of a ball screw and a motor, such as a stepping motor. It is preferable that the linear movement mechanism **20** has a function of moving the movement table **19** in two dimensions. It is possible to use another linear movement mechanism that moves the movement table **19** in directions perpendicular to the directions realized by the linear movement mechanism **20**.

A spatial frequency change mechanism **16***a* changes the position of the second optical system **13***a* as shown by arrow A so that the spatial frequency of an interference pattern of a hologram cell defined by the aperture **15***a* can be changed. Similarly, a spatial frequency change mechanism **16***b* changes the position of the second optical system **13***b* as shown by arrow B so that the spatial frequency of the interference pattern facing the aperture **15***a* can be changed.

The spatial frequency, labeled f, of interference fringes formed at an incident position on the hologram recording material **14** can be expressed as follows:

$$f=(\sin\theta_1+\sin\theta_2)/\lambda \qquad (1)$$

where $\theta_1$ and $\theta_2$ are respectively incident angles of the two parallel light beams incident to the hologram recording material **14**, and $\lambda$ is the wavelength of the light beams. Hence, interference fringes shown in FIG. **2** having the constant spatial frequency f are formed in an area on the hologram recording material **14** corresponding to the aperture **15***a*. The spatial frequency f can be changed by changing the position of either the second optical system **13***a* or **13***b* or both by the spatial frequency change mechanisms **16***a* and **16***b,* as indicated by the arrows A and B. In this manner, either the incident angle $\theta_1$ or $\theta_2$ or both can be changed.

The two light beams are projected onto the hologram cell at the angles $\theta_1$ and $\theta_2$, and superimposed with each other. Hence, uniform interference fringes having a constant spatial frequency f can be formed. As mentioned above, the spatial frequency f can be easily changed by adjusting the incident angles $\theta_1$ and/or $\theta_2$. The hologram recording material **14** is linearly moved by the linear movement mechanism **20**, so that continuous hologram cells having respective constant spatial frequencies can be easily formed on a large hologram area. In addition to the linear movement, it is possible to turn the hologram recording material **14** by means of the turning mechanism **17**. Hence, hologram cells having interference fringes oriented in different directions within 360° can be formed.

FIG. **3** shows the details of the first embodiment of the present invention shown in FIG. **1**. In FIG. **3**, parts that are the same as parts shown in FIG. **1** are given the same reference numerals as previously. A shutter **21** and a ND filter **22** are provided between the light source **11** and the first optical system **12**. The shutter **21** adjusts an exposure time. The ND filter **22** adjusts the quantity of exposure.

The first optical system **12** comprises, in addition to the beam splitter **12***a,* a phase adjuster **12***b,* and two polarizers **12***c* and **12***d*. The phase adjuster **12***b* and the polarizer **12***d* are disposed between the beam splitter **12***a* and the second optical system **13***b*. The polarizer **12***c* is interposed between the beam splitter **12***a* and the second optical system **13***a*. The phases of the interference fringes are based on the difference

between the two optical path lengths. The phase adjuster **12***b* adjusts the relative optical path length by adjusting the position of the phase adjuster **12***b*. The phase adjuster **12***b* can be formed with a prism or a Soleil-Babinet compensator. As is well known, the Soleil-Babinet compensator has a screw for phase adjustment. The polarizers **12***c* and **12***d* are provided for compensating for degradation of coherency due to a variation in polarization of the laser beams. The polarizers **12***c* and **12***d* function to adjust polarization of the respective laser beams. Each of the polarizers **12***c* and **12***d* can be formed with a $\lambda/2$ plate, an optical rotatory element, or a Faraday rotator.

As has been described, it is possible to form uniform interference fringes in a hologram cell having the constant spatial frequency defined by the aforementioned expression (1), as shown in FIG. **4**A. The hologram cell is defined by the aperture **15***a*. When the movement of the hologram recording material and the projection of the two light beams are repeatedly carried out, continuous hologram cells respectively having the spatial frequency can be formed. Further, by moving the hologram recording material **14** in a direction perpendicular to the above movement thereof, it is possible to form interference fringes on the entire surface of the hologram recording material **14**, as shown in FIG. **4**B.

As has been described previously, it is possible to arbitrarily determine the orientations of interference fringes in hologram cells by turning the turn table **18** by means of the turning mechanism **17**. By the combination of the linear movement and turning movement, it becomes possible to form interference fringes, as shown in FIG. **4**C. There are formed various orientations of the interference fringes in the hologram cells.

As has been described previously, it is possible to change the spatial frequency of interference fringes in each hologram cell by adjusting the position of either the second optical system **13***a* or **13***b* or positions of both the second optical system **13***a* and **13***b*. Hence, either the incident angle $\theta_1$ or $\theta_2$ or both are changed, and thereby the spatial frequency is changed.

By respectively controlling the spatial frequency change mechanisms **16***a* and **16***b*, the turning mechanism **17**, and the linear movement mechanism **20**, it is possible to form interference fringes having desired spatial frequencies and orientations in hologram cells on the hologram recording material **14**. It is preferable to match the phases of the interference fringes in adjacent hologram cells.

FIG. **5** shows an apparatus for recording interference fringes on a hologram recording material with a phase adjustment mechanism added thereto. In FIG. **5**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. An interference fringe monitor optical system **31** is provided as shown in FIG. **5**. The optical monitor system **31** comprises an objective lens **31***a* and a camera **31***b*. The optical monitor system **31** may be formed with a microscope system. By observing bright and dark positions of the interference fringes by means of the optical monitor system **31**, the phase adjuster **12***b* is manually adjusted so that the phases of the interference fringes in the adjacent hologram cells match with each other. It is also possible to automatically adjust the phase adjuster **12***b* by means of an encoder which generates a control signal from a video signal generated by the video camera **31**. It is also possible to control the linear movement mechanism **20** by the above control signal generated by the above encoder.

It will be noted that if the spatial frequency of interference fringes is considerably greater than the size of the hologram cell (spatial frequency of a periodic cell array), it is possible to spatially separate desired signals from sampling noise during a reproduction operation.



In the aforementioned structures, the two light beams are collimated by the second optical systems **13***a* and **13***b*. Alternatively, it is possible to collimate the light beam from the source **11** and split it into two beams.

A description will now be given, with reference to FIG. **6**, of a second embodiment of the present invention. In FIG. **6**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. The apparatus shown in FIG. **6** does not have the first optical system **12**, the second optical system **13***b*, or the spatial frequency change mechanisms **16***a* and **16***b*. In lieu of these optical systems, a mirror **71** and a mirror movement mechanism **72** are employed. A part of the collimated light beam emitted from the second optical system **13***a* (in which the mirror **13***a*-**1** is not used) is reflected by the mirror **71** and projected onto the hologram recording material **14** via the aperture **15***a*. Hence, a hologram cell on the hologram recording material **14** directly receives the light beam from the second optical system **13***a* and receives the reflected light from the mirror **71**. Hence, the spatial frequency defined by the aforementioned expression (1) can be obtained. The mirror **71** is linearly moved by means of the mirror movement mechanism **72**. The movement of the mirror **71** changes the optical path length from the mirror **71**, and hence changes the phase of the beam. By respectively controlling the mirror movement mechanism **72**, the turning mechanism **17** and the linear movement mechanism **20**, it is possible to form interference patterns as shown in FIGS. **4**A, **4**B and **4**C. It will be noted that the apparatus shown in FIG. **6** is simpler than that shown in FIG. **1** or FIG. **3**. It is possible to use the spatial frequency change mechanism **16***b* in the same manner as shown in FIG. **1**.

A description will now be given of a third embodiment of the present invention. In the first and second embodiments of the present invention, the spatial frequency in each hologram cell is fixed. If a hologram, in which the frequency continuously changes as shown in FIG. **7**A, is produced by the first or second embodiment of the present invention, hologram cells **S1**, **S2** and **S3** respectively having fixed spatial frequencies f1', f**2**' and f**3**' are formed as shown in FIG. **7**B. In this case, the spatial frequencies are discretely changed, as indicated by a solid line in FIG. **7**C. However, it is desired that the spatial frequency continuously changes as indicated by a broken line in FIG. **7**C. The third embodiment of the present invention is intended to form a hologram in which the spatial frequency continuously changes.

FIG. **8** shows an overview of the third embodiment of the present invention. In FIG. **8**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. The third embodiment of the present invention comprises two second optical systems **113***a* and **113***b* in lieu of the aforementioned second optical systems **13***a* and **13***b*. The optical system **113***a* comprises the mirror **13***a*-**1** and the spatial filter **13***a*-**2**. That is, the optical system **113***a* does not have the collimating lens **13***a*-**3** shown in FIG. **1**. The optical system **113***b* comprises the mirror **13***b*-**1** and the spatial filter **13***b*-**2**. That is, the optical system **113***b* does not have the collimating lens **13***b*-**3** shown in FIG. **1**. It can be seen from the above that the optical systems **113***a* and **113***b* respectively emit the spherical waves. In this regard, the optical systems **113***a* and **113***b* respectively serve as point sources L1 and L**2**, as shown in FIG. **9**.

As shown in FIGS. **8** and **9**, a spatial frequency f obtained at point P is expressed as follows:

$$f=(\sin\theta_1+\sin\theta_2)/\lambda \qquad (2)$$

where $\theta_1$ and $\theta_2$ are respectively incident angles of the two light beams incident to the hologram recording material **14** at point P, and $\lambda$ is the wavelength of the light beams. A spatial frequency f' obtained at point Q is expressed as follows:

$$f'=(\sin\theta_1'+\sin\theta_2')/\lambda \qquad (3)$$

where $\theta_1'$ and $\theta_2'$ are respectively incident angles of the two light beams incident to the hologram recording material **14** at point Q. The incident angle of the laser beam from the light source L**1** gradually increases from point P to point Q. The incident angle of the laser beam from the light source L**2** gradually decreases from point P to point Q. Hence, the spatial frequency of interference fringes in a hologram cell defined by the aperture **15***a* gradually changes between the spatial frequencies f and f'.

The spatial frequency distributions are defined by the above expressions (2) and (3), and can be changed by changing the incident angle of either the light beam from the source L**1** or the light beam from the light source L**2** or both. The apparatus shown in FIG. **8** comprises the spatial frequency change mechanism **16***a* in the same manner as shown in FIG. **1**. It is also possible for the spatial frequency change mechanism **16***a* to move the optical system **113***a* in axial directions thereof, as indicated by arrow C in FIG. **8**. It is possible to control the position of the second optical system **113***b* by means of a spatial frequency change mechanism. It is also possible to control the positions of the optical systems **113***a* and **113***b*.

FIG. **10** shows the details of the third embodiment of the present invention shown in FIG. **8**. In FIG. **10**, parts that are the same as parts shown in FIG. **8** are given the same reference numerals as previously. As in the case of the configuration shown in FIG. **3**, the apparatus shown in FIG. **10** comprises the shutter **21**, the ND filter **22**, the phase adjuster **12***b*, and two polarizers **12***c* and **12***d*. These structural parts function in the same manner as has been described previously. It is preferable that an interference fringe monitoring system be used as in the case shown in FIG. **5**.

FIG. **11**A shows a spatial frequency distribution (interference fringes) obtained when the point sources L**1** and L**2** are located at positions P**1** and P**2**, as shown in FIG. **9**. FIG. **11**B shows a spatial frequency distribution obtained when the point source L**2** is moved to a position P**2**'. When the point source L**1** is moved to a position P**1**', a pattern symmetrical to the pattern shown in FIG. **11**B is obtained. FIG. **11**C shows a spatial frequency distribution in a plurality of continuous hologram cells in which the spatial frequency gradually changes so that it decreases from the left-hand side to the right-hand side. In this case, the spatial frequency change mechanism **16***a*, the turning mechanism **17** and the linear movement mechanism **20** are respectively controlled. During this process, it is preferable that the phases of interference fringes in adjacent hologram cells are continuous. For this purpose, an optical monitor system as shown in FIG. **5** is used.

It is possible to change the spatial frequency distribution by means of a structure shown in FIG. **12**. A mask movement mechanism **51** moves the position of the mask **15**. When the position of the aperture **15***a* of the mask **15** is moved in directions indicated by an arrow shown in FIG. **12**, the incident angles of the light beams from the light sources L**1** and L**2** are changed as follows:

$$\theta_1, \theta_2 \rightarrow \theta_1', \theta_2' \rightarrow \theta_1'', \theta_2''.$$



Hence, the spatial frequency in the hologram cell can be changed in accordance with the expression (2).

FIG. **13**A shows a spatial frequency distribution in a hologram cell obtained when the aperture **15***a* is located at position A. FIG. **13**B shows a spatial frequency distribution in a hologram cell obtained when the aperture **15***a* is located at position B. FIG. **13**C shows a spatial frequency distribution in a hologram cell obtained when the aperture **15***a* is located at position C. When the aperture **15***a* is located with a position symmetrical to the position A, a spatial frequency distribution symmetrical to that shown in FIG. **13**A is obtained.

FIG. **14** shows another structure for changing the spatial frequency distribution. Optical elements **61** and **62** are provided, as shown in FIG. **14**. More particularly, the optical element **61** is placed between the light source L**1** and the mask **15**, and the optical element **62** is placed between the light source L**2** and the mask **15**. Each of the optical elements **61** and **62** is formed with, for example, a lens, a prism, or a diffraction grating. By changing the optical characteristics of the optical elements **61** and **62** and/or changing the positions thereof, it is possible to change the incident angles of the spherical waves. For example, lenses having different focusing distances are selectively used. Prisms having different apex angles are used. Diffraction gratings having different spatial frequencies are used.

It will be noted that when the distance between the optical systems **113***a* and **113***b* and the hologram recording material **14** is sufficiently large with respect to the size of the hologram cell, the third embodiment of the present invention is capable of recording interference fringes having a substantially constant spatial frequency in each hologram cell as in the case of the first and second embodiments of the present invention.

A description will now be given, with reference to FIG. **15**, of a fourth embodiment of the present invention. In FIG. **15**, parts that are the same as parts shown in the previously described figures are given the same reference numerals as previously. The fourth embodiment of the present invention can be configured by modifying the third embodiment of the present invention in the same manner as in the case of the second embodiment of the present invention shown in FIG. **6**. That is, the optical system **113***a*, which does not include the mirror **13***a*-**1**, is used, and the optical system **113***b* is not used. The mirror **71** and the mirror movement mechanism **72** shown in FIG. **6** are used in the same manner as previously. By controlling the position of the mirror **71**, it is possible to change the spatial frequency distribution.

A description will now be given, with reference to FIG. **16**, of a fifth embodiment of the present invention. The fifth embodiment uses a spherical wave emitted from a point source, and an aspherical wave which has been phase-modulated generated by, for example, a deformable mirror device. With this structure, it becomes possible to record complex aspherical waves with high precision.

Referring to FIG. **16**, an apparatus for recording interference fringes on a hologram recording material comprises the following structural parts. A beam splitter **211** splits a light beam emitted from a light source **210**, such as a semiconductor laser, into two beams. One of the beams is reflected by a mirror **212**, and the other beam is reflected by a mirror **214**. A lens **213** receives the beam reflected by the mirror **212** and converts it into a spherical wave **203**. A pin hole

plate **206** functions to adjust the position of a point source **205**. A beam expander **215** expands the beam reflected by the mirror **214**. The expanded beam is applied to a half-mirror **216**. A deformable mirror device **207** receives the beam reflected by the half-mirror **216** and reflects it. The deformable mirror device includes fine mirrors arranged so that a matrix of fine mirrors is formed. The heights of the fine mirrors can be adjusted by piezoelectric elements. Light components respectively projected onto the fine mirrors are modulated based on the heights of the fine mirrors. In this manner, an aspherical wave is generated and passes through the half-mirror **216**. Reference number **204** indicates the above aspherical wave.

A hologram recording material **201** is placed on a stage **209**. A light blocking mask **208** having an aperture is located above the hologram recording material **201**. A control device **217** includes an actuator, which moves the stage **209** in X and Y directions where the origin of the (X, Y) coordinates is located at the center of the mask **8**. The X axis extends from the front surface of the sheet to the back surface thereof via the origin. The Y axis extends from the origin to the left-hand side of the sheet. A mechanism for moving the stage **209** can be formed with a conventional mechanism. The stage **209** is moved so that a hologram cell **202** faces the aperture in the mask **208**. The control device **217** also generates control signals, which signals are applied to piezoelectric elements of the deformable mirror device **207**. The control signals function to adjust the heights of the fine mirrors of the deformable mirror device **207**. The pin hole plate **206** is moved in directions **A1** and **A2** by means of a pin hole plate driving device **218**. The directions **A1** and **A2** correspond to an optical axis of the spherical wave **203**. The control device **217** generates a control signal for controlling the pin hole plate driving device **218**.

A mechanism in which a hologram (interference fringes) is generated will now be described. It will now be assumed that the wave surface of a hologram to be generated has a phase Φ(X, Y). The phase Φ(X, Y) of the wave surface of the hologram is approximately determined by using the phase of the spherical wave **203**. In order to realize the above approximation, the recording surface of the hologram recording material **201** is grouped into hologram cells **202** dependent on the size of the aperture in the mask **208**, and holograms are sequentially generated for the respective hologram cells **202**.

FIG. **17** shows hologram cells **202** arranged in rows and columns. The aforementioned first to fourth embodiments of the present invention also use hologram cells arranged in rows and columns, as shown in FIG. **17**. In FIG. **17**, 64 hologram cells (8×8) **202** are defined on the hologram recording material **201**. Each of the hologram cells **202** has a substantially square shape, and the length of each cell is equal to, for example, 100 μm. Of course, the number of hologram cells depends on the size of the hologram recording material **201**.

The stage **209** is moved under control of the control device **217** so that the hologram cell **202**, in which a hologram is to be generated, faces the aperture of the mask **208**. It will now be assumed that the above hologram cell **202** is the nth hologram cell **202**.

FIG. **18** shows the nth hologram cell **202**. The center of the hologram cell **202** is located at the origin of the (X, Y) coordinates. As shown in FIG. **18**, the hologram cell **202** is divided into 32 sections. These sections in the hologram cell **202** correspond to the fine mirrors of the deformable mirror device **207** arranged in rows and columns, as will be described later in detail. That is, each of the 32 sections is a unit section of the phase modulation carried out for the light beam reflected by the mirror **214**. FIG. **19** shows an example of interference fringes **231** of a hologram recorded in the hologram cell **202**.

Next, the position of the point source **205** is determined so that there is a minimum difference between the phase of the wave surface of a hologram to be recorded and the phase of the spherical wave **203**. It will now be assumed that the phase of the wave surface of the hologram to be recorded is denoted as $\Phi^n(X, Y)$, and the phase of the wave surface of the spherical wave **203**, to which the phase of the wave surface of the hologram to be recorded is approximated, is denoted as $\Phi_R{}^n(X, Y)$. When the position of the point source **205** with respect to the nth hologram cell **202** is expressed using Fn and Hn shown in FIG. **16**, the phase $\Phi_R{}^n(X, Y)$ is written as follows:

$$\phi_R{}^n(X, Y) = K\sqrt{(Fn^2 + X^2 + (Hn - Y)^2)} \quad . \tag{4}$$

It is necessary to minimize the difference between the phase $\Phi^n(X, Y)$ of the wave surface of the hologram to be recorded and the phase $\Phi_R{}^n(X, Y)$ of the wave surface of the spherical wave **203**. With the above in mind, the distances Fn and Hn are calculated so that the means square E of the difference between the phase $\Phi^n(X, Y)$ and the phase $\Phi_R{}^n(X, Y)$ is minimized as follows:

$$E = \iint(\phi^n(X, Y) - \phi_R{}^n(X, Y)^2 dXdY. \tag{5}$$

It will now be assumed that the values of Fn and Hn that minimize the mean square E are written as Fnm and Hnm, respectively. The distances Fnm and Fnm are set by moving the pin hole plate **206** by the pin hole plate driving circuit **218** under control of the control device **217**. In this manner, the position of the light source **205** with respect to the nth hologram cell **202** is determined. The movement of the pin hole plate **206** can be rapidly carried out.

Then, the heights of the fine mirrors of the deformable mirror device **207** are adjusted so that there is no difference between the hologram to be recorded and the actually recorded hologram in each of the 32 sections shown in FIG. **18**.

FIG. **20** shows the deformable mirror device **207**. FIG. **20**-(A) is a side view of the deformable mirror device **207** and FIG. **20**-(B) is a bottom view thereof. The deformable mirror device **207** has fine mirrors arranged in rows and columns with a pitch of approximately 5 μm. The heights of the fine mirrors can be separately adjusted by the respective piezoelectric elements. Referring to FIG. **20**, the identification numbers of respective mirrors are defined as follows. An identification number p indicates the position of each mirror in the X direction, and an identification number q indicates the position of each mirror in the Y direction. In FIG. **20**, the identification number p assumes a number between 0 and 10, and the identification number q assumes a number between 0 and 10. A mirror identified by the identification numbers p and q is referred to as a mirror (p, q).

The hologram cell is divided into 32 sections, as has been described previously with reference to FIG. **18**. Each of the 32 sections can be identified by the above-mentioned parameters p and q. That is, the identification numbers p and q identifies sections in the X and Y directions, respectively. The coordinates of each section identified by (p, q) is written as (Xp, Yq).

When the difference between the phase $\Phi^n(X, Y)$ and the phase $\Phi R^n(X, Y)$, that is, an aspherical wave component of

a hologram to be recorded, is written as $\Phi_A{}^n(X, Y)$, the following expression can be obtained:

$$\Phi_A{}^n(X, Y) = -(\Phi^n(X, Y) - \Phi_R{}^n(x, y)) \quad (6).$$

Thus, in (Xp, Yq), the following expression stands:

$$\Phi_A{}^n(Xp, Yq) = -(\Phi^n(Xp, Yq) - \Phi_R{}^n(Xp, Yq)) \quad (7).$$

The right-hand side of the expression (7) shows the phase difference between the wave surface of the hologram to be recorded and the wave surface of the spherical wave **203**. The phase difference thus obtained is converted into a phase difference for each mirror (p, q), and the height of each mirror (p, q) is adjusted based on the phase difference.

The control device **217** applies voltages based on the respective phase differences to the piezoelectric elements respectively coupled to the mirrors of the deformable mirror device **207**. This height setting operation can be rapidly performed.

It is preferable that the phase difference between the wave surface of the hologram to be recorded and the wave surface of the spherical wave **203** be calculated using the following expression (8). The phase difference between the wave surface of a hologram to be recorded and the wave surface of the spherical wave **203**, that is, the aspherical wave component $\Phi_A{}^n(X, Y)$ of the hologram to be recorded, is written in progression form as follows:

$$\Phi_A{}^n(X, Y) = K\Sigma C_{i+j}{}^n \cdot X^i \cdot Y^j \quad (8)$$

From the expressions (6) and (8), the following expression (9) stands:

$$-(\phi^n(X, Y) - \phi_R{}^n(X, Y)) = K\Sigma C_{i+j}{}^n \cdot X^i \cdot Y^j. \quad (9)$$

A coefficient $C_{i+j}{}^n$ of the progression can be obtained by means of an appropriate approximation. By obtaining the coefficient $C_{i+j}{}^n$, it is possible to obtain, from the expression (8), the phase difference between the wave surface of a hologram to be recorded and the wave surface of the spherical wave **203**, that is, the aspherical wave component $\Phi_A{}^n(X, Y)$ of the hologram to be recorded. Hence, by substituting (Xp, Yq) into the expression (8), it becomes possible to obtain the phase difference between the wave surface of a hologram to be recorded and the wave surface of the spherical wave **203**, that is, the aspherical wave component $\Phi_A{}^n(X, Y)$ of the hologram to be recorded.

In the above-mentioned manner, the position of the point source **205** and the heights of the fine mirrors of the deformable mirror device **207** can be determined, and the phase difference between the spherical wave **203** and the aspherical wave **204** can be defined. In this state, the light beam is emitted from the light source **210**, and a hologram is recorded in the nth hologram cell. According to the fifth embodiment of the present invention, it is possible to form complex holograms recorded by aspherical waves with high precision and high speed.

A description will now be given, with reference to FIG. **21**, of a sixth embodiment of the present invention. In FIG. **21**, parts that are the same as parts shown in FIG. **16** are given the same reference numerals as previously. In the sixth embodiment shown in FIG. **21**, a telescope system **221** is disposed between the deformable mirror device **207** and the hologram recording material **201**. When the distance L2 between the deformable mirror device **207** and a optical system **222** in the telescope **211** is set equal to the distance L1 between the hologram recording material **201** and the optical system **222**, the telescope (magnification 1:1) makes the phase of the aspherical wave **204** in the hologram cell **202** match the phase of the aspherical wave **204** at the mirrors of the deformable mirror device **207**. Hence, it is easy to convert the phase in each section (p, q) in the hologram cell **202** into the height of each mirror (p, q). In FIG. **21**, a reference numeral **223** indicates another optical system in the telescope system **221**, and a reference numeral **224** indicates a mirror.

The use of the telescope system **221** provides another advantage. If there is a difference between the size of the deformable mirror device **207** and the hologram cell **202**, the telescope system **221** provides a magnification that compensates for the above size difference. For example, if the size of the hologram cell **202** is larger than that of the deformable mirror device **207**, the telescope system **221** is adjusted so that it has a magnification smaller than 1.

The present invention is not limited to the specifically disclosed embodiments, and variations and modifications may be made without departing from the scope of the present invention.

What is claimed is:

**1**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material, wherein said movement means includes a first movement means for moving the hologram recording material in a linear direction, and a second movement means for moving the hologram recording material in a rotational direction;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of hologram cells, while said movement means moves the hologram recording material,

wherein said means for generating said light beam and for splitting said light beam generates a spherical wave and an aspherical wave which correspond to said first and second light beams, respectively, and

wherein said means for generating said aspherical wave which corresponds to said second light beam comprises

a deformable mirror device for phase-modulating the second light beam emitted from the means for generating said light beam in a hologram cell unit, a phase-modulated light from said deformable mirror device corresponding to said aspherical wave.

**2**. A holographic recording apparatus as claimed in claim **1**, wherein said spatial frequency changing means comprises

a means for changing a position of said means for generating said light beam and for splitting said light beam.

**3**. A holographic recording apparatus as claimed in claim **1**, further comprising mask moving means for linearly moving said mask so that interference patterns are recorded in hologram cells on the hologram recording material.

**4**. A holographic recording apparatus as claimed in claim **1**, further comprising polarization rotating elements that respectively rotate polarizations of said first and second light beams.

**5**. A holographic recording apparatus as claimed in claim **1**, wherein said spatial frequency changing means comprises

an optical element disposed between said means for generating said light beam and for splitting said light beam, and said hologram recording material.

**6**. A holographic recording apparatus as called in claim **1**, wherein said means for generating said aspherical wave which corresponds to said second light beam comprises a telescope system disposed between said deformable mirror device and said hologram recording material.

**7**. A holographic record apparatus as claimed in claim **1**, further comprising position adjustment means, coupled to said means for generating said light beam and for splitting said light beam, for changing a position of said means for generating said light beam and for splitting said light beam so that a minimum phase difference between the spherical wave and an interference pattern formed by the interference fringes can be obtained.

**8**. The holographic recording apparatus as claimed in claim **1**, wherein said means for generating said light beam and for splitting said light beam comprises a mirror which reflects a part of said first light beam to thereby generate said second light beam.

**9**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, interference fringes being recorded in a hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material; and

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of the first and second light beams with respect to the mask,

wherein said means for generating and splitting said light beam generates a spherical wave which corresponds to said first light beam,

and an aspherical wave which corresponds to said second light beam, and comprises

a deformable mirror device for phase-modulating the second light beam emitted from the means for generating said light beam in a hologram cell unit, a phase-modulated light from said deformable mirror device corresponding to said aspherical wave.



**10**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of holograms,

wherein said means for generating said light beam generates a spherical wave which corresponds to said first light beam, and an aspherical wave which corresponds to said second light beam, and

wherein said means for generating said light beam includes a deformable mirror device for phase-modulating the second light beam emitted from the means for generating said light beam in a hologram cell unit, a phase-modulated light from said deformable mirror device corresponding to said aspherical wave.

**11**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material, wherein said movement means includes a first movement means for moving the holo-

gram recording material in a linear direction, and a second movement means for moving the hologram recording material in a rotational direction;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of hologram cells, while said movement means moves the hologram recording material,

wherein said means for generating said light beam and for splitting said light beam comprises collimating means for generating first and second collimated light beams which correspond to said first and second light beams, respectively.

**12**. A holographic recording apparatus comprising:

a means for generating a light beam and for splitting said light beam into a first light beam and a second light beam;

a mask which is located in front of a hologram recording material and which has an aperture, first interference fringes being recorded in a first hologram cell on the hologram recording material corresponding to said aperture and second interference fringes being recorded



in a second hologram cell on the hologram recording material corresponding to said aperture;

movement means for supporting the hologram recording material masked by said mask and for relatively moving the hologram recording material with respect to the mask in predetermined directions so that an interference pattern is formed in an area on the hologram recording material, wherein said movement means includes a first movement means for moving the hologram recording material in a linear direction, and a second movement means for moving the hologram recording material in a rotational direction;

spatial frequency changing means, coupled to said means for generating and splitting said light beam, for changing incident angles of at least one of the first and second light beams with respect to the mask;

phase adjustment means for changing a phase of at least one of the first light beam and the second light beam; and

monitor means for monitoring the first and second interference fringes, wherein the phase adjustment means: (a) changes the phase of at least one of the first light beam and the second light beam on the basis of the interference fringes monitored by said monitor means and (b) causes the phases of the first and second interference fringes in adjacent first and second hologram cells to match each other, wherein the first and second light beams are projected onto an area including at least one of a plurality of hologram cells, while said movement means moves the hologram recording material,

wherein said means for generating said light beam and for splitting said light beam comprises means for generating first and second spherical waves which correspond to said first and second light beams, respectively.

* * * * *

# ELEMENTS OF PHOTONICS

## Volume I
## In Free Space and Special Media

Keigo Iizuka
University of Toronto

UTD LIBRARY
2601 N. FLOYD ROAD
RICHARDSON, TX 75083

WILEY-INTERSCIENCE
A JOHN WILEY & SONS, INC., PUBLICATION

UT-DALLAS LIBRARIES
3 1863 006 150 555

A1337

This book is printed on acid-free paper. ⊗

Copyright © 2002 by John Wiley & Sons, New York, N.Y. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (508) 750-8400, fax (508) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

For ordering and customer service, call 1-800-CALL-WILEY.

***Library of Congress Cataloging-in-Publication Data:***

Iizuka, Keigo, 1931–
Elements of photonics / Keigo Iizuka.
p. cm.—(Wiley series in pure and applied optics)
"A Wiley-Interscience publication."
Includes indexes.
Contents: v. 1. In free space and special media—v. 2. For fiber and integrated optics.
ISBN 0-471-83938-8 (v. 1 : alk. paper)—ISBN 0-471-40815-8 (v. 2 : alk. paper)
1. Photonics. 2. Integrated optics. 3. Fiber optics. I. Title. II. Series.
TA1520 .I35 2002
621.3–dc21 98-015244

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1




**Figure 1.46** Illustration of the Gabor-type hologram. (a) Fabrication of the hologram (point object). (b) Reconstruction of the image.

### 1.8.1 Gabor-Type Hologram

Figure 1.46a shows an arrangement for fabricating a Gabor-type hologram. A parallel laser beam illuminates both the object and the photographic film. A special feature of the Gabor-type hologram is that only one beam illuminates both the object and the film. In contrast, the Leith–Upatnieks type hologram uses two beams: one for illuminating the object and the other for illuminating the film.

Let's take a closer look at the geometry of the Gabor-type hologram in Fig. 1.46a. For simplicity, the object at $P_0$ is a point object. The reference beam $R$ is incident along the $z$ axis, which is perpendicular to the film. The object beam is the wave scattered from the object. The film is simultaneously illuminated by both the reference beam and the object beam. The film records the interference pattern between the reference

and object beams. For the recording of the interference pattern to be successful, it is necessary to have a mechanically stable setup, a spectrally pure source, and a high-resolution film. After being exposed, the film is developed, and the result is a Gabor-type hologram.

The human eye is not able to decipher the interference pattern of the hologram directly. Instead, the image has to be recreated by a process called reconstruction.

Let's assume that a laser was used to provide the spectrally pure source for creating the hologram, and that a similar laser with the same wavelength is used in the reconstruction process. Figure 1.46b shows the arrangement for reconstructing the image from the hologram. The hologram is illuminated from the back by the reconstruction laser beam. The light scattered from the interference pattern on the hologram forms the image of the original point object.

A more quantitative description is in order. Let's say the film is in the $(x, y)$ plane at a distance $d_0$ from the object. The field scattered by the point object is a spherical wave centered at the object. The scattered field observed on the film is

$$O(x, y) = \frac{A}{j\lambda} \frac{e^{jkr}}{r} \tag{1.258}$$

where

$$r = \sqrt{d_0^2 + x^2 + y^2}$$

If $d_0$ is much larger than the size of the photographic film, Eq. (1.258) can be approximated as in Eq. (1.31)

$$O(x, y) = \frac{A}{j\lambda d_0} e^{jk[d_0 + (x^2+y^2)/2d_0]} \tag{1.259}$$

The reference beam is a plane wave propagating in the $z$ direction and is expressed by

$$R = R_0 e^{jkz} \tag{1.260}$$

where $R_0$ is a real number.

The photographic film is now exposed to the interference pattern of the object and reference beams. The developed film looks like a Fresnel zone plate and is composed of a set of concentric rings as shown below the hologram in Fig. 1.46a. The expression $t(x, y)$ for the transmission coefficient of the film is

$$\begin{aligned} t(x, y) &= t_0 - \beta |R_0 + O(x, y)|^2 \\ &= t_0 - \beta [R_0^2 + |O(x, y)|^2 + R_0 O(x, y) + R_0 O^*(x, y)] \end{aligned} \tag{1.261}$$

We are now ready to reconstruct the image from the hologram by illuminating it with the reconstruction beam. The Fresnel diffraction pattern forms the reconstructed image. In order to use the Fresnel diffraction formula Eq. (1.38), we need to find the integrand $E(x, y)$, which is the light distribution that has just passed through the hologram. For simplicity, the reconstruction beam is assumed to be the same as the reference beam used at the time of the hologram's fabrication. From Eqs. (1.260) and (1.261), the expression for $E(x, y)$ is

$$E(x, y) = R_0^2 + |O(x, y)|^2 R_0 + R_0^2 O(x, y) + R_0^2 O^*(x, y) \tag{1.262}$$

where $t_0$ and $\beta$ were suppressed. The hologram is placed at $z = 0$ and the diffraction pattern is observed in the $(x_i, y_i)$ plane at $z = z_i$.

The first two terms of Eq. (1.262) do not have much of a spatial variation, which means that this portion of the reconstruction beam passes straight through along the $z$ axis with some attenuation. The Fresnel diffraction pattern $E_3(x_i, y_i)$ associated with the third term of Eq. (1.262) is from Eqs. (1.38), (1.259), and (1.260):

$$E_3(x_i, y_i) = AR_0^2 \frac{e^{jk[z_i+d_0+(x_i^2+y_i^2)/2z_i]}}{j\lambda z_i} \frac{1}{j\lambda d_0} \mathcal{F}\{e^{jk(x^2+y^2)/2d_0} e^{jk(x^2+y^2)/2z_i}\}_{f_x=x_i/\lambda z_i, f_y=y_i/\lambda z_i} \tag{1.263}$$

Equation (1.263) can be rewritten as

$$E_3(x_i, y_i) = AR_0^2 \frac{e^{jk[z_i+d_0+(x_i^2+y_i^2)/2z_i]}}{j\lambda z_i} \frac{1}{j\lambda d_0} \mathcal{F}\{e^{jk(x^2+y^2)/2D}\}_{f_x=x_i/\lambda z_i, f_y=y_i/\lambda z_i} \tag{1.264}$$

where

$$\frac{1}{D} = \frac{1}{z_i} + \frac{1}{d_0}$$

Using the Fourier transform relationship Eq. (1.44) gives

$$E_3(x_i, y_i) = AR_0^2 \frac{e^{jk[z_i+d_0+(x_i^2+y_i^2)/2z_i]}}{j\lambda z_i j\lambda d_0} \cdot j\lambda D\{e^{[-j\pi\lambda D(f_x^2+f_y^2)]}\}_{f_x=x_i/\lambda z_i, f_y=y_i/\lambda z_i} \tag{1.265}$$

$$E_3(x_i, y_i) = AR_0^2 \frac{e^{jk(z_i+d_0)}}{j\lambda(z_i+d_0)} \cdot e^{jk(x_i^2+y_i^2)/2(z_i+d_0)} \tag{1.266}$$

Equation (1.266) is the expression for a diverging spherical wave that would be established if a point source were located at a distance of $z_i + d_0$ from the observer. Referring to Fig. 1.46b, this location is $P_0$ and is exactly where the point object had been placed. No light rays, however, converge to this point so that the image is a virtual image of the point object.

Next, the diffraction pattern due to the fourth term is obtained in a similar manner and the field observed is

$$E_4(x_i, y_i) = AR_0^2 \frac{e^{jk(z_i-d_0)}}{j\lambda(z_i-d_0)} e^{jk(x_i^2+y_i^2)/2(z_i-d_0)} \tag{1.267}$$

Equation (1.267) is the expression of a spherical wave that would be established if a point source were located at a distance of $z_i - d_0$ from the observer. Referring to Fig. 1.46b, this location is $P_1$ and is symmetric to $P_0$ with respect to the hologram. The spherical wave is convergent first in the region $z_i < d_0$ and actually converges at $z_i = d_0$; then it is divergent again in the region of $z_i > d_0$. If a sheet of paper is placed at $z_i = d_0$, a bright spot is observed. This bright spot is the real image of the point object.

The object was assumed to be a point object, but the analysis can be extended to a more complex object. The complex object can be considered as an ensemble

of individual points; thus, the virtual image of the original object is observed at the original object location. This image is called the orthoscopic image.

The real image is in a plane that is symmetric to the object with respect to the hologram. This image is called the pseudoscopic image of the hologram and is explained further in Section 1.8.3. The observer can view this image either by inserting a piece of paper or by positioning his/her eyes at a distance $z_i > d_0$.

A major disadvantage of the Gabor-type hologram is that the wavefronts overlap. With the geometry shown in Fig. 1.46b, the observer sees three wavefronts at the same time; one from the undiffracted portion of the reconstructing beam that passes straight through the hologram, one from the extension of the virtual image $P_0$, and one from the real image $P_1$. When the observer tries to focus his/her eyes on $P_0$, the reconstruction beam and the blurred image of $P_1$ are in the background and the quality of the reconstructed image of the Gabor-type hologram is not high.

### 1.8.2 Off-Axis Hologram

The disadvantage of the Gabor-type hologram was overcome by Leith and Upatnieks in 1962. They proposed a scheme for slanting the direction of incidence of the reference beam in order to spatially separate the locations of the reconstructed images. The quality of the images were substantially improved.

Figure 1.47a shows an off-axis reference hologram. The reference beam is incident on the hologram at an angle $\theta$ with respect to the normal to the hologram and is expressed by

$$R = R_0 e^{jkx\sin\theta + jkz\cos\theta} \tag{1.268}$$

where $R_0$ is a real number, again. The same light beam will be used as the reconstruction beam. The change to the slanted reference beam from the straight-on reference beam needs only a minor modification to the previous results obtained with the Gabor-type hologram in Section 1.8.1. The transmission coefficient of the hologram at $z = 0$ is

$$\begin{aligned} t(x, y) &= t_0 - \beta |R_0 e^{jkx\sin\theta} + O(x, y)|^2 \\ &= t_0 - \beta[R_0^2 + |O(x, y)|^2 + R_0 e^{-jkx\sin\theta} O(x, y) + R_0 e^{jkx\sin\theta} O^*(x, y)] \end{aligned} \tag{1.269}$$

In the process of reconstructing the holographic image, the hologram is illuminated with a reconstruction beam that is the same as Eq. (1.268). The input pattern $E(x, y)$ to the Fresnel diffraction formula is obtained by the multiplication of $t(x, y)$ and $R$.

$$E(x, y) = R_0^3 e^{jkx\sin\theta} + |O(x, y)|^2 R_0 e^{jkx\sin\theta} + R_0^2 O(x, y) + R_0^2 e^{j2kx\sin\theta} O^*(x, y) \tag{1.270}$$

The amplitude of the first two terms has practically no spatial variation; these terms are the parallel beams in the $\theta$ direction. The third term is identical to the earlier result in Eq. (1.263). This means that tilting the reference beam does not affect the location of the virtual image (as long as the reference beam is used as a reconstruction beam). The virtual image occupies the same location as the original object, which in Fig. 1.47a is along the $z$ axis. The fourth term can be obtained the same way that Eq. (1.267)

LAMAR UNIVERSITY-BEAUMONT
0 00 01 0951088 3
QC
355.3
W36
2002

# troduction to Light

# Th

# Li

Lamar University Interlibrary Loan

Trans. #: 10833

**Title** Introduction to light ; the physics of light, vision, and color /
**Author** Waldman, Gary.
**Call #** QC355.3 .W36 2002/rush LAMARUNIV 6th fl

**Patron** Harris, Aly/253266
**Due** 09/05/08

**ILL#** 44861427

**DO NOT REMOVE THIS LABEL**
***NO RENEWAL***
**Loaned To:** ISM - Southern Methodist University

**ILL Office Hours: Monday - Friday from 8 a.m. - 5 p.m.**
**Phone: 409-880-8987** ill@library.lamar.edu

DATE DUE

*To Mary Lou*

*Copyright*

Copyright © 1983 by Prentice-Hall, Inc.
New material copyright © 2002 by Gary Waldman.
All rights reserved under Pan American and International Copyright Conventions.

Published in Canada by General Publishing Company, Ltd., 895 Don Mills Road, 400-2 Park Centre, Toronto, Ontario M3C 1W3.
Published in the United Kingdom by David & Charles, Brunel House, Forde Close, Newton Abbot, Devon TQ12 4PU.

*Bibliographical Note*

This Dover edition, first published in 2002, is an unabridged, slightly corrected republication of the work originally published in 1983 by Prentice-Hall, Inc. An expanded Chapter 1 is included in the 2002 edition.

*Library of Congress Cataloging-in-Publication Data*

Waldman, Gary.
Introduction to light : the physics of light, vision, and color / Gary Waldman.—Expanded and rev. ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-486-42118-X (pbk.)
1. Light. I. Title.

QC355.3 .W36 2002
535—dc21

2002019669

Manufactured in the United States of America
Dover Publications, Inc., 31 East 2nd Street, Mineola, N.Y. 11501

lens. It appears to be more like two lenses at once, a converging lens and a diverging lens of the same focal length. Similarly, when the incoming light is in the form of spherical waves corresponding to a point object closer than infinity, two images are formed, one real and one virtual, corresponding to the two types of focal point. There is also one additional respect, which will not be important for our purposes, in which a Fresnel zone plate behaves differently from a single lens: it has secondary focal points at $f/3$, $f/5$, $f/7$, etc.

## 7.2 HOLOGRAM AS A SET OF ZONE PLATES

By this time you might well be asking what all this zone plate business has to do with holography. The answer to that question lies in the fact that a hologram is an interference pattern and the most basic hologram, one of a point object, is an interference pattern which looks almost identical to a Fresnel zone plate. Such a basic hologram can be made by placing a point object in a coherent parallel beam of light (plane waves) and recording on film the interference pattern produced by combination of the plane waves and spherical waves scattered by the point. This arrangement is shown in Fig. 7-4. The resulting interference pattern will be a set of light and dark rings in the same position as those of a Fresnel zone plate with one focal point at the point object. The argument to prove this result is almost identical to the one used to show that the Fresnel zone plate has a focal point at $f$. The only difference between this hologram and a Fresnel zone plate is that in the hologram the change from a light to dark zone is gradual and continuous rather than abrupt. This basic hologram, illustrated in Fig. 7-5, is often called a **Gabor zone plate,** after the founder of holography.

Essentially the same interference pattern would be formed if the original light were also in the form of spherical waves coming from a point farther away than the object; a Gabor zone plate of somewhat different focal length would result. After all,




**Figure 7-4** Hologram of a point object



**Figure 7–5** Gabor zone plate

even plane waves can be considered as spherical waves originating from a point infinitely far away.

You can see that the hologram of a point object does not in itself look very much like the point object. But a Gabor zone plate has practically the identical imaging properties as a Fresnel zone plate. Therefore, if a developed transparency (positive or negative) of the interference pattern is placed in a parallel beam, it will give a real and a virtual focal point at the same distance as the original object from the plate, which respectively represent a real and a virtual image of the original object. Happily enough, the Gabor zone plate does not have the secondary focal points at $f/3$, $f/5$, etc., which here would just be extraneous and bothersome light. The reconstruction of the point object is shown in Fig. 7–6.

The holographic recording and reconstruction of a point object described above exhibits the general features of holography. The hologram itself is an in-




**Figure 7–6** Reconstruction of point object

terference pattern between light reflected from the object, called the **object beam,** and light directly from the source, called the **reference beam.** After development, the hologram is put back in its original position in the reference beam with the object removed. Two images of the object now appear: the virtual image at the original position of the object and the real image the same distance away on the opposite side.

For an extended object the principles remain the same, except that in this case each point on the object acts as a source of spherical waves, producing its own Gabor zone plate. The hologram then becomes a complex superposition of Gabor zone plates, each of which will reconstruct one point in the images when illuminated with the reference beam. Although the principles seemed clear, Gabor's early efforts were beset with a number of practical difficulties. First was the lack of a good coherent source of light such as a laser. Instead he used filtered light, which was not very coherent and therefore gave rise to random "noise" in the image. He was also limited to two-dimensional transparencies for objects because, as you can see from Fig. 7-4, a solid, opaque object would scatter light back toward the source rather than toward the photographic plate as required. Finally, in the reconstruction process the observer generally ends up viewing light from both the real and virtual images together (see Fig. 7-6), so one image becomes unwanted noise in the other.

## 7.3 IMPROVED HOLOGRAMS

Leith and Upatnieks introduced to holography both the laser, with its superior coherence, and an off-axis technique that allowed three-dimensional objects and visual separation of the real and virtual images. By splitting the beam from the source and sending one part to be reflected from the object while sending the other part directly to the photographic plate, they could bring in the object and reference beams from somewhat different directions. Figure 7-7 shows two of the many ways this result can be accomplished.

In the off-axis method the hologram is still a superposition of Gabor zone




**Figure 7-7** Off-axis holographic techniques

# LASERS & HOLOGRAPHY

## An Introduction to Coherent Optics

Winston E. Kock

Director of the Herman Schneider Laboratory
University of Cincinnati

(Second, Enlarged Edition)

Dover Publications, Inc.
New York

A1348

To Sir C. V. Raman

Copyright © 1968, 1969 by Doubleday & Company, Inc.
Copyright © 1981 by Winston E. Kock.
All rights reserved under Pan American and International Copyright Conventions.

This Dover edition, first published in 1981, is a second, enlarged edition of the work first published in 1969 by Doubleday & Company.

*International Standard Book Number: 0-486-24041-X*
*Library of Congress Catalog Card Number: 80-69746*

Manufactured in the United States of America
Dover Publications, Inc.
31 East 2nd Street, Mineola, N.Y. 11501

sound waves. Using a penny as his opaque disk and sunlight as his source of light waves, he demonstrated the presence of a bright spot in the center of the circular shadow of the penny. From our everyday observations of the shadows cast by opaque objects placed in the path of sunlight, we would find it difficult to believe that the wave intensity or brightness at a point in the deep shadow of a disk is, as Lord Rayleigh stated in his *Theory of Sound,* "the same as if no obstacle at all were interposed."

Rayleigh further described methods for demonstrating, with acoustic waves, the existence of this bright region. He states that the "region of no sensible shadow, though not confined to a mathematical point on the axis, is of small dimensions" and, further, that "immediately surrounding the central spot, there is a ring of almost complete silence, and beyond that again a moderate revival of effect." *Plate* 22 omits the wave fronts of *Plate* 3 and portrays only the amplitude pattern of sound intensity behind the disk (for this figure, the same disk and same wavelength sound waves as those of *Plate* 3 were used). In this figure, we see clearly all three of Rayleigh's areas, the bright central spot or cone, the "ring of silence" above and below the bright central cone, and the "revival of effect" above and below the ring of silence. These same areas can also be seen in the wave pattern photo of *Plate* 3.

## *Disks and Zone Plates*

Rayleigh noted that the wave concentration in the shadow of a disk can be further enhanced by positioning additional annular rings around the disk, thereby blocking out other areas or zones of wave energy. This process of adding additional blocking rings leads to a *zone plate,* a device used for focusing several forms of wave energy. We shall see in the next chapter that the optical zone plate is closely related to a hologram because the photographic record of the interference pattern of spherical waves and a set of plane reference waves are forms of zone plates. A knowledge of the more pertinent properties of zone plates can provide us with a better understanding of the hologram process.

# LASER BEAM SHAPING

**ISBN: 0-8247-0398-7**

This book is printed on acid-free paper.

**Headquarters**
Marcel Dekker, Inc.
270 Madison Avenue, New York, NY 10016
tel: 212-696-9000; fax: 212-685-4540

**Eastern Hemisphere Distribution**
Marcel Dekker AG
Hutgasse 4, Postfach 812, CH-4001 Basel, Switzerland
tel: 41-61-261-8482; fas: 41-61-261-8896

**World Wide Web**
http://www.dekker.com

The publisher offers discounts on this book when ordered in bulk quantities. For more information, write to special Sales/Professional Marketing at the headquarters address above.

**Copyright ©2000 by Marcel Dekker, Inc. All Rights Reserved.**

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

**PRINTED IN THE UNITED STATES OF AMERICA**

Case 1:06-cv-00601-EJD Documer



We will use the Poynting vector to justify the fact that the rays in geometrical optics are in fact the direction that energy is begin transported.

## V. GEOMETRICAL OPTICS

### A. Fermat's Principle

In order to understand our discussion of beam shaping it is essential to know how to use the laws of geometrical optics. Although understanding the derivation of the basic principles clearly leads to a deeper understanding, this is not essential for our presentation. For this reason we begin by stating the basic principles, and showing how we will use them. Once this is done, we will discuss the derivation of the principles.

Our treatment of geometrical optics is based on Fermat's principle (11). Fermat's principle is often stated as saying that the ray that gets from a point **a** to a point **b** will take the path that minimizes the travel time. This is a very concise statement of the principle, but it is not technically correct. Rather than saying that the true path minimizes the travel time, we need to say that the true path is stationary with respect to travel time. In many situations, the travel time is in fact minimized, but it is not always the case.

Before discussing what stationarity means in geometrical optics, we will clarify what we mean by stationarity in a simpler setting. The function $F(x,y) = (x - x_0)^2 + (y - y_0)^2$ has a minimum at $(x,y) = (x_0, y_0)$. A necessary condition that it has a minimum at $(x_0, y_0)$ is that the partial derivatives of $F$ vanish at $(x_0, y_0)$. The vanishing of the partial derivatives is equivalent to saying that the function $F(x,y)$ is stationary at $(x_0, y_0)$. Another way of putting this is to say that if we take any numbers $(\hat{x}, \hat{y})$, then

$$F(x_0 + \epsilon\hat{x}, y_0 + \epsilon\hat{y}) = F(x_0, y_0) + O(\epsilon^2) \quad \text{as} \quad \epsilon \to 0. \tag{145}$$

At a point that is not stationary we would have $F(x_0 + \epsilon\hat{x}, y_0 + \epsilon\hat{y}) = F(x_0, y_0) + O(\epsilon)$ as $\epsilon \to 0$. In order for a function to have a minimum at $(x_0, y_0)$ it must be stationary, but stationarity does not imply that the function is a minimum. For example, the function

$$F(x,y) = -x^2 - y^2 \tag{146}$$

is stationary at $(0,0)$, but it has a maximum rather than a minimum. The function

$$F(x,y) = x^2 - y^2 \tag{147}$$

is stationary at $(0,0)$, but it has neither a minimum nor a maximum.

Returning to geometrical optics, we will parametrize curves going from point **a** to **b** by a parameter $s$ such that $0 \leq s \leq 1$. Let $\mathbf{x}(s) = (x(s), y(s), z(s))$ be a curve such that $\mathbf{x}(0) = \mathbf{a}$ and $\mathbf{x}(1) = \mathbf{b}$, then we will denote the travel time along this curve as

$$T(\mathbf{x}(s)) = \text{travel time}. \tag{148}$$

Suppose that $\mathbf{x}_0(s)$ is the true path that a light ray takes to get from **a** to **b**. The stationarity condition implies that for any functions $\hat{\mathbf{x}}(s)$ such that $\hat{\mathbf{x}}(0) = \hat{\mathbf{x}}(1) = 0$,

$$T(\mathbf{x}_0(s) + \epsilon\hat{\mathbf{x}}(s)) = T(\mathbf{x}_0(s)) + O(\epsilon^2). \tag{149}$$

Fermat's principle applies in an enormous variety of situations. Many times we put constraints on the travel paths. For example we can use Fermat's principle to show that the angle of incidence equals the angles of reflection for a light ray bouncing off of a mirror. In this case we use the constraint that a ray goes from point **a** to **b** after first touching a surface.

If a light ray gets from point **a** to point **b** by first passing through an intermediate point **c**, it can be shown that the paths from **a** to **c** and from **c** to **b** must each be stationary.

We will now give some concrete examples illustrating Fermat's principle. The first few examples that we give are not directly relevant to the beam shaping problem, but the last example is absolutely essential to understanding our discussion of beam shaping.

**Example 1** Suppose we have a medium that has a constant speed of light. For a ray to get from a point **a** to a point **b** in the least amount of time it is clear that it must travel in a straight line. Since the travel path to get from **a** to **b** is a minimum, it is clear that it is also stationary. It can be shown that in this case, straight lines are the only stationary paths.

**Example 2** Suppose the plane $z = 0$ separates medium $I$ with a velocity of $c_I$ from medium $II$ with velocity $c_{II}$. What path does a light ray take to get from a point **a** in medium $I$ to a point **b** in medium $II$. From our last example we already know that the path must be a straight line in each medium. For simplicity we will assume that the light ray travels in the plane $y = 0$. Suppose that $\mathbf{a} = (x_1, 0, z_1)$, and $\mathbf{b} = (x_2, 0, z_2)$. Suppose that in going from **a** to **b** the ray goes through $\mathbf{c} = (\xi, 0, 0)$ on the interface between the two media. We do not know the value of $\xi$ ahead of time, but it can be determined using Fermat's principle. The total travel time to get from **a** to **b** by going through **c** is

$$T(\xi) = \frac{1}{c_I}\sqrt{(x_1 - \xi)^2 + z_1^2} + \frac{1}{c_{II}}\sqrt{(x_2 - \xi)^2 + z_2^2}. \tag{150}$$

In order for the travel time to be stationary, we must have

$$\frac{dT}{d\xi} = 0. \tag{151}$$

This implies that

$$\frac{\sin(\theta_I)}{c_I} = \frac{\sin(\theta_{II})}{c_{II}}, \tag{152}$$

where

$$\sin(\theta_I) = \frac{\xi - x_1}{\sqrt{(x_1 - \xi)^2 + z_1^2}}, \tag{153}$$

$$\sin(\theta_{II}) = \frac{x_2 - \xi}{\sqrt{(x_2 - \xi)^2 + z_2^2}}. \tag{154}$$

This is equivalent to Snell's law of refraction.

**Example 3** Suppose we would like to design a mirror that focuses all of the light rays coming from a point **a** to a point **b**. For simplicity we will consider this problem to take place in two dimensions. We also assume that the speed of light is constant throughout our medium. Suppose a ray comes from **a** at an angle of $\theta$ with the horizontal. Suppose that this ray bounces off the mirror at a point $\mathbf{p}(\theta)$, and then goes to the point **b**. Let $T(\theta)$ be the travel time to get from **a** to $\mathbf{p}(\theta)$ and then to **b**. In order for Fermat's principle to hold we must have

$$\frac{dT}{d\theta} = 0. \tag{155}$$

This means that if $\mathbf{q}_1$ is any point on the mirror, then the distance from **a** to $\mathbf{q}_1$ plus the distance from $\mathbf{q}_1$ to **b** must be the same as for any other point $\mathbf{q}_2$ on the mirror. This implies that the mirror must in fact have the shape of an ellipse, with foci at **a** and **b**.

It should be noted that as we move the point **a** off to $\infty$, this ellipse ends up turning into a parabola. This gives us the solution of how to focus rays coming in from $\infty$ to a single point **b**.

**Example 4** When using Fermat's principle for parallel beams of light it is necessary to be familiar with the following argument. Suppose we have a parallel beam of rays coming in from $\infty$. We can think of such rays as coming from a very distant point source. Suppose the point source is at

$\mathbf{p} = (-L, 0, 0)$. Assuming a homogeneous medium, the time to get from $\mathbf{p}$ to a point $(x, y, z)$ is given by

$$T(x,y,z) = \frac{1}{c}\sqrt{(x+L)^2 + y^2 + z^2}. \tag{156}$$

As $L \to \infty$ we can make the approximation

$$T(x,y,z) = \frac{1}{c}(L + x + O(1/L)). \tag{157}$$

This shows that the travel time to get to any point in space $(x, y, z)$ is independent of $y$ and $z$. When applying Fermat's principle, the travel time $L/c$ will not matter since it is the same for all paths. We will use this fact whenever we are applying Fermat's principle to rays that are coming in parallel.

**Example 5** We now give an example that shows that the ray paths do not always minimize the travel time, but they are still stationary with respect to travel time. Suppose we have a cylindrical mirror (see Fig. 4) whose surface is given by

$$(x,y) = R(\cos(\theta), \sin(\theta)) \quad -\pi/2 \le \theta \le \pi/2. \tag{158}$$

We are interested in finding the paths of rays that are coming in parallel from $x = -\infty$. As we have already mentioned, this can be thought of as rays coming from a distant source at $\mathbf{p} = (-L, 0)$ where $L$ is very large. The travel time to get from $\mathbf{p}$ to a point on the surface of the mirror $R(\cos(\theta), \sin(\theta))$, and then to a point $(x, y)$ is (assuming $L \gg 1$)

$$T(\theta) = \frac{1}{c}\left(L + R\cos(\theta) + \sqrt{(x - R\cos(\theta))^2 + (y - R\sin(\theta))^2}\right). \tag{159}$$



**Figure 4** A schematic of light being reflected by a circular mirror. In the shaded region, there are two rays that reach each point by a single reflection off of the mirror. Outside of this region, there is only one ray that reaches each point by a single reflection.

Case 1:06-cv-00001-LJD Docume



Given a point $(x, y)$ the equation $dT/d\theta = 0$ will determine where the ray that reaches $(x, y)$ reflects off the mirror. For simplicity we will limit ourselves to points such that $y = 0$. In this case we can write the stationarity condition as

$$\frac{dT}{d\theta} = \frac{R\sin(\theta)}{c}\left(-1 + \frac{x}{\sqrt{(x - R\cos(\theta))^2 + R^2\sin^2(\theta)}}\right). \tag{160}$$

This equation has the solutions

$$\sin(\theta) = 0, \tag{161}$$

or

$$x^2 = (x - R\cos(\theta))^2 + R^2\sin^2(\theta). \tag{162}$$

This last equation can be written as

$$x = \frac{R}{2\cos(\theta)}. \tag{163}$$

For any value of $x$ the first of these equations gives us the solution $\theta = 0$. However, the second equation will have no solutions if $x < R/2$, and will have two solutions if $x > R/2$. When we look throughout the $xy$ plane we find that there will be a region that has three reflected rays reaching each point, and another region with only one reflected ray reaching each point. The curve separating the two regions is an example of a caustic surface. These caustic surfaces are easily observed since the irradiance at the surface becomes much larger than at a typical point in the plane. This particular situation can be observed when looking into a cup of tea, or a bowl of sugar under the light from a concentrated source such as an incandescent light bulb.

Note that not all of the rays have minimum travel time. If we compute $d^2T/d\theta^2$ we get

$$\frac{d^2T}{d\theta^2} = \frac{R\cos(\theta)}{c}\left(-1 + \frac{x}{\sqrt{(x - R\cos(\theta))^2 + R^2\sin^2(\theta)}}\right) - \frac{R^2\sin^2(\theta)}{c}\frac{x^2}{((x - R\cos(\theta))^2 + R^2\sin^2(\theta))^{3/2}}. \tag{164}$$

If we restrict our attention to the ray that hits the mirror at $\theta = 0$, we have

$$\frac{d^2T(0)}{d\theta^2} = \frac{R}{c}\left(-1 + \frac{x}{|x - R|}\right). \tag{165}$$

This shows that if $x > R/2$, then the travel time is a minimum, but if $x < R/2$ the travel time is in fact a local maximum.

**Example 6** This last example plays a large role in our theory of beam shaping since it shows that our Fourier transform lens has a quadratic time delay, and hence a quadratic phase function. Suppose we would like to place a lens at $x = 0$ that focuses all of the rays coming in from $x = -\infty$ to a single point at $(x, y) = (f, 0)$. We will make several approximations. To begin with, we assume that the lens is thin. This means that the rays that enter the lens at $(0, y)$ emerge at very nearly the same point. We can model the effect of the lens by saying that it introduces a time delay of $t_L(y)$. This means that a ray that enters the lens at $(0, y)$ takes a time $t_L(0, y)$ to emerge from the lens. In practice this time delay can be introduced by making the lens out of a material that has a different index of refraction than the medium that the rays are traveling in, and by varying the thickness of the lens.

We would like to determine the function $t_L(y)$ such that all of the rays from $\infty$ get focused to the point $(f, 0)$. The time for a ray to go from a distant point $(-L, 0)$ to a point $(0, y)$ and then to the point $(f, 0)$ is approximately

$$t(y) = \frac{1}{c}(L + \sqrt{f^2 + y^2}) + t_L(y). \tag{166}$$

Here we have made the approximation that $L \gg 1$, and used the simplified expression for the distance from $(-L, 0)$ to $(0, y)$. We will now make the paraxial approximation. This assumes that all points on the lens satisfy $y^2/f^2 \ll 1$. In this case we can approximate the square root using

$$\sqrt{f^2 + y^2} \approx f + \frac{y^2}{2f}. \tag{167}$$

Using this approximation, we can write

$$t(y) \approx \frac{1}{c}\left(L + f + \frac{y^2}{2f}\right) + t_L(y). \tag{168}$$

Fermat's principle requires that the path that gets from $(-L, 0)$ to $(f, 0)$ must be stationary with respect to all nearby paths. This implies that

$$\frac{dt}{dy} = 0 \text{ for all } y. \tag{169}$$

This means that we must have $t(y) = \text{constant}$, and hence

$$t_L(y) = -\frac{y^2}{2fc}. \tag{170}$$

This shows that in the paraxial approximation, we must use a quadratic lens in order to focus an initially parallel beam of rays to a point.

## B. The Eikonol Equation

The laws of geometrical optics can be derived as a high-frequency approximation to the solutions of Maxwell's equations. The rays of light are related to the direction of energy propagation. There is a very strong connection between Fermat's principle and the method of stationary phase. Both the method of stationary phase and the laws of geometrical optics are high frequency limits, they both are centered about the phase of the wave field, and they both use a stationarity condition.

Before considering the high-frequency limit of Maxwell's equations, we will begin by considering the high-frequency limit of the scalar wave equation. Suppose we have a solution $p(\mathbf{x}, \omega)$ to the equation

$$\nabla^2 p + \frac{\omega^2}{c^2(\mathbf{x})} p = 0. \tag{171}$$

This is the time harmonic wave equation, also known as the reduced wave equation. We are interested in determining the behavior of these solutions for large values of $\omega$. In particular we ask what solutions that are coming from a single point source look like. The theory of Green's functions shows that the general high-frequency limit (not necessarily from a point source) can be built up by integrating over many such point sources. If the velocity is constant we know that the point source solutions can be written as

$$p(\mathbf{x}, \omega) = A\,\frac{e^{i\omega r/c}}{r}. \tag{172}$$

Here $r^2 = x^2 + y^2 + z^2$. This solution has a very rapidly varying phase (it varies more rapidly the bigger $\omega$ is), and a slowly varying amplitude (that is independent of $\omega$). In the case of variable $c(\mathbf{x})$ we assume that even though the amplitude may not be completely independent of $\omega$, it depends very weakly on $\omega$. Generalizing to the case of non-homogeneous media, in the high-frequency limit we will assume that $p(\mathbf{x}, \omega)$ can be written as

$$p(\mathbf{x}, \omega) = A(\mathbf{x})e^{i\omega\phi(\mathbf{x})}. \tag{173}$$

US006891683B2

(12) **United States Patent**
**Schuster**

(10) **Patent No.: US 6,891,683 B2**
(45) **Date of Patent: May 10, 2005**

(54) **REFRACTIVE PROJECTION OBJECTIVE WITH A WAIST**

(75) Inventor: **Karl-Heinz Schuster**, Königsbronn (DE)

(73) Assignee: **Carl Zeiss SMT AG**, Oberkochen (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 57 days.

(21) Appl. No.: **10/645,302**

(22) Filed: **Aug. 21, 2003**

(65) **Prior Publication Data**

US 2004/0120051 A1 Jun. 24, 2004

**Related U.S. Application Data**

(63) Continuation of application No. PCT/EP03/01651, filed on Feb. 19, 2003.

(60) Provisional application No. 60/360,845, filed on Mar. 1, 2002.

(30) **Foreign Application Priority Data**

May 13, 2002 (DE) ........................................ 102 21 243
Jun. 28, 2002 (DE) ........................................ 102 29 249

(51) **Int. Cl.**[7] ........................... **G02B 21/02**; G02B 9/00
(52) **U.S. Cl.** ....................................... **359/754**; 359/649
(58) **Field of Search** ................................ 359/649–651, 359/754

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,008,884 | A | 12/1999 | Yamaguchi et al. |
| 6,560,031 | B1 | 5/2003 | Shafer et al. |
| 6,590,715 | B2 | 7/2003 | Shafer et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 198 18 444 | 10/1998 |
| DE | 198 55 108 | 5/2000 |
| EP | 1 111 4254 | 6/2001 |
| WO | WO-03/075049 | 9/2003 |
| WO | WO-03/075096 | 9/2003 |
| WO | WO-03/075097 | 9/2003 |
| WO | WO-03/077036 | 9/2003 |
| WO | WO-03/077037 | 9/2003 |
| WO | WO-03/093904 | 11/2003 |

*Primary Examiner*—Scott J. Sugarman
(74) *Attorney, Agent, or Firm*—Darby & Darby

(57) **ABSTRACT**

A refractive projection objective for use in microlithography with lenses made exclusively of one and the same material has an image-side numerical aperture larger than 0.7. A light bundle defined by the image-side numerical aperture and by the image field has within the objective a variable light-bundle diameter smaller than or equal to a maximum light-bundle diameter. In a length interval measured on the optical axis from the system diaphragm towards the object field and at least equaling the maximum light-bundle diameter, the variable light-bundle diameter exceeds 85% of the maximum light-bundle diameter.

**32 Claims, 6 Drawing Sheets**






# FIG.1




25
O'
64
21
D5
D4
D3
D2
D1
UG3d
UG3c
23
UG3b
UG3a
LG3
29
LG2
LG1
6
2
O
EG1

FIG.2




FIG.3




FIG.4




FIG.5




FIG.6

## REFRACTIVE PROJECTION OBJECTIVE WITH A WAIST

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of International Patent Application Serial No. PCT/EP 03/01651 filed Feb. 19, 2003, which claims priority of U.S. Provisional Application Ser. No. 60/360,845 filed Mar. 1, 2002 and which is hereby incorporated by reference in its entirety.

### BACKGROUND OF THE INVENTION

The invention relates to a projection system for making photographic exposures with a refractive projection objective. More specifically, the invention relates to the refractive projection objective itself as well as to a method involving the use of the projection system with the refractive projection objective in the manufacture of components carrying a microstructure. All lenses of the projection objective consist of the same material, and the numerical aperture of the projection objective on the image side is larger than 0.7.

The German patent application DE 198 18 444 A1 discloses refractive projection objectives that are designed for exposures with light of a wavelength of 248.4 nm, where all lenses of the projection objectives consist of a material which at the stated exposure wavelength have a refractive index of 1.50839 which is characteristic of, e.g., quartz glass.

The aforementioned reference further discloses that when image aberrations occur, they can be corrected by a targeted use of aspheres. For example, as mentioned in this reference, an image distortion occurring with the projection objective can be corrected by using an asphere in the first lens group, which in this case is a lens group of positive refractive power. Further according to the same reference, entrance pupil aberrations occurring in the projection objective can be corrected by including an asphere in the second lens group, which is a group of negative refractive power and forms a first waist of the projection objective. It is also known that by arranging an aspheric lens surface in the third lens group it is possible to minimize a coma effect that may be present in the projection objective, where the third lens group is a group of positive refractive power and is arranged between the two waists (second and fourth lens group). A coma effect occurring in the objective can likewise be minimized by arranging an asphere in the sixth lens group, which is of positive refractive power and is arranged directly in front of the wafer. Through the use of an asphere in the fifth lens group, which is of positive refractive power, it is possible to correct aberrations associated with a large numerical aperture, in particular spherical aberrations. A correction of spherical aberrations is also possible by arranging an asphere in the fourth lens group, as long as the asphere is arranged close to the image plane.

As disclosed in U.S. Pat. No. 5,668,672, chromatic aberrations can be corrected by using quartz glass in combination with a fluoride material as lens materials. Further known from U.S. Pat. No. 6,377,338 is a refractive projection objective, in which chromatic aberrations are corrected by using a combination of two or more kinds of fluoride crystals. The projection objective shown in FIG. 11 of U.S. Pat. No. 6,377,338, which is designed for a wavelength of 157 nm, includes several aspheres. The lens materials proposed for use at this wavelength include in particular calcium fluoride and lithium fluoride.

In the U.S. patent application Ser. No. 09/694,878 (EP 1094350 A), the use of individual calcium fluoride lenses is



proposed for the correction of chromatic aberrations in an objective designed for the wavelength of 193 nm wherein most of the lenses consist of quartz glass. The projection objective presented in FIG. 1 of this reference is a refractive objective with a numerical aperture of 0.7 and includes a lens group of negative power providing a clearly defined waist that is identified in the drawing as G2.

A projection objective that is likewise designed for a wavelength of 193 nm is described in U.S. Pat. No. 6,522,484. This lens system has a numerical aperture of 0.7 and the specified lens materials are quartz glass and calcium fluoride used in combination. The projection objectives proposed in this reference further have at least two lens groups of negative power, each of which produces a clearly defined waist in the light path geometry.

Refractive lens systems are described in EP 1139138 A1, in which the lenses consist of the materials calcium fluoride and quartz glass. An example of an objective designed for a wavelength of 157 nm is shown in which all lenses consist of calcium fluoride. Other lens arrangements presented in the same reference are designed for the wavelength of 193 nm. Each of the lens systems described includes a plurality of aspheres.

Using calcium fluoride, e.g., in a lens system designed for exposures at a wavelength of 193 nm has the disadvantages that on the one hand calcium fluoride is not as readily available as quartz glass and on the other hand it is also significantly more expensive.

### OBJECT OF THE INVENTION

The invention therefore has the objective to propose refractive lens arrangements, more specifically a microlithography projection system for making photographic exposures with a refractive projection objective, with a large numerical aperture and good optical qualities.

As a further objective, the invention aims to provide refractive lens systems for use in microlithography which offer a large numerical aperture in combination with small longitudinal chromatic aberrations.

The invention further has the objective to provide refractive lens systems at reduced manufacturing cost.

### SUMMARY OF THE INVENTION

According to the invention, the objectives outlined above are met by a refractive projection objective which has an optical axis, an object field, a system diaphragm, and an image field, wherein all lenses of the objective consist of the same material, wherein a maximum lens diameter can be identified among the lenses of the objective, and wherein the image-side numerical aperture of the objective is greater than 0.7. A light bundle traversing the objective from the object field to the image field is defined by the image-side numerical aperture and by the image field, and a maximum light bundle diameter exists relative to the entire light path between the object field and the image field. According to the invention, the objective is designed so that in an axial length interval at least equal to the maximum lens diameter or the maximum light bundle diameter and extending from the diaphragm towards the object field, the light bundle has a diameter that is larger than 85% of the maximum lens diameter or the maximum light bundle diameter.

Due to the measure of specifying the same material for all of the lenses, the manufacturing cost can be lowered even for the reason alone that the higher costs for procuring different materials are avoided.

The invention also provides a solution for a purely refractive objective which is made with only one lens material and provides a good level of correction for chromatic aberrations in applications where the objective is used as a microlithography projection objective with a large image-side numerical aperture and a large image field. As the chromatic aberration increases with increasing bandwidth of the light used for the exposure, the restriction on the bandwidth of the exposure light can be relaxed only by using an objective with an exceptionally effective correction of the chromatic aberration, in particular the longitudinal chromatic aberration, without having to tolerate a deterioration in image quality.

The objective should be suited in particular for wavelengths of 157 nanometers and 193 nanometers. As an unexpected result, it was found that even with the complex boundary conditions imposed on a high-quality microlithography projection objective, measures can be taken with regard to the arrangement and the design of the lenses so that at a given amount of dispersion, a noticeable reduction of the longitudinal chromatic aberration is achieved with a single lens material. Among the measures that can be taken, it has proven to be advantageous if positive refractive power is moved towards the image in order to keep the longitudinal chromatic aberration small.

The high-order Petzval correction that is necessary in lens arrangements of this type requires a design with waists of negative refractive power.

An arrangement where a doublet consisting of a positive lens and a negative lens is placed after the first waist with a large lens diameter of at least 85% of the maximum lens diameter or the maximum light bundle diameter provides the possibility to optimize the correction in regard to all aperture-related non-axial image aberrations without causing longitudinal chromatic aberrations.

Particularly the area ahead of the system diaphragm and the area of the diaphragm itself are predisposed to cause longitudinal chromatic aberrations. Because of this problem, it has proven to be advantageous to arrange lens doublets in the area ahead of and in the immediate vicinity of the system diaphragm, with each doublet having a positive lens coordinated with a negative lens that is positioned close to the positive lens and has a similar light bundle diameter. Doublets with a combined refractive power of less than 20% of the refractive power between the diaphragm and the wafer were found particularly advantageous. The outside contour shape of the doublets resembles a thick curved meniscus that has a relatively small refractive power.

It has proven advantageous to provide a trace of a second waist in the form of two consecutive negative lenses placed between two positive lenses. Because of the large lens diameter of the negative lenses, the light bundle diameter is constricted only slightly in this second waist, in particular less than 10% of the maximum lens diameter occurring ahead of this waist. This has a beneficial effect on the longitudinal chromatic aberration.

Using aspheres in an opening group consisting of negative lenses has the advantage that the possibilities of the Petzval correction, in particular the field curvature correction, are not stretched to the limit.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the following, the invention will be described in more detail based on specific embodiments, which represent examples and are not to be interpreted as limitations of the scope of the invention. The description refers to the attached drawings, wherein



FIG. **1** represents a microlithography projection system;

FIG. **2** represents a refractive projection objective with a length of 1340.7 mm and a numerical aperture of 0.8 for applications in microlithography with an exposure light wavelength of 193 nm;

FIG. **3** represents a projection objective with a length of 1344 mm and a numerical aperture of 0.85 designed for a wavelength of 193 nm;

FIG. **4** represents a projection objective with a length of 1390 mm and a numerical aperture of 0.85 designed for a wavelength of 157 nm;

FIG. **5** represents a projection objective with a length of 1300 mm designed for a wavelength of 157 nm; and

FIG. **6** represents a projection objective with a length of 1200 mm designed for a wavelength of 193 nm.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

FIG. **1** serves to describe the principal layout of a projection system **1** for photographic exposures with a refractive projection objective **5**. The projection system **1** has an illumination device **3** that is equipped with a means for narrowing the bandwidth. The projection objective **5** comprises a lens arrangement **21** with a system diaphragm **19**, where the lens arrangement **21** defines an optical axis **7**. A mask **9**, which is held in the light path by means of a mask holder **11**, is arranged between the illumination device **3** and the projection objective **5**. Masks **9** of the kind used in microlithography carry a structure with detail dimensions in the micrometer to nanometer range, which is projected by means of the objective **5** onto an image plane **13** with a reduction in size by as much as a factor of **10**, in particular a factor of **4**. A substrate or wafer **15** is held in the image plane **13** by a substrate holder **17**. The smallest detail dimensions of the structures that can be resolved in the image depend on the wavelength of the light used for the exposure and also on the numerical aperture of the projection objective **5** as well as a K-factor. The maximum level of resolution that can be achieved with the projection system **1** increases with smaller wavelengths of the light bundle **23** that is produced by the illumination device **3** and through which the pattern of the mask **9** is projected onto the wafer **15** by means of the projection objective **5**.

The design of different lens arrangements **21** of projection objectives **5** for the wavelengths of 193 nm and 157.6 is described on the basis of FIGS. **2** to **6**, with the terms projection objective and lens arrangement being used interchangeably.

The refractive lens arrangement **21** shown in FIG. **2** is designed for the exposure light wavelength of 193 nanometers and has an image-side numerical aperture of 0.8. This lens arrangement **21** has 31 lenses, nine of which have at least one aspheric lens surface. This type of lens is also referred to as an asphere. The length from the object plane O to the image plane O' is 1340.7 mm.

The lens arrangement **21** of FIG. **2** can be subdivided into three lens groups LG**1** to LG**3**. The first lens group LG**1** has a positive refractive power and includes the lenses with the surfaces **2**–**15**. The lens group LG**1**, in turn, can be subdivided into an opening group EG**1** which has negative refractive power and includes the first three lenses. The first two lenses on the object side have aspheres arranged on a convex lens surface on the side facing the object. These first two lenses are curved towards the object.

The lenses that follow the opening group EG**1** form a bulge. These thick positive lenses have a favorable effect on

the Petzval sum and also make a favorable contribution in regard to the coma correction. The last lens of the lens group LG**1** has an aspherical surface on the side that faces towards the wafer.

The second lens group LG**2** is made up of the lenses with the lens surfaces **16–21**. The first and the last lens surface in this group are aspherical. The lens group has a negative refractive power and forms a distinct waist. Thus, this lens group makes a particularly valuable contribution to the correction of the higher-order sagittal spherical aberrations. At the same time, this lens group provides the main contribution to the Petzval correction, in particular the flattening of the image curvature.

The second lens group is followed by the third lens group LG**3**, which is composed of the lenses with the lens surfaces **22–64**. The most noticeable trait of this lens group is its elongated tubular appearance. This shape is the result of an elongated portion in the area ahead of the system diaphragm. This portion of the third lens group has a light bundle diameter or a lens diameter equal to at least 85% of the maximum lens diameter or the maximum light bundle diameter. Due to this configuration, it was possible to achieve favorable optical properties, particularly in regard to a longitudinal chromatic aberration, in an objective using only a single lens material. Especially the portion ahead of the system diaphragm **19** and the immediate vicinity of the system diaphragm are for principal reasons particularly critical sources of longitudinal chromatic aberration. In the illustrated example, four doublets are arranged ahead of the system diaphragm **19**, each consisting of a positive lens and a negative lens. A further doublet consisting of a positive lens followed by a negative lens is arranged after the system diaphragm **19**. A large portion of the refractive power of the objective is provided by a thick positive lens that follows after these doublets. An end portion of the third lens group LG**3**, identified as UG**3***d* in FIG. **2** and composed of the lenses with the lens surfaces **31–54** has a favorable effect on the negative image distortion. The design of the end portion UG**3***d* is essential in that it enables a very high aperture of 0.8 with an optimal degree of correction, because it contributes only to a small extent to the spherical aberration and coma.

A weakly curved waist of two successive negative lenses that are arranged ahead of the system diaphragm is identified as UG**3***b*. The lenses with the lens surfaces **22–29**, identified collectively as UG**3***a*, form a positive subgroup that represents an atypical bulge.

The projection objective shown in FIG. **2** allows an image field with an area of 10.5×26 mm$^2$ to be exposed, with the structure of the object being projected onto a wafer with a reduction factor of 4.

Table 1 represents the Code V™ data for the embodiment of the inventive objective that is illustrated in FIG. **2**.

TABLE 1

| SURFACE | RADIUS | THICKNESS | MATERIAL | REFR. INDEX 193.304 nm | ½ FREE DIAMETER |
|---|---|---|---|---|---|
| 0 | 0.000000000 | 24.114319875 | N2 | 1.00000320 | 56.080 |
| 1 | 0.000000000 | 3.482434220 | N2 | 1.00000320 | 61.002 |
| 2 | 2078.963770280AS | 11.540852046 | SIO2HL | 1.56028895 | 62.455 |
| 3 | 149.559792284 | 8.045820053 | N2 | 1.00000320 | 63.745 |
| 4 | 283.335388909AS | 10.384447026 | SIO2HL | 1.56028895 | 65.015 |
| 5 | 227.471174739 | 35.446688452 | N2 | 1.00000320 | 66.284 |
| 6 | −122.782367295 | 38.508940817 | SIO2HL | 1.56028895 | 68.210 |
| 7 | −255.078934826 | 0.874570041 | N2 | 1.00000320 | 89.183 |
| 8 | −888.725542480 | 30.171005105 | SIO2HL | 1.56028895 | 95.735 |
| 9 | −191.846579966 | 0.675200957 | N2 | 1.00000320 | 98.735 |
| 10 | 640.397878968 | 41.049504805 | SIO2HL | 1.56028895 | 108.485 |
| 11 | −250.387321692 | 0.675200957 | N2 | 1.00000320 | 109.147 |
| 12 | 667.678997977 | 44.017612594 | SIO2HL | 1.56028895 | 105.073 |
| 13 | −1125.455416998 | 0.675200957 | N2 | 1.00000320 | 100.899 |
| 14 | 192.876693777 | 62.505832714 | SIO2HL | 1.56028895 | 93.072 |
| 15 | 331.893780633AS | 32.604997110 | N2 | 1.00000320 | 76.483 |
| 16 | −171.193877443AS | 17.084502546 | SIO2HL | 1.56028895 | 70.652 |
| 17 | 335.138365959 | 24.373437146 | N2 | 1.00000320 | 66.301 |
| 18 | −192.572424355 | 9.645727950 | SIO2HL | 1.56028895 | 65.926 |
| 19 | 418.847934941 | 26.888457292 | N2 | 1.00000320 | 68.374 |
| 20 | −140.483410076 | 10.610300745 | SIO2HL | 1.56028895 | 69.129 |
| 21 | −459.758634782AS | 16.193911170 | N2 | 1.00000320 | 77.669 |
| 22 | −188.260511338 | 24.787222412 | SIO2HL | 1.56028895 | 79.453 |
| 23 | −123.558724879 | 1.174436845 | N2 | 1.00000320 | 84.227 |
| 24 | −224.101808279 | 35.439166118 | SIO2HL | 1.56028895 | 89.392 |
| 25 | −158.235875230 | 1.137750024 | N2 | 1.00000320 | 97.007 |
| 26 | −244.923106839 | 26.771118597 | SIO2HL | 1.56028895 | 99.234 |
| 27 | −435.595962845 | 19.019537360 | N2 | 1.00000320 | 108.190 |
| 28 | 254.503542501 | 103.741855324 | SIO2HL | 1.56028895 | 125.704 |
| 29 | −370.013146990 | 0.898100644 | N2 | 1.00000320 | 123.190 |
| 30 | −651.149669203AS | 11.574873540 | SIO2HL | 1.56028895 | 119.614 |
| 31 | 346.341133415 | 40.118210584 | N2 | 1.00000320 | 114.229 |
| 32 | −378.937108427 | 11.574873540 | SIO2HL | 1.56028895 | 114.195 |
| 33 | 532.696677413 | 4.927372582 | N2 | 1.00000320 | 118.682 |
| 34 | 439.556363278 | 74.374706500 | SIO2HL | 1.56028895 | 121.399 |
| 35 | −502.601956332 | 0.675200957 | N2 | 1.00000320 | 124.801 |
| 36 | 522.145069309AS | 14.799644077 | SIO2HL | 1.56028895 | 124.414 |
| 37 | 1476.224552423 | 4.677319062 | N2 | 1.00000320 | 124.271 |
| 38 | 2177.900420777 | 11.574873540 | SIO2HL | 1.56028895 | 124.349 |
| 39 | 384.316107261 | 1.595817333 | N2 | 1.00000320 | 124.241 |
| 40 | 312.429605405 | 51.750696421 | SIO2HL | 1.56028895 | 125.681 |

TABLE 1-continued

| | | | | | |
|---|---|---|---|---|---|
| 41 | −432.173779349 | 17.813396316 | N2 | 1.00000320 | 125.439 |
| 42 | −249.375527898 | 11.574873540 | SIO2HL | 1.56028895 | 124.719 |
| 43 | −1589.233069199 | 14.468591925 | N2 | 1.00000320 | 127.374 |
| 44 | 0.000000000 | −4.822863975 | N2 | 1.00000320 | 125.296 |
| 45 | 321.301154865 | 57.691242734 | SIO2HL | 1.56028895 | 131.351 |
| 46 | −1054.206205699AS | 14.951798157 | N2 | 1.00000320 | 130.208 |
| 47 | −589.044474927AS | 11.574873540 | SIO2HL | 1.56028895 | 128.575 |
| 48 | 274.036317071 | 8.139476302 | N2 | 1.00000320 | 128.119 |
| 49 | 321.225611416 | 124.977354157 | SIO2HL | 1.56028895 | 129.264 |
| 50 | −395.919230783 | 1.969428424 | N2 | 1.00000320 | 131.721 |
| 51 | 820.198727366 | 26.845651259 | SIO2HL | 1.56028895 | 126.931 |
| 52 | −973.939543882 | 0.694000123 | N2 | 1.00000320 | 125.647 |
| 53 | 139.833041863 | 36.229940671 | SIO2HL | 1.56028895 | 107.077 |
| 54 | 242.551698933 | 0.867355440 | N2 | 1.00000320 | 102.010 |
| 55 | 131.386059685 | 29.928967379 | SIO2HL | 1.56028895 | 91.857 |
| 56 | 235.274124558 | 0.675200957 | N2 | 1.00000320 | 85.440 |
| 57 | 157.034314790 | 26.536117143 | SIO2HL | 1.56028895 | 79.168 |
| 58 | 231.201718823 | 9.219970606 | N2 | 1.00000320 | 66.512 |
| 59 | 470.035875032 | 11.197726405 | SIO2HL | 1.56028895 | 61.464 |
| 60 | 236.045204498 | 0.675200957 | N2 | 1.00000320 | 52.281 |
| 61 | 134.300351512 | 8.120819966 | SIO2HL | 1.56028895 | 48.003 |
| 62 | 63.666959363 | 10.716266548 | N2 | 1.00000320 | 38.339 |
| 63 | 108.784923745 | 21.847901284 | SIO2HL | 1.56028895 | 35.245 |
| 64 | 693.402002382 | 8.681155155 | N2 | 1.00000320 | 24.992 |
| 65 | 0.000000000 | 0.000000000 | N2 | 1.00000320 | 14.020 |
| 66 | 0.000000000 | 0.000000000 | | 1.00000000 | 14.020 |

ASPHERIC CONSTANTS

| SURFACE NO. 2 | | SURFACE NO. 4 | | SURFACE NO. 15 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | 2.14106637e−007 | C1 | 8.34485767e−008 | C1 | −2.63006449e−008 |
| C2 | −1.51669986e−011 | C2 | 6.40722335e−012 | C2 | −2.79471341e−012 |
| C3 | 2.64769647e−015 | C3 | −1.82542397e−015 | C3 | −2.67096228e−016 |
| C4 | −3.99036396e−019 | C4 | 2.34304470e−019 | C4 | −1.35138372e−020 |
| C5 | 2.47505843e−023 | C5 | −8.26711198e−024 | C5 | −4.40665654e−024 |
| C6 | −3.15802350e−028 | C6 | −7.65863767e−028 | C6 | 5.04322571e−028 |
| C7 | 3.03036722e−032 | C7 | 6.41110903e−032 | C7 | −7.87867135e−032 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

| SURFACE NO. 16 | | SURFACE NO. 21 | | SURFACE NO. 30 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | 3.25803022e−009 | C1 | 4.82674733e−008 | C1 | −1.45094804e−009 |
| C2 | −6.94860276e−013 | C2 | 1.36227355e−012 | C2 | 5.04456796e−013 |
| C3 | −1.78049294e−016 | C3 | −9.54833030e−017 | C3 | −5.09450648e−018 |
| C4 | −6.94438259e−021 | C4 | 9.50143078e−022 | C4 | −1.99406773e−022 |
| C5 | 6.12556670e−024 | C5 | 5.69193655e−025 | C5 | −1.14064975e−026 |
| C6 | −1.48556644e−027 | C6 | −3.40684947e−029 | C6 | 5.78307927e−031 |
| C7 | 1.00088938e−031 | C7 | 2.94651178e−033 | C7 | −1.43630501e−035 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

| SURFACE NO. 36 | | SURFACE NO. 46 | | SURFACE NO. 47 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −1.43259985e−008 | C1 | −7.44300951e−010 | C1 | −7.10390913e−009 |
| C2 | −3.56045780e−013 | C2 | −1.00597848e−013 | C2 | 1.80939707e−014 |
| C3 | −7.68193084e−018 | C3 | −1.16300854e−017 | C3 | −1.34383300e−017 |
| C4 | −1.87091119e−022 | C4 | 3.24986044e−023 | C4 | −1.50233953e−023 |
| C5 | −1.28218449e−026 | C5 | 5.82666461e−027 | C5 | 7.80860338e−027 |
| C6 | 3.62372568e−031 | C6 | −4.12661445e−031 | C6 | −4.98388772e−031 |
| C7 | −2.39455297e−035 | C7 | 6.25538499e−036 | C7 | 9.26846573e−036 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

The following description relates to a further purely refractive lens arrangement **21** which is illustrated in FIG. **3** and is likewise designed for light with a wavelength of 193 nm. The length of the lens arrangement **21**, measured from the object plane O to the image plane O', is 1344.0 mm. A field of 10.5×26 $mm^2$ can be exposed. The lens arrangement of FIG. **3** again has an opening group EG**1** formed by the first lenses arranged on the object side, which are of negative refractive power. The subsequent lenses with the surfaces **8**–**15** form a lens group LG**1**. The last lens surface **15** of this lens group is again aspheric on the wafer side.

The subsequent lenses with the surfaces **16**–**21** form a third lens group LG**2**. This third lens group LG**2** overall has a negative refractive power and forms a strongly curved waist **29**. This lens group is followed by a fourth lens group LG**3**, which has an elongated tubular shape. A system diaphragm **19** is arranged in this fourth lens group. On the side facing towards the third lens group LG**2** and thus facing

towards the object field, the fourth lens group LG**3** has a subgroup UG**3***a* with a small positive refractive power. This is followed by a weakly curved waist UG**3***b* formed by two negative lenses with a large diameter equal to at least 85% of the maximum diameter. The two negative lenses belong to the doublets D**1** and D**2**. There are two further doublets, identified as D**3** and D**4**, arranged ahead of the system diaphragm **19**. A further doublet is identified as D**5** with aspheres on both of its surfaces **46** and **47**. The final portion, identified as G**3***d*, is made up of a plurality of thin lenses by which the wide light bundle **23** is focused onto the image plane, i.e., onto the wafer.

The image-side numerical aperture is 0.85. This objective projects the object into the image plane **13** with a reduction factor of 4. The data for all of the lenses are listed in Table 2.

TABLE 2

| SURFACE | RADIUS | THICKNESS | MATERIAL | REFR. INDEX 193.304 nm | ½ FREE DIAMETER |
|---|---|---|---|---|---|
| 0 | 0.000000000 | 24.172413800 | N2 | 1.00000320 | 56.080 |
| 1 | 0.000000000 | 15.006569837 | N2 | 1.00000320 | 61.282 |
| 2 | 599.473674706AS | 17.471359581 | SIO2HL | 1.56028895 | 65.688 |
| 3 | 142.945533106 | 15.594383723 | N2 | 1.00000320 | 67.351 |
| 4 | 520.792476125AS | 15.866311924 | SIO2HL | 1.56028895 | 70.201 |
| 5 | 458.213670894 | 35.531230748 | N2 | 1.00000320 | 72.731 |
| 6 | −130.942246277 | 29.261434955 | SIO2HL | 1.56028895 | 75.090 |
| 7 | −522.434408367 | 1.046065674 | N2 | 1.00000320 | 96.747 |
| 8 | −6686.031621900 | 34.314309045 | SIO2HL | 1.56028895 | 103.359 |
| 9 | −218.186494807 | 0.676827586 | N2 | 1.00000320 | 106.388 |
| 10 | 706.363261168 | 45.122462397 | SIO2HL | 1.56028895 | 119.094 |
| 11 | −278.472163674 | 0.676827586 | N2 | 1.00000320 | 120.155 |
| 12 | 959.514633579 | 36.082624687 | SIO2HL | 1.56028895 | 118.383 |
| 13 | −896.787607317 | 4.587825747 | N2 | 1.00000320 | 116.762 |
| 14 | 158.750812726 | 85.801121037 | SIO2HL | 1.56028895 | 106.229 |
| 15 | 300.475102689AS | 43.038670535 | N2 | 1.00000320 | 83.117 |
| 16 | −175.884377464A | 6.768275864 | SIO2HL | 1.56028895 | 72.476 |
| 17 | 320.319576676 | 27.446116916 | N2 | 1.00000320 | 68.293 |
| 18 | −146.443321423 | 9.668965520 | SIO2HL | 1.56028895 | 67.974 |
| 19 | 339.454879151 | 28.665475857 | N2 | 1.00000320 | 72.279 |
| 20 | −161.977156970 | 10.635862072 | SIO2HL | 1.56028895 | 73.414 |
| 21 | −238.647909042AS | 15.370621050 | N2 | 1.00000320 | 79.551 |
| 22 | −150.311235300 | 27.766876031 | SIO2HL | 1.56028895 | 81.604 |
| 23 | −155.362800581 | 0.676827586 | N2 | 1.00000320 | 92.928 |
| 24 | −428.765583246 | 34.936111184 | SIO2HL | 1.56028895 | 101.383 |
| 25 | −220.472579824 | 0.676827586 | N2 | 1.00000320 | 108.198 |
| 26 | −438.752339375 | 25.651183289 | SIO2HL | 1.56028895 | 111.993 |
| 27 | −486.537649387 | 16.665277911 | N2 | 1.00000320 | 118.679 |
| 28 | 286.503340486 | 84.567562777 | SIO2HL | 1.56028895 | 136.363 |
| 29 | −370.847311034 | 7.492580442 | N2 | 1.00000320 | 135.394 |
| 30 | −366.945132944AS | 11.602758624 | SIO2HL | 1.56028895 | 132.013 |
| 31 | 577.586771717 | 32.431277232 | N2 | 1.00000320 | 128.108 |
| 32 | −559.674262738 | 11.602758624 | SIO2HL | 1.56028895 | 128.110 |
| 33 | 537.388094819 | 2.743298664 | N2 | 1.00000320 | 131.720 |
| 34 | 408.077824696 | 42.484571757 | SIO2HL | 1.56028895 | 134.394 |
| 35 | −717.357209302 | 0.676827586 | N2 | 1.00000320 | 134.718 |
| 36 | 583.086197224AS | 6.768275864 | SIO2HL | 1.56028895 | 133.965 |
| 37 | 269.271701042 | 7.352686536 | N2 | 1.00000320 | 133.550 |
| 38 | 281.248185100 | 35.203322187 | SIO2HL | 1.56028895 | 136.018 |
| 39 | 472.606393970 | 3.186212988 | N2 | 1.00000320 | 135.918 |
| 40 | 363.576248488 | 54.546183651 | SIO2HL | 1.56028895 | 137.633 |
| 41 | −468.746315410 | 23.108875520 | N2 | 1.00000320 | 137.324 |
| 42 | −251.383937308 | 11.602758624 | SIO2HL | 1.56028895 | 136.437 |
| 43 | −1073.133309030 | 33.841379320 | N2 | 1.00000320 | 140.158 |
| 44 | 0.000000000 | −24.172413800 | N2 | 1.00000320 | 142.969 |
| 45 | 300.919916537 | 63.201252893 | SIO2HL | 1.56028895 | 150.411 |
| 46 | −982.360166014AS | 11.220067842 | N2 | 1.00000320 | 149.618 |
| 47 | −644.040642268AS | 11.602758624 | SIO2HL | 1.56028895 | 148.330 |
| 48 | 251.499390884 | 13.548863209 | N2 | 1.00000320 | 144.384 |
| 49 | 295.116548681 | 83.834389825 | SIO2HL | 1.56028895 | 147.231 |
| 50 | −592.936469041 | 0.676827586 | N2 | 1.00000320 | 147.243 |
| 51 | 463.737108447 | 36.976613477 | SIO2HL | 1.56028895 | 141.167 |
| 52 | −1426.895647680 | 0.695672042 | N2 | 1.00000320 | 139.475 |
| 53 | 140.559527472 | 39.416922789 | SIO2HL | 1.56028895 | 113.157 |
| 54 | 220.743893827 | 0.878083956 | N2 | 1.00000320 | 106.607 |
| 55 | 135.149194981 | 30.341942424 | SIO2HL | 1.56028895 | 96.272 |
| 56 | 227.528619088 | 0.689419669 | N2 | 1.00000320 | 89.300 |
| 57 | 157.276474717 | 26.304510971 | SIO2HL | 1.56028895 | 82.536 |
| 58 | 236.864111032 | 8.994847659 | N2 | 1.00000320 | 70.218 |
| 59 | 366.476934349 | 10.551547532 | SIO2HL | 1.56028895 | 63.779 |
| 60 | 98.334230915 | 0.676870172 | N2 | 1.00000320 | 49.220 |
| 61 | 98.324175829 | 8.007759247 | SIO2HL | 1.56028895 | 48.802 |
| 62 | 76.949074769 | 8.603791096 | N2 | 1.00000320 | 42.525 |
| 63 | 99.077661785 | 24.844220969 | SIO2HL | 1.56028895 | 39.131 |
| 64 | 511.945903814 | 8.702068968 | N2 | 1.00000320 | 26.963 |

TABLE 2-continued

| | | | | | |
|---|---|---|---|---|---|
| 65 | 0.000000000 | 0.000000000 | N2 | 1.00000320 | 14.020 |
| 66 | 0.000000000 | 0.000000000 | | 1.00000000 | 14.020 |

ASPHERIC CONSTANTS

| SURFACE NO. 2 | | SURFACE NO. 4 | | SURFACE NO. 15 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | 1.28169760e−007 | C1 | 8.23267830e−008 | C1 | −7.43129292e−009 |
| C2 | −7.84396436e−012 | C2 | 2.76986901e−012 | C2 | −2.93262230e−012 |
| C3 | 4.40001122e−016 | C3 | −1.95568740e−016 | C3 | −2.03722650e−016 |
| C4 | −7.79882973e−021 | C4 | −7.24098423e−021 | C4 | −1.22563860e−020 |
| C5 | −1.30623440e−023 | C5 | 1.06376091e−023 | C5 | 5.96520089e−025 |
| C6 | 2.14846923e−027 | C6 | −1.43486056e−027 | C6 | −1.46602552e−028 |
| C7 | −1.41595024e−031 | C7 | 1.06511374e−031 | C7 | 1.53867443e−032 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

| SURFACE NO. 16 | | SURFACE NO. 21 | | SURFACE NO. 30 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −3.79251645e−008 | C1 | −1.34732963e−008 | C1 | −2.23816289e−009 |
| C2 | 3.22483445e−012 | C2 | 2.75857068e−012 | C2 | 6.79079206e−013 |
| C3 | 1.95986817e−016 | C3 | 1.90481938e−016 | C3 | −2.77226923e−018 |
| C4 | 2.59408631e−020 | C4 | 2.08472207e−020 | C4 | −1.25547219e−022 |
| C5 | −1.79899203e−024 | C5 | −6.19866674e−025 | C5 | −1.58964362e−026 |
| C6 | −1.09069425e−029 | C6 | 2.52896158e−028 | C6 | 6.91621100e−031 |
| C7 | 3.19439367e−033 | C7 | −1.80211827e−032 | C7 | −9.74826154e−036 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

| SURFACE NO. 36 | | SURFACE NO. 46 | | SURFACE NO. 47 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −1.48722851e−008 | C1 | −1.29322449e−009 | C1 | −6.45902286e−009 |
| C2 | −3.21783489e−013 | C2 | −7.13114740e−014 | C2 | −2.38977080e−014 |
| C3 | −1.94353769e−018 | C3 | −9.86341305e−018 | C3 | −1.08609626e−017 |
| C4 | −1.66369859e−022 | C4 | 7.04573131e−023 | C4 | 2.89713800e−023 |
| C5 | 8.53060454e−028 | C5 | 6.79406884e−027 | C5 | 1.03658811e−026 |
| C6 | −4.40031159e−032 | C6 | −5.13273315e−031 | C6 | −6.18950334e−031 |
| C7 | −1.13839635e−036 | C7 | 8.48667932e−036 | C7 | 1.10366044e−035 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

The lens arrangement illustrated in FIG. **4** is designed to work with light of a wavelength of 157 nm (F**2** excimer laser). The designed length, measured from the object plane O to the image plane O', is 1390.0 mm. A field of 10.5×26 $mm^2$ can be exposed with this lens arrangement **21**. The overall configuration of this lens arrangement differs only in non-essential aspects from the arrangement of FIG. **3**, so that a detailed description would be redundant. The specific lens data are listed in Table 3.

TABLE 3

| SURFACE | RADIUS | THICKNESS | MATERIAL | REFR. INDEX 157.6299 nm | ½ FREE DIAMETER |
|---|---|---|---|---|---|
| 0 | 0.000000000 | 25.000000000 | N2 | 1.00031429 | 59.000 |
| 1 | 0.000000000 | 15.339378260 | N2 | 1.00031429 | 64.435 |
| 2 | 598.342471978AS | 18.724519350 | CAF2 | 1.55929035 | 69.077 |
| 3 | 48.181482862 | 16.454829635 | N2 | 1.00031429 | 70.793 |
| 4 | 564.226137144AS | 16.592649095 | CAF2 | 1.55929035 | 73.697 |
| 5 | 465.197188245 | 36.842463522 | N2 | 1.00031429 | 76.403 |
| 6 | −136.836954878 | 30.276088945 | CAF2 | 1.55929035 | 78.647 |
| 7 | −551.745951642 | 1.159089824 | N2 | 1.00031429 | 101.430 |
| 8 | −9088.971563130 | 35.614698676 | CAF2 | 1.55929035 | 108.594 |
| 9 | −226.956823330 | 0.700000000 | N2 | 1.00031429 | 111.475 |
| 10 | 723.679003959 | 46.740300924 | CAF2 | 1.55929035 | 125.059 |
| 11 | −289.614238561 | 0.700000002 | N2 | 1.00031429 | 126.015 |
| 12 | 910.153581387 | 34.209584427 | CAF2 | 1.55929035 | 124.006 |
| 13 | −966.460684234 | 6.344682099 | N2 | .00031429 | 122.517 |
| 14 | 165.167813091 | 88.645251493 | CAF2 | 1.55929035 | 110.777 |
| 15 | 311.690939161AS | 44.560755800 | N2 | 1.00031429 | 86.752 |
| 16 | −181.953058549AS | 7.000000001 | CAF2 | 1.55929035 | 75.717 |
| 17 | 324.246438590 | 28.589730429 | N2 | 1.00031429 | 71.205 |
| 18 | −151.825774985 | 10.000000000 | CAF2 | 1.55929035 | 70.907 |
| 19 | 355.946694253 | 29.718149685 | N2 | 1.00031429 | 75.412 |

TABLE 3-continued

| | | | | | |
|---|---|---|---|---|---|
| 20 | −167.034295485 | 11.000000000 | CAF2 | 1.55929035 | 76.480 |
| 21 | −246.225068997AS | 15.900879213 | N2 | 1.00031429 | 82.882 |
| 22 | −155.088799672 | 28.774591277 | CAF2 | 1.55929035 | 84.935 |
| 23 | −160.065089727 | 0.718056461 | N2 | 1.00031429 | 96.655 |
| 24 | −441.811052729 | 36.169965537 | CAF2 | 1.55929035 | 105.539 |
| 25 | −228.522063652 | 0.700000001 | N2 | 1.00031429 | 112.577 |
| 26 | −454.136397771 | 26.566366602 | CAF2 | 1.55929035 | 116.532 |
| 27 | −500.119500379 | 17.199265008 | N2 | 1.00031429 | 123.439 |
| 28 | 296.713551807 | 87.963677578 | CAF2 | 1.55929035 | 141.803 |
| 29 | −382.314123004 | 7.668609038 | N2 | 1.00031429 | 140.780 |
| 30 | −376.638593815AS | 12.000000000 | CAF2 | 1.55929035 | 137.274 |
| 31 | 607.216067418 | 33.641387962 | N2 | 1.00031429 | 133.150 |
| 32 | −570.164044613 | 12.000000000 | CAF2 | 1.55929035 | 133.141 |
| 33 | 564.533373593 | 2.816684919 | N2 | 1.00031429 | 136.871 |
| 34 | 427.721752683 | 43.902690083 | CAF2 | 1.55929035 | 139.590 |
| 35 | −732.675269060 | 0.700000000 | N2 | 1.00031429 | 139.914 |
| 36 | 602.910545189AS | 7.000000000 | CAF2 | 1.55929035 | 139.079 |
| 37 | 279.908546327 | 7.662016814 | N2 | 1.00031429 | 138.631 |
| 38 | 292.067625915 | 33.982510064 | CAF2 | 1.55929035 | 141.194 |
| 39 | 486.808587823 | 3.734684777 | N2 | 1.00031429 | 141.087 |
| 40 | 374.488854583 | 56.692816434 | CAF2 | 1.55929035 | 142.952 |
| 41 | −487.437697890 | 24.337612976 | N2 | 1.00031429 | 142.631 |
| 42 | −260.866697273 | 12.000000000 | CAF2 | 1.55929035 | 141.625 |
| 43 | −1117.259721160 | 35.000000000 | N2 | 1.00031429 | 145.541 |
| 44 | 0.000000000 | −25.000000000 | N2 | 1.00031429 | 148.094 |
| 45 | 311.002273193 | 65.578230150 | CAF2 | 1.55929035 | 157.034 |
| 46 | −1023.554315350AS | 11.481377894 | N2 | 1.00031429 | 156.356 |
| 47 | −672.576714992AS | 12.000000000 | CAF2 | 1.55929035 | 155.113 |
| 48 | 259.883468261 | 14.205528799 | N2 | 1.00031429 | 151.262 |
| 49 | 305.263739591 | 86.781334194 | CAF2 | 1.55929035 | 154.398 |
| 50 | −617.755257115 | 0.700000000 | N2 | 1.00031429 | 154.565 |
| 51 | 476.256251891 | 38.263167655 | CAF2 | 1.55929035 | 148.491 |
| 52 | −1486.494799770 | 0.719489630 | N2 | 1.00031429 | 147.010 |
| 53 | 145.476122811 | 40.782858325 | CAF2 | 1.55929035 | 119.019 |
| 54 | 229.665054801 | 0.933275871 | N2 | 1.00031429 | 113.051 |
| 55 | 140.220419138 | 31.392645646 | CAF2 | 1.55929035 | 101.740 |
| 56 | 234.824506571 | 0.723640009 | N2 | 1.00031429 | 95.088 |
| 57 | 162.332837065 | 27.214899096 | CAF2 | 1.55929035 | 87.541 |
| 58 | 244.278333665 | 9.299918126 | N2 | 1.00031429 | 74.726 |
| 59 | 376.868342950 | 10.929551626 | CAF2 | 1.55929035 | 67.902 |
| 60 | 101.455739030 | 0.715773254 | N2 | 1.00031429 | 51.847 |
| 61 | 101.162965635 | 8.299519050 | CAF2 | 1.55929035 | 51.361 |
| 62 | 79.437870675 | 8.884307252 | N2 | 1.00031429 | 44.619 |
| 63 | 102.534993850 | 25.750482491 | CAF2 | 1.55929035 | 41.066 |
| 64 | 527.160854703 | 9.000000000 | N2 | 1.00031429 | 28.053 |
| 65 | 0.000000000 | 0.000000000 | N2 | 1.00031429 | 14.750 |
| 66 | 0.000000000 | 0.000000000 | | 1.00000000 | 14.750 |

ASPHERIC CONSTANTS

| SURFACE NO. 2 | | SURFACE NO. 4 | | SURFACE NO. 15 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | 1.13998854e−007 | C1 | 7.54224753e−008 | C1 | −6.96085201e−009 |
| C2 | −6.36178693e−012 | C2 | 2.18650725e−012 | C2 | −2.46245992e−012 |
| C3 | 3.23659752e−016 | C3 | −1.43119795e−016 | C3 | −1.57870389e−016 |
| C4 | −5.32444727e−021 | C4 | −4.77106422e−021 | C4 | −8.75762750e−021 |
| C5 | −8.32495109e−024 | C5 | 6.81749068e−024 | C5 | 3.86817665e−025 |
| C6 | 1.27324768e−027 | C6 | −8.54589429e−028 | C6 | −9.00885871e−029 |
| C7 | −7.83910573e−032 | C7 | 5.97164385e−032 | C7 | 8.78630596e−033 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

| SURFACE NO. 16 | | SURFACE NO. 21 | | SURFACE NO. 30 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −3.45865856e−008 | C1 | −1.29712266e−008 | C1 | −2.06288424e−009 |
| C2 | 2.71322951e−012 | C2 | 2.27339781e−012 | C2 | 5.71589058e−013 |
| C3 | 1.50235080e−016 | C3 | 1.44782825e−016 | C3 | −2.21154944e−018 |
| C4 | 1.89751309e−020 | C4 | 1.49868277e−020 | C4 | −8.89810821e−023 |
| C5 | −1.30006219e−024 | C5 | −4.08871955e−025 | C5 | −1.08068385e−026 |
| C6 | 6.16358831e−030 | C6 | 1.55577307e−028 | C6 | 4.36847400e−031 |
| C7 | 1.17159428e−033 | C7 | −1.00785028e−032 | C7 | −5.73712694e−036 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

TABLE 3-continued

| SURFACE NO. 36 | | SURFACE NO. 46 | | SURFACE NO. 47 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −1.34482120e−008 | C1 | −1.19258053e−009 | C1 | −5.81614530e−009 |
| C2 | −2.70871166e−013 | C2 | −6.06323614e−014 | C2 | −2.06494325e−014 |
| C3 | −1.46625867e−018 | C3 | −7.79480128e−018 | C3 | −8.58899622e−018 |
| C4 | −1.23067852e−022 | C4 | 5.18508440e−023 | C4 | 2.06606063e−023 |
| C5 | 6.79261614e−028 | C5 | 4.67224846e−027 | C5 | 7.14078196e−027 |
| C6 | −3.16281062e−032 | C6 | −3.31365069e−031 | C6 | −3.99032238e−031 |
| C7 | −5.79252063e−037 | C7 | 5.12625482e−036 | C7 | 6.64567245e−036 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

The lens arrangement **21** shown in FIG. **5** is designed likewise for the wavelength of 157.6 nm. This lens arrangement **21** differs significantly from the preceding examples in that only three doublets, i.e., D**1**, D**2** and D**4**, are placed ahead of the system diaphragm **19**. The doublet that was identified as D**3** in the preceding figures has been omitted in the arrangement of FIG. **5**. The two consecutive negative lenses that form the second, weakly curved waist are in this case arranged at a distance from each other. As a result of the modified arrangement and the omission of the doublet D**3**, the lens volume of the objective is reduced, which has the benefits of a lower material cost and a reduced level of absorption. The specific lens data are listed in the following Table 4.

TABLE 4

| SURFACE | RADIUS | THICKNESS | MATERIAL | REFR. INDEX 157.6299 nm | ½ FREE DIAMETER |
|---|---|---|---|---|---|
| 0 | 0.000000000 | 23.762838750 | N2 | 1.00031429 | 56.080 |
| 1 | 0.000000000 | 14.246137526 | N2 | 1.00031429 | 61.246 |
| 2 | 514.707276562AS | 13.981815236 | CAF2 | 1.55929035 | 65.688 |
| 3 | 138.212721202 | 15.579876293 | N2 | 1.00031429 | 66.951 |
| 4 | 534.824781243AS | 12.739496641 | CAF2 | 1.55929035 | 69.622 |
| 5 | 389.864179126 | 33.913726677 | N2 | 1.00031429 | 71.684 |
| 6 | −131.473719619 | 28.107831970 | CAF2 | 1.55929035 | 73.586 |
| 7 | −471.981433648 | 1.069906657 | N2 | 1.00031429 | 93.899 |
| 8 | 0.000000000 | 34.308184523 | CAF2 | 1.55929035 | 101.225 |
| 9 | −228.280123150 | 0.704684075 | N2 | 1.00031429 | 104.724 |
| 10 | 796.724829345 | 43.758159816 | CAF2 | 1.55929035 | 116.173 |
| 11 | −266.360318650 | 0.745094303 | N2 | 1.00031429 | 117.347 |
| 12 | 1081.261439844 | 23.811542913 | CAF2 | 1.55929035 | 115.969 |
| 13 | −712.390784368 | 9.916731254 | N2 | 1.00031429 | 115.443 |
| 14 | 158.258040233 | 80.929657183 | CAF2 | 1.55929035 | 103.893 |
| 15 | 328.916333526AS | 43.637981348 | N2 | 1.00031429 | 83.021 |
| 16 | −163.783184213AS | 8.000000000 | CAF2 | 1.55929035 | 71.477 |
| 17 | 294.432712383 | 27.405950067 | N2 | 1.00031429 | 67.256 |
| 18 | −144.330554051 | 8.234758928 | CAF2 | 1.55929035 | 67.032 |
| 19 | 397.835892386 | 28.266532844 | N2 | 1.00031429 | 71.373 |
| 20 | −161.553948900 | 10.395325272 | CAF2 | 1.55929035 | 72.890 |
| 21 | −258.614401773AS | 15.068965479 | N2 | 1.00031429 | 79.201 |
| 22 | −148.191144865 | 27.281969779 | CAF2 | 1.55929035 | 80.726 |
| 23 | −153.092043553 | 0.711404699 | N2 | 1.00031429 | 91.935 |
| 24 | −429.848987135 | 34.313214826 | CAF2 | 1.55929035 | 100.580 |
| 25 | −222.509319222 | 0.755186371 | N2 | 1.00031429 | 107.422 |
| 26 | −446.042338354 | 25.134410060 | CAF2 | 1.55929035 | 111.325 |
| 27 | −476.016743713 | 16.168036298 | N2 | 1.00031429 | 117.862 |
| 26 | 290.945720195 | 91.150270987 | CAF2 | 1.55929035 | 135.561 |
| 29 | −352.999009021 | 7.239891532 | N2 | 1.00031429 | 134.606 |
| 30 | −333.990335846AS | 10.794904282 | CAF2 | 1.55929035 | 131.837 |
| 31 | 686.418617658 | 67.606049576 | N2 | 1.00031429 | 128.953 |
| 32 | 484.704981071AS | 20.247999550 | CAF2 | 1.55929035 | 129.812 |
| 33 | 272.256910966 | 8.301324639 | N2 | 1.00031429 | 129.690 |
| 34 | 283.424612963 | 21.444612905 | CAF2 | 1.55929035 | 132.593 |
| 35 | 441.096441131 | 7.286378331 | N2 | 1.00031429 | 132.611 |
| 36 | 341.080821148 | 56.120769051 | CAF2 | 1.55929035 | 135.413 |
| 37 | −467.022730717 | 23.483002796 | N2 | 1.00031429 | 135.092 |
| 38 | −251.271987182 | 10.033317804 | CAF2 | 1.55929035 | 133.934 |
| 39 | −1127.860216547 | 34.039044392 | N2 | 1.00031429 | 137.435 |
| 40 | 0.000000000 | −23.762838750 | N2 | 1.00031429 | 140.287 |
| 41 | 297.718439650 | 63.279096400 | CAF2 | 1.55929035 | 148.476 |
| 42 | −917.492707769AS | 10.913617063 | N2 | 1.00031429 | 147.745 |
| 43 | −614.308568323AS | 11.278985347 | CAF2 | 1.55929035 | 146.599 |
| 44 | 248.499662987 | 14.012163218 | N2 | 1.00031429 | 143.454 |
| 45 | 293.420324051 | 77.421679876 | CAF2 | 1.55929035 | 146.721 |
| 46 | −577.615924152 | 0.827697065 | N2 | 1.00031429 | 146.976 |
| 47 | 428.803478030 | 38.627735627 | CAF2 | 1.55929035 | 141.309 |

TABLE 4-continued

| | | | | | |
|---|---|---|---|---|---|
| 48 | −1538.689777020 | 0.709093944 | N2 | 1.00031429 | 539.590 |
| 49 | 138.430254604 | 39.259717130 | CAF2 | 1.55929035 | 113.344 |
| 50 | 220.629434605 | 0.852226738 | N2 | 1.00031429 | 107.642 |
| 51 | 134.960023432 | 29.998458517 | CAF2 | 1.55929035 | 97.026 |
| 52 | 215.500125113 | 0.702119104 | N2 | 1.00031429 | 89.828 |
| 53 | 149.475551465 | 25.893987130 | CAF2 | 1.55929035 | 82.702 |
| 54 | 231.671140781 | 8.806791935 | N2 | 1.00031429 | 71.084 |
| 55 | 350.283305716 | 10.400580673 | CAF2 | 1.55929035 | 64.558 |
| 56 | 145.109553410 | 0.700000000 | N2 | 1.00031429 | 52.531 |
| 57 | 141.455177019 | 8.001279379 | CAF2 | 1.55929035 | 51.711 |
| 58 | 73.955966022 | 8.329441414 | N2 | 1.00031429 | 42.090 |
| 59 | 96.168359436 | 24.494556608 | CAF2 | 1.55929035 | 38.879 |
| 60 | 459.800275735 | 8.554621950 | N2 | 1.00031429 | 26.571 |
| 61 | 0.000000000 | | N2 | | 14.020 |

ASPHERIC CONSTANTS

| SURFACE NO. 2 | | SURFACE NO. 4 | | SURFACE NO. 15 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | 1.40076890e−007 | C1 | 9.46620092e−008 | C1 | −1.23543806e−008 |
| C2 | −9.37770559e−012 | C2 | 3.31455802e−012 | C2 | −3.08782621e−012 |
| C3 | 5.50812946e−016 | C3 | −2.39290707e−016 | C3 | −2.03630284e−016 |
| C4 | 6.20589318e−021 | C4 | −1.71234783e−020 | C4 | −8.16153110e−021 |
| C5 | −2.37140019e−023 | C5 | 1.74026756e−023 | C5 | 1.74407091e−025 |
| C6 | 3.95180787e−027 | C6 | −2.43020107e−027 | C6 | −5.09307070e−029 |
| C7 | −2.60792832e−031 | C7 | 1.77431459e−031 | C7 | 1.00885745e−032 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | CB | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |
| **SURFACE NO. 16** | | **SURFACE NO. 21** | | **SURFACE NO. 30** | |
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −4.62416977e−008 | C1 | −2.13181934e−008 | C1 | −2.44196650e−009 |
| C2 | 5.09342413e−012 | C2 | 3.39572804e−012 | C2 | 6.83785083e−013 |
| C3 | 1.93873865e−016 | C3 | 1.70428863e−016 | C3 | −4.77483094e−018 |
| C4 | 2.75889868e−020 | C4 | 2.27977453e−020 | C4 | −4.35836087e−023 |
| C5 | −1.64807233e−024 | C5 | −9.47218587e−025 | C5 | −1.74046992e−026 |
| C6 | −1.89286552e−028 | C6 | 2.65529506e−028 | C6 | 6.83065300e−031 |
| C7 | 1.58124115e−032 | C7 | −2.14888777e−032 | C7 | −9.01251572e−036 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |
| **SURFACE NO. 32** | | **SURFACE NO. 42** | | **SURFACE NO. 43** | |
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −1.53715814e−008 | C1 | −1.38703825e−009 | C1 | −6.81804423e−009 |
| C2 | −3.53812954e−013 | C2 | −7.42014625e−014 | C2 | −3.12076075e−014 |
| C3 | −8.52862214e−019 | C3 | −1.11669633e−017 | C3 | −1.22481799e−017 |
| C4 | −2.84552357e−022 | C4 | 7.72614773e−023 | C4 | 2.99026626e−023 |
| C5 | 3.34667441e−027 | C5 | 8.16034068e−027 | C5 | 1.23468742e−026 |
| C6 | −1.70981346e−031 | C6 | −6.36127613e−031 | C6 | −7.60144642e−031 |
| C7 | 8.06815620e−038 | C7 | 1.09104108e−035 | C7 | 1.42018134e−035 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

The lens arrangement **21** shown in FIG. **6** is designed for the wavelength of 193 nanometers. The size of the exposure field is 10.5×26 $mm^2$. The design length measured from the object plane O to the image plane O' is 1200 mm. An amount of only 103 kg of quartz glass material is required for manufacturing this objective. Analogous to the example of FIG. **5**, this embodiment again has a total of only four doublets. The doublet that was identified as D**3** in FIGS. **2–4** has again been omitted in the arrangement of FIG. **6**. The detailed lens data are listed in Table 5.

TABLE 5

| SURFACE | RADIUS | THICKNESS | MATERIAL | REFR. INDEX 193.304 nm | ½ FREE DIAMETER |
|---|---|---|---|---|---|
| 0 | 0.000000000 | 22.812325200 | N2 | 1.00000320 | 56.080 |
| 1 | 0.000000000 | 10.339145912 | N2 | 1.00000320 | 61.040 |
| 2 | 1344.886802290AS | 15.881971169 | SIO2HL | 1.56028895 | 63.970 |
| 3 | 232.178777938 | 15.628670502 | N2 | 1.00000320 | 66.074 |
| 4 | −537.599235732AS | 10.251256144 | SIO2HL | 1.56028895 | 67.146 |
| 5 | 357.600737011 | 39.221339825 | N2 | 1.00000320 | 71.765 |
| 6 | −107.956923549 | 18.404856395 | SIO2HL | 1.56028895 | 73.446 |

TABLE 5-continued

| | | | | | |
|---|---|---|---|---|---|
| 7 | −243.717356229 | 0.700350683 | N2 | 1.00000320 | 92.692 |
| 8 | 0.000000000 | 41.961272197 | SIO2HL | 1.56028895 | 108.723 |
| 9 | −202.822623296 | 0.701099003 | N2 | 1.00000320 | 112.352 |
| 10 | 908.396780928 | 46.105755859 | SIO2HL | 1.56028895 | 127.495 |
| 11 | −324.403526021 | 0.700000000 | N2 | 1.00000320 | 129.122 |
| 12 | 272.374319621 | 70.961916034 | SIO2HL | 1.56028895 | 129.626 |
| 13 | −861.339949580 | 0.801352132 | N2 | 1.00000320 | 124.293 |
| 14 | 189.599720148 | 87.814706985 | SIO2HL | 1.56028895 | 107.193 |
| 15 | 235.651582170AS | 33.939348010 | N2 | 1.00000320 | 73.553 |
| 16 | −167.950781585 | 23.127229402 | SIO2HL | 1.56028895 | 71.043 |
| 17 | 418.275060837AS | 29.676213557 | N2 | 1.00000320 | 66.843 |
| 18 | −122.074492458 | 12.991654582 | SIO2HL | 1.56028895 | 65.012 |
| 19 | 225.914585773 | 27.597144000 | N2 | 1.00000320 | 69.278 |
| 20 | −207.944504375 | 9.625251661 | SIO2HL | 1.56028895 | 70.891 |
| 21 | −222.237071915AS | 12.259114879 | N2 | 1.00000320 | 74.459 |
| 22 | −143.306961785 | 25.742020969 | SIO2HL | 1.56028895 | 75.779 |
| 23 | −171.350364563 | 0.700000000 | N2 | 1.00000320 | 87.359 |
| 24 | −584.950465544 | 30.430256525 | SIO2HL | 1.56028895 | 94.810 |
| 25 | −322.926323860 | 0.700000000 | N2 | 1.00000320 | 102.056 |
| 26 | −2074.519592980 | 18.436325366 | SIO2HL | 1.56028895 | 106.932 |
| 27 | −454.899324547 | 0.700000000 | N2 | 1.00000320 | 108.765 |
| 28 | 311.973161398 | 60.379264795 | SIO2HL | 1.56028895 | 116.799 |
| 29 | −244.157709436 | 4.226375511 | N2 | 1.00000320 | 116.691 |
| 30 | −226.802865587AS | 8.000000000 | SIO2HL | 1.56028895 | 115.226 |
| 31 | 581.003793889AS | 33.843695716 | N2 | 1.00000320 | 113.965 |
| 32 | 433.165006354AS | 8.000000000 | SIO2HL | 1.56028895 | 117.646 |
| 33 | 220.638014434 | 6.160147896 | N2 | 1.00000320 | 117.478 |
| 34 | 235.847612538 | 38.094085109 | SIO2HL | 1.56028895 | 119.548 |
| 35 | 2922.562377140 | 10.091385703 | N2 | 1.00000320 | 119.635 |
| 36 | 828.603251335 | 34.242333007 | SIO2HL | 1.56028895 | 120.292 |
| 37 | −421.523524573 | 19.499093440 | N2 | 1.00000320 | 120.075 |
| 38 | −227.399216829 | 8.000000000 | SIO2HL | 1.56028895 | 119.391 |
| 39 | −713.133778093 | 32.677482617 | N2 | 1.00000320 | 122.273 |
| 40 | 0.000000000 | −22.812325200 | N2 | 1.00000320 | 124.721 |
| 41 | 477.077275979 | 54.887245264 | SIO2HL | 1.56028895 | 128.109 |
| 42 | −302.959408554AS | 9.015123458 | N2 | 1.00000320 | 128.235 |
| 43 | −259.248633314AS | 8.000000000 | SIO2HL | 1.56028895 | 127.331 |
| 44 | 257.367927097 | 9.018964995 | N2 | 1.00000320 | 132.095 |
| 45 | 301.442153248 | 62.427272391 | SIO2HL | 1.56028895 | 134.626 |
| 46 | −415.709868667 | 0.700000000 | N2 | 1.00000320 | 135.476 |
| 47 | 247.440229366AS | 47.657128386 | SIO2HL | 1.56028895 | 133.887 |
| 48 | −288949.445195000 | 0.700000000 | N2 | 1.00000320 | 131.978 |
| 49 | 151.825283163 | 37.348129556 | SIO2HL | 1.56028895 | 112.363 |
| 50 | 293.987758399 | 0.700000000 | N2 | 1.00000320 | 107.532 |
| 51 | 140.326981621 | 28.581518950 | SIO2HL | 1.56028895 | 94.765 |
| 52 | 219.719357959 | 0.700000000 | N2 | 1.00000320 | 86.981 |
| 53 | 142.826791834 | 24.808199570 | SIO2HL | 1.56028895 | 79.406 |
| 54 | 283.110177788 | 7.914740800 | N2 | 1.00000320 | 70.515 |
| 55 | 510.756323891 | 9.591341155 | SIO2HL | 1.56028895 | 64.645 |
| 56 | 266.825722219 | 0.722333492 | N2 | 1.00000320 | 55.512 |
| 57 | 215.942664188 | 8.000000000 | SIO2HL | 1.56028895 | 53.165 |
| 58 | 72.787640467 | 7.718712927 | N2 | 1.00000320 | 41.272 |
| 59 | 93.765259707 | 24.684737028 | SIO2HL | 1.56028895 | 38.377 |
| 60 | 469.355888001 | 8.212437072 | N2 | 1.00000320 | 26.099 |
| 61 | 0.000000000 | 0.000000000 | N2 | 1.00000320 | 14.020 |
| 62 | 0.000000000 | 0.000000000 | | 1.00000000 | 14.020 |

ASPHERIC CONSTANTS

| SURFACE NO. 2 | | SURFACE NO. 4 | | SURFACE NO. 15 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | 1.52757338e−007 | C1 | 4.00562871e−008 | C1 | 5.47524591e−008 |
| C2 | −1.39394902e−011 | C2 | 4.60196624e−012 | C2 | 5.05793043e−013 |
| C3 | 7.41376692e−016 | C3 | −3.47640954e−016 | C3 | 3.05008775e−017 |
| C4 | −3.46945761e−019 | C4 | 1.69507580e−019 | C4 | 1.98253574e−021 |
| C5 | 8.95992656e−023 | C5 | −3.89922208e−023 | C5 | 7.84443491e−025 |
| C6 | −1.64136955e−026 | C6 | 7.79027536e−027 | C6 | 1.27239733e−028 |
| C7 | 1.18641735e−030 | C7 | −5.53241761e−031 | C7 | 6.73733553e−033 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

| SURFACE NO. 17 | | SURFACE NO. 21 | | SURFACE NO. 30 | |
|---|---|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | −9.99718876e−008 | C1 | −1.77390890e−008 | C1 | −2.92222111e−009 |
| C2 | −8.52059462e−012 | C2 | 1.86160395e−012 | C2 | 6.98720386e−013 |
| C3 | −5.86845398e−016 | C3 | 2.57697930e−016 | C3 | 9.60282132e−018 |
| C4 | −6.64124324e−020 | C4 | 2.73779514e−020 | C4 | 4.51192034e−022 |

TABLE 5-continued

| | | | | | |
|---|---|---|---|---|---|
| C5 | −4.60657771e−024 | C5 | 4.36917581e−024 | C5 | −8.63764902e−026 |
| C6 | −5.51712065e−028 | C6 | −1.21030389e−028 | C6 | 2.79307913e−030 |
| C7 | 0.00000000e+000 | C7 | 7.05508252e−032 | C7 | −4.28143587e−035 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |
| SURFACE NO. 31 | | SURFACE NO. 32 | | SURFACE NO. 42 | |
| C0 | 0.0000 | C0 | 0.0000 | C0 | 0.0000 |
| C1 | 3.79088573e−009 | C1 | −1.43835369e−008 | C1 | −1.46322720e−009 |
| C2 | 1.54225743e−013 | C2 | 9.53138635e−014 | C2 | −7.32982723e−014 |
| C3 | 2.58122902e−018 | C3 | −7.72742465e−019 | C3 | −4.12559846e−018 |
| C4 | 7.06529922e−022 | C4 | −5.55446815e−023 | C4 | 1.10568402e−022 |
| C5 | −4.65550297e−026 | C5 | 1.85136302e−026 | C5 | 8.54286956e−027 |
| C6 | 1.02837481e−030 | C6 | −1.44110574e−030 | C6 | −8.34588063e−031 |
| C7 | 2.54076903e−036 | C7 | 3.72591227e−035 | C7 | 1.97309537e−035 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

| SURFACE NO. 43 | | SURFACE NO. 47 | |
|---|---|---|---|
| C0 | 0.0000 | C0 | 0.0000 |
| C1 | −6.88182408e−009 | C1 | 1.62217387e−009 |
| C2 | 1.49845458e−014 | C2 | −6.74169300e−014 |
| C3 | −3.68264031e−018 | C3 | 1.20108340e−018 |
| C4 | 1.78132275e−022 | C4 | 1.21664354e−023 |
| C5 | 6.62312346e−027 | C5 | −1.11444071e−027 |
| C6 | −8.68541514e−031 | C6 | 1.08479154e−031 |
| C7 | 2.32817966e−035 | C7 | −2.93513997e−036 |
| C8 | 0.00000000e+000 | C8 | 0.00000000e+000 |
| C9 | 0.00000000e+000 | C9 | 0.00000000e+000 |

The aspheric lens surfaces in all of the foregoing examples are obtained by inserting the tabulated values for $C_0$, $C_1$, $C_2$, . . . into the equation

$$P(h) = \frac{h^2/R}{1 + \sqrt{1 - (1 + C_0)\frac{h^2}{R^2}}} + C_1 h^4 + C_2 h^6 + \ldots$$

wherein P(h) represents the axial coordinate and h represents the radial coordinate of a point on the lens surface, i.e., P(h) indicates the distance of a point of the lens surface from a plane that contains the vertex of the lens surface and extends perpendicular to the optical axis. $C_1$ to $C_n$ are the aspherical constants listed in the tables, and the constant $C_0$ represents the conicity of the lens surface. R stands for the sagittal radius listed in the tables. The representation according to the foregoing equation with polynomial coefficients $C_1$ to $C_n$ conforms to an industry standard known as CODE V™ and developed by Optical Research Associates, Pasadena, Calif.

Concerning the question of how big a loss in exposure contrast the photoresist can tolerate, it has been found that the contrast loss is significantly influenced by the longitudinal chromatic aberration of a lithography objective. In order to determine the bandwidth of a system for different apertures, wavelengths, materials and structure widths, it is proposed that the diameter of the circle of confusion induced by the longitudinal chromatic aberration be kept smaller than a factor of 2.2 times the structure width, and preferably even smaller than 2.0 times the structure width.

The chromatically induced circle of confusion is to be determined at the maximum aperture and for a deviation $\Delta\lambda$ from the working wavelength by one-half the bandwidth of the light source.

In the following Table 6, the bandwidth of a system was determined for a case where the diameter of the chromatic circle of confusion was equal to 2.1 times the structure width. In comparison to a monochromatic system the resulting contrast loss in grid structures is about 6.5% with the polychromatic system.

TABLE 6

| Embodiment | λ in nm | NA | Image field $mm^2$ | Structure width [nm] $K_1$ = 0.32 | Bandwidth pm | Material | CHL nm/pm | Number of aspheres | KCHL |
|---|---|---|---|---|---|---|---|---|---|
| Table 1 | 193 | 0.8 | 26 × 10.5 | 77.3 | 0.31 | SiO | 392 | 9 | 5.02 |
| Table 2 | 193 | 0.85 | 26 × 10.5 | 72.8 | 0.24 | $SiO_2$ | 401 | 9 | 5.13 |
| Table 3 | 157 | 0.85 | 26 × 14 | 59.3 | 0.12 | $CaF_2$ | 672 | 9 | 5.18 |
| Table 4 | 157 | 0.85 | 26 × 10.5 | 59.3 | 0.12 | $CaF_2$ | 668 | 9 | 5.15 |
| Table 5 | 193 | 0.85 | 26 × 10.5 | 72.8 | 0.26 | $SiO_2$ | 367 | 11 | 4.71 |
| A* | 248 | 0.83 | 26 × 8 | 95.8 | 0.75 | $SiO_2$ | 180 | 4 | 6.07 |
| B* | 193 | 0.85 | 26 × 8 | 72.8 | 0.19 | $SiO_2$ | 503 | 11 | 6.64 |

*A and B represent the respective embodiments of Table 2 and Table 4 of WO 01/50171 A1.

The structure width was determined according to the formula:

$$\text{Structure width} = \frac{\lambda * K_1}{NA},$$

wherein a value of 0.32 was selected for $K_1$. A practical range of variation for $K_1$ is between 0.27 and 0.35. The characteristic index KCHL can provide a comparison between the different designs of refractive lithography objectives with regard to the longitudinal chromatic aberration that occurs with the defined image field dimensions, light source band widths, and dispersion of the materials used in the lenses. If the objective consists of only one material, the dispersion of that single material is used. If the objective consists of a plurality of different materials, each lens is assigned a synthesized substitute material with the same refractive index as the actual material of that lens, but with a selected uniform dispersion for the calculation of the substitute longitudinal chromatic aberration.

$$KCHL = \frac{CHL\ [\text{nm}]}{\Delta\lambda\ [\text{nm}] * \left(\frac{\Delta n}{n-1}\right) * y'\text{max}\ [\text{nm}]},$$

wherein

CHL represents the longitudinal chromatic aberration,

Δλ represents the bandwidth interval, and

Y'max represents the maximum image field diameter.

It is advantageous to enter the values for CHL, Δλ, Y'max in nm in the foregoing equation, choosing for example a value of 1 nm for Δλ. To document the state of the art, the examples A and B of, respectively, Table 4 and Table 2 of WO 01/50171 A1 are shown above in Table 6. Embodiment B has a highly typical KCHL-value of 6.07. Conventional refractive lithography objectives generally vary only within narrow limits from this amount, with the very high KCHL-value of 6.64 in embodiment A representing an exception.

KCHL-values falling significantly below 6.0 have been achieved for the first time with the embodiments presented herein. A particularly low KCHL-value of 4.71 was attained in the example of Table 5. This opens up the unprecedented possibility of using only quartz glass (fused silica, $SiO_2$) as lens material for a wavelength of 193 nm and a structure width of about 70 nm. The ability to completely eliminate the need for $CaF_2$ in an objective for 70 nm structures and to reduce the $CaF_2$ volume for structures smaller than 70 nm represents an enormous economic advantage. The objectives of the design proposed herein have a KCHL-value of less than 5.3, with a preference for KCHL-values below 5.0, and the strongest preference for KCHL-values below 4.8.

## LIST OF REFERENCE SYMBOLS

To the extent that the reference symbols indicate analogous elements, they are shared between the different drawing figures.

**1** Projection system for photographic exposures
**3** Illumination device
**5** Projection objective
**7** Optical axis
**9** Mask
**11** Mask holder
**13** Image plane
**15** Wafer
**17** Substrate holder
**19** System diaphragm
**21** Lens arrangement
**23** Light bundle
**25** Maximum diameter of light bundle
**27** Light bundle diameter
**29** First waist

What is claimed is:

**1**. A refractive projection objective for use in microlithography, comprising a lens arrangement with a system diaphragm, wherein the lens arrangement consists of lenses made exclusively of one and the same material, wherein the objective has an optical axis, an object field, an image field, and an image-side numerical aperture larger than 0.7, wherein a light bundle propagating through the objective is defined by said image field and said image-side numerical aperture and has within the objective a variable light-bundle diameter smaller than or equal to a maximum light-bundle diameter, and wherein in a length interval measured on the optical axis from the system diaphragm towards the object field and at least equaling said maximum light-bundle diameter, said variable light-bundle diameter exceeds 85% of said maximum light-bundle diameter.

**2**. The objective of claim **1**, comprising a first waist arranged between two bulges and further comprising at least four doublets following said first waist relative to a direction of light propagation, each doublet consisting of a negative lens and a positive lens.

**3**. The objective of claim **2**, comprising a second waist formed of two consecutive negative lenses arranged between two positive lenses, wherein each of said positive lenses has a convex lens surface facing towards said negative lenses.

**4**. The objective of claim **3**, wherein the light-bundle diameter in the second waist exceeds 85% of the maximum light-bundle diameter.

**5**. The objective of claim **2**, wherein in each of said doublets the negative lens immediately follows the positive lens relative to said direction of light propagation.

**6**. The objective of claim **2**, wherein each of said doublets has a respective average lens diameter between the positive lens and the negative lens of said doublet, and wherein mutually facing lens surfaces of the positive lens and the negative lens of each of said doublets are spaced from each other at a distance shorter than 10% of said respective average lens diameter.

**7**. The objective of claim **2**, wherein in at least three of said doublets said positive lens and said negative lens have mutually facing lens surfaces spaced less than 10 mm from each other.

**8**. The objective of claim **1**, wherein the first two of the lenses relative to a direction of light propagation have a negative refractive power and are curved towards said object field.

**9**. The objective of claim **2**, wherein the first waist consists of three negative lenses.

**10**. The objective of claim **1**, wherein the first three of the lenses relative to a direction of light propagation have a negative refractive power.

**11**. A microlithography projection system comprising the objective of claim **1**.

**12**. A method of manufacturing a component comprising a microstructure on a substrate, with the steps of:

applying a light-sensitive coating to the substrate;

exposing the light-sensitive coating to ultraviolet laser light by means of a projection system and a mask of the microstructure; and

developing the light-sensitive coating, whereby the microstructure is formed on the substrate;

wherein the projection system comprises the objective of claim **1**.

**13**. A refractive projection objective for use in microlithography, comprising a lens arrangement with a system diaphragm, wherein the lens arrangement consists of lenses made exclusively of one and the same material, wherein each of the lenses has a diameter less than or equal to a maximum lens diameter, wherein the objective has an optical axis, an object field, an image field, and an image-side numerical aperture larger than 0.7, wherein a light bundle propagating through the objective is defined by said image field and said image-side numerical aperture and has within the objective a variable light-bundle diameter, and wherein in a length interval measured on the optical axis from the system diaphragm towards the object field and at least equaling said maximum lens diameter, said variable light-bundle diameter exceeds 85% of said maximum lens diameter.

**14**. The objective of claim **13**, comprising a first waist arranged between two bulges and further comprising at least four doublets following said first waist relative to a direction of light propagation, each doublet consisting of a negative lens and a positive lens.

**15**. The objective of claim **14**, comprising a second waist formed of two consecutive negative lenses arranged between two positive lenses, wherein each of said positive lenses has a convex lens surface facing towards said negative lenses.

**16**. The objective of claim **15**, wherein the light-bundle diameter in the second waist exceeds 85% of the maximum light-bundle diameter.

**17**. The objective of claim **14**, wherein in each of said doublets the negative lens immediately follows the positive lens relative to said direction of light propagation.

**18**. The objective of claim **14**, wherein each of said doublets has a respective average lens diameter between the positive lens and the negative lens of said doublet, and wherein mutually facing lens surfaces of the positive lens and the negative lens of each of said doublets are spaced from each other at a distance shorter than 10% of said respective average lens diameter.

**19**. The objective of claim **14**, wherein in at least three of said doublets said positive lens and said negative lens have mutually facing lens surfaces spaced less than 10 mm from each other.

**20**. The objective of claim **13**, wherein the first two of the lenses relative to a direction of light propagation have a negative refractive power and are curved towards said object field.

**21**. The objective of claim **14**, wherein the first waist consists of three negative lenses.

**22**. The objective of claim **13**, wherein the first three of the lenses relative to a direction of light propagation have a negative refractive power.

**23**. A microlithography projection system comprising the objective of claim **13**.

**24**. A method of manufacturing a component comprising a microstructure on a substrate, with the steps of:

applying a light-sensitive coating to the substrate;

exposing the light-sensitive coating to ultraviolet laser light by means of a projection system and a mask of the microstructure; and

developing the light-sensitive coating, whereby the microstructure is formed on the substrate;

wherein the projection system comprises the objective of claim **13**.

**25**. A refractive projection objective for use in microlithography, comprising a lens arrangement that consists of lenses made exclusively of one and the same material, wherein said objective has a numerical aperture of at least 0.8 and is configured for light of a wavelength shorter than 300 nm within a defined bandwidth of Δλ, and wherein the objective is characterized by a characteristic index KCHL defined as

$$KCHL = \frac{CHL\ [\text{nm}]}{\Delta\lambda\ [\text{nm}] * \left(\frac{\Delta n}{n-1}\right) * y'\text{max}\ [\text{nm}]},$$

wherein

CHL represents a longitudinal chromatic aberration and Y' max represents a maximum image field diameter of the objective, and wherein the characteristic index KCHL is less than or equal to 5.5.

**26**. The objective of claim **25**, wherein the characteristic index KCHL is less than or equal to 5.0.

**27**. The objective of claim **26**, wherein the characteristic index KCHL is less than or equal to 4.8.

**28**. A microlithography projection system comprising the objective of claim **25**.

**29**. A method of manufacturing a component comprising a microstructure on a substrate, with the steps of:

applying a light-sensitive coating to the substrate;

exposing the light-sensitive coating to ultraviolet laser light by means of a projection system and a mask of the microstructure; and

developing the light-sensitive coating, whereby the microstructure is formed on the substrate;

wherein the projection system comprises the objective of claim **25**.

**30**. A refractive projection objective for use in microlithography, comprising a lens arrangement with a system diaphragm, wherein the lens arrangement is subdivided into three lens groups with a first lens group of positive refractive power forming a first bulge, followed by a second lens group of negative refractive power forming a waist, followed by a third lens group having an elongated configuration taking up 60% of a length measured from the object field to the image field, and wherein the system diaphragm is arranged in the third lens group.

**31**. A microlithography projection system comprising the objective of claim **30**.

**32**. A method of manufacturing a component comprising a microstructure on a substrate, with the steps of:

applying a light-sensitive coating to the substrate;

exposing the light-sensitive coating to ultraviolet laser light by means of a projection system and a mask of the microstructure; and

developing the light-sensitive coating, whereby the microstructure is formed on the substrate;

wherein the projection system comprises the objective of claim **30**.

* * * * *