US006220713B1

(12) United States Patent
Tadic-Galeb et al.

(10) Patent No.: US 6,220,713 B1
(45) Date of Patent: Apr. 24, 2001

(54) **PROJECTION LENS AND SYSTEM**

(75) Inventors: **Biljana Tadic-Galeb**, Thousand Oaks; **Robert E. Fischer**, Westlake Village; **David Kappel**, San Diego, all of CA (US); **Neil L. Condra**, The Woodlands, TX (US); **Ann M. Muscato**; **Sean M. Donnelly**, both of Houston, TX (US)

(73) Assignee: **Compaq Computer Corporation**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/177,931**

(22) Filed: **Oct. 23, 1998**

(51) **Int. Cl.**[7] .................... **G03B 21/28**
(52) **U.S. Cl.** .................... **353/77**; 353/74
(58) **Field of Search** .................... 359/649, 642; 353/77, 74

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 34,492 | 12/1993 | Roberts | 359/48 |
| 4,425,028 | 1/1984 | Gagnon et al. | 350/337 |
| 4,544,237 | 10/1985 | Gagnon | 350/331 R |
| 4,799,137 | 1/1989 | Aho | 362/309 |
| 4,874,228 | 10/1989 | Aho et al. | 350/345 |
| 4,961,642 | 10/1990 | Ogino | 353/38 |
| 5,054,885 | 10/1991 | Melby | 359/618 |
| 5,190,370 | 3/1993 | Miller et al. | 362/340 |
| 5,218,480 | 6/1993 | Moskovich | 359/753 |
| 5,237,641 | 8/1993 | Jacobson et al. | 385/146 |
| 5,243,459 | 9/1993 | Winston et al. | 359/362 |
| 5,303,322 | 4/1994 | Winston et al. | 385/146 |
| 5,323,414 | 6/1994 | Baird et al. | 372/75 |
| 5,381,309 | 1/1995 | Borchardt | 362/31 |
| 5,389,982 | 2/1995 | Lee | 353/37 |
| 5,404,076 | 4/1995 | Dolan et al. | 313/572 |
| 5,467,154 | 11/1995 | Gale et al. | 353/119 |
| 5,504,391 | 4/1996 | Turner et al. | 313/570 |
| 5,528,720 | 6/1996 | Winston et al. | 385/146 |
| 5,557,343 | 9/1996 | Yamagishi | 348/781 |
| 5,557,478 | 9/1996 | Winston et al. | 359/853 |
| 5,594,830 | 1/1997 | Winston et al. | 385/146 |
| 5,604,607 | 2/1997 | Mirzaoff | 358/484 |
| 5,606,220 | 2/1997 | Dolan | 313/637 |
| 5,610,768 | 3/1997 | Winston | 359/727 |
| 5,621,486 | 4/1997 | Doany et al. | 348/756 |
| 5,626,800 | 5/1997 | Williams et al. | 264/1.38 |
| 5,670,842 | 9/1997 | Dolan et al. | 313/570 |
| 5,675,677 | 10/1997 | Davenport et al. | 385/31 |
| 5,682,080 | 10/1997 | Dolan et al. | 313/570 |
| 5,686,793 | 11/1997 | Turner et al. | 313/570 |
| 5,692,820 | 12/1997 | Gale et al. | 353/77 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 03063690 | 3/1991 | (JP) . |
| 03243932 | 10/1991 | (JP) . |
| WO 97/27606 | 7/1997 | (WO) . |
| WO 97/45858 | 12/1997 | (WO) . |

*Primary Examiner*—Hung Xuan Dang
(74) *Attorney, Agent, or Firm*—Akin, Gump, Strauss, Hauer & Feld, LLP

(57) **ABSTRACT**

Projection lenses and projection lens systems are telecentric between an illumination subsystem and a set of imagers. The lenses and systems can exhibit color fringing correction, uniform imager illumination, athermalization, and component articulation for improved imaging. The lenses and systems may be employed in display apparatuses, such as folded display apparatuses that have decreased footprint size, but long effective projection lengths.

**6 Claims, 18 Drawing Sheets**




36
49
30
28
26
24
22
20
18
14
12
32
10
16
40
38A
39A
39B
39C
38C
38B
38

FIG. 1


36
49
10
12
14
16
18
20
22
24
26
28
30
32
33
34
48
46A,46B,46C
42A,42B,42C
40
39
38

FIG. 2


TO
DISPLAY SCREEN 36
10
12
14
16
18
20
22
24
24A
24B
26
26A
28
30
30A
32
33
38
39
40
42A, 42B, 42C
46A, 46B, 46C
48
49

FIG. 3


36
49
10
12
39C
44A
46C
38C
42C
44D
44E
39A
42A
46A
38A
44B
40
44C
42B
39B
38B
46B

FIG. 4


S29
36
49
S28
30
S27
S26
28
S24
S25
S23
26
14,14'
S18
S20
S21
S22
S12–S17
33
24
34
S19
S12
S17 48
S11
S10
22
S9
20
S8
16
S6
S7
S5
S4
S3
18
46A,46B,46C
42A,42B,42C
40
39
38

FIG. 4A


TO
DISPLAY SCREEN 36
49
30'
28'
26'
14'
24'
33'
24B'
33'
33'
24A'
32
48
50
52
16
40
42A,42B,42C
46A,46B,46C
39
38
56
58
or
54
Z
Y
X

FIG. 5




FIG. 6A




FIG. 6B


14,14'
12,52
33
48
32
84
86
74
78A
80A
76
16
40
42A,42B,42C
46A,46B,46C
39
38

FIG. 7


36
49
14
32
74
90A
86
82
88
33
48
80B
90
76
84
78B
16
40
46A,46B,46C
42A,42B,42C
39
38

FIG. 8


S1
S2
S3
S4
S5
S6
S7
S8
S9
S10
S11
S12
S12–S19
32
82
S19
90
90A
86
84
74
76
22
S20
S21
20
S22
S23
S24
16
18
S25
S26
S27
S28
46A,46B,46C
40
42A,42B,42C
S29
39
S31
S30
38

FIG. 8A




FIG. 9




FIG. 10




FIG. 11




FIG. 12




FIG. 13




FIG. 14


TO ILLUMINATION
RELAY LENS
SYSTEM 76
B'
A'
B
A
113
115
115
117
112B
114
114
112A
112
110
θ
80A,80B
113
θ
θ
112B
θ
112A

FIG. 15




FIG. 16




FIG. 17




FIG. 18




FIG. 19




FIG. 20

# PROJECTION LENS AND SYSTEM

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to projection lenses and projection systems, and, more particularly, to projection lenses and systems that provide improved use of the total light energy emitted by an illumination subsystem.

2. Description of Related Art

Light projection is used to display images on large surfaces, such as large computer displays or television screens. In front projection systems, an image beam is projected from an image source onto the front side of a reflection-type, angle transforming screen, which reflects the light toward a viewer positioned in front of the screen. In rear projection systems, the image beam is projected onto the rear side of a transmission-type, angle transforming screen and transmitted toward a viewer located in front of the screen.

In single exit pupil projection systems, three primary color images are projected through the same lens to form a full color image. These systems avoid color shift in the projected image and color mixing or combining need not be performed by their screen as in a three lens system. Single exit pupil systems may be either of the transmissive variety or of the reflective variety. Additional information about projection lenses and systems can be found in U.S. Pat. No. 5,218,480, issued to Moskovitch, entitled "Retrofocus Wide Angle Lenses," incorporated by reference herein in its entirety.

Several considerations stand out for such projection systems. One item is the efficient use of the light energy output of an illumination subsystem in a projection system. Matching the illumination subsystem with imagers (e.g., a liquid crystal display (LCD) or spatial light modulator (SLM)) in the projection system to obtain a bright, uniformly illuminated image is important. Etendue considerations have not been particularly emphasized in previous projection system designs. Examples of the type of light sources in illumination subsystems, amongst others, for which efficiency can matter include metal-halide lamps and those described in U.S. Pat. Nos. 5,404,076 and 5,606,220, issued to Dolan et al., entitled "Lamp Including Sulfur" and "Visible Lamp Including Selenium or Sulfur," respectively, and in U.S. Pat. No. Re. 34,492, issued to Roberts, entitled "Combination Lamp and Integrating Sphere For Efficiently Coupling Radiant Energy From A Gas Discharge Into A Lightguide." U.S. Pat. Nos. 5,404,076, 5,606,220, and Re. 34,492 are incorporated by reference herein in their entirety. Other examples include lamps described in PCT Pat. application No. PCT/US97/10490, by MacLennan et al., published as WO 97/45858 on Dec. 4, 1997, also incorporated by reference herein in its entirety.

Another consideration is system size. For rear projection and computer screen applications, a small overall package size is desirable except perhaps for the screen. The physical size of individual components, such as lenses, filters, stops, etc., should be made relatively small while a large image size should be produced. Although a system may be small in size, however, its compactness may not necessarily be optimized. For instance, in projection systems employing three LCD imagers, one for each primary color, the distance between the projection lens and the imagers may have to be increased to accommodate field lenses required to better match the illumination subsystem and the imagers.

In some previous projection lenses, the filtering of image or imager illumination light has been of concern. A filter



could be placed, for example, within an aperture stop of a projection lens. However, aperture stops have previously been disadvantageously positioned within the physical confines of one of the lenses or other elements making up the projection lens.

Thermal effects have been a concern when polymer materials, despite their generally good optical properties, are used to construct individual lens elements in projection lens systems. Aspheres, although useful in limiting lens aberrations and in reducing lens size, can reveal detrimental thermal effects with high power light when positively powered optical elements are constructed of these materials. Acrylic materials, for example, present a relatively large change in refractive index with temperature. A lens fashioned out of acrylic can, therefore, display an internal temperature change or gradient. A corresponding optical power change can result with high powered light, leading to performance deficiencies.

Other considerations in projection systems include the effects of dispersion in optical elements and manufacturing tolerances. Dispersion effects frequently appear in optical systems in which all three primary colors are transmitted through the same optical elements. Manufacturing tolerances can impact parts interchangeability. Manufacturing tolerances may result in performance variations that need to be addressed by appropriate means to ensure that production model projection lenses and systems will demonstrate similar performance.

The present invention is directed to improving projection lenses and systems. The present invention is also directed to overcoming or reducing one or more of the problems and deficiencies set forth above or other problems and deficiencies.

## SUMMARY OF THE INVENTION

In general, in one aspect, embodiments of the invention feature a projection lens system, that includes an illumination subsystem including a light source and a lightguide adapted to direct illumination light from the light source. The projection lens system also includes a projection lens adapted to receive the illumination light from the lightguide and to direct image light derived from the illumination light.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the invention will become apparent upon reading the following detailed description and upon reference to the drawings in which:

FIG. **1** is a perspective view of a projection lens system in accordance with a first embodiment of the invention.

FIG. **2** is a top view of the projection lens system in FIG. **1**.

FIG. **3** is a more detailed top view of the projection lens system in FIG. **1**

FIG. **4** is a detailed view of a portion of a projection lens system in accordance with an exemplary embodiment of the invention.

FIG. **4**A provides a key between element surfaces and reference numerals in FIG. **1**.

FIG. **5** is a view of a projection lens system in accordance with a second embodiment of the invention.

FIGS. **6**A and **6**B are detailed views of a portion of a projection lens system in accordance with an exemplary embodiment of the projection lens system in FIG. **5**.

FIG. **7** is a view of a projection lens system with an illumination subsystem including an illumination relay lens system in accordance with an exemplary embodiment of the invention.

FIG. **8** is a view of a projection lens system with an illumination subsystem including an illumination relay lens system in accordance with a third embodiment of the invention.

FIG. **8**A provides a key between element surfaces and reference numerals in FIG. **8**.

FIGS. **9** and **10** are views of portions of a projection lens system with an illumination subsystem in accordance with exemplary embodiments of the invention.

FIGS. **11–14** are views of mounting apparatuses in accordance with exemplary embodiments of the invention.

FIG. **15** is a view of a projection lens system with an illumination subsystem in accordance with an alternative embodiment of the invention.

FIGS. **16** and **17** are views of details of portions of a projection lens system in accordance with exemplary embodiments of the invention.

FIGS. **18** and **18**A are views of a portion of a projection lens system in accordance with a fourth embodiment of the invention.

FIG. **19** is a side view of a display apparatus in accordance with a fifth embodiment of the invention.

FIG. **20** is a side view of another display apparatus in accordance with a sixth embodiment of the invention.

While the invention is susceptible to various modifications and alternative forms, specific embodiments thereof have been shown by way of example in the drawings and are herein described in detail. It should be understood, however, that the description herein of specific embodiments is not intended to limit the invention to the particular forms disclosed, but on the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the appended claims.

## DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Illustrative embodiments of the invention are described below. In the interest of clarity, not all features of an actual implementation are described in this specification. It will of course be appreciated that in the development of any such actual embodiment, numerous implementation-specific decisions must be made to achieve the developers' specific goals, such as compliance with system-related and business-related constraints, which will vary from one implementation to another. Moreover, it will be appreciated that such a development effort, even if complex and time-consuming, would be a routine undertaking for those of ordinary skill in the art having the benefit of this disclosure.

Improved projection lenses and an improved projection lens systems are described in accordance with embodiments of the invention. The projection lenses and systems have utility in both front and rear projection systems. The projection lens systems can include illumination and relay lens subsystems. The projection lenses and systems may be employed advantageously in so-called "folded" optical display systems. In the description and drawings of the projection lenses and systems below, like reference numerals are indicative of like parts.

FIGS. **1–3** illustrate a reflection-based projection lens system **10** in accordance with a first embodiment of the invention. The projection lens system **10** includes a projection lens **12** having a first or front lens unit **14** and a second or back lens unit **16**. The front lens unit **14** and the back lens unit **16** are separated by an air gap. The front lens unit **14** has overall zero, near-zero or weak (e.g., negative) optical power with an angular magnification to project over a wide field of view. Other embodiments can have positive or negative optical powers for the front lens unit **14**. The second lens unit **16** has overall positive optical power. In the exemplary embodiment shown in FIGS. **1–3**, the second lens unit **16** includes lens elements **18**, **20**, and **22** and the first lens unit **14** includes lens elements **24**, **26**, **28**, and **30**. The lens elements **18**, **20**, **22**, **24**, and **26** are all positively powered lenses and the lens elements **28** and **30** are both negatively powered lenses. The lens elements **18**, **20**, and **24** may be doublets and the lens elements **22**, **26**, **28** and **30** may be meniscus lenses, although other lens types or powers could be used. Other arrangements and number of elements can be envisioned, as will be appreciated by those skilled in the art having the benefit of the present disclosure. These other arrangements and number of elements are included within the scope and spirit of the present invention.

FIG. **3** shows a larger view of the projection lens system **10** and the projection lens **12**. The projection lens **12** includes nine elements in the exemplary embodiment. These nine elements include a reflecting linear polarizer **32** in addition to the lens elements **18**, **20**, **23**, **24**, **26**, **28**, and **30**, and a clean-up element **34** (see FIGS. **2** and **3**). In other embodiments, the number of elements can be other than nine. The clean-up element **34** can be an absorptive linear polarizer and is optional. The reflecting linear polarizer **32** may be constructed of double brightness enhancement film (DBEF), a variety of multilayer optical film (MOF), commercially available from Minnesota, Mining & Manufacturing Company. The reflecting linear polarizer **32** (e.g., MOF) is a substantially nonabsorbing polarizer. Hence, it does not substantially absorb light that it transmits or reflects. An exemplary construction of the reflecting linear polarizer **32** is a sandwich of glass, optical cement, MOF, optical cement, and glass. The reflecting linear polarizer **32** is oriented to substantially reflect first linear polarization components of light of desired colors (which can be white light or substantially white light) from a light source (not shown in FIGS. **1–3**) toward the rear lens unit **16** and to substantially transmit second linear polarization components (orthogonal to the first) and reflect undesired colors. For example, the reflecting linear polarizer **32** can be oriented with its high efficiency side toward the light source, such that incoming S polarization light is reflected and P polarization light is transmitted. An additional reflecting linear polarizer (not shown) constructed of MOF, for example, may be placed in the path of the transmitted light to reflect it back through the reflecting linear polarizer **32** to the light source. Such operation is useful with certain types of high intensity discharge (HID) lamps (to be described in more detail below) or other types of lamps for optical "pumping" of the light source to improve the efficiency of the light source for generating the desired light components. These lamps are exemplified in prior co-owned U.S. patent application Ser. Nos. 08/747,190, filed Nov. 12, 1996, by Richard M. Knox, entitled "High Efficiency Lamp Apparatus For Producing A Beam Of Polarized Light," and Ser. No. 08/771,326, filed Dec. 20, 1996, by William B. Mercer, entitled "Polarized Light Producing Lamp Apparatus That Uses Low Temperature Polarizing Film," both incorporated by reference herein in their entirety.

A remote aperture stop **33** is located near the lens element **24** between the reflecting linear polarizer **32** and the lens element **24**, as shown in FIGS. **2** and **3**. By positioning the aperture stop **33** remotely from the polarizer **32** (i.e., by it being an accessible aperture stop), diffractive and/or other

out-of-angle light can effectively be blocked from images. As a result, contrast can be improved by pupil apodization for contrast enhancement and/or other needs. The aperture stop **33** can be designed to be very close to (i.e., proximate to or just outside) the lens **24**. In certain embodiments, a filter can be positioned in the aperture stop **33** to filter image light passing through, as will be appreciated by those skilled in the art having the benefit of the present disclosure.

Whether the clean-up element **34** included in the exemplary embodiment in FIGS. **1–3** is used may depend on desired image contrast. The clean-up element **34** can be sandwiched between two lens elements **24**A, **24**B that make up the lens element **24**, as shown in FIGS. **1–3**, although other configurations are possible. The clean-up element **34** could be cemented between the two elements **24**A, **24**B using a suitable optical cement. In alternative embodiments, the clean-up element **34** could be positioned at any appropriate location in the front group **14**, for instance: between the reflecting linear polarizer **32** and the lens element **24**; between the lens elements **24** and **26**; between the lens elements **26** and **28**; or between the lens elements **30** and a display screen **36** (see FIGS. **1–3**). In this last position, the clean-up element **34** may be attached (e.g., by suitable optical cement) to the lens element **30** or it may be completely external to the lens **12**. The clean-up element **34** is preferably positioned in the front group **14** at locations where the image light is not substantially diverging or of large ray angles.

The first lens unit **14** may include at least one aspherical surface or element (i.e., an asphere). For example, in the exemplary embodiment shown in FIGS. **1–3**, the lens elements **26** and **30** can be aspheres having aspheric surfaces **26**A and **30**A, respectively. In other embodiments, different numbers of aspheric lens elements or surfaces can be combined with non-aspheres, and exhibit analogous or similar performance characteristics to the projection lens system **10**. Moreover, additional embodiments exhibiting analogous or similar performance characteristics can include no aspheres and/or gradient index or diffractive optical components, as will be appreciated by those skilled in the art having the benefit of the present disclosure. All of these embodiments are included within the scope and spirit of the present invention.

In the exemplary embodiment shown in FIGS. **1–3**, the projection lens system **10** also includes imager **38** for color imaging and a chromatic separator or beamsplitter **40**. In general, as used herein, the imager **38** is understood to mean one or more color imagers, for example, imagers **38**A, **38**B, **38**C for three-color imaging. Other numbers of imagers are possible, for example, one, two, four, or more. The number of imagers will depend, in general, on the specific implementation or design of the projection lens system **10** and/or an illumination subsystem for the projection lens **10**. Examples of embodiments in which one or two imagers like imagers **38**A, **38**B, **38**C could be used are field sequential color systems, as will be appreciated by those skilled in the art having the benefit of the present disclosure. For simplicity of presentation, in some of the drawings only one imager is shown, which is labeled as the imager **38** (see, e.g., FIGS. **2** and **3**). In other drawings, all three imagers **38**A, **38**B, **38**C will be shown when the discussion warrants it or when easily drawn. In the view shown in FIG. **1**, the imager **38**C is not visible as it is obscured by the chromatic separator **40**. A separate cover glass **39**A, **39**B, **39**C (indicated generally as numeral **39** in the drawings showing only the imager **36**) is included for each of the respective imagers **38**A, **38**B, **38**C. There is a small (not shown) air gap between each cover glass **39**A, **39**B, **39**C and the respective imagers **38**A, **38**B, **38**C. In other embodiments, the cover glass **39**A, **39**B, **39**C may be integrated with the imager **38**A, **38**B, **38**C, there may be no air gap, or there may be no cover glass at all. Each of the color imagers **38**A, **38**B, **38**C may be LCD imagers, such as ferroelectric LCD (FLCD) imagers, or other forms of imagers.

Any appropriate chromatic separator can be employed as the chromatic separator **40**. In FIGS. **1–3**, the chromatic separator is shown simply as a block. FIG. **4** offers a view of the imagers **38**A, **38**B, **38**C and the chromatic separator **40** in an exemplary embodiment. The front lens unit **14**, the rear lens unit **16**, and the reflecting linear polarizer **32** are not in detail in FIG. **4**. The chromatic separator in FIG. **4** is a Philips prism, which is discussed further below. The chromatic separator **40** splits the incoming white light received from an illumination subsystem (not shown in FIGS. **1–3**) into three color bands, for example, the red, green, and blue primary colors, as generally indicated by respective numerals **42**A, **42**B, and **42**C in FIGS. **2–4**. The illumination subsystem includes the light source and the incoming white light is received by the chromatic separator **40** via reflection from the reflecting linear polarizer **32**, as discussed above. The incoming white light may be substantially white or quasi-white light. Quasi-white light is defined to be light from a light source that is deficient in its output in one or more colors (or wavelength bands) of the visible spectrum. Substantially white or quasi-white light will be referred to herein simply as white light. The chromatic separator **40** separates the primary colors in the incoming white light in the exemplary embodiments shown in FIGS. **1–4**. The color-separated light components **42**A, **42**B, **42**C are directed along different paths to corresponding ones of the imagers **38**A, **38**B, **38**C.

One way to direct the color-separated light **42**A, **42**B, **42**C is to use the well-known Philips prism as the chromatic separator **40**, as already mentioned. The Philips prism is a type of chromatic separator that includes one or more prism elements, for example, prism elements **44**A, **44**C, and an optional cover **44**B, as shown in FIG. **4**. Each of the prism elements **44**A, **44**C includes a highly reflective, multilayered coating (e.g., coatings **44**D, **44**E) designed to substantially reflect or transmit particular colors of light to separate the colors. Each of the coatings **44**D, **44**E preferentially reflect or transmit a color that is distinct from the colors reflected or transmitted by the multilayered coating on the other prism element. In other words, the coating **44**D is, in general, different, and reflects and transmits differently, than the coating **44**E. In other embodiments, the chromatic separator **40** could take other forms that function analogously or similarly to the Philips prism, such as the well known X-cube beamsplitter.

In typical use, each of the three color imagers **38**A, **38**B, **38**C receives the color-separated light or bands of light **42**A, **42**B, **42**C derived from the illumination subsystem (i.e., from illumination light) and reflects back a corresponding color-separated image imparted on each color band, as indicated schematically by numerals **46**A, **46**B, and **46**C in FIGS. **2–4**. The imagers **38**A, **38**B, **38**C, if they are FLCDs, twisted nematic LCDs, or other types of spatial light modulators, each impart the respective color-separated image under control derived from an external video or other control signal (not shown). The control signal can be implemented as a temporal electrical modulation of electrooptic states of individual pixels (not shown) that are defined in the imagers **38**A, **38**B, **38**C. Each pixel is individually electrically addressable for control of its states. One state (e.g., an

"on" state) rotates (i.e., retards) the polarization of incoming light by substantially 90 degrees. Retardation occurs because the light impinging on the pixel makes a double pass through a quarter-wave optical thickness of the pixel with an intervening reflection. A reflector located behind the pixel or forming a back part of the pixel provides the reflection. The other state (i.e., an "off" state) does not substantially rotate the polarization before or after reflection during the double pass. Projectable gray levels are achievable at intermediate states between the on and off states, for example, if the imagers **38**A, **38**B, **38**C are the twisted nematic LCDs, which have a variable birefringence with applied voltage. Intermediate voltage values between the on and off state voltage values can produce analog gray scale. The FLCDs are bi-stable devices and hence they would only have the two states discussed (i.e., on and off).

At any instance in time during image formation, a particular electrical on and off state pixel pattern corresponds to the image information that is imparted on the light **46**A, **46**B, **46**C upon reflection from the imagers **38**A, **38**B, **38**C. This pattern is transformed into a pattern of polarization states of different bundles of the light **46**A, **46**B, **46**C (i.e., into polarization-encoded bundles of the reflected light **46**A, **46**B, **46**C). The color-separated image information in the image light **46**A, **46**B, **46**C is then combined by the color separator **40**. The bundles of the light **46**A, **46**B, **46**C traveling from the rear unit **16** toward the front unit **14** are then selected according to their polarization state by the reflecting linear polarizer **32**. Image light that had its polarization rotated substantially by 90° by the imagers **38**A, **38**B, **38**C is substantially transmitted through the reflecting linear polarizer **32** as light **48**. Light (not shown) whose polarization was not substantially rotated is reflected by the reflecting linear polarizer **32** and out of the projection lens **12**, back toward the illumination subsystem. The reflected light travels essentially the same path in reverse of the path that the incoming light took from the light source in the illumination subsystem. This reflected light could be used for optical pumping of the light source for improved efficiency in the illumination subsystem, in similarity to the discussion above.

The transmitted light **48** has substantially the second polarization orthogonal to the previously desired (first) polarization of incoming light that was reflected by the reflecting linear polarizer **32** toward the imagers **38**A, **38**B, **38**C. The light **48**, therefore, passes through the reflecting linear polarizer **32** and through the clean-up element **34**, if present. Characteristic directions of the clean-up element **34** and the reflecting linear polarizer **32** are aligned for this transmission, and the clean-up element **34** selects the polarization further. The light **41** then passes through the front lens unit **14** toward the screen **36** as image light **49**, which forms a full color image projected thereon (see FIGS. **1** and **2**). The nominal throw of the projection lens **12** to the screen **36** (i.e., the distance between them) is approximately 447 mm in air in the exemplary embodiments in FIGS. **1**–**4**. Other embodiments can be designed with different throw distances. The magnification to the screen **36** is approximately 26, although other magnifications could be designed, as will be appreciated by those skilled in the art having the benefit of the present disclosure. The magnification to the screen **36** is approximately 26, although other magnifications could be designed, as will be appreciated by those skilled in the art. With the use of optical designs of different angular magnifications in the front and rear groups, the light can be imaged onto screens of different sizes. For example, the front lens unit can exhibit high angular magnification for wide field projection.

The projection lens **12** advantageously exploits the light output from the illumination subsystem that is imaged onto the imagers **38**A, **38**B, **38**C by being telecentric or substantially telecentric in object space. Moreover, the numerical aperture (NA) of the projection lens **12** is nominally high. In the exemplary embodiments shown in FIGS. **1**–**4**, the projection lens **12** has an NA of approximately 0.1786, which is equivalent to an F/# of approximately 2.8 in air. The projection lens **12** could be designed to have other NA values.

Table 1 summarizes nominal projection lens **12** data for the exemplary embodiments shown in FIGS. **1**–**4**.

TABLE 1

GENERAL PROJECTION LENS DATA

| | |
|---|---|
| Operating Temperature (C) | 0°–60° C. |
| Stop | S18 [FIG. 4A and Table 2] |
| Stop Diameter | 16 mm |
| Eff. Focal Length | 18 mm |
| Object Space NA | 0.1786 |
| Image Diagonal | 542 mm |
| Magnification | 26.25 |
| Entrance Pupil Position | ∞ (telecentric) |
| Exit Pupil Diameter | 6.5 mm |
| Exit Pupil Position | −473 from image |
| Object Diagonal | 20.6 mm |
| Wavelength Band | Visible |
| Lens Units | Millimeters |

Table 2 is a summary of the projection lens **12** surface data for the exemplary embodiments shown in FIGS. **1**–**4**. The columns in Table 2 are for surface number, surface radius, thickness (i.e., distance between the surface indicated in a row of Table 2 and the surface indicated in the next row), glass/material (e.g., glass or other material or material parameters), diameter, and conic (for aspheric surfaces). FIG. **4**A associates the element surfaces in the second column of Table 2 with the numerical elements in the first column of Table 2 and shown in FIGS. **1**–**3**. Surfaces **S13**–**S16** represent interior surfaces of the exemplary glass/optical cement/MOF/optical cement/glass embodiment of the reflecting linear polarizer **32** and are not specifically identified in FIG. **4**A. Table 2 includes surfaces **S19**–**S22** for the clean-up element **34**, although the clean-up element **34** is optional.

Table 3 includes higher order aspheric coefficient entries for the aspheric surfaces **S23** and **S27** of the lens elements **26** and **30**, respectively, decentering information for the surface **S19**, and tilt information for the surfaces **S12** and **S17**.

FIG. **5** shows a projection lens system **50** in accordance with a second embodiment of the invention. The system **50** is similar to the projection lens system **10**, and is a variation of the projection lens system **10**. A projection lens **52** includes a front or first lens unit **14'**, which is similar to the lens unit **14** in the lens **12**. The front lens unit **14'** includes lens elements **24'**, **26'**, **28'**, and **30'**. An optional clean-up element **34'** can be sandwiched between lens elements **24A'** and **24B'** of which the lens element **24'** is constructed. The front lens unit **14'** also includes a remote aperture stop **33'**. The elements **24'** (**24A'** and **24B'** ) **26'**, **28'**, **30'**, **33'**, and **34'** are analogous or similar to the elements **24** (**24A** and **24B**), **26**, **28**, **30**, **33**, and **34**, respectively, in the projection lens **12**. The system **50** further includes the imager **38** and the chromatic separator **40**.

TABLE 2

PROJECTIONS LENS SURFACE DATA SUMMARY

| Dwg. Element No. | Surf No. | Radius | Thickness | Glass/Material | Diameter | Conic |
|---|---|---|---|---|---|---|
| 38 | OBJECT AT IMAGER | Infinity | 1.1 | ZKN7 | 22.4 | |
| | S1 | Infinity | 0.8 | | 22.4 | |
| 40 | S2 | Infinity | 40 | BK7 | 36.72 | |
| | S3 | Infinity | 1.5 | | 36.72 | |
| 18 | S4 | Infinity | 2.5 | SF11 | 37.6 | |
| | S5 | 58.57127 | 8.8 | SK5 | 37.6 | |
| | S6 | −44.27827 | 0.5 | | 37.6 | |
| 20 | S7 | 102.6493 | 9.4 | SK5 | 37.6 | |
| | S8 | −34.32682 | 2.5 | SF11 | 37.6 | |
| | S9 | −101.7558 | 0.5 | | 37.6 | |
| 22 | S10 | 45.26133 | 5.1 | BK7 | 36 | |
| | S11 | 142.304 | 17.704 | | 36 | |
| 32 | S12 | — | 0 | | — | |
| | S13 | Infinity | 0.7 | BK7 | 37.5 | |
| | S14 | Infinity | 0.125 | index 1.580000 Abbe number 58.000 | 37.1 | |
| | S15 | Infinity | 0.7 | BK7 | 37 | |
| | S16 | Infinity | 0 | | 36.6 | |
| | S17 | — | 12.596 | | — | |
| 33 | Stop S18 | — | 0 | | 16 | |
| 24, | S19 | 27.40444 | 4 | BASF2 | 20 | |
| 34 (520, S21) | S20 | Infinity | 0.125 | index 1.450000 Abbe number 58.000 | 20 | |
| | S21 | Infinity | 2.65 | BASF2 | 20 | |
| | S22 | 51.24619 | 19.2 | | 20 | |
| 26 | S23 | 30.24837 | 4.5 | ACRYLIC | 29.4 | 0.41940 |
| | S24 | 33.3 | 10.5 | | 29.4 | |
| 28 | S25 | −14.45517 | 6.8 | BK7 | 24.8 | |
| | S26 | −35.82717 | 1.55 | | 37.6 | |
| 30 | S27 | −26.2 | 4.3 | ACRYLIC | 45 | −1.5309 |
| | S28 | −66 | 447 | | 45 | |
| 36 | SCREEN IMAGE S29 | Infinity | — | | 577.872 | |

TABLE 3

NOTE: System is substantially telecentric or telecentric in object space

| Dwg. Element No. | Aspheric Surface | $A(y^4)$ | $B(y^b)$ | $C(y^8)$ | $D(y^{10})$ |
|---|---|---|---|---|---|
| 26 | S23 | −1.28E-5 | −2.83E-8 | 4.1E-11 | −5.0E-14 |
| 30 | S27 | 4.67E-6 | 1.77E-8 | −4.57E-12 | −2.92E-14 |

Surfaces S18 Y decentered 0.533 mm
Surfaces S12 & S17 tilted 45° and −45° respectively

The front lens unit **14**' is laterally adjustable as a group with respect to the remainder of the projection lens **50**. Lateral adjustment can be made by decentering along X and Y axes in a right-handed coordinate system **54** shown in FIG. **5**. The direction of motion is also generally indicated by the double-headed arrow **56** parallel to the Y axis and the orthogonal arrowhead/tail **58** parallel to the X axis.

The purpose of decentration is to mitigate possible effects of manufacturing tolerances within the projection lens **50** to improve image quality. The mechanism for decentration in the embodiment shown in FIG. **5** could be implemented in various configurations, as will be appreciated by those skilled in the art having the benefit of the present disclosure. One exemplary mechanism is shown in FIGS. **6**A and **6**B in accordance with an embodiment of the invention. FIGS. **6**A and **6**B show a portion of a housing **60** of the front lens unit **14**' of the projection lens **52**. In this embodiment, the front lens unit **14**' is constructed as a modular barrel **62** that installs into the housing **60** in a direction generally indicated by arrow **64**. When the front lens unit **14**' is fully inserted into the housing **60** (FIG. **5**B), flat **66** rests on flat **68**. The housing **60** can be articulated along axes **70** and **72** by suitable adjustment known in the art (e.g., by screw adjustment). In one exemplary embodiment, the barrel **62** is manipulated with an external device (not shown), such as a screwdriver, until the optical characteristics of the projection lens **52** are measured for best performance. The barrel **62** is then glued in place with an appropriate glue.

In accordance with an embodiment of the invention, an illumination subsystem includes an illumination relay lens system for introducing light from a light source to the projection lenses **12**, **52**. One exemplary embodiment including such an illumination subsystem **74** is illustrated in FIG. **7**. An illumination relay lens system **76** receives light from a light source **78**A. The illumination relay lens system **76** directs light out put from the light source **78**A to the reflecting linear polarizer **32** in the projection lenses **12**, **52**. The rear lens unit **16** in the projection lenses **12**, **52** is common to light paths of th e illumination subsystem **74** (or other types of illumination subsystems discussed herein) and the projection lens systems **10**, **50**. Th e magnification of the illumination relay lens system **76** is approximately two in

one embodiment. In other embodiments, the illumination relay lens system **76** may include one or more aspheres (e.g., constructed of a polymer, such as acrylic), and may have different magnifications and element powers.

In FIG. **7**, the light source **78**A includes a lamp **80**A and a lamp power drive or power source (not shown). Th e lamp **80**A may be driven by electric arc, radiofrequency (rf) energy, microwave, or like power source and include equipment or hardware (not shown) for coupling power to the light emitting material of the lamp **80**A. The lamp **76**A can be one of the lamps described in the aforementioned U.S. patent application Ser. Nos. 08/747,190 or 08/771,326, or in U.S. Pat. Nos. 5,404,026, entitled "Lamp Including Sulfur," and U.S. Pat. No. 5,606,220, entitled "Visible Lamp Including Selenium or Sulfur," both issued to Dolan et al., which are incorporated by reference herein in their entirety.

FIG. **8** shows a projection system and an illumination subsystem in accordance with a third embodiment of the invention. A light source **78**B is similar to the light source **78**A and includes a lamp **80**B (similar to the lamp **80**A) and a liohtpipe (e.g., a tapered lightpipe or TLP) **82**, which is a type of lightguide. The lamps **80**A, **80**B and the TLP **82** will be discussed further below. Like Table 1, Table 4 summarizes general projection lens **12**, **52** data and illumination relay lens system **74** data for the embodiment shown in FIG. **8**. Table 5 is a summary of the projection lens **12** (and **52**) surface data for FIG. **8**, in similarity to Table 2.

FIG. **8**A associates the element surfaces in the second column of Table 5 with the numerical elements in the first column of Table 5 and shown in FIG. **8**. Surfaces S**13**–S**18** represent interior surfaces of the exemplary embodiment of the reflecting linear polarizer **32** and are not specifically identified in FIG. **8**A, as similarly discussed above for FIG. **4**A. No meaning should be attached to the use of similar element surface numerical labels between the embodiments shown in Table 2 (and FIG. **4**A) and Table 5 (and FIG. **8**A).

TABLE 4

| GENERAL LENS DATA | |
|---|---|
| No. Surfaces | 30 |
| Temperature (C) | 0°–68° C. |
| Object Space N.A. | 0.32 |
| Eff. Focal Length | −172 mm |
| Working F/# | 2.65 |
| Stop Diameter | 16 mm |
| Paraxial Magnification | −1.78 |
| Object Height in Millimeters | 12.5 mm diagonal |
| Primary Wavelength | 0.556 microns |
| Lens Units | Millimeters |

The illumination relay lens system **76** is designed to accommodate the extent or size of the light output from the TLP **82**. In a particular embodiment, the TLP **82** and the



imager **36** are not substantially adjustable relative to each other while their adjustment can be made in other embodiments or in other ways in still other embodiments. For example, an illumination field stop **83** (see FIGS. **7**, **7**A, and **8**) can be laterally adjusted to allow light passing from the light sources **78**A, **78**B to the imager **38** to be centered on the imager **38**. The field stop **83** can be a rectangular field stop.

In the exemplary embodiment shown in FIG. **8**, a pre-polarizer **86** is also included in an aperture stop **84**. The pre-polarizer **86** can be a multi-layered or sandwiched structure in a heat-sink frame, such as layers of DBEF (or MOF), glass, air, sapphire, and an absorption polarizer (e.g., with optical cement in between each adjacent layer). The sapphire acts as a heat collector and the pre-polarizer **86** can be AR-coated. With this construction, the sapphire layer may be used advantageously as a heat sink, depending on the design of the light source **78**A, **78**B. The MOF layer of the pre-polarizer **86** may be used to reflect light of an undesired polarization (i.e., polarization not aligned for reflection to the imager **38** by the reflecting linear polarizer **32**) back to the lamp **80**B for optical pumping, as discussed above, as well as to limit the amount of light absorbed by the absorption polarizer to minimize heating effects. On the other hand, the MOF layer transmits light of the desired polarization (i.e., polarization aligned for reflection to the imager **38** by the reflecting linear polarizer **32**).

The illumination relay lens system **76** may also include an IR/UV filter or coating **88** on a lens **90**. Infrared filtering can reduce or substantially mitigate detrimental thermal effects from high powered lamps in imaging systems. Ultraviolet filtering can reduce or substantially mitigate degradation of optical bonding materials (e.g., optical cements or epoxies) if they are used in the projection lens systems **10**, **50**. The IR/UV filter **88** shown in FIG. **8** reflects near-visible IR radiation from the light source **78**A, **78**B away from the projection lenses **12**, **52** and back toward the lamp **80**B. The IR radiation above approximately 1.2 microns is absorbed by the absorption polarizer in the IR/UV filter **88**. In alternative embodiments, only an IR or a UV filter (i.e., not both), or no filter, may be used. The IR/UV filter **88** (or separate IR or UV filters) could be in other positions, as will be appreciated by those skilled in the art having the benefit of the present disclosure. For example, the filter **88** could be a UV filter or a UV coating on the lens **90** and an IR mirror could be placed near or in the middle of the illumination relay lens system **76** between the lenses **74**A and **74**B in FIGS. **7**, **8** and **8**A. With an IR (hot) mirror, UV could be absorbed and so there may be no need for a separate UV filter or coating.

TABLE 5

ILLUMINATION RELAY SYSTEM SURFACE DATA SUMMARY

| Dwg. Element No. | Surface No. | Radius | Thickness | Glass/Material | Diameter | Conic |
|---|---|---|---|---|---|---|
| e.g., 82 | OBJECT (e.g., TLP OUTPUT) | Infinity | 0.005 | | 12.5 | 0 |
| 90 | S1 | Infinity | 2.3 | SILICA | 16 | 0 |
| 90, 90A | S2 | −25.2 | 2.877403 | | 16 | 0 |
| 76 | S3 | Infinity | 4.5 | BK7 | 20 | 0 |
| | S4 | −18.59391 | 14.45 | | 20 | 0 |
| | S5 | Infinity | 5.5 | BK7 | 22 | 0 |
| | S6 | −27.77859 | 0.5 | | 22 | 0 |
| | S7 | Infinity | 3.7 | BK7 | 22 | 0 |

TABLE 5-continued

ILLUMINATION RELAY SYSTEM SURFACE DATA SUMMARY

| Dwg. Element No. | Surface No. | Radius | Thickness | Glass/Material | Diameter | Conic |
|---|---|---|---|---|---|---|
| | S8 | −34.7788 | 2.22 | | 22 | 0 |
| 86 | S9 | Infinity | 1.5 | BK7 | 18 | 0 |
| | S10 | Infinity | 0 | | 18 | 0 |
| 84 | STOP 11 | Infinity | 14.35 | — | 16 | — |
| 32 | S12 | — | 0 | — | — | — |
| | S13 | Infinity | 0.7 | BK7 | 36.52763 | 0 |
| | S14 | Infinity | 0 | MIRROR | 37.41535 | 0 |
| | S15 | Infinity | −0.7 | BK7 | 37.41535 | 0 |
| | S16 | Infinity | 0 | | 38.30535 | 0 |
| | S17 | — | 0 | — | — | — |
| | S18 | Infinity | −18.225 | | 23.73374 | 0 |
| | S19 | — | 0 | — | — | — |
| 22 | S20 | 142.304 | −5.1 | BK7 | 37 | 0 |
| | S21 | 45.26 | −0.5 | | 37 | 0 |
| 20 | S22 | −101.755 | −2.5 | SF11 | 37.5 | 0 |
| | S23 | −34.326 | −9.4 | SK5 | 37.5 | 0 |
| | S24 | 102.649 | −0.5 | | 37.5 | 0 |
| 18 | S25 | −44.278 | −8.8 | SK5 | 37.5 | 0 |
| | S26 | 58.571 | −2.5 | SF11 | 37.5 | 0 |
| | S27 | Infinity | −1.5 | | 37.5 | 0 |
| 40 | S28 | Infinity | −40 | BK7 | 36.72 | 0 |
| | S29 | Infinity | −0.8 | | 36.72 | 0 |
| 39 | S30 | Infinity | −1.1 | ZKN7 | 24.75913 | 0 |
| 38 | IMAGE AT IMAGER S31 | Infinity | — | | 22.93756 | 0 |

Surface S19 Y decentered −0.52 mm
Surfaces S12 & S19 tilted 45°

The TLP **82** is four-sided, pyramidal-shaped, and rectangular in cross-section, with flat sides and ends in the exemplary embodiment shown in FIG. **8**. The TLP **82**, having this structure, is used to "condition" the light, although other shapes could be used. The TLP **82** accepts light from the lamp **80**B and guides the light substantially by total internal reflection (TIR), as will be appreciated by those skilled in the art having the benefit of the present disclosure. The light received from the lamp **80**B is multiply reflected within the TLP **82** as it undergoes TIR and is output by the TLP **82** to the illumination relay lens system **76**. The TLP **82** exhibits TIR because of its shape and its optical and material properties, and because of its orientation for receiving light from the lamp **80**B. In FIG. **8**, the TLP **82** is shown, bonded to, layered with, or otherwise attached to a lens element **90** (e.g., a positive lens). The lens **90** can also be integral with the TLP **82** in other embodiments. In the exemplary embodiment shown in FIG. **8**, the lens element **90** includes a lens surface **90**A bonded to the TLP **82** with the UV/IR filter coating **88** in between. It will be appreciated by those skilled in the art having the benefit of the present disclosure that the IR/UV filter or coating **88** could be disposed at other positions within the system **76** or on the surface of the lens element **90** away from the TLP **82**. Embodiments, for example, as shown in FIGS. **9** and **10**, in which the lens surface **90**A is integral with the TLP **82** are simple, low cost, and radiometrically efficient.

In operation, the relay system **76** images the light output from the TLP **82** onto the imager **38**. Light is both homogenized and controlled in solid angle by the TLP **82** to allow for simple imaging onto the imager **38** with little loss. The TLP **82** conditions the light output from the lamp **80**B to become substantially telecentric light at the imager **38**. The light from the TLP **82** is provided at the right NA to the illumination relay lens system **76** to produce the near-telecentric light at the imager **38**. In alternative embodiments, a condenser, which is also a light homogenizer, could be used instead of the TLP **82** and the relay system **76**. The condenser would form an image of the light source at the entrance pupil of the projection lens, thereby matching the illumination system to the projection system.

FIG. **11** illustrates an exemplary mounting apparatus for holding the TLP **82** in accordance with an embodiment of the invention. In FIG. **11**, the lens **90** is bonded to the TLP **82** with the IR/UV coating **88** in between. Bonding is made using a suitable optical adhesive. The lens **90** is mounted in the illumination subsystem **74** by mount **92**, shown in cross-section in FIG. **11**, which can completely encircle the lens **90** along an edge **94** of the lens **90**. The lens **90** could be glued or mechanically retained within the mount **92**. The mount **92** is completely outside the light cone **96** passing through and out of the TLP **82**. The apparatus shown in FIG. **11** is a desirable embodiment, because light loss due to loss of TIR can be reduced or avoided if the TLP **82** were not mounted and, therefore, not contacted on its side **98**, or on its end **100**. A physical mount **102** at the end **100** is optional. The mount **102** can completely or substantially decouple the TLP **82** from the lamp **80**B, which may afford prevention or reduction of possible physical and thermal degradation.

FIGS. **12**, **13**, and **14** show some variations in ways to mount the TLP **82** in accordance with alternative embodiments of the invention. FIG. **12** illustrates a mount **106** similar to the mount **92** (e.g., it is completely outside the light cone **90** passing through and out of the TLP **82**). Physical contact is made between the lamp **80**B and/or its housing **108** and the TLP **82**. The TLP **82**, the mount **106**, and the lens **90** are positioned so there is, in general, a force directed toward the lens **90** from the lamp **80**B. No adhesive is required between the lens **90** and the TLP **82** or between the lens **90** and the mount **106**. The force pushes the TLP **82** against the lens **90** in the mount **106**. FIG. **13** shows a detail

of the contact made between the TLP **82** and the lens **90**. FIG. **14** shows another detail with the TLP **82** including a ground corner region **109** that substantially conforms to the curvature of the lens **90**. The exemplary embodiment shown in FIG. **14** may provide improved fragility in the corner region **109**, both for the TLP **82** and the lens **90**. The UV/IR coating **88** (or only one of them, as discussed above), although not shown in FIGS. **12** or **13**, can be disposed in between the TLP **82** and the lens **90**.

In an illumination subsystem **110** shown in FIGS. **15**A and **15**B, in accordance with another alternative embodiment of the invention, a light funnel **112**A/compound parabolic concentrator (CPC) **112**B in a combination **112**, having reflective inner surfaces **114** and **115**, or other type or shaped lightguide may be employed instead of the TLP **82** in a relay system. A lightpipe (e.g., a non-tapered light homogenizer) **113** is included in the subsystem **110** to homogenize the light received from a light source (e.g., **80**A or **80**B) that passes through the combination **112** on its way to an illumination relay lens system (e.g., the system **76**). The light funnel portion of the combination **112** is a funnel-shaped, reflecting optical element. Devices similar to the CPC **112**B and the TLP **82** are described in U.S. Pat. Nos. 5,237,641, 5,243,459, 5,303,322, 5,528,720, 5,557,478, 5,610,768, and 5,594,830, which are incorporated by reference herein in their entirety. The region **117** between the funnel **112**A and the CPC **112**B is a region of high light energy. The cone angle θ (see FIGS. **15**A and **15**B) of the funnel **112**A, which determines the cone angle of the light through the lightpipe **113**, is preserved at the output of the lightpipe **113**, as shown in FIG. **15**B. The light output from the CPC **112**B is telecentric or substantially telecentric. The angle θ determines the angle of the cone of light at the output of the illumination relay lens system, and is related to its telecentricity. In certain alternative embodiments, the funnel **112**A is not included with the CPC **112**B. In still other alternative embodiments, the TLP **82** can be replaced with a system of lenses that may include one or more aspheric surfaces and/or gradient index or diffractive optics that freely image light from the lamp **80**B to the imager **38**. Such alternative embodiments also provide well behaved, substantially telecentric cones of light to the imager **38**. The TLP **82**, as well as the illumination relay lens system **76**, could also both be replaced by a completely different illumination relay lens system of another design, as will be appreciated by those skilled in the art having the benefit of the present disclosure. All of these embodiments image light from the lamp **80**B onto the imager **38**, providing substantially telecentric and uniform light. Moreover, the TLP **82**, as well as these other types of lightguides and relay lens systems, beneficially allows for the use of an arc lamp, such as a metal halide lamp, or other lamp types. They also provide high efficiency for high illumination brightness and uniformity.

As mentioned above, in accordance with embodiments of the invention, the illumination subsystem **74** and the imager **38** light can be adjusted relative to each other. In one embodiment, the position of the TLP **82** can be adjusted by simple mechanical adjustment (e.g., by a screw adjustment) relative to the illumination relay lens system **76**. For example, the TLP **82** can be laterally or angularly adjusted relative to the system **76**, which controls the cones of the light impinging on the imager **38** to also move laterally or angularly, as will be appreciated by those skilled in the art having the benefit of the present disclosure.

In another embodiment shown in FIGS. **16** and **17**, the reflecting linear polarizer **32** can be adjusted about one or more axes of rotation to adjust the illumination subsystem **74** (and hence, the TLP **82**) and the imager **38** relative to each other. In this embodiment, the adjustable field stop **83** is not needed to adjust the illumination on the imager **38**, and is not necessarily present. This will allow the substantially telecentric light received from the illumination subsystem **74** via the illumination relay lens system **76** to be adjusted on the pixel faces of the imager **38**. Adjustment of the polarizer **32** can be used to optimize the coupling of light between the output of the TLP **82** and the imager **38**. Moreover, as with adjustment of the front lens unit **14**' (see FIG. **5**), adjustment of the polarizer **32** can be used to compensate for manufacturing or mounting tolerances.

In more detail, FIGS. **16** and **17** show a beamsplitter adjustment device **130** that includes adjustment screws **132**A, **132**B, adjustment cams **134**A, **134**B (e.g., **2**:**1** cams), an adjuster **136**, and a pivot **138** (not shown in FIG. **17**). The adjustment device **130** can be constructed of molded plastic components attached to the inside of the projection lenses **12**, **52** (not shown in detail in FIG. **16**). The adjustment screws **132**A, **132**B contact the cams **134**A, **134**B, respectively. The cams **134**A, **134**B rotate against the adjuster **136** to rotate or tilt the polarizer **132**. Turning both of the adjustment screws **132**A, **132**B causes a top **32**A of the polarizer **32** to tilt up to approximately 1° from a vertical plane as generally indicated by arrow **140**. Turning only the adjustment screw **132**A causes the polarizer **32** to rotate up to approximately 1° from a 45° plane, as generally indicated by arrow **142**. The adjuster **136** also returns the cams **134**A, **134**B in the corner (i.e., the adjuster **136** holds the cams **134**A, **134**B in place inside the projection lenses **12**, **52**). Springs **144**A, **144**B bias the adjustment screws **132**A, **132**B against the cams **134**A, **134**B. Light received by the polarizer **32** can be steered to the imager **38** by adjustment of the adjustment screws **132**A, **132**B to optimally illuminate the imager **38**. The rear lens unit **16** is located in the direction indicated by arrow **146** in FIGS. **16** and **17**.

Other modifications besides mechanical adjustment mechanisms for optimizing illumination of the imager **38** can be made to the projection lenses **12**, **52** based on other considerations. For example, the lenses **12**, **52** and other nominal lens designs are multi-color projection lenses, which may exhibit residual color fringing, also referred to as lateral color. Color fringing is a result of a higher or a lower magnification for one or more colors compared to the other colors in the optical system. For example, red and blue light may image at higher or lower magnification than green light. For light exhibiting lower red and blue magnification, adding a very weak, negatively powered element near the green imager (e.g., **38**A, **38**B, or **38**C) in the green light path or channel can decrease the magnification of the green light to compensate for the magnification differences. Thus, the red, green, and blue light can be substantially and simultaneously matched in magnification to the other colors. Other similar or analogous embodiments for correcting color fringing also use one or more weak lens elements for the red and/or the blue channel in addition to the green channel, or instead of the green channel. More than one color and/or other colors besides red, green, or blue may be corrected. These embodiments and other embodiments that use weak, positive lenses or combinations of weak negative and positive lens elements to decrease or increase the magnification in one or more channels to correct color fringing are included within the scope and spirit of the present invention.

A system for correcting color fringing in one color channel (e.g., the green channel) is shown in FIG. **18** and in FIG. **18**A in more detail in accordance with a fourth embodiment of the invention. A projection lens system **150**, which

is a variation of the projection lens systems **10** and **50**, includes a projection lens **152** (shown schematically as a cut-away block in FIG. **18**). The system **150** may be similar to the systems **10**, **50** (e.g., including the adjustment mechanisms described above), except for the addition of a weak correcting element **154** (e.g., a lens). The weak correcting element **154** is disposed between the color separator **40** (also see FIGS. **1–3**) and the one imager of the imagers **38**A, **38**B, or **38**C (in this case imager **38**B is illustrated) that is being used to impart the particular color image on the incoming light that needs to be corrected for lateral color. The element **154** can be bonded to (e.g., with an appropriate optical cement) either the chromatic separator **40** or to the cover glass associated with that particular imager. Alternatively, the element **154** can be disposed and held in place between the chromatic separator **40** and the imager by an appropriate mount. The correcting element **154** includes at least one curved surface **154**A, which exhibits optical power.

The weak correcting element **154** is used to bring the color to be corrected (e.g., green) into substantial coincidence with the other colors (e.g., red and blue light) upon recombination of the light in the color separator **40** on its way to the front lens units **14**, **14**'. This is illustrated in FIG. **18** by considering the following. Pixel A on the green imager **38**B corresponds to pixel C on the blue imager **38**C and to pixel D on the red imager **38**A. The projection lens **152** has the lateral chromatic aberration, which is the change in magnification for different colors. The green channel has a larger magnification than the red and the blue channels. To correct this difference in magnification in the projection lens **152**, the weak negative lens **154** has been added in front of the green imager **38**B. The light **46**B coming from the pixel A, which is the correct light, is redirected by the lens **154** such that it appears as if it is coming from the pixel B, which is closer to the center of the imager **38**B. In other embodiments, gradient index, aspheric lenses, or diffractive optics could be used for the weak correcting element **154**. For example, diffractive optics in the channel for the color to be corrected in the projection lens could be used (e.g., in the rear unit) instead to correct color fringing. Another way to accomplish this is to use a diffractive optical element common for all three color channels.

In the exemplary embodiment shown in FIG. **18**, the weak correcting element **154** is used to reduce or eliminate color fringing in the green channel, which uses the imager **38**B having the cover glass **39**B (although inclusion thereof is dependent on the particular of the design imager **3 8**B). The other colors have corresponding color images imparted thereon in the projection lens **152** by operation of the imagers **38**A, **38**C. In other embodiments, weak correcting elements may be employed to correct the colors associated with the other imagers (i.e., **38**A and **38**C).

Another consideration for the projection systems **10**, **50**, **150** is the use of high power light sources, such as those described in the aforementioned U.S. Patent Nos. 5,404,026 and 5,606,220 and in U.S. patent application Ser. Nos. 08/747,190 and 08/771,326, when aspheric elements or aspheres are also included in the lenses **12**, **52**, **152**. Aspheres are frequently constructed of a polymer or polymer materials. Certain polymer materials, although exhibiting excellent optical properties, can also exhibit detrimental thermal effects due to temperature changes that occur in the materials when high power light passes through the polymer asphere. High power light can negatively impact the projected images through these temperature changes. For example, aspheres constructed of acrylic material are subject to changes in refractive index with increasing temperature. This is because of a high coefficient of thermal refractive index change. As a result, focus can change with temperature. Clever design using aspheres, however, may enable this thermal effect to be substantially canceled or eliminated, which is termed athermalization. The projection systems **10**, **50**, **150** shown in FIGS. **1–3**, **5** and **18** implement athermalization. The projection lenses **12**, **52**, **152** provide athermalization by carefully designing them to use aspheres (e.g., the lens elements **26** and **30**) and to shift (e.g., positive) optical power from the aspheres (which can, therefore, have weak optical power) to the other elements that pass the high power light earlier as the light proceeds through the front lens units **14**, **14**'. These other elements are the lens elements **18**, **20**, **22**, or **24**, which allow the aspheric element **26** to be designed with lower (e.g., positive) optical power than might otherwise be required. These other elements can be constructed of glass, which is less subject to thermal refractive index changes than are the polymer aspheres. Related detrimental thermal imaging effects are thereby avoided or prevented. The same thermal problem is unlikely to occur with negatively powered lens elements, such as the aspheric element **30**, where the beam diameter is small for any field position. If the aspheres were made of glass instead of polymer, such thermal effects could likewise be reduced or eliminated. In this latter case, the glass aspheres would not necessarily be limited to having weak optical power.

The remote aperture stop projection lenses **12**, **52**, and **152** described herein offer improved optical performance. The benefits of having a remote aperture stop include better exclusion of out-of-angle light than conventional lens designs. The remote aperture stop projection lenses **12**, **52**, **152** also provide wide fields of view, are telecentric, and exhibit excellent resolution and near zero distortion. The projection lenses **12**, **52**, **152** are compact and manufacturable. They also minimize ghost image formation and offer improved uniformity of screen brightness. For athermalization purposes, strategic use can be made of two (or more) aspheric surfaces (e.g., constructed of acrylic material) in these compound lenses that are otherwise composed substantially of spherical glass surfaces and materials. Moreover, the projection lens **152** can additionally provide substantial lateral color correction for color imaging with light passing through the same optical components (aspheric glass elements are also feasible).

The projection lens systems **10**, **50**, **150** may be similar to image engines described in prior, co-owned U.S. patent application Ser. No. 08/730,818, filed Oct. 17, 1996, by Richard M. Knox, entitled "Image Projection System Engine Assembly," which is incorporated by reference herein in its entirety. The projection lens systems **10**, **50**, **150** may be advantageously employed in front or rear projection systems, such as "folded" or "folded optics" display apparatuses. The display apparatuses **200** and **250** shown in FIGS. **19** and **20**, respectively, are examples of these folded apparatuses in accordance with fifth and sixth embodiments of the invention. One or more imager configurations (e.g., that use two or three imagers, like the imagers **38**A, **38**B, **38**C) using color liquid crystal filters may be employed. The display apparatuses **200** and **250** can be part of a computer monitor or television display. They are similar to the projection systems described in prior, co-owned U.S. patent application Ser. No. 08/581,108, filed Dec. 29, 1995, by Richard M. Knox, and in European Pat. app. No. 96309443.8, EP0783133A1, filed Dec. 23, 1996, by Richard M. Knox et al., published Jul. 9, 1997, both entitled "Projecting Images," which are incorporated by reference herein in their entirety. Such a "double bounce" geometry offers

distinct advantages. For instance, the folded optical paths in the display apparatuses **200**, **250** enable the size of the apparatuses **200**, **250** to be reduced compared to other types of display apparatuses. This is illustrated in FIGS. **19** and **20**, where the "footprint" dimensions "L" and "L'," respectively, may be made smaller by folding the optical paths, making the apparent or effective projection lengths seem longer than the actual projection lengths.

Referring to FIG. **19**, the display apparatus **200** includes an image engine or projector **202**. The image engine **202** may be similar to the projection lens systems **10**, **50**, **150**. The image engine **202** may also be similar to the image engines described in the aforementioned U.S. patent application Ser. No. 08/730,818. The image engine **202** outputs image light **204** in response to input signals, for example, electronic, video, or other signals received from an antenna, cable, computer, or controller. The image light **204** (e.g., the image light **49** from the projection lenses **12**, **52** in FIGS. **1**–**4** or analogous image light from the projection lens **152**) reflects off a lower mirror or reflector **206** to a higher mirror or reflector **208**. The light **204** is then reflected by the upper mirror or reflector **208** and is directed to a screen **212**, for example, a diffusive screen or diffuser. The screen **212** (e.g., similar to the screen **36**) scatters the image light as light **214**, which a viewer **215** can see as forming an image at the screen **212** of the display apparatus **200**.

Referring to FIG. **20**, the display apparatus **250** is shown, which includes an image engine or projector **252**, a signal splitter **254**, an input cable **256**, a sound system **258**, a screen apparatus **260**, and a back mirror or reflector **262**. The image engine **252** may be similar to the projection lens systems **10**, **50**, **150** described above and those in the aforementioned U.S. patent application Ser. No. 08/730,818. The screen apparatus **260** includes a reflecting linear polarizer **264** and a screen **268**, which, depending on the specific design, may be layered, coated, bonded (e.g., with index matching adhesive), laminated (e.g., as one element), or otherwise applied together in the order shown in FIG. **20**. The reflecting linear polarizer **264** and the screen **268** may be held together with no air gap or with substantially no air gap. Alternatively, in other embodiments, the reflecting linear polarizer **264** and the screen **268** may be held together in spaced apart relation.

The screen **268** (e.g., similar to the screen **36**) may be a diffusive screen or a diffuser, and the reflecting linear polarizer **264** may be constructed of MOF. Other polarizing reflector or wide-angle polarizing reflector materials could also be used. The reflecting linear polarizer **264** has the characteristic of preferentially reflecting light of one linear polarization and preferentially transmitting light of another, linear but orthogonal, polarization, as discussed above.

The back reflector **262** includes a mirror or reflector **270** and an achromatic retarder **272** that, depending on the design, may be layered, coated, bonded (e.g., with index matching adhesive), adjacent or otherwise applied together in the order shown in FIG. **20**. The back mirror or reflector **270** and the achromatic retarder **272** may be held together in spaced apart relation or not be held spaced apart (i.e., with substantially no air gaps). A suitable achromatic retarder **272** may be designed to accommodate the spaced apart arrangement, as will be appreciated by those skilled in the art having the benefit of the present disclosure.

In operating the display apparatus **250**, the image engine **252** receives an electronic signal through the input cable **256** and provides the signal to the signal splitter **254**. The signal splitter **254** divides the signal into, for example, a video signal and an audio signal, and provides these signals to the image engine **252** and the sound system **258**, respectively. The image engine **252** converts the video signal into projected image light **274** (e.g., the image light **49**). The electronic signal received by the cable **256** may be any type of signal containing video information, such as a television signal received by an antenna or over cable lines, or a computer video signal received through a computer video cable. The audio signal and the sound system are optional.

The image light **274** may be polarized in the image engine **252**, for example, by the operation of the reflecting linear polarizer **32**, the imagers **38**A, **38**B, **38**C, the pre-polarizer **86**, and the clean-up element **34**, if present, as described above. A light source (not shown) in the image engine **252** or other light source may be used to input linearly polarized light initially into the image engine **252** in an illumination subsystem similar to those described above. The light would then be processed by the polarizer **32**, the imagers **38**A, **38**B, **38**C, and the pre-polarizer **86**, the clean-up polarizer, if present, or as determined by an external polarizer. The image light **274** may be polarized in the second polarization discussed above or have its polarization determined by another polarizer that is employed external to the projection lens (not shown in FIG. **20**) of the image engine **252**. In a first instance, the image light **274** output from the image engine **252** is polarized in the second polarization direction, for example. The light **274** is then reflected by the reflecting linear polarizer **264** toward the back reflector **262**. The reflected image light **274** passes through the achromatic retarder **272** a first time in one direction, is reflected by the back mirror or reflector **270**, and passes through the achromatic retarder **272** a second time, directed again toward the screen apparatus **260**. The achromatic retarder **272** is designed to have an optical thickness of substantially one-quarter wave, such that the image light **274** in the second polarization will undergo an effective half-wave (i.e., substantially 90 degrees) polarization shift or rotation on double pass through the achromatic retarder **272**. Thus, the image light **274**, which is now directed toward the screen apparatus **260**, will substantially be in the first polarization and will substantially pass through the reflecting linear polarizer **264** and to the screen **268**. The screen **268** scatters this light as image light **276**. The viewer **215** can then observe an image produced by the image light **276** at the screen **268** of the screen apparatus **260**, in similarity to the descriptions given above.

In all embodiments of the invention, diffusive viewing screens or beaded screens may be used as the screens **36**, **212**, and **268**. Beaded screens capture stray imaging light, have a limited acceptance angle, and the stray light is absorbed in a black matrix. Diffusive screens, on the other hand, scatter the stray light to improve homogeneity and/or uniformity in intensity across the viewing screen. The type of diffusive screens discussed herein include bulk diffusive screens. Surface diffusers, for example, ground glass and the like, could also be used instead of diffusive screens or beaded screens in accordance with other embodiments of the invention.

The particular embodiments disclosed above are illustrative only, as the invention may be modified and practiced in different but equivalent manners apparent to those skilled in the art having the benefit of the teachings herein. Furthermore, no limitations are intended to the details of construction or design herein shown, other than as described in the claims below. It is therefore evident that the particular embodiments disclosed above may be altered or modified and all such variations are considered within the scope and spirit of the invention. Accordingly, the protection sought herein is as set forth in the claims below.

What is claimed is:

**1**. A projection lens system, comprising:

an illumination subsystem comprising
  a light source, and
  a lightguide adapted to direct illumination light from the light source;

a projection lens comprising
  a front lens unit,
  a back lens unit, and
  a reflecting linear polarizer adapted to direct the illumination light from the lightguide to the back lens unit and to direct image light to the front lens unit; and

an imager adapted to impart image information on the image light.

**2**. The projection lens system of claim **1**, wherein the lightguide comprises a tapered light pipe.

**3**. The projection lens system of claim **1**, wherein the lightguide is adapted to provide the illumination light to the imager as substantially telecentric light.

**4**. The projection lens system of claim **1**, wherein the lightguide comprises a compound parabolic concentrator.

**5**. A method of projecting light, comprising:

directing light from a light source to a lightguide;

directing the light that is substantially telecentric light from the lightguide to a projection lens;

directing a portion of substantially telecentric light having a certain polarization toward an imager associated with a projection lens;

imparting an image on the portion of the light having polarization rotated; and

directing the image from the projection lens.

**6**. The method of claim **5**, further comprising:

directing another portion of the substantially telecentric light having a polarization substantially orthogonal to the certain polarization back toward the light source.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,220,713 B1 Page 1 of 1
DATED : April 24, 2001
INVENTOR(S) : Biljana Tadic-Galeb, Robert E. Fischer, David Kappel, Neil L. Condra, Ann M. Muscado and Sean M. Donnelly

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Title should read -- Projection Lens System and Method of Projecting Light. --

Signed and Sealed this

Fourth Day of December, 2001

*Attest:*

Nicholas P. Godici

NICHOLAS P. GODICI

*Attesting Officer* *Acting Director of the United States Patent and Trademark Office*

US005760969A

# United States Patent [19]

Suzuki

[11] Patent Number: 5,760,969

[45] Date of Patent: Jun. 2, 1998

[54] **COMPACT HIGH-PERFORMANCE ZOOM LENS**

[75] Inventor: **Takeshi Suzuki**, Ebina, Japan

[73] Assignee: **Nikon Corporation**, Tokyo, Japan

[21] Appl. No.: **547,601**

[22] Filed: **Oct. 24, 1995**

[30] **Foreign Application Priority Data**

Nov. 1, 1994 [JP] Japan .................................... 6-292079

[51] **Int. Cl.**$^{6}$ ...................................................... **G02B 15/16**

[52] **U.S. Cl.** ............................................................. **359/688**

[58] **Field of Search** ...................................... 359/688, 683

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,871,239 10/1989 Masumoto et al. ..................... 359/708

5,175,648 12/1992 Mori ........................................ 359/689

5,327,290 7/1994 Fukushima et al. .................... 359/692

FOREIGN PATENT DOCUMENTS

56-147113 11/1981 Japan .

*Primary Examiner*—Scott J. Sugarman

*Attorney, Agent, or Firm*—Klarquist Sparkman Campbell Leigh & Whinston, LLP

[57] **ABSTRACT**

A compact, high-performance zoom lens is disclosed comprising four lens groups in a positive-negative-negative-positive refractive power arrangement and capable of imaging an object on an image plane over a range of magnifications from a wide-angle mode to a telephoto mode (preferably spanning a zooming ratio of at least 16). In the most preferred embodiment, the zoom lens comprises, coaxially objectwise to imagewise: a first lens group having positive overall refractive power and comprising four lens elements; a second, axially movable for zooming, lens group having negative overall refractive power and comprising five lens elements including a lens element with an aspherical surface; a third, axially movable for zooming, lens group having negative overall refractive power and comprising two lens elements; and a fourth lens group having positive overall refractive power and comprising ten lens elements. Such a zoom lens preferably satisfies one or more of the following conditions:

$$V>16$$

$$10^{-4}\cdot(h/2)<|dX5|<|dX7|<|dX10|<10^{-1}\cdot(h/2)$$

$$-2.0<(R_2+R_1)/(R_2-R_1)<0.0$$

$$0.5<(F_T/\#)^{1/2}\cdot f_1/f_T<1.0$$

$$0.9<|\beta_{2W}\cdot V^{1/2}|<1.5.$$

**30 Claims, 10 Drawing Sheets**



FIG. 1


10
C1
C2
C3
C4
C5
L11
L12
L13
L14
L21
L22
L23
L24
L25
L31
L32
L41
L42
L43
L44
L45
L46
L47
L48
L49
L50
AS
P1
P2
I
A
S1
S2
S3
S4
S5
S6
S7
S8
S9
S10
S11
S12
S13*
S14
S15
S16
S17
S18
S19
S20
S21
S22
S24
S25
S26
S27
S28
S29
S30
S31
S32
S33
S34
S35
S36
S37
S38
S39
S40
S41
G1
G2
G3
G4
G41
G42

FIG. 2A
(WAM)




FIG. 2B
(MFLM)




FIG. 2C
(TM)





100
C1
C2
C3
C4
C5
C6
A
I
P1
P2
AS
L11
L12
L13
L14
L21
L22
L23
L24
L25
L31
L32
L41
L42
L43
L44
L45
L46
L47
L48
L49
L50
S101
S102
S103
S104
S105
S106
S107
S108
S109
S110
S111
S112
S113
S114*
S115
S116
S117
S118
S119
S120
S121
S122
S123
S124
S125
S126
S127
S128
S129
S130
S131
S132
S133
S134
S135
S136
S39
S40
S41
G1
G2
G3
G4
G41
G42


FIG. 3

FIG. 4A
(WAM)




FIG. 4B
(MFLM)




FIG. 4C
(TM)



FIG. 5


200
I
P2
P1
S41
S40
S39
L50
S236
S235
S234
S233
S232
S231
S230
C5
C6
L49
L48
L47
L46
L45
S227
S228
S229
S226
S225
S224
S223
S222
S221
S220
L44
C4
L43
L42
L41
C3
L32
L31
S219
S218
S217
C2
C1
L25
L24
L23
L22
L21
S209
S210
S211
S212
S213
S214*
S215
S216
S208
S207
S206
S205
S204
L14
L13
L12
L11
A
S203
S202
S201
G1
G2
G3
G41
G42
G4

FIG. 6A
(WAM)




FIG. 6B
(MFLM)




FIG. 6C
(TM)



FIG. 7



300
C1
C2
C3
C4
C5
L11
L12
L13
L14
L21
L22
L23
L24
L25
L31
L32
L41
L42
L43
L44
L45
L46
L47
L48
L49
L50
P1
P2
I
A
S301
S302
S303
S304
S305
S306
S307
S308
S309
S310
S311
S312
S313
S314*
S315
S316
S317
S318
S319
S320
S321
S322
S323
S324
S325
S326
S327
S328
S329
S330
S331
S332
S333
S334
S335
S336
S337
S39
S40
S41
G1
G2
G3
G41
G42
G4

FIG. 8A
(WAM)




FIG. 8B
(MFLM)




FIG. 8C
(TM)



FIG. 9


400
A
I
P1
P2
L11
L12
L13
L14
L21
L22
L23
L24
L25
L31
L32
L41
AS
L42
L43
L44
L45
L46
L47
L48
L49
L50
C1
C2
C3
C4
C5
G1
G2
G3
G41
G42
G4
S401
S402
S403
S404
S405
S406
S407
S408
S409
S410
S411
S412
S413
S414*
S415
S416
S417
S418
S419
S420
S421
S422
S423
S424
S425
S426
S427
S428
S429
S430
S431
S432
S433
S434
S435
S436
S437
S39
S40
S41

FIG. 10A
(WAM)




FIG. 10B
(MFLM)




FIG. 10C
(TM)



# COMPACT HIGH-PERFORMANCE ZOOM LENS

## FIELD OF THE INVENTION

This invention relates to zoom lenses, more specifically to zoom lenses having a wide-angle capability and having a positive-negative-negative-positive refractive power arrangement of constituent lens groups.

## BACKGROUND OF THE INVENTION

In recent years, video cameras have become extremely popular and the present market trend is toward smaller and more versatile cameras. As video cameras are made smaller and more versatile due to rapid advances in electronic technology, the camera's imaging lens needs to be more compact and light-weight. At the same time, the imaging lens is required to provide, over a large magnification range, a high-quality image to a fixed-size and fixed-position charge-coupled device (CCD) array, which electronically "senses" the light image continuously in real time.

When using a photographic, television or video camera, it is often desirable to have the flexibility to obtain both telephoto and wide-angle images of a subject. In order to obtain images over a wide range of magnifications and fields of view without having to change the imaging lens, a "zoom" imaging lens is often used.

A "zoom" lens has a focal length that can be varied continuously over a defined range to provide variable magnification. Focal-length changes are normally made by moving one or more lens groups in the lens, usually by adjusting the length of the lens barrel. "True" zoom lenses have a parfocal property, i.e., relative motions of the lens groups are coordinated so as to maintain the image formed by the lens in a substantially fixed plane (in contrast to a "vari-focal" zoom lenses, where the image is not maintained in a substantially fixed plane as the focal length is changed). True zoom lenses are normally preferred because they do not need to be refocused after changing the focal length. Differential motion of lens groups is achieved most commonly through the use of one or more high-precision cams in the lens barrel.

Conventional zoom lenses generally comprise an objectwise front section comprising a Donders-type afocal telescope of variable power, and a rear section comprising an objective lens of fixed power (which may be a pre-existing camera lens onto which the afocal telescopic zoom attaches). Conventional mechanically-compensated zoom lenses that include an objective lens group tend to be axially long, especially if the zoom lens exhibits a wide focal-length range in magnification between wide-angle and telephoto modes (i.e., a large "zoom ratio"). Moreover, the length of the zoom lens can be even longer if it is necessary to accommodate an imagewise component such as a beam splitting prism, a color-separating means, or band-pass filters.

For a zoom lens that is designed for use with a color-separating prism and/or parallel plate band-pass filters, it is desirable that the lens be substantially "image-space telecentric," meaning that the principal rays leaving the exit pupil are substantially parallel to the optical axis. Substantial image-space telecentricity is preferred because the optimum performance of color-separating prisms and band-pass filters is achieved only over a limited range of incident ray angles. A significant variation in incident ray angles can result in a variation in color over the image plane called "color shading."

Most conventional zoom lenses having a large aperture and a high zoom ratio employ four or five groups of lenses in a positive-negative-negative-positive or positive-negative-positive-positive refractive power arrangement. Typically, this arrangement allows for the overall zoom-lens refractive power to be sufficiently spread out over the lens groups so as to facilitate aberration correction, and to provide for substantially parallel principal rays between the axially movable lens groups(s) (i.e., "zoom groups") and the stationary objective group. In addition, the lens elements comprising the telescopic front objective lens group tend have a large clear aperture so as to gather sufficient light to form a bright image over the entire range of magnifications, which is of particular importance in video camera imaging.

A five-group zoom lens having a positive-negative-negative-positive-positive arrangement is described in U.S. Pat. No. 5,061,051 (the '051 patent) to Miyamae. However, this zoom lens has insufficient back focus to accommodate a large (i.e., 40 mm) color-separating prism. Further, the lens does not have a suitably high zoom ratio or suitably large range of field angles from the wide-angle to the telephoto mode.

In order to make a conventional four-group zoom lens more compact while at the same time increasing the zoom ratio, the conventional approach has been to increase the power of each of the lens groups. However, this approach can only be taken so far before aberration correction becomes problematic and the zoom-lens performance is compromised. On the other hand, the alternative approach of including additional lens groups to spread the power in order to facilitate aberration correction is disadvantageous because a compact design becomes difficult to achieve.

Aspherical lenses ("aspheres") have also been used to construct compact, high-power zoom lenses. Aspheres offer advantages in the way of aberration correction, permitting a relatively high-power zoom lens without the need for additional lens groups. Furthermore, recent advances in asphere production technology has made the use of aspheres economical in many types of zoom lenses.

Zoom lenses utilizing aspheres are shown in U.S. Patent No. 5,327,290 to Fukushima et al., U.S. Pat. No. 5,175,648 to Mori et al., and U.S. Pat. No. 4,871,239 to Masumoto et al. While these zoom lenses are compact, they do not have suitably high zoom ratios from the wide-angle mode to the telephoto mode, limiting their usefulness in demanding still and motion-picture camera applications.

Therefore, there is a need for a compact, lightweight, high-performance camera zoom lens with a large aperture and a high zoom ratio.

## SUMMARY OF THE INVENTION

The present invention satisfies the foregoing need by providing a compact, lightweight, high-performance zoom lens capable of being zoomed over a focal-length range from a wide-angle mode to a telephoto mode at a high zooming ratio.

According to one aspect of the present invention, a zoom lens is provided comprising a first, second, third, and fourth lens groups disposed objectwise to imagewise along an optical axis. The second and third lens groups are axially movable for zooming over a zooming ratio of at least 16 from a wide-angle mode to a telephoto mode. The second lens group comprises an aspherical lens element having a maximum effective diameter h and an aspherical lens surface having departure distances $d\times5$, $d\times7$, and $d\times10$, satisfying the relationship:

$$10^{-4}\cdot(h/2)<|dx5|<|dx7|<|dx10|<10^{-1}\cdot(h/2).$$

Preferably, the first lens group in such a zoom lens has a focal length $f_1$, the second lens group has a lateral magnification $\beta_{2W}$ in the wide-angle mode, and the telephoto mode has a focal length $f_T$ and an F-number $F_T/\#$, wherein the zoom lens satisfies at least one of the following conditions:

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0;$$

and

$$0.9<|\beta_{2W}\cdot V^{1/2}|<1.5.$$

Also preferably, such a zoom lens comprises a most objectwise lens element having an objectwise spherical surface with radius of curvature $R_1$ and an imagewise spherical surface with radius of curvature $R_2$ satisfying the relationship:

$$-2.0<(R_2+R_1)/(R_2-R_1)<0.0.$$

In a zoom lens as summarized in the preceding paragraph, the fourth lens group preferably comprises an objectwise lens subgroup having positive refractive power and an imagewise lens subgroup having positive refractive power. Also, an aperture stop can be disposed in the fourth lens group.

According to yet another aspect of the present invention, a zoom lens is provided comprising, objectwise to imagewise along an optical axis, first, second, third, and fourth lens groups. The first lens group has a positive refractive power. The second lens group has a negative refractive power, and is axially movable over a zooming range from a wide-angle mode to a telephoto mode. The third lens group has a negative refractive power and preferably comprises a compound lens. The fourth lens group has positive refractive power and preferably comprises an objectwise lens subgroup and an imagewise lens subgroup. The zoom lens includes at least one lens element having an aspherical surface with a maximum effective diameter h and aspherical lens-surface departure distances of d×5, d×7, and d×10. Such a zoom lens satisfies at least one of the following conditions:

$$10^{-4}\cdot(h/2)<|dx5|<|dx7|<|dx10|<10^{-1}\cdot(h/2);$$

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0;$$

and

$$0.9<|\beta 2_W\cdot V^{1/2}|<1.5.$$

Preferably, in such a zoom lens, the first lens group comprises a most imagewise lens element having an objectwise surface with a radius of curvature $R_1$ and an imagewise surface with a radius of curvature $R_2$, wherein the radii of curvature satisfy the condition:

$$-2.0<(R_2+R_1)/(R_2-R_1)<0.0.$$

Such a zoom lens preferably has a zoom ratio V of at least 16.

According to yet another aspect of the present invention, a zoom lens is provided for use with a camera. The zoom lens comprises first, second, third, and fourth lens groups having positive, negative, negative, and positive refractive powers, respectively. The first lens group comprises at least one positive lens element and a most imagewise negative lens element having an objectwise surface with radius of



curvature $R_1$ and an imagewise surface with radius of curvature $R_2$. The second lens group comprises an aspherical lens element having an aspherical surface having maximal effective diameter h and departure distances of d×5, d×7, and d×10. The third lens group comprises a compound lens. The second and third lens groups are axially movable over respective zooming ranges from a wide-angle mode to a telephoto mode so as to provide the zoom lens with a zoom ratio V. Such a zoom lens satisfies at least one of the following conditions:

$$V>16;$$

$$10^{-4}\cdot(h/2)<|dx5|<|dx7|<|dx10|<10^{-1}\cdot(h/2);$$

$$-2.0<(R_2+R_1)/(R_2-R_1)<0.0;$$

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0;$$

and

$$0.9<|\beta_{2W}\cdot V^{1/2}|<1.5.$$

The zoom lens also preferably has an aperture stop disposed coaxially imagewise of a first objectwise lens element in the fourth lens group, and a cam operably engaged with the second and third lens groups for effecting coordinated zooming movements of the second and third lens groups. Also preferably, the compound lens in the third lens group includes, objectwise to imagewise, a biconcave lens element and a biconvex lens element, and the fourth lens group has an objectwise lens subgroup comprising a first compound lens and an imagewise lens subgroup comprising a second compound lens.

According to yet another aspect of the present invention, a zoom lens is provided that is capable of providing an image of an object at an image plane over a range of focal lengths from a wide-angle mode to a telephoto mode. The zoom lens comprises, objectwise to imagewise, first, second, third, and fourth lens groups having overall positive, negative, negative, and positive refractive power, respectively. The first lens group comprises a negative lens element and at least three positive lens elements, wherein the most imagewise lens element of the first group has an objectwise surface with a radius of curvature $R_1$ and an imagewise surface with a radius of curvature $R_2$. The second lens group comprises at least five lens elements at least one of which having an aspherical surface. The third lens group comprises two lens elements. The fourth lens group comprises ten lens elements preferably distributed between an objectwise lens subgroup and an imagewise lens subgroup. The zoom lens satisfies the condition:

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0.$$

Preferably, such a zoom lens has an aperture stop located in the fourth lens group. Further preferably, the zoom lens satisfies one or more of the following conditions:

$$0.9<|\beta 2_W\cdot V^{1/2}|<1.5;$$

and

$$-2.0<(R_2+R_1)/(R_2-R_1)<00.$$

The first lens group can comprise, objectwise to imagewise, a negative meniscus lens element with an objectwise convex surface, first and second biconvex lens elements, and a positive meniscus lens element having an objectwise convex surface. The second lens group can comprise, objectwise to

imagewise, a negative biconcave lens element, a compound lens including a negative meniscus lens element and a biconcave lens element having an objectwise aspherical surface, an aspherical biconvex lens element, and a negative meniscus lens element having a concave objectwise surface. The third lens group can comprise a compound lens including a biconcave lens element and a biconvex lens element. Finally, the fourth lens group can comprise, objectwise to imagewise, (i) a positive meniscus lens element having an imagewise convex surface, (ii) a first biconvex lens element, (iii) a second biconvex element, (iv) a first negative meniscus lens element having an imagewise convex surface, (v) a third biconvex lens element, (vi) a first compound lens including a biconcave lens element and a fourth biconvex lens element, (vii) a second compound lens including one of (1) a fifth biconvex lens element and a second negative meniscus lens element having an objectwise concave surface, and (2) a second negative meniscus lens element having an objectwise convex surface and a fifth biconvex lens element, and (viii) a sixth biconvex lens element. Further preferably, the second lens group comprises, objectwise to imagewise, a negative biconcave lens element, a first compound lens including a negative meniscus lens element and a biconcave lens element having an objectwise aspherical surface, and a second compound lens including an aspherical biconvex lens element cemented to a negative meniscus lens element having a concave objectwise surface.

According to yet another aspect of the present invention, combinations are provided including a zoom lens as summarized above and sensing means (such as a CCD array) disposed so as to sense an image produced at an image plane by the zoom lens. Such combinations can include a color-separating prism or other optical component situated between the zoom lens and the image plane.

According to yet other aspects of the present invention, zoom lenses are provided corresponding to any of several Working Examples disclosed herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an optical diagram of the embodiment of Working Example 1.

FIG. 2(A)(I)–2(A)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 1, wide-angle mode (WAM).

FIG. 2(B)(I)–2(B)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 1, mid-focal length mode (MFLM).

FIG. 2(C)(I)–2(C)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 1, telephoto mode (TM).

FIG. 3 is an optical diagram of the embodiment of Working Example 2.

FIG. 4(A)(I)–4(A)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 2, wide-angle mode (WAM).

FIG. 4(B)(I)–4(B)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 2, mid-focal length mode (MFLM).

FIG. 4(C)(I)–4(C)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 2, telephoto mode (TM).

FIG. 5 is an optical diagram of the embodiment of Working Example 3.

FIG. 6(A)(I)–6(A)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 3, wide-angle mode (WAM).



FIG. 6(B)(I)–6(B)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 3, mid-focal length mode (MFLM).

FIG. 6(C)(I)–6(C)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 3, telephoto mode (TM).

FIG. 7 is an optical diagram of the embodiment of Working Example 4.

FIG. 8(A)(I)–8(A)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 4, wide-angle mode (WAM).

FIG. 8(B)(I)–8(B)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 4, mid-focal length mode (MFLM).

FIG. 8(C)(I)–8(C)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 4, telephoto mode (TM).

FIG. 9 is an optical diagram of the embodiment of Working Example 5.

FIG. 10(A)(I)–10(A)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 5, wide-angle mode (WAM).

FIG. 10(B)(I)–10(B)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 5, mid-focal length mode (MFLM).

FIG. 10(C)(I)–10(C)(III) are plots of spherical aberration, astigmatism, and distortion, respectively, for Working Example 5, telephoto mode (TM).

## DETAILED DESCRIPTION

The following expressions, terms and conventions are used herein:

In an optical diagram, light travels left to right from object to image.

A "positive" distance or direction along an optical axis extends from left to right (i.e., objectwise to imagewise); a "negative" distance or direction extends from right to left (i.e. imagewise to objectwise).

The "radius of curvature" of an optical surface (such as the surface of a lens element) is "positive" when the center of curvature lies to the right of the surface, and "negative" when it lies to the left of the surface.

A "planar" optical surface has infinite radius.

The "wide-angle mode" (abbreviated "WAM") describes the configuration of the lens groups comprising the zoom lens when the lens is used as a wide-angle lens.

The "telephoto mode" (abbreviated "TM") describes the configuration of the lens groups comprising the zoom lens when the lens is used as a telephoto lens.

The "mid-focal length mode" (abbreviated "MFLM") describes the configuration of the lens groups comprising the zoom lens when the lens is used in between the extreme wide-angle and extreme telephoto modes.

The "field angle" $2\omega$ is equal to the twice the angle $\omega$ subtended by the principal ray and the optical axis, as measured at the entrance pupil, for the principal ray intersecting the image plane at the edge of the image field (e.g., the edge of the CCD array). The field angle is largest in the extreme wide-angle mode.

"Lateral magnification" is the ratio of the image height h' to the object height h, wherein h and h' are measured in a direction perpendicular (i.e., "laterally") with respect to the optical axis.

The "zoom ratio" (V) is the ratio of the zoom-lens magnification in the telephoto mode to the zoom-lens magnification in the wide-angle mode.

The "magnification ratio" (v) of a lens group is the ratio of the effective lateral magnification of the individual lens group in the wide-angle mode to the effective lateral magnification of the individual lens group in the telephoto mode.

The "Abbe number" ($V_d$) is the ratio $(n_D-1)/(n_F-n_C)$, where $n_D$ is the index of refraction in D-line light (587.6 nm wavelength), $n_F$ is the index of refraction in F-line light (486.1 nm wavelength) and $n_C$ is the index of refraction in C-line light (656.3 nm wavelength).

The "back focus" ($B_f$) is the distance along the optical axis between the lens surface closest to the image and the image.

"Telecentric" (in image-space) means that the principal rays leaving the exit pupil are parallel to the optical axis.

The "clear aperture" is the diameter of a lens element or aperture stop.

"Linear" axial motion of a lens element or group means motion at a constant velocity along the optical axis.

"Non-linear" axial motion of a lens element or group means motion at a non-constant, i.e., time-varying, velocity along the optical axis.

"High-performance imaging" is a term of art meaning that optical aberrations of the subject lens are corrected to a degree suitable for the particular imaging application.

"Maximum effective diameter" (h) is the maximum diameter from the optical axis at which a aspherical lens surface suitably controls aberrations in the zoom lens.

"Aspherical lens surface departure distance" (d×5, d×7, d×10) refers to the axial distance between the aspherical surface and a spherical reference surface that is centered on the optical axis and touches the aspherical surface at the optical axis. The designations d×5, d×7, and d×10, respectively, refer to positions on the aspherical surface at heights of 50%, 70% and 100% of the maximum effective diameter of the respective lens element.

The present invention provides, inter alia, a compact, light-weight, high-performance, mechanically compensated high-zoom-ratio zoom lens suitable for use with a still or motion-picture (e.g., television or video) camera.

FIG. 1 depicts an optical diagram of a representative embodiment 10 of the present invention showing the constituent lens elements and relative positions of the constituent lens groups in the wide-angle mode (WAM). The zoom lens **10**, according to the invention, is comprised of the following lens groups, arranged coaxially objectwise to imagewise along the optical axis A: (a) a first lens group G1 having positive refractive power; (b) a second lens group G2 having negative refractive power and including, preferably, at least one lens element with an aspherical surface; (c) a third lens group G3 having negative refractive power; and (d) a fourth lens group G4 having positive refractive power.

The lens groups G2 and G3 are preferably axially movable; their coordinated movements are used to effectuate a change in magnification (i.e., focal length) while maintaining the image plane I at a substantially fixed position. As the lens is zoomed from the telephoto mode to the wide-angle mode, lens group G2 generally moves linearly objectwise along the optical axis A, while lens group G3 generally moves non-linearly (i.e., first objectwise, and then imagewise) along the optical axis A. Lens groups G1 and G4 generally remain stationary during zooming. However, lens group G1 can be moved axially for focusing.

The provision of the aspherical lens surface (e.g., surface S13 in FIG. 1) in the second lens group G2 effectively corrects aberrations in the various lens groups G1, G2, G3, G4 of the zoom lens **10**. The aspherical surface can be formed to have a positive refractive power that gradually increases radially from the optical axis A toward the aspherical surface circumference, or to have a negative refractive power that gradually decreases radially from the optical axis A toward the aspherical surface circumference.

Several conditions are preferably met in order to obtain the best imaging performance from the zoom lens while simultaneously providing a large zoom ratio and maintaining compactness of the zoom lens, in accordance with the present invention.

The first condition pertains to a lower limit of the zoom ratio of the zoom lens, and is expressed as:

$$V>16 \tag{1}$$

The V>16 of condition (1) establishes an exceptionally high zoom ratio, which is achieved with the large aperture, low aberrations, and lens-system compactness established by the other conditions set forth below. Thus, the present zoom lens, when used with a still or motion-picture camera, produces high-performance imaging throughout an extremely wide range of imaging requirements.

The second condition sets forth the shape of the aspherical lens surface in the second lens group. The condition is expressed as follows:

$$10^{-4}\cdot(h/2)<|d\times5|<|d\times7|<|d\times10|<10^{-1}\cdot(h/2) \tag{2}$$

Condition (2) stipulates surface-shape conditions for the asphere that provide adequate correction of aberrations in the zoom lens as a whole so as to provide high-performance imaging, while providing for inexpensive manufacture of the aspherical lens surface. As discussed above, both positive refractive power aspherical lens surfaces and negative refractive power aspherical lens surfaces may be formed under condition (2).

If the departure distance |d×10| were to exceed the upper limit of $10^{-1}\cdot(h/2)$, then barrel-type distortion of the zoom lens would exceed acceptable limits from the mid-focal length mode (MFLM) to the telephoto mode (TM).

If the departure distance |d×5| were to be below the lower limit of $10^{-4}\cdot(h/2)$, then various aberrations of the zoom lens, in particular field curvature (Petzval sum), would be at unacceptable levels throughout the range of magnification from the wide-angle mode (WAM) to the telephoto mode (TM). In addition, overcorrection of spherical aberration would occur in the telephoto mode.

Even if the upper and lower limits of condition (2) were not violated, spherical aberrations and coma would increase to unacceptable levels in the zoom lens if the aspherical surface shape were to depart from the relationship |d×5|<|d×7|<|d×10|.

The third condition relates to the shape of the most objectwise lens **L11** preferably in the first lens group G1 (see, e.g., FIG. 1). Lens element **L11** preferably has a negative meniscus shape with a convex objectwise surface **S1**. Lens element **L11** plays an important role in correcting pin-cushion distortion and spherical aberration in the zoom lens. The condition is expressed as:

$$-2.0<(R_2+R_1)/(R_2-R_1)<0.0 \tag{3}$$

wherein $R_1$ and $R_2$ are the radii of curvature of the objectwise and imagewise surfaces **S1**, **S2**, respectively, of lens element **L11**.

If $(R_2+R_1)/(R_2-R_1)$ were to exceed the upper limit of condition (3), then spherical aberration would be undercor-

rected in the telephoto mode, thereby degrading the quality of the focused image. To correct such spherical aberration, the shape of the aspherical lens surface could be suitably modified. However, the aspherical surface departure distance required to correct such spherical aberration would be so large that the aspherical surface manufacture would be difficult and expensive.

If $(R_2+R_1)/(R_2-R_1)$ were to be below the lower limit of condition (3), then barrel-type distortion would arise in the zoom lens to a level that could not be readily eliminated.

The fourth condition provides for a compact variable magnification zoom lens while maintaining imaging performance. The condition is expressed as:

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0 \quad (4)$$

wherein $F_T/\#$ is the F-number (inverse relative aperture) of the zoom lens in the telephoto mode, $f_1$ is the focal length of first lens group G1, and $f_T$ is the overall focal length of the zoom lens in the telephoto mode. It is understood that the $F_T/\#$ is generally equal to $f_T/D$, (wherein "D" denotes the clear aperture of the lens). Accordingly, $(F_T/\#)^{1/2}(f_1/f_T)=f_1/(d\cdot(f_T)^{1/2})$. Thus, the value of $f_1$ tends to determine the value of the condition $(F_T/\#)^{1/2}(f_1/f_T)$.

If $(F_T/\#)^{1/2}(f_1/f_T)$ were to exceed the upper limit of condition (4) due to the focal length $f_1$ of the first lens group G1 being relatively large, the corresponding weak refractive power of the first lens group G1 would result in the total zoom-lens focal length being unacceptably large. Consequently, achieving a compact zoom-lens configuration would be difficult.

If $(F_T/\#)^{1/2}(f_1/f_T)$ were to be below the lower limit of condition (4) due to the first lens group G1 having a relatively short focal length $f_1$, then a compact zoom-lens configuration would be achievable. However, the corresponding high refractive power for the first lens group G1 would unacceptably increase the difficulty of aberration correction and would cause unacceptably diminished imaging performance of the zoom lens.

More specifically, the Petzval sum of the zoom lens (which is proportional to the lens power) would increase and the F/# of the zoom lens would decrease. Consequently, it would be difficult to correct for spherical aberration when the zoom lens is used in the telephoto mode. Moreover, the manufacturing tolerances of the lens design would become exceedingly tight and unforgiving, so that small deviations in the centering of the lens elements, in the sphericity of the spherical lens surfaces, and in the asphericity of the aspherical lens surface would result in greatly diminished imaging performance of the zoom lens.

The fifth condition relates the magnifying power of the second lens group G2 to an overall zoom-lens configuration that is compact and provides an acceptably low Petzval sum. The fifth condition is expressed as:

$$0.9<|\beta_{2W}\cdot V^{1/2}|<1.5 \quad (5)$$

wherein $\beta_{2W}$ is the lateral magnification of lens group G2 in the extreme wide-angle mode (i.e., when lens group G2 is at its most objectwise position), and V is the zoom ratio, which is typically expressed as "V:1" (for example, a zoom ratio of 3:1 means that V=3).

Condition (5) indicates that the Petzval sum of a zoom lens according to the present invention is strongly governed by the refractive power of the second lens group G2, which generally has the highest refractive power of all of the lens groups in the zoom lens. Thus, minimizing the negative refractive power of the second lens group G2 is very effective in minimizing the Petzval sum.

If $|\beta_{2W}\cdot V^{1/2}|$ were to exceed the upper limit of condition (5), then the axial distance over which the second lens group G2 must move to achieve a given lateral magnification would be excessive. Such an increase in the axial movement distance of the second lens group G2 would necessitate an excessive increase in the differential motion of the third lens group G3. Consequently, an unacceptably complex cam drive system would be required to move the lens groups G2 and G3. Also, an undesirable increase in the overall length and in the clear aperture of the zoom lens would be required, thereby adversely affecting axial and diametrical compactness of the zoom lens.

If $|\beta_{2W}\cdot V^{1/2}|$ were to be below the lower limit of condition (5), then the power of lens group G2 would be excessively strong. Consequently, aberrations (particularly the Petzval sum) would be unacceptably difficult to control.

To achieve a large aperture ratio with acceptable aberration levels in a high-performance zoom lens according to the present invention, the third lens group G3 preferably has (as shown, for example, in FIG. 1), objectwise to imagewise: a negative compound lens C2 including a biconcave lens element L31 and a biconvex lens element L32. In addition, the fourth lens group G4 preferably has, objectwise to imagewise: an objectwise lens subgroup G41 having at least one compound lens C3, 15 and an imagewise lens group G42 having at least one compound lens C4, C5.

## WORKING EXAMPLES

The following Working Examples 1–5 pertain to representative zoom-lens embodiments of a zoom lens according to the present invention. The embodiment of each Working Example comprises, in sequence coaxially objectwise to imagewise, the following components (see, e.g., FIG. 1): a first lens group G1 having positive 25 overall refractive power, a second lens group G2 having negative overall refractive power, a third lens group G3 having negative overall refractive power, and a fourth lens group G4 having positive overall refractive power.

In addition, a color-separating prism P1, used to separate red, green and blue light to form the three primary color signals, is optionally situated coaxially imagewise relative to lens group G4. Also, parallel plates P2 can be disposed coaxially imagewise relative to the color-separating prism P1. The parallel plates P2 are representative of various types of bandpass filters that can be employed in order to optimize the performance of a CCD array disposed at the image plane I. The color-separating prism Pi and parallel plates P2 be included with the zoom lens 10 in order to better correct for aberrations under certain conditions of use, particularly when the zoom lens is used with a motion-picture camera.

Further referring to FIG. 1, the zoom lens 10 can be zoomed from an extreme wide-angle mode to an extreme telephoto mode by axially moving lens group G2 in a linear manner along the optical axis A in coordination with a non-linear axial movement of lens group G3. Lens groups G1 and G4 normally remain stationary during zooming.

Each Working Example is set forth in detail in Tables 1 through 20, wherein the following variables, in addition to those defined in conditions (1) through (5), above, are used:

f=overall focal length of the zoom lens

F/#=F-number

2ω=field angle in the extreme wide-angle mode

S=surface number, numbered from objectwise to imagewise

R=radius of curvature of a corresponding lens-element surface, in millimeters

d=distance between adjacent lens element surfaces, in millimeters

n=refractive index at the D-line (λ=587.6 nanometers)

$V_d$=Abbe number of a corresponding lens element

$B_f$=back focus

In Tables 1, 5, 9, 13 and 17, an aspherical surface is indicated by a "*" adjacent the corresponding surface number, and the radius of curvature given in each table for an aspheric surface is the radius of curvature for the reference spherical surface. The shape of an aspherical surface is expressed as:

$$X(y)=\{(y^2/r)/[1+(1-ky^2/r^2)^{1/2}]\}+C_2y^2+C_4y^4+C_6y^6+C_8y^8+C_{10}y^{10}+\ldots \quad \text{[Eq. 1]}$$

wherein y is the height of the aspherical lens surface as measured in a direction perpendicular to the optical axis A, r is the radius of curvature of the reference spherical surface, k is the conic coefficient, and $C_n$ is the nth order aspheric coefficient. The function X(y) of Eq. 1 describes the axial distance of the aspheric surface relative to a reference sphere centered on the optical axis and touching the surface of the sphere on the optical axis. In Eq. 1, only even powers of y appear due to the axial symmetry of the aspherical surface.

FIGS. **2A–2C**, **4A–4C**, **6A–6C**, **8A–8C**, **10A–10C** are aberration plots for respective working examples 1–5, wherein FIGS. **2A**, **4A**, **6A**, **8A**, and **10A** pertain to the wide-angle (i.e., short focal length, low magnification) mode; FIGS. **2B**, **4B**, **6B**, **8B**, and **10B** pertain to the mid-focal length (intermediate focal length, intermediate magnification) mode; and FIGS. **2C**, **4C**, **6C**, **8C**, and **10C** pertain to the telephoto (i.e., long focal length, high magnification) mode.

In FIGS. **2A**(I), **2B**(I), **2C**(I), **4A**(I), **4B**(I), **4C**(I), **6A**(I), **6B**(I), **6C**(I), **8A**(I), **8B**(I), **8C**(I), **10A**(I), **10B**(I), and **10C**(I), "D" denotes the D-line wavelength of 587.6 nanometers, and "G" denotes the G-line wavelength of 435.8 nanometers. The dashed lines represent the respective sine conditions.

In FIGS. **2A**(II), **2B**(II), **2C**(II), **4A**(II), **4B**(II), **4C**(II), **6A**(II), **6B**(II), **6C**(II), **8A**(II), **8B**(II), **8C**(II), **10A**(II), **10B**(II), and **10C**(II), "D" denotes the d-line wavelength of 587.6 nanometers, "G" denotes the g-line wavelength of 435.8 nanometers, and "Y" is the final image height. The solid lines denote the sagittal image surface and the dashed lines denote the meridional image surface.

In FIGS. **2A**(III), **2B**(III), **2C**(III), **4A**(III), **4B**(III), **4C**(III), **6A**(III), **6B**(III), **6C**(III), **8A**(III), **8B**(III), **8C**(III), **10A**(III), **10B**(III), and **10C**(III), "Y" is the final image height.

### Working Example 1

An embodiment **10** of a Working Example 1 is shown in FIG. **1** in the extreme wide-angle mode. The first lens group G1 comprises a negative meniscus lens element L11 having an objectwise convex surface S1, a bi-convex lens element L12, a bi-convex lens element L13, and a positive meniscus lens element L14 having an objectwise convex surface S7.

The second lens group G2 comprises a negative meniscus lens element L21 having an objectwise convex surface S9, a compound lens C1 including a positive meniscus lens element L22 with an objectwise concave surface S11 and a bi-concave lens element L23, a bi-convex lens element L24, and a negative meniscus lens element L25 with an objectwise concave surface S16.

The third lens group G3 comprises a compound lens C2 comprising a bi-concave lens element L31 and an bi-convex lens element L32.

The fourth lens group G4 comprises an objectwise lens subgroup G41 comprising a positive meniscus lens element L41 with an objectwise concave surface S21, an aperture stop AS, a biconvex lens element L42, and a compound lens C3 including a biconvex lens element L43 and a negative meniscus lens element L44 with a cemented objectwise concave surface S27.

The fourth lens group G4 further comprises an imagewise lens subgroup G42 comprising a bi-convex lens element L45, a first compound lens C4 including a bi-concave lens element L46 and a bi-convex lens element L47, a second compound lens C5 including a bi-convex lens element L48 and a negative meniscus lens element L49 having a cemented objectwise concave surface S35, and a bi-convex lens element L50.

With respect to this Working Example, the various optical parameters are listed in Tables 1–4, below.

TABLE 1

f = 8.3–40–174.3 mm (WAM to MFLM to TM)

| S | R | D | $V_d$ | n |
|---|---|---|---|---|
| 1 | 388.315 | 1.9 | 25.40 | 1.80518 |
| 2 | 90.880 | 4.2 | | |
| 3 | 131.681 | 10.9 | 95.00 | 1.43875 |
| 4 | −222.805 | 6.7 | | |
| 5 | 80.481 | 11.7 | 67.87 | 1.59319 |
| 6 | −459.738 | 0.1 | | |
| 7 | 51.025 | 7.7 | 67.87 | 1.59319 |
| 8 | 107.456 | D8 | | |
| 9 | 237.466 | 0.9 | 35.72 | 1.90265 |
| 10 | 12.300 | 5.0 | | |
| 11 | −35.562 | 3.8 | 23.01 | 1.86074 |
| 12 | −11.797 | 0.9 | 39.82 | 1.86994 |
| 13* | 46.480 | 0.1 | | |
| 14 | 36.433 | 4.5 | 30.83 | 1.61750 |
| 15 | −19.932 | 1.1 | | |
| 16 | −15.104 | 0.9 | 52.30 | 1.74810 |
| 17 | −25.775 | D17 | | |
| 18 | −26.690 | 0.9 | 43.35 | 1.84042 |
| 19 | 46.065 | 3.0 | 23.01 | 1.86074 |
| 20 | −122.811 | D20 | | |
| 21 | −225.478 | 5.2 | 82.52 | 1.49782 |
| 22 | −35.180 | 2.0 | | |
| AS | ∞ | 1.0 | | |
| 24 | 72.778 | 4.2 | 65.77 | 1.46450 |
| 25 | −172.682 | 0.1 | | |
| 26 | 48.330 | 7.3 | 65.77 | 1.46450 |
| 27 | −46.694 | 1.7 | 35.72 | 1.90265 |
| 28 | −124.377 | 38.2 | | |
| 29 | 44.183 | 6.2 | 65.77 | 1.46450 |
| 30 | −44.183 | 0.7 | | |
| 31 | −49.910 | 1.5 | 39.82 | 1.86994 |
| 32 | 27.139 | 6.5 | 58.90 | 1.51823 |
| 33 | −60.477 | 0.1 | | |
| 34 | 81.052 | 6.2 | 45.87 | 1.54814 |
| 35 | −33.499 | 1.5 | 39.82 | 1.86994 |
| 36 | −279.134 | 0.1 | | |
| 37 | 31.496 | 5.2 | 65.77 | 1.46450 |
| 38 | −143.592 | 10.0 | | |
| 39 | ∞ | 30.0 | 38.03 | 1.60342 |
| 40 | ∞ | 16.2 | 64.10 | 1.51680 |
| 41 | ∞ | $B_f$ =2.0 | | |

TABLE 2

(Aspherical Face Data)

| S | Coefficient | Value |
|---|---|---|
| 13* | k | 4.7351 |
| | $C_2$ | 0.0000 |
| | $C_4$ | $-3.20220 \times 10^{-5}$ |

TABLE 2-continued

| (Aspherical Face Data) | | |
|---|---|---|
| S | Coefficient | Value |
| | $C_6$ | $4.28370 \times 10^{-8}$ |
| | $C_8$ | $-1.46230 \times 10^{-9}$ |
| | $C_{10}$ | $6.19420 \times 10^{-12}$ |

TABLE 3

| (Variable Interval in Variable Magnification) | | | |
|---|---|---|---|
| Variable | WAM | MFLM | TM |
| f | 8.30 | 40.00 | 174.30 |
| D8 | 0.78 | 35.97 | 48.64 |
| D17 | 49.54 | 7.92 | 3.72 |
| D20 | 3.83 | 10.26 | 1.79 |

TABLE 4

| (Values Corresponding to Conditions) | |
|---|---|
| Parameter or Condition | Value |
| V | 21 |
| h | 17 |
| $10^{-4} \cdot h/2$ | 0.00085 |
| $\|d \times 5\|$ | 0.0088 |
| $\|d \times 7\|$ | 0.0370 |
| $\|d \times 10\|$ | 0.1518 |
| $10^{-1} \cdot h/2$ | 0.85 |
| $(R_2 + R_1)/(R_2 - R_1)$ | −1.61 |
| $(F_T/\#)^{1/2}(f_1/f_T)$ | 0.64 |
| $\|\beta_{2W} \cdot V^{1/2}\|$ | 1.08 |

With respect to Working Example 1, FIGS. **2A(I–III)**, **2B(I–III)**, and **2C(I–III)** show plots corresponding to wide-angle, mid-focal length, and telephoto modes, respectively, for spherical aberration (**3A(I)**, **3B(I)**, and **3C(I)**), astigmatism (**3A(II)**, **3B(II)**, and **3C(II)**), and distortion (**3A(III)**, **3B(III)**, and **3C(III)**). As is clear from the foregoing plots, the configuration of this Working Example is well-corrected for aberrations over the entire range of focal lengths and is suitable for achieving the objectives of the present invention.

Working Example 2

FIG. **3** depicts an optical diagram of the embodiment **100** of the Working Example 2 in the extreme wide-angle mode.

The first lens group **G1** comprises a negative meniscus lens element **L11** having an objectwise convex surface **S101**, a bi-convex lens element **L12**, a bi-convex lens element **L13**, and a positive meniscus lens element **L14** having an objectwise convex surface **S107**.

The second lens group **G2** comprises a negative meniscus lens element **L21** having an objectwise convex surface **S109**, a first compound lens **C1** including a positive meniscus lens element **L22** with an objectwise concave surface **S111** and a bi-concave lens element **L23**, and a second compound lens **C2** including a bi-convex lens element **L24** with an objectwise aspherical surface **S114*** and a negative meniscus lens element **L25** with a cemented objectwise concave surface **S115**.

The third lens group **G3** comprises a compound lens **C3** including a bi-concave lens element **L31** and an bi-convex lens element **L32**.

The fourth lens group **G4** comprises an objectwise lens subgroup **G41** comprising a positive meniscus lens element **L41** with an objectwise concave surface **S120**, an aperture stop **AS**, a biconvex lens element **L42**, and a compound lens **C4** including a biconvex lens element **L43** and a negative meniscus lens element **L44** with a cemented objectwise concave surface **S125**.

The fourth lens group **G4** further comprises an imagewise lens subgroup **G42** comprising a bi-convex lens element **L45**, a first compound lens element **C5** including a bi-concave lens element **L46** and a bi-convex lens element **L47**, a second compound lens **C6** including a negative meniscus lens element **L48** having an objectwise convex surface **S132** and a bi-convex lens element **L49**, and a bi-convex lens element **L50**.

With respect to Working Example 2, the various optical parameters are listed in Tables 5–8, below.

TABLE 5

| f = 8.7–40–160.5 mm (WAM to MFLM to TM) | | | | |
|---|---|---|---|---|
| S | R | D | $V_d$ | n |
| 101 | 403.360 | 1.9 | 25.40 | 1.80518 |
| 102 | 91.882 | 4.2 | | |
| 103 | 132.324 | 10.9 | 95.00 | 1.43875 |
| 104 | −222.998 | 6.6 | | |
| 105 | 81.476 | 11.7 | 67.87 | 1.59319 |
| 106 | −474.702 | 0.1 | | |
| 107 | 51.069 | 7.7 | 67.87 | 1.59319 |
| 108 | 110.671 | D108 | | |
| 109 | 195.336 | 0.9 | 35.72 | 1.90265 |
| 110 | 12.605 | 5.0 | | |
| 111 | −43.411 | 2.5 | 23.01 | 1.86074 |
| 112 | −20.623 | 0.9 | 52.30 | 1.74810 |
| 113 | 56.492 | 0.1 | | |
| 114* | 29.987 | 5.5 | 30.83 | 1.61750 |
| 115 | −12.959 | 0.9 | 52.30 | 1.74810 |
| 116 | −206.769 | D116 | | |
| 117 | −28.530 | 0.9 | 43.35 | 1.84042 |
| 118 | 34.764 | 3.0 | 23.01 | 1.86074 |
| 119 | −172.566 | D119 | | |
| 120 | −672.656 | 5.2 | 82.52 | 1.49782 |
| 121 | −32.414 | 2.0 | | |
| AS | ∞ | 1.0 | | |
| 122 | 75.164 | 4.2 | 65.77 | 1.46450 |
| 123 | −112.760 | 0.1 | | |
| 124 | 49.734 | 7.3 | 65.77 | 1.46450 |
| 125 | −46.734 | 1.7 | 35.72 | 1.90265 |
| 126 | −256.468 | 34.8 | | |
| 127 | 40.651 | 6.2 | 65.77 | 1.46450 |
| 128 | −40.651 | 0.7 | | |
| 129 | −48.731 | 1.5 | 39.82 | 1.86994 |
| 130 | 26.718 | 6.5 | 58.90 | 1.51823 |
| 131 | −63.520 | 0.1 | | |
| 132 | 280.707 | 1.5 | 39.82 | 1.86994 |
| 133 | 27.612 | 6.2 | 45.87 | 1.54814 |
| 134 | −93.049 | 0.1 | | |
| 135 | 26.382 | 5.2 | 65.77 | 1.46450 |
| 136 | −181.266 | 10.0 | | |
| 39 | ∞ | 30.0 | 38.03 | 1.60342 |
| 40 | ∞ | 16.2 | 64.10 | 1.51680 |
| 41 | ∞ | $B_f$ =4.1 | | |

TABLE 6

| (Aspherical Face Data) | | |
|---|---|---|
| S | Coefficient | Value |
| 114* | k | −0.0908 |
| | $C_2$ | 0.0000 |
| | $C_4$ | $2.74920 \times 10^{-5}$ |
| | $C_6$ | $5.38790 \times 10^{-8}$ |

TABLE 6-continued

| (Aspherical Face Data) | | |
|---|---|---|
| S | Coefficient | Value |
| | $C_8$ | $-7.33200 \times 10^{-11}$ |
| | $C_{10}$ | $7.03290 \times 10^{-13}$ |

TABLE 7

| (Variable Interval in Variable Magnification) | | | |
|---|---|---|---|
| Variable | WAM | MFLM | TM |
| f | 8.70 | 40.00 | 160.50 |
| D108 | 1.78 | 35.38 | 47.67 |
| D116 | 50.28 | 10.48 | 5.48 |
| D119 | 3.95 | 10.15 | 2.85 |

TABLE 8

| (Values Corresponding to Conditions) | |
|---|---|
| Parameter or Condition | Value |
| V | 18.45 |
| h | 17.6 |
| $10^{-4} \cdot h/2$ | 0.00088 |
| $\lvert d \times 5 \rvert$ | 0.0088 |
| $\lvert d \times 7 \rvert$ | 0.0331 |
| $\lvert d \times 10 \rvert$ | 0.1576 |
| $10^{-1} \cdot h/2$ | 0.88 |
| $(R_2 + R_1)/(R_2 - R_1)$ | −1.59 |
| $(F_T/\#)^{1/2}(f_1/f_T)$ | 0.67 |
| $\lvert \beta_{2W} \cdot V^{1/2} \rvert$ | 1.04 |

With respect to this Working Example, FIGS. 4A(I–III), 4B(I–III) and 4C(I–III) show plots corresponding to wide-angle, mid-focal length, and telephoto modes, respectively, for spherical aberration (4A(I), 4B(I), and 4C(I)), astigmatism (4A(II), 4B(II), and 4C(II)), and distortion (4A(III), 4B(III), and 4C(III)). As is clear from the foregoing plots, the configuration of this Working Example is well-corrected for aberrations over the entire range of focal lengths and is suitable for achieving the objectives of the present invention.

## Working Example 3

FIG. 5 depicts an optical diagram of the embodiment 200 of the Working Example 3 in the extreme wide-angle mode.

The first lens group G1 comprises a negative meniscus lens element L11 having an objectwise convex surface S201, a bi-convex lens element L12, a bi-convex lens element L13, and a positive meniscus lens element L14 having an objectwise convex surface S207.

The second lens group G2 comprises a negative meniscus lens element L21 having an objectwise convex surface S209, a first compound lens C1 including a positive meniscus lens element L22 with an objectwise concave surface S211 and a bi-concave lens element L23, and a second compound lens C2 including a bi-convex lens element L24 with an objectwise aspherical surface S214 and a negative meniscus lens element L25 with a cemented objectwise concave surface S215.

The third lens group G3 comprises a compound lens C3 including a bi-concave lens element L31 and an bi-convex lens element L32.



The fourth lens group G4 comprises an objectwise lens subgroup G41 comprising a positive meniscus lens element L41 with an objectwise concave surface S220, a biconvex lens element L42, and a compound lens C4 including a biconvex lens element L43 and a negative meniscus lens element L44 with a cemented objectwise concave surface S225.

The fourth lens group G4 further comprises an imagewise lens subgroup G42 comprising a bi-convex lens element L45, a first compound lens C5 including a bi-concave lens element L46 and a bi-convex lens element L47, a second compound lens C6 including a biconvex lens element L48 and a negative meniscus lens element L49 having a cemented objectwise convex surface S233, and a bi-convex lens element L50.

The embodiment 200 of working example 3 does not have an aperture stop.

With respect to Working Example 3, the various optical parameters are listed in Tables 9–12, below.

TABLE 9

| f = 8.3–40–160 mm (WAM to MFLM to TM) | | | | |
|---|---|---|---|---|
| S | R | D | $V_d$ | n |
| 201 | 396.150 | 1.9 | 25.40 | 1.80518 |
| 202 | 91.964 | 4.2 | | |
| 203 | 131.505 | 10.9 | 95.00 | 1.43875 |
| 204 | −230.091 | 7.1 | | |
| 205 | 82.300 | 11.7 | 67.87 | 1.59319 |
| 206 | −484.521 | 0.1 | | |
| 207 | 51.650 | 7.7 | 67.87 | 1.59319 |
| 208 | 116.324 | D208 | | |
| 209 | 286.467 | 0.9 | 35.72 | 1.90265 |
| 210 | 12.400 | 5.0 | | |
| 211 | −43.710 | 2.5 | 23.01 | 1.86074 |
| 212 | −19.049 | 0.9 | 39.82 | 1.86994 |
| 213 | 44.743 | 0.1 | | |
| 214* | 28.082 | 5.5 | 30.83 | 1.61750 |
| 215 | −11.529 | 0.9 | 52.30 | 1.74810 |
| 216 | −50.436 | D216 | | |
| 217 | −26.380 | 0.9 | 43.35 | 1.84042 |
| 218 | 53.177 | 3.0 | 23.01 | 1.86074 |
| 219 | −116.233 | D219 | | |
| 220 | −291.474 | 5.2 | 82.52 | 1.49782 |
| 221 | −33.489 | 0.1 | | |
| 222 | 67.960 | 4.2 | 65.77 | 1.46450 |
| 223 | −134.652 | 0.1 | | |
| 224 | 47.587 | 7.3 | 65.77 | 1.46450 |
| 225 | −49.876 | 1.7 | 39.82 | 1.86994 |
| 226 | −322.705 | 39.3 | | |
| 227 | 42.553 | 6.2 | 65.77 | 1.46450 |
| 228 | −42.553 | 0.7 | | |
| 229 | −50.535 | 1.5 | 39.82 | 1.86994 |
| 230 | 27.853 | 6.5 | 58.90 | 1.51823 |
| 231 | −57.666 | 0.1 | | |
| 232 | 83.763 | 6.2 | 45.87 | 1.54814 |
| 233 | −31.209 | 1.5 | 39.82 | 1.86994 |
| 234 | −243.372 | 0.1 | | |
| 235 | 31.699 | 5.2 | 65.77 | 1.46450 |
| 236 | −145.209 | 10.0 | | |
| 39 | ∞ | 30.0 | 38.03 | 1.60342 |
| 40 | ∞ | 16.2 | 64.10 | 1.51680 |
| 41 | ∞ | $B_f$ =1.2 | | |

TABLE 10

| (Aspherical Face Data) | | |
|---|---|---|
| S | Coefficient | Value |
| 214* | k | 0.9992 |
| | $C_2$ | 0.0000 |

TABLE 10-continued

| (Aspherical Face Data) | | |
|---|---|---|
| S | Coefficient | Value |
| | $C_4$ | $-1.70940 \times 10^{-5}$ |
| | $C_6$ | $-2.98670 \times 10^{-8}$ |
| | $C_8$ | $-3.26520 \times 10^{-10}$ |
| | $C_{10}$ | $-1.44640 \times 10^{-12}$ |

TABLE 11

| (Variable Interval in Variable Magnification) | | | |
|---|---|---|---|
| Variable | WAM | MFLM | TM |
| f | 8.30 | 40.00 | 160.00 |
| D208 | 0.80 | 35.99 | 48.27 |
| D216 | 51.16 | 9.54 | 4.52 |
| D219 | 4.76 | 11.19 | 3.93 |

TABLE 12

| (Values Corresponding to Conditions) | |
|---|---|
| Parameter or Condition | Value |
| V | 19.3 |
| h | 17 |
| $10^{-4} \cdot h/2$ | 0.00085 |
| $\|d \times 5\|$ | 0.0058 |
| $\|d \times 7\|$ | 0.0254 |
| $\|d \times 10\|$ | 0.1122 |
| $10^{-1} \cdot h/2$ | 0.85 |
| $(R_2 + R_1)/(R_2 - R_1)$ | −1.61 |
| $(F_T/\#)^{1/2}(f_1/f_T)$ | 0.67 |
| $\|\beta_{2W} \cdot V^{1/2}\|$ | 1.03 |

With respect to Working Example 3, FIGS. **6A**(I–III), **6B**(I–III) and **6C**(I–III) show plots corresponding to wide-angle, mid-focal length, and telephoto modes, respectively, for spherical aberration (**6A**(I), **6B**(I), and **6C**(I)), astigmatism (**6A**(II), **6B**(II), and **6C**(II)), and distortion (**6A**(III), **6B**(III), and **6C**(III)). As is clear from the foregoing plots, the configuration of this Working Example is well-corrected for aberrations over the entire range of focal lengths and is suitable for achieving the objectives of the present invention.

## Working Example 4

FIG. **7** depicts an optical diagram of the embodiment 300 of the Working Example 4 in the extreme wide-angle mode.

The first lens group **G1** comprises a negative meniscus lens element **L11** having an objectwise convex surface **S301**, a bi-convex lens element **L12**, a bi-convex lens element **L13**, and a positive meniscus lens element **L14** having an objectwise convex surface **S307**.

The second lens group **G2** comprises a negative meniscus lens element **L21** having an objectwise convex surface **S309**, a first compound lens **C1** including a positive meniscus lens element **L22** with an objectwise concave surface **S311** and a bi-concave lens element **L23**, a biconvex lens element **L24** with an objectwise aspherical surface **S314*** and a negative meniscus lens element **L25** with an objectwise concave surface **S316**.

The third lens group **G3** comprises a compound lens **C2** comprising a bi-concave lens element **L31** and an bi-convex lens element **L32**.



The fourth lens group **G4** comprises an objectwise lens subgroup **G41** comprising a positive meniscus lens element **L41** with an objectwise concave surface **S321**, a biconvex lens element **L42**, and a compound lens **C3** including a biconvex lens element **L43** and a negative meniscus lens element **L44** with a cemented objectwise concave surface **S326**.

The fourth lens group **G4** further comprises an imagewise lens subgroup **G42** comprising a bi-convex lens element **L45**, a first compound lens **C4** including a bi-concave lens element **L46** and a bi-convex lens element **L47**, a second compound lens **C5** including a biconvex lens element **L48** and a negative meniscus lens element **L49** having a cemented objectwise concave surface **S334**, and a bi-convex lens element **L50**.

The embodiment 300 of Working Example 4 does not have an aperture stop.

With respect to Working Example 4, the various optical parameters are listed in Tables 13–16, below.

TABLE 13

| f = 8.3–40–159.5 mm (WAM to MFLM to TM) | | | | |
|---|---|---|---|---|
| S | R | D | $V_d$ | n |
| 301 | 383.957 | 1.9 | 25.40 | 1.80518 |
| 302 | 91.486 | 4.2 | | |
| 303 | 133.251 | 10.9 | 95.00 | 1.43875 |
| 304 | −227.181 | 7.0 | | |
| 305 | 80.972 | 11.7 | 67.87 | 1.59319 |
| 306 | −577.273 | 0.1 | | |
| 307 | 52.125 | 7.7 | 67.87 | 1.59319 |
| 308 | 121.281 | D308 | | |
| 309 | 160.773 | 0.9 | 35.72 | 1.90265 |
| 310 | 12.360 | 5.0 | | |
| 311 | −37.642 | 3.8 | 23.01 | 1.86074 |
| 312 | −11.661 | 0.9 | 39.82 | 1.86994 |
| 313 | 51.266 | 0.1 | | |
| 314* | 37.881 | 4.5 | 30.83 | 1.61750 |
| 315 | −24.653 | 1.1 | | |
| 316 | −16.695 | 0.9 | 52.30 | 1.74810 |
| 317 | −27.665 | D317 | | |
| 318 | −25.886 | 0.9 | 43.35 | 1.84042 |
| 319 | 62.087 | 3.0 | 23.01 | 1.86074 |
| 320 | −107.350 | D320 | | |
| 321 | −945.767 | 5.2 | 65.77 | 1.46450 |
| 322 | −31.151 | 0.1 | | |
| 323 | 66.881 | 4.2 | 65.77 | 1.46450 |
| 324 | −151.210 | 0.1 | | |
| 325 | 44.735 | 7.3 | 65.77 | 1.46450 |
| 326 | −50.724 | 1.7 | 39.82 | 1.86994 |
| 327 | −1558.650 | 38.7 | | |
| 328 | 42.553 | 6.2 | 65.77 | 1.46450 |
| 329 | −42.553 | 0.7 | | |
| 330 | −50.535 | 1.5 | 39.82 | 1.86994 |
| 331 | 27.853 | 6.5 | 58.90 | 1.51823 |
| 332 | −57.666 | 0.1 | | |
| 333 | 83.763 | 6.2 | 45.87 | 1.54814 |
| 334 | −31.209 | 1.5 | 39.82 | 1.86994 |
| 335 | −243.372 | 0.1 | | |
| 336 | 31.669 | 5.2 | 65.77 | 1.46450 |
| 337 | −145.209 | 10.0 | | |
| 38 | ∞ | 30.0 | 38.03 | 1.60342 |
| 39 | ∞ | 16.2 | 64.10 | 1.51680 |
| 40 | ∞ | $B_f$ =1.2 | | |

TABLE 14

| (Aspherical Face Data) | | |
|---|---|---|
| S | Coefficient | Value |
| 314* | k | 0.5585 |
| | $C_2$ | 0.0000 |

TABLE 14-continued

(Aspherical Face Data)

| S | Coefficient | Value |
|---|---|---|
| | $C_4$ | $2.88860 \times 10^{-5}$ |
| | $C_6$ | $2.99520 \times 10^{-8}$ |
| | $C_8$ | $-2.76610 \times 10^{-10}$ |
| | $C_{10}$ | $7.03290 \times 10^{-13}$ |

TABLE 15

(Variable Interval in Variable Magnification)

| Variable | WAM | MFLM | TM |
|---|---|---|---|
| f | 8.30 | 40.00 | 159.50 |
| D308 | 0.71 | 35.90 | 48.17 |
| D317 | 50.13 | 8.51 | 3.46 |
| D320 | 5.36 | 11.79 | 4.57 |

TABLE 16

(Values Corresponding to Conditions)

| Parameter or Condition | Value |
|---|---|
| V | 19.2 |
| h | 17.6 |
| $10^{-4} \cdot b/2$ | 0.00088 |
| $\lvert d \times 5 \rvert$ | 0.0106 |
| $\lvert d \times 7 \rvert$ | 0.040 |
| $\lvert d \times 10 \rvert$ | 0.173 |
| $10^{-1} \cdot b/2$ | 0.88 |
| $(R_2 + R_1)/(R_2 - R_1)$ | −1.28 |
| $(F_T/\#)^{1/2}(f_1/f_T)$ | 0.67 |
| $\lvert \beta_{2W} \cdot V^{1/2} \rvert$ | 1.03 |

With respect to Working Example 4, FIGS. **8A**(I–III), **8B**(I–III) and **8C**(I–III) show plots corresponding to wide-angle, mid-focal length, and telephoto modes, respectively, for spherical aberration (**8A**(I), **8B**(I), and **8C**(I)), astigmatism (**8A**(II), **8B**(II), and **8C**(II)), and distortion (**8A**(III), **8B**(III), and **8C**(III)). As is clear from the foregoing plots, the configuration of Working Example 4 is well-corrected for aberrations over the entire range of focal lengths and is suitable for achieving the objectives of the present invention.

Working Example 5

FIG. **9** depicts an optical diagram of the embodiment 400 of the Working Example 5 in the extreme wide-angle mode.

The first lens group **G1** comprises a negative meniscus lens element **L11** having an objectwise convex surface **S401**, a bi-convex lens element **L12**, a bi-convex lens element **L13**, and a positive meniscus lens element **L14** having an objectwise convex surface **S407**.

The second lens group **G2** comprises a biconcave lens element **L21**, a compound lens **C1** including a positive meniscus lens element **L22** with an objectwise concave surface **S411** and a bi-concave lens element **L23**, a biconvex lens element **L24** with an objectwise aspherical surface **S414***, and a negative meniscus lens element **L25** with an objectwise concave aspherical surface **S416***.

The third lens group **G3** comprises a compound lens **C2** including a bi-concave lens element **L31** and an bi-convex lens element **L32**.

The fourth lens group **G4** comprises an objectwise lens subgroup **G41** comprising a positive meniscus lens element



**L41** with an objectwise concave surface **S421**, aperture stop AS, a biconvex lens element **L42**, and a compound lens **C3** including a biconvex lens element **L43** and a negative meniscus lens element **L44** with a cemented objectwise concave surface **S426**.

The fourth lens group **G4** further comprises an imagewise lens subgroup **G42** comprising a bi-convex lens element **L45**, a first compound lens **C4** including a bi-concave lens element **L46** and a bi-convex lens element **L47**, a second compound lens **C5** including a negative meniscus lens element **L48** with an objectwise convex surface **S433** and a biconvex lens element **L49**, and a positive meniscus lens element **L50** with an objectwise convex surface **S436**.

With respect to Working Example 5, the various optical parameters are listed in Tables 17–20, below.

TABLE 17

f = 8.3–40–160 mm (WAM to MFLM to TM)

| S | R | D | $V_d$ | n |
|---|---|---|---|---|
| 401 | 400.131 | 1.9 | 25.40 | 1.80518 |
| 402 | 91.228 | 4.2 | | |
| 403 | 130.81 | 10.9 | 95.00 | 1.43875 |
| 404 | −222.345 | 6.5 | | |
| 405 | 80.804 | 11.7 | 67.87 | 1.59319 |
| 406 | −471.956 | 0.1 | | |
| 407 | 51.014 | 7.7 | 67.87 | 1.59319 |
| 408 | 108.805 | D408 | | |
| 409 | −292.078 | 0.9 | 35.72 | 1.90265 |
| 410 | 11.825 | 5.0 | | |
| 411 | −138.188 | 3.8 | 23.01 | 1.86074 |
| 412 | −19.344 | 0.9 | 39.82 | 1.86994 |
| 413 | 25.376 | 0.1 | | |
| 414* | 31.720 | 4.5 | 30.83 | 1.61750 |
| 415 | −14.797 | 1.1 | | |
| 416* | −12.651 | 0.9 | 52.30 | 1.74810 |
| 417 | −24.293 | D417 | | |
| 418 | −26.295 | 0.9 | 43.35 | 1.84042 |
| 419 | 44.949 | 3.0 | 23.01 | 1.86074 |
| 420 | −115.757 | D420 | | |
| 421 | −1114.319 | 5.2 | 82.52 | 1.49782 |
| 422 | −32.117 | 2.0 | | |
| AS | ∞ | 1.0 | | |
| 423 | 79.950 | 4.2 | 65.77 | 1.46450 |
| 424 | −743.870 | 0.1 | | |
| 425 | 49.486 | 7.3 | 65.77 | 1.46450 |
| 426 | −37.770 | 1.7 | 35.72 | 1.90265 |
| 427 | −89.366 | 38.0 | | |
| 428 | 42.553 | 6.2 | 65.77 | 1.46450 |
| 429 | −42.553 | 0.7 | | |
| 430 | −51.168 | 1.5 | 39.82 | 1.86994 |
| 431 | 27.086 | 6.5 | 58.90 | 1.51823 |
| 432 | −69.617 | 0.1 | | |
| 433 | 82.057 | 1.5 | 39.82 | 1.86994 |
| 434 | 27.797 | 6.2 | 45.87 | 1.54814 |
| 435 | −181.835 | 0.1 | | |
| 436 | 24.640 | 5.2 | 65.77 | 1.46450 |
| 437 | 208.276 | 10.0 | | |
| 39 | ∞ | 30.0 | 38.03 | 1.60342 |
| 40 | ∞ | 16.2 | 64.10 | 1.51680 |
| 41 | ∞ | $B_f$ =1.7 | | |

TABLE 18

(Aspherical Face Data)

| S | Coefficient | Value |
|---|---|---|
| 414* | k | 1.0000 |
| | $C_2$ | 0.0000 |
| | $C_4$ | $3.78990 \times 10^{-5}$ |
| | $C_6$ | $3.03410 \times 10^{-7}$ |
| | $C_8$ | $-3.22950 \times 10^{-9}$ |

TABLE 18-continued

(Aspherical Face Data)

| S | Coefficient | Value |
|---|---|---|
| | $C_{10}$ | $1.25000 \times 10^{-11}$ |
| 416* | k | 1.0000 |
| | $C_2$ | 0.0000 |
| | $C_4$ | $3.40000 \times 10^{-5}$ |
| | $C_6$ | $-1.23470 \times 10^{-7}$ |
| | $C_8$ | $4.48560 \times 10^{-9}$ |
| | $C_{10}$ | $-1.09190 \times 10^{-11}$ |

TABLE 19

(Variable Interval in Variable Magnification)

| Variable | WAM | MFLM | TM |
|---|---|---|---|
| f | 8.30 | 40.00 | 160.00 |
| D408 | 1.10 | 36.29 | 48.56 |
| D417 | 49.36 | 7.74 | 2.72 |
| D420 | 2.44 | 8.87 | 1.61 |

TABLE 20

(Values Corresponding to Conditions)

| Parameter or Condition | Value |
|---|---|
| V | 19.3 |
| S = 414*: | |
| h | 17.6 |
| $10^{-4} \cdot h/2$ | 0.00088 |
| $\|d \times 5\|$ | 0.0160 |
| $\|d \times 7\|$ | 0.0712 |
| $\|d \times 10\|$ | 0.2869 |
| $10^{-1} \cdot h/2$ | 0.88 |
| S = 416*: | |
| h | 18 |
| $10^{-4} \cdot h/2$ | 0.0009 |
| $\|d \times 5\|$ | 0.0136 |
| $\|d \times 7\|$ | 0.0611 |
| $\|d \times 10\|$ | 0.3125 |
| $10^{-1} \cdot h/2$ | 0.9 |
| $(R_2 + R_1)/(R_2 - R_1)$ | −1.59 |
| $(F_T/\#)^{1/2}(f_1/f_T)$ | 0.67 |
| $\|\beta_{2W} \cdot V^{1/2}\|$ | 1.03 |

With respect to Working Example 5, FIGS. **10**A(I–III), **10**B(I–III) and **10**C(I–III) show plots corresponding to wide-angle, mid-focal length, and telephoto modes, respectively, for spherical aberration (**10**A(I), **10**B(I), and **10**C(I)), astigmatism (**10**A(II), **10**B(II), and **10**C(II)), and distortion (**10**A(III), **10**B(III), and **10**C(III)). As is clear from the foregoing plots, the configuration of Working Example 5 is well-corrected for aberrations over the entire range of focal lengths and is suitable for achieving the objectives of the present invention.

While the present invention has been described in connection with preferred embodiments, it will be understood that it is not limited to those embodiments. On the contrary, it is intended to cover all alternatives, modifications, and equivalents as may be included within the spirit and scope of the invention as defined in the appended claims.

What is claimed is:

**1**. A zoom lens for a camera, the zoom lens comprising objectwise to imagewise along an optical axis:



(a) first, second, third, and fourth lens groups having positive, negative, negative, and positive refractive power, respectively;

(b) the second and third lens groups being axially movable for zooming so as to provide the zoom lens with a focal-length range from a wide-angle mode to a telephoto mode over a zooming ratio V of at least 16; and

(c) the second lens group comprising an aspherical lens element having a maximum effective diameter h and an aspherical lens surface having departure distances d×5, d×7, and d×10 satisfying the relationship:

$$10^{-4} \cdot (h/2) < |d \times 5| < |d \times 7| < |d \times 10| < 10^{-1} \cdot (h/2) \text{ 1.}$$

**2**. A zoom lens according to claim **1**, wherein the first lens group has a focal length $f_1$, the second lens group has a lateral magnification $\beta_{2W}$, the telephoto mode has a focal length $f_T$ and an F-number $F_T/\#$, the zoom lens satisfying at least one condition selected from a group consisting of:

$$0.5 < (F_T/\#)^{1/2}(f_1/f_T) < 1.0;$$

and

$$0.9 < |\beta_{2W} V^{1/2}| < 1.5.$$

**3**. A zoom lens according to claim **2**, wherein the first lens group comprises a most objectwise lens element having an objectwise spherical surface with radius of curvature $R_1$ and an imagewise spherical surface with radius of curvature $R_2$ satisfying the relationship:

$$-2.0 < (R_2 + R_1)/(R_2 - R_1) < 0.0.$$

**4**. A zoom lens according to claim **3** wherein the aspherical lens surface has a positive refractive power that increases with increasing radial distance from the optical axis.

**5**. A zoom lens according to claim **1**, wherein the fourth lens group comprises an objectwise lens subgroup having positive refractive power, and an imagewise lens subgroup having positive refractive power.

**6**. A zoom lens according to claim **5**, further comprising an aperture stop disposed in the objectwise lens subgroup of the fourth lens group.

**7**. A zoom lens according to claim **1**, further comprising an aperture stop disposed in the fourth lens group.

**8**. A zoom lens according to claim **1**, wherein any of the second, third, and fourth lens groups comprises at least one compound lens.

**9**. A zoom lens according to claim **8**, wherein the fourth lens group comprises at least two compound lenses.

**10**. In combination:

(a) a zoom lens according to claim **1** operable to produce an image, at an image plane, of an illuminated object; and

(b) sensing means disposed so as to sense the image at the image plane.

**11**. A combination according to claim **10**, further comprising a color-separating prism disposed coaxially between the zoom lens and the image plane.

**12**. A zoom lens for a camera, the zoom lens comprising objectwise to imagewise along an optical axis:

(a) a first lens group having a positive refractive power and a focal length $f_1$;

(b) a second lens group having negative refractive power and a lateral magnification $\beta_{2W}$;

(c) a third lens group having a negative refractive power;

(d) a fourth lens group having a positive refractive power;

(e) the zoom lens including at least one aspherical lens element with an aspherical surface, the aspherical surface having a maximum effective diameter h and aspherical lens-surface departure distances of d×5, d×7, and d×10;

(f) the second lens group being axially movable over a zooming range from a wide-angle mode to a telephoto mode so as to provide the zoom lens with a zoom ratio V, the telephoto mode having a focal length $f_T$ and an F-number $F_T$/#; and

(g) the zoom lens satisfying at least one condition selected from a group consisting of:

$$10^{-4}\cdot(h/2)<|d\times5|<|d\times7|<|d\times10|<10^{-1}\cdot(h/2);$$

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0;$$

and

$$0.9<|\beta_{2W}\cdot V^{1/2}|<1.5.$$

**13**. A zoom lens according to claim **12**, wherein the first lens group comprises a most imagewise lens element having an objectwise surface with a radius of curvature $R_1$ and an imagewise surface with a radius of curvature $R_2$ satisfying the condition:

$$-2.0<(R_2+R_1)/(R_2-R_1)<0.0.$$

**14**. A zoom lens according to claim **12**, wherein the zoom ratio satisfies the condition:

$$V>16.$$

**15**. In combination:

(a) a zoom lens according to claim **12** operable to produce an image, at an image plane, of an illuminated object; and

(b) sensing means disposed so as to sense the image at the image plane.

**16**. A combination according to claim **15**, further comprising a color-separating prism disposed coaxially between the zoom lens and the image plane.

**17**. A zoom lens for a camera, the zoom lens comprising objectwise to imagewise:

(a) a first lens group having a positive refractive power and a focal length $f_1$, the first lens group comprising at least one positive lens element and a most imagewise negative lens element having an objectwise surface with a radius of curvature $R_1$ and an imagewise surface with a radius of curvature $R_2$;

(b) a second lens group having negative refractive power and a lateral magnification $\beta_{2W}$, and comprising an aspherical lens element;

(c) a third lens group having negative refractive power and comprising a compound lens;

(d) a fourth lens group having positive refractive power;

(e) the second and third lens groups being axially movable over respective zooming ranges from a wide-angle mode to a telephoto mode so as to provide the zoom lens to have a zoom ratio V, wherein the telephoto mode has a focal length $f_T$ and an F-number $F_T$/#;

(f) the aspherical lens element having an aspherical refracting surface having a maximum effective diameter h and departure distances of d×5, d×7, and d×10; and

(g) the zoom lens satisfying at least one condition selected from a group consisting of:

$$V>16 \quad \text{(i)}$$

$$10^{-4}\cdot(h/2)<|d\times5|<|d\times7|<|d\times10|<10^{-1}\cdot(h/2) \quad \text{(ii)}$$

$$-2.0<(R_2+R_1)/(R_2R_1)<0.0 \quad \text{(iii)}$$

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0 \quad \text{(iv)}$$

$$0.9<|\beta_{2W}\cdot V^{1/2}|<1.5. \quad \text{(v).}$$

**18**. A zoom lens according to claim **17**, further comprising an aperture stop disposed coaxially imagewise of a first objectwise lens element in the fourth lens group.

**19**. A zoom lens according to claim **17**, further comprising a cam operably engaged with the second lens group and the third lens group for effecting coordinated zooming movements of the second and third lens groups.

**20**. A zoom lens according to claim **17**, having at least one of the following characteristics:

(a) the compound lens in the third lens group includes, objectwise to imagewise, a biconcave lens element and a biconvex lens element;

(b) the fourth lens group has an objectwise lens subgroup comprising a first compound lens, and an imagewise lens subgroup comprising a second compound lens; and

(c) the fourth lens group includes an aperture stop.

**21**. In combination:

(a) a zoom lens according to claim **17** operable to produce an image, at an image plane, of an illuminated object; and

(b) sensing means disposed so as to sense the image at the image plane.

**22**. A combination according to claim **21**, further comprising a color-separating prism disposed coaxially between the zoom lens and the image plane.

**23**. A zoom lens that is capable of providing an image of an object at an image plane over a range of focal lengths from a wide-angle mode to a telephoto mode, the zoom lens comprising objectwise to imagewise:

(a) a first lens group having overall positive refractive power, the first lens group having a focal length $f_1$ and comprising a negative lens element and at least three positive lens elements, the most imagewise lens element of which group having an objectwise surface with a radius of curvature $R_1$ and an imagewise surface with a radius of curvature $R_2$;

(b) a second lens group comprising at least five lens elements wherein at least one of said lens elements has an aspherical surface, the second lens group having overall negative refractive power and a lateral magnification $\beta_{2W}$ whenever the zoom lens is used in a wide-angle mode;

(c) a third lens group comprising two lens elements and having overall negative refractive power;

(d) a fourth lens group comprising ten lens elements and having overall positive refractive power;

(e) the zoom lens exhibiting in the telephoto mode a focal length $f_T$ and an F-number $F_T$/#; and

(f) the zoom lens satisfying the condition:

$$0.5<(F_T/\#)^{1/2}(f_1/f_T)<1.0.$$

**24**. A zoom lens according to claim **23**, further comprising an aperture stop disposed in the fourth lens group.

**25**. A zoom lens according to claim **23**, wherein the second lens group exhibits a magnification in the wide-angle mode of $\beta_{2W}$, the zoom lens exhibiting a zooming ratio V satisfying the condition:

$$0.9<|\beta 2_W \cdot V^{1/2}<1.5.$$

**26**. A zoom lens according to claim **23**, wherein the most imagewise lens element in the first lens group is a negative lens element having an objectwise surface and an imagewise surface, the objectwise surface having a radius of curvature $R_1$ and the imagewise surface having a radius of curvature $R_2$ satisfying the condition:

$$-2.0<(R_2+R_1)/(R_2-R_1)<0.0.$$

**27**. A zoom lens according to claim **23**, having at least one of the following characteristics:

(a) the first lens group comprises, objectwise to imagewise, a negative meniscus lens element with an objectwise convex surface, a first biconvex lens element, a second biconvex lens element, and a positive meniscus lens element having an objectwise convex surface;

(b) the second lens group comprises, objectwise to imagewise, a negative biconcave lens element, a compound lens including a negative meniscus lens element and a biconcave lens element having an objectwise aspherical surface, an aspherical biconvex lens element, and a negative meniscus lens element having a concave objectwise surface;

(c) the third lens group comprises a compound lens including, objectwise to imagewise, a biconcave lens element, and a biconvex lens element; and

(d) the fourth lens group comprises, objectwise to imagewise, (i) a positive meniscus lens element having an imagewise convex surface, (ii) a first biconvex lens element, (iii) a second biconvex lens element, (iv) a first negative meniscus lens element having an imagewise convex surface, (v) a third biconvex lens element, (vi) a first compound lens including a biconcave lens element and a fourth biconvex lens element, (vii) a second compound lens including one of (**1**) a fifth biconvex lens element and a second negative meniscus lens element having an objectwise concave surface, and (**2**) a second negative meniscus lens element having an objectwise convex surface and a fifth biconvex lens element, and (viii) a sixth biconvex lens element.

**28**. A zoom lens according to claim **27**, wherein the second lens group comprises, objectwise to imagewise, a negative biconcave lens element, a first compound lens including a negative meniscus lens element and a biconcave lens element having an objectwise aspherical surface, and a second compound lens including an aspherical biconvex lens element cemented to a negative meniscus lens element having a concave objectwise surface.

**29**. In combination:

(a) a zoom lens according to claim **23** operable to produce an image, at an image plane, of an illuminated object; and

(b) sensing means disposed so as to sense the image at the image plane.

**30**. A combination according to claim **29**, further comprising a color-separating prism disposed coaxially between the zoom lens and the image plane.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,760,969

DATED : June 2, 1998 Page 1 of 2

INVENTOR(S) : Takeshi Suzuki

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4, line 13, "$10^{-4}\cdot(h/2)<|dx5|<|dx7|<|dx10|<10^{-1}\cdot(h/2)$;" should be --$10^{-4}\cdot(h/2) < |dx5| < |dx7| < |dx10| < 10^{-1}\cdot(h/2)$;--

Column 4, line 61, "$-2.0<(R_2+R_1)/(R_2-R_1)<00$" should be -- $-2.0 < (R_2 + R_1)/(R_2 - R_1) < 0.0$ --.

Column 7, line 44, "10" should be in bold print --**10**--.

Column 7, line 47, --present-- should be inserted after the first occurrence of "the" and before "invention".

Column 8, line 53, "$|dx5|<|dx7|<|dx10$" should be --$|dx5| < |dx7| < |dx10|$--.

Column 10, line 25, --15-- should be deleted after "C3," and before "and".

Column 10, line 34, --25-- should be deleted after "positive" and before "overall".

Column 10, line 47 "prism Pi" should be --prism **P1**--.

Column 13, line 49, "100" should be in bold print --**100**--.

Column 15, line 49, "200" should be in bold print --**200**--.

Column 16, line 16, "200" should be in bold print --**200**--.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,760,969

DATED : June 2, 1998

Page 2 of 2

INVENTOR(S) : Takeshi Suzuki

**It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:**

Column 17, line 49, "300" should be in bold print --**300**--.

Column 17, line 59, "C1" should be in bold print --**C1**--.

Column 18, line 16, "300" should be in bold print --**300**--.

Column 19, line 49, "400" should be in bold print --**400**--.

In the Claims:

Column 22, line 14, "$10^{-4}\cdot(h/2)<|dx5|<|dx7|<|dx10|<10^{-1}\cdot(h/2)$ 1." should be --$10^{-4}\cdot(h/2) < |dx5| < |dx7| < |dx10| < 10^{-1}\cdot(h/2)$.--

Column 24, line 7, "$-2.0<(R_2+R_1)/(R_2R_1)<0.0$" should be -- $-2.0 < (R_2 + R_1)/(R_2 - R_1) < 0.0$ --.

Column 25, line 5, "$0.9<|\beta2_w\cdot V^{1/2}<1.5$" should be --$0.9 < |\beta2_w\cdot V^{1/2}| < 1.5$--.

Signed and Sealed this

Fourteenth Day of September, 1999

Attest:

Q. TODD DICKINSON

*Attesting Officer*

*Acting Commissioner of Patents and Trademarks*

US005218480A

**United States Patent** [19]

**Moskovich**

[11] **Patent Number: 5,218,480**

[45] **Date of Patent: Jun. 8, 1993**

[54] **RETROFOCUS WIDE ANGLE LENS**

[75] Inventor: **Jacob Moskovich**, Cincinnati, Ohio

[73] Assignee: **U.S. Precision Lens Incorporated**, Cincinnati, Ohio

[21] Appl. No.: **801,058**

[22] Filed: **Dec. 3, 1991**

[51] **Int. Cl.**[5] ...................... **G02B 13/04**; G02B 13/18

[52] **U.S. Cl.** .................................. **359/753**; 359/708; 359/713; 359/714; 359/749; 359/750; 359/751; 359/752

[58] **Field of Search** .............................. 359/749–753, 359/708, 713, 714

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,947,194 | 3/1976 | Ikemori | 359/663 |
| 4,025,169 | 5/1977 | Fischer et al. | 359/749 X |
| 4,189,211 | 2/1980 | Taylor | 359/663 |
| 4,425,028 | 1/1984 | Gagnon et al. | 359/246 |
| 4,461,542 | 7/1984 | Gangnon | 359/502 |
| 4,826,311 | 5/1989 | Ledebuhr | 359/663 |
| 4,913,540 | 4/1990 | Minefuji | 359/663 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0311116 | 4/1989 | European Pat. Off. . |
| 1007068A | 3/1983 | U.S.S.R. . |

*Primary Examiner*—Scott J. Sugarman
*Attorney, Agent, or Firm*—Maurice M. Klee

[57] **ABSTRACT**

A wide angle lens system of the retrofocus type is provided which includes two lens units. The first lens unit is of negative power and includes a combination of a positive element having a high dispersion and a negative element having a low dispersion for correction of lateral color. The second lens unit is of positive power and includes a combination of a positive element having a low dispersion and a negative element having a high dispersion for correction of longitudinal color. The lens units satisfy the relationship that the magnitude of $f_1$ is less than about **1.15** times $f_2$ and preferably satisfy the relationship that the magnitude of $f_1$ is less than $f_0$. The first and second lens units each preferably include an aspheric surface. Applications of the lens system include rear projection television systems wherein a single lens is used to project light from three LCD light valves onto a viewing screen.

**15 Claims, 6 Drawing Sheets**




G1
G2
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
S1
S2
S3
S4
S5
S6
S7
S8
S9
S10
S11
S12
S13
S14
S15
S16
S17
S18
S19
IS

FIG. 1.

FIG. 2.



S14
IS
S13
L8
G2
S11
L7
L6
L5
L4
S12
S10
S9
S8
S7
S6
S5
G1
L3
L2
S4
S3
S2
L1
S1


FIG. 3



IS
L8
S14
S13
S12
G2
L7
L6
L5
S11
S10
S9
S8
L4
L3
S7
S6
S5
G1
L2
S4
S3
S2
L1
S1


FIG. 4

FIG. 5.



S23
IS
S22
L13
L12
S21
S20
S19
S18
L11
S15
S17
S16
L10
L9
S13
S14
L7
L8
S11
S12
L6
S10
S9
L4
L5
S7
S8
S6
L3
S4
L2
S5
S3
L1
S1
S2
G1
G2



G1
G2
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
L12
L13
S1
S2
S3
S4
S5
S6
S7
S8
S9
S10
S11
S12
S13
S14
S15
S16
S17
S18
S19
S20
S21
S22
S23
IS


FIG. 6.


FIG. 7
G1
G2
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
L12
S1
S2
S3
S4
S5
S6
S7
S8
S9
S10
S11
S12
S13
S14
S15
S16
S17
S18
S19
S20
S21
IS
FIG. 8
G1
G2
L1
L2
L3
L4
L5
L6
L7
L8
L9
S1
S2
S3
S4
S5
S6
S7
S8
S9
S10
S11
S12
S13
S14
S15
S16
IS

FIG. 9



## RETROFOCUS WIDE ANGLE LENS

### FIELD OF THE INVENTION

This invention relates to wide angle retrofocus type lenses having a long back focal length and a relatively compact size and to the use of such lenses in liquid crystal display (LCD) light valve projection televisions.

### BACKGROUND OF THE INVENTION

Most of the LCD light valve projection TV systems currently under development can be broken into two broad classes: 1) those using multiple exit pupils where a separate lens is used to project each of three different color LCDs, and 2) single exit pupil systems where all three different color LCDs are projected through the same lens.

In either case, the system can be of the transmissive type where light comes in from behind the liquid crystal panel and is modulated as it passes through the panel or of the reflective type where light enters through the front of the panel and is reflected back out towards the screen after having been modulated.

Examples of such television systems and of lenses which can be used with such systems can be found in, for example, Taylor, U.S. Pat. No. 4,189,211, Gagnon et al., U.S. Pat. No. 4,425,028, Gagnon, U.S. Pat. No. 4,461,542, Ledebuhr, U.S. Pat. No. 4,826,311, Minefuji, U.S. Pat. No. 4,913,540, EPO Patent Publication No. 311,116, and Russian Patent Publication No. 1,007,068. A lens described as being "retrotelecentric" is disclosed in Ikemori, U.S. Pat. No. 3,947,094.

Systems having a single exit pupil solve the problem of color shift in the projected image and allow for a simpler design of the projection screen in that the screen does not need to perform mixing of the colors from the three lens systems. However, the projection lens must have a large separation between the LCD panels and the lens to accommodate the filters and beamsplitters used to combine the light from the different LCDs into a common beam for projection onto the screen by the lens.

For rear projection applications, it is desirable to have as small an overall package size (set size) as possible. In terms of the optics, this means that the imaging conjugates should be made as small as possible while still maintaining a large image size. This, in turn, means that the projection lens must have a large field of view. Additionally, it is desirable to use lenses having a small physical size so as to reduce the sizes of the folding mirrors placed between the lens and the screen. Lenses having small physical sizes also help to further reduce the size of the overall TV package.

The illumination of the LCD panel plays a very important role in the performance of an LCD projection TV. In particular, it is very important to match the location and size of the exit pupil of the illumination system with the entrance pupil of the lens to obtain a bright, uniformly-illuminated TV image. Since illumination optics generally work best when the exit pupil is located a long distance from the light source, it is desirable to use a projection lens with a long entrance pupil distance.

The lens described below addresses all the above mentioned requirements and at the same time provides a high level of image quality and, in particular, a high



level of correction of both lateral and longitudinal chromatic aberrations.

### SUMMARY OF THE INVENTION

In view of the foregoing, it is an object of the present invention to provide a novel lens structure having: 1) a focal point a long distance from the lens (i.e., a long back focal length for light traveling from left to right in the figures), 2) a pupil a long distance from the lens (i.e., an exit pupil a long distance from the lens for light traveling from left to right in the figures), 3) a wide field of view (i.e., a field of view greater than about 25 degrees half or semi-field for light traveling from left to right in the figures), 4) small lens elements, and 5) a high level of image quality.

It is a further objection of the invention to provide a LCD projection television system having an improved lens system which provides a high level of image quality and an overall small set size.

To achieve the foregoing and other objects, the invention provides a wide angle lens system of the retrofocus type comprising:

(a) a first lens unit of negative power comprising:
(i) a negative element; and
(ii) a combination of two elements, one of the two elements being a positive element having a high dispersion and the other of the two elements being a negative element having a low dispersion; and
(b) a second lens unit of positive power comprising:
(i) a positive element; and
(ii) a combination of two elements, one of the two elements being a positive element having a low dispersion and the other of the two elements being a negative element having a high dispersion.

The elements making up the first and second units are chosen so that the absolute value of the focal length of the first lens unit $f_1$ is less than about 1.15 times the focal length of the second lens unit $f_2$. In certain preferred embodiments of the invention, the absolute value of $f_1$ is smaller than the overall focal length $f_0$ of the lens. To provide a high level of image quality, in addition to the high and low dispersion elements which provide for color correction, either or preferably both of the first and second lens units includes at least one aspheric surface.

When used in a LCD projection television, the lens is arranged with the second lens unit nearer to the LCD panels. For this application, the lens' aperture stop is located between the first and second lens units at a point which is at or inside of the second unit's front focal point so that the image of the aperture stop formed by the second lens unit (the entrance pupil as seen from the LCD) is located a long distance from the LCD panel.

The accompanying drawings, which are incorporated in and constitute part of the specification, illustrate preferred embodiments of the invention, and together with the description, serve to explain the principles of the invention. It is to be understood, of course, that both the drawings and the description are explanatory only and are not restrictive of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1** through **8** are schematic side views of lens systems constructed in accordance with the invention.

FIG. **9** is a schematic diagram of a LCD light valve projection TV employing a lens system constructed in accordance with the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

As discussed above, the present invention relates to lens systems having two lens units separated by an air space wherein the first lens unit has a negative power and the second lens unit has a positive power and each unit includes a combination of two elements of low and high dispersion to provide overall good color correction for the lens.

The first unit comprises at least one negative element, preferably a single negative meniscus element, and at least one combination of positive and negative elements having high and low dispersion properties described by a small and a large V-value, respectively. As used herein, high dispersion optical materials are those having V-values ranging from 20 to 50 for an index of refraction in the range from 1.85 to 1.5, respectively, while low dispersion materials are those having V-values ranging from 35 to 75 for the same range of indices of refraction. At least one of the surfaces in the first unit may be aspherical.

The second unit comprises at least one positive element and a combination of positive and negative elements having dispersion characteristics described by a large and a small V-value, respectively. The second unit may also contain at least one aspherical surface.

The aperture stop of the lens is preferably positioned between the first and second units. When the lens is designed for use only at its wide open, maximum aperture, the aperture stop may be inside one of the elements in the vicinity of the airspace between the two units.

When the lens is used with a LCD panel, the aperture stop preferably lies inside the second unit's front focal point to assure that a virtual image of the stop, which comprises the entrance pupil of the lens as seen from the LCD panel, is at a considerable distance away from the panel. With reference to the figures, the second unit's front focal point in question is that lying to the left of the second unit, i.e., towards the first unit. When the position of the aperture stop is coincident with the front focal point of the second unit, the entrance pupil of the lens as seen from the LCD panel is imaged at infinity.

To provide a long distance between the second lens unit and the lens' right focal point, i.e., a long back focal length for light traveling from left to right in the figures, and to maintain a compact size of the lens, the first unit should be quite strong. In particular, the magnitude of $f_1$ should be less than about 1.15 times $f_2$. For many applications, the magnitude of $f_1$ is preferably less than the focal length of the whole lens $f_0$.

A strong negative power for he first unit causes a relatively large contribution to distortion which may be corrected by the use of an aspherical surface as a part of that unit. Additionally, contributions to the correction of coma and astigmatism may also be obtained from the use of such an asphere.

When the field of view of the lens becomes large, e.g., a semi-field angle of about 35°, additional aspherical surfaces may be used in the first unit to obtain better control of off-axis aberrations.

With regard to chromatic aberrations, the combination of a positive element having a small V-value and a negative element having a large V-value in the first unit allows for good correction of lateral color and chromatic variation of distortion.

The second unit will typically have a focal length similar to the focal length of the lens as a whole. To provide correction for spherical aberration of the lens, the second unit preferably includes one or more aspherical surfaces. These one or more aspherical surfaces can also be used to achieve a high level of correction of spherical aberration of the entrance pupil of the lens as seen from a LCD display. Correcting this aberration is important in order to provide a good match between the entrance pupil of the lens and the exit pupil of the illumination system to assure that all the light from the illumination system will go through the projection lens.

With regard to chromatic aberrations, the combination of positive and negative elements with large and small V-values, respectively, in the second unit allows for the correction of axial (longitudinal) color to be achieved.

FIGS. **1** to **8** illustrate various lens systems constructed in accordance with the invention. Corresponding lens prescriptions appear in Tables 1 to 8, respectively. A summary of various properties of these systems appears in Tables 9 and 10. In these figures and tables, the letter "L" is used to designate individual lenses, the letter "S" to designate lens surfaces, the letters "IS" to designate the image surface, and the letter "G" to designate lens units or groups. The lens surfaces within the two lens units is summarized in Table 11.

The $N_e$ and $V_e$ values given in Tables 1–8 represent the indices of refraction and Abbe values for the various lenses at a wavelength of 0.5461 microns. The aspheric coefficients set forth in the tables are for use in the following equation:

$$z = \frac{cy^2}{1 + [1 - (1 + k)c^2y^2]^{\frac{1}{2}}} + Dy^4 + Ey^6 + Fy^8 + Gy^{10} + Hy^{12} + Iy^{14}$$

where z is the surface sag at a distance y from the optical axis of the system, c is the curvature of the lens at the optical axis, and k is a conic constant, which for the lenses of Tables 1–8 is zero.

In FIGS. **1–8**, light is assumed to propagate from left to right, i.e., from the system's long conjugate towards its short conjugate. In the case of a projection television using a liquid crystal display, light will propagate in the opposite direction, i.e., from right to left. That is, for such systems, the LCD will be located to the right of the second lens unit and the viewing screen will be located to the left of the first lens unit. In FIGS. **1**, **3**, and **5–7** an LCD-type display is schematically illustrated by the planar block to the right of G2.

As can be seen from Table 9, the magnitude of $f_1$ is less than about 1.15 times $f_2$ for all the examples, the magnitude of $f_1$ is less than $f_0$ for Examples 1 and 3–7, and $f_2$ is similar to $f_0$ for all of the examples and is within 20% of $f_0$ for Examples 1–4. As also shown in this table, all of the examples have a half field of view above 25°, i.e., all of the lenses are wide angle lenses.

FIG. **9** is a schematic diagram of a LCD light valve projection television **10** constructed in accordance with the invention. As shown in this figure, projection television **10** includes cabinet **12** having projection screen **14** along its front face. The image to be projected is formed by module **16** which includes a light source, three LCD panels, and a set of dichroic beamsplitters for combining the light from the three panels into a single beam. Various commercially available components known in the art can be used to construct module **16**.

The single, three-color beam produced by module **16** is projected by lens **13** onto mirror **18** and ultimately to screen **14**. Lens **13** is constructed in accordance with the present invention and thus forms a high quality image on the screen while at the same time allowing cabinet **12** to have an overall small size.

Although specific embodiments of the invention have been described and illustrated, it is to be understood that a variety of modifications which do not depart from the scope and spirit of the invention will be evident to persons of ordinary skill in the art from the foregoing disclosure. The following claims are intended to cover the specific embodiments set forth herein as well as such modifications, variations, and equivalents.

TABLE 1

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | 106.0349 | | | |
| L1 | | | 5.0000 | 1.49378 | 56.95 |
| | S2 | 34.6801 | | | |
| | | | 16.7055 | | |
| | S3 | 65.9226 | | | |
| L2 | | | 15.3782 | 1.62408 | 36.05 |
| | S4 | −162.4377 | | | |
| L3 | | | 3.0000 | 1.74435 | 52.43 |
| | S5 | 47.3852 | | | |
| | | | 2.9332 | | |
| | S6 | 38.7648 | | | |
| L4 | | | 11.0000 | 1.49378 | 56.95 |
| | S7 | 108.0509 | | | |
| | | | 19.2033 | | |
| | S8 | −135.8052 | | | |
| L5 | | | 12.0000 | 1.65222 | 33.60 |
| | S9 | −22.9143 | | | |
| L6 | | | 2.0000 | 1.81080 | 40.40 |
| | S10 | −85.7226 | | | |
| | | | 22.8029 | | |
| | S11 | −124.4576 | | | |
| L7 | | | 9.0000 | 1.51872 | 64.02 |
| | S12 | −54.4326 | | | |
| L8 | | | 4.0000 | 1.81264 | 25.27 |
| | S13 | −491.9398 | | | |
| | | | 1.7144 | | |
| | S14 | −214.1831 | | | |
| L9 | | | 10.0152 | 1.49378 | 56.95 |
| | S15 | −63.8143 | | | |
| | | | .2000 | | |
| | S16 | −1344.1290 | | | |
| L10 | | | 23.0473 | 1.59142 | 61.03 |
| | S17 | −60.7625 | | | |
| | | | 250.0000 | | |
| | S18 | ∞ | | | |
| L11 | | | 7.5000 | 1.52458 | 59.20 |
| | S19 | ∞ | | | |
| | | | .0087 | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S1 | .14966E-05 | −.12247E-09 | −.34536E-13 | .16546E-15 | −.87797E-19 | .18616E-22 |
| S6 | −.75901E-08 | −.61143E-09 | .60280E-11 | .39748E-15 | −.11120E-16 | .13167E-19 |
| S15 | .54967E-06 | .16532E-09 | .13261E-12 | −.19777E-16 | .88289E-20 | −.22085E-23 |

TABLE 2

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | 72.6598 | | | |
| L1 | | | 5.0000 | 1.49378 | 56.95 |
| | S2 | 32.9936 | | | |
| | | | 20.2616 | | |
| | S3 | 431.1641 | | | |
| L2 | | | 15.0000 | 1.62408 | 36.05 |
| | S4 | −64.8330 | | | |
| L3 | | | 3.0000 | 1.74435 | 52.43 |
| | S5 | 886.8083 | | | |
| | | | 15.7010 | | |
| | S6 | 333.5692 | | | |
| L4 | | | 3.0000 | 1.83930 | 37.05 |
| | S7 | 26.6827 | | | |
| L5 | | | 14.0000 | 1.67765 | 31.94 |
| | S8 | −156.6556 | | | |
| | | | 1.1643 | | |
| | S9 | −115.3066 | | | |

TABLE 2-continued

| | | | | | |
|---|---|---|---|---|---|
| L6 | | | 4.0000 | 1.49354 | 57.34 |
| | S10 | −126.3225 | | | |
| | | | 26.9338 | | |
| | S11 | −629.7960 | | | |
| L7 | | | 12.0000 | 1.51872 | 64.02 |
| | S12 | −61.1854 | | | |
| L8 | | | 4.0000 | 1.74706 | 27.56 |
| | S13 | ∞ | | | |
| | | | 3.7387 | | |
| | S14 | −191.8310 | | | |
| L9 | | | 10.0000 | 1.49378 | 56.95 |
| | S15 | −68.2860 | | | |
| | | | .2000 | | |
| | S16 | −188.4562 | | | |
| L10 | | | 20.0000 | 1.51872 | 64.02 |
| | S17 | −54.0627 | | | |
| | | | 250.0632 | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S1 | .11495E-05 | .80396E-10 | .15864E-12 | .66273E-16 | −.94058E-19 | .50338E-22 |
| S10 | −.80611E-06 | −.22254E-08 | −.12837E-11 | .35390E-14 | .79124E-17 | −.32865E-19 |
| S15 | .58121E-06 | .21925E-09 | −.21401E-14 | −.36387E-16 | .37385E-19 | −.10942E-22 |

TABLE 3

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | 112.8827 | | | |
| L1 | | | 8.0000 | 1.49354 | 57.34 |
| | S2 | 47.0795 | | | |
| | | | 80.18 | | |
| | S3 | −83.8357 | | | |
| L2 | | | 3.0000 | 1.79014 | 43.71 |
| | S4 | 27.1015 | | | |
| L3 | | | 12.0000 | 1.79192 | 25.50 |
| | S5 | −160.8239 | | | |
| | | | 15.6911 | | |
| | S6 | 376.5779 | | | |
| L4 | | | 13.0000 | 1.51872 | 64.02 |
| | S7 | −29.5420 | | | |
| L5 | | | 3.0000 | 1.81264 | 25.27 |
| | S8 | −282.5645 | | | |
| | | | 9.9778 | | |
| | S9 | −80.4535 | | | |
| L6 | | | 9.0000 | 1.49354 | 57.34 |
| | S10 | −54.6521 | | | |
| | | | 1.0000 | | |
| | S11 | −360.6606 | | | |
| L7 | | | 17.0000 | 1.51872 | 64.02 |
| | S12 | −46.7772 | | | |
| | | | 235.65 | | |
| | S13 | ∞ | | | |
| L8 | | | 2.5000 | 1.52458 | 59.20 |
| | S14 | ∞ | | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S1 | .50592E-06 | .16167E-10 | −.28644E-13 | .36220E-16 | −.12681E-19 | .17418E-23 |
| S9 | −.18003E-05 | .51642E-09 | −.27362E-11 | .62083E-15 | .30851E-17 | −.30618E-20 |

TABLE 4

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | 232.5495 | | | |
| L1 | | | 15.0000 | 1.48951 | 49.93 |
| | S2 | −2439.0800 | | | |
| | | | .0000 | | |
| | S3 | 146.7255 | | | |
| L2 | | | 5.5000 | 1.71615 | 53.68 |
| | S4 | 61.2762 | | | |
| | | | 80.1134 | | |
| | S5 | 118.8177 | | | |
| L3 | | | 3.0000 | 1.71615 | 53.68 |
| | S6 | 28.3211 | | | |
| L4 | | | 15.0000 | 1.72733 | 29.16 |

TABLE 4-continued

| | | | | | |
|---|---|---|---|---|---|
| | S7 | 56.1212 | | | |
| | | | 60.1199 | | |
| | S8 | −449.4696 | | | |
| L5 | | | 12.0000 | 1.51872 | 64.02 |
| | S9 | −37.7949 | | | |
| L6 | | | 3.0000 | 1.81264 | 25.27 |
| | S10 | −80.3022 | | | |
| | | | 13.3733 | | |
| | S11 | −64.1311 | | | |
| L7 | | | 10.0000 | 1.49354 | 57.34 |
| | S12 | −71.9387 | | | |
| | | | 1.0000 | | |
| | S13 | −250.9194 | | | |
| L8 | | | 12.0000 | 1.51872 | 64.02 |
| | S14 | −51.3697 | | | |
| | | | 231.5135 | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S11 | −.11683E-05 | −.34876E-09 | −.68143E-13 | −.68563E-15 | .62876E-18 | −.33575E-21 |

TABLE 5

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | 166.7893 | | | |
| L1 | | | 7.0000 | 1.49354 | 57.34 |
| | S2 | 53.7244 | | | |
| | | | 29.0554 | | |
| | S3 | −2413.0950 | | | |
| L2 | | | 6.0000 | 1.49354 | 57.34 |
| | S4 | 77.5337 | | | |
| | | | 12.1062 | | |
| | S5 | −439.4338 | | | |
| L3 | | | 5.0000 | 1.49354 | 57.34 |
| | S6 | −470.1938 | | | |
| | | | 47.7318 | | |
| | S7 | −119.3178 | | | |
| L4 | | | 2.0000 | 1.74690 | 49.00 |
| | S8 | 21.7550 | | | |
| L5 | | | 14.5000 | 1.81264 | 25.27 |
| | S9 | −151.4782 | | | |
| | | | 1.0000 | | |
| | S10 | 128.5317 | | | |
| L6 | | | 11.0000 | 1.57829 | 41.25 |
| | S11 | −26.9117 | | | |
| L7 | | | 2.0000 | 1.83930 | 37.05 |
| | S12 | 49.7160 | | | |
| | | | .5087 | | |
| | S13 | 43.9925 | | | |
| L8 | | | 16.1897 | 1.51978 | 51.91 |
| | S14 | −24.1324 | | | |
| L9 | | | 2.0000 | 1.81264 | 25.27 |
| | S15 | 214.6256 | | | |
| | | | 2.6536 | | |
| | S16 | 149.7545 | | | |
| L10 | | | 18.5051 | 1.51872 | 64.02 |
| | S17 | −44.8523 | | | |
| | | | .2000 | | |
| | S18 | −63.4312 | | | |
| L11 | | | 5.0000 | 1.49354 | 57.34 |
| | S19 | −57.8218 | | | |
| | | | .2000 | | |
| | S20 | −571.4227 | | | |
| L12 | | | 22.1721 | 1.51872 | 64.02 |
| | S21 | −48.3718 | | | |
| | | | 170.0000 | | |
| | S22 | ∞ | | | |
| L13 | | | 3.5000 | 1.51872 | 64.02 |
| | S23 | ∞ | | | |
| | | | .0010 | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S1 | .81353E-06 | .26733E-10 | −.12926E-12 | .80374E-16 | −.21787E-19 | .28735E-23 |
| S4 | −.14186E-05 | −.24254E-08 | .20304E-11 | −.20978E-14 | .27671E-17 | −.11348E-20 |
| S5 | −.22382E-05 | −.26539E-08 | .34725E-11 | −.28534E-15 | −.86110E-18 | .20518E-21 |
| S19 | .16311E-05 | .76203E-09 | .58142E-12 | .12553E.15 | −.20767E-18 | .45314E-22 |

TABLE 6

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | 122.2828 | | | |
| L1 | | | 7.0000 | 1.49354 | 57.34 |
| | S2 | 42.2151 | | | |
| | | | 30.8830 | | |
| | S3 | 111.8497 | | | |
| L2 | | | 6.0000 | 1.49354 | 57.34 |
| | S4 | 46.1144 | | | |
| | | | 27.3549 | | |
| | S5 | 245.3543 | | | |
| L3 | | | 10.0000 | 1.49354 | 57.34 |
| | S6 | −148.5418 | | | |
| | | | 16.0000 | | |
| | S7 | −336.6699 | | | |
| L4 | | | 2.5000 | 1.81080 | 40.40 |
| | S8 | 18.6212 | | | |
| L5 | | | 15.0000 | 1.81264 | 25.27 |
| | S9 | 62.8765 | | | |
| | | | 1.0000 | | |
| | S10 | 70.1130 | | | |
| L6 | | | 14.0000 | 1.57829 | 41.25 |
| | S11 | −23.7888 | | | |
| L7 | | | 2.0000 | 1.81080 | 40.40 |
| | S12 | −206.8242 | | | |
| | | | 18.7122 | | |
| | S13 | 490.3304 | | | |
| L8 | | | 15.0000 | 1.51872 | 64.02 |
| | S14 | −39.3481 | | | |
| L9 | | | 3.5000 | 1.81264 | 25.27 |
| | S15 | −1039.8430 | | | |
| | | | 4.2183 | | |
| | S16 | −118.0000 | | | |
| L10 | | | 7.0000 | 1.49354 | 57.34 |
| | S17 | −63.3925 | | | |
| | | | .2000 | | |
| | S18 | −1029.7890 | | | |
| L11 | | | 18.9556 | 1.51872 | 64.02 |
| | S19 | −57.1428 | | | |
| | | | .0000 | | |
| | S20 | −177.7165 | | | |
| L12 | | | 18.1470 | 1.51872 | 64.02 |
| | S21 | −61.2271 | | | |
| | | | 170.0000 | | |
| | S22 | ∞ | | | |
| L13 | | | 3.5000 | 1.51872 | 64.02 |
| | S23 | ∞ | | | |
| | | | −.0229 | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S1 | .78755E-06 | .18026E-11 | −.13107E-12 | .81066E-16 | −.19327E-19 | .18622E-23 |
| S4 | .19799E-06 | −.54141E-09 | .25665E-12 | .17650E-15 | .10338E-18 | −.30784E-21 |
| S5 | .12025E-05 | .71844E-09 | .51745E-12 | .39564E-15 | .21664E-18 | −.30784E-21 |
| S17 | .16304E-05 | .42299E-09 | .60173E-12 | −.26955E-15 | −.13124E-18 | .82540E-22 |

TABLE 7

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | −562.9973 | | | |
| L1 | | | 7.0000 | 1.49354 | 57.34 |
| | S2 | 69.7026 | | | |
| | | | 29.2336 | | |
| | S3 | −171.8047 | | | |
| L2 | | | 6.0000 | 1.49354 | 57.34 |
| | S4 | −472.6218 | | | |
| | | | 51.1723 | | |
| | S5 | −179.9509 | | | |
| L3 | | | 2.5000 | 1.81080 | 40.40 |
| | S6 | 19.7244 | | | |
| L4 | | | 15.0000 | 1.81264 | 25.27 |
| | S7 | 202.5100 | | | |
| | | | 1.0000 | | |
| | S8 | 92.9324 | | | |
| L5 | | | 9.0000 | 1.57829 | 41.25 |
| | S9 | −28.8010 | | | |
| L6 | | | 2.0000 | 1.81080 | 40.40 |

TABLE 7-continued

| | | | | | |
|---|---|---|---|---|---|
| | S10 | −3595.3950 | | | |
| | | | 25.4503 | | |
| | S11 | 241.4227 | | | |
| L7 | | | 15.0000 | 1.51872 | 64.02 |
| | S12 | −41.4693 | | | |
| L8 | | | 3.5000 | 1.81264 | 25.27 |
| | S13 | −1732.9750 | | | |
| | | | 4.0150 | | |
| | S14 | −118.0000 | | | |
| L9 | | | 7.0000 | 1.49354 | 57.34 |
| | S15 | −75.5824 | | | |
| | | | .2000 | | |
| | S16 | 2060.4940 | | | |
| L10 | | | 18.9540 | 1.51872 | 64.02 |
| | S17 | −63.8123 | | | |
| | | | .0000 | | |
| | S18 | −215.5601 | | | |
| L11 | | | 18.1276 | 1.51872 | 64.02 |
| | S19 | −62.7541 | | | |
| | | | 170.0000 | | |
| | S20 | ∞ | | | |
| L12 | | | 3.5000 | 1.51872 | 64.02 |
| | S21 | ∞ | | | |
| | | | .0012 | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S1 | .14354E-05 | −.79148E-10 | −.13743E-12 | .82937E-16 | −.19166E-19 | .17419E-23 |
| S4 | .13853E-05 | −.32699E-09 | .31083E-13 | .96594E-17 | −.34114E-20 | −.12423E-23 |
| S15 | .15628E-05 | .46105E-09 | .28789E-12 | −.22082E-15 | .37941E-19 | −.65996E-24 |

TABLE 8

| LENS | | SURFACE RADIUS (mm) | AXIAL DISTANCE BETWEEN SURFACES (mm) | Ne | Ve |
|---|---|---|---|---|---|
| | S1 | 93.1619 | | | |
| L1 | | | 7.0000 | 1.49354 | 57.34 |
| | S2 | 46.6574 | | | |
| | | | 24.3937 | | |
| | S3 | 158.9949 | | | |
| L2 | | | 6.0000 | 1.64128 | 55.19 |
| | S4 | 53.0765 | | | |
| | | | 78.0459 | | |
| | S5 | −155.9050 | | | |
| L3 | | | 2.2182 | 1.83930 | 37.05 |
| | S6 | 22.2678 | | | |
| L4 | | | 12.0000 | 1.81264 | 25.27 |
| | S7 | −219.5400 | | | |
| | | | 23.8650 | | |
| | S8 | −260.1993 | | | |
| L5 | | | 11.0000 | 1.51872 | 64.02 |
| | S9 | −33.9132 | | | |
| L6 | | | 2.6619 | 1.81264 | 25.27 |
| | S10 | 372.8117 | | | |
| | | | .2000 | | |
| | S11 | 110.0612 | | | |
| L7 | | | 12.0000 | 1.49354 | 57.34 |
| | S12 | −89.6261 | | | |
| | | | 2.8000 | | |
| | S13 | −80.3868 | | | |
| L8 | | | 10.0000 | 1.51872 | 64.02 |
| | S14 | −52.1945 | | | |
| | | | .0000 | | |
| | S15 | −257.6454 | | | |
| L9 | | | 17.0000 | 1.51872 | 64.02 |
| | S16 | −50.7737 | | | |
| | | | 170.0131 | | |

ASPHERICAL SURFACE DATA:

| S | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| S1 | .48361E-07 | .62870E-09 | −.27386E-12 | .50310E-16 | .73191E-22 | −.91572E-25 |
| S12 | .31608E-05 | −.18013E-08 | .71687E-11 | −.10824E-13 | .77148E-17 | −.21739E-20 |

TABLE 9

| Example | $f_0$ | f | $f_2$ | $1.15 \cdot f_2$ | Mag. | ½ Field of View | f/No.* |
|---|---|---|---|---|---|---|---|
| 1 | 108.60 | −99.34 | 109.51 | 125.94 | −.8604E-01 | 37.0° | 3.68 |
| 2 | 108.24 | −121.06 | 120.55 | 138.63 | −.8604E-01 | 36.3° | 3.68 |
| 3 | 91.52 | −87.11 | 105.18 | 120.96 | −.4744E-01 | 28.0° | 4.30 |
| 4 | 89.97 | −83.72 | 107.12 | 123.19 | −.3000E-01 | 28.0° | 4.37 |
| 5 | 41.06 | −17.03 | 55.11 | 63.38 | −.4673E-01 | 41.6° | 2.87 |
| 6 | 40.50 | −32.05 | 73.88 | 84.96 | −.4673E-01 | 42.0° | 2.87 |
| 7 | 40.51 | −33.35 | 76.65 | 88.15 | −.4673E-01 | 42.0° | 2.87 |
| 8 | 41.21 | −51.57 | 85.07 | 97.83 | −.4673E-01 | 41.7° | 2.87 |

*For object at infinity.

TABLE 10

| Example | Aperture Stop[1] | Left Focal Point of Second Unit[2] | Exit Pupil[3] | Back Focal Distance[4] | $f_0$ |
|---|---|---|---|---|---|
| 1 | 1.00 | −68.10 | −386.7 | 245.5 | 108.60 |
| 2 | 1.87 | −77.50 | −392.8 | 240.8 | 108.24 |
| 3 | 11.78 | −55.79 | −327.3 | 232.9 | 91.52 |
| 4 | 45.12 | −64.40 | −350.3 | 228.8 | 89.97 |
| 5 | 21.45 | −16.60 | −226.0 | 170.4 | 41.06 |
| 6 | 23.10 | −29.40 | −256.8 | 170.4 | 40.50 |
| 7 | 22.80 | −33.00 | −288.6 | 170.4 | 40.51 |
| 8 | 17.12 | −41.24 | −280.0 | 168.1 | 41.21 |

[1] Distance from last surface of the first lens unit.
[2] Distance from the first surface of the second lens unit for light traveling from left to right in the figures.
[3] Distance from image surface for light traveling from left to right in the figures.
[4] Distance from last optical surface of the second lens unit to the image point for an object at infinity for light traveling from left to right in the figures.

TABLE 11

| Example | G1 | G2 |
|---|---|---|
| 1 | S1-S10 | S11-S17 |
| 2 | S1-S10 | S11-S17 |
| 3 | S1-S5 | S6-S12 |
| 4 | S1-S7 | S8-S14 |
| 5 | S1-S12 | S13-S21 |
| 6 | S1-S12 | S13-S21 |
| 7 | S1-S10 | S11-S19 |
| 8 | S1-S7 | S8-S16 |

What is claimed is:

1. A wide angle lens system of the retrofocus type having a focal length $f_0$ which comprises:

(a) a first lens unit of negative power having a focal length $f_1$ and comprising a negative element and a combination of two elements, one of said two elements being a positive element having a high dispersion and the other of said two elements being a negative element having a low dispersion; and

(b) a second lens unit of positive power having a focal length $f_2$ and comprising a positive element and a combination of two elements, one of said two elements being a positive element having a low dispersion and the other of said two elements being a negative element having a high dispersion; wherein each of the first and the second lens units includes an aspheric surface and the system includes an aperture stop between the first and second lens units.

2. A wide angle lens system of the retrofocus type having a focal length $f_0$ which comprises:

(a) a first lens unit of negative power having a focal length $f_1$ and comprising a negative element and a combination of two elements, one of said two elements being a positive element having a high dispersion and the other of said two elements being a negative element having a low dispersion; and

(b) a second lens unit of positive power having a focal length $f_2$ and comprising a positive element and a combination of two elements, one of said two elements being a positive element having a low dispersion and the other of said two elements being a negative element having a high dispersion;

wherein the absolute value of $f_1$ is less than about 1.15 times $f_2$ and the system includes an aperture stop between the first and second lens units.

3. The wide angle lens system of claim 2 wherein the absolute value of $f_1$ is smaller than $f_0$.

4. The wide angle lens system of claim 1, 2, or 3 wherein the second unit's focal point in the direction of the first lens unit and the aperture stop are arranged so that the aperture stop is located inside of the focal point.

5. The wide angle lens system of claim 4 wherein the aperture stop is located at the focal point.

6. The wide angle lens system of claim 1, 2 or 3 wherein the negative element of the first lens unit is a negative meniscus lens.

7. The wide angle lens system of claim 1, 2 or 3 wherein the lens system has a half angle field of view in the direction of the first lens unit of at least about 25° degrees.

8. The wide angle lens system of claim 2 or 3 wherein the first lens unit includes an aspherical surface.

9. The wide angle lens system of claim 2 or 3 wherein the second lens unit includes an aspherical surface.

10. A projection television system comprising three LCD light valves, a screen, and a wide angle lens system which projects light from each of the LCD light valves onto the screen, said wide angle lens system comprising:

(a) a first lens unit of negative power having a focal length $f_1$ and comprising a negative element and a combination of two elements, one of said two elements being a positive element having a high dispersion and the other of said two elements being a negative element having a low dispersion; and

(b) a second lens unit of positive power having a focal length $f_2$ and comprising a positive element and a combination of two elements, one of said two elements being a positive element having a low dispersion and the other of said two elements being a negative element having a high dispersion.

11. The projection television system of claim 10 wherein each of the first and the second lens units includes an aspheric surface.

12. The projection television system of claim 10 wherein the absolute value of $f_1$ is less than about 1.15 times $f_2$.

13. The projection television system of claim 10 wherein the absolute value of $f_1$ is smaller than $f_0$.

14. The projection television system of claim 10, 11, 12, or 13 wherein the wide angle lens system has an entrance pupil located at a substantial optical distance from the LCD light valves.

15. The projection television system of claim 14 wherein the wide angle lens system includes an aperture stop and wherein the second unit's focal point in the direction of the first lens unit and the aperture stop are arranged so that the aperture stop is located at or inside of the focal point.

* * * * *