46. Infrared Technology Fundamentals: Second Edition, Revised and Expanded, *edited by Monroe Schlessinger*
47. Spatial Light Modulator Technology: Materials, Devices, and Applications, *edited by Uzi Efron*
48. Lens Design: Second Edition, Revised and Expanded, *Milton Laikin*
49. Thin Films for Optical Systems, *edited by François R. Flory*
50. Tunable Laser Applications, *edited by F. J. Duarte*
51. Acousto-Optic Signal Processing: Theory and Implementation, Second Edition, *edited by Norman J. Berg and John M. Pellegrino*
52. Handbook of Nonlinear Optics, *Richard L. Sutherland*
53. Handbook of Optical Fibers and Cables: Second Edition, *Hiroshi Murata*
54. Optical Storage and Retrieval: Memory, Neural Networks, and Fractals, *edited by Francis T. S. Yu and Suganda Jutamulia*
55. Devices for Optoelectronics, *Wallace B. Leigh*
56. Practical Design and Production of Optical Thin Films, *Ronald R. Willey*
57. Acousto-Optics: Second Edition, *Adrian Korpel*
58. Diffraction Gratings and Applications, *Erwin G. Loewen and Evgeny Popov*

**Additional Volumes in Preparation**

Characterization Techniques and Tabulations for Organic Nonlinear Optical Materials, *edited by Mark Kuzyk and Carl Dirk*

# DIFFRACTION GRATINGS AND APPLICATIONS

**ERWIN G. LOEWEN**
*Spectronic Instruments, Inc.*
*Rochester, New York*

**EVGENY POPOV**
*Institute of Solid State Physics*
*Sofia, Bulgaria*

MARCEL DEKKER

MARCEL DEKKER, INC. NEW YORK • BASEL • HONG KONG

**Library of Congress Cataloging-in-Publication Data**

Loewen, E. G. (Erwin G.)
Diffraction gratings and applications / Erwin G. Loewen, Evgeny Popov.
p. cm. — (Optical engineering ; 58)
Includes bibliographical references and index.
ISBN 0-8247-9923-2 (hardcover : alk. paper)
1. Diffraction gratings. 2. Diffraction gratings—Industrial applications.
I. Popov, Evgeny. II. Title. III. Series: Optical engineering
(Marcel Dekker, Inc.); v.58.
QC417.L64 1997
621.36'1—dc21

97-2659
CIP

The publisher offers discounts on this book when ordered in bulk quantities. For more information, write to Special Sales/Professional Marketing at the address below.

This book is printed on acid-free paper.

**Copyright © 1997 by MARCEL DEKKER, INC. All Rights Reserved.**

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York 10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

**PRINTED IN THE UNITED STATES OF AMERICA**

*To the Memory*

*of*

*Lyuben Mashev*

# Chapter 2

# Fundamental Properties of Gratings

## 2.1 The Grating Equation

When light is incident on a grating surface it is diffracted from the grooves. In effect, each groove becomes a very small source of reflected and/or transmitted light. The usefulness of gratings is derived from the fact that there exists a unique set of angles where the light scattered from all facets is in phase. This can be visualized in Fig.2.1 which shows a plane wavefront, incident at an angle $\theta_i$ with respect to the grating normal. It is easy to see that the geometrical path difference between the light diffracted by successive grooves in a direction $\theta_d$ is simply d $\sin\theta_i$ - d $\sin\theta_d$, where d denotes the groove spacing. The principle of interference dictates that only when this difference equals the wavelength of light, or a simple integral multiple thereof, the light will be in phase (i.e., reinforce itself). At all other angles there will be destructive interference between the wavelets originating at successive grooves.




**Fig.2.1** Diagram for phase relation between the rays diffracted from adjacent grooves.

The famous property of gratings to diffract incident light into clearly distinguished directions is expressed in a simple equation, called *the grating equation*:

in air only →

$$\sin\theta_m = \sin\theta_i + m\frac{\lambda}{d}, \quad m = 0, \pm1, \pm2, \cdots , \qquad (2.1)$$

where $\theta_i$ and $\theta_m$ are the angles between the incident (and the diffracted) wave directions and the normal to the grating surface, $\lambda$ is the wavelength and d is the grating period (Fig.2.2). m is an integer, numbering the orders so that the specular reflected one is numbered as 0. The grating period d is usually measured in μm, but its inverse, called groove (or grating) frequency is in common use, given in the number of grooves per mm (gr/mm), so that d = 0.8333 μm will correspond to 1200 gr/mm, etc. The order number m represents the number of wavelengths between light reflected from successive grooves. It is assumed that the incident wave is monochromatic and perfectly collimated and that the plane of incidence is perpendicular to the grooves. For linear media with a non-monochromatic or/and non-collimated incident beam, the grating response is also linear (i.e., its diffraction can be expressed as a superposition




**Fig.2.2** Schematic representation of light diffraction by relief grating in a classical diffraction mounting. a) Cross-section view, introducing the coordinate system axis, angles of incidence and diffraction, and wavevector and its components. b) TE and TM fundamental cases of polarization with the electrical **E** and magnetic **H** vectors.



of the diffraction of all its plane-wave components). Of course, as far as the superposition is carried out over the sine of the angles of incidence and diffraction (eq.2.1), the diffracted beam may be shifted, widened or narrowed when compared to the incident one and can become quite asymmetrical, especially at high angles of incidence and diffraction.

When m is equal to zero, the grating acts as a mirror, all wavelengths being superimposed. For non-specular orders $(m \neq 0)$ the angle of diffraction depends on the wavelength value so that wavelengths are separated angularly.

If the plane of incidence is not perpendicular to the grating, eq.2.1 is transformed into a more general law:

$$\begin{cases} k_{m_x} = k_{i_x} + m\dfrac{2\pi}{d} , \\ k_{m_z} \equiv k_{i_z} \end{cases} \qquad (2.2)$$

where $\vec{K} = \hat{x}K$

where $k_x$, $k_y$, and $k_z$ are the wavevector components (see Fig.2.2). In the grating theory instead of $k_x$ and $k_y$ another set of notations is often used, namely $\alpha$ and $\beta$, equal to $k_x$ and $k_y$, normalized by the modulus of the wavevector k, so that for the propagating diffraction orders, $\alpha = n\sin\theta$ and $\beta = n\cos\theta$, where n is the refractive index.

The quantity

$$K = \frac{2\pi}{d} \qquad (2.3)$$

is called *grating wavenumber* (or *grating vector*). It can be shown that if $k_z \neq 0$ the directions of the diffracted orders, determined by (2.2) lie on a cone. That is why this case is usually called *conical diffraction mounting*, whereas the more simple case when $k_z$ = 0 - *classical diffraction mounting*. Further on we shall pay attention predominantly to the classical mounting.

It is necessary also to distinguish between the two cases of polarization. If the incident wave is linearly polarized and the electric field vector is perpendicular to the plane of incidence, all the diffracted orders have the same polarization. It is called s, or P, or TE polarization. The other case, when the electric field lies in the plane of incidence, also preserves the polarization direction and is called p, or S, or TM case. Any other polarization state can be represented as a linear combination of the two *fundamental* cases, so, luckily, it is necessary to investigate the grating response only for these polarizations. only for classical mounting!

Considering a transmission grating, the direction of propagation of the transmission orders can be determined by an equation, similar to (2.1):

$$n_2 \sin\theta_{2_m} = n_1 \sin\theta_i + m\frac{\lambda}{d}\ , \tag{2.4}$$

where the subscript 1 denotes the cladding and 2 - the substrate. In fact, this equation is a direct consequence of the wavenumber summation law (2.2) because of the relation:

$$k_x = n\frac{2\pi}{\lambda}\sin\theta\ . \tag{2.5}$$

## 2.2 Propagating and Evanescent Orders

Let us return back to the grating equation, something that will be done quite often in this book. For a given set of incident angles, groove spacing and wavelength values, the grating equation can be satisfied for more than one value of m. It is obvious that there is a solution only when

$$|\sin\theta_m| < 1\ . \tag{2.6}$$

Diffraction orders with number m such that condition (2.6) is fulfilled are called *propagating* orders. The vertical wavevector component can be easily found from the wave equation:

$$k^2 = k_x^2 + k_y^2 = \left(\frac{2\pi}{\lambda}n\right)^2\ , \tag{2.7}$$

so that

$$k_{m_y} = \sqrt{\left(\frac{2\pi}{\lambda}n\right)^2 - k_{m_x}^2} = \frac{2\pi}{\lambda}n\cos\theta_m\ , \tag{2.8}$$

and the x and y variation of the propagating orders represent a plane wave, propagating in a direction $\vec{k}_m$:

$$\exp(ik_{m_x}x + ik_{m_y}y) \equiv \exp\left[in\frac{2\pi}{\lambda}(x\sin\theta_m + y\cos\theta_m)\right]\ . \tag{2.9}$$

For other orders having $|\sin\theta_m| > 1$, we have to look at eq.(2.2) instead of (2.1). Wave equation (2.7) implies then that the vertical component of the wavevector is imaginary (i.e., these orders decrease exponentially with the distance from the grating surface). Their amplitudes are proportional to:



$$\exp(ik_{m_x}x - k_{m_y}y) \tag{2.10}$$

with

$$k_y = \sqrt{k_x - \left(\frac{2\pi}{\lambda}n\right)^2}\ . \tag{2.11}$$

These orders are called *evanescent orders*. They can not be detected at a distance greater than a few wavelengths from the grating surface, but can play an important role in some surface-enhanced grating properties and must be taken into account in any electromagnetic theory of gratings. Evanescent orders are essential in some special applications: waveguide and fiber gratings.




**Fig.2.3** Schematic representation of grating orders wavevectors. Incident wave **i** has a horizontal component of the wavevector $k_i = k_0$. A grating vector K is added or substracted from $k_0$ to form the diffracted order horizontal wavevector component. As the length of the propagating order wavevectors are equal and limited, only a limited number of orders propagate (namely, from -3 to +1), and the others are evanescent.

The integer number of the diffraction orders can have both negative and positive values. There are several conventions, but the most common implies that positive orders are those where the angle of diffraction exceeds the angle of incidence and lie on opposite sides of the grating normal. Fig.2.3 represents the directions of diffraction orders formed by adding or substracting grating wavevector from the zeroth reflected wavevector $k_{0_x}$. The wavevectors of the propagating orders have moduli equal to $2\pi/\lambda$ so that they are limited in number. Evanescent orders lie outside this region. When a grating vector is added to form a diffraction order its number is considered positive, whereas subtraction of a grating vector gives negative diffraction orders. Throughout the book, except for Chapter 6, we use this convention. The other commonly used convention names the orders in an opposite sense, so that the sign plus in eq.2.1 must be replaced by minus. This choice comes from the fact that in most cases the grating is utilized in its "negative" mode, according to the first convention for orders but to avoid the minus sign, one can choose the opposite sign convention. Fortunately, this rarely becomes a problem.

There is also another important aspect of the grating equation. For a fixed angle of incidence and groove spacing, there is an infinite set of wavelength values that can diffract in the same direction. It is evident that for any particular grating instrument configuration, the spectral slit image corresponding to wavelength $\lambda$ will coincide with that of the second order image of $\lambda/2$, the third order image of $\lambda/3$, etc. This results in overlapping of successive orders and a detector with a broader range will see several wavelengths simultaneously, unless prevented from doing so by suitable filtering at either source or detector. The higher the spectral orders, the shorter the wavelength range where successive orders fail to overlap.

## 2.3 Dispersion

The angular separation $d\theta_d$ of two different wavelengths of light differing by $d\lambda$ can be obtained by differentiating the grating equation, assuming the angle of incidence to be fixed:

$$\frac{d\theta_d}{d\lambda} = \frac{m}{d\cos\theta_d} . \qquad (2.12)$$

The ratio $d\theta_d/d\lambda$ is known as *angular dispersion*. The *linear dispersion* of a grating system is simply a product of this and the effective focal length. The



usual instrument design calls for as much linear dispersion as possible in an instrument whose compactness limits focal length. Hence the desire for relatively large angular dispersion. It is important to realize that the ratio m/d in eq.2.12 is not the independent variable it is frequently taken to be. When this ratio is derived from the grating equation we obtain the general equation for angular dispersion:

$$\frac{d\theta_d}{d\lambda} = \frac{1}{\lambda}\frac{(\sin\theta_i \pm \sin\theta_d)}{\cos\theta_d} . \qquad (2.13)$$

The important conclusion is that, for a given wavelength, angular dispersion is purely a function of the angles of incidence and diffraction. This becomes more obvious when we consider the Littrow case, defined by $\theta_d = \theta_i$ (see later Section 2.9). Then eq.2.13 reduces to:

$$\frac{d\theta_d}{d\lambda} = \frac{2}{\lambda}\,\mathrm{tg}\theta_d . \qquad (2.14)$$

It is evident that when $\theta_i$ increases from 10° to 63° in Littrow mount, the angular dispersion increases by a factor of 10. Once $\theta_i$ has been determined, the designer must choose between working in a low order of a fine pitch grating, or a higher order of a coarse grating.

In the grazing incidence configuration, where $\theta_d$ and $\theta_i$ are both large but on opposite sides of the grating normal, the expression $(\sin\theta_i - \sin\theta_d)/\cos\theta_d$ comes out numerically much less than $\mathrm{tg}\theta_d$. This is also true for grazing incidence and diffraction direction close to the grating normal. However, such configurations are likely to be used only at shorter wavelengths, so that reasonable values of dispersion are still obtained.

From the foregoing it is clear that high dispersion is associated with large angles of diffraction, and these in turn are associated with relatively steep groove angles (see Chs. 4 and 6). For a given wavelength and order, steep blaze angles lead to finely spaced rulings, which explains the frequent request for such gratings. However, there are natural limitations in this direction: In the first order, the finest groove spacing theoretically possible is when $\theta_i = \theta_d$ = 90°, in which case $d = \lambda/2$, showing that a grating cannot diffract at wavelengths greater than 2d. Alternative solutions for increasing of dispersion is to work in high orders, as it is done with echelles, but then the free spectral range becomes narrow due to the large number of orders that can overlap.